KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
DANIEL PURCELL - #191424
EUGENE M. PAIGE - #202849
PAULA L. BLIZZARD - #207920
710 Sansome Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
LUCASFILM LTD.

ORIGINAL
FILED

2011 MAY 23 P 3: 42
E-filing
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIDDHARTH HARIHARAN, individually
and on behalf of all others similarly situated,

Plaintiff,

v.

ADOBE SYSTEMS IN C., APPLE INC.,
GOOGLE INC., INTEL CORP., INTUIT
INC., LUCASFILM LTD., PIXAR, AND
DOES 1-200,

Defendants.

CV 11 2509

Case No.
[Removed from Alameda County Superior
Court Action No. 11574066]

DECLARATION OF DAVID ANDERMAN
IN SUPPORT OF DEFENDANT
LUCASFILM LTD.'S  NOTICE OF
REMOVAL

Date Comp. Filed:  May 4, 2011

DECLARATION OF DAVID ANDERMAN  IN SUPPORT OF DEFENDANT LUCASFILM LTD.'S
NOTICE OF REMOVAL
ALAMEDA COUNTY SUP. CT. CASE NO. 11574066

1    I, DAVID ANDERMAN, declare as follows:

2        1.    I am an attorney licensed to practice in California.  Since September 2008, I have

3    been employed as General Counsel of Lucasfilm Ltd. ("Lucasfilm"), one of the defendants in

4    this action.  Prior to becoming General Counsel, I held various positions on Lucasfilm's legal

5    team since joining the company in 1998.  I have personal knowledge of the facts set forth below

6    and, if called as a witness, could and would testify competently to those facts.

7        2.    Since July 2005, Lucasfilm has been located at the Letterman Digital Arts Center

8    on the Presidio of San Francisco, at 1110 Gorgas Avenue, San Francisco, California 94129.

9        3.    Since Lucasfilm moved to the Presidio in July 2005, Lucasfilm's human resources

10   department has been located, and all its employment decisions related to recruiting and

11   compensation have been made, on the Presidio.

12       4.    I am informed by Lucasfilm's human resources department, and on that basis

13   believe, that plaintiff Siddharth Hariharan was employed at Lucasfilm between January 2007 and

14   August 2008.  During that entire period of time, Lucasfilm was located, and Plaintiff worked on,

15   the Presidio.

16       I declare under penalty of perjury under the laws of the State of California that the

17   foregoing is true and correct and that this declaration was executed on May 19, 2011.

18

19

20                        DAVID ANDERMAN

21

22

23

24

25

26

27

28

557037.01

DECLARATION OF DAVID ANDERMAN IN SUPPORT OF DEFENDANT LUCASFILM LTD.'S
NOTICE OF REMOVAL
ALAMEDA COUNTY SUP. CT. CASE NO. 11574066