RECEIVED
2011 MAY 23 P 3:43
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORIGINAL FILED
2011 MAY 23 P 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing  JCS

KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
DANIEL PURCELL - #191424
EUGENE M. PAIGE - #202849
PAULA L. BLIZZARD - #207920
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendants. | Case No. CV 11 2509<br>[Removed from Alameda County Superior Court Action No. 11574066]<br><br>**DECLARATION OF RHONDA HJORT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441**<br><br>Date Comp. Filed: May 4, 2011 |

557321.01

DECLARATION OF RHONDA HJORT IN SUPPORT OF NOTICE OF REMOVAL
State Court Action No. 11574066

I, RHONDA HJORT, hereby declare:

1. I am an attorney admitted to practice in the State of California. I am currently employed as Senior Employment and Labor Counsel at Lucasfilm Ltd. ("Lucasfilm"). I provide this declaration in support of Defendants' Joint Notice of Removal of Action from State Court Pursuant to 28 U.S.C. §§ 1331, 1332, & 1441. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge or corporate records maintained by Lucasfilm in the ordinary course of business.

2. I understand that, in this action, Plaintiff purports to represent a class of individuals described in Paragraph 29 of the Complaint as follows:

> All natural persons employed by Defendants in the United States on a salaried basis during the period from January 1, 2005 through January 1, 2010. Excluded from the class are retail employees; corporate officers, members of the boards of directors, and senior executives of Defendants who entered into the illicit agreements alleged herein; and any and all judges and justices, and chambers' staff, assigned to hear or adjudicate any aspect of this litigation.

3. As of May 20, 2011, Lucasfilm has approximately 582 salaried, non-retail employees who reside in the United States. Of those employees, 578 (or 99.3 percent) currently reside in California. Based on my experience at Lucasfilm and knowledge of Lucasfilm's business and organization, I believe that the percentage of salaried, non-retail United States employees who reside in California for the entire class period is not materially different from the percentage of current salaried, non-retail Lucasfilm employees who are California residents. Due to the shortness of time, I have not yet been able to make this determination for the entire purported class period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on May 23, 2011 at San Francisco, California.

RHONDA HJORT

557321.01

DECLARATION OF RHONDA HJORT IN SUPPORT OF NOTICE OF REMOVAL
State Court Action No. 11574066