```
1   Robert A. Mittelstaedt #60359
    ramittelstaedt@jonesday.com
2   David C. Kiernan #215335
    dkiernan@jonesday.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA 94104
    Telephone: (415) 626-3939
5   Facsimile: (415) 875-5700

6   Attorneys for Defendant
    Adobe Systems, Inc.
7
```

ORIGINAL FILED 2011 MAY 23 P 3:41 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

E-filing

JCS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

CV 11 2509

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendants. | Case No.<br><br>**DECLARATION OF JACK GILMORE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441** |

I, Jack Gilmore, hereby declare:

1. I am employed as HR Business Intelligence Analyst at Adobe Systems, Inc. ("Adobe"). I have held this position since 2/14/2005. I provide this declaration in support of Defendants' Joint Notice of Removal of Action from State Court Pursuant to 28 U.S.C. §§ 1331, 1332, & 1441. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge or corporate records maintained by Adobe in the ordinary course of business.

2. I understand that Plaintiff purports to represent a class of individuals described in Paragraph 29 of the Complaint in this action as follows:

GILMORE DECL. ISO NOTICE OF REMOVAL OF ACTION

> All natural persons employed by Defendants in the United States on a salaried basis during the period from January 1, 2005 through January 1, 2010. Excluded from the class are retail employees; corporate officers, members of the boards of directors, and senior executives of Defendants who entered into the illicit agreements alleged herein; and any and all judges and justices, and chambers' staff, assigned to hear or adjudicate any aspect of this litigation.

3. As of May 23, 2011, Adobe has approximately 4,955 salaried, non-retail employees who reside in the United States. As of that same date, Adobe has approximately 2,930 salaried, non-retail employees who reside in California. Based on my experience, I believe that the percentage of salaried, non-retail United States employees who reside in California for the entire class period (January 1, 2005 – January 1, 2010) is not materially different from the percentage that the above numbers represent. However, due to the shortness of time, I have not yet been able to make this determination for the entire purported class period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of May, 2011 at San Jose, California.

/s/ Jack Gilmore
Jack Gilmore

SFI-698120v1

GILMORE DECL. ISO NOTICE OF REMOVAL OF ACTION