```
1  LEE H. RUBIN (State Bar # 141331)
   lrubin@mayerbrown.com
2  EDWARD D. JOHNSON (State Bar # 189475)
   ejohnson@mayerbrown.com
3  DONALD M. FALK (State Bar # 150256)
   dfalk@mayerbrown.com
4  MAYER BROWN LLP
   Two Palo Alto Square
5  Suite 300
   Palo Alto, CA  94306-2112
6  Telephone:   (650) 331-2000
   Facsimile:    (650) 331-2060
7
   Attorneys for Defendant
8  Google Inc.
```

ORIGINAL FILED
2011 MAY 23  P 3: 41
RICHARD W. WIEKING
CLERK, U.S. DIST...
NORTHERN...
E-filing

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

JCS

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendants. | Case No. CV 11 2509<br><br>DECLARATION OF TADHG BOURKE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441 |

I, TADHG BOURKE, hereby declare:

1. I am employed as Manager, People Technology and Operations at Google Inc. ("Google"). I have held this position at Google since October 2007. I provide this declaration in support of Defendants' Joint Notice of Removal of Action from State Court Pursuant to 28 U.S.C. §§ 1331, 1332, & 1441. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge or corporate records maintained by Google in the ordinary course of business.

2. I understand that Plaintiff purports to represent a class of individuals described in Paragraph 29 of the Complaint in this action as follows:

> All natural persons employed by Defendants in the United States on a salaried basis during the period from January 1, 2005 through January 1, 2010. Excluded from the class are retail employees; corporate officers, members of the boards of directors, and senior executives of Defendants who entered into the illicit agreements alleged herein; and any and all judges and justices, and chambers' staff, assigned to hear or adjudicate any aspect of this litigation.

3. As of May 13, 2011, Google had approximately 15,854 salaried, non-retail employees who reside in the United States. As of that same date, Google had approximately 10,882 salaried, non-retail employees who reside in California. Due to the shortness of time, I have not yet been able to make this determination for the entire purported class period. While Google's salaried domestic work force was more concentrated in California at the beginning of the purported class period, Google has significantly increased its salaried domestic work force over the past several years and that growth has occurred at a higher rate for salaried domestic employees outside of California than within California. As a consequence, the number of salaried, non-retail may not be materially different than the percentage that the above numbers represent.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of May, 2011 at Mountain View, California.

_____
Tadhg Bourke