ROBERT T. HASLAM (S.B. #71134)
rhaslam@cov.com
EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Attorneys for Defendant
PIXAR

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendants. | Case No. 2509<br><br>DECLARATION OF JAMES M. KENNEDY IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441 |

I, James M. Kennedy, hereby declare:

1. I am employed as Senior Vice President, Legal Affairs and Business Strategy, at Pixar Animation Studios ("Pixar"). I have held this position since September 21, 2009. I provide this declaration in support of Defendants' Joint Notice of Removal of Action from State Court Pursuant to Federal Question Jurisdiction under 28 U.S.C. §§ 1331, 1332, & 1441. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge or corporate records maintained by Pixar in the ordinary course of business.

2. I understand that Plaintiff purports to represent a class of individuals described in Paragraph 29 of the Complaint in this action as follows:

> All natural persons employed by Defendants in the United States on a salaried basis during the period from January 1, 2005 through January 1, 2010. Excluded from the class are retail employees; corporate officers, members of the boards of directors, and senior executives of Defendants who entered into the illicit agreements alleged herein; and any and all judges and justices, and chambers' staff, assigned to hear or adjudicate any aspect of this litigation.

3. As of May 23, 2011, Pixar has approximately 435 exempt, non-retail employees who reside in the United States. As of that same date, Pixar has approximately 418 exempt, non-retail employees who reside in California. Based on my experience, I believe that the percentage of salaried, non-retail United States employees who reside in California for the entire class period is not materially different than the percentage that the above numbers represent. However, due to the shortness of time, I have not yet been able to make this determination for the entire purported class period.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of May, 2011 at Emeryville, California.

_____
James M. Kennedy