E-filing

ORIGINAL FILED
2011 MAY 23 P 3:42
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1   BINGHAM MCCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   HOLLY A. HOUSE (SBN 136045)
    ZACHARY J. ALINDER (SBN 209009)
3   Three Embarcadero Center
    San Francisco, CA 94111-4067
4   Telephone: 415.393.2000
    Facsimile: 415.393.2286
5   donn.pickett@bingham.com
    holly.house@bingham.com
6   zachary.alinder@bingham.com

7   Attorneys for Defendant
    Intel Corporation

JCS

8

             UNITED STATES DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA
10

CV 11 2509

11   SIDDHARTH HARIHARAN, individually
    and on behalf of all others similarly
12   situated,

13              Plaintiff,

14       v.

15   ADOBE SYSTEMS INC., APPLE INC.,
    GOOGLE INC., INTEL CORP., INTUIT
16   INC., LUCASFILM LTD., PIXAR, AND
    DOES 1-200,
17
            Defendants.
18

Case No.

DECLARATION OF DEBBIE R. OLDHAM-AUKER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331, 1332 & 1441

19
20
21
22
23
24
25
26
27
28

A/74292374.3/0999992-0000982002                     Case No.

1        I, Debbie R. Oldham-Auker, declare as follows:

2        1.      I am employed as a Senior Administrative Support Specialist at Intel Corporation

3    ("Intel").  I provide this declaration in support of Defendants' Joint Notice of Removal of Action

4    from State Court Pursuant to Federal Question Jurisdiction under 28 U.S.C. §§ 1331, 1332, &

5    1441.  Unless otherwise indicated below, the statements in this declaration are based upon my

6    personal knowledge or corporate records maintained by Intel in the ordinary course of business.

7        2.      As of May 22, 2011, Intel has approximately 45,929 employees who are

8    employed at Intel facilities in the United States.  As of that same date, approximately 34,593 of

9    those employees were classified as Exempt.  Of those approximately 34,593 Exempt U.S.-based

10   Intel employees, Intel has approximately 9,875 (about 28.5%) Exempt employees who are

11   employed at Intel facilities in California and 24,718 (about 71.5%) Exempt employees who are

12   employed at Intel facilities outside of California.

13       I declare under penalty of perjury under the laws of the United States that the

14   foregoing facts are true and correct, and that this Declaration was executed on May 23, 2011, in

15   Santa Clara, CA.

16                                      _____

17                                      Debbie R. Oldham-Auker

18

19

20

21

22

23

24

25

26

27

28

A/74292374.3/0999992-0000982002                    1                         Case No. _____

DECLARATION OF DEBBIE R. OLDHAM-AUKER IN SUPPORT OF NOTICE OF REMOVAL