| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JOHN W. KEKER - #49092 |
| 2 | DANIEL PURCELL - #191424 |
| | EUGENE M. PAIGE - #202849 |
| 3 | PAULA L. BLIZZARD - #207920 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | LUCASFILM LTD. |

E-filing
ORIGINAL FILED
2011 MAY 23 P 3: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 11 2509

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated, | Case No. [Removed from Alameda County Superior Court Action No. 11574066] |
| Plaintiff, | **DEFENDANT LUCASFILM LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |
| v. | |
| ADOBE SYSTEMS IN C., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200, | |
| Defendants. | |
| | Date Comp. Filed: May 4, 2011 |
| | Trial Date: |

556930.01

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
ALAMEDA COUNTY SUP. CT. CASE NO. 11574066

Pursuant to Rule 3-16 of the Civil Local Rules of the Northern District of California, the undersigned hereby represents and certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated: May 23, 2011

KEKER & VAN NEST LLP

By: /s/ John W. Keker

JOHN W. KEKER
DANIEL E. PURCELL

Attorneys for Defendant
LUCASFILM LTD.

---

1

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
ALAMEDA COUNTY SUP. CT. CASE NO. 11574066

556930.01