1  GEORGE RILEY (S.B. #118304)
   griley@omm.com
2  MICHAEL TUBACH (S.B. #145955)
   mtubach@omm.com
3  FLORA VIGO (S.B. #239643)
   fvigo@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA 94111-3823
   Telephone:   (415) 984-8700
6  Facsimile:   (415) 984-8701

7  Attorneys for Defendant
   Apple Inc.

ORIGINAL FILED
2011 MAY 23  P 3: 40
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
E-filing

JCS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>     v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTER CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>                    Defendants. | Case No. CV 11 2509<br><br>**APPLE INC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16** |

DISCLOSURE STATEMENT

      Apple submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Apple is a publicly held corporation; (2) Apple does not have any parent corporation; and (3) no publicly held corporation owns ten percent or more of Apple's stock.

      Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 23, 2011

Respectfully submitted,

O'MELVENY & MYERS LLP

By: _____
Michael F. Tubach
Attorneys for Defendant
Apple Inc.