Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig A. Waldman #229943
cwaldman@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendants. | Case No. CV 11 2509<br><br>ADOBE SYSTEMS, INC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16 |

Adobe submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Adobe is a publicly held corporation; (2) Adobe does not have any parent corporation; and (3) no publicly held corporation owns ten percent or more of Adobe's stock.

Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

ADOBE'S CORPORATE DISCLOSURE
STATEMENT

Dated: May 23, 2011

Respectfully submitted,

Jones Day

By: _____
David C. Kiernan

Counsel for Defendant
ADOBE SYSTEMS, INC.

SFI-698188v1