1  LEE H. RUBIN (State Bar # 141331)
   lrubin@mayerbrown.com
2  EDWARD D. JOHNSON (State Bar # 189475)
   ejohnson@mayerbrown.com
3  DONALD M. FALK (State Bar # 150256)
   dfalk@mayerbrown.com
4  MAYER BROWN LLP
   Two Palo Alto Square, Suite 300
5  Palo Alto, CA 94306-2112
   Telephone:  (650) 331-2000
6  Facsimile:  (650) 331-2060

7  Attorneys for Defendant Google Inc.

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

11 SIDDHARTH HARIHARAN, individually    Case No. CV 11 2509
   and on behalf of all others similarly
12 situated,                            GOOGLE INC'S CORPORATE
                                        DISCLOSURE STATEMENT PURSUANT
13              Plaintiff,              TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-
                                        16
14       v.

15 ADOBE SYSTEMS INC., APPLE INC.,
   GOOGLE INC., INTER CORP., INTUIT
16 INC., LUCASFILM LTD., PIXAR, AND
   DOES 1-200,
17
                Defendants.
18

DISCLOSURE STATEMENT

1   Google Inc. submits the following statement of its corporate interests and affiliations
2   pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Google Inc. is a publicly held
3   corporation; (2) Google Inc. does not have any parent corporation; and (3) no publicly held
4   corporation owns ten percent or more of Google Inc.'s stock.

5   Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the
6   named parties, there is no such interest to report.

8   Dated: May 23, 2011                    Respectfully submitted,

9                                          MAYER BROWN LLP

11                                         By: _____
12                                             Lee H. Rubin

13                                         Attorneys for Defendant Google Inc.