1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@jonesday.com
3  Catherine T. Broderick (State Bar No. 251231)
   cbroderick@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone:   (415) 626-3939
6  Facsimile:   (415) 875-5700

7  Attorneys for Defendant
   INTUIT INC.
8

9  UNITED STATES DISTRICT COURT

10  NORTHERN DISTRICT OF CALIFORNIA

11

12  SIDDHARTH HARIHARAN, individually      Case No.  cv 11  2509
    and on behalf of all others similarly
13  situated,                               INTUIT INC.'S CORPORATE
                                            DISCLOSURE STATEMENT PURSUANT
14                  Plaintiff,              TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-
                                            16
15          v.

16  ADOBE SYSTEMS INC., APPLE INC.,
    GOOGLE INC., INTER CORP., INTUIT
17  INC., LUCASFILM LTD., PIXAR, AND
    DOES 1-200,
18
                    Defendants.
19

DISCLOSURE STATEMENT

1  Intuit Inc. submits the following statement of its corporate interests and affiliations
2  pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Intuit Inc. is a publicly held
3  corporation; (2) Intuit Inc. does not have any parent corporation; and (3) no publicly held
4  corporation owns ten percent or more of Intuit Inc.'s stock.
5  Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the
6  named parties, there is no such interest to report.

8  Dated: May 23, 2011                         Respectfully submitted,
9                                              JONES DAY
11                                             By: /s/ Catherine T. Broderick
12                                                 Catherine T. Broderick
                                                   Attorneys for Defendant
13                                                 Intuit Inc.