| | |
|---|---|
| 1 | ROBERT T. HASLAM (S.B. #71134) |
|   | rhaslam@cov.com |
| 2 | EMILY JOHNSON HENN (S.B. #269482) |
|   | ehenn@cov.com |
| 3 | COVINGTON & BURLING LLP |
|   | 333 Twin Dolphin Dr., Suite 700 |
| 4 | Redwood Shores, CA  94065 |
|   | Telephone:    (650) 632-4700 |
| 5 | Facsimile:     (650) 632-4800 |
| 6 | Attorneys for Defendant |
|   | PIXAR |

ORIGINAL FILED
E-filing
2011 MAY 23  P 3: 41
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JCS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CV 11 2509

| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated, | Case No. |
|---|---|
| Plaintiff, | PIXAR'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16 |
| v. | |
| ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTER CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200, | |
| Defendants. | |

Pixar submits the following statement of its corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure: (1) Pixar is a wholly-owned subsidiary of The Walt Disney Company, a publicly held corporation; (2) no publicly held corporation owns ten percent or more of The Walt Disney Company's stock.

Pursuant to Civ. L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated: May 23, 2011

Respectfully submitted,

COVINGTON & BURLING LLP

By: _____
Emily Johnson Henn
Attorneys for Defendant
Pixar