| | |
|---|---|
| 1 | GEORGE RILEY (S.B. #118304) |
|   | griley@omm.com |
| 2 | MICHAEL TUBACH (S.B. #145955) |
|   | mtubach@omm.com |
| 3 | FLORA VIGO (S.B. #239643) |
|   | fvigo@omm.com |
| 4 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 5 | San Francisco, CA  94111-3823 |
|   | Telephone:   (415) 984-8700 |
| 6 | Facsimile:    (415) 984-8701 |
| 7 | Attorneys for Defendant |
| 8 | Apple Inc. |
| 9 | [Additional Parties and Counsel Listed on Signature Page.] |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated, | Case No. CV 11 2509 (JCS) |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| v. | |
| ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200, | |
| Defendants. | |

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate that all
2  Defendants shall have until the earlier of July 25, 2011, or the date by which any
3  Defendant responds to any other complaint that raises similar claims for relief, to respond
4  to the complaint filed by Plaintiff Siddharth Hariharan.  This stipulation will not alter the
5  date of any event or deadline already fixed by Court order in this case.

Dated:  May 26, 2011                         LIEFF, CABRASER, HEIMANN &
                                             BERNSTEIN, LLP

                                             By: /s/ Joseph R. Saveri
                                                 JOSEPH R. SAVERI
                                                 Attorneys for Plaintiff
                                                 SIDDHARTH HARIHARAN

Dated:  May 26, 2011                         O'MELVENY & MYERS LLP

                                             By: /s/ Michael F. Tubach
                                                 MICHAEL F. TUBACH
                                                 Attorneys for Defendant
                                                 APPLE INC.

Dated:  May 26, 2011                         KEKER & VAN NEST LLP

                                             By: /s/ Daniel Purcell
                                                 DANIEL PURCELL
                                                 Attorneys for Defendant
                                                 LUCASFILM LTD.

Dated:  May 26, 2011                         JONES DAY

                                             By: /s/ David C. Kiernan
                                                 DAVID C. KIERNAN
                                                 Attorneys for Defendant
                                                 ADOBE SYSTEMS, INC.

| | | |
|---|---|---|
| 1 | Dated: May 26, 2011 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By: /s/ Lee H. Rubin |
| | | LEE H. RUBIN |
| | | EDWARD D. JOHNSON |
| 4 | | DONALD M. FALK |
| | | Attorneys for Defendant |
| 5 | | GOOGLE INC. |
| 6 | | |
| 7 | Dated: May 26, 2011 | BINGHAM McCUTCHEN LLP |
| 8 | | By: /s/ Holly A. House |
| | | HOLLY A. HOUSE |
| 9 | | Attorneys for Defendant |
| | | INTEL CORPORATION |
| 10 | | |
| 11 | Dated: May 26, 2011 | JONES DAY |
| 12 | | |
| 13 | | By: /s/ Robert A. Mittelstaedt |
| | | ROBERT A. MITTELSTAEDT |
| | | CRAIG E. STEWART |
| 14 | | CATHERINE T. BRODERICK |
| | | Attorneys for Defendant |
| 15 | | INTUIT INC. |
| 16 | | |
| 17 | Dated: May 26, 2011 | COVINGTON & BURLING LLP |
| 18 | | By: /s/ Emily Johnson Henn |
| | | EMILY JOHNSON HENN |
| 19 | | Attorneys for Defendant |
| | | PIXAR |

2

<u>Filer's Attestation</u>

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: May 26, 2011          /s/ Michael F. Tubach
                              Michael F. Tubach
                              O'Melveny & Myers LLP