| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | HOLLY A. HOUSE (SBN 136045) |
|   | ZACHARY J. ALINDER (SBN 209009) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA 94111-4067 |
| 4 | Telephone: 415.393.2000 |
|   | Facsimile: 415.393.2286 |
| 5 | donn.pickett@bingham.com |
|   | holly.house@bingham.com |
| 6 | zachary.alinder@bingham.com |
| 7 | Attorneys for Defendant |
|   | Intel Corporation |

**ORIGINAL FILED**

MAY 24 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated, | Case No. C 11-2509 JCS |
| | [Removed from Alameda County Superior Court Action No. 11574066] |
| Plaintiff, | |
| v. | **INTEL'S CORPORATE DISCLOSURE STATEMENT** |
| ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200, | [FED. CIV. PROC. R. 7.1 & CIV. L.R. 3-16] |
| | Date Comp. Filed: May 4, 2011 |
| Defendants. | |

1  Defendant Intel Corporation ("Intel") submits the following statement of its
2  corporate interests and affiliations pursuant to Rule 7.1 of the Federal Rules of Civil Procedure
3  and Northern District Civil Local Rule 3-16.
4  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned
5  certifies that Intel does not have a parent corporation and no publicly held corporation owns 10%
6  or more of its stock.
7  Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other
8  than the named parties, there is no such interest to report.
9  DATED: May 23, 2011

BINGHAM McCUTCHEN LLP

By: _____
Holly A. House
Attorneys for Defendant
Intel Corporation

---
1

Case No. _____

INTEL'S CORPORATE DISCLOSURE STATEMENT
[FED. CIV. PROC. R. 7.1 & CIV. L.R. 3-16]