| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JOHN W. KEKER - #49092 |
| 2 | DANIEL PURCELL - #191424 |
| | EUGENE M. PAIGE - #202849 |
| 3 | PAULA L. BLIZZARD - #207920 |
| | 710 Sansome Street |
| 4 | San Francisco, CA 94111-1704 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | LUCASFILM LTD. |

ORIGINAL FILED
MAY 24 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated, | | Case No. C 11-02509 JCS |
| | Plaintiff, | [Removed from Alameda County Superior Court Action No. 11574066] |
| v. | | |
| ADOBE SYSTEMS IN C., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200, | | **CERTIFICATE OF SERVICE**<br><br>Date Comp. Filed:   May 4, 2011<br><br>Trial Date: |
| | Defendants. | |

CERTIFICATE OF SERVICE

I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111.

On May 24, 2011, I served the following document(s):

1. NOTICE TO ADVERSE PARTY OF REMOVAL TO FEDERAL COURT;

2. CIVIL COVER SHEET;

3. JOINT NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332, 1441, 1446 & 1453;

4. DECLARATION OF CODY HARRIS IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332, 1441, 1446 & 1453;

5. DECLARATION OF DAVID ANDERMAN IN SUPPORT OF DEFENDANT LUCASFILM LTD.'S NOTICE OF REMOVAL;

6. DECLARATION OF RHONDA HJORT IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441;

7. DECLARATION OF JACK GILMORE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441;

8. DECLARATION OF JOEL PODOLNY IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441;

9. DECLARATION OF TADHG BOURKE IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441;

10. DECLARATION OF JAMES M. KENNEDY IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C §§ 1331, 1332 & 1441;

11. DECLARATION OF DEBBIE R. OLDHAM-AUKER IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO FEDERAL QUESTION JURISDICTION UNDER 28 U.S.C. §§ 1331, 1332 & 1441;

12. ADOBE SYSTEMS, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16;

13. APPLE INC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16;

14. GOOGLE INC'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16;

15. INTUIT INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16;

16. PIXAR'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-16;

17. DEFENDANT LUCASFILM LTD.'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16;

18. U.S. DISTRICT COURT NORTHERN CALIFORNIA ECF REGISTRATION INFORMATION HANDOUT;

19. NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;

20. CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE;

21. DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE;

22. WELCOME TO U.S. DISTRICT COURT;

23. ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES;

24. CIVIL STANDING ORDERS FOR MAGISTRATE JUDGE JOSEPH C. SPERO;

25. CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA; and

26. ADR DISPUTE RESOLUTION PROCEDURES IN THE NORTHERN DISTRICT OF CALIFORNIA

by **COURIER**, by placing a true and correct copy in a sealed envelope addressed as shown below, and dispatching a messenger from Nationwide Legal, Inc., whose address is 859 Harrison Street, Suite A, San Francisco, CA 94107, with instructions to hand-carry the above and make delivery to the following during normal business hours, by leaving the package with the person whose name is shown or the person authorized to accept courier deliveries on behalf of the addressee.

| | | |
|---|---|---|
| 1 | | |
| 2 | Joseph R. Saveri<br>Eric B. Fastiff | Attorneys for Individual and Representative Plaintiff |
| 3 | Brendan P. Glackin<br>Dean M. Harvey | SIDDHARTH HARIHARAN |
| 4 | Anne P. Shaver<br>Katherine M. Lehe | |
| 5 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP | |
| 6 | 275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339 | |
| 7 | (415) 956-1000<br>(415) 956-1008 | |
| 8 | and | |
| 9 | by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy | |
| 10 | scanned into an electronic file in Adobe "pdf" format.  The transmission was reported as complete and without error. | |
| 11 | | |
| 12 | | |
| 13 | Jessica N. Butler-Arkow<br>U.S. Department of Justice | |
| 14 | Antitrust Division<br>450 Fifth Street, NW, Suite 7700 | |
| 15 | Washington, DC 20530<br>(202) 307-1027 | |
| 16 | (202) 616-5844 - fax | |
| 17 | Craig Waldman | Attorneys for ADOBE SYSTEMS INC. and |
| 18 | JONES DAY<br>555 California Street, 26th Floor | INTUIT INC. |
| 19 | San Francisco, CA 94104<br>(415) 626-3939 | |
| 20 | (415) 875-5700 - fax<br>cwaldman@jonesday.com | |
| 21 | | |
| 22 | Joe Sims<br>Craig Stewart | Attorneys for ADOBE SYSTEMS INC. and INTUIT INC. |
| 23 | JONES DAY<br>51 Louisiana Avenue, N.W. | |
| 24 | Washington, D.C.  20001-2113<br>(202) 879-3939 | |
| 25 | (202) 626-1700 - fax<br>jsims@jonesday.com | |
| 26 | gstewart@jonesday.com | |
| 27 | Richard Parker | Attorneys for APPLE INC. |
| 28 | O'MELVENY & MYERS LLP | |

557419.01

CERTIFICATE OF SERVICE
CASE NO. C 11-02509 JCS

| | | |
|---|---|---|
| 1 | 1625 Eye Street, NW | |
| 2 | Washington, DC 20006 | |
|  | (202) 383-5300 | |
| 3 | (202) 383-5414 - fax | |
|  | rparker@omm.com | |
| 4 | | |
|  | Michael Tubach | Attorneys for APPLE INC. |
| 5 | George Riley | |
|  | O'MELVENY & MYERS LLP | |
| 6 | Two Embarcadero Center, 28th Floor | |
|  | San Francisco, CA 94111 | |
| 7 | (415) 984-8700 | |
| 8 | (415) 984-8701 - fax | |
|  | mtubach@omm.com | |
| 9 | griley@omm.com | |
| 10 | David Gelfand | Attorneys for GOOGLE INC. |
|  | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP | |
| 11 | 2000 Pennsylvania Avenue, NW | |
| 12 | Washington, DC 20006 | |
|  | (202) 974-1500 | |
| 13 | (202) 974-1999 | |
|  | dgelfand@cgsh.com | |
| 14 | | |
| 15 | Lee Rubin | Attorneys for GOOGLE INC. |
|  | Ward Johnson | |
| 16 | MAYER BROWN LLP | |
|  | Two Palo Alto Square, Suite 300 | |
| 17 | 3000 El Camino Real | |
|  | Palo Alto, CA 94306-2112 | |
| 18 | (650) 331-2000 | |
| 19 | (650) 331-2060 - fax | |
|  | lrubin@mayerbrown.com | |
| 20 | wjohnson@mayerbrown.com | |
| 21 | Donn Pickett | Attorneys for INTEL CORP. |
|  | Holly House | |
| 22 | BINGHAM MCCUTCHEN LLP | |
| 23 | Three Embarcadero Center | |
|  | San Francisco, CA 94111-4067 | |
| 24 | (415) 393-2000 | |
|  | (415) 393-2286 - fax | |
| 25 | donn.pickett@bingham.com | |
|  | holly.house@bingham.com | |
| 26 | | |
| 27 | Deborah Garza | Attorneys for PIXAR |
|  | COVINGTON & BURLING LLP | |
| 28 | 1201 Pennsylvania Avenue, NW | |

Washington, DC 20004-2401
(202) 662-6000
(202) 662-6291
dgarza@cov.com

Executed on May 24, 2011, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
JACQUELYNN SMITH