1  KEKER & VAN NEST LLP
   JOHN W. KEKER - #49092
2  DANIEL PURCELL - #191424
   EUGENE M. PAIGE - #202849
3  PAULA L. BLIZZARD - #207920
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendant
   LUCASFILM LTD.
7

ORIGINAL FILED

MAY 24 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS IN C., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendants. | Case No. C 11-02509 JCS<br><br>[Removed from Alameda County Superior Court Action No. 11574066]<br><br>**PROOF OF SERVICE**<br><br>Date Comp. Filed:   May 4, 2011<br><br>Trial Date: |

1  PROOF OF SERVICE

2  I am employed in the City and County of San Francisco, State of California in the office of a member of the bar of this court at whose direction the following service was made. I am over the age of eighteen years and not a party to the within action. My business address is Keker & Van Nest LLP, 710 Sansome Street, San Francisco, California 94111.

3

4

5  On May 24, 2011, I served the following document(s):

6  **AMENDED DECLARATION OF CODY HARRIS IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332, 1441, 1446 & 1453;**

7

8  **INTEL'S CORPORATE DISCLOSURE STATEMENT; and**

9  **CERTIFICATE OF SERVICE**

10

11  Joseph R. Saveri                    Attorneys for Individual and Representative
    Eric B. Fastiff                     Plaintiff
12  Brendan P. Glackin                  SIDDHARTH HARIHARAN
    Dean M. Harvey
13  Anne P. Shaver
    Katherine M. Lehe
14  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
15  San Francisco, CA  94111-3339
    (415) 956-1000
16  (415) 956-1008

17  and

18  by **E-MAIL VIA PDF FILE**, by transmitting on this date via e-mail a true and correct copy scanned into an electronic file in Adobe "pdf" format. The transmission was reported as complete and without error.

19

20

21  Jessica N. Butler-Arkow
    U.S. Department of Justice
22  Antitrust Division
    450 Fifth Street, NW, Suite 7700
23  Washington, DC 20530
    (202) 307-1027
24  (202) 616-5844 - fax

25

26  Craig Waldman                       Attorneys for ADOBE SYSTEMS INC. and
    JONES DAY                           INTUIT INC.
27  555 California Street, 26th Floor
    San Francisco, CA 94104
28  (415) 626-3939

557419.01

PROOF OF SERVICE
CASE NO. CIV 11574066

| | | |
|---|---|---|
| 1 | (415) 875-5700 - fax | |
| | cwaldman@jonesday.com | |
| 2 | | |
| 3 | Joe Sims | Attorneys for ADOBE SYSTEMS INC. and |
| | Craig Stewart | INTUIT INC. |
| 4 | JONES DAY | |
| | 51 Louisiana Avenue, N.W. | |
| 5 | Washington, D.C. 20001-2113 | |
| | (202) 879-3939 | |
| 6 | (202) 626-1700 - fax | |
| | jsims@jonesday.com | |
| 7 | gstewart@jonesday.com | |
| 8 | | |
| | Richard Parker | Attorneys for APPLE INC. |
| 9 | O'MELVENY & MYERS LLP | |
| | 1625 Eye Street, NW | |
| 10 | Washington, DC 20006 | |
| | (202) 383-5300 | |
| 11 | (202) 383-5414 - fax | |
| 12 | rparker@omm.com | |
| 13 | Michael Tubach | Attorneys for APPLE INC. |
| | George Riley | |
| 14 | O'MELVENY & MYERS LLP | |
| | Two Embarcadero Center, 28th Floor | |
| 15 | San Francisco, CA 94111 | |
| 16 | (415) 984-8700 | |
| | (415) 984-8701 - fax | |
| 17 | mtubach@omm.com | |
| | griley@omm.com | |
| 18 | | |
| 19 | David Gelfand | Attorneys for GOOGLE INC. |
| | CLEARY, GOTTLIEB, STEEN & HAMILTON LLP | |
| 20 | 2000 Pennsylvania Avenue, NW | |
| | Washington, DC 20006 | |
| 21 | (202) 974-1500 | |
| 22 | (202) 974-1999 | |
| | dgelfand@cgsh.com | |
| 23 | | |
| | Lee Rubin | Attorneys for GOOGLE INC. |
| 24 | Ward Johnson | |
| | MAYER BROWN LLP | |
| 25 | Two Palo Alto Square, Suite 300 | |
| 26 | 3000 El Camino Real | |
| | Palo Alto, CA 94306-2112 | |
| 27 | (650) 331- 2000 | |
| | (650) 331- 2060 - fax | |
| 28 | lrubin@mayerbrown.com | |

| | | |
|---|---|---|
| 1 | wjohnson@mayerbrown.com | |
| 2 | Donn Pickett | Attorneys for INTEL CORP. |
| 3 | Holly House<br>BINGHAM MCCUTCHEN LLP | |
| 4 | Three Embarcadero Center<br>San Francisco, CA 94111-4067 | |
| 5 | (415) 393-2000<br>(415) 393-2286 - fax | |
| 6 | donn.pickett@bingham.com<br>holly.house@bingham.com | |
| 7 | | |
| 8 | Deborah Garza | Attorneys for PIXAR |
| 9 | COVINGTON & BURLING LLP<br>1201 Pennsylvania Avenue, NW | |
| 10 | Washington, DC 20004-2401<br>(202) 662-6000 | |
| 11 | (202) 662-6291<br>dgarza@cov.com | |

Executed on May 24, 2011, at San Francisco, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

JACQUELYNN SMITH

557419.01

PROOF OF SERVICE
CASE NO. CIV 11574066