Deborah A. Garza
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 662-5146

Clerk's Use Only
Initial for fee pd.:

**FILED**
JUN 16 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,

Plaintiff(s),

v.

ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,

Defendant(s). /

CASE NO. CV 11 2509 (SBA)

APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Deborah A. Garza, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing PIXAR in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Emily Johnson Henn
Covington & Burling LLP
333 Twin Dolphin Dr., Suite 700, Redwood Shores, CA 94065
(650) 632-4700

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 8, 2011

_Deborah A. Garza_
Deborah A. Garza