RECEIVED

JUN 16 2011

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendant. | CASE NO. 11-cv-02509 (SBA)<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jonathan Herczeg                                          , whose business address and telephone number is

Covington & Burling LLP
1201 Pennsylvania Avenue, NW
(202) 662-5052

and who is an active member in good standing of the bar of District of Columbia; New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing PIXAR.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

Saundra Brown Armstrong
United States District   Judge