RECEIVED
JUN 1 6 2011

FILED
JUN 2 1 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendant. | CASE NO. 11-cv-02509 (SBA)<br><br>(~~Proposed~~)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Jonathan Herczeg                                 , whose business address and telephone number is

Covington & Burling LLP
1201 Pennsylvania Avenue, NW
(202) 662-5052

and who is an active member in good standing of the bar of  District of Columbia; New York

having applied in the above-entitled action for admission to practice in the Northern District of

California on a pro hac vice basis, representing  PIXAR.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  6-20-11

_____
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARIHARAN et al,

        Plaintiff,

v.

ADOBE SYSTEMS INC. et al,

        Defendant.

Case Number: CV11-02509 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 23, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Craig Andrew Waldman
Jones Day
555 California Street
26th Floor
San Francisco, CA 94104

Deborah A. Garza
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Jonathan Herczeg
Convington Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Dated: June 23, 2011

                                        Richard W. Wieking, Clerk
                                        By: Jessie Mosley, Deputy Clerk