KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
DANIEL PURCELL - #191424
EUGENE M. PAIGE - #202849
PAULA L. BLIZZARD - #207920
710 Sansome Street
San Francisco, CA 94111-1704
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendants. | Case No. C 11-02509 SBA<br><br>[Removed from Alameda County Superior Court Action No. 11574066]<br><br>**NOTICE OF FILING OF DECLARATION OF KUMUD KOKAL IN SUPPORT OF NOTICE OF REMOVAL OF ACTION**<br><br>Date Comp. Filed:   May 4, 2011 |

1   On May 23, 2011, defendants in the above-captioned matter filed a joint Notice of Removal of Action from State Court [Dkt. #1] that referenced the Declaration of Kumud Kokal in support thereof ("Kokal Declaration"), among other declarations. On June 27, 2011, Defendants learned that the Kokal Declaration was inadvertently omitted from the declarations filed in support of the Notice of Removal. Filed herewith as **Exhibit A** is a true and correct copy of the Kokal Declaration that is referenced in support of the Notice of Removal.

Dated: June 28, 2011

Respectfully submitted,

KEKER & VAN NEST LLP

By: /s/ Daniel Purcell
DANIEL PURCELL
Attorneys for Defendant
LUCASFILM LTD.

---

1
NOTICE OF FILING OF DECLARATION OF KUMUD KOKAL
IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
Case No. C 11-02509 SBA

567006.01