1  KEKER & VAN NEST LLP
   JOHN W. KEKER - #49092
2  DANIEL PURCELL - #191424
   EUGENE M. PAIGE - #202849
3  PAULA L. BLIZZARD - #207920
   710 Sansome Street
4  San Francisco, CA 94111-1704
   Telephone: (415) 391-5400
5  Facsimile: (415) 397-7188

6  Attorneys for Defendant
   LUCASFILM LTD.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 | SIDDHARTH HARIHARAN, individually | Case No. C 11-02509 SBA
   | and on behalf of all others similarly situated, |
13 |                                    | [Removed from Alameda County Superior
   |                        Plaintiff,  | Court Action No. 11574066]
14 |     v.                             |
   |                                    | **DECLARATION OF DANIEL PURCELL**
15 | ADOBE SYSTEMS INC., APPLE INC.,    | **IN SUPPORT OF NOTICE OF FILING**
   | GOOGLE INC., INTEL CORP., INTUIT   | **OF DECLARATION OF KUMUD**
16 | INC., LUCASFILM LTD., PIXAR, AND   | **KOKAL IN SUPPORT OF NOTICE OF**
   | DOES 1-200,                        | **REMOVAL OF ACTION**
17 |                                    |
   |                        Defendants. |
18

19                                        Date Comp. Filed:   May 4, 2011

20

21

22

23

24

25

26

27

28

567009.01

DECLARATION OF DANIEL PURCELL IN SUPPORT OF NOTICE OF FILING OF DECLARATION OF
KUMUD KOKAL IN SUPPORT OF NOTICE OF REMOVAL OF ACTION
C 11-02509 SBA

I, DANIEL PURCELL, hereby declare and state as follows:

1. I am an attorney licensed to practice in the State of California, and a partner at the law firm of Keker & Van Nest LLP, counsel for Defendant LUCASFILM LTD. in this action. I know the facts stated herein of my personal knowledge, and if called as a witness, I would testify competently to them under oath.

2. Defendants in the above-captioned matter filed a joint Notice of Removal of Action from State Court [Dkt. #1] that referenced the Declaration of Kumud Kokal in support thereof ("Kokal Declaration"), among other declarations.

3. On June 27, 2011, Defendants learned that the Kokal Declaration was inadvertently omitted from the declarations filed in support of the Notice of Removal.

4. Attached hereto as **Exhibit A** is a true and correct copy of the Kokal Declaration that is referenced in support of the Notice of Removal.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this Declaration was executed at San Francisco, California on June 28, 2011.

/s/ Daniel Purcell
DANIEL PURCELL