# EXHIBIT A

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@jonesday.com
Catherine T. Broderick (State Bar No. 251231)
cbroderick@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Attorneys for Defendant
INTUIT INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>Defendants. | Case No. C 11-02509 SBA<br><br>**DECLARATION OF KUMUD KOKAL IN SUPPORT OF NOTICE OF REMOVAL OF ACTION FROM STATE COURT PURSUANT TO 28 U.S.C. §§ 1331, 1332 & 1441** |

I, Kumud Kokal, hereby declare:

1. I am employed as Manager of Talent Management Applications at Intuit Inc. I have held this position since January 21, 2008. I provide this declaration in support of Defendants' Joint Notice of Removal of Action from State Court Pursuant to 28 U.S.C. §§ 1331, 1332, & 1441. Unless otherwise indicated below, the statements in this declaration are based upon my personal knowledge or corporate records maintained by Intuit Inc. in the ordinary course of business.

2. I understand that Plaintiff purports to represent a class of individuals described in Paragraph 29 of the Complaint in this action as follows:

> All natural persons employed by Defendants in the United States on a salaried basis during the period from January 1, 2005 through January 1, 2010. Excluded from the class are retail employees; corporate officers, members of the boards of directors, and senior executives of Defendants who entered into the illicit agreements alleged herein; and any and all judges and justices, and chambers' staff, assigned to hear or adjudicate any aspect of this litigation.

3. Based on my review of a report generated from Intuit Inc.'s electronically, maintained database, during the entire class period Intuit Inc. had a total of approximately 9,305 salaried, non-retail employees who resided in the United States. Of those employees, approximately 5,552 resided in California.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of May, 2011 at Mountain View, California.

_____
Kumud Kokal

LAI-3131730

- 2 -

DECL. OF KUMUD KOKAL ISO NOTICE OF REMOVAL OF ACTION