1 | Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
2 | Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
3 | Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
5 | San Francisco, CA  94111-3339
Telephone:  415.956.1000
6 | Facsimile:  415.956.1008

7 | Attorneys for Individual and Representative Plaintiff
Siddharth Hariharan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, and DOES 1-200,<br><br>Defendants. | Case No. C 11-2509 SBA<br><br>**PLAINTIFF'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-16** |

Pursuant to Local Rule 3-16 of the Civil Local Rules of the Northern District of California, the undersigned hereby represents and certifies that, as of this date, other than the named parties, there is no such interest to report.

Dated:  June 30, 2011                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: */s/ Dean M. Harvey*
      Dean M. Harvey

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Individual and Representative Plaintiff Siddharth Hariharan