Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Attorneys for Individual and Representative Plaintiff
Siddharth Hariharan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, and DOES 1-200,<br><br>Defendants. | Case No. C 11-2509 SBA<br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF THE SECOND NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

I, Dean M. Harvey, declare:

1. I am a member in good standing of the State Bar of California and am admitted to practice in United States District Court for the Northern District of California. I am an associate with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, attorneys for plaintiff Siddharth Hariharan in the above-captioned action. I submit this Declaration in Support of the Second Notice of Pendency of Other Actions or Proceedings. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to them.

1  2. Attached hereto as **Exhibit A** is a true and correct copy of the complaint from *Mark Fichtner v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar, and Does 1-200*, Case No. 111-cv-204187 (Santa Clara Superior Court), filed on June 30, 2010.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 30th day of June, 2011, in San Francisco, California.

/s/ *Dean M. Harvey*
DEAN M. HARVEY

928206.1 - 2 - HARVEY DECL. ISO NOTICE OF PENDENCY OF OTHER ACTION OR PROCEEDING
CASE NO. C 11-2509 SBA