John D. Radice, Esq.
Grant & Eisenhofer P.A.
485 Lexington Ave., 29th Floor
New York, New York 10017

RECEIVED

JUL 06 2011

FILED

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,

   Plaintiff(s),

v.

ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, and DOES 1-200

   Defendant(s).

CASE NO. C 11-2509 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

Pursuant to Civil L.R. 11-3, John D. Radice, an active member in good standing of the bar of New York and New Jersey, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Siddharth Hariharan in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Dean M. Harvey, Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111. Tel: (415) 956-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 30, 2011