RECEIVED
2011 JUL -6  P 1: 25
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, | CASE NO. C 11-2509 SBA |
| Plaintiff, | **(Proposed)** |
| v. | **ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY** |
| ADOBE SYSTEMS INC., et al. | ***PRO HAC VICE*** |
| Defendant. | |

John D. Radice, whose business address and telephone number is

Grant & Eisenhofer P.A.
485 Lexington Ave., 29th Floor, New York, NY 10017
Tel: (646) 722-8500

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Siddharth Hariharan.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated: _____

United States District Judge
Saundra Brown Armstrong