IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIDDHARTH HARIHARAN,

Plaintiff,

v.

ADOBE SYSTEMS INC., et al.

Defendant.

CASE NO. C 11-2509 SBA

(Proposed)
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Linda P. Nussbaum, whose business address and telephone number is

Grant & Eisenhofer P.A.
485 Lexington Ave., 29th Floor, New York, NY 10017
Tel: (646) 722-8500

and who is an active member in good standing of the bar of New York

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Siddharth Hariharan.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: _____

United States District Judge
Saundra Brown Armstrong

RECEIVED 2011 JUL -6 P 1:26 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA