FILED
JUL 13 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

RECEIVED
2011 JUL -6 P 1: 26
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIDDHARTH HARIHARAN,

Plaintiff,

v.

ADOBE SYSTEMS INC., et al.

Defendant.

CASE NO. C 11-2509 SBA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Linda P. Nussbaum, whose business address and telephone number is

Grant & Eisenhofer P.A.
485 Lexington Ave., 29th Floor, New York, NY 10017
Tel: (646) 722-8500

and who is an active member in good standing of the bar of New York having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Siddharth Hariharan.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7-12-11

_____
United States District Judge
Saundra Brown Armstrong

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HARIHARAN et al, | Case Number: CV11-02509 SBA |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ADOBE SYSTEMS INC. et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 14, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah A. Garza
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Ave.,
29th Floor
New York, NY 10017

Jonathan Herczeg
Convington Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Dated: July 14, 2011

                                              Richard W. Wieking, Clerk
                                              By: Jessie Mosley, Deputy Clerk