1   Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@JonesDay.com
2   Craig E. Stewart (State Bar No. 129530)
    cestewart@JonesDay.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA 94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Catherine T. Broderick (State Bar No. 251231)
    cbroderick@jonesday.com
7   JONES DAY
    1755 Embarcadero Road
8   Palo Alto, CA  94303
    Telephone:    (650) 739-3939
9   Facsimile:    (650) 739-3900

10  Attorneys for Defendant
    INTUIT INC.

11
    [Filing on Behalf of all Defendants]
12

13              UNITED STATES DISTRICT COURT

14            NORTHERN DISTRICT OF CALIFORNIA

15

16  **SIDDHARTH HARIHARAN, individually**          **Case No. 11-CV-02509  SBA**
    **and on behalf of all others similarly**
17  **situated,**                                  **ADMINISTRATIVE MOTION TO**
                                                    **CONSIDER WHETHER CASES**
18                **Plaintiff,**                    **SHOULD BE RELATED**

19           **v.**                                 [Civil L.R. 3-12]

20  **ADOBE SYSTEMS INC., APPLE INC.,**
    **GOOGLE INC., INTEL CORP., INTUIT**
21  **INC., LUCASFILM LTD., PIXAR, AND**
    **DOES 1-200,**
22
                  **Defendants.**
23

24

25

26

27

28

Pursuant to Civil L.R. 3-12, Defendants ADOBE SYSTEMS, INC. ("Adobe"), APPLE INC. ("Apple"), GOOGLE INC. ("Google"), INTEL CORP. ("Intel"), INTUIT INC. ("Intuit"), LUCASFILM LTD. ("Lucasfilm") and PIXAR file this Administrative Motion to Consider Whether Cases Should be Related.

Civil L.R. 3-12(b) requires that a party promptly file an Administrative Motion to Consider Whether Cases Should be Related "[w]henever a party knows or learns that an action, filed in or removed to this district is (or the party believes that the action may be) related to an action which is or was pending in this District." Civil L.R. 3-12(a) states that an action is related to another when "(1) the actions concern substantially the same parties, property, transaction, or event; and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Pursuant to this rule, Defendants identify the following cases:

(1)   *Devine v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar and Does 1 – 200*, Case No. 11-CV-03539 HRL; and

(2)   *Marshall v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar and Does 1 – 200*, Case No. 11-CV-03538 HRL; and

(3)   *Fichtner v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar and Does 1 – 200*, Case No. 11-CV-03540 PSG; and

(4)   *Stover v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar and Does 1 – 200*, Case No. 11-CV-03541 PSG.

These three cases were filed in Santa Clara County Superior Court on June 28 and 30, 2011 and July 14, 2011. Defendants removed them to this District on July 19, 2011. Copies of the complaints are attached to the accompanying Declaration of Catherine T. Broderick ¶¶ 2-5 & Ex. A-D.

Plaintiff filed a Notice of Pendency of Other Actions under Civil L.R. 3-13 regarding the *Devine* and *Marshall* actions on June 29, 2011. As that notice stated, those cases involve the same alleged class, factual allegations and claims for relief as this action. The subsequently filed *Fichtner* and *Stover* actions likewise involve the same class, factual allegations and claims for relief. Defendants also note that the defendants in each case are identical to the defendants in this

- 2 -

1    action.

2         Because the cases involve substantially the same parties, events and allegations, and

3    because it appears likely that there would be an unduly burdensome duplication of labor and

4    expense or conflicting results if they were heard before different judges, Defendants believe they

5    are related within the meaning of Civil L.R. 3-12.

6    Dated: July 19, 2011                           Respectfully submitted,

7                                                   Jones Day

8

9                                                   By: /s/ Catherine T. Broderick

10                                                       Robert A. Mittelstaedt
                                                         Craig E. Stewart

11                                                       Catherine T. Broderick

12                                                   Counsel for Defendant
                                                     INTUIT INC.

13

14

15   SVI-95399

16

17

18

19

20

21

22

23

24

25

26

27

28

- 3 -