Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Catherine T. Broderick (State Bar No. 251231)
cbroderick@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIDHARTH HARIHARAN, individually and on behalf of all others similarly situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,**<br><br>**Defendants.** | Case No. 11-CV-02509  SBA<br><br>**DECLARATION OF CATHERINE T. BRODERICK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**<br><br>Complaint Filed: June 28, 2011 |

## DECLARATION OF CATHERINE T. BRODERICK

I, Catherine T. Broderick, hereby declare and state:

1. I am an attorney at law, duly admitted to practice in the State of California and before this Court. I am an associate at the law firm of Jones Day, counsel for Defendant Intuit Inc. in the above captioned action. I make this Declaration in support of the Administrative Motion to Consider Whether Cases Should be Related. As one of the attorneys involved in the defense of this action, unless as otherwise stated, I have personal knowledge of the facts stated in this Declaration, and if called as a witness I could and would testify competently to them.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint from *Devine v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar and Does 1 – 200*, Case No. 11-CV-03539 HRL.

3. Attached hereto as Exhibit B is a true and correct copy of the complaint from *Marshall v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar and Does 1 – 200*, Case No. 11-CV-03538 HRL.

4. Attached hereto as Exhibit C is a true and correct copy of the complaint from *Fichtner v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar and Does 1 – 200*, Case No. 11-CV-03540 PSG.

5. Attached hereto as Exhibit D is a true and correct copy of the complaint from *Stover v. Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar and Does 1 – 200*, Case No. 11-CV-03541 PSG.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 19th day of July, 2011, at Palo Alto, California.

      /s/ Catherine T. Broderick
          Catherine T. Broderick