| | |
|---|---|
| 1 | Robert A. Mittelstaedt (State Bar No. 60359) |
|   | ramittelstaedt@JonesDay.com |
| 2 | Craig E. Stewart (State Bar No. 129530) |
|   | cestewart@JonesDay.com |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone:  (415) 626-3939 |
| 5 | Facsimile:   (415) 875-5700 |
| 6 | Catherine T. Broderick (State Bar No. 251231) |
|   | cbroderick@jonesday.com |
| 7 | JONES DAY |
|   | 1755 Embarcadero Road |
| 8 | Palo Alto, CA  94303 |
|   | Telephone:  (650) 739-3939 |
| 9 | Facsimile:   (650) 739-3900 |
| 10 | Attorneys for Defendant |
|   | INTUIT INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SIDHARTH HARIHARAN, individually and on behalf of all others similarly situated,** | Case No. 11-CV-02509  SBA |
| Plaintiff, | **EXHIBITS TO DECLARATION OF CATHERINE T. BRODERICK IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| v. | |
| **ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,** | **Complaint Filed: June 28, 2011** |
| **Defendants.** | |