# EXHIBIT A

# Harvey, Dean

| | |
|---|---|
| **From:** | Harvey, Dean |
| **Sent:** | Wednesday, June 29, 2011 12:44 PM |
| **To:** | 'cwaldman@jonesday.com'; 'wjohnson@mayerbrown.com'; 'dkiernan@jonesday.com'; 'lrubin@mayerbrown.com'; 'ramittelstaedt@jonesday.com'; 'donn.pickett@bingham.com'; 'fvigo@omm.com'; 'holly.house@bingham.com'; 'griley@omm.com'; 'zachary.alinder@bingham.com'; 'mtubach@omm.com'; 'cbroderick@jonesday.com'; 'dfalk@mayerbrown.com'; 'cestewart@jonesday.com'; 'dpurcell@kvn.com'; 'EMP@kvn.com'; 'jwk@kvn.com'; 'plb@kvn.com'; 'ehenn@cov.com'; 'rhaslam@cov.com' |
| **Cc:** | Saveri, Joseph R.; 'Eric Cramer'; 'Linda P. Nussbaum' |
| **Subject:** | Devine and Marshall Cases |
| **Attachments:** | 11-6-28 Devine Complaint - Endorsed.pdf; 11-6-28 Marshall Complaint - Endorsed.pdf |

Counsel,

Please see attached courtesy copies of the complaints filed yesterday in Santa Clara Superior Court. By close of business today, please let me know if you will accept service on behalf of your clients. If so, we will serve them pursuant to CCCP section 415.30.

By close of business today, please also provide times this week when you are available to meet and confer regarding coordination of the three actions.

Best,

Dean

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Dean M. Harvey**
dharvey@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com