# EXHIBIT C

## Harvey, Dean

| | |
|---|---|
| **From:** | Harvey, Dean |
| **Sent:** | Thursday, July 14, 2011 5:49 PM |
| **To:** | 'cwaldman@jonesday.com'; 'wjohnson@mayerbrown.com'; 'dkiernan@jonesday.com'; 'lrubin@mayerbrown.com'; 'ramittelstaedt@jonesday.com'; 'donn.pickett@bingham.com'; 'fvigo@omm.com'; 'holly.house@bingham.com'; 'griley@omm.com'; 'zachary.alinder@bingham.com'; 'mtubach@omm.com'; 'cbroderick@jonesday.com'; 'dfalk@mayerbrown.com'; 'cestewart@jonesday.com'; 'dpurcell@kvn.com'; 'EMP@kvn.com'; 'jwk@kvn.com'; 'plb@kvn.com'; 'ehenn@cov.com'; 'rhaslam@cov.com' |
| **Cc:** | Saveri, Joseph R.; Fastiff, Eric B.; Glackin, Brendan; Eric Cramer; 'Linda P. Nussbaum' |
| **Subject:** | Stover Case |
| **Attachments:** | 11-7-14 Stover Complaint - Endorsed.pdf |

Counsel,

Please see attached courtesy copy of an additional complaint filed today in Santa Clara Superior Court. We have mailed out service copies to each of you pursuant to California Code of Civil Procedure section 415.30.

We have not heard from you regarding coordination of these cases. Please let us know when you are available to discuss.

Best,

Dean

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Dean M. Harvey**
dharvey@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com