1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittlestaedt@JonesDay.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA  94104
   Telephone:     (415) 626-3939
5  Facsimile:      (415) 875-5700

6  Catherine T. Broderick (State Bar No. 251231)
   cbroderick@jonesday.com
7  JONES DAY
   1755 Embarcadero Road
8  Palo Alto, CA 94303
   Telephone: (650) 739-3939
9  Facsimile: (650) 739-3900

10 Attorneys for Defendant
   INTUIT INC.
11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 | **SIDHARTH HARIHARAN**, individually and on behalf of all others similarly situated, | Case No. 11-CV-02509  SBA |
   |---|---|
   | Plaintiff, | **PROOF OF SERVICE** |
   | v. | |
   | **ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,** | |
   | Defendants. | |

PROOF OF SERVICE

## CERTIFICATE OF SERVICE

I, Catherine T. Broderick, declare:

I am a citizen of the United States and employed in Santa Clara County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 1755 Embarcadero Road, Palo Alto, California 94303. On July 19 and 20, 2011, I served a copy of the **Administrative Motion to Consider Whether Cases Should Be Related** via electronic transmission or via Federal Express on all known parties to each apparently related action. *See* Civil L.R. 3-12(b).

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings. Under that practice, documents are electronically filed with the court. The court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document. Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities. Under said practice, the CM/ECF users registered in the above captioned case were served.

*SEE ATTACHED SERVICE LIST*

Executed on July 20, 2011, at Palo Alto, California.

/s/ *Catherine T. Broderick*
Catherine T. Broderick

**SERVED VIA ELECTRONIC TRANSMISSION TO**:

Anne Brackett Shaver     ashaver@lchb.com, tsilva@lchb.com

Brendan Patrick Glackin     bglackin@lchb.com

Craig Andrew Waldman     cwaldman@jonesday.com

Craig Ellsworth Stewart     cestewart@jonesday.com, mlandsborough@jonesday.com

Daniel Edward Purcell     dpurcell@kvn.com, efiling@kvn.com, jwinars@kvn.com

David Craig Kiernan     dkiernan@jonesday.com, lwong@jonesday.com

Dean Michael Harvey     dharvey@lchb.com, sshin@lchb.com

Donald M. Falk     dfalk@mayerbrown.com, kneale@mayerbrown.com

Donn P. Pickett     donn.pickett@bingham.com, donna.gilliland@bingham.com

Edward D. Johnson     wjohnson@mayerbrown.com, msamora@mayerbrown.com, rbarreras@mayerbrown.com

Emily Johnson Henn     ehenn@cov.com, mcanalita@cov.com

Eric B. Fastiff     efastiff@lchb.com, aruiz@lchb.com, btroxel@lchb.com

Eugene Morris Paige     EMP@kvn.com, dfox@kvn.com, efiling@kvn.com, kbringola@kvn.com

Flora F Vigo     fvigo@omm.com, dmeredith@omm.com

George Riley     griley@omm.com

Holly A. House     holly.house@bingham.com, laura.kelleybourne@bingham.com

John Watkins Keker     jwk@kvn.com, efiling@kvn.com

Joseph Richard Saveri     jsaveri@lchb.com, dclevenger@lchb.com

Katherine M Lehe     klehe@lchb.com

Lee H. Rubin     lrubin@mayerbrown.com

Linda Phyllis Nussbaum     lnussbaum@gelaw.com, sschwaiger@gelaw.com

Michael Frederick Tubach     mtubach@omm.com, kquintanilla@omm.com

Paula Lenore Blizzard     plb@kvn.com, efiling@kvn.com, mcanales@kvn.com

Robert Allan Mittelstaedt     ramittelstaedt@jonesday.com, mlandsborough@jonesday.com

Robert T. Haslam , III     rhaslam@cov.com, jkoch@cov.com

Zachary J. Alinder     zachary.alinder@bingham.com

**SERVED VIA FEDERAL EXPRESS TO:**

Deborah A. Garza
Jonathan Herczeg
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Ave.,
29th Floor
New York, NY 10017

Eric L. Cramer
Shanon J. Carson
Sarah R. Schalman-Bergen
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103

SVI-95739