GEORGE A. RILEY (S.B. #118304; griley@omm.com)
MICHAEL F. TUBACH (S.B. #145955; mtubach@omm.com)
LISA CHEN (S.B. #234681; lisachen@omm.com)
CHRISTINA J. BROWN (S.B. #242130; cjbrown@omm.com)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant
Apple Inc.

[Additional Parties and Counsel Listed on Signature Page.]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>                     Plaintiff,<br><br>          v.<br><br>ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200,<br><br>                     Defendants. | Case No. 11-CV-2509 SBA<br><br>**STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |

1  Pursuant to Civil Local Rule 6-1(a), the parties to this action stipulate that all Defendants
2  shall have until September 8, 2011 to respond to the complaint filed by Plaintiff Siddharth
3  Hariharan.  This stipulation will not alter the date of any event or deadline already fixed by Court
4  order in this case.

5          IT IS HEREBY STIPULATED.

6  Dated:  July 22, 2011        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: /s/ Eric B. Fastiff
ERIC B. FASTIFF
Attorneys for Plaintiff
SIDDHARTH HARIHARAN

Dated:  July 22, 2011        O'MELVENY & MYERS LLP

By: /s/ Michael F. Tubach
MICHAEL F. TUBACH
Attorneys for Defendant
APPLE INC.

Dated:  July 22, 2011        KEKER & VAN NEST LLP

By: /s/ Daniel Purcell
DANIEL PURCELL
Attorneys for Defendant
LUCASFILM LTD.

Dated:  July 22, 2011        JONES DAY

By: /s/ David C. Kiernan
DAVID C. KIERNAN
Attorneys for Defendant
ADOBE SYSTEMS INC.

| | | |
|---|---|---|
| 1 | Dated: July 22, 2011 | MAYER BROWN LLP |

By: /s/ Lee H. Rubin
    LEE H. RUBIN
    EDWARD D. JOHNSON
    DONALD M. FALK
    Attorneys for Defendant
    GOOGLE INC.

Dated: July 22, 2011    BINGHAM McCUTCHEN LLP

By: /s/ Holly A. House
    HOLLY A. HOUSE
    Attorneys for Defendant
    INTEL CORP.

Dated: July 22, 2011    JONES DAY

By: /s/ Robert A. Mittelstaedt
    ROBERT A. MITTELSTAEDT
    CRAIG E. STEWART
    CATHERINE T. BRODERICK
    Attorneys for Defendant
    INTUIT INC.

Dated: July 22, 2011    COVINGTON & BURLING LLP

By: /s/ Emily Johnson Henn
    EMILY JOHNSON HENN
    Attorneys for Defendant
    PIXAR

1 <u>Filer's Attestation</u>

2 Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in

3 the filing of the document has been obtained from all the signatories.

4 Dated: July 22, 2011

5        /s/ Michael F. Tubach
MICHAEL F. TUBACH
6 O'MELVENY & MYERS LLP

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28