RECEIVED
JUL 26 2011
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS, INC. APPLE INC., GOOGLE INC., INTEL CORP., INTUIT<br><br>Defendant. | CASE NO. C 11-2509 SBA<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Sarah R. Schalman-Bergen, whose business address and telephone number is

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103, Telephone: (215) 875-3000

and who is an active member in good standing of the bar of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Siddharth Hariharan.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:

_____
Saundra Brown Armstrong
United States District Judge