| Clerk's Use Only |
| --- |
| Initial for fee pd.: |

Eric L. Cramer, Esq.
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-4656

FILED
JUL 26 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SIDDHARTH HARIHARAN, individually
and on behalf of all others similarly
situated,

          Plaintiff(s),

v.

ADOBE SYSTEMS, INC. APPLE INC.,
GOOGLE INC., INTEL CORP., INTUIT
INC., LUCASFIL LTD., PIXAR, and
DOES 1-200
          Defendant(s).

CASE NO. C 11-2509 SBA

APPLICATION FOR
ADMISSION OF ATTORNEY
*PRO HAC VICE*

    Pursuant to Civil L.R. 11-3, Eric L. Cramer, an active member in good standing of the bar of Pennsylvania, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Plaintiff Siddharth Hariharan in the above-entitled action.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:
Dean M. Harvey, Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, CA 94111-3339, (415) 956-1000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 7/25/11

Eric L. Cramer