RECEIVED

JUL 2 6 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED

JUL 2 8 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND



IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS, INC. APPLE INC., GOOGLE INC., INTEL CORP., INTUIT<br><br>Defendant. | CASE NO. C 11-2509 SBA<br><br>(Proposed)<br>ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |

Eric L. Cramer, whose business address and telephone number is

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103, Telephone: (215) 875-3000

and who is an active member in good standing of the bar of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Siddharth Hariharan.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/28/11

Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARIHARAN et al,

    Plaintiff,

v.

ADOBE SYSTEMS INC. et al,

    Defendant.

_____/

Case Number: CV11-02509 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah A. Garza
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

Jonathan Herczeg
Convington Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Dated: July 28, 2011

                        Richard W. Wieking, Clerk
                        By: Jessie Mosley, Deputy Clerk