RECEIVED
JUL 2 6 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

FILED
JUL 2 8 2011
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SIDDHARTH HARIHARAN,
individually and on behalf of all others

Plaintiff,

v.

ADOBE SYSTEMS, INC. APPLE INC.,
GOOGLE INC., INTEL CORP., INTUIT

Defendant.

CASE NO. C 11-2509 SBA

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Shanon J. Carson, whose business address and telephone number is

Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103, Telephone: (215) 875-3000

and who is an active member in good standing of the bar of Pennsylvania

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Siddharth Hariharan.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/28/11

_____
Saundra Brown Armstrong
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HARIHARAN et al,

        Plaintiff,

v.

ADOBE SYSTEMS INC. et al,

        Defendant.
_____/

Case Number: CV11-02509 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 28, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Deborah A. Garza
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

Jonathan Herczeg
Convington Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004

Dated: July 28, 2011

                                           Richard W. Wieking, Clerk
                                           By: Jessie Mosley, Deputy Clerk