1  Joseph R. Saveri (State Bar No. 130064)
   Eric B. Fastiff (State Bar No. 182260)
2  Brendan Glackin (State Bar No. 199643)
   Dean Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
   Katherine M. Lehe (State Bar No. 273472)
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

7  Attorneys for Individual and Representative Plaintiffs
   Siddharth Hariharan, Brandon Marshall, Michael Devine,
8  Mark Fichtner, and Daniel Stover

9  [Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-2509 SBA<br><br>**PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO TRANSFER ACTIONS TO THE SAN JOSE DIVISION** |
| BRANDON MARSHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3538 SBA |

[*Caption continued next page*]

931341.4

UNOPPOSED ADMINISTRATIVE MOTION TO
TRANSFER ACTIONS TO THE SAN JOSE DIVISION
CASE NO. C 11-2509 SBA

| | |
|---|---|
| MICHAEL DEVINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3539 SBA |
| MARK FICHTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3540 SBA |
| DANIEL STOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3541 SBA |

Pursuant to Civil Local Rule 7-11, all Plaintiffs in the above-captioned actions hereby file this Unopposed Administrative Motion to Transfer Actions to the San Jose Division of the Northern District of California. A Proposed Order is attached hereto as Exhibit A. The Parties have met and conferred and Defendants have advised Plaintiffs that they do not oppose this Administrative Motion. (*See* attached Declaration of Eric B. Fastiff in Support of Plaintiffs' Unopposed Administrative Motion to Transfer Actions to the San Jose Division, at ¶ 2.) Pursuant to Civil Local Rule 7-11(c), this Administrative Motion is submitted for immediate determination without hearing.

**I.     BACKGROUND**

After Plaintiff Siddharth Hariharan filed the initial action in Alameda County Superior Court, Defendants removed it to the San Francisco/Oakland Division (Dkt. No. 1). Four cases alleging the same conspiracy and asserting the same claims for relief against the same seven

1  Defendants were filed in Santa Clara Superior Court. Defendants subsequently removed those
2  actions to the San Jose Division, and filed an Administrative Motion to Relate Cases to the first
3  filed action (Dkt. No. 41). The Court ordered the cases related on July 27, 2011 (Dkt. No. 52).
4  As a result, all five actions are now pending before this Court in the San Francisco/Oakland
5  Division.[1]

## II. ALL FIVE CASES AROSE IN SANTA CLARA COUNTY BECAUSE A SUBSTANTIAL PART OF THE EVENTS WHICH GIVE RISE TO PLAINTIFFS' CLAIMS OCCURRED THERE

8  These actions are properly venued in the San Jose Division. Local Rule 3-2(c) states, "A
9  civil action arises in the county in which a substantial part of the events or omissions which give
10  rise to the claim occurred . . . ." As alleged in all five complaints, Defendants engaged in a
11  conspiracy with each other to fix their employees' compensation. Five of the seven Defendants
12  are headquartered in Santa Clara County. The five complaints allege the other two Defendants,
13  Pixar (headquartered in Alameda County) and Lucasfilm Ltd. (headquartered in San Francisco
14  County), reached agreements with the Santa Clara County-based Defendants.

15  The Plaintiffs in the four related actions were all employed by a Defendant headquartered
16  in Santa Clara County. Plaintiffs Michael Devine and Brandon Marshall worked as software
17  engineers for Defendant Adobe Systems Inc., headquartered in San Jose. (*Devine* Compl. ¶ 21;
18  *Marshall* Compl. ¶ 21.) Plaintiff Mark Fichtner worked as a software engineer for Defendant
19  Intel Corp., headquartered in Santa Clara. (*Fichtner* Compl. ¶ 21.) Plaintiff Daniel Stover
20  worked as a software engineer for Defendant Intuit Inc., headquartered in Mountain View.
21  (*Stover* Compl. ¶ 21.)

22  In the fifth action, Plaintiff Siddharth Hariharan worked as a software engineer for
23  Defendant Lucasfilm Ltd., headquartered in San Francisco County. (Hariharan Compl. ¶ 19.)
24  Hariharan alleges he was harmed by all Defendants' illegal agreements, including those in which
25  the Santa Clara County-based Defendants participated. (*Hariharan* Compl. ¶¶ 19, 25, 48-85.)

---

[1] The cases are: (1) *Hariharan v. Adobe Systems Inc., et al.*, Case No. 11-CV-2509-SBA; (2) *Marshall v. Adobe Systems Inc., et al.*, Case No. 11-CV-3538-SBA; (3) *Devine v. Adobe Systems Inc., et al.*, Case No. 11-CV-3539-SBA; (4) *Fichtner v. Adobe Systems Inc., et al.*, Case No. 11-CV-3540-SBA; and (5) *Stover v. Adobe Systems Inc., et al.*, Case No. 11-CV-3541-SBA.

- 2 -

UNOPPOSED ADMINISTRATIVE MOTION TO
TRANSFER ACTIONS TO THE SAN JOSE DIVISION
CASE NO. C 11-2509 SBA

931341.4

1    By Defendants' estimates, the five Santa Clara County-based Defendants employed at

2 least 98% of class members.[2]  These five Defendants allegedly negotiated, finalized,

3 implemented, and enforced agreements to eliminate competition with each other, within Santa

4 Clara County.  (*Devine* Compl. ¶¶ 61-96; *Marshall* Compl. ¶¶ 61-96; *Fichtner* Compl. ¶¶ 61-96;

5 and *Stover* Compl. ¶¶ 61-96.)

6    Accordingly, "a substantial part of the events . . . which give rise to the claim occurred" in

7 Santa Clara County.  Civ. L.R. 3-2(c).  Civil Local Rule 3-2(e) directs civil actions arising in

8 Santa Clara County be assigned to the San Jose Division.

## III. THE COURT SHOULD ORDER INTRADISTRICT TRANSFER OF THE FIVE ACTIONS TO THE SAN JOSE DIVISION

This Court should transfer the five cases to the San Jose Division.  Pursuant to Civil Local Rule 3-2(h), "Whenever a Judge finds, upon the Judge's own motion or the motion of any party, that a civil action has not been assigned to the proper division within this district in accordance with this rule, or that the convenience of parties and witnesses and the interests of justice will be served by transferring the action to a different division within the district, the Judge may order such transfer, subject to the provisions of the Court's Assignment Plan."

Here, the vast majority of the percipient witnesses, relevant documents, and Defendants are located in Santa Clara County.  Four of the five Plaintiffs worked for Defendants headquartered in Santa Clara County.  At least 98% of class members worked for Defendants headquartered in Santa Clara County.  Accordingly, transfer to the San Jose Division will best serve the "convenience of parties and witnesses" and will be in the "interests of justice."  Civ. L.R. 3-2(h).

This Court has granted motions for transfer under similar circumstances.  *See*, *e.g.*, *Rivera*

---

[2] In Defendants' notice of removal and supporting papers, Defendants use current employees as a surrogate for employees who worked from January 1, 2005 through January 1, 2010 (the class period).  (*See* Notice of Removal ¶ 21, at p. 6, Dkt. No. 1.)  Defendants estimate that they currently employ 83,300 individuals who would otherwise qualify as members of the class.  (*Id.*)  Of these, Defendants estimate that 82,283 work for defendants who maintain their principal places of business in Santa Clara County: Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., and Intuit Inc.  (Declarations of Rhonda Hjort ¶ 3, Dkt. No. 4; Jack Gilmore ¶ 3, Dkt. No. 5; Joel Podolny ¶ 3, Dkt. No. 6; Tadhg Bourke ¶ 3, Dkt. No. 7; James M. Kennedy ¶ 3, Dkt. No. 8; Debbie R. Oldham-Auker ¶ 2, Dkt. No. 9; and Kumud Kokal ¶ 3, Dkt. No. 31-1.)

1  *v. Hewlett Packard Corp.*, Case No. 03-0939, 2003 WL 24029472, at *1-*2 (N.D. Cal. Apr. 22,
2  2003) (Armstrong, J.) (granting Hewlett Packard's motion for transfer to the San Jose Division in
3  an unlawful termination case, because Hewlett Packard maintained its principal place of business
4  in Santa Clara County); *Baltazar v. Apple Inc.*, Case No. 10-3231, 2010 WL 4392740, at *1 (N.D.
5  Cal. Oct. 29, 2010) (White, J.) (granting Apple's motion for transfer to the San Jose Division in a
6  product defect case regarding the iPad, where the design and development of the iPad occurred in
7  Santa Clara County, and the advertising and marketing plans were developed there as well).

8      As the substantial part of the events occurred in Santa Clara County, and because it will be
9  more convenient for the parties and witnesses and in the interests of justice for all five cases to
10 proceed before a Judge in the San Jose Division, Plaintiffs respectfully request that the Court
11 transfer all five actions to the San Jose Division.

Dated: August 2, 2011                    Respectfully Submitted,

                                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                                         By:   /s/ *Eric B. Fastiff*
                                                   Eric B. Fastiff

                                         Joseph R. Saveri (State Bar No. 130064)
                                         Eric B. Fastiff (State Bar No. 182260)
                                         Brendan P. Glackin (State Bar No. 199643)
                                         Dean M. Harvey (State Bar No. 250298)
                                         Anne B. Shaver (State Bar No. 255928)
                                         Katherine M. Lehe (State Bar No. 273472)
                                         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
                                         275 Battery Street, 29th Floor
                                         San Francisco, CA 94111-3339
                                         Telephone: (415) 956-1000
                                         Facsimile: (415) 956-1008

                                         Eric L. Cramer
                                         Shanon J. Carson
                                         Sarah R. Schalman-Bergen
                                         BERGER & MONTAGUE, P.C.
                                         1622 Locust Street
                                         Philadelphia, PA 19103
                                         Telephone: (800) 424-6690
                                         Facsimile: (215) 875-4604

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Linda P. Nussbaum
John D. Radice
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

Attorneys for Individual and Representative Plaintiffs
Siddharth Hariharan, Brandon Marshall, Michael Devine, Mark Fichtner, and Daniel Stover