Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Individual and Representative Plaintiffs
Siddharth Hariharan, Brandon Marshall, Michael Devine,
Mark Fichtner, and Daniel Stover

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-2509 SBA<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO TRANSFER ACTIONS TO THE SAN JOSE DIVISION** |
| BRANDON MARSHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3538 SBA |

[*Caption continued next page*]

| | |
|---|---|
| MICHAEL DEVINE, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>            Defendants. | Case No. C 11-3539 SBA |
| MARK FICHTNER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>            Defendants. | Case No. C 11-3540 SBA |
| DANIEL STOVER, individually and on behalf of all others similarly situated,<br><br>            Plaintiff,<br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>            Defendants. | Case No. C 11-3541 SBA |

**WHEREAS** all Plaintiffs in the above-captioned actions have filed an Unopposed Administrative Motion to Transfer the Actions to the San Jose Division of the Northern District of California;

**THE COURT HEREBY FINDS THAT**:

1. All five complaints allege Defendants engaged in a conspiracy with each other to fix their employees' compensation. (*Hariharan* Compl. ¶ 1; *Devine* Compl. ¶ 1; *Marshall* Compl. ¶ 1; *Fichtner* Compl. ¶ 1; and *Stover* Compl. ¶ 1.)  Five of the seven Defendants are headquartered in Santa Clara County.  The five complaints allege the other two Defendants, Pixar (headquartered in Alameda County) and Lucasfilm Ltd. (headquartered in San Francisco County), reached agreements with the Santa Clara County-based Defendants.

2. Plaintiffs in four of the five actions allege they were employed by a Defendant

- 1 -

931320.4

UNOPPOSED [PROPOSED] ORDER TRANSFERRING
ACTION TO SAN JOSE DIVISION
CASE NO. C 11-2509 SBA

1  headquartered in Santa Clara County.  Plaintiffs Michael Devine and Brandon
2  Marshall worked as software engineers for Defendant Adobe Systems Inc.,
3  headquartered in San Jose.  (*Devine* Compl. ¶ 21; *Marshall* Compl. ¶ 21.)  Plaintiff
4  Mark Fichtner worked as a software engineer for Defendant Intel Corp.,
5  headquartered in Santa Clara.  (*Fichtner* Compl. ¶ 21.)  Plaintiff Daniel Stover
6  worked as a software engineer for Defendant Intuit Inc., headquartered in
7  Mountain View.  (*Stover* Compl. ¶ 21.)

8  3. In the fifth action, Plaintiff Siddharth Hariharan worked as a software engineer for
9  Defendant Lucasfilm Ltd., headquartered in San Francisco County.  (*Hariharan*
10 Compl. ¶ 19.)  Hariharan alleges he was harmed by all Defendants' illegal
11 agreements, including those in which the Santa Clara County-based Defendants
12 participated.  (*Hariharan* Compl. ¶¶ 19, 25, 48-85.)

13 4. Five of the seven Defendants—Adobe, Apple, Google, Intel, and Intuit—maintain
14 their principal places of business in Santa Clara County.  By Defendants'
15 estimates, these five Defendants employed at least 98% of class members.  These
16 five Defendants allegedly negotiated, finalized, implemented, and enforced
17 agreements to eliminate competition among each other, within Santa Clara
18 County.  (*Devine* Compl. ¶¶ 61-96; *Marshall* Compl. ¶¶ 61-96; *Fichtner* Compl.
19 ¶¶ 61-96; and *Stover* Compl. ¶¶ 61-96.)  Thus, the majority of the percipient
20 witnesses, relevant documents, and defendants will be located in Santa Clara
21 County.

22 5. Because a substantial part of the events and omissions which give rise to Plaintiffs'
23 claims occurred in Santa Clara County, venue in the San Jose Division is
24 appropriate.  Civ. L.R. 3-2(c).  In addition, it will be more convenient for the
25 parties and witnesses and in the interests of justice for all five cases to proceed
26 before a Judge in the San Jose Division.  Civ. L.R. 3-2(h).

27 6. Transfer to the San Jose Division pursuant to Civil Local Rule 3-2(h) is
28 appropriate.  *See*, *e.g.*, *Rivera v. Hewlett Packard Corp.*, Case No. 03-0939, 2003

WL 24029472, at *1-*2 (N.D. Cal. Apr. 22, 2003) (Armstrong, J.) (granting Hewlett Packard's motion for transfer to the San Jose Division in an unlawful termination case, because Hewlett Packard maintained its principal place of business in Santa Clara County); *Baltazar v. Apple Inc.*, Case No. 10-3231, 2010 WL 4392740, at *1 (N.D. Cal. Oct. 29, 2010) (White, J.) (granting Apple's motion for transfer to the San Jose Division in a product defect case regarding the iPad, where the design and development of the iPad occurred in Santa Clara County, and the advertising and marketing plans were developed there as well).

**ACCORDINGLY, FOR GOOD CAUSE SHOWN, THE COURT HEREBY ORDERS THAT**:  the following actions are transferred to the San Jose Division of the Northern District of California:

1. *Hariharan v. Adobe Systems Inc., et al.*, Case No. 11-CV-2509-SBA;
2. *Marshall v. Adobe Systems Inc., et al.*, Case No. 11-CV-3538-SBA;
3. *Devine v. Adobe Systems Inc., et al.*, Case No. 11-CV-3539-SBA;
4. *Fichtner v. Adobe Systems Inc., et al.*, Case No. 11-CV-3540-SBA; and
5. *Stover v. Adobe Systems Inc., et al.*, Case No. 11-CV-3541-SBA.

**IT IS SO ORDERED.**

Dated: _____                  _____
                                         SAUNDRA BROWN ARMSTRONG
                                         United States District Judge