1  Joseph R. Saveri (State Bar No. 130064)
   Eric B. Fastiff (State Bar No. 182260)
2  Brendan Glackin (State Bar No. 199643)
   Dean Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
   Katherine M. Lehe (State Bar No. 273472)
4  LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:  (415) 956-1008

7  Attorneys for Individual and Representative Plaintiffs
   Siddharth Hariharan, Brandon Marshall, Michael Devine,
8  Mark Fichtner, and Daniel Stover

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-2509 SBA<br><br>**DECLARATION OF ERIC B. FASTIFF IN SUPPORT OF PLAINTIFFS' UNOPPOSED ADMINISTRATIVE MOTION TO TRANSFER ACTIONS TO THE SAN JOSE DIVISION** |
| BRANDON MARSHALL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3538 SBA |

[*Caption continued next page*]

| | |
|---|---|
| MICHAEL DEVINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3539 SBA |
| MARK FICHTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3540 SBA |
| DANIEL STOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3541 SBA |

I, Eric B. Fastiff, declare:

1. I am a member in good standing of the State Bar of California and am admitted to practice in United States District Court for the Northern District of California. I am a partner with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, attorneys for Plaintiffs Siddharth Hariharan, Brandon Marshall, Michael Devine, Mark Fichtner, and Daniel Stover in the above-captioned actions. I submit this Declaration in Support of Plaintiffs' Unopposed Administrative Motion To Transfer Actions to the San Jose Division. I have personal knowledge of the facts set forth in this Declaration. If called as a witness, I could and would testify competently to them.

2. On August 1, 2011, I conferred with Michael Tubach, counsel for Defendant Apple Inc., regarding transfer of the five above-captioned actions to the San Jose Division of the Northern District of California. Mr. Tubach, speaking on behalf of all Defendants, said that

1  Defendants do not oppose Plaintiffs' administrative motion to transfer the five actions. Pursuant
2  to Local Rule 7-11(a), I asked whether Defendants would stipulate to transfer. Mr. Tubach
3  informed me that, while Defendants would not stipulate, they will file a notice of non-opposition
4  to Plaintiffs' administrative motion.
5      I declare under penalty of perjury under the laws of the United States of America that the
6  foregoing is true and correct. Executed on August 2, 2011, in San Francisco, California.

                                          /s/ *Eric B. Fastiff*
                                          ERIC B. FASTIFF