| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JOHN W. KEKER - #49092 |
| 2 | DANIEL PURCELL - #191424 |
| | EUGENE M. PAIGE - #202849 |
| 3 | PAULA L. BLIZZARD - #207920 |
| | 633 Battery Street |
| 4 | San Francisco, CA 94111-1809 |
| | Telephone: (415) 391-5400 |
| 5 | Facsimile: (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | LUCASFILM LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated, | Case No. C 11-02509 SBA |
| | [Removed from Alameda County Superior Court Action No. 11574066] |
| Plaintiff, | |
| v. | **NOTICE OF CHANGE OF ADDRESS** |
| ADOBE SYSTEMS INC., APPLE INC., GOOGLE INC., INTEL CORP., INTUIT INC., LUCASFILM LTD., PIXAR, AND DOES 1-200, | Judge: Hon. Saundra B. Armstrong |
| | Date Comp. Filed: May 4, 2011 |
| Defendants. | |

1 | Notice is hereby given of the change of address for Keker & Van Nest LLP, counsel for
2 | defendant LUCASFILM LTD.  The new address and affected attorneys are:

> JOHN W. KEKER
> DANIEL PURCELL
> EUGENE M. PAIGE
> PAULA L. BLIZZARD
> Keker & Van Nest LLP
> 633 Battery Street
> San Francisco, CA 94111-1809

This change is effective immediately. The phone numbers and email addresses remain the same.

Dated: August 5, 2011                                   KEKER & VAN NEST LLP


                                                By: */s/ Daniel Purcell*
                                                    DANIEL PURCELL
                                                    Attorneys for Defendant
                                                    LUCASFILM LTD.