**UNITED STATES DISTRICT COURT**
**Northern District of California**
1301 Clay Street, Suite 400 South
Oakland, California 94612

_____

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
510.637.3530

## August 5, 2011

**CASE NUMBER:** CV 11-02509 SBA; CV 11-03538 SBA; CV 11-03539 SBA; :  CV 11-03540 SBA; CV 11-03541 SBA.

**CASE TITLE:** HARIHARAN-v-ADOBE SYSTEMS INC. ET AL.; MARSHALL-v-ADOBE SYSTEMS, INC. ET AL.; DEVINE-v-ADOBE SYSTEMS, INC. ET AL.; FICHTNER-v-ADOBE SYSTEMS, INC. ET AL.; STOVER-v-ADOBE SYSTEMS, INC. ET AL.

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.

**Honorable Lucy H. Koh** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **LHK** immediately

after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 08/05/2011

FOR THE EXECUTIVE COMMITTEE:

_____
                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies
Log Book Noted

Special Projects
Entered in Computer 08/05/2011 JLM

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel

Transferor CSA