UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| SIDDHARTH HARIHARAN,<br><br>*Plaintiff(s)*,<br><br>V.<br><br>ADOBE SYSTEMS, INC., ET AL<br><br>*Defendant(s)*. | Case No: 11-CV-02509 LHK<br>AND RELATED CASES<br><br>CLERK'S NOTICE SETTING CASE<br>MANAGEMENT CONFERENCE |

TO ALL PARTIES AND COUNSEL OF RECORD:

Please take notice that a Case Management Conference is hereby set on Wednesday, October 26, 2011 at 2:00 p.m. before Judge Lucy H. Koh. Case Management Statements due no later than Wednesday, October 19, 2011. Parties are to appear in courtroom #8, 4th Floor of the U.S. District Court, 280 South First Street, San Jose, California.

Dated: August 8, 2011

                                        For the Court,
                                        RICHARD W. WEIKING, Clerk

                                        /s/ Martha Parker Brown
                                        By: _____
                                        Martha Parker Brown
                                        Courtroom Deputy Clerk