| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| | Eric B. Fastiff (State Bar No. 182260) |
| 2 | Brendan Glackin (State Bar No. 199643) |
| | Dean Harvey (State Bar No. 250298) |
| 3 | Anne B. Shaver (State Bar No. 255928) |
| | Katherine M. Lehe (State Bar No. 273472) |
| 4 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA  94111-3339 |
| | Telephone:  (415) 956-1000 |
| 6 | Facsimile:  (415) 956-1008 |

Attorneys for Individual and Representative Plaintiffs Siddharth Hariharan, Brandon Marshall, Michael Devine, Mark Fichtner, and Daniel Stover

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated, | Case No. C 11-2509 LHK |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| ADOBE SYSTEMS INC., *et al.*, | |
| Defendants. | |
| BRANDON MARSHALL, individually and on behalf of all others similarly situated, | Case No. C 11-3538 LHK |
| Plaintiff, | |
| v. | |
| ADOBE SYSTEMS INC., *et al.*, | |
| Defendants. | |

[*Caption continued next page*]

933139.1

CERTIFICATE OF SERVICE

| | |
|---|---|
| MICHAEL DEVINE, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3539 LHK |
| MARK FICHTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3540 LHK |
| DANIEL STOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-3541 LHK |

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the above-entitled action. My business address is Lieff Cabraser Heimann & Bernstein LLP, Embarcadero Center West, 275 Battery Street, 29th Floor, San Francisco, California 94111-3339.

On August 8, 2011, I sent true and correct copies of the following document:

**1) STANDING ORDER REGARDING CASE MANAGEMENT IN CIVIL CASES FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

via electronic mail and in a sealed envelope via US First Class mail to the following recipients:

933139.1                                - 1 -                                CERTIFICATE OF SERVICE

| | |
|---|---|
| Robert A. Mittelstaedt<br>Craig A. Waldman<br>David Kiernan<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cwaldman@jonesday.com<br>dkierman@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br>Counsel for Defendant **Adobe Systems Inc.** | George Riley<br>Michael F. Tubach<br>Lisa Chen<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>griley@omm.com<br>mtubach@omm.com<br>lisachen@omm.com<br>cjbrown@omm.com<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br>Counsel for Defendant **Apple Inc.** |
| Lee H. Rubin<br>Donald M. Falk<br>Edward D. Johnson<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>lrubin@mayerbrown.com<br>dfalk@mayerbrown.com<br>wjohnson@mayerbrown.com<br>Tel.: (650) 331-2000<br>Fax: (650) 331-2060<br>Counsel for Defendant **Google Inc.** | Donn P. Pickett<br>Zachary J. Alinder<br>Holly A. House<br>BINGHAM MCCUTCHEN LLP<br>Three Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>donn.pickett@bingham.com<br>zachary.alinder@bingham.com<br>holly.house@bingham.com<br>Tel.: (415) 393-2000<br>Fax: (415) 393-2286<br>Counsel for Defendant **Intel Corp.** |

| | |
|---|---|
| Robert A. Mittelstaedt<br>Craig E. Stewart<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cestewart@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br>Catherine T. Broderick<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>cbroderick@jonesday.com<br>Tel.: (650) 739-3939<br>Fax: (650) 739-3900<br><br>Counsel for Defendant **Intuit Inc.** | John W. Keker<br>Paula L. Blizzard<br>Eugene M. Paige<br>Daniel Purcell<br>KEKER & VAN NEST<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>jwk@kvn.com<br>plb@kvn.com<br>emp@kvn.com<br>dpurcell@kvn.com<br>Tel.: (415) 391-5400<br>Fax: (415) 397-7188<br><br>Counsel for Defendant **Lucasfilm Ltd.** |
| Robert T. Haslam<br>Emily Johnson Henn<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>rhaslam@cov.com<br>ehenn@cov.com<br>Tel.: (650) 632-4700<br>Fax: (650) 632-4800<br><br>Deborah Garza<br>Jonathan Herczeg<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>dgarza@cov.com<br>jherczeg@cov.com<br>Tel.: (202) 662-5052<br>Fax: (202) 778-5052<br>Counsel for Defendant **Pixar** | |

/s/ *Steven Y. Shin*
Steven Y. Shin

933139.1

- 3 -

CERTIFICATE OF SERVICE