1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| 11  SIDDHARTH HARIHARAN, individually and on behalf of all others similarly situated,<br><br>12<br><br>13          Plaintiff,<br><br>14  v.<br><br>15  ADOBE SYSTEMS INC., *et al.*,<br><br>16          Defendants. | Case No. C 11-CV-2509-LHK<br><br>**STIPULATED [PROPOSED] PRETRIAL ORDER NO. 1** |
| 17  BRANDON MARSHALL, individually and on behalf of all others similarly situated,<br><br>18<br><br>19          Plaintiff,<br><br>20  v.<br><br>21  ADOBE SYSTEMS INC., *et al.*,<br><br>22          Defendants. | Case No. C 11-CV-3538-LHK |
| 23  MICHAEL DEVINE, individually and on behalf of all others similarly situated,<br><br>24          Plaintiff,<br><br>25  v.<br><br>26  ADOBE SYSTEMS INC., *et al.*,<br><br>27          Defendants. | Case No. C 11-CV-3539-LHK |

28  *caption continues on next page*

| | |
|---|---|
| MARK FICHTNER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-CV-3540-LHK |
| DANIEL STOVER, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br>ADOBE SYSTEMS INC., *et al.*,<br><br>Defendants. | Case No. C 11-CV-3541-LHK |

WHEREAS, individual and representative plaintiffs Siddharth Hariharan, Brandon Marshall, Michael Devine, Mark Fichtner, and Daniel Stover ("Plaintiffs") have filed complaints ("Complaints") in the above-captioned actions for alleged violations of the antitrust laws by Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar, and DOES 1-200 ("Defendants"), pursuant to California's antitrust statute, Business and Professions Code sections 16720, *et seq.* (the "Cartwright Act"); Business and Professions Code section 16600 ("Section 16600"); and California's unfair competition law, Business and Professions Code sections 17200, *et seq.* (the "Unfair Competition Law");

WHEREAS, Plaintiffs seek to proceed on behalf of a proposed class as defined in the Consolidated Amended Complaint (the "Proposed Class");

WHEREAS, Plaintiffs have agreed to file a master consolidated amended complaint including each of them and superseding the Complaints currently on file;

WHEREAS, consolidation of the Complaints and other like actions will avoid duplication and unnecessary costs, and will promote the efficient conduct of proceedings herein;

**NOW, THEREFORE, THE COURT ORDERS**:

## I. CONSOLIDATION

1. Each of the above-captioned actions (collectively, the "Consolidated Action") is hereby consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a).

## II. MASTER DOCKET AND MASTER FILE

2. A Master Docket and a Master File under the civil action number that has been assigned to the first-filed case, *Siddharth Hariharan v. Adobe Systems Inc., et al.*, Case No. 11-CV-2509-LHK, are hereby established for the Consolidated Action. All docket entries regarding the Consolidated Action shall be docketed under the Master File number 11-CV-2509-LHK. If a document pertains to only one or some of the consolidated cases, it will be docketed on the Master Docket with the notation in the docket text as to the case number(s) to which it pertains.

## III. APPLICATION OF THIS ORDER TO SUBSEQUENTLY FILED OR TRANSFERRED CASES

3. When a case which relates to the subject matter of the Consolidated Action is hereafter filed in this Court or transferred here from another court, the Clerk of Court shall make an appropriate entry in the Master Docket. Counsel for Plaintiffs in the Consolidated Action shall promptly mail a copy of this Order to counsel for plaintiff(s) in each subsequently filed or transferred related action and to counsel for any defendant(s) in each such action not already a party to the Consolidated Action. Promptly thereafter, upon notice to counsel for the parties in each such action, counsel for Plaintiffs in the Consolidated Action shall submit to the Court a proposed order consolidating any such action with the Consolidated Action.

## IV. CAPTION OF CASES

4. All papers hereafter filed in the Consolidated Action shall bear the following Caption:

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: | |

931334.1 — - 3 - — STIPULATED [PROPOSED] PRETRIAL ORDER
CASE NOS. CV 11-2509-LHK, ETC.

5.     When a pleading or other court paper is intended to apply to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "THIS DOCUMENT RELATES TO" in the caption set out above. When a pleading or other court paper is intended to be applicable only to a subset of the Actions, the separate caption and docket number for each individual action to which the pleading is intended to be applicable shall appear immediately after or below the words "THIS DOCUMENT RELATES TO" in the caption described above. The short form of the case caption ([named plaintiff] v. [first named defendant], *et al.*) for such actions may be used.

## V.     FILING AND DOCKETING

6.     All papers previously filed and served to date in any of the above-referenced actions are hereby deemed part of the record in 11-CV-2509-LHK.

7.     When a paper is filed and the caption shows that it is to be applicable to "All Actions," such paper shall be filed in the Master File and the Clerk shall note such filing in the Master Docket. Such papers need not be filed, and docket entries need not be made, in any other case file.

8.     When a paper is filed and the caption shows that it is to be applicable to fewer than all of the Consolidated Actions, such paper shall be filed in the Master File, and the clerk shall note such filing in both the Master Docket and the docket of each such action. Thus, the paper should only be filed in the Master File in 11-CV-2509-LHK.

## VI.     ECF AND SERVICE OF DOCUMENTS

9.     This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45, Section VI, which requires that all documents in such a case be filed electronically. If counsel has not already done so, counsel shall register forthwith as an ECF user and be issued an ECF user ID and password. Forms and instructions can be found on the Court's website at ecf.cand.uscourts.gov.

10.     All documents shall be e-filed in the Master File in 11-CV-2509-LHK. Papers that are filed electronically through the Court's ECF system are deemed served on all parties as of the

1  date of filing. All other service of papers shall be governed by the Rules of Civil Procedure,
2  unless otherwise agreed by the parties.

3  **VII.    PRESERVATION OF EVIDENCE**

4        11.    Until the parties agree on a preservation plan or the Court orders otherwise, each
5  party shall take reasonable steps to preserve all documents, data, and tangible things containing
6  information potentially relevant to the subject matter of this litigation.

7  **VIII.   CONSOLIDATED AMENDED COMPLAINT AND RESPONSE**

8        12.    On September 2, 2011, Plaintiffs provided Defendants with a courtesy copy of the
9  Consolidated Amended Complaint. Within two days after an order from the Court consolidating
10 the above-captioned actions, Plaintiffs shall file the Consolidated Amended Complaint. The
11 Consolidated Amended Complaint shall be deemed Plaintiffs' initial filing for purposes of
12 Federal Rule of Civil Procedure 15(a). The Consolidated Amended Complaint shall relate back
13 to the date of the first-filed action, *Siddharth Hariharan v. Adobe Systems Inc., et al.*, Case No.
14 11-CV-2509-LHK, for all purposes. Defendants shall have no obligation to answer, move, or
15 otherwise plead in response to the previously-filed Complaints.

16       13.    Defendants shall answer, move, or otherwise plead in response to the Consolidated
17 Amended Complaint by October 13, 2011. If Defendants respond with a motion to dismiss:

18          a.    Defendants, while reserving their rights to file separate motions to dismiss
19 to the extent any deems it necessary to do so, will endeavor to file a single consolidated motion
20 accompanied by a single consolidated memorandum of points and authorities, not exceeding
21 thirty pages in length.

22          b.    If Defendants file a single motion to dismiss as described in Paragraph a.
23 above, Plaintiffs shall file a single consolidated opposition memorandum of points and authorities
24 by November 11, 2011, not exceeding thirty pages in length.

25          c.    If Defendants file a single motion to dismiss as described in Paragraph a.
26 above, Defendants may file a single consolidated reply memorandum by December 9, 2011, not
27 exceeding twenty pages in length.
28

1      d.   If Defendants file more than one motion to dismiss, the schedule listed
2 above will not change. However, Defendants will so inform Plaintiffs by September 28, 2011,
3 and the Parties shall meet and confer regarding the appropriate length of the opposition and reply
4 briefs.

5     14.   These deadlines do not alter any deadlines or conference dates previously set by
6 the Court.

**IX.   ORGANIZATION OF PLAINTIFFS' COUNSEL**

8     15.   Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates
9 Joseph R. Saveri of Lieff, Cabraser, Heimann & Bernstein, LLP, as interim Lead Counsel on
10 behalf of all Plaintiffs and the Proposed Class in the Consolidated Action.

11    16.   Lead Counsel shall have authority over the following matters on behalf of all
12 Plaintiffs and the Proposed Class in the Consolidated Action:

      a.   convening meetings of Plaintiffs' counsel;
      b.   the initiation, response, scheduling, briefing, and argument of all motions;
      c.   the scope, order, and conduct of all discovery proceedings;
      d.   making such work assignments as among themselves and other Plaintiffs' counsel as they may deem appropriate;
      e.   collecting time and expense reports from all Plaintiffs' counsel on a periodic basis;
      f.   the retention of experts;
      g.   the designation of which Plaintiffs' attorneys shall appear at hearings and conferences with the Court;
      h.   settlement negotiations and agreements with Defendants; and
      i.   all other matters concerning the prosecution of the Consolidated Action.

25    17.   No motion shall be filed on behalf of all Plaintiffs in the Consolidated Action
26 except through Lead Counsel or his designee(s).

27    18.   Defendants' counsel may rely on all agreements made with Lead Counsel, and
28 such agreements shall be binding on all other Plaintiffs.

1      19.     The Court designates the following to act, with Lead Counsel, as members of the Executive Committee on behalf of all Plaintiffs in the Consolidated Action: Eric L. Cramer of Berger & Montague, P.C. and Linda P. Nussbaum of Grant & Eisenhofer P.A.  Members of the Executive Committee shall, on a regular basis, confer regarding the administration and prosecution of the Consolidated Action.

**IT IS HEREBY STIPULATED.**

Dated:  September 6, 2011           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                                    By:  */s/ Joseph R. Saveri*
                                         JOSEPH R. SAVERI
                                         Attorneys for individual and representative Plaintiffs
                                         Siddharth Hariharan, Brandon Marshall, Michael Devine,
                                         Mark Fichtner, and Daniel Stover


Dated:  September 6, 2011           O'MELVENY & MYERS LLP


                                    By:  */s/ Michael F. Tubach*
                                         MICHAEL F. TUBACH
                                         Attorneys for Defendant
                                         APPLE INC.


Dated:  September 6, 2011           KEKER & VAN NEST LLP


                                    By:  */s/ Daniel Purcell*
                                         DANIEL PURCELL
                                         Attorneys for Defendant
                                         LUCASFILM LTD.


Dated:  September 6, 2011           JONES DAY


                                    By:  */s/ David C. Kiernan*
                                         DAVID C. KIERNAN
                                         Attorneys for Defendant
                                         ADOBE SYSTEMS INC.

| | | |
|---|---|---|
| 1 | Dated: September 6, 2011 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By: */s/ Lee H. Rubin*<br>LEE H. RUBIN |
| 4 | | Attorneys for Defendant<br>GOOGLE INC. |
| 5 | | |
| 6 | Dated: September 6, 2011 | BINGHAM McCUTCHEN LLP |
| 7 | | By: */s/ Holly A. House* |
| 8 | | HOLLY A. HOUSE<br>Attorneys for Defendant |
| 9 | | INTEL CORPORATION |
| 10 | Dated: September 6, 2011 | JONES DAY |
| 11 | | |
| 12 | | By: */s/ Robert A. Mittelstaedt*<br>ROBERT A. MITTELSTAEDT |
| 13 | | Attorneys for Defendant<br>INTUIT INC. |
| 14 | | |
| 15 | Dated: September 6, 2011 | COVINGTON & BURLING LLP |
| 16 | | By: */s/ Emily Johnson Henn* |
| 17 | | EMILY JOHNSON HENN<br>Attorneys for Defendant |
| 18 | | PIXAR |

931334.1  - 8 -  STIPULATED [PROPOSED] PRETRIAL ORDER
CASE NOS. CV 11-2509-LHK, ETC.

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated:  September 6, 2011                                     */s/ Dean M. Harvey*
                                                                                    DEAN M. HARVEY
                                                                                    LIEFF CABRASER HEIMANN
                                                                                     & BERNSTEIN, LLP

1 | **IT IS SO ORDERED.**

3 | Dated: _____     _____
                                        HON. LUCY H. KOH
                                        UNITED STATES DISTRICT JUDGE