1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                   NORTHERN DISTRICT OF CALIFORNIA

10

11   SIDDHARTH HARIHARAN,                          Case No. C 11-CV-2509-LHK
     individually and on behalf of all others
12   similarly situated,

13                    Plaintiff,                   **STIPULATED [~~PROPOSED~~] PRETRIAL**
                                                   **ORDER AS MODIFIED NO. 1**
14   v.

15   ADOBE SYSTEMS INC., *et al.*,

16                    Defendants.

17   BRANDON MARSHALL, individually             Case No. C 11-CV-3538-LHK
     and on behalf of all others similarly
18   situated,

19                    Plaintiff,

20   v.

21   ADOBE SYSTEMS INC., *et al.*,

     Defendants.
22
     MICHAEL DEVINE, individually and on        Case No. C 11-CV-3539-LHK
23   behalf of all others similarly situated,

24                    Plaintiff,

25   v.

26   ADOBE SYSTEMS INC., *et al.*,

27                    Defendants.

28   *caption continues on next page*

STIPULATED [~~PROPOSED~~] PRETRIAL ORDER
                                                   CASE NOS. CV 11-2509-LHK, ETC.

| | | |
|---|---|---|
| 1 | MARK FICHTNER, individually and on behalf of all others similarly situated, | Case No. C 11-CV-3540-LHK |
| 2 | | |
| 3 | Plaintiff, | |
| | v. | |
| 4 | ADOBE SYSTEMS INC., *et al.*, | |
| 5 | Defendants. | |
| 6 | DANIEL STOVER, individually and on behalf of all others similarly situated, | Case No. C 11-CV-3541-LHK |
| 7 | | |
| 8 | Plaintiff, | |
| | v. | |
| 9 | ADOBE SYSTEMS INC., *et al.*, | |
| 10 | Defendants. | |

11

12    WHEREAS, individual and representative plaintiffs Siddharth Hariharan, Brandon

13 Marshall, Michael Devine, Mark Fichtner, and Daniel Stover ("Plaintiffs") have filed complaints

14 ("Complaints") in the above-captioned actions for alleged violations of the antitrust laws by

15 Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar, and

16 DOES 1-200 ("Defendants"), pursuant to California's antitrust statute, Business and Professions

17 Code sections 16720, *et seq.* (the "Cartwright Act"); Business and Professions Code

18 section 16600 ("Section 16600"); and California's unfair competition law, Business and

19 Professions Code sections 17200, *et seq.* (the "Unfair Competition Law");

20    WHEREAS, Plaintiffs seek to proceed on behalf of a proposed class as defined in

21 the Consolidated Amended Complaint (the "Proposed Class");

22    WHEREAS, Plaintiffs have agreed to file a master consolidated amended

23 complaint including each of them and superseding the Complaints currently on file;

24    WHEREAS, consolidation of the Complaints and other like actions will avoid

25 duplication and unnecessary costs, and will promote the efficient conduct of proceedings herein;

26    **NOW, THEREFORE, THE COURT ORDERS**:

27

28

STIPULATED [~~PROPOSED~~] PRETRIAL ORDER
CASE NOS. CV 11-2509-LHK, ETC.

1    **I.      CONSOLIDATION**

2           Each of the above-captioned actions (collectively, the "Consolidated Action") is hereby

3    consolidated for all purposes pursuant to Federal Rule of Civil Procedure 42(a).

4    **II.     MASTER DOCKET AND MASTER FILE**

5           A Master Docket and a Master File under the civil action number that has been assigned

6    to the first-filed case, *Siddharth Hariharan v. Adobe Systems Inc., et al.*, Case No. 11-CV-2509-

7    LHK, are hereby established for the Consolidated Action.  All docket entries regarding the

8    Consolidated Action shall be docketed under the Master File number 11-CV-2509-LHK.  If a

9    document pertains to only one or some of the consolidated cases, it will be docketed on the

10   Master Docket with the notation in the docket text as to the case number(s) to which it pertains.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### III.   APPLICATION OF THIS ORDER TO SUBSEQUENTLY FILED OR TRANSFERRED CASES

When a case which relates to the subject matter of the Consolidated Action is hereafter filed in this Court or transferred here from another court, **and only after counsel call to the attention of the Court and the Clerk the filing or transfer of any such case that might be properly consolidated with this Consolidated Action,** the Clerk of Court shall make an appropriate entry in the Master Docket.  Counsel for Plaintiffs in the Consolidated Action shall promptly mail a copy of this Order to counsel for plaintiff(s) in each subsequently filed or transferred related action and to counsel for any defendant(s) in each such action not already a party to the Consolidated Action.  Promptly thereafter, upon notice to counsel for the parties in each such action, counsel for Plaintiffs in the Consolidated Action shall submit to the Court a proposed order consolidating any such action with the Consolidated Action.  **Unless a party in such newly-filed or transferred action objects to consolidation within ten (10) days after the date upon which a copy of this Order is served on counsel for such party, by filing an application for relief and this Court deems it appropriate to grant such application,** each new case that arises out of the subject matter of the Consolidated Action which is filed in this Court or transferred to this Court, shall be consolidated with the Consolidated Action and this Order shall apply thereto**.**

### IV.   CAPTION OF CASES

All papers hereafter filed in the Consolidated Action shall bear the following Caption:

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: | |

When a pleading or other court paper is intended to apply to all actions to which this Order is applicable, the words "All Actions" shall appear immediately after the words "THIS

1   DOCUMENT RELATES TO" in the caption set out above.  When a pleading or other court paper

2   is intended to be applicable only to a subset of the Actions, the separate caption and docket

3   number for each individual action to which the pleading is intended to be applicable shall appear

4   immediately after or below the words "THIS DOCUMENT RELATES TO" in the caption

5   described above.  The short form of the case caption ([named plaintiff] v. [first named defendant],

6   *et al.*) for such actions may be used.

7   **V.     FILING AND DOCKETING**

8       All papers previously filed and served to date in any of the above-referenced actions are

9   hereby deemed part of the record in 11-CV-2509-LHK.

10      When a paper is filed and the caption shows that it is to be applicable to "All Actions,"

11  such paper shall be filed in the Master File and the Clerk shall note such filing in the Master

12  Docket.  Such papers need not be filed, and docket entries need not be made, in any other case

13  file.

14      When a paper is filed and the caption shows that it is to be applicable to fewer than all of

15  the Consolidated Actions, such paper shall be filed in the Master File, and the clerk shall note

16  such filing in both the Master Docket and the docket of each such action.  Thus, the paper should

17  only be filed in the Master File in 11-CV-2509-LHK.

18  **VI.    ECF AND SERVICE OF DOCUMENTS**

19      This case is subject to Electronic Case Filing ("ECF"), pursuant to General Order 45,

20  Section VI, which requires that all documents in such a case be filed electronically.  If counsel

21  has not already done so, counsel shall register forthwith as an ECF user and be issued an ECF

22  user ID and password.  Forms and instructions can be found on the Court's website at

23  ecf.cand.uscourts.gov.

24      All documents shall be e-filed in the Master File in 11-CV-2509-LHK.  Papers that are

25  filed electronically through the Court's ECF system are deemed served on all parties as of the

26  date of filing.  All other service of papers shall be governed by the Rules of Civil Procedure,

27  unless otherwise agreed by the parties.

28

- 5 -

1    **VII.**    **PRESERVATION OF EVIDENCE**

2          Until the parties agree on a preservation plan or the Court orders otherwise, each party

3 shall take reasonable steps to preserve all documents, data, and tangible things containing

4 information potentially relevant to the subject matter of this litigation.

5    **VIII.**    **CONSOLIDATED AMENDED COMPLAINT AND RESPONSE**

6          On September 2, 2011, Plaintiffs provided Defendants with a courtesy copy of the

7 Consolidated Amended Complaint. Within two days after an order from the Court consolidating

8 the above-captioned actions, Plaintiffs shall file the Consolidated Amended Complaint. The

9 Consolidated Amended Complaint shall be deemed Plaintiffs' initial filing for purposes of

10 Federal Rule of Civil Procedure 15(a). The Consolidated Amended Complaint shall relate back

11 to the date of the first-filed action, *Siddharth Hariharan v. Adobe Systems Inc., et al.*, Case No.

12 11-CV-2509-LHK, for all purposes. Defendants shall have no obligation to answer, move, or

13 otherwise plead in response to the previously-filed Complaints.

14          Defendants shall answer, move, or otherwise plead in response to the Consolidated

15 Amended Complaint by October 13, 2011. If Defendants respond with a motion to dismiss:

16          a.      Defendants, while reserving their rights to file separate motions to dismiss

17 to the extent any deems it necessary to do so, will endeavor to file a single consolidated motion

18 accompanied by a single consolidated memorandum of points and authorities, not exceeding

19 thirty pages in length.

20          b.      If Defendants file a single motion to dismiss as described in Paragraph a.

21 above, Plaintiffs shall file a single consolidated opposition memorandum of points and authorities

22 by November 4, 2011, not exceeding thirty pages in length.

23          c.      If Defendants file a single motion to dismiss as described in Paragraph a.

24 above, Defendants may file a single consolidated reply memorandum by December 2, 2011, not

25 exceeding twenty pages in length.

26          d.      If Defendants file more than one motion to dismiss, the schedule listed

27 above will not change. However, Defendants will so inform Plaintiffs by September 28, 2011,

28 and the Parties shall meet and confer regarding the appropriate length of the opposition and reply

1  briefs. **Defendants must seek leave of the Court, and provide good cause, in order to file**
2  **more than one motion to dismiss.**

3      These deadlines do not alter any deadlines or conference dates previously set by the Court.

4  **IX.  ORGANIZATION OF PLAINTIFFS' COUNSEL**

5      1.      Pursuant to Federal Rule of Civil Procedure 23(g)(3), the Court designates
6  Joseph R. Saveri of Lieff, Cabraser, Heimann & Bernstein, LLP, as interim Lead Counsel on
7  behalf of all Plaintiffs and the Proposed Class in the Consolidated Action.

8      2.      Lead Counsel shall have authority over the following matters on behalf of all
9  Plaintiffs and the Proposed Class in the Consolidated Action:

10          a.      convening meetings of Plaintiffs' counsel;
11          b.      the initiation, response, scheduling, briefing, and argument of all motions;
12          c.      the scope, order, and conduct of all discovery proceedings;
13          d.      making such work assignments as among themselves and other Plaintiffs'
14  counsel as they may deem appropriate;
15          e.      collecting time and expense reports from all Plaintiffs' counsel on a
16  periodic basis;
17          f.      the retention of experts;
18          g.      the designation of which Plaintiffs' attorneys shall appear at hearings and
19  conferences with the Court;
20          h.      settlement negotiations and agreements with Defendants; and
21          i.      all other matters concerning the prosecution of the Consolidated Action.

22      3.      No motion shall be filed on behalf of all Plaintiffs in the Consolidated Action
23  except through Lead Counsel or his designee(s).

24      4.      Defendants' counsel may rely on all agreements made with Lead Counsel, and
25  such agreements shall be binding on all other Plaintiffs.

26      5.      The Court designates the following to act, with Lead Counsel, as members of the
27  Executive Committee on behalf of all Plaintiffs in the Consolidated Action: Eric L. Cramer of
28  Berger & Montague, P.C. and Linda P. Nussbaum of Grant & Eisenhofer P.A. Members of the

1  Executive Committee shall, on a regular basis, confer regarding the administration and

2  prosecution of the Consolidated Action.

3  **IT IS HEREBY STIPULATED.**

4

5  Dated: September 6, 2011        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

6

7                                  By:   _/s/ Joseph R. Saveri_
                                        JOSEPH R. SAVERI

8                                       Attorneys for individual and representative Plaintiffs
                                        Siddharth Hariharan, Brandon Marshall, Michael Devine,

9                                       Mark Fichtner, and Daniel Stover

10

11  Dated: September 6, 2011        O'MELVENY & MYERS LLP

12                                  By:   _/s/ Michael F. Tubach_
                                        MICHAEL F. TUBACH

13                                      Attorneys for Defendant

14                                      APPLE INC.

15  Dated: September 6, 2011        KEKER & VAN NEST LLP

16

17                                  By:   _/s/ Daniel Purcell_
                                        DANIEL PURCELL

18                                      Attorneys for Defendant
                                        LUCASFILM LTD.

19

20  Dated: September 6, 2011        JONES DAY

21

22                                  By:   _/s/ David C. Kiernan_
                                        DAVID C. KIERNAN

23                                      Attorneys for Defendant
                                        ADOBE SYSTEMS INC.

24

25

26

27

28

- 8 -

1    Dated:  September 6, 2011          MAYER BROWN LLP

2

3                                       By:   _/s/ Lee H. Rubin_____
                                              LEE H. RUBIN
                                              Attorneys for Defendant
4                                             GOOGLE INC.

5

6    Dated:  September 6, 2011          BINGHAM McCUTCHEN LLP

7

8                                       By:   _/s/ Holly A. House_____
                                              HOLLY A. HOUSE
                                              Attorneys for Defendant
9                                             INTEL CORPORATION

10   Dated:  September 6, 2011          JONES DAY

11

12                                      By:   _/s/ Robert A. Mittelstaedt_____
                                              ROBERT A. MITTELSTAEDT
13                                            Attorneys for Defendant
                                              INTUIT INC.

14

15   Dated:  September 6, 2011          COVINGTON & BURLING LLP

16

17                                      By:   _/s/ Emily Johnson Henn_____
                                              EMILY JOHNSON HENN
                                              Attorneys for Defendant
18                                            PIXAR

19

20

21

22

23

24

25

26

27

28

STIPULATED [PROPOSED] PRETRIAL ORDER
CASE NOS. CV 11-2509-LHK, ETC.

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.


Dated:  September 12, 2011                              _____/s/ Dean M. Harvey_____
                                                                      DEAN M. HARVEY
                                                                      LIEFF CABRASER HEIMANN
                                                                        & BERNSTEIN, LLP

STIPULATED [PROPOSED] PRETRIAL ORDER
CASE NOS. CV 11-2509-LHK, ETC.

1    **IT IS SO ORDERED.**

2

3    Dated: _____       September 12, 2011
                                         _____
4                                        HON. LUCY H. KOH
                                         UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                    STIPULATED [PROPOSED] PRETRIAL ORDER
                                    CASE NOS. CV 11-2509-LHK, ETC.