| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | JOHN W. KEKER - #49092 |
| 2 | DANIEL PURCELL - #191424 |
| | EUGENE M. PAIGE - #202849 |
| 3 | PAULA L. BLIZZARD - #207920 |
| | 710 Sansome Street |
| 4 | San Francisco, CA  94111-1704 |
| | Telephone:  (415) 391-5400 |
| 5 | Facsimile:  (415) 397-7188 |
| 6 | Attorneys for Defendant |
| | LUCASFILM LTD. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. C 11-02509 LHK |
|---|---|
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING DEFENDANT LUCASFILM LTD.'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING LEAVE TO FILE A SEPARATE MOTION TO DISMISS** |
| ALL ACTIONS | |
| | Courtroom: 8, 4th Floor |
| | Judge:       Hon. Lucy H. Koh |
| | Date Comp. Filed:    May 4, 2011 |

1  Defendant Lucasfilm Ltd. ("Lucasfilm") has filed a motion for administrative relief under
2 Northern District Civil Local Rule 7-11 requesting leave to file a separate motion to dismiss
3 plaintiffs' Consolidated Amended Complaint ("Complaint"). For the reasons stated in
4 Lucasfilm's motion, and good cause having been shown, the Court GRANTS the motion.
5  Lucasfilm may file a separate motion to dismiss of no longer than 10 pages, addressing
6 the viability of plaintiffs' Cartwright Act and UCL claims under the federal enclave doctrine.
7 Plaintiffs may file an opposition brief of no longer than 10 pages, and Lucasfilm may file a reply
8 brief of no longer than 7 pages. The motion shall be briefed on the existing schedule set forth in
9 the Court's September 12, 2011 pretrial order.

11 Dated:

_____
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE