| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
|   | ZACHARY J. ALINDER (SBN 209009) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 5 | donn.pickett@bingham.com |
|   | frank.hinman@bingham.com |
| 6 | zachary.alinder@bingham.com |
| 7 | Attorneys for Defendant |
|   | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 12 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| 14 | THIS DOCUMENT RELATES TO: | **NOTICE OF SUBSTITUTION OF COUNSEL** |
| 15 | ALL ACTIONS | |

A/74527839.1/2014763-0000355568         1         Case No. 11-CV-2509 LHK

NOTICE OF SUBSTITUTION OF COUNSEL

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO EACH PARTY, AND TO**
2  **THE ATTORNEYS OF RECORD FOR EACH PARTY IN THIS ACTION:**
3      **PLEASE TAKE NOTICE** that effective immediately Holly A. House should be
4  removed from all email and ECF notification lists in the above-captioned matter, as she is no
5  longer with the firm of Bingham McCutchen LLP, counsel for Defendant Intel Corporation.
6  Further, please add Frank M. Hinman (SBN 157402) to all email (frank.hinman@bingham.com)
7  and ECF notification lists in place of Ms. House as one of the counsel representing Defendant
8  Intel Corporation in the above-captioned matter.
9  DATED:  September 27, 2011        BINGHAM McCUTCHEN LLP

By:    /s/ Frank M. Hinman
      Frank M. Hinman
    Attorneys for Defendant
      Intel Corporation