UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. C 11-02509 LHK<br><br>[~~PROPOSED~~] ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT LUCASFILM LTD.'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING LEAVE TO FILE A SEPARATE MOTION TO DISMISS<br><br>**AS MODIFIED BY THE COURT**<br><br>Courtroom: 8, 4th Floor<br>Judge:     Hon. Lucy H. Koh<br><br>Date Comp. Filed:    May 4, 2011 |

Defendant Lucasfilm Ltd. ("Lucasfilm") has filed a motion for administrative relief under Northern District Civil Local Rule 7-11 requesting leave to file a separate motion to dismiss plaintiffs' Consolidated Amended Complaint ("Complaint"). For the reasons stated in Lucasfilm's motion, and good cause having been shown, the Court GRANTS the motion, in part, and denies it in part.

Lucasfilm may file a separate motion to dismiss of no longer than 5 pages, addressing the viability of plaintiffs' Cartwright Act and UCL claims under the federal enclave doctrine. Plaintiffs may file an opposition brief of no longer than 5 pages, and Lucasfilm may file a reply brief of no longer than 3 pages. The motion shall be briefed on the existing schedule set forth in the Court's September 12, 2011 pretrial order.

Dated: September 28, 2011

_____
The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED AS MODIFIED
Judge Lucy H. Koh