1  Robert A. Mittelstaedt #60359
   ramittelstaedt@jonesday.com
2  Craig A. Waldman #229943
   cwaldman@jonesday.com
3  David C. Kiernan #215335
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendant
   Adobe Systems, Inc.
8

9                    UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12  IN RE: HIGH-TECH EMPLOYEE            **Master Docket No. 11-CV-2509-LHK**
    ANTITRUST LITIGATION
13                                       ADR CERTIFICATION BY PARTIES
    THIS DOCUMENT RELATES TO:            AND COUNSEL
14
    ALL ACTIONS
15

16         Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies

17  that he has:

18         (1)     Read the handbook entitled "Dispute Resolution Procedures in the Northern

19  District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited

20  printed copies are available from the clerk's office for parties in cases not subject to the court's

21  Electronic Case Filing program (ECF) under General Order 45);

22         (2)     Discussed the available dispute resolution options provided by the Court and

23  private entities; and

24         (3)     Considered whether this case might benefit from any of the available dispute

25  resolution options.

26

27

28

1   Dated: October 4, 2011                          JONES DAY

2

3                                                   By:/s/ David C. Kiernan

4                                                        David C. Kiernan

5                                                   Attorneys for Adobe Systems Inc.

6   Dated: October 4, 2011                          ADOBE SYSTEMS INCORPORATED

7

8                                                   By: /s/ Ronald B. Friedman

9                                                        Ronald B. Friedman

10                                                  Associate General Counsel
                                                    Adobe Systems Inc.

11

12  SFI-712652v1

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28