| | |
|---|---|
| 1 | Robert A. Mittelstaedt #60359 |
| | ramittelstaedt@jonesday.com |
| 2 | Craig E. Stewart #129530 |
| | cestewart@jonesday.com |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone: (415) 626-3939 |
| 5 | Facsimile:  (415) 875-5700 |
| 6 | Catherine T. Broderick #251231 |
| | cbroderick@jonesday.com |
| 7 | JONES DAY |
| | 1755 Embarcadero Road |
| 8 | Palo Alto, CA  94303 |
| | Telephone: (650) 739-3939 |
| 9 | Facsimile:  (650) 739-3900 |
| 10 | Attorneys for Defendant |
| | INTUIT INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | **Master Docket No. 11-CV-2509-LHK** |
| THIS DOCUMENT RELATES TO: | ADR CERTIFICATION BY PARTIES AND COUNSEL |
| ALL ACTIONS | |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov  (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

1  Dated: October 4, 2011                    JONES DAY

2

3                                            By: /s/ Catherine T. Broderick
                                                 Robert A. Mittelstaedt
4                                                Craig E. Stewart
                                                 Catherine T. Broderick
5
                                             Attorneys for Intuit Inc.
6

7  Dated: October 4, 2011                    INTUIT INC.

8

9                                            By: /s/ Karen P. Anderson
                                                 Karen P. Anderson
10
                                             Assistant General Counsel
11                                           Intuit Inc.

12
   SVI-98265v1
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28