Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**ADR CERTIFICATION**<br>**BY PARTIES AND COUNSEL** |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

| | | |
|---|---|---|
| 1 | Dated: October 5, 2011 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By:   /s/ *Dean Harvey*
　　　　Dean Harvey

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Interim Lead Counsel for Plaintiffs and the Proposed Class*

Dated: October 5, 2011    By:   /s/ *Michael Devine*
　　　　　　　　　　　　　　　　　Michael Devine

*Individual and Representative Plaintiff*

Dated: October 5, 2011    By:   /s/ *Mark Fichtner*
　　　　　　　　　　　　　　　　　Mark Fichtner

*Individual and Representative Plaintiff*

Dated: October 5, 2011    By:   /s/ *Siddharth Hariharan*
　　　　　　　　　　　　　　　　　Siddharth Hariharan

*Individual and Representative Plaintiff*

Dated: October 5, 2011    By:   /s/ *Brandon Marshall*
　　　　　　　　　　　　　　　　　Brandon Marshall

*Individual and Representative Plaintiff*

Dated: October 5, 2011    By:   /s/ *Daniel Stover*
　　　　　　　　　　　　　　　　　Daniel Stover

*Individual and Representative Plaintiff*