| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
|   | ZACHARY J. ALINDER (SBN 209009) |
| 3 | Three Embarcadero Center |
|   | San Francisco, CA  94111-4067 |
| 4 | Telephone:  415.393.2000 |
|   | Facsimile:  415.393.2286 |
| 5 | donn.pickett@bingham.com |
|   | frank.hinman@bingham.com |
| 6 | zachary.alinder@bingham.com |
| 7 | Attorneys for Defendant |
|   | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **ADR CERTIFICATION BY PARTIES AND COUNSEL** |
| ALL ACTIONS | **[Civil L.R. 16-8(b) & ADR L.R. 3-5 (b)]** |

1. Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he has:

   **(1)** Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" available on the Court's ADR Internet site www.adr.cand.uscourts.gov;

   **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and,

   **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

DATED: October 5, 2011

By: _____/s/ Zachary J. Alinder_____
Zachary J. Alinder
Bingham McCutchen
Attorneys for Defendant
Intel Corporation

DATED: October 5, 2011

By: _____/s/ Darren B. Bernhard_____
Darren B. Bernhard
Director, Antitrust and Commercial Litigation
Intel Corporation