GEORGE A. RILEY (S.B. #118304; griley@omm.com)
MICHAEL F. TUBACH (S.B. #145955; mtubach@omm.com)
LISA CHEN (S.B. #234681; lisachen@omm.com)
CHRISTINA J. BROWN (S.B. #242130; cjbrown@omm.com)
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant
Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ADR CERTIFICATION BY PARTIES AND COUNSEL |

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5(b), each of the undersigned certifies that he or she has:

(1) Read the handbook entitled "*Dispute Resolution Procedures in the Northern District of California*" on the Court's ADR Internet site, www.adr.cand.uscourts.gov;

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 5, 2011

O'MELVENY & MYERS LLP

By: /s/ Michael Tubach
Michael Tubach

Attorneys for Defendant
Apple Inc.

Dated: October 5, 2011

APPLE INC.

By: /s/ Lisa Olle
Lisa Delehunt Olle

Senior Corporate Counsel, Litigation
Apple Inc.

OMM_US:70084899.1

- 2 -

NO. 11-CV-2509-LHK
ADR CERTIFICATION BY PARTIES AND COUNSEL

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On October 6, 2011 I served the following:

**ADR CERTIFICATION BY PARTIES AND COUNSEL**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 6, 2011, at San Francisco, California.

Karla M. Quitanilla

OMM_US:5827066.2