```
 1   ROBERT T. HASLAM (S.B. #71134)
     rhaslam@cov.com
 2   EMILY JOHNSON HENN (S.B. #269482)
     ehenn@cov.com
 3   COVINGTON & BURLING LLP
     333 Twin Dolphin Dr., Suite 700
 4   Redwood Shores, CA  94065
     Telephone:    (650) 632-4700
 5   Facsimile:    (650) 632-4800

 6   DEBORAH A. GARZA (pro hac vice)
     dgarza@cov.com
 7   JONATHAN HERCZEG (pro hac vice)
     jherczeg@cov.com
 8   COVINGTON & BURLING LLP
     1201 Pennsylvania Avenue, NW
 9   Washington, DC 20004
     Telephone:    (202) 662-6000
10   Facsimile:    (202) 662-6291

11   Attorneys for Defendant
     PIXAR
12
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: C 11-CV-2509-LHK<br><br>**ADR CERTIFICATION BY PARTIES AND COUNSEL** |
|---|---|

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

(1)   Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov   (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2)   Discussed the available dispute resolution options provided by the Court and private entities; and

(3)   Considered whether this case might benefit from any of the available dispute resolution options.

Respectfully submitted,

Dated: October 12, 2011                COVINGTON & BURLING LLP


By: /s/ Emily Johnson Henn
    Emily Johnson Henn
    Counsel for Defendant
    PIXAR

Dated: October 12, 2011                PIXAR ANIMATION STUDIOS


By: /s/ James M. Kennedy
    James M. Kennedy
    Senior Vice President, Legal Affairs
    PIXAR