1  KEKER & VAN NEST LLP
   JOHN W. KEKER - #49092
2  DANIEL PURCELL - #191424
   EUGENE M. PAIGE - #202849
3  PAULA L. BLIZZARD - #207920
   633 Battery Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant
   LUCASFILM LTD.
7

8
                           UNITED STATES DISTRICT COURT
9
                         NORTHERN DISTRICT OF CALIFORNIA
10

11

12  | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. C 11-02509 LHK |
    |---|---|
13  | THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING DEFENDANT LUCASFILM LTD.'S MOTION TO DISMISS** |
14  | ALL ACTIONS | |
15  | | |
16  | | Courtroom: 8, 4th Floor<br>Judge:       Hon. Lucy H. Koh |
17  | | Date Comp. Filed:     May 4, 2011 |

1    Defendant Lucasfilm Ltd.'s ("Lucasfilm") motion to dismiss came before this Court for
2 hearing on January 19, 2012.  Having considered Lucasfilm's motion, Plaintiffs' opposition
3 thereto, Lucasfilm's reply, and the oral argument of the parties, the Court GRANTS Lucasfilm's
4 motion to dismiss Plaintiffs' Second and Fourth Claims for Relief without leave to amend.
5    IT IS SO ORDERED.

7 Dated:

The Honorable Lucy H. Koh
UNITED STATES DISTRICT JUDGE