| | |
|---|---|
| 1 | GEORGE A. RILEY (Bar No. 118304) |
|   | griley@omm.com |
| 2 | MICHAEL F. TUBACH (Bar No. 145955) |
|   | mtubach@omm.com |
| 3 | LISA CHEN (Bar No. 234681) |
|   | lisachen@omm.com |
| 4 | CHRISTINA J. BROWN (Bar No. 242130) |
|   | cjbrown@omm.com |
| 5 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 6 | San Francisco, CA  94111-3823 |
|   | Telephone:   (415) 984-8700 |
| 7 | Facsimile:    (415) 984-8701 |
| 8 | Attorneys for Defendant |
|   | Apple Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | **[FED. R. CIV. P. 12(b)(1) & 12(b)(6)]** |
| | DATE:          January 19, 2012 |
| | TIME:          1:30 pm |
| | COURTROOM: Courtroom 8, 4th Floor |
| | JUDGE:        Honorable Lucy H. Koh |

1   Defendants' Joint Motion to Dismiss the Consolidated Amended Complaint came for
2   hearing before this Court, the Honorable Lucy H. Koh presiding, on January 19, 2012.  The Court
3   having considered all papers filed in support of and in opposition to the motion and the oral
4   argument of counsel, and for good cause shown,

5   IT IS HEREBY ORDERED that Defendants' Joint Motion to Dismiss the Consolidated
6   Amended Complaint is GRANTED.

7   Plaintiffs' Consolidated Amended Complaint is hereby DISMISSED WITH PREJUDICE,
8   pursuant to Federal Rules of Civil Procedure 12(b)(6) and 12(b)(1).

10   Dated: _____

Honorable Lucy H. Koh
United States District Judge