MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
  wjohnson@mayerbrown.com
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile  (650) 331-2060

MAYER BROWN LLP
KRISTEN A. ROWSE (SBN 235294)
  krowse@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:      (213) 625-0248

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LEE H. RUBIN IN SUPPORT OF DEFENDANTS' JOINT MOTION FOR TEMPORARY STAY OF DISCOVERY**<br><br>Date:    December 8, 2011<br>Time:   1:30 p.m.<br>Courtroom:     8<br>Judge:  Hon. Lucy H. Koh<br><br>Complaint Filed:  May 4, 2011 |

RUBIN DECL. ISO DEFENDANTS' JOINT MOTION FOR TEMPORARY
STAY OF DISCOVERY; CASE NO. 11-CV-2509-LHK

700651641

I, Lee H. Rubin, hereby declare as follows:

1. I am a partner with the law firm of Mayer Brown LLP, counsel for defendant Google Inc. in the above-captioned matter. I submit this Declaration in support of the Defendants' Joint Motion for Temporary Stay of Discovery. I have personal knowledge of the matters stated herein, and can and will testify thereto if called upon to do so.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' First Set of Requests for Production, served October 3, 2011. Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' First Set of Interrogatories, also served October 3, 2011.

3. On October 3, 2011, the parties met and conferred on case management topics, including how discovery should proceed in this case. In those October 3 discussions and thereafter, Defendants indicated their intention to file a motion to dismiss by October 13, and indicated that it was Defendants' position that discovery should not proceed at all unless/until the pleadings are resolved and a determination is made that Plaintiffs have stated at least one valid claim. Defendants also offered to discuss an accelerated schedule for briefing the motion to stay discovery.

4. Defendants have agreed to exchange initial disclosures on October 17 pursuant to Rule 26. Defendants have also agreed to continue to meet and confer with Plaintiffs regarding (i) a format for the production of electronic documents and (ii) a protective order and a stipulation regarding the handling of expert discovery.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 13, 2011.

*/s/ Lee H. Rubin*
Lee H. Rubin

.

1
RUBIN DECL. ISO DEFENDANTS' JOINT MOTION FOR TEMPORARY STAY OF DISCOVERY; CASE NO. 11-CV-2509-LHK