MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
  wjohnson@mayerbrown.com
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile  (650) 331-2060

MAYER BROWN LLP
KRISTEN A. ROWSE (SBN 235294)
  krowse@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:     (213) 229-9500
Facsimile:     (213) 625-0248

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION FOR TEMPORARY STAY OF DISCOVERY**<br><br>Date:    December 8, 2011<br>Time:  1:30 p.m.<br>Courtroom:    8<br>Judge:  Hon. Lucy H. Koh<br><br>Complaint Filed: May 4, 2011 |

1  Defendants' Joint Motion for Temporary Stay of Discovery came for hearing before this
2  Court, the Honorable Lucy H. Koh presiding, on December 8, 2011.  The Court having
3  considered all papers filed in support of and in opposition to the motion and the oral argument of
4  counsel, and for good cause shown,

5  IT IS HEREBY ORDERED that Defendants' Joint Motion for Temporary Stay of
6  Discovery is GRANTED.  Discovery in this action is stayed unless and until the Court finds by
7  written order that at least one claim has been adequately pled against Defendants.

10  Dated: _____, 2011

   Honorable Lucy H. Koh
   United States District Judge