1  GEORGE A. RILEY (Bar No. 118304)
   griley@omm.com
2  MICHAEL F. TUBACH (Bar No. 145955)
   mtubach@omm.com
3  LISA CHEN (Bar No. 234681)
   lisachen@omm.com
4  CHRISTINA J. BROWN (Bar No. 242130)
   cjbrown@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
7  Facsimile:    (415) 984-8701

8  Attorneys for Defendant
   Apple Inc.
9
   [Additional Parties and Counsel Listed on Signature Page]
10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE DIVISION

14

15 | IN RE HIGH-TECH EMPLOYEE          | Master Docket No. 11-CV-2509-LHK
   | ANTITRUST LITIGATION              |
16 |                                   | **PROOF OF SERVICE**
17 |                                   | **ORAL ARGUMENT REQUESTED**
18 |                                   | DATE:       January 19, 2012
   | THIS DOCUMENT RELATES TO:         | TIME:       1:30 pm
19 |                                   | COURTROOM:  Courtroom 8, 4th Floor
   | ALL ACTIONS                       | JUDGE:      Honorable Lucy H. Koh
20

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On October 14, 2011 I served the following:

**DEFENDANTS' NOTICE OF MOTION, JOINT MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF [FED. R. CIV. P. 12(b)(1) & 12(b)(6)]**

**DECLARATION OF CHRISTINA J. BROWN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

> John D. Radice
> Grant & Eisenhofer P.A.
> 485 Lexington Avenue
> 29th Floor
> New York, NY 10017

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on October 14, 2011, at San Francisco, California.

*/s/ Karla M. Quitanilla*
Karla M. Quitanilla

OMM_US:5827066.4

PROOF OF SERVICE