UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION, | Case No: 11-CV-02509 LHK<br><br>**CLERK'S NOTICE RESCHEDULING MOTION HEARING** |

PLEASE TAKE NOTICE that the Motions (docket numbers 77 and 79) in the above-entitled case previously set on Thursday, January 19, 2012 is hereby **rescheduled to Thursday, January 26, 2012 at 1:30 p.m.**

Dated: October 14, 2011

For the Court,
RICHARD W. WEIKING, Clerk

By: /s/ Martha Parker Brown
_____
Martha Parker Brown
Courtroom Deputy Clerk