1  KEKER & VAN NEST LLP
   JOHN W. KEKER - #49092
2  DANIEL PURCELL - #191424
   EUGENE M. PAIGE - #202849
3  PAULA L. BLIZZARD - #207920
   633 Battery Street
4  San Francisco, CA  94111-1704
   Telephone:  (415) 391-5400
5  Facsimile:  (415) 397-7188

6  Attorneys for Defendant
   LUCASFILM LTD.
7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11
   IN RE: HIGH-TECH EMPLOYEE          Master Docket No. C 11-02509 LHK
12 ANTITRUST LITIGATION
                                      **ADR CERTIFICATION BY PARTIES**
13 THIS DOCUMENT RELATES TO:          **AND COUNSEL**

14 ALL ACTIONS

15
                                      Courtroom: 8, 4th Floor
16                                    Judge:     Hon. Lucy H. Koh

17                                    Date Comp. Filed:    May 4, 2011

18

19

20

21

22

23

24

25

26

27

28

Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he has:

(1) Read the handbook entitled "Dispute Resolution Procedures in the Northern District of California" on the Court's ADR Internet site www.adr.cand.uscourts.gov (Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);

(2) Discussed the available dispute resolution options provided by the Court and private entities; and

(3) Considered whether this case might benefit from any of the available dispute resolution options.

Dated: October 25, 2011

Respectfully submitted,

KEKER & VAN NEST LLP

By: /s/ Daniel Purcell
DANIEL PURCELL
Attorneys for Defendant
LUCASFILM LTD.

Dated: October 25, 2011

LUCASFILM LTD.

By: /s/ David Anderman
DAVID ANDERMAN
General Counsel
LUCASFILM, LTD.