Joseph R. Saveri (State Bar No. 130064)
jsaveri@lchb.com
Eric B. Fastiff (State Bar No. 182260)
efastiff@lchb.com
Brendan P. Glackin (State Bar No. 199643)
bglackin@lchb.com
Dean M. Harvey (State Bar No. 250298)
dharvey@lchb.com
Katherine M. Lehe (State Bar No. 273472)
klehe@lchb.com
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' STATUS REPORT REGARDING VOLUNTARY DISMISSAL OF RELATED CASE, PURSUANT TO THE COURT'S OCTOBER 26, 2011 MINUTE ORDER AND CASE MANAGEMENT ORDER (Dkt. 88)** |

Plaintiffs submit this Status Report pursuant to the Court's October 26, 2011 Minute Order and Case Management Order ("October 26, 2011 Minute Order") (Dkt. 88).

On November 3, 2011, the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff Cabraser") voluntarily dismissed without prejudice the action captioned *Lieff, Cabraser, Heimann & Bernstein, LLP v. U.S. Department of Justice, Antitrust Division*, Case No. CV-11-5105-HRL (N.D. Cal. Oct. 18, 2011)[1] for mootness (Dkt. 5).

---

[1] Plaintiffs note that the October 26, 2011 Minute Order refers to an action captioned *Lieff, Cabraser, Heimann & Bernstein, LLP v. U.S. Dep't of Justice*, Case No. 11-CV-1629-RBW (D.D.C. Mar. 18, 2011).  Lieff Cabraser has not filed a case with such title or docket number.

On November 3, 2011, Plaintiffs withdrew their prayer for injunctive relief in the instant action. *See* Notice of Withdrawal of Prayer for Injunctive Relief (Dkt. 89).

Dated: November 4, 2011

Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Katherine M. Lehe*
    Katherine M. Lehe

Joseph R. Saveri
Eric B. Fastiff
Brendan P. Glackin
Dean M. Harvey
Katherine M. Lehe
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

Eric L. Cramer
Shanon J. Carson
Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

Linda P. Nussbaum
John D. Radice
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Counsel for Plaintiff Class*