Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF DEAN M. HARVEY IN OPPOSITION TO DEFENDANTS' JOINT MOTION TO DISMISS**<br><br>Hearing Date: January 26, 2012<br>Time: 1:30 p.m.<br>Courtroom: 8<br>Judge: Hon. Lucy H. Koh |

I, Dean M. Harvey, declare:

1. I am a member in good standing of the State Bar of California and am admitted to practice in United States District Court for the Northern District of California. I am an associate with the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, attorneys for individual and representative plaintiffs Siddharth Hariharan, Brandon Marshall, Michael Devine, Mark Fichtner, and Daniel Stover in the above-captioned actions. I submit this Declaration in Support of Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss. I have personal knowledge of the

facts set forth in this Declaration.  If called as a witness, I could and would testify competently to them.

1. Attached as **Exhibit A** is a true and correct copy of the United States' Complaint in *United States v. Adobe Systems Inc., et al.*, No. 10-cv-1629-RBW (D.D.C.), dated September 24, 2010.

2. Attached as **Exhibit B** is a true and correct copy of the United States' Competitive Impact Statement in *United States v. Adobe Systems Inc., et al.*, No. 10-cv-1629-RBW (D.D.C.), dated September 24, 2010.

3. Attached as **Exhibit C** is a true and correct copy of the Stipulation among the United States; Adobe Systems, Inc.; Apple, Inc.; Google, Inc.; Intel Corporation; Intuit, Inc.; and Pixar to enter Final Judgment, and Exhibit A thereto, the Stipulated [Proposed] Final Judgment.

4. Attached as **Exhibit D** is a true and correct copy of the United States' Complaint in *United States v. Lucasfilm LTD.*, No. 10-cv-2220-RBW (D.D.C.), dated December 21, 2010.

5. Attached as **Exhibit E** is a true and correct copy of the United States' Competitive Impact Statement in *United States v. Lucasfilm LTD.*, No. 10-cv-2220-RBW (D.D.C.), dated December 21, 2010.

6. Attached as **Exhibit F** is a true and correct copy of the United States' Motion and Supporting Memorandum to Enter Final Judgment in *United States v. Lucasfilm LTD.*, No. 10-cv-2220-RBW (D.D.C.), dated May 9, 2011, and Exhibit A thereto, the Stipulated [Proposed] Final Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on November 4, 2011, in San Francisco, California.

/s/ *Dean M. Harvey*
DEAN M. HARVEY