1  GEORGE A. RILEY (Bar No. 118304)
   griley@omm.com
2  MICHAEL F. TUBACH (Bar No. 145955)
   mtubach@omm.com
3  LISA CHEN (Bar No. 234681)
   lisachen@omm.com
4  CHRISTINA J. BROWN (Bar No. 242130)
   cjbrown@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
7  Facsimile:    (415) 984-8701

8  Attorneys for Defendant
   Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| | **PROOF OF SERVICE** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | DATE: January 26, 2012<br>TIME: 1:30 pm<br>COURTROOM: Courtroom 8, 4th Floor<br>JUDGE: Honorable Lucy H. Koh |

PROOF OF SERVICE
NO. 11-CV-2509-LHK

I am a citizen of the United States and employed in San Francisco County, California, at the office of a member of the bar of this Court at whose direction this service was made. I am over the age of eighteen years and not a party to the within action. I am a resident of or employed in the county where the service described below occurred. My business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. In the ordinary course of business, correspondence collected from me would be processed on the same day, with postage thereon fully prepaid and placed for deposit that day with the United States Postal Service. On December 5, 2011 I served the following:

**DEFENDANTS' REPLY IN SUPPORT OF JOINT MOTION TO DISMISS THE CONSOLIDATED AMENDED COMPLAINT**

by putting a true and correct copy thereof in a sealed envelope, with postage fully prepaid, and placing the envelope for collection and mailing today with the United States Postal Service in accordance with the firm's ordinary business practices, addressed as follows:

John D. Radice
Grant & Eisenhofer P.A.
485 Lexington Avenue
29th Floor
New York, NY 10017

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on December 5, 2011, at San Francisco, California.

Karla M. Quitanilla

OMM_US:5827066.6