1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Catherine T. Broderick (State Bar No. 251231)
   cbroderick@jonesday.com
7  JONES DAY
   1755 Embarcadero Road
8  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
9  Facsimile:    (650) 739-3900

10 Attorneys for Defendant
   INTUIT INC.
11
   [Additional Parties and Counsel Listed on Signature Page.]
12

13                      IN THE UNITED STATES DISTRICT COURT

14                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                                SAN JOSE DIVISION

16

17 **IN RE: HIGH-TECH EMPLOYEE**            **Master Docket No. 11-CV-2509-LHK**
   **ANTITRUST LITIGATION**
18

19 **THIS DOCUMENT RELATES TO:**            **STIPULATION AND [PROPOSED]**
                                            **ORDER CONCERNING TESTIFYING**
20 **ALL ACTIONS**                          **EXPERT DISCOVERY**

21

22

**STIPULATION CONCERNING TESTIFYING EXPERT DISCOVERY**

The parties stipulate to the following regarding the scope of testifying expert discovery in the above-captioned matter:

1. This Stipulation And Order Concerning Testifying Expert Discovery ("Stipulation") will govern discovery from testifying experts in the above-captioned matter. Subject to the limitations herein, the parties shall comply with Rule 26(a) of the Federal Rules of Civil Procedure. To the extent that this Stipulation imposes limitations on discovery which otherwise would be available under the Federal Rules of Civil Procedure, the parties have agreed to any such limitations. Neither the terms of the Stipulation nor the parties' agreement to them shall be considered an admission by any person that any of the information restricted from discovery by this Stipulation would otherwise be discoverable or admissible.

2. The following types of information shall not be the subject of discovery by subpoena, deposition or otherwise:

    a. the content of communications among and between:

        i. counsel and testifying expert witnesses;

        ii. testifying expert witnesses and their respective staffs;

        iii. testifying expert witnesses and consultants;

        iv. communications among or between testifying expert witnesses; and

    b. notes, drafts, written communications, preliminary or intermediate calculations, computations or other data runs, or other types of preliminary work created by, for, or at the direction of testifying expert witnesses.

3. The protections against discovery contained in the preceding paragraph shall not apply to any communications or documents upon which a testifying expert relies as a basis for any of his or her opinions or reports.

Consented and agreed to by the following parties:

| | | |
|---|---|---|
| 1 | Dated: December 5, 2011 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By:   */s/ Joseph R. Saveri*
     JOSEPH R. SAVERI
     Interim Lead Counsel for Plaintiffs and the Proposed Class

Dated: December 5, 2011      O'MELVENY & MYERS LLP

By:   */s/ Michael F. Tubach*
     MICHAEL F. TUBACH
     Attorneys for Defendant
     APPLE INC.

Dated: December 5, 2011      KEKER & VAN NEST LLP

By:   */s/ Daniel Purcell*
     DANIEL PURCELL
     Attorneys for Defendant
     LUCASFILM LTD.

Dated: December 5, 2011      JONES DAY

By:   */s/ David C. Kiernan*
     DAVID C. KIERNAN
     Attorneys for Defendant
     ADOBE SYSTEMS INC.

Dated: December 5, 2011      MAYER BROWN LLP

By:   */s/ Lee H. Rubin*
     LEE H. RUBIN
     Attorneys for Defendant
     GOOGLE INC.

Dated: December 5, 2011      BINGHAM McCUTCHEN LLP

By:   */s/ Zachery J. Alinder*
     ZACHERY J. ALINDER Attorneys for Defendant
     INTEL CORPORATION

| | | |
|---|---|---|
| Dated:  December 5, 2011 | JONES DAY | |
| | By: | /s/ Robert A. Mittelstaedt |
| | | ROBERT A. MITTELSTAEDT |
| | | Attorneys for Defendant |
| | | INTUIT INC. |
| Dated:  December 5, 2011 | COVINGTON & BURLING LLP | |
| | By: | /s/ Emily Johson Henn |
| | | EMILY JOHNSON HENN |
| | | Attorneys for Defendant |
| | | PIXAR |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

| | | |
|---|---|---|
| Dated: December 5, 2011 | By: | /s/ Catherine T. Broderick |
| | | CATHERINE T. BRODERICK |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  _____
Honorable Lucy H. Koh
United States District Judge