1   Robert A. Mittelstaedt (State Bar No. 60359)
    ramittlestaedt@JonesDay.com
2   Craig E. Stewart (State Bar No. 129530)
    cestewart@JonesDay.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA  94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Catherine T. Broderick (State Bar No. 251231)
    cbroderick@jonesday.com
7   JONES DAY
    1755 Embarcadero Road
8   Palo Alto, CA 94303
    Telephone: (650) 739-3939
9   Facsimile: (650) 739-3900

10  Attorneys for Defendant
    INTUIT INC.

11
                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                       SAN JOSE DIVISION
14

15  IN RE: HIGH-TECH EMPLOYEE              Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
16
                                           **PROOF OF SERVICE BY U.S. MAIL**
17  THIS DOCUMENT RELATES TO:

18  ALL ACTIONS

19

20

21

22

23

24

25

26

27

28

PROOF OF SERVICE

1

## PROOF OF SERVICE BY U.S. MAIL

2      I am a citizen of the United States and employed in Santa Clara County, California.  I am

3   over the age of eighteen years and not a party to the within-entitled action.

4      I am readily familiar with Jones Day's practice for collection and process of documents

5   for mailing with the United States Postal Service, and that practice is that the documents are

6   deposited with the United States Postal Service with postage fully prepaid the same day as the

7   day of collection in the ordinary course of business.

8      My business address is Jones Day, Silicon Valley Office, 1755 Embarcadero Road, Palo

9   Alto, California  94303.  On December 5,  2011,  a true and correct copy of the within documents:

10     **1.  STIPULATION AND [PROPOSED] ORDER CONCERNING TESTIFYING
           EXPERT DISCOVERY**

11

12   was delivered via U.S. Mail to:

13      John D. Radice
        GRANT & EISENHOFER, P.A.
14      485 Lexington Avenue, 29th Floor
        New York, NY  10017
15      Telephone: (646) 722-8500
        Facsimile: (646) 722-8501
16      Attorneys for Plaintiffs

17

18      I declare under penalty of perjury under the laws of the State of California that the above

19   is true and correct. Executed on December 5, 2011 at Palo Alto, California.

20

21                                                /s/ Julie A. Gleaves
                                                  Julie A. Gleaves
22   SVI-100775

23

24

25

26

27

28