Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:    (415) 875-5700

Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939
Facsimile:    (650) 739-3900

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**NOTICE OF ATTORNEY NAME AND EMAIL CHANGE** |

1  PLEASE TAKE NOTICE, that attorney Catherine T. Broderick's name has changed to
2  Catherine T. Zeng.  Additionally, her email address has changed to czeng@jonesday.com, and it
3  is hereby requested that all notices, pleadings, orders, and other papers e-filed or electronically
4  served in this matter be directed to her new email address.

6  Dated: January 3, 2011                    JONES DAY

8                                             By: /s/ Catherine T. Zeng
9                                                  Catherine T. Zeng
                                              Attorneys for INTUIT INC.

SVI-101786

- 2 -

NOTICE OF ATTORNEY NAME
AND EMAIL CHANGE
CASE NO. 11-CV-2509 LHK