Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE OF JOSHUA P. DAVIS** |

PLEASE TAKE NOTICE THAT in the above-captioned litigation, Joshua P. Davis of the University of San Francisco School of Law, located at 2130 Fulton Street, San Francisco, California 94117, enters his appearance as attorney of record, together with other attorneys of record, on behalf of Plaintiffs, and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

959228.1 - 1 - NOTICE OF APPEARANCE OF JOSHUA P. DAVIS
CASE NO. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: January 18, 2012 | Respectfully submitted, |
| 2 | | |
| 3 | | By:   /s/  *Joshua P. Davis*<br>Joshua P. Davis |
| 4 | | Joshua P. Davis (State Bar No. 193254) |
| 5 | | *davisj@usfca.edu*<br>University of San Francisco School of Law |
| 6 | | 2130 Fulton Street<br>San Francisco, CA 94117-1080 |
| 7 | | Telephone:  (415) 422-6223<br>Facsimile:  (415) 422-6433 |

959228.1     - 2 -     NOTICE OF APPEARANCE OF JOSHUA P. DAVIS<br>CASE NO. 11-CV-2509-LHK