Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION FOR SEALING ORDER REGARDING INFORMATION DESIGNATED CONFIDENTIAL BY OTHER PARTIES, PURSUANT TO CIVIL LOCAL RULE 79-5(D) AND THE COURT'S STANDING ORDER** |

Pursuant to Civil Local Rule 79-5(d) and the Court's Standing Order, Plaintiffs hereby move for a sealing order regarding information contained in the Joint Case Management Conference Statement that Defendants designated either "CONFIDENTIAL" or "CONFIDENTIAL - ATTORNEYS' EYES ONLY," under the Stipulated Proposed Protective Order.  (Dkt. No. 95.)

As Plaintiffs explain in the Joint Case Management Conference Statement, Plaintiffs have challenged the propriety of these designations, and continue to meet and confer with Defendants regarding them.

Pursuant to the Court's Standing Order, Plaintiffs have attached a proposed public redacted version of the Joint Case Management Conference Statement.

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  January 19, 2012 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By:   /s/ *Dean M. Harvey*
      Dean M. Harvey

Joseph R. Saveri
Eric B. Fastiff
Brendan P. Glackin
Dean M. Harvey
Anne B. Shaver
Katherine M. Lehe
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Lead Counsel for Plaintiff Class*