1    Joseph R. Saveri (State Bar No. 130064)
      Eric B. Fastiff (State Bar No. 182260)
2    Brendan P. Glackin (State Bar No. 199643)
      Dean M. Harvey (State Bar No. 250298)
3    Anne B. Shaver (State Bar No. 255928)
      Katherine M. Lehe (State Bar No. 273472)
4    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
      275 Battery Street, 29th Floor
5    San Francisco, CA  94111-3339
      Telephone:  (415) 956-1000
6    Facsimile:  (415) 956-1008

7    *Interim Lead Counsel for Plaintiff Class*

8                UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                  SAN JOSE DIVISION

11

12    IN RE: HIGH-TECH EMPLOYEE         Master Docket No. 11-CV-2509-LHK
      ANTITRUST LITIGATION
13                              **CERTIFICATE OF SERVICE BY U.S.**
      THIS DOCUMENT RELATES TO:        **MAIL AND E-MAIL**
14

15    ALL ACTIONS

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE BY CERTIFIED U.S. MAIL AND EMAIL

I am readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice for collection and processing of documents for mailing with the United States Postal Service, and that practice is that the documents are deposited with the United States Postal Service with postage fully prepaid the same day as the day of collection in the ordinary course of business.

I am employed in San Francisco County, California.  I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Embarcadero Center West, 275 Battery Street, 29th Floor, San Francisco, California 94111-3339.  On January 19, 2011, I served true and correct copies of the document entitled:

1.  **JOINT CASE MANAGEMENT STATEMENT (UNREDACTED)**

on the following individuals, via U.S. Mail and E-mail:

See attached.

I also lodged the JOINT CASE MANAGEMENT STATEMENT (UNREDACTED) with the Clerk of the United States District Court for the Northern District of California, for the purpose of filing the document under seal, via Overnight Federal Express.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 19, 2011 at San Francisco, California.

Steven Shin

1

<u>**SERVICE LIST**</u>

2

| | |
|---|---|
| Robert A. Mittelstaedt<br>Craig A. Waldman<br>David Kiernan<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cwaldman@jonesday.com<br>dkiernan@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br><br>Counsel for Defendant **Adobe Systems Inc.** | George Riley<br>Michael F. Tubach<br>Lisa Chen<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>griley@omm.com<br>mtubach@omm.com<br>lisachen@omm.com<br>cjbrown@omm.com<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br><br><br>Counsel for Defendant **Apple Inc.** |
| Lee H. Rubin<br>Edward D. Johnson<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>lrubin@mayerbrown.com<br>wjohnson@mayerbrown.com<br>Tel.: (650) 331-2000<br>Fax: (650) 331-2060<br><br>Kristen A. Rowse<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-2112<br>krowse@mayerbrown.com<br>Tel.: (213) 229 5137<br>Fax: (213) 576 8139<br><br><br>Counsel for Defendant **Google Inc.** | Donn P. Pickett<br>Frank M. Hinman<br>Zachary J. Alinder<br>BINGHAM MCCUTCHEN LLP<br>Three Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>donn.pickett@bingham.com<br>frank.hinman@bingham.com<br>zachary.alinder@bingham.com<br>Tel.: (415) 393-2000<br>Fax: (415) 393-2286<br><br><br>Counsel for Defendant **Intel Corp.** |

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- 2 -

| | |
|---|---|
| Robert A. Mittelstaedt<br>Craig E. Stewart<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cestewart@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br>Catherine T. Zeng<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>czeng@jonesday.com<br>Tel.: (650) 739-3939<br>Fax: (650) 739-3900<br><br><br>Counsel for Defendant **Intuit Inc.** | John W. Keker<br>Paula L. Blizzard<br>Eugene M. Paige<br>Daniel Purcell<br>KEKER & VAN NEST<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>jkeker@kvn.com<br>pblizzard@kvn.com<br>epaige@kvn.com<br>dpurcell@kvn.com<br>Tel.: (415) 391-5400<br>Fax: (415) 397-7188<br><br><br>Counsel for Defendant **Lucasfilm Ltd.** |
| Robert T. Haslam<br>Emily Johnson Henn<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>rhaslam@cov.com<br>ehenn@cov.com<br>Tel.: (650) 632-4700<br>Fax: (650) 632-4800<br><br>Deborah Garza<br>Jonathan Herczeg<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>dgarza@cov.com<br>jherczeg@cov.com<br>Tel.: (202) 662-5052<br>Fax: (202) 778-5052<br><br>Counsel for Defendant **Pixar** | |