1 Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
2 Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
3 JONES DAY
555 California Street, 26th Floor
4 San Francisco, CA 94104
Telephone:    (415) 626-3939
5 Facsimile:    (415) 875-5700

6 Catherine T. Broderick (State Bar No. 251231)
cbroderick@jonesday.com
7 JONES DAY
1755 Embarcadero Road
8 Palo Alto, CA  94303
Telephone:    (650) 739-3939
9 Facsimile:    (650) 739-3900

10 Attorneys for Defendant
INTUIT INC.

11
[Additional Parties and Counsel Listed on Signature Page.]
12

13                 IN THE UNITED STATES DISTRICT COURT

14            FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17 **IN RE: HIGH-TECH EMPLOYEE**          **Master Docket No. 11-CV-2509-LHK**
**ANTITRUST LITIGATION**
18

19 **THIS DOCUMENT RELATES TO:**          **STIPULATION AND [~~PROPOSED~~]**
**ORDER CONCERNING TESTIFYING**
20 **ALL ACTIONS**                        **EXPERT DISCOVERY**

21

22

23

24

25

26

27

28

1

## **STIPULATION CONCERNING TESTIFYING EXPERT DISCOVERY**

2        The parties stipulate to the following regarding the scope of testifying expert discovery in

3   the above-captioned matter:

4        1.        This Stipulation And Order Concerning Testifying Expert Discovery

5   ("Stipulation") will govern discovery from testifying experts in the above-captioned matter.

6   Subject to the limitations herein, the parties shall comply with Rule 26(a) of the Federal Rules of

7   Civil Procedure.  To the extent that this Stipulation imposes limitations on discovery which

8   otherwise would be available under the Federal Rules of Civil Procedure, the parties have agreed

9   to any such limitations.  Neither the terms of the Stipulation nor the parties' agreement to them

10  shall be considered an admission by any person that any of the information restricted from

11  discovery by this Stipulation would otherwise be discoverable or admissible.

12       2.        The following types of information shall not be the subject of discovery by

13  subpoena, deposition or otherwise:

14            a.   the content of communications among and between:

15                 i.   counsel and testifying expert witnesses;

16                 ii.  testifying expert witnesses and their respective staffs;

17                 iii. testifying expert witnesses and consultants;

18                 iv.  communications among or between testifying expert witnesses; and

19            b.   notes, drafts, written communications, preliminary or intermediate

20                 calculations, computations or other data runs, or other types of preliminary

21                 work created by, for, or at the direction of testifying expert witnesses.

22       3.        The protections against discovery contained in the preceding paragraph shall not

23  apply to any communications or documents upon which a testifying expert relies as a basis for

24  any of his or her opinions or reports.

25       Consented and agreed to by the following parties:

26

27

28

- 1 -

1   Dated:  December 5, 2011        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

2

3                                   By:   /s/ Joseph R. Saveri
                                          JOSEPH R. SAVERI
                                          Interim Lead Counsel for Plaintiffs and the Proposed Class
4

5
    Dated:  December 5, 2011        O'MELVENY & MYERS LLP
6

7                                   By:   /s/ Michael F. Tubach
                                          MICHAEL F. TUBACH
8                                         Attorneys for Defendant
                                          APPLE INC.
9

10  Dated:  December 5, 2011        KEKER & VAN NEST LLP

11

12                                  By:   /s/ Daniel Purcell
                                          DANIEL PURCELL
                                          Attorneys for Defendant
13                                        LUCASFILM LTD.

14

15  Dated:  December 5, 2011        JONES DAY

16
                                    By:   /s/ David C. Kiernan
17                                        DAVID C. KIERNAN
                                          Attorneys for Defendant
18                                        ADOBE SYSTEMS INC.

19
    Dated:  December 5, 2011        MAYER BROWN LLP
20

21                                  By:   /s/ Lee H. Rubin
                                          LEE H. RUBIN
22                                        Attorneys for Defendant
                                          GOOGLE INC.
23

24  Dated:  December 5, 2011        BINGHAM McCUTCHEN LLP

25

26                                  By:   /s/ Zachery J. Alinder
                                          ZACHERY J. ALINDER Attorneys for Defendant
                                          INTEL CORPORATION
27

28

                                    - 2 -                    STIPULATION CONCERNING
                                                             TESTIFYING EXPERT DISCOVERY
                                                             MASTER DOCKET NO. 11-CV-2509-LHK

Dated:  December 5, 2011     JONES DAY


                             By:   /s/ Robert A. Mittelstaedt
                                   ROBERT A. MITTELSTAEDT
                                   Attorneys for Defendant
                                   INTUIT INC.


Dated:  December 5, 2011     COVINGTON & BURLING LLP


                             By:   /s/ Emily Johson Henn
                                   EMILY JOHNSON HENN
                                   Attorneys for Defendant
                                   PIXAR


### FILER'S ATTESTATION

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in

the filing of the document has been obtained from all the signatories.


Dated:  December 5, 2011     By:   /s/ Catherine T. Broderick
                                   CATHERINE T. BRODERICK




**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


Dated:   January 23, 2012

                             Honorable Lucy H. Koh
                             United States District Judge

- 3 -
STIPULATION CONCERNING
TESTIFYING EXPERT DISCOVERY
MASTER DOCKET NO. 11-CV-2509-LHK