Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:   (415) 626-3939
Facsimile:   (415) 875-5700

Catherine T. Broderick (State Bar No. 251231)
cbroderick@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900

Attorneys for Defendant
INTUIT INC.

[Additional Parties and Counsel Listed on Signature Page.]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**ALL ACTIONS** | **Master Docket No. 11-CV-2509-LHK**<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONCERNING TESTIFYING EXPERT DISCOVERY** |

1  **STIPULATION CONCERNING TESTIFYING EXPERT DISCOVERY**

2  The parties stipulate to the following regarding the scope of testifying expert discovery in
3  the above-captioned matter:

4  1.      This Stipulation And Order Concerning Testifying Expert Discovery
5  ("Stipulation") will govern discovery from testifying experts in the above-captioned matter.
6  Subject to the limitations herein, the parties shall comply with Rule 26(a) of the Federal Rules of
7  Civil Procedure.  To the extent that this Stipulation imposes limitations on discovery which
8  otherwise would be available under the Federal Rules of Civil Procedure, the parties have agreed
9  to any such limitations.  Neither the terms of the Stipulation nor the parties' agreement to them
10 shall be considered an admission by any person that any of the information restricted from
11 discovery by this Stipulation would otherwise be discoverable or admissible.

12  2.      The following types of information shall not be the subject of discovery by
13 subpoena, deposition or otherwise:

14          a.  the content of communications among and between:
15                  i.   counsel and testifying expert witnesses;
16                  ii.  testifying expert witnesses and their respective staffs;
17                  iii. testifying expert witnesses and consultants;
18                  iv.  communications among or between testifying expert witnesses; and
19          b.  notes, drafts, written communications, preliminary or intermediate
20              calculations, computations or other data runs, or other types of preliminary
21              work created by, for, or at the direction of testifying expert witnesses.

22  3.      The protections against discovery contained in the preceding paragraph shall not
23 apply to any communications or documents upon which a testifying expert relies as a basis for
24 any of his or her opinions or reports.

25  Consented and agreed to by the following parties:

26
27
28

- 1 -

STIPULATION CONCERNING
TESTIFYING EXPERT DISCOVERY
MASTER DOCKET NO. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: December 5, 2011 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By: /s/ Joseph R. Saveri
JOSEPH R. SAVERI
Interim Lead Counsel for Plaintiffs and the Proposed Class

Dated: December 5, 2011   O'MELVENY & MYERS LLP

By: /s/ Michael F. Tubach
MICHAEL F. TUBACH
Attorneys for Defendant
APPLE INC.

Dated: December 5, 2011   KEKER & VAN NEST LLP

By: /s/ Daniel Purcell
DANIEL PURCELL
Attorneys for Defendant
LUCASFILM LTD.

Dated: December 5, 2011   JONES DAY

By: /s/ David C. Kiernan
DAVID C. KIERNAN
Attorneys for Defendant
ADOBE SYSTEMS INC.

Dated: December 5, 2011   MAYER BROWN LLP

By: /s/ Lee H. Rubin
LEE H. RUBIN
Attorneys for Defendant
GOOGLE INC.

Dated: December 5, 2011   BINGHAM McCUTCHEN LLP

By: /s/ Zachery J. Alinder
ZACHERY J. ALINDER Attorneys for Defendant
INTEL CORPORATION

- 2 -

STIPULATION CONCERNING
TESTIFYING EXPERT DISCOVERY
MASTER DOCKET NO. 11-CV-2509-LHK

| | | |
|---|---|---|
| Dated: December 5, 2011 | JONES DAY | |
| | By: /s/ *Robert A. Mittelstaedt* | |
| | ROBERT A. MITTELSTAEDT | |
| | Attorneys for Defendant | |
| | INTUIT INC. | |

Dated: December 5, 2011      COVINGTON & BURLING LLP

                             By:   /s/ *Emily Johson Henn*
                                 EMILY JOHNSON HENN
                                 Attorneys for Defendant
                                 PIXAR

## FILER'S ATTESTATION

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: December 5, 2011      By:   /s/ *Catherine T. Broderick*
                                 CATHERINE T. BRODERICK

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: January 23, 2012

*[signature: Lucy H. Koh]*

Honorable Lucy H. Koh
United States District Judge

- 3 -

STIPULATION CONCERNING
TESTIFYING EXPERT DISCOVERY
MASTER DOCKET NO. 11-CV-2509-LHK