1   GEORGE A. RILEY (Bar No. 118304)
    griley@omm.com
2   MICHAEL F. TUBACH (Bar No. 145955)
    mtubach@omm.com
3   LISA CHEN (Bar No. 234681)
    lisachen@omm.com
4   CHRISTINA J. BROWN (Bar No. 242130)
    cjbrown@omm.com
5   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
6   San Francisco, CA  94111-3823
    Telephone:     (415) 984-8700
7   Facsimile:     (415) 984-8701

8   Attorneys for Defendant
    Apple Inc.

9

10                  **UNITED STATES DISTRICT COURT**

11                 **NORTHERN DISTRICT OF CALIFORNIA**

12                       **SAN JOSE DIVISION**

13

| | |
|---|---|
| 14  IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-cv-2509-LHK |
| 15 | **DEFENDANT APPLE INC.'S REQUEST TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** |
| 16 | |
| 17  THIS DOCUMENT RELATES TO: | DATE:          January 26, 2012 |
| 18  ALL ACTIONS | TIME:          1:30 pm<br>COURTROOM:  Courtroom 8, 4th Floor<br>JUDGE:        Honorable Lucy H. Koh |

19

20

21

22

23

24

25

26

27

28

1      Defendant Apple Inc. ("Apple") respectfully requests the Court's permission to bring the

2  following equipment into the courtroom for use at the hearing on Defendants' Joint Motion to

3  Dismiss the Consolidated Amended Complaint scheduled for 1:30 p.m. on January 26, 2012:

4      1.      1 laptop;

5      2.      1 projector with related cables and power strips.

6      Apple has conferred with Plaintiffs through counsel regarding this request, and Plaintiffs

7  have no objection to it.

8      Apple further requests the Court's permission to enter the courtroom starting at 1:00 p.m.

9  on January 26, 2012, to assemble the equipment in advance of the hearing scheduled for 1:30

10  p.m.

11      Dated:   January 24, 2012                 O'MELVENY & MYERS LLP

12

13                                                By: /s/ Christina J. Brown
                                                      Christina J. Brown

14                                                GEORGE A. RILEY (Bar No. 118304)
15                                                griley@omm.com
                                                  MICHAEL F. TUBACH (Bar No. 145955)
16                                                mtubach@omm.com
                                                  LISA CHEN (Bar No. 234681)
17                                                lisachen@omm.com
                                                  CHRISTINA J. BROWN (Bar No. 242130)
18                                                cjbrown@omm.com
                                                  O'MELVENY & MYERS LLP
19                                                Two Embarcadero Center, 28th Floor
                                                  San Francisco, CA  94111-3823
20                                                Telephone:    (415) 984-8700
                                                  Facsimile:    (415) 984-8701

21                                                Attorneys for Defendant Apple Inc.

22

23

24

25

26

27

28

REQUEST TO BRING
EQUIPMENT INTO COURTROOM
NO. 11-CV-2509-LHK