1 | GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
2 | MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
3 | LISA CHEN (Bar No. 234681)
lisachen@omm.com
4 | CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
5 | O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
6 | San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
7 | Facsimile:    (415) 984-8701

8 | Attorneys for Defendant
Apple Inc.
9

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-cv-2509-LHK |
|---|---|
| | **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | DATE:          January 26, 2012
TIME:          1:30 pm
COURTROOM: Courtroom 8, 4th Floor
JUDGE:         Honorable Lucy H. Koh |

1  IT IS HEREBY ORDERED that Defendant Apple Inc. shall be permitted to bring the
2  following equipment into the courtroom for use at the hearing on Defendants' Joint Motion to
3  Dismiss the Consolidated Amended Complaint scheduled for 1:30 p.m. on January 26, 2012:
4      1.    1 laptop;
5      2.    1 projector with related cables and power strips.
6  Defendant Apple Inc. shall also be permitted to enter the courtroom starting at 1:00 p.m.
7  on January 26, 2012, to assemble the equipment in advance of the hearing scheduled for 1:30
8  p.m.

10  Dated: January _____, 2012

11  Honorable Lucy H. Koh
United States District Court Judge