| | |
|---|---|
| 1 | GEORGE A. RILEY (Bar No. 118304) |
|   | griley@omm.com |
| 2 | MICHAEL F. TUBACH (Bar No. 145955) |
|   | mtubach@omm.com |
| 3 | LISA CHEN (Bar No. 234681) |
|   | lisachen@omm.com |
| 4 | CHRISTINA J. BROWN (Bar No. 242130) |
|   | cjbrown@omm.com |
| 5 | O'MELVENY & MYERS LLP |
|   | Two Embarcadero Center, 28th Floor |
| 6 | San Francisco, CA 94111-3823 |
|   | Telephone: (415) 984-8700 |
| 7 | Facsimile: (415) 984-8701 |
| 8 | Attorneys for Defendant |
|   | Apple Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-cv-2509-LHK |
|  | **[PROPOSED] ORDER GRANTING DEFENDANT APPLE INC.'S REQUEST TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | DATE: January 26, 2012 |
|  | TIME: 1:30 pm |
|  | COURTROOM: Courtroom 8, 4th Floor |
|  | JUDGE: Honorable Lucy H. Koh |

1  IT IS HEREBY ORDERED that Defendant Apple Inc. shall be permitted to bring the following equipment into the courtroom for use at the hearing on Defendants' Joint Motion to Dismiss the Consolidated Amended Complaint scheduled for 1:30 p.m. on January 26, 2012:

1. 1 laptop;
2. 1 projector with related cables and power strips.

Defendant Apple Inc. shall also be permitted to enter the courtroom starting at 1:00 p.m. on January 26, 2012, to assemble the equipment in advance of the hearing scheduled for 1:30 p.m.

Dated: January 24, 2012

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

- 2 -

[PROPOSED] ORDER GRANTING REQUEST TO BRING EQUIPMENT INTO COURTROOM
NO. 11-CV-2509-LHK