UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge
Length of hearing: 18 minutes

Plaintiffs' Attorneys: Joseph Richard Saveri, Dean Michael Harvey, Katherine M. Lehe, Eric L. Cramer, John D. Radice

Defendants' Attorneys: Robert Allan Mittelstaedt for Adobe Systems, Inc.; Craig Ellsworth Stewart for Intuit Inc.; George Riley and Michael Frederick Tubach for Apple Inc.; Lee H. Rubin for Google Inc.; Frank Hinman for Intel Corp.; Daniel Edward Purcell for Lucasfilm Ltd.; Emily Johnson Henn and Deborah A. Garza for Pixar.

A case management conference was held on January 26, 2012.  A further case management conference is set for April 18, 2012, at 2:00 p.m.  At the hearing, the Court ordered as follows:

The stay on discovery is lifted.

The parties shall meet and confer on January 27, 2012, regarding Plaintiffs' outstanding discovery requests.

Google shall produce responsive, non-privileged draft and sent emails, and indicate which emails were actually sent.

Defendants represented that they do not intend to file a declaration pursuant to Civil Local Rule 79-5(d) relating to Plaintiffs' pending motion to file under seal.  Accordingly, the joint case management statement will be made part of the public record.  By January 27, 2012, Plaintiffs shall publicly file the unredacted joint case management statement on ECF.

By January 30, 2012, Plaintiffs shall file a status report informing the Court whether they stipulate to the dismissal of their prayer for declaratory relief and Cal. Bus. & Prof. Code § 16600 cause of action.

**IT IS SO ORDERED.**

Dated:  January 26, 2012

_Lucy H. Koh_

LUCY H. KOH
United States District Judge