UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MINUTE ORDER FOR MOTION HEARING |

Clerk: Martha Parker Brown
Reporter: Lee-Anne Shortridge
Length of hearing: 45 minutes

Plaintiffs' Attorneys: Joseph Richard Saveri, Dean Michael Harvey, Katherine M. Lehe, Eric L. Cramer, John D. Radice

Defendants' Attorneys: Robert Allan Mittelstaedt for Adobe Systems, Inc.; Craig Ellsworth Stewart for Intuit Inc.; George Riley and Michael Frederick Tubach for Apple Inc.; Lee H. Rubin for Google Inc.; Frank Hinman for Intel Corp.; Daniel Edward Purcell for Lucasfilm Ltd.; Emily Johnson Henn and Deborah A. Garza for Pixar.

    A hearing on Motions to Dismiss filed by Apple and Lucasfilm was held on January 26, 2012. The matter was argued by counsel and taken under submission. The Court will issue a written order.