Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Katherine M. Lehe (State Bar No. 273472)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' STATUS REPORT REGARDING DISMISSAL WITHOUT PREJUDICE OF PRAYER FOR DECLARATORY RELIEF AND CAL. BUS. & PROF. CODE § 16600 CLAIM, PURSUANT TO THE COURT'S JANUARY 26, 2012 MINUTE ORDER AND CASE MANAGEMENT ORDER (Dkt. 108)** |

Plaintiffs submit this Status Report pursuant to the Court's January 26, 2012 Minute Order and Case Management Order. (Dkt. 108).

Plaintiffs, through their undersigned counsel, hereby dismiss without prejudice their prayer for declaratory relief and Cal. Bus. & Prof. Code § 16600 cause of action. At this stage, the rights and responsibilities of the parties can be adjudicated through Plaintiffs' claims for violations of: the Sherman Act, 15 U.S.C. § 1; the Cartwright Act, Cal. Bus. & Prof. Code §§ 16720, *et seq.*; and the Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.* *See* Consolidated Amended Complaint at 21-27 (Dkt. 65).

961099.1 - 1 -

PLAINTIFFS' STATUS REPORT REGARDING DISMISSAL OF PRAYER FOR DECLARATORY RELIEF AND § 16600 CLAIM
CASE NO. 11-CV-2509-LHK

Dated: January 30, 2012                     Respectfully submitted,

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Katherine M. Lehe*
          Katherine M. Lehe

Joseph R. Saveri
Eric B. Fastiff
Brendan P. Glackin
Dean M. Harvey
Anne B. Shaver
Katherine M. Lehe
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

Eric L. Cramer
Shanon J. Carson
Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone: (800) 424-6690
Facsimile: (215) 875-4604

Linda P. Nussbaum
John D. Radice
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646) 722-8501

*Counsel for Plaintiff Class*

961099.1                    - 2 -                    PLAINTIFFS' STATUS REPORT REGARDING DISMISSAL OF PRAYER FOR DECLARATORY RELIEF AND § 16600 CLAIM
CASE NO. 11-CV-2509-LHK