1  Joseph R. Saveri (State Bar No. 130064)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan P. Glackin (State Bar No. 199643)
3  Dean M. Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Katherine M. Lehe (State Bar No. 273472)
   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
6  Telephone:  (415) 956-1000
7  Facsimile:  (415) 956-1008

8  *Interim Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

1 | This Court having fully considered Katherine M. Lehe's *Motion For Leave To Withdraw As Counsel*, the motion is **GRANTED**.

**IT IS SO ORDERED** this ____ day of _____, 2011.

_____
Honorable Lucy H. Koh

969828.1 — - 1 - — ORDER ON MOTION TO WITHDRAW AS COUNSEL
MASTER DOCKET NO. 11-CV-2509-LHK