Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENTS RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**STIPULATION RE: PRODUCTION FORMAT OF ELECTRONICALLY STORED INFORMATION** |

1. General Specifications

    (a) This Stipulation represents the agreement among the parties on technical specifications regarding production of Electronically Stored Information ("ESI"). The parties reserve for future discussion substantive issues that might arise related to the production of ESI. This Stipulation does not concern production of database information.

    (b) Documents will be produced as TIFF or PDF files (with extracted text or OCR and metadata when available), unless otherwise specified below. Aside from the document categories below, the parties will meet and confer to discuss any

|     |     |     |
| --- | --- | --- |
| 1   |     | requests for the production of documents in native format on a case-by-case basis |
| 2   |     | where good cause exists for such request. |
| 3   | (c) | Metadata will include fields described below. |
| 4   | (d) | Image cross reference files will function with Opticon viewer. |
| 5   | (e) | Media volume names will have the producing party's internal tracking ID. |
| 6   | (f) | A party may produce a single copy of a responsive document and a party may de-duplicate responsive ESI (for example, based on MD5 or SHA-1 hash values at the document level) across custodians, insofar as absolutely no non-duplicative information is lost as a result.  For emails with attachments, the hash value is generated based on the parent/child document grouping.  A party may also de-duplicate "near-duplicate" email threads as follows: in an email thread, only the final-in-time document need be produced, if and only if all previous emails (and all other information, such as authors, recipients, time sent and received, etc.) in the thread are contained within the final message.  In addition, only a single copy of an email need be produced even where it was sent to multiple recipients, if and only if all information contained in other copies (such as time sent and received, authors, recipients, etc.) is contained within the single copy.  Where a prior email contains an attachment, that email and attachment shall not be removed as a "near-duplicate." |
| 7   | (g) | Hardcopy Documents – The parties may produce, at the producing party's option, hardcopy documents in hardcopy, TIFF, or PDF format.  If a document that was originally generated by a software application (*e.g.*, Microsoft Word or Microsoft Outlook) is collected from a custodian in hard copy form, the producing party has no obligation to locate and produce the electronic file from which the hard copy was created.  However, if the electronic file would otherwise be gathered as part of the producing party's collection, both the electronic file and the hard copy shall be produced. |

2. Output Files

    (a) Extracted Text: Control List (.lst or equivalent)

    (b) Image Index Files: Opticon (.opt)

    (c) Metadata Files: Concordance (.dat)

3. Output Folder Structure

    (a) The producing party will manually create the top level directory prior to production.

    (b) TIFF or PDF and text files for a single document will always be in the same folder.

| Directory Structure | Standard with Padding |
|---|---|
| <VFID-Media#>.dat,<VFID-Media#>.lfp | XXX01-01.dat, XXX01-01.lfp |
| <VFID-Media#> | XXX01-01 |
| \|   Folder# (01) | \|   01 |
| \|     \|__BatesNumber.tif or .pdf | \|     \|__EXAMPLE00000001.tif or .pdf |
| \|     \|__BatesNumber.tif or .pdf | \|     \|__EXAMPLE00000001.txt |
| \|     \|__BatesNumber.tif or .pdf | \|     \|__EXAMPLE00000002.tif or .pdf |
| \|   Folder# (02) | \|   02 |
| \|     \|__BatesNumber.tif or .pdf | \|     \|__EXAMPLE00000501.tif or .pdf |
| \|     \|__BatesNumber.tif or .pdf | \|     \|__EXAMPLE00000501.txt |
| \|     \|__BatesNumber.tif | \|     \|__EXAMPLE00000502.tif or .pdf |

4. General Configuration

    (a) Documents will not be broken across multiple PDF files or Media folders.

    (b) Produce TIFF files in single page format at 300 DPI or PDF files in multiple page format at 300 DPI.

5. Text Files (.txt)

    (a) Produce text files or OCR on a per-document basis.

    (b) Name text files according to the corresponding first page (BegDoc#) of the document.

    (c) Do not truncate.

6. Native Files

    (a) Absent a showing that a particular file, or category of files, is not reasonably accessible, the parties will produce Microsoft Excel files, Microsoft PowerPoint files, and media files in native format with a link in the NativeLink field, along with extracted text or OCR and applicable metadata fields set forth in Section 8. A TIFF or PDF placeholder indicating the document was produced in native format shall accompany the database record.

    (b) Non-Microsoft files that are the functional equivalents to Microsoft Excel and Microsoft PowerPoint files (such as Apple Numbers and Apple Keynote files) shall be produced in TIFF or PDF format in the first instance, with extracted text or OCR and applicable metadata. Native format versions of these files shall be produced upon individual identification and request if available.

    (c) To the extent Microsoft Excel files, Microsoft PowerPoint files, or their functional equivalents require redaction, the producing party will produce TIFF or PDF images with OCR and metadata when available, in lieu of a native file and extracted text.

    (d) To the extent a document is produced both in native format and as a TIFF or PDF, the parties will use the TIFF or PDF version as an exhibit in depositions, briefs, hearings, or at trial. The parties will meet and confer to discuss any requests for the use of documents in native format on a case-by-case basis.

7. Family Range Configuration

    (a) Family structure will be maintained in productions and identified by the fields in Part 8.

8. Use Concordance Metadata Load Files (.dat)

    (a) Load files will contain one line per document.

    (b) Load files will have the field names as the as first row of data.

    (c) Concordance metadata load files will include the following:

| Field Name | Description | (Comments) | Field Type |
|---|---|---|---|
| BegBates (BegDoc#) | StartBates Production number | | Limited Text |
| EndBates (EndDoc#) | Endbates Production number | Include prefix and padding | Limited Text |
| BegAttach | Beginning unique identification number for any attachment or range of attachments | Include prefix and padding | Limited Text |
| EndAttach | Ending unique identification number for any attachment or range of attachments | Include prefix and padding | Limited Text |
| Source | Custodian or Source of document | | Full Text |
| MediaSource (DocumentType) | File Type | Email, File, etc | Limited Text |
| DateSent | Date Email was Sent (MMDDYYYY) | Applies to emails | Date |
| DateCreated | Date (MMDDYYYY) Created, if any, as found in native file when collected | Will be blank for email | Date |
| FileName | File name of the file | Will be blank for email | Full Text |
| FileSize | File size (as megabytes) | | Limited Text |
| Doc Ext (Extension) | The document extension of the document | Will be blank if 0 | Limited Text |
| Subject | Subject line of Email | Will be blank for Files | Full Text |
| From | Sender | Will be blank for Files | Full Text |
| To | Recipient [Delimited list] | Include multivalue  Will be blank for Files | Full Text |
| Cc | Cc [Delimited list] | Include multivalue  Will be blank for Files | Full Text |
| Bcc | Bcc [Delimited list] | Include multivalue  Will be blank for Files | Full Text |
| Author | Information contained in the author field, if any | Will be blank for email | Full Text |

| Field Name | Description | (Comments) | Field Type |
|---|---|---|---|
| DocTitle | Information contained in the title field, if any | | Full Text |
| Filename | | | |
| Confidentiality | Confidentiality designation of the document | Include multivalue | Full Text |
| ORIGINALPATH | Data's source path information; where file was stored on custodian's hard drive or network resource | Will be blank for email | Full Text |
| [included in ORIGINALPATH] | Email folder path (sample: Inbox\active) [Blank for files] | | Full Text |
| Redacted | Indicates if document contains redaction | Include multivalue | Full Text |
| NATIVE LINK | Native File Link for MS Excel and MS PowerPoint documents produced in native format | | |

9. Metadata Load File Delimiters

   (a) If field encapsulators or separators are found in the metadata they will be replaced with another character or space.

| Type | Character/Format | Replace with | Notes |
|---|---|---|---|
| Field Encapsulate | Ctrl Character "þ" (Decimal 254) | Space " "(Decimal 032) | |
| Field Separator | Ctrl Character "□"(Decimal 020) | Space " "(Decimal 032) | |
| Multi-value Delimiter | Semi Colon "; " (Decimal 59 space) | N/A | |
| New Line Indicator | Registered Symbol "®" (Decimal 174) | N/A | Text line separator, used in TextInfo only. |
| Dates are stored | MMDDYYYY | N/A | |

10. OCR Index Files (.lst or equivalent)

    (a) Follow the example above for format and delimiters.

    (b) **Bold** is constant, *Italics* are variable, and pay attention to the use of commas and

|   |   |
|---|---|
|   | semicolons. |
| (c) | Each file will contain one line per TIFF or PDF. |
| (d) | Format: BatesPage,\TextPath\TextFileName.txt |
| (e) | Example:  ABC00100000,\02501-01\01\ABC00100000.txt |
| (f) | Definition of Components: |

| BatesPage | BatesPage value from metadata file. |
|---|---|
| Folder# | The number of the folder containing the TIFF or PDF. |
| TextFileName | Text files will be named with a bates number.txt (Bates Padding/Prefix Configuration Section). |
| NewDocIndicator | Determine New Document Indicator Values. |
|  | Y – if the TIFF or PDF is the first page of any document. |
|  | BLANK – for all other pages. |
| PageCount | Number of pages in the document. |

11. Opticon Image Index File

   (a) Follow the example above for format and delimiters.

   (i) Format:

*BatesPage,VolumeName,TIFFPath\TIFFFileName.tif,NewDocIndicator,,,PageCount* or
*BatesPage,VolumeName,PDFPath\PDFFileName.pdf,NewDocIndicator,,,PageCount*

   (ii) Example:

xxx00100000,VolName002,yyy01-1\1\xxx00100000.tif,Y,,,4

   (iii) Definition of Components:

| BatesPage | BatesPage value from metadata file. |
|---|---|
| VolumeName | The volume name of the Media containing the TIFFs or PDFs. |
| TIFFPath or PDFPath | VFID#-Media#\Folder# |
| VFID# | The number of the Virtual Folder that the TIFF or PDF originated from |
| Media# | The number of the Media containing the TIFF or PDF |
| Folder# | The number of the folder containing the TIFF or PDF |
| TIFFFileName or PDFFileName | TIFFs or PDFs will be named with a bates number.tif or .pdf (Bates Padding/Prefix Configuration Section) |

| | |
|---|---|
| NewDocIndicator | Determine New Document Indicator Values |
| | Y – if the TIFF or PDF is the first page of any document. |
| | BLANK – for all other pages. |
| PageCount | Number of pages in the document |

IT IS HEREBY STIPULATED:

Dated:  March 29, 2012          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                                By:     */s/ Dean M. Harvey*
                                        Dean M. Harvey

                                Interim Lead Counsel for Plaintiff Class


Dated:  March 29, 2012          O'MELVENY & MYERS LLP


                                By:     */s/ Michael F. Tubach*
                                        Michael F. Tubach

                                Attorneys for Defendant Apple Inc.


Dated:  March 29, 2012          KEKER & VAN NEST LLP


                                By:     */s/ Daniel Purcell*
                                        Daniel Purcell

                                Attorneys for Defendant Lucasfilm Ltd.


Dated:  March 29, 2012          JONES DAY


                                By:     */s/ David C. Kiernan*
                                        David C. Kiernan

                                Attorneys for Defendant Adobe Systems Inc.

| | | |
|---|---|---|
| Dated: March 29, 2012 | MAYER BROWN LLP | |
| | By: | */s/ Lee H. Rubin* <br> Lee H. Rubin |
| | Attorneys for Defendant Google Inc. | |
| Dated: March 29, 2012 | BINGHAM MCCUTCHEN LLP | |
| | By: | */s/ Frank Hinman* <br> Frank Hinman |
| | Attorneys for Defendant Intel Corp. | |
| Dated: March 29, 2012 | JONES DAY | |
| | By: | */s/ Robert A. Mittelstaedt* <br> Robert A. Mittelstaedt |
| | Attorneys for Defendant Intuit Inc. | |
| Dated: March 29, 2012 | COVINGTON & BURLING LLP | |
| | By: | */s/ Emily Johnson Henn* <br> Emily Johnson Henn |
| | Attorneys for Defendant Pixar | |

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

| | | |
|---|---|---|
| Dated: March 30, 2012 | By: | */s/ Christina J. Brown* <br> Christina J. Brown |