MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
  wjohnson@mayerbrown.com
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile  (650) 331-2060

MAYER BROWN LLP
KRISTEN A. ROWSE (SBN 235294)
  krowse@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12 AND 7-11)** |

The Court, having considered Defendant Google Inc.'s Administrative Motion to Consider Whether Cases Should Be Related, the supporting Declaration of Lee H. Rubin, and for good cause shown, HEREBY ORDERS THAT:

The Administrative Motion is GRANTED.  The case captioned *Santiago v. Intuit, Inc. et al.*, Case No. CV12-1262, filed on March 14, 2012, and currently pending before the Honorable Howard Lloyd of the United States District Court for the Northern District of California, San Jose division, is deemed related to the above-captioned matter.

IT IS SO ORDERED.

Date: _____

Honorable Lucy H. Koh
United States District Judge