1 | MAYER BROWN LLP
2 | DONALD M. FALK (SBN 150256)
      dfalk@mayerbrown.com
3 | EDWARD D. JOHNSON (SBN 189475)
      wjohnson@mayerbrown.com
4 | LEE H. RUBIN (SBN 141331)
      lrubin@mayerbrown.com
5 | Two Palo Alto Square, Suite 300
    Palo Alto, CA  94306-2112
6 | Telephone:  (650) 331-2000
7 | Facsimile  (650) 331-2060

8 | MAYER BROWN LLP
    KRISTEN A. ROWSE (SBN 235294)
9 |   krowse@mayerbrown.com
    350 South Grand Avenue, 25th Floor
10 | Los Angeles, CA  90071-1503
11 | Telephone:  (213) 229-9500
    Facsimile:   (213) 625-0248

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LEE H. RUBIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12 AND 7-11)** |

1  I, Lee H. Rubin, declare as follows:

2  1. I am a partner with the law firm of Mayer Brown LLP, counsel for defendant Google Inc. in the above-captioned matter. I submit this Declaration in support of the Google Inc.'s Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as to their truth.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint in the matter captioned *Santiago v. Intuit, Inc. et al.*, Case No. CV12-1262, filed on March 14, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of April, 2012, at Palo Alto, California.

                                         /s/ Lee H. Rubin        .
                                       Lee H. Rubin