MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
  wjohnson@mayerbrown.com
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile  (650) 331-2060

MAYER BROWN LLP
KRISTEN A. ROWSE (SBN 235294)
  krowse@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LEE H. RUBIN IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12 AND 7-11)** |

I, Lee H. Rubin, declare as follows:

1. I am a partner with the law firm of Mayer Brown LLP, counsel for defendant Google Inc. in the above-captioned matter. I submit this Declaration in support of the Google Inc.'s Administrative Motion to Consider Whether Cases Should Be Related. I have personal knowledge of the following facts, and if called as a witness, could and would testify competently as to their truth.

2. Attached hereto as Exhibit A is a true and correct copy of the complaint in the matter captioned *Santiago v. Intuit, Inc. et al.*, Case No. CV12-1262, filed on March 14, 2012.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 17th day of April, 2012, at Palo Alto, California.

                                       /s/ Lee H. Rubin        .
                                       Lee H. Rubin