UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown
Reporter: Christine Bedard
Length of hearing: 42 minutes

Plaintiffs' Attorneys: Joseph Richard Saveri and Dean M. Harvey

Defendants' Attorneys: Michael Frederick Tubach and Christina Brown for Apple Inc.; Cody S. Harris and Paula L. Blizzard for Lucasfilm Ltd.; Robert A. Mittelstaedt for Adobe Systems, Inc. and Intuit Inc.; David C. Kiernan for Intuit Inc.; Eric B. Evans and Lee H. Rubin for Google Inc.; Frank M. Hinman for Intel Corp.; Emily Johnson Henn for Pixar.

A case management conference was held on April 18, 2012. A further case management conference is set for May 31, 2012, at 1:30 p.m.

At the case management conference, the Court issued discovery orders and stated tentative discovery rulings as set forth in the record.

The case schedule remains as previously set, and repeated below for the parties' convenience:

DEADLINE TO AMEND THE PLEADINGS AND ADD PARTIES is May 15, 2012.

SUBSTANTIAL COMPLETION OF ROLLING PRODUCTION OF DOCUMENTS is June 15, 2012.

MOTION FOR CLASS CERTIFICATION must be filed no later than June 28, 2012. The opposition is due August 2, 2012, and the reply is due August 30, 2012. The hearing on the motion for class certification is set for September 20, 2012, at 1:30 p.m.

FACT DISCOVERY CUTOFF is November 30, 2012.

INITIAL EXPERT REPORTS: December 14, 2012.

REBUTTAL EXPERT REPORTS: January 4, 2013.

EXPERT DISCOVERY CUTOFF is January 25, 2013.

DISPOSITIVE MOTIONS and DAUBERT MOTIONS shall be filed by February 7, 2013, and set for hearing no later than March 14, 2013, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is May 15, 2013, at 2 p.m.

JURY TRIAL DATE is June 10, 2013, at 9 a.m. in courtroom 8, 4th floor.

Case No.: 11-CV-2509-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

TRIAL LENGTH is estimated to be 15 days.

**IT IS SO ORDERED.**

Dated: April 18, 2012

_____
LUCY H. KOH
United States District Judge