MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
  wjohnson@mayerbrown.com
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile  (650) 331-2060

MAYER BROWN LLP
KRISTEN A. ROWSE (SBN 235294)
  krowse@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:  (213) 229-9500
Facsimile:   (213) 625-0248

Attorneys for Defendant
GOOGLE INC.

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED (CIV. L.R. 3-12 AND 7-11)** |

1  The Court, having considered Defendant Google Inc.'s Administrative Motion to
2  Consider Whether Cases Should Be Related, the supporting Declaration of Lee H. Rubin, and for
3  good cause shown, HEREBY ORDERS THAT:
4  The Administrative Motion is GRANTED. The case captioned *Santiago v. Intuit, Inc. et
5  al.*, Case No. CV12-1262, filed on March 14, 2012, and currently pending before the
6  undersigned judge, is deemed related to the above-captioned matter.

8  IT IS SO ORDERED.

9  Date: April 25, 2012

10 Honorable Lucy H. Koh
   United States District Judge