| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP<br>DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402)<br>SUJAL J. SHAH (SBN 215230) |
| 3 | FRANK BUSCH (SBN 258288)<br>Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067<br>Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286<br>donn.pickett@bingham.com |
| 6 | frank.hinman@bingham.com<br>sujal.shah@bingham.com |
| 7 | frank.busch@bingham.com |
| 8 | Attorneys for Defendant<br>Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **NOTICE OF SUBSTITUTION OF COUNSEL** |

1  **TO THE CLERK OF THE ABOVE-ENTITLED COURT, TO EACH PARTY, AND TO**
2  **THE ATTORNEYS OF RECORD FOR EACH PARTY IN THIS ACTION:**
3      **PLEASE TAKE NOTICE** that effective immediately Zachary J. Alinder and Angela M.
4  Muñoz should be removed from all email and ECF notification lists in the above-captioned
5  matter.  Further, please add Sujal J. Shah (SBN 215230) and Frank Busch (SBN 258288) to all
6  email (sujal.shah@bingham.com and frank.busch@bingham.com) and ECF notification lists in
7  place of Mr. Alinder and Ms. Muñoz as additional counsel representing Defendant Intel
8  Corporation in the above-captioned matter.

9  DATED:  April 26, 2012                     Respectfully Submitted,

10                                             BINGHAM McCUTCHEN LLP

13                                             By:_____/s/ Frank Busch_____
                                                         Frank Busch
14                                                    Attorneys for Defendant
                                                         Intel Corporation

A/74767763.2/2014763-0000355568           2                    Case No. 11-CV-2509 LHK

NOTICE OF SUBSTITUTION OF COUNSEL