| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
|   | SUJAL J. SHAH (SBN 215230) |
| 3 | FRANK BUSCH (SBN 258288) |
|   | Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286 |
|   | donn.pickett@bingham.com |
| 6 | frank.hinman@bingham.com |
|   | sujal.shah@bingham.com |
| 7 | frank.busch@bingham.com |
| 8 | Attorneys for Defendant |
|   | Intel Corporation |
| 9 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | | **JOINT STIPULATION EXTENDING TIME TO ANSWER CONSOLIDATED AMENDED COMPLAINT** |
| ALL ACTIONS | | |

IT IS HEREBY STIPULATED, pursuant to Civil Local Rule 6-1, that all Defendants shall have up to and including May 21, 2011, in which to answer Plaintiffs' Consolidated Amended Complaint.

C:\Documents and Settings\buschfh\Local Settings\Temporary Internet Files\OLK89\HTEAL - Answer Extension Stip (3) (2).DOC

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

| | | |
|---|---|---|
| 1 | Dated:  May 1, 2012 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By:  s/Joseph R. Saveri |
| 4 | | Joseph R. Saveri |
| 5 | | Joseph R. Saveri (State Bar No. 130064)<br>Eric B. Fastiff (State Bar No. 182260)<br>Brendan P. Glackin (State Bar No. 199643)<br>Dean M. Harvey (State Bar No. 250298)<br>Anne B. Shaver (State Bar No. 255928)<br>Katherine M. Lehe (State Bar No. 273472)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 10 | | *Interim Lead Counsel for Plaintiff Class* |
| 12 | Dated:  May 1, 2012 | O'MELVENY & MYERS LLP |
| 13 | | |
| 14 | | By:  s/Michael F. Tubach<br>Michael F. Tubach |
| 15 | | George Riley<br>Michael F. Tubach<br>Lisa Chen<br>Christina J. Brown<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| 19 | | *Attorneys for Defendant Apple Inc.* |

C:\Documents and Settings\buschfh\Local Settings\Temporary Internet Files\OLK89\HTEAL - Answer Extension Stip (3) (2).DOC

2

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

| | | |
|---|---|---|
| 1 | Dated: May 1, 2012 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: s/Daniel Purcell |
|   | |     Daniel Purcell |
| 4 | | |
|   | | John W. Keker |
| 5 | | Daniel Purcell |
|   | | Eugene M. Page |
| 6 | | Paula L. Blizzard |
|   | | 710 Sansome Street |
| 7 | | San Francisco, CA 94111 |
|   | | Telephone: (415) 381-5400 |
| 8 | | Facsimile: (415) 397-7188 |
| 9 | | *Attorneys for Defendant Lucasfilm Ltd.* |
| 10 | | |
|   | Dated: May 1, 2012 | JONES DAY |
| 11 | | |
| 12 | | By: s/David C. Kiernan |
|   | |     David C. Kiernan |
| 13 | | |
|   | | Robert A. Mittelstaedt |
| 14 | | Craig A. Waldman |
|   | | David C. Kiernan |
| 15 | | Catherine T. Broderick |
|   | | Craig E. Stewart |
| 16 | | 555 California Street, 26th Floor |
|   | | San Francisco, CA 94104 |
| 17 | | Telephone: (415) 626-3939 |
|   | | Facsimile: (415) 875-5700 |
| 18 | | |
|   | | *Attorneys for Defendant Adobe Systems, Inc.* |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | C:\Documents and Settings\buschfh\Local Settings\Temporary Internet Files\OLK89\HTEAL - Answer Extension Stip (3) (2).DOC | 3 |

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT

| | | |
|---|---|---|
| 1 | Dated:  May 1, 2012 | JONES DAY |
| 2 | | |
| 3 | | By:  s/Robert A. Mittelstaedt |
| | | Robert A. Mittelstaedt |
| 4 | | |
| | | Robert A. Mittelstaedt |
| 5 | | Craig A. Waldman |
| | | David C. Kiernan |
| 6 | | Catherine T. Broderick |
| | | Craig E. Stewart |
| 7 | | 555 California Street, 26th Floor |
| | | San Francisco, CA 94104 |
| 8 | | Telephone: (415) 626-3939 |
| | | Facsimile: (415) 875-5700 |
| 9 | | |
| | | *Attorneys for Defendant Intuit Inc.* |
| 10 | | |
| 11 | Dated:  May 1, 2012 | MAYER BROWN LLP |
| 12 | | |
| 13 | | By:  s/Lee H. Rubin |
| | | Lee H. Rubin |
| 14 | | |
| | | Lee H. Rubin |
| 15 | | Edward D. Johnson |
| | | Donald M. Falk |
| 16 | | Two Palo Alto Square |
| | | 3000 El Camino Real, Suite 300 |
| 17 | | Palo Alto, CA 94306-2112 |
| | | Telephone: (650) 331-2057 |
| 18 | | Facsimile: (650) 331-4557 |
| 19 | | *Attorneys for Defendant Google Inc.* |
| 20 | Dated:  May 1, 2012 | BINGHAM McCUTCHEN LLP |
| 21 | | |
| | | By:  s/Frank M. Hinman |
| 22 | | Frank M. Hinman |
| 23 | | Donn P. Pickett |
| | | Frank M. Hinman |
| 24 | | Three Embarcadero Center |
| | | San Francisco, CA 94111 |
| 25 | | Telephone: (415) 393-2000 |
| | | Facsimile: (415) 383-2286 |
| 26 | | |
| | | *Attorneys for Defendant Intel Corporation* |
| 27 | | |
| 28 | C:\Documents and Settings\buschfh\Local Settings\Temporary Internet Files\OLK89\HTEAL - Answer Extension Stip (3) (2).DOC | 4 |

| | | |
|---|---|---|
| 1 | Dated: May 1, 2012 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | By: s/Emily Johnson Henn |
| | | Emily Johnson Henn |
| 4 | | |
| | | Robert T. Haslam, III |
| 5 | | Emily Johnson Henn |
| | | 333 Twin Dolphin Drive, Suite 700 |
| 6 | | Redwood City, CA 94065 |
| | | Telephone: (650) 632-4700 |
| 7 | | *Attorneys for Defendant Pixar* |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

C:\Documents and Settings\buschfh\Local Settings\Temporary Internet Files\OLK89\HTEAL - Answer Extension Stip (3) (2).DOC

5

STIPULATION EXTENDING TIME TO ANSWER COMPLAINT