Richard M. Heimann (State Bar No. 63607)
Joseph R. Saveri (State Bar No. 130064)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Interim Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE** |

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Richard M. Heimann of Lieff Cabraser Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California 94111-3339, hereby enters his appearance as counsel of record for Plaintiffs Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, and Daniel Stover, individually and on behalf of a class of all those similarly situated, in the above-captioned matter and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

1038460.1

NOTICE OF APPEARANCE
MASTER DOCKET NO. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated:  May 16, 2012 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By: */s/ Richard M. Heimann* <br>          Richard M. Heimann |
| 4 | | |
| 5 | | Richard M. Heimann (State Bar No. 63607) <br> Joseph R. Saveri (State Bar No. 130064) <br> Kelly M. Dermody (State Bar No. 171716) |
| 6 | | Eric B. Fastiff (State Bar No. 182260) <br> Brendan P. Glackin (State Bar No. 199643) |
| 7 | | Dean M. Harvey (State Bar No. 250298) <br> Anne B. Shaver (State Bar No. 255928) |
| 8 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP <br> 275 Battery Street, 29th Floor |
| 9 | | San Francisco, CA  94111-3339 <br> Telephone:  (415) 956-1000 |
| 10 | | Facsimile:  (415) 956-1008 |
| 11 | | *Interim Lead Counsel for Plaintiff Class* |

1038460.1 — - 2 - — NOTICE OF APPEARANCE MASTER DOCKET NO. 11-CV-2509-LHK