1   BINGHAM MCCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   FRANK M. HINMAN (SBN 157402)
    SUJAL J. SHAH (SBN 215230)
3   FRANK BUSCH (SBN 258288)
    Three Embarcadero Center
4   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286
    donn.pickett@bingham.com
6   frank.hinman@bingham.com
    sujal.shah@bingham.com
7   frank.busch@bingham.com

8   Attorneys for Defendant
    Intel Corporation

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13

14   IN RE HIGH-TECH EMPLOYEE ANTITRUST          Master Docket No. 11-CV-2509-LHK
     LITIGATION
                                                 **INTEL CORPORATION'S ANSWER**
15   THIS DOCUMENT RELATES TO:                   **TO PLAINTIFFS' CONSOLIDATED**
                                                 **AMENDED COMPLAINT**
16   ALL ACTIONS

17

18            Defendant Intel Corporation ("Intel"), by and through its undersigned attorneys,

19   hereby files its answer to Plaintiffs' Consolidated Amended Complaint ("CAC") dated

20   September 13, 2011, admitting, denying and otherwise alleging as follows (the numbered

21   paragraphs correspond to those in the CAC):

22            1.      To the extent that paragraph 1 purports to state a legal conclusion, Intel is not

23   required to respond.  To the extent that paragraph 1 alleges conduct on the part of other

24   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

25   that basis denies them.  Intel otherwise denies the allegations in paragraph 1.

26            2.      To the extent that paragraph 2 purports to state a legal conclusion, Intel is not

27   required to respond.  To the extent that paragraph 2 alleges conduct on the part of other

28   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

A/74935415.3/2014763-0000355568

1    that basis denies them.  Intel otherwise admits that the CAC purports to allege violations of

2    federal and state laws and to seek certain remedies.  Intel states that Plaintiffs or the Court have

3    dismissed some of their alleged claims and requests for relief.  Except as expressly admitted,

4    Intel denies the allegations in paragraph 2, and specifically denies that it has violated any law or

5    that Plaintiffs are entitled to any relief.

6            3.       To the extent that paragraph 3 purports to state a legal conclusion, Intel is not

7    required to respond.  To the extent that paragraph 3 alleges conduct on the part of other

8    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

9    that basis denies them.  Intel admits that the Antitrust Division of the Department of Justice

10   ("DOJ") investigated Intel's recruiting practices in 2009 and 2010.  Intel denies Plaintiffs'

11   characterization of the DOJ investigation or any conclusions of fact or law made by the DOJ,

12   including any quoted language from the DOJ in paragraph 3.  Except as expressly admitted, Intel

13   denies the allegations in paragraph 3.

14           4.       Intel admits that the DOJ did not seek a monetary penalty as a result of its

15   investigation.  Except as expressly admitted, Intel denies the allegations in paragraph 4.

16           5.       To the extent that paragraph 5 purports to state a legal conclusion, Intel is not

17   required to respond.  Intel otherwise admits that the CAC purports to allege violations of federal

18   and state laws and to seek certain remedies.  Intel states that Plaintiffs or the Court have

19   dismissed some of their alleged claims and requests for relief.  Except as expressly admitted,

20   Intel denies the allegations in paragraph 5.

21           6.       To the extent that paragraph 6 purports to state a legal conclusion, Intel is not

22   required to respond.  Intel otherwise admits the allegations in paragraph 6.

23           7.       To the extent that paragraph 7 purports to state a legal conclusion, Intel is not

24   required to respond.  To the extent that paragraph 7 alleges conduct on the part of other

25   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

26   that basis denies them.  Intel admits that its principal place of business is located in Santa Clara,

27   California.  Intel also admits that venue is proper.  Except as expressly admitted, Intel denies the

28   allegations in paragraph 7.

1     8.     To the extent that paragraph 8 purports to state a legal conclusion, Intel is not

2 required to respond.  To the extent that paragraph 8 alleges conduct on the part of other

3 Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

4 that basis denies them.  Intel admits that it is subject to the jurisdiction of this Court.  Except as

5 expressly admitted, Intel denies the allegations in paragraph 8.

6     9.     To the extent that paragraph 9 purports to state a legal conclusion, Intel is not

7 required to respond.  Intel otherwise denies the allegations in paragraph 9.

8     10.     To the extent that paragraph 10 purports to state a legal conclusion, Intel is not

9 required to respond.  To the extent that paragraph 10 alleges conduct on the part of other

10 Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

11 that basis denies them.  Intel otherwise denies the allegations in paragraph 10.

12     11.     To the extent that paragraph 11 purports to state a legal conclusion, Intel is not

13 required to respond.  To the extent that paragraph 11 alleges conduct on the part of other

14 Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

15 that basis denies them.  Intel otherwise denies the allegations in paragraph 11.

16     12.     To the extent that paragraph 12 purports to state a legal conclusion, Intel is not

17 required to respond.  Intel denies that any class does or can exist in this matter, and on that basis

18 denies any and all allegations related to membership in a class.  Intel admits that its principal

19 place of business is located in Santa Clara.  Except as expressly admitted, Intel denies the

20 allegations in paragraph 12.

21     13.     To the extent that paragraph 13 purports to state a legal conclusion, Intel is not

22 required to respond.  To the extent that paragraph 13 alleges conduct on the part of other

23 Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

24 that basis denies them.  Intel otherwise denies the allegations in paragraph 13.  Intel specifically

25 denies that any class does or can exist in this matter, and on that basis denies any and all

26 allegations related to membership in a class.

27     14.     To the extent that paragraph 14 purports to state a legal conclusion, Intel is not

28 required to respond.  Intel otherwise denies the allegations in paragraph 14.

1    15.    To the extent that paragraph 15 purports to state a legal conclusion, Intel is not

2    required to respond.  Intel otherwise denies the allegations in paragraph 15.

3    16.    Intel lacks sufficient information or belief to admit or deny the allegations in

4    paragraph 16 and on that basis denies them.

5    17.    Intel admits that it employed Mark Fichtner in the State of Arizona as a software

6    engineer from approximately May 2008 through May 2011.  Intel denies that Mark Fichtner

7    suffered injury to his business or property as a result of Intel's alleged conduct, and denies that

8    Intel committed any alleged violations.  Intel lacks sufficient information or belief to admit or

9    deny the other allegations in paragraph 17 and on that basis denies them.

10    18.    Intel lacks sufficient information or belief to admit or deny the allegations in

11    paragraph 18 and on that basis denies them.

12    19.    Intel lacks sufficient information or belief to admit or deny the allegations in

13    paragraph 19 and on that basis denies them.

14    20.    Intel lacks sufficient information or belief to admit or deny the allegations in

15    paragraph 20 and on that basis denies them.

16    21.    Intel lacks sufficient information or belief to admit or deny the allegations in

17    paragraph 21 and on that basis denies them.

18    22.    Intel lacks sufficient information or belief to admit or deny the allegations in

19    paragraph 22 and on that basis denies them.

20    23.    Intel lacks sufficient information or belief to admit or deny the allegations in

21    paragraph 23 and on that basis denies them.

22    24.    Intel admits the allegations in paragraph 24.

23    25.    Intel lacks sufficient information or belief to admit or deny the allegations in

24    paragraph 25 and on that basis denies them.

25    26.    Intel lacks sufficient information or belief to admit or deny the allegations in

26    paragraph 26 and on that basis denies them.

27    27.    Intel lacks sufficient information or belief to admit or deny the allegations in

28    paragraph 27 and on that basis denies them.

1        28.     To the extent that paragraph 28 purports to state a legal conclusion, Intel is not

2  required to respond.  Intel denies that it participated in any alleged conspiracy or violation or

3  law.  Intel otherwise lacks sufficient information or belief to admit or deny the allegations in

4  paragraph 28 and on that basis denies them.

5        29.     To the extent that paragraph 29 purports to state a legal conclusion, Intel is not

6  required to respond.  Intel denies that it participated in any alleged conspiracy or violation or

7  law.  To the extent that paragraph 29 alleges conduct on the part of other Defendants or unnamed

8  DOES, Intel lacks sufficient information or belief to admit or deny those allegations and on that

9  basis denies them.  Intel otherwise denies the allegations in paragraph 29.  Specifically, Intel

10  denies that its "corporate officers, members of the board[] of directors, or senior executives"

11  were "co-conspirators with other Defendants in the violations alleged in the" CAC.

12        30.     To the extent that paragraph 30 purports to state a legal conclusion, Intel is not

13  required to respond.  Intel admits that Plaintiffs purport to serve as representatives of the

14  identified putative class, but otherwise denies the allegations in paragraph 30.

15        31.     To the extent that paragraph 31 purports to state a legal conclusion, Intel is not

16  required to respond.  Intel otherwise denies the allegations in paragraph 31.  Intel specifically

17  denies that any class does or can exist in this matter, and on that basis denies any and all

18  allegations related to the number of alleged class members.

19        32.     To the extent that paragraph 32 purports to state a legal conclusion, Intel is not

20  required to respond.  Intel otherwise denies the allegations in paragraph 32.  Intel specifically

21  denies any and all allegations related to whether questions of law or fact are common to the

22  alleged class.

23        33.     To the extent that paragraph 33 purports to state a legal conclusion, Intel is not

24  required to respond.  Intel otherwise denies the allegations in paragraph 33.  Intel specifically

25  denies any and all allegations related to whether common questions or law and fact predominate

26  over individual questions.

27        34.     To the extent that paragraph 34 purports to state a legal conclusion, Intel is not

28  required to respond.  Intel otherwise denies the allegations in paragraph 34.  Intel specifically

INTEL CORPORATION'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1    denies any and all allegations related to whether the named plaintiffs' claims are typical of the

2    claims of the alleged class.

3          35.      To the extent that paragraph 35 purports to state a legal conclusion, Intel is not

4    required to respond.  Intel otherwise denies the allegations in paragraph 35.  Intel specifically

5    denies any and all allegations related to whether the named plaintiffs will fairly and adequately

6    represent the interests of the alleged class.

7          36.      To the extent that paragraph 36 purports to state a legal conclusion, Intel is not

8    required to respond.  Intel otherwise denies the allegations in paragraph 36.

9          37.      To the extent that paragraph 37 purports to state a legal conclusion, Intel is not

10    required to respond.  Intel otherwise denies the allegations in paragraph 37.  Intel specifically

11    denies any and all allegations related to whether final injunctive relief is appropriate to all

12    members of the alleged class.

13          38.      To the extent that paragraph 38 purports to state a legal conclusion, Intel is not

14    required to respond.  Intel otherwise denies the allegations in paragraph 38.  Intel specifically

15    denies any and all allegations related to whether a class action is superior to alternative methods

16    of adjudication.

17          39.      To the extent that paragraph 39 alleges conduct on the part of other Defendants,

18    Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

19    denies them.  Intel admits that it employed Mark Fichtner during the alleged Class Period in

20    Arizona.  Except as expressly admitted, Intel denies the allegations in paragraph 39.  Intel

21    specifically denies that any class does or can exist in this matter, and on that basis denies any and

22    all allegations related to where alleged class members were employed.

23          40.      To the extent that paragraph 40 purports to state a legal conclusion, Intel is not

24    required to respond.  To the extent that paragraph 40 alleges conduct on the part of other

25    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

26    that basis denies them.  Intel otherwise denies the allegations in paragraph 40.

27          41.      To the extent that paragraph 41 alleges conduct on the part of other Defendants,

28    Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

INTEL CORPORATION'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1   denies them.  Intel otherwise denies the allegations in paragraph 41.

2       42.     Intel denies the allegations in paragraph 42.

3       43.     To the extent that paragraph 43 alleges conduct on the part of other Defendants or

4   other high technology companies, Intel lacks sufficient information or belief to admit or deny

5   those allegations and on that basis denies them.  Intel otherwise denies the allegations in

6   paragraph 43.

7       44.     To the extent that paragraph 44 alleges conduct on the part of other companies,

8   Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

9   denies them.  Intel admits that hiring employees from other companies may involve free-riding

10  and impose costs on those companies.  Except as expressly admitted, Intel denies the allegations

11  in paragraph 44.

12      45.     To the extent that paragraph 45 alleges conduct on the part of other companies,

13  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

14  denies them.  Intel otherwise denies the allegations in paragraph 45.

15      46.     To the extent that paragraph 46 alleges conduct involving any individual

16  employee, Intel lacks sufficient information or belief to admit or deny those allegations and on

17  that basis denies them.  Intel admits that when one of its employees received a job offer from

18  another company, that employee may, depending on his or her own individual circumstances,

19  have:  (1) accepted that job offer; (2) used that offer to attempt to negotiate a pay increase or

20  other benefit; (3) stayed at Intel without negotiating a pay increase or other benefit; or (4) taken

21  some other action.  Except as expressly admitted, Intel denies the allegations in paragraph 46.

22      47.     To the extent that paragraph 47 alleges conduct involving any individual

23  employee, Intel lacks sufficient information or belief to admit or deny those allegations and on

24  that basis denies them.  Intel admits that its employees' use of information relating to potential

25  compensation from other employers would have varied, depending on their individual

26  circumstances.  Except as expressly admitted, Intel denies the allegations in paragraph 47.

27      48.     To the extent that paragraph 48 alleges conduct on the part of other companies,

28  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

1    denies them.  Intel otherwise denies the allegations in paragraph 48.

2           49.     To the extent that paragraph 49 alleges conduct on the part of other companies,

3    Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

4    denies them.  Intel otherwise denies the allegations in paragraph 49.

5           50.     To the extent that paragraph 50 alleges conduct on the part of other companies,

6    Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

7    denies them.  Intel otherwise denies the allegations in paragraph 50.

8           51.     To the extent that paragraph 51 alleges conduct on the part of other Defendants,

9    Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

10   denies them.  Intel admits that it assigns different salary ranges to different types of jobs and that

11   compensation may vary with grade level, but states that each employee's compensation was

12   based on his or her individual circumstances.  Intel admits that it offers a variety of employee

13   benefits and programs, and strives to maintain a positive and healthful workplace, in order to

14   maintain high employee morale and productivity, retain employees, and attract new and talented

15   employees.  One of the many tools it uses to achieve these goals is compensation.  Except as

16   expressly admitted, Intel denies the allegations in paragraph 51.

17          52.     To the extent that paragraph 52 alleges conduct on the part of other Defendants,

18   Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

19   denies them.  Intel admits that it assigns different salary ranges to different types of jobs and that

20   compensation may vary with grade level, but states that each employee's compensation was

21   based on his or her individual circumstances.  Intel reviews salary ranges annually.  Except as

22   expressly admitted, Intel denies the allegations in paragraph 52.

23          53.     To the extent that paragraph 53 alleges conduct on the part of other Defendants,

24   Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

25   denies them.  Intel admits that it sometimes engages in negotiations regarding compensation

26   levels with individual employees that vary depending on the specific circumstances applicable to

27   that employee.  Except as expressly admitted, Intel denies the allegations in paragraph 53.

28          54.     To the extent that paragraph 54 alleges conduct on the part of Defendants, Intel

1    lacks sufficient information or belief to admit or deny those allegations and on that basis denies

2    them.  Intel otherwise denies the allegations in paragraph 54.

3         55.    To the extent that paragraph 55 purports to state a legal conclusion, Intel is not

4    required to respond.  To the extent that paragraph 55 alleges conduct on the part of other

5    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

6    that basis denies them.  Intel otherwise denies the allegations in paragraph 55, and specifically

7    denies that it entered any alleged conspiracy.

8         56.    Intel lacks sufficient information or belief to admit or deny the allegations in

9    paragraph 56 and on that basis denies them.

10        57.    Intel lacks sufficient information or belief to admit or deny the allegations in

11   paragraph 57 and on that basis denies them.

12        58.    Intel lacks sufficient information or belief to admit or deny the allegations in

13   paragraph 58 and on that basis denies them.

14        59.    Intel lacks sufficient information or belief to admit or deny the allegations in

15   paragraph 59 and on that basis denies them.

16        60.    Intel lacks sufficient information or belief to admit or deny the allegations in

17   paragraph 60 and on that basis denies them.

18        61.    Intel lacks sufficient information or belief to admit or deny the allegations in

19   paragraph 61 and on that basis denies them.

20        62.    Intel lacks sufficient information or belief to admit or deny the allegations in

21   paragraph 62 and on that basis denies them.

22        63.    Intel lacks sufficient information or belief to admit or deny the allegations in

23   paragraph 63 and on that basis denies them.

24        64.    Intel lacks sufficient information or belief to admit or deny the allegations in

25   paragraph 64 and on that basis denies them.

26        65.    Intel lacks sufficient information or belief to admit or deny the allegations in

27   paragraph 65 and on that basis denies them.

28        66.    Intel lacks sufficient information or belief to admit or deny the allegations in

INTEL CORPORATION'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1   paragraph 66 and on that basis denies them.

2       67.     Intel lacks sufficient information or belief to admit or deny the allegations in

3   paragraph 67 and on that basis denies them.

4       68.     Intel lacks sufficient information or belief to admit or deny the allegations in

5   paragraph 68 and on that basis denies them.

6       69.     Intel lacks sufficient information or belief to admit or deny the allegations in

7   paragraph 69 and on that basis denies them.

8       70.     Intel lacks sufficient information or belief to admit or deny the allegations in

9   paragraph 70 and on that basis denies them.

10      71.     Intel lacks sufficient information or belief to admit or deny the allegations in

11  paragraph 71 and on that basis denies them.

12      72.     Intel lacks sufficient information or belief to admit or deny the allegations in

13  paragraph 72 and on that basis denies them.

14      73.     Intel lacks sufficient information or belief to admit or deny the allegations in

15  paragraph 73 and on that basis denies them.

16      74.     Intel lacks sufficient information or belief to admit or deny the allegations in

17  paragraph 74 and on that basis denies them.

18      75.     Intel lacks sufficient information or belief to admit or deny the allegations in

19  paragraph 75 and on that basis denies them.

20      76.     Intel lacks sufficient information or belief to admit or deny the allegations in

21  paragraph 76 and on that basis denies them.

22      77.     Intel lacks sufficient information or belief to admit or deny the allegations in

23  paragraph 77 and on that basis denies them.

24      78.     Intel lacks sufficient information or belief to admit or deny the allegations in

25  paragraph 78 and on that basis denies them.

26      79.     Intel lacks sufficient information or belief to admit or deny the allegations in

27  paragraph 79 and on that basis denies them.

28      80.     Intel lacks sufficient information or belief to admit or deny the allegations in

1    paragraph 80 and on that basis denies them.

2        81.    Intel lacks sufficient information or belief to admit or deny the allegations in

3    paragraph 81 and on that basis denies them.

4        82.    Intel lacks sufficient information or belief to admit or deny the allegations in

5    paragraph 82 and on that basis denies them.

6        83.    Intel lacks sufficient information or belief to admit or deny the allegations in

7    paragraph 83 and on that basis denies them.

8        84.    Intel lacks sufficient information or belief to admit or deny the allegations in

9    paragraph 84 and on that basis denies them.

10       85.    Intel lacks sufficient information or belief to admit or deny the allegations in

11   paragraph 85 and on that basis denies them.

12       86.    Intel lacks sufficient information or belief to admit or deny the allegations in

13   paragraph 86 and on that basis denies them.

14       87.    Intel lacks sufficient information or belief to admit or deny the allegations in

15   paragraph 87 and on that basis denies them.

16       88.    Intel lacks sufficient information or belief to admit or deny the allegations in

17   paragraph 88 and on that basis denies them.

18       89.    Intel lacks sufficient information or belief to admit or deny the allegations in

19   paragraph 89 and on that basis denies them.

20       90.    Intel lacks sufficient information or belief to admit or deny the allegations in

21   paragraph 90 and on that basis denies them.

22       91.    Intel lacks sufficient information or belief to admit or deny the allegations in

23   paragraph 91 and on that basis denies them.

24       92.    Intel lacks sufficient information or belief to admit or deny the allegations in

25   paragraph 92 and on that basis denies them.

26       93.    Intel lacks sufficient information or belief to admit or deny the allegations in

27   paragraph 93 and on that basis denies them.

28       94.    Intel lacks sufficient information or belief to admit or deny the allegations in

1  paragraph 94 and on that basis denies them.

2      95.    Intel lacks sufficient information or belief to admit or deny the allegations in

3  paragraph 95 and on that basis denies them.

4      96.    Intel lacks sufficient information or belief to admit or deny the allegations in

5  paragraph 96 and on that basis denies them.

6      97.    Intel lacks sufficient information or belief to admit or deny the allegations in

7  paragraph 97 and on that basis denies them.

8      98.    To the extent that paragraph 98 purports to state a legal conclusion, Intel is not

9  required to respond.  Intel admits that senior executives at Google and Intel had communications

10  regarding Google recruiting Intel employees.  Except as expressly admitted, Intel denies the

11  allegations in paragraph 98.

12      99.    Intel denies the allegations in paragraph 99.

13      100.   To the extent that paragraph 100 purports to state a legal conclusion, Intel is not

14  required to respond.  To the extent that paragraph 100 alleges conduct on the part of other

15  Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

16  that basis denies them.  Intel otherwise denies the allegations in paragraph 100.

17      101.   To the extent that paragraph 101 alleges conduct on the part of other Defendants,

18  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

19  denies them.  Intel otherwise denies the allegations in paragraph 101.

20      102.   To the extent that paragraph 102 alleges conduct on the part of other Defendants,

21  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

22  denies them.  Intel otherwise denies the allegations in paragraph 102.

23      103.   Intel lacks sufficient information or belief to admit or deny the allegations in

24  paragraph 103 and on that basis denies them.

25      104.   Intel lacks sufficient information or belief to admit or deny the allegations in

26  paragraph 104 and on that basis denies them.

27      105.   Intel lacks sufficient information or belief to admit or deny the allegations in

28  paragraph 105 and on that basis denies them.

INTEL CORPORATION'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1    106.    Intel lacks sufficient information or belief to admit or deny the allegations in
2    paragraph 106 and on that basis denies them.

3    107.    Intel lacks sufficient information or belief to admit or deny the allegations in
4    paragraph 107 and on that basis denies them.

5    108.    To the extent that paragraph 108 purports to state a legal conclusion, Intel is not
6    required to respond.  To the extent that paragraph 108 alleges conduct on the part of other
7    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
8    that basis denies them.  Intel otherwise denies the allegations in paragraph 108.

9    109.    To the extent that paragraph 109 purports to state a legal conclusion, Intel is not
10   required to respond.  To the extent that paragraph 109 alleges conduct on the part of other
11   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
12   that basis denies them.  Intel otherwise denies the allegations in paragraph 109.

13   110.    To the extent that paragraph 110 purports to state a legal conclusion, Intel is not
14   required to respond.  To the extent that paragraph 110 alleges conduct on the part of other
15   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
16   that basis denies them.  Intel otherwise denies the allegations in paragraph 110.

17   111.    To the extent that paragraph 111 purports to state a legal conclusion, Intel is not
18   required to respond.  To the extent that paragraph 111 alleges conduct on the part of other
19   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
20   that basis denies them.  Intel admits that the DOJ investigated its recruiting practices beginning
21   in 2009.  Intel disputed the allegations made by the DOJ.  Intel admits that it produced
22   documents to the DOJ in response to a Civil Investigative Demand.  Except as expressly
23   admitted, Intel denies the allegations in paragraph 111.

24   112.    To the extent that paragraph 112 purports to state a legal conclusion, Intel is not
25   required to respond.  To the extent that paragraph 112 alleges conduct on the part of other
26   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
27   that basis denies them.  Intel denies Plaintiffs' characterization of the DOJ investigation or any
28   conclusions of fact or law made by the DOJ, including any quoted language from the DOJ in

1   paragraph 112.  Except as expressly admitted, Intel denies the allegations in paragraph 112.

2   113.   To the extent that paragraph 113 purports to state a legal conclusion, Intel is not

3   required to respond.  To the extent that paragraph 113 alleges conduct on the part of other

4   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

5   that basis denies them.  Intel denies Plaintiffs' characterization of the DOJ investigation or any

6   conclusions of fact or law made by the DOJ, including any quoted language from the DOJ in

7   paragraph 113.  Except as expressly admitted, Intel denies the allegations in paragraph 113.

8   114.   To the extent that paragraph 114 purports to state a legal conclusion, Intel is not

9   required to respond.  To the extent that paragraph 114 alleges conduct on the part of other

10   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

11   that basis denies them.  Intel admits that the DOJ filed a Complaint against Defendants in *United*

12   *States v. Adobe Systems, Inc., et al.*, Case No. 10-cv-01629-RBW (D.D.C.).  Intel disputed the

13   allegations in the Complaint.  Intel admits that it entered into a settlement with the DOJ, but

14   states that the entry of the resulting Final Judgment did not constitute any admission by Intel that

15   the law has been violated or of any issue of fact or law, other than that the jurisdictional facts

16   alleged in the DOJ's Complaint are true.  Except as expressly admitted, Intel denies the

17   allegations in paragraph 114.

18   115.   To the extent that paragraph 115 purports to state a legal conclusion, Intel is not

19   required to respond.  To the extent that paragraph 115 alleges conduct on the part of other

20   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

21   that basis denies them.  Intel admits it entered into a settlement with the DOJ, but states that the

22   entry of the resulting Final Judgment did not constitute any admission by Intel that the law has

23   been violated or of any issue of fact or law, other than that the jurisdictional facts alleged in the

24   DOJ's Complaint are true.  Intel denies Plaintiffs' characterization of the Final Judgment, which

25   speaks for itself.  Intel otherwise denies the allegations in paragraph 115.

26   116.   To the extent that paragraph 116 purports to state a legal conclusion, Intel is not

27   required to respond.  To the extent that paragraph 116 alleges conduct on the part of other

28   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

1    that basis denies them.  Intel otherwise denies the allegations in paragraph 116.

2          117.    Intel admits that the Final Judgment did not impose any monetary penalty.

3    Except as expressly admitted, Intel denies the allegations in paragraph 117.

4          118.    To the extent that paragraph 118 purports to state a legal conclusion, Intel is not

5    required to respond.  To the extent that paragraph 118 alleges conduct on the part of other

6    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

7    that basis denies them.  Intel otherwise denies the allegations in paragraph 118, and specifically

8    denies that any employee was harmed by any "unlawful conspiracy."

9          119.    Intel hereby incorporates by reference its responses to the allegations contained in

10   paragraphs 1-118 of the CAC as set forth above.

11         120.    To the extent that paragraph 120 purports to state a legal conclusion, Intel is not

12   required to respond.  To the extent that paragraph 120 alleges conduct on the part of other

13   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

14   that basis denies them.  Intel otherwise denies the allegations in paragraph 120.

15         121.    To the extent that paragraph 121 purports to state a legal conclusion, Intel is not

16   required to respond.  To the extent that paragraph 121 alleges conduct on the part of other

17   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

18   that basis denies them.  Intel otherwise denies the allegations in paragraph 121.

19         122.    To the extent that paragraph 122 purports to state a legal conclusion, Intel is not

20   required to respond.  To the extent that paragraph 122 alleges conduct on the part of other

21   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

22   that basis denies them.  Intel otherwise denies the allegations in paragraph 122.

23         123.    To the extent that paragraph 123 purports to state a legal conclusion, Intel is not

24   required to respond.  To the extent that paragraph 123 alleges conduct on the part of other

25   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

26   that basis denies them.  Intel otherwise denies the allegations in paragraph 123.

27         124.    To the extent that paragraph 124 purports to state a legal conclusion, Intel is not

28   required to respond.  To the extent that paragraph 124 alleges conduct on the part of other

15

1   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

2   that basis denies them.  Intel otherwise denies the allegations in paragraph 124.  Specifically,

3   Intel denies Plaintiffs' characterization of Intel's conduct and therefore denies that its officers,

4   directors, agents, employees, or representatives authorized, ordered, or participated in any illegal

5   conduct.

6        125.    To the extent that paragraph 125 purports to state a legal conclusion, Intel is not

7   required to respond.  To the extent that paragraph 125 alleges conduct on the part of other

8   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

9   that basis denies them.  Intel otherwise denies the allegations in paragraph 125.

10       126.    Intel admits that the CAC purports to seek certain relief.  Except as expressly

11   admitted, Intel denies the allegations in paragraph 126, and specifically denies that Plaintiffs are

12   entitled to any relief.

13       127.    Intel hereby incorporates by reference its responses to the allegations contained in

14   paragraphs 1-126 of the CAC as set forth above.

15       128.    To the extent that paragraph 128 purports to state a legal conclusion, Intel is not

16   required to respond.  To the extent that paragraph 128 alleges conduct on the part of other

17   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

18   that basis denies them.  Intel otherwise denies the allegations in paragraph 128.

19       129.    To the extent that paragraph 129 purports to state a legal conclusion, Intel is not

20   required to respond.  To the extent that paragraph 129 alleges conduct on the part of other

21   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

22   that basis denies them.  Intel otherwise denies the allegations in paragraph 129.

23       130.    To the extent that paragraph 130 purports to state a legal conclusion, Intel is not

24   required to respond.  To the extent that paragraph 130 alleges conduct on the part of other

25   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

26   that basis denies them.  Intel otherwise denies the allegations in paragraph 130.

27       131.    To the extent that paragraph 131 purports to state a legal conclusion, Intel is not

28   required to respond.  To the extent that paragraph 131 alleges conduct on the part of other

INTEL CORPORATION'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

2   that basis denies them.  Intel otherwise denies the allegations in paragraph 131.

3          132.    To the extent that paragraph 132 purports to state a legal conclusion, Intel is not

4   required to respond.

5          133.    To the extent that paragraph 133 purports to state a legal conclusion, Intel is not

6   required to respond.  To the extent that paragraph 133 alleges conduct on the part of other

7   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

8   that basis denies them.  Intel otherwise denies the allegations in paragraph 133.  Specifically,

9   Intel denies Plaintiffs' characterization of Intel's conduct and therefore denies that its officers,

10  directors, agents, employees, or representatives authorized, ordered, or participated in any illegal

11  conduct.

12         134.    To the extent that paragraph 134 purports to state a legal conclusion, Intel is not

13  required to respond.  To the extent that paragraph 134 alleges conduct on the part of other

14  Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

15  that basis denies them.  Intel otherwise denies the allegations in paragraph 134.

16         135.    Intel admits that the CAC purports to seek certain relief.  Except as expressly

17  admitted, Intel denies the allegations in paragraph 135, and specifically denies that Plaintiffs are

18  entitled to any relief.

19         136.    Intel hereby incorporates by reference its responses to the allegations contained in

20  paragraphs 1-135 of the CAC as set forth above.

21         137.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

22  at 24.  Therefore, no response to this paragraph is required.

23         138.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

24  at 24.  Therefore, no response to this paragraph is required.

25         139.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

26  at 24.  Therefore, no response to this paragraph is required.

27         140.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

28  at 24.  Therefore, no response to this paragraph is required.

1    141.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

2    at 24.  Therefore, no response to this paragraph is required.

3    142.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

4    at 24.  Therefore, no response to this paragraph is required.

5    143.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

6    at 24.  Therefore, no response to this paragraph is required.

7    144.    Intel hereby incorporates by reference its responses to the allegations contained in

8    paragraphs 1-143 of the CAC as set forth above.

9    145.    The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

10   Therefore, no response to this paragraph is required.

11   146.    The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

12   Therefore, no response to this paragraph is required.

13   147.    The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

14   Therefore, no response to this paragraph is required.

15   148.    The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

16   Therefore, no response to this paragraph is required.

17   149.    The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

18   Therefore, no response to this paragraph is required.

19   150.    The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

20   Therefore, no response to this paragraph is required.

21   151.    The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

22   Therefore, no response to this paragraph is required.

23   152.    The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

24   Therefore, no response to this paragraph is required.

25   153.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no

26   response.

27   154.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no

28   response.

1    155.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
2    response.

3    156.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
4    response.

5    157.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
6    response.

7    158.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
8    response.

9    159.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
10    response.

11    160.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
12    response.

13    161.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
14    response.

15    162.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
16    response.

17    163.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
18    response.

19    164.    This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
20    response.

21                                    **JURY DEMAND**

22    Intel demands trial by jury of all issues so triable under the law.

23                        **SEPARATE AND ADDITIONAL DEFENSES**

24                    **FIRST SEPARATE AND ADDITIONAL DEFENSE**
25                          **(Failure to State a Claim for Relief)**

26    As a defense to Plaintiffs' CAC, and each and every allegation against Intel contained
27    therein, Intel alleges that each of Plaintiffs' claims fails to state facts sufficient to constitute a
28    claim for relief against Intel.

A/74935415.3/2014763-0000355568                          19

1

## SECOND SEPARATE AND ADDITIONAL DEFENSE
### (Privilege/Justification)

2

3
As a defense to Plaintiffs' CAC, and each and every allegation against Intel contained

4
therein, Intel alleges that its actions were privileged or justified under applicable law, and that

5
Plaintiffs therefore should be barred from recovery.

## THIRD SEPARATE AND ADDITIONAL DEFENSE
### (Relevant Market)

6

7
As a defense to Plaintiffs' CAC, and each and every allegation against Intel contained

8
therein, Intel alleges that Plaintiffs' have not properly defined a relevant market.

9

## FOURTH SEPARATE AND ADDITIONAL DEFENSE
### (Lack of Market Power)

10

11
As a defense to Plaintiffs' CAC, and each and every allegation against Intel contained

12
therein, Intel alleges that Defendants lack market power in a properly defined relevant market.

13

## FIFTH SEPARATE AND ADDITIONAL DEFENSE
### (Reasonable Restraint of Trade)

14

15
As a defense to Plaintiffs' CAC, and each and every allegation against Intel contained

16
therein, Intel alleges its actions did not unreasonably restrain trade.

17

## SIXTH SEPARATE AND ADDITIONAL DEFENSE
### (No Lessening of Competition)

18
As a defense to Plaintiffs' CAC, and each and every allegation against Intel contained

19
therein, Intel alleges that Plaintiffs cannot demonstrate that its actions lessened competition in a

20
relevant market.

21

## SEVENTH SEPARATE AND ADDITIONAL DEFENSE
### (Good Faith/Legitimate Business Justification)

22

23
As a defense to Plaintiffs' CAC, and each and every allegation against Intel contained

24
therein, Intel alleges that its actions were undertaken in good faith to advance legitimate business

25
interests and had the effect of promoting, encouraging, and increasing competition.

26

## EIGHTH SEPARATE AND ADDITIONAL DEFENSE
### (Statute of Limitations)

27
As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

28

A/74935415.3/2014763-0000355568

INTEL CORPORATION'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT

1    alleges that each of Plaintiffs' claims is barred in whole or in part by applicable statutes of

2    limitations, including, but not limited to, 15 U.S.C. §15(b) and California Code of Civil

3    Procedure §§338(a), 339(l), and 340(a).

### NINTH SEPARATE AND ADDITIONAL DEFENSE
#### (Standing)

6         As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

7    alleges that Plaintiffs lack standing to assert some or all of the claims asserted therein.

### SIXTEENTH SEPARATE AND ADDITIONAL DEFENSE
#### (No Injury Suffered)

9         As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

10   alleges that Plaintiffs' claims are barred in whole or in part to the extent that the alleged behavior

11   did not cause injury to any Plaintiffs' business or property.

### ELEVENTH SEPARATE AND ADDITIONAL DEFENSE
#### (Offset)

14        As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

15   alleges that any injury Plaintiffs suffered was offset by benefits that resulted from Intel's alleged

16   conduct.

### TWELFTH SEPARATE AND ADDITIONAL DEFENSE
#### (Antitrust Injury)

19        As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

20   alleges that Plaintiffs have not suffered antitrust injury as a result of Intel's alleged conduct.

### THIRTEENTH SEPARATE AND ADDITIONAL DEFENSE
#### (Antitrust Standing)

22        As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

23   alleges that Plaintiffs lack antitrust standing to assert some or all of the claims asserted therein.

### FOURTEENTH SEPARATE AND ADDITIONAL DEFENSE
#### (Unjust Enrichment)

26        As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

27   alleges that Plaintiffs would be unjustly enriched were they allowed to recover any relief claimed

28   to be due.

A/74935415.3/2014763-0000355568

1

**FIFTEENTH SEPARATE AND ADDITIONAL DEFENSE**
**(Failure to Mitigate Damages)**

2

3      As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

4 alleges that Plaintiffs' have failed to mitigate their damages, if any, and that any recovery should

be reduced or denied accordingly.

5

6

**SIXTEENTH SEPARATE AND ADDITIONAL DEFENSE**
**(Settlement and Release)**

7      As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

8 alleges that Plaintiffs' claims are barred in whole or in part to the extent Plaintiffs have settled

9 and released any claims against Intel.

10

**SEVENTEENTH SEPARATE AND ADDITIONAL DEFENSE**
**(Failure to Exhaust Remedies)**

11

12      As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

13 alleges that Plaintiffs' claims are barred in whole or in part because Plaintiffs are subject to

14 mandatory arbitration, a remedy they have failed to exhaust.

15

**EIGHTEENTH SEPARATE AND ADDITIONAL DEFENSE**
**(Waiver)**

16

17      As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

alleges that Plaintiffs' claims are barred in whole or in part by waiver.

18

19

**NINTEENTH SEPARATE AND ADDITIONAL DEFENSE**
**(Constitutional Right to Separate Trials)**

20      As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

21 alleges that Plaintiffs' claims are barred in whole or in part to the extent that the certification of

22 this action as a class action would violate Intel's constitutional right to separate trials.

23

**TWENTIETH SEPARATE AND ADDITIONAL DEFENSE**
**(Due Process)**

24

25      As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel

26 alleges that Plaintiffs' claims are barred in whole or in part to the extent that Plaintiffs seek to

27 deprive Intel of procedural and substantive safeguards, including, but not limited to, traditional

28 defenses to liability, in violation of the Due Process Clause of the United States Constitution and

A/74935415.3/2014763-0000355568                                    22

the analogous provisions of any applicable State constitutions.

## TWENTY-FIRST SEPARATE AND ADDITIONAL DEFENSE
### (Duplicative Claims and Request for Damages)

As a defense to Plaintiffs' CAC, and each and every allegation contained therein, Intel alleges that Plaintiffs' claims are barred in whole or in part based upon the filing of duplicative claims.

## TWENTY-SECOND SEPARATE AND ADDITIONAL DEFENSE
### (Reservation of Rights)

Intel currently has insufficient knowledge or information on which to form a belief as to whether it may have additional, as yet unstated, defenses available.  Intel expressly reserves its right to assert additional affirmative defenses in the event discovery indicates they would be appropriate.

WHEREFORE, Intel prays for judgment as follows:

1.      That Plaintiffs, and members of the purported class and subclass on whose behalf they purport to sue, take nothing by reason of their Consolidated Amended Complaint;

2.      That the Court offset the recovery, if any, by Plaintiffs, and members of any purported class and subclass on whose behalf they purport to sue, by any amounts paid by Intel, or other third parties, to them, in connection with claims relating to the subject matter of this lawsuit;

3.      That Intel recover its expenses, costs and attorneys' fees in connection with this lawsuit; and

4.      That the Court grant Intel such further relief as it deems just and proper.

1   DATED:  May 21, 2012                Respectfully Submitted,

2                                       Bingham McCutchen LLP

3

4
                                        By: s/Donn P. Pickett
5                                              Donn P. Pickett
                                            Attorneys for Defendant
6                                              Intel Corporation

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INTEL CORPORATION'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT