## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On May 21, 2012, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**DEFENDANT INTUIT INC.'S ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT**

in a sealed envelope, postage fully paid, addressed as follows:
   John D. Radice
   Grant & Eisenhofer P.A.
   485 Lexington Avenue
   29th Floor
   New York, NY 10017

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 21, 2012, at San Francisco, California.

_____
Margaret C. Landsborough

SFI-733776v1