MAYER BROWN LLP
Lee H. Rubin (SBN 141331)
  lrubin@mayerbrown.com
Edward D. Johnson (SBN 189475)
  wjohnson@mayerbrown.com
Donald M. Falk (SBN 150256)
  dfalk@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA  94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Defendant
Google Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| | **ANSWER OF DEFENDANT GOOGLE INC. TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

AMECURRENT 702044038.2

1   Defendant Google Inc. ("Google") hereby responds to the allegations in the Consolidated

2   Amended Complaint ("Complaint") filed by Plaintiffs Michael Devine, Mark Fichtner, Siddharth

3   Hariharan, Brandon Marshall, and Daniel Stover (collectively "Plaintiffs") as follows:

4   **I.     SUMMARY OF THE ACTION**

5       1.     Google admits that Plaintiffs filed this case as a class action against Google and

6   other defendants but denies the remaining allegations contained in paragraph 1 of Plaintiffs'

7   Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

8   a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis

9   denies them.

10      2.     To the extent that paragraph 2 purports to state a legal conclusion, no answer is

11  required.  Google admits that this purports to be an action seeking damages under the Sherman

12  Act, the Cartwright Act and the California Business and Professions Code. Google denies the

13  remaining allegations contained in paragraph 2 of Plaintiffs' Complaint as they pertain to

14  Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the

15  allegations as they pertain to any other defendant, and on that basis denies them.

16      3.     To the extent that paragraph 3 purports to state a legal conclusion, no answer is

17  required.  Google admits that the United States Department of Justice ("DOJ") issued a Civil

18  Investigative Demand ("CID") to Google in 2009 and that the DOJ filed a complaint against

19  Defendants Adobe, Apple, Google, Intel, Intuit and Pixar, which contained the quoted

20  allegations set forth in paragraph 3 of Plaintiffs' Complaint.   Google denies Plaintiffs'

21  characterization of the quoted allegations in this paragraph and Plaintiffs' allegations regarding

22  conclusions of fact or law made by the DOJ.  Google the remaining allegations contained in

23  paragraph 3 of Plaintiffs' Complaint as they pertain to Google, including that *per se* treatment is

24  appropriate in this matter.  Google lacks knowledge or information sufficient to form a belief as

25  to the truth of the allegations as they pertain to any other defendant, and on that basis denies

26  them.

27      4.     Google admits that the DOJ did not seek monetary penalties against Google, but

28  denies that any employees were harmed by Google's conduct.  Google denies the remaining

1    allegations contained in paragraph 4 of Plaintiffs' Complaint as they pertain to Google.  Google

2    lacks knowledge or information sufficient to form a belief as to the truth of the allegations as

3    they pertain to any other defendant, and on that basis denies them.

4    **II.      JURISDICTION AND VENUE**

5           5.      Google admits that this purports to be an action arising under the Sherman Act,

6    the Cartwright Act and the California Business and Professions Code, but denies that Plaintiffs

7    are entitled to any relief thereunder.

8           6.      To the extent that paragraph 6 purports to state a legal conclusion, no answer is

9    required.  Google otherwise admits the allegations contained in paragraph 6 of Plaintiffs'

10   Complaint.

11          7.      To the extent that paragraph 7 purports to state a legal conclusion, no answer is

12   required.  Google admits that venue is proper.  Google lacks knowledge or information sufficient

13   to form a belief as to the truth of the allegations as they pertain to any other defendant, and on

14   that basis denies them.

15          8.      To the extent that paragraph 8 purports to state a legal conclusion, no answer is

16   required.  Google admits that it is subject to the jurisdiction of this Court for the purposes of this

17   action.  Google lacks knowledge or information sufficient to form a belief as to the truth of the

18   allegations as they pertain to any other defendant, and on that basis denies them.

19   **III.     CHOICE OF LAW**

20          9.      To the extent that paragraph 9 purports to state a legal conclusion, no answer is

21   required.  Google otherwise denies the allegations in paragraph 9 of the Complaint.

22          10.     Google denies the allegations contained in paragraph 10 of Plaintiffs' Complaint

23   as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

24   to the truth of the allegations as they pertain to any other defendant, and on that basis denies

25   them.

26          11.     Google denies the allegations contained in paragraph 11 of Plaintiffs' Complaint

27   as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

28
                                            -2-

AMECURRENT 702044038.2

1    to the truth of the allegations as they pertain to any other defendant, and on that basis denies

2    them.

3        12.   To the extent that paragraph 12 purports to state a legal conclusion, no answer is

4    required.  Because of the vagueness and ambiguity of Plaintiffs' allegations, Google lacks

5    knowledge or information sufficient to form a belief as to the truth of the allegations contained in

6    paragraph 12 of Plaintiffs' Complaint, and on that basis denies them.

7        13.   To the extent that paragraph 13 purports to state a legal conclusion, no answer is

8    required.  Google does not dispute that venue is proper in the County of Santa Clara with respect

9    to Plaintiffs but denies that any class is proper in this matter.  Google otherwise denies the

10   allegations contained in paragraph 13 of Plaintiffs' Complaint as they pertain to Google.  Google

11   lacks knowledge or information sufficient to form a belief as to the truth of the allegations as

12   they pertain to any other defendant, and on that basis denies them.

13       14.   To the extent that paragraph 14 purports to state a legal conclusion, no answer is

14   required.  Google otherwise lacks knowledge or information sufficient to form a belief as to the

15   truth of the allegations contained in paragraph 14 of Plaintiffs' Complaint, and on that basis

16   denies them.

17       15.   To the extent that paragraph 15 purports to state a legal conclusion, no answer is

18   required.  Google otherwise lacks knowledge or information sufficient to form a belief as to the

19   truth of the allegations contained in paragraph 15 of Plaintiffs' Complaint, and on that basis

20   denies them.

21   **IV.   THE PARTIES**

22       **A.   Plaintiffs**

23       16.   Google denies that Mr. Devine suffered any injury by reason of the allegations in

24   the Complaint and otherwise denies the allegations contained in paragraph 16 of Plaintiffs'

25   Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

26   a belief as to the truth of the allegations as they pertain to any other party, and on that basis

27   denies them.

28

-3-

AMECURRENT 702044038.2

1    17.    Google denies that Mr. Fichtner suffered any injury by reason of the allegations in

2    the Complaint and otherwise denies the allegations contained in paragraph 17 of Plaintiffs'

3    Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

4    a belief as to the truth of the allegations as they pertain to any other party, and on that basis

5    denies them.

6    18.    Google denies that Mr. Hariharan suffered any injury by reason of the allegations

7    in the Complaint and otherwise denies the allegations contained in paragraph 18 of Plaintiffs'

8    Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

9    a belief as to the truth of the allegations as they pertain to any other party, and on that basis

10    denies them.

11    19.    Google denies that Mr. Marshall suffered any injury by reason of the allegations

12    in the Complaint and otherwise denies the allegations contained in paragraph 19 of Plaintiffs'

13    Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

14    a belief as to the truth of the allegations as they pertain to any other party, and on that basis

15    denies them.

16    20.    Google denies that Mr. Stover suffered any injury by reason of the allegations in

17    the Complaint and otherwise denies the allegations contained in paragraph 20 of Plaintiffs'

18    Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

19    a belief as to the truth of the allegations as they pertain to any other party, and on that basis

20    denies them.

21    **B.    Defendants**

22    21.    Google lacks knowledge or information sufficient to form a belief as to the truth

23    of the allegations contained in paragraph 21 of Plaintiffs' Complaint, and on that basis denies

24    them.

25    22.    Google lacks knowledge or information sufficient to form a belief as to the truth

26    of the allegations contained in paragraph 22 of Plaintiffs' Complaint, and on that basis denies

27    them.

28

-4-

AMECURRENT 702044038.2

23.     Google admits the allegations contained in paragraph 23 of Plaintiffs' Complaint.

24.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of Plaintiffs' Complaint, and on that basis denies them.

25.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiffs' Complaint, and on that basis denies them.

26.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiffs' Complaint, and on that basis denies them.

27.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of Plaintiffs' Complaint, and on that basis denies them.

28.     Google denies that it participated in any alleged conspiracy or violation of law. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other Defendants or unnamed DOES, and on that basis denies the allegations in paragraph 28.

29.     Google denies that it participated in any alleged conspiracy or violation of law. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other Defendants or unnamed DOES, and on that basis denies the allegations in paragraph 29.

## V.     CLASS ACTION ALLEGATIONS

30.     To the extent that paragraph 30 purports to state a legal conclusion, no answer is required.  Google admits that Plaintiffs purport to bring this action on behalf of themselves and others, but otherwise denies the allegations in paragraph 30.

31.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint, and on that basis denies them.

-5-

32.     Google denies the allegations contained in paragraph 32 of Plaintiffs' Complaint.

33.     Google denies the allegations contained in paragraph 33 of Plaintiffs' Complaint.

34.     Google denies the allegations contained in paragraph 34 of Plaintiffs' Complaint.

35.     Google denies the allegations contained in paragraph 35 of Plaintiffs' Complaint.

36.     Google denies the allegations contained in paragraph 36 of Plaintiffs' Complaint.

37.     Plaintiffs have withdrawn their request for injunctive relief, so no response is necessary.   Google otherwise denies the allegations contained in paragraph 37 of Plaintiffs' Complaint.

38.     Google denies the allegations contained in paragraph 38 of Plaintiffs' Complaint.

**VI.     FACTUAL ALLEGATIONS**

39.     Google admits that it employed putative Class members in California, and in some other states, during the Class Period, as the putative Class is defined in Plaintiffs' Complaint.  Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations as they pertain Google or to any other defendant, and on that basis denies them.

40.     Google denies the allegations contained in paragraph 40 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other party, and on that basis denies them.

41.     Google admits that cold calling is one method it may use to recruit employees, but denies that it used the definition of cold calling alleged in paragraph 41 of Plaintiffs' Complaint, and therefore denies the allegations in this paragraph on that basis.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

42.     Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint and therefore denies the allegations in this paragraph on that basis.  Google otherwise denies the allegations in paragraph 42 as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any

1   other defendant, and on that basis denies them.

2       43.   Because of the vagueness and ambiguity of Plaintiffs' allegations in paragraph 43

3   of the Complaint, Google lacks knowledge or information sufficient to form a belief about the

4   truth of these allegations and on that basis denies them.

5       44.   Because of the vagueness and ambiguity of Plaintiffs' allegations relating to

6   Google's and others' conduct in paragraph 44 of the Complaint, Google lacks knowledge or

7   information sufficient to form a belief about the truth of these allegations and on that basis denies

8   them.

9       45.   Google admits that cold calling is one method it may use to recruit employees, but

10  denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore

11  denies the allegations in this paragraph on that basis.  Google otherwise denies the allegations in

12  paragraph 45 as they pertain to Google.  Google lacks knowledge or information sufficient to

13  form a belief as to the truth of the allegations as they pertain to any other defendant or third

14  party, and on that basis denies them.

15      46.   Google admits that cold calling is one method it may use to recruit employees, but

16  denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore

17  denies the allegations in this paragraph on that basis.  Because of the vagueness and ambiguity of

18  Plaintiffs' remaining allegations relating to Google's and others' conduct in paragraph 46 of the

19  Complaint, Google lacks knowledge or information sufficient to form a belief about the truth of

20  these allegations and on that basis denies them.

21      47.   Google lacks knowledge or information sufficient to form a belief about the truth

22  of the allegations in paragraph 47 of the Complaint and on that basis denies them.

23      48.   Because of the vagueness and ambiguity of Plaintiffs' allegations relating to

24  Google's and others' conduct in paragraph 48 of the Complaint, Google lacks knowledge or

25  information sufficient to form a belief about the truth of these allegations and on that basis denies

26  them.

27      49.   Because of the vagueness and ambiguity of Plaintiffs' allegations relating to

28

-7-

AMECURRENT 702044038.2

1   Google's and others' conduct in paragraph 49 of the Complaint, Google lacks knowledge or

2   information sufficient to form a belief about the truth of these allegations and on that basis denies

3   them.

4          50.    Because of the vagueness and ambiguity of Plaintiffs' allegations relating to

5   Google's and others' conduct in paragraph 50 of the Complaint, Google lacks knowledge or

6   information sufficient to form a belief about the truth of these allegations and on that basis denies

7   them.

8          51.    Google denies that the alleged goals accurately or fully reflect Google's goals

9   with respect to compensation, and on that basis denies the allegations in paragraph 51 of the

10  Complaint.

11         52.    Google denies that the alleged practices in paragraph 52 fully or accurately reflect

12  Google's compensation practices or that the alleged goals in paragraph 51 fully or accurately

13  reflect Google's goals with respect to compensation, and on that basis denies the allegations in

14  paragraph 52 of the Complaint.

15         53.    Because of the vagueness and ambiguity of Plaintiffs' allegations relating to

16  Google's and others' conduct in paragraph 53 of the Complaint, Google lacks knowledge or

17  information sufficient to form a belief about the truth of these allegations and on that basis denies

18  them.

19         54.    Google denies that it used the definition of cold calling alleged in Plaintiffs'

20  Complaint, and therefore denies the allegations in this paragraph on that basis.  Google denies

21  the remaining allegations in paragraph 54 of the Complaint as they pertain to Google.  Google

22  lacks knowledge or information sufficient to form a belief as to the truth of the allegations as

23  they pertain to any other defendant, and on that basis denies them.

24         55.    Google denies the allegations contained in paragraph 55 of Plaintiffs' Complaint

25  as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

26  to the truth of the allegations as they pertain to any other party, and on that basis denies them.

27  / / /

28

GOOGLE INC.'S ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

AMECURRENT 702044038.2

1      56.    Google lacks knowledge or information sufficient to form a belief as to the truth

2  of the allegations contained in paragraph 56 of Plaintiffs' Complaint, and on that basis denies

3  them.

4      57.    Google lacks knowledge or information sufficient to form a belief as to the truth

5  of the allegations contained in paragraph 57 of Plaintiffs' Complaint, and on that basis denies

6  them.

7      58.    Google lacks knowledge or information sufficient to form a belief as to the truth

8  of the allegations contained in paragraph 58 of Plaintiffs' Complaint, and on that basis denies

9  them.

10      59.    Google lacks knowledge or information sufficient to form a belief as to the truth

11  of the allegations contained in paragraph 59 of Plaintiffs' Complaint, and on that basis denies

12  them.

13      60.    Google lacks knowledge or information sufficient to form a belief as to the truth

14  of the allegations contained in paragraph 60 of Plaintiffs' Complaint, and on that basis denies

15  them.

16      61.    Google lacks knowledge or information sufficient to form a belief as to the truth

17  of the allegations contained in paragraph 61 of Plaintiffs' Complaint, and on that basis denies

18  them.

19      62.    Google lacks knowledge or information sufficient to form a belief as to the truth

20  of the allegations contained in paragraph 62 of Plaintiffs' Complaint, and on that basis denies

21  them.

22      63.    Google lacks knowledge or information sufficient to form a belief as to the truth

23  of the allegations contained in paragraph 63 of Plaintiffs' Complaint, and on that basis denies

24  them.

25      64.    Google lacks knowledge or information sufficient to form a belief as to the truth

26  of the allegations contained in paragraph 64 of Plaintiffs' Complaint, and on that basis denies

27  them.

28

-9-

GOOGLE INC.'S ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

65.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of Plaintiffs' Complaint, and on that basis denies them.

66.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of Plaintiffs' Complaint, and on that basis denies them.

67.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of Plaintiffs' Complaint, and on that basis denies them.

68.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of Plaintiffs' Complaint, and on that basis denies them.

69.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of Plaintiffs' Complaint, and on that basis denies them.

70.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of Plaintiffs' Complaint, and on that basis denies them.

71.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of Plaintiffs' Complaint, and on that basis denies them.

72.      Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of Plaintiffs' Complaint, and on that basis denies them.

73.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of Plaintiffs' Complaint, and on that basis denies them.

-10-

GOOGLE INC.'S ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

1      74.     Google lacks knowledge or information sufficient to form a belief as to the truth

2 of the allegations contained in paragraph 74 of Plaintiffs' Complaint, and on that basis denies

3 them.

4      75.     Google lacks knowledge or information sufficient to form a belief as to the truth

5 of the allegations contained in paragraph 75 of Plaintiffs' Complaint, and on that basis denies

6 them.

7      76.     Google lacks knowledge or information sufficient to form a belief as to the truth

8 of the allegations contained in paragraph 76 of Plaintiffs' Complaint, and on that basis denies

9 them.

10      77.     Google lacks knowledge or information sufficient to form a belief as to the truth

11 of the allegations contained in paragraph 77 of Plaintiffs' Complaint, and on that basis denies

12 them.

13      78.     Google lacks knowledge or information sufficient to form a belief as to the truth

14 of the allegations contained in paragraph 78 of Plaintiffs' Complaint, and on that basis denies

15 them.

16      79.     Google admits that Arthur D. Levinson sat on the boards of both Apple and

17 Google.  Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint,

18 and therefore denies the allegations related to cold-calling in this paragraph on that basis.

19 Because of the vagueness and ambiguity of Plaintiffs' allegations that Google and Apple

20 "expressly agreed" not to cold call each other's employees, Google lacks knowledge or

21 information sufficient to form a belief about the truth of these allegations and on that basis denies

22 them.  Google denies the remaining allegations in paragraph 79 as they pertain to Google.

23 Google lacks knowledge or information sufficient to form a belief as to the truth of the

24 allegations as they pertain to Apple, and on that basis denies them.

25      80.     Google denies the allegations in paragraph 80 of Plaintiffs' Complaint.

26      81.     Google denies the allegations in paragraph 81 of Plaintiffs' Complaint.

27      82.     Google denies the allegations contained in paragraph 82 of Plaintiffs' Complaint

28

1    as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

2    to the truth of the allegations as they pertain to Apple, and on that basis denies them.

3            83.     Google denies that it acted to "ensure compliance" with any alleged bilateral

4    agreement, and denies the allegations in paragraph 83 on that basis.  Google denies that it used

5    the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations

6    related to cold-calling in this paragraph on that basis.  Google does not dispute that venue is

7    proper in the County of Santa Clara.  Google lacks knowledge or information sufficient to form a

8    belief as to the truth of the allegations as they pertain to Apple, and on that basis denies them.

9            84.     Google admits that an Apple employee contacted Google regarding recruitment

10   efforts by Google and that Google investigated these complaints.  Because of the vagueness and

11   ambiguity of Plaintiffs' allegations relating to an "express" or "explicit" agreement between

12   Google and Apple, Google lacks knowledge or information sufficient to form a belief about the

13   truth of these allegations and on that basis denies them.  Google denies the remaining allegations

14   in paragraph 84 as they pertain to Google.  Google lacks knowledge or information sufficient to

15   form a belief as to the truth of the allegations as they pertain to Apple, and on that basis denies

16   them.

17           85.     Google denies the allegations contained in paragraph 85 of Plaintiffs' Complaint

18   as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

19   to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

20           86.     Google lacks knowledge or information sufficient to form a belief as to the truth

21   of the allegations contained in paragraph 86 of Plaintiffs' Complaint, and on that basis denies

22   them.

23           87.     Google lacks knowledge or information sufficient to form a belief as to the truth

24   of the allegations contained in paragraph 87 of Plaintiffs' Complaint, and on that basis denies

25   them.

26           88.     Google lacks knowledge or information sufficient to form a belief as to the truth

27   of the allegations contained in paragraph 88 of the Complaint, and on that basis denies them.

28
                                                    -12-

89.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of Plaintiffs' Complaint, and on that basis denies them.

90.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of Plaintiffs' Complaint, and on that basis denies them.

91.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of Plaintiffs' Complaint, and on that basis denies them.

92.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of Plaintiffs' Complaint, and on that basis denies them.

93.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of Plaintiffs' Complaint, and on that basis denies them.

94.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of Plaintiffs' Complaint, and on that basis denies them.

95.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of Plaintiffs' Complaint, and on that basis denies them.

96.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of Plaintiffs' Complaint, and on that basis denies them.

97.     Google admits the allegations contained in paragraph 97 of Plaintiffs' Complaint.

98.     Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations related to cold-calling in this paragraph on that

-13-

GOOGLE INC.'S ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

1   basis.  Because of the vagueness and ambiguity of Plaintiffs' allegations that Google and Intel

2   "expressly agreed," not to cold call each other's employees, Google lacks knowledge or

3   information sufficient to form a belief about the truth of these allegations and on that basis denies

4   them.  Google denies the remaining allegations in paragraph 98 of Plaintiffs' Complaint as they

5   pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the

6   truth of the allegations as they pertain to other defendants, and on that basis denies them.

7          99.    Google denies the allegations in paragraph 99 of Plaintiffs' Complaint.

8          100.   Google denies the allegations in paragraph 100 as they pertain to Google.

9   Google lacks knowledge or information sufficient to form a belief as to the truth of the

10  allegations as they pertain to Intel, and on that basis denies them.

11         101.   Google does not dispute that venue is proper in the County of Santa Clara.

12  Google denies that it acted to "ensure compliance" with any alleged bilateral agreement, and

13  denies the allegations in paragraph 101 on that basis.  Google denies that it used the definition of

14  cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations related to cold-

15  calling in this paragraph on that basis.  Google lacks knowledge or information sufficient to form

16  a belief as to the truth of the allegations as they pertain to Intel, and on that basis denies them.

17         102.   Because of the vagueness and ambiguity of Plaintiffs' allegations relating to an

18  "express" or "explicit" agreement between Google and Intel, Google lacks knowledge or

19  information sufficient to form a belief about the truth of these allegations and on that basis denies

20  them.  Google lacks knowledge or information sufficient to form a belief as to the truth of the

21  allegations as they pertain to Intel, and on that basis denies them.

22         103.   Google admits that as of June 2007, Eric Schmidt sat on Apple's board of

23  directors and Arthur Levinson sat on the boards of Apple and Google.  Google denies the

24  remaining allegations in paragraph 103 as they pertain to Google.  Google lacks knowledge or

25  information sufficient to form a belief as to the truth of the allegations as they pertain to other

26  defendants, and on that basis denies them.

27         104.   Google denies that it used the definition of cold calling alleged in Plaintiffs'

28                                          -14-

1    Complaint, and therefore denies the allegations related to cold-calling in this paragraph on that

2    basis.  Because of the vagueness and ambiguity of Plaintiffs' allegations relating to an "explicit

3    agreement" between Google and Intuit, Google lacks knowledge or information sufficient to

4    form a belief about the truth of these allegations and on that basis denies them.  Google denies

5    the remaining allegations contained in paragraph 104 of Plaintiffs' Complaint as they pertain to

6    Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the

7    allegations as they pertain to Intuit, and on that basis denies them.

8            105.    Google denies the allegations in paragraph 105 as they pertain to Google.  Google

9    lacks knowledge or information sufficient to form a belief as to the truth of the allegations as

10   they pertain to Intuit, and on that basis denies them.

11           106.    Google denies that it acted to "ensure compliance" with any alleged bilateral

12   agreement, and denies the allegations in paragraph 106 on that basis.  Google denies that it used

13   the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations

14   related to cold-calling in this paragraph on that basis.  Google lacks knowledge or information

15   sufficient to form a belief as to the truth of the allegations as they pertain to Intuit, and on that

16   basis denies them.

17           107.    Because of the vagueness and ambiguity of Plaintiffs' allegations relating to an

18   "express" or "explicit" agreement between Google and Intuit, Google lacks knowledge or

19   information sufficient to form a belief about the truth of these allegations and on that basis denies

20   them.  Google lacks knowledge or information sufficient to form a belief as to the truth of the

21   allegations as they pertain to Intuit, and on that basis denies them.

22           108.    Google denies the allegations contained in paragraph 108 of Plaintiffs' Complaint

23   as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

24   to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

25           109.    Google denies the allegations contained in paragraph 109 of Plaintiffs' Complaint

26   as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

27   to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

28

-15-

GOOGLE INC.'S ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

110.    Google denies the allegations contained in paragraph 110 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

111.    Google admits that the DOJ issued a CID to Google in 2009 in connection with an investigation, that Google produced documents to the DOJ in response to that CID.  Google denies the remaining allegations contained in paragraph 111 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

112.    Google admits that the DOJ filed a complaint against Defendants Adobe, Apple, Google, Intel, Intuit and Pixar, which contained the quoted allegations set forth in paragraph 112 of Plaintiffs' Complaint.  Google denies the remaining allegations contained in paragraph 112 of Plaintiffs' Complaint, including the allegations related to factual or legal findings made by the DOJ.

113.    Google admits that the DOJ filed a complaint against Defendants Adobe, Apple, Google, Intel, Intuit and Pixar, which contained the quoted allegations set forth in paragraph 113 of Plaintiffs' Complaint.  Google denies the remaining allegations contained in paragraph 113 of Plaintiffs' Complaint, including the allegations related to factual or legal findings made by the DOJ.

114.    Google admits that the DOJ filed a complaint on September 24, 2010 against Defendants Adobe, Apple, Google, Intel, Intuit and Pixar, alleging that each defendant participated in at least one agreement in violation of Section One of the Sherman Act and that, in connection with a settlement with the DOJ, the DOJ filed a stipulated proposed final judgment, which, for purposes of jurisdiction, contained the quoted language set forth in paragraph 114 of Plaintiffs' Complaint.  Google denies the remaining allegations contained in paragraph 114 of Plaintiffs' Complaint as they pertain to Google.   Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

1    115.    Google admits it entered into a settlement with the DOJ and that stipulated final

2    judgments were entered by the United States District Court.  The Final Judgment speaks for

3    itself.  Google lacks knowledge or information sufficient to form a belief as to the truth of the

4    allegations as they pertain to other defendants, and on that basis denies them.

5    116.    Google admits that on September 24, 2010, Amy Lambert, Associate General

6    Counsel, Employment, made the quoted statements alleged in paragraph 116 of the Complaint.

7    Google denies the remaining allegations contained in this paragraph as they pertain to Google.

8    Google lacks knowledge or information sufficient to form a belief as to the truth of the

9    allegations as they pertain to other defendants, and on that basis denies them.

10    117.    Google admits that the DOJ did not seek monetary penalties against defendants,

11    but denies the remaining the allegations in paragraph 117.

12    118.    Google denies the allegations contained in paragraph 118 of Plaintiffs' Complaint

13    as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

14    to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

15    **FIRST CLAIM FOR RELIEF**

16    (Violations of Section 1 of the Sherman Act, 15 U.S.C. § 1)

17    119.    Google incorporates by reference and re-alleges its responses to paragraphs 1

18    through 118 as if fully set forth herein.

19    120.    Google denies the allegations contained in paragraph 120 of Plaintiffs' Complaint

20    as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

21    to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

22    121.    Google denies the allegations contained in paragraph 121 of Plaintiffs' Complaint

23    as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

24    to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

25    122.    Google denies the allegations contained in paragraph 122 of Plaintiffs' Complaint

26    as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

27    to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

28

-17-

GOOGLE INC.'S ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

123.    Google denies the allegations contained in paragraph 123 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

124.    Google denies the allegations contained in paragraph 124 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

125.    Google denies the allegations contained in paragraph 125 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

126.    Google admits that Plaintiffs seek the relief alleged in the Complaint but denies that Plaintiffs are entitled to any relief.  Google denies the remaining allegations contained in paragraph 126 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

## SECOND CLAIM FOR RELIEF

(Violations of the Cartwright Act, Cal. Bus. & Prof. Code §§ 16720, et seq.)

127.    Google incorporates by reference and re-alleges its responses to paragraphs 1 through 126 as if fully set forth herein.

128.    Google denies the allegations contained in paragraph 128 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

129.    Google denies the allegations contained in paragraph 129 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

130.    Google denies the allegations contained in paragraph 130 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

-18-

AMECURRENT 702044038.2

131.    Google denies the allegations contained in paragraph 131 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

132.    Paragraph 132 purports to state a legal conclusion and no answer is required. Google otherwise denies that Plaintiffs have properly alleged a class under the Cartwright Act.

133.    Google denies the allegations contained in paragraph 133 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

134.    Google denies the allegations contained in paragraph 134 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

135.    Google admits that Plaintiffs seek the relief alleged in the Complaint but denies that Plaintiffs are entitled to any relief.  Google denies the remaining allegations contained in paragraph 135 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

## THIRD CLAIM FOR RELIEF

(Violations of Cal. Bus. & Prof. Code § 16600)

136.    This claim, encompassing paragraphs 136-143 of Plaintiffs' Complaint, has been dismissed, thus no response is necessary.  *See* Docket No. 111.

## FOURTH CLAIM FOR RELIEF

(Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200, et seq.)

144.    This claim, encompassing paragraphs 144-152 of Plaintiffs' Complaint, has been dismissed, thus no response is necessary.  *See* Docket No. 119.

## PRAYER FOR RELIEF

153.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no response.  Otherwise, Google denies the allegations contained in paragraph 153 of Plaintiffs'

-19-

AMECURRENT 702044038.2

1   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

2   judgment and relief requested in this Prayer for Relief.

3          154.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

4   response.  Otherwise, Google denies the allegations contained in paragraph 154 of Plaintiffs'

5   Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

6   a belief as to the truth of the allegations as they pertain to other defendants, and on that basis

7   denies them.

8          155.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

9   response.  Otherwise, Google denies the allegations contained in paragraph 155 of Plaintiffs'

10  Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

11  judgment and relief requested in this Prayer for Relief.

12         156.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

13  response.  Otherwise, Google denies the allegations contained in paragraph 156 of Plaintiffs'

14  Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

15  judgment and relief requested in this Prayer for Relief.

16         157.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

17  response.  Otherwise, Google denies the allegations contained in paragraph 157 of Plaintiffs'

18  Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

19  judgment and relief requested in this Prayer for Relief.

20         158.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

21  response.  Otherwise, Google denies the allegations contained in paragraph 158 of Plaintiffs'

22  Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

23  judgment and relief requested in this Prayer for Relief.

24         159.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

25  response.  Otherwise, Google denies the allegations contained in paragraph 159 of Plaintiffs'

26  Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

27  judgment and relief requested in this Prayer for Relief.

28

1    160.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

2    response.  Otherwise, Google denies the allegations contained in paragraph 160 of Plaintiffs'

3    Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

4    judgment and relief requested in this Prayer for Relief.

5    161.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

6    response.  Otherwise, Google denies the allegations contained in paragraph 161 of Plaintiffs'

7    Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

8    judgment and relief requested in this Prayer for Relief.

9    162.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

10   response.  Otherwise, Google denies the allegations contained in paragraph 162 of Plaintiffs'

11   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

12   judgment and relief requested in this Prayer for Relief.

13   163.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

14   response.  Otherwise, Google denies the allegations contained in paragraph 163 of Plaintiffs'

15   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

16   judgment and relief requested in this Prayer for Relief.

17   164.   This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

18   response.  Otherwise, Google denies the allegations contained in paragraph 164 of Plaintiffs'

19   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

20   judgment and relief requested in this Prayer for Relief.

21                                   **JURY DEMAND**

22       Google acknowledges that Plaintiffs have requested a trial by jury on all issues so triable.

23                               **AFFIRMATIVE DEFENSES**

24       In further answer to the Complaint, Google alleges the following additional defenses.  In

25   asserting these defenses, Google does not assume the burden of proof as to matters that, pursuant

26   to law, are Plaintiffs' burden to prove.

27

28

-21-

1
## FIRST AFFIRMATIVE DEFENSE

2
(Failure to State a Cause of Action)

3
1.      Plaintiffs' claims are barred, in whole or part, as the Complaint fails to state facts

4
sufficient to constitute a cause of action.

5
## SECOND AFFIRMATIVE DEFENSE

6
(Statutes of Limitation)

7
2.      Plaintiffs' claims are barred, in whole or part, by the applicable statutes of

8
limitation.

9
## THIRD AFFIRMATIVE DEFENSE

10
(Estoppel)

11
3.      Plaintiffs' claims are barred, in whole or part, by the doctrine of estoppel.

12
## FOURTH AFFIRMATIVE DEFENSE

13
(Waiver)

14
4.      Plaintiffs' claims are barred, in whole or part, by the doctrine of waiver.

15
## FIFTH AFFIRMATIVE DEFENSE

16
(Unclean Hands)

17
5.      Plaintiffs' claims are barred, in whole or part, by the doctrine of unclean hands.

18
## SIXTH AFFIRMATIVE DEFENSE

19
(Laches)

20
6.      Plaintiffs' claims are barred, in whole or part, by the doctrine of laches.

21
## SEVENTH AFFIRMATIVE DEFENSE

22
(Failure to Exhaust Contractual Remedies)

23
7.      Plaintiffs' claims are barred, in whole or part, to the extent that any plaintiff failed

24
to exhaust all applicable contractual remedies, including any agreement to arbitrate any disputes.

25
/ / /

26
/ / /

27
/ / /

28
-22-

GOOGLE INC.'S ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

AMECURRENT 702044038.2

**EIGHTH AFFIRMATIVE DEFENSE**

(Standing)

8.      Plaintiffs do not have standing to pursue some or all of the claims they purport to assert on behalf of others or a class.

**NINTH AFFIRMATIVE DEFENSE**

(Justification Or Privilege)

9.      Google's alleged actions, if done at all, were justified and/or privileged since, at all relevant times herein, defendant acted in accordance with defendant's corporate and administrative policies and with all applicable laws.

**TENTH AFFIRMATIVE DEFENSE**

(Settlement and Release)

10.     Plaintiffs' claims are barred, in whole or part, to the extent that any plaintiff executed a settlement and release of such claims.

**ELEVENTH AFFIRMATIVE DEFENSE**

(Failure to Mitigate Damages)

11.     Upon information and belief, Google alleges that Plaintiffs and the putative class failed to mitigate their alleged damages at or within a reasonable time after the occurrence of the violations alleged in the Complaint, and to the extent of such failure to mitigate, any damages awarded should be reduced accordingly.

**TWELFTH AFFIRMATIVE DEFENSE**

(Intervening Acts and/or Omissions)

12.     Plaintiffs' claims are barred, in whole or part, because injuries alleged were caused in whole or in part by the conduct of third parties for whom Google was not responsible, through forces in the marketplace over which Google had no control, or through acts or omissions on the part of Plaintiffs.   In the alternative, any damages which Plaintiffs or the putative class may be entitled to recover against Google must be reduced to

/ / /

-23-

AMECURRENT 702044038.2

1    the extent that such damages are attributable to persons or entities other than Google (including,

2    without limitation, Plaintiffs and the putative class).

3                              **THIRTEENTH AFFIRMATIVE DEFENSE**

4                                   (Comparative Fault or Offset)

5            13.    Upon information and belief, Google alleges that all or part of the damages

6    alleged in the Complaint were caused by the acts and/or omissions of other persons or entities

7    (including, without limitation, acts and/or omissions of Plaintiffs and the putative class), and for

8    whose conduct Google is not legally responsible. Therefore, if Plaintiffs or the putative class are

9    found to be entitled to recover any damages, Google's share thereof must be apportioned or

10   reduced to the extent that such damages are attributable to persons or entities (including, without

11   limitation, Plaintiffs and the putative class) other than Google.

12                             **FOURTEENTH AFFIRMATIVE DEFENSE**

13                                  (Legitimate Business Interests)

14           14.    Plaintiffs' claims are barred, in whole or part, because any and all of Google's

15   actions or omissions challenged by Plaintiffs were justified and were carried out in furtherance of

16   Google's legitimate business interests.

17                              **FIFTEENTH AFFIRMATIVE DEFENSE**

18                                     (Speculative Damages)

19           15.    Plaintiffs' claims are barred, in whole or in part, because the alleged damages

20   sought are too speculative and uncertain.

21                                   **ADDITIONAL RESPONSE**

22           16.    Google currently has insufficient information upon which to form a belief as to

23   whether it may have additional, as yet unstated, defenses, based upon the allegations in

24   Plaintiffs' Complaint.  Google reserves the right to assert additional defenses in the event

25   discovery indicates additional defenses are appropriate.

26           17.    Google denies that Plaintiffs have been injured in any way by its conduct or that

27   they are entitled to any of the relief prayed for or alleged elsewhere in the Complaint.

28                                            -24-

AMECURRENT 702044038.2

1      WHEREFORE, Google prays:

2      1.    That Plaintiffs' Complaint be dismissed with prejudice;

3      2.    That Plaintiffs take nothing by reason thereof;

4      3.    That judgment be entered in favor of Google;

5      4.    That Google be awarded its costs (including any attorneys' fees and expert fees to

6 the extent permitted by applicable law) incurred in its defense of this action; and

7      5.    For such other and further relief as the Court deems just and proper.

8

9 Dated: May 21, 2012          MAYER BROWN LLP

10

11          By: /s/ Lee H. Rubin

              Lee H. Rubin

12          Attorneys for Defendant

            GOOGLE INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-25-

AMECURRENT 702044038.2