Richard M. Heimann (State Bar No. 63607)
Joseph R. Saveri (State Bar No. 130064)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

[Additional counsel listed on signature page]

*Interim Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| | **STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT CONFERENCE** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

1   ALL PARTIES HEREBY STIPULATE AND AGREE:

2         Due to a conflict in the current schedule for Plaintiffs' counsel, by agreement of all

3   counsel, the parties respectfully request that the Case Management Conference set by the Court

4   for May 31, 2012 be postponed to June 4, 2012, at a time convenient for the Court. The Court has

5   offered June 1 and June 13 as possible alternate dates, but not all counsel are available on those

6   dates.

7   IT IS HEREBY STIPULATED:

8   Dated:  May 23, 2012          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

9

10                               By:    /s/ *Joseph R. Saveri*
                                        Joseph R. Saveri

11                               Interim Lead Counsel for Plaintiff Class

12

13   Dated:  May 23, 2012          O'MELVENY & MYERS LLP

14                               By:    /s/ *Michael F. Tubach*
                                        Michael F. Tubach

15                               Attorneys for Defendant Apple Inc.

16

17   Dated:  May 23, 2012          KEKER & VAN NEST LLP

18                               By:    /s/ *Daniel Purcell*
                                        Daniel Purcell

19                               Attorneys for Defendant Lucasfilm Ltd.

20

21   Dated:  May 23, 2012          JONES DAY

22                               By:    /s/ *David C. Kiernan*
                                        David C. Kiernan

23                               Attorneys for Defendant Adobe Systems Inc.

24

25   Dated:  May 23, 2012          MAYER BROWN LLP

26                               By:    /s/ *Lee H. Rubin*
                                        Lee H. Rubin

27                               Attorneys for Defendant Google Inc.

28

1   Dated:  May 23, 2012              BINGHAM McCUTCHEN LLP

2                               By:   /s/ *Frank Hinman*

3                                     Frank Hinman

                             Attorneys for Defendant Intel Corp.

4

5   Dated:  May 23, 2012              JONES DAY

6                               By:   /s/ *Robert A. Mittelstaedt*

7                                   Robert A. Mittelstaedt

                             Attorneys for Defendant Intuit Inc.

8

9

   Dated:  May 23, 2012              COVINGTON & BURLING LLP

10

11                            By:   /s/ *Emily Johnson Henn*

                                   Emily Johnson Henn

12                           Attorneys for Defendant Pixar

13

14                      **Filer's Attestation**

15   Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in

16   the filing of the document has been obtained from all the signatories.

17

18   Dated:  May 23, 2012                   /s/ *Dean M. Harvey*

19                                    Dean M. Harvey

20

21

22

23

24

25

26

27

28

1        PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3  Dated: _____. 2012

                                     By:   _____

4                                              Honorable Lucy H. Koh
                                            United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28