1  Richard M. Heimann (State Bar No. 63607)
   Joseph R. Saveri (State Bar No. 130064)
2  Kelly M. Dermody (State Bar No. 171716)
   Eric B. Fastiff (State Bar No. 182260)
3  Brendan Glackin (State Bar No. 199643)
   Dean Harvey (State Bar No. 250298)
4  Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
    [Additional counsel listed on signature page]
8
   *Interim Lead Counsel for Plaintiff Class*
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

13

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER EXTENDING CASE MANAGEMENT CONFERENCE** **AS MODIFIED** |

1  ALL PARTIES HEREBY STIPULATE AND AGREE:

2  Due to a conflict in the current schedule for Plaintiffs' counsel, by agreement of all
3  counsel, the parties respectfully request that the Case Management Conference set by the Court
4  for May 31, 2012 be postponed to June 4, 2012, at a time convenient for the Court. The Court has
5  offered June 1 and June 13 as possible alternate dates, but not all counsel are available on those
6  dates.

7  IT IS HEREBY STIPULATED:

8  Dated:  May 23, 2012                LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

9
                                       By:    /s/ Joseph R. Saveri
10                                                 Joseph R. Saveri

11                                     Interim Lead Counsel for Plaintiff Class

12
   Dated:  May 23, 2012                O'MELVENY & MYERS LLP
13
                                       By:    /s/ Michael F. Tubach
14                                                 Michael F. Tubach

15                                     Attorneys for Defendant Apple Inc.

16
   Dated:  May 23, 2012                KEKER & VAN NEST LLP
17
                                       By:    /s/ Daniel Purcell
18                                                 Daniel Purcell

19                                     Attorneys for Defendant Lucasfilm Ltd.

20
   Dated:  May 23, 2012                JONES DAY
21
                                       By:    /s/ David C. Kiernan
22                                                 David C. Kiernan

23                                     Attorneys for Defendant Adobe Systems Inc.

24
   Dated:  May 23, 2012                MAYER BROWN LLP
25
                                       By:    /s/ Lee H. Rubin
26                                                 Lee H. Rubin

27                                     Attorneys for Defendant Google Inc.

28

- 1 -                          STIPULATION AND [PROPOSED] ORDER
                               Master Docket No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: May 23, 2012 | BINGHAM McCUTCHEN LLP |
| 2 | | By:   /s/ *Frank Hinman* |
| | | Frank Hinman |
| 3 | | |
| | | Attorneys for Defendant Intel Corp. |
| 4 | | |
| 5 | Dated: May 23, 2012 | JONES DAY |
| 6 | | By:   /s/ *Robert A. Mittelstaedt* |
| | | Robert A. Mittelstaedt |
| 7 | | |
| | | Attorneys for Defendant Intuit Inc. |
| 8 | | |
| 9 | | |
| 10 | Dated: May 23, 2012 | COVINGTON & BURLING LLP |
| 11 | | By:   /s/ *Emily Johnson Henn* |
| | | Emily Johnson Henn |
| 12 | | Attorneys for Defendant Pixar |

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: May 23, 2012                    /s/ *Dean M. Harvey*
                                                    Dean M. Harvey

1  The stipulation is DENIED.  The case management conference is continued to July 25, 2012, at 2:00 p.m.

Dated: _____ May 24, 2012

By: _____
Honorable Lucy H. Koh
United States District Judge



IT IS SO ORDERED
AS MODIFIED
Lucy H. Koh
Judge Lucy H. Koh