1  Richard M. Heimann (State Bar No. 63607)
   Joseph R. Saveri (State Bar No. 130064)
2  Kelly M. Dermody (State Bar No. 171716)
   Eric B. Fastiff (State Bar No. 182260)
3  Brendan Glackin (State Bar No. 199643)
   Dean Harvey (State Bar No. 250298)
4  Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   [Additional counsel listed on signature page]
8
   *Interim Lead Counsel for Plaintiff Class*
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED]<br>ORDER EXTENDING CASE<br>MANAGEMENT CONFERENCE**<br>**AS MODIFIED** |

ALL PARTIES HEREBY STIPULATE AND AGREE:

Due to a conflict in the current schedule for Plaintiffs' counsel, by agreement of all counsel, the parties respectfully request that the Case Management Conference set by the Court for May 31, 2012 be postponed to June 4, 2012, at a time convenient for the Court. The Court has offered June 1 and June 13 as possible alternate dates, but not all counsel are available on those dates.

IT IS HEREBY STIPULATED:

Dated:  May 23, 2012        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   /s/ *Joseph R. Saveri*
         Joseph R. Saveri

Interim Lead Counsel for Plaintiff Class

Dated:  May 23, 2012        O'MELVENY & MYERS LLP

By:   /s/ *Michael F. Tubach*
         Michael F. Tubach

Attorneys for Defendant Apple Inc.

Dated:  May 23, 2012        KEKER & VAN NEST LLP

By:   /s/ *Daniel Purcell*
         Daniel Purcell

Attorneys for Defendant Lucasfilm Ltd.

Dated:  May 23, 2012        JONES DAY

By:   /s/ *David C. Kiernan*
         David C. Kiernan

Attorneys for Defendant Adobe Systems Inc.

Dated:  May 23, 2012        MAYER BROWN LLP

By:   /s/ *Lee H. Rubin*
         Lee H. Rubin

Attorneys for Defendant Google Inc.

Dated:  May 23, 2012                BINGHAM McCUTCHEN LLP

By:  /s/ *Frank Hinman*
        Frank Hinman

Attorneys for Defendant Intel Corp.

Dated:  May 23, 2012                JONES DAY

By:  /s/ *Robert A. Mittelstaedt*
        Robert A. Mittelstaedt

Attorneys for Defendant Intuit Inc.

Dated:  May 23, 2012                COVINGTON & BURLING LLP

By:  /s/ *Emily Johnson Henn*
        Emily Johnson Henn

Attorneys for Defendant Pixar

### Filer's Attestation

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated:  May 23, 2012                /s/ *Dean M. Harvey*
                                                            Dean M. Harvey

1   The stipulation is DENIED.  The case management conference is continued to July 25, 2012, at 2:00 p.m.

2   Dated:  _____May 24,_____  2012            By:  _Lucy H. Koh_____
3                                                                    Honorable Lucy H. Koh
4                                                                    United States District Judge

