Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Interim Lead Counsel for Plaintiffs and the Proposed
Class*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **NOTICE OF ASSOCIATION** |
| ALL ACTIONS | |

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE BE ADVISED that the following counsel is hereby associated as attorneys of record for Plaintiffs Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, and Daniel Stover:

Joseph R. Saveri
Saveri Law Firm
255 California, Suite 450
San Francisco, California 94111
(tel) 415 500 6800
(fax) 415 500 6803
jsaveri@saverilawfirm.com.

1    Dated:  May 25, 2012                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

2                                            By:    /s/ Kelly M. Dermody
3                                                   Kelly M. Dermody

4                                            Richard M. Heimann (State Bar No. 63607)
                                             Kelly M. Dermody (State Bar No. 171716)
5                                            Eric B. Fastiff (State Bar No. 182260)
                                             Brendan P. Glackin (State Bar No. 199643)
6                                            Dean M. Harvey (State Bar No. 250298)
                                             Anne B. Shaver (State Bar No. 255928)
7                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             275 Battery Street, 29th Floor
8                                            San Francisco, CA  94111-3339
                                             Telephone:  (415) 956-1000
9                                            Facsimile:  (415) 956-1008

10                                           *Interim Lead Counsel for Plaintiffs and the Proposed
                                             Class*

11                                           Eric L. Cramer
12                                           Shanon J. Carson
                                             Sarah R. Schalman-Bergen
13                                           BERGER & MONTAGUE, P.C.
                                             1622 Locust Street
14                                           Philadelphia, PA 19103
                                             Telephone:  (800) 424-6690
15                                           Facsimile:  (215) 875-4604

16                                           Linda P. Nussbaum
                                             GRANT & EISENHOFER P.A.
17                                           485 Lexington Avenue, 29th Floor
                                             New York, NY  10017
18                                           Telephone:  (646) 722-8500
                                             Facsimile:  (646) 722-8501

19                                           *Counsel for Plaintiffs and the Proposed Class*

20

21

22

23

24

25

26

27

28

1040118.1                           - 2 -                    NOTICE OF ASSOCIATION
                                                             MASTER DOCKET NO. 11-CV-2509-LHK