# EXHIBIT H

1622 LOCUST STREET    |    PHILADELPHIA, PA 19103-6305    |    PHONE: 215/875-3000    |    FAX: 215/875-4604    |    WWW.BERGERMONTAGUE.COM

# Berger & Montague, P.C.
ATTORNEYS AT LAW

Daniel J. Walker    ALSO ADMITTED IN NY & WA
WRITER'S DIRECT DIAL | 215/875-3066
WRITER'S DIRECT FAX | 215/875-4604
WRITER'S DIRECT E-MAIL | dwalker@bm.net

May 7, 2012

**VIA ELECTRONIC MAIL**

Daniel Purcell, Esq.
Keker & Van Nest
633 Battery Street
San Francisco, CA  94111-1809

      Re:   *In re: High-Tech Employee Antitrust Litigation*,
                **Master Dkt. No. 11-cv-2509 (N.D. Cal.)**

Dear Mr. Purcell:

      I write on behalf of Plaintiffs in the above-captioned matter in response to Lucasfilm Ltd.'s ("Lucasfilm") production of data, at the following bates ranges:

      LUCAS00015738-LUCAS00015745;
      LUCAS00014721-LUCAS00014792; and
      LUCAS00014793-LUCAS00014858.

      First, please let us know by tomorrow, May 8, 2012, whether Lucasfilm has finished producing data responsive to Plaintiffs' requests, and if not, by what date Lucasfilm's data production will be complete. Please note that Exhibit 1 to this letter lists categories of data that have not been produced, that were included in Plaintiffs' requests for production, and that Plaintiffs need for purposes of class certification analysis. Of particular note is that Lucasfilm has not produced employee-level data for 2001 to 2005, which was requested by Plaintiffs and which Lucasfilm agreed to produce. Given the fast-approaching class certification deadlines, it is imperative that Lucasfilm produce all relevant data immediately.

      Second, Exhibit 1 contains a list of questions concerning Lucasfilm's data. Given the nature and scope of Plaintiffs' questions, Plaintiffs believe that the most productive way to address these questions would be through a teleconference involving Plaintiffs' counsel, a staff member of Plaintiffs' consulting expert, and a representative of Lucasfilm who is knowledgeable

Daniel Purcell, Esq.<br>
May 7, 2012<br>
Page 2

about the data produced by Lucasfilm.  Please propose a time during this week when Lucasfilm will make available a person knowledgeable about the data produced in this litigation for such a teleconference.

Thank you, and please feel free to contact me with any questions.

Sincerely,

Daniel J. Walker

cc:  Dean Harvey

Enclosure

**Exhibit 1 to May 7, 2012 Walker Letter**

I. **Questions & Issues Relating To: LUCAS00015738-LUCAS00015744**

   A. The data runs from 2006 to the present.  <u>Please also provide employee data for the period 2001 to 2005 with requested fields listed in data request letter dated February 2, 2012.</u>

   B. Please explain what the following fields represent:

      1. Company

      2. Rate1

      3. TM1 Performance Rating

      4. EV5 Performance Rating

      5. ProID

      6. Effective Date

      7. Action

      8. Employee Indicator

      9. The field "FLSA" is equal to "E" for all observations in the data.  What is the field used for and what does "E" stand for?

      10. Does the field "Work Location" tell us the exact geographical location of the job?  If no, what field in the data is used to identify the exact geographical location of the job?

      11. Define each of the following values found in the field "Work Location":

         a) BRR

         b) KER

         c) LA

         d) LAL

         e) LCL

         f) LDA

         g) LDAC

         h) LEC

1

**Exhibit 1 to May 7, 2012 Walker Letter**

      i) OFF

      j) PA

      k) PRS

      l) RCH

12. Define each of the following values found in the field "Company":

      a) LAL

      b) LCL

      c) LDA

      d) LDL

      e) LDM

      f) LEC

      g) LFL

      h) LIC

      i) LVI

      j) PHI

13. Define each of the following values found in the field "Benefit Grp":

      a) NUB

      b) NBE

14. Define each of the following values found in the field "Action":

      a) DBLoad

      b) Data Chg

      c) Job Reclas

      d) Mgr Change

      e) Pay Rt Chg

      f) Return-LOA

15. Define each of the following values found in the field "Job Country Group":

    a) 01

    b) 07

16. In 8 observations, the value for the field "Jobcode" is equal to "12345", which corresponds to "Default Jobcode" in the field "Job Title".

    a) When the field "Jobcode" is equal to "12345", was the employee hired for a position that was previously unavailable? If no, what does this value stand for?

    b) How can we deduce the job type or job title for employees whose "Jobcode" is equal to "12345"?

17. Over 90% of the observations for the field "Highest Degree Earned" are missing.

    a) When the field "Highest Degree Earned" is missing, is it the case that the employee does not possess a degree or certification? If no, what do the missing values stand for?

18. Many observations for the field "TM1 Performance Rating" are missing.

    a) When the field "TM1 Performance Rating" is missing, is it the case that the review of the employee's performance did not occur? If no, what do the missing values stand for?

19. Many observations for the field "EV5 Performance Rating" are missing.

    a) When the field "EV5 Performance Rating" is missing, is it the case that the review of the employee's did not occur? If no, what do the missing values stand for?

20. Many observations for the field "Manager ("Reports to") ID as of 4-4-12" are missing.

    a) When the field "Manager ("Reports to") ID as of 4-4-12" is missing, is it the case that the employee does not report directly to a manager as of April 4, 2012? If no, what do the missing values stand for?

21. Is the field "EE ID" the best field used to identify unique employees? If not, which field should we refer to in order to identify unique employees at Lucasfilm?

  C. Please provide the following additional data fields pursuant to Plaintiffs' First Set of Requests for Production of Documents:

    1. Compensation at previous employer

    2. Education institution

    3. Channel of hiring (*e.g.*, cold call by recruiter, applied on website, on-campus recruiting, etc.)

    4. Bonus

    5. Benefits

    6. Stock option grants

**II.** **Questions & Issues Relating To: LUCAS00015745**

  A. The data runs from 2007 to the present.  <u>Please provide employee exit data for the period 2001 to 2006 with requested field listed in the data request letter, dated February 2, 2012.</u>

  B. Please explain what the following field represents:

    1. Term Date

  C. Please provide the following additional fields:

    1. Salary, bonus, benefits, and stock options at new employer

    2. The following fields pertaining to outside offer activity:

     a) Date on which employee reports being approached

     b) Manner approached (telephone call, email, etc.)

     c) Date employee brings an offer to the company and asks for a response

     d) Name of competing firm(s)

     e) Competitor compensation offered

     f) Outcome (e.g. raise(amount), no adjustment, left for another job, stayed, etc.

**III.** **Questions & Issues Relating To:  LUCAS00014721-LUCAS00014792**

  A. Please explain what the following fields represent:

4

    1. EFFDT

    2. SAL_Adm Plan

    3. Grd

    4. FLSA

    5. Comp Freq

  B. The field "Job Family" is missing for all observations. Why is that so?

  C. Define each of the following values found in the field "Benefit Grp":

    1. A

    2. I

  D. Define each of the following values found in the field "FLSA":

    1. E

    2. N

  E. Define each of the following values found in the field "FLSA":

    1. A

    2. H

    3. W

**IV.** **Yet To Be Produced—please provide the following hiring and recruiting data:**

  A. Number of resumes/applications received each month, broken down by:

    1. Employer at time of application

    2. Position(s) applied for

    3. Education (e.g. engineering undergraduate, engineering graduate degree, MBA, etc.)

    4. Originated through (e.g. cold call by recruiter, applied on website, on-campus recruiting, etc.)

    5. outcome (e.g. hired, rejected)

  B. Number of cold calls made by recruiters each month, broken down by:

**Exhibit 1 to May 7, 2012 Walker Letter**

1. Cold callee's employer at time of contact

2. Relevant positions(s) recruited for

3. Cold callee's education (e.g. engineering undergraduate, engineering graduate degree, MBA, etc.)

4. Outcome (e.g. not interested, requested additional information, submitted resume, hired, rejected, etc.)