# EXHIBIT M

# JONES DAY

SILICON VALLEY OFFICE • 1755 EMBARCADERO ROAD • PALO ALTO, CALIFORNIA 94303

TELEPHONE: +1.650.739.3939 • FACSIMILE: +1.650.739.3900

Direct Number: (650) 687-4132
czeng@jonesday.com

May 10, 2012

VIA ELECTRONIC MAIL

Daniel J. Walker
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3066

Re:   In re High Tech Employee Antitrust Litigation, Case No. 11-CV-2509-LHK

Dear Dan:

This follows up on our call today and your May 7, 2012 letter regarding Intuit and Adobe data.

As discussed, in light of the nature of the current questions, we think the efficient way to handle them is for Intuit and Adobe to provide written responses rather than having a phone call or a 30(b)(6) deposition. We aim to get you answers by May 17, but will answer them earlier to the extent we can. As discussed, if there are additional questions, we may change this approach depending on the number and nature of the questions.

Intuit

Intuit aims to produce its "Employee Data" today or tomorrow. With respect to hiring and recruiting data, Intuit will produce data from Talent Track, which covers approximately 2001 – 2006, either today or tomorrow. The 2006 – present hiring and recruiting data is located in Scout, a database maintained by Virtual Edge. We have produced Scout data that we have access to (RTD2 – Offers; RTD2 – Hires). In addition, we have asked Virtual Edge for additional fields. Unfortunately, the data we received from Virtual Edge is a backup file that appears to be a copy from a backup tape. Without the software used to create the file, we're unable to access or do anything with the data. I have reached out to Virtual Edge for a solution. I'll let you know estimated time of production as soon as I hear back.

Once we produce the data described above, Intuit's data production should be complete with the exception of any additional fields that you determine are missing (e.g., a field is empty) or errors that need to be fixed (e.g., partial pull) which happens with large data pulls.

ALKHOBAR • ATLANTA • BEIJING • BOSTON • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • DUBAI
FRANKFURT • HONG KONG • HOUSTON • IRVINE • JEDDAH • LONDON • LOS ANGELES • MADRID • MEXICO CITY
MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS • PITTSBURGH • RIYADH • SAN DIEGO
SAN FRANCISCO • SÃO PAULO • SHANGHAI • SILICON VALLEY • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON

JONES DAY

May 10, 2012
Page 2

Adobe

Adobe has produced all of its compensation data with the exception of certain fields that appear to have not been pulled. For example, Adobe believed that its previous production of compensation data included bonus and stock grant information, but your letter states that the fields are missing. We're looking into what happened and working on supplementing the data with available data for bonus, benefits, stock option grants, termination date, and reason for leaving, which are identified in section I.O. of Exhibit 1 to your letter.

With respect to your question in I.N., Abobe produced data for the field "Previous Employer" if it was included in the database. The field is blank either because the information was not entered or the employee did not have a previous employer. In response to I.N.b., a missing value in the field does not necessarily mean that the employee did not have a previous employer. Adobe is investigating whether an employee's previous employer is maintained in a different database from which it can supplement the produced data set.

Adobe does not maintain data for the fields in I.O.1 and 9–10. For I.O.2, Adobe has produced employee education level and institution data to the extent it is maintained by Adobe. Adobe is investigating whether this data is maintained in a different database from which it can supplement the produced data set.

For the hiring and recruiting data, Adobe produced data from the Hire.com database, which covers approximately 2001 to 2008; the Taleo database, which covers approximately 2008 to present; and the File Finder database, which covers approximately 2006 to present. As discussed, File Finder is not an Adobe database; it is maintained by a third-party, Dillistone. We are investigating whether there are additional fields from Dillistone that may be responsive.

Very truly yours,

Catherine T. Zeng

SFI-732627