# EXHIBIT O

**Lieff Cabraser Heimann & Bernstein**

Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

March 22, 2012

**VIA EMAIL AND FIRST CLASS MAIL**

Robert A. Mittelstaedt
**JONES DAY**
555 California Street, 26th Floor
San Francisco, CA 94104

Lee H. Rubin
**MAYER BROWN LLP**
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112

Emily J. Henn
**COVINGTON & BURLING LLP**
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065

Michael F. Tubach
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Daniel Purcell
**KEKER & VAN NEST**
633 Battery Street
San Francisco, CA 94111-1809

Frank M. Hinman
**BINGHAM MCCUTCHEN LLP**
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111

RE:     *In re High-Tech Employee Antitrust Litigation*,
         11-cv-2509-LHK (N.D. Cal.)

Dear Counsel:

This letter follows-up on our in-person meeting on March 16, 2012.  We agreed to resolve all outstanding discovery issues this week.  If any issues remain unresolved after Monday, March 26, we would like to identify those as soon as possible so we may bring them to the attention of Judge Koh and Magistrate Judge Lloyd.

At the March 16 meeting, we reiterated that we would like to begin the production of documents without further delay.  It is not necessary to reach agreement on every outstanding discovery issue for Defendants to begin producing, on a rolling basis, responsive documents, data, and privilege logs.  Dispute over certain issues should not prevent or delay production of documents over which there is no dispute.  We ask that you provide us with a schedule for the production.

## I.     Production Format of ESI

Please see as attached clean and redline revised draft stipulation regarding production format of ESI (Exhibit A).  We understand that the last remaining issue concerns

Defense Counsel
March 22, 2012
Page 2

production of certain native format documents created with software other than Microsoft Office.[1]  We have addressed this issue in sections 6(a)-(b).

      If Plaintiffs' proposed language is unacceptable to any Defendant, please contact Dean Harvey to discuss by March 23.  For those Defendants for whom this draft is acceptable, we request that counsel for those Defendants return a signed copy of the draft no later than March 26.

## II.     <u>Production of Data</u>

      We discussed Defendants' last revised proposal regarding production of data.

      Defendants confirmed they will produce a unique identifier for each employee that will be the same across Defendants, and confirmed that data will include information regarding employee benefits.  We reiterated our data requests for birth date, gender, and manager.  We agreed to accept the year of birth in lieu of the exact birth date to protect individuals' privacy.  We confirmed that production of data does not prejudice Plaintiffs from seeking additional data as discovery unfolds and the facts develop.

      By March 26, please tell us when Defendants will produce responsive data, data dictionaries, and guides to the data.  We are eager to receive this data as soon as possible so that we may analyze it in time for Plaintiffs' motion for class certification, which is due by June 28, 2012.  (Oct. 26, 2011 Minute Order and Case Management Order; Dkt. No. 88.)  In our March 14 letter to Defendants, we asked Defendants to provide us with an estimate by March 15.  No Defendant did so.  We have yet to receive an estimate from any Defendant.

## III.     <u>Production of Documents</u>

      We discussed Plaintiffs' last revised proposal regarding production of documents, and several other issues pertaining to document production.

### A.     <u>Targeted Searching and Search Terms</u>

#### 1.     <u>Track One: Targeted Searching</u>

      Defendants confirmed that their search and production of documents is occurring on two tracks.  First, Defendants are conducting a targeted search that relies upon custodian interviews, among other efforts, to identify responsive documents.  For instance, this search will likely lead to production of the "high-level" analyses, studies, and summaries responsive to Plaintiffs' document request numbers 14-20, 25-28, 30, 32, 33, 35, 37-40, 42, and 44, among other categories of documents.  We do not anticipate that documents gathered through this methodology will require agreement on ESI search terms or other ESI issues.

---

[1] Another issue concerns production and identification of sent versus draft emails in Google's custody or control.  Plaintiffs are addressing this issue with Google's counsel separately.

Defense Counsel
March 22, 2012
Page 3

We did not discuss the time period for documents collected as part of this first
track.  Please confirm that responsive documents pursuant to this search will be produced
irrespective of when the documents were created.

Among the other documents we discussed that will be subject to this search, we
request that Defendants prioritize production of the following categories of documents:

- Personnel policies regarding determining positions to be filled (see Req.
  No. 14);

- Personnel policies regarding how those open positions are filled (see Req.
  No. 14);

- Names and titles / positions of individuals who had final authority over
  hiring (see Req. Nos. 9 and 45);

- Analyses, studies, summaries, or surveys of methods used to alert
  potential employees of open positions (see Req. No. 14);

- Contracts with outside search firms, invoices submitted by these firms,
  and all payments made to these firms (see Req. Nos. 41-44);

- Identification of all employees engaged in recruiting outside personnel,
  and employment histories of these employees (see Req. No. 45); and

- Instructions provided to both internal and external recruiters regarding
  the availability of open positions, and methods of recruiting regarding
  open positions (see Req. Nos. 41-44).

By March 26, please provide us with a date by which rolling production of
documents from the first track will begin.

**2.      Track Two: ESI Searching via Custodian-Wide Collections and
Application of Search Terms**

The second track of document searching and production focuses on the
identification of custodians whose ESI Defendants will collect (or have already collected) on a
custodian-wide by custodian-wide basis.  Defendants will then apply search terms to these
documents to create a subset of documents to be reviewed and produced.

Defendants have asked Plaintiffs to identify custodians and propose search terms
for this second track.  Plaintiffs identified custodians in our March 14 letter, and asked
Defendants to supplement these custodians with what they have learned from their witness
interviews and other efforts to conduct a complete search.  Please do so.  Plaintiffs' proposed
custodians are constrained by the limited information currently available to Plaintiffs.  For

Defense Counsel
March 22, 2012
Page 4

instance, while certain Defendants identified individual recruiters in response to Plaintiffs' first set of interrogatories (namely, Adobe, Apple, Intel, Lucasfilm, and Pixar), others did not (namely, Google and Intuit).  Plaintiffs expect that Defendants will supplement Plaintiffs' proposed custodians so that a complete search may be conducted.

Plaintiffs' proposed search terms are attached as Exhibit B.  These terms are divided as follows: a first set of terms that Plaintiffs propose be applied to all custodians, and a separate set of terms for each Defendant to search in addition to the first set.  These terms include Boolean search strings.  As with the custodians Plaintiffs identified on March 14, please supplement these search terms with other terms and methods (such as natural language searches), as appropriate, to conduct a complete search for documents responsive to Plaintiffs' document requests.[2]  We would be happy to discuss those methodologies with you.

By March 26, please provide us with a date by which rolling production of documents from the second track will begin.

We expect, and Defendants understand, that we will likely seek additional documents, and documents from additional custodians, as discovery unfolds and the facts develop.

**B.**    **Preservation and Time Periods for ESI Searching**

We also discussed Defendants' request that Plaintiffs agree to an end date for preservation of ESI, excluding data, which Defendants confirmed they will continue to preserve.  This issue is related to a variety of concerns Defendants raised regarding the scope of ESI Defendants intend to search as part of the "track two" process described above.

Plaintiffs propose the following:  (1) Defendants may revert to their standard preservation procedures for non-data ESI for documents created after January 1, 2012; (2) Defendants will continue to preserve responsive data without regard to date; (3) Defendants will apply Plaintiffs' proposed search terms to ESI already collected, regardless of when a particular item of ESI was created; and (4) to the extent not already collected, Defendants will collect ESI from at least the custodians identified in Plaintiffs' March 14 letter, and this collection will include documents created after January 1, 2003 through documents created before January 1, 2012.

If any Defendant collects ESI in a manner more limited than part (4) of the preceding paragraph, please confirm to Plaintiffs by March 28, 2012 that this is occurring, identify the custodians and time periods excluded from (4), and provide the justification. Plaintiffs offer to meet and confer with the relevant Defendants individually and promptly in an effort to resolve the issue, while those Defendants collect, review, and produce responsive

---

[2] Google has not yet provided Plaintiffs with the search terms and custodians it used for its DOJ production.  All other Defendants have now done so.

Defense Counsel
March 22, 2012
Page 5

documents from the ESI that is not at issue.  If there is an impasse, the matter will be briefed consistent with Magistrate Judge Lloyd's standing order regarding civil discovery disputes.

      C.    <u>**Privilege Logs**</u>

We discussed the content of privilege logs.  Plaintiffs propose the following:

Privilege logs shall identify the documents or information withheld with sufficient specificity to identify the material withheld and the basis for the claimed privilege or protection.

The parties agree that they do not have to log on a privilege log documents: (1) protected by attorney-client privilege or work product doctrine pursuant to Rule 26(b)(3)(B); (2) that consist of attorney-client communications with outside counsel or work product authored by outside counsel for the purposes of this action or the DOJ investigation; (3) were generated after outside counsel for the party was retained in connection with this litigation and the related DOJ investigation; (4) have not been disclosed to third parties.  However, all documents and communications regarding witness interviews of individuals who are no longer available must be logged.[3]

Documents for which privileged information has been redacted but the foregoing information has been produced in the form of unredacted email header information need not be logged.

For email strings, the parties are permitted to use only one entry on their respective privilege logs to identify withheld emails that contain a string of emails (provided, however, that in future privilege logs the entry notes the presence of a string, beginning and ending dates, all of the authors and recipients, and a description of all the subject matters discussed).

The Parties agree that privilege logs shall be produced on a rolling basis commencing 21 days after the initial production of documents.

---

[3] The term "no longer available" shall be interpreted consistent with Federal Rule of Evidence 804(a).

Defense Counsel
March 22, 2012
Page 6


By March 26, please confirm whether Defendants agree to this proposal.  Please contact Dean Harvey in the interim if you have any questions.

Very truly yours,

Joseph R. Saveri

Attachments
cc:     Eric L. Cramer
        Linda P. Nussbaum


969197.3

# EXHIBIT A

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Katherine M. Lehe (State Bar No. 273472)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENTS RELATES TO:<br><br>ALL ACTIONS | **STIPULATION RE: PRODUCTION FORMAT OF ELECTRONICALLY STORED INFORMATION** |

1.      General Specifications

    (a)      This Stipulation represents the agreement among the parties on technical

specifications regarding production of Electronically Stored Information ("ESI").

The parties reserve for future discussion substantive issues that might arise related

to the production of ESI.  This Stipulation does not concern production of database

information.

    (b)      Documents will be produced as TIFF or PDF files (with extracted text or OCR and

metadata when available), unless otherwise specified below.  Aside from the

document categories below, the parties will meet and confer to discuss any

1     requests for the production of documents in native format on a case-by-case basis

2     where good cause exists for such request.

3     (c)    Metadata will include fields described below.

4     (d)    Image cross reference files will function with Opticon viewer.

5     (e)    Media volume names will have the producing party's internal tracking ID.

6     (f)    A party may produce a single copy of a responsive document and a party may de-

7     duplicate responsive ESI (for example, based on MD5 or SHA-1 hash values at the

8     document level) across custodians, insofar as absolutely no non-duplicative

9     information is lost as a result.  For emails with attachments, the hash value is

10     generated based on the parent/child document grouping.  A party may also de-

11     duplicate "near-duplicate" email threads as follows: in an email thread, only the

12     final-in-time document need be produced, if and only if all previous emails (and

13     all other information, such as authors, recipients, time sent and received, etc.) in

14     the thread are contained within the final message.  In addition, only a single copy

15     of an email need be produced even where it was sent to multiple recipients, if and

16     only if all information contained in other copies (such as time sent and received,

17     authors, recipients, etc.) is contained within the single copy.  Where a prior email

18     contains an attachment, that email and attachment shall not be removed as a "near-

19     duplicate."

20     (g)    Hardcopy Documents – The parties may produce, at the producing party's option,

21     hardcopy documents in hardcopy, TIFF, or PDF format.  If a document that was

22     originally generated by a software application (*e.g.*, Microsoft Word or Microsoft

23     Outlook) is collected from a custodian in hard copy form, the producing party has

24     no obligation to locate and produce the electronic file from which the hard copy

25     was created.  However, if the electronic file would otherwise be gathered as part of

26     the producing party's collection, both the electronic file and the hard copy shall be

27     produced.

28    2.    Output Files

(a)     Extracted Text: Control List (.lst or equivalent)

(b)     Image Index Files: Opticon (.opt)

(c)     Metadata Files: Concordance (.dat)

3.     Output Folder Structure

(a)     The producing party will manually create the top level directory prior to production.

(b)     TIFF or PDF and text files for a single document will always be in the same folder.

| Directory Structure | Standard with Padding |
|---|---|
| <VFID-Media#>.dat,<VFID-Media#>.lfp | XXX01-01.dat, XXX01-01.lfp |
| <VFID-Media#> | XXX01-01 |
| \|    \| Folder# (01) | \|    \| 01 |
| \|    \|__BatesNumber.tif or .pdf | \|    \|__EXAMPLE00000001.tif or .pdf |
| \|    BatesNumber.tif or .pdf | \|    EXAMPLE00000001.txt |
| \|    \|__BatesNumber.tif or .pdf | \|    \|__EXAMPLE00000002.tif or .pdf |
| \|    \| Folder# (02) | \|    \| 02 |
| \|    \|__BatesNumber.tif or .pdf | \|    \|__EXAMPLE00000501.tif or .pdf |
| \|    BatesNumber.tif or .pdf | \|    EXAMPLE00000501.txt |
| \|    \|__BatesNumber.tif | \|    \|__EXAMPLE00000502.tif or .pdf |

4.     General Configuration

(a)     Documents will not be broken across multiple PDF files or Media folders.

(b)     Produce TIFF files in single page format at 300 DPI or PDF files in multiple page format at 300 DPI.

5.     Text Files (.txt)

(a)     Produce text files or OCR on a per-document basis.

(b)     Name text files according to the corresponding first page (BegDoc#) of the document.

(c)     Do not truncate.

6.     Native Files

(a)     Absent a showing that a particular file, or category of files, is not reasonably accessible, Produce Excel files, PowerPoint files, and media files in native format,

accompanied by TIFF placeholder including Bates number (range), file name, media description, and confidentiality denotation.

(b)   Non-Microsoft files that are the functional equivalents to Excel and PowerPoint files (such as Apple Numbers and Apple Keynote files) shall be produced in TIFF or PDF format in the first instance, with extracted text or OCR and metadata. Native format versions of these files shall be produced upon request if available.

7.   Family Range Configuration

(a)   Family structure will be maintained in productions and identified by the fields in Part 8.

8.   Use Concordance Metadata Load Files (.dat)

(a)   Load files will contain one line per document.

(b)   Load files will have the field names as the as first row of data.

(c)   Concordance metadata load files will include the following:

| Field Name | Description | (Comments) | Field Type |
|---|---|---|---|
| BegBates (BegDoc#) | StartBates Production number | | Limited Text |
| EndBates (EndDoc#) | Endbates Production number | Include prefix and padding | Limited Text |
| BegAttach | Beginning unique identification number for any attachment or range of attachments | Include prefix and padding | Limited Text |
| EndAttach | Ending unique identification number for any attachment or range of attachments | Include prefix and padding | Limited Text |
| Source | Custodian or Source of document | | Full Text |
| MediaSource (DocumentType) | File Type | Email, File, etc | Limited Text |
| DateSent | Date Email was Sent (MMDDYYYY) | Applies to emails | Date |
| DateCreated | Date (MMDDYYYY) Created, if any, as found in native file when collected | Will be blank for email | Date |

| Field Name | Description | (Comments) | Field Type |
|---|---|---|---|
| FileName | File name of the file | Will be blank for email | Full Text |
| FileSize | File size (as megabytes) | | Limited Text |
| Doc Ext (Extension) | The document extension of the document | Will be blank if 0 | Limited Text |
| Subject | Subject line of Email | Will be blank for Files | Full Text |
| From | Sender | Will be blank for Files | Full Text |
| To | Recipient [Delimited list] | Include multivalue<br><br>Will be blank for Files | Full Text |
| Cc | Cc [Delimited list] | Include multivalue<br><br>Will be blank for Files | Full Text |
| Bcc | Bcc [Delimited list] | Include multivalue<br><br>Will be blank for Files | Full Text |
| Author | Information contained in the author field, if any | Will be blank for email | Full Text |
| DocTitle Filename | Information contained in the title field, if any | | Full Text |
| Confidentiality | Confidentiality designation of the document | Include multivalue | Full Text |
| ORIGINALPATH | Data's source path information; where file was stored on custodian's hard drive or network resource | Will be blank for email | Full Text |
| [included in ORIGINALPATH] | Email folder path (sample: Inbox\active) [Blank for files] | | Full Text |
| Redacted | Indicates if document contains redaction | Include multivalue | Full Text |

9.      Metadata Load File Delimiters

(a)    If field encapsulators or separators are found in the metadata they will be replaced with another character or space.

| Type | Character/Format | Replace with | Notes |
|---|---|---|---|
| Field Encapsulate | Ctrl Character "þ" (Decimal 254) | Space " "(Decimal 032) | |
| Field Separator | Ctrl Character "□"(Decimal 020) | Space " "(Decimal 032) | |
| Multi-value Delimiter | Semi Colon "; " (Decimal 59 space) | N/A | |
| New Line Indicator | Registered Symbol "®" (Decimal 174) | N/A | Text line separator, used in TextInfo only. |
| Dates are stored | MMDDYYYY | N/A | |

10.    OCR Index Files (.lst or equivalent)

(a)    Follow the example above for format and delimiters.

(b)    **Bold** is constant, *Italics* are variable, and pay attention to the use of commas and semicolons.

(c)    Each file will contain one line per TIFF or PDF.

(d)    Format: BatesPage**,**\TextPath\TextFileName**.txt**

(e)    Example:  ABC00100000,\02501-01\01\ABC00100000.txt

(f)    Definition of Components:

| | |
|---|---|
| BatesPage | BatesPage value from metadata file. |
| Folder# | The number of the folder containing the TIFF or PDF. |
| TextFileName | Text files will be named with a bates number.txt (Bates Padding/Prefix Configuration Section). |
| NewDocIndicator | Determine New Document Indicator Values. |
| | Y – if the TIFF or PDF is the first page of any document. |
| | BLANK – for all other pages. |
| PageCount | Number of pages in the document. |

11.    Opticon Image Index File

(a)    Follow the example above for format and delimiters.

(i)    Format:

*BatesPage,VolumeName,TIFFPath\TIFFFileName.**tif**,NewDocIndicator,,,PageCount* or
*BatesPage,VolumeName,PDFPath\PDFFileName.**pdf**,NewDocIndicator,,,PageCount*

    (ii)    Example:

xxx00100000,VolName002,yyy01-1\1\xxx00100000.tif,Y,,,4

    (iii)    Definition of Components:

| | |
|---|---|
| BatesPage | BatesPage value from metadata file. |
| VolumeName | The volume name of the Media containing the TIFFs or PDFs. |
| TIFFPath or PDFPath | VFID#-Media#\Folder# |
| VFID# | The number of the Virtual Folder that the TIFF or PDF originated from |
| Media# | The number of the Media containing the TIFF or PDF |
| Folder# | The number of the folder containing the TIFF or PDF |
| TIFFFileName or PDFFileName | TIFFs or PDFs will be named with a bates number.tif or .pdf (Bates Padding/Prefix Configuration Section) |
| NewDocIndicator | Determine New Document Indicator Values |
| | Y – if the TIFF or PDF is the first page of any document. |
| | BLANK – for all other pages. |
| PageCount | Number of pages in the document |

IT IS HEREBY STIPULATED:

Dated:  March __, 2012        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: _____
                Dean M. Harvey

Interim Lead Counsel for Plaintiff Class

Dated:  March __, 2012        O'MELVENY & MYERS LLP

By:_____
                Michael F. Tubach

Attorneys for Defendant Apple Inc.

1  Dated:  March __, 2012          KEKER & VAN NEST LLP

2
                                   By:_____
3                                        Daniel Purcell

4                                  Attorneys for Defendant Lucasfilm Ltd.

5
   Dated:  March __, 2012          JONES DAY
6

7                                  By: _____
                                         David C. Kiernan
8
                                   Attorneys for Defendant Adobe Systems Inc.
9

10 Dated:  March __, 2012          MAYER BROWN LLP

11
                                   By: _____
12                                       Lee H. Rubin

13                                 Attorneys for Defendant Google Inc.

14
   Dated:  March __, 2012          BINGHAM McCUTCHEN LLP
15

16                                 By: _____
                                         Frank Hinman
17
                                   Attorneys for Defendant Intel Corp.
18

19 Dated:  March __, 2012          JONES DAY

20
                                   By: _____
21                                       Robert A. Mittelstaedt

22                                 Attorneys for Defendant Intuit Inc.

23
   Dated:  March __, 2012          COVINGTON & BURLING LLP
24

25                                 By: _____
                                         Emily Johnson Henn
26
                                   Attorneys for Defendant Pixar
27

28

Joseph R. Saveri (State Bar No. 130064)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Katherine M. Lehe (State Bar No. 273472)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENTS RELATES TO:<br><br>ALL ACTIONS | **STIPULATION RE: PRODUCTION FORMAT OF ELECTRONICALLY STORED INFORMATION** |

1.     General Specifications

        (a)     This Stipulation represents the agreement among the parties on technical

specifications regarding production of Electronically Stored Information ("ESI").

The parties reserve for future discussion substantive issues that might arise related

to the production of ESI, including without limitation, the inadvertent. This

Stipulation does not concern production of privileged database information,

1   ~~locations to be searched, and costs (including those related to disproportionate ESI~~

2   ~~requests).~~

3       (b)    Documents will be produced as TIFF or PDF files (with extracted text or OCR and

4              metadata when available), unless otherwise specified below.  ~~The~~Aside from the

5              document categories below, the parties will meet and confer to discuss any

6              requests for the production of documents in native format on a case-by-case basis

7              where good cause exists for such request.

8       (c)    Metadata will include fields described below.

9       (d)    Image cross reference files will function with Opticon viewer.

10      (e)    Media volume names will have the producing party's internal tracking ID.

11      (f)    A party may produce a single copy of a responsive document and a party may de-

12             duplicate responsive ESI (for example, based on MD5 or SHA-1 hash values at the

13             document level) across custodians, insofar as absolutely no non-duplicative

14             information is lost as a result.  For emails with attachments, the hash value is

15             generated based on the parent/child document grouping.  A party may also de-

16             duplicate "near-duplicate" email threads as follows: in an email thread, only the

17             final-in-time document need be produced, if and only if all previous emails (and

18             all other information, such as authors, recipients, time sent and received, etc.) in

19             the thread are contained within the final message.  In addition, only a single copy

20             of an email need be produced even where it was sent to multiple recipients, if and

21             only if all information contained in other copies (such as time sent and received,

22             authors, recipients, etc.) is contained within the single copy.  Where a prior email

23             contains an attachment, that email and attachment shall not be removed as a "near-

24             duplicate."

25      (g)    ~~(g)~~Hardcopy Documents – The parties may produce, at the producing party's

26             option, hardcopy documents in hardcopy, TIFF, or PDF format.  If a document that

27             was originally generated by a software application (*e.g.*, Microsoft Word or

28             Microsoft Outlook) is collected from a custodian in hard copy form, the producing

party has no obligation to locate and produce the electronic file from which the hard copy was created.  However, if the electronic file would otherwise be gathered as part of the producing party's collection, both the electronic file and the hard copy shall be produced.

2.     Output Files

(a)     Extracted Text: Control List (.lst or equivalent)

(b)     Image Index Files: Opticon (.opt)

(c)     Metadata Files: Concordance (.dat)

3.     Output Folder Structure

(a)     The ~~reducing~~producing party will manually create the top level directory prior to production.

(b)     TIFF or PDF and text files for a single document will always be in the same folder.

| Directory Structure | Standard with Padding |
|---|---|
| <VFID-Media#>.dat,<VFID-Media#>.lfp | XXX01-01.dat, XXX01-01.lfp |
| <VFID-Media#> | XXX01-01 |
| \|    \|__Folder# (01) | \|    \|   01 |
| \|    \|__BatesNumber.tif or .pdf | \|    \|    \|__EXAMPLE00000001.tif or .pdf |
| \|    \|__BatesNumber.tif or .pdf | \|    \|    \|__EXAMPLE00000001.txt |
| \|    \|__BatesNumber.tif or .pdf | \|    \|    \|__EXAMPLE00000002.tif or .pdf |
| \|    \|__Folder# (02) | \|    \|   02 |
| \|    \|__BatesNumber.tif or .pdf | \|    \|    \|__EXAMPLE00000501.tif or .pdf |
| \|    \|__BatesNumber.tif or .pdf | \|    \|    \|__EXAMPLE00000501.txt |
| \|    \|__BatesNumber.tif | \|    \|    \|__EXAMPLE00000502.tif or .pdf |

4.     General Configuration

(a)     Documents will not be broken across multiple PDF files or ~~media~~Media folders.

(b)     Produce TIFF files in single page format at 300 DPI or PDF files in multiple page format at 300 DPI.

5.     Text Files (.txt)

(a)     Produce text files or OCR on a per-document basis.

(b)     Name text files according to the corresponding first page (BegDoc#) of the document.

(c)     Do not truncate.

6.     Native Files

(a)     ~~The parties will meet and confer to discuss any requests for the production of Microsoft Excel and Microsoft PowerPoint documents in native format on a case-by-case basis where good cause exists for such request.~~ <u>Absent a showing that a particular file, or category of files, is not reasonably accessible, Produce Excel files, PowerPoint files, and media files in native format, accompanied by TIFF placeholder including Bates number (range), file name, media description, and confidentiality denotation.</u>

(b)     ~~The parties acknowledge that Microsoft Excel spreadsheets may be produced in native format when requested by the receiving party and reasonably available in native format.   To the extent that Microsoft Excel spreadsheets may be redacted, the producing party may produce those redacted Microsoft Excel spreadsheets as TIFF or PDF files~~ (<u>Non-Microsoft files that are the functional equivalents to Excel and PowerPoint files (such as Apple Numbers and Apple Keynote files) shall be produced in TIFF or PDF format in the first instance,</u> with extracted text or OCR and metadata ~~when available).   To the extent the producing party produces video, animation, or audio files, such documents~~.  <u>Native format versions of these files</u> shall be produced ~~in their native format.~~ <u>upon request if available.</u>

(c)     ~~To the extent a document is produced both in native format and as a TIFF or PDF, the parties will only print the TIFF or PDF version.  In addition, the parties will use the TIFF or PDF version as exhibits in depositions, briefs, hearings, or at trial. The parties will meet and confer to discuss any requests for the use of documents in native format on a case-by-case basis where good cause exists for such request.~~

~~TIFF~~

7.     Family Range Configuration

(a)     Family structure will be maintained in productions and identified by the fields in Part 8.

8.     Use Concordance Metadata Load Files (.dat)

(a)     Load files will contain one line per document.

(b)     Load files will have the field names as the as first row of data.

(c)     Concordance metadata load files will include the following:

| Field Name | Description | (Comments) | Field Type |
| --- | --- | --- | --- |
| BegBates (BegDoc#) | StartBates Production number | | Limited Text |
| EndBates (EndDoc#) | Endbates Production number | Include prefix and padding | Limited Text |
| BegAttach | Beginning unique identification number for any attachment or range of attachments | Include prefix and padding | Limited Text |
| EndAttach | Ending unique identification number for any attachment or range of attachments | Include prefix and padding | Limited Text |
| Source | Custodian or Source of document | | Full Text |
| MediaSource (DocumentType) | File Type | Email, File, etc | Limited Text |
| DateSent | Date Email was Sent (MMDDYYYY) | Applies to emails | Date |
| DateCreated | Date (MMDDYYYY) Created, if any, as found in native file when collected | Will be blank for email | Date |
| FileName | File name of the file | Will be blank for email | Full Text |
| FileSize | File size (as megabytes) | | Limited Text |
| Doc Ext (Extension) | The document extension of the document | Will be blank if 0 | Limited Text |
| Subject | Subject line of Email | Will be blank for Files | Full Text |
| From | Sender | Will be blank for Files | Full Text |
| To | Recipient [Delimited list] | Include multivalue Will be blank for | Full Text |

STIPULATION RE: PRODUCTION FORMAT OF ELECTRONICALLY STORED INFORMATION

| Field Name | Description | (Comments) | Field Type |
|---|---|---|---|
|  |  | Files |  |
| Cc | Cc [Delimited list] | Include multivalue<br><br>Will be blank for Files | Full Text |
| Bcc | Bcc [Delimited list] | Include multivalue<br><br>Will be blank for Files | Full Text |
| Author | Information contained in the author field, if any | Will be blank for email | Full Text |
| DocTitle Filename | Information contained in the title field, if any |  | Full Text |
| Confidentiality | Confidentiality designation of the document | Include multivalue | Full Text |
| ORIGINALPATH | Data's source path information; where file was stored on custodian's hard drive or network resource | Will be blank for email | Full Text |
| [included in ORIGINALPATH] | Email folder path (sample: Inbox\active) [Blank for files] |  | Full Text |
| Redacted | Indicates if document contains redaction | Include multivalue | Full Text |

9.      Metadata Load File Delimiters

(a)      If field encapsulators or separators are found in the metadata they will be replaced with another character or space.

| Type | Character/Format | Replace with | Notes |
|---|---|---|---|
| Field Encapsulate | Ctrl Character "þ" (Decimal 254) | Space " "(Decimal 032) |  |
| Field Separator | Ctrl Character "□"(Decimal 020) | Space " "(Decimal 032) |  |
| Multi-value Delimiter | Semi Colon "; " (Decimal 59 space) | N/A |  |
| New Line Indicator | Registered Symbol "®" (Decimal 174) | N/A | Text line separator, used in TextInfo only. |
| Dates are stored | MMDDYYYY | N/A |  |

STIPULATION RE: PRODUCTION FORMAT OF ELECTRONICALLY STORED INFORMATION

10.  OCR Index Files (.lst or equivalent)

    (a)  Follow the example above for format and delimiters.

    (b)  **Bold** is constant, *Italics* are variable, and pay attention to the use of commas and semicolons.

    (c)  Each file will contain one line per TIFF or PDF.

    (d)  Format: BatesPage**,**\TextPath\TextFileName**.txt**

    (e)  Example:  ABC00100000,\02501-01\01\ABC00100000.txt

    (f)  Definition of Components:

| | |
|---|---|
| BatesPage | BatesPage value from metadata file. |
| Folder# | The number of the folder containing the TIFF or PDF. |
| TextFileName | Text files will be named with a bates number.txt (Bates Padding/Prefix Configuration Section). |
| NewDocIndicator | Determine New Document Indicator Values. |
| | Y – if the TIFF or PDF is the first page of any document. |
| | BLANK – for all other pages. |
| PageCount | Number of pages in the document. |

11.  Opticon Image Index File

    (a)  Follow the example above for format and delimiters.

        (i)  Format:

*BatesPage***,***VolumeName***,***TIFFPath\TIFFFileName***.tif***,NewDocIndicator***,,,***PageCount* or
*BatesPage***,***VolumeName***,***PDFPath\PDFFileName***.pdf***,NewDocIndicator***,,,***PageCount*

        (ii)  Example:

xxx00100000,VolName002,yyy01-1\1\xxx00100000.tif,Y,,,4

        (iii)  Definition of Components:

| | |
|---|---|
| BatesPage | BatesPage value from metadata file. |
| VolumeName | The volume name of the Media containing the TIFFs or PDFs. |
| TIFFPath or PDFPath | VFID#-Media#\Folder# |
| VFID# | The number of the Virtual Folder that the TIFF or PDF originated from |
| Media# | The number of the Media containing the TIFF or PDF |
| Folder# | The number of the folder containing the |

| | TIFF or PDF |
|---|---|
| TIFFFileName or PDFFileName | TIFFs or PDFs will be named with a bates number.tif  or .pdf (Bates Padding/Prefix Configuration Section) |
| NewDocIndicator | Determine New Document Indicator Values |
| | Y – if the TIFF or PDF is the first page of any document. |
| | BLANK – for all other pages. |
| PageCount | Number of pages in the document |

IT IS HEREBY STIPULATED:

Dated: ~~February~~March    , 2012        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


By: _____
                Dean M. Harvey

Interim Lead Counsel for Plaintiff Class


Dated: ~~February~~March    , 2012        O'MELVENY & MYERS LLP


By:_____
                Michael F. Tubach

Attorneys for Defendant Apple Inc.


Dated: ~~February~~March    , 2012        KEKER & VAN NEST LLP


By:_____
                Daniel Purcell

Attorneys for Defendant Lucasfilm Ltd.


Dated: ~~February~~March    , 2012        JONES DAY


By: _____
                David C. Kiernan

Attorneys for Defendant Adobe Systems Inc.

1   Dated: ~~February~~March __, 2012          MAYER BROWN LLP

2

3                                              By: _____
                                                            Lee H. Rubin

4                                              Attorneys for Defendant Google Inc.

5

6   Dated: ~~February~~March __, 2012          BINGHAM McCUTCHEN LLP

7                                              By: _____
                                                          Frank ~~M.~~ Hinman

8                                              Attorneys for Defendant Intel Corp.

9

10  Dated: ~~February~~March __, 2012          JONES DAY

11

12                                             By: _____
                                                          Robert A. Mittelstaedt

13                                             Attorneys for Defendant Intuit Inc.

14

15  Dated: ~~February~~March __, 2012          COVINGTON & BURLING LLP

16                                             By: _____
                                                          Emily Johnson Henn

17                                             Attorneys for Defendant Pixar

18

19

20

21

22

23

24

25

26

27

28

STIPULATION RE: PRODUCTION FORMAT OF ELECTRONICALLY STORED INFORMATION

Document comparison by Workshare Professional on Thursday, March 22, 2012
2:51:30 PM

| Input: | |
|---|---|
| Document 1 ID | file://H:\Desktop\ESI Protocol -- 3.2.2012.DOC |
| Description | ESI Protocol -- 3.2.2012 |
| Document 2 ID | file://H:\Desktop\962709 v1 - Production Format of Electronically Stored Information.doc |
| Description | 962709 v1 - Production Format of Electronically Stored Information |
| Rendering set | standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 26 |
| Deletions | 22 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 48 |

# EXHIBIT B

**I.**     **Proposed Search Terms For All Defendants (not case sensitive)**

| |
|---|
| do not call |
| poach* |
| off limit* |
| hands off |
| hands-off |
| hands- off |
| hands -off |
| hands - off |
| handsoff |
| cold call* |
| cold-call* |
| coldcall* |
| non-solicit* |
| non- solicit* |
| non -solicit* |
| non - solicit* |
| gent* w/2 agree* |
| tacit w/2 agree* |
| informal w/2 agree* |
| unwritten w/2 agree* |
| verbal w/2 agree* |
| unspoken w/2 agree* |
| hand* /2 agree* |
| gent* w/2 understand* |
| tacit w/2 understand* |
| informal w/2 understand* |
| unwritten w/2 understand* |
| verbal w/2 understand* |
| unspoken w/2 understand* |
| hand* /2 understand* |
| limit* w/10 compet* |
| let that happen |
| (compet* or industry or market or location* or region or group or unit or category or rival) w/10 (compensation or pay or benefit* or salary or wage or recruit* or bonus or hire or hiring or turnover or raise* or promot* or retain* or retent*) |
| (morale or equity or fair* or equal or parity or similar or same or relation* or monitor* or update or set or compar* or study or analy*) w/20 (compensation or pay or benefit* or salary or wage or recruit* or bonus or hire or hiring or turnover or raise or promot* or retain*) |
| (base* or common or standard or regular or normal or start* or lockstep or begin*) w/5 (compensation or pay or benefit* or salary or wage or recruit* or bonus or hire or hiring or turnover or raise or promot*) |
| (negotiate* or different) w/5 (compensation or pay or benefit* or salary or wage or recruit* or bonus or hire or hiring or turnover or raise or promot*) |
| bid* and war |
| n* /2 solicit* |
| notif* /10 (manage* or super* or boss) |
| (six month) w/10 rule |

- 1 -

967680.3

| |
|---|
| do-not-hire |
| do not hire |
| won't compete |
| no w/1 compet* |
| never counter |
| ((Agree*) or (deal) or (understand*) or (contract*) or (active*) or (proactive*) or (pro- active*) or (pro -active*) or (pro - active*) or guid*) w/5 ((hire*) or (hiring) or (recruit*) or (employ*)  or (solicit*)) |
| moratorium |
| raid* |
| pillag* |
| rape |
| compet* |
| antitrust |
| anti-trust |
| illegal |
| unlawful |
| wrong |
| evil |
| not right |
| isn't right |
| free market |
| facebook |
| zuck* |
| sandberg |
| bully |
| doj |
| justice |
| threat* |
| CID |
| civil investigative demand |
| injunction |
| subpoena |
| colligan |
| passive /5 (candidate* or person or employ* or people or talent) |
| (stop* or end or (no longer) or can't or cannot or won't or (will not)) w/10 (recruit* or hir* or interview or (talk to)) |
| employ* /5 migrat* |
| intimidat* |
| head of HR |
| dunlap |
| radford |
| laika |
| match w/10 position |
| (compensation or pay or benefit* or salary or wage or recruit* or bonus or hire or hiring or turnover or raise or promot* or retain*) and (survey* or analysis or study or market) |
| *poach* |
| do not approach |
| heads up |

| |
|---|
| no recruit list |
| no hire list |
| *counter-offer* |
| courtesy list |
| courtesy agree* |
| gent* w/2 polic* |
| tacit w/2 polic* |
| informal w/2 polic* |
| unwritten w/2 polic* |
| verbal w/2 polic* |
| unspoken w/2 polic* |
| hand* /2 polic* |
| prohib* /10 (recruit* or hir* or call or contact) |
| target compan* |
| (opportunity or chance) /10 counter |
| no counter* |
| violate |
| permission and (offer or bid or recruit or hire) |
| (never or no or not or stop or limit or restrict or rid or end or can't or cannot or won't or "will not") /5 (pursu* or solicit* or hir* or recruit* or offer* or counter* or bid* or call*) |
| best offer |
| bullet |
| under the table |
| courtesy call* |
| honor* /10 (agree* or understand* or process or arrangement) |
| gloves on |
| gloves off |
| (agree* or hand* or tacit or understand* or verbal or unwritten or informal or unspoken or table or deal or permission) and (secret or (not known) or (do not tell) or hush or (don't tell) or (can't tell) or (cannot tell) or quiet or hidden or hide or hid or cover or disguise or veil or suppress or (hold back)) |

## II.  **Additional Search Terms for Each Defendant (not case sensitive)**

### A.  **Adobe**

[Add DOJ search terms to the extent not reflected in the above.]

| |
|---|
| (agree or hand* or tacit or understand* or solicit or recruit or pay or compensation or bonus or offer or applica* or candidat* or target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten or informal or unspoken or table or deal or permission or green or ok or target or prospect* or (cold call*) or passive) /10 (Apple or Google or Intel or Intuit or lucas* or ILM or Pixar) |
| Cook /2 Tim |
| sjobs |
| Steve* /2 Jobs |
| Tom /2 Moyer |
| Mark /2 Bentley |

| |
|---|
| Lambert |
| Tim /2 Larson |
| Scott /2 Gilfoil |
| Ann /2 Reeves |
| David /2 Alvarez |
| Baja |
| Bechtel |
| Felch |
| Gaither |
| Sewell |
| Otellini |
| Pat* /2 Murray |
| Deb* /2 Conrad |
| Pat* /2 Gelsinger |
| Don /2 Cooper |
| Gab* /2 Thompson |
| Lar* /2 Walz |
| Evangelista |
| Cin* /2 Harper |
| Diane /2 Bryant |
| Campbell |
| Bill & Intuit |
| Brad /2 Smith |
| Lintner |
| Whiteley |
| (Michael or Mike) /2 McNeal |
| Fennell |
| Kerry /2 McLean |
| Laszlo |
| Bock |
| Shona /2 Brown |
| Alan /2 Eustace |
| Arnnon |
| Geshuri |
| Judy /2 Gilbert |
| (Jon or John or Jonathan) /2 Rosenberg |
| Eric /2 Schmidt |
| Schmidt and Google |
| Eric / 2 Google |
| eschmidt |
| Voort |
| Currey |
| Coker |
| BZ |

- 4 -

| |
|---|
| Petroff |
| Steve /2 Mair |
| Gavgavian |
| (Jim or James) /2 Morris |
| Catmull |
| (Ed or Edward) /2 Martin |
| Lori /2 McAdams |
| Dana /2 Burns |
| GWL |
| *@apple.com* |
| *@google.com* |
| *@intel.com* |
| *@intuit.com* |
| *@lucasfilm.com* |
| *@ilm.com* |
| *@pixar.com* |
| *@facebook.com* |
| *@palm.com* |

**B.** **Apple**

[Add DOJ search terms to the extent not reflected in the above.]

| |
|---|
| (agree or hand* or tacit or understand* or solicit or recruit or pay or compensation or bonus or offer or applica* or candidat* or target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten or informal or unspoken or table or deal or permission or green or ok or target or prospect* or (cold call) or passive) /10 (Adobe or Google or Intel or Intuit or lucas* or ILM or Pixar) |
| Chizen |
| Shantanu |
| Narayen |
| Brennan |
| Cottle |
| Murray /2 Demo |
| Elop |
| Morris /2 Donna |
| James /2 Stephens |
| Stinson |
| Townsley |
| Vijungco |
| Cottle |
| Otellini |
| Pat* /2 Murray |
| Deb* /2 Conrad |
| Pat* /2 Gelsinger |

| |
|---|
| Don /2 Cooper |
| Gab* /2 Thompson |
| Lar* /2 Walz |
| Evangelista |
| Cin* /2 Harper |
| Diane /2 Bryant |
| Campbell |
| Bill & Intuit |
| Brad /2 Smith |
| Lintner |
| Whiteley |
| (Michael or Mike) /2 McNeal |
| Fennell |
| Kerry /2 McLean |
| Laszlo |
| Bock |
| Shona /2 Brown |
| Alan /2 Eustace |
| Arnnon |
| Geshuri |
| Judy /2 Gilbert |
| (Jon or John or Jonathan) /2 Rosenberg |
| Eric /2 Schmidt |
| Schmidt and Google |
| Eric / 2 Google |
| eschmidt |
| Voort |
| Currey |
| Coker |
| BZ |
| Petroff |
| Steve /2 Mair |
| Gavgavian |
| (Jim or James) /2 Morris |
| Catmull |
| (Ed or Edward) /2 Martin |
| Lori /2 McAdams |
| Dana /2 Burns |
| GWL |
| *@adobe.com* |
| *@google.com* |
| *@intel.com* |
| *@intuit.com* |
| *@ilm.com* |

| |
|---|
| *@lucasfilm.com* |
| *@pixar.com* |
| *@facebook.com* |
| *@palm.com* |

### C.   **Google**

[Add DOJ search terms to the extent not reflected in the above.]

| (agree or hand* or tacit or understand* or solicit or recruit or pay or compensation or bonus or offer or applica* or candidat* or target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten or informal or unspoken or table or deal or permission or green or ok or target or prospect* or "cold call" or passive) /10 (Adobe or Apple or Intel or Intuit or lucas* or ILM or Pixar) |
|---|
| Chizen |
| Shantanu |
| Narayen |
| Brennan |
| Cottle |
| Murray /2 Demo |
| Elop |
| Morris /2 Donna |
| James /2 Stephens |
| Stinson |
| Townsley |
| Vijungco |
| Cottle |
| Cook /2 Tim |
| sjobs |
| Steve /2 Jobs |
| Tom /2 Moyer |
| Mark /2 Bentley |
| Lambert |
| Tim /2 Larson |
| Scott /2 Gilfoil |
| Ann /2 Reeves |
| David /2 Alvarez |
| Baja |
| Bechtel |
| Felch |
| Gaither |
| Sewell |
| Otellini |
| Pat* /2 Murray |

| |
|---|
| Deb* /2 Conrad |
| Pat* /2 Gelsinger |
| Don /2 Cooper |
| Gab* /2 Thompson |
| Lar* /2 Walz |
| Evangelista |
| Cin* /2 Harper |
| Diane /2 Bryant |
| Campbell |
| Bill & Intuit |
| Brad /2 Smith |
| Lintner |
| Whiteley |
| (Michael or Mike) /2 McNeal |
| Fennell |
| Kerry /2 McLean |
| Voort |
| Currey |
| Coker |
| BZ |
| Petroff |
| Steve /2 Mair |
| Gavgavian |
| (Jim or James) /2 Morris |
| Catmull |
| (Ed or Edward) /2 Martin |
| Lori /2 McAdams |
| Dana /2 Burns |
| GWL |
| *@adobe.com* |
| *@apple.com* |
| *@intel.com* |
| *@intuit.com* |
| *@ilm.com* |
| *@lucasfilm.com* |
| *@pixar.com* |
| *@facebook.com* |
| *@palm.com* |

- 8 -

D.    **Intel**

[Add DOJ search terms to the extent not reflected in the above.]

| (agree or hand* or tacit or understand* or solicit or recruit or pay or compensation or bonus or offer or applica* or candidat* or target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten or informal or unspoken or table or deal or permission or green or ok or target or prospect* or (cold call) or passive) /10 (Adobe or Apple or Google or Intuit or lucas* or ILM or Pixar) |
|---|
| Chizen |
| Shantanu |
| Narayen |
| Brennan |
| Cottle |
| Murray /2 Demo |
| Elop |
| Morris /2 Donna |
| James /2 Stephens |
| Stinson |
| Townsley |
| Vijungco |
| Cottle |
| Cook /2 Tim |
| sjobs |
| Steve /2 Jobs |
| Tom /2 Moyer |
| Mark /2 Bentley |
| Lambert |
| Tim /2 Larson |
| Scott /2 Gilfoil |
| Ann /2 Reeves |
| David /2 Alvarez |
| Baja |
| Bechtel |
| Felch |
| Gaither |
| Sewell |
| Campbell |
| Bill & Intuit |
| Brad /2 Smith |
| Lintner |
| Whiteley |
| (Michael or Mike) /2 McNeal |
| Fennell |
| Kerry /2 McLean |

- 9 -

| Laszlo |
|---|
| Bock |
| Shona /2 Brown |
| Alan /2 Eustace |
| Arnnon |
| Geshuri |
| Judy /2 Gilbert |
| (Jon or John or Jonathan) /2 Rosenberg |
| Eric /2 Schmidt |
| Schmidt and Google |
| Eric / 2 Google |
| eschmidt |
| Voort |
| Currey |
| Coker |
| BZ |
| Petroff |
| Steve /2 Mair |
| Gavgavian |
| (Jim or James) /2 Morris |
| Catmull |
| (Ed or Edward) /2 Martin |
| Lori /2 McAdams |
| Dana /2 Burns |
| GWL |
| *@adobe.com* |
| *@apple.com* |
| *@google.com* |
| *@intuit.com* |
| *@lucasfilm.com* |
| *@ilm.com* |
| *@pixar.com* |
| *@facebook.com* |
| *@palm.com* |

**E.**     **Intuit**

[Add DOJ search terms to the extent not reflected in the above.]

| (agree or hand* or tacit or understand* or solicit or recruit or pay or compensation or bonus or offer or applica* or candidat* or target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten or informal or unspoken or table or deal or permission or green or ok or target or prospect* or (cold call) or passive) /10 (Adobe or Apple or Google or Intel or lucas* or ILM or Pixar) |
|---|

- 10 -

| |
|---|
| Chizen |
| Shantanu |
| Narayen |
| Brennan |
| Cottle |
| Murray /2 Demo |
| Elop |
| Morris /2 Donna |
| James /2 Stephens |
| Stinson |
| Townsley |
| Vijungco |
| Cottle |
| Cook /2 Tim |
| sjobs |
| Steve /2 Jobs |
| Tom /2 Moyer |
| Mark /2 Bentley |
| Lambert |
| Tim /2 Larson |
| Scott /2 Gilfoil |
| Ann /2 Reeves |
| David /2 Alvarez |
| Baja |
| Bechtel |
| Felch |
| Gaither |
| Sewell |
| Otellini |
| Pat* /2 Murray |
| Deb* /2 Conrad |
| Pat* /2 Gelsinger |
| Don /2 Cooper |
| Gab* /2 Thompson |
| Lar* /2 Walz |
| Evangelista |
| Cin* /2 Harper |
| Diane /2 Bryant |
| Laszlo |
| Bock |
| Shona /2 Brown |
| Alan /2 Eustace |
| Arnnon |
| Geshuri |

- 11 -

967680.3

| |
|---|
| Judy /2 Gilbert |
| (Jon or John or Jonathan) /2 Rosenberg |
| Eric /2 Schmidt |
| Schmidt and Google |
| Eric / 2 Google |
| eschmidt |
| Voort |
| Currey |
| Coker |
| BZ |
| Petroff |
| Steve /2 Mair |
| Gavgavian |
| (Jim or James) /2 Morris |
| Catmull |
| (Ed or Edward) /2 Martin |
| Lori /2 McAdams |
| Dana /2 Burns |
| GWL |
| *@adobe.com* |
| *@apple.com* |
| *@google.com* |
| *@intel.com* |
| *@lucasfilm.com* |
| *@ilm.com* |
| *@pixar.com* |
| *@facebook.com* |
| *@palm.com* |

**F.   <u>Lucasfilm</u>**

[Add DOJ search terms to the extent not reflected in the above.]

| |
|---|
| (agree or hand* or tacit or understand* or solicit or recruit or pay or compensation or bonus or offer or applica* or candidat* or target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten or informal or unspoken or table or deal or permission or green or ok or target or prospect* or (cold call) or passive) /10 (Adobe or Apple or Google or Intel or Pixar) |
| Chizen |
| Shantanu |
| Narayen |
| Brennan |
| Cottle |
| Murray /2 Demo |

| |
|---|
| Elop |
| Morris /2 Donna |
| James /2 Stephens |
| Stinson |
| Townsley |
| Vijungco |
| Cottle |
| Cook /2 Tim |
| sjobs |
| Steve /2 Jobs |
| Tom /2 Moyer |
| Mark /2 Bentley |
| Lambert |
| Tim /2 Larson |
| Scott /2 Gilfoil |
| Ann /2 Reeves |
| David /2 Alvarez |
| Baja |
| Bechtel |
| Felch |
| Gaither |
| Sewell |
| Otellini |
| Pat* /2 Murray |
| Deb* /2 Conrad |
| Pat* /2 Gelsinger |
| Don /2 Cooper |
| Gab* /2 Thompson |
| Lar* /2 Walz |
| Evangelista |
| Cin* /2 Harper |
| Diane /2 Bryant |
| Campbell |
| Bill & Intuit |
| Brad /2 Smith |
| Lintner |
| Whiteley |
| (Michael or Mike) /2 McNeal |
| Fennell |
| Kerry /2 McLean |
| Laszlo |
| Bock |
| Shona /2 Brown |
| Alan /2 Eustace |

967680.3

| |
|---|
| Arnnon |
| Geshuri |
| Judy /2 Gilbert |
| (Jon or John or Jonathan) /2 Rosenberg |
| Eric /2 Schmidt |
| Schmidt and Google |
| Eric / 2 Google |
| eschmidt |
| Catmull |
| (Ed or Edward) /2 Martin |
| Lori /2 McAdams |
| Dana /2 Burns |
| *@adobe.com* |
| *@apple.com* |
| *@google.com* |
| *@intel.com* |
| *@intuit.com* |
| *@pixar.com* |
| *@disney.com* |
| *@facebook.com* |
| *@palm.com* |

**G.**     <u>**Pixar**</u>

[Add DOJ search terms to the extent not reflected in the above.]

| |
|---|
| (agree or hand* or tacit or understand* or solicit or recruit or pay or compensation or bonus or offer or applica* or candidat* or target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten or informal or unspoken or table or deal or permission or green or ok or target or prospect* or (cold call) or passive) /10 (Adobe or Apple or Google or Intel or Intuit or lucas* or ILM) |
| Chizen |
| Shantanu |
| Narayen |
| Brennan |
| Cottle |
| Murray /2 Demo |
| Elop |
| Morris /2 Donna |
| James /2 Stephens |
| Stinson |
| Townsley |
| Vijungco |
| Cottle |

| |
|---|
| Cook /2 Tim |
| sjobs |
| Steve /2 Jobs |
| Tom /2 Moyer |
| Mark /2 Bentley |
| Lambert |
| Tim /2 Larson |
| Scott /2 Gilfoil |
| Ann /2 Reeves |
| David /2 Alvarez |
| Baja |
| Bechtel |
| Felch |
| Gaither |
| Sewell |
| Otellini |
| Pat* /2 Murray |
| Deb* /2 Conrad |
| Pat* /2 Gelsinger |
| Don /2 Cooper |
| Gab* /2 Thompson |
| Lar* /2 Walz |
| Evangelista |
| Cin* /2 Harper |
| Diane /2 Bryant |
| Campbell |
| Bill & Intuit |
| Brad /2 Smith |
| Lintner |
| Whiteley |
| (Michael or Mike) /2 McNeal |
| Fennell |
| Kerry /2 McLean |
| Laszlo |
| Bock |
| Shona /2 Brown |
| Alan /2 Eustace |
| Arnnon |
| Geshuri |
| Judy /2 Gilbert |
| (Jon or John or Jonathan) /2 Rosenberg |
| Eric /2 Schmidt |
| Schmidt and Google |
| Eric / 2 Google |

| |
|---|
| eschmidt |
| Voort |
| Currey |
| Coker |
| BZ |
| Petroff |
| Steve /2 Mair |
| Gavgavian |
| GWL |
| *divas* |
| *@adobe.com* |
| *@apple.com* |
| *@google.com* |
| *@intel.com* |
| *@intuit.com* |
| *@lucasfilm.com* |
| *@facebook.com* |
| *@ilm.com* |
| @palm.com* |