# EXHIBIT Q

**KEKER & VAN NEST** LLP

633 Battery Street
San Francisco, CA 94111-1809
415 391 5400
kvn.com

**Cody S. Harris**
(415) 676-2294
charris@kvn.com

May 4, 2012

**VIA EMAIL**

Dean M. Harvey
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

Re:   *In Re: High-Tech Employee Antitrust Litigation*, No. C 11-02509 LHK

Dear Dean:

I hope you're doing well. As you know, at the Case Management Conference ("CMC") held on April 18, 2012, the Court ordered a May 9, 2012 deadline for each defendant to begin a rolling production of responsive ESI. Because Plaintiffs never responded to Lucasfilm's list of proposed custodians—and because negotiations between Plaintiffs and the joint defendants over specific search terms have thus far failed to result in a final list of agreed-upon keywords—Lucasfilm intends to move forward using the search terms attached hereto as Exhibit A.

As you will see, the list includes search terms derived from three sources: (1) the parties' discussions regarding joint search terms; (2) the Lucasfilm-specific search terms Plaintiffs previously proposed; and (3) search terms Lucasfilm used during the DOJ investigation, to the extent they are not captured in either of the other two categories.

As for custodians, Lucasfilm will search the 16 custodians listed in my letter to you dated March 27, 2012. We will search these custodians' ESI according to the date ranges the parties agreed to during the April 18 CMC. The "key" DOJ custodians, whose files will be searched from January 1, 2004 through December 31, 2011, are Jan van der Voort and Sharon Coker.

Please feel free to call me with any questions, or to discuss this matter further.

Very truly yours,

Cody S. Harris

CSH:em

653099.02

## ATTACHMENT A:
Lucasfilm Ltd.'s Search Terms

| Terms Based on Joint-Defendants' Search Terms | |
|---|---|
| 1 | "anti-trust" |
| 2 | "civil investigative demand" |
| 3 | "cold call*" |
| 4 | "cold-call*" |
| 5 | "counter-offer*" |
| 6 | "do not approach" |
| 7 | "do not call" |
| 8 | "do not hire" |
| 9 | "do-not-hire" |
| 10 | "free market" |
| 11 | "hands - off" |
| 12 | "hands -off" |
| 13 | "hands- off" |
| 14 | "hands-off" |
| 15 | "never counter" |
| 16 | "no counter*" |
| 17 | "no-hire" |
| 18 | "non - solicit*" |
| 19 | "non -solicit*" |
| 20 | "non- solicit*" |
| 21 | "non-solicit*" |
| 22 | "six month" w/2 rule |
| 23 | (agree* or hand* or tacit or understand* or verbal or unwritten or informal or unspoken or table or deal or permission) w/5 (secret or "not known" or "do not tell" or hush or "don't tell" or HR or "human resources" or "can't tell" or "cannot tell" or quiet or hidden or hide or hid or cover or disguise or veil or suppress or "hold back") |
| 24 | (no or "not" or non or never or "don't" or "do not" or "can't" or cannot or "can not" or stop or end or "won't" or "will not") pre/3 (hire* or recruit* or employ* or solicit* or interview or "talk to" or offer or counter or call) |
| 25 | (no or non or "not" or never or don't or "do not" or "can't" or cannot or "can not") w/2 solicit* |
| 26 | bullet and (silver or magic*) |
| 27 | bully |
| 28 | CID |
| 29 | coldcall* |
| 30 | colligan |
| 31 | croner |

653099.02

| 32 | doj |
|---|---|
| 33 | dunlap |
| 34 | evil |
| 35 | facebook w/10 (compet* or pay or salar* or interview* or poach or calling or recruit* or raise* or employe* or hir* or compensation or call*) |
| 36 | gent* w/2 agree* |
| 37 | gent* w/2 understand* |
| 38 | gloves off |
| 39 | gloves on |
| 40 | hands off |
| 41 | handsoff |
| 42 | honor* w/5 (agree* or understand* or process or arrangement) |
| 43 | illegal |
| 44 | informal w/2 agree* |
| 45 | informal w/2 polic* |
| 46 | informal w/2 understand* |
| 47 | injunction |
| 48 | justice |
| 49 | laika |
| 50 | limit* w/5 compet* |
| 51 | moratorium |
| 52 | no recruit |
| 53 | notif* w/5 HR |
| 54 | off limit* |
| 55 | passive w/5 (candidate* or person or employ* or people or talent) |
| 56 | permission w/5 (offer* or bid* or recrui*t or hir* or call*) |
| 57 | pillag* |
| 58 | poach* |
| 59 | poach* or ("no-poach*" or" anti-poach*") |
| 60 | prohib* w/5 (recruit* or hir* or call or contact) |
| 61 | radford |
| 62 | raid* |
| 63 | subpoena |
| 64 | tacit w/2 agree* |
| 65 | tacit w/2 understand* |
| 66 | threat* |
| 67 | unlawful |
| 68 | unspoken w/2 agree* |
| 69 | unspoken w/2 polic* |
| 70 | unspoken w/2 understand* |

| | |
|---|---|
| 71 | unwritten w/2 agree* |
| 72 | unwritten w/2 polic* |
| 73 | unwritten w/2 understand* |
| 74 | verbal w/2 agree* |
| 75 | verbal w/2 understand* |
| 76 | violate |
| 77 | won't compete |
| 78 | wrong |
| 79 | zuck* |
| **Terms Based on Lucasfilm-Specific Search Terms** | |
| 1 | ("adobe.com" or "apple.com" or "google.com" or "intel.com" or "intuit.com" or "pixar.com" or "Disney.com" or "facebook.com" or "palm.com") w/25 (solicit* or poach or recruit* or target* or approach* or raid* or (gentlem* w/3 agreement) or ((mak* or made or exten*) w/10 offer*) or (Counter* and not counterpart*) or (hire or hiring) or "non-compete" or "do not contact" or "cold call") |
| 2 | (agree or hand* or tacit or understand* or solicit or recruit or pay or compensation or bonus or offer or applica* or candidat* or target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten or informal or unspoken or table or deal or permission or green or ok or target or prospect* or "cold call" or passive) w/5 (Adobe or Apple or Google or Intel or Pixar) |
| 3 | (Ed or Edward) w/2 Martin |
| 4 | (Jon or John or Jonathan) w/2 Rosenberg |
| 5 | (Michael or Mike) w/2 McNeal |
| 6 | Arnnon |
| 7 | Baja |
| 8 | Bechtel |
| 9 | "best and final offer" |
| 10 | Bock |
| 11 | Campbell |
| 12 | Catmull |
| 13 | Chizen |
| 14 | DC Studios |
| 15 | Elop |
| 16 | Evangelista |
| 17 | Felch |
| 18 | Fennell |
| 19 | final w/2 best |
| 20 | Gaither |
| 21 | Geshuri |
| 22 | Lambert |
| 23 | Laszlo |

| | |
|---|---|
| 24 | Lintner |
| 25 | Narayen |
| 26 | Otellini |
| 27 | Pandemic |
| 28 | Red Storm |
| 29 | Schmidt and Google |
| 30 | Secret Level |
| 31 | Shantanu |
| 32 | sjobs |
| 33 | Stinson |
| 34 | Townsley |
| 35 | Vijungco |
| 36 | Whiteley |
| **Terms Based on Original DOJ Search Terms** | |
| 1 | "Alias/Wavefront" |
| 2 | "Artificial Mind Movement" |
| 3 | "brain drain" |
| 4 | "contract employee" |
| 5 | "coordinator binder" |
| 6 | "courtesy notice" |
| 7 | "Day 1" |
| 8 | "Day One" |
| 9 | "Digital Domain" |
| 10 | "do not compete" |
| 11 | "do not contact" |
| 12 | "do not re-engage" |
| 13 | "heads up" |
| 14 | "n-Space" |
| 15 | "Natural Motion" |
| 16 | "no hire" |
| 17 | "Pacific Data Images" |
| 18 | "R and H" |
| 19 | "Sony Imageworks" |
| 20 | "Sony Online" |
| 21 | "The Secret Lab" |
| 22 | "Traveler's Tale" |
| 23 | "under contract" |
| 24 | A2M |
| 25 | Activision w/25 (solicit* or poach or recruit* or target* or approach* or raid* or (gentlem* w/3 agreement) or ((mak* or made or exten*) w/10 offer*) or (Counter* and not |

653099.02

|    |    |
|----|----|
|    | counterpart*) or (hire or hiring) or "non-compete" or "do not contact" or "cold call") |
| 26 | Alias Wavefront |
| 27 | Amaze |
| 28 | antitrust |
| 29 | Avalanche |
| 30 | Bioware |
| 31 | Blue Sky |
| 32 | Blur |
| 33 | Bungee |
| 34 | Chrome |
| 35 | Cinecite |
| 36 | competition |
| 37 | competitor |
| 38 | counteroffer |
| 39 | courtesy call |
| 40 | DD |
| 41 | Disney w/25 (solicit* or poach or recruit* or target* or approach* or raid* or (gentlem* w/3 agreement) or ((mak* or made or exten*) w/10 offer*) or (Counter* and not counterpart*) or (hire or hiring) or "non-compete" or "do not contact" or "cold call") |
| 42 | DNA |
| 43 | DNC |
| 44 | DNH |
| 45 | DNR |
| 46 | DreamWorks w/25 (solicit* or poach or recruit* or target* or approach* or raid* or (gentlem* w/3 agreement) or ((mak* or made or exten*) w/10 offer*) or (Counter* and not counterpart*) or (hire or hiring) or "non-compete" or "do not contact" or "cold call") |
| 47 | EA w/25 (solicit* or poach or recruit* or target* or approach* or raid* or (gentlem* w/3 agreement) or ((mak* or made or exten*) w/10 offer*) or (Counter* and not counterpart*) or (hire or hiring) or "non-compete" or "do not contact" or "cold call") |
| 48 | Electronic Arts w/25 (solicit* or poach or recruit* or target* or approach* or raid* or (gentlem* w/3 agreement) or ((mak* or made or exten*) w/10 offer*) or (Counter* and not counterpart*) or (hire or hiring) or "non-compete" or "do not contact" or "cold call") |
| 49 | Escape |
| 50 | Framestore |
| 51 | Free Radical |
| 52 | Frontier |
| 53 | Havoc |
| 54 | Havok |
| 55 | IM Digital |
| 56 | IMD |

653099.02

| 57 | Krome |
|---|---|
| 58 | KUJU |
| 59 | MANIX |
| 60 | Microsoft w/25 (solicit* or poach or recruit* or target* or approach* or raid* or (gentlem* w/3 agreement) or ((mak* or made or exten*) w/10 offer*) or (Counter* and not counterpart*) or (hire or hiring) or "non-compete" or "do not contact" or "cold call") |
| 61 | non-compete |
| 62 | Obsidian |
| 63 | Orphanage |
| 64 | outplacement |
| 65 | PDI |
| 66 | Petroglyph |
| 67 | Pinnacle |
| 68 | Pixar |
| 69 | Pixelux |
| 70 | Puffin |
| 71 | R H |
| 72 | Radium |
| 73 | Rebellion |
| 74 | recruiting bible |
| 75 | Red Flag |
| 76 | Rhythm AND Hues |
| 77 | Rhythm Hues |
| 78 | SGI |
| 79 | solicit |
| 80 | Sony w/25 (solicit* or poach or recruit* or target* or approach* or raid* or (gentlem* w/3 agreement) or ((mak* or made or exten*) w/10 offer*) or (Counter* and not counterpart*) or (hire or hiring) or "non-compete" or "do not contact" or "cold call") |
| 81 | Tata |
| 82 | The Mill |
| 83 | Tippett |
| 84 | TT Games |
| 85 | ViFX |
| 86 | Western |
| 87 | Weta |
| 88 | Whiskeytree |
| 89 | Whiskytree |

653099.02