# EXHIBIT R

## COVINGTON & BURLING LLP

| | | |
|---|---|---|
| 1201 PENNSYLVANIA AVENUE NW<br>WASHINGTON, DC 20004-2401<br>TEL 202.662.6000<br>FAX 202.662.6291<br>WWW.COV.COM | BEIJING<br>BRUSSELS<br>LONDON<br>NEW YORK<br>SAN DIEGO<br>SAN FRANCISCO<br>SILICON VALLEY<br>WASHINGTON | JONATHAN HERCZEG<br>TEL 202.662.5052<br>FAX 202.778.5052<br>JHERCZEG @ COV.COM |

May 2, 2012

BY EMAIL

Dean Harvey
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339

   Re: **In re High-Tech Employee Antitrust Litigation, 11-cv-2509-LHK (N.D. Cal.)**

Dear Dean:

  I am writing to follow-up on our correspondence regarding search terms that Pixar is using in its search of ESI for documents responsive to Plaintiffs' First Set of Requests for Production of Documents and custodians whose ESI Pixar will search.

### Search Terms

  We wrote on April 6 with a set of terms that we agreed to test against the ESI we had collected. We have now settled on a reasonable set of terms and boolean strings based on those tests that we believe are likely to yield responsive information. Attachment A to this letter contains those terms.

  As I previously wrote, we have moved ahead with our search for responsive information based on these terms. If there are additional terms that you believe would result in discovery of responsive, non-duplicative information without undue burden to Pixar, we would be open to meeting and conferring about such a request.

### Custodians

  Our April 6 letter also set out our proposal regarding custodians. As agreed between the parties and as ordered by the Court at the Case Management Conference on April 18, Pixar will produce documents as follows: 1) Pixar will produce documents, if any, from the files of Edwin Catmull, Lori McAdams, and James Morris ("key custodians") for the time period from January

COVINGTON & BURLING LLP

Dean Harvey
April 3, 2012
Page 2

1, 2004 to December 31, 2011; 2) Pixar will produce non-privileged responsive documents, if any, from the files of non-key custodians for the time period from January 1, 2004 through the date which Pixar collected documents from those custodians to respond to the Civil Investigative Demands issued by the Department of Justice. Pixar will also search files of Steve Jobs located pursuant to a reasonably diligent search and produce non-privileged responsive documents, if any. As we have previously discussed, if after reviewing Pixar's production plaintiffs see a need for documents from a specific custodian for the period following the DOJ collection, we are open to meeting and conferring about such a request.

    As you know, the deadlines Judge Koh set in this case are imminently approaching. Since you did not respond to our April 6 letter, we understand that you have no issues with our approach. Should you have any concerns now, please let us know promptly.

Sincerely,

Jonathan Herczeg

COVINGTON & BURLING LLP

Dean Harvey
April 3, 2012
Page 3

## Attachment A

| All Defendants Search Terms |
|---|
| poach* |
| off limit* |
| hands off |
| hands-off |
| hands- off |
| hands -off |
| hands - off |
| handsoff |
| cold call* |
| cold-call* |
| coldcall* |
| non-solicit* |
| non- solicit* |
| non -solicit* |
| non - solicit* |
| gent* w/2 agree* |
| tacit w/2 agree* |
| informal w/2 agree* |
| unwritten w/2 agree* |
| verbal w/2 agree* |
| unspoken w/2 agree* |
| hand* /2 agree* |
| gent* w/2 understand* |
| tacit w/2 understand* |
| informal w/2 understand* |
| unwritten w/2 understand* |
| verbal w/2 understand* |
| unspoken w/2 understand* |
| hand* /2 understand* |
| limit* w/5 compet* |
| bid* /2 war |
| n* /2 solicit* |
| notif* /5 HR |
| (six month) w/10 rule |
| do-not-hire |
| do not hire |
| won't compete |
| no w/1 compet* |
| never counter |
| (no or non or never or don't or "do not" or can't or cannot or "can not" or stop or end or won't or "will not") w/3 (hire* or recruit* or employ* or solicit* or interview or "talk to" or "offer" or "counter" or "call") |
| moratorium |
| raid* |

COVINGTON & BURLING LLP

Dean Harvey
April 3, 2012
Page 4

| |
|---|
| pillag* |
| compet* /5 (employ* or labor or talent or candidat* or jobs or compensation or pay or salar* or interview* or benchmark or survey or poach or recruit* or hir*) |
| antitrust |
| anti-trust |
| free market |
| facebook /10 (compet* or pay or salar* or interview* or poach or calling or recruit* or raise* or employe* or hir* or compensation or call*) |
| zuck* |
| sandberg |
| bully |
| doj |
| threat w/5 (hire* or recruit*) |
| CID |
| civil investigative demand |
| injunction |
| subpoena |
| colligan |
| passive /5 (candidate* or person or employ* or people or talent) |
| match w/10 position |
| (compensation or pay or benefit*) w/10 (survey* or analysis or study or market) |
| (salary or wage or recruit*) w/10 (survey* or analysis or study or market) |
| (bonus or hire or hiring or turnover) w/10 (survey* or analysis or study or market) |
| (raise or promot* or retain*) w/10 (survey* or analysis or study or market) |
| *poach* |
| do not approach |
| no recruit list |
| no hire list |
| counter-offer* |
| courtesy list |
| courtesy agree* |
| gent* w/2 polic* |
| tacit w/2 polic* |
| informal w/2 polic* |
| unwritten w/2 polic* |
| verbal w/2 polic* |
| unspoken w/2 polic* |
| hand* /2 polic* |
| prohib* /10 (recruit* or hir* or call or contact) |
| no counter* |
| violate |
| permission and (offer or bid or recruit or hire) |
| (stop or limit or restrict or rid or end) /5 (pursu* or solicit* or hir* or recruit* or offer* or counter* or bid* or call*) |
| (can't or cannot or won't or "will not") /5 (pursu* or solicit* or hir* or recruit* or offer* or counter* or bid* or call*) |
| bullet and (silver or magic*) |
| under the table |
| courtesy call* |

COVINGTON & BURLING LLP

Dean Harvey
April 3, 2012
Page 5

| |
|---|
| honor* /10 (agree* or understand* or process or arrangement) |
| gloves on |
| gloves off |
| (agree* or hand* or tacit or understand* or verbal or unwritten or informal or unspoken or table or deal or permission) w/5 (secret or (not known) or (do not tell) or hush or (don't tell) or (can't tell) or (cannot tell) or quiet or hidden or hide or hid or cover or disguise or veil or suppress or (hold back)) |
| **PIXAR Search Terms (in addition to DOJ Terms)** |
| (agree or hand* or tacit or understand*) /5 (Adobe or Apple or Google or Intel or Intuit or lucas* or ILM) |
| (solicit or recruit or pay or compensation or bonus or offer or applica* or candidat*) /5 (Adobe or Apple or Google or Intel or Intuit or lucas* or ILM) |
| (target or wage or benefit* or morale or fair or hire or compet* or employ* or verbal or unwritten) or informal or unspoken or table or deal or permission or green or ok or target or prospect* or (cold call) or passive) /5 (Adobe or Apple or Google or Intel or Intuit or lucas* or ILM) |
| (informal or unspoken or table or deal or permission or green or ok or target or prospect* or "cold call" or passive) /5(Adobe or Apple or Google or Intel or Intuit or lucas* or ILM) |
| Chizen |
| Shantanu |
| Narayen |
| Cottle |
| Murray /2 Demo |
| Elop |
| Morris /2 Donna |
| James /2 Stephens |
| Stinson |
| Townsley |
| Vijungco |
| Cook /2 Tim |
| Tom /2 Moyer |
| Mark /2 Bentley |
| Lambert |
| Tim /2 Larson |
| Scott /2 Gilfoil |
| Ann /2 Reeves |
| David /2 Alvarez |
| Baja |
| Bechtel |
| Felch |
| Gaither |
| Sewell w/2 (Bruce or Apple) |
| Otellini |
| Pat* /2 Murray |
| Deb* /2 Conrad |
| Pat* /2 Gelsinger |
| Don /2 Cooper |
| Gab* /2 Thompson |

COVINGTON & BURLING LLP

Dean Harvey
April 3, 2012
Page 6

| |
|---|
| Lar* /2 Walz |
| Evangelista |
| Cin* /2 Harper |
| Diane /2 Bryant |
| Campbell w/2 (Bill or Intuit) |
| Bill & Intuit |
| Brad /2 Smith |
| Lintner |
| Whiteley |
| (Michael or Mike) /2 McNeal |
| Fennell |
| Kerry /2 McLean |
| Laszlo |
| Bock |
| Shona /2 Brown |
| Alan /2 Eustace |
| Arnnon |
| Geshuri |
| Judy /2 Gilbert |
| (Jon or John or Jonathan) /2 Rosenberg |
| Eric /2 Schmidt |
| Schmidt and Google |
| Eric / 2 Google |
| eschmidt |
| Voort |
| Currey |
| (Sharon w/2 Coker) |
| BZ w/5 (ILM or Lucas or Lucasfilm) |
| Petroff |
| Steve /2 Mair |
| Gavgavian |
| GWL |
| *@adobe.com* |
| *@google.com* |
| *@intel.com* |
| *@intuit.com* |
| *@lucasfilm.com* |
| *@facebook.com* |
| *@ilm.com* |
| *@palm.com* |