# EXHIBIT 1

| EVENT | CURRENT DATE | PROPOSED EXTENSION |
|---|---|---|
| Motion for Class Certification | June 28, 2012 | October 26, 2012 (Friday) |
| Fact Discovery Cutoff | November 30, 2012 | March 29, 2013 (Friday) |
| Initial Expert Reports | December 14, 2012 | April 12, 2013 (Friday) |
| Opposition to Motion for Class Certification; Opposition to Expert Reports | August 2, 2012 | November 30, 2012 |
| Rebuttal Expert Reports | January 4, 2013 | May 3, 2013 (Friday) |
| Reply ISO Class Certification | August 30, 2012 | December 28, 2012 |
| Hearing on Motion for Class Certification | September 20, 2012 | January 28, 2013 |
| Expert Discovery Cutoff | January 25, 2013 | May 24, 2013 (Friday) |
| Dispositive Motions and Daubert Motions | March 14, 2013 | June 12, 2013 |

-2-

| EVENT | CURRENT DATE | PROPOSED EXTENSION |
|---|---|---|
| Hearing on Dispositive Motions and Daubert Motions | March 14, 2013 | July 12, 2013 (Friday) |
| Pretrial Conference | May 15, 2013 | September 12, 2013 (Thursday) |
| Jury Trial Date | June 10, 2013 | October 8, 2013 (Tuesday) |