# EXHIBIT 2

| EVENT | CURRENT DATE | PROPOSED EXTENSION |
|---|---|---|
| Motion for Class Certification | June 28, 2012 | December 14, 2012 |
| Fact Discovery Cutoff | November 30, 2012 | November 30, 2012 |
| Initial Expert Reports | December 14, 2012 | December 14, 2012 |
| Opposition to Motion for Class Certification; Opposition to Expert Reports | August 2, 2012 | January 18, 2013 |
| Rebuttal Expert Reports | January 4, 2013 | February 15, 2013 |
| Reply ISO Class Certification | August 30, 2012 | February 15, 2013 |
| Hearing on Motion for Class Certification | September 20, 2012 | TBD |
| Expert Discovery Cutoff | January 25, 2013 | March 8, 2013 |
| Dispositive Motions and Daubert Motions | March 14, 2013 | March 22, 2013 |
| Hearing on Dispositive Motions and Daubert Motions | March 14, 2013 | TBD |

-2-

| EVENT | CURRENT DATE | PROPOSED EXTENSION |
|---|---|---|
| Pretrial Conference | May 15, 2013 | May 15, 2013 |
| Jury Trial Date | June 10, 2013 | June 10, 2013 |