Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Lead Counsel for Plaintiff Class*

Joseph R. Saveri (State Bar No. 130064)
SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Plaintiffs' Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION PURSUANT TO CIVIL LOCAL RULE 6-3** |

After full consideration of the pleadings submitted by each party, and the papers on file herein, the Court orders that, pursuant to Civil Local Rule 6-3, Plaintiffs' Motion for Extension of Time is granted.  The revised case management scheduled is attached hereto.

**IT IS SO ORDERED.**

Dated: _____                    _____
                                                                  LUCY H. KOH
                                                                  United States District Judge

| EVENT | CURRENT DATE | PROPOSED EXTENSION |
|---|---|---|
| Motion for Class Certification | June 28, 2012 | October 26, 2012 (Friday) |
| Fact Discovery Cutoff | November 30, 2012 | March 29, 2013 (Friday) |
| Initial Expert Reports | December 14, 2012 | April 12, 2013 (Friday) |
| Opposition to Motion for Class Certification; Opposition to Expert Reports | August 2, 2012 | November 30, 2012 |
| Rebuttal Expert Reports | January 4, 2013 | May 3, 2013 (Friday) |
| Reply ISO Class Certification | August 30, 2012 | December 28, 2012 |
| Hearing on Motion for Class Certification | September 20, 2012 | January 28, 2013 |
| Expert Discovery Cutoff | January 25, 2013 | May 24, 2013 (Friday) |
| Dispositive Motions and *Daubert* Motions | March 14, 2013 | June 12, 2013 |
| Hearing on Dispositive Motions and *Daubert* Motions | March 14, 2013 | July 12, 2013 (Friday) |
| Pretrial Conference | May 15, 2013 | September 12, 2013 (Thursday) |
| Jury Trial Date | June 10, 2013 | October 8, 2013 (Tuesday) |

| EVENT | CURRENT DATE | PROPOSED EXTENSION |
|---|---|---|
| Motion for Class Certification | June 28, 2012 | December 14, 2012 |
| Fact Discovery Cutoff | November 30, 2012 | November 30, 2012 |
| Initial Expert Reports | December 14, 2012 | December 14, 2012 |
| Opposition to Motion for Class Certification; Opposition to Expert Reports | August 2, 2012 | January 18, 2013 |
| Rebuttal Expert Reports | January 4, 2013 | February 15, 2013 |
| Reply ISO Class Certification | August 30, 2012 | February 15, 2013 |
| Hearing on Motion for Class Certification | September 20, 2012 | TBD |
| Expert Discovery Cutoff | January 25, 2013 | March 8, 2013 |
| Dispositive Motions and *Daubert* Motions | March 14, 2013 | March 22, 2013 |
| Hearing on Dispositive Motions and *Daubert* Motions | March 14, 2013 | TBD |
| Pretrial Conference | May 15, 2013 | May 15, 2013 |
| Jury Trial Date | June 10, 2013 | June 10, 2013 |