UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | Master Docket No. 11-CV-2509-LHK<br><br>ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION; SETTING CASE MANAGEMENT CONFERENCE |

Before the Court is Plaintiffs' motion to extend the time to file their class certification motion from June 28, 2012, to October 26, 2012. ECF No. 137. Plaintiffs have failed to show good cause for a four-month extension on the deadline to file their class certification motion. Accordingly, the motion is DENIED. A case management conference is set for June 4, 2012, at 2:30 p.m. By 12:00 p.m. on June 1, 2012, the parties shall file their joint case management conference statement. The case management conference set for July 25, 2012, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: May 29, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2509-LHK
ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE MOTION FOR CLASS CERTIFICATION; SETTING CASE MANAGEMENT CONFERENCE