Joseph R. Saveri (State Bar No. 130064)
SAVERI LAW FIRM
255 California Street, Suite 450
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

Attorneys for Individual and Representative
Plaintiffs Michael Devine, Mark Fichtner,
Siddharth Hariharan, Brandon Marshall, and Daniel Stover

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: High-Tech Employee Antitrust Litigation | Master Docket No. 11-CV-2509-LHK |
| This Document relates to:<br>All Actions | **NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney Joseph R. Saveri (jsaveri@saverilawfirm.com) of the Saveri Law Firm, 255 California Street, Suite 450, San Francisco, California, 94111 as counsel of record in this action for Individual and Representative Plaintiffs Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, and Daniel Stover.

Dated: June 1, 2012

SAVERI LAW FIRM

By:   */s/ Joseph R. Saveri*
        Joseph R. Saveri

Attorneys for Individual and Representative Plaintiffs
Michael Devine, Mark Fichtner, Siddharth Hariharan,
Brandon Marshall, and Daniel Stover