1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan Glackin (State Bar No. 199643)
3   Dean Harvey (State Bar No. 250298)
    Anne B. Shaver (State Bar No. 255928)
4   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
5   San Francisco, California  94111-3339
    Telephone:  415.956.1000
6   Facsimile:  415.956.1008

7   Joseph R. Saveri (State Bar No. 130064)
    SAVERI LAW FIRM
8   255 California, Suite 450
    San Francisco, California 94111
9   Telephone: 415.500.6800
    Facsimile: 415.500.6803

10

11  *Proposed Interim Co-Lead Counsel for Plaintiff Class*

12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17  IN RE: HIGH-TECH EMPLOYEE              Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
18                                         **PLAINTIFFS' UNOPPOSED
    THIS DOCUMENT RELATES TO:              ADMINISTRATIVE MOTION TO AMEND
19                                         PRETRIAL ORDER NO. 1**
    All Actions
20

21

22          Pursuant to Civil Local Rule 7-11, Plaintiffs hereby file this Unopposed Motion to Amend

23  Pretrial Order No. 1 to jointly appoint Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff

24  Cabraser") and Saveri Law Firm as Interim Co-Lead Counsel for Plaintiffs and the Plaintiff Class.

25  A Proposed Order is attached hereto as Exhibit A.  Pursuant to Civil Local Rule 7-11(c), this

26  Administrative Motion is submitted for immediate determination without hearing.

27  I.      **BACKGROUND**

28          On September 9, 2011, the Court issued a Stipulated Pretrial Order As Modified No. 1

1040587.1                                              UNOPPOSED MOTION TO AMEND
                                                       CASE NO. 11-CV-2509-LHK

1   (Dkt. No. 64), designating Joseph R. Saveri of Lieff Cabraser as Interim Lead Counsel on behalf

2   of all Plaintiffs and the Proposed Class in the Consolidated Action.  On May 16, 2012, Richard

3   M. Heimann and Kelly M. Dermody entered notices of appearance for Lieff Cabraser.  (Dkt. Nos.

4   124 & 125.)  On May 25, 2012, Joseph R. Saveri left Lieff Cabraser to open Saveri Law Firm.

5   (Dkt. No. 136.)  Lieff Cabraser and Saveri Law Firm both wish to maintain their representation of

6   Plaintiffs and the proposed Class, and have the support of the named Plaintiffs and the Plaintiffs'

7   counsel firms to do so together.  *See* attached Declaration of Anne B. Shaver in Support of

8   Plaintiffs' Unopposed Motion to Amend Pretrial Order No. 1 ("Shaver Decl."), ¶ 5.  The Parties

9   have met and conferred, and Defense counsel have advised Plaintiffs' counsel that they do not

10  oppose this Motion.  *Id.*, ¶ 4.  Therefore, Plaintiffs' counsel brings this motion asking the Court to

11  amend Pretrial Order No. 1 to jointly appoint Lieff Cabraser and Saveri Law Firm as Interim Co-

12  Lead Counsel.

13  **II.    LIEFF CABRASER AND SAVERI LAW FIRM SHOULD BE APPOINTED AS
           INTERIM CO-LEAD COUNSEL.**

14

15          Lieff Cabraser and Saveri Law Firm are qualified to serve as Interim Co-Lead Counsel

16  and are committed to working together for the benefit of the class.  Shaver Decl., ¶ 14;

17  Declaration of Joseph R. Saveri in Support of Plaintiffs' Unopposed Motion to Amend Pretrial

    Order No. 1 ("Saveri Decl.), ¶¶ 2-4.

18
            Lieff Cabraser is qualified to continue serving as Interim Co-Lead Counsel in this case.
19
    The Lieff Cabraser team, consisting of partners Richard M. Heimann, Kelly M. Dermody, Eric B.
20
    Fastiff, and Brendan P. Glackin, and associates Dean M. Harvey and Anne B. Shaver, has already
21
    undertaken substantial leadership responsibilities for the benefit of the Plaintiffs and the proposed
22
    class.  Shaver Decl, ¶ 13.  Lieff Cabraser is fully committed to continuing that effort.
23
            As set forth in the Lieff Cabraser firm resume attached as Exhibit A to the Declaration of
24
    Anne B. Shaver, partner Richard M. Heimann is a highly-regarded trial lawyer, with extensive
25
    experience litigating plaintiff-side antitrust, securities, consumer, and personal injury cases.
26
    Shaver Decl., Ex. A; *see also id.*, ¶ 7.  He has tried over thirty civil jury trials, and is currently co-
27
    lead trial counsel trying the antitrust matter *In re: TFT-LCD (Flat Panel) Antitrust Litig.*, No.
28

1  MDL 3:07-md-1827, before Judge Susan Illston in this District. *Id.* Partner Kelly M. Dermody

2  chairs Lieff Cabraser's employment practice, and has extensive experience litigating plaintiff-side

3  employment and consumer matters, including matters related to employee compensation that

4  have involved vast personnel databases of the type involved in this litigation. *Id.*, ¶ 8. She serves

5  as the president of the Bar Association of San Francisco and is a Member of the Governing

6  Council of the American Bar Association's Section of Labor and Employment Law. *Id.* Partner

7  Eric B. Fastiff chairs Lieff Cabraser's antitrust and intellectual property practice, and has served

8  as co-lead counsel in numerous antitrust matters, including *In re: TFT-LCD Antitrust Litig.*,

9  *supra*, and *Sullivan v. DB Investments*, No. 04-02819 (D. N.J.). *Id.*, ¶ 9. Partner Brendan P.

10  Glackin is a member of Lieff Cabraser's antitrust practice group, with expertise in the

11  telecommunications, computer, and high-tech industries. *Id.*, ¶ 10. He is also a member of the

12  *TFT-LCD* team, and served as co-lead trial counsel in the antitrust matter *Meijer v. Abbott*

13  *Laboratories*, No. C 07-5985, before Judge Claudia Wilken in this District. *Id.*

14      Associate Dean M. Harvey is a member of Lieff Cabraser's antitrust practice group, with

15  five years' experience representing plaintiffs in antitrust class action litigation. *Id.*, ¶ 11. Mr.

16  Harvey has had substantial responsibility in this litigation from the start, including pre-filing

17  investigations, motion briefing, and appearing on behalf of Plaintiffs and the proposed class at all

18  hearings and case management conferences. *Id.* Mr. Harvey has been a primary point of contact

19  for telephonic and in-person conferences with Defendants. *Id.* Associate Anne B. Shaver is an

20  associate in Lieff Cabraser's employment practice group, with three years' experience

21  representing employees in wage and hour and discrimination class actions. *Id.*, ¶ 12.

22      The Lieff Cabraser firm has been involved in all aspects of case prosecution and

23  management since the inception of the case. *Id.*, ¶ 13.

24      The Court previously appointed Joseph Saveri as Interim Lead Counsel while he was a

25  partner at the Lieff Cabraser firm. Saveri Decl., ¶ 2. To date, Mr. Saveri has played an integral

26  role in each phase of the litigation. *Id.* ¶ 3. Mr. Saveri, along with the Lieff Cabraser team,

27  investigated and filed these actions. *Id.* Mr. Saveri has successfully briefed and argued all

28  motions and represented plaintiffs at all case management conferences and other proceedings

1 | before the Court.  *Id.*  Mr. Saveri negotiated the litigation schedule with defendants.  *Id.*

2 |  Mr. Saveri organized the discovery in this matter and met and conferred with Defendants on

3 | numerous occasions on scheduling, discovery—including ESI and data production—and other

4 | case management issues.  *Id.*  Prior to opening his own law firm, Mr. Saveri served as the chair of

5 | Lieff Cabraser's antitrust and intellectual property practice group which was recognized this year

6 | as one of the top five practice groups in California.  *Id.*, ¶ 4.  During his 25 year career, Mr.

7 | Saveri has handled numerous groundbreaking and landmark antitrust and other cases, including

8 | most recently the direct purchaser price-fixing claims against the cartel of TFT-LCD

9 | manufacturers which has produced over $400 million in settlements.  Mr. Saveri has been

10 | recognized as a leader in the antitrust field.  *Id.*

11 |     Lieff Cabraser and the Saveri Law Firm respectfully submit that together they will provide

12 | the leadership and expertise necessary for a case of this size and complexity.

13 | **III.    CONCLUSION**

14 |     For the reasons set forth herein, Plaintiffs respectfully request that Stipulated Pretrial

15 | Order As Modified No. 1 be amended to appoint jointly Lieff, Cabraser, Heimann & Bernstein,

16 | LLP and Saveri Law Firm as Plaintiffs' Interim Co-Lead Counsel.

17 | Dated:  June 3, 2012                              Respectfully Submitted,

18 |

19 |

20 |                                                    By: */s/ Kelly M. Dermody*

21 |                                                    Richard M. Heimann (State Bar No. 63607)
      |                                                    Kelly M. Dermody (State Bar No. 171716)
22 |                                                    Eric B. Fastiff (State Bar No. 182260)
      |                                                    Brendan Glackin (State Bar No. 199643)
23 |                                                    Dean Harvey (State Bar No. 250298)
      |                                                    Anne B. Shaver (State Bar No. 255928)
24 |                                                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
      |                                                    275 Battery Street, 29th Floor
25 |                                                    San Francisco, California  94111-3339
      |                                                    Telephone: 415.956.1000
26 |                                                    Facsimile: 415.956.1008

27 |

28 |

1  Dated:  June 3, 2012                    By: */s/ Joseph R. Saveri*

2                                          Joseph R. Saveri (State Bar No. 130064)
                                           SAVERI LAW FIRM
3                                          255 California, Suite 450
                                           San Francisco, California 94111
4                                          Telephone: 415.500.6800
                                           Facsimile: 415.500.6803
5
                                           *Proposed Interim Co-Lead Counsel for Plaintiff Class*
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28