# EXHIBIT A – [Proposed] Order

1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, California  94111-3339
   Telephone:  415.956.1000
6  Facsimile:  415.956.1008

7  Joseph R. Saveri (State Bar No. 130064)
   SAVERI LAW FIRM
8  255 California, Suite 450
   San Francisco, California 94111
9  Telephone: 415.500.6800
   Facsimile: 415.500.6803
10

11  *Proposed Interim Co-Lead Counsel for Plaintiff Class*

12
13                     UNITED STATES DISTRICT COURT
14                    NORTHERN DISTRICT OF CALIFORNIA
15                            SAN JOSE DIVISION
16

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br><br>All Actions | **[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND PRETRIAL ORDER NO. 1** |

   After consideration of the unopposed motion submitted by Plaintiffs, and the papers on file herein, the Court orders that Plaintiffs' Unopposed Motion to Amend Pretrial Order No. 1 is granted.  The Court hereby jointly appoints Lieff, Cabraser, Heimann & Bernstein, LLP and Saveri Law Firm as Interim Co-lead Counsel for Plaintiffs and the Plaintiff Class.

   **IT IS SO ORDERED.**

   Dated: _____          _____
                                  LUCY H. KOH
                                  United States District Judge