Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Proposed Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO AMEND PRETRIAL ORDER NO. 1** |

After consideration of the unopposed motion submitted by Plaintiffs, and the papers on file herein, the Court orders that Plaintiffs' Unopposed Motion to Amend Pretrial Order No. 1 is granted. The Court hereby jointly appoints Lieff, Cabraser, Heimann & Bernstein, LLP and Saveri Law Firm as Interim Co-lead Counsel for Plaintiffs and the Plaintiff Class.

**IT IS SO ORDERED.**

Dated: June 4, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1041154.1

[PROPOSED] ORDER
MASTER DOCKET NO. 11-CV-2509-LHK