UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>CASE MANAGEMENT ORDER; REFERRAL OF DISCOVERY; FURTHER CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge

Plaintiffs' Attorneys: Joseph Richard Saveri, Kelly M. Dermody, Anne Brackett Shaver, Dean Michael Harvey,

Defendants' Attorneys: David Craig Kiernan for Adobe Systems, Inc. and Intuit Inc.; George Riley and Michael Frederick Tubach for Apple Inc.; Lee H. Rubin for Google Inc.; Frank Hinman for Intel Corp.; Daniel Edward Purcell for Lucasfilm Ltd.; Emily Johnson Henn for Pixar.

**I.  Case Management Order**

A case management conference was held on June 4, 2012.  A further case management conference is set for September 12, 2012, at 2:00 p.m.  At the hearing, the Court ordered as follows:

Regarding Discovery Dispute Joint Report # 2, the Court DENIED Plaintiffs' motion to quash the third-party subpoenas and destroy any documents already received pursuant to these subpoenas.  Defendants' third-party subpoenas are a proper method of discovery, seek the production of relevant documents, and may proceed.

Named Plaintiffs shall produce their resumes by June 5, 2012, and begin rolling production of documents relating to Named Plaintiffs' employment and compensation history by June 8, 2012. The production of documents relating to Named Plaintiffs' employment and compensation history shall be completed by June 15, 2012.  By June 18, 2012, Plaintiffs' counsel shall file a declaration stating whether they complied with the June 5, 8 and 15, 2012 deadlines regarding the production of documents relating to Named Plaintiffs' employment and compensation history.

At the June 4, 2012 case management conference, Defendants stated they would complete their productions by June 8, 2012, except for the overtime compensation data, and that only clean up discovery would take place the week of June 11, 2012.

At the case management conference, the Court modified the case schedule as follows:
SUBSTANTIAL COMPLETION OF ROLLING PRODUCTION OF DOCUMENTS is June 15, 2012.

Case No.: 11-CV-2509-LHK
CASE MANAGEMENT ORDER; DISCOVERY REFERRAL; FURTHER CASE MANAGEMENT ORDER

MOTION FOR CLASS CERTIFICATION must be filed no later than July 19, 2012.  The joint opposition is due August 30, 2012, and the reply is due September 20, 2012.  The hearing on the motion for class certification is set for October 11, 2012, at 1:30 p.m.

FACT DISCOVERY CUTOFF is November 30, 2012.

INITIAL EXPERT REPORTS: December 14, 2012.

REBUTTAL EXPERT REPORTS: January 4, 2013.

EXPERT DISCOVERY CUTOFF is January 25, 2013.

DISPOSITIVE MOTIONS and DAUBERT MOTIONS shall be filed by February 7, 2013, and set for hearing no later than March 14, 2013, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is May 15, 2013, at 2 p.m.

JURY TRIAL DATE is June 10, 2013, at 9 a.m. in courtroom 8, 4th floor.

TRIAL LENGTH is estimated to be 15 days.

## II.   Further Case Management Order

In addition, upon further reflection, the Court also orders the following:

1. All future discovery disputes are referred to Magistrate Judge Grewal;

2. By June 18, 2012, Defendants shall file a declaration stating whether they completed their document and data productions by June 15, 2012;

3. On June 6, 2012, the parties shall meet and confer regarding Defendants' production of overtime compensation data to agree upon narrowly tailored information;

4. Defendants' production of overtime compensation data must be completed by June 26, 2012; and

5. By June 29, 2012, Plaintiffs shall file a status report regarding the status of their document and data collection and review.

**IT IS SO ORDERED.**

Dated:  June 5, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2509-LHK
CASE MANAGEMENT ORDER; DISCOVERY REFERRAL; FURTHER CASE MANAGEMENT ORDER