UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court: 1h24m

**JUDGE LUCY H. KOH**

CRT REPRTR:   LEE-ANNE SHORTRIDGE                          DATE:    6/4/12
COURTROOM DEPUTY: MARTHA PARKER BROWN

CASE #:    C 11-02509LHK

CASE TITLE:      IN RE: HIGH-TECH EPLOYEE ANTITRUST LITIGATION

**Appearances**

ANNE B.SHAVER, DEAN M. HARVEY,          MICHAEL F. TUBACH, GEORGE A. RILEY
KELLY M. DERMODY, JOSEPH R. SAVERI                for APPLE

   for PLAINTIFFS                                  FRANK M HINMAN for INTEL
LEE H. RUBIN for GOOGLE                            EMILY JOHNSON HENN for PIXAR
  DAVID C. KIERNAN for ADOBE/INTUIT               DANIEL PURCELL for LUCASFILM

**TODAY'S PROCEEDINGS**

{ X }FURTHER CASE MANAGEMENT CONF.   { } PRE-TRIAL  CONF.   { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1._____ |
| { } | { } | { } | 2._____ |
| { } | { } | { } | 3._____ |
| { } | { } | { } | 4._____ |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[ ] SETTLED      [ ] NOT SETTLED  [ ] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[  ] GRANTED          [  ] DENIED          [  ] SUBMITTED          [  ] DENIED/GRANTED in part

_____      _____      _____      _____

***[  ] BRIEFS TO BE FILED AS FOLLOWS***:

{ X } Cont'd to 9/12/12  @ 2:00 P.M. For    FURTHER SETTLEMENT CONFERENCE

_____

**ORDER TO BE PREPARED BY:**    [ ]PLTF;    [ ]DEFT;    [ ]COURT
Additional Comments: CASE MANAGEMENT CONFERENCE IS HELD. THE COURT WILL ISSUE A FURTHER
CASE MANAGEMENT ORDER.