1  Linda P. Nussbaum (Pro Hac Vice)
   GRANT & EISENHOFER P.A.
2  485 Lexington Avenue, 29th Floor
   New York, NY 10017
3  Telephone: (646) 722-8500
4  Facsimile: (646) 722-8501

5  *Counsel for Plaintiff Class*

6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10             SAN JOSE DIVISION

11
12 IN RE: HIGH-TECH EMPLOYEE           )  Master Docket No.: 11-CV-2509-LHK
   ANTITRUST LITIGATION                )
13                                     )  **NOTICE OF WITHDRAWAL OF**
   THIS DOCUMENT RELATES TO:           )  **COUNSEL**
14                                     )
   ALL ACTIONS                         )
15                                     )

16     PLEASE TAKE NOTICE that John D. Radice, a former attorney of the law firm of Grant
17 & Eisenhofer P.A. and a former attorney for Plaintiffs' Class, is hereby withdrawn as counsel
18 for Plaintiffs' Class in the above-captioned case. Grant & Eisenhofer P.A. remains as counsel for
19 Plaintiffs' Class.

20     This change is effective immediately.

21
22 Dated: June 14, 2012              By:   /s/ Linda P. Nussbaum
                                          Linda P. Nussbaum (Pro Hac Vice)
23                                        GRANT & EISENHOFER P.A.
                                          485 Lexington Avenue, 29th Floor
24                                        New York, NY 10017
                                          Telephone: (646) 722-8500
25                                        Facsimile: (646) 722-8501

26
27
28