ROBERT T. HASLAM (State Bar No. 71134)
EMILY JOHNSON HENN (State Bar No. 269482)
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:     (650) 632-4700
Facsimile:       (650) 632-4800

DEBORAH A. GARZA, *pro hac vice*
JONATHAN HERCZEG, *pro hac vice*
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:     (202) 662-6000
Facsimile:       (202) 662-6291

*Attorneys for Defendant Pixar*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING AMENDING ANSWERS AND AFFIRMATIVE DEFENSES** |

This Stipulation and Proposed Order is entered into by and among the parties to the above captioned actions.

**WHEREAS**, on May 21, 2012, Defendants filed answers to the Consolidated Amended Complaint (Dkt Nos. 126, 127, 128, 129, 130, 131 & 132); and

**WHEREAS**, on June 7, 2012, Plaintiffs wrote to Defendants claiming various deficiencies with respect to Defendants' affirmative defenses:

The parties agree as follows and request that the Court enter an Order approving this Stipulation.

1.       Defendants in the above-captioned cases shall have 21 days from the date of this Stipulation to file amended answers and affirmative defenses.  Defendants' amended answers and affirmative defenses shall not include any new affirmative defenses.  Without conceding that Plaintiffs' arguments have merit, Defendants agree to consider Plaintiffs' arguments in an effort to avoid motions practice.

2.       Plaintiffs in the above-captioned cases shall have 21 days from the filing of each Defendant's amended answer and affirmative defenses to seek relief pursuant to Rule 12(f).

3.       Plaintiffs acknowledge that this Stipulation shall not foreclose Defendants from seeking leave to amend or add affirmative defenses or specific denials after Defendants have filed their amended answers and affirmative defenses.

Dated:  June 14, 2012         COVINGTON & BURLING LLP

By:      /s/
          Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

Deborah A. Garza, *pro hac vice*
Jonathan Herczeg, *pro hac vice*
COVINGTON & BURLING LLP
1201 Pennsylvania Ave., NW
Washington, DC  20004
Telephone:   (202) 662-6000
Facsimile:      (202) 662-6291

*Attorneys for Defendant PIXAR*

Dated: June 14, 2012    O'MELVENY & MYERS LLP

By: /s/
Michael F. Tubach

George Riley
Michael F. Tubach
Lisa Chen
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated: June 14, 2012    KEKER & VAN NEST LLP

By: /s/
Daniel Purcell

John W. Keker
Daniel Purcell
Eugene M. Page
Paula L. Blizzard
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

Dated: June 14, 2012    JONES DAY

By: /s/
David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
Catherine T. Broderick
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

| | | |
|---|---|---|
| 1 | Dated: June 14, 2012 | JONES DAY |
| 2 | | |
| 3 | | By: _____/s/_____<br>David C. Kiernan |
| 4 | | Robert A. Mittelstaedt |
| 5 | | Craig A. Waldman<br>David C. Kiernan |
| 6 | | Catherine T. Broderick<br>Craig E. Stewart |
| 7 | | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 8 | | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 9 | | *Attorneys for Defendant INTUIT INC.* |
| 10 | Dated: June 14, 2012 | MAYER BROWN LLP |
| 11 | | |
| 12 | | By: _____/s/_____<br>Lee H. Rubin |
| 13 | | Lee H. Rubin |
| 14 | | Edward D. Johnson<br>Donald M. Falk |
| 15 | | Two Palo Alto Square<br>3000 El Camino Real, Suite 300 |
| 16 | | Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2057 |
| 17 | | Facsimile: (650) 331-4557 |
| 18 | | *Attorneys for Defendant GOOGLE INC.* |
| 19 | Dated: June 14, 2012 | BINGHAM McCUTCHEN LLP |
| 20 | | |
| 21 | | By: _____/s/_____<br>Frank M. Hinman |
| 22 | | Donn P. Pickett |
| 23 | | Frank M. Hinman<br>Three Embarcadero Center |
| 24 | | San Francisco, CA 94111<br>Telephone: (415) 393-2000 |
| 25 | | Facsimile: (415) 383-2286 |
| 26 | | *Attorneys for Defendant INTEL CORPORATION* |
| 27 | | |
| 28 | | |

|   |   |   |
|---|---|---|
|   |   | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| Dated: June 14, 2012 | By: | /s/ |
|   |   | Kelly M. Dermody |

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Co- Lead Counsel for Plaintiff Class*

Dated: June 14, 201            SAVERI LAW FIRM

By:          /s/
             Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co- Lead Counsel for Plaintiff Class*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

**SO ORDERED.**

Dated:  June 15,           . 2012

                    By:    *Lucy H. Koh*
                           Honorable Lucy H. Koh
                           United States District Judge