Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' NOTICE OF COMPLIANCE WITH THE COURT'S JUNE 5, 2012 CASE MANAGEMENT ORDER** |

**PLEASE TAKE NOTICE** that the Named Plaintiffs have complied with the Court's June 5, 2012 Case Management Order. (Dkt. No. 148.)

As set forth in the attached Declaration of Dean M. Harvey Regarding Plaintiffs' Compliance with the Court's June 5, 2012 Case Management Order ("Harvey Decl.") and the attached Declaration of Joseph R. Saveri Regarding Compliance with the Court's June 5, 2012 Case Management Order ("Saveri Decl."), Plaintiffs have complied with their discovery obligations. Harvey Decl., ¶¶ 2-13; Saveri Decl., ¶¶ 2-3.

1 On June 6, 2012, Plaintiffs produced resumes for all Named Plaintiffs. Harvey Decl., ¶ 10. Between June 5 and June 7, 2012, Plaintiffs served their Supplemental Interrogatory Responses regarding the three Named Plaintiffs that remained outstanding. *Id.*, ¶ 8. On June 8, 2012, Plaintiffs produced 2,381 documents, both from paper originals and from electronically stored information ("ESI"), regarding the Named Plaintiffs' employment and compensation history, including emails, correspondence, and other records. *Id.*, ¶ 11. On June 15, 2012, Plaintiffs produced 5,948 documents, and completed their production of documents regarding the Named Plaintiffs' employment and compensation history. *Id.*, ¶ 12. In total, Plaintiffs have produced 25,156 pages in response to Defendants' document requests.[1] *Id.*, ¶ 13.

Based on their investigation, Plaintiffs believe that they have identified, gathered and produced all responsive, non-privileged documents. Harvey Decl., ¶ 13; Saveri Decl., ¶ 3.

LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

Dated: June 18, 2012   By:   */s/ Kelly M. Dermody*
                                  Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

---

[1] Pursuant to the agreement of the parties, the documents have been produced in electronic form. The total size of Plaintiffs' production to date exceeds 4.8 gigabytes. Harvey Decl., ¶ 7.

| | | |
|---|---|---|
| 1 | Dated:  June 18, 201 | SAVERI LAW FIRM |
| 2 | | |
| 3 | | By: */s/ Joseph R. Saveri* |
| 4 | | Joseph R. Saveri |
| 5 | | Joseph R. Saveri (State Bar No. 130064)<br>SAVERI LAW FIRM |
| 6 | | 255 California, Suite 450<br>San Francisco, California 94111 |
| 7 | | Telephone: 415.500.6800<br>Facsimile: 415.500.6803 |
| 8 | | *Interim Co- Lead Counsel for Plaintiff Class* |

1043538.3

- 3 -

PLAINTIFFS' NOTICE OF COMPLIANCE WITH
THE COURT'S JUNE 5, 2012 CMO
Master Docket No. 11-CV-2509-LHK