Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM
255 California Street, Suite 450
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

Interim Co-Lead Counsel for Plaintiff Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: High-Tech Employee Antitrust Litigation**<br><br>This Document relates to:<br><br>**All Actions** | Master Docket No. 11-CV-2509-LHK<br><br>**Declaration of Joseph R. Saveri Regarding Compliance with the Court's June 5, 2012 Case Management Order** |

I, Joseph R. Saveri, declare as follows:

1. I am the Founding Partner of the Saveri Law Firm. I am one of the Court-appointed Interim Co-Lead Counsel for Plaintiff Class in this matter. I previously appeared in this matter on behalf of Plaintiffs during the time in which I was a partner at the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP. I submit this Declaration Regarding Compliance with the Court's June 5, 2012 Case Management Order. If called as a witness, I could and would testify competently to them.

2. Since its inception, I have been involved in all phases of litigation, including discovery. Among other things, I have participated in responding to Defendants' requests for production of documents, interrogatories and other discovery. I have personally participated in meet and confer sessions with the Defendants. I have supervised the collection, inspection, review and production of all reasonably accessible Plaintiffs' documents from paper and

regar

electronic sources, including electronic mail and other web based systems operated by third parties.

3. I have reviewed the Declaration of Dean Harvey Regarding Compliance with the Court's June 5, 2012 Case Management Order. I can attest to the accuracy of the facts stated in the Harvey Declaration. In particular, based upon my review of Defendants' discovery requests, my participation in meet and confer sessions with Defendants as to the requests and my personal involvement in Plaintiffs' counsels' efforts to comply with those requests, I reasonably believe that Plaintiffs completed their investigation and believe, based upon that investigation, that Plaintiffs have identified, gathered and produced all responsive, non-privileged documents on Friday, June 15, 2012. If it comes to my attention that there are any documents which have not been produced, they will be produced promptly.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct and that this Declaration is executed on June 18, 2012 at San Francisco, California.

By: */s/ Joseph R. Saveri*
Joseph R. Saveri