ROBERT T. HASLAM (S.B. #71134)
rhaslam@cov.com
EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:     (650) 632-4700
Facsimile:      (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JONATHAN HERCZEG (*pro hac vice*)
jherczeg@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:     (202) 662-6000
Facsimile:      (202) 662-6291

Attorneys for Defendant
PIXAR

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF JONATHAN HERCZEG REGARDING PIXAR'S PRODUCTION OF DOCUMENTS AND DATA** |

I, Jonathan Herczeg, declare as follows:

1. I am a member of the Bars of the District of Columbia and New York, and I am admitted to practice before this Court *pro hac vice*. I am an attorney at the law firm of Covington & Burling LLP, attorneys for Defendant Pixar. Pursuant to the Court's June 5, 2012 Case Management Order, I submit this declaration regarding Pixar's production of data and documents as of June 15, 2012. I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2. Pixar substantially completed its production of documents and data on June 15, 2012.

3. Pixar's production of data from its human resources databases has been substantially complete since April 18, 2012.  On May 23, 2012, Pixar produced additional data from those databases to fill inadvertent gaps in its earlier production.  On June 15, 2012, Pixar produced overtime data in response to a new request from Plaintiffs as well as data regarding benefits participation of Pixar employees.

4. Pixar began its production of documents from custodial searches on April 18, 2012.  Pixar began its production of documents based on a search for high-level and related documents on May 9, 2012.  Including its November 30, 2011 production of documents previously produced to the Department of Justice ("DOJ") and related communications, Pixar has produced a total of 4988 documents, amounting to 55,586 pages.

5. Pixar expects to produce a small quantity of documents after June 15, including documents that were initially withheld from Pixar's productions to date as potentially privileged to the extent that, on further review, Pixar determines they should not be so withheld.  Pixar anticipates producing these additional documents through rolling productions planned for June 27 and July 9.  Pixar plans to produce a privilege log by July 16.

6. In addition, Plaintiffs made a late request for Pixar to search the files of one additional custodian, Dawn Haagstad, for the period following the DOJ investigation.  As discussed with Plaintiffs, in response to this late request, Pixar has undertaken this additional search with the understanding that any responsive documents found from Ms. Haagstad's files will be produced as soon as possible after June 15.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed this 18th day of June 2012 in Washington, D.C.

By: /s/   Jonathan Herczeg
      Jonathan Herczeg

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jonathan Herczeg.

Dated:  June 18, 2012                          By:  /s/  Emily Johnson Henn
                                                              Emily Johnson Henn