| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
|   | SUJAL J. SHAH (SBN 215230) |
| 3 | FRANK BUSCH (SBN 258288) |
|   | Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286 |
|   | donn.pickett@bingham.com |
| 6 | frank.hinman@bingham.com |
|   | sujal.shah@bingham.com |
| 7 | frank.busch@bingham.com |
| 8 | Attorneys for Defendant |
|   | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: | **DECLARATION OF FRANK M. HINMAN REGARDING INTEL'S PRODUCTION OF DATA AND DOCUMENTS** |
| ALL ACTIONS | |

A/74972776.1

HINMAN DECLARATION RE INTEL PRODUCTION OF DATA AND DOCUMENTS

I, Frank M. Hinman, declare as follows:

1. I am a member of the Bar of the State of California and a partner in the law firm of Bingham McCutchen LLP, attorneys for Defendant Intel Corporation ("Intel").  Pursuant to the Court's June 4, 2012 Case Management Order, I submit this declaration regarding Intel's production of data and documents to date.  I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

Intel's Data Production

2. Intel completed its data production prior to June 15.  Most of it was completed in April.

3. On June 6, Intel met and conferred with Plaintiffs regarding their request for overtime compensation data, which is referenced in the June 4 Order.  I am informed that Plaintiffs indicated they were reconsidering their request and would inform Intel if they still wanted the data.  They have not done so.

Intel's Document Production

4. Intel substantially completed its document production on June 15.  In addition to its November 2011 production of documents previously produced to the Department of Justice, Intel reviewed and produced documents pursuant to two "tracks" agreed upon by the parties.  The production pursuant to the first track ("Track One") was based on custodian interviews, among other efforts, to identify responsive, high-level documents without the need to run search terms against electronically stored information (ESI).  The production pursuant to the second track ("Track Two") was based on ESI collections from custodians and the application of search terms.

5. Intel has produced approximately 27,810 documents, consisting of approximately 282,832 pages:

- On November 30, 2011, Intel produced approximately 2,070 documents.  This production included all documents it had produced to the United States Department of Justice in connection with *United States v. Adobe Systems, Inc.*, its responses to the interrogatories in DOJ's Civil Investigative Demand, and its correspondence with DOJ.

- On April 16, 2012, Intel produced approximately 124 Track One documents.
- On May 9, Intel produced approximately 12,712 Track One and Track Two documents.
- On May 25, Intel produced approximately 2,703 Track Two documents.
- On June 15, Intel produced approximately 10,201 Track Two documents.

6. Intel is currently completing its review of potentially privileged documents. In accordance with the parties' agreement, Intel will provide Plaintiffs with a privilege log on July 15. In addition, Intel will produce, on a rolling basis, any potentially privileged documents ultimately determined not to be privileged, either entirely or in part, with productions planned for June 25, July 6, and July 16.

7. In the past two weeks, Intel identified approximately 400 documents that are responsive to Plaintiffs' requests and contain, or are related to documents that contain, confidential third-party information. We are notifying the third parties that Intel plans to produce these documents under the Protective Order in this case. Subject to the resolution of any objections by the third parties, Intel will produce these documents on June 25.

8. At Google's request, Intel has temporarily withheld from production approximately 65 documents received or sent by Paul Otellini pursuant to his service on Google's Board of Directors. Google has requested additional time to review the documents to ensure that all personal information has been redacted and to make any other proper redactions (e.g., redaction of privileged communications). Intel will produce these documents (with appropriate redactions) as soon as Google has completed its review, which Google has represented to Intel will be done promptly.

//
//
//
//
//

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 18th day of June 2012 in Palo Alto, California.

By: s/Frank M. Hinman
Frank M. Hinman