GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
LISA CHEN (Bar No. 234681)
lisachen@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| | **DECLARATION OF CHRISTINA BROWN REGARDING APPLE INC.'S DOCUMENT AND DATA PRODUCTIONS** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

I, Christina Brown, declare as follows:

1.      I am a member of the Bar of the State of California and a counsel of the law firm of O'Melveny & Myers LLP, attorneys for Defendant Apple Inc. ("Apple").  I submit this declaration as directed by the Court's Further Case Management Order of June 5, 2012 (Dkt. 148), regarding Apple's productions of documents and data.  I have personal knowledge of the facts set forth in this declaration and, if called to testify as a witness, could and would do so competently.

2.      Apple has met the June 15, 2012 deadline for substantial completion of rolling production of documents, as follows:

a. Apple has produced to Plaintiffs all documents that Apple produced to the United States Department of Justice in connection with *United States v. Adobe Systems, Inc.* Apple produced the majority of these documents on November 30, 2011, and withheld a small number of the documents in order to honor its obligations with respect to confidential information belonging to third parties.  Apple produced these remaining documents on January 18, 2012.

b. Apple has completed its production of data in response to Plaintiffs' data requests in accordance with the deadlines established by the Court.  Apple produced its personnel data, including compensation data, on May 3, 2012.  Apple produced data regarding employee stock options, along with recruiting data, from its third party databases on May 9, 2012.  In all, Apple has produced data for tens of thousands of employees over an eleven-year period.

c. Apple has completed its production of responsive, "high-level" documents identified through employee interviews.

d. In addition, Apple has completed its search for documents for all eighteen custodians from whom Apple agreed to produce documents.  In this process, Apple has reviewed more than 250,000 documents and produced approximately 21,000 documents.  While Apple believes it has completed a reasonable search of all relevant data sources for the eighteen custodians, it is evaluating whether further searching is required for one custodian.  Pursuant to the parties' agreement, Apple will produce its privilege log by July 16, 2012.

1         I declare under penalty of perjury under the laws of the United States that the foregoing is

2   true and correct.  Executed this 18th day of June 2012 in San Francisco, California.

3

4                               By:  /s/ Christina J. Brown

                                    Christina J. Brown

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BROWN DECL. RE APPLE'S
DOCUMENT AND DATA PRODUCTIONS
NO. 11-CV-2509-LHK