Peter A. Barile III
GRANT & EISENHOFER, P.C.
485 Lexington Avenue
New York, NY 10022
(646) 722-8500
(302) 622-7100
pbarile@gelaw.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **APPLICATION FOR ADMISSION OF PETER A. BARILE III AS ATTORNEY FOR PLAINTIFFS *PRO HAC VICE*** |

    Pursuant to Civil L.R. 11-3, Peter A. Barile III, an active member in good standing of the bar of the states of New York, Connecticut, and the District of Columbia, hereby applies for admission to practice in the Northern District of California *pro hac vice* representing Plaintiffs.

    In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and

3. An attorney who is a member of the bar of this Court in good standing and who

1 | maintains an office within the State of California has been designated as co-counsel in
2 | the above-entitled action.  The name address and telephone number of that attorney is:
3 | Dean M. Harvey, Lieff, Cabraser, Heimann, & Bernstein LLP, 275 Battery Street, San
4 | Francisco, CA 94111, (415) 956-1000.
5 | I declare under penalty of perjury that the foregoing is true and correct.

7 | Dated: June 21, 2012

By:    s/Peter A. Barile III
Peter A. Barile III
GRANT & EISENHOFER, P.C.
485 Lexington Avenue
New York, NY 10022
(646) 722-8500
(302) 622-7100
pbarile@gelaw.com

- 2 -

APPLICATION FOR ADMISSION *PRO HAC VICE*
CASE NO. 11-CV-2509 LHK