# EXHIBIT A

1045750.2

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Motion for Class Certification | July 19, 2012 | September 17, 2012 |
| Opposition to Motion for Class Certification | August 30, 2012 | October 29, 2012 |
| Reply In Support of Class Certification | September 20, 2012 | November 19, 2012 or November 26, 2012[1] |
| Hearing on Motion for Class Certification | October 11, 2012 | December 10, 2012 or December 17, 2012 |
| Fact Discovery Cutoff | November 30, 2012 | January 29, 2013 |
| Initial Expert Reports | December 14, 2012 | February 12, 2013 |
| Rebuttal Expert Reports | January 4, 2013 | March 5, 2013 |
| Expert Discovery Cutoff | January 25, 2013 | March 26, 2013 |
| Dispositive Motions and Daubert Motions | February 7, 2013 | April 8, 2013 |

---

[1] Plaintiffs respectfully request that the Court consider restoring one week for Plaintiffs' Reply In Support of Class Certification. At the last case management conference, the schedule was modified to provide Defendants an additional week for their class certification opposition. With the additional week Plaintiffs request, Plaintiffs' Reply would be due on November 26, the Monday following the Thanksgiving holiday. Plaintiffs would prefer this schedule to the current, 3-week schedule due to the volume of information that Defendants can be reasonably expected to submit with their class certification opposition, their expert report(s) and other filings. If the Court were inclined to accommodate this request, however, Plaintiffs note that it might leave the Court with insufficient time to review the class certification briefing prior to a December 10, 2012 hearing date. Plaintiffs therefore suggest the class certification motion be heard on December 17, 2012, or another date convenient to the Court.

1045750.2

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Hearing on Dispositive Motions and Daubert Motions | March 14, 2013 | May 13, 2013 |
| Pretrial Conference | May 15, 2013 | July 15, 2013 |
| Jury Trial Begins | June 10, 2013 | August 9, 2013 |

1045750.2