UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>[~~PROPOSED~~] **ORDER GRANTING APPLICATION FOR ADMISSION OF PETER A. BARILE III AS ATTORNEY FOR PLAINTIFFS** *PRO HAC VICE* |

Peter A. Barile III, whose business address and telephone number is: Grant & Eisenhofer, P.C., 485 Lexington Avenue, New York, NY 10022, (646) 722-8500, and who is an active member in good standing of the bar of the state of New York, having applied for admission to practice in the Northern District of California *pro hac vice* representing Plaintiffs,

IT IS HEREBY ORDERED that the application is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filgd by the attorney must indicate appear *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in the action are subject to the requirements contained in General Order No. 45.

Dated: June 29, 2012

_____
Hon. Lucy H. Koh
United States District Court Judge

[~~PROPOSED~~] ORDER GRANTING
APPLICATION FOR ADMISSION *PRO HAC VICE*
CASE NO. 11-CV-2509 LHK