UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | Master Docket No. 11-CV-2509-LHK<br><br>ORDER RE DISCOVERY |

The Court has further considered the Defendants' document production status reports, which, at a minimum, indicate the production of over 42,000 documents from two of the Defendants on June 15, 2012. If the Plaintiffs require additional time to review these documents to prepare their class certification motion, they should so indicate in their June 29, 2012 document collection and review status report. If necessary, the Court will grant an extension of the class certification motion deadline and correspondingly extend all deadlines in the case to address the Defendants' concern that any truncation of the expert discovery and summary judgment briefing schedule would cause prejudice.

**IT IS SO ORDERED.**

Dated: June 28, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2509-LHK
ORDER RE DISCOVERY