UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | ORDER RE CASE SCHEDULE |

The Court has reviewed Plaintiffs' status report regarding review of documents and data. ECF No. 162. Given the large volume of discovery produced in June 2012, the Court GRANTS Plaintiffs' request for a two month extension of the motion for class certification filing date and restoration of one week to Plaintiffs' reply filing date. The Court requests the parties to stipulate to a revised schedule which correspondingly extends all case deadlines and file such stipulation on July 9, 2012. Please bear in mind that the Court's case management conferences and pretrial conferences are on Wednesdays at 2:00 p.m., and law and motion calendars are on Thursdays at 1:30 p.m. Jury trials begin at 9:00 a.m. on Mondays.

**IT IS SO ORDERED.**

Dated: July 2, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2509-LHK
ORDER RE CASE SCHEDULE