Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
Kevin E. Rayhill (State Bar No. 267496)
JOSEPH SAVERI LAW FIRM
255 California Street, Suite 450
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile:  (415) 500-6803

Attorneys for Individual and Representative
Plaintiffs Michael Devine, Mark Fichtner,
Siddharth Hariharan, Brandon Marshall, and Daniel Stover

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: High-Tech Employee Antitrust Litigation**<br><br>This Document relates to:<br><br>**All Actions** | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** of the appearance of attorney Kevin E. Rayhill (krayhill@saverilawfirm.com) of the Joseph Saveri Law Firm, 255 California Street, Suite 450, San Francisco, California, 94111, as counsel in this action for Individual and Representative Plaintiffs Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall and Daniel Stover.

Dated: July 3, 2012                        JOSEPH SAVERI LAW FIRM


                                                                By:     */s/ Kevin E. Rayhill*
                                                                                Kevin E. Rayhill

                                                                Attorneys for Individual and Representative
                                                                Plaintiffs Michael, Devine, Mark Fichtner, Siddharth
                                                                Hariharan, Brandon Marshall and Daniel Stover