KEKER & VAN NEST LLP
JOHN W. KEKER - #49092
jkeker@kvn.com
DANIEL PURCELL - #191424
dpurcell@kvn.com
EUGENE M. PAIGE - #202849
epaige@kvn.com
PAULA L. BLIZZARD - #207920
pblizzard@kvn.com
633 Battery Street
San Francisco, CA  94111-1704
Telephone:  (415) 391-5400
Facsimile:  (415) 397-7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. C 11-02509 LHK<br><br>**DEFENDANT LUCASFILM LTD.'S AMENDED ANSWER TO CONSOLIDATED AMENDED COMPLAINT**<br><br>Courtroom:  8, 4th Floor<br>Judge:        Hon. Lucy H. Koh<br><br>Date Comp. Filed:     May 4, 2011 |

Defendant Lucasfilm Ltd. ("Lucasfilm") answers Plaintiffs Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, and Daniel Stover's (collectively, "Plaintiffs") Consolidated Amended Complaint ("Complaint") [Dkt. # 65] as follows:

1

# I.    SUMMARY OF THE ACTION[1]

1.    Lucasfilm denies it conspired with any other person or entity by entering into any agreements to fix or suppress employee compensation.  Lucasfilm specifically denies entering into an interconnected web of express agreements with the other named co-defendants (1) not to recruit each other's employees, (2) to notify each other when making an offer to another's employee, or (3) to not counteroffer above the initial offer when offering a position to a co-defendant's employee.  To the extent the allegations in paragraph 1 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

2.    To the extent the allegations in paragraph 2 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 2 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.  To the extent that paragraph 2 states legal conclusions, no response is required.  Lucasfilm specifically denies that any of the conduct alleged in the Complaint constitutes a *per se* violation of the Sherman Act, 15 U.S.C. § 1, or the Cartwright Act, Cal. Bus. Prof. Code § 16720.  The Cartwright Act, and any other relevant state-based claims do not apply to Lucasfilm because they are barred by the federal enclave doctrine as applied to Lucasfilm.  On January 30, 2012, Plaintiffs voluntarily dismissed their claim under California Business & Professions Code § 16600.  In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Therefore, no response to Plaintiffs' allegations regarding California Business and Professions Code §§ 16600 and 17200 *et seq.* is necessary.

---

[1] The headings in this document are taken from the headings in the Complaint, and are provided for ease of reference only.  They are not intended as an admission of any kind; to the contrary, to the extent they contain allegations requiring a response, they are expressly denied.

DEFENDANT LUCASFILM LTD.'S AMENDED ANSWER TO CONSOLIDATED AMENDED COMPLAINT
Master Docket No. C 11-02509 LHK

674748.01

3.      Lucasfilm admits that, in 2009 through 2010, the Antitrust Division of the United States Department of Justice (DOJ) conducted an investigation regarding an alleged agreement between Lucasfilm and Pixar.  To the extent the remaining allegations in paragraph 3 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent that the allegations in paragraph 3 concern other defendants or government entities, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

4.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 4, and on that basis denies those allegations.  To the extent that paragraph 4 states legal conclusions, no response is required.

## II.      JURISDICTION AND VENUE

5.      Lucasfilm admits that Plaintiffs purport to bring this action to recover damages, including treble damages, costs of suit, and reasonable attorneys' fees based on alleged violations of Section 1 of the Sherman Act, 15 U.S.C. § 1 and the Cartwright Act, California Business and Professions Code §§ 16720 *et seq.*  Lucasfilm denies the remainder of the allegations in paragraph 5.

6.      Paragraph 6 states a legal conclusion to which no response is required.

7.      Paragraph 7 states a legal conclusion to which no response is required.

8.      Paragraph 8 states a legal conclusion to which no response is required.

## III.      CHOICE OF LAW

9.      Paragraph 9 states a legal conclusion to which no response is required.

10.      To the extent the allegations in paragraph 10 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 10 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

11.     To the extent the allegations in paragraph 11 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 11 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

12.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 12, and on that basis denies those allegations.

13.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 13, and on that basis denies those allegations.

14.     Paragraph 14 states a legal conclusion to which no response is required.

15.     Paragraph 15 states a legal conclusion to which no response is required.

### IV.     THE PARTIES

16.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 16, and on that basis denies those allegations.

17.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 17, and on that basis denies those allegations.

18.     Lucasfilm admits that plaintiff Siddharth Hariharan, at one time, worked in California for Lucasfilm on the Presidio, a federal enclave.  Lucasfilm lacks sufficient information or knowledge to admit or deny the remainder of allegations in paragraph 18 of the Complaint, and on that basis denies those allegations.

19.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 19, and on that basis denies those allegations.

20.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 20, and on that basis denies those allegations.

### V.     DEFENDANTS

21.     Lucasfilm lacks sufficient information or knowledge to admit or deny the

4

allegations in paragraph 21, and on that basis denies those allegations.

22.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 22, and on that basis denies those allegations.

23.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 23, and on that basis denies those allegations.

24.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 24, and on that basis denies those allegations.

25.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 25, and on that basis denies those allegations.

26.     Lucasfilm admits the allegations in paragraph 26 of the Complaint.

27.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 27, and on that basis denies those allegations.

28.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 28, and on that basis denies those allegations.

29.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 29, and on that basis denies those allegations.

## VI.     CLASS ACTION ALLEGATIONS

30.     Lucasfilm admits that Plaintiffs purport to bring this action on behalf of themselves and as representatives of the putative class defined in paragraph 30 of the Complaint.

31.     To the extent that paragraph 31 states legal conclusions, no response is required. Lucasfilm lacks sufficient information or knowledge to admit or deny the remainder of the allegations in paragraph 31, and on that basis denies those allegations.

32.     Paragraph 32 states legal conclusions to which no response is required.

33.     Paragraph 33 states legal conclusions to which no response is required.

DEFENDANT LUCASFILM LTD.'S AMENDED ANSWER TO CONSOLIDATED AMENDED COMPLAINT
Master Docket No. C 11-02509 LHK

674748.01

34.     Paragraph 34 states legal conclusions to which no response is required.

35.     Paragraph 35 states legal conclusions to which no response is required.

36.     Paragraph 36 states legal conclusions to which no response is required.

37.     Paragraph 37 states legal conclusions to which no response is required.

38.     Paragraph 38 states legal conclusions to which no response is required.

## VII.     FACTUAL ALLEGATIONS

**A.     Trade and Commerce**

39.     Lucasfilm admits that it employed plaintiff Hariharan within the State of California.  Lucasfilm lacks sufficient information or knowledge to admit or deny the remainder of the allegations in paragraph 39, and on that basis denies those allegations.

40.     To the extent the allegations in paragraph 40 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 40 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.  To the extent that paragraph 40 states legal conclusions, no response is required.

**B.     Market for High Technology Employees**

41.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations in paragraph 41 of the Complaint and on that basis denies those allegations. Lucasfilm admits that Plaintiffs have defined "cold-calling" to include "communicating directly in any manner (including orally, in writing, telephonically, or electronically) with another firm's employee who has not otherwise applied for a job opening" and Lucasfilm specifically denies that definition of "cold-calling."  To the extent that paragraph 41 states legal conclusions, no response is required.

42.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 42 of the Complaint, and on that basis denies those allegations.

674748.01

43.     To the extent that paragraph 43 alleges conduct on the part of other defendants or other high technology companies, Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations, and on that basis denies them.  Lucasfilm otherwise denies the allegations in paragraph 43.

44.     To the extent that paragraph 44 alleges conduct on the part of other defendants or other high technology companies, Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations, and on that basis denies them.  Lucasfilm otherwise denies the allegations in paragraph 44.

45.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 45 of the Complaint and on that basis denies those allegations.

46.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 46 of the Complaint on that basis denies those allegations.

47.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 47 of the Complaint on that basis denies those allegations.

48.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 48 of the Complaint on that basis denies those allegations

49.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 49 of the Complaint on that basis denies those allegations.

50.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 50 of the Complaint on that basis denies those allegations.

51.     Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 51 of the Complaint on that basis denies those allegations.

52.     To the extent that paragraph 52 alleges conduct on the part of other defendants, Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations and on that

DEFENDANT LUCASFILM LTD.'S AMENDED ANSWER TO CONSOLIDATED AMENDED COMPLAINT
Master Docket No. C 11-02509 LHK

674748.01

basis denies them.  Lucasfilm admits that it assigns different salary ranges to different jobs and that compensation may vary with grade level, but states that each employee's compensation was based on a number of factors including but not limited to his or her individual circumstances and internally set salary structures.  Lucasfilm reviews salary ranges periodically.  Except as expressly admitted, Lucasfilm denies the allegations in paragraph 52.

53.    Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 53 of the Complaint on that basis denies those allegations.

54.    Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 54 of the Complaint on that basis denies those allegations.   To the extent the allegations in paragraph 54 state legal conclusions, no response is required.

**C.**    To the extent the allegations in subheading C concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in subheading C concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

55.    To the extent the allegations in paragraph 55 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 55 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

**2.**    Lucasfilm denies the allegations in subheading C.2 of the Complaint.

56.    To the extent the allegations in paragraph 56 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 56 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.  Lucasfilm specifically denies entering into an agreement with Pixar to eliminate competition between Lucasfilm and Pixar for skilled labor.

57.     Lucasfilm admits that, in 1986, Steve Jobs purchased Lucasfilm's computer graphics division, established it as an independent company, named it "Pixar" and remained its CEO until 2006.  Lucasfilm lacks sufficient information or knowledge to admit or deny the remainder of the allegations in paragraph 57, and on that basis denies those allegations.

58.     Lucasfilm denies the allegations in paragraph 58.  Lucasfilm specifically denies entering into any agreement with Pixar to eliminate competition between Lucasfilm and Pixar for skilled labor.

59.     Lucasfilm denies the allegations in paragraph 59.  Lucasfilm admits that the recruiting departments at Lucasfilm and Pixar had a general understanding that they would not actively solicit candidates from the other via cold-calling.

60.     Lucasfilm denies the allegations in paragraph 60.  Lucasfilm admits that the recruiting departments at Lucasfilm and Pixar had a general understanding that the hiring company would typically notify the current employer either prior to or immediately after making an offer to an employee of that company.

61.     Lucasfilm denies the allegations in paragraph 61.  Lucasfilm admits that the recruiting departments at Lucasfilm and Pixar had a general understanding that if Lucasfilm extended an offer of employment to a current Pixar employee, Lucasfilm would typically make its best offer in the first instance, rather than reserving the right to make a lower offer that it might or might not later increase.

62.     To the extent the allegations in paragraph 62 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 62 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

63.     Lucasfilm denies the allegations in paragraph 63.  To the extent that paragraph

9

DEFENDANT LUCASFILM LTD.'S AMENDED ANSWER TO CONSOLIDATED AMENDED COMPLAINT
Master Docket No. C 11-02509 LHK

63 states legal conclusions, no response is required.

64.      To the extent the allegations in paragraph 64 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 64 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.  To the extent paragraph 64 states legal conclusions, no response is required.

65.      To the extent the allegations in paragraph 65 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 65 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.  To the extent paragraph 64 states legal conclusions, no response is required.

66.      Lucasfilm denies the allegations in paragraph 66.

67.      Lucasfilm lacks sufficient knowledge or information to admit or deny the allegations made in paragraph 67 of the Complaint and on that basis denies those allegations.

68.      To the extent the allegations in paragraph 68 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 68 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

69.      To the extent the allegations in paragraph 69 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 69 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

70.      Lucasfilm denies the allegations in paragraph 70.  To the extent the allegations in paragraph 70 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the

674748.01

allegations in paragraph 70 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

71.     To the extent the allegations in paragraph 71 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 71 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

**3.**     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in subheading C.3 of the Complaint, and on that basis denies those allegations.

72.     To the extent the allegations in paragraph 72 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 72 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

73.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 73, and on that basis denies those allegations.

74.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 74, and on that basis denies those allegations.

75.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 75, and on that basis denies those allegations.

76.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 76, and on that basis denies those allegations.

77.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 77, and on that basis denies those allegations.

78.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 78, and on that basis denies those allegations.

DEFENDANT LUCASFILM LTD.'S AMENDED ANSWER TO CONSOLIDATED AMENDED COMPLAINT
Master Docket No. C 11-02509 LHK

674748.01

**4.**      Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in subheading C.4 of the Complaint, and on that basis denies those allegations.

79.      To the extent the allegations in paragraph 79 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 79 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

80.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 80, and on that basis denies those allegations.

81.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 81, and on that basis denies those allegations.

82.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 82, and on that basis denies those allegations.

83.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 83, and on that basis denies those allegations.

84.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 84, and on that basis denies those allegations.

**5.**      Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in subheading C.5 of the Complaint, and on that basis denies those allegations.

85.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 85, and on that basis denies those allegations.

86.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 86, and on that basis denies those allegations.

87.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 87, and on that basis denies those allegations.

674748.01

88.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 88, and on that basis denies those allegations.

89.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 89, and on that basis denies those allegations.

90.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 90, and on that basis denies those allegations.

91.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 91, and on that basis denies those allegations.

**6.**     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in subheading C.6 of the Complaint, and on that basis denies those allegations.

92.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 92, and on that basis denies those allegations.

93.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 93, and on that basis denies those allegations.

94.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 94, and on that basis denies those allegations.

95.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 95, and on that basis denies those allegations.

96.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 96, and on that basis denies those allegations.

**7.**     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in subheading C.7 of the Complaint, and on that basis denies those allegations.

97.      Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 97, and on that basis denies those allegations.

DEFENDANT LUCASFILM LTD.'S AMENDED ANSWER TO CONSOLIDATED AMENDED COMPLAINT
Master Docket No. C 11-02509 LHK

674748.01

98.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 98, and on that basis denies those allegations.

99.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 99, and on that basis denies those allegations.

100.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 100, and on that basis denies those allegations.

101.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 101, and on that basis denies those allegations.

102.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 102, and on that basis denies those allegations.

**8.**     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in subheading C.8 of the Complaint, and on that basis denies those allegations.

103.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 103, and on that basis denies those allegations.

104.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 104, and on that basis denies those allegations.

105.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 105, and on that basis denies those allegations.

106.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 106, and on that basis denies those allegations.

107.     Lucasfilm lacks sufficient information to admit or deny the allegations in paragraph 107, and on that basis denies those allegations.

**D.**      To the extent the allegations in subheading D concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in subheading D concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

108.      To the extent the allegations in paragraph 108 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 108 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

109.      To the extent the allegations in paragraph 109 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 109 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

110.      To the extent the allegations in paragraph 110 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 110 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

111.      Lucasfilm admits that the DOJ conducted an investigation into certain of Lucasfilm's employment practices.  Lucasfilm admits that the DOJ issued a Civil Investigative Demand to Lucasfilm and that Lucasfilm produced responsive documents to DOJ.  To the extent the remaining allegations in paragraph 111 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent that the allegations in paragraph 111 concern other defendants, persons, or government entities, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

112.      To the extent the allegations in paragraph 112 concern Lucasfilm, Lucasfilm

674748.01

denies those allegations.  To the extent the allegations in paragraph 112 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

113.    To the extent the allegations in paragraph 113 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 113 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

114.    Lucasfilm admits that DOJ filed a complaint against Lucasfilm on December 21, 2010.  Lucasfilm admits that, in Lucasfilm's case, DOJ filed a stipulated proposed final judgment which stated "The Complaint states a claim upon which relief may be granted against the Defendant under Section One of the Sherman Act, as amended, 15 U.S.C. § 1."  To the extent the remaining allegations in paragraph 114 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 114 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

115.    Lucasfilm admits that, in Lucasfilm's case, the proposed final judgment stated "The Defendant is enjoined from attempting to enter into, entering into, maintaining or enforcing any agreement with any other person to in any way refrain from soliciting, cold calling, recruiting, or otherwise competing for employees of the other person."  Lucasfilm admits that, in Lucasfilm's case, the United States District Court for the District of Columbia entered the proposed final judgment on June 3, 2011.  To the extent the remaining allegations in paragraph 115 concern Lucasfilm, Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 115 and on that basis denies those allegations.  To the extent the allegations in paragraph 115 concern other defendants or persons, Lucasfilm lacks sufficient

16

information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

116.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 116, and on that basis denies those allegations.

117.     Lucasfilm lacks sufficient information or knowledge to admit or deny allegations in paragraph 117, and on that basis denies those allegations.

118.     Lucasfilm lacks sufficient information or knowledge to admit or deny the allegations in paragraph 118, and on that basis denies those allegations.  To the extent paragraph 118 states legal conclusions, no response is required.

## FIRST CLAIM FOR RELIEF
### *(Violations of Section 1 of the Sherman Act, 15 U.S.C. § 1)*

119.     Lucasfilm reasserts and hereby incorporates by reference its responses to the preceding paragraphs of the Complaint above as though fully set forth herein.

120.     Paragraph 120 states legal conclusions to which no response is required.

121.     To the extent the allegations in paragraph 121 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 121 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.  To the extent paragraph 118 states legal conclusions, no response is required.

122.     To the extent the allegations in paragraph 122 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 122 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.  To the extent paragraph 122 states legal conclusions, no response is required.

123.     To the extent the allegations in paragraph 123 concern Lucasfilm, Lucasfilm

17

denies those allegations.  To the extent the allegations in paragraph 123 concern other

defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those

allegations, and on that basis denies those allegations.  To the extent paragraph 123 states legal

conclusions, no response is required.

124.    To the extent the allegations in paragraph 124 concern Lucasfilm, Lucasfilm

denies those allegations.  To the extent the allegations in paragraph 124 concern other

defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those

allegations, and on that basis denies those allegations.

125.    Paragraph 125 states legal conclusions to which no response is required.

126.    Lucasfilm admits that Plaintiffs purport to seek the monetary relief alleged in

paragraph 126.  On November 3, 2011, Plaintiffs voluntarily withdrew their claim for injunctive

relief.  Accordingly, no response to the remaining allegations in paragraph 126 is required.

## SECOND CLAIM FOR RELIEF
### (Violations of the Cartwright Act, Cal. Bus. & Prof. Code §§ 16720, et seq.)

127.    Lucasfilm reasserts and hereby incorporates by reference its responses to the

preceding paragraphs of the Complaint above as though fully set forth herein.

128.    Paragraph 128 states legal conclusions to which no response is required.

129.    To the extent the allegations in paragraph 129 concern Lucasfilm, Lucasfilm

denies those allegations.  To the extent the allegations in paragraph 129 concern other

defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those

allegations, and on that basis denies those allegations.

130.    To the extent the allegations in paragraph 130 concern Lucasfilm, Lucasfilm

denies those allegations.  To the extent the allegations in paragraph 130 concern other

defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those

allegations, and on that basis denies those allegations.

18

131.     To the extent the allegations in paragraph 131 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 131 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

132.     Paragraph 132 states legal conclusions to which no response is required.

133.     To the extent the allegations in paragraph 133 concern Lucasfilm, Lucasfilm denies those allegations.  To the extent the allegations in paragraph 133 concern other defendants, Lucasfilm lacks sufficient information or knowledge to admit or deny those allegations, and on that basis denies those allegations.

134.     Paragraph 134 states legal conclusions to which no response is required.

135.     Lucasfilm admits that Plaintiffs purport to seek the monetary relief alleged in paragraph 135.  On November 3, 2011, Plaintiffs voluntarily withdrew their claim for injunctive relief.  Accordingly, no response to the remaining allegations in paragraph 135 is required.

### THIRD CLAIM FOR RELIEF
#### (Violations of Cal. Bus. & Prof. Code § 16600)

136.     Lucasfilm reasserts and hereby incorporates by reference its responses to the preceding paragraphs of the Complaint above as though fully set forth herein.

137.     On January 30, 2012, Plaintiffs voluntarily dismissed their claim under California Business & Professions Code § 16600.  Accordingly, no response to the allegations of paragraph 137 is necessary.

138.     On January 30, 2012, Plaintiffs voluntarily dismissed their claim under California Business & Professions Code § 16600.  Accordingly, no response to the allegations of paragraph 138 is necessary.

139.     On January 30, 2012, Plaintiffs voluntarily dismissed their claim under

19

California Business & Professions Code § 16600.  Accordingly, no response to the allegations of paragraph 139 is necessary.

140.     On January 30, 2012, Plaintiffs voluntarily dismissed their claim under California Business & Professions Code § 16600.  Accordingly, no response to the allegations of paragraph 140 is necessary.

141.     On January 30, 2012, Plaintiffs voluntarily dismissed their claim under California Business & Professions Code § 16600.  Accordingly, no response to the allegations of paragraph 141 is necessary.

142.     On January 30, 2012, Plaintiffs voluntarily dismissed their claim under California Business & Professions Code § 16600.  Accordingly, no response to the allegations of paragraph 142 is necessary.

143.     On January 30, 2012, Plaintiffs voluntarily dismissed their claim under California Business & Professions Code § 16600.  Accordingly, no response to the allegations of paragraph 143 is necessary.

**FOURTH CLAIM FOR RELIEF**
***(Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200, et seq.)***

144.     Lucasfilm reasserts and hereby incorporates by reference its responses to the preceding paragraphs of the Complaint above as though fully set forth herein.

145.     In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Accordingly, no response to the allegations of paragraph 145 is necessary.

146.     In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Accordingly, no response to the allegations of paragraph 146 is necessary.

20

147.     In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Accordingly, no response to the allegations of paragraph 147 is necessary.

148.     In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Accordingly, no response to the allegations of paragraph 148 is necessary.

149.     In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Accordingly, no response to the allegations of paragraph 149 is necessary.

150.     In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Accordingly, no response to the allegations of paragraph 150 is necessary.

151.     In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Accordingly, no response to the allegations of paragraph 151 is necessary.

152.     In its Order of April 18, 2012, the Court dismissed Plaintiffs' claim under California's Unfair Competition Law, Cal. Bus. & Prof. Code §§ 17200, *et seq.*  Accordingly, no response to the allegations of paragraph 152 is necessary.

## PRAYER FOR RELIEF

In response to the Prayer for Relief contained in the Complaint, Lucasfilm denies that the Plaintiffs are entitled to any of the relief sought in paragraphs 153 – 164 and further denies that Plaintiffs are entitled to any relief whatsoever.

## GENERAL DENIAL AND AFFIRMATIVE DEFENSES

1.     Lucasfilm denies each and every allegation of the Complaint not expressly

674748.01

admitted herein.  Lucasfilm further denies that it has violated the law and denies that it has

injured or damaged Plaintiffs or the members of the purported class in any manner or amount

whatsoever or at all.  Lucasfilm further denies that Plaintiffs, members of the purported class, or

the general public have sustained or will sustain injuries or damages by reason of any act,

omission or fault on the part of Lucasfilm, its agents, servants or employees.  By alleging the

Affirmative Defenses set forth below, Lucasfilm is not agreeing or conceding that it has the

burden of proof on any of the issues raised in these defenses.  Furthermore, all such defenses are

pled in the alternative, and do not constitute an admission of liability or that Plaintiffs are entitled

to any relief whatsoever.

### FIRST AFFIRMATIVE DEFENSE
#### *(Failure to Mitigate)*

2.       For its first affirmative defense, Lucasfilm alleges that Plaintiffs have had and

continue to have the ability and opportunity to mitigate the damages alleged in the Complaint

and have failed to act reasonably to mitigate such damages.

3.       Plaintiff Hariharan has stated that he left Lucasfilm because of dissatisfaction

with the Lucasfilm employment practices complained of in the Complaint.  However, during his

employment with Lucasfilm, Plaintiff Hariharan spurned numerous opportunities for

employment with other companies.  First, Hariharan has stated in his responses to defendants'

interrogatories that he received an employment offer for from Activision, but turned down that

offer to work for Lucasfilm instead.  Activision had offered Hariharan more compensation that

Lucasfilm had offered, so Hariharan's decision to spurn that offer is both a failure to mitigate

and evidence that, contrary to the allegations in and implications of Plaintiffs' Complaint,

Hariharan did not make his employment decisions solely based on what company would offer

him the highest total compensation.

4.       Second, Google Inc. cold-called Hariharan in an attempt to have him apply for a

22

674748.01

software engineer position.  Hariharan declined even to apply, despite his alleged dissatisfaction with Lucasfilm's employment practices.  Hariharan's decision not to apply to Google is not only a failure to mitigate, but further evidence supporting a conclusion that Lucasfilm had no agreement with Google, which agreement Plaintiffs have failed to allege.

5.     Hariharan declined to take advantage of opportunities for higher compensation from both an established industry leader in his chosen field of video game design (Activision) and a young and growing Internet company (Google), neither of which Plaintiffs allege had an agreement with Lucasfilm to restrict recruitment or compensation.  By declining to take such opportunities, Hariharan failed to mitigate any damages caused by Lucasfilm's alleged employment and compensation practices.

6.     Further, Hariharan's decision to decline these opportunities illustrates Plaintiffs' inability to prove that any of the agreements alleged in the Complaint, even if proven, had a class-wide impact.  Hariharan's decision demonstrates that members of the putative class made individualized decisions regarding whether to pursue or accept employment opportunities based on their individualized preferences regarding many variables, not simply based on the raw compensation offered by a particular opportunity.

### SECOND AFFIRMATIVE DEFENSE
#### (Statutes of Limitation)

7.     For its second affirmative defense, Lucasfilm alleges that Plaintiffs' claims are barred in whole or in part by applicable statutes of limitation.

8.     Plaintiffs seek to represent a putative class of persons employed by defendants in the United States on a salaried basis during the period from January 1, 2005 through January 1, 2010.  In particular, they seek to hold Lucasfilm liable for conduct occurring in January 2005, the purported effective date of Lucasfilm's alleged agreement with Pixar.  The purported agreement between Lucasfilm and Pixar is the lone agreement alleged in the complaint involving

23

Lucasfilm and thus the sole purported basis for holding Lucasfilm liable in this case.

9.      The statute of limitations under the Sherman Act and Cartwright Act is four years.  15 U.S.C. § 15b; Cal. Bus. Prof. Code § 16750.1.

10.      Plaintiffs did not file this lawsuit until May 4, 2011.  To the extent that Plaintiffs' claims are based on conduct occurring more than four years prior to the date this suit was filed, as is the case with respect to Plaintiffs' claim based on the alleged agreement between Lucasfilm and Pixar, those claims are outside of the four-year limitations periods and are thus barred by applicable statutes of limitation.

### THIRD AFFIRMATIVE DEFENSE
#### (Laches)

11.      For its third affirmative defense, Lucasfilm alleges that Plaintiffs' claims are barred in whole or in part by the doctrine of laches.  For the same reasons set forth in Lucasfilm's Second Affirmative Defense, Plaintiffs unreasonably delayed the filing and service of the Complaint (and preceding complaints) and their notification to Lucasfilm of their bases for the causes of action alleged against Lucasfilm.  Plaintiff Hariharan has stated in his responses to defendants' interrogatories that he left Lucasfilm because of dissatisfaction with the Lucasfilm employment practices complained of in the Complaint.  Plaintiffs' unreasonable delay in bringing this suit has unduly and severely prejudiced Lucasfilm in its defense of this action.  As a result of Plaintiffs' delay, time has passed, percipient witnesses with knowledge of Lucasfilm's alleged employment practices have left their employment at Lucasfilm and are no longer available to Lucasfilm, memories of witnesses have faded, and other evidence supporting Lucasfilm's defenses in this case may have been lost.

### FOURTH AFFIRMATIVE DEFENSE
#### (Federal Enclave Doctrine)

12.      For its fourth affirmative defense, Lucasfilm alleges that Plaintiffs' claims based

24

on California law are barred by the federal enclave doctrine.

13.     Lucasfilm's principal place of business is located in the Presidio of San Francisco, a federal enclave.  Plaintiffs' complaint specifically pleads that Lucasfilm engaged in unlawful and prohibited employment practices from its offices on the Presidio and that the effect of Lucasfilm's allegedly unlawful practices was felt on the Presidio through a purported depression of the compensation paid by Lucasfilm to its employees working on the Presidio.

14.     Plaintiff Hariharan, the only named plaintiff who is alleged to have worked for Lucasfilm, worked on the Presidio during the entire duration of his employment with Lucasfilm. Accordingly, any damages suffered by Hariharan as a result of Lucasfilm's allegedly unlawful employment practices were sustained on the Presidio.

15.     Plaintiffs' claims under California's Cartwright Act are barred by the federal enclave doctrine because the California Legislature enacted the Cartwright Act after 1897, the year in which the Presidio became a federal enclave.  Congress never expressly authorized the application of the Cartwright Act to the Presidio or any other federal enclave.  Accordingly, the Cartwright Act has no force and effect with respect to conduct occurring and harm sustained on the Presidio.

### FIFTH AFFIRMATIVE DEFENSE
*(Waiver, Settlement, and Release)*

16.     For its fifth affirmative defense, Lucasfilm alleges that Plaintiffs' claims were waived, settled, satisfied, or extinguished and supported by adequate consideration.

17.     Lucasfilm is informed and believes that putative class members employed by Lucasfilm, including Plaintiff Hariharan, agreed in employment termination agreements to release and discharge Lucasfilm of and from any claims arising out of their employment or compensation.  These waivers and releases were supported by adequate consideration.

674748.01

### SIXTH AFFIRMATIVE DEFENSE
#### (*Arbitration*)

18.     For its sixth affirmative defense, Lucasfilm alleges that Plaintiffs' claims are barred in whole or in part because they are subject to arbitration.

19.     Lucasfilm is informed and believes that putative class members employed by one or more defendants during the alleged class period agreed in employment or employment termination agreements to submit all claims arising out of employment to arbitration or another form of alternative dispute resolution.  These agreements to submit claims to alternative dispute resolution were supported by adequate consideration.

### ADDITIONAL AFFIRMATIVE DEFENSES

20.     For its seventh affirmative defense, Lucasfilm alleges that Lucasfilm has insufficient knowledge or information upon which to form a basis as to whether it may have additional, as yet unstated, separate defenses available.  Lucasfilm reserves the right to amend this Answer to add, delete, supplement, or modify these defenses based upon legal theories that may be or will be divulged through clarification of Plaintiffs' Complaint, through discovery, or through further legal analysis of Plaintiffs' position in this litigation.

### PRAYER

WHEREFORE, having fully answered the Complaint, defendant Lucasfilm prays as follows:

1.     That Plaintiffs and the members of the purported plaintiff class take nothing by the Complaint;

2.     That the Complaint be dismissed with prejudice;

3.     That Lucasfilm recover its costs of suit incurred, including reasonable attorney's fees and expenses; and

4.     For such other and further relief as the Court may deem just and proper.

1

Dated:  July 5, 2012

KEKER & VAN NEST LLP

2

3

By: */s/ Daniel Purcell*

DANIEL PURCELL

4

5

Attorneys for Defendant
LUCASFILM LTD.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT LUCASFILM LTD.'S AMENDED ANSWER TO CONSOLIDATED AMENDED COMPLAINT
Master Docket No. C 11-02509 LHK

674748.01