BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
FRANK M. HINMAN (SBN 157402)
SUJAL J. SHAH (SBN 215230)
FRANK BUSCH (SBN 258288)
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
donn.pickett@bingham.com
frank.hinman@bingham.com
sujal.shah@bingham.com
frank.busch@bingham.com

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **INTEL CORPORATION'S AMENDED ANSWER TO PLAINTIFFS' CONSOLIDATED AMENDED COMPLAINT** |
| ALL ACTIONS | |

Pursuant to the Stipulation and Order Regarding Amending Answers and

Affirmative Defenses entered on June 15, 2012 (dkt. no. 152), Defendant Intel Corporation

("Intel"), by and through its undersigned attorneys, hereby files its amended answer to Plaintiffs'

Consolidated Amended Complaint ("CAC") dated September 13, 2011, admitting, denying and

otherwise alleging as follows (the numbered paragraphs correspond to those in the CAC):

1.      To the extent that paragraph 1 purports to state a legal conclusion, Intel is not

required to respond.  To the extent that paragraph 1 alleges conduct on the part of other

Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

that basis denies them.  Intel otherwise denies the allegations in paragraph 1.

2.      To the extent that paragraph 2 purports to state a legal conclusion, Intel is not

1    required to respond.  To the extent that paragraph 2 alleges conduct on the part of other

2    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

3    that basis denies them.  Intel otherwise admits that the CAC purports to allege violations of

4    federal and state laws and to seek certain remedies.  Intel states that Plaintiffs or the Court have

5    dismissed some of their alleged claims and requests for relief.  Except as expressly admitted,

6    Intel denies the allegations in paragraph 2, and specifically denies that it has violated any law or

7    that Plaintiffs are entitled to any relief.

8           3.      To the extent that paragraph 3 purports to state a legal conclusion, Intel is not

9    required to respond.  To the extent that paragraph 3 alleges conduct on the part of other

10   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

11   that basis denies them.  Intel admits that the Antitrust Division of the Department of Justice

12   ("DOJ") investigated Intel's recruiting practices in 2009 and 2010.  Intel denies Plaintiffs'

13   characterization of the DOJ investigation or any conclusions of fact or law made by the DOJ,

14   including any quoted language from the DOJ in paragraph 3.  Except as expressly admitted, Intel

15   denies the allegations in paragraph 3.

16          4.      Intel admits that the DOJ did not seek a monetary penalty as a result of its

17   investigation.  Except as expressly admitted, Intel denies the allegations in paragraph 4.

18          5.      To the extent that paragraph 5 purports to state a legal conclusion, Intel is not

19   required to respond.  Intel otherwise admits that the CAC purports to allege violations of federal

20   and state laws and to seek certain remedies.  Intel states that Plaintiffs or the Court have

21   dismissed some of their alleged claims and requests for relief.  Except as expressly admitted,

22   Intel denies the allegations in paragraph 5.

23          6.      To the extent that paragraph 6 purports to state a legal conclusion, Intel is not

24   required to respond.  Intel otherwise admits the allegations in paragraph 6.

25          7.      To the extent that paragraph 7 purports to state a legal conclusion, Intel is not

26   required to respond.  To the extent that paragraph 7 alleges conduct on the part of other

27   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

28   that basis denies them.  Intel admits that its principal place of business is located in Santa Clara,

1    California.  Intel also admits that venue is proper.  Except as expressly admitted, Intel denies the
2    allegations in paragraph 7.

3         8.     To the extent that paragraph 8 purports to state a legal conclusion, Intel is not
4    required to respond.  To the extent that paragraph 8 alleges conduct on the part of other
5    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
6    that basis denies them.  Intel admits that it is subject to the jurisdiction of this Court.  Except as
7    expressly admitted, Intel denies the allegations in paragraph 8.

8         9.     To the extent that paragraph 9 purports to state a legal conclusion, Intel is not
9    required to respond.  Intel otherwise denies the allegations in paragraph 9.

10        10.     To the extent that paragraph 10 purports to state a legal conclusion, Intel is not
11   required to respond.  To the extent that paragraph 10 alleges conduct on the part of other
12   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
13   that basis denies them.  Intel otherwise denies the allegations in paragraph 10.

14        11.     To the extent that paragraph 11 purports to state a legal conclusion, Intel is not
15   required to respond.  To the extent that paragraph 11 alleges conduct on the part of other
16   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
17   that basis denies them.  Intel otherwise denies the allegations in paragraph 11.

18        12.     To the extent that paragraph 12 purports to state a legal conclusion, Intel is not
19   required to respond.  Intel denies that any class does or can exist in this matter, and on that basis
20   denies any and all allegations related to membership in a class.  Intel admits that its principal
21   place of business is located in Santa Clara.  Except as expressly admitted, Intel denies the
22   allegations in paragraph 12.

23        13.     To the extent that paragraph 13 purports to state a legal conclusion, Intel is not
24   required to respond.  To the extent that paragraph 13 alleges conduct on the part of other
25   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
26   that basis denies them.  Intel otherwise denies the allegations in paragraph 13.  Intel specifically
27   denies that any class does or can exist in this matter, and on that basis denies any and all
28   allegations related to membership in a class.

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1    14.    To the extent that paragraph 14 purports to state a legal conclusion, Intel is not
2    required to respond.  Intel otherwise denies the allegations in paragraph 14.

3    15.    To the extent that paragraph 15 purports to state a legal conclusion, Intel is not
4    required to respond.  Intel otherwise denies the allegations in paragraph 15.

5    16.    Intel lacks sufficient information or belief to admit or deny the allegations in
6    paragraph 16 and on that basis denies them.

7    17.    Intel admits that it employed Mark Fichtner in the State of Arizona as a software
8    engineer from approximately May 2008 through May 2011.  Intel denies that Mark Fichtner
9    suffered injury to his business or property as a result of Intel's alleged conduct, and denies that
10   Intel committed any alleged violations.  Intel lacks sufficient information or belief to admit or
11   deny the other allegations in paragraph 17 and on that basis denies them.

12   18.    Intel lacks sufficient information or belief to admit or deny the allegations in
13   paragraph 18 and on that basis denies them.

14   19.    Intel lacks sufficient information or belief to admit or deny the allegations in
15   paragraph 19 and on that basis denies them.

16   20.    Intel lacks sufficient information or belief to admit or deny the allegations in
17   paragraph 20 and on that basis denies them.

18   21.    Intel lacks sufficient information or belief to admit or deny the allegations in
19   paragraph 21 and on that basis denies them.

20   22.    Intel lacks sufficient information or belief to admit or deny the allegations in
21   paragraph 22 and on that basis denies them.

22   23.    Intel lacks sufficient information or belief to admit or deny the allegations in
23   paragraph 23 and on that basis denies them.

24   24.    Intel admits the allegations in paragraph 24.

25   25.    Intel lacks sufficient information or belief to admit or deny the allegations in
26   paragraph 25 and on that basis denies them.

27   26.    Intel lacks sufficient information or belief to admit or deny the allegations in
28   paragraph 26 and on that basis denies them.

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1    27.    Intel lacks sufficient information or belief to admit or deny the allegations in

2    paragraph 27 and on that basis denies them.

3    28.    To the extent that paragraph 28 purports to state a legal conclusion, Intel is not

4    required to respond.  Intel denies that it participated in any alleged conspiracy or violation or

5    law.  Intel otherwise lacks sufficient information or belief to admit or deny the allegations in

6    paragraph 28 and on that basis denies them.

7    29.    To the extent that paragraph 29 purports to state a legal conclusion, Intel is not

8    required to respond.  Intel denies that it participated in any alleged conspiracy or violation or

9    law.  To the extent that paragraph 29 alleges conduct on the part of other Defendants or unnamed

10   DOES, Intel lacks sufficient information or belief to admit or deny those allegations and on that

11   basis denies them.  Intel otherwise denies the allegations in paragraph 29.  Specifically, Intel

12   denies that its "corporate officers, members of the board[] of directors, or senior executives"

13   were "co-conspirators with other Defendants in the violations alleged in the" CAC.

14   30.    To the extent that paragraph 30 purports to state a legal conclusion, Intel is not

15   required to respond.  Intel admits that Plaintiffs purport to serve as representatives of the

16   identified putative class, but otherwise denies the allegations in paragraph 30.

17   31.    To the extent that paragraph 31 purports to state a legal conclusion, Intel is not

18   required to respond.  Intel otherwise denies the allegations in paragraph 31.  Intel specifically

19   denies that any class does or can exist in this matter, and on that basis denies any and all

20   allegations related to the number of alleged class members.

21   32.    To the extent that paragraph 32 purports to state a legal conclusion, Intel is not

22   required to respond.  Intel otherwise denies the allegations in paragraph 32.  Intel specifically

23   denies any and all allegations related to whether questions of law or fact are common to the

24   alleged class.

25   33.    To the extent that paragraph 33 purports to state a legal conclusion, Intel is not

26   required to respond.  Intel otherwise denies the allegations in paragraph 33.  Intel specifically

27   denies any and all allegations related to whether common questions or law and fact predominate

28   over individual questions.

A/75013843.1/2014763-0000355568

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1       34.     To the extent that paragraph 34 purports to state a legal conclusion, Intel is not

2   required to respond.  Intel otherwise denies the allegations in paragraph 34.  Intel specifically

3   denies any and all allegations related to whether the named plaintiffs' claims are typical of the

4   claims of the alleged class.

5       35.     To the extent that paragraph 35 purports to state a legal conclusion, Intel is not

6   required to respond.  Intel otherwise denies the allegations in paragraph 35.  Intel specifically

7   denies any and all allegations related to whether the named plaintiffs will fairly and adequately

8   represent the interests of the alleged class.

9       36.     To the extent that paragraph 36 purports to state a legal conclusion, Intel is not

10  required to respond.  Intel otherwise denies the allegations in paragraph 36.

11      37.     To the extent that paragraph 37 purports to state a legal conclusion, Intel is not

12  required to respond.  Intel otherwise denies the allegations in paragraph 37.  Intel specifically

13  denies any and all allegations related to whether final injunctive relief is appropriate to all

14  members of the alleged class.

15      38.     To the extent that paragraph 38 purports to state a legal conclusion, Intel is not

16  required to respond.  Intel otherwise denies the allegations in paragraph 38.  Intel specifically

17  denies any and all allegations related to whether a class action is superior to alternative methods

18  of adjudication.

19      39.     To the extent that paragraph 39 alleges conduct on the part of other Defendants,

20  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

21  denies them.  Intel admits that it employed Mark Fichtner during the alleged Class Period in

22  Arizona.  Except as expressly admitted, Intel denies the allegations in paragraph 39.  Intel

23  specifically denies that any class does or can exist in this matter, and on that basis denies any and

24  all allegations related to where alleged class members were employed.

25      40.     To the extent that paragraph 40 purports to state a legal conclusion, Intel is not

26  required to respond.  To the extent that paragraph 40 alleges conduct on the part of other

27  Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

28  that basis denies them.  Intel otherwise denies the allegations in paragraph 40.

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1      41.    To the extent that paragraph 41 alleges conduct on the part of other Defendants,

2   Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

3   denies them.  Intel otherwise denies the allegations in paragraph 41.

4      42.    Intel denies the allegations in paragraph 42.

5      43.    To the extent that paragraph 43 alleges conduct on the part of other Defendants or

6   other high technology companies, Intel lacks sufficient information or belief to admit or deny

7   those allegations and on that basis denies them.  Intel otherwise denies the allegations in

8   paragraph 43.

9      44.    To the extent that paragraph 44 alleges conduct on the part of other companies,

10  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

11  denies them.  Intel admits that hiring employees from other companies may involve free-riding

12  and impose costs on those companies.  Except as expressly admitted, Intel denies the allegations

13  in paragraph 44.

14     45.    To the extent that paragraph 45 alleges conduct on the part of other companies,

15  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

16  denies them.  Intel otherwise denies the allegations in paragraph 45.

17     46.    To the extent that paragraph 46 alleges conduct involving any individual

18  employee, Intel lacks sufficient information or belief to admit or deny those allegations and on

19  that basis denies them.  Intel admits that when one of its employees received a job offer from

20  another company, that employee may, depending on his or her own individual circumstances,

21  have:  (1) accepted that job offer; (2) used that offer to attempt to negotiate a pay increase or

22  other benefit; (3) stayed at Intel without negotiating a pay increase or other benefit; or (4) taken

23  some other action.  Except as expressly admitted, Intel denies the allegations in paragraph 46.

24     47.    To the extent that paragraph 47 alleges conduct involving any individual

25  employee, Intel lacks sufficient information or belief to admit or deny those allegations and on

26  that basis denies them.  Intel admits that its employees' use of information relating to potential

27  compensation from other employers would have varied, depending on their individual

28  circumstances.  Except as expressly admitted, Intel denies the allegations in paragraph 47.

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1        48.    To the extent that paragraph 48 alleges conduct on the part of other companies,

2  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

3  denies them.  Intel otherwise denies the allegations in paragraph 48.

4        49.    To the extent that paragraph 49 alleges conduct on the part of other companies,

5  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

6  denies them.  Intel otherwise denies the allegations in paragraph 49.

7        50.    To the extent that paragraph 50 alleges conduct on the part of other companies,

8  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

9  denies them.  Intel otherwise denies the allegations in paragraph 50.

10        51.    To the extent that paragraph 51 alleges conduct on the part of other Defendants,

11  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

12  denies them.  Intel admits that it assigns different salary ranges to different types of jobs and that

13  compensation may vary with grade level, but states that each employee's compensation was

14  based on his or her individual circumstances.  Intel admits that it offers a variety of employee

15  benefits and programs, and strives to maintain a positive and healthful workplace, in order to

16  maintain high employee morale and productivity, retain employees, and attract new and talented

17  employees.  One of the many tools it uses to achieve these goals is compensation.  Except as

18  expressly admitted, Intel denies the allegations in paragraph 51.

19        52.    To the extent that paragraph 52 alleges conduct on the part of other Defendants,

20  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

21  denies them.  Intel admits that it assigns different salary ranges to different types of jobs and that

22  compensation may vary with grade level, but states that each employee's compensation was

23  based on his or her individual circumstances.  Intel reviews salary ranges annually.  Except as

24  expressly admitted, Intel denies the allegations in paragraph 52.

25        53.    To the extent that paragraph 53 alleges conduct on the part of other Defendants,

26  Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

27  denies them.  Intel admits that it sometimes engages in negotiations regarding compensation

28  levels with individual employees that vary depending on the specific circumstances applicable to

1    that employee.  Except as expressly admitted, Intel denies the allegations in paragraph 53.

2        54.    To the extent that paragraph 54 alleges conduct on the part of Defendants, Intel

3    lacks sufficient information or belief to admit or deny those allegations and on that basis denies

4    them.  Intel otherwise denies the allegations in paragraph 54.

5        55.    To the extent that paragraph 55 purports to state a legal conclusion, Intel is not

6    required to respond.  To the extent that paragraph 55 alleges conduct on the part of other

7    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

8    that basis denies them.  Intel otherwise denies the allegations in paragraph 55, and specifically

9    denies that it entered any alleged conspiracy.

10       56.    Intel lacks sufficient information or belief to admit or deny the allegations in

11   paragraph 56 and on that basis denies them.

12       57.    Intel lacks sufficient information or belief to admit or deny the allegations in

13   paragraph 57 and on that basis denies them.

14       58.    Intel lacks sufficient information or belief to admit or deny the allegations in

15   paragraph 58 and on that basis denies them.

16       59.    Intel lacks sufficient information or belief to admit or deny the allegations in

17   paragraph 59 and on that basis denies them.

18       60.    Intel lacks sufficient information or belief to admit or deny the allegations in

19   paragraph 60 and on that basis denies them.

20       61.    Intel lacks sufficient information or belief to admit or deny the allegations in

21   paragraph 61 and on that basis denies them.

22       62.    Intel lacks sufficient information or belief to admit or deny the allegations in

23   paragraph 62 and on that basis denies them.

24       63.    Intel lacks sufficient information or belief to admit or deny the allegations in

25   paragraph 63 and on that basis denies them.

26       64.    Intel lacks sufficient information or belief to admit or deny the allegations in

27   paragraph 64 and on that basis denies them.

28       65.    Intel lacks sufficient information or belief to admit or deny the allegations in

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1 | paragraph 65 and on that basis denies them.

2 | 66. Intel lacks sufficient information or belief to admit or deny the allegations in
3 | paragraph 66 and on that basis denies them.

4 | 67. Intel lacks sufficient information or belief to admit or deny the allegations in
5 | paragraph 67 and on that basis denies them.

6 | 68. Intel lacks sufficient information or belief to admit or deny the allegations in
7 | paragraph 68 and on that basis denies them.

8 | 69. Intel lacks sufficient information or belief to admit or deny the allegations in
9 | paragraph 69 and on that basis denies them.

10 | 70. Intel lacks sufficient information or belief to admit or deny the allegations in
11 | paragraph 70 and on that basis denies them.

12 | 71. Intel lacks sufficient information or belief to admit or deny the allegations in
13 | paragraph 71 and on that basis denies them.

14 | 72. Intel lacks sufficient information or belief to admit or deny the allegations in
15 | paragraph 72 and on that basis denies them.

16 | 73. Intel lacks sufficient information or belief to admit or deny the allegations in
17 | paragraph 73 and on that basis denies them.

18 | 74. Intel lacks sufficient information or belief to admit or deny the allegations in
19 | paragraph 74 and on that basis denies them.

20 | 75. Intel lacks sufficient information or belief to admit or deny the allegations in
21 | paragraph 75 and on that basis denies them.

22 | 76. Intel lacks sufficient information or belief to admit or deny the allegations in
23 | paragraph 76 and on that basis denies them.

24 | 77. Intel lacks sufficient information or belief to admit or deny the allegations in
25 | paragraph 77 and on that basis denies them.

26 | 78. Intel lacks sufficient information or belief to admit or deny the allegations in
27 | paragraph 78 and on that basis denies them.

28 | 79. Intel lacks sufficient information or belief to admit or deny the allegations in

1    paragraph 79 and on that basis denies them.

2        80.    Intel lacks sufficient information or belief to admit or deny the allegations in

3    paragraph 80 and on that basis denies them.

4        81.    Intel lacks sufficient information or belief to admit or deny the allegations in

5    paragraph 81 and on that basis denies them.

6        82.    Intel lacks sufficient information or belief to admit or deny the allegations in

7    paragraph 82 and on that basis denies them.

8        83.    Intel lacks sufficient information or belief to admit or deny the allegations in

9    paragraph 83 and on that basis denies them.

10        84.    Intel lacks sufficient information or belief to admit or deny the allegations in

11    paragraph 84 and on that basis denies them.

12        85.    Intel lacks sufficient information or belief to admit or deny the allegations in

13    paragraph 85 and on that basis denies them.

14        86.    Intel lacks sufficient information or belief to admit or deny the allegations in

15    paragraph 86 and on that basis denies them.

16        87.    Intel lacks sufficient information or belief to admit or deny the allegations in

17    paragraph 87 and on that basis denies them.

18        88.    Intel lacks sufficient information or belief to admit or deny the allegations in

19    paragraph 88 and on that basis denies them.

20        89.    Intel lacks sufficient information or belief to admit or deny the allegations in

21    paragraph 89 and on that basis denies them.

22        90.    Intel lacks sufficient information or belief to admit or deny the allegations in

23    paragraph 90 and on that basis denies them.

24        91.    Intel lacks sufficient information or belief to admit or deny the allegations in

25    paragraph 91 and on that basis denies them.

26        92.    Intel lacks sufficient information or belief to admit or deny the allegations in

27    paragraph 92 and on that basis denies them.

28        93.    Intel lacks sufficient information or belief to admit or deny the allegations in

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1    paragraph 93 and on that basis denies them.

2        94.     Intel lacks sufficient information or belief to admit or deny the allegations in

3    paragraph 94 and on that basis denies them.

4        95.     Intel lacks sufficient information or belief to admit or deny the allegations in

5    paragraph 95 and on that basis denies them.

6        96.     Intel lacks sufficient information or belief to admit or deny the allegations in

7    paragraph 96 and on that basis denies them.

8        97.     Intel lacks sufficient information or belief to admit or deny the allegations in

9    paragraph 97 and on that basis denies them.

10        98.     To the extent that paragraph 98 purports to state a legal conclusion, Intel is not

11    required to respond.  Intel admits that senior executives at Google and Intel had communications

12    regarding Google recruiting Intel employees.  Except as expressly admitted, Intel denies the

13    allegations in paragraph 98.

14        99.     Intel denies the allegations in paragraph 99.

15        100.     To the extent that paragraph 100 purports to state a legal conclusion, Intel is not

16    required to respond.  To the extent that paragraph 100 alleges conduct on the part of other

17    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

18    that basis denies them.  Intel otherwise denies the allegations in paragraph 100.

19        101.     To the extent that paragraph 101 alleges conduct on the part of other Defendants,

20    Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

21    denies them.  Intel otherwise denies the allegations in paragraph 101.

22        102.     To the extent that paragraph 102 alleges conduct on the part of other Defendants,

23    Intel lacks sufficient information or belief to admit or deny those allegations and on that basis

24    denies them.  Intel otherwise denies the allegations in paragraph 102.

25        103.     Intel lacks sufficient information or belief to admit or deny the allegations in

26    paragraph 103 and on that basis denies them.

27        104.     Intel lacks sufficient information or belief to admit or deny the allegations in

28    paragraph 104 and on that basis denies them.

1    105.    Intel lacks sufficient information or belief to admit or deny the allegations in
2    paragraph 105 and on that basis denies them.

3    106.    Intel lacks sufficient information or belief to admit or deny the allegations in
4    paragraph 106 and on that basis denies them.

5    107.    Intel lacks sufficient information or belief to admit or deny the allegations in
6    paragraph 107 and on that basis denies them.

7    108.    To the extent that paragraph 108 purports to state a legal conclusion, Intel is not
8    required to respond.  To the extent that paragraph 108 alleges conduct on the part of other
9    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
10   that basis denies them.  Intel otherwise denies the allegations in paragraph 108.

11   109.    To the extent that paragraph 109 purports to state a legal conclusion, Intel is not
12   required to respond.  To the extent that paragraph 109 alleges conduct on the part of other
13   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
14   that basis denies them.  Intel otherwise denies the allegations in paragraph 109.

15   110.    To the extent that paragraph 110 purports to state a legal conclusion, Intel is not
16   required to respond.  To the extent that paragraph 110 alleges conduct on the part of other
17   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
18   that basis denies them.  Intel otherwise denies the allegations in paragraph 110.

19   111.    To the extent that paragraph 111 purports to state a legal conclusion, Intel is not
20   required to respond.  To the extent that paragraph 111 alleges conduct on the part of other
21   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on
22   that basis denies them.  Intel admits that the DOJ investigated its recruiting practices beginning
23   in 2009.  Intel disputed the allegations made by the DOJ.  Intel admits that it produced
24   documents to the DOJ in response to a Civil Investigative Demand.  Except as expressly
25   admitted, Intel denies the allegations in paragraph 111.

26   112.    To the extent that paragraph 112 purports to state a legal conclusion, Intel is not
27   required to respond.  To the extent that paragraph 112 alleges conduct on the part of other
28   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

1    that basis denies them.  Intel denies Plaintiffs' characterization of the DOJ investigation or any

2    conclusions of fact or law made by the DOJ, including any quoted language from the DOJ in

3    paragraph 112.  Except as expressly admitted, Intel denies the allegations in paragraph 112.

4         113.    To the extent that paragraph 113 purports to state a legal conclusion, Intel is not

5    required to respond.  To the extent that paragraph 113 alleges conduct on the part of other

6    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

7    that basis denies them.  Intel denies Plaintiffs' characterization of the DOJ investigation or any

8    conclusions of fact or law made by the DOJ, including any quoted language from the DOJ in

9    paragraph 113.  Except as expressly admitted, Intel denies the allegations in paragraph 113.

10        114.    To the extent that paragraph 114 purports to state a legal conclusion, Intel is not

11   required to respond.  To the extent that paragraph 114 alleges conduct on the part of other

12   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

13   that basis denies them.  Intel admits that the DOJ filed a Complaint against Defendants in *United

14   States v. Adobe Systems, Inc., et al.*, Case No. 10-cv-01629-RBW (D.D.C.).  Intel disputed the

15   allegations in the Complaint.  Intel admits that it entered into a settlement with the DOJ, but

16   states that the entry of the resulting Final Judgment did not constitute any admission by Intel that

17   the law has been violated or of any issue of fact or law, other than that the jurisdictional facts

18   alleged in the DOJ's Complaint are true.  Except as expressly admitted, Intel denies the

19   allegations in paragraph 114.

20        115.    To the extent that paragraph 115 purports to state a legal conclusion, Intel is not

21   required to respond.  To the extent that paragraph 115 alleges conduct on the part of other

22   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

23   that basis denies them.  Intel admits it entered into a settlement with the DOJ, but states that the

24   entry of the resulting Final Judgment did not constitute any admission by Intel that the law has

25   been violated or of any issue of fact or law, other than that the jurisdictional facts alleged in the

26   DOJ's Complaint are true.  Intel denies Plaintiffs' characterization of the Final Judgment, which

27   speaks for itself.  Intel otherwise denies the allegations in paragraph 115.

28        116.    To the extent that paragraph 116 purports to state a legal conclusion, Intel is not

1   required to respond.  To the extent that paragraph 116 alleges conduct on the part of other

2   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

3   that basis denies them.  Intel otherwise denies the allegations in paragraph 116.

4       117.    Intel admits that the Final Judgment did not impose any monetary penalty.

5   Except as expressly admitted, Intel denies the allegations in paragraph 117.

6       118.    To the extent that paragraph 118 purports to state a legal conclusion, Intel is not

7   required to respond.  To the extent that paragraph 118 alleges conduct on the part of other

8   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

9   that basis denies them.  Intel otherwise denies the allegations in paragraph 118, and specifically

10  denies that any employee was harmed by any "unlawful conspiracy."

11      119.    Intel hereby incorporates by reference its responses to the allegations contained in

12  paragraphs 1-118 of the CAC as set forth above.

13      120.    To the extent that paragraph 120 purports to state a legal conclusion, Intel is not

14  required to respond.  To the extent that paragraph 120 alleges conduct on the part of other

15  Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

16  that basis denies them.  Intel otherwise denies the allegations in paragraph 120.

17      121.    To the extent that paragraph 121 purports to state a legal conclusion, Intel is not

18  required to respond.  To the extent that paragraph 121 alleges conduct on the part of other

19  Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

20  that basis denies them.  Intel otherwise denies the allegations in paragraph 121.

21      122.    To the extent that paragraph 122 purports to state a legal conclusion, Intel is not

22  required to respond.  To the extent that paragraph 122 alleges conduct on the part of other

23  Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

24  that basis denies them.  Intel otherwise denies the allegations in paragraph 122.

25      123.    To the extent that paragraph 123 purports to state a legal conclusion, Intel is not

26  required to respond.  To the extent that paragraph 123 alleges conduct on the part of other

27  Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

28  that basis denies them.  Intel otherwise denies the allegations in paragraph 123.

1    124.    To the extent that paragraph 124 purports to state a legal conclusion, Intel is not

2    required to respond.  To the extent that paragraph 124 alleges conduct on the part of other

3    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

4    that basis denies them.  Intel otherwise denies the allegations in paragraph 124.  Specifically,

5    Intel denies Plaintiffs' characterization of Intel's conduct and therefore denies that its officers,

6    directors, agents, employees, or representatives authorized, ordered, or participated in any illegal

7    conduct.

8    125.    To the extent that paragraph 125 purports to state a legal conclusion, Intel is not

9    required to respond.  To the extent that paragraph 125 alleges conduct on the part of other

10   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

11   that basis denies them.  Intel otherwise denies the allegations in paragraph 125.

12   126.    Intel admits that the CAC purports to seek certain relief.  Except as expressly

13   admitted, Intel denies the allegations in paragraph 126, and specifically denies that Plaintiffs are

14   entitled to any relief.

15   127.    Intel hereby incorporates by reference its responses to the allegations contained in

16   paragraphs 1-126 of the CAC as set forth above.

17   128.    To the extent that paragraph 128 purports to state a legal conclusion, Intel is not

18   required to respond.  To the extent that paragraph 128 alleges conduct on the part of other

19   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

20   that basis denies them.  Intel otherwise denies the allegations in paragraph 128.

21   129.    To the extent that paragraph 129 purports to state a legal conclusion, Intel is not

22   required to respond.  To the extent that paragraph 129 alleges conduct on the part of other

23   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

24   that basis denies them.  Intel otherwise denies the allegations in paragraph 129.

25   130.    To the extent that paragraph 130 purports to state a legal conclusion, Intel is not

26   required to respond.  To the extent that paragraph 130 alleges conduct on the part of other

27   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

28   that basis denies them.  Intel otherwise denies the allegations in paragraph 130.

1    131.    To the extent that paragraph 131 purports to state a legal conclusion, Intel is not

2    required to respond.  To the extent that paragraph 131 alleges conduct on the part of other

3    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

4    that basis denies them.  Intel otherwise denies the allegations in paragraph 131.

5    132.    To the extent that paragraph 132 purports to state a legal conclusion, Intel is not

6    required to respond.

7    133.    To the extent that paragraph 133 purports to state a legal conclusion, Intel is not

8    required to respond.  To the extent that paragraph 133 alleges conduct on the part of other

9    Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

10   that basis denies them.  Intel otherwise denies the allegations in paragraph 133.  Specifically,

11   Intel denies Plaintiffs' characterization of Intel's conduct and therefore denies that its officers,

12   directors, agents, employees, or representatives authorized, ordered, or participated in any illegal

13   conduct.

14   134.    To the extent that paragraph 134 purports to state a legal conclusion, Intel is not

15   required to respond.  To the extent that paragraph 134 alleges conduct on the part of other

16   Defendants, Intel lacks sufficient information or belief to admit or deny those allegations and on

17   that basis denies them.  Intel otherwise denies the allegations in paragraph 134.

18   135.    Intel admits that the CAC purports to seek certain relief.  Except as expressly

19   admitted, Intel denies the allegations in paragraph 135, and specifically denies that Plaintiffs are

20   entitled to any relief.

21   136.    Intel hereby incorporates by reference its responses to the allegations contained in

22   paragraphs 1-135 of the CAC as set forth above.

23   137.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

24   at 24.  Therefore, no response to this paragraph is required.

25   138.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

26   at 24.  Therefore, no response to this paragraph is required.

27   139.    Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

28   at 24.  Therefore, no response to this paragraph is required.

1    140.   Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

2    at 24.  Therefore, no response to this paragraph is required.

3    141.   Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

4    at 24.  Therefore, no response to this paragraph is required.

5    142.   Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

6    at 24.  Therefore, no response to this paragraph is required.

7    143.   Plaintiffs have voluntarily dismissed their Third Claim For Relief.  *See* Dkt. #119

8    at 24.  Therefore, no response to this paragraph is required.

9    144.   Intel hereby incorporates by reference its responses to the allegations contained in

10   paragraphs 1-143 of the CAC as set forth above.

11   145.   The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

12   Therefore, no response to this paragraph is required.

13   146.   The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

14   Therefore, no response to this paragraph is required.

15   147.   The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

16   Therefore, no response to this paragraph is required.

17   148.   The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

18   Therefore, no response to this paragraph is required.

19   149.   The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

20   Therefore, no response to this paragraph is required.

21   150.   The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

22   Therefore, no response to this paragraph is required.

23   151.   The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

24   Therefore, no response to this paragraph is required.

25   152.   The Court has dismissed Plaintiffs' Fourth Claim For Relief.  *See* Dkt. #119 at 29.

26   Therefore, no response to this paragraph is required.

27   153.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no

28   response.

A/75013843.1/2014763-0000355568

18

1      154.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
2   response.

3      155.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
4   response.

5      156.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
6   response.

7      157.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
8   response.

9      158.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
10   response.

11      159.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
12   response.

13      160.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
14   response.

15      161.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
16   response.

17      162.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
18   response.

19      163.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
20   response.

21      164.   This paragraph is part of Plaintiffs' Prayer for Relief and therefore requires no
22   response.

23                          **JURY DEMAND**

24      165.   Intel demands trial by jury of all issues so triable under the law.

25   //

26   //

27   //

28   //

A/75013843.1/2014763-0000355568

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1

**SEPARATE AND ADDITIONAL DEFENSES**

2          166.    Intel sets forth below its separate and additional defenses.  Each defense is

3    asserted as to all claims against Intel.  By setting forth these additional defenses, Intel does not

4    assume the burden of proving any fact, issue, or element of a cause of action where such burden

5    properly belongs to the Plaintiffs.  Moreover, nothing stated herein is intended or shall be

6    construed as an admission that any particular issue or subject matter is relevant to the Plaintiffs'

7    allegations.

8

**FIRST SEPARATE AND ADDITIONAL DEFENSE**
**(Statute of Limitations)**

9

10         167.    As a defense to Plaintiffs' CAC, and each and every allegation contained therein,

11   Intel alleges that each of Plaintiffs' claims is barred in whole or in part by applicable statutes of

12   limitations, including 15 U.S.C. §15B and Cal. Bus. & Prof. Code §16750.1.  The first complaint

13   in this action was filed on May 4, 2011.  Plaintiffs, however, challenge conduct that allegedly

14   caused class members injuries dating back to January 1, 2005.  This action therefore seeks relief

15   for alleged injuries suffered outside the relevant four-year limitations period.

16

**SECOND SEPARATE AND ADDITIONAL DEFENSE**
**(Good Faith/Legitimate Business Justification)**

17         168.    As a defense to Plaintiffs' CAC, and each and every allegation against Intel

18   contained therein, Intel alleges that its actions were undertaken in good faith to advance

19   legitimate business interests and had the effect of promoting, encouraging, and increasing

20   competition.  By asserting this defense, Intel does not concede it has the ultimate burden of

21   proving procompetitive benefits resulting from its conduct or that those benefits outweighed any

22   alleged anticompetitive effects.

23         169.    Intel has regularly entered into collaborations with other companies, including

24   Google, Apple, and Pixar, to create innovative, exciting products that capture consumers'

25   attention and improve their lives.  The health of these collaborative relationships, and of basic

26   supplier-customer relationships, was critical to Intel's success as a company.  As such, in

27   general, Intel did not actively recruit employees from its customers or joint development partners

28

A/75013843.1/2014763-0000355568

20

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1  because doing so tended to breed distrust and resentment, thereby undermining those

2  relationships and the related collaborations.  Meetings and discussions between Intel and its

3  partners or potential partners were at times emotional and heated when the collaborators were

4  concerned about losing employees during joint projects.  Those concerns, at times, undermined

5  and endangered such collaborations, and Intel was sensitive to actions that threatened any

6  collaboration involving a significant investment of time and resources.

7        170.    In close collaborations such as those between Intel and Google, for example,

8  active solicitation of a business partner's employees deprived the collaboration of key talent on

9  which it depended and undermined the trust between the parties necessary to the collaboration's

10  success, thereby weakening or even threatening the viability of the existing collaborations and

11  reducing the likelihood of future collaborations.  This in turn threatened to harm consumers by

12  depriving them of the full benefits of new, better, more efficient products and services.  On the

13  other hand, the productive working relationships between Intel and its collaborators were

14  enhanced when the companies were able to work closely together without fear that their key

15  employees would be recruited away based on relationships that developed during their

16  collaborative efforts.

17        171.    To the extent Intel entered into alleged agreements with collaborators not to

18  actively solicit each other's employees, such agreements protected and facilitated the

19  collaboration between the parties.  These collaborations had the effect of promoting,

20  encouraging, and increasing competition.

21                    **THIRD SEPARATE AND ADDITIONAL DEFENSE**
22                           **(Failure to Mitigate Damages)**

23        172.    As a defense to Plaintiffs' CAC, and each and every allegation contained therein,

24  Intel alleges that some purported class members have failed to mitigate their damages, if any,

25  and that any recovery should be reduced or denied accordingly.

26        173.    Some purported class members, including some Intel employees, knew about the

27  alleged conduct during the class period.  These purported class members had the ability to

28  actively seek employment at the other Defendant companies (e.g., by submitting a resume or

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT

1  attending a job fair) or to research compensation at the other Defendant companies.  Doing so

2  would have allowed those purported class members to mitigate any alleged damage caused by

3  the alleged conduct.

4          174.    All purported class members were free to seek out employment opportunities at

5  other companies, including other Defendants.  None of the alleged agreements restricted the

6  ability of purported class members to seek new employment from any of the other Defendant

7  companies.  Nor did any of the alleged agreements prevent a Defendant from hiring any of the

8  other Defendants' employees if those employees were actively seeking new employment.

9  Finally, purported class members had access to many independent sources of compensation

10  information including, but not limited to, friends, professional networks, job boards,

11  headhunters, and internet sites such as glassdoor.com.

12                      **FOURTH SEPARATE AND ADDITIONAL DEFENSE**
13                           **(Settlement and Release; Waiver)**

14          175.    As a defense to Plaintiffs' CAC, and each and every allegation contained therein,

15  Intel alleges that Plaintiffs' claims are barred in whole or in part to the extent Plaintiffs have,

16  prior to the time of any judgment being entered in this matter, settled, released, or waived any

17  claims against Intel or any other Defendant.

18          176.    During the class period, some purported class members entered into a termination

19  or severance agreement upon their departure from one of the Defendants that included: (1) a

20  release of any and all claims related to that purported class member's employment; and/or (2) a

21  waiver of the right to assert claims related to that purported class member's employment.  These

22  releases and/or waivers cover the claims asserted in Plaintiffs' CAC.

23                       **FIFTH SEPARATE AND ADDITIONAL DEFENSE**
                            **(Failure to Exhaust Remedies)**
24
            177.    As a defense to Plaintiffs' CAC, and each and every allegation contained therein,
25
   Intel alleges that Plaintiffs' claims are barred in whole or in part because certain of the purported
26
   class members are subject to mandatory arbitration, a remedy they have failed to exhaust.
27
   Specifically, during the class period, some purported class members entered into a termination or
28

1   severance agreement upon their departure from one of the Defendants that included a clause

2   mandating arbitration of the claims asserted in Plaintiffs' CAC.

3                    **SIXTH SEPARATE AND ADDITIONAL DEFENSE**
4                              **(Reservation of Rights)**

5          178.    Intel currently has insufficient knowledge or information on which to form a

6   belief as to whether it may have additional, as yet unstated, defenses available.  Intel expressly

7   reserves its right to assert additional affirmative defenses in the event discovery indicates they

8   would be appropriate.

9          WHEREFORE, Intel prays for judgment as follows:

10         1.      That Plaintiffs, and members of the purported class and subclass on whose behalf

11  they purport to sue, take nothing by reason of their Consolidated Amended Complaint;

12         2.      That the Court offset the recovery, if any, by Plaintiffs, and members of any

13  purported class and subclass on whose behalf they purport to sue, by any amounts paid by Intel,

14  or other third parties, to them, in connection with claims relating to the subject matter of this

15  lawsuit;

16         3.      That Intel recover its expenses, costs and attorneys' fees in connection with this

17  lawsuit; and

18         4.      That the Court grant Intel such further relief as it deems just and proper.

19  DATED:  July 5, 2012                    Respectfully Submitted,

20                                          Bingham McCutchen LLP

21

22                                          By: s/Donn P. Pickett
23                                              Donn P. Pickett
                                                Attorneys for Defendant
24                                              Intel Corporation

25

26

27

28
    A/75013843.1/2014763-0000355568

INTEL CORPORATION'S AMENDED ANSWER TO THE CONSOLIDATED AMENDED COMPLAINT