1  MAYER BROWN LLP
   Lee H. Rubin (SBN 141331)
2     lrubin@mayerbrown.com
   Edward D. Johnson (SBN 189475)
3     wjohnson@mayerbrown.com
   Donald M. Falk (SBN 150256)
4     dfalk@mayerbrown.com
   Two Palo Alto Square, Suite 300
5  3000 El Camino Real
   Palo Alto, CA  94306-2112
6  Telephone:  (650) 331-2000
   Facsimile:  (650) 331-2060
7
   Attorneys for Defendant
8  Google Inc.

9
                    **UNITED STATES DISTRICT COURT**
10
                   **NORTHERN DISTRICT OF CALIFORNIA**
11
                          **SAN JOSE DIVISION**
12

13  IN RE HIGH-TECH EMPLOYEE              Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
14                                        **AMENDED ANSWER OF DEFENDANT**
                                          **GOOGLE INC. TO PLAINTIFFS'**
15                                        **CONSOLIDATED AMENDED**
    THIS DOCUMENT RELATES TO:             **COMPLAINT**
16
    ALL ACTIONS
17

18

19

20

21

22

23

24

25

26

27

28

1    Defendant Google Inc. ("Google") hereby responds to the allegations in the Consolidated

2    Amended Complaint ("Complaint") filed by Plaintiffs Michael Devine, Mark Fichtner, Siddharth

3    Hariharan, Brandon Marshall, and Daniel Stover (collectively "Plaintiffs") as follows:

4    **I.    SUMMARY OF THE ACTION**

5        1.    Google admits that Plaintiffs filed this case as a class action against Google and

6    other defendants but denies the remaining allegations contained in paragraph 1 of Plaintiffs'

7    Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

8    a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis

9    denies them.

10       2.    To the extent that paragraph 2 purports to state a legal conclusion, no answer is

11   required.  Google admits that this purports to be an action seeking damages under the Sherman

12   Act, the Cartwright Act and the California Business and Professions Code. Google denies the

13   remaining allegations contained in paragraph 2 of Plaintiffs' Complaint as they pertain to

14   Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the

15   allegations as they pertain to any other defendant, and on that basis denies them.

16       3.    To the extent that paragraph 3 purports to state a legal conclusion, no answer is

17   required.  Google admits that the United States Department of Justice ("DOJ") issued a Civil

18   Investigative Demand ("CID") to Google in 2009 and that the DOJ filed a complaint against

19   Defendants Adobe, Apple, Google, Intel, Intuit and Pixar, which contained the quoted

20   allegations set forth in paragraph 3 of Plaintiffs' Complaint.  Google denies Plaintiffs'

21   characterization of the quoted allegations in this paragraph and Plaintiffs' allegations regarding

22   conclusions of fact or law made by the DOJ.  Google the remaining allegations contained in

23   paragraph 3 of Plaintiffs' Complaint as they pertain to Google, including that *per se* treatment is

24   appropriate in this matter.  Google lacks knowledge or information sufficient to form a belief as

25   to the truth of the allegations as they pertain to any other defendant, and on that basis denies

26   them.

27       4.    Google admits that the DOJ did not seek monetary penalties against Google, but

28   denies that any employees were harmed by Google's conduct.  Google denies the remaining

allegations contained in paragraph 4 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

**II.**      **JURISDICTION AND VENUE**

5.      Google admits that this purports to be an action arising under the Sherman Act, the Cartwright Act and the California Business and Professions Code, but denies that Plaintiffs are entitled to any relief thereunder.

6.      To the extent that paragraph 6 purports to state a legal conclusion, no answer is required.  Google otherwise admits the allegations contained in paragraph 6 of Plaintiffs' Complaint.

7.      To the extent that paragraph 7 purports to state a legal conclusion, no answer is required.  Google admits that venue is proper.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

8.      To the extent that paragraph 8 purports to state a legal conclusion, no answer is required.  Google admits that it is subject to the jurisdiction of this Court for the purposes of this action.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

**III.**      **CHOICE OF LAW**

9.      To the extent that paragraph 9 purports to state a legal conclusion, no answer is required.  Google otherwise denies the allegations in paragraph 9 of the Complaint.

10.      Google denies the allegations contained in paragraph 10 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

11.      Google denies the allegations contained in paragraph 11 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as

AMECURRENT 702544658.3

to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

12. To the extent that paragraph 12 purports to state a legal conclusion, no answer is required. Because of the vagueness and ambiguity of Plaintiffs' allegations, Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 12 of Plaintiffs' Complaint, and on that basis denies them.

13. To the extent that paragraph 13 purports to state a legal conclusion, no answer is required. Google does not dispute that venue is proper in the County of Santa Clara with respect to Plaintiffs but denies that any class is proper in this matter. Google otherwise denies the allegations contained in paragraph 13 of Plaintiffs' Complaint as they pertain to Google. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

14. To the extent that paragraph 14 purports to state a legal conclusion, no answer is required. Google otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 14 of Plaintiffs' Complaint, and on that basis denies them.

15. To the extent that paragraph 15 purports to state a legal conclusion, no answer is required. Google otherwise lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 15 of Plaintiffs' Complaint, and on that basis denies them.

IV. **THE PARTIES**

    A. **Plaintiffs**

16. Google denies that Mr. Devine suffered any injury by reason of the allegations in the Complaint and otherwise denies the allegations contained in paragraph 16 of Plaintiffs' Complaint as they pertain to Google. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other party, and on that basis denies them.

-3-

17.     Google denies that Mr. Fichtner suffered any injury by reason of the allegations in the Complaint and otherwise denies the allegations contained in paragraph 17 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other party, and on that basis denies them.

18.     Google denies that Mr. Hariharan suffered any injury by reason of the allegations in the Complaint and otherwise denies the allegations contained in paragraph 18 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other party, and on that basis denies them.

19.     Google denies that Mr. Marshall suffered any injury by reason of the allegations in the Complaint and otherwise denies the allegations contained in paragraph 19 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other party, and on that basis denies them.

20.     Google denies that Mr. Stover suffered any injury by reason of the allegations in the Complaint and otherwise denies the allegations contained in paragraph 20 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other party, and on that basis denies them.

**B.     Defendants**

21.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 21 of Plaintiffs' Complaint, and on that basis denies them.

22.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 22 of Plaintiffs' Complaint, and on that basis denies them.

AMECURRENT 702544658.3

23.    Google admits the allegations contained in paragraph 23 of Plaintiffs' Complaint.

24.    Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 24 of Plaintiffs' Complaint, and on that basis denies them.

25.    Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 25 of Plaintiffs' Complaint, and on that basis denies them.

26.    Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 26 of Plaintiffs' Complaint, and on that basis denies them.

27.    Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 27 of Plaintiffs' Complaint, and on that basis denies them.

28.    Google denies that it participated in any alleged conspiracy or violation of law. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other Defendants or unnamed DOES, and on that basis denies the allegations in paragraph 28.

29.    Google denies that it participated in any alleged conspiracy or violation of law. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other Defendants or unnamed DOES, and on that basis denies the allegations in paragraph 29.

V.    **CLASS ACTION ALLEGATIONS**

30.    To the extent that paragraph 30 purports to state a legal conclusion, no answer is required.  Google admits that Plaintiffs purport to bring this action on behalf of themselves and others, but otherwise denies the allegations in paragraph 30.

31.    Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 31 of the Complaint, and on that basis denies them.

AMECURRENT 702544658.3

32.     Google denies the allegations contained in paragraph 32 of Plaintiffs' Complaint.

33.     Google denies the allegations contained in paragraph 33 of Plaintiffs' Complaint.

34.     Google denies the allegations contained in paragraph 34 of Plaintiffs' Complaint.

35.     Google denies the allegations contained in paragraph 35 of Plaintiffs' Complaint.

36.     Google denies the allegations contained in paragraph 36 of Plaintiffs' Complaint.

37.     Plaintiffs have withdrawn their request for injunctive relief, so no response is necessary.   Google otherwise denies the allegations contained in paragraph 37 of Plaintiffs' Complaint.

38.     Google denies the allegations contained in paragraph 38 of Plaintiffs' Complaint.

**VI.     FACTUAL ALLEGATIONS**

39.     Google admits that it employed putative Class members in California, and in some other states, during the Class Period, as the putative Class is defined in Plaintiffs' Complaint.  Google lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations as they pertain Google or to any other defendant, and on that basis denies them.

40.     Google denies the allegations contained in paragraph 40 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other party, and on that basis denies them.

41.     Google admits that cold calling is one method it may use to recruit employees, but denies that it used the definition of cold calling alleged in paragraph 41 of Plaintiffs' Complaint, and therefore denies the allegations in this paragraph on that basis.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

42.     Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint and therefore denies the allegations in this paragraph on that basis.  Google otherwise denies the allegations in paragraph 42 as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any

other defendant, and on that basis denies them.

43.     Because of the vagueness and ambiguity of Plaintiffs' allegations in paragraph 43 of the Complaint, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.

44.     Because of the vagueness and ambiguity of Plaintiffs' allegations relating to Google's and others' conduct in paragraph 44 of the Complaint, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.

45.     Google admits that cold calling is one method it may use to recruit employees, but denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations in this paragraph on that basis.  Google otherwise denies the allegations in paragraph 45 as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant or third party, and on that basis denies them.

46.     Google admits that cold calling is one method it may use to recruit employees, but denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations in this paragraph on that basis.  Because of the vagueness and ambiguity of Plaintiffs' remaining allegations relating to Google's and others' conduct in paragraph 46 of the Complaint, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.

47.     Google lacks knowledge or information sufficient to form a belief about the truth of the allegations in paragraph 47 of the Complaint and on that basis denies them.

48.     Because of the vagueness and ambiguity of Plaintiffs' allegations relating to Google's and others' conduct in paragraph 48 of the Complaint, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.

49.     Because of the vagueness and ambiguity of Plaintiffs' allegations relating to

AMECURRENT 702544658.3

Google's and others' conduct in paragraph 49 of the Complaint, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.

50.     Because of the vagueness and ambiguity of Plaintiffs' allegations relating to Google's and others' conduct in paragraph 50 of the Complaint, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.

51.     Google denies that the alleged goals accurately or fully reflect Google's goals with respect to compensation, and on that basis denies the allegations in paragraph 51 of the Complaint.

52.     Google denies that the alleged practices in paragraph 52 fully or accurately reflect Google's compensation practices or that the alleged goals in paragraph 51 fully or accurately reflect Google's goals with respect to compensation, and on that basis denies the allegations in paragraph 52 of the Complaint.

53.     Because of the vagueness and ambiguity of Plaintiffs' allegations relating to Google's and others' conduct in paragraph 53 of the Complaint, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.

54.     Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations in this paragraph on that basis.  Google denies the remaining allegations in paragraph 54 of the Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other defendant, and on that basis denies them.

55.     Google denies the allegations contained in paragraph 55 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to any other party, and on that basis denies them.

/ / /

-8-

AMECURRENT 702544658.3

56.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 56 of Plaintiffs' Complaint, and on that basis denies them.

57.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 57 of Plaintiffs' Complaint, and on that basis denies them.

58.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 58 of Plaintiffs' Complaint, and on that basis denies them.

59.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 59 of Plaintiffs' Complaint, and on that basis denies them.

60.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 60 of Plaintiffs' Complaint, and on that basis denies them.

61.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 61 of Plaintiffs' Complaint, and on that basis denies them.

62.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 62 of Plaintiffs' Complaint, and on that basis denies them.

63.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 63 of Plaintiffs' Complaint, and on that basis denies them.

64.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 64 of Plaintiffs' Complaint, and on that basis denies them.

AMECURRENT 702544658.3

65.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 65 of Plaintiffs' Complaint, and on that basis denies them.

66.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 66 of Plaintiffs' Complaint, and on that basis denies them.

67.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 67 of Plaintiffs' Complaint, and on that basis denies them.

68.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 68 of Plaintiffs' Complaint, and on that basis denies them.

69.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 69 of Plaintiffs' Complaint, and on that basis denies them.

70.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 70 of Plaintiffs' Complaint, and on that basis denies them.

71.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 71 of Plaintiffs' Complaint, and on that basis denies them.

72.      Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 72 of Plaintiffs' Complaint, and on that basis denies them.

73.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 73 of Plaintiffs' Complaint, and on that basis denies them.

-10-

74.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 74 of Plaintiffs' Complaint, and on that basis denies them.

75.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 75 of Plaintiffs' Complaint, and on that basis denies them.

76.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 76 of Plaintiffs' Complaint, and on that basis denies them.

77.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 77 of Plaintiffs' Complaint, and on that basis denies them.

78.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 78 of Plaintiffs' Complaint, and on that basis denies them.

79.     Google admits that Arthur D. Levinson sat on the boards of both Apple and Google.  Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations related to cold-calling in this paragraph on that basis. Because of the vagueness and ambiguity of Plaintiffs' allegations that Google and Apple "expressly agreed" not to cold call each other's employees, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.  Google denies the remaining allegations in paragraph 79 as they pertain to Google. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Apple, and on that basis denies them.

80.     Google denies the allegations in paragraph 80 of Plaintiffs' Complaint.

81.     Google denies the allegations in paragraph 81 of Plaintiffs' Complaint.

82.     Google denies the allegations contained in paragraph 82 of Plaintiffs' Complaint

-11-

as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Apple, and on that basis denies them.

83.     Google denies that it acted to "ensure compliance" with any alleged bilateral agreement, and denies the allegations in paragraph 83 on that basis.  Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations related to cold-calling in this paragraph on that basis.  Google does not dispute that venue is proper in the County of Santa Clara.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Apple, and on that basis denies them.

84.     Google admits that an Apple employee contacted Google regarding recruitment efforts by Google and that Google investigated these complaints.  Because of the vagueness and ambiguity of Plaintiffs' allegations relating to an "express" or "explicit" agreement between Google and Apple, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.  Google denies the remaining allegations in paragraph 84 as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Apple, and on that basis denies them.

85.     Google denies the allegations contained in paragraph 85 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

86.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 86 of Plaintiffs' Complaint, and on that basis denies them.

87.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 87 of Plaintiffs' Complaint, and on that basis denies them.

88.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 88 of the Complaint, and on that basis denies them.

-12-

89.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 89 of Plaintiffs' Complaint, and on that basis denies them.

90.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 90 of Plaintiffs' Complaint, and on that basis denies them.

91.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 91 of Plaintiffs' Complaint, and on that basis denies them.

92.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 92 of Plaintiffs' Complaint, and on that basis denies them.

93.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 93 of Plaintiffs' Complaint, and on that basis denies them.

94.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 94 of Plaintiffs' Complaint, and on that basis denies them.

95.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 95 of Plaintiffs' Complaint, and on that basis denies them.

96.     Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in paragraph 96 of Plaintiffs' Complaint, and on that basis denies them.

97.     Google admits the allegations contained in paragraph 97 of Plaintiffs' Complaint.

98.     Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations related to cold-calling in this paragraph on that

AMECURRENT 702544658.3

basis.  Because of the vagueness and ambiguity of Plaintiffs' allegations that Google and Intel "expressly agreed," not to cold call each other's employees, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.  Google denies the remaining allegations in paragraph 98 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

99.     Google denies the allegations in paragraph 99 of Plaintiffs' Complaint.

100.     Google denies the allegations in paragraph 100 as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Intel, and on that basis denies them.

101.     Google does not dispute that venue is proper in the County of Santa Clara.  Google denies that it acted to "ensure compliance" with any alleged bilateral agreement, and denies the allegations in paragraph 101 on that basis.  Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations related to cold-calling in this paragraph on that basis.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Intel, and on that basis denies them.

102.     Because of the vagueness and ambiguity of Plaintiffs' allegations relating to an "express" or "explicit" agreement between Google and Intel, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Intel, and on that basis denies them.

103.     Google admits that as of June 2007, Eric Schmidt sat on Apple's board of directors and Arthur Levinson sat on the boards of Apple and Google.  Google denies the remaining allegations in paragraph 103 as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

104.     Google denies that it used the definition of cold calling alleged in Plaintiffs'

-14-

AMECURRENT 702544658.3

Complaint, and therefore denies the allegations related to cold-calling in this paragraph on that basis. Because of the vagueness and ambiguity of Plaintiffs' allegations relating to an "explicit agreement" between Google and Intuit, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them. Google denies the remaining allegations contained in paragraph 104 of Plaintiffs' Complaint as they pertain to Google. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Intuit, and on that basis denies them.

105. Google denies the allegations in paragraph 105 as they pertain to Google. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Intuit, and on that basis denies them.

106. Google denies that it acted to "ensure compliance" with any alleged bilateral agreement, and denies the allegations in paragraph 106 on that basis. Google denies that it used the definition of cold calling alleged in Plaintiffs' Complaint, and therefore denies the allegations related to cold-calling in this paragraph on that basis. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Intuit, and on that basis denies them.

107. Because of the vagueness and ambiguity of Plaintiffs' allegations relating to an "express" or "explicit" agreement between Google and Intuit, Google lacks knowledge or information sufficient to form a belief about the truth of these allegations and on that basis denies them. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to Intuit, and on that basis denies them.

108. Google denies the allegations contained in paragraph 108 of Plaintiffs' Complaint as they pertain to Google. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

109. Google denies the allegations contained in paragraph 109 of Plaintiffs' Complaint as they pertain to Google. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

-15-

AMECURRENT 702544658.3

110.    Google denies the allegations contained in paragraph 110 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

111.    Google admits that the DOJ issued a CID to Google in 2009 in connection with an investigation, that Google produced documents to the DOJ in response to that CID.  Google denies the remaining allegations contained in paragraph 111 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

112.    Google admits that the DOJ filed a complaint against Defendants Adobe, Apple, Google, Intel, Intuit and Pixar, which contained the quoted allegations set forth in paragraph 112 of Plaintiffs' Complaint.  Google denies the remaining allegations contained in paragraph 112 of Plaintiffs' Complaint, including the allegations related to factual or legal findings made by the DOJ.

113.    Google admits that the DOJ filed a complaint against Defendants Adobe, Apple, Google, Intel, Intuit and Pixar, which contained the quoted allegations set forth in paragraph 113 of Plaintiffs' Complaint.  Google denies the remaining allegations contained in paragraph 113 of Plaintiffs' Complaint, including the allegations related to factual or legal findings made by the DOJ.

114.    Google admits that the DOJ filed a complaint on September 24, 2010 against Defendants Adobe, Apple, Google, Intel, Intuit and Pixar, alleging that each defendant participated in at least one agreement in violation of Section One of the Sherman Act and that, in connection with a settlement with the DOJ, the DOJ filed a stipulated proposed final judgment, which, for purposes of jurisdiction, contained the quoted language set forth in paragraph 114 of Plaintiffs' Complaint.  Google denies the remaining allegations contained in paragraph 114 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

AMECURRENT 702544658.3

115.    Google admits it entered into a settlement with the DOJ and that stipulated final judgments were entered by the United States District Court.  The Final Judgment speaks for itself.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

116.    Google admits that on September 24, 2010, Amy Lambert, Associate General Counsel, Employment, made the quoted statements alleged in paragraph 116 of the Complaint. Google denies the remaining allegations contained in this paragraph as they pertain to Google. Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

117.    Google admits that the DOJ did not seek monetary penalties against defendants, but denies the remaining the allegations in paragraph 117.

118.    Google denies the allegations contained in paragraph 118 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

### FIRST CLAIM FOR RELIEF

(Violations of Section 1 of the Sherman Act, 15 U.S.C. § 1)

119.    Google incorporates by reference and re-alleges its responses to paragraphs 1 through 118 as if fully set forth herein.

120.    Google denies the allegations contained in paragraph 120 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

121.    Google denies the allegations contained in paragraph 121 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

122.    Google denies the allegations contained in paragraph 122 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

-17-

AMECURRENT 702544658.3

123.    Google denies the allegations contained in paragraph 123 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

124.    Google denies the allegations contained in paragraph 124 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

125.    Google denies the allegations contained in paragraph 125 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

126.    Google admits that Plaintiffs seek the relief alleged in the Complaint but denies that Plaintiffs are entitled to any relief.  Google denies the remaining allegations contained in paragraph 126 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

## SECOND CLAIM FOR RELIEF

(Violations of the Cartwright Act, Cal. Bus. & Prof. Code §§ 16720, et seq.)

127.    Google incorporates by reference and re-alleges its responses to paragraphs 1 through 126 as if fully set forth herein.

128.    Google denies the allegations contained in paragraph 128 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

129.    Google denies the allegations contained in paragraph 129 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

130.    Google denies the allegations contained in paragraph 130 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

GOOGLE INC.'S AMENDED ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

AMECURRENT 702544658.3

131.    Google denies the allegations contained in paragraph 131 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

132.    Paragraph 132 purports to state a legal conclusion and no answer is required. Google otherwise denies that Plaintiffs have properly alleged a class under the Cartwright Act.

133.    Google denies the allegations contained in paragraph 133 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

134.    Google denies the allegations contained in paragraph 134 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

135.    Google admits that Plaintiffs seek the relief alleged in the Complaint but denies that Plaintiffs are entitled to any relief.  Google denies the remaining allegations contained in paragraph 135 of Plaintiffs' Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form a belief as to the truth of the allegations as they pertain to other defendants, and on that basis denies them.

**THIRD CLAIM FOR RELIEF**

(Violations of Cal. Bus. & Prof. Code § 16600)

136.    This claim, encompassing paragraphs 136-143 of Plaintiffs' Complaint, has been dismissed, thus no response is necessary.  *See* Docket No. 111.

**FOURTH CLAIM FOR RELIEF**

(Unfair Competition in Violation of Cal. Bus. & Prof. Code §§ 17200, et seq.)

144.    This claim, encompassing paragraphs 144-152 of Plaintiffs' Complaint, has been dismissed, thus no response is necessary.  *See* Docket No. 119.

**PRAYER FOR RELIEF**

153.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no response.  Otherwise, Google denies the allegations contained in paragraph 153 of Plaintiffs'

-19-

AMECURRENT 702544658.3

1    Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

2    judgment and relief requested in this Prayer for Relief.

3          154.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

4    response.  Otherwise, Google denies the allegations contained in paragraph 154 of Plaintiffs'

5    Complaint as they pertain to Google.  Google lacks knowledge or information sufficient to form

6    a belief as to the truth of the allegations as they pertain to other defendants, and on that basis

7    denies them.

8          155.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

9    response.  Otherwise, Google denies the allegations contained in paragraph 155 of Plaintiffs'

10   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

11   judgment and relief requested in this Prayer for Relief.

12         156.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

13   response.  Otherwise, Google denies the allegations contained in paragraph 156 of Plaintiffs'

14   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

15   judgment and relief requested in this Prayer for Relief.

16         157.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

17   response.  Otherwise, Google denies the allegations contained in paragraph 157 of Plaintiffs'

18   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

19   judgment and relief requested in this Prayer for Relief.

20         158.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

21   response.  Otherwise, Google denies the allegations contained in paragraph 158 of Plaintiffs'

22   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

23   judgment and relief requested in this Prayer for Relief.

24         159.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no

25   response.  Otherwise, Google denies the allegations contained in paragraph 159 of Plaintiffs'

26   Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the

27   judgment and relief requested in this Prayer for Relief.

28

GOOGLE INC.'S AMENDED ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

160.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no response.  Otherwise, Google denies the allegations contained in paragraph 160 of Plaintiffs' Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the judgment and relief requested in this Prayer for Relief.

161.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no response.  Otherwise, Google denies the allegations contained in paragraph 161 of Plaintiffs' Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the judgment and relief requested in this Prayer for Relief.

162.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no response.  Otherwise, Google denies the allegations contained in paragraph 162 of Plaintiffs' Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the judgment and relief requested in this Prayer for Relief.

163.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no response.  Otherwise, Google denies the allegations contained in paragraph 163 of Plaintiffs' Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the judgment and relief requested in this Prayer for Relief.

164.    This paragraph is part of Plaintiffs' Prayer for Relief and thus requires no response.  Otherwise, Google denies the allegations contained in paragraph 164 of Plaintiffs' Complaint, and denies that Plaintiffs or any person they purport to represent are entitled to the judgment and relief requested in this Prayer for Relief.

### JURY DEMAND

Google acknowledges that Plaintiffs have requested a trial by jury on all issues so triable.

### AFFIRMATIVE DEFENSES

In further answer to the Complaint, Google alleges the following additional defenses.  In asserting these defenses, Google does not assume the burden of proof as to matters that, pursuant to law, are Plaintiffs' burden to prove.

GOOGLE INC.'S AMENDED ANSWER; MASTER DOCKET NO. 11-CV-2509-LHK

AMECURRENT 702544658.3

**FIRST AFFIRMATIVE DEFENSE**

(Statutes of Limitations)

1.      Plaintiffs' claims are barred, in whole or part, by the applicable statutes of limitations.  Plaintiffs' claims are subject to four year statutes of limitations.  Plaintiff Hariharan filed his initial complaint against Defendants on May 4, 2011.  Plaintiffs Devine, Marshall and Fichtner subsequently filed complaints against Defendants alleging the same violations.   On September 13, 2011, Plaintiffs filed their Complaint against Defendants in the United States District Court for the Northern District of California.  Plaintiffs allege claims on behalf of a putative class beginning January 1, 2005 and allege injuries to at least some class members occurring prior to May 4, 2007, outside of the applicable statutes of limitations.  The claims of Plaintiffs and the putative class are therefore barred to the extent they are brought outside the applicable four-year limitations period.

**SECOND AFFIRMATIVE DEFENSE**

(Waiver)

2.      Plaintiffs' claims are barred, in whole or part, by the doctrine of waiver.  Upon information and belief, at relevant times, some purported class members, upon resignation or termination of employment from a Defendant, have entered into agreements including a waiver of the right to assert claims related to that employment.  Upon information and belief, Google alleges that these members of the putative class have thereby knowingly relinquished their right to assert all such claims, including the claims asserted in the Complaint.

**THIRD AFFIRMATIVE DEFENSE**

(Failure to Exhaust Contractual Remedies)

3.      Plaintiffs' claims are barred, in whole or part, to the extent that any plaintiff or member of the putative class failed to exhaust all applicable contractual remedies.  Specifically, at relevant times, some putative class members employed by one or more Defendants were subject to an employment agreement to arbitrate any disputes related to that employment.  Upon information and belief, Google alleges that the Plaintiffs' and/or putative class members' claims

AMECURRENT 702544658.3

1    are therefore barred to the extent they agreed to mandatory arbitration or chose a different forum

2    or mechanism for the resolution of their claims, including some or all of the claims asserted in

3    the Complaint.

4                           **FOURTH AFFIRMATIVE DEFENSE**

5                             (Settlement and Release)

6        4.     Plaintiffs' claims are barred, in whole or part, to the extent that any plaintiff or

7    member of the putative class executed a settlement and release of such claims. Upon

8    information and belief, at relevant times, some purported class members, upon resignation or

9    termination of employment from a Defendant, have entered into agreements including a release

10    of all claims related to that employment. Upon information and belief, Google alleges that these

11    members of the putative class have thereby knowingly relinquished their right to assert all such

12    claims, including the claims asserted in the Complaint.

13                           **FIFTH AFFIRMATIVE DEFENSE**

14                        (Failure to Mitigate Damages)

15        5.     Upon information and belief, Google alleges that Plaintiffs and members of the

16    putative class failed to mitigate their alleged damages at or within a reasonable time after the

17    occurrence of the violations alleged in the Complaint. At least some of the Defendants had

18    policies and/or agreements regarding cold calling that were widely internally communicated and

19    well-known to many employees within those companies. Therefore, at least some purported

20    class members knew about the alleged conduct during the class period. These purported class

21    members had the ability to actively seek employment at other companies, including other

22    Defendants, (by, *inter alia*, submitting a resume or otherwise indicating interest in employment),

23    to research compensation at other companies, and/or to learn about employment opportunities at

24    other companies. None of the alleged agreements restricted purported class members from

25    engaging in such activities, nor did any of the alleged agreements prevent a Defendant from

26    hiring a purported class member who actively sought employment. To the extent Plaintiffs

27    / / /

28

AMECURRENT 702544658.3

1    and/or any putative class members failed to take such steps to mitigate their alleged damages,

2    any damages awarded should be reduced accordingly.

3                              **SIXTH AFFIRMATIVE DEFENSE**

4                              (Intervening Acts and/or Omissions)

5            6.    Plaintiffs' claims are barred, in whole or part, because injuries alleged were

6    caused in whole or in part by the conduct of third parties for whom Google was not responsible,

7    through forces in the marketplace over which Google had no control, or through acts or

8    omissions on the part of Plaintiffs.  In the alternative, any damages which Plaintiffs or the

9    putative class may be entitled to recover against Google must be reduced to

10   the extent that such damages are attributable to persons or entities other than Google (including,

11   without limitation, Plaintiffs and the putative class).

12                            **SEVENTH AFFIRMATIVE DEFENSE**

13                                      (Offset)

14           7.    Upon information and belief, Google alleges that Plaintiffs' claims are barred, in

15   whole or in part, to the extent that any claimed injury or damages have been offset by benefits

16   received as a consequence of the alleged challenged conduct.  To the extent that any Defendant

17   chose not to actively solicit employees from another Defendant, Google alleges upon

18   information and belief that other individuals, including purported class members, were solicited

19   by Defendants to fill those job openings and that other individuals, including purported class

20   members, applied for positions with Defendants, and some of those who were solicited or

21   otherwise applied were eventually hired.  To the extent any purported class member was hired

22   and therefore may have benefitted from the challenged conduct, Plaintiffs' and purported class

23   members' claims or damages may be barred or reduced accordingly.

24                                **ADDITIONAL RESPONSE**

25           8.    Google currently has insufficient information upon which to form a belief as to

26   whether it may have additional, as yet unstated, defenses, based upon the allegations in

27   Plaintiffs' Complaint.  Google reserves the right to assert additional defenses in the event they

28

                                            -24-

AMECURRENT 702544658.3

1    become available or applicable by discovery of additional facts or subsequent court rulings.

2    Google further adopts defenses asserted by any other Defendant(s) to the extent they become

3    available or applicable by discovery of additional facts or subsequent court rulings.

4          9.      Google denies that Plaintiffs have been injured in any way by its conduct or that

5    they are entitled to any of the relief prayed for or alleged elsewhere in the Complaint.

6          WHEREFORE, Google prays:

7          1.      That Plaintiffs' Complaint be dismissed with prejudice;

8          2.      That Plaintiffs take nothing by reason thereof;

9          3.      That judgment be entered in favor of Google;

10         4.      That Google be awarded its costs (including any attorneys' fees and expert fees to

11   the extent permitted by applicable law) incurred in its defense of this action; and

12         5.      For such other and further relief as the Court deems just and proper.

13

14   Dated:  July 5, 2012                          MAYER BROWN LLP

15

16                                          By: /s/ Lee H. Rubin
                                                  Lee H. Rubin
17                                          Attorneys for Defendant
                                            GOOGLE INC.

18

19

20

21

22

23

24

25

26

27

28

-25-

AMECURRENT 702544658.3