Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone:  (415) 500-6800
Facsimile: (415) 500-6803

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER AMENDING CASE SCHEDULE** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | |

ALL PARTIES HEREBY STIPULATE AND AGREE:

Pursuant to the Court's July 2, 2012 Order re Case Schedule (Dkt. No. 165), counsel for all parties have conferred and propose the following extensions of the case schedule:

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Motion for Class Certification | July 19, 2012 | September 17, 2012 |
| Opposition to Motion for Class Certification | August 30, 2012 | October 29, 2012 |
| Reply In Support of Class Certification | September 20, 2012 | November 26, 2012 |
| Hearing on Motion for Class Certification | October 11, 2012 | December 13, 2012[1] |
| Fact Discovery Cutoff | November 30, 2012 | January 29, 2013 |
| Opening Expert Reports | December 14, 2012 | February 12, 2013 |
| Opposition Expert Reports | January 4, 2013 | March 5, 2013 |
| Expert Discovery Cutoff | January 25, 2013 | March 26, 2013 |
| Dispositive Motions and Daubert Motions | February 7, 2013 | April 11, 2013 |
| Oppositions to Dispositive and Daubert Motions | | May 10, 2013 |
| Replies to Dispositive and Daubert Motions | | May 31, 2013 |

---

[1] Plaintiffs' counsel are available on December 20, 2012, but Defendants' counsel are not. Plaintiffs' and Defendants' counsel are available on December 13, 2012.

| EVENT | CURRENT | PROPOSED |
|---|---|---|
| Hearing on Dispositive Motions and Daubert Motions | March 14, 2013 | June 20, 2013 |
| Pretrial Conference | May 15, 2013 | July 31, 2013 or August 21, 2013[2] |
| Jury Trial Begins | June 10, 2013 | August 27, 2013 or November 11, 2013[3] |

IT IS HEREBY STIPULATED:

Dated:  July 9, 2012                              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                                  By:   /s/ Kelly M. Dermody
                                                        Kelly M. Dermody

                                                  Richard M. Heimann (State Bar No. 63607)
                                                  Kelly M. Dermody (State Bar No. 171716)
                                                  Eric B. Fastiff (State Bar No. 182260)
                                                  Brendan P. Glackin (State Bar No. 199643)
                                                  Dean M. Harvey (State Bar No. 250298)
                                                  Anne B. Shaver (State Bar No. 255928)
                                                  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                                  275 Battery Street, 29th Floor
                                                  San Francisco, CA  94111-3339
                                                  Telephone:  (415) 956-1000
                                                  Facsimile:  (415) 956-1008

---

[2] The parties have agreed to the revised schedule with the exception of the trial date (*see* n.3). The pre-trial conference dates reflect these separate proposed trial dates.

[3] Plaintiffs request a November 11, 2013 trial date in order to accommodate a pre-existing conflict that several of Plaintiffs' Counsel have with another trial set to commence on September 9, 2013 and run through early October 2013 in *In re Titanium Dioxide Antitrust Litigation*, No. 10-CV-00318 (RDB) (D. Md.).  Present Interim Co-Lead Counsel Lieff Cabraser Heimann & Bernstein, LLP and Joseph Saveri of the Joseph Saveri Law firm are also Interim Co-Lead Counsel in *Titanium Dioxide*, and Mr. Saveri will serve as co-lead trial counsel in *Titanium Dioxide*.  The Berger & Montague firm, Plaintiffs' co-counsel here, are also Court-appointed Executive Committee members in the *Titanium Dioxide* case and will be serving on the trial team.  The Grant & Eisenhofer, P.A. firm, also serves as Plaintiffs' co-counsel here and on the Executive Committee in Titanium Dioxide.
Defendants propose a trial date in August 2013 in light of the Court's order granting a two-month extension and requesting a revised schedule which extends all deadlines correspondingly (Dkt. No. 165).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: July 9, 2012 | JOSEPH SAVERI LAW FIRM |
| 3 | | By: _/s/ Joseph R. Saveri_ |
| 4 | | Joseph R. Saveri |
| 5 | | Joseph R. Saveri (State Bar No. 130064)<br>JOSEPH SAVERI LAW FIRM |
| 6 | | 255 California, Suite 450<br>San Francisco, California 94111 |
| 7 | | Telephone: 415.500.6800<br>Facsimile: 415.500.6803 |
| 8 | | *Interim Co-Lead Counsel for Plaintiffs and the Proposed Class* |
| 9 | | |
| 10 | Dated: July 9, 2012 | O'MELVENY & MYERS LLP |
| 11 | | By: _/s/ Michael F. Tubach_<br>Michael F. Tubach |
| 12 | | Attorneys for Defendant Apple Inc. |
| 13 | | |
| 14 | Dated: July 9, 2012 | KEKER & VAN NEST LLP |
| 15 | | By: _/s/ Daniel Purcell_<br>Daniel Purcell |
| 16 | | Attorneys for Defendant Lucasfilm Ltd. |
| 17 | | |
| 18 | Dated: July 9, 2012 | JONES DAY |
| 19 | | By: _/s/ David C. Kiernan_<br>David C. Kiernan |
| 20 | | Attorneys for Defendant Adobe Systems Inc. |
| 21 | | |
| 22 | Dated: July 9, 2012 | MAYER BROWN LLP |
| 23 | | By: _/s/ Lee H. Rubin_<br>Lee H. Rubin |
| 24 | | Attorneys for Defendant Google Inc. |
| 25 | | |
| 26 | Dated: July 9, 2012 | BINGHAM McCUTCHEN LLP |
| 27 | | By: _/s/ Frank Hinman_<br>Frank Hinman |
| 28 | | Attorneys for Defendant Intel Corp. |

Dated: July 9, 2012        JONES DAY

                           By:   /s/ *Robert A. Mittelstaedt*
                                 Robert A. Mittelstaedt

                           Attorneys for Defendant Intuit Inc.


Dated: July 9, 2012        COVINGTON & BURLING LLP

                           By:   /s/ *Emily Johnson Henn*
                                 Emily Johnson Henn

                           Attorneys for Defendant Pixar


### **Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.


Dated: July 9, 2012                    /s/ *Dean M. Harvey*
                                       Dean M. Harvey

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____. 2012

By: _____
    Honorable Lucy H. Koh
    United States District Judge