UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No: 11-CV-02509 LHK |
| _____ | **CLERK'S NOTICE AMENDING TRIAL SCHEDULE** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | |

TO ALL PARTIES AND COUNSEL OF RECORD:

In the Order granting the parties' Stipulation Amending Case Schedule filed on July10, 2012 the parties had indicated the trial would commence on August 27, 2013, which is a Tuesday. The date for commencement of Jury Trial in this matter is hereby rescheduled to Monday, August 26, 2013 at 9:00 a.m..

Dated: July 19, 2012

                       For the Court,
                       RICHARD W. WEIKING, Clerk

                       /s/ Martha Parker Brown
                 By: _____
                       Martha Parker Brown
                       Courtroom Deputy Clerk