**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| OSSIE SANTIAGO, an individual California resident, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br> v. <br><br> INTUIT, INC., a Delaware corporation; GOOGLE, INC., a Delaware corporation; and DOES 1 through 100, inclusive, <br><br> Defendants. | Case No.: 5:12-CV-01262-LHK <br><br> ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED FOR FAILURE TO PROSECUTE |

Plaintiff Ossie Santiago filed a complaint against Intuit, Inc. ("Intuitö), Google, Inc. ("Google"), and Does 1 through 100, inclusive (collectively. "Defendants") on March"14, 2012. *See* ECF No. 1. On April 20, 2012, the case was reassigned to the undersigned judge. ECF No. 6. On April 25, 2012, the Court related the above captioned case to *In re: High/Tech Employee Antitrust Litigation*, 11-CV-2509-LHK. ECF No. 11. On April 25, 2012, Intuit filed a motion to compel arbitration and to dismiss, or in the alternative stay proceedings. ECF No. 8. Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to Intuit's motion was due on May 9, 2012. On June 1, 2012, Google filed a motion to dismiss Plaintiff's complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Pursuant to Civil Local Rule 7-3(a), Plaintiff's opposition to Google's motion was due on June 15, 2012. On June 22, 2012, Google filed a notice Plaintiff's

non-opposition to Google's motion to dismiss. ECF No. 19. Plaintiff has not filed an opposition to either Google's or Intuit's motions, even though the deadline to oppose both motions has passed.

The hearing on Google's and Intuit's motions and the case management conference set for September 13, 2012, are VACATED. The Court hereby ORDERS Plaintiff to show cause why this case should not be dismissed for failure to prosecute. This Order does not authorize Plaintiff to file an untimely opposition to Defendants' motions. Plaintiff has until **August 13, 2012**, to file a response to this Order to Show Cause. A hearing on this Order to Show Cause is set for **August 30, 2012, at 1:30 P.M.** Plaintiff's failure to respond to this Order to Show Cause and to appear at the August 30, 2012 hearing will result in dismissal with prejudice for failure to prosecute.

**IT IS SO ORDERED.**

Dated: July 23, 2012

*Lucy H. Koh*
LUCY H. KOH
United States District Judge