Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Co-Lead Counsel for Plaintiffs and the Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:   September 12, 2012<br>Time:   2:00 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:   The Honorable Lucy H. Koh |

The parties submit this joint statement for the September 12, 2012 Case Management Conference.

## I. Case Progress

Since the June 4, 2012 Case Management Conference, the case has progressed as follows.

Counsel for Plaintiffs submitted a Notice of Compliance with the Court's June 5, 2012 Case Management Order on June 18, 2012. (Dkt. No. 153.) Counsel for Defendants also submitted Declarations regarding their document productions on June 18, 2012. (Dkt. Nos. 154-160.)

On June 15, 2012, the Court granted the parties' Stipulation regarding the submission of amended Answers by Defendants. (Dkt. No. 152.) Defendants submitted their Amended Answers on July 5, 2012. (Dkt. Nos. 168-174.)

On July 10, 2012 the Court entered the parties' stipulation, with modifications, amending the case schedule, setting the deadline for Plaintiffs' motion for class certification for September 17, 2012, and setting the first day of trial in this action for August 27, 2013. (Dkt. No. 176.) The Court subsequently amended the trial date to August 26, 2013. (Dkt. No. 177.)

## II. Discovery Progress

In the June 5, 2012 Case Management Order, the Court referred all future discovery disputes to Magistrate Judge Grewal. On August 22, 2012, Defendant Lucasfilm submitted supplemental initial disclosures pursuant to Fed. R. Civ. P. 26 in which it identified one additional witness who may have discoverable information, as well as a liability insurance policy. Also, Google served supplemental initial disclosures on July 23, 2012.

There has been no further written discovery and there are no discovery matters presently under submission to Magistrate Judge Grewal.

Plaintiffs have taken 30(b)(6) depositions regarding Defendants' data, and have taken five depositions of percipient witnesses. Following the 30(b)(6) depositions, Plaintiffs followed up with certain Defendants, seeking additional data. Defendants have largely completed supplementing their data productions. Plaintiffs have noticed but have not yet taken the

deposition of one more percipient witness, and have begun the process of scheduling and noticing the depositions of additional percipient witnesses, some of whom Plaintiffs have learned are former employees.

Defendants have noticed the depositions of the five Named Plaintiffs, and they are scheduled to occur between September 28, 2012 and October 15, 2012.

To date, Defendants have also served, or are in the process of serving, 30 subpoenas on the current and former employers of the individual and representative Plaintiffs.

### A. Plaintiffs' Statement

The parties are engaged in discovery and understand document production to be substantially complete.

- Plaintiffs supplemented their production on June 5, 2012 (72 pages of documents); June 8, 2012 (6,631 pages of documents); June 15, 2012 (18,273 pages of documents); and July 16, 2012 (3 pages of documents).[1]

- Defendant Adobe supplemented its production on June 7, 2012 (user guides data); June 15, 2012 (34,628 pages of documents); June 19, 2012 (compensation data) ; June 29, 2012 (leaving/exit survey data); July 9, 2012 (380 pages of documents); July 11, 2012 (education data); July 16, 2012 (3,822 pages of documents); July 26, 2012 (overtime data); August 2, 2012 (924 pages of documents); August 6, 2012 (corrected overtime data); and August 29, 2012 (compensation data).

- Defendant Apple supplemented its production on June 8, 2012 (raw data from Apple's third-party Virtual Edge database); June 15, 2012 (75,847 pages of documents); June 16, 2012 (3,434 pages of documents); June 22, 2012 (76 pages of documents); June 29, 2012 (compensation data); July 18, 2012 (3,103 pages of documents); and September 5, 2012 (sourcing data).

- Defendant Google supplemented its production on June 15, 2012 (compensation data and 124,723 pages of documents); June 18, 2012 (577 pages of documents);

---

[1] Plaintiffs' July 16 production consisted of three pages that Plaintiffs' counsel determined were not privileged.

July 13, 2012 (data reports); and July 14, 2012 (personnel data and 62 pages of documents).

- Defendant Intel supplemented its production of documents on June 8, 2012 (compensation data and 24 pages of documents); June 14, 2012 (recruiting data); June 15, 2012 (10,201 pages of documents); June 25, 2012 (1,787 pages of documents); June 26, 2012 (1,787 text file documents); July 6, 2012 (45,066 pages of documents); and August 2, 2012 (compensation data).

- Defendant Intuit supplemented its production on June 14, 2012 (compensation data); June 15, 2012 (23,797 pages of documents); June 29, 2012 (119 pages of documents); July 12, 2012 (compensation data); July 16, 2012 (3,150 pages of documents); August 16, 2012 (231 pages of documents); August 21, 2012 (compensation data); and August 29, 2012 (33 pages of documents).

- Defendant Lucasfilm supplemented its production on June 8, 2012 (58,145 pages of documents); June 13, 2012 (compensation data); June 15, 2012 (84,265 pages of documents); June 29, 2012 (6,271 pages of documents); July 16, 2012 (263 pages of documents); August 22, 2012 (61 pages of documents); and September 5 (recruiting data).

- Defendant Pixar supplemented its production on June 11, 2012 (12,562 pages of documents); June 15, 2012 (compensation data and 21,812 pages of documents); June 27, 2012 (1,098 pages of documents); July 9, 2012 (901 pages of documents); July 16, 2012 (1,163 pages of documents); July 20, 2012 (318 pages of documents); July 26, 2012 (1 page of documents); and July 31, 2012 (video files).

While production is substantially complete, Plaintiffs anticipate receiving an additional production of data from Defendant Apple.[2]

---

[2] At the deposition of Apple's Rule 30(b)(6) witness Shawna Dougherty on July 12, 2012, Plaintiffs' counsel learned for the first time that Apple makes use of a third-party Avature database, and that this database contains sourcing data for passive employment candidates. Plaintiffs' counsel immediately requested production of this database that had never been previously disclosed. Today, Plaintiffs received the first installment of this data. Apple's counsel represented that the remaining data will be produced by the end of the week. Below, Apple

- 3 -   JOINT CASE MGMNT CONFERENCE STATEMENT
Master Docket No. 11-CV-2509-LHK

1040826.2

## B. Defendants' Statement

The parties produced a substantial number of documents in compliance with the June 15, 2012 deadline for substantial completion of document productions. Plaintiffs produced a total of approximately 8,390 documents on or before June 15, and supplemented that production with three pages of documents thereafter. Defendants collectively produced a total of approximately 160,400 documents on or before June 15, and supplemented those productions with approximately 17,300 documents thereafter, which was largely the result of Defendants' respective privilege reviews.[3]

## III. Trial Date

In the last Case Management Conference statement, Plaintiffs requested a later trial date in this action due to a conflicting trial date in another federal antitrust matter in which half of Plaintiffs' counsel here are involved. The conflicting case is *In re Titanium Dioxide Antitrust Litigation*, Master Docket No.1:10-cv-00318-RDB (D. Md.), proceeding before Judge Richard D. Bennett in the United States District Court for the District of Maryland. Trial in Titanium Dioxide is set to begin on September 9, 2013 and last through October 4, 2013.

Judge Bennett first set this schedule in an Order dated June 3, 2011. *Titanium Dioxide*, Dkt. 141. There has been no further revision to the trial date.

On August 17, 2012, Judge Bennett issued a new Case Schedule Order confirming the same trial dates. *Id.* at Dkt. 330.

---

asserts that the data is nonresponsive and "falls outside the class period." The data concerns the "sourcing," or recruiting, of employee candidates. The data appears to be directly responsive to the categories of recruiting and cold-calling data Defendants agreed to finish producing months ago. Regarding the "class period": Defendants agreed to produce responsive data created through February 1, 2012. The data at issue covers the critical period of 2009 through the start of 2012. Apple should have produced this data months earlier, and Plaintiffs would not have learned of its existence but for a 30(b)(6) deposition Apple substantially delayed. Plaintiffs noticed one 30(b)(6) deposition regarding Apple's data.

[3] Apple has explained to Plaintiffs that the data in its third-party Avature database is not responsive to any of Plaintiffs' prior data requests. Additionally, only a very small number of records are from the class period, and those are from the very end of 2009. Virtually all of the data in the database (99.5%) falls outside the class period. Nevertheless, Apple agreed to work with the third party that maintains the database to produce the data. It produced 13 data files on September 5, 2012, and one additional file will be produced as soon as personal identifying information is redacted. At Plaintiffs' request, Apple has produced three witnesses for 30(b)(6) depositions regarding its data.

- 4 - JOINT CASE MGMNT CONFERENCE STATEMENT
Master Docket No. 11-CV-2509-LHK

1040826.2

1  On August 28, 2012, Judge Bennett certified *Titanium Dioxide* as a class action. *Id.* at Dkt. 338. Lieff, Cabraser, Heimann & Bernstein, LLP and the Joseph Saveri Law Firm were appointed Co-Lead Class Counsel (along with Gold Bennett Cera & Sidener LLP). Eric L. Cramer of Berger & Montague, P.C. and Linda Nussbaum of Grant & Eisenhofer, P.A. were previously appointed as members of the Plaintiffs' Executive Committee.

Joseph R. Saveri of Joseph Saveri Law Firm, who serves as Interim Co-Lead Counsel in this action, has also been appointed Co-Lead Class Counsel in *Titanium Dioxide*, and therefore is now scheduled to appear simultaneously in two separate actions before federal courts on opposite sides of the country. Other attorneys presently working as, or closely with, Interim Co-Lead Class Counsel in the instant action and as, or closely with, Co-Lead Class Counsel in *Titanium Dioxide* include members of Berger & Montague, PC; Grant & Eisenhofer P.A.; Joseph Saveri Law Firm; and Lieff, Cabraser, Heimann & Bernstein, LLP.

To eliminate this conflict, Interim Co-Lead Class Counsel respectfully request that this Court revise its latest Scheduling Order, Dkt. 176, to set jury trial to begin any date on or after November 11, 2013 convenient for both the Court and Defendants.

Defendants do not oppose Plaintiffs' request to postpone the trial date, on the condition that no other deadlines change.

Dated: September 5, 2012          JOSEPH SAVERI LAW FIRM

By:     */s/ Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)

255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Proposed Interim Co-Lead Counsel for Plaintiff Class*

- 5 -   JOINT CASE MGMNT CONFERENCE STATEMENT
Master Docket No. 11-CV-2509-LHK

1040826.2

| | | |
|---|---|---|
| 1 | Dated:  September 5, 2012 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By:  */s/ Kelly M. Dermody*<br>Kelly M. Dermody |
| 4 | | Richard M. Heimann (State Bar No. 63607)<br>Kelly M. Dermody (State Bar No. 171716) |
| 5 | | Eric B. Fastiff (State Bar No. 182260)<br>Brendan Glackin (State Bar No. 199643) |
| 6 | | Dean Harvey (State Bar No. 250298)<br>Anne B. Shaver (State Bar No. 255928) |
| 7 | | 275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339 |
| 8 | | Telephone:  415.956.1000<br>Facsimile:  415.956.1008 |
| 9 | | |
| 10 | | *Proposed Interim Co-Lead Counsel for Plaintiff Class* |
| 11 | Dated:  September 5, 2012 | O'MELVENY & MYERS LLP |
| 12 | | By:  */s/ Michael F. Tubach* |
| 13 | | Michael F. Tubach |
| 14 | | George Riley<br>Michael F. Tubach |
| 15 | | Lisa Chen<br>Christina J. Brown |
| 16 | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111 |
| 17 | | Telephone:  (415) 984-8700<br>Facsimile:   (415) 984-8701 |
| 18 | | *Attorneys for Defendant APPLE INC.* |
| 19 | Dated:  September 5, 2012 | KEKER & VAN NEST LLP |
| 20 | | |
| 21 | | By:  */s/ Daniel Purcell*<br>Daniel Purcell |
| 22 | | John W. Keker |
| 23 | | Daniel Purcell<br>Eugene M. Page |
| 24 | | Paula L. Blizzard<br>Cody S. Harris |
| 25 | | 633 Battery Street<br>San Francisco, CA  94111 |
| 26 | | Telephone:  (415) 381-5400<br>Facsimile:   (415) 397-7188 |
| 27 | | *Attorneys for Defendant LUCASFILM LTD.* |
| 28 | | |

- 6 -  JOINT CASE MGMNT CONFERENCE STATEMENT
Master Docket No. 11-CV-2509-LHK

1040826.2

| | | |
|---|---|---|
| 1 | Dated: September 5, 2012 | JONES DAY |

By:     */s/ David C. Kiernan*
              David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated: September 5, 2012     JONES DAY

By:     */s/ Robert A. Mittelstaedt*
              Robert A. Mittelstaedt

Robert A. Mittelstaedt
Catherine T. Zeng
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant INTUIT INC.*

Dated: September 5, 2012     MAYER BROWN LLP

By:     */s/ Lee H. Rubin*
              Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2057
Facsimile: (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

1040826.2

| | | |
|---|---|---|
| 1 | Dated: September 5, 2012 | BINGHAM McCUTCHEN LLP |
| 2 | | |
| 3 | | By:   */s/ Frank M. Hinman*<br>         Frank M. Hinman |
| 4 | | Donn P. Pickett |
| 5 | | Frank M. Hinman<br>Three Embarcadero Center |
| 6 | | San Francisco, CA  94111<br>Telephone:  (415) 393-2000 |
| 7 | | Facsimile:  (415) 383-2286 |
| 8 | | *Attorneys for Defendant INTEL CORPORATION* |
| 9 | Dated:  June 1, 2012 | COVINGTON & BURLING LLP |
| 10 | | By:   */s/ Emily Johnson Henn* |
| 11 | | Emily Johnson Henn |
| 12 | | Robert T. Haslam, III<br>Emily Johnson Henn |
| 13 | | 333 Twin Dolphin Drive, Suite 700<br>Redwood City, CA  94065 |
| 14 | | Telephone:  (650) 632-4700 |
| 15 | | *Attorneys for Defendant PIXAR* |

16  **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in

17  the filing of this document has been obtained from all signatories.

- 8 -   JOINT CASE MGMNT CONFERENCE STATEMENT
Master Docket No. 11-CV-2509-LHK

1040826.2