1 | Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
2 | Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
3 | Joseph P. Forderer (State Bar No. 278774)
Dean Harvey (State Bar No. 250298)
4 | Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5 | 275 Battery Street, 29th Floor
San Francisco, California 94111-3339
6 | Telephone: 415.956.1000
Facsimile: 415.956.1008

*Interim Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: | **NOTICE OF APPEARANCE OF JOSEPH P. FORDERER** |
| All Actions | |

PLEASE TAKE NOTICE that Joseph P. Forderer of the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California 94111-3339, hereby enters his appearance as counsel of record for Plaintiffs Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, and Daniel Stover, individually and on behalf of a class of all those similarly situated, in the above-captioned matter and requests that copies of all future notices, pleadings, and other documents filed in this action be provided to him.

Dated: September 6, 2012

Respectfully submitted,

By: /s/ *Joseph P. Forderer*
Joseph P. Forderer

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Interim Lead Counsel for Plaintiff Class*