UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | MINUTE ORDER AND CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown
Reporter: Lee-Anne Shortridge
Length of Hearing: 35 minutes

Plaintiffs' Attorneys: Joseph Richard Saveri, Kelly M. Dermody, Brendan Patrick Glackin, Dean Michael Harvey

Defendants' Attorneys: Craig Ellsworth Stewart for Adobe Systems, Inc. and Intuit, Inc.; Michael Frederick Tubach and George Riley for Apple Inc.; Lee H. Rubin for Google Inc.; Frank Hinman for Intel Corp.; Daniel Edward Purcell for Lucasfilm Ltd.; Emily Johnson Henn for Pixar.

A case management conference was held on September 12, 2012. A further case management conference is set for December 12, 2012, at 2:00 p.m.

At the case management conference, the Court modified the case schedule as follows:

MOTION FOR CLASS CERTIFICATION must be filed no later than October 1, 2012. The joint opposition is due November 12, 2012, and the reply is due December 10, 2012. The hearing on the motion for class certification is set for January 17, 2013[1], at 1:30 p.m.

FACT DISCOVERY CUTOFF is March 29, 2013.

INITIAL EXPERT REPORTS: April 11, 2013.

REBUTTAL EXPERT REPORTS: May 2, 2013.

EXPERT DISCOVERY CUTOFF is May 23, 2013.

DISPOSITIVE MOTIONS and DAUBERT MOTIONS shall be filed no later than June 6, 2013. The parties' oppositions are due July 5, 2013. The parties' replies are due July 25, 2013. The hearing on the parties' dispositive motions and Daubert motions shall be set for no later than August 15, 2013, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is October 31, 2013, at 1:30 p.m.

---

[1] At the case management conference the Court set a hearing date of January 10, 2013 for the motion for class certification. The Court hereby vacates that date and sets the hearing on the motion for class certification on January 17, 2013.
Case No.: 11-CV-2509-LHK
MINUTE ORDER AND CASE MANAGEMENT ORDER

JURY TRIAL DATE is November 12, 2013.  The trial length is estimated to be 15 days.  Trial is estimated to conclude on December 17, 2013.

**IT IS SO ORDERED.**

Dated:  September 12, 2012



_____
LUCY H. KOH
United States District Judge