Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
Kevin E. Rayhill (State Bar No. 267496)
James G. Dallal (State Bar No. 277826)
**JOSEPH SAVERI LAW FIRM**
255 California Street, Suite 450
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

Attorneys for Individual and Representative
Plaintiffs Michael Devine, Mark Fichtner,
Siddharth Hariharan, Brandon Marshall, and Daniel Stover

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: High-Tech Employee Antitrust Litigation**<br><br>This Document relates to:<br><br>**All Actions** | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE** |

### TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD

**PLEASE TAKE NOTICE** of the appearance of attorney James Dallal

(jdallal@saverilawfirm.com) of the Joseph Saveri Law Firm, 255 California Street, Suite 450,

San Francisco, California, 94111, as counsel in this action for Individual and Representative

Plaintiffs Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall and Daniel

Stover.

Dated: September 19, 2012                JOSEPH SAVERI LAW FIRM

By:      _/s/ James G. Dallal_
                James G. Dallal

Attorneys for Individual and Representative
Plaintiffs Michael, Devine, Mark Fichtner, Siddharth
Hariharan, Brandon Marshall and Daniel Stover