Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM OF LAW IN SUPPORT**<br><br>Date:        January 17, 2013<br>Time:       1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:      Honorable Lucy H. Koh |

Pursuant to Civil Local Rule 79-5(d), Plaintiffs, by and through their counsel, respectfully submit this administrative motion for an order permitting them to file under seal:

(1) Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support;

(2) Expert Report of Edward E. Leamer, Ph.D.;

(3) Declaration of Edward T. Colligan;

(4) Exhibits A and B in the Declaration of Edward T. Colligan; and

(5) Exhibits 1 – 5, 11 – 55, 58 – 68 and 70 in the Declaration of Anne B. Shaver in Support of Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support.

Plaintiffs request that documents (4) and (5) and portions of documents (1), (2), and (3) be filed under seal because they are or refer to documents or information that Defendants or Non-Party Palm, Inc. have designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order (Modified by the Court) (Doc. No. 107), as set forth in paragraph 3 and 5 of the Declaration of Joseph P. Forderer in support of Plaintiffs' Administrative Motion to File under Seal Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support.

Pursuant to Judge Koh's Civil Standing Order Regarding Motions to File Under Seal, Plaintiffs have publicly e-filed a proposed public redacted version of the documents referenced above.  Furthermore Plaintiffs will lodge with the Court unredacted copies of these documents in accordance with Civil Local Rule 79-5(d) and General Order 62.

Plaintiffs take no position on whether the designated documents satisfy the requirements for sealing, and specifically reserve the right to challenge any "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation under the Stipulated Protective Order (Modified by the Court) (Dkt. No. 107) as well as the sealability of these documents under Civil Local Rule 79-5.

Although Plaintiffs' request is narrowly tailored to include only the information that may require confidentiality, Defendants must show good cause for sealing the documents by submitting a declaration and proposed order within seven days after the lodging of the designated documents. *See* Civil Local Rule 79-5(d).

Dated: October 1, 2012                    Respectfully Submitted,

By: */s/ Kelly M. Dermody*

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri
Lisa J. Leebove
James D. Dallal
SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile: (415) 500-6803

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*