Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM OF LAW IN SUPPORT**<br><br>Judge:     Honorable Lucy H. Koh |

Having considered PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM OF LAW IN SUPPORT, the Motion is hereby **GRANTED.**

IT IS HEREBY ORDERED that Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support; the Expert Report of Edward E. Leamer,

Ph.D.; and the Declaration of Edward T. Colligan have properly been redacted and publicly filed. The redacted portions shall remain under seal. Furthermore, Exhibits A and B in the Declaration of Edward T. Colligan; and Exhibits 1 – 5, 11 – 55, 58 – 68 and 70 in the Declaration of Anne B. Shaver in Support of Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support may be filed under seal and shall remain under seal.

**IT IS SO ORDERED.**

Dated: _____          _____
                                LUCY H. KOH
                                United States District Judge