MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, (SBN 047918)
BENJAMIN P. SMITH, (SBN 197551)
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
fgowdy@morganlewis.com
bpsmith@morganlewis.com

Attorneys for Non-Parties
Palm, Inc. and Edward Colligan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No. 11-CV-2509-LHK<br><br>**DECLARATION OF EDWARD T. COLLIGAN** |
|---|---|

I, Edward T. Colligan, declare as follows:

1. I am the former President and Chief Executive Officer of Palm, Inc. ("Palm"). I have personal knowledge of the facts set forth in this declaration and if called upon to do so I could and would competently testify to such matters.

2. I served as President of Palm from June 12, 2004 to June 12, 2009. I served as the Chief Executive Officer of Palm from May 16, 2005 to June 12, 2009. From October 2003 to June 2004, I served as Senior Vice President and General Manager of the Wireless Business Unit of Palm. Before joining Palm in October 2003, I served as co-founder, President, and Chief Executive Officer of Handspring, Inc. ("Handspring"). Between October 1998 and July 2001, I served as Senior Vice President of marketing and sales at Handspring. From January 1993 to September 1998, I was the Senior Vice President of marketing at Palm. From 1986 to 1993, I worked for Radius, Inc., serving as its Vice President of Strategic and Product Marketing. I have a BA in Political Science from the University of Oregon.

3. Part of my job at Palm was to build and retain a team of highly skilled employees

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23384266.1

1

DECLARATION OF EDWARD T. COLLIGAN
11-CV-2509-LHK

1  with technical expertise ("high tech employees").

2      4.    During my tenure at Palm, Apple, Inc. ("Apple") hired Palm employees, including
3  high tech employees, and Palm hired Apple employees, including high tech employees.

4      5.    During my tenure at Palm, ████████████████████████████████
5  ████████████ Both before and after 2007, Apple and Palm were competitors in the mobile
6  phone market.

7      6.    ████████████████████████████████████████
8–13  [redacted]

14      7.    ████████████████████████████████████████
15–17  [redacted]

18      8.    ████████████████████████████████████████
19  [redacted]

20  The foregoing statements are true, of my own personal knowledge except where otherwise
21  indicated, and if called as a witness I could and would competently so testify. I declare under
22  penalty of perjury under the laws of that the foregoing is true and correct. Executed on
23  Aug 7th, 2012 in Santa Cruz, California.

*[signature]*

Edward T. Colligan

Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 23384266.1

2

DECLARATION OF EDWARD T. COLLIGAN
11-CV-2509-LHK