# EXHIBITS 1-5, 11-55, 58-68, AND 70 ARE FILED UNDER SEAL