Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM OF LAW IN SUPPORT**<br><br>Date: January 17, 2013<br>Time: 1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, Anne B. Shaver, declare:

1. I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and am admitted to practice before the United States

District Court for the Northern District of California. I am one of the counsel for the Plaintiffs in this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

**Deposition Testimony**

2. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Apple witness Mark Bentley, dated August 23, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Google witness Arnnon Geshuri, dated August 17, 2012.

4. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Pixar witness Lori McAdams, dated August 2, 2012.

5. Attached hereto as Exhibit4 is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Adobe witness Donna Morris, dated August 21, 2012.

6. Attached hereto as Exhibit5 is a true and correct copy of transcript excerpts from the Rule 30(b)(6) deposition of Pixar witness Jim Morris, dated August 3, 2012.

**Declarations**

7. Attached hereto as Exhibit 6 is a true and correct copy of a declaration from Plaintiff and Class Member Michael Devine.

8. Attached hereto as Exhibit 7 is a true and correct copy of a declaration from Plaintiff and Class Member Mark Fichtner.

9. Attached hereto as Exhibit 8 is a true and correct copy of a declaration from Plaintiff and Class Member Siddharth Hariharan.

10. Attached hereto as Exhibit 9 is a true and correct copy of a declaration from Plaintiff and Class Member Brandon Marshall.

11. Attached hereto as Exhibit 10 is a true and correct copy of a declaration from Plaintiff and Class Member Daniel Stover.

**Documents Produced by Defendant Adobe**

12. Attached hereto as Exhibit 11 is a true and correct copy of ADOBE_000421-22.

13. Attached hereto as Exhibit 12 is a true and correct copy of ADOBE_000853-54.

| | | |
|---|---|---|
| 1 | 14. | Attached hereto as Exhibit 13 is a true and correct copy of ADOBE_001092-93. |
| 2 | 15. | Attached hereto as Exhibit 14 is a true and correct copy of ADOBE_002773-88. |
| 3 | 16. | Attached hereto as Exhibit 15 is a true and correct copy of ADOBE_005950-67. |
| 4 | 17. | Attached hereto as Exhibit 16 is a true and correct copy of ADOBE_007186-87. |

**Documents Produced by Defendant Apple, Inc.**

| | | |
|---|---|---|
| 6 | 18. | Attached hereto as Exhibit 17 is a true and correct copy of 231APPLE002140. |
| 7 | 19. | Attached hereto as Exhibit 18 is a true and correct copy of 231APPLE002143-44. |
| 8 | 20. | Attached hereto as Exhibit 19 is a true and correct copy of 231APPLE002145. |
| 9 | 21. | Attached hereto as Exhibit 20 is a true and correct copy of 231APPLE002149. |
| 10 | 22. | Attached hereto as Exhibit 21 is a true and correct copy of 231APPLE002217-19. |
| 11 | 23. | Attached hereto as Exhibit 22 is a true and correct copy of 231APPLE041661-62. |
| 12 | 24. | Attached hereto as Exhibit 23 is a true and correct copy of 231APPLE073139. |

**Documents Produced by Defendant Google**

25. Attached hereto as Exhibit 24 is a true and correct copy of GOOG-HIGH TECH-00000107-109.

26. Attached hereto as Exhibit 25 is a true and correct copy of GOOG-HIGH-TECH-00007574-76.

27. Attached hereto as Exhibit 26 is a true and correct copy of GOOG-HIGH TECH-00007715-18.

28. Attached hereto as Exhibit 27 is a true and correct copy of GOOG-HIGH TECH-00007725-26.

29. Attached hereto as Exhibit 28 is a true and correct copy of GOOG-HIGH TECH-00007731-32.

30. Attached hereto as Exhibit 29 is a true and correct copy of GOOG-HIGH TECH-00008283-84.

31. Attached hereto as Exhibit 30 is a true and correct copy of GOOG-HIGH-TECH-00009391.

32. Attached hereto as Exhibit 31 is a true and correct copy of GOOG-HIGH TECH-

| | |
|---|---|
| 1 | 00009764. |
| 2 | 33. Attached hereto as Exhibit 32 is a true and correct copy of GOOG-HIGH TECH-00023106-07. |
| 4 | 34. Attached hereto as Exhibit 33 is a true and correct copy of GOOG-HIGH TECH 00023132. |
| 6 | 35. Attached hereto as Exhibit 34 is a true and correct copy of GOOG-HIGH TECH-00023206-12. |
| 8 | 36. Attached hereto as Exhibit 35 is a true and correct copy of GOOG-HIGH TECH-00024458-59. |
| 10 | 37. Attached hereto as Exhibit 36 is a true and correct copy of GOOG-HIGH TECH-00053679-81. |
| 12 | 38. Attached hereto as Exhibit 37 is a true and correct copy of GOOG-HIGH-TECH-00056790. |
| 14 | 39. Attached hereto as Exhibit 38 is a true and correct copy of GOOG-HIGH TECH-00056879. |
| 16 | 40. Attached hereto as Exhibit 39 is a true and correct copy of GOOG-HIGH TECH-00057458-60. |
| 18 | 41. Attached hereto as Exhibit 40 is a true and correct copy of GOOG-HIGH TECH-00058235-36. |
| 20 | 42. Attached hereto as Exhibit 41 is a true and correct copy of GOOG-HIGH-TECH-0058410-12. |
| 22 | 43. Attached hereto as Exhibit 42 is a true and correct copy of GOOG-HIGH TECH-00056840-43. |
| 24 | 44. Attached hereto as Exhibit 43 is a true and correct copy of GOOG-HIGH-TECH-00192980-87. |
| 26 | 45. Attached hereto as Exhibit 44 is a true and correct copy of GOOG-HIGH-TECH-00193305-08. |
| 28 | 46. Attached hereto as Exhibit 45 is a true and correct copy of GOOG-HIGH-TECH- |

| | |
|---|---|
| 1 | 00193360-67. |
| 2 | 47. Attached hereto as Exhibit 46 is a true and correct copy of GOOG-HIGH-TECH- |
| 3 | 00193377-82. |
| 4 | 48. Attached hereto as Exhibit 47 is a true and correct copy of GOOG-HIGH-TECH- |
| 5 | 00194984-85. |
| 6 | 49. Attached hereto as Exhibit 48 is a true and correct copy of GOOG-HIGH-TECH- |
| 7 | 00196204-06. |
| 8 | 50. Attached hereto as Exhibit 49 is a true and correct copy of GOOG-HIGH-TECH- |
| 9 | 00196286-87. |
| 10 | **Documents Produced by Defendant Intel** |
| 11 | 51. Attached hereto as Exhibit 50 is a true and correct copy of 76526DOC000004. |
| 12 | 52. Attached hereto as Exhibit 51 is a true and correct copy of 76526DOC000007. |
| 13 | 53. Attached hereto as Exhibit 52 is a true and correct copy of 76526DOC000011-14. |
| 14 | 54. Attached hereto as Exhibit 53 is a true and correct copy of 76577DOC000464-66. |
| 15 | 55. Attached hereto as Exhibit 54 is a true and correct copy of 76579DOC015618-837. |
| 16 | 56. Attached hereto as Exhibit 55 is a true and correct copy of 76606DOC000420-22. |
| 17 | 57. Attached hereto as Exhibit 56 is a true and correct copy of 76614DOC010212. |
| 18 | 58. Attached hereto as Exhibit 57 is a true and correct copy of 76616DOC002617. |
| 19 | **Documents Produced by Defendant Intuit** |
| 20 | 59. Attached hereto as Exhibit 58 is a true and correct copy of INTUIT_000013-15. |
| 21 | 60. Attached hereto as Exhibit 59 is a true and correct copy of INTUIT_039098-100. |
| 22 | **Documents Produced by Defendant LucasFilm** |
| 23 | 61. Attached hereto as Exhibit 60 is a true and correct copy of LUCAS00013507. |
| 24 | **Documents Produced by Defendant Pixar** |
| 25 | 62. Attached hereto as Exhibit 61 is a true and correct copy of PIX00000229. |
| 26 | 63. Attached hereto as Exhibit 62 is a true and correct copy of PIX00006025. |
| 27 | 64. Attached hereto as Exhibit 63 is a true and correct copy of PIX00002262-24. |
| 28 | 65. Attached hereto as Exhibit 64 is a true and correct copy of PIX0003600. |

| | | |
|---|---|---|
| 1 | 66. | Attached hereto as Exhibit 65 is a true and correct copy of PIX00004051-2. |
| 2 | 67. | Attached hereto as Exhibit 66 is a true and correct copy of PIX00004883. |
| 3 | 68. | Attached hereto as Exhibit 67 is a true and correct copy of PIX00006023. |
| 4 | 69. | Attached hereto as Exhibit 68 is a true and correct copy of PIX00006025. |
| 5 | 70. | Attached hereto as Exhibit 69 is a true and correct copy of PIX00009416. |
| 6 | 71. | Attached hereto as Exhibit 70 is a true and correct copy of PIX00015306-08. |

**Department of Justice Competitive Impact Statement**

72. Attached hereto as Exhibit 71 is a true and correct copy of the Department of Justice's Competitive Impact Statement in *United States v. Adobe Systems Inc., et al.*, No. 10-cv-1629-RBW (D.D.C. Sept. 24, 2010) (Dkt. No. 2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 1, 2012, in San Francisco, California.

/s/ *Anne B. Shaver*
Anne B. Shaver