**Exhibit 57**

| | |
|---|---|
| **From:** | Otellini |
| **To:** | Eric Schmidt |
| **Sent:** | 9/27/2007 1:46:00 AM |
| **Subject:** | FW: Google recruiting |

Eric, can you pls help here??? Renee runs all my s/w efforts.. she is not an alarmist.. paul

**From:** James, Renee
**Sent:** Wednesday, September 26, 2007 4:42 PM
**To:** Otellini, Paul
**Subject:** Google recruiting

Paul,

I am losing so many people to Google.

They are selectively going after my people in Moscow, China, and Santa Clara.  The turn over in Moscow is almost 20%. …and, the belief is the damage is done in Russia – meaning they have what they want already.

We are countering but thought you should know…..

Renee