1  MORGAN, LEWIS & BOCKIUS LLP
   FRANKLIN BROCKWAY GOWDY, (SBN 047918)
2  BENJAMIN P. SMITH, (SBN 197551)
   One Market, Spear Street Tower
3  San Francisco, CA 94105-1126
   Tel:  415.442.1000
4  Fax:  415.442.1001
   fgowdy@morganlewis.com
5  bpsmith@morganlewis.com

6  Attorneys for Non-Parties
   Palm, Inc. and Edward Colligan
7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | IN RE HIGH-TECH EMPLOYEE          | Case No. 11-CV-2509-LHK
   | ANTITRUST LITIGATION              |
12 |                                   | **DECLARATION OF EDWARD T. COLLIGAN**
13

14

15         I, Edward T. Colligan, declare as follows:

16         1.     I am the former President and Chief Executive Officer of Palm, Inc. ("Palm"). I

17 have personal knowledge of the facts set forth in this declaration and if called upon to do so I

18 could and would competently testify to such matters.

19         2.     I served as President of Palm from June 12, 2004 to June 12, 2009. I served as the

20 Chief Executive Officer of Palm from May 16, 2005 to June 12, 2009. From October 2003 to

21 June 2004, I served as Senior Vice President and General Manager of the Wireless Business Unit

22 of Palm. Before joining Palm in October 2003, I served as co-founder, President, and Chief

23 Executive Officer of Handspring, Inc. ("Handspring"). Between October 1998 and July 2001, I

24 served as Senior Vice President of marketing and sales at Handspring. From January 1993 to

25 September 1998, I was the Senior Vice President of marketing at Palm. From 1986 to 1993, I

26 worked for Radius, Inc., serving as its Vice President of Strategic and Product Marketing. I have

27 a BA in Political Science from the University of Oregon.

28         3.     Part of my job at Palm was to build and retain a team of highly skilled employees

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23384266.1

1

DECLARATION OF EDWARD T. COLLIGAN
11-CV-2509-LHK

1. with technical expertise ("high tech employees").

2. 4. During my tenure at Palm, Apple, Inc. ("Apple") hired Palm employees, including high tech employees, and Palm hired Apple employees, including high tech employees.

3. 5. During my tenure at Palm, ████████████████████████████████ ████████████ Both before and after 2007, Apple and Palm were competitors in the mobile phone market.

4. 6. ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

5. 7. ████████████████████████████████████████████████████████████████████████████████████████████████

6. 8. ████████████████████████████████████████████████

The foregoing statements are true, of my own personal knowledge except where otherwise indicated, and if called as a witness I could and would competently so testify. I declare under penalty of perjury under the laws of that the foregoing is true and correct. Executed on Aug 7th, 2012 in Santa Cruz, California.

Edward T. Colligan
Morgan, Lewis & Bockius LLP
Attorneys at Law
San Francisco

DB2/ 23384266.1

2

DECLARATION OF EDWARD T. COLLIGAN
11-CV-2509-LHK