EXHIBIT 1
September 30, 2012

# CURRICULUM VITAE

# Edward E. Leamer

| | |
|---|---|
| **Position:** | Chauncey J. Medberry Chair in Management |
| | Professor of Statistics |
| | Professor of Economics |
| | Director, Business Forecast Project |
| | Chief Economist, Ceridian-UCLA Pulse of Commerce Index |
| **Address:** | Anderson Graduate School of Management |
| | University of California |
| | 110 Westwood Plaza |
| | Los Angeles, California 90095-1481 |
| **Phone:** | (310) 206-1452 |
| **FAX:** | (310) 825-4011 |
| **E-Mail:** | edward.leamer@anderson.ucla.edu |
| **Birth:** | May 24, 1944 |
| **Education:** | B.A., Princeton, 1966, mathematics |
| | M.A., University of Michigan, mathematics (statistics) |
| | Ph.D., University of Michigan, 1970, economics |
| **Honors:** | Society of Sigma Xi |
| | Fellow, Econometric Society |
| | Fellow, American Academy of Arts and Sciences |
| | **New Horizons in Economic Thought, Appraisals of Leading Economists**, ed. by Warren J. Samuels, chapter by Herman Leonard and Keith Maskus, 1992 |
| | Graham Lecture, Princeton University, March 1994 |
| | Christie Lecture, Millersville University, October 1998 |
| | **Who's Who in Economics**, edited by Mark Blaug, Edward Elgar |
| | Citibank Teaching Award, 2001 |
| | EMBA Teaching Award: 2001, 2002 |

**Academic Appointments:**

    Assistant Professor:
        Wayne State University, January-June, 1970
        Harvard University, July, 1970-June, 1973
    Associate Professor:
        Harvard University, July, 1973-June, 1975
    Professor of Economics:
        University of California at Los Angeles, July 1975-
    Chauncey J. Medberry Chair in Management:
        Anderson Graduate School of Management, July 1990-
    Professor of Statistics (new department)
        University of California at Los Angeles, July 1997-

**Administrative Positions:**

    Chairman, Department of Economics:
        University of California, Los Angeles, 1983-87
    Area Head, Business Economics:
        Anderson Graduate School of Management, 1990-92, 1993-
    Director, UCLA/Anderson Business Forecast, July 2000 -

**Visiting Positions:**

    Visiting Professor:
        University of Southern California, 1979-80
        University of Basel, June 1990.
        Central European University, April 1993
        Graduate School of Business, University of Chicago, Fall 1994
        Yale University, 1995
        Universidad de San Andreas, Argentina, 1997
        University of Oregon, 2001
    Gastprofessor:
        Institute for Advanced Studies, Vienna, October 1987, June 1991, July 1992, April 1993,
            June 1995
    Visiting Scholar:
        Federal Reserve Board, March 1988, September 1989, September 1991, September 1993,
            May 1996
        International Monetary Fund, 1992, 1993
        Lecturer, National Science Council, Republic of China, Dec. 1991
        United States Study Center, University of Sydney, 2009
    Visiting Fellowship:
        Department of Statistics (Econometrics), The Australian National University, August -
            September, 1988
    Research Fellow:
        National Bureau of Economic Research, 1989 -
    Lecturer:
        Dutch Network for Quantitative Economics, May 1990

**Fellowships, Grants:**

        NSF graduate traineeship, 1966-67
        NDEA Fellowship, 1967-70
        National Science Foundation Grant GS31929, Bayesian Inference with Economic Data,
        U.S. State Department, 1970-71, "Tariffs and the Commodity Composition of Trade," with
            R.M. Stern, University of Michigan
        Federal Reserve, Board of Governors, 1971-72, "Controlling Monetary Aggregates"
        Department of Labor, 1974-75, "Tariffs and the Allocation of Labor"
        National Science Foundation Grant, SOC 76-08863, 1976-78
        Ford Foundation Grant, "The Commodity Composition of Trade," 1977-79
        National Science Foundation, SOC 78-09477, 1978- 80, "Bayesian Statistical Search and
            Estimation Procedures"
        Department of Labor, "Trade and Employment," 1978-79
        National Science Foundation, renewal, 1980-82, 1982-84, 1984-86, 1986-7
        World Bank, "Effects of Non-tariff Barriers," 1986-87

    National Science Foundation, "Determinants of the Real Exchange Rate", with Sebastian Edwards, 1986-7

    Sloan Foundation, "Empirical Studies of the Effect of U.S. International Economic Policy on the Distribution of Income", 1987-93

    National Science Foundation, "Bayesian Elicitation Diagnostics," 1989-91.

    Labor Department, "Estimates of the Effects of Non-tariff Barriers", 1989-90

    National Science Foundation, "Economic Integration of High-wage and Low-wage Economies," 1992-4, 1994-96

    Chiang Ching-Kuo Foundation for International Scholarly Exchange, "Economic Integration of Taiwan with Mainland China," with Ivan Pn'g, 1993-4

    Price Waterhouse, "Does U.S. Foreign Direct Investment Reduce Domestic Investment?" 1993-4

    Sage Foundation, "Trade and US Wages," 1997-2000

**Professional Activities:**

Global Fellow, UCLA, 2004-7

Associate Editor.
- Review of Economics and Statistics, 1970-1996
- Quarterly Journal of Economics, 1970-1975
- Journal of the American Statistical Association, 1975-1979
- Econometrica, 1975-1979
- Journal of International Economics, 1988-1994
- Econometric Theory, 1985-1988.
- Journal of Applied Econometrics, 1985-1992

Editorial Board
- The Journal of International Trade and Economic Development, 1995-
- Asia Pacific Management Review, 2000-
- The North American Journal of Economics and Finance, 2005-
- *e*conomics, 2007-

Co-editor
- Journal of International Economics, 1989-1993

Editor
- Data Point, Harvard Business Review, 2004-2005

Advisory Committee
- Handbook of Applied Econometrics

Advisory Board for International Trade Abstracts, 1996-

Referee
- Various Journals

Outsider Reviewer
- Department of Economics, University of Oregon, May 1995

National Science Foundation Panel for Evaluation of Proposals, 1976-1978

Chair, L.J. Savage Memorial Prize Committee, 1979-1981

National Research Council, Committee on Basic Research in the Behavioral and Social Sciences, Working Group on Measurement and Scaling

Frontiers of Economics, Speaker, World Bank, 1985

National Science Foundation Panel on Empirical Studies in Economics, December 1987

Sloan Foundation Fellowship Committee, 1988-1993

Australian Economics Congress, Invited Speaker, August 1988

Commission on Graduate Education in Economics, American Economic Association

Panel on Foreign Trade Statistics, National Research Council, National Academy of Sciences

9th World Congress of the International Economics Association, Invited Speaker

National Academy of Sciences, Speaker: "Public Policy to Maintain America's Technological Leadership," annual meeting, April 1994

Nominating Committee, American Economic Association, 1992-3

Contingent Valuation Panel, National Oceanographic and Atmospheric Administration, 1992

Council of Economic Advisors, State of California, 1995-1998, 2009-

Council of Economic Advisors, State Comptroller, 2007-2008

Faculty Executive Board, Clausen Center, Haas School of Business, 1996-

NBER
  ITI summer conference organizer, 1999-2000

Bureau of Economic Analysis, Advisory Committee, 2002-2007

Queenscare
  Investment Committee, 2005-
  Board of Directors, 2007-

National Academy Panel on Outsourcing, Chair, 2004-2006

Los Angeles Economy and Jobs Commission, 2006-2007

UCLA Extension, Board Member, 2006-

Public Outreach
 Testimony at US Trade Deficit Commission of Congress, January 2000
 MacArthur Working Group on Networks and Inequality, April 2000

 Forecast Speaker, 2009-
  Jan-09 LA Police and Fire Pension
  Jan-09 Democratic Caucus (Invitation of Karen Bass)
  Jan-09 National Restaurant Association
  Jan-09 IS Associates

| | |
|---|---|
| Jan-09 | Morons Society |
| Jan-09 | Citynational Management Committee |
| Jan-09 | Financial Executives International |
| Jan-09 | Chancellor Block in Sacramento |
| Feb-09 | Simms Commercial Development |
| Feb-09 | Wells Fargo Private Clients |
| Feb-09 | State Fund Organization |
| Mar-09 | Australian Treasury |
| Mar-09 | Reserve Bank of Australia |
| Mar-09 | United States Study Center – Sydney |
| Mar-09 | Citynational Private Clients |
| Mar-09 | Merrill Lynch Private Clients |
| Apr-09 | Swedish Council Presentation with Bo Lundgren |
| May-09 | 2009 Insurance Agents & Brokers Blue Ribbon Conference |
| May-09 | East Bay Spring Forecast |
| May-09 | UCLA Day |
| May-09 | Wells Fargo Private Clients |
| May-09 | New York Anderson Alumni |
| May-09 | Price Center Board |
| Jun-09 | Plan Sponsor and Minority Manager Consortium |
| Jun-09 | Winston and Strawn |
| Jun-09 | Development (Korn Hall) |
| July-09 | Griffin Homes |
| Sep-09 | 1800 Club (Miriam Anderson and Phyllis Easton) |
| Sep-09 | Australia American Association |
| Oct-09 | Port Productivity Conference |
| Oct-09 | Haas Leadership Roundtable |
| Oct-09 | Alumni Weekend |
| Oct-09 | YPO |
| Oct-09 | Port Productivity |
| Oct-09 | Haas Leadership Roundtable |
| Oct-09 | Jewish Home |
| Nov-09 | Department of Finance |
| Jan-10 | The Executives |
| Jan-10 | IS Associates |
| Feb-10 | CityNational |
| Feb-10 | Cal State Hayward |
| Mar-10 | CityNational |
| Mar-10 | Patent and Technology Awards |
| Mar-10 | Nuveen |
| May-10 | East Bay Development |
| Jul-10 | Disney |
| Aug-10 | CityNational |
| Oct-10 | Board of Visitors |
| Oct-10 | Hass Leadership Roundtable |
| Nov-10 | LEK |
| Nov-10 | Department of Finance |
| Nov-10 | HAART Retreat |

**Teaching Experience:**

Econometrics - Statistics
Bayesian Inference - Statistics
International Trade

EXHIBIT 1

EDWARD E. LEAMER            VITAE        page 6            September 30, 2012

    Economic Theory
    Principles of Economics
    Forecasting

**Dissertation:**   Inference with Non-Experimental Data:  A Bayesian View

**Publications:**

**Books:**

**Quantitative International Economics**, with R.M. Stern, Boston:  Allyn and Bacon, 1970.

**Specification Searches: Ad Hoc Inference with Non Experimental Data**, John Wiley and Sons, Inc., 1978.  Translated into Spanish and Russian.

**Sources of International Comparative Advantage:  Theory and Evidence**, Boston:  MIT Press, 1984.

**Behind the Numbers: U.S. Trade in the World Economy**, with Robert Baldwin and the Panel on Foreign Trade Statistics, National Research Council, Washington, D.C.: National Academy Press, 1992.

**Sturdy Econometrics: Selected Essays of Edward E. Leamer**, Economists of the 20th Century, Hants:Edward Elgar, 1994.

**Quiet Pioneering: Robert M. Stern and His International Legacy**, edited by Keith E. Maskus, Peter M. Hooper, Edward E. Leamer and J. David Richardson, Ann Arbor: The University of Michigan Press, 1997.

**International Economics**, Worth Series in Outstanding Contributions, edited by Edward E. Leamer, New York: Worth Publishers, 2001.

**Handbook of Econometrics,** Vol. 5, edited by James Heckman and Edward Leamer, 2004.

**Handbook of Econometrics,** Vol. 6A, edited by James Heckman and Edward Leamer, 2007.

**Handbook of Econometrics,** Vol. 6B, edited by James Heckman and Edward Leamer, 2007.

**Macroeconomic Patterns and Stories,** Springer-Verlag, 2009.

**The Craft of Economics: Lessons from the Heckscher-Ohlin Framework**, Ohlin Lecture, M.I.T. Press, 2012.

**Tariff and Nontariff Barriers to International Trade**, in process.

**The Analysis of Data**, in process.

**NAFTA and Central America**, World Bank Monograph, in process.

**Who's Afraid of Global Trade?**, in process.

**Op-Ed Pieces:**

"Privatize Social Security?  Here's Why," **LA Times,** October 2000
"Cyclically, We're Back to the Past," **LA Times**, December 4, 2000
"Is there a Real Estate Bubble?" **LA Business Journal**, June 27, 2005
"What Happens When the Housing Market Cools?" **LA Business Journal**, Jan 15, 2006
"A Dose of Urgency for Home Buyers," **New York Times**, April 2008
"Let's Stop Paying Wall Street's Gambling Debts," with Larry Kotlikoff, **Forbes**, April 2008
"Running a National Sale," with Larry Kotlikoff, **Financial Times**, October 2008
"An Undergraduate Error," **National Journal**, December 2008
"What might tell us when this mess will start getting better?" **National Journal**, March 2009
 "The US is NOT experiencing a second Great Depression," **National Journal**, June 2009
"What We Need is an AAWP," **National Journal**, August 2009
"Dust-up" With Brad DeLong, **Los Angeles Times**, September 2009


**Articles:**

"Location Equilibria," **Journal of Regional Science**, Vol, 8 (No. 2, 1968), 229-242, reprinted in A.J. Scott, ed., Location Allocation Systems: A reader (San Francisco:  Holden-Day, Inc.), forthcoming.

"Problems in the Theory and Empirical Estimation of International Capital Movements," with R.M. Stern, in F. Machlup, S. Salant and L. Tarshis, eds., **International Mobility and Movement of Capital** (National Bureau of Economic Research, New York), 1972.

"A Class of Informative Priors and Distributed Lag Analysis," **Econometrica**, 40 (November 1972), 1059-81.

"Criteria for Evaluation of Econometric Models," with Phoebus Dhrymes and others, **Annals of Economic and Social Measurement** (July 1972), 259-290.

"False Models and Post-Data Model Construction," **Journal of the American Statistical Association**, 69 (March 1974), 122-131; abstracted in **Zentralblatt fur Mathematik,** reprinted in Omar F. Hamouda and J.C.R. Rowley, **Foundations of Probability, Econometrics and Economic Games,** Edward Elgar Publishing Limited, 1995.

"Empirically-weighted Price and Income Indexes for Import Demand Functions," **Review of Economics and Statistics**, LV (November 1973), 441-450.

"Multicollinearity:  A Bayesian Interpretation," **Review of Economics and Statistics**, LV (August 1973), 371-380.

"Nominal Tariff Averages with Estimated Weights," **Southern Economic Journal** (July 1974), 34-46.

"The Commodity Composition of International Trade:  An Empirical Analysis," **Oxford Economic Papers**, 26 (November 1974), 350-374.

"A Bayesian Interpretation of Pretesting," with G. Chamberlain, **Journal of the Royal Statistical Society**, Series B, 38 (No. 1, 1976), 85-94.

"'Explaining Your Results' as Access-Biased Memory," **Journal of the American Statistical Association** (March 1975), 88-83.

"Tariffs in a Trade-Dependence Model," in H. Glejser, ed., **Quantitative Studies of International Economic Relations** (North-Holland Publishing Co., Amsterdam), 1976.

"A Result on the Sign of Restricted Least Squares Estimates," **Journal of Econometrics**, 3 (1975), 387-390.

"Matrix Weighted Averages and Posterior Bounds," with G. Chamberlain, **Journal of the Royal Statistical Society**, Series B, 38 (No. 1 1976), 73-84.

"An Empirical Analysis of the Composition of Manufacturing Employment in the Industrialized Countries," with R.M. Stern and C.F. Baum, **European Economic Review**, 9 (1977), 1-19.

"Regression Selection Strategies and Revealed Priors," **Journal of the American Statistical Association** (September 1978), 580-587.

"Least Squares Versus Instrumental Variables Estimation in a Simple Errors in Variables Model," **Econometrica** (July 1978), 961-968.

"The Information Criterion for the Choice of Regression Models, A Comment," **Econometrica** (March 1979), 507-510.

"Difficulties with Testing for Causation," with R. Jacobs and M. Ward, **Economic Inquiry** (July 1979), 401-13.

"The Leontief Paradox, Reconsidered," **Journal of Political Economy** (June 1980), 495-503; reprinted in J. Bhagwati, ed., **International Trade: Selected Readings**, Cambridge: MIT Press, 1986; reprinted in J. Peter Neary, ed., International Trade: The International Library of Critical Writings in Economics, Edward Elgar, forthcoming, 1994; reprinted in Heinz D. Kruz and Christian Lager, **Input-Output Analysis**, Edward Elgar Publishing Limited, 1997; reprinted in Edward E. Leamer, **International Economics**, Worth Publishers, 2001.

"Sets of Estimates of Location," **Econometrica**, Vol. 49, No. 1 (January 1981), 193-204.

"Welfare Computations and the Optimal Staging of Tariff Reductions in Models with Adjustment Costs," **Journal of International Economics**, 10 (1980), 21-36.

"Cross-Section Tests of the Heckscher-Ohlin Theorem: A Methodological Comment," with Harry P. Bowen, **American Economic Review**, 71 (December 1981), 1040-1043; reprinted in Bertil Ohlin, **Critical Assessments of Leading Economists**, Routledge, 1996.

"Is It a Supply Curve, or Is It a Demand Curve: Partial Identification through Inequality Constraints," **Review of Economics and Statistics**, Vol. LXIII, No. 3 (August 1981), 319-327.

"Parameterization-free Ridge Regression Bounds," **Journal of the American Statistical Association**, 76 (December 1981), 842-849.

"The Hit Parade of Economics Articles," in E. Tower, editor, **Economics Reading Lists, Course Outlines, Exams, Puzzles and Problems**, Volume 14, July 1981.

"Sets of Posterior Means with Bounded Variance Priors," **Econometrica**, 50 (May 1982), 725-736.

"Comment on `Specification Analysis with Discriminating Priors'," by Thomas F. Cooley, **Econometric Reviews**, First Issue, 1982.

"Techniques for Estimation with Incomplete Assumptions," **Proceedings of IEEE Meeting on Decision and Control**, San Diego, December 1981.

"Robust Sets of Estimates for Regression," with C.Z. Gilstein, **Econometrica**, LXV (May 1983), 306-317.

"Let's Take the Con Out of Econometrics," **American Economics Review**, 73 (March 1983), 31-43; reprinted in Bruce J. Caldwell, Criticism and Appraisal in Economics: A Book of Readings (Allen and Unwin, 1985); reprinted in Thomas J. Coyne, **Readings in Managerial Economics**, 1985; excerpted in Caroline P. Clotfelter, **Economic Satire: Wit and Humor in the Dismal Science**, Armonk, New York: M.E. Sharpe; summarized in **Journal of Forecasting**, reprinted in C.W.J. Granger,ed., **Modeling Economic Series**, Oxford: Oxford University Press, 1990; reprinted in Dale J. Poirier, **The Methodology of Econometrics II**, Hants: U.K.: Edward Elgar, 1994; reprinted in Omar F. Hamouda and J.C.R. Rowley, **Foundations of Probability, Econometrics and Economic Games**, 1996; reprinted in Guy Peters**, The International Library of Comparative Public Policy - Series B**., 1996; reprinted in Andrew Lo, **Financial Econometrics**, 2006.

"Reporting the Fragility of Regression Estimates," with H. Leonard, **Review of Economics and Statistics**, LXV (May 1983), 306-3417.

"Model Choice and Specification Analysis," in Z. Griliches and M. Intriligator, eds., **Handbook of Econometrics, Volume 1**, Amsterdam: North Holland, 1983.

"Sets of Weighted Regressions" (with C.Z. Gilstein), **Journal of the American Statistical Association**, 78 (December 1983), 942-948.

"Consistent Sets of Estimates for Regression with All Variables Measured with Error" (with S. Klepper), **Econometrica**, 52 (January 1984), 163-183.

"Vector Autoregressions for Causal Inference?", in Karl Brunner and Allan H. Meltzer, eds., **Carnegie-Rochester Conference Series On Public Policy: Understanding Monetary Regimes**, Volume 22, 1985, 255-304; reprinted in Kevin D. Hoover, ed., **The New Classical Macroeconomics**, The University of California Press at Davis, 1992; reprinted in Dale J. Poirier, **The Methodology of Econometrics II**, Hants, England: Edward Elgar, 1994.

"Global Sensitivity Analysis for Generalized Least-Squares Estimates, **Journal of the American Statistical Association**, 79 (December 1984), 867-870.

"Bayesian Regression and Sensitivity Analysis," **Multiple Regression Analysis: Applications in the Health Sciences**," ed. by Donald E. Herbert and Raymond H. Myers, New York: American Institute of Physics, 1986.

"Bid-Ask Spreads for Subjective Probabilities," in P. Goel and A. Zellner, eds., **Bayesian Inference and Decision Techniques**, New York: Elsevier, 1985.

"Estimation of Time-of-Use Pricing Response In the Absence of Experimental Data: An Application of the Methodology of Data Transfer," with D. Aigner, **Journal of Econometrics**, (Sept/Oct. 1984), 26(1/2), 205-27.

"Sensitivity Analyses Would Help," **American Economic Review**, Vol. 75, No. 3, June 1985, reprinted in C.W.J. Granger,ed., **Modelling Economic Series**, Oxford: Oxford University Press, 1990.

"A Bayesian Analysis of the Inflation/Unemployment Tradeoff," in David A. Belsley and Edwin Kuh, eds., **Model Reliability**, Cambridge: MIT Press, 1986, 62-89, reprinted in C.W.J. Granger,ed., **Modelling Economic Series**, Oxford: Oxford University Press, 1990.

"Nonexperimental Inference," in S. Kotz and N.L. Johnson, eds., **Encyclopedia of Statistical Sciences**, vol. 6, New York: John Wiley and Sons, 1985.

"Leontief Paradox," in **The New Palgrave: A Dictionary of Economics**, edited by John Eatwell, Murray Migate and Peter Newman, London: The Macmillan Press, 1987.

"Specification Problems in Econometrics," in **The New Palgrave: A Dictionary of Economics**, edited by John Eatwell, Murray Migate and Peter Newman, London: The Macmillan Press, 1987.

"Self Interpretation," **Economics and Philosophy**, (1, 1985), 295-302; abstracted in The Philosopher's Index.

"Econometric Metaphors," in T. Bewley, ed., **Advances in Econometrics, Fifth World Congress**, Cambridge: Cambridge U. Press, 1987.

"Cross Section Estimation of the Effects of Trade Barriers," in R. Feenstra, ed., **Empirical Methods for International Trade**, Cambridge: MIT Press, 1987, 52-82.

"Multi-country Multi-factor Tests of the Factor Abundance Theory," with H.P. Bowen and L. Sveikauskus, **American Economic Review**, 77, no. 5, December 1987, 791 - 809; reprinted in Peter Neary, ed., **International Trade: The International Library of Critical Writings in Economics**, London: Edward Elgar Publishing, Ltd.; reprinted in Edward E. Leamer, **International Economics**, Worth Publishers, 2001; reprinted in Danel M. Bernhofen**, Empirical International Trade**, 2009.

"Empirical Tests of Alternative Models of International Growth," with L. Kotlikoff, in Colin I. Bradford and William H. Branson, eds., **Trade and Structural Change in Pacific Asia**, Chicago: University of Chicago Press, 1987, 227 - 269.

"Paths of Development in the Three-Good n-Factor General Equilibrium Model," **Journal of Political Economy**, Vol. 95, No. 5, October, 1987, 961-999.

"Errors-in-Variables in Linear Systems," **Econometrica**, Vol. 55, No. 4, July, 1987, 893-909.

"The Sensitivity of International Comparisons of Capital Stock Measures to Different 'Real Exchange Rates", **American Economic Review, Papers and Proceedings,** May 1988, 78, No. 2, 479 - 483.

"Measures of Openness" in R. Baldwin, ed., **Trade Policy Issues and Empirical Analysis**, University of Chicago Press, 1989, 147-200.

"Causality", discussion papers by Paul W. Holland, in Clifford C.Clogg, ed., **Sociological Methodology**, 1988, 485- 493.

"Things That Bother Me," **Proceedings from the 1988 Australian Economics Congress,** Michael McAleer and Ric Simes, eds., **Economic Record**, 64, (December 1989), 331-335.

"Optimal Aggregation of Linear Net Export Systems," in Terry Barker and M. Hashem Pesaran, eds., **Disaggregation in Econometric Modelling**, London: Routledge, 1990, 150-170.

"Planning, Criticism and Revision," in Michael McAleer, ed., **Topics in Applied Econometrics, Journal of Applied Econometrics**, Vol. 4S, (December 1989), S5-S28.

"The Structure and Effects of Tariff and Nontariff Barriers in 1983," in Anne P. Krueger and Ronald Jones, eds. **Festschrift** for Robert Baldwin, Basil Blackwell, 1990, 224-260.

"Latin America as a Target of Trade Barriers Erected by the Major Developed Countries in 1983," **Journal of Development Economics**, 32 (1990), 337-368.

> Reprinted as "La America Latina como un objectivo de las barreras comerciales erigidas por los principales paises desarrollados en 1983," **El Trimestre Economico**, Vol LVII (Diciembre 1990), 103-140.

"The Interplay of Theory and Data in the Study of International Trade," in M. Nerlove, ed., **Issues in Contemporary Economics**, **Proceedings of the Ninth World Congress of the International Economics Association, Volume 2, Macroeconomics and Econometrics,** Macmillan, 1991.

"A Conversation on Econometric Methodology," with Dale Poirier and David Hendry, **Journal of Econometric Theory**, 6, No. 2, June 1990, pp. 171-261; reprinted in Dale J. Poirier, ed., **The Methodology of Econometrics**, forthcoming, 1994.

"Comment" on Keith Maskus, "Comparing International Trade Data and Product and National Characteristics Data for the Analysis of Trade Models," in Peter Hooper and J. David Richardson, eds., **International Economic Transactions: Issues in Measurement and Empirical Research**, Chicago: University of Chicago Press, 1991, pp.56-60.

"A Bayesian Perspective on Inference from Macro-Economic Data," **Scandanavian Journal of Economics: New Approaches to Empirical Research in Macroeconomics**, Vol. 93, No. 2, 1991, pp. 225-248; reprinted in Omar F. Hamouda and J.C.R. Rowley, **Foundations of Probability, Econometrics and Economic Games**, 1996.

Comment on "Has Formalisation in Economics Gone Too Far?", **Methodus**, Vol. 3, No.1, (June 1991), 25-26; reprinted in Craig Freedman, ed., forthcoming.

"Report of the Commission on Graduate Education in Economics" with Anne Krueger et. al., **Journal of Economic Literature**, XXIX, (September 1991), 1035-1053.

"Comment on 'To Criticize the Critics'", **Journal of Applied Econometrics**, 1991, Vol. 6, 371-373.

"Can More Information Make You Worse Off?", **Econometric Theory**, Vol 8, No. 1, March 1992, Solution, Vol.9, No.1, March 1993.

"Bayesian Elicitation Diagnostics", **Econometrica**, Vol. 60, No. 4 (July, 1992), pp. 919-942.

"Measurement Errors and the Convergence Hypothesis," in Helmut Frisch and Andreas Wörgötter, eds., **Open-Economy Macroeconomics**, London: MacMillan Press, Ltd., 1993, pp. 241-256.

"U.S. Wages and the Mexican-U.S. Free Trade Agreement", in Peter Garber, ed., **The Mexico-U.S. Free Trade Agreement**, Cambridge: M.I.T. Press, 1994, pp. 57-128.

"Testing Trade Theory," **Surveys in International Trade**, ed. by David Greenaway and L. Alan Winters, Basil Blackwell, 1994, pp. 66-106.

"Taste in Economics and Econometrics," in **Educating Economists**, ed. by David Collander and Reuven Brenner, Ann Arbor: U. of Michigan Press, 1992, pp. 91-94.

"Report of the NOAA Panel on Contingent Valuation," with Kenneth Arrow, Paul Portney, Roy Radner, Howard Schumann and Robert Solow, **Federal Register**, Friday, January 15, 1993, 4602-4614.

"U.S. Manufacturing and an Emerging Mexico," **The North American Journal of Economics and Finance**, Vol. 4, No. 1, Spring 1993, 51-89.

"The Neglect of Measurement Errors in the Social Sciences," Marschak Colloquium, abstract in **Mathematical Social Sciences** 25 (1993), p.308.

"Factor Proportions as a Source of International Comparative Advantage," **Papers and Proceedings**, **American Economic Review**, May 1993.

"Commentary on 'The Market for (Ir)reproducible Econometrics'" by Susan Feigenbaum and David M. Levy, **Social Epistemology**, (July-September, 1993), Vol. 7, No. 3, p.268.

"Two-ness and the Stolper-Samuelson Theorem", in Alan V. Deardorff and Robert M. Stern, eds**., The Stolper-Samuleson Theorem: A Golden Jubilee**, Ann Arbor: The University of Michigan Press, 1994, pp. 290-307.

"Commemorating the 50th Anniversary of the Stolper-Samuelson Theorem," in Alan V. Deardorff and Robert M. Stern, eds**., The Stolper-Samuleson Theorem: A Golden Jubilee**, Ann Arbor: The University of Michigan Press, 1994, pp. 289-290.

"Heteroscedasticity Sensitivity Diagnostics" **in Sturdy Econometrics**, Hants, England: Edward Elgar, 1994.

"Pooling Noisy Data Sets,"in Thomas Url and Andreas Wörgötter, eds., **The Econometrics of Short and Unreliable Time Series**, Physica-Verlag, Heidelberg, 1995, 41-60.

"The Heckscher-Ohlin Model in Theory and Practice," Graham Lecture, **Princeton Studies in International Finance**, No. 77, February 1995

"International Trade Theory: The Evidence", with James Levinsohn,in G. Grossman and K. Rogoff, eds., **Handbook of International Economics**, Vol III, 1995, pp. 1339-1394.

"In Search of Stolper-Samuelson Linkages between International Trade and Lower Wages," in Susan Collins, ed., **Imports, Exports and the American Worker**, Brookings, 1997, 141-214; reprinted in Edward E. Leamer, **International Economics**, Worth Publishers, 2001.

"A Year of NAFTA and a Peso Earthquake", with Christopher F. Thornberg, UCLA Business Forecast Project, April 1995.

"U.S. Wages, Technological Change and 'Globalization'", **Jobs and Capital**, Milken Institute for Job and Capital Formation, Vol. IV. Summer 1995, pp. 4-10.

"A Heckscher-Ohlin View of Sweden Competing in the Global Market," with Per Lundborg, in Richard B. Freeman, Robert Topel and Birgitta Swedenborg, eds. **The Welfare State in Transition**, The University of Chicago Press, 1997.

"A Combined Ricardian and Heckscher-Ohlin Model of Comparative Advantage," in. **Quiet Pioneering: Robert M. Stern and His International Legacy**, edited by Keith E. Maskus, Peter M. Hooper, Edward E. Leamer and J. David Richardson, Ann Arbor: The University of Michigan Press, 1997, 11-34.

"Questions, Theory and Data," in Steven G. Medema and Warren J. Samuels, **Foundations of Research in Economics: How do Economists Do Economics?,** Edward Elgar Publishing Co., 1996, pp. 175-190.

"Wage Inequality from International Competition and Technological Change: Theory and Country Experience, **American Economic Review**, **Papers and Proceedings**, May 1996, 309-314.

"The Effects of Trade in Services, Technology Transfer and Delocalisation on Local and Global Income Inequality," **Asia-Pacific Economic Review**, April 1996, Vol. 2, No. 1, 44-60.

"What Do We Know About the Impact of Offshore Investment on the U.S. Economy?" In Joel Slemrod, ed., **The Taxation of Multinational Corporations**, Kluwer Academic Publishers, 1996, pp. 103-132.

"Access to Western Markets and Eastern Effort," in Salvatore Zecchini, ed., **Lessons from the Economic Transition, Central and Eastern Europe in the 1990s**, Dordrecht: Kluwer Academic Publishers, 1997, pp. 503-526.

"Revisiting Tobin's 1950 Study of Food Expenditure," in Jan Magnus and Mary Morgan, ed., Special issue of **Journal of Applied Econometrics**, V 12, No3, Sept./Oct. 1997, 533-562. (with comments by McAleer, Barten and Schmidt, and reply), reprinted in **Methodology and Tacit Knowledge: Two Experiments in Econometrics** edited by Jan R. Magnus and Mary S. Morgan, Wiley, 1999, 123-152.

"Labor Markets in Developing Countries: An Agenda for Research," with Ann Harrison, **Journal of Labor Economics,** 1997, vol. 15, no.3, S1 - S18.

"Comment on Spilimbergo and Stein - Trading Blocs among Countries with Different Endowments," in Jeffrey Frankel, Ed. **The Regionalization of the World Economy**, Chicago: U. of Chicago Press, 1997, pp. 149-151.

"What's the Use of Factor Contents?" **Journal of International Economics**, Volume 50, No. 1, February 2000, pp. 17-50.

"Effort, Wages and the International Division of Labor," **Journal of Political Economy**, Vol. 107, Number 6, Part1, Dec 1999, 1127-1163, reprinted in Singer, Hans et.al. New World Order Series, Vol. 20, 2001.

"Competition in Tradables as a Driving Force of Rising Income Inequality," in **Globalization and Labor**, edited by Horst Siebert, Mohr Siebeck: Institut für Welterwirtschaft an der Universität Kiel, 1999.

"Effort and Wages: A New Look at the Inter-Industry Wage Differentials", with Christopher Thornberg, in Robert Feenstra, **The Impact of International Trade on Wages**, NBER: The University of Chicago Press, 2000, pp. 37-84.

"Does natural resource abundance increase Latin American income inequality?" with Hugo Maul, Sergio Rodriquez and Peter Schott, **Journal of Development Economics**, Vol. 59, No. 1, June 1999, pp. 3-42.

"Is this what I look like?" in **Methodology and Tacit Knowledge: Two Experiments in Econometrics** by Jan R. Magnus and Mary S. Morgan, Wiley, 1999, ISBN: 0-471-98297-0, pp. 363-368.

EXHIBIT 1
EDWARD E. LEAMER               VITAE         page 14                 September 30, 2012

"Estimating Growth Equations for Previously Centrally Planned Economies: Dealing with Dubious Data and Disparate Information," with Mark P. Taylor, **Journal of Macroeconomics**, Fall 1999, Vol. 21, No. 4, pp. 639-672.

"Natural Resources as a Source of Latin American Income Inequality", with Peter Schott, **2000 World Development Report** Memorandum, 2000.

"Foreigners and Robots: Assistants of Some, Competitors of Others," in Alan V. Deardorff and Robert. M. Stern, eds., **Social Dimensions of U.S. Trade Policy**, Ann Arbor: University of Michigan Press, 2000, pp. 19-52.

"The Economic Geography of the Internet Age," with Michael Storper, **Journal of International Business Studies**, 32,4 (Fourth Quarter 2001): 641-655; reprinted in Ron Martin, ed., **Contemporary Foundations of Space and Place – Economics: Critical Essays in Human Geography**, Ashgate Publishing, 2008.

"Can the FTAA Suspend the Law of Gravity and Give the Americas Higher Growth and Better Income Distributions?" with Bernardo Blum, in Antoni Estevadeordal, Dani Rodrik, Alan M. Taylor and Andres Velasco, eds, **Integrating the Americas, FTAA and Beyond**, Harvard University Press, 2004, pp. 539-572.

"Are the roads red? Comments on 'Size Matters'", **Journal of Socio-Economics**, Volume 33, Issue 5, November 2004, pp. 555-557.

"The Truth About GDP Growth," **Harvard Business Review**, October 2004, p. 24.

"The Rich (and Poor) Keep Getting Richer", with Peter Schott, **Harvard Business Review**, April 2005, p. 20.

"Extreme Bounds Analysis," **The New Palgrave**, 2006

"Specification Searches," **The New Palgrave**, 2006

"The Leontief Paradox," **The New Palgrave**, 2006

"Globaliseringen och Europaintegrationen – effekter på produktion och löner I Sverige," with Rikcard Forslid in Rihcard B. Freeman, Birgitta Swedenborg and Robert Topel, eds. **Att reformera välfärdsstaten**, NBER Rapporten II, 2006.

"Ports, Trade and Terrorism: Balancing the Catastrophic and the Chronic," with Christopher Thornberg, in Jon D. Haveman and Howard J. Shatz, Protecting the Nation's Seaports: Balancing Security and Cost, 2006.

"A Flat World, A Level Playing Field, a Small World After All, or None of the Above?" review of **The World is Flat**, by Thomas J. Friedman, *Journal of Economic Literature*, March (2007).

"Analyzing the U.S. Content of Imports and the Foreign Content of Exports," National Research Council, National Academy of Sciences, committee chaired by Edward Leamer, 2006.

"Is a Recession Ahead? The Models Say Yes, but the Mind Says No" The Economists' Voice. Berkeley Electronic Press, Volume 4 / Issue 1 (January 2007) http://www.bepress.com/ev/vol4/iss1/art1

"Housing IS the Business Cycle," in **Housing, Housing Finance and Monetary Policy, A Symposium** Sponsored by the Federal Reserve of Kansas City, 2008. Revised and updated for the **Enclyclopedia of Finance.**

"Please Think This Over," **The Economists' Voice**: Vol. 5 : Iss. 5, Article 7, 2008.

"Homes and Cars: Why are the Cycles in Homes and Consumer Durables so Similar?," **The B.E. Journal of Economic Analysis & Policy: Vol. 9** : Iss. 3 (Symposium), Article 5, 2009.

"What have changes in the Global Markets for Goods and Services Done to the Viability of the Swedish Welfare State?" in Richard Freeman, Birgitta Swedenborg and Robert Topel, eds, **Reforming the Welfare State: Recovery and Beyond in Sweden**, 2009.

"Tantalus on the Road to Asymptopia" **Journal of Economic Perspectives**, 2010

"Deflation Dread Disorder "The CPI is Falling!" **Berkeley Electronic Press,** Vol. 8 (2011) / Issue 1 / Columns

"Globalization and U.S. Wages: Modifying Classic Theory to Explain Recent Facts," with Jonathan Haskel, Robert Z. Lawrence, and Mathew J. Slaughter, **The Journal of Economic Perspectives,** Spring 2012, V. 26, No 2, 119-140.

### Business Forecast Reports

"B2B and B2C in 2001, Back 2 Bankruptcies and Back 2 Cycles," December 2000.

"Too Many Predators and Not Enough Prey: The When and the Why of the Demise of the Bush/Clinton Expansion," April 2001.

"It Takes a Locomotive, but the fuel of optimism and ambition is running low," June 2001.

"If it isn't a Recession, what is IT?" September 2001.

"Not Long, Not Deep, but Not Much of a Recovery, Either," December 2001.

"This is Our First Business Cycle," March 2002.

"Should that 5.8% let the Bulls Out?" April, 2002.

"Bubble Trouble: Your Home Has a P/E Ratio Too." June 2002.

"Waiting Patiently for that 1999 Tech Equipment to Become Obsolete. Struggling between then and now," September 2002

"No news is no news," December 2002.

"The Fourth Imbalance," March 2003.

"The Bush/Clinton Expansion of the 21st Century. Overspent Consumers, Cautious Businesses and Broke Governments," June 2003.

"Looking for the Signs of Spring That Wouldn't Come," September 2003.

"The Twilight Zone Economy," December 2003.

"Normal Again," June 2004.

"A 2005 Rematch: The Housing Bubble and the Productivity Miracle vs. Reality and Reason," December 2004.

"Red Skies at Night, Sailors' Delight; Red Skies in the Morning, Sailors Take Warning," March 2005.

"Housing in the US Business Cycle," June 2005.

"Conference Board's Index of Leading Indicators," June 2005.

"No Recession Any Time Soon, But Troubles Ahead, Nonetheless," December 2005.

"Homes, Jobs and Bonds," June 2006.

"2005: The Year the Tortoise Won the Race. Whither California Home Prices?" September 2006.

"Models or Minds?" December 2006.

"Why This Time Really IS Different, and Why We Will Survive a Near Recession Experience", December 2007.

"Recession Depression," March 2008

"Muddied Waters," June 2008

"You Haven't Seen That Before," December 2008

"Edging Backward Into the Future," March 2009

**Book Reviews:**

**An Introduction to Bayesian Inferences in Econometrics**, by A. Zellner, **Journal of Economic Literature**, X (December 1972), pp. 1232-1234.

**Bayesian Analysis in Econometrics and Statistics**, ed. by A. Zellner in **Journal of Economic Literature**.

**Research in Human Capital and Development**, Vol, 2. ed., by A. Khan and I. Sirageldin, **Journal of American Statistical Association**, 78 (December 1983), pp. 997-998.

**The Limits of Econometrics,** by Adrian C. Darnell and J. Lynne Evans, in **The Manchester School**, LIX, Number 1, (March 1991), pp. 93-96.

**North American Free Trade**, by Gary Clyde Hufbauer and Jeffrey J. Schott, in **Journal of Economic Literature**, forthcoming, 1993.

**Other Completed Manuscripts:**

"Ridge Regression Metrics and Distributed Lag Analysis"

"Valley Regression:  Biased Estimation for Orthogonal Problems"

"On Controlling a Monetary Aggregate Under Uncertainty"

"The Welfare Impact of Uncertain Tariff Policy"

"Asymptotic Bayes Estimates of the Simultaneous Equations Model"

"The Determinants of Reading Scores:  An Analysis Built on Explicit Prior Information"

"Destructive Diagnostics for the Errors-in-Variables Problem"

"SEARCH, A Bayesian Regression Package"

"Theory and Evidence of Immigrant Enclaves"

"Measurements of Capital Stocks"

"We Need Standard Errors of the Standard Errors of the Measurement Errors"

"Partial Economic Integration"

"Talent in a General Equilibrium Model"

"Will Regional Integration Weaken Trans-Pacific Exchanges," presented at the Trans-Pacific Conference, UCLA, May 19-21, 1993.

"Trade, Wages and Revolving Door Ideas," NBER Working Paper 4716, April 1994.

"The Life Cycle of US Expansions"

"Hydrocarbon Dewpoint Determination of Lean Natural Gases," with H.R. Warner Jr., A.P. Spence, R.L.Bone, R.A. Hubbard, J. Bernos, and W. A. Kriel.

"What's a Recession Anyway?" 2008, NBER Discussion Paper w14221.

"Workday, Holiday and Calendar Adjustment of Monthly Aggregates of Daily Diesel Fuel Purchases," NBER Working paper, 2011.

**Consulting:**

ABT associates, Cambridge, Massachusetts; 1973
    Statistical tests for effectiveness of educational programs

State Department, 1971-1973
    Econometric estimation of the effects of tariffs on imports

U.S. Treasury, 1972
    Multi-period control under uncertainty of the monetary aggregates

U.S. Department of Labor, 1975-79
    Econometric estimation of the effects of trade restrictions on U.S. workers

Pacific Gas and Electric, 1979-80
> Bayesian Choice of Optimal Sample Size for Load Control Experiments

System Development Corporation, 1979
> Bayesian estimation of multiple regression

System Development Corporation, 1983 -85
> Review panel, analysis of school lunch and breakfast programs

Electric Power Research Institute, 1983-85
> Forecasting electricity demand

D.J. Aigner Assoc., 1982-83
> Data transferability

Legal Consulting

> JurEcon, 1981-1983
> Econometrics of Business Evaluations 1991-
> Wrongful death and the valuation of human life, 1980 -
> DES /Lilly 1985-86
> Contingent Valuation Panel of NOAA, 1992
> Contingent Valuation of Environmental Accidents, 1993-
> Honeywell v. Litton Systems (Navigational system reliability), 1997-1998
> Alaska North Slope Quality Bank proceeding (Effect of quality on price of crude oil) 1998-1999
> Baker v. Motorola, (Contingent valuation surveys for assessing the effect of ground-water contamination on property values) 1998-2000
> Roll International v. U.S. Fire, business interruption claim (Effect of supply disruption on pistachio prices), 1999
> Vitamin price fixing, LECG: assorted European clients, (Vitamin demand analysis) 1999-2001
> DA of Los Angeles v. H.J. Heinz (Fair weights of catsup bottles), 1999
> ARCO China v. Exxon (Hydrocarbon dewpoint measurements), 2000
> ALJ Reed, Public Utilities Commission deliberation (Comparability of performance data for ILEC and CLEC), 2000
> US Commerce Department countervailing duty determination (British Columbia forest management practices). 2001-2002
> Demand systems and mergers, (LECG) 2002
> BP China,(recoverable natural gas reserves), 2001
> Unova vs. Dell, patent infringement, (Economic value of lithium ion battery), 2002
> Federal Trade Commission vs. IBC (Wonder Bread false advertising allegation), 2002
> National Metals, Inc. v. Sumotomo et. al., effect of price fixing on copper prices, 2002
> International Paper Co. v. Affiliated FM Inc. Co., (Hardwood siding insurance claims), 2002-2003, 2005-
> Alaska Air, 2002-2003 (Reliability of jackscrew endplay test.)
> Specialized Devices (Insurance claim for damaged equipment with technological obsolescence), 2003-2006
> Unova v. Apple, patent infringement, (Economic value of lithium ion battery), 2003-2004
> Unova v. Dell, patent infringement, (Economic value of lithium ion battery), 2003-2004
> Unova v. Hewlett Packard Company (Economic value of lithium ion battery), 2005
> MagTek v. Compaq, (valuation of business at time of transfer), 2004
> Cedars-Sinai v. MSK (efficacy of laser eye surgery), 2004-2006

EXHIBIT 1
EDWARD E. LEAMER			VITAE		page 19				September 30, 2012

    Jeld-Wen v. flat glass manufacturers (Damages from illegal price fixing), 2004- 2006
    Class v. Pizza Hut (Statistics of compensation of delivery personnel), 2005
    I.R.S. v. Friedman Jewelry (Sampling methods for estimating bad debt fraction), 2005
    Brunskill Associates v. Rapid Payroll, Inc. (Modeling of sales by startups), 2005-2006
    Copper Antitrust Litigation (Effect on copper prices), 2006
    Federal Government v. SDI Future Health, Inc. (Sampling methods), 2006
    Nokia adv. Qualcomm (FRAND royalty rates), 2006-2008
    Honda v. Toyota, durability dispute, 2009
    Pulse v. Mascon, Patent infringement, 2009
    Ceridian: Business Records and Forecasting, 2008 -
    Chevron: Ecuador Texpet litigation, 2010 -

World Bank
    Estimates of the effects of nontariff barriers, 1985 - 1988
    NAFTA and Central America 1994

Department of Energy, 1987-
    Reviews: OECD energy forecasting, Nuclear Power Generating Costs. Oil and Gas Annual Outlook
    Energy forecasting documents

U.S. Department of Labor, 1988-1990
    Econometric estimation of the effects of trade restrictions on U.S. workers

New Zealand Treasury, 1996-1997

Inter-American Development Bank
    Latin American Income Inequality, 1997-1999

Motion Picture Association (LEK), 2005-2006, 2007-2008
    Effect of piracy on revenues from films