**Past Legal/Consulting Cases**
**Edward E. Leamer**
**September 2012**

**2012**

    High-Tech Employee Antitrust Litigation
        Damages from anti-cold-calling agreements

**2011**

    Juan Moreyra v. Fresenius Medical Care Holdings, Inc., et. al.
        Wages and hours: rounding and meal breaks
        Expert Report, April 2011
        Deposition, April 2011
    TFT-LCD (Flat Panel) Antitrust Litigation
        Damages from illegal price-fixing
        Expert Report, May 2011
        Deposition, July 2011
        Reply Report, Sept 2011
        Testimony, June 2012

**2010**

    María Aguinda et al. v. Chevron Corporation
        Damages from alleged oil contamination in Ecuador
        Expert Report, Sept. 2010
        Expert Report, August 2011
        Expert Report, May 2012

**2009**

    Honda v. Toyota
        Longevity of Camry and Accord
        Report
        Settlement
    Pulse v. Mascon
        Damages from Patent Infringement
        Deposition: Aug 11, 2009
        Settlement

**2008**

    Ceridian
        Business Records and Forecasting

**2007**

    Nokia adv. Qualcomm, 2006-2007
        FRAND royalty rates
        Consultation
    Tobacco Master Settlement Agreement
        Consultation with States Attorneys General
    New Motor Vehicles Canadian Export Antitrust Litigation
        Effects of Imports from Canada on US new car prices
        Consultation

**2006**

    Copper Antitrust Litigation
        Effect on copper prices
        Consultation
    Federal Government v. SDI Future Health, Inc.
        Sampling methods

**2005**
    Class v. Pizza Hut
        Statistics of compensation of delivery personnel
    Brunskill Associates v. Rapid Payroll, Inc.
        Modeling of sales by startup companies
        Deposition, February 2005
    I.R.S. v. Friedman Jewelry
        Sampling methods for estimating bad debt fraction
        Settlement, November 2005
    International Paper , et.al. v. Affiliated FM Insurance Company, et. al.
        Hardwood Siding: Characteristics of damaged homes based on surveys
        Deposition, Aug. 9, 2005
        Settlement, October 2005
    Moeller v. Taco Bell
        Wheelchair access at Taco Bell Stores
    US Canada Lumber Dispute, 2005
        BC Government
        Expert reports regarding cross-border log price comparisons
    LEK and the Motion Picture Association
        Effect of piracy on revenues from films
    Unova v. Hewlett Packard Company
        Patent Infringement, Lithium Ion Battery
        Economic Value of Lithium Ion Battery in Dell notebooks
        Expert Report re patent data
        Settlement, January 2006

**2004**
    Cedars-Sinai v. MSK
        Efficacy of fluorescence-guided feedback rules for laser eye surgery
        Deposition, December 14, 2004
        Settlement, December 2005
    Flat Glass Antitrust Litigation, on behalf of Jeld-Wen
        Effect of alleged price-fixing conspiracy on flat glass prices
        Expert Report, May 12, 2004
        Reply Report, August 12, 2004
        Deposed, October 25-26, 2004
        Settlement, March 2006
    Olympic Pipeline Company v. Equilon Pipeline Company
        Effect of pipeline outage on West Coast gasoline prices
        Expert Report, November, 2004
        Declaration in support of motion to limit testimony, December 2004
        Settlement
    Archdiocese of Los Angeles
        Child abuse settlements

**2003**
    National Union Fire Insurance Company v. Special Devices, Inc., et.al.
        Business Interruption/Property Damage Insurance Claim
        Expert Report, Sept. 2003
        Deposition, July 21, 2005
        Deposition, January 11, 2006
    Unova v. Apple
        Patent Infringement, Lithium Ion Battery
        Economic Value of Lithium Ion Battery in Dell notebooks
        Expert Report
    Compaq Computer v. Mag-Tek
        Damages from unreliable product

    Expert Report, October 2003
    Deposed, November 17, 2003
  International Paper , et.al. v. Affiliated FM Insurance Company, et. al.
    Hardwood Siding: Characteristics of damaged homes based on surveys
    Expert Report
    Deposition, March 5-6, 2003
    Trial, no trial testimony

**2002**

  Plaintiffs vs. Boeing and Alaska Airlines
    Alaska Air 361
    Reliability of End Play Checks
    Expert Report
    Deposed, April 18, 2003
    Settlement
  Unova vs. Dell
    Patent Infringement, Lithium Ion Battery
    Economic Value of Lithium Ion Battery in Dell notebooks
    Expert Report
    Settlement
  International Trade Commission vs. IBC
    Effect of allegedly illegal advertising on Wonderbread sales
    Settlement
  LECG: Copper Price Fixing Allegation
    Abnormality of copper prices.
    Consultation.
  Atlas Textile
    Plaintiffs: Ernest Schatz and Benjamin Kaye
    Evolution of Textile Industry
    Expert Report
    Settlement

**2001**

  US Canada Lumber Dispute
    BC Government
    Expert report regarding the effect of log export restrictions
    Expert report regarding estimation of but-for Canadian stumpage values
    Testimony at Commerce Department hearing, March 5, 2002

**2000**

  Uncitral Arbitration, Claimant: Castle Peak Power Company, Ltd.
    Respondents:
    China National Offshore Oil Corporation
    ARCO China Incorporated
    KUFPEC (China) Incorporated
    Gas Dewpoints by Dewscopes and Gas Chromotography
    Expert Report January 28, 2000
    Settled prior to arbitration
  American Ad Management/O'Connor Agency v. GTE Directories Corporation, et.al.
    But-for revenue streams from ad placements
    Expert advice

**1999**

  L.A. District Attorney v. H.J. Heinz
    Catsup bottle underweighting
    Expert Report
    Settlement conference
    Settlement
  Baker v. Motorola, No. CV 92-02603
    Surveys for the valuation of private property after underground chemical contamination

        Expert Report, May 1999
        Deposition Nov. 3, 1999
        Settled before trial
Roll International Corporation. v. United States Fire Insurance Company
        Business Interruption Claim
        Deposition taken May 13, 1999
        Mediated Settlement, October 1999
LECG
        RE: Effect of collusion on vitamin prices
        Consultation

**1998**

Pacific Bell (U 1001 C) and Pacific Bell Communications Notice of Intent to File
        Section 271 Application For InterLATA Authority In California
        Effect of increased competition in telephone services on California competitiveness
        Affidavit Filed, April 1998
Exxon Company, USA. V. Amerada Hess Pipeline Corporation, et.al.  Docket No. OR96-14-000
        State of Alaska Before the Alaska Public Utilities Commission
        RE: Pricing of Alaskan North Slope Oil
        Prepared Answering Testimony of ARCO Alaska, Inc. before the Federal Energy
            Regulatory Commission
        Expert report April 1998
        Case dismissed
Litton Systems, Inc. vs. Honeywell, Inc.
        Antitrust and Patent Infringement Cases
        RE: Product reliability
        Expert report, September 1998
        Deposition taken October 8, 1998
        Jury award in antitrust case for Litton, November 1998

**Previous Work:**
    JurEcon, 1981-1983
    Wrongful death and the valuation of human life, 1981
    DES /Lilly 1985-86