## Exhibit 3
## List of Materials Relied Upon

| **Pleadings/Orders** | **Date** |
|---|---|
| Consolidated Amended Complaint | 09/13/11 |

**Correspondence**

*Adobe*

| | |
|---|---|
| Letter from Catherine T. Zeng to Daniel J. Walker | 05/10/12 |
| Letter from Peter Julian to Daniel J. Walker | 05/15/12 |
| Response Letter to Exhibit 1 of May 8, 2012 Daniel J. Walker Letter | 05/15/12 |
| Letter from Peter Julian to Daniel J. Walker | 05/22/12 |
| Letter from David C. Kiernan to Kevin Rayhill | 07/27/12 |
| Letter from David C. Kiernan to Kevin Rayhill | 08/07/12 |

*Apple*

| | |
|---|---|
| Response Letter from Apple (re Employee Data) | 06/26/12 |
| Letter from Christina Brown to Brendan Glackin | 09/17/12 |

*Google*

| | |
|---|---|
| Letter from Eric B. Evans to Joseph R. Saveri and Dean M. Harvey | 05/09/12 |
| Letter from Eric B. Evans to Joseph R. Saveri and Dean M. Harvey | 05/22/12 |
| Letter from Eric B. Evans to Daniel J. Walker | 05/22/12 |
| Letter from Eric B. Evans to Anne B. Shaver | 06/20/12 |

**Exhibit 3**
**List of Materials Relied Upon**

| | |
|---|---|
| Letter from Eric B. Evans to Daniel J. Walker | 06/22/12 |
| Letter from Eric B. Evans to Daniel J. Walker | 06/28/12 |
| Letter from Eric B. Evans to Joseph R. Saveri and Dean M. Harvey | 07/12/12 |
| Letter from Eric B. Evans to Daniel J. Walker | 07/16/12 |
| Letter from Eric B. Evans to Joseph Forderer | 08/15/12 |
| Letter from Eric B. Evans to Joseph R. Saveri and Dean M. Harvey | 08/15/12 |
| Letter from Eric B. Evans to Anne B. Shaver | 08/15/12 |
| Letter from Eric B. Evans to Joseph Forderer | 09/06/12 |

<u>Intel</u>

| | |
|---|---|
| Letter from Sujal J. Shah to Daniel J. Walker (with Attachment) | 05/23/12 |
| Letter from Sujal J. Shah to Anne Shaver (with Attachment) | 06/11/12 |
| Letter from Sujal J. Shah to Daniel J. Walker (with Attachment) | 07/18/12 |

<u>Intuit</u>

| | |
|---|---|
| Letter from David C. Kiernan to Kevin Rayhill | 07/30/12 |
| Response Letter to Exhibit 1 of May 7, 2012 Daniel J. Walker Letter | |
| Response Letter to Exhibit 1a of May 17, 2012 Daniel J. Walker Letter | |
| Response Letter to Exhibit 1b of May 30, 2012 Daniel J. Walker Letter | |

## Exhibit 3
## List of Materials Relied Upon

<u>Lucasfilm</u>

| | |
|---|---|
| Letter from Cody S. Harris to Daniel J. Walker | 05/12/12 |
| Letter from Cody S. Harris to Dean M. Harvey and Anne B. Shaver | 06/08/12 |
| Letter from Cody S. Harris to Dean M. Harvey and Joseph R. Saveri | 05/21/12 |

<u>Pixar</u>

| | |
|---|---|
| Letter from Emily J. Henn to Daniel J. Walker | 05/17/12 |
| Letter from Emily J. Henn to Dean M. Harvey | 09/28/12 |

| **Depositions and Exhibits** | **Date** |
|---|---|
| Bentley, Mark | 08/23/12 |
| Burmeister, Steven | 06/27/12 |
| Cruzat, Eleterio | 06/22/12 |
| del Toro, Rebecca | 06/21/12 |
| DeMartini, Robert | 06/26/12 |
| Deneau, Michelle | 06/26/12 |
| Dougherty, Shawna | 07/07/12 |
| Galle, Mary Kathleen | 06/21/12 |
| Geshuri, Arnnon | 08/17/12 |
| Gilmore, Jack | 06/28/12 |
| Howard, Matthew | 07/17/12 |
| Khedim, Jamie | 06/28/12 |
| Kuz, Shilo | 06/26/12 |
| McAdams, Lori | 08/02/12 |

Exhibit 3
List of Materials Relied Upon

| | |
|---|---|
| Miller, Denise | 06/28/12 |
| Morris, Donna | 08/21/12 |
| Morris, James | 08/03/12 |
| Remaley, Amber Gay | 06/21/12 |
| Schrim, John | 06/29/12 |
| Tran, Mai | 06/26/12 |
| Yu, Jamie | 07/17/12 |

**Publicly Available Materials**

Amir Efrati and Pui-Wing Tam "Google Battles to Keep Talent" Wall Street Journal, November 11, 2010, http://online.wsj.com/article/SB10001424052748704804504575606871487743724.html.

Becker, Gary, "Nobel Lecture: The Economic Way of Looking at Behavior," The Journal of Political Economy, Vol. 101, No.3 (June 1993).

Edwards, Benj, "Birth of a Standard: The Intel 8086 Microprocessor," PCWorld, June 16, 2008, http://www.pcworld.com/article/146957-3/birth_of_a_standard_the_intel_8086_microprocessor.html.

Grant, R. M., "Toward a Knowledge-Based Theory of the Firm," Strategic Management Journal, 17 (Winter Special Issue), 1996.

Green, Richard C., Dan Li and Norman Schürhoff, "Price Discovery in Illiquid Markets: Do Financial Asset Prices Rise Faster Than They Fall?," Journal of Finance, Volume 65, Issue 5, pp. 1669–1702, October 2010.

Guynn, Jessica, "War heats up for top Silicon Valley talent," Los Angeles Times, November 10, 2010.

Helft, Miguel, "Unwritten Code Rules Silicon Valley Hiring," The New York Times, June 3, 2009, http://www.nytimes.com/2009/06/04/technology/companies/04trust.html?_r=1.

Luo, Tian and Mann, Amar, "Crash and Reboot: Silicon Valley high-tech employment and wages, 2000-08," Monthly Labor Review, January 2010.

Mas, "Pay, Reference Points, and Police Performance," The Quarterly Journal of Economics, August 2006.

McGee, Matt, "Google Still No. 1 Search Engine On Earth," Searchengineland, August 31, 2009.

# Exhibit 3
## List of Materials Relied Upon

Menezes-Filho, N. A., Muendler, M., and Garey Ramney. "The Structure of Worker Compensation in Brazil, With A Comparison To France And The United States." The Review of Economics and Statistics, May 2008, 90(2): 324-346.

NOVA Workforce Board, "Silicon Valley in Transition," July 2011.

Oyer, Paul and Schaefer, Scott, "Why Do Some Firms Give Stock Options To All Employees?: An Empirical Examination of Alternative Theories," March 26, 2003.

Ponzio, Joe, "With Adobe, Growth and Value are Joined at the Hip," Seeking Alpha, February 4, 2008, http://seekingalpha.com/article/62919-with-adobe-growth-and-value-are-joined-at-the-hip.

Rees, A. "The Role of Fairness in Wage Determination," Journal of Labor Economics, 1993, Vol. 11, No. 1, pt. 1.

Stiglits, Joseph, "Information and the Change in the Paradigm in Economics," The American Economic Review, Vol.92, No. 3 ,June 2002.

Tappata, Mariano, "Rockets and Feathers Understanding Asymmetric Pricing," UCLA Job Market Paper, January 2006.

Wagner, Alex, "As National Employment Stalls, Job Market Booms In Silicon Valley," Huffington Post, July 8, 2011.

Whitney, Lance," iTunes reps 1 in every 4 songs sold in U.S," CNET News, August 18, 2009, http://news.cnet.com/8301-13579_3-10311907-37.html.

Yang, Huanxing and Ye, Lixin, "Search with learning: understanding asymmetric price adjustments," Ohio St. University, August 2006.

Adobe Systems Incorporated, "2009 Form 10-K," January 22, 2010.

Adobe, "Adobe completes acquisition of Macromedia," http://www.adobe.com/aboutadobe/invrelations/adobeandmacromedia_faq.html.

Adobe, "Corporate Overview,"  http://www.adobe.com/aboutadobe/pressroom/pdfs/profile.pdf.

Apple Inc., "2011 Form 10-K," October 26, 2011.

Google Inc., "2010 Annual Report," February 11, 2011.

Google, "2012 Financial Tables – Investor Relations – Google," http://investor.google.com/financial/tables.html.

Google, "Google Launches World's Largest Search Engine," June 26, 2000.

Google, "Our history in depth," http://www.google.com/about/company/history/.

Google,"Board of Directors," http://investor.google.com/corporate/board-of-directors.html.

**Exhibit 3**
**List of Materials Relied Upon**

Intel Corporation, "2011 Annual Report," February 23, 2012.

Intel, "Intel Company Information," http://www.intel.com/content/www/us/en/company-overview/company-facts.html.

Intel, "Intel Products," http://www.intel.com/p/en_US/products/productsbyintel.

Intuit, "Intuit: Corporate Profile," http://about.intuit.com/about_intuit/profile/.

NBC News, "Disney buying Pixar for $7.4 billion," January 25,2006,
   http://www.msnbc.msn.com/id/11003466/ns/business-us_business/t/disney-buying-pixar-billion.

Pixar, "2005 10-K," March 7, 2006.

Pixar, "Corporate Overview," http://www.pixar.com/companyinfo/about_us/overview.htm.

Pixar, "Pixar History: 1986," http://www.pixar.com/about/Our-Story.

Pixar, "Pixar History: 2006," http://www.pixar.com/about/Our-Story.

Pixar, "Pixar: Welcome," http://www.pixar.com/about.

Reuters,"Company Profile for Apple Inc," http://in.reuters.com/finance/stocks/companyProfile?symbol=AAPL.O.

Time, "Top 10 Apple Moments," http://www.time.com/time/specials/packages/article/0,28804,1873486_1873491_1873530,00.html.

http://investor.google.com/financial/2003/tables.html.

http://money.cnn.com/2005/05/18/news/newsmakers/lucasfilm/index.htm, accessed 9-26-2012.

http://www.privco.com/private-company/lucasfilm-ltd ,accessed 9-21-2012.

http://travel.nytimes.com/2005/07/20/movies/20pres.html?_r=0, accessed 9-26-2012.

http://www.northbaybiz.com/Bonus_Issues/NorthBay_biz_500/2007_NorthBay_biz_500.php, accessed 9-26-2012.

**Exhibit 3**
**List of Materials Relied Upon**

**Documents**

    <u>Adobe</u>

        ADOBE_000421 - ADOBE_000422
        ADOBE_001092 - ADOBE_001093
        ADOBE_001095
        ADOBE_001096 - ADOBE_001097
        ADOBE_002773 - ADOBE_002788
        ADOBE_004964 - ADOBE_004977
        ADOBE_005950 - ADOBE_005967
        ADOBE_007186 - ADOBE_007187
        ADOBE_007392 - ADOBE_007407
        ADOBE_008047 - ADOBE_008049
        ADOBE_019192
        ADOBE_025894 - ADOBE_025898

    <u>Apple</u>

        231APPLE001164 - 231APPLE001165
        231APPLE002140
        231APPLE002143 - 231APPLE002144
        231APPLE002145
        231APPLE002151 - 231APPLE002152
        231APPLE002153 - 231APPLE002154
        231APPLE002214
        231APPLE003695 - 231APPLE003707
        231APPLE009282 - 231APPLE009283
        231APPLE041661

**Exhibit 3**
**List of Materials Relied Upon**

    231APPLE041662
    231APPLE042669
    231APPLE073139
    231APPLE080776  -  231APPLE080777

Google

  GOOG-HIGH TECH-00007696  -  GOOG-HIGH TECH-00007697
  GOOG-HIGH TECH-00007715  -  GOOG-HIGH TECH-00007718
  GOOG-HIGH TECH-00007725  -  GOOG-HIGH TECH-00007726
  GOOG-HIGH TECH-00007729
  GOOG-HIGH TECH-00007731     GOOG-HIGH TECH-00007732
  GOOG-HIGH TECH-00007950  -  GOOG-HIGH TECH-00007973
  GOOG-HIGH TECH-00008002     GOOG-HIGH TECH-00008005
  GOOG-HIGH TECH-00008233
  GOOG-HIGH TECH-00008249
  GOOG-HIGH TECH-00008281  -  GOOG-HIGH TECH-00008284
  GOOG-HIGH TECH-00008283  -  GOOG-HIGH TECH-00008284
  GOOG-HIGH TECH-00008342  -  GOOG-HIGH TECH-00008350
  GOOG-HIGH TECH-00009391
  GOOG-HIGH TECH-00009764
  GOOG-HIGH TECH-00023132
  GOOG-HIGH TECH-00023206  -  GOOG-HIGH TECH-00023212
  GOOG-HIGH TECH-00023500  -  GOOG-HIGH TECH-00023601
  GOOG-HIGH TECH-00024149  -  GOOG-HIGH TECH-00024218

**Exhibit 3**
**List of Materials Relied Upon**

GOOG-HIGH TECH-00024585  -  GOOG-HIGH TECH-00024597
GOOG-HIGH TECH-00028981  -  GOOG-HIGH TECH-00029027
GOOG-HIGH TECH-00036716  -  GOOG-HIGH TECH-00036780
GOOG-HIGH TECH-00036781     GOOG-HIGH TECH-00036839
GOOG-HIGH TECH-00037936  -  GOOG-HIGH TECH-00037973
GOOG-HIGH TECH-00038103  -  GOOG-HIGH TECH-00038128
GOOG-HIGH TECH-00038364  -  GOOG-HIGH TECH-00038395
GOOG-HIGH TECH-00039446  -  GOOG-HIGH TECH-00039581
GOOG-HIGH TECH-00042588  -  GOOG-HIGH TECH-00042640
GOOG-HIGH TECH-00053679  -  GOOG-HIGH TECH-00053681
GOOG-HIGH TECH-00056790
GOOG-HIGH TECH-00056879
GOOG-HIGH-TECH-00054775
GOOG-HIGH-TECH-00054804  -  GOOG-HIGH-TECH-00054806
GOOG-HIGH-TECH-00054905  -  GOOG-HIGH-TECH-00054913
GOOG-HIGH-TECH-00055116
GOOG-HIGH-TECH-00055413  -  GOOG-HIGH-TECH-00055414
GOOG-HIGH-TECH-00056840
GOOG-HIGH-TECH-00058235  -  GOOG-HIGH-TECH-00058236
GOOG-HIGH-TECH-00193217  -  GOOG-HIGH-TECH-00193224
GOOG-HIGH-TECH-00193360  -  GOOG-HIGH-TECH-00193367
GOOG-HIGH-TECH-00193377  -  GOOG-HIGH-TECH-00193382
GOOG-HIGH-TECH-00193406  -  GOOG-HIGH-TECH-00193411
GOOG-HIGH-TECH-00193435  -  GOOG-HIGH-TECH-00193446
GOOG-HIGH-TECH-00194721  -  GOOG-HIGH-TECH-00194722
GOOG-HIGH-TECH-00194945  -  GOOG-HIGH-TECH-00194946
GOOG-HIGH-TECH-00196108
GOOG-HIGH-TECH-00196687
GOOG-HIGH-TECH-00196689

**Exhibit 3**
**List of Materials Relied Upon**

Intel

  76506DOC000773 - 76506DOC000990
  76512DOC000638 - 76512DOC000677
  76526DOC000007
  76526DOC000011 - 76526DOC000014
  76545DOC000021 - 76545DOC000051
  76550DOC000014 - 76550DOC000095
  76556DOC000003 - 76556DOC000005
  76566DOC000005 - 76566DOC000026
  76566DOC000085 - 76566DOC000098
  76577DOC000464 - 76577DOC000466
  76579DOC002323
  76614DOC010212
  76633DOC000369

Intuit

  INTUIT_000013 - INTUIT_000018
  INTUIT_001661 - INTUIT_001664
  INTUIT_002372 - INTUIT_002373
  INTUIT_003008 - INTUIT_003011
  INTUIT_016652
  INTUIT_039098 - INTUIT_039100

Lucasfilm

  LUCAS00004446 - LUCAS00004452

**Exhibit 3**
**List of Materials Relied Upon**

    LUCAS00004690 - LUCAS00004720
    LUCAS00005403 - LUCAS00005446
    LUCAS00009252
    LUCAS00013507
    LUCAS00013673 - LUCAS00013703
    LUCAS00013705 - LUCAS00013773

<u>Palm</u>

    PALM00005 - PALM00008
    PALM00022 - PALM00027

<u>Pixar</u>

    PIX00000038 - PIX00000039
    PIX00000227
    PIX00000229
    PIX00000400
    PIX00001958 - PIX00001974
    PIX00002210
    PIX00002262 - PIX00002264
    PIX00002328 - PIX00002329
    PIX00002349 - PIX00002425
    PIX00003419
    PIX00003600
    PIX00003629 - PIX00003630
    PIX00003640
    PIX00003978
    PIX00004051 - PIX00004052

**Exhibit 3**
**List of Materials Relied Upon**

    PIX00004883
    PIX00006023
    PIX00006025
    PIX00006026  -  PIX00006036
    PIX00006057
    PIX00009416
    PIX00015306  -  PIX00015308
    PIX00049648  -  PIX00049650

**<u>Data</u>**

    <u>Adobe</u>

        2012-06-15 Recruiting Legal Matter Non-Exempt 200101 to 201203.xlsx
        ADOBE_DATA_000001 - 021
        ADOBE_DATA_000034 - 037
        ADOBE_DATA_000047 - 061
        ADOBE_DATA_000166 - 169
        FY2001_HighlyConfidentialAEO - FY2012_HighlyConfidentialAEO
        HashedSSN for Non-exempt File.xls
        JD_ADOBE_DATA_000157 - 162

    <u>Apple</u>

        231APPLE004236 - 239
        231APPLE006199 - 204
        231APPLE006205
        231APPLE095773 - 777

**Exhibit 3**
**List of Materials Relied Upon**

    231APPLE098801 - 814
    AppleEEOReport-05012012

Google

    GOOG-HIGH TECH-00054553 - 554
    GOOG-HIGH TECH-00057188 - 189
    GOOG-HIGH TECH-00057197 - 204
    GOOG-HIGH TECH-00058201 - 204
    GOOG-HIGH TECH-00182928 - 934
    GOOG-HIGH TECH-00193512 - 551

Intel

    12-2004.xlsx - 12-2011.xlsx
    2001 YE USA - 2003 YE USA
    2008 added 7.xlsx
    2008 Employee_Mgr WWID list.xlsx
    2008 one add.xlsx
    2012 Hires_Rehires (Hashed).xlsx
    2012-YTD.xlsx
    76579DOC000606
    76582DOC001648
    76583DOC001490
    76583DOC001528
    76586DOC000463 - 478
    76586DOC001360
    76586DOC001414 - 438
    76588DOC000004_AEO - 05_AEO

**Exhibit 3**
**List of Materials Relied Upon**

    76596DOC000037
    76596DOC001335
    76635DOC000001 - 020
    76635DOC000021 - 024
    CandidatesForFilledReqs_Report2.xlsx
    Emp Data as of 12 31 01.xlsx
    Emp Data as of 12 31 02.xlsx
    Emp Data as of 12 31 03.xlsx
    NID Data (Hashed).xlsx
    Options Outstanding - Apr 2001.xlsx
    Options Outstanding - Jan-Mar 2001.xlsx
    Options Outstanding By Optionee 2002.xlsx - Options Outstanding By Optionee 2012.xlsx
    Options Outstanding May-Dec 2001.xlsx
    SSL 2001-2003 ALL.xlsx
    Term Data 071812.xlsx
    Term Data for Active Emps 071912.xlsx
    Term Data for LOA Emps 072012.xlsx
    WWID list (Hashed).xlsx

<u>Intuit</u>

    INTUIT_DATA_000004 - 402
    Intuit Attorneys' Eyes Only RTD2 - Hires.csv
    Intuit Attorneys' Eyes Only RTD2 - Offers.csv

**Exhibit 3**
**List of Materials Relied Upon**

<u>Lucasfilm</u>

    LUCAS00014721 - 792
    LUCAS00014793 - 858
    LUCAS00015738 - 745
    LUCAS00026179 - 213
    LUCAS00048342 - 346
    LUCAS00197352 - 354

<u>Pixar</u>

    PIX00005969 - 984
    PIX00009205 - 214
    PIX00009215
    PIX00039097
    PIX00039629
    PIX00056675

<u>Public Data Sources</u>

    Federal Reserve Bank of St. Louis (Consumer Price Index for All Urban Consumers: All Items)

    Federal Reserve Bank of St. Louis (Foreign Exchange Rates)

    Federal Reserve Bank of St. Louis (Information Employment in San Jose-Sunnyvale-Santa Clara, CA (MSA))

**Exhibit 3**
**List of Materials Relied Upon**

United States Securities and Exchange Commission, Form 10-K.

|  |  |
|---:|:---|
| Adobe | 2001-2011 |
| Apple | 2001-2012 Q1 |
| Disney | 2006-2011 |
| Google | 2004-2011 |
| Intel | 2001-2011 |
| Intuit | 2001-2012 Q1 |
| Pixar | 2001-2005 |

Yahoo Finance

    Adobe
    Apple
    Intuit