MORGAN, LEWIS & BOCKIUS LLP
FRANKLIN BROCKWAY GOWDY, (SBN 047918)
BENJAMIN P. SMITH, (SBN 197551)
One Market, Spear Street Tower
San Francisco, CA  94105-1126
Tel:     415.442.1000
Fax:    415.442.1001
fgowdy@morganlewis.com
bpsmith@morganlewis.com

Attorneys for Non-Party
Palm, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF THE DECLARATION OF EDWARD T. COLLIGAN AND ATTACHED EXHIBITS** |

Having considered Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support, as well as the Declaration of Robert Booth filed by non-party Palm, Inc. in Support of Plaintiffs' Administrative Motion to File Under Seal, the Administrative Motion is hereby GRANTED with respect to the Declaration of Edward T. Colligan and exhibits thereto.

IT IS HEREBY ORDERED that the Declaration of Edward T. Colligan has properly been redacted and publicly filed.  The redacted portions shall remain under seal.  Furthermore, Exhibits A and B in the Declaration of Edward T. Colligan may be filed under seal and shall remain under seal.

**IT IS SO ORDERED.**

Dated: _____     _____
                                                                       LUCY H. KOH
                                                                       United States District Judge

MORGAN, LEWIS & BOCKIUS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

DB2/ 23590710.1

1

[PROPOSED] ORDER GRANTING PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
11-CV-2509-LHK