ROBERT T. HASLAM (S.B. #71134)
rhaslam@cov.com
EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:     (650) 632-4700
Facsimile:      (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JONATHAN HERCZEG (*pro hac vice*)
jherczeg@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:     (202) 662-6000
Facsimile:      (202) 662-6291

Attorneys for Defendant
PIXAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

      Jonathan Herczeg hereby moves for leave to withdraw as Counsel of record for Defendant Pixar, as he will no longer be employed by Covington & Burling LLP effective October 8, 2012. Mr. Herczeg's withdrawal will not cause any delay in the prosecution of this

action nor prejudice any party because the law firm of Covington & Burling LLP will continue to represent Pixar.

Respectfully submitted,

Dated:  October 8, 2012  /s/ *Jonathan Herczeg*
ROBERT T. HASLAM (S.B. #71134)
rhaslam@cov.com
EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:     (650) 632-4700
Facsimile:     (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JONATHAN HERCZEG (*pro hac vice*)
jherczeg@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:     (202) 662-6000
Facsimile:     (202) 662-6291

Attorneys for Defendant
PIXAR

## **Filer's Attestation**

Pursuant to Local Rule 5(i)(3), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Jonathan Herczeg.

Dated:  October 8, 2012  By:  /s/  Emily Johnson Henn
Emily Johnson Henn