EXHIBIT A

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

# EXHIBIT A

(TO DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION)

**Plaintiff's Notice of Motion and Motion for Class Certification and Memorandum of Law in Support (Docket No. 186):**

| Page To Be Sealed (in part) | Source of Support for Sealing |
| --- | --- |
| Page 2 | Declaration of James M. Kennedy ("Kennedy Decl.") ¶ 5(a) |
| Page 3 | Kennedy Decl. ¶ 5(a) |
| Page 8 | Kennedy Decl. ¶ 5(a) |
| Page 13 | Kennedy Decl., ¶ 5(c) |
| Page 14 | Declaration of Robert H. Booth (Dkt. 192) ("Booth Decl.") ¶3-6 |
| Page 15 | Booth Decl. ¶3-6 |
| Page 17 | Declaration of Donna Morris ("Morris Decl.") ¶¶ 3-7 |
| Page 18 | Declaration of Frank Wagner In Support of Administrative Motion to Seal ("Wagner Decl.") ¶ 10; Declaration of Tina M. Evangelista ("Evangelista Decl.") ¶¶ 7-9; Kennedy Decl. ¶ 5(a) |
| Page 19 | Wagner Decl. ¶ 10 |
| Page 20 | Wagner Decl. ¶ 10; Morris Decl. ¶¶ 3-7 |
| Page 21 | Wagner Decl. ¶ 10 |
| Page 22 | Wagner Decl. ¶ 10; Morris Decl. ¶¶ 3-7 |
| Page 24 | Kennedy Decl. ¶ 5(a) |

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

**Plaintiff's Declaration of Anne B. Shaver In Support of Plaintiffs' Motion for Class Certification (Docket Nos. 187-190):**

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
| --- | --- |
| Ex. 4 | Morris Decl. ¶¶ 3-7 |
| Ex. 14 | Morris Decl. ¶¶ 3-7 |
| Ex. 15 | Morris Decl. ¶¶ 3-7 |
| Ex. 21 | Declaration of Mark Bentley ("Bentley Decl.") ¶ 6 |
| Ex. 22 | Bentley Decl. ¶ 5 |
| Ex. 24 | Wagner Decl. ¶ 9 |
| Ex. 25 | Wagner Decl. ¶¶ 7-8 |
| Ex. 29 | Wagner Decl. ¶ 9 |
| Ex. 32 | Wagner Decl. ¶ 9 |
| Ex. 34 | Wagner Decl. ¶¶ 7-8 |
| Ex. 37 | Wagner Decl. ¶ 9 |
| Ex. 39 | Wagner Decl. ¶ 9 |
| Ex. 40 | Wagner Decl. ¶ 9 |
| Exs. 42-49 | Wagner Decl. ¶¶ 5-8 |
| Ex. 54 | Evangelista Decl. . ¶¶ 3-6 |
| Ex. 59 | Declaration of Alan Eustace ¶¶ 3-5; Declaration of Lisa Borgeson ("Borgeson Decl.") ¶ 6 |
| Exs. 60-63 | Declaration of David J. Anderman ("Anderman Decl.") ¶¶ 3-6; Kennedy Decl. ¶ 5(a),(b) |
| Exs. 67-68 | Kennedy Decl. ¶ 5(b) |
| Ex. 70 | Kennedy Decl. ¶ 5(b) |

2

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

**Plaintiff's Expert Report of Edward E. Leamer, Ph.D. (Docket No. 190):**

| Paragraph, Figure or Footnote To Be Sealed | Source of Support for Sealing |
|---|---|
| Para. 23 | Anderman Decl. ¶¶ 3-6 |
| Para. 59 | Wagner Decl. ¶ 10(g) |
| Para. 62 | Anderman Decl. ¶¶ 3-6 |
| Para. 64(b)-(c) | Kennedy Decl. ¶ 6 |
| Para. 82 | Anderman Decl. ¶¶ 3-6 |
| Para. 84 | Kennedy Decl. ¶ 6 |
| Para. 91 | Bentley Decl. ¶ 4; Kennedy Decl. ¶ 6 |
| Para. 92 | Bentley Decl. ¶ 4; Kennedy Decl. ¶ 6 |
| Para. 98 | Bentley Decl. ¶ 4; Kennedy Decl. ¶ 6 |
| Para. 99 | Bentley Decl. ¶ 4 |
| Para. 107-11 | Wagner Decl. ¶ 10(j),(l),(m); Kennedy Decl. ¶ 6 |
| Para. 115-17 | Wagner Decl. ¶ 10(m) |
| Para. 119 | Wagner Decl. ¶ 10(n) |
| Para. 121-26 | Wagner Decl. ¶ 10(p); Anderman Decl. ¶¶ 7-9; Evangelista Decl. ¶¶ 7-9; Bentley Decl. ¶ 4; Borgeson Decl. ¶¶ 3-5; Kennedy Decl. ¶ 6 |
| Para. 128 | Morris Decl. ¶¶ 3-7; Borgeson Decl. ¶¶ 3-5; Kennedy Decl. ¶ 6 |
| Para. 129 | Morris Decl. ¶¶ 3-7; Anderman Decl. ¶¶ 7-9; Borgeson Decl. ¶¶ 3-5; Kennedy Decl. ¶ 6 |
| Para. 131 | Kennedy Decl. ¶ 6 |
| Para. 133 | Bentley Decl. ¶ 4 |
| Para. 139-142 | Bentley Decl. ¶ 4; Kennedy Decl. ¶ 6 |
| Para. 157(a), (b), (d), (e), and (f) | Morris Decl. ¶¶ 3-7; Anderman Decl. ¶¶ 7-9; |

3

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

| Paragraph, Figure or Footnote To Be Sealed | Source of Support for Sealing |
|---|---|
|  | Evangelista Decl. ¶¶ 7-9; Bentley Decl. ¶ 4; Borgeson Decl. ¶¶ 3-5 |
| Figures 3-17 | Wagner Decl. ¶ 10(f),(q),(r); Morris Decl. ¶¶ 3-7; Anderman Decl. ¶¶ 7-9; Evangelista Decl. ¶¶ 7-9; Bentley Decl. ¶ 4; Borgeson Decl. ¶¶ 3-5; Kennedy Decl. ¶ 6 |
| Figure 19 | Bentley Decl. ¶ 4 |
| Figure 20 | Morris Decl. ¶¶ 3-7; Anderman Decl. ¶¶ 7-9; Bentley Decl. ¶ 4; Borgeson Decl. ¶¶ 3-5; Kennedy Decl. ¶ 6 |
| Figures 22-25 | Wagner Decl. ¶ 10(r); Morris Decl. ¶¶ 3-7; Anderman Decl. ¶¶ 7-9; Evangelista Decl. ¶¶ 7-9; Bentley Decl. ¶ 4; Borgeson Decl. ¶¶ 3-5; Kennedy Decl. ¶ 6 |
| Footnote 31 | Anderman Decl. ¶¶ 3-6 |
| Footnote 43 | Kennedy Decl. ¶ 6 |
| Footnote 93 | Evangelista Decl. ¶¶ 7-9 |
| Footnote 95 | Evangelista Decl. ¶¶ 7-9 |
| Footnote 96 | Evangelista Decl. ¶¶ 7-9 |
| Footnotes 101-04 | Wagner Decl. ¶ 10(i); Anderman Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 7-9 |
| Footnotes 110-12 | Morris Decl. ¶¶ 3-7; Anderman Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 7-9; Kennedy Decl. ¶ 6 |
| Footnote 114 | Kennedy Decl. ¶ 6 |
| Footnote 127 | Evangelista Decl. ¶¶ 7-9 |
| Footnote 129 | Wagner Decl. ¶ 10(j) |
| Footnote 135 | Wagner Decl. ¶ 10(k) |
| Footnote 136 | Kennedy Decl. ¶ 6 |

4

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

| Paragraph, Figure or Footnote To Be Sealed | Source of Support for Sealing |
|---|---|
| Footnote 138 | Wagner Decl. ¶ 10(l) |
| Footnote 139 | Wagner Decl. ¶ 10(l) |
| Footnote 155 | Wagner Decl. ¶ 10(o) |
| Footnotes 157-60 | Evangelista Decl. ¶¶ 7-9; Kennedy Decl. ¶ 6 |
| Footnotes 162-64 | Morris Decl. ¶¶ 3-7; Evangelista Decl. ¶¶ 7-9; Bentley Decl. ¶ 4; Kennedy Decl. ¶ 6 |
| Footnote 168 | Evangelista Decl. ¶¶ 7-9 |
| Footnote 173 | Evangelista Decl. ¶¶ 7-9 |

5