Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

On October 1, 2012, Plaintiffs filed an administrative motion for a sealing order (Dkt. No. 186) pursuant to Northern District Civil Local Rule 79-5(d) and lodged under seal certain information contained in: (a) Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support (Dkt. No. 186) (collectively, "Motion for Class Certification"); (b) the Expert Report of Edward E. Leamer, Ph.D. (Dkt. No. 190) ("Leamer Report"); (c) the Declaration of Edward T. Colligan and Exhibits A and B thereto (Dkt. No. 189); and (d) Exhibits 1-5, 11-55, 58-68 and 70 to the Declaration of Anne B. Shaver in Support of Plaintiffs' Motion for Class Certification (Dkt. Nos. 187-190) that Defendants designated either "CONFIDENTIAL" or "CONFIDENTIAL - ATTORNEYS' EYES ONLY," under the Stipulated Protective Order (as modified by the Court) (Dkt. No. 107).

On October 9, 2012, Defendants filed Declarations in Support of Plaintiffs' Administrative Motion for a Sealing Order pursuant to Civil Local Rule 79-5(d), as follows:

- Defendant Adobe Systems, Inc. filed a Declaration of Donna Morris;
- Defendant Apple Inc. filed a Declaration of Mark Bentley;
- Defendant Google, Inc. filed a Declaration of Frank Wagner and Alan Eustace;
- Defendant Intel Corp. filed a Declaration of Tina M. Evangelista;
- Defendant Intuit Inc. filed a Declaration of Lisa Borgeson;
- Defendant Lucasfilm Ltd. filed a Declaration of David Anderman; and
- Defendant Pixar filed a Declaration of James M. Kennedy.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents, figures, and portions thereof be filed under seal:

Motion for Class Certification (Dkt. No. 186)

- Page 2, line 4;
- Page 3, lines 10-12 and 25-26;
- Page 8, lines 20-25;
- Page 13, lines 26-27;
- Page 14, line 11 to page 15, line 3;

- Page 17, lines 10-16;
- Page 18, lines 1-3, 5-10, and 14-15;
- Page 18, line 21 to Page 19, line 2;
- Page 19, lines 5-8 and 13-14;
- Page 20, lines 20-23;
- Page 20 line 24 to Page 21, line 5;
- Page 21, lines 13-28;
- Page 22, lines 1-3 and lines 10-12; and
- Page 24, lines 20-21.

<u>Exhibits to the Declaration of Anne B. Shaver (Dkt. Nos. 187-190)</u>

- Exhibits 4, 14, 15, 21, 22, 24, 25, 29, 32, 34, 37, 39, 40, 42-49, 54, 59-63, 67-68, and 70.

<u>Leamer Report (Dkt. No. 190)</u>

- Paragraphs 23, 59, 62, 64(b)-(c), 82, 84, 91, 92, 98, 99, 107-11, 115-17, 119, 121-26, 128, 129, 131, 133, 139-42, and 157 (a), (b), (d), (e), and (f);
- Figures 3-17, 19, 20, and 22-25; and
- Footnotes 31, 43, 93, 95, 96, 101-04, 110-12, 114, 127, 129, 135, 136, 138, 139, 155, 157-60, 162-64, 168, and 173.

**IT IS SO ORDERED**

Date:

_____  _____
HONORABLE LUCY H. KOH
United States District Court Judge