UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION )
)
) Case No: 11-CV-2509-LHK
)
THIS DOCUMENT RELATES TO: )
ALL ACTIONS )
) **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)

I, Thomas A. Isaacson, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: PIXAR in the above-entitled action. My local co-counsel in this case is Emily Johnson Henn, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Covington & Burling LLP<br>333 Twin Dolphin Dr., Suite 700<br>Redwood Shores, CA 94065 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(202) 662-5082 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 632-4700 |
| MY EMAIL ADDRESS OF RECORD:<br>tisaacson@cov.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>ehenn@cov.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 376959.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 10/16/12

/s/ Thomas A. Isaacson
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Thomas A. Isaacson is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE