# EXHIBIT 7

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4

 5

 6   IN RE:  HIGH-TECH EMPLOYEE     )

 7   ANTITRUST LITIGATION           )

 8                                  )   No. 11-CV-2509-LHK

 9   THIS DOCUMENT RELATES TO:      )

10   ALL ACTIONS.                   )

11   _____   )

12

13

14          CONFIDENTIAL - ATTORNEYS' EYES ONLY

15          VIDEO DEPOSITION OF JEFFREY VIJUNGCO

16                    October 5, 2012

17

18

19

20   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

21

22

23

24

25
```

Deposition of Jeffrey Vijungco     In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 03:10:13 | 1 | Apple and Adobe was finished? |
| 03:10:18 | 2 |     A.  I don't know about dates.  I do know Steve |
| 03:10:23 | 3 | wrote a letter as relates to Thoughts on Flash in early |
| 03:10:28 | 4 | 2010.  I don't remember a date. |
| 03:10:31 | 5 |     Q.  I'm sorry.  You said Steve wrote -- I didn't |
| 03:10:36 | 6 | hear what you said.  Could you repeat your answer, |
| 03:10:37 | 7 | please. |
| 03:10:38 | 8 |     A.  In early 2010, I know as relates to Apple, |
| 03:10:44 | 9 | Steve Jobs wrote Thoughts on Flash memo. |
| 03:10:51 | 10 |     Q.  And how did that affect -- and with that memo, |
| 03:11:00 | 11 | did people at Adobe think they were at war with Apple? |
| 03:11:06 | 12 |     A.  War is a funny word, and I don't know when that |
| 03:11:09 | 13 | press came out that he wrote.  But I think people were |
| 03:11:17 | 14 | surprised to see Steve write a memo on his homepage, |
| 03:11:20 | 15 | yes, about any company, let alone ourselves. |
| 03:11:24 | 16 |     Q.  So when you learned of that memo written by |
| 03:11:27 | 17 | Steve Jobs, did that, at least from your -- from your |
| 03:11:34 | 18 | perspective in hiring or recruiting, did you change your |
| 03:11:39 | 19 | business practices with respect to whether or not it was |
| 03:11:43 | 20 | permissible to cold call into Apple? |
| 03:11:48 | 21 |     A.  I don't recall when the date of the press was, |
| 03:11:50 | 22 | give or take.  I do know that the restriction around |
| 03:11:56 | 23 | cold calling was no longer a restriction sometime in |
| 03:11:59 | 24 | 2010.  But again, from my view, it didn't really matter |
| 03:12:03 | 25 | because it was always we recruited and hired out of |

| | | |
|---|---|---|
| 03:12:06 | 1 | there anyway. Just opened up, once again, an |
| 03:12:09 | 2 | insignificant channel of cold calling which has been |
| 03:12:13 | 3 | least effective so far, but, you know, one of ten-plus |
| 03:12:16 | 4 | techniques. |
| 03:12:17 | 5 | Q. Who told you the policy had changed? |
| 03:12:20 | 6 | A. I don't recall exactly, but I'm assuming my |
| 03:12:23 | 7 | boss, which was Donna Morris at the time, may have let |
| 03:12:26 | 8 | me know. |
| 03:12:27 | 9 | Q. Did she tell you in a conversation? |
| 03:12:33 | 10 | A. I don't recall if it was a conversation or |
| 03:12:35 | 11 | email. One or the other or both. |
| 03:12:37 | 12 | Q. Do you recall some kind of -- or any kind of |
| 03:12:39 | 13 | communication in writing that you received at that time |
| 03:12:42 | 14 | telling you that the policy had changed? |
| 03:12:45 | 15 | A. Around cold calling, vaguely, yes. |
| 03:12:47 | 16 | Q. And who -- who was the author of that |
| 03:12:50 | 17 | communication? |
| 03:12:51 | 18 | A. I don't know who the author is, but -- |
| 03:12:54 | 19 | Q. Was it Donna Morris? |
| 03:12:56 | 20 | A. I take direction from my boss, Donna Morris. |
| 03:12:59 | 21 | Q. Who was the CEO at the time? |
| 03:13:02 | 22 | A. 2010 would be Shantanu Narayen. |
| 03:13:05 | 23 | Q. Did he have any role in that communication, as |
| 03:13:07 | 24 | far as you know? |
| 03:13:09 | 25 | A. I don't recall having an email from him. |

1   I, Gina V. Carbone, Certified Shorthand
2   Reporter licensed in the State of California, License
3   No. 8249, hereby certify that the deponent was by me
4   first duly sworn and the foregoing testimony was
5   reported by me and was thereafter transcribed with
6   computer-aided transcription; that the foregoing is a
7   full, complete, and true record of said proceedings.
8       I further certify that I am not of counsel or
9   attorney for either of any of the parties in the
10  foregoing proceeding and caption named or in any way
11  interested in the outcome of the cause in said caption.
12      The dismantling, unsealing, or unbinding of
13  the original transcript will render the reporter's
14  certificates null and void.
15      In witness whereof, I have hereunto set my
16  hand this day: October 11, 2012.
17      ___X___ Reading and Signing was requested.
18      _____ Reading and Signing was waived.
19      _____ Reading and signing was not requested.
20
21
22                          _____
23                          GINA  V.  CARBONE
24                          CSR 8249, RPR, CCRR
25