# EXHIBITS 8-15
# FILED UNDER SEAL