# EXHIBIT 19-22
# FILED UNDER SEAL