# EXHIBIT 23

ROBERT T. HASLAM (S.B. #71134)
rhaslam@cov.com
EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
CHINUE T. RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Defendant
PIXAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case No. 3:11-cv-2509-LHK

**DECLARATION OF LORI MCADAMS IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Date: January 17, 2013
Time: 1:30 p.m.
Courtroom: 8, 4th Floor
Judge: Hon. Lucy H. Koh

Date Consol. Amended Compl. Filed: May 4, 2011

Trial Date: Nov. 12, 2013

I, Lori McAdams, state and declare as follows:

1. I am the Vice President of Human Resources and Administration at Pixar Animation Studios (hereinafter "Pixar"), one of the defendants in the above-captioned action. I make this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. Except where expressly stated, I have knowledge of the facts set forth herein, and if called to testify as a witness thereto, could do so competently under oath. Except where expressly stated, the statements in this declaration relate only to Pixar's employees in the United States.

2. I have worked at Pixar since April 2004. In my position as Vice President of Human Resources and Administration at Pixar, I have become familiar and am familiar with Pixar's compensation policies, practices, and procedures. I participate in the establishment of compensation policies and budgets for Pixar employees.

**A. Pixar's business and workforce**

3. Pixar is an Academy Award-winning film studio with world-renowned technical, creative, and production capabilities in the art of computer-generated animation. Pixar's primary line of business is making computer-generated animated films. Pixar also licenses its industry-standard RenderMan computer graphics rendering software for the creation of visual effects.

4. Pixar employs a highly-diverse work force, some with highly specialized skill sets.

5. As of December 31, 2009, Pixar had 439 FLSA-exempt, non-retail employees who fell into 171 separate job titles. These numbers have varied over the years but were roughly in the same ballpark from 2005-2009, the period during which I understand that the Plaintiffs in this case have asserted Pixar's compensation was suppressed below competitive levels.

**B. Pixar's compensation policies**

6. When I started at Pixar in April 2004, Pixar was a public company. The elements of compensation for Pixar employees included an equity-based long term incentive program, base salary, film bonuses, and benefits. In May 2006, Pixar was acquired by The Walt Disney Company ("TWDC") and became a wholly-owned subsidiary of TWDC. Following Pixar's acquisition by TWDC, in January 2009, Pixar converted its long-term incentive compensation program to a cash-based program. From January 2009 forward, the common elements of

employee compensation at Pixar have been base salary, long-term-incentive cash grants, cash film bonuses awarded based on the success of Pixar's films, and benefits.

**1. Base salary and use of market survey data**

7. [redacted]

8. Each position at Pixar has a salary range. Throughout my tenure at Pixar, we have relied primarily on consultant-conducted benchmarking surveys to set base salary ranges.

9. [redacted]

10. For as long as I have worked at Pixar, a particular employee's compensation level within a base salary range has been dependent on that employee's experience and performance level. [redacted]

11. For example, Pixar has employed technical directors ("TDs"), who work with Pixar's proprietary software tools that are used in making Pixar films. [redacted] Individual TDs may move to higher salary ranges as they become more experienced if they do consistent, high-quality work, or if they take on more responsibility.

12. During my entire tenure at Pixar, we have relied on two salary surveys for information about salary ranges at other companies for specific jobs for which benchmarking is available (excluding positions like Pixar's kitchen staff and sketch artists).

13. First, Radford survey data has been Pixar's primary data source for salary ranges for Pixar's RenderMan team of software engineers, for information technology positions, for software engineers working on Pixar's proprietary software, and for business positions, including finance, legal, human resources, administrative employees, and facilities positions. Using the Radford survey, Pixar has benchmarked compensation for these positions against salary data collected from companies that are included in Radford's report. Since 2007, Pixar has benchmarked its compensation against companies in Radford's San Francisco Bay Area report. This year, I understand that this report included salary data from over 350 companies. I understand that the report included data from hundreds of companies in prior years as well.

14. Second, Pixar has used nationwide data from the Croner Animation and Visual Effects survey to determine compensation ranges in the animation and visual effects industry for production and creative positions. Using the Croner survey, Pixar has benchmarked compensation for these positions against other film studios.

15. Pixar has evaluated its base salary ranges each year. Salary information obtained by employees who were "cold-called" has not been considered when analyzing market compensation. Instead, the Human Resources Department provided each Pixar manager with survey-related data for relevant positions and a salary increase pool. Managers then recommended salary increases for individual employees within their department, and Pixar's senior management team approved the final salary levels. The pools available for base salary increases have been fixed, so that a raise awarded to one employee necessarily meant that less money was available for other employees.

**2. Long-term incentive program**

16. From April 2004 through December 2008, Pixar had an equity-based long-term incentive program. Through that program, employees were awarded stock option grants on a yearly basis. The pool of stock option grants was set once a year at a company-wide level. Each

department manager was then given a set amount to allocate among the employees within his or her department. Managers recommended grants for each employee, and senior management signed off on final stock option grants to each employee.

17. In January 2009, Pixar converted its long-term incentive program to a cash-based program. Long-term incentive grants have since been awarded per film (currently annually) out of a pool that is determined based on the profitability of the film. [REDACTED] For each level, Pixar targets a percentage of base salary that will be available in the form of long-term incentive cash grants. Managers are provided with a set pool to allocate among employees in their departments and use their discretion within parameters to recommend awards based in part on an employees' performance. After the managers recommend allocations within their department, Pixar's senior management team reviews and signs off on the final cash grants.

**3. Film bonus program**

18. For as long as I have worked at Pixar, we have also had a film bonus program. After a film was released and the company was able to assess its profitability, if the film was profitable, Pixar paid a film bonus to every employee of the company. The bonus amount was determined based on the film's success, and for most employees it was set as a percentage of salary, calculated to equal a certain number of weeks of pay. Film bonuses were typically paid approximately four weeks after the film's DVD release, which occurred about five months after the film's theatrical release. Since 2006, Pixar has released its feature films in the summer and has paid bonuses before the end of each calendar year. Once the bonus amount was determined, expressed in a certain number of weeks of pay, almost every employee -- from the president to the receptionist -- received a bonus equivalent to that set number of weeks of pay. The amount was pro-rated for employees who had worked at Pixar for less than a year, and the newest employees (and temps) received a small, fixed amount.

**C. How Pixar sets compensation for new hires**

19. During my tenure at Pixar, when Pixar has hired a new employee, Human Resources has worked with the manager of the relevant department to determine what job

category and salary range will apply to the new employee. If the position was a new position, the manager determined the appropriate salary range based on (a) a comparison with existing positions and employees; and (b) the relevant external survey data set forth above. The recruiter would consult with the manager before making an offer to a specific candidate, after the candidate had been interviewed and his or her qualifications assessed by the relevant department. In determining what salary to offer a candidate, the manager and recruiter considered the salary range for the position and the candidate's skills and experience.

20. During the time I have worked at Pixar, we have strived to provide what we believe is an appropriate and best offer to candidates, rather than a lower offer that was subject to negotiation. After Pixar made an offer, if a candidate asked for a higher base salary, Pixar usually declined to raise the offer. Rather than raise the base salary offered to the candidate, Pixar worked to educate the candidate about the total compensation and benefits package available at Pixar, including the long-term incentive program, the film bonus program, and Pixar's other benefits, including health and life insurance, child care, 401(k) plan, vacation and holiday pay, and perquisites including parties, screenings, in-house educational opportunities, and campus facilities such as the gym, pool, basketball court, and soccer field.

**D. Adjustments to base salary and long-term incentive cash grants**

21. Since at least the fall of 2004, Pixar has evaluated its base salary ranges in the fall of each year. Managers send to my department their recommendations for base salary increases and long-term incentive grants for the employees in their respective departments before the December holidays. Along with senior management, I then review the managers' recommendations. We set final base salaries and long-term incentive cash grants for each employee in January. We communicate the information to employees in late February or early March, and the new base salary levels go into effect retroactive to January 1st.

22. It has been rare for Pixar to award an out-of-cycle base salary raise to an incumbent employee. There have been few instances in which an out-of-cycle base salary increase has been awarded, and in each instance it was awarded to a single employee, within that employee's base salary range, rather than to all employees who held that position. It has been

more common, but still unusual, for Pixar to award a performance bonus out-of-cycle. This has happened when an employee performs a job that is above his or her level; for example, a coordinator steps into a role as a leader of a group because the leader was out on leave. In these circumstances, Pixar has given the employee a bonus at the end of the period in which she stepped into that role to recognize and thank her for her role. These out-of-cycle performance bonuses have been paid on average approximately 20 times per year.

23. Since I have worked at Pixar, we have not had a company-wide policy for responding to current employees who receive offers from other companies. Any response has been subject to the discretion of each individual employee's manager in consultation with my department and senior management. If an individual employee received greater compensation in response to an offer from another company, it would not have affected compensation throughout the company, or even within the employee's business unit, job family or salary range. Rather, total compensation has been determined by analysis of market compensation, individual performance, and the success of our films as described above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was signed on November 12, 2012 at Emeryville, California.

Lori McAdams

LORI MCADAMS

# EXHIBIT 1