# EXHIBIT 25-27
# FILED UNDER SEAL