KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION UNDER LOCAL RULE 7-11 FOR AN EVIDENTIARY HEARING ON CLASS CERTIFICATION ISSUES**<br><br>Date:         January 17, 2013<br>Time:        1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:       Hon. Lucy H. Koh<br><br>Date Comp. Filed:     May 4, 2011 |

Now before the Court is Defendants' administrative motion asking that the Court hold an evidentiary hearing in connection with class certification issues. Good cause appearing, the Court GRANTS the motion. Prior to deciding Plaintiffs' motion for class certification and Defendants' *Daubert* motion, the Court will hold an evidentiary hearing on a date to be set by further order.

IT IS SO ORDERED.

Dated:

By: _____
Honorable Lucy H. Koh
United States District Judge