KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:   415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:   January 17, 2013<br>Time:   1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:   Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date: November 12, 2013 |
|---|---|

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

708279.01

I, JUSTINA K. SESSIONS, declare and say that:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Lucasfilm Ltd. ("Lucasfilm") in the above-captioned action. I am duly admitted to practice law before this Court. I have knowledge of the facts set forth in this declaration, and if called to testify as a witness thereto could do so competently under oath.

2. For the reasons outlined below, and the reasons provided in the Declaration of David J. Anderman in Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal [Dkt. No. 199], Lucasfilm seeks to maintain under seal certain portions of Defendants' Opposition to Plaintiffs' Motion for Class Certification, the Expert Report of Professor Kevin M. Murphy and Exhibits thereto, and the Declaration of Michelle Maupin in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Exhibits thereto. The portions Lucasfilm seeks to maintain under seal contain or reflect Lucasfilm's confidential business practices and/or confidential compensation or recruiting data.

3. Certain portions of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Defendants' Opposition Brief") contain or reflect materials that Lucasfilm designated Confidential or Confidential-Attorneys' Eyes Only under the Protective Order in this action [Dkt. No. 107] and should be maintained under seal.

   i) Lucasfilm seeks to file under seal portions of Footnote 2; the text accompanying Footnote 7, and page 8, lines 20-22 of Defendants' Opposition Brief.

   ii) These materials reflect Lucasfilm's confidential compensation or recruiting practices, as well as actual data reflecting Lucasfilm's compensation and recruiting. Lucasfilm strictly maintains the confidentiality of its recruiting and compensation practices, as well as actual data reflecting Lucasfilm's compensation and recruiting. Lucasfilm could be competitively harmed if other companies gained access to this information.

4. Certain portions of the Expert Report of Professor Kevin M. Murphy ("Murphy Report") reflect materials that Lucasfilm designated Confidential or Confidential-Attorneys' Eyes

Only under the Protective Order in this action [Dkt. No. 107] and should be maintained under seal.

   i) Lucasfilm seeks to file under seal Footnote 23 and portions of Footnotes 24 and 114 of the Murphy Report.

   ii) Lucasfilm also seeks to file under seal Exhibits 2A; 2B; 3; 6; 7A; 7B; 8A; 8B; 10; 12; 14A; 14B; 15A; 18A; 18B; 20; 21A; 21B; 22A; 22B; 23; 24; 25A; 25B; and 26; and Appendices 1A; 1B; 2A; 2B; 3A; 3B; 4A; 4B; 4D; 5D; 7D; 8A; 8B; 9A; 9B; 10A; 10B; 10C; 11A; 11B; 11C; 12A; 12B; 12C; 12D; 13A; 13B; 14A; and 14B to the Murphy Report.

   iii) These materials reflect Lucasfilm's confidential recruiting and compensation practices. Other companies could gain a competitive advantage over Lucasfilm if they were provided information regarding the manner in which Lucasfilm recruits potential employees, makes employment offers, and determines employee compensation. These materials also reflect Lucasfilm's confidential recruiting and compensation data. Lucasfilm strictly maintains the confidentiality of its recruiting and compensation practices, as well as actual data reflecting Lucasfilm's compensation and recruiting. Lucasfilm could be competitively harmed if other companies gained access to this information.

5. The Declaration of Michelle Maupin in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and attached Exhibits describe in detail Lucasfilm's confidential compensation and recruiting practices, and reflects Lucasfilm's confidential compensation data. Other companies could gain a competitive advantage over Lucasfilm if they were provided information regarding the manner in which Lucasfilm recruits potential employees, makes employment offers, and determines employee compensation. These materials also reflect Lucasfilm's confidential recruiting and compensation data. Lucasfilm strictly maintains the confidentiality of its recruiting and compensation practices, as well as actual data reflecting Lucasfilm's compensation and recruiting. Lucasfilm could be competitively harmed if other companies gained access to this information. Lucasfilm seeks to maintain the entire declaration and accompanying exhibits under seal.

6. Because Lucasfilm has sought to maintain the confidentiality of the materials described above, and because public disclosure of these materials could cause Lucasfilm significant harm, the portions of Defendants' submissions described above should be redacted and shielded from disclosure to Lucasfilm's potential competitors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on November 12, 2012.

      */s/ Justina K. Sessions*
      JUSTINA K. SESSIONS

3
DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

708279.01