| | |
|---|---|
| 1 | Robert A. Mittelstaedt (State Bar No. 60359) |
|   | ramittelstaedt@jonesday.com |
| 2 | Craig A. Waldman (State Bar No. 229943) |
|   | cwaldman@jonesday.com |
| 3 | David C. Kiernan (State Bar No. 215335) |
|   | dkiernan@jonesday.com |
| 4 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104 |
|   | Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |
| 7 | Attorneys for Defendant |
|   | Adobe Systems Inc. |
| 8 | |
|   | [Additional counsel listed on signature page] |
| 9 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **EXHIBITS TO DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL** |
| ALL ACTIONS | |