# EXHIBIT E
[Welch Declaration w/Exs. (5 Pages]

| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
| | SUJAL J. SHAH (SBN 215230) |
| 3 | SUSAN J. WELCH (SBN 232620) |
| | FRANK BUSCH (SBN 258288) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 5 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 6 | donn.pickett@bingham.com |
| | frank.hinman@bingham.com |
| 7 | sujal.shah@bingham.com |
| | susan.welch@bingham.com |
| 8 | frank.busch@bingham.com |
| 9 | Attorneys for Defendant |
| | Intel Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF SUSAN J. WELCH IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE REPORT OF DR. EDWARD E. LEAMER** |
| ALL ACTIONS | |

Master Docket No. ll-CV-2509-LHK

DECLARATION OF SUSAN J. WELCH IN SUPPORT OF MOTION TO STRIKE

A/75251466.1

1      I, Susan J. Welch, declare:

2      1.      I am an attorney duly licensed to practice law in the State of California, and a counsel at the firm of Bingham McCutchen LLP, attorneys for Defendant Intel Corporation ("Intel").  I make this declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

6      2.      Attached hereto as Exhibit A is a true and correct copy of excerpts from the deposition transcript of plaintiffs' expert Edward Leamer, taken on October 26, 2012 in this matter.

9      3.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition transcript of plaintiff Mark Fichtner, taken on October 15, 2012 in this matter.

11     4.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition transcript of  plaintiff Michael Devine, taken on October 24, 2012 in this matter.

13     5.      Attached hereto as Exhibit D is a true and correct copy of excerpts from the deposition transcript of plaintiff Siddarth Hariharan, taken on October 12, 2012 in this matter.

15     6.      Attached hereto as Exhibit E is a true and correct copy of excerpts from the deposition transcript of plaintiff Brandon Marshall, taken on October 22, 2012 in this matter.

17     7.      Attached hereto as Exhibit F is a true and correct copy of excerpts from the deposition transcript of plaintiff Daniel Stover, taken on October 29, 2012 in this matter.

19     8.      Attached hereto as Exhibit G is a true and correct copy of an article by Dr. Leamer published in the American Economics Review, titled *Let's Take the Con Out of Econometrics*.

22     9.      Attached hereto as Exhibit H is a true and correct copy of an article by Dr. Leamer published in the Journal of Economic Perspectives, titled *Tantalus on the Road to Asymptopia*.

1      Master Docket No. ll-CV-2509-LHK

DECLARATION OF SUSAN J. WELCH IN SUPPORT OF MOTION TO STRIKE

A/75251466.1

| | |
|---|---|
| 1 | I declare under penalty of perjury that the foregoing is true and correct.  Executed this 12th day of November in San Francisco, California. |

By: /s/ Susan J. Welch
Susan J. Welch

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

/s/ Frank M. Hinman
Frank M. Hinman

DECLARATION OF SUSAN J. WELCH  IN SUPPORT OF MOTION TO STRIKE

A/75251466.1

# Exhibits A through F filed under seal