1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

IN RE: HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION


THIS DOCUMENT RELATES TO:

ALL ACTIONS

**Master Docket No. 11-CV-2509-LHK**


**[PROPOSED] ORDER GRANTING
DEFENDANTS' JOINT
ADMINISTRATIVE MOTION TO FILE
UNDER SEAL**

1          Having considered Defendants' Joint Administrative Motion to File Under Seal the

2   Motion is hereby GRANTED.

3          Pursuant to Northern District Civil Local Rule 79-5, the  portions of (i) Defendants

4   Opposition to Plaintiffs' Motion for Class Certification, (ii) Exhibits ___-___ to the Declaration of

5   Christina Brown filed in support of Defendants' Opposition, (iii) the Expert Report of Kevin

6   Murphy, (iv) Exhibits to the Murphy Report; (v) Defendants' Motion to Strike the Report of Dr.

7   Edward E. Leamer; and (vi) the declarations and exhibits filed in support of these documents,

8   have been properly redacted and publically filed or properly sealed in their entirety.  The redacted

9   portions and documents proposed to be sealed in their entirety shall remain under seal.

10         Good cause having been shown, **IT IS SO ORDERED**.

11

12

13   DATED: _____      By: _____

14                                  HONORABLE LUCY H. KOH
                                    United States District Court Judge

15

16

17   SFI-775584v2

18

19

20

21

22

23

24

25

26

27

28