| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
| | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
| | SUJAL J. SHAH (SBN 215230) |
| 3 | SUSAN J. WELCH (SBN 232620) |
| | FRANK BUSCH (SBN 258288) |
| 4 | Three Embarcadero Center |
| | San Francisco, CA  94111-4067 |
| 5 | Telephone:  415.393.2000 |
| | Facsimile:  415.393.2286 |
| 6 | donn.pickett@bingham.com |
| | frank.hinman@bingham.com |
| 7 | sujal.shah@bingham.com |
| | susan.welch@bingham.com |
| 8 | frank.busch@bingham.com |
| 9 | Attorneys for Defendant INTEL CORPORATION |
| 10 | |
| 11 | ROBERT T. HASLAM (S.B. #71134) |
| | rhaslam@cov.com |
| | EMILY JOHNSON HENN (S.B. #269482) |
| 12 | ehenn@cov.com |
| | COVINGTON & BURLING LLP |
| 13 | 333 Twin Dolphin Dr., Suite 700 |
| | Redwood Shores, CA  94065 |
| 14 | Telephone:  (650) 632-4700 |
| | Facsimile:  (650) 632-4800 |
| 15 | |
| | Attorneys for Defendant PIXAR |
| 16 | |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE THE REPORT OF DR. EDWARD E. LEAMER**<br><br>Date:        January 17, 2013<br>Time:        1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:       The Honorable Lucy H. Koh |

1   Upon consideration of Defendants' Motion to Strike the Report of Dr. Edward E.
2   Leamer, and having considered the papers, the relevant evidence, and the parties' arguments,
3   IT IS HEREBY ORDERED that Defendants' Motion to Strike the Report of Dr. Edward
4   E. Leamer is GRANTED.
5   The expert testimony of Dr. Leamer, offered in support of Plaintiffs' Motion for Class
6   Certification, is inadmissible and shall be excluded.

DATED:_____

Hon. Lucy H. Koh
United States District Judge