| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|  | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
|  | SUJAL J. SHAH (SBN 215230) |
| 3 | SUSAN J. WELCH (SBN 232620) |
|  | FRANK BUSCH (sbn 258288) |
| 4 | Three Embarcadero Center |
|  | San Francisco, California  94111-4067 |
| 5 | Telephone:  415.393.2000 |
|  | Facsimile:  415.393.2286 |
| 6 | donn.pickett@bingham.com |
|  | frank.hinman@bingham.com |
| 7 | sujal.shah@bingham.com |
|  | susan.welch@bingham.com |
| 8 | frank.busch@bingham.com |
| 9 | Attorneys for Defendant |
|  | INTEL CORPORATION |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509LHK |
| THIS DOCUMENT RELATES TO: | **PROOF OF SERVICE** |
| ALL ACTIONS. | |

| | |
|---|---|
| 1 | Proof of Service |
| 2 | I am over 18 years of age, not a party to this action and employed in the County |
| 3 | of San Francisco, California at Three Embarcadero Center, San Francisco, California  94111- |
| 4 | 4067.  I am readily familiar with the practice of this office for collection and processing of |
| 5 | correspondence for mailing with the United States Postal Service and correspondence is |
| 6 | deposited with the United States Postal Service that same day in the ordinary course of business. |
| 7 | I served the following documents: |

8-9  DEFENDANTS' NOTICE OF MOTION AND MOTION TO STRIKE THE REPORT OF DR. EDWARD E. LEAMER

10  EXPERT REPORT OF PROFESSOR KEVIN M. MURPHY

11-12  Exhibits to the DECLARATION OF SUSAN J. WELCH IN SUPPORT OF DEFENDANTS' MOTION TO STRIKE THE REPORT OF DR. EDWARD E. LEAMER

13  DECLARATION OF TINA M. EVANGELISTA IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION

14-15  DECLARATION OF DANNY McKELL IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION

16  [X] By causing the documents to be emailed at 12:29 a.m. on Nov. 13, 2012 to the below-named individuals addressed as follows:

17-21
DEAN M. HARVEY
dharvey@lchb.com
KELLY M. DERMODY
kdermody@lchb.com
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

22-26
JOSEPH R. SAVERI
jsaveri@lchb.com
JAMES DALLAL
jdallal@saverilawfirm.com
Saveri Law Firm
255 California Street, Suite 450
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

27  *Attorneys for Plaintiffs*

28

---

PROOF OF SERVICE

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on November 13, 2012.

*[Signature]*
Thomas V. Hilton

PROOF OF SERVICE