GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PROOF OF SERVICE** |

# PROOF OF SERVICE

I, Christina J. Brown declare:

I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is Two Embarcadero Center, 28th Floor, San Francisco, California 94111-3823. On November 13, 2012, I served the within documents:

**OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION
(UNDER SEAL VERSION)**

**DECLARATION OF CHRISTINA BROWN IN SUPPORT OF DEFENDANTS' OPPOSITION TO MOTION FOR CLASS CERTIFICATION
(UNDER SEAL VERSION)**

☒ by causing the document(s) to be emailed to the below-named individual(s) addressed as follows:

RICHARD M. HEIMANN
rheimann@lchb.com
KELLY M. DERMODY
kdermody@lchb.com
ERIC B. FASTIFF
efastiff@lchb.com
BRENDAN P. GLACKIN
bglackin@lchb.com
DEAN M. HARVEY
dharvey@lchb.com
ANNE B. SHAVER
ashaver@lchb.com
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

JOSEPH R. SAVERI
jsaveri@lchb.com
Saveri Law Firm
255 California Street, Suite 450
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803
*Attorneys for Plaintiffs*

Attorneys for Plaintiffs

1  I declare under penalty of perjury under the laws of the United States that the
2  above is true and correct.

4  Executed on November 13, 2012, at San Francisco, California.

6                                              */s/ Christina J. Brown*
7                                                Christina J. Brown

71126515.1