Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1          Having considered Defendants' Joint Administrative Motion to File Under Seal the

2   Motion is hereby GRANTED.

3          Pursuant to Northern District Civil Local Rule 79-5, the  portions of (i) Defendants

4   Opposition to Plaintiffs' Motion for Class Certification, (ii) Exhibits 1-6; 8-23; and 25-27 to the

5   Declaration of Christina Brown filed in support of Defendants' Opposition, (iii) the Expert Report

6   of Kevin Murphy, (iv) Exhibits to the Murphy Report; (v) Defendants' Motion to Strike the

7   Report of Dr. Edward E. Leamer; and (vi) the declarations and exhibits filed in support of these

8   documents, have been properly redacted and publically filed or properly sealed in their entirety.

9   The redacted portions and documents proposed to be sealed in their entirety shall remain under

10   seal.

11          Good cause having been shown, **IT IS SO ORDERED**.

12

13   DATED: _____     By: _____

14                                    HONORABLE LUCY H. KOH

                                     United States District Court Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28