Case 5:11-cv-02509-LHK   Document 231   Filed 11/15/12   Page 1 of 1

MAYER BROWN LLP
DONALD M. FALK (SBN 150256)
  dfalk@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
  wjohnson@mayerbrown.com
LEE H. RUBIN (SBN 141331)
  lrubin@mayerbrown.com
ANNE M. SELIN (SBN 270634)
  aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2000
Facsimile  (650) 331-2060

MAYER BROWN LLP
KRISTEN A. ROWSE (SBN 235294)
  krowse@mayerbrown.com
350 South Grand Avenue, 25th Floor
Los Angeles, CA  90071-1503
Telephone:    (213) 229-9500
Facsimile:    (213) 625-0248

Attorneys for Defendant
GOOGLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney Anne M. Selin (aselin@mayerbrown.com) of Mayer Brown LLP, Two Palo Alto Square, Suite 300, Palo Alto, California  94306, as counsel in this action for Defendant Google Inc.

Dated:  November 15, 2012              MAYER BROWN LLP


                                       By:___/s/ Ann M. Selin_____
                                              Ann M. Selin
                                       Attorneys for Defendant GOOGLE INC.

NOTICE OF APPEARANCE
CASE NO. 11-CV-2509-LHK

703937386