Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER COMPELLING DEFENDANTS TO COMPLY WITH CIVIL LOCAL RULES 7-3(A) AND 3-4(C)(2)**<br><br>Judge:  Honorable Lucy H. Koh |

Having considered Plaintiffs' Motion for Order Compelling Defendants to Comply with Civil Local Rules 7-3(a) and 3-4(c)(2), the Motion is hereby **GRANTED.**

Accordingly, the Court **HEREBY ORDERS THE CLERK** to remove from the physical and electronic docket Defendants' Motion to Strike the Report of Dr. Edward E. Leamer (Dkt. No. 210) and Defendants' Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 209).

**IT IS FURTHER ORDERED** that Defendants shall retrieve any physical copies when notified

by the clerk.  On or before November 27, 2012, Defendants shall re-file an Opposition of no more than 25 pages in Times New Roman font and containing no new arguments or other new content.

**IT IS SO ORDERED.**

Dated: _____          _____
                                        LUCY H. KOH
                                        United States District Judge