| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 63607) |
| | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | Brendan P. Glackin (State Bar No. 199643) |
| 3 | Dean M. Harvey (State Bar No. 250298) |
| | Anne B. Shaver (State Bar No. 255928) |
| 4 | Joseph P. Forderer (State Bar No. 278774) |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 5 | 275 Battery Street, 29th Floor |
| | San Francisco, CA  94111-3339 |
| 6 | Telephone:  (415) 956-1000 |
| | Facsimile:  (415) 956-1008 |

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone:  (415) 500-6800
Facsimile:  (415) 500-6803

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

Plaintiffs request that the Declaration of Brendan P. Glackin In Support of Administration Motion For Order Compelling Defendants to Comply With Civil Local Rules 7-3(a) and 3-4(c)(2) (Dkt. No. 233) be removed as soon as possible, with all attachments thereto.

On November 15, 2012, Plaintiffs filed an Administrative Motion For Order Compelling Defendants to Comply with Civil Local Rules 7-3(a) and 3-4(c)(2) (Dkt. No. 232), and the Declaration of Brendan P. Glackin ("Glackin Declaration") in support.  Dkt. No. 233.  Exhibit A

to the Glackin Declaration is an unredacted version of Defendants' Opposition to Plaintiffs' Motion for Class Certification, which contains material designated as confidential pursuant to the parties' protective order.  Plaintiffs inadvertently filed the unredacted version of Defendants' Opposition, rather than the redacted version.  Because Exhibit A contains information designated as confidential that was filed under seal, Plaintiffs request that the Glackin Declaration and all attachments thereto be removed from the docket as soon as possible.

Dated November 16, 2012                    LIEFF CABRASER HEIMANN & BERNSTEIN LLP

By: */s/ Brendan Glackin*
Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Joseph P. Forderer (State Bar No. 278774)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008