1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan P. Glackin (State Bar No. 199643)
3  Joseph P. Forderer (State Bar No. 278774)
   Dean M. Harvey (State Bar No. 250298)
4  Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James D. Dallal (State Bar No.  277826)
9  JOSEPH SAVERI LAW FIRM
   255 California, Suite 450
10 San Francisco, California 94111
   Telephone: 415.500.6800
11 Facsimile: 415.500.6803

12 *Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Judge:       Honorable Lucy H. Koh |

   Having considered Plaintiffs' Motion to Remove Incorrectly Filed Document, the Motion is hereby **GRANTED.**

   Accordingly, the Court **HEREBY ORDERS THE CLERK** to remove from the physical and electronic docket the Declaration of Brendan P. Glackin In Support Of Administrative Motion For Order Compelling Defendants to Comply With Civil Local Rules 7-3(a) and 3-4(c)(2) (Dkt. No. 233), and both attachments thereto.

1  **IT IS SO ORDERED.**

3  Dated: _____        _____
4                                LUCY H. KOH
                                 United States District Judge