# EXHIBIT B

11/13/12　　　　　　　　　　　　　　　　　　　　　Good font just a *little* smaller than Times New Roman?

Case 5:11-cv-02509-LHK   Document 236-2   Filed 11/16/12   Page 2 of 7

= Premium Content

Log In  |  Create a Free Account  |  Subscribe Now

Tuesday, November 13, 2012

# THE CHRONICLE of Higher Education



Subscribe Today

| HOME | NEWS | OPINION & IDEAS | FACTS & FIGURES | BLOGS | JOBS | ADVICE | **FORUMS** | EVENTS | STORE |

Forum Home   Help   Search   Login   Register

# Chronicle Forums

Careers   Research Questions   Good font just a *little* smaller than Times New Roman?

November 13, 2012, 08:12:18 PM   

Welcome, **Guest**. Please login or register.

☐ Remember Me   [ Login ]

Login with your Chronicle username and password

**News**: For all you tweeters, follow *The Chronicle* on Twitter.      Search the Forum   

« previous next »

Pages: [1] 2 3 4                                                                                                               PRINT

| Author | Topic: Good font just a *little* smaller than Times New Roman?  (Read 23142 times) |

**irdoc**
Junior member

Posts: 80

 **Good font just a *little* smaller than Times New Roman?**
« **on:** August 28, 2007, 12:37:14 PM »

I know from searching on this that there is some real font expertise on this forum.  I am wondering if anyone knows of a nice, easily readable font that is a little bit smaller than Times New Roman.  I am just a few lines over my page limit.  I've played around with a few but I have not found anything that I really like.

 Logged

**yellowtractor**
Giant Sandworm
Wrangler and
Distinguished Senior
Member

Posts: 13,403

 **Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #1 on:** August 28, 2007, 12:53:58 PM »

Quote from: irdoc on August 28, 2007, 12:37:14 PM
| I know from searching on this that there is some real font expertise on this forum.  I am wondering if anyone knows of a nice, easily readable font that is a little bit smaller than Times New Roman.  I am just a few lines over my page limit.  I've played around with a few but I have not found anything that I really like. |

11/13/12                    Good font just a *little* smaller than Times New Roman?

Case 5:11-cv-02509-LHK   Document 236-2   Filed 11/16/12   Page 3 of 7

Posts: 15,105

You can always reduce the pitch, of course.

If your guidelines stipulate that the type be 12-point, try Garamond.  It is a slenderer font with less kerning (space between letters) and will usually reduce the page count nicely.  At the same time, it's accepted by most editors as a reasonably "professional" font (i.e., not weird or flashy).

 Logged

Quote from: aandsdean on September 05, 2012, 09:44:00 PM
> That poster is *not* Dude.  Would not recognize Dude if Dudeness introduced itself to him/her.

**seniorscholar**
Distinguished Senior Member
★★★★★
Posts: 5,741


**Re: Good font just a \*little\* smaller than Times New Roman?**
« **Reply #2 on:** August 28, 2007, 01:15:15 PM »

Look, the reason there's a page limit is that the journal/editor/whoever has the space for a certain number of pages **in the font they use to publish** and will therefore figure out your dodge and turn it down or send it back or (if they don't catch on) reject it once it's typeset and they realize the extra pages will make the book more expensive.

Looking for a smaller font to print something for which you're given a page limit is the same trick used by undergrads who supply 2" margins triple-spaced to give you a ten page paper -- and the editor appreciates it just about as much as you do when an undergrad pulls this in your class.

 Logged

**case_insensitive**
Indefatigable Maverick Giver of Gold Stars and Ever-So Slightly Distinguished Senior Member
★★★★★
Posts: 12,342

Life is an endurance race. Pace yourself.


**Re: Good font just a \*little\* smaller than Times New Roman?**
« **Reply #3 on:** August 28, 2007, 01:19:06 PM »

I'm with seniorscholar on this one.  Edit your manuscript to fit the requirements.  Surely anyone can shorten a manuscript by a few lines if that's all that's needed.  Edit! You *can* do it!

 Logged

Director of the CHE MYOB Professional Development Program,
An initiative of the CHE STFU Center for Professional Development.
Chairperson of the GAB CPE Series.

**scotia**
Distinguished Senior Member
★★★★★
Posts: 6,632


**Re: Good font just a \*little\* smaller than Times New Roman?**
« **Reply #4 on:** August 28, 2007, 02:24:48 PM »

I have an eyesight problem and get very irritated when authors mess with fonts and pitch to try and get round page limits - it can make the difference between manuscripts being moderately readable and not worth the effort.

 Logged

**helpful**
Distinguished Senior Member

**Re: Good font just a \*little\* smaller than Times New Roman?**
« **Reply #5 on:** August 28, 2007, 02:27:33 PM »

11/13/12 Good font just a *little* smaller than Times New Roman?

Case 5:11-cv-02509-LHK   Document 236-2   Filed 11/16/12   Page 4 of 7

Posts: 9,231

Just do what I do. I look for short lines (under half the line length) at the end of a paragraph and try my darndest to tighten up the writing in that paragraph. I invariably find enough paragraphs to do this in, and presto the paper is shorter!

Logged

**appleaddict**
Senior member
Posts: 508

 **Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #6 on:** August 28, 2007, 02:59:21 PM »

I second all of the other recommendations. But I loooove Garamond!

Logged

**yellowtractor**
Giant Sandworm Wrangler and Distinguished Senior Member
Posts: 13,403

 **Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #7 on:** August 28, 2007, 03:03:03 PM »

Quote from: scotia on August 28, 2007, 02:24:48 PM
> I have an eyesight problem and get very irritated when authors mess with fonts and pitch to try and get round page limits - it can make the difference between manuscripts being moderately readable and not worth the effort.

This is indeed always the risk. I work part-time as an editor, and I also have trouble focusing on 10-point type or goofy fonts. Anything beyond standard 12-point Times New Roman is going to stand out. At least in my field, though, Courier and Garamond are almost as common as Times New Roman--and Garamond should, owing to the kerning, accomplish what the OP wants.

Logged 

Quote from: aandsdean on September 05, 2012, 09:44:00 PM
> That poster is *not* Dude. Would not recognize Dude if Dudeness introduced itself to him/her.

**irdoc**
Junior member
Posts: 80

 **Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #8 on:** August 28, 2007, 03:34:41 PM »

Thanks for all of the suggestions! In this case, there is no mandated font since it is a proposal and not a publication. I am hoping that I can find a font (I'll try Garamond, thanks!) that is both a tiny bit smaller but legible and not annoying like those undergrads that senior scholar mentions.

I will also try to cut some stuff out of the paragraphs that end in short lines. I appreciate the tip. This is a pretty short proposal, so it doesn't have a bunch of excess stuff in it, but I'm getting out the scissors...

Logged

**irdoc**
Junior member
Posts: 80

 **Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #9 on:** August 28, 2007, 03:38:12 PM »

Update: Switching to Garamond worked like a charm, but I'm still going to try cutting too.

Case 5:11-cv-02509-LHK   Document 236-2   Filed 11/16/12   Page 5 of 7

Logged

**case_insensitive**
Indefatigable Maverick
Giver of Gold Stars and
Ever-So Slightly
Distinguished Senior
Member
★★★★★
Posts: 12,342

Life is an endurance race. Pace yourself.

 **Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #10 on:** August 28, 2007, 03:43:31 PM »

Quote from: irdoc on August 28, 2007, 03:38:12 PM
> Update: Switching to Garamond worked like a charm, but I'm still going to try cutting too.

Double yea!

Logged

Director of the CHE MYOB Professional Development Program,
An initiative of the CHE STFU Center for Professional Development.
Chairperson of the GAB CPE Series.

**case_insensitive**
Indefatigable Maverick
Giver of Gold Stars and
Ever-So Slightly
Distinguished Senior
Member
★★★★★
Posts: 12,342

Life is an endurance race. Pace yourself.

**Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #11 on:** August 28, 2007, 03:44:52 PM »

Quote from: irdoc on August 28, 2007, 03:34:41 PM
> Thanks for all of the suggestions!  In this case, there is no mandated font since it is a proposal and not a publication.  I am hoping that I can find a font (I'll try Garamond, thanks!) that is both a tiny bit smaller but legible and not annoying like those undergrads that senior scholar mentions.
>
> I will also try to cut some stuff out of the paragraphs that end in short lines.  I appreciate the tip.  This is a pretty short proposal, so it doesn't have a bunch of excess stuff in it, but I'm getting out the ~~scissors~~...

scalpel!

:o)

Logged

Director of the CHE MYOB Professional Development Program,
An initiative of the CHE STFU Center for Professional Development.
Chairperson of the GAB CPE Series.

**irdoc**
Junior member
★★
Posts: 80

 **Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #12 on:** August 28, 2007, 04:03:30 PM »

Quote from: case_insensitive on August 28, 2007, 03:44:52 PM
> scalpel!
>
> :o)

Of course! ;)

Logged

**dr_strangelove**
Distinguished Senior
Member

Posts: 1,590

*Get me my shoes.*

**Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #13 on:** August 29, 2007, 10:46:55 AM »

Quote from: irdoc on August 28, 2007, 03:34:41 PM
Thanks for all of the suggestions! In this case, there is no mandated font since it is a proposal and not a publication.

Coincidentally, I just got a notice from the NSF regarding acceptable fonts in future proposals. From the new guidelines:

*Use of only the approved typefaces identified below, a black font color, and a font size of 10 points or larger must be used:*

*For Windows users: Arial, Helvetica, Palatino Linotype, or Georgia*
*For Macintosh users: Arial, Helvetica, Palatino, or Georgia*
*For TeX users: Computer Modern*

« *Last Edit: August 29, 2007, 10:47:34 AM by dr_strangelove* »

 Logged

*I have an inbox?*

**niceday**
Distinguished Senior
Member

Posts: 2,014

**Re: Good font just a *little* smaller than Times New Roman?**
« **Reply #14 on:** August 29, 2007, 10:51:38 AM »

No Times New Roman?

 Logged

Pages: [1] 2 3 4

PRINT

« previous next »

Jump to:   => Research Questions   ▼   go

         Powered by SMF 1.1.9 | SMF © 2006-2008, Simple Machines LLC         

**HOME**   **NEWS**   **OPINION & IDEAS**   **FACTS & FIGURES**   **BLOGS**   **JOBS**   **ADVICE**   **FORUMS**   **EVENTS**   **STORE**

Subscribe   Newsletters   Advertise   Help   About The Chronicle   Contact Us   Site Map   Permissions   Privacy Policy

Copyright 2012. All Rights reserved
The Chronicle of Higher Education   1255 Twenty-Third St, N.W.   Washington, D.C. 20037

Could you just a little* smaller than Times New Roman?