1  BINGHAM MCCUTCHEN LLP
   DONN P. PICKETT (SBN 72257)
2  FRANK M. HINMAN (SBN 157402)
   SUJAL J. SHAH (SBN 215230)
3  SUSAN J. WELCH (SBN 232620)
   FRANK BUSCH (SBN 258288)
4  Three Embarcadero Center
   San Francisco, CA  94111-4067
5  Telephone:  415.393.2000
   Facsimile:  415.393.2286
6  donn.pickett@bingham.com
   frank.hinman@bingham.com
7  sujal.shah@bingham.com
   susan.welch@bingham.com
8  frank.busch@bingham.com

9  Attorneys for Defendant INTEL CORPORATION

10

   ROBERT T. HASLAM (S.B. #71134)
11 rhaslam@cov.com
   EMILY JOHNSON HENN (S.B. #269482)
12 ehenn@cov.com
   COVINGTON & BURLING LLP
13 333 Twin Dolphin Dr., Suite 700
   Redwood Shores, CA  94065
14 Telephone:  (650) 632-4700
   Facsimile:  (650) 632-4800
15
   Attorneys for Defendant PIXAR
16

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER COMPELLING DEFENDANTS TO COMPLY WITH CIVIL LOCAL RULES 7-3(A) AND 3-4(C)(2)** |

Master Docket No. ll-CV-2509-LHK

1  Upon consideration of Plaintiffs' Administrative Motion for Order Compelling
2  Defendants to Comply with Civil Local Rules 7-3(A) and 3-4(C)(2), and having considered the
3  papers, relevant evidence, and the parties' arguments,
4  IT IS HEREBY ORDERED that Plaintiffs' Administrative Motion for Order Compelling
5  Defendants to Comply with Civil Local Rules 7-3(A) and 3-4(C)(2) is DENIED.
6  **IT IS SO ORDERED**.

7
8
9  DATED:_____
10                                              Hon. Lucy H. Koh
                                                United States District Judge
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1                                      Master Docket No. ll-CV-2509-LHK

[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION FOR ORDER COMPELLING
DEFENDANTS TO COMPLY WITH CIVIL LOCAL RULES 7-3(A) AND 3-4(C)(2)
A/75259934.2