ROBERT T. HASLAM (S.B. #71134)
rhaslam@cov.com
EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:	(650) 632-4700
Facsimile:	(650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JONATHAN HERCZEG (*pro hac vice*)
jherczeg@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:	(202) 662-6000
Facsimile:	(202) 662-6291

Attorneys for Defendant
PIXAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED]** ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL |

This Court having fully considered Jonathan Herczeg's Motion For Leave To Withdraw As Counsel, the motion is **GRANTED**.

**IT IS SO ORDERED** this 21st  day of November, 2012.

*Lucy H. Koh*

Honorable Lucy H. Koh
United States District Judge