Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE REPORT OF DR. EDWARD E. LEAMER**<br><br>Date: January 17, 2013<br>Time: 1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, Anne B. Shaver, declare:

1. I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California. I am one of the counsel for the Plaintiffs in this action. Unless otherwise indicated, I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2. Plaintiffs seek permission to file under seal portions of:

    (a) Plaintiffs' Consolidated Reply in support of Motion for Class Certification and in Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer; and

    (b) Reply Expert Report of Edward E. Leamer, Ph.D.

    (c) Exhibits 9 and 10 to the Declaration of Dean M. Harvey in Support of Plaintiffs' Consolidated Reply in support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer.

3. Designated portions of the documents referenced in paragraph 2 refer to documents or information that Defendants or Plaintiffs have designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order (Modified by the Court) (Dkt. No. 107).

4. Plaintiffs further seek permission to file under seal the following documents in their entirety:

    (a) Exhibits 1-6 and 12-30 to the Declaration of Dean M. Harvey in Support of Plaintiffs' Consolidated Reply in support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer.

5. The documents referenced in paragraph 4 have been designated "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendants or Plaintiffs under the Stipulated Protective Order (Modified by the Court) (Dkt. No. 107).

6. Defendants have confirmed that all documents produced by Defendants in this litigation that are designated "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES ONLY" should be filed under seal.

1        7.       Plaintiffs have previously asked the Court to file under seal the portions of the named Plaintiffs' deposition testimony that refers to private compensation information.  (Dkt. No. 240).

   I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

   Executed December 10, 2012, in San Francisco, California.


                                                    /s/ *Anne B. Shaver*
                                                    Anne B. Shaver