Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE REPORT OF DR. EDWARD E. LEAMER**<br><br>Judge:     Honorable Lucy H. Koh |

Having considered Plaintiffs' Administrative Motion to file under Seal Plaintiffs' Consolidated Reply in support of Motion for Class Certification and in Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer, the Motion is hereby **GRANTED.**

IT IS HEREBY ORDERED that (1) Plaintiffs' Consolidated Reply in support of Motion

1  for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward
2  E. Leamer; (2) Reply Expert Report of Edward E. Leamer, Ph.D.; and (3) Exhibits 1-6, 9-10, and
3  12-30 to the Declaration of Dean M. Harvey in Support of Plaintiffs' Consolidated Reply in
4  support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the
5  Report of Dr. Edward E. Leamer may be filed under seal and shall remain under seal.

**IT IS SO ORDERED.**

Dated: _____           _____
                                LUCY H. KOH
                                United States District Judge