# EXHIBITS 1-6, 9-10, AND 12-30 FILED UNDER SEAL

1070886.1