# EXHIBIT 9

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1           UNITED STATES DISTRICT COURT

 2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4   --------------------------

 5   IN RE: HIGH-TECH EMPLOYEE )

 6   ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK

 7   --------------------------

 8

 9

10      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11

12

13    VIDEOTAPED DEPOSITION OF SIDDHARTH HARIHARAN

14                San Francisco, California

15                Friday, October 12, 2012

16                       Volume I

17

18

19

20   Reported by:

21   ASHLEY SOEVYN

22   CSR No. 12019

23   Job No. 1541277

24

25   PAGES 1 - 310
```

Page 1

| | | |
|---|---|---|
| 1 | offer with EA? | 11:05:38 |
| 2 | A.   In what capacity? | 11:05:39 |
| 3 | Q.   Well, let's -- let's back up a sec.  So, do | 11:05:41 |
| 4 | you recall what your salary was at Radical? | 11:05:44 |
| 5 | A.   My salary changed over the course of my | 11:05:47 |
| 6 | working at Radical.  So it depends on -- | 11:05:50 |
| 7 | Q.   All right.  Well, let's -- when you started | 11:05:52 |
| 8 | at Radical, what was your salary? | 11:05:53 |
| 9 | A.   I think it was ███ a year.  Oh, wait, | 11:05:55 |
| 10 | when I was officially hired at Radical.  So there | 11:05:59 |
| 11 | was a -- there was a period of three months before | 11:06:03 |
| 12 | officially they classified me as an employee -- | 11:06:09 |
| 13 | three months or something like that -- where I was | 11:06:12 |
| 14 | getting paid nothing, initially.  Like -- I was like | 11:06:14 |
| 15 | an intern.  That was when they took me.  So then I | 11:06:17 |
| 16 | got paid like a thousand bucks a month.  It was more | 11:06:21 |
| 17 | just like a -- this is -- there you go.  Don't | 11:06:26 |
| 18 | leave.  And then it was ███████ a year. | 11:06:28 |
| 19 | Q.   And when you -- at the time you left | 11:06:33 |
| 20 | Radical, what was your salary at Radical? | 11:06:35 |
| 21 | A.   I think it was ███ or -- I can't | 11:06:41 |
| 22 | remember exactly what that number is. | 11:06:46 |
| 23 | Q.   And these numbers we're talking about, | 11:06:48 |
| 24 | ███████████, are these Canadian dollars? | 11:06:50 |
| 25 | A.   Yes. | 11:06:54 |

```
 1        Q.   So when you got your job offer with EA,           11:06:56
 2   what was your compensation in that job offer?               11:07:00
 3        A.   It was ▉▉▉▉ Canadian.                             11:07:06
 4        Q.   And that was the initial offer that EA made       11:07:08
 5   to you?                                                     11:07:10
 6        A.   Yes.                                              11:07:12
 7        Q.   Prior to that, EA making the ▉▉▉▉ offer,          11:07:13
 8   had you discussed compensation with EA?                     11:07:17
 9        A.   No.                                               11:07:21
10        Q.   And when EA made the ▉▉▉▉ offer to you,           11:07:23
11   was that the offer you took back to Radical?                11:07:26
12        A.   Yes.                                              11:07:29
13        Q.   And what happened when you took it back to        11:07:30
14   Radical?  First off, who did you bring it to?               11:07:33
15        A.   My lead.                                          11:07:37
16        Q.   And what did you say?                             11:07:38
17        A.   I said, "Look, I want to work here.  I            11:07:39
18   don't want to go to EA.  Can you" -- "can you match         11:07:41
19   it?"                                                        11:07:48
20        Q.   And what did he say in response to that?          11:07:50
21        A.   He said, "Let's" -- "let's think about it         11:07:54
22   in six months."                                             11:07:57
23        Q.   And what was your response to that?               11:08:01
24        A.   I think I was like, "Come on, man, I don't        11:08:03
25   want to leave.  Just, you know, meet me halfway just        11:08:06
```

Page 80

| | | |
|---|---|---|
| 1 | so I don't feel like I'm really dicked around."  And | 11:08:10 |
| 2 | he said, "Let's discuss it in six months." | 11:08:13 |
| 3 |     Q.   Did it ever go any farther than that? | 11:08:17 |
| 4 |     A.   I handed him my resignation letter.  He | 11:08:22 |
| 5 | handed it back to me.  He said, "Think about it over | 11:08:25 |
| 6 | the weekend."  I said, "No, I've thought about it. | 11:08:28 |
| 7 | Here it is."  He said, "No, I'm not taking it."  And | 11:08:30 |
| 8 | I thought about it over the weekend.  And Monday | 11:08:34 |
| 9 | handed it back to him and he walked me out. | 11:08:38 |
| 10 |     Q.   Do you know if your lead ever made -- | 11:08:44 |
| 11 | strike that. | 11:08:46 |
| 12 |          Do you know if your lead at Radical ever | 11:08:46 |
| 13 | made any effort to bring your request for an | 11:08:49 |
| 14 | increased salary to anyone up the chain above him? | 11:08:52 |
| 15 |     A.   It wasn't policy at Radical to do that.  I | 11:08:55 |
| 16 | -- at least as far as I knew, it wasn't policy at | 11:08:57 |
| 17 | Radical.  So I think his hands were tied in that | 11:09:03 |
| 18 | regard. | 11:09:07 |
| 19 |     Q.   And when you say, "it wasn't policy," what | 11:09:08 |
| 20 | do you mean?  Do you mean that it was the lead's | 11:09:10 |
| 21 | decision and no one else's? | 11:09:11 |
| 22 |     A.   No, I -- I don't think it was -- I think it | 11:09:15 |
| 23 | was understood at the company with the producers and | 11:09:19 |
| 24 | the leads not to entertain counteroffers.  I | 11:09:25 |
| 25 | don't -- I don't think -- I'm not sure.  I -- that's | 11:09:29 |

| | | |
|---|---|---|
| 1 | what I understood.  Well, maybe they just were | 11:09:32 |
| 2 | cheap, they just didn't want to give more.  I don't | 11:09:38 |
| 3 | know.  (Cross-talking.) | 11:09:41 |
| 4 |     Q.   Initially -- okay.  You understood that it | 11:09:41 |
| 5 | was Radical's policy not to -- | 11:09:42 |
| 6 |     A.   No, I said it could be. | 11:09:46 |
| 7 |     Q.   Was that your understanding, though, that | 11:09:49 |
| 8 | it was their policy not to give pay raises in | 11:09:53 |
| 9 | response to other job offers from competing | 11:09:56 |
| 10 | companies? | 11:09:59 |
| 11 |     A.   I didn't say that.  I just said that I | 11:10:00 |
| 12 | think I learned later that it might have been policy | 11:10:06 |
| 13 | at Radical not to entertain someone coming with | 11:10:10 |
| 14 | another job offer and matching that.  I think that's | 11:10:19 |
| 15 | what it was. | 11:10:22 |
| 16 |     Q.   And do you recall how you learned that? | 11:10:25 |
| 17 |     A.   No. | 11:10:28 |
| 18 |     Q.   -- about Radical's policy? | 11:10:28 |
| 19 |     A.   I can't remember.  Might have been just | 11:10:28 |
| 20 | through a colleague. | 11:10:31 |
| 21 |     Q.   All right.  So you resigned from Radical | 11:10:32 |
| 22 | and then you moved over to EA, correct? | 11:10:36 |
| 23 |     A.   Yes, I did. | 11:10:41 |
| 24 |     Q.   Was there a lag time in between, though? | 11:10:42 |
| 25 |     A.   Yeah, there might have been a lag time. | 11:10:47 |

Page 82

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1   STATE OF CALIFORNIA     ) ss:
2   COUNTY OF MARIN         )
3
4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
5   certify:
6        That the foregoing deposition testimony was
7   taken before me at the time and place therein set
8   forth and at which time the witness was administered
9   the oath;
10       That the testimony of the witness and all
11  objections made by counsel at the time of the
12  examination were recorded stenographically by me,
13  and were thereafter transcribed under my direction
14  and supervision, and that the foregoing pages
15  contain a full, true and accurate record of all
16  proceedings and testimony to the best of my skill
17  and ability.
18        I further certify that I am neither counsel for
19  any party to said action, nor am I related to any
20  party to said action, nor am I in any way interested
21  in the outcome thereof.
22        IN THE WITNESS WHEREOF, I have transcribed my
23  name this 22nd day of October, 2012.
24
                              _____
25                            ASHLEY SOEVYN, CSR 12019

                                                Page 310
```

Veritext National Deposition & Litigation Services
866 299-5127