# EXHIBIT 10

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4       --------------------------

5       IN RE: HIGH-TECH EMPLOYEE )

6       ANTITRUST LITIGATION       ) No. 11-CV-2509-LHK

7       --------------------------

8

9

10

11          -HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY-

12

13          VIDEOTAPED DEPOSITION OF BRANDON MARSHALL

14                 San Francisco, California

15                  Monday, October 22, 2012

16                        Volume I

17

18

19      Reported by:

20      ASHLEY SOEVYN

21      CSR No. 12019

22      Job No. 1541283

23

24

25      PAGES 1 - 341

                                          Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    Yes. | 09:19:03 |
| 2 | Q.    You verified that you were providing those | 09:19:03 |
| 3 | responses under penalty of perjury? | 09:19:05 |
| 4 | A.    Under penalty of perjury, yes. | 09:19:08 |
| 5 | Q.    Were your responses accurate? | 09:19:15 |
| 6 | A.    Yes, they were accurate. | 09:19:16 |
| 7 | Q.    As you sit here, I know you don't have it | 09:19:18 |
| 8 | in front of you, but as you sit here, is there | 09:19:20 |
| 9 | anything you want to change about your responses? | 09:19:21 |
| 10 | A.    I think that there -- in some cases, were | 09:19:24 |
| 11 | less than complete.  I think that they were in all | 09:19:25 |
| 12 | cases accurate, but if you want to go through them | 09:19:28 |
| 13 | one by one, I would be happy to try to make them as | 09:19:30 |
| 14 | complete as possible. | 09:19:33 |
| 15 | Q.    So no inaccuracies as you sit here? | 09:19:35 |
| 16 | A.    Not that I'm aware of, no. | 09:19:40 |
| 17 | Q.    And when you say "they were less than | 09:19:43 |
| 18 | complete," without having the document in front of | 09:19:45 |
| 19 | you, does anything come to mind? | 09:19:48 |
| 20 | A.    Yes, specifically, there was an answer | 09:19:50 |
| 21 | where I spoke about cold calling, had I ever been | 09:19:53 |
| 22 | cold called.  I believe, I only recounted one | 09:19:56 |
| 23 | instance of that.  I think it's fairly obvious, even | 09:20:00 |
| 24 | from the e-mails that I supplied to you, that there | 09:20:04 |
| 25 | were more than the one occasion -- there were more | 09:20:07 |

Page 26

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | than one occasion on which I was cold called | 09:20:07 |
| 2 | under -- the definition of cold calling, including | 09:20:09 |
| 3 | e-mails as well as phone calls.  And I do get calls | 09:20:12 |
| 4 | from recruiters a lot, but it's often enough that I | 09:20:16 |
| 5 | don't really remember most of them. | 09:20:20 |
| 6 | And -- and when I saw that question, it was | 09:20:21 |
| 7 | like, I'm not going to possibly be able to answer | 09:20:24 |
| 8 | this without listing 1,000 people that I've ever | 09:20:27 |
| 9 | spoken to.  So I did the best I could under those | 09:20:30 |
| 10 | circumstances.  I felt like, you know, I could | 09:20:33 |
| 11 | provide you with the information that I wanted this | 09:20:35 |
| 12 | time. | 09:20:37 |
| 13 | Q.   Anything else that was not complete that | 09:20:38 |
| 14 | you can recall right now? | 09:20:42 |
| 15 | A.   Not that I recall, but we can go through | 09:20:42 |
| 16 | it. | 09:20:50 |
| 17 | Q.   So how many -- you just mentioned that it | 09:20:50 |
| 18 | was more than one occasion that you received a cold | 09:20:51 |
| 19 | call? | 09:20:54 |
| 20 | A.   Yes. | 09:20:54 |
| 21 | Q.   How often did you get cold called? | 09:20:55 |
| 22 | A.   I continue to get cold calls from | 09:20:56 |
| 23 | recruiters, and I have gotten cold calls over the | 09:21:00 |
| 24 | years.  Probably several a month at least.  It would | 09:21:03 |
| 25 | depend on if I'm looking for a job or not.  If I put | 09:21:07 |

Page  27

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | my resume out there, I will get more. | 09:21:12 |
| 2 | But usually they are not very memorable. | 09:21:14 |
| 3 | Usually, they are from some third-party recruiter | 09:21:17 |
| 4 | rather than a big company such as Adobe, so a cold | 09:21:20 |
| 5 | call like that would be more rare. | 09:21:25 |
| 6 | Q.   What do you mean when you say "not | 09:21:27 |
| 7 | memorable"? | 09:21:30 |
| 8 | A.   I mean like a third-party saying, "Hey, | 09:21:30 |
| 9 | would you potentially be interested in potentially | 09:21:33 |
| 10 | working for" some company that I can't even tell you | 09:21:36 |
| 11 | what their name is.  And I could say, "Sure, I | 09:21:40 |
| 12 | guess.  Give me more information."  It's not a | 09:21:42 |
| 13 | specific lead.  It's sort of a general, "Would you | 09:21:44 |
| 14 | like to be in contact with me, I have jobs that | 09:21:46 |
| 15 | might fit you" sort of thing. | 09:21:48 |
| 16 | Q.   When you say several months, can you put | 09:21:50 |
| 17 | some sort of range in numbers on that? | 09:21:54 |
| 18 | A.   Depending on whether I'm looking for | 09:21:56 |
| 19 | employment.  If I'm actually looking for employment | 09:21:58 |
| 20 | and I'm updating my resume and putting it out there, | 09:22:01 |
| 21 | then I might get ten a week.  And if I'm not | 09:22:05 |
| 22 | actively looking for employment, then I might get | 09:22:09 |
| 23 | five a month if I pull my resume off the sites. | 09:22:14 |
| 24 | Q.   And those two estimates that you gave, was | 09:22:22 |
| 25 | that true of the past decade? | 09:22:25 |

Page 28

```
 1        A.    Mostly true.  It's become increasingly true    09:22:28

 2   as my career's progressed.  You know, at the start        09:22:34

 3   of the decade, it would have been less.  And during       09:22:36

 4   2001, 2003, it would have been a lot less because         09:22:40

 5   that was a really slow time.  But after 2003 and          09:22:42

 6   towards 2005, it heated up quite a bit.                   09:22:46

 7        Q.    What about after 2005?                         09:22:50

 8        A.    It seemed to continue to heat up.              09:22:52

 9        Q.    And did that trend continue after 2005?        09:22:58

10        A.    Seems to be continuing, yeah, there seems      09:23:03

11   to be no shortage of positions in the market right        09:23:06

12   now.                                                      09:23:10

13        Q.    Going back to the 2001-2003 period when you    09:23:13

14   say you were getting less calls, what would your          09:23:17

15   approximate number be for cold call's per month?          09:23:21

16        A.    Going back ten years, like -- I really         09:23:25

17   don't know.  I just know it is less than it is            09:23:29

18   now.                                                      09:23:31

19        Q.    Do you have any estimate?                      09:23:31

20        A.    It wouldn't be an accurate estimate.  I        09:23:37

21   don't know.  I would be guessing.                         09:23:41

22        Q.    And why do you think you were not getting a    09:23:43

23   lot of calls at that time?                                09:23:46

24        A.    In 2001-2003, the economy, the dot bomb, or    09:23:48

25   the crash happened, and that was pretty much the          09:23:53
```

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    BY MS. KAHN:                                      10:16:17

 2        Q.   As you're looking at it now, is Vic a    10:16:17

 3    recruiter from Aquent?                            10:16:20

 4             MR. GLACKIN:  Objection, calls for       10:16:22

 5    speculation.                                      10:16:23

 6             THE WITNESS:  Would you like me to       10:16:23

 7    speculate?                                        10:16:25

 8    BY MS. KAHN:                                      10:16:26

 9        Q.   You can answer if you have any -- do you 10:16:26

10    have any understanding as you're looking at this  10:16:27

11    document as to who Vic is?                        10:16:29

12             MR. GLACKIN:  Objection, calls for       10:16:30

13    speculation.                                      10:16:31

14    BY MS. KAHN:                                      10:16:32

15        Q.   You can answer if you understand the     10:16:32

16    question.                                         10:16:33

17        A.   I would be able to speculate for you with a  10:16:35

18    reasonable amount of reliability, but I can't say  10:16:38

19    certainly that I know who he is.                  10:16:40

20        Q.   Go ahead.                                10:16:43

21             MR. GLACKIN:  Objection, you're asking him  10:16:43

22    to speculate?                                     10:16:45

23             MR. KIERNAN:  Yes.                       10:16:47

24             THE WITNESS:  I believe he would be someone  10:16:47

25    who would have knowledge of a position -- a       10:16:47
```

Page 69

| | | |
|---|---|---|
| 1 | technical writer position that's in the subject line | 10:16:53 |
| 2 | of the e-mail. | 10:16:55 |
| 3 | BY MS. KAHN: | 10:16:58 |
| 4 | Q.   Is he a recruiter? | 10:16:58 |
| 5 | A.   I don't know. | 10:17:00 |
| 6 | Q.   What is Aquent? | 10:17:00 |
| 7 | A.   I don't know. | 10:17:02 |
| 8 | Q.   You never heard of Aquent before? | 10:17:02 |
| 9 | A.   I'm sure I heard of them because I sent the | 10:17:04 |
| 10 | e-mail, but it was eight years ago, and I don't know | 10:17:07 |
| 11 | now. | 10:17:10 |
| 12 | Q.   And you say here in your e-mail to Vic, | 10:17:11 |
| 13 | "You apparently contacted my co-worker Mike Reed | 10:17:13 |
| 14 | regarding a technical writing position.  He passed | 10:17:16 |
| 15 | the information to me as I am looking for a more | 10:17:20 |
| 16 | stable position.  Please review my resume and | 10:17:24 |
| 17 | contact me at your earliest convenience."  Do you | 10:17:27 |
| 18 | see that? | 10:17:30 |
| 19 | A.   Yes, I see that. | 10:17:31 |
| 20 | Q.   Were you e-mailing your resume to Vic for | 10:17:32 |
| 21 | purposes of getting employment? | 10:17:35 |
| 22 | A.   Sounds like it. | 10:17:36 |
| 23 | Q.   Can you turn to the next page, does that | 10:17:42 |
| 24 | look like your resume? | 10:17:44 |
| 25 | A.   It looks like a version of my resume that I | 10:17:45 |

Page 70

```
 1    would have written eight years ago.              10:17:49

 2         Q.   Can you indicate the years that you     10:17:51

 3    indicate you worked at RealNames were from 2001 to  10:17:55

 4    2002?                                             10:17:55

 5         A.   I do see that, yes.                     10:17:55

 6         Q.   That's inaccurate, right, based on what we  10:17:57

 7    went through?                                     10:17:59

 8              MR. GLACKIN:  Objection, argumentative.  10:18:00

 9    BY MS. KAHN:                                      10:18:00

10         Q.   You can answer.                         10:18:00

11         A.   Can you define "inaccurate"?            10:18:06

12         Q.   Did you work at RealNames from 2001 to  10:18:08

13    2002?                                             10:18:11

14              MR. GLACKIN:  Objection, mischaracterizes  10:18:12

15    document, argumentative.                          10:18:13

16              THE WITNESS:  I don't see that this says  10:18:15

17    through 2002.  I don't see the word "through"     10:18:16

18    there.                                            10:18:21

19    BY MS. KAHN:                                      10:18:22

20         Q.   Do you see any indication on this resume  10:18:22

21    when you worked at RealNames?                     10:18:25

22         A.   It says, in brackets, "2001 - 2002," end  10:18:26

23    bracket.                                          10:18:30

24         Q.   Do you recall writing that on your      10:18:34

25    resume?                                           10:18:38
```

Page 71

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.   No. | 11:04:03 |
| 2 | Q.   Have you ever participated in a salary | 11:04:04 |
| 3 | survey? | 11:04:05 |
| 4 | A.   No. | 11:04:06 |
| 5 | Q.   And aside from these websites, any other | 11:04:11 |
| 6 | way that you were getting a sense of what other | 11:04:14 |
| 7 | employers are paying for similar positions you're | 11:04:17 |
| 8 | working on? | 11:04:20 |
| 9 | MR. GLACKIN:  Objection, vague. | 11:04:22 |
| 10 | THE WITNESS:  I don't recall. | 11:04:26 |
| 11 | BY MS. KAHN: | 11:04:34 |
| 12 | Q.   You said earlier, and I don't have | 11:04:34 |
| 13 | Livenote, I don't know the exact testimony, but | 11:04:37 |
| 14 | there were certain points when you started getting a | 11:04:40 |
| 15 | sense of what other employers were paying for a | 11:04:44 |
| 16 | similar positions?  (Cross-talking.) | 11:04:48 |
| 17 | MR. GLACKIN:  Objection, mischaracterizes | 11:04:49 |
| 18 | prior testimony and vague. | 11:04:49 |
| 19 | THE WITNESS:  I don't know if you want to | 11:04:53 |
| 20 | read back the testimony, I can tell you if it does | 11:04:54 |
| 21 | or not. | 11:04:57 |
| 22 | BY MS. KAHN: | 11:04:57 |
| 23 | Q.   Well, is that a true statement? | 11:04:57 |
| 24 | MR. GLACKIN:  Objection, vague. | 11:04:58 |
| 25 | THE WITNESS:  Is what a true statement? | 11:05:00 |

Page 114

```
 1   BY MS. KAHN:                                      11:05:03

 2       Q.   That at certain points -- I think you used   11:05:03

 3   the word "point" because I jotted it down, you        11:05:06

 4   started having more of a sense what other employers    11:05:09

 5   were paying for similar jobs that you were working     11:05:12

 6   on?                                                11:05:15

 7            MR. GLACKIN:   Objection, vague.           11:05:15

 8            THE WITNESS:   As I progressed through my    11:05:17

 9   career, I talked to more and more recruiters, I've     11:05:19

10   have been told by what -- by those recruiters what    11:05:25

11   they pay.   I've gotten a sense from them.            11:05:30

12            And if I talked to more than one recruiter   11:05:34

13   and they tell me -- you know, if I talk to several    11:05:40

14   recruiters about a position and they all tell me     11:05:44

15   this is the range, then I go, okay, this is the       11:05:44

16   range.                                             11:05:46

17   BY MS. KAHN:                                       11:05:59

18       Q.   Does that happen often?                    11:05:59

19       A.   I don't know how often it happens.   It     11:06:02

20   happens sometimes when I'm looking for a new job.   I  11:06:04

21   mean, I want to be paid fairly so I want to           11:06:07

22   understand what jobs are available and how much they   11:06:09

23   pay.   So I generally will talk to more than one      11:06:14

24   potential employer when I'm looking for a job and     11:06:20

25   try to ascertain how much they are going to pay, at   11:06:25
```

Page 115

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | least what the ballpark is. | 11:06:29 |
| 2 | Q.   And when you're not looking for a job, do | 11:06:31 |
| 3 | you get recruiter calls when they sometimes tell you | 11:06:32 |
| 4 | the compensation range for certain positions? | 11:06:36 |
| 5 | A.   No, if I'm not looking for a job, I'm not | 11:06:39 |
| 6 | interested in getting to that level of talking about | 11:06:41 |
| 7 | compensation.  I mean, when I'm not looking for a | 11:06:44 |
| 8 | job -- there have been sometimes where I'm not | 11:06:47 |
| 9 | looking for a job, but I'd be willing to take a call | 11:06:48 |
| 10 | to think about taking another job.  And, you know, | 11:06:52 |
| 11 | in that case, I will start talking about what the | 11:06:54 |
| 12 | job will look like.  That's got to be my first | 11:06:57 |
| 13 | concern, and it wouldn't be until I seriously | 11:06:59 |
| 14 | consider working there that I would start talking | 11:07:01 |
| 15 | about compensation. | 11:07:06 |
| 16 | Q.   So is the thing that's most important to | 11:07:08 |
| 17 | you at a job whether you're a good fit? | 11:07:15 |
| 18 | MR. GLACKIN:  Objection, vague. | 11:07:17 |
| 19 | THE WITNESS:  Everything is important to | 11:07:19 |
| 20 | me.  I want it to be a good fit, and I want to be | 11:07:21 |
| 21 | paid fairly, and -- | 11:07:24 |
| 22 | BY MS. KAHN: | 11:07:26 |
| 23 | Q.   And what do you mean when you say -- | 11:07:26 |
| 24 | MR. GLACKIN:  Excuse me, I'm sorry, were | 11:07:27 |
| 25 | you finished answering? | 11:07:28 |

Page 116

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Probably either e-mail or phone. | 11:44:18 |
| 2 | Q.   Would they sometimes provide you with | 11:44:22 |
| 3 | compensation information in that initial contact? | 11:44:24 |
| 4 | A.   I don't know. | 11:44:27 |
| 5 | Q.   Do you recall any instance where that | 11:44:28 |
| 6 | happened? | 11:44:30 |
| 7 | A.   I don't recall an instance where that | 11:44:32 |
| 8 | happened. | 11:44:34 |
| 9 | Q.   Do you still use Monster today? | 11:44:34 |
| 10 | A.   Not actively.  Like I said, I may have | 11:44:36 |
| 11 | logged in out of curiosity to see if it still | 11:44:39 |
| 12 | exists, but I don't consider it a very robust job | 11:44:43 |
| 13 | search tool anymore. | 11:44:47 |
| 14 | Q.   What is your understanding based on when | 11:44:52 |
| 15 | you say that? | 11:44:54 |
| 16 | A.   It just didn't seem like it had as much | 11:44:57 |
| 17 | tech jobs they used to, so it's not based on | 11:45:00 |
| 18 | anything other than intuition. | 11:45:04 |
| 19 | Q.   Was it based on your sense of being on | 11:45:09 |
| 20 | Indeed and LinkedIn and the other sites you are now | 11:45:11 |
| 21 | active in? | 11:45:15 |
| 22 | MR. GLACKIN:  Objection, vague. | 11:45:15 |
| 23 | THE WITNESS:  It's not really based on | 11:45:17 |
| 24 | anything. | 11:45:22 |
| 25 | BY MS. KAHN: | 11:45:29 |

Page 134

```
 1        Q.   When you went on Monster and you had that      11:45:29

 2   thought that it's not as robust as the other            11:45:31

 3   websites, was it because you had seen additional        11:45:34

 4   jobs on other websites that you were not seeing on      11:45:40

 5   Monster?                                                11:45:43

 6        A.   I don't know.                                  11:45:47

 7        Q.   Did you have a sense of what job               11:45:58

 8   opportunities were out there, you were just not         11:46:00

 9   seeing it on Monster?                                   11:46:02

10        MR. GLACKIN:  Objection, vague.                    11:46:03

11        THE WITNESS:  No, I did not have a sense of         11:46:05

12   what job opportunities were out there.  That's why I    11:46:06

13   was looking online to try to get a sense of what job    11:46:09

14   opportunities were out there.                           11:46:13

15   BY MS. KAHN:                                            11:46:15

16        Q.   And is looking online an effective way of     11:46:15

17   finding out about job opportunities?                    11:46:17

18        A.   It seemed to be a primary way to find out     11:46:19

19   job opportunities.  To look online and to network      11:46:23

20   with associates of yours are two primary ways people    11:46:25

21   find jobs.                                              11:46:32

22        Q.   Do you network as a means of finding a job    11:46:44

23   opportunity?                                            11:46:47

24        A.   And also I'd like to amend what I said.       11:46:47

25   When I say "look online," I mean make yourself          11:46:50
```

                                                         Page 135

1    available online so that recruiters can contact you,    11:46:53

2    that's included in that.    11:46:56

3            And I'm sorry, what was your next question?    11:47:03

4        Q.    Yeah, sure.  Do you use networking as a    11:47:06

5    means of finding job opportunities?    11:47:09

6        A.    I have done so.    11:47:16

7        Q.    How often?    11:47:17

8        A.    I can't say how often throughout the course    11:47:19

9    of my career.  I just know that recently I have done    11:47:21

10   so on at least one occasion.    11:47:24

11       Q.    When was that?    11:47:31

12       A.    This year.  I knew that a co-worker of mine    11:47:32

13   had interviews at Netflix, and I talked to that    11:47:38

14   co-worker.  He had decided not to work at Netflix,    11:47:47

15   so he told me about it, and I contacted them.  They    11:47:52

16   had previously contacted me, though, so I can't say    11:47:55

17   that's really true networking because Netflix    11:47:57

18   reached out to me first.  And I talked to them, but    11:48:02

19   I was not really interested in leaving OnLive at    11:48:05

20   that time.    11:48:07

21           And then several months later, I was    11:48:07

22   working as a contractor at Google, and my co-worker    11:48:08

23   got the job I -- got a different job.  He didn't    11:48:11

24   take the Netflix job, he told me about it.  I    11:48:13

25   contacted the recruiters, again, that had contacted    11:48:16

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | me several months prior at Netflix.  And they said, | 11:48:19 |
| 2 | "Hey, want to come in and interview for that?"  And | 11:48:25 |
| 3 | they offered me a job, but I did not take it. | 11:48:25 |
| 4 | Q.   Before this one instance that you just | 11:48:32 |
| 5 | described, had you previously talked to co-workers | 11:48:33 |
| 6 | about job opportunities, generally? | 11:48:36 |
| 7 | A.   I have talked to co-workers about job | 11:48:39 |
| 8 | opportunities generally with some amount of | 11:48:42 |
| 9 | frequency, and I can't really give you an exact | 11:48:45 |
| 10 | specificity with how frequently that has been. | 11:48:49 |
| 11 | Q.   What kind of information is exchanged when | 11:48:54 |
| 12 | you talk with co-workers about job opportunities? | 11:48:58 |
| 13 | A.   You would talk about all the various things | 11:49:02 |
| 14 | I mentioned previously that make up what goes into | 11:49:05 |
| 15 | an attractive job offer.  Which would include, you | 11:49:08 |
| 16 | know, is it a big, stable company with lots of nice | 11:49:12 |
| 17 | benefits, or is it conversely a small exciting | 11:49:16 |
| 18 | start-up with lots of stock potential.  Is it a | 11:49:19 |
| 19 | company that has a big corporate culture and they | 11:49:26 |
| 20 | treat their employees well, opportunity for | 11:49:29 |
| 21 | advancement, good people to work with, good | 11:49:32 |
| 22 | technology to work on, right set of things that fit | 11:49:35 |
| 23 | my skill set, and compensation overall is very | 11:49:39 |
| 24 | important. | 11:49:48 |
| 25 | Q.   When you say "compensation overall," what | 11:49:51 |

Page 137

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | full time. | 16:26:27 |
| 2 | The reason I left is because I started | 16:26:27 |
| 3 | to -- even when I went back to Google, I thought | 16:26:34 |
| 4 | there was a good chance I was going to leave to | 16:26:37 |
| 5 | begin with.  I just wanted to go somewhere that I | 16:26:41 |
| 6 | knew I liked for a while until I figured out where | 16:26:45 |
| 7 | to go next.  Google would have been somewhere I | 16:26:49 |
| 8 | would have stayed forever, if I could have got full | 16:26:53 |
| 9 | time there. | 16:26:55 |
| 10 | But I had learned the second time around it | 16:26:55 |
| 11 | wasn't going to be possible without going through | 16:26:57 |
| 12 | the same type of interview I went through the first | 16:27:01 |
| 13 | time.  And I started getting a little down on myself | 16:27:03 |
| 14 | again, as I do sometimes, thinking, gee, maybe I | 16:27:07 |
| 15 | just don't have what it takes.  Because the bar, | 16:27:09 |
| 16 | like I said, is ridiculously high for the full time | 16:27:14 |
| 17 | equivalent for my position. | 16:27:18 |
| 18 | So I took another contract at Semantic, and | 16:27:21 |
| 19 | it was paying ▇ an hour more, so that was one | 16:27:27 |
| 20 | reason.  And it was -- I mean, the more important | 16:27:34 |
| 21 | reason was I was told at Semantic that they always | 16:27:35 |
| 22 | end up converting people, unlike Google, to full | 16:27:38 |
| 23 | time.  So I thought, well, that would be a way to | 16:27:44 |
| 24 | become a full-time employee at a big company and | 16:27:46 |
| 25 | hopefully have a better experience than I had at | 16:27:51 |

Page 281

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Adobe. | 16:27:54 |
| 2 | Q.   Was converting to regular employee status | 16:27:54 |
| 3 | important to you? | 16:27:58 |
| 4 | A.   Yes. | 16:28:00 |
| 5 | Q.   Why is that? | 16:28:00 |
| 6 | A.   Because at places like Google, where they | 16:28:02 |
| 7 | have these people that are working as contractors | 16:28:07 |
| 8 | for seven years -- and I know some of them -- they | 16:28:14 |
| 9 | tend to treat the contractors as second-class | 16:28:17 |
| 10 | citizens.  Just feels sort of, you know, isolating. | 16:28:25 |
| 11 | Despite the fact that you have some of the same | 16:28:27 |
| 12 | perks that they do and you get good money, it's sort | 16:28:32 |
| 13 | of a -- sort of a distinction that a lot of people | 16:28:35 |
| 14 | find a little -- gets a little old after a while. | 16:28:39 |
| 15 | And I don't -- then I sort of got to the point where | 16:28:49 |
| 16 | I was tired of dealing with that. | 16:28:51 |
| 17 | Q.   How did you find the Semantic job? | 16:28:55 |
| 18 | A.   netPolarity was the employer for Semantic | 16:29:00 |
| 19 | and I believe they reached out to me through either | 16:29:06 |
| 20 | an e-mail or a phone call. | 16:29:11 |
| 21 | Q.   When you were working for Modus at Google | 16:29:16 |
| 22 | the second time around, were you actively looking | 16:29:22 |
| 23 | for another job? | 16:29:24 |
| 24 | A.   I -- I don't know.  Initially, I doubt it. | 16:29:27 |
| 25 | But as I said, right from the start when I went back | 16:29:31 |

Page 282

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1    to Modus, I knew that it was a contingent worker          16:29:35

2    position and I needed -- if I wasn't going to be           16:29:38

3    converted to full time, that I would eventually be         16:29:41

4    looking for something else.                                16:29:44

5        Q.   And when did you find out you weren't going       16:29:45

6    to be converted to full time?                              16:29:48

7        A.   I don't know that there was a specific day        16:29:49

8    that I can recall.                                         16:29:55

9        Q.   Month?                                            16:29:56

10       A.   No.  I don't recall a specific event that         16:29:58

11   caused me to think, this is it for sure, other than        16:30:00

12   the fact that I had worked -- things I've already          16:30:04

13   said.  So I don't want to repeat myself.                   16:30:08

14       Q.   Do you recall applying for jobs when you          16:30:12

15   were at Google?                                            16:30:13

16       A.   I don't recall applying for jobs when I was       16:30:17

17   at Google.                                                 16:30:23

18       Q.   Do you recall getting contacted by                16:30:24

19   recruiters?                                                16:30:27

20       A.   Well, I mentioned at least one case where I       16:30:28

21   do recall that.  Other than that, I don't have any         16:30:31

22   specific recollection of that.                             16:30:32

23       Q.   Was the recruiter contacting you because          16:30:36

24   you had posted your resume?                                16:30:39

25           MR. GLACKIN:  Objection, foundation.               16:30:41

Page 283

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.    Yes. | 17:40:04 |
| 2 | Q.    And that was the pay from eTouch? | 17:40:05 |
| 3 | A.    That's right. | 17:40:08 |
| 4 | Q.    How did that pay increase come about? | 17:40:09 |
| 5 | A.    When I first went back to Google, it was | 17:40:11 |
| 6 | frankly because I had decided I couldn't stand Chris | 17:40:14 |
| 7 | Owens, and I knew OnLive was about to collapse | 17:40:16 |
| 8 | anyway, and I needed somewhere to go so that I could | 17:40:22 |
| 9 | continue having steady employment.  And I knew | 17:40:26 |
| 10 | Google was a good place to go.  And just like in the | 17:40:28 |
| 11 | past, I knew it was not somewhere I was likely to | 17:40:31 |
| 12 | stay for a long time unless things had changed | 17:40:36 |
| 13 | again, but I was more than happy to go there for | 17:40:39 |
| 14 | some time. | 17:40:42 |
| 15 | When I was told it was ███ an hour, the | 17:40:42 |
| 16 | thing that was on my mind right from the start is, | 17:40:46 |
| 17 | this is not going to be a very long time at all | 17:40:46 |
| 18 | because ███ an hour comes out to the same as what I | 17:40:46 |
| 19 | was making at OnLive with no benefits whatsoever. | 17:40:50 |
| 20 | And it was definitely a step down.  So it was -- | 17:40:53 |
| 21 | excuse me.  I didn't have to interview.  I just -- | 17:40:54 |
| 22 | other than the little phone interview I described. | 17:41:00 |
| 23 | I had to tell OnLive I quit and start.  So I | 17:41:04 |
| 24 | thought, I'll go there and I'll just look for | 17:41:08 |
| 25 | something else while I'm there.  I would be there | 17:41:11 |

Page 326

| | | |
|---|---|---|
| 1 | for a few months.  And I went there, and I was | 17:41:15 |
| 2 | placed initially on the Google+ team, and they | 17:41:17 |
| 3 | really had no structured QA environment, the way | 17:41:21 |
| 4 | that I remembered Gmail being.  But it was because | 17:41:25 |
| 5 | the way they are shipping their product, so quick. | 17:41:28 |
| 6 | Well, again, this might get into some sort | 17:41:33 |
| 7 | of NDA thing with Google. | 17:41:36 |
| 8 | Q.   Well -- | 17:41:40 |
| 9 | A.   I guess Google would have to -- would have | 17:41:41 |
| 10 | to -- | 17:41:41 |
| 11 | Q.   But -- | 17:41:41 |
| 12 | A.   But -- | 17:41:41 |
| 13 | Q.   Can I -- | 17:41:41 |
| 14 | A.   Yes. | 17:41:41 |
| 15 | Q.   -- interrupt?  I just want to know how your | 17:41:41 |
| 16 | pay increase came about. | 17:41:44 |
| 17 | A.   Okay.  My pay increase came about because I | 17:41:46 |
| 18 | was ready to leave Google, I'd already interviewed | 17:41:49 |
| 19 | at at least one place, and I told a few colleagues | 17:41:54 |
| 20 | that I had known from working at Google in the past | 17:42:01 |
| 21 | that I was not happy in the department I was in. | 17:42:05 |
| 22 | And then I was given this sort of mystery | 17:42:11 |
| 23 | spreadsheet.  Like, here, go through all these bugs, | 17:42:13 |
| 24 | you know, that had been given to us from an external | 17:42:20 |
| 25 | company -- I won't name them because I don't know if | 17:42:26 |

Page 327

| | | |
|---|---|---|
| 1 | I'm supposed to -- but -- and see if they are valid | 17:42:27 |
| 2 | or not and file them if they are. | 17:42:30 |
| 3 | And I think that was sort of a test to see | 17:42:32 |
| 4 | if I was fit for this other department.  So I did | 17:42:34 |
| 5 | that and my theory, at least, is that I passed that | 17:42:38 |
| 6 | test because the manager of Gmail reached out to me | 17:42:40 |
| 7 | and said, "Hey, do you want to come back on Gmail?" | 17:42:45 |
| 8 | And I would love to come back on Gmail.  Gmail was | 17:42:47 |
| 9 | what I liked working on or so I perceived things | 17:42:49 |
| 10 | have changed now at Gmail, and I can work with | 17:42:49 |
| 11 | people I worked with before.  That would be cool. | 17:42:53 |
| 12 | So I did that. | 17:42:56 |
| 13 | And I said, but, you know, the compensation | 17:42:58 |
| 14 | I'm getting now is completely lousy and I was | 17:42:59 |
| 15 | intending to leave here really quickly, so I'm going | 17:43:02 |
| 16 | to need some sort of adjustment right now, if I'm | 17:43:06 |
| 17 | going to stay here.  And he said, "Okay.  I can work | 17:43:09 |
| 18 | that out."  And he said -- I -- he said he wanted me | 17:43:11 |
| 19 | to stay around for six months.  So -- he said, "for | 17:43:20 |
| 20 | around six months, because otherwise it would affect | 17:43:25 |
| 21 | morale or something."  I said, "Okay.  I can -- I | 17:43:28 |
| 22 | can do that."  So beyond that, I have no -- I can't | 17:43:31 |
| 23 | ask for more than that, so I said, "Okay," and I | 17:43:34 |
| 24 | took the bump up to ■ and I worked there on the | 17:43:41 |
| 25 | Gmail team. | 17:43:44 |

Page 328

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   Do you know what other contractors were | 17:43:46 |
| 2 | making at Google? | 17:43:49 |
| 3 | A.   I -- | 17:43:50 |
| 4 | MR. GLACKIN:  Objection, vague. | 17:43:50 |
| 5 | MS. KAHN:  You can answer. | 17:43:54 |
| 6 | THE WITNESS:  The -- which contractors? | 17:43:57 |
| 7 | BY MS. KAHN: | 17:43:59 |
| 8 | Q.   Quality engineer contractors. | 17:43:59 |
| 9 | A.   I know -- I don't know what they were | 17:44:04 |
| 10 | making.  I know what -- I know what the vendor was | 17:44:05 |
| 11 | being paid is equivalent to what I was being paid | 17:44:07 |
| 12 | because that's what my manager told me.  He told me, | 17:44:10 |
| 13 | "You can take" -- "your negotiations with the vendor | 17:44:14 |
| 14 | is between you and the vendor.  All I can tell you | 17:44:17 |
| 15 | is I'm going to pay the vendor the same for you as | 17:44:19 |
| 16 | I'm paying for these other people who are senior | 17:44:22 |
| 17 | people." | 17:44:25 |
| 18 | MS. KAHN:  Take a short break? | 17:44:30 |
| 19 | THE VIDEOGRAPHER:  We are off the record at | 17:44:32 |
| 20 | 5:44 p.m. | 17:44:33 |
| 21 | (Recess taken.) | 17:57:07 |
| 22 | THE VIDEOGRAPHER:  We are back on the | 17:57:10 |
| 23 | record at 5:57 p.m. | 17:57:11 |
| 24 | BY MS. KAHN: | 17:57:16 |
| 25 | Q.   And just real quick, going back to Adobe, | 17:57:16 |

Page 329

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   STATE OF CALIFORNIA      ) ss:

 2   COUNTY OF MARIN          )

 3

 4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby

 5   certify:

 6        That the foregoing deposition testimony was

 7   taken before me at the time and place therein set

 8   forth and at which time the witness was administered

 9   the oath;

10        That the testimony of the witness and all

11   objections made by counsel at the time of the

12   examination were recorded stenographically by me,

13   and were thereafter transcribed under my direction

14   and supervision, and that the foregoing pages

15   contain a full, true and accurate record of all

16   proceedings and testimony to the best of my skill

17   and ability.

18        I further certify that I am neither counsel for

19   any party to said action, nor am I related to any

20   party to said action, nor am I in any way interested

21   in the outcome thereof.

22        IN THE WITNESS WHEREOF, I have transcribed my

23   name this 1st day of November, 2012.

24

25                   ASHLEY SOEVYN
                     CSR NO. 12019

                                          Page 341
```