Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL LETTER RE CORRECTION TO: CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND IN OPPOSITION TO DEFENDANTS' MOTION TO STRIKE THE REPORT OF DR. EDWARD E. LEAMER; AND REPLY EXPERT REPORT OF EDWARD E. LEAMER, PH.D.**<br><br>Date: January 17, 2013<br>Time: 1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

Pursuant to Civil Local Rule 79-5, Plaintiffs, by and through their counsel, respectfully submit this administrative motion for an order permitting them to file under seal a letter regarding

1  a correction to Plaintiffs' Consolidated Reply in support of Motion for Class Certification and in
2  Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer, and the Reply
3  Expert Report of Edward E. Leamer, Ph.D. ("Letter").

4      Plaintiffs request that the Letter be filed under seal because it refers to data that
5  Defendants have designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the
6  Stipulated Protective Order (Modified by the Court) (Dkt. No. 107).

7      Pursuant to Judge Koh's Civil Standing Order Regarding Motions to File Under Seal,
8  Plaintiffs have publicly e-filed a proposed public redacted version of the Letter.  Furthermore,
9  Plaintiffs will lodge with the Court an unredacted copy of the Letter in accordance with Civil
10 Local Rule 79-5 and General Order 62.

11     Plaintiffs take no position on whether the designated data satisfy the requirements for
12 sealing.  Although Plaintiffs' request is narrowly tailored to include only the information that may
13 require confidentiality, Defendants must show good cause for sealing the data they have placed a
14 confidentiality designation upon by submitting a declaration and proposed order within seven
15 days after the lodging of the designated documents.  *See* Civil Local Rule 79-5(d).

17 Dated:  December 12, 2012        Respectfully Submitted,

19         By: */s/ Brendan Glackin*

20         Richard M. Heimann (State Bar No. 63607)
        Kelly M. Dermody (State Bar No. 171716)
21         Eric B. Fastiff (State Bar No. 182260)
        Brendan Glackin (State Bar No. 199643)
22         Joseph P. Forderer (State Bar No. 278774)
        Dean Harvey (State Bar No. 250298)
23         Anne B. Shaver (State Bar No. 255928)
        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
24         275 Battery Street, 29th Floor
        San Francisco, California  94111-3339
25         Telephone:  415.956.1000
        Facsimile:  415.956.1008

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joseph R. Saveri
Lisa J. Leebove
James G. Dallal
SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*