1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan P. Glackin (State Bar No. 199643)
3  Joseph P. Forderer (State Bar No. 278774)
   Dean M. Harvey (State Bar No. 250298)
4  Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James G. Dallal (State Bar No.  277826)
9  JOSEPH SAVERI LAW FIRM
   255 California, Suite 450
10 San Francisco, California 94111
   Telephone: 415.500.6800
11 Facsimile: 415.500.6803

12 *Interim Co-Lead Counsel for Plaintiff Class*

13                 UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
   ANTITRUST LITIGATION
18                                    **[PROPOSED] ORDER GRANTING
   THIS DOCUMENT RELATES TO:          PLAINTIFFS' ADMINISTRATIVE MOTION
19                                    TO FILE UNDER SEAL PLAINTIFFS'
   All Actions                        ADMINISTRATIVE MOTION TO FILE
20                                    UNDER SEAL LETTER RE CORRECTION
                                      TO: CONSOLIDATED REPLY IN SUPPORT
21                                    OF MOTION FOR CLASS CERTIFICATION
                                      AND IN OPPOSITION TO DEFENDANTS'
22                                    MOTION TO STRIKE THE REPORT OF
                                      DR. EDWARD E. LEAMER; AND REPLY
23                                    EXPERT REPORT OF EDWARD E.
                                      LEAMER, PH.D.**

24                                    Judge:        Honorable Lucy H. Koh

25

26

27

28

1    Having considered Plaintiffs' Administrative Motion to file under Seal Plaintiffs' letter

2    regarding a correction to Plaintiffs' Consolidated Reply in Support of Motion for Class

3    Certification and in Opposition to Defendants' Motion to Strike the Report of Dr. Edward E.

4    Leamer, and Reply Expert Report of Edward E. Leamer, Ph.D. ("Letter"), the Motion is hereby

5    **GRANTED.**

6    IT IS HEREBY ORDERED that Plaintiffs' Letter may be filed under seal.

7
     **IT IS SO ORDERED.**
8

9
     Dated: _____        _____
10                                  LUCY H. KOH
                                    United States District Judge
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28