# Joseph Saveri Law Firm

255 California Street, Suite 450
San Francisco, California  94111
(tel) 415 500 6800
(fax) 415 500 6803

# Lieff
# Cabraser
# Heimann&
# Bernstein

Attorneys at Law

275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
T 415.956.1000
F 415.956.1008

December 12, 2012

**LODGED UNDER SEAL**[1]

The Honorable Lucy H. Koh
c/o Clerk of the Court
United States District Court
280 South First Street, #4050,
Courtroom 8 – 4th Floor
San Jose, CA 95113

> RE:   *In re High-Tech Employee Antitrust Litigation,*
> 11-cv-2509-LHK (N.D. Cal.)

Your Honor:

This morning, Plaintiffs discovered an error in the Reply Expert Report of Edward E. Leamer, Ph.D.   Paragraph 63 of the report should have stated as follows (additions underlined and bolded; strikes through the original):



This correction also applies to page 24 of Plaintiffs' Consolidated Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Strike.

Plaintiffs apologize for the error.

Very truly yours,

Brendan P. Glackin

BPG:wp
cc:      Defense Counsel (via email and first class mail)
1071178.1

---

[1] The relevant data has been designated confidential by Defendant Intel.  Accordingly, Plaintiffs have filed a redacted version of this letter and request that it be filed under seal, pursuant to Local Rule 79-5(d).

1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan P. Glackin (State Bar No. 199643)
3   Joseph P. Forderer (State Bar No. 278774)
    Dean M. Harvey (State Bar No. 250298)
4   Anne B. Shaver (State Bar No. 255928)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5   275 Battery Street, 29th Floor
    San Francisco, California  94111-3339
6   Telephone:  415.956.1000
    Facsimile:  415.956.1008
7
    Joseph R. Saveri (State Bar No. 130064)
8   Lisa J. Leebove (State Bar No. 186705)
    James G. Dallal (State Bar No.  277826)
9   JOSEPH SAVERI LAW FIRM
    255 California, Suite 450
10  San Francisco, California 94111
    Telephone: 415.500.6800
11  Facsimile: 415.500.6803

12  *Interim Co-Lead Counsel for Plaintiff Class*

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                        SAN JOSE DIVISION

16

17  IN RE: HIGH-TECH EMPLOYEE            Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
18                                       **PROOF OF SERVICE BY U.S. MAIL AND**
                                         **ELECTRONIC MAIL**
    THIS DOCUMENT RELATES TO:
19
20  All Actions

21

22

23

24

25

26

27

28

1

**PROOF OF SERVICE BY U.S. MAIL AND ELECTRONIC MAIL**

2     I am readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice for

3   collection and processing of documents for mailing with the United States Postal Service, and that

4   practice is that the documents are deposited with the United States Postal Service with postage

5   fully prepaid the same day as the day of collection in the ordinary course of business.

6     I am also readily familiar with Lieff, Cabraser, Heimann & Bernstein, LLP's practice for

7   collection and processing of documents for service via e-mail, and that practice is that the

8   documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the

9   date listed on this Proof of Service.

10     My business address is Embarcadero Center West, 275 Battery Street, 29th Floor,

11   San Francisco, California 94111-3339.  On December 12, 2012 a true and correct copy of the

12   below documents:

13     **1.     LETTER RE CORRECTION TO CONSOLIDATED REPLY IN SUPPORT
              OF MOTION FOR CLASS CERTIFICATION AND IN OPPOSITION TO
14            DEFENDANTS' MOTION TO STRIKE THE REPORT OF
              DR. EDWARD E. LEAMER, AND REPLY EXPERT REPORT OF
15            EDWARD E. LEAMER, PH.D.; and

16

17     **2.     PROOF OF SERVICE.**

18   were delivered to the following via U.S. Mail and electronic mail:

19     See attached service list.

20

21     I declare under penalty of perjury under the laws of the State of California that the above

22   is true and correct.  Executed on December 12, 2012 at San Francisco, California.

23

24                                             */s/ Terence Desouza*
                                               Terence Desouza

25

26

27

28

1

**<u>SERVICE LIST</u>**

| | |
|---|---|
| 2 | Robert A. Mittelstaedt<br>Craig A. Waldman<br>David Kiernan<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cwaldman@jonesday.com<br>dkiernan@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br><br>Counsel for Defendant **Adobe Systems Inc.** | George Riley<br>Michael F. Tubach<br>Lisa Chen<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>griley@omm.com<br>mtubach@omm.com<br>lisachen@omm.com<br>cjbrown@omm.com<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br><br><br>Counsel for Defendant **Apple Inc.** |
| | Lee H. Rubin<br>Edward D. Johnson<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>lrubin@mayerbrown.com<br>wjohnson@mayerbrown.com<br>Tel.: (650) 331-2000<br>Fax: (650) 331-2060<br><br>Kristen A. Rowse<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-2112<br>krowse@mayerbrown.com<br>Tel.: (213) 229 5137<br>Fax: (213) 576 8139<br><br><br>Counsel for Defendant **Google Inc.** | Donn P. Pickett<br>Frank M. Hinman<br>Sujal Shah<br>BINGHAM MCCUTCHEN LLP<br>Three Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>donn.pickett@bingham.com<br>frank.hinman@bingham.com<br>sujal.shah@bingham.com<br>Tel.: (415) 393-2000<br>Fax: (415) 393-2286<br><br><br>Counsel for Defendant **Intel Corp.** |

| | |
|---|---|
| Robert A. Mittelstaedt<br>Craig E. Stewart<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cestewart@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br>Catherine T. Zeng<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>czeng@jonesday.com<br>Tel.: (650) 739-3939<br>Fax: (650) 739-3900<br><br><br>Counsel for Defendant **Intuit Inc.** | John W. Keker<br>Paula L. Blizzard<br>Eugene M. Paige<br>Daniel Purcell<br>KEKER & VAN NEST<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>jkeker@kvn.com<br>pblizzard@kvn.com<br>epaige@kvn.com<br>dpurcell@kvn.com<br>Tel.: (415) 391-5400<br>Fax: (415) 397-7188<br><br><br>Counsel for Defendant **Lucasfilm Ltd.** |
| Robert T. Haslam<br>Emily Johnson Henn<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>rhaslam@cov.com<br>ehenn@cov.com<br>Tel.: (650) 632-4700<br>Fax: (650) 632-4800<br><br>Deborah Garza<br>Jonathan Herczeg<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>dgarza@cov.com<br>jherczeg@cov.com<br>Tel.: (202) 662-5052<br>Fax: (202) 778-5052<br><br>Counsel for Defendant **Pixar** | |

PROOF OF SERVICE BY U.S. MAIL<br>AND ELECTRONIC MAIL<br>MASTER CASE NO. 11-CV-2509-LHK