IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

# APPENDIX A

**Plaintiffs' Consolidated Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer (Docket No. 247):**

| Page and Lines To Be Sealed (in part) | Source of Support for Sealing |
|---|---|
| i, Headings III.B.1, III.B.2, III.C, and III.D | Wagner Decl. ¶ 2(a) |
| 3:18-25 | Wagner Decl. ¶ 2(b) |
| 11:15-16 | Zeng Decl. ¶7 |
| 12:18-21 | Kahn Decl. ¶7(a) |
| 13:14-18 | Zeng Decl. ¶10 |
| 13:22-23 | Kennedy Dec. ¶5 |
| 13:23-14:12 | Wagner Decl. ¶2(c) |
| 14 n.10 | Kahn Decl. ¶7(b); Wagner Decl. ¶2(d); Welch Decl. ¶8; Brown Decl. ¶ 3 |
| 16:11-12 | Wagner Decl. ¶2(e) |
| 16:18-19 | Wagner Decl. ¶2(f) |
| 17: 13-18 | Brown Decl. ¶ 3 |
| 17:14-22 | Wagner Decl. ¶ 2(g) |
| 17:15-19 | Welch Decl. ¶8 |
| 17:15-22 | Sessions Decl. ¶4 |
| 17: 20-21 | Brown Decl. ¶ 3 |
| 17:27-18:11 | Kahn Decl. ¶7(c) |
| 18:14-16 | Brown Decl. ¶ 3 |
| 18:16-19 | Wagner Decl. ¶2(h) |
| 18:19-24 | Welch Decl. ¶ 8 |

1

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

| Page and Lines To Be Sealed (in part) | Source of Support for Sealing |
|---|---|
| 18:24-19:5 | Zeng Decl. ¶7 |
| 19:5-9 | Sessions Decl. ¶4 |
| 19:14-16 | Kahn Decl. ¶7(d) |
| 19:17-27 | Kahn Decl. ¶7(d) |
| 20:3-26 | Wagner Decl. ¶2(i) |
| 20:26-21:4 | Kennedy Dec. ¶5 |
| 21:5-7 | Wagner Decl. ¶2(j) |
| 21: 7-13 | Brown Decl. ¶3 |
| 21:13-14 | Welch Decl. ¶8 |
| 21:14 & n.13 | Zeng Decl. ¶8 |
| 21 n. 13 | Welch Dec. ¶8 |
| 21: n.13 lines 24-27 | Sessions Decl. ¶4 |
| 21 n.14 | Welch Dec. ¶8 |
| 22:5-7 | Brown Dec. ¶3 |
| 22:5-8 | Wagner Decl. ¶2(k) |
| 24:14-21 | Welch Decl. ¶8 |
| 25: 1-6 | Brown Decl. ¶3 |

**Plaintiffs' Declaration of Dean M. Harvey in Support of Plaintiffs' Consolidated Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer (Docket Nos. 248):**

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. 1 (redacted portions) | Kahn Decl. ¶7(v) |
| Ex. 2 (redacted portions) | Kahn Decl. ¶7(w) |
| Ex. 3 (entirety) | Brown Decl. ¶5 |

2

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. 4 (entirety) | Wagner Decl. ¶4(a) |
| Ex. 6 (entirety) | Brown Decl. ¶5 |
| Ex. 10 (redacted portions) | Wagner Decl. ¶4(b) |
| Ex. 13 (redacted portions) | Wagner Decl. ¶4(c); Kahn Decl. ¶7(x); Brown Decl. ¶5 |
| Ex. 15 (entirety) | Kahn Decl. ¶7(y) |
| Ex. 16 (entirety) | Kahn Decl. ¶7(z) |
| Ex. 17 (entirety) | Kahn Decl. ¶7(aa) |
| Ex. 18 (redacted portions) | Kahn Decl. ¶7(bb) |
| Ex. 19 (entirety) | Brown Decl. ¶5 |
| Ex. 20 (entirety) | Brown Decl. ¶5 |
| Ex. 22 (entirety) | Wagner Decl. ¶4(d) |
| Ex. 23 (entirety) | Wagner Decl. ¶4(e) |
| Ex. 24 (entirety) | Wagner Decl. ¶4(f) |
| Ex. 25 (entirety) | Wagner Decl. ¶4(g) |
| Ex. 26 (entirety) | Welch Decl. ¶3 |
| Ex. 27 (entirety) | Welch Decl. ¶3 |
| Ex. 29 (entirety) | Zeng Decl. ¶8 |
| Ex. 30 (entirety) | Sessions Decl. ¶5 |

**Plaintiffs' Reply Expert Report of Edward E. Leamer, Ph.D. (Docket No. 249):**

| Paragraph, Figure or Footnote To Be Sealed | Source of Support for Sealing |
|---|---|
| Page i, Heading III.A | Wagner Decl. ¶3(a) |
| Page i, Heading III.C | Wagner Decl. ¶3(b) |

3

| Paragraph, Figure or Footnote To Be Sealed | Source of Support for Sealing |
|---|---|
| Paragraph 7 (last clause in second sentence, beginning "in response to …"): | Wagner Decl. ¶3(c) |
| Paragraph 14 (last four of six sentences and accompanying footnote 13) | Wagner Decl. ¶3(d) |
| Paragraph 15 (last sentence and accompanying footnote 15) | Wagner Decl. ¶3(e) |
| Paragraph 16 (first two sentences and accompanying footnote 16) | Wagner Decl. ¶3(f) |
| Paragraph 32 (and accompanying footnote 34) | Wagner Decl. ¶3(g) |
| Heading A on Page 18, Paragraphs 46-47 | Wagner Decl. ¶3(h) |
| Paragraph 20 | Zeng Decl. ¶9 |
| Paragraph 46 | Kahn Decl. ¶7(e) |
| Paragraph 46, second and fourth sentences | Brown Decl. ¶4 |
| Paragraph 46, footnote 47 and accompanying text | Sessions Decl. ¶6 |
| Paragraph 46, and footnote 47 | Welch Decl. ¶8 |
| Paragraph 47, last sentence | Brown Decl. ¶4 |
| Paragraph 47-48, footnotes 52-53, and accompanying text | Sessions Decl. ¶6 |
| Paragraph 47, and footnotes 50, 51, and 53 | Welch Decl. ¶8 |
| Heading C on Page 23, Paragraphs 50-53 (and accompanying footnotes 66-67 and 69) | Wagner Decl. ¶3(i) |
| Paragraph 54 (last sentence) | Wagner Decl. ¶3(j) |
| Paragraph 55 | Brown Decl. ¶4 |
| Paragraph 56 (first sentence) | Wagner Decl. ¶3(k) |
| Paragraph 56 | Welch Decl. ¶8 |
| Paragraph 60 | Wagner Decl. ¶3(m) |
| Paragraphs 62, 63, and footnote 79 | Welch Decl. ¶8 |
| Paragraph 64 | Brown Decl. ¶4 |
| Paragraph 91 | Zeng Decl. ¶9; Kahn Decl. ¶7(i) |

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

| Paragraph, Figure or Footnote To Be Sealed | Source of Support for Sealing |
|---|---|
| Paragraph 108 | Wagner Decl. ¶3(u) |
| Figure 1 (page 26) | Wagner Decl. ¶3(1); Kennedy Dec. ¶6; Sessions Decl. ¶6; Welch ¶8; Zeng Decl. ¶9; Kahn Decl. ¶7(g); Brown Decl. ¶4 |
| Figure 2 (page 30) | Wagner Decl. ¶3(n); Kennedy Dec. ¶6; Sessions Decl. ¶6; Brown Decl. ¶4 |
| Figure 3 (page 31) | Wagner Decl. ¶3(o); Kennedy Dec. ¶6; Brown Decl. ¶4 |
| Figure 5 (page 40) | Kahn Decl. ¶7(h) |
| Figure 6 (page 42) | Kennedy Dec. ¶ 6; Sessions Decl. ¶6; Welch Decl. ¶8; Kahn Decl. ¶7(j); Brown Decl. ¶4 |
| Figure 7 (page 43) | Wagner Decl. ¶3(p); Kennedy Dec. ¶6; Welch Decl. ¶8; Zeng Decl. ¶9; Kahn Dec. ¶7(k); Brown Decl. ¶4 |
| Figure 8 (page 44) | Wagner Decl. ¶3(q ); Kennedy Dec. ¶6; Sessions Decl. ¶6; Zeng Decl. ¶9; Kahn Decl. ¶7(1); Brown Decl. ¶4 |
| Figure 9 (page 44) | Wagner Decl. ¶3(r); Kennedy Dec. ¶6; Sessions Decl. ¶6; Zeng Decl. ¶9; Kahn Decl. ¶7(1); Brown Decl. ¶4 |
| Figure 10 (page 45) | Wagner Decl. ¶3(s); Zeng Decl. ¶9; Kahn Decl. ¶7(m); Brown Decl. ¶4 |
| Figure 11 (page 45) | Wagner Decl. ¶3(t); Zeng Decl. ¶9; Kahn Decl. ¶7(m); Brown Decl. ¶4 |
| Figure 12 (page 50) | Wagner Decl. ¶3(v); Zeng Decl. ¶9; Kahn Decl. ¶7(n); Brown Decl. ¶4 |
| Figure 13 (page 51) | Wagner Decl. ¶3(w); Zeng Decl. ¶9; Kahn Decl. ¶7(o); Brown Decl. ¶4 |
| Figure 14 (page 52) | Wagner Decl. ¶3(x); Zeng Decl. ¶9; Kahn Decl. ¶7(p); Brown Decl. ¶4 |

5

IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION
Case No. 3:11-CV-2509-LHK

| Paragraph, Figure or Footnote To Be Sealed | Source of Support for Sealing |
|---|---|
| Figure 15 (page 53) | Wagner Decl. ¶3(y); Zeng Decl. ¶9; Kahn Decl. ¶7(q); Brown Decl. ¶4 |
| Figure 16 (page 55) | Wagner Decl. ¶3(z); Kennedy Dec. ¶6; Zeng Decl. ¶9; Kahn Decl. ¶7(r); Brown Decl. ¶4 |
| Figure 17 (page 56) | Wagner Decl. ¶3(aa); Kennedy Dec. ¶6; Zeng Decl. ¶9; Kahn Decl. ¶7(s); Brown Decl. ¶4 |
| Figure 18 (page 57) | Wagner Decl. ¶3(bb); Zeng Decl. ¶9; Kahn Decl. ¶7(t); Brown Decl. ¶4 |
| Figure 19 (page 58) | Wagner Decl. ¶3(cc); Zeng Decl. ¶9; Kahn Decl. ¶7(u); Brown Decl. ¶4 |
| Footnote 13 (page 5) | Welch Decl. ¶8 |
| Footnote 74 (page 25) | Kahn Decl. ¶7(f) |

**Glackin Letter (Docket No. 253):**

| Paragraph, Figure or Footnote To Be Sealed | Source of Support for Sealing |
|---|---|
| Glackin Letter | Welch Decl. ¶8 |

704182364