Mayer Brown LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:      (650) 331-2000
Facsimile:      (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL** |

On December 10, 2012, Plaintiffs filed an administrative motion for a sealing order (Docket No. 246) pursuant to Northern District Civil Local Rule 79-5(d) and lodged under seal certain information contained in:  (a) Plaintiffs' Consolidated Reply In Support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer ("Reply"), (b) Exhibits 1-6, 9-10, and 12-30 to the Declaration of Dean Harvey filed in support of Plaintiffs' Reply ("Harvey Declaration"), and (c) portions of the Reply Expert Report of Dr. Edward Leamer, Ph.D. ("Expert Report").  This information has been designated Confidential or Attorneys-Eyes Only under the Stipulated Protective Order (Modified by the Court) (Dkt. No. 107).

On December 17, 2012, Defendants filed the following Declarations in Support of Plaintiffs' Administrative Motion for a Sealing Order pursuant to Civil Local Rule 79-5(d):

Defendant Adobe Systems, Inc. filed a Declaration of Lin W. Kahn;

Defendant Apple Inc. filed a Declaration of Christina Brown;

Defendant Google Inc. filed a Declaration of Frank Wagner;

Defendant Intel Corp. filed a Declaration of Susan J. Welch;

Defendant Intuit Inc. filed a Declaration of Catherine T. Zeng;

Defendant Lucasfilm Ltd. filed a Declaration of Justina K. Sessions; and

Defendant Pixar filed a Declaration of James M. Kennedy.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents, figures, and portions thereof be filed under seal:

Plaintiffs' Reply in Support of Class Certification (Docket No. 247)

      i, Headings III.B.1, III.B.2, III.C, and III.D

      3:18-25

-2-

| | |
|---|---|
| 1 | 11:15-16 |
| 2 | 12:18-21 |
| 3 | 13:14-18 |
| 4 | 13:22-23 |
| 5 | 13:23-14:12 |
| 6 | 14 n.10 |
| 7 | 16:11-12 |
| 8 | 16:18-19 |
| 9 | 17: 13-18 |
| 10 | 17:14-22 |
| 11 | 17:15-19 |
| 12 | 17:15-22 |
| 13 | 17: 20-21 |
| 14 | 17:27-18:11 |
| 15 | 18:14-16 |
| 16 | 18:16-19 |
| 17 | 18:19-24 |
| 18 | 18:24-19:5 |
| 19 | 19:5-9 |
| 20 | 19:14-16 |
| 21 | 19:17-27 |
| 22 | 20:3-26 |
| 23 | 20:26-21:4 |
| 24 | 21:5-7 |
| 25 | 21: 7-13 |
| 26 | 21:13-14 |
| 27 | 21:14 & n.13 |
| 28 | 21 n. 13 |

1    21: n.13 lines 24-27

2    21 n.14

3    22:5-7

4    22:5-8

5    24:14-21

6    25: 1-6

7    <u>Plaintiffs' Declaration of Dean M. Harvey in Support Reply (Docket Nos. 248-[—]):</u>

8    Exhibits 1, 2, 10, 13, 18
     (redacted portions)

9
     Exhibits 3, 4, 6, 15, 16, 17, 19,
10   20, 22, 23, 24, 25, 26, 27, 29, 30
     (entirety)

11

12

13

14   <u>Plaintiffs' Reply Expert Report of Edward E. Leamer, Ph.D. (Docket No. 249):</u>

15   Page i, Heading III.A

16

17   Page i, Heading III.C

18   Paragraph 7 (last clause in second sentence, beginning "in response to …"):

19

20   Paragraph 14 (last four of six sentences and accompanying footnote 13)

21   Paragraph 15 (last sentence and accompanying footnote 15)

22

23   Paragraph 16 (first two sentences and accompanying footnote 16)

24   Paragraph 32 (and accompanying footnote 34)

25

26   Heading A on Page 18, Paragraphs 46-47

27   Paragraph 20

28

PROPOSED ORDER (DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL)
MASTER DOCKET NO. 11-CV-2509-LHK

Paragraph 46

Paragraph 46, second and fourth sentences

Paragraph 46, footnote 47 and accompanying text

Paragraph 46, and footnote 47

Paragraph 47, last sentence

Paragraph 47-48, footnotes 52-53, and accompanying text

Paragraph 47, and footnotes 50, 51, and 53

Heading C on Page 23, Paragraphs 50-53 (and accompanying footnotes 66-67 and 69)

Paragraph 54 (last sentence)

Paragraph 55

Paragraph 56 (first sentence)

Paragraph 56

Paragraph 60

Paragraphs 62, 63, and footnote 79

Paragraph 64

Paragraph 91

Paragraph 108

Figure 1 (page 26)

1

Figure 2 (page 30)

2

Figure 3 (page 31)

3

4

Figure 5 (page 40)

5

Figure 6 (page 42)

6

7

Figure 7 (page 43)

8

Figure 8 (page 44)

9

10

Figure 9 (page 44)

11

Figure 10 (page 45)

12

13

Figure 11 (page 45)

14

Figure 12 (page 50)

15

16

Figure 13 (page 51)

17

Figure 14 (page 52)

18

19

Figure 15 (page 53)

20

Figure 16 (page 55)

21

22

Figure 17 (page 56)

23

Figure 18 (page 57)

24

25

Figure 19 (page 58)

26

Footnote 13 (page 5)

27

28

Footnote 74 (page 25)

PROPOSED ORDER (DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL)
MASTER DOCKET NO. 11-CV-2509-LHK

**IT IS SO ORDERED.**

Date:_____

_____
HONORABLE LUCY H. KOH
United States District Court Judge