KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date:           January 17, 2013<br>Time:           1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:          Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date:  November 12, 2013 |

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

716278.01

I, JUSTINA K. SESSIONS, declare and say that:

1.  I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Lucasfilm Ltd. ("Lucasfilm") in the above-captioned action. I am duly admitted to practice law before this Court. I have knowledge of the facts set forth in this declaration, and if called to testify as a witness thereto could do so competently under oath.

2.  On December 10, 2012, Plaintiffs filed a Consolidated Reply in support of their motion for class certification, an accompanying declaration, a Reply Expert Report of Edward E. Leamer, Ph.D, and an administrative motion to file under seal certain portions of the reply brief, reply report, and accompanying declarations and exhibits. I have reviewed the materials produced by Lucasfilm that are cited or reproduced in Plaintiffs' papers.

3.  For the reasons outlined below, and the reasons provided in the Declaration of David J. Anderman in Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal [Dkt. No. 199], Lucasfilm seeks to maintain under seal certain portions of Plaintiffs' Consolidated Reply in support of Motion for Class Certification and in Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer ("Plaintiffs' Reply Brief"); the Reply Expert Report of Edward E. Leamer, Ph.D. ("Plaintiffs' Reply Report"); and one Exhibit to the Declaration of Dean M. Harvey ("Harvey Declaration"). The portions Lucasfilm seeks to maintain under seal contain or reflect Lucasfilm's confidential business practices and/or confidential compensation or recruiting data.

4.  The following portions of Plaintiffs' Reply Brief contain or reflect materials that Lucasfilm designated Confidential or Confidential-Attorneys' Eyes Only under the Protective Order in this action [Dkt. No. 107] and should be maintained under seal:

    i)  Page 17, lines 15-22; p. 19, lines 5-9; p. 21 n.13 lines 24-27 (text accompanying citations to Maupin Declaration[1] and Harvey Decl. Exh. 30).

---

[1] Lucasfilm previously sought to maintain the entire Maupin Declaration under seal.

1

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

716278.01

   ii) These materials reflect Lucasfilm's confidential compensation or recruiting practices, as well as actual data reflecting Lucasfilm's compensation and recruiting. Lucasfilm strictly maintains the confidentiality of its recruiting and compensation practices, as well as actual data reflecting Lucasfilm's compensation and recruiting. Lucasfilm could be competitively harmed if other companies gained access to this information.

5. Exhibit 30 to the Harvey Declaration is an e-mail that reflects a confidential discussion of Lucasfilm's confidential recruiting and compensation policies, and the application of those policies to a specifically named candidate. Lucasfilm designated this e-mail as Confidential under the Protective Order in this action [Dkt. No. 107] and it should be maintained under seal.

   i) This Exhibit reflects Lucasfilm's confidential recruiting and compensation practices. Other companies could gain a competitive advantage over Lucasfilm if they were provided information regarding the manner in which Lucasfilm recruits potential employees, makes employment offers, and determines employee compensation. These materials also reflect Lucasfilm's confidential recruiting and compensation data. Lucasfilm strictly maintains the confidentiality of its recruiting and compensation practices, as well as actual data reflecting Lucasfilm's compensation and recruiting. Lucasfilm could be competitively harmed if other companies gained access to this information.

6. The following portions of Plaintiffs' Reply Report reflect materials that Lucasfilm designated Confidential or Confidential-Attorneys' Eyes Only under the Protective Order in this action [Dkt. No. 107] and should be maintained under seal.

   i) Page 18, ¶ 46, n.47 and accompanying text; p. 18 ¶¶ 47-48, nn. 52-53, and accompanying text; p. 26, Figure 1; p. 30, Figure 2; p. 42, Figure 6; p. 44, Figures 8-9.

   ii) These materials reflect Lucasfilm's confidential recruiting and compensation practices. Other companies could gain a competitive advantage over Lucasfilm if they were provided information regarding the manner in which Lucasfilm recruits potential employees, makes employment offers, and determines employee compensation. These materials also reflect Lucasfilm's confidential recruiting and compensation data. Lucasfilm strictly

2

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

716278.01

1  maintains the confidentiality of its recruiting and compensation practices, as well as actual data
2  reflecting Lucasfilm's compensation and recruiting.  Lucasfilm could be competitively harmed if
3  other companies gained access to this information.
4       7.  Because Lucasfilm has sought to maintain the confidentiality of the materials
5  described above, and because public disclosure of these materials could cause Lucasfilm
6  significant harm, the portions of Defendants' submissions described above should be redacted and
7  shielded from disclosure to Lucasfilm's potential competitors.
8       I declare under penalty of perjury under the laws of the United States that the foregoing is
9  true and correct and that this declaration was executed in San Francisco, California, on December
10 16, 2012.

                                         */s/ Justina K. Sessions*
                                         JUSTINA K. SESSIONS

3
DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

716278.01