Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
Kevin E. Rayhill (State Bar No. 267496)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

*Interim Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| **In re: High-Tech Employee Antitrust Litigation**<br><br>This Document relates to:<br><br>**All Actions** | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF CHANGE OF LAW FIRM ADDRESS** |

**TO THE COURT AND THE CLERK OF COURT:**

    **PLEASE TAKE NOTICE** that Joseph Saveri Law Firm, Interim Co-Lead Class Counsel in the instant action and formerly of 255 California Street, Suite 450, San Francisco, CA 94111, has moved and changed its address. Joseph Saveri Law Firm is now located at 505 Montgomery Street, Suite 625, San Francisco, CA 94111. The firm's telephone number, fax number and email addresses remain unchanged.

Dated: January 9, 2013     JOSEPH SAVERI LAW FIRM

By:     */s/ James G. Dallal*
        James G. Dallal

Interim Co-Lead Class Counsel