Mayer Brown LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:      (650) 331-2000
Facsimile:         (650) 331-2061

*Attorneys for Defendant
Google Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ERIC B. EVANS IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

I, Eric B. Evans Evans, declare as follows:

1. I am a member of the Bar of the State of California and a partner at the law firm of Mayer Brown LLP, attorneys for Defendant Google, Inc. I submit this declaration in support of Defendants' Joint Administrative Motion for Leave to Supplement the Record in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Administrative Motion"). I make this declaration based on my own personal knowledge. If called to testify as a witness, I could and would do so competently.

2. On January 9, 2013, I conferred by telephone and email with Brendan Glackin, Dean Harvey, and Anne Shaver, counsel for Plaintiffs, to request Plaintiffs' stipulation to Defendants' filing of supplemental evidence in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. At their request, I provided them with copies of the documents that are the subject of this Administrative Motion. Plaintiffs did not agree to a stipulation.

3. Defendants filed their Opposition to Plaintiffs' Motion for Class Certification on November 13, 2012.

4. Dr. Kevin Murphy's deposition of took place on December 3, 2012, after Defendants filed their Opposition to Plaintiffs' Motion for Class Certification.

5. Attached hereto as Exhibit A is a true and correct copy of transcript excerpts from Dr. Kevin Murphy's deposition on December 3, 2012.

6. In the Reply Expert Report of Edward E. Leamer, Ph.D. ("Leamer Reply Report"), filed on December 10, 2012, Dr. Leamer provided an analysis of the variation in salary ranges for employees of Defendants Apple and Intel for specific job titles and codes. Leamer Reply Report (lodged under seal) at ¶¶ 63-64. Dr. Leamer did not include this analysis in his initial expert report, filed on October 1, 2012.

I declare under penalty of perjury that the above is true and correct.

Executed on January 9, 2013 in Palo Alto, California.

By: ___/s/ Eric B. Evans_____
Eric B. Evans