# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**SUPPLEMENTAL DECLARATION OF PROFESSOR KEVIN M. MURPHY IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**<br><br>Date:         January 17, 2013<br>Time:        1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:       Honorable Lucy H. Koh |

1   I, Kevin M. Murphy, declare as follows:

2   1.  On November 12, 2012, I submitted an expert report in support of Defendants'
3   Opposition to Plaintiffs' Motion for Class Certification.  I submit this declaration in support of
4   Defendants' Administrative Motion for Leave to Supplement the Record.  I make this declaration
5   based on my personal knowledge and information provided to me and, if called to testify as a
6   witness, I could and would do so competently.

7   2.  On December 10, 2012, Plaintiffs submitted a reply expert report from their
8   expert, Dr. Edward E. Leamer ("Reply Report").  ███████████████████████████
9   ████████████████████████████████████████████████
10  ████████████████████████████████████████████████
11  ████████████████████████████████████████████████
12  ██████████████████████████████████. Additionally, ███████
13  ████████████████████████████████████████████████
14  ████████████████████████████████████████████████
15  ████████████████.  This information was not provided in Dr. Leamer's initial expert report.

16  3.  Attached as Exhibit A hereto are tables with data showing compensation and job
17  titles for these same 28 Intel employees and 4 Apple employees over time:

18  • Page 1 provides the base salaries for each of the 28 Intel employees for the years
19  2007 to 2011.  The columns on the far right show the dollar and percentage increases in base
20  salary for each employee during this period, and the bottom rows show the minimum and
21  maximum base salaries each year and the ranges between them.

22  • Page 2 provides the total compensation (including base salaries, bonuses, and
23  equity compensation) for each of the 28 Intel employees for the years 2007 to 2011.  The columns
24  on the far right show the increases in total compensation for each employee during this period,
25  and the bottom rows show the minimum and maximum total compensation each year and the
26  corresponding ranges.

27  • Page 3 provides the job titles of each of the 28 Intel employees in each year from
28  2007 to 2011.

- Pages 4-6 provide this same data for the 4 Apple employees referenced in Dr. Leamer's Reply Report for the years 2008 to 2011.

4. The foregoing is based on Defendants' employee compensation data as provided in Dr. Leamer's backup materials.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on January 9, 2013, in Chicago, Illinois.

By: _____
    Kevin M. Murphy

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from its signatory.

# Exhibit A
# Redacted