MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant
Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ANNE M. SELIN IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL DATED JANUARY 9, 2013** |

I, Anne M. Selin, declare as follows:

1. I am an attorney with the law firm of Mayer Brown LLP, counsel for Defendant Google, Inc. ("Google") in the above-captioned matter. I am admitted to practice law before this Court. I submit this declaration in support of Defendants' Joint Administrative Motion to File Under Seal that is being filed concurrently herewith. As an attorney involved in the defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

2.      The Declaration of Frank Wagner in Support of Administrative Motion to Seal Information Included in Plaintiffs' Reply Papers executed on December 14, 2012 (Dkt. No. 261) ("Frank Wagner Reply Sealing Decl.") addresses, among other items, portions of transcript excerpts from the deposition of Kevin M. Murphy, Ph.D, dated December 3, 2012 ("Murphy Deposition"). Frank Wagner Reply Sealing Decl. ¶4(c).

3.      In his declaration, Mr. Wagner testified that portions of the Murphy Deposition transcript excerpts (attached to Plaintiffs' Reply papers as Exhibit 13 to Declaration of Dean M. Harvey)—namely pages 260:11-25, 284:14-20, and 294:15-25 of the Murphy Deposition Transcript—reflect "confidential and highly sensitive information about Google's compensation practices" the disclosure of which would "likely cause competitive harm to Google by giving third parties (including Google's competitors in the labor market) direct insight into highly confidential and competitively sensitive aspects of Google's internal decision-making processes related to its business operations." *Id.* at ¶ 4.

4.      On January 9, 2013, Defendants filed their Joint Administrative Motion for Leave to Supplement the Record in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Motion for Leave to Supplement"). In that motion, Defendants seek to supplement the record with, among other items, additional excerpts from the Murphy Deposition in order to provide necessary context and clarification.

5.      I have reviewed the Motion for Leave to Supplement and the additional excerpts from the Murphy Deposition that are attached as Exhibit A to the Declaration of Eric Evans in Support of Defendants' Motion for Leave to Supplement. A portion of these additional transcript excerpts—namely pages 261:1-25, 262:1-25, and 263:1-25—are a continuation of Dr. Murphy's testimony on the same subject matter recorded on page 260, which Mr. Wagner previously testified reflected confidential and highly sensitive information about Google's compensation practices. Therefore, the disclosure of the contents of pages 261 through 263 of the Murphy Deposition transcript would also likely cause competitive harm to Google by giving third parties (including Google's competitors in the labor market) direct insight into highly

confidential and competitively sensitive aspects of Google's internal decision-making processes related to its business operations.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 9, 2013 in Palo Alto, California.

_____
Anne M. Selin

-3-
DECL. OF ANNE SELIN ISO DEFS' ADMIN. MOTION TO SEAL
MASTER DOCKET NO. 11-CV-2509-LHK