1  Mayer Brown LLP
   LEE H. RUBIN (SBN 141331)
2  lrubin@mayerbrown.com
   EDWARD D. JOHNSON (SBN 189475)
3  wjohnson@mayerbrown.com
   DONALD M. FALK (SBN 150256)
4  dfalk@mayerbrown.com
   ERIC B. EVANS (SBN 232476)
5  eevans@mayerbrown.com
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
7  Palo Alto, CA 94306-2112
   Telephone:    (650) 331-2000
8  Facsimile:    (650) 331-2061
9
   *Attorneys for Defendant*
10 *Google Inc.*

11

12                      **UNITED STATES DISTRICT COURT**

13                      **NORTHERN DISTRICT OF CALIFORNIA**

14                              **SAN JOSE DIVISION**

15

16 | IN RE: HIGH-TECH EMPLOYEE | Master Docket No. 11-CV-2509-LHK
   | ANTITRUST LITIGATION      |
17 |                            | **[PROPOSED] ORDER GRANTING**
   | THIS DOCUMENT RELATES TO:  | **DEFENDANTS' JOINT**
18 |                            | **ADMINISTRATIVE MOTION TO SEAL**
   | ALL ACTIONS                |

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that Defendants' Joint Administrative Motion to Seal is GRANTED and that the following information is to be filed under seal:

(i) portions of Defendants' Joint Administrative Motion for Leave to Supplement the Record in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Motion for Leave to Supplement") (proposed redacted version attached hereto as Exhibit A);

(ii) portions of Exhibit A to the Declaration of Eric Evans in Support of Defendants' Motion for Leave to Supplement ("Evans Declaration"), which are transcript excerpts from the deposition of Professor Kevin M. Murphy dated December 3, 2012 (proposed redacted version attached hereto as Exhibit B);

(iii) portions of the Supplemental Declaration of Professor Kevin M. Murphy in Support of Defendants' Motion for Leave to Supplement ("Murphy Supplemental Declaration") (proposed redacted version attached hereto as Exhibit C); and

(iv) Exhibit A (in its entirety) to the Murphy Supplemental Declaration.

**IT IS SO ORDERED.**

Date:_____

_____
HONORABLE LUCY H. KOH
United States District Court Judge