Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Co-Lead Counsel for Plaintiff Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE OF LISA J. CISNEROS** |

**TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT Lisa J. Cisneros of Lieff, Cabraser, Heimann &

Bernstein, LLP, 275 Battery Street, 29th Floor, San Francisco, California  94111-3339, hereby

enters an appearance in the above-captioned matter as co-counsel on behalf of Proposed Interim

1    Co-Lead Counsel for Plaintiff Class and requests that copies of all future notices, pleadings, and

2    other documents filed in this action be provided to her.

3

4    Dated:  January 10, 2013          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

5

6                                      By:        */s/ Lisa J. Cisneros*
                                                  Lisa J. Cisneros

7                                      Richard M. Heimann (State Bar No. 63607)
                                       Kelly M. Dermody (State Bar No. 171716)
8                                      Eric B. Fastiff (State Bar No. 182260)
                                       Brendan Glackin (State Bar No. 199643)
9                                      Dean Harvey (State Bar No. 250298)
                                       Anne B. Shaver (State Bar No. 255928)
10                                     Lisa J. Cisneros (State Bar No. 251473)
                                       275 Battery Street, 29th Floor
11                                     San Francisco, California  94111-3339
                                       Telephone:  415.956.1000/Facsimile:  415.956.1008
12
                                       *Proposed Interim Co-Lead Counsel for Plaintiff Class*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28