1 Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
2 Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
3 Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
4 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
5 San Francisco, California  94111-3339
Telephone:  415.956.1000
6 Facsimile:  415.956.1008

7 Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
8 James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
9 255 California, Suite 450
San Francisco, CA 94111
10 Telephone:  415. 500.6800
Facsimile:   415. 500.6803

11

12 *Interim Co-Lead Counsel for Plaintiff Class*

13 [Additional counsel listed on signature page]

14

15 IN THE UNITED STATES DISTRICT COURT

16 FOR THE NORTHERN DISTRICT OF CALIFORNIA

17 SAN JOSE DIVISION

18

19 IN RE: HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION
20
THIS DOCUMENT RELATES TO:
21
22 ALL ACTIONS

23

24

25

26

27

28

Master Docket No. 11-CV-2509-LHK

**JOINT CASE MANAGEMENT
CONFERENCE STATEMENT**

Date:        January 17, 2013
Time:        1:30 p.m.
Courtroom: 8, 4th Floor
Judge:       The Honorable Lucy H. Koh

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

The parties submit this joint statement for the January 17, 2013 Case Management Conference.

**I.      Case Progress**

Since the September 12, 2012 Case Management Conference, the case has progressed as follows.

Plaintiffs filed their Motion for Class Certification (Dkt. No. 187) and supporting papers on October 1, 2012.

Defendants filed their joint Opposition to Plaintiffs' Motion for Class Certification (Dkt. No. 209) and supporting papers on November 12, 2012.  Concurrently, Defendants filed a Motion to Strike the report of Plaintiffs' expert, Dr. Edward Leamer (Dkt. No. 210), and moved for an evidentiary hearing on class certification issues (Dkt. No. 213).

Plaintiffs objected to Defendants' Motion to Strike and moved the Court to return the papers to Defendants or, in the alternative, for additional pages in their Reply in support of the Motion for Class Certification.  (Dkt. No. 232.)  Plaintiffs also opposed Defendants' request for an evidentiary hearing.  (Dkt. No. 237.)  The Court denied Plaintiffs' request to reject Defendants' Motion to Strike, but allowed Plaintiffs 25 pages in which to respond. (Dkt. No. 242.)  The Court instructed that Defendants would not be permitted a reply.  *Id.*  The Court also denied the motion for an evidentiary hearing.  *Id.*

Plaintiffs filed their Consolidated Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Strike (Dkt. No.247) and supporting papers on December 10, 2012.  On December 12, 2012, Plaintiffs filed a letter of correction to their consolidated reply brief and reply expert report.  (Dkt. No. 253.)

Defendants filed a Joint Administrative Motion for Leave to Supplement the Record in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification on January 9, 2013.  (Dkt. No. 263.)  Plaintiffs will file an opposition to Defendants' Administrative Motion pursuant to Local Rule 7-11(b).

The hearing on Plaintiffs' Motion for Class Certification is set for January 17, 2013.  (Dkt. No. 183.)  The Court also continued the Case Management Conference previously set for December 12, 2012 to January 17, 2013.  (Dkt. No. 251.)

## II.    Case Management

The Court's September 12, 2012 Case Management Order set forth the major deadlines for the litigation from class certification through trial.  (Dkt. No. 183.)  No party is aware of a case scheduling dispute at this time.

## III.    Discovery Progress

The fact discovery cutoff is March 29, 2013 (Dkt. No. 183), and fact discovery has continued while the parties briefed class certification.  Defendants took the depositions of all five named Plaintiffs between October 12, 2012 and October 29, 2012, and deposed Plaintiffs' expert, Dr. Edward Leamer, on October 26, 2012.  Plaintiffs deposed ten fact witnesses between August 2, 2012 and December 5, 2012, and have scheduled ten additional depositions for January and February, 2013.[1]  Plaintiffs have also deposed 30(b)(6) witnesses regarding Defendants' employee data and deposed Defendants' expert, Professor Kevin Murphy, on December 3, 2012.

On December 17, 2012, Plaintiffs asked Defendants to provide deposition dates for remaining witnesses Defendants identified, in their Rule 26 initial disclosures, as potential trial witnesses.  Defendants have not yet provided dates.  The parties are meeting and conferring on this issue.

The parties have also continued to meet and confer regarding additional document productions.  At Plaintiffs' request, certain Defendants have agreed to supplement their document productions with additional custodians, and to run additional search terms on existing custodians,

---

[1] Plaintiffs have deposed the following individuals: Arnnon Geshuri (Google), Sharon Coker (Lucasfilm), Deborah Conrad (Intel), Lori McAdams (Pixar), Jim Morris (Pixar), Pamela Zissimos (Pixar), Donna Morris (Adobe), Jeff Vijungco (Adobe), Danielle Lambert (Apple), and Mark Bentley (Apple).  The parties have scheduled or conferred about scheduling the depositions of the following individuals: Lazlo Bock (Google), Eric Schmidt (Google), Shona Brown (Google), Paul Otellini (Intel), Bruce Chizen (Adobe), Ed Catmull (Pixar), Bill Campbell (Intuit), Debbie Streeter (Adobe), Patricia Murray (Intel), Michelle Maupin (Lucasfilm), and Jan van der Voort (Lucasfilm).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

and have produced or are in the process of producing responsive documents.  Plaintiffs also served a Third Set of Requests for Production of Documents on all Defendants on November 6, 2012, to which Defendants responded on December 10, 2012.

There are no discovery matters presently under submission to Magistrate Judge Grewal. However, Plaintiffs anticipate filing a motion to compel production of certain documents that Google designated as privileged in logs produced on December 28, 2012 and January 7, 2013.[2] The relevant documents were communicated to Intuit Chairman and Apple Director Bill Campbell (who Google claims was an advisor at the time of his communications), at his intuit.com email address, and/or communicated to Intel CEO Paul Otellini (a member of the Board of directors of Google at the time of the communications) at his intel.com email address. Google maintains that the use of these email communications did not waive its asserted attorney-client privilege with respect to those communications.  In light of the March 29, 2013 discovery deadline, Plaintiffs hope to resolve this dispute as expeditiously as possible, and are meeting and conferring with Defendants regarding an abbreviated briefing schedule.

---

[2] On December 28, 2012, Google produced a privilege log regarding documents of Google executive Laszlo Bock that contains 2,281 entries.  On January 7, 2013, Google produced a privilege log regarding documents of Google executive Shona Brown that contains 579 entries, and a privilege log regarding documents of Eric Schmidt that contains 72 entries.  All of these log entries reflected documents held back as privileged from Google's supplemental document production that was substantially completed on December 7, 2012.  At Plaintiffs' request, the parties have agreed to postpone the deposition of Mr. Bock, previously scheduled for January 10, in an effort to resolve privilege disputes in advance of his deposition.  Plaintiffs seek to resolve the issue as to Ms. Brown and Mr. Schmidt prior to their depositions, currently scheduled for January 30, 2013, and February 21, 2013, respectively.

1   Dated:  January 10, 2013        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

2

3                                   By:         */s/ Kelly M. Dermody*
                                               Kelly M. Dermody

4                                   Richard M. Heimann (State Bar No. 63607)
                                    Kelly M. Dermody (State Bar No. 171716)
5                                   Eric B. Fastiff (State Bar No. 182260)
                                    Brendan Glackin (State Bar No. 199643)
6                                   Dean Harvey (State Bar No. 250298)
                                    Anne B. Shaver (State Bar No. 255928)
7                                   275 Battery Street, 29th Floor
                                    San Francisco, California  94111-3339
8                                   Telephone:  415.956.1000
                                    Facsimile:  415.956.1008
9

10                                  *Interim Co-Lead Counsel for Plaintiff Class*

11  Dated:  January 10, 2013        JOSEPH SAVERI LAW FIRM

12                                  By:         */s/ Joseph R. Saveri*
                                               Joseph R. Saveri
13

14                                  Joseph R. Saveri (State Bar No. 130064)
                                    Lisa J. Leebove (State Bar No. 186705)
15                                  James G. Dallal (State Bar No.  277826)
                                    JOSEPH SAVERI LAW FIRM
16                                  255 California, Suite 450
                                    San Francisco, CA 94111
17                                  Telephone:  415. 500.6800
                                    Facsimile:   415. 500.6803
18
                                    *Interim Co-Lead Counsel for Plaintiff Class*
19
    Dated:  January 10, 2013        O'MELVENY & MYERS LLP
20

21                                  By:         */s/ Michael F. Tubach*
                                               Michael F. Tubach
22

23                                  George Riley
                                    Michael F. Tubach
                                    Christina J. Brown
24                                  Two Embarcadero Center, 28th Floor
                                    San Francisco, CA  94111
25                                  Telephone:  (415) 984-8700
                                    Facsimile:   (415) 984-8701
26
                                    *Attorneys for Defendant APPLE INC.*
27

28

1  Dated:  January 10, 2013          KEKER & VAN NEST LLP

2

3                                    By:        */s/ Daniel Purcell*
                                                Daniel Purcell

4                                    John W. Keker
                                     Daniel Purcell
5                                    Eugene M. Page
                                     Paula L. Blizzard
6                                    710 Sansome Street
                                     San Francisco, CA  94111
7                                    Telephone:  (415) 381-5400
                                     Facsimile:   (415) 397-7188
8
                                     *Attorneys for Defendant LUCASFILM LTD.*
9

10 Dated:  January 10, 2013          JONES DAY

11                                   By:        */s/ David C. Kiernan*
                                                David C. Kiernan
12

13                                   Robert A. Mittelstaedt
                                     Craig A. Waldman
14                                   David C. Kiernan
                                     555 California Street, 26th Floor
15                                   San Francisco, CA  94104
                                     Telephone:  (415) 626-3939
16                                   Facsimile:   (415) 875-5700

17                                   *Attorneys for Defendant ADOBE SYSTEMS, INC.*

18 Dated:  January 10, 2013          JONES DAY

19                                   By:        */s/ Robert A. Mittelstaedt*
                                                Robert A. Mittelstaedt
20

21                                   Robert A. Mittelstaedt
                                     Craig E. Stewart
22                                   555 California Street, 26th Floor
                                     San Francisco, CA  94104
23                                   Telephone:  (415) 626-3939
                                     Facsimile:   (415) 875-5700
24
                                     Catherine T. Zeng
25                                   1755 Embarcadero Road
                                     Palo Alto, CA 94303
26                                   Telephone:  (650) 739-3939
                                     Facsimile:   (650) 739-3900
27
                                     *Attorneys for Defendant INTUIT INC.*
28

| | |
|---|---|
| 1 | Dated:  January 10, 2013 |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | Dated:  January 10, 2013 |

Dated:  January 10, 2013          MAYER BROWN LLP

By:          /s/ Lee H. Rubin
                 Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated:  January 10, 2013          BINGHAM McCUTCHEN LLP

By:          /s/ Frank M. Hinman
                 Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:   (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

Dated:  January 10, 2013          COVINGTON & BURLING LLP

By:          /s/ Emily Johnson Henn
                 Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.