UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>ORDER RE: MOTIONS TO SEAL |

Before the Court are numerous administrative motions to seal related to Plaintiffs' Motion for Class Certification.  *See* ECF Nos. 186, 211, 246, 252, 254, 264.  Henceforth, when a party seeks to file a document under seal, the party shall file as an exhibit to the administrative motion to file under seal a version of the document with the information the party seeks to seal highlighted in yellow.

**IT IS SO ORDERED.**

Dated:  January 11, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-02509-LHK
ORDER RE: MOTIONS TO SEAL