1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California 94111-3339
6  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James D. Dallal (State Bar No. 277826)
9  JOSEPH SAVERI LAW FIRM
   255 California, Suite 450
10 San Francisco, CA 94111
   Telephone: (415) 500-6800
11 Facsimile: (415) 500-6803

12 *Interim Co-Lead Counsel for Plaintiff Class*

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

SAN JOSE DIVISION

16

17

| | |
|---|---|
| 18 IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br>19<br>20 THIS DOCUMENT RELATES TO:<br>21 ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF DR. EDWARD E. LEAMER IN OPPOSITION TO DEFENDANTS' ADMINISTRATIVE MOTION** |

22

23

24

25

26

27

28

I, Edward E. Leamer, declare as follows:

1. On December 10, 2012, I submitted a Reply Expert Report in Support of Plaintiffs' Motion for Class Certification. In that report, I responded to ▮▮▮▮▮ which purported ▮▮▮▮▮ Leamer Reply ¶ 62. I explained that, when controlling for ▮▮▮▮▮ *Id.* ¶¶ 62-64. The underlying data was first produced by Defendants. I later provided the data to Defendants as part of the master dataset I produced to Defendants with my initial expert report, filed October 1, 2012.

2. On January 9, 2013, Defendants filed a Supplemental Declaration of Professor Kevin M. Murphy in Support of Defendants' Administrative Motion for Leave to Supplement the Record ("Murphy Supplemental Declaration"). The Murphy Supplemental Declaration attaches tables of salary and total compensation data for Apple and Intel employees over time. However, the tables in the Murphy Supplemental Declaration improperly ▮▮▮▮▮ Supp. Murphy Decl., Ex. A. ▮▮▮▮▮

3. I have attached as Exhibit A charts that separate these same employees into groups who shared the same job titles over the same years described in the Murphy Supplemental Declaration. Here, again, the effects of Defendants' compensation structures and enforcement of internal equity is apparent. These data further support my opinion that Defendants' salary structures, and enforcement of internal equity, would have spread the effects of their agreements on compensation broadly across all or nearly all members of the Class.

1  I declare under penalty of perjury under the laws of the United States that the above is true
2  and correct.
3  Executed on January 14, 2013, in Los Angeles, California.

_____
Edward E. Leamer

# EXHIBIT A
# (redacted)