# EXHIBIT B

1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan Glackin (State Bar No. 199643)
3   Dean Harvey (State Bar No. 250298)
    Anne B. Shaver (State Bar No. 255928)
4   Lisa J. Cisneros (State Bar No. 251473)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5   275 Battery Street, 29th Floor
    San Francisco, California  94111-3339
6   Telephone:  (415) 956-1000
    Facsimile:   (415) 956-1008
7
    Joseph R. Saveri (State Bar No. 130064)
8   Lisa J. Leebove (State Bar No. 186705)
    James D. Dallal (State Bar No. 277826)
9   JOSEPH SAVERI LAW FIRM
    255 California, Suite 450
10  San Francisco, CA  94111
    Telephone:  (415) 500-6800
11  Facsimile:   (415) 500-6803

12  *Interim Co-Lead Counsel for Plaintiff Class*

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                         SAN JOSE DIVISION

16

17
                                        Master Docket No. 11-CV-2509-LHK
18  IN RE: HIGH-TECH EMPLOYEE
    ANTITRUST LITIGATION                **DECLARATION OF DR. EDWARD E.**
19                                      **LEAMER IN OPPOSITION TO**
                                        **DEFENDANTS' ADMINISTRATIVE**
20  THIS DOCUMENT RELATES TO:           **MOTION**

21  ALL ACTIONS

22

23

24

25

26

27

28

                                      DECLARATION OF DR. EDWARD E. LEAMER IN
                                           OPPOSITION TO DEFENDANTS' ADMIN. MOTION
                                                 Master Docket No. 11-CV-2509-LHK

1    I, Edward E. Leamer, declare as follows:

2    1.    On December 10, 2012, I submitted a Reply Expert Report in Support of

3    Plaintiffs' Motion for Class Certification.  In that report, I responded to ██████████████

4    ████████ which purported ████████████████████████████████████████████████

5    ████████████████████████████████████     Leamer Reply ¶ 62.  I explained that, when

6    controlling for ████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████████████████

8    ████████████████████     *Id.* ¶¶ 62-64.  The underlying data was first produced by

9    Defendants.  I later provided the data to Defendants as part of the master dataset I produced to

10   Defendants with my initial expert report, filed October 1, 2012.

11   2.    On January 9, 2013, Defendants filed a Supplemental Declaration of Professor

12   Kevin M. Murphy in Support of Defendants' Administrative Motion for Leave to Supplement the

13   Record ("Murphy Supplemental Declaration").  The Murphy Supplemental Declaration attaches

14   tables of salary and total compensation data for Apple and Intel employees over time.  However,

15   the tables in the Murphy Supplemental Declaration improperly ████████████████████

16   ████████████████████████████████████████████████████████████████████████

17   ██████  Supp. Murphy Decl., Ex. A.  ████████████████████████████████████████

18   ████████████████████████████████████████

19   3.    I have attached as Exhibit A charts that separate these same employees into groups

20   who shared the same job titles over the same years described in the Murphy Supplemental

21   Declaration. Here, again, the effects of Defendants' compensation structures and enforcement of

22   internal equity is apparent.  These data further support my opinion that Defendants' salary

23   structures, and enforcement of internal equity, would have spread the effects of their agreements

24   on compensation broadly across all or nearly all members of the Class.

25

26

27

28

1075126.1                                            - 1 -

1    I declare under penalty of perjury under the laws of the United States that the above is true

2    and correct.

3    Executed on January 14, 2013, in Los Angeles, California.

4

5

6    _____
     Edward E. Leamer

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A
# (redacted)