# EXHIBIT C

**(Lodged Under Seal with the Court Clerk)**