# EXHIBIT D

**(Lodged Under Seal with the Court Clerk)**