1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Catherine T. Zeng (State Bar No. 251231)
   czeng@jonesday.com
7  JONES DAY
   1755 Embarcadero Road
8  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
9  Facsimile:    (650) 739-3900

10 Attorneys for Defendant
   INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Case No. 11-CV-2509  LHK<br><br>**DEFENDANT INTUIT INC.'S REQUEST TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** |
|---|---|

REQUEST TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM
CASE NO. 11-CV-2509 LHK

Defendant Intuit Inc. ("Intuit") respectfully requests the Court's permission to bring the following equipment into the courtroom for use at the hearing on Plaintiffs' Motion for Class Certification scheduled for 1:30 p.m. on January 17, 2013:

1. 1 laptop;

2. 1 projector with related cables and power strips.

Intuit has conferred with Plaintiffs through counsel regarding this request.

Intuit further requests the Court's permission to enter the courtroom starting at 12:30 p.m. on January 17, 2013, to assemble the equipment in advance of the hearing scheduled for 1:30 p.m.

Dated: January 15, 2013                         JONES DAY


By: /s/ Catherine T. Zeng
    Robert A. Mittelstaedt
    Craig E. Stewart
    Catherine T. Zeng

Counsel for Defendant
INTUIT INC.

SVI-118926