1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@JonesDay.com
2  Craig E. Stewart (State Bar No. 129530)
   cestewart@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:   (415) 626-3939
5  Facsimile:   (415) 875-5700

6  Catherine T. Zeng (State Bar No. 251231)
   czeng@jonesday.com
7  JONES DAY
   1755 Embarcadero Road
8  Palo Alto, CA  94303
   Telephone:   (650) 739-3939
9  Facsimile:   (650) 739-3900

10 Attorneys for Defendant
   INTUIT INC.

11

12
                    UNITED STATES DISTRICT COURT
13
                    NORTHERN DISTRICT OF CALIFORNIA
14

15

16 **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**  |  **Case No. 11-CV-2509  LHK**

17                                                      **[PROPOSED] ORDER GRANTING DEFENDANT INTUIT INC.'S REQUEST TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM**
   **THIS DOCUMENT RELATES TO:**
18
   **All Actions**
19

20

21

22

23

24

25

26

27

28

- 2 -

1  It is hereby ordered that Defendant Intuit Inc. shall be permitted to bring the following
2  equipment into the courtroom for use at the hearing on Plaintiffs' Motion for Class Certification
3  scheduled for 1:30 p.m. on January 17, 2013:
4     1. 1 Laptop;
5     2. 1 Projector with related cables and power strips.
6  Defendant Intuit Inc. shall also be permitted to enter the courtroom starting at 12:30 p.m.
7  on January 17, 2013, to assemble the equipment in advance of the hearing scheduled for 1:30
8  p.m.
9  Dated: January __, 2013

Honorable Lucy H. Koh
United States District Court Judge

SVI-118950