IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: High-Tech Employee Antitrust Litigation | NO. CV 11-02509 LHK<br>**CLERK'S NOTICE RE DEFICIENCY** |

Please be advised that on January 15, 2013, the incorrect docket event was used by counsel NOTICE.

The correct event code is: MOTION. Re-posting is required to correct this CM/ECF entry. This correction must be completed no later than 24 hours from receipt of the notification.

If you have any question please contact the assigned Case Systems Administrator.

Thank you for your cooperation in this matter.

Date: January 16, 2013                    /s/Diane Miyashiro
                                          408-535-5373
                                          Case Systems Administrator