1    [Additional counsel listed on signature page]

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                       SAN JOSE DIVISION

11

12   IN RE: HIGH-TECH EMPLOYEE              Master Docket No. 11-CV-2509-LHK
     ANTITRUST LITIGATION
13                                          **NOTICE OF ERRATA REGARDING**
     THIS DOCUMENT RELATES TO:             **DEFENDANTS' DECLARATIONS**
14                                          **IN SUPPORT OF JOINT**
     ALL ACTIONS                           **ADMINISTRATIVE MOTION TO**
15                                          **SEAL (REGARDING  THE EXPERT**
                                            **REPORT OF PROFESSOR KEVIN M.**
16                                          **MURPHY)**

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendants Apple Inc. ("Apple") and Google Inc. ("Google") respectfully submit the

2  following corrections to certain limited portions of their declarations in support of Defendants'

3  Joint Administrative Motion to Seal filed on November 12, 2012 (Dkt. 211).  Specifically, Apple

4  and Google wish to correct certain citations in their respective sealing declarations that cite to

5  exhibit and appendix numbers from the Expert Report of Professor Kevin M. Murphy ("Murphy

6  Report," Dkt. 230), as set forth below.

7  **Defendant Google's Declaration In Support of Motion to Seal (Dkt. 221)**

8    Defendant Google Inc. ("Google") wishes to correct certain citations to exhibit and

9  appendix numbers that were included in the Declaration of Frank Wagner in Support of

10  Administrative Motion to Seal (Dkt. No. 221) ("Declaration").  Because of the last minute clerical

11  changes to the numbering of certain exhibits and appendices to the Murphy Report, these

12  citations were incorrect.  Google did not realize the error in these citations until after the

13  Declaration was filed.  In particular, Google wishes to make the following corrections to certain

14  citations in the Declaration:

15   1. On Page 5 of the Declaration at line 13, the phrase "Exhibits 3A, 3B, 7A and 7B" should

16    be replaced with the phrase "Appendices 3A and 3B and Exhibits 7A, 7B and 11B."

17   2. On Page 5 of the Declaration at line 27, the citation of "9A" should be deleted.

18   3. On Page 6 of the Declaration at line 14, the phrase "Exhibits 18A and 18B" should be

19    replaced with "Exhibits 18A and 18B and Appendices 8A and 8B."

20   4. On Page 6 of the Declaration at line 20, the phrase "Exhibits 20, 23, 24, 26" should be

21    replaced with "Exhibits 16, 20, 23, 24 and 26."

22   5. On Page 7 of the Declaration at line 1, the phrase "Appendices 1A, 1B, 2A, and 2B"

23    should be replaced with "Appendices 1A, 1B, 1C, 1D, 2A, 2B, 2C and 2D."

24   6. On Page 7 of the Declaration at line 7, the phrase "Appendices 8C and 9C" should be

25    replaced with "Appendices 10C and 11C."

26  **Defendant Apple's Declaration In Support of Motion to Seal (Dkt. 222)**

27    Defendant Apple Inc. ("Apple") wishes to correct the following exhibit and appendix

28  numbers of the Murphy Report cited in the Declaration of Christina Brown in Support of

Notice of Errata Re: Defs' Declarations in Support of
Joint Administrative Motion to File Under Seal
Master Docket No. 11-CV-2509-LHK

- 2 -

1   Defendants' Joint Administrative Motion to Seal (Dkt. No. 222). Because of the last minute

2   clerical changes to the numbering of certain exhibits and appendices to the Murphy Report, these

3   citations were incorrect, and Apple was unaware of the error until after the declaration was filed.

4   Specifically:

5      1. In paragraph 6 at lines 11-12, the reference to "Exhibits 018D, 042B, 004A - 018B, XN-

6         30, XN-36B - 41B, XN-47A - 076, 0-100A - XN-105B, 036A - 036C, 044A - 045B"

7         should be replaced with:

8         "Exhibits 2A-B, 3, 4A-B, 5, 6, 7A-B, 8A-B, 9A, 10, 11A, 14A-B, 15A, 17, 18A-B, 19, 20,

9         21A-B, 22A-B, 23, 24, 25A-B, and 26; and Appendices 1A-D, 2A-D, 3A-B, 4A-D, 8A-B,

10        9A-B, 10A-C, 11A-C, 12A-D, 13A-B, and 14A-B."

11

12  Dated:  January 16, 2013          MAYER BROWN LLP

13

                                      By:  /s Lee H. Rubin
14                                           Lee H. Rubin

15                                    Lee H. Rubin
                                      Edward D. Johnson
16                                    Donald M. Falk
                                      Two Palo Alto Square
17                                    3000 El Camino Real, Suite 300
                                      Palo Alto, CA  94306-2112
18                                    Telephone:  (650) 331-2057
                                      Facsimile:   (650) 331-4557
19
                                      *Attorneys for Defendant GOOGLE INC.*
20

21  Dated:  January 16, 2013          O'MELVENY & MYERS LLP

22

                                      By:  /s Christina J. Brown
23                                           Christina J. Brown

24                                    George Riley
                                      Michael F. Tubach
25                                    Christina J. Brown
                                      Two Embarcadero Center, 28th Floor
26                                    San Francisco, CA  94111
                                      Telephone:  (415) 984-8700
27                                    Facsimile:   (415) 984-8701

28                                    *Attorneys for Defendant APPLE INC.*

Notice of Errata Re: Defs' Declarations in Support of
Joint Administrative Motion to File Under Seal
Master Docket No. 11-CV-2509-LHK

- 3 -

1    ATTESTATION:  Pursuant to General Order 45, Part X B, the filer attests that concurrence in the

2    filing of this document has been obtained from all signatories.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Notice of Errata Re: Defs' Declarations in Support of
Joint Administrative Motion to File Under Seal
Master Docket No. 11-CV-2509-LHK

- 4 -