Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:    (415) 875-5700

Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939
Facsimile:    (650) 739-3900

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **Case No. 11-CV-2509  LHK**<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANT INTUIT INC.'S REQUEST TO BRING ELECTRONIC EQUIPMENT INTO THE COURTROOM** |

It is hereby ordered that Defendant Intuit Inc. shall be permitted to bring the following equipment into the courtroom for use at the hearing on Plaintiffs' Motion for Class Certification scheduled for 1:30 p.m. on January 17, 2013:

    1. 1 Laptop;

    2. 1 Projector with related cables and power strips.

Defendant Intuit Inc. shall also be permitted to enter the courtroom starting at 12:30 p.m. on January 17, 2013, to assemble the equipment in advance of the hearing scheduled for 1:30 p.m.

Dated: January 16, 2013

*Lucy H. Koh*
Honorable Lucy H. Koh
United States District Court Judge

SVI-118950