# EXHIBIT C

# LODGED WITH THE CLERK