# EXHIBIT D

# LODGED WITH THE CLERK