1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Joseph P. Forderer (State Bar No. 278774)
   Dean Harvey (State Bar No. 250298)
4  Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James G. Dallal (State Bar No.  277826)
9  JOSEPH SAVERI LAW FIRM
   505 Montgomery Street, Suite 625
10 San Francisco, California 94111
   Telephone: 415.500.6800
11 Facsimile: 415.500.6803

12
   *Interim Co-Lead Counsel for Plaintiff Class*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17

18 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
   | --- | --- |
19 | THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SHORTEN TIME ON PLAINTIFFS' MOTION TO COMPEL** |
20 | All Actions | |
21 | | Date: February 26, 2013 |
22 | | Time: 10:00 a.m. |
   | | Courtroom: 5, 4th floor |
23 | | Judge: Honorable Paul S. Grewal |

24
25
26
27
28

1    Having considered Plaintiffs' Motion to Shorten Time on Plaintiffs' Motion to Compel,
2  the Motion is hereby **GRANTED.**
3    **IT IS HEREBY ORDERED** that:
4  - Google shall have until January 23, 2013 to file an Opposition to Plaintiffs'
5    Motion to Compel, not to exceed eight pages of briefing.
6  - Plaintiffs shall not file a Reply to their Motion to Compel.
7  - The hearing on Plaintiffs' Motion to Compel, currently scheduled for February 26,
8    2013, is hereby taken off calendar. The Court will rule on the papers submitted.
9  **IT IS SO ORDERED.**
10  Dated: _____          _____
11                                             Paul S. Grewal
                                               United States Magistrate Judge

1075528.1                    - 1 -              [PROPOSED] ORDER GRANTING PLAINTIFFS'
                                                MOTION TO SHORTEN TIME
                                                MASTER DOCKET NO. 11-CV-2509-LHK