UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | MINUTE ORDER FOR MOTION HEARING |

Clerk: Martha Parker Brown
Reporter: Lee-Anne Shortridge
Length of Hearing: 1hr, 54min

Plaintiffs' Attorneys: Joseph R. Saveri, Kelly M. Dermody, Brendan P. Glackin, Dean M.Harvey, Anne B. Shaver, Lisa J. Leebove, James G.B. Dallal

Defendants' Attorneys: David C. Kiernan and Lin Wang for Adobe Systems, Inc.; Robert A. Mittelstaedt and Craig E. Stewart for Intuit, Inc.; Michael Tubach, Christina Brown, and George Riley for Apple Inc.; Lee H. Rubin and Donald M. Falk for Google Inc.; Frank Hinman, Donn P. Pickett, and Sujal Shah for Intel Corp.; Daniel E. Purcell for Lucasfilm Ltd.; Emily J. Henn and Deborah A. Garza for Pixar.

The hearing on Motion to Certify Class filed by Plaintiffs was held. The matter was argued by Counsel and taken under submission by the Court. The Court will issue a written order.