United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge
Length of Hearing:  1hr 27min

Plaintiffs' Attorneys: Joseph R. Saveri, Kelly M. Dermody, Brendan P. Glackin, Dean M.Harvey, Anne B. Shaver, Lisa J. Leebove, James G.B. Dallal

Defendants' Attorneys: David C. Kiernan and Lin Wang for Adobe Systems, Inc.; Robert A. Mittelstaedt and Craig E. Stewart for Intuit, Inc.; Michael Tubach, Christina Brown, and George Riley for Apple Inc.; Lee H. Rubin and Donald M. Falk for Google Inc.; Frank Hinman, Donn P. Pickett, and Sujal Shah for Intel Corp.; Daniel E. Purcell for Lucasfilm Ltd.; Emily J. Henn and Deborah A. Garza for Pixar.

A case management conference was held on January 17, 2013.  A further case management conference is set for March 13, 2013, at 2:00 p.m.

At the case management conference, the parties agreed to proceed with the following deposition schedule:

- Shona Brown (Google) - January 30, 2013
- Eric Schmidt (Google) - February 20, 2013
- Micheline Chau (Lucasfilm) - February 20, 2013
- Michelle Maupin (Lucasfilm) - February 12, 2013
- Jan van der Voort (Lucasfilm) - February 5, 2013
- Paul Otellini (Intel) - January 29, 2013

Case No.: 11-CV-2509-LHK
CASE MANAGEMENT ORDER

- Patricia Murray (Intel) - February 14, 2013
- Bill Campbell (Intuit) - February 5, 2013
- Ed Catmull (Pixar) - January 24, 2013

Defendant Lucasfilm agreed that Lucasfilm will provide Plaintiffs with dates for the deposition of George Lucas by January 25, 2013.

The parties shall file updates regarding the status of discovery, including deposition dates, on February 1, 2013 and March 1, 2013.[1]

Defendant Apple will provide dates for the depositions of Tim Cook as well as nine witnesses identified in Apple's Rule 26(a) disclosure by January 25, 2013.  Mr. Cook's deposition will be limited to 4 hours.  Apple will confirm that Apple has run Plaintiffs' search terms on Mr. Cook's documents and produced all responsive, non-privileged documents.

Defendant Google will produce documents for Karine Karpati, Carson Page, and Patrick Flynn by February 1, 2013.  Google will produce documents for Larry Page and Sergey Brin by February 11, 2013.

By January 18, 2013, Plaintiffs will send a letter to Apple setting forth the basis for Plaintiffs' request that Apple produce documents for Tony Fadell.  By January 22, 2013, Apple will respond to Plaintiffs' letter.  The parties will file a status report regarding this matter by January 24, 2013.

With respect to Plaintiffs' recently filed Motion to Compel (ECF No. 278), Defendants agreed to limit their Opposition to 8 pages.  Defendants agreed to file their Opposition by January 25, 2013.  Plaintiffs agreed not to file a Reply.  Plaintiffs' Motion to Compel and Motion to Shorten Time (ECF No. 280) will be heard by Judge Grewal.

The case schedule remains as modified at the September 12, 2012 case management conference:

FACT DISCOVERY CUTOFF is March 29, 2013.

INITIAL EXPERT REPORTS: April 11, 2013.

REBUTTAL EXPERT REPORTS: May 2, 2013.

EXPERT DISCOVERY CUTOFF is May 23, 2013.

DISPOSITIVE MOTIONS and DAUBERT MOTIONS shall be filed no later than June 6, 2013.  The parties' oppositions are due July 5, 2013.  The parties' replies are due July 25, 2013.  The hearing on the parties' dispositive motions and Daubert motions shall be set for no later than August 15, 2013, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is October 31, 2013, at 1:30 p.m.

JURY TRIAL DATE is November 12, 2013.  The trial length is estimated to be 15 days.  Trial is estimated to conclude on December 17, 2013.

**IT IS SO ORDERED.**

Dated: January 17, 2013

_____
LUCY H. KOH
United States District Judge

---

[1] The Court did not order this at the case management conference.

Case No.: 11-CV-2509-LHK
CASE MANAGEMENT ORDER