Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

On January 22, 2013, defendants Adobe Systems Inc., Intel, Intuit and Google ("Defendants") filed a renewed administrative motion to seal pursuant to the Court's January 15, 2013 Order Granting in Part and Denying in Part Motions to Seal ("Sealing Order") and Northern District Civil Local Rule 7-11 and 79-5 and lodged under seal certain information contained in: (a) Plaintiffs' Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support (Dkt. No. 186) (collectively, "Motion for Class Certification"); (b) Exhibit 14 to the Declaration of Anne B. Shaver in Support of Plaintiffs' Motion for Class Certification (Dkt. Nos. 187-190) (Shaver Declaration); (c) Plaintiffs' Consolidated Reply In Support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer (Dkt. No. 247) ("Reply"); and (d) Exhibits 26, 27, and 29 to the Declaration of Dean Harvey filed in support of Plaintiffs' Reply (Dkt. No. 248) ("Harvey Declaration").

In support of the renewed administrative motion to seal, Defendants filed the following declarations:

Declaration of Donna Morris of Adobe Systems Inc.;

Declaration of Lisa Borgeson of Intuit Inc.;

Declaration of Tina M. Evangelista of Intel Corp.; and

Declaration of Frank Wagner of Google, Inc.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the redacted portions of the following documents be filed under seal:

Motion for Class Certification (Dkt. No. 186)

- Page 17, lines 13-16;

Exhibits to the Shaver (Dkt. Nos. 187-190)

- Exhibit 14

Reply (Dkt. No. 247)

- Page 19, lines 1-5

//

//

//

1 | <u>Exhibits to the Harvey Declaration (Dkt. 248)</u>

2 | - Exhibits 4, 26, 27 and 29

4 | **IT IS SO ORDERED**

6 | Date:

8 | _____
HONORABLE LUCY H. KOH
9 | United States District Court Judge

[Proposed] Order Granting Renewed Administrative
Motion to File Under Seal
Master Docket No. 11-CV-2509-LHK

- 3 -