| | |
|---|---|
| 1 | Robert A. Mittelstaedt (State Bar No. 60359) |
| | ramittelstaedt@JonesDay.com |
| 2 | Craig E. Stewart (State Bar No. 129530) |
| | cestewart@JonesDay.com |
| 3 | JONES DAY |
| | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
| | Telephone:   (415) 626-3939 |
| 5 | Facsimile:   (415) 875-5700 |
| 6 | Catherine T. Zeng (State Bar No. 251231) |
| | czeng@jonesday.com |
| 7 | JONES DAY |
| | 1755 Embarcadero Road |
| 8 | Palo Alto, CA  94303 |
| | Telephone:   (650) 739-3939 |
| 9 | Facsimile:   (650) 739-3900 |
| 10 | Attorneys for Defendant |
| | INTUIT INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION** | **Case No. 11-CV-2509  LHK** |
| **THIS DOCUMENT RELATES TO:** | **DECLARATION OF LISA K. BORGESON IN SUPPORT OF RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| **All Actions** | |

DECLARATION OF LISA K. BORGESON
CASE NO. 11-CV-2509 LHK

I, LISA K. BORGESON, declare:

I am Assistant General Counsel at Intuit Inc. ("Intuit") and have held this position since September, 2008. I make this declaration based on personal knowledge and, if called upon to do so, could testify competently thereto.

1. I make this declaration in support of Intuit's Renewed Motion to Seal documents filed in connection with Defendants' Opposition to Plaintiffs' Motion for Class Certification and Plaintiffs' Reply in Support of Motion for Class Certification.

2. I have reviewed the following documents, with particular attention to the portions that Intuit seeks to redact:

   a. Exhibit 19 to the Declaration of Christina Brown filed in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, the Declaration of Mason Stubblefield and Exhibits A-D attached thereto.

   b. Exhibit 20 to the Declaration of Christina Brown filed in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, the Declaration of Christopher Galy.

   c. Exhibit 29 to the Declaration of Dean M. Harvey in support of Plaintiffs' Consolidated Reply, INTUIT_035842.

   d. Plaintiffs' Consolidated Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer, page 19, lines 1 through 5

3. In my employment at Intuit, I am regularly involved in matters related to human resources and employment and am familiar with Intuit's policies and practices regarding the confidentiality of its compensation data, strategies and methods. Intuit's salary and compensation data, strategies and methods are non-public, highly sensitive and confidential, and private to Intuit and its employees. I am also familiar with Intuit's practices regarding the confidentiality of certain recruiting strategies, methods, data and practices. This information is also non-public and proprietary to Intuit. The information contained in pages and the exhibits noted below is confidential information about how Intuit has chosen to structure its employee compensation and

DECLARATION OF LISA K. BORGESON
CASE NO. 11-CV-02509 LHK

how Intuit finds and recruits candidates for employment. It could cause Intuit competitive harm if this information was publically known. Public dissemination of this information would deprive Intuit of the investment it has made in developing its compensation and recruiting practices and strategies and allow others to unfairly benefit from this information.

4.  It is Intuit's practice to treat compensation and recruiting data and information produced in this action as confidential and I believe Intuit has taken reasonable steps to ensure this data remains confidential. These steps include limiting the number of persons who have access to data through electronic controls and conducting confidentiality trainings. Intuit has continued to protect the identified data and information from public disclosure by designating them as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order in this case.

5.  Specifically, Intuit seeks to keep the following redacted portions of the Exhibit 19 to the Declaration of Christina Brown filed in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, the Declaration of Mason Stubblefield and Exhibits A-D attached thereto under seal:

- **Paragraph 7** contains confidential information about the way Intuit determines compensation for its employees. This is confidential Intuit employment and compensation information.

- **Paragraph 8** contains information about Intuit's job codes and structure. This is confidential Intuit employment information.

- **Paragraphs 9, 10 and 11** contain information about the Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.

- **Paragraphs 12 and 13** contain information about Intuit's compensation policies and training materials. This is confidential Intuit employment and compensation information.

- **Paragraph 14** contains information about how Intuit determines merit increases for employees. This is confidential Intuit employment and compensation information.

- **Paragraph 15** contains information about how Intuit determines promotion and adjustment increases for employees. This is confidential Intuit employment and compensation information.
- **Paragraph 16** contains information about how Intuit determines compensation for new employees. This is confidential Intuit employment and compensation information.
- **Paragraph 17** contains information about how Intuit determines bonus compensation for employees. This is confidential Intuit employment and compensation information.
- **Paragraph 18** contains information about how Intuit determines equity grants for employees. This is confidential Intuit employment and compensation information.
- **Paragraphs 19 and 20** contain information about Intuit's compensation practices and strategies. This is confidential Intuit employment and compensation information.
- **Paragraphs 21 and 22** contain information about how Intuit obtains market information related to compensation and Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Paragraph 23** contains information related to Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Paragraph 24** contains information related to Intuit's compensation practices. This is confidential Intuit employment and compensation information.

**Exhibit A to Stubblefield Declaration:**

- **Pages 2, 3 and 4** contain information about Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Pages 5, 6 and 7** contain information about how Intuit evaluates employee performance and skills. This is confidential Intuit employment and compensation information.
- **Page 8** contains information about Intuit's annual compensation budgets. This is confidential Intuit employment and compensation information.
- **Pages 9, 10, 11 and 12** contain information related to determining individual Intuit

employee compensation.  This is confidential Intuit employment and compensation information.

- **Pages 13, 14 and 15** contain information related to determining individual Intuit employee equity grants.  This is confidential Intuit employment and compensation information.
- **Page 16** contains information related to Intuit employee evaluations**.**  This is confidential Intuit employment and compensation information.
- **Page 18** contains information about employee eligibility for pay decisions within Intuit's Talent and Pay Tool.  This is confidential Intuit employment and compensation information.
- **Pages 19, 20 and 21** contain information about Intuit's Talent and Pay Tool.  This is confidential Intuit employment and compensation information.
- **Pages 23 and 24** contain information about Intuit's Stock Tool.  This is confidential Intuit employment and compensation information.
- **Pages 25 and 28** contain information related to Intuit employee evaluations**.**  This is confidential Intuit employment and compensation information.
- **Page 29** contains information related to determining individual Intuit employee equity grants.  This is confidential Intuit employment and compensation information.
- **Page 32, 34, 35, 36 and 37** contain information about Intuit's Talent and Pay Tool.  This is confidential Intuit employment and compensation information.
- **Page 38 and 39** contain information about Intuit's Stock Tool.  This is confidential Intuit employment and compensation information.

**Exhibit B to Stubblefield Declaration:**

- **Pages 2, 4, 5, 6, 7 and 9** contain information related to Intuit employee evaluations.  This is confidential Intuit employment and compensation information.
- **Page 10** contains information related to Intuit employee evaluations and compensation strategies and practices.  This is confidential Intuit employment and compensation information.

- **Pages 11, 12 and 13** contain information related Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Page 14** contains information about Intuit's Talent and Pay Tool. This is confidential Intuit employment and compensation information.
- **Pages 15, 16 and 17** contain information related to Intuit employee evaluations. This is confidential Intuit employment and compensation information.
- **Pages 18 and 19** contain information related to Intuit's performance and pay evaluations for impacted employees. This is confidential Intuit employment and compensation information.
- **Pages 20, 21, 23 and 24** contain information related to Intuit employee evaluations and compensation decisions. This is confidential Intuit employment and compensation information.
- **Page 26** contains information related to Intuit's compensation budgets. This is confidential Intuit employment and compensation information.
- **Page 27** contains information related to Intuit's employee evaluations. This is confidential Intuit employment and compensation information.
- **Pages 28 and 29** contain information related to Intuit's employee bonuses. This is confidential Intuit employment and compensation information.
- **Page 30** contains information related to Intuit's equity grants. This is confidential Intuit employment and compensation information.

**Exhibit C to Stubblefield Declaration:**

- **Pages 7, 8, 9, 10, 11 and 12** contain information related to Intuit employee evaluations. This is confidential Intuit employment and compensation information.
- **Page 14** contains information related to Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Pages 15 and 16** contains market information related to Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.

- 6 -

- **Pages 18, 19 and 20** contains information related to Intuit's bonus pool funding and determinations.  This is confidential Intuit employment and compensation information.
- **Page 21** contains information related to Intuit's compensation budgets.  This is confidential Intuit employment and compensation information.
- **Page 22 and 23** contain information related to employee evaluations.  This is confidential Intuit employment and compensation information.
- **Page 25** contains information related to Intuit's compensation strategies.  This is confidential Intuit employment and compensation information.
- **Page 26** contains market reference information related to Intuit employee evaluations.  This is confidential Intuit employment and compensation information.
- **Page 27 and 28** contain information related to employee evaluations.  This is confidential Intuit employment and compensation information.
- **Pages 30, 31, 32 and 33** contain information related to Intuit employee evaluations and compensation strategies and practices.  This is confidential Intuit employment and compensation information.
- **Pages 35 and 36** contain information related to Intuit's equity and stock grants.  This is confidential Intuit employment and compensation information.
- **Page 38** contains information related to Intuit's compensation decisions.  This is confidential Intuit employment and compensation information.
- **Page 42 and 43** contains information about Intuit's Talent and Pay Tool.  This is confidential Intuit employment and compensation information.  This is confidential Intuit employment and compensation information.
- **Page 44** contains information about how Intuit uses market data related to compensation. This is confidential Intuit employment and compensation information.
- **Pages 45 and 46** contain information about Intuit's equity and stock grants.  This is confidential Intuit employment and compensation information.
- **Page 48, 49, 50 and 51** contain information related to Intuit's compensation decisions.  This is confidential Intuit employment and compensation information.

- **Notes pages 7, 8, 9, 10, 11 and 12** contain information related to Intuit employee evaluations. This is confidential Intuit employment and compensation information.
- **Notes page 14** contains information related to Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Notes pages 15 and 16** contain market information related to Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Notes pages 18, 19 and 20** contain information related to Intuit's bonus pool funding and determinations. This is confidential Intuit employment and compensation information.
- **Notes page 21** contains information related to Intuit's compensation budgets. This is confidential Intuit employment and compensation information.
- **Notes page 22 and 23** contain information related to employee evaluations. This is confidential Intuit employment and compensation information.
- **Notes page 25** contains information related to Intuit's compensation strategies. This is confidential Intuit employment and compensation information.
- **Notes page 26** contains market reference information related to Intuit employee evaluations. This is confidential Intuit employment and compensation information.
- **Notes page 27 and 28** contain information related to employee evaluations. This is confidential Intuit employment and compensation information.
- **Notes pages 30, 31, 32 and 33** contain information related to Intuit employee evaluations and compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Notes pages 35 and 36** contain information related to Intuit's equity and stock grants. This is confidential Intuit employment and compensation information.
- **Notes page 38** contains information related to Intuit's compensation decisions. This is confidential Intuit employment and compensation information.
- **Notes page 42 and 43** contains information about Intuit's Talent and Pay Tool. This

is confidential Intuit employment and compensation information. This is confidential Intuit employment and compensation information.

- **Notes page 44** contains information about how Intuit uses market data related to compensation. This is confidential Intuit employment and compensation information.
- **Notes pages 45 and 46** contain information about Intuit's equity and stock grants. This is confidential Intuit employment and compensation information.
- **Notes page 48, 49, 50 and 51** contain information related to Intuit's compensation decisions. This is confidential Intuit employment and compensation information.

**Exhibit D to Stubblefield Declaration:**

- **Page 2** contains information related to Intuit's compensation strategies and practices. This is confidential Intuit employment and compensation information.
- **Pages 3 and 4** contain information about Intuit's equity grants. This is confidential Intuit employment and compensation information.
- **Page 5** contains information related to Intuit's compensation decisions. This is confidential Intuit employment and compensation information.
- **Pages 6 and 7** contain information related to Intuit's bonus pool funding. This is confidential Intuit employment and compensation information.
- **Pages 8, 9, 10, 11 and 12** contain information related to Intuit's peer group and related evaluations. This is confidential Intuit employment and compensation information.

6. Additionally, Intuit seeks to keep the following redacted portions of the Exhibit 20 to the Declaration of Christina Brown filed in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification, the Declaration of Christopher Galy under seal:

- **Paragraph 4** contains information related to the specific methods Intuit uses to identify and recruit potential candidates for employment. This is confidential Intuit employment, recruiting and hiring strategy information.
- **Paragraph 5** contains information related to how Intuit structures its recruiting department and the specific methods Intuit uses to identify and recruit potential

candidates for employment. This is confidential Intuit employment, recruiting and hiring strategy information.

- **Paragraphs 6 and 7** contain information related to how Intuit works to fill open job requisitions. This is confidential Intuit employment, recruiting and hiring strategy information.
- **Paragraph 9** contains information related to Intuit's review of applications and interviews for potential candidates for employment. This is confidential Intuit employment, recruiting and hiring strategy information.
- **Paragraph 10** contains information related to how compensation is determined for new hires. This is confidential Intuit employment, recruiting and hiring strategy information.
- **Paragraphs 11 and 12** contain information and statistics related to Intuit employees' previous employers. This is confidential Intuit employment, recruiting and hiring strategy information.
- **Paragraphs 13 and 14** contain information related to specific recruiting methods. This is confidential Intuit employment, recruiting and hiring strategy information.
- **Paragraph 17** contains information related how Intuit works to fill open job requisitions. This is confidential Intuit employment, recruiting and hiring strategy information.

7. Additionally, Intuit seeks to keep the following redacted portions of the Declaration of Dean M. Harvey in support of Plaintiffs' Consolidated Reply, INTUIT_035842 under seal:

- **Page 4** contains information related to Intuit's compensation decisions and employee evaluations. This is confidential Intuit employment and compensation information.
- **Page 5 and 6** contain information related to Intuit's compensation budgets. This is confidential Intuit employment and compensation information.
- **Page 7 and 8** contain information related to Intuit's bonus and equity compensation. This is confidential Intuit employment and compensation information.

- **Pages 9, 10, 11 and 13** contain information about Intuit's employee evaluations and pay decisions. This is confidential Intuit employment and compensation information.

- **Pages 13 and 14** contain information about Intuit's employee performance ratings and evaluations. This is confidential Intuit employment and compensation information.

- **Page 15** contains information related to the timing of Intuit's employee performance evaluations. This is confidential Intuit employment and compensation information.

- **Pages 17, 18, 19, 20, 21, 22 and 23** contain information about Intuit's employee evaluations and pay decisions. This is confidential Intuit employment and compensation information.

- **Pages 24 and 25** contain information about Intuit's bonus compensation decisions. This is confidential Intuit employment and compensation information.

- **Page 26** contains information about employee evaluations and bonus compensation decisions. This is confidential Intuit employment and compensation information.

- **Page 27** contains information related to Intuit's compensation decisions and employee evaluations. This is confidential Intuit employment and compensation information.

- **Pages 28, 29, 30, 31, 32, 33, 34 and 35** contains information related to Intuit's equity and stock grants decisions and employee evaluations. This is confidential Intuit employment and compensation information.

- **Pages 36, 37, 38, 42, 43 44 and 46 through 54** contain information about Intuit's Talent and Pay Tool and compensation decisions. This is confidential Intuit employment and compensation information.

- **Pages 56, 57, 58, 59 and 60 contain** information about Intuit's Stock Tool and compensation decisions. This is confidential Intuit employment and compensation information.

8. Intuit seeks to keep the following redacted portions of the Plaintiffs' Consolidated Reply in Support of Motion for Class Certification and Opposition to Defendants' Motion to Strike the Report of Dr. Edward E. Leamer under seal:

- **Page 19, lines 1 through 5,** quote an Intuit document marked "HIGHLY

- 11 -

CONFIDENTIAL- ATTORNEYS EYES ONLY" and purport to describe specific information about how Intuit determines individual employee compensation, including the timing of those decisions and the steps involved.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 22nd day of January, 2013 in Mountain View, California.

_____
Lisa K. Borgeson

SVI-119190v1

- 12 -

DECLARATION OF LISA K. BORGESON
CASE NO. 11-CV-02509 LHK