# MAYER·BROWN

Mayer Brown LLP
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112

Main Tel +1 650 331 2000
Main Fax +1 650 331 2060
www.mayerbrown.com

**BY ECF FILING & HAND DELIVERY**

January 22, 2013

**Eric B. Evans**
Direct Tel +1 650 331 2063
Direct Fax +1 650 331 4563
eevans@mayerbrown.com

The Honorable Paul S. Grewal
San Jose Federal Courthouse
Courtroom 5 - 4th Floor
280 South 1st Street, San Jose, CA 95113

Dear Judge Grewal:

Google Inc. and Plaintiffs in the above-entitled action understand that this Court entered an order resolving Plaintiffs' Motion to Shorten Time (Dkt. No. 280) from the bench during the Case Management Conference held on January 17, 2013. Plaintiffs filed the Motion to Shorten Time in order to resolve challenges to Google's privilege claims in advance of several relevant depositions, the first of which is scheduled to take place on Wednesday, January 30, 2013.

Specifically, Google and Plaintiffs understand the Court's order to be that:

1. Google shall have until Friday, January 25, 2013 to file an Opposition to Plaintiffs' Motion to Compel, not to exceed eight pages of briefing;

2. Plaintiffs shall not file a Reply to their Motion to Compel; and

3. Upon Google's filing of its Opposition to Plaintiffs' Motion to Compel, the Court will consider the matter submitted on the papers.

Respectfully submitted,

Eric B. Evans

cc:   The Honorable Lucy H. Koh

   Joseph R. Saveri, Esq.
   Joseph Saveri Law Firm

   Kelly Dermody, Esq.
   Lieff Cabraser Heimann & Bernstein, LLP

Mayer Brown LLP operates in combination with other Mayer Brown entities with offices in Europe and Asia
and is associated with Tauil & Chequer Advogados, a Brazilian law partnership.