```
1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  lrubin@mayerbrown.com
   EDWARD D. JOHNSON (SBN 189475)
3  wjohnson@mayerbrown.com
   DONALD M. FALK (SBN 150256)
4  dfalk@mayerbrown.com
   ERIC B. EVANS (SBN 232476)
5  eevans@mayerbrown.com
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, CA 94306-2112
7  Telephone:   (650) 331-2000
   Facsimile:   (650) 331-2061
8
   Attorneys for Defendant
9  Google Inc.
```

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF FRANK WAGNER IN SUPPORT OF RENEWED ADMINISTRATIVE MOTION TO SEAL** |

I, Frank Wagner, declare:

1. I am Director of Compensation at Google Inc. ("Google"). I have personal knowledge of the facts set forth in this Declaration and, if called to testify, could and would competently thereto.

2. I have served as Director of Compensation at Google since April 2007. As Director of Compensation, I manage all aspects of compensation for Google personnel worldwide, including base salary, bonus, equity, recognition awards., and benefits. Accordingly,

I am familiar with Google's internal decision-making process and business strategy relating to compensation of Google employees, including Google's strategic considerations and internal deliberations regarding compensation for individual employees (which includes salary, bonus, equity grants, recognition awards and benefits).

3. As part of my responsibilities, I am also familiar with Google's internal decision-making process and business strategy relating to offers of employment as well as counteroffers made to Google employees who have received offers from other firms. In addition, I am familiar with Google's strategy over time in response to increased or diminished competition in the labor market and with the general recruiting strategies and practices employed by Google.

4. I have read and reviewed Exhibit 4 to the Declaration of Dean M. Harvey in Support of Plaintiffs' Consolidated Reply in Support of Motion for Class Certification, which contains excerpts from the deposition transcript of Arnnon Geshuri, dated August 17, 2012 ("Exhibit 4"). I understand that Google previously sought to seal Exhibit 4 in its entirety based on my declaration in support of an administrative motion to seal (see Dkt. 261), which explained that Exhibit 4 contained confidential and highly sensitive details about Google's recruiting strategies and resources. I understand that the Court denied this request. However, certain discrete portions of Exhibit 4 contain specific information related to the number of recruiters that Google employed in its recruiting and staffing organization. If those numbers were made public, Google would suffer competitive harm because Google's competitors and their respective human resource organizations would discover, and therefore better understand, the amount of resources that Google devotes to recruiting.

//

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 22, 2013 in Mountain View, California.

_____
Frank Wagner