Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER DOCKET NO. 11-CV-2509-LHK<br><br>**NOTICE OF COMPLIANCE WITH THE COURT'S JANUARY 15, 2013 ORDER RE MOTIONS TO SEAL** |

1  Plaintiffs hereby provide notice of compliance with the Court's January 15, 2013 Order re
2  Motions to Seal ("the Order"; Dkt. 273). The Order requires Plaintiffs to re-file "each motion and
3  exhibit to a motion where the Court has denied a request to seal," regarding documents Plaintiffs
4  lodged with the Court, under seal, in the first instance. Dkt. 273 at 26. The Order requires
5  Defendants to do the same regarding documents Defendants lodged with the Court, under seal, in
6  the first instance. *Id.*

7  Following the Court's Order, and following the January 17, 2013 Case Management
8  Conference, Defendants Adobe, Intel, Intuit, and Google contacted Plaintiffs to request that
9  Plaintiffs redact additional information beyond the redactions authorized by the Order. These
10  Defendants stated they would file renewed requests to seal regarding this information. In an
11  abundance of caution and as a courtesy, Plaintiffs agreed to make the requested redactions
12  pending the Court's review of Defendants' requests. Plaintiffs are not renewing their requests to
13  seal any of their own information described in the Order, and will be filing this information in the
14  public record today. Defendants also requested an opportunity to review the relevant documents
15  prior to Plaintiffs filing them in the public record. Plaintiffs agreed and provided Defendants with
16  the documents at issue in advance of filing.

18  Dated: January 22, 2013   Respectfully submitted,

19                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

21                            By:  */s/ Dean Harvey*
                                    Dean Harvey

22                            Richard M. Heimann (State Bar No. 63607)
                              Kelly M. Dermody (State Bar No. 171716)
23                            Eric B. Fastiff (State Bar No. 182260)
                              Brendan Glackin (State Bar No. 199643)
24                            Dean Harvey (State Bar No. 250298)
                              Anne B. Shaver (State Bar No. 255928)
25                            Lisa J. Cisneros (State Bar No. 251473)
                              275 Battery Street, 29th Floor
26                            San Francisco, CA  94111-3339
                              Telephone:  (415) 956.1000
27                            Facsimile:  (415) 956.1008

1076160.1                                    - 1 -                NOTICE OF COMPLIANCE WITH THE COURT'S
                                                                  JANUARY 15, 2013 ORDER RE MOTIONS TO SEAL
                                                                  MASTER DOCKET NO. 11-CV-2509-LHK

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

1076160.1 — - 2 - — NOTICE OF COMPLIANCE WITH THE COURT'S JANUARY 15, 2013 ORDER RE MOTIONS TO SEAL
MASTER DOCKET NO. 11-CV-2509-LHK