1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Joseph P. Forderer (State Bar No. 278774)
   Dean Harvey (State Bar No. 250298)
4  Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James D. Dallal (State Bar No.  277826)
9  JOSEPH SAVERI LAW FIRM
   255 California, Suite 450
10 San Francisco, California 94111
   Telephone: 415.500.6800
11 Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM OF LAW IN SUPPORT**<br><br>Date:      January 17, 2013<br>Time:      1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge:     Honorable Lucy H. Koh |

I, Anne B. Shaver, declare:

    1.    I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and am admitted to practice before the United States

1 District Court for the Northern District of California. I am one of the counsel for the Plaintiffs in
2 this action. I make this declaration based on my own personal knowledge. If called upon to
3 testify, I could and would testify competently to the truth of the matters stated herein.

4 **Deposition Testimony**

5     2.    Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from
6 the Rule 30(b)(6) deposition of Apple witness Mark Bentley, dated August 23, 2012.

7     3.    Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from
8 the Rule 30(b)(6) deposition of Google witness Arnnon Geshuri, dated August 17, 2012.

9     4.    Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from
10 the Rule 30(b)(6) deposition of Pixar witness Lori McAdams, dated August 2, 2012.

11     5.    Attached hereto as Exhibit4 is a true and correct copy of transcript excerpts from
12 the Rule 30(b)(6) deposition of Adobe witness Donna Morris, dated August 21, 2012.

13     6.    Attached hereto as Exhibit5 is a true and correct copy of transcript excerpts from
14 the Rule 30(b)(6) deposition of Pixar witness Jim Morris, dated August 3, 2012.

15 **Declarations**

16     7.    Attached hereto as Exhibit 6 is a true and correct copy of a declaration from
17 Plaintiff and Class Member Michael Devine.

18     8.    Attached hereto as Exhibit 7 is a true and correct copy of a declaration from
19 Plaintiff and Class Member Mark Fichtner.

20     9.    Attached hereto as Exhibit 8 is a true and correct copy of a declaration from
21 Plaintiff and Class Member Siddharth Hariharan.

22     10.    Attached hereto as Exhibit 9 is a true and correct copy of a declaration from
23 Plaintiff and Class Member Brandon Marshall.

24     11.    Attached hereto as Exhibit 10 is a true and correct copy of a declaration from
25 Plaintiff and Class Member Daniel Stover.

26 **Documents Produced by Defendant Adobe**

27     12.    Attached hereto as Exhibit 11 is a true and correct copy of ADOBE_000421-22.
28     13.    Attached hereto as Exhibit 12 is a true and correct copy of ADOBE_000853-54.

| | |
|---|---|
| 1 | 14. Attached hereto as Exhibit 13 is a true and correct copy of ADOBE_001092-93. |
| 2 | 15. Attached hereto as Exhibit 14 is a true and correct copy of ADOBE_002773-88. |
| 3 | 16. Attached hereto as Exhibit 15 is a true and correct copy of ADOBE_005950-67. |
| 4 | 17. Attached hereto as Exhibit 16 is a true and correct copy of ADOBE_007186-87. |

**Documents Produced by Defendant Apple, Inc.**

18. Attached hereto as Exhibit 17 is a true and correct copy of 231APPLE002140.

19. Attached hereto as Exhibit 18 is a true and correct copy of 231APPLE002143-44.

20. Attached hereto as Exhibit 19 is a true and correct copy of 231APPLE002145.

21. Attached hereto as Exhibit 20 is a true and correct copy of 231APPLE002149.

22. Attached hereto as Exhibit 21 is a true and correct copy of 231APPLE002217-19.

23. Attached hereto as Exhibit 22 is a true and correct copy of 231APPLE041661-62.

24. Attached hereto as Exhibit 23 is a true and correct copy of 231APPLE073139.

**Documents Produced by Defendant Google**

25. Attached hereto as Exhibit 24 is a true and correct copy of GOOG-HIGH TECH-00000107-109.

26. Attached hereto as Exhibit 25 is a true and correct copy of GOOG-HIGH-TECH-00007574-76.

27. Attached hereto as Exhibit 26 is a true and correct copy of GOOG-HIGH TECH-00007715-18.

28. Attached hereto as Exhibit 27 is a true and correct copy of GOOG-HIGH TECH-00007725-26.

29. Attached hereto as Exhibit 28 is a true and correct copy of GOOG-HIGH TECH-00007731-32.

30. Attached hereto as Exhibit 29 is a true and correct copy of GOOG-HIGH TECH-00008283-84.

31. Attached hereto as Exhibit 30 is a true and correct copy of GOOG-HIGH-TECH-00009391.

32. Attached hereto as Exhibit 31 is a true and correct copy of GOOG-HIGH TECH-

1  00009764.

2  33.   Attached hereto as Exhibit 32 is a true and correct copy of GOOG-HIGH TECH-
3  00023106-07.

4  34.   Attached hereto as Exhibit 33 is a true and correct copy of GOOG-HIGH TECH
5  00023132.

6  35.   Attached hereto as Exhibit 34 is a true and correct copy of GOOG-HIGH TECH-
7  00023206-12.

8  36.   Attached hereto as Exhibit 35 is a true and correct copy of GOOG-HIGH TECH-
9  00024458-59.

10  37.   Attached hereto as Exhibit 36 is a true and correct copy of GOOG-HIGH TECH-
11  00053679-81.

12  38.   Attached hereto as Exhibit 37 is a true and correct copy of GOOG-HIGH-TECH-
13  00056790.

14  39.   Attached hereto as Exhibit 38 is a true and correct copy of GOOG-HIGH TECH-
15  00056879.

16  40.   Attached hereto as Exhibit 39 is a true and correct copy of GOOG-HIGH TECH-
17  00057458-60.

18  41.   Attached hereto as Exhibit 40 is a true and correct copy of GOOG-HIGH TECH-
19  00058235-36.

20  42.   Attached hereto as Exhibit 41 is a true and correct copy of GOOG-HIGH-TECH-
21  0058410-12.

22  43.   Attached hereto as Exhibit 42 is a true and correct copy of GOOG-HIGH TECH-
23  00056840-43.

24  44.   Attached hereto as Exhibit 43 is a true and correct copy of GOOG-HIGH-TECH-
25  00192980-87.

26  45.   Attached hereto as Exhibit 44 is a true and correct copy of GOOG-HIGH-TECH-
27  00193305-08.

28  46.   Attached hereto as Exhibit 45 is a true and correct copy of GOOG-HIGH-TECH-

00193360-67.

47.   Attached hereto as Exhibit 46 is a true and correct copy of GOOG-HIGH-TECH-00193377-82.

48.   Attached hereto as Exhibit 47 is a true and correct copy of GOOG-HIGH-TECH-00194984-85.

49.   Attached hereto as Exhibit 48 is a true and correct copy of GOOG-HIGH-TECH-00196204-06.

50.   Attached hereto as Exhibit 49 is a true and correct copy of GOOG-HIGH-TECH-00196286-87.

**Documents Produced by Defendant Intel**

51.   Attached hereto as Exhibit 50 is a true and correct copy of 76526DOC000004.

52.   Attached hereto as Exhibit 51 is a true and correct copy of 76526DOC000007.

53.   Attached hereto as Exhibit 52 is a true and correct copy of 76526DOC000011-14.

54.   Attached hereto as Exhibit 53 is a true and correct copy of 76577DOC000464-66.

55.   Attached hereto as Exhibit 54 is a true and correct copy of 76579DOC015618-837.

56.   Attached hereto as Exhibit 55 is a true and correct copy of 76606DOC000420-22.

57.   Attached hereto as Exhibit 56 is a true and correct copy of 76614DOC010212.

58.   Attached hereto as Exhibit 57 is a true and correct copy of 76616DOC002617.

**Documents Produced by Defendant Intuit**

59.   Attached hereto as Exhibit 58 is a true and correct copy of INTUIT_000013-15.

60.   Attached hereto as Exhibit 59 is a true and correct copy of INTUIT_039098-100.

**Documents Produced by Defendant LucasFilm**

61.   Attached hereto as Exhibit 60 is a true and correct copy of LUCAS00013507.

**Documents Produced by Defendant Pixar**

62.   Attached hereto as Exhibit 61 is a true and correct copy of PIX00000229.

63.   Attached hereto as Exhibit 62 is a true and correct copy of PIX00006025.

64.   Attached hereto as Exhibit 63 is a true and correct copy of PIX00002262-24.

65.   Attached hereto as Exhibit 64 is a true and correct copy of PIX0003600.

1    66.   Attached hereto as Exhibit 65 is a true and correct copy of PIX00004051-2.

2    67.   Attached hereto as Exhibit 66 is a true and correct copy of PIX00004883.

3    68.   Attached hereto as Exhibit 67 is a true and correct copy of PIX00006023.

4    69.   Attached hereto as Exhibit 68 is a true and correct copy of PIX00006025.

5    70.   Attached hereto as Exhibit 69 is a true and correct copy of PIX00009416.

6    71.   Attached hereto as Exhibit 70 is a true and correct copy of PIX00015306-08.

**Department of Justice Competitive Impact Statement**

72.   Attached hereto as Exhibit 71 is a true and correct copy of the Department of Justice's Competitive Impact Statement in *United States v. Adobe Systems Inc., et al.*, No. 10-cv-1629-RBW (D.D.C. Sept. 24, 2010) (Dkt. No. 2).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed October 1, 2012, in San Francisco, California.

/s/ *Anne B. Shaver*
Anne B. Shaver