# EXHIBIT 1

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5

 6   IN RE:  HIGH-TECH EMPLOYEE     )

 7   ANTITRUST LITIGATION           )

 8                                  )   No. 11-CV-2509-LHK

 9   THIS DOCUMENT RELATES TO:      )

10   ALL ACTIONS.                   )

11   _____)

12

13

14          CONFIDENTIAL - ATTORNEYS' EYES ONLY

15            VIDEO DEPOSITION OF MARK BENTLEY

16                    August 23, 2012

17

18

19

20   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

21

22

23

24

25
```

| | | |
|---|---|---|
| 09:07:00 | 1 | in front of the jury in this case? |
| 09:07:01 | 2 | A.  I do. |
| 09:07:02 | 3 | Q.  And do you understand that you have an |
| 09:07:03 | 4 | obligation to tell the truth today? |
| 09:07:05 | 5 | A.  I do. |
| 09:07:06 | 6 | Q.  Now, if you don't understand my questions, |
| 09:07:09 | 7 | would you please let me know and I'll do my best to |
| 09:07:11 | 8 | rephrase them.  Do you understand that? |
| 09:07:13 | 9 | A.  I will do that. |
| 09:07:14 | 10 | Q.  Okay.  And have you had your deposition taken |
| 09:07:17 | 11 | before? |
| 09:07:18 | 12 | A.  Have I had a deposition taken before? |
| 09:07:20 | 13 | Q.  Yes. |
| 09:07:20 | 14 | A.  Yes, I have. |
| 09:07:21 | 15 | Q.  Okay.  So I'm -- if -- I'm going to assume some |
| 09:07:26 | 16 | familiarity with the process.  It's important for the |
| 09:07:29 | 17 | reporter to get clean answers, so will you let me finish |
| 09:07:31 | 18 | my question before you answer it? |
| 09:07:33 | 19 | A.  Okay. |
| 09:07:34 | 20 | Q.  And will you try to do your best to answer my |
| 09:07:37 | 21 | questions audibly? |
| 09:07:38 | 22 | A.  Yes, I will. |
| 09:07:45 | 23 | Q.  With what companies did Apple have |
| 09:07:49 | 24 | no-cold-calling agreements? |
| 09:07:51 | 25 | MR. RILEY:  Objection.  Assumes facts. |

```
09:07:58   1              THE WITNESS:  Can you please repeat the
09:07:59   2     question.
09:07:59   3              MR. SAVERI:  Read it back, please.
09:08:01   4              (Record read as follows:  With what companies
09:08:01   5          did Apple have no-cold-calling agreements?)
09:08:06   6              MR. SAVERI:  Let me make sure I get this right.
09:08:08   7          Q.  With what companies did Apple have
09:08:13   8     no-cold-calling agreements?
09:08:15   9              MR. RILEY:  Same objection.
09:08:16  10              THE WITNESS:  There is only one company that I
09:08:18  11     know of in which we had a -- an agreement not to cold
09:08:22  12     call.
09:08:23  13              MR. SAVERI:  Q.  And what company is that?
09:08:25  14          A.  That was Google.
09:08:29  15          Q.  Can you describe for me generally what you
09:08:43  16     understood -- strike that.
09:08:46  17              Could you describe for me generally what the
09:08:48  18     terms of that agreement with Google were.
09:08:53  19          A.  I will answer that question to the best of my
09:08:55  20     ability.  It was somewhat dynamic.  There was a period
09:08:58  21     of time, given our business relationship with Google
09:09:02  22     going back a few years ago, in which we did not actively
09:09:07  23     cold call into the company, although we were still
09:09:09  24     recruiting.
09:09:15  25          Q.  And when did that agreement begin?
```

```
09:09:20  1         A.   I don't remember exact dates, but it was prior
09:09:23  2    to Eric Schmidt becoming a board member of Apple.
09:09:30  3         Q.   Could you give me the approximate year.
09:09:36  4         A.   I'm taking a guess here.
09:09:38  5         Q.   Give me your best recollection of when it
09:09:40  6    began.
09:09:43  7         A.   2005.
09:09:44  8         Q.   Were you working with Apple at the time?
09:09:47  9         A.   Yes, I was working with Apple.
09:09:50 10         Q.   And who told you first about the agreement?
09:09:56 11         A.   I'm not sure -- I didn't necessarily know there
09:09:58 12    was an agreement in place before I understood that we
09:10:00 13    were not actively cold calling out of Google.
09:10:04 14         Q.   Okay.
09:10:04 15         A.   And that understanding came from my boss who
09:10:06 16    was Danielle Lambert who was vice president of HR.
09:10:12 17              (Reporter clarification.)
09:10:12 18              MR. SAVERI:  Q.  Now, Mr. Bentley, you
09:10:15 19    are -- you seem a little soft spoken to me.  It's
09:10:17 20    really important that you keep your voice up,
09:10:19 21    particularly in this room, so at least we have a
09:10:21 22    good record of that.  Okay?
09:10:23 23         A.   Okay.
09:10:23 24         Q.   Thank you.
09:10:25 25         A.   So I'm soft spoken as it is, but I'll do my
```

| | | |
|---|---|---|
| 09:10:30 | 1 | best. |
| 09:10:30 | 2 | Q.  And I -- I suffer from the same flaw.  So let's |
| 09:10:34 | 3 | do our best to at least fill this part of the room with |
| 09:10:39 | 4 | our voices.  Okay? |
| 09:10:41 | 5 | A.  Understood. |
| 09:10:42 | 6 | Q.  Did Ms. Lambert -- well, strike that. |
| 09:10:50 | 7 | What did Ms. Lambert tell you when she informed |
| 09:10:52 | 8 | you about the -- the policy with respect to no cold |
| 09:10:58 | 9 | calling Google employees? |
| 09:11:02 | 10 | A.  I did not necessarily know there was a policy |
| 09:11:04 | 11 | in place.  It was my understanding that we were not |
| 09:11:08 | 12 | recruiting out of Google at the time -- excuse me -- we |
| 09:11:11 | 13 | were not cold calling into Google because of the |
| 09:11:14 | 14 | strategic relationship with Google. |
| 09:11:17 | 15 | Q.  Did Ms. Lambert tell you that? |
| 09:11:20 | 16 | A.  I believe on occasion we had talked about it. |
| 09:11:22 | 17 | Q.  When you heard about it the first time, did you |
| 09:11:24 | 18 | hear about it from Ms. Lambert? |
| 09:11:28 | 19 | A.  I believe so. |
| 09:11:28 | 20 | Q.  And did she communicate that to you in person |
| 09:11:32 | 21 | or in writing? |
| 09:11:34 | 22 | A.  I don't recall. |
| 09:11:47 | 23 | Q.  And can you describe for me generally what |
| 09:11:50 | 24 | restrictions you understood that -- could you tell me |
| 09:12:00 | 25 | generally what the restrictions that Ms. Lambert was |

| | | |
|---|---|---|
| 09:12:05 | 1 | describing put on your job or your responsibilities with |
| 09:12:08 | 2 | respect to recruiting? |
| 09:12:11 | 3 |     A.  At the time that -- at the time that this |
| 09:12:14 | 4 | occurred, I was the director of the executive search |
| 09:12:17 | 5 | team, and I managed approximately a 12-person team.  And |
| 09:12:22 | 6 | it was my understanding that we were not to actively |
| 09:12:25 | 7 | cold call into Google.  We were still hiring from |
| 09:12:30 | 8 | Google. |
| 09:12:31 | 9 |     Q.  Did you understand at the time that Google had |
| 09:12:34 | 10 | agreed to adopt a similar policy or practice with |
| 09:12:37 | 11 | respect to the recruiting of Apple employees? |
| 09:12:40 | 12 |         MR. RILEY:  Objection to the form of the |
| 09:12:41 | 13 | question. |
| 09:12:44 | 14 |         THE WITNESS:  I did not.  I did not necessarily |
| 09:12:47 | 15 | know that there was a -- I did not know what Google's |
| 09:12:51 | 16 | understanding was. |
| 09:12:52 | 17 |         MR. SAVERI:  Q.  Okay.  At what point in |
| 09:12:54 | 18 | time did you understand that there was an agreement |
| 09:12:56 | 19 | between Google and Apple with respect to no cold |
| 09:13:00 | 20 | calling? |
| 09:13:01 | 21 |     A.  I don't remember the approximate dates. |
| 09:13:03 | 22 |     Q.  Could you give me, generally, a time or a |
| 09:13:05 | 23 | milestone or a year? |
| 09:13:06 | 24 |     A.  I believe it may have been end of 2005, maybe |
| 09:13:11 | 25 | beginning of 2006. |

09:13:12  1      Q.  Who told you there was an agreement?

09:13:16  2      A.  Again, it wasn't clear to me that there was

09:13:18  3  actually an agreement in place.  I had -- I had seen an

09:13:23  4  email from my boss.

09:13:25  5      Q.  And when you say your boss, are you talking

09:13:27  6  about Ms. Lambert?

09:13:30  7      A.  Danielle Lambert.

09:13:34  8      Q.  And is the -- was the email from Ms. Lambert

09:13:41  9  the first time you understood there was an agreement

09:13:44 10  between Google and Apple with respect to no cold

09:13:47 11  calling?

09:13:50 12      A.  It was my understanding there was an

09:13:52 13  understanding.  I'm not sure I'd characterize it as an

09:13:54 14  agreement.

09:13:54 15      Q.  Okay.  Fair enough.  Maybe "agreement" is a

09:13:57 16  lawyer's word.  But at least at that point in time, you

09:14:00 17  understood there was an understanding between Google and

09:14:03 18  Apple with respect to no cold calling.  Is that fair?

09:14:06 19      A.  That is fair.  It was my understanding that

09:14:08 20  this was not unilateral.

09:14:27 21      Q.  Did you understand the understanding applied to

09:14:30 22  all employees of Google and Apple?

09:14:34 23           MR. RILEY:  Objection.  Question is vague.

09:14:39 24           THE WITNESS:  It was my understanding that we

09:14:40 25  were not to cold call into Google.

```
09:14:44  1              MR. SAVERI:  Q.  At all?
09:14:46  2         A.  That was my understanding.
09:14:59  3         Q.  At the time that you learned of this
09:15:01  4    understanding, were there business collaborations
09:15:05  5    between Apple and Google?
09:15:06  6         A.  It was my understanding there was.
09:15:09  7         Q.  Was the understanding, with respect to no cold
09:15:13  8    calling, limited in any way to the persons working on
09:15:16  9    those projects or collaborations?
09:15:21 10              MR. RILEY:  Objection.  No foundation.
09:15:24 11              THE WITNESS:  My understanding that we were
09:15:25 12    working across a large swath of -- both companies were
09:15:30 13    working with each other across a large swath of the
09:15:33 14    company.
09:15:34 15              MR. SAVERI:  Q.  So -- but my question was,
09:15:36 16    was the understanding limited in any way to the
09:15:41 17    persons working on those collaborations or projects
09:15:44 18    between the two companies?
09:15:45 19              MR. RILEY:  Objection.  No foundation.
09:15:54 20              THE WITNESS:  I don't recall.
09:15:57 21              MR. SAVERI:  Q.  And when you say "I don't
09:15:58 22    recall," do you mean no, or do you mean you don't
09:16:00 23    have a recollection?
09:16:03 24         A.  Meaning, as I think back about this now, Google
09:16:06 25    was a much smaller company back then, and they were
```

| | | |
|---|---|---|
| 09:40:36 | 1 | Lambert. |
| 09:40:38 | 2 | Q. And did you understand that she passed that |
| 09:40:40 | 3 | complaint on to Mr. Jobs? |
| 09:40:42 | 4 | A. I did understand that. |
| 09:40:44 | 5 | Q. And you understood that Mr. Jobs passed that |
| 09:40:47 | 6 | complaint on to Mr. Schmidt; correct? |
| 09:40:49 | 7 | A. Yes. |
| 09:40:51 | 8 | Q. And did you understand that, for example, |
| 09:40:54 | 9 | Mr. Schmidt terminated people at Google as a result of |
| 09:40:58 | 10 | this? |
| 09:40:59 | 11 | MR. RILEY: Objection. No foundation. |
| 09:41:02 | 12 | THE WITNESS: That's not my understanding. |
| 09:41:04 | 13 | MR. SAVERI: Q. Okay. |
| 09:41:05 | 14 | A. I don't know if Mr. Schmidt terminated someone |
| 09:41:09 | 15 | at Google specifically because of this. I'm not sure if |
| 09:41:13 | 16 | there were other variables involved or not. |
| 09:41:19 | 17 | Q. Okay. Did Apple ever receive complaints from |
| 09:41:23 | 18 | Google about -- strike that. |
| 09:41:26 | 19 | Did Apple ever receive complaints from Google |
| 09:41:31 | 20 | to the effect that Apple had violated its understanding |
| 09:41:34 | 21 | with Google? |
| 09:41:41 | 22 | A. I don't recall. |
| 09:41:44 | 23 | Q. Is it your testimony that Apple never received, |
| 09:41:48 | 24 | to the best of your recollection, any complaints from |
| 09:41:50 | 25 | Google to that effect? |

| | | |
|---|---|---|
| 09:41:53 | 1 | A. It is the best of my recollection that we never |
| 09:41:57 | 2 | received any complaints about cold calling into Google. |
| 09:42:02 | 3 | I don't know if there was any complaints received about |
| 09:42:06 | 4 | recruiting out of Google. |
| 09:42:08 | 5 | Q. Did you, from time to time, check with the |
| 09:42:11 | 6 | people that you supervised to ensure that they were |
| 09:42:15 | 7 | complying with the understanding with Google? |
| 09:42:24 | 8 | A. There was -- there were times in which there |
| 09:42:28 | 9 | was communication between me and some of the folks on my |
| 09:42:32 | 10 | team about clarifying one's candidacy at Apple from |
| 09:42:42 | 11 | Google. |
| 09:42:43 | 12 | Q. Isn't it true that after you complained about |
| 09:42:46 | 13 | Google violating the understanding, that you checked |
| 09:42:52 | 14 | with the people that worked for you at Apple to make |
| 09:42:56 | 15 | sure that no one at Apple had violated that |
| 09:42:59 | 16 | understanding? |
| 09:43:00 | 17 | A. I believe I may have done so. |
| 09:43:05 | 18 | Q. Did Apple have a no-cold-calling agreement with |
| 09:43:07 | 19 | Adobe? |
| 09:43:16 | 20 | A. That's not my understanding. It's my |
| 09:43:19 | 21 | understanding that we had -- there was sensitivity |
| 09:43:23 | 22 | involved, in periods of time, with Apple cold calling |
| 09:43:27 | 23 | into Adobe because of our business relationship. I |
| 09:43:32 | 24 | don't know if -- there was no agreement in my mind. |
| 09:43:45 | 25 | Q. Okay. I -- I don't understand your last |

```
09:43:49  1   answer.  Let me ask the question again.  Is it your
09:43:51  2   testimony that there was or was not an agreement between
09:43:54  3   Apple and Adobe with respect to cold calling?
09:43:57  4       A.   It's my understanding that we had -- Adobe was
09:44:01  5   on our sensitive list for periods of time because of our
09:44:05  6   business relationship.  I don't know -- I have no idea
09:44:08  7   if there was an agreement between Apple and Adobe as it
09:44:10  8   relates to cold calling into each other's companies.
09:44:15  9       Q.   And when you say you "have no idea," what do
09:44:18 10   you mean?
09:44:21 11       A.   Meaning, I don't know what was discussed.
09:44:22 12       Q.   Okay.
09:44:23 13       A.   I don't know what was discussed, if things were
09:44:25 14   discussed, how it was discussed.
09:44:28 15       Q.   Were you told, by Ms. Lambert or someone else
09:44:31 16   at Apple, that there was an agreement between Apple and
09:44:34 17   Adobe with respect to cold calling?
09:44:38 18            And maybe I should use a better -- let me
09:44:41 19   withdraw that question.
09:44:42 20            Were you told by Ms. Lambert, or someone else
09:44:44 21   at Apple, that there was an understanding between Apple
09:44:47 22   and Adobe with respect to cold calling?
09:44:53 23       A.   I don't recall.  Specifically I recall there
09:44:58 24   being sensitivity about cold calling in Adobe because of
09:45:00 25   our business relationship; and frankly, that was very
```

```
09:45:04  1   dynamic.
09:45:25  2        Q.  Are you aware that in the Department of
09:45:30  3   Justice's Competitive Impact Statement, in the case
09:45:36  4   against Apple and others with respect to these
09:45:40  5   cold-calling agreements, that the Government stated that
09:45:43  6   beginning no later than May 2005, Apple requested an
09:45:47  7   agreement from Adobe to refrain from cold calling each
09:45:50  8   other's employees?
09:45:53  9            MR. RILEY:  Objection.  No foundation.
09:45:58 10            THE WITNESS:  I'm not aware of that.  The
09:45:59 11   reason I'm having trouble with this one is I was
09:46:05 12   specifically involved in recruiting an executive out of
09:46:11 13   Adobe.  Actively recruiting somebody out of Adobe.  I'm
09:46:14 14   not sure what time frame that was and if it's within
09:46:16 15   these time zones.
09:46:18 16            MR. SAVERI:  Q.  You said "an executive."
09:46:20 17   Does that mean one person?
09:46:23 18        A.  In that period of time, yes.
09:46:24 19        Q.  And who was that person?
09:46:26 20        A.  A gentleman by the name of Ben Dillon who was
09:46:29 21   at Macromedia.
09:46:30 22        Q.  And was that -- was he at Macromedia before --
09:46:33 23   I'm sorry, was he at Macromedia after Adobe bought
09:46:37 24   Macromedia?
09:46:38 25        A.  I believe so, yes.
```

```
09:46:39  1        Q.  But my question is, do you deny that beginning
09:46:50  2   no later than May 2005, Apple requested an agreement
09:46:53  3   from Adobe to refrain from cold calling each other's
09:46:56  4   employees?
09:46:58  5             MR. RILEY:  Objection to the form of the
09:46:59  6   question.
09:47:02  7             THE WITNESS:  I don't know about that.  I just
09:47:05  8   don't know about that.
09:47:15  9             MR. SAVERI:  Q.  Did you ever discuss that
09:47:17 10   subject with Ms. Lambert?
09:47:18 11             MR. RILEY:  Objection.  The question is vague.
09:47:23 12             THE WITNESS:  I believe we may have discussed
09:47:24 13   it on occasion.  Adobe -- it was a porous -- during a
09:47:34 14   period of time, there was sensitivity about cold calling
09:47:37 15   into Adobe because of our strategic relationship.  That
09:47:41 16   was ambiguous to me and to some recruiters, and I did
09:47:47 17   not want to go out of my way to spend a lot of time
09:47:53 18   clarifying that because we were -- we were successfully
09:47:58 19   recruiting out of Adobe.
09:48:00 20             MR. SAVERI:  Q.  Did you discuss that
09:48:02 21   subject with Ms. Lambert?
09:48:05 22             And when I say "that subject," I mean the --
09:48:09 23   let me -- let me withdraw the question.
09:48:12 24             Was Apple -- excuse me.
09:48:13 25             Was Adobe on the no-cold-calling list that
```

```
09:48:16   1    you've maintained?
09:48:18   2         A.   There was a period of time that I believe Adobe
09:48:19   3    was on that list.
09:48:21   4         Q.   Who told you to put Adobe on the list?
09:48:25   5         A.   I don't recall.
09:48:26   6         Q.   Was it Ms. Lambert?
09:48:30   7         A.   Don't recall if it was Ms. Lambert or
09:48:34   8    Mr. Okamoto.
09:48:37   9         Q.   Was there a point in time when Adobe was taken
09:48:40  10    off that list?
09:48:49  11         A.   I believe there was a time that Adobe was taken
09:48:50  12    off the list.
09:48:52  13         Q.   When?
09:48:52  14         A.   I don't recall.
09:48:53  15         Q.   Did you take Adobe off the list?
09:49:02  16         A.   If Adobe was taken off the list, it would have
09:49:04  17    come by my direction.
09:49:05  18         Q.   Who gave you direction to take Adobe off the
09:49:08  19    list?  Did you decide yourself?
09:49:11  20         A.   The -- this is porous.  So this --
09:49:17  21         Q.   I'm sorry, I don't mean to interrupt you.  When
09:49:20  22    you say "porous," I want to make sure I understand what
09:49:22  23    you mean by that.
09:49:24  24         A.   What I mean by that is I think there may be a
09:49:27  25    sense that this was very black and white, or there is a
```

```
09:49:30  1   specific date in which this just gets cut off, a light
09:49:34  2   switch gets turned on or turned off, and that's just not
09:49:36  3   how it worked.
09:49:38  4          If, when Adobe was on that no-cold-call list,
09:49:42  5   it may have been on there for some time, but the reality
09:49:47  6   is recruiting had never stopped, and it was very
09:49:50  7   difficult to keep track of when cold calls were actually
09:49:57  8   made.  And it is my understanding that Adobe, at some
09:50:02  9   points in time, was viewed as not as an important
09:50:07 10   strategic as it once was.  And it fell off the list at
09:50:11 11   some point in time.
09:50:13 12       Q.  When you say "fell off," I mean, you maintain
09:50:14 13   the list; right?
09:50:17 14          MR. RILEY:  Objection.  Misstates his
09:50:22 15   testimony.
09:50:22 16          MR. SAVERI:  Q.  Did you maintain the
09:50:24 17   no-cold-calling list?
09:50:26 18       A.  It was organic.  I -- as the head of
09:50:28 19   recruiting, that list was under my jurisdiction.
09:50:31 20       Q.  And who instructed you to remove Adobe from
09:50:35 21   that list?
09:50:37 22       A.  I don't recall.
09:50:38 23       Q.  And do you recall when you were instructed to
09:50:40 24   take Adobe off the list?
09:50:42 25       A.  I don't recall.
```

```
 1              I, Gina V. Carbone, Certified Shorthand
 2    Reporter licensed in the State of California, License
 3    No. 8249, hereby certify that the deponent was by me
 4    first duly sworn and the foregoing testimony was
 5    reported by me and was thereafter transcribed with
 6    computer-aided transcription; that the foregoing is a
 7    full, complete, and true record of said proceedings.
 8              I further certify that I am not of counsel or
 9    attorney for either of any of the parties in the
10    foregoing proceeding and caption named or in any way
11    interested in the outcome of the cause in said caption.
12              The dismantling, unsealing, or unbinding of
13    the original transcript will render the reporter's
14    certificates null and void.
15              In witness whereof, I have hereunto set my
16    hand this day:  July 6, 2012.
17              ___X___ Reading and Signing was requested.
18              _____ Reading and Signing was waived.
19              _____ Reading and signing was not requested.
20
21
22                      _____
23                      GINA  V. CARBONE
24                      CSR 8249, RPR, CCRR
25
```