# EXHIBIT 8

| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 63607) |
| | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | Brendan P. Glackin (State Bar No. 199643) |
| 3 | Dean M. Harvey (State Bar No. 250298) |
| | Anne B. Shaver (State Bar No. 255928) |
| 4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA  94111-3339 |
| | Telephone:  (415) 956-1000 |
| 6 | Facsimile:  (415) 956-1008 |

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile:  (415) 500-6803

*Interim Co-Lead Counsel for Plaintiffs and Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF SIDDHARTH HARIHARAN IN SUPPORT OF PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:         December 13, 2012<br>Time:        1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge:       Honorable Lucy H. Koh |

1056915.1

HARIHARAN DECL ISO
CLASS CERTIFICATION
MASTER DOCKET NO. 11-CV-2509-LHK

1    I, Siddharth Hariahran, declare as follows:

2    1.   I make this statement on the basis of my personal knowledge and, if called as a witness, could and would testify as to its contents.  I worked for Defendant Lucasfilm Ltd. ("Lucasfilm") as a Software Engineer, on a salaried basis, from January 8, 2007 through approximately August 15, 2008.   I am a named plaintiff in this lawsuit.

3    2.   Before filing this lawsuit, I became aware of the United States Department of Justice ("DOJ") investigation regarding agreements Lucasfilm, and other Defendants entered into to eliminate competition for labor.  I believe I was harmed by such no cold calling or no solicitation agreements, and that my wages and those of other employees like me were artificially suppressed.

4    3.   I retained counsel to file a class action lawsuit on my behalf, and on behalf of a class of other similarly situated individuals, to hold Defendants accountable for their wrongful acts, to seek compensation for those the Defendants harmed, and to deter such misconduct in the future.  That case was filed in California Superior Court, Alameda County, on May 4, 2011.  The case was subsequently removed by Defendants to United States District Court for the Northern District of California.  On September 12, 2011, my case was consolidated with four other similar cases, and my counsel filed a Consolidated Amended Complaint on September 13, 2011.  (Dkt. No. 65.

5    4.   I seek appointment as a class representative so that I may represent other people with similar claims and damages.  I believe a class lawsuit will save time, money, and effort, and thus will benefit all parties and the Court.  I believe this class action is an important tool to assure Defendants' compliance with the law and to ensure just compensation to all those similarly situated to me.

6    5.   I understand the duties of a class representative to include the following:

    a.   A class representative represents the interests of all members of the class to recover damages for the class, and any other relief as appropriate.

    b.   A class representative has claims which are typical of those of the class, and thus involve common issues of law or of fact.  For example, as a class representative, my

- 1 -

1 claims against Defendants are typical of the class claims against them, because each class
2 member incurred damages as a result of the same course of Defendants' misconduct.

       c.     A class representative always considers the interests of the class just as the class representative considers his or her own interests.

       d.     A class representative participates actively in the lawsuit, such as by testifying at deposition and trial, answering written interrogatories, and by keeping generally aware of the status and progress of the lawsuit. I have participated actively in this lawsuit and will continue to do so. I have made myself available for deposition. I have answered several interrogatories, and I have supplemented those answers twice, at Defendants' request. I have searched and provided all documents in my custody or control responsive to Defendants' document requests. I have followed the status and progress of this lawsuit.

       e.     A class representative recognizes and accepts that any resolution of the lawsuit, such as by settlement or dismissal, is subject to court approval, and must be in the best interests of the class as a whole.

6. If the Court appoints me as a class representative I will perform these duties to the best of my ability.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed on September 30, 2012 in British Columbia, Canada.

By: _____