**Exhibit 11**

| | |
|---|---|
| From: | Natalie Kessler [nkessler@adobe.com] |
| Sent: | Tuesday, June 17, 2008 3:19 PM |
| To: | DL-TA NA Recruiters |
| Cc: | DL-TA WW Recruiters |
| Subject: | Off-Limit List |
| Attachments: | Talent Acquisition-Offlimit Companies.pdf |

Hi team,

Attached is the revised list of off-limit companies that we can recruit from. Nuance and Synopsys have been taken off the list (NA team: I also removed them as off-limits in FiFi).

Best,
Nat
~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Natalie Kessler
WW Talent Operations
Adobe Systems Incorporated
151 Almaden Blvd., MS A11-428
San Jose, CA 95110
408.536-4530 Phone, 408.537-4010 Fax
nkessler@adobe.com
www.adobe.com/careers

*This e-mail may contain confidential information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.*

AB_CID 000421
HIGHLY CONFIDENTIAL

6/8/2009

ADOBE_000421
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Talent Acquisition
Companies that are off limits
(Updated: June 17, 2008)

| Company | Notes |
| --- | --- |
| Apple | Do not pro-actively solicit candidates from Apple. However, if a candidate from this company applies to a position, you can pursue. |
| Bell Canada | Do not hire candidates from Bell Canada until further notice. |
| EFI | Do not pro-actively solicit candidates from EFI. However, if a candidate from this company applies to a position, you can pursue. |
| EMC | Do not pro-actively solicit candidates from EMC. However, if a candidate from EMC applies to a position, you can pursue. |
| New Toronto Group (NTG) | Do not pro-actively solicit candidates from NTG. However, if a candidate from this company applies to a position, you can pursue. |
| SoftChoice | Do not pro-actively solicit candidates from SoftChoice. In the past we have hired a number of people from SoftChoice which is Adobe's 5th largest reseller. With the growth in in-side sales we have just hired another 3 in the last year. So in the last few years we have hired about 7 people from Softchoice. We need this to settle a bit. We will revisit this after Q1 of 2008. |
| SAP | Do not pro-actively solicit candidates from SAP. However, if a candidate from this company applies to a position, you can pursue. |
| Syncroquest | This company is based in the Ukraine. An absolute do-not-call/do-not-hire list. This is a company we are partnering with. As such, we agreed to a written no-hire/no-recruit agreement. |

**Note: Nuance and Synopsys have been taken off the list**

AB_CID 000422
HIGHLY CONFIDENTIAL

Page 1 of 1

ADOBE_000422
CONFIDENTIAL - ATTORNEYS' EYES ONLY