**Exhibit 12**

| **From:** | Donna Morris <dcmorris@adobe.com> |
| **Sent:** | Sunday, May 29, 2005 10:01 AM |
| **To:** | 'Jeff Vijungco' <jeff@adobe.com> |
| **Subject:** | FW: Recruitment of Apple Employees |

Jeff - hope you are having a good long weekend - can you pls see the note below from TT to me and Shantanu to the eteam re-apple.. We need to work together/you and I to determine our route with the recruiters - lets discuss this wk, d

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities

---

**From:** Gloria Stinson [mailto:gstinson@adobe.com]
**Sent:** Sunday, May 29, 2005 9:00 AM
**To:** 'Theresa Townsley'; 'Donna Morris'
**Subject:** RE: Recruitment of Apple Employees

good message

---

**From:** Theresa Townsley [mailto:townsley@adobe.com]
**Sent:** Saturday, May 28, 2005 9:18 PM
**To:** 'Donna Morris'; 'Gloria Stinson'
**Subject:** FW: Recruitment of Apple Employees

I wanted you to see the message Shantanu sent to the eteam.
t

---

**From:** owner-eteam@adobe.com [mailto:owner-eteam@adobe.com] **On Behalf Of** Shantanu Narayen
**Sent:** Saturday, May 28, 2005 6:55 AM
**To:** eteam@adobe.com
**Subject:** FW: Recruitment of Apple Employees

I wanted to let you all know that Bruce, Theresa and I discussed the issue of recruiting with Apple.  We don't want the gloves off – it doesn't do either company any good and we don't want Steve personally recruiting our key talent.  We've agreed that we will not solicit employees.

Let us know if you have questions.

---

**From:** Theresa Townsley [mailto:townsley@adobe.com]
**Sent:** Friday, May 27, 2005 9:49 PM
**To:** Donna Morris
**Cc:** Shantanu Narayen; Bruce Chizen; Gloria Stinson
**Subject:** Recruitment of Apple Employees

Hi Donna,

Bruce and Steve Jobs have an agreement that we are not to solicit ANY Apple employees, and vice versa. It is okay if they come to us through our referral program. However, if it looks like we have an Apple employee as a candidate for a senior role at Adobe (Director and VP), we need to let Bruce know so he can talk to Steve.

HIGHLY CONFIDENTIAL

AB_CID000853

**ADOBE_000853
CONFIDENTIAL**

Please ensure all your worldwide recruiters know that we are not to solicit any Apple employee. I know Jerry is soliciting one now, so he'll need to back off. Please help him with how to do that.

Let me know if you have any questions.
t

HIGHLY CONFIDENTIAL

AB_CID000854

**ADOBE_000854
CONFIDENTIAL**