**Exhibit 13**

| | |
|---|---|
| **From:** | owner-na_lcp@adobe.com on behalf of Ray Tum <rtum@adobe.com> |
| **Sent:** | Thursday, May 11, 2006 1:45 PM |
| **To:** | na_lcp@adobe.com |
| **Subject:** | na_lcp: Targeting - Finding Companies To Research |

Team:

A couple of interesting ways from Conroy on identifying companies for targeting research.  I know Bonnie, Akeem, and Deanna have been successful with the list of expired CLP customers.

CNBC also has a show called Mad Money with Jim Kramer…he's always talking about companies that are doing well and growing…some well-known and some really obscure.  More importantly, these growing companies should also be growing in their Adobe/MM usage and should have the money to pay up.  ☺

And if you're into reading news instead of watching it on TV, I know Annie reads WSJ each day and has a good pulse on interesting companies.  Give it a try.

If you have other ways of findings targets to research, feel free to share.

Thanks.

/Ray

---

**From:** Conroy Shum
**Sent:** Thursday, May 11, 2006 9:08 AM
**To:** Ray Tum; Martin Bruce
**Subject:** RE: Apple - Possible Target

Hey Martin,

Nice, looking at the top Fortune 1000.  I would encourage you to possibly look at some more obscure (but equally large) companies that may have been off of everybody's radar.  You can get all kinds of large Company names and ideas if you watch CNBC in the morning or some other business channel.  OR if I may suggest, look for companies who use to be CLP customers of Adobe, but have since NOT renewed their agreements.

Con

---

**From:** Ray Tum
**Sent:** Wednesday, May 10, 2006 5:42 PM
**To:** Martin Bruce
**Cc:** Conroy Shum
**Subject:** RE: Apple - Possible Target

Martin:

Apple would be a great target to look into.  Unfortunately, Bruce and Steve Jobs have a gentleman's agreement not to poach eachother's talent and to not do audits of eachother.

I'm copying Conroy in case that agreement has changed.

/Ray

---

**From:** Martin Bruce
**Sent:** Wednesday, May 10, 2006 4:46 PM

HIGHLY CONFIDENTIAL

AB_CID001092
ADOBE_001092
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**To:** Ray Tum
**Subject:** Apple - Possible Target

Hi Ray,

May I target Apple? Here is their profile:

- Adobe ProPub Named Account
- Adobe Sales Rep: Mike Riley
- Not in LCP Dashboard
- Maker of iPod, iTunes, desktop, and laptop computers
- 2005 Employees = 16,820
- Employees At HQ = 2,000
- 1-Year Employee Growth = 43.8%

Regards,

Martin

HIGHLY CONFIDENTIAL                                                                    AB_CID001093
                                                                                       ADOBE_001093
                                                      CONFIDENTIAL - ATTORNEYS' EYES ONLY