

- Role of FY'05 in larger company direction…
- --What was role of FY'04?
- --When we look back at FY'05 what will we want to say about it?
- --SVP Corporate Development
- --Senior Leaders leverage? (Left message for Donna Morris)

ADOBE_002773
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Overview



- Sourcing top talent / Talent Target
- Declines and Reasons
- Talent Attraction Challenges
- Next Steps

Adobe Confidential





HIGHLY CONFIDENTIAL
AB_CID002786
ADOBE_002776
CONFIDENTIAL - ATTORNEYS' EYES ONLY






ADOBE_002779
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Reasons for Declines



HIGHLY CONFIDENTIAL
AB_CID002790
ADOBE_002780
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Closer Look at Declines



HIGHLY CONFIDENTIAL	AB_CID002791
ADOBE_002781
CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

AB_CID002792
ADOBE_002782
CONFIDENTIAL - ATTORNEYS' EYES ONLY






HIGHLY CONFIDENTIAL　　AB_CID002795
ADOBE_002785
CONFIDENTIAL - ATTORNEYS' EYES ONLY





## Declined Offers – Closing Thoughts

- Are we limiting our ability to attract able to attract A's, especially in the Enterprise?
- Do we seek candidates in the comfort zone when top talent tends to want to move to stretch zone
- Can we grow without this talent?
- What is the revenue impact?
- Are we winning the talent war?
- Do we have the best people?
- Are the competitors winning the talent war?
- Do we want the left-overs from Yahoo, Google, Salesforce and Apple, etc....?


Adobe

Adobe Confidential

ADOBE_002787
CONFIDENTIAL - ATTORNEYS' EYES ONLY

