

- Role of FY'05 in larger company direction...
- --What was role of FY'04?
- --When we look back at FY'05 what will we want to say about it?
- --SVP Corporate Development
- --Senior Leaders leverage? (Left message for Donna Morris)

1

HIGHLY CONFIDENTIAL

AB_CID002783
ADOBE_002773
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Overview

- Sourcing top talent / Talent Target
- Declines and Reasons
- Talent Attraction Challenges
- Next Steps

Adobe Confidential

Adobe

HIGHLY CONFIDENTIAL

AB_CID002784
ADOBE_002774
CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL                                    AB_CID002785
                                                      ADOBE_002775
                           CONFIDENTIAL - ATTORNEYS' EYES ONLY



4

HIGHLY CONFIDENTIAL

AB_CID002786

**ADOBE_002776**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL

AB_CID002787
**ADOBE_002777**
CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

AB_CID002788
ADOBE_002778
CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

AB_CID002789
ADOBE_002779
CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

AB_CID002790
ADOBE_002780
CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

AB_CID002791
ADOBE_002781
CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

AB_CID002792
**ADOBE_002782**
**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL

AB_CID002793

ADOBE_002783

CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

AB_CID002794
ADOBE_002784
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Adobe Confidential

HIGHLY CONFIDENTIAL

AB_CID002795
ADOBE_002785
CONFIDENTIAL - ATTORNEYS' EYES ONLY



14

HIGHLY CONFIDENTIAL

AB_CID002796
ADOBE_002786
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Declined Offers – Closing Thoughts

- Are we limiting our ability to attract able to attract A's, especially in the Enterprise?
- Do we seek candidates in the comfort zone when top talent tends to want to move to stretch zone
- Can we grow without this talent?
- What is the revenue impact?
- Are we winning the talent war?
- Do we have the best people?
- Are the competitors winning the talent war?
- Do we want the left-overs from Yahoo, Google, Salesforce and Apple, etc....?


Adobe

Adobe Confidential

HIGHLY CONFIDENTIAL

AB_CID002797
**ADOBE_002787**
**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



16

HIGHLY CONFIDENTIAL

AB_CID002798
ADOBE_002788
CONFIDENTIAL - ATTORNEYS' EYES ONLY