**Exhibit 17**

Subject: google
Date: Fri, 18 Feb 2005 18:24:09 -0800
From: "Campbell, Bill" <bill_campbell@intuit.com>
To: "Steve Jobs (sjobs@apple.com)" <sjobs@apple.com>
Message-ID: <BEE0888C52AAFA4A8EE285BFD2FE4C390AE762B1@mtvex02.mv.intuit.com>

Steve

I am heading out of town in the AM (off to Montana) and wanted to give you the latest of what I heard from Google after talking to Eric Schmidt.. Eric told me that he got directly involved and firmly stopped all efforts to recruit anyone from Apple. Unfortunately (and you will be rightfully pissed), they had already extended an offer to Dave. When I talked to Eric, he simply felt that he could not rescind the offer, but felt that it was doubtful that Dave would take the offer since Google stopped recruiting the other two members of his team.

I am not leaving until 11:00AM if you want to talk.

Bill

------ end message ------

CONFIDENTIAL TREATMENT REQUESTED

CONFIDENTIAL

176APPLE002140
231APPLE002140