**Exhibit 19**

Subject: FW: Recruitment of Apple Employees
Date: Sat, 28 May 2005 06:22:46 -0700
From: "Bruce Chizen" <bchizen@adobe.com>
To: "Steve Jobs" <sjobs@apple.com>
Message-ID: <D7E5113BC7908A40BE31305B3E63E33A99CDAA@sj-mail1.corp.adobe.com>

fyi

**From:** Theresa Townsley [mailto:townsley@adobe.com]
**Sent:** Friday, May 27, 2005 9:49 PM
**To:** Donna Morris
**Cc:** Shantanu Narayen; Bruce Chizen; Gloria Stinson
**Subject:** Recruitment of Apple Employees

Hi Donna,

Bruce and Steve Jobs have an agreement that we are not to solicit ANY Apple employees, and vice versa.

Please ensure all your worldwide recruiters know that we are not to solicit any Apple employee. I know Jerry is soliciting one now, so he'll need to back off. Please help him with how to do that.

Let me know if you have any questions.
t

------ end message ------

CONFIDENTIAL TREATMENT REQUESTED

CONFIDENTIAL

176APPLE002145
231APPLE002145