**From:** David Alvarez <david.alvarez@apple.com>
**To:** Jonathan Geyer <jgeyer@apple.com>
**Subject:** List
**Received(Date):** Thu, 9 Jul 2009 17:25:08 -0700
[Handsofflist.doc](Handsofflist.doc)

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                       231APPLE041661

Exhibit 22

**Hands Off (Do Not Call List) :**

Microsoft – Mountain View (exchange group and Mac group)
Garmin
Palm
Adobe (Software partner)
Aspyr
AMD/ATI
Best Buy
CDW
Cingular
Comp USA (product re-seller)
Foxconn
Genentech (CEO sits on our board)
Google
Ingram Micro
Intel
Intuit (Common board members)
JCrew (Common board members)
Mac Zone
Nike (Common board members)
Nvidia
PC Connection
PC Mall
Pixar
Lucas
Quanta
Tech Data
Zones

CONFIDENTIAL - ATTORNEYS' EYES ONLY							231APPLE041662