**Exhibit 26**

| | |
|---|---|
| From: Arnnon Geshuri | Sent: 6/12/2007 10:44 AM |
| To: [ - ] recruiter@google.com; recruiting-coordinators@google.com; sourcers@google.com | |
| Cc: [ - ] | |
| Bcc: [ - ] | |
| Subject: Arnnon's Weekly Top Ten - Week of June 11, 2007 | |

Arnnon's Top 10

Week of June 11, 2007

10. Candidate Clearinghouse – Have you ever had a lead or candidate that you thought would be great for Google but was not a fit for the specific role for which you were recruiting? Perhaps you weren't sure where exactly they might fit within Google and didn't have time to research where there would be a fit. Well, the Collaborative Sourcing Team is just what you were looking for. In addition to sourcing passive candidates for various roles within Google, the team also acts as a clearinghouse for candidates and leads who aren't a fit for the roles for which they were interviewed or sourced, but who meet Google's hiring bar. The team is happy to take on the task of finding what other opportunities could be available for that candidate/lead, confirming the interest of the candidate in pursuing alternative opportunities and ensure they are inserted into the recruiting process as appropriate. To take advantage of the clearinghouse function, simply close the candidate out of the req they are currently in without sending a rejection e-mail and route to one of the team members: Nicole Kozlosky (nkozlosky) , Rachel Kinney (rkinney), David Rudman (drudman), Paul Hudson (pahudson), Mabel Lam (mabellam), Greg Schwan (gpschwan), and Morgan Missentzis (morganjane ) for possible consideration by other teams. If, as a sourcer or recruiter, you already know where the candidate might fit, then you may simply bypass the clearinghouse and route directly to the appropriate sourcer or recruiter. The purpose of the clearinghouse is to ensure qualified candidates are considered for all possible opportunities and are not lost in the system

9. Updated Do Not Call/Sensitive Company List – There have been some changes to the Do Not Call and Sensitive Company list. Intuit has been added to the list.

Please refer to the Hiring Policies and Protocols located here for the new document (Link: http://gweb.corp.google.com/staffing/library.cgi?action=file&docID=35707 ) and take a few moments to read through the list and keep it accessible for future reference.

8. Marissa Mayer Wins Leadership Award! The Forum for Women Entrepreneurs & Executives (FWE&E) honored Google's own Marissa Mayer with their prestigious Leadership Award. Established in 1995, the Leadership Award goes each year to a woman who has not only succeeded in the business world but who has also made significant contributions in leading the next generation of women executives. The award was given at the organization's 2007 Annual Dinner, with over 200 people in attendance.

With her fearless brand of leadership, her devotion to the professional development of her colleagues, and her far-reaching vision, Marissa couldn't be a more deserving recipient of the FWE&E's award.

7. Googlers @ Graduation - Googlers Larry Brilliant and Omid Kordestani recently offered some Googley words of wisdom to the classes of 2007. While their audiences and topics differed, both Larry and Omid honed in on basic Google tenets of following your passions, pushing perceived limits, and of course, not being evil.

Read Larry's address to the graduating class of Berkeley's School of Public Health and Omid's address at the 150th commencement of San Jose State University.

CONFIDENTIAL ATTORNEYS EYES ONLY                                                                GOOG-HIGH TECH-00007715

6. Laszlo goes to DC – Google Vice President of People Operations Laszlo Bock testified before the House Judiciary Subcommittee on Immigration, Citizenship, Refugees, Border Security, and International Law at the "Hearing on Comprehensive Immigration Reform: Business Community Perspectives." He spoke about the practical impact that our immigration system has on Google, our employees, and the ability of our company to compete, and he recommended changes to the H-1B visa program.

To stay competitive in a knowledge-based global economy, Laszlo explained, American companies depend on having the most talented workers. In many cases, these workers are born outside of the U.S. "Today, approximately eight percent of Google's employees in the United States are here on a six-year H-1B visa. These Googlers currently span 80 different countries of origin--from Argentina to Zambia. So, while nine out of ten of our employees are citizens or permanent residents, our need to find the specialized skills required to run our business successfully requires us to look at candidates from around the globe--many of whom are already in the U.S. studying at one of our great universities."

Due to limits on the number of H-1B visas, Google is regularly unable to pursue highly qualified candidates. This year, an estimated 133,000 visa applications were filed in the first two days for only 65,000 available spots. Over the last year alone, the artificially low cap on H-1B visas has prevented more than 70 Google candidates from receiving H-1B visas. Therefore, Laszlo said, "we would encourage Congress to significantly increase the annual cap of 65,000 H-1B visas, to a figure more reflective of the growth rate of our technology-driven economy." He also urged Congress to address the backlog of employment-based green cards for highly skilled workers.

As Congress considers various immigration reform proposals, Laszlo's testimony was an excellent opportunity for Google to illustrate for policymakers just how these programs help us continue to innovate.

Read the complete text of the testimony here, and watch video of Laszlo's testimony on YouTube.

5. Googlers Outside of Mountain View - As Eric mentioned in his strategy presentation, more than 50% of Googlers work outside of Mountain View. Which invites the question: where are they all? And here's the answer: http://go/globaloffices

- Click on the number of Googlers in the red circles to see a picture of everyone at that location. e.g. http://photos.corp.google.com/offices/Google.SydneyAustralia.html

- See all organizations by size and fraction outside MV and the US: http://photos.corp.google.com/offices/all.html (did you know that 91.5% of Direct Sales is outside Mountain View?)

- Look at specific organizations by selecting them from the drop-down menu at the upper left. e.g. http://photos.corp.google.com/offices/SalesDirectAdSales.html

- Zoom in on Europe or the US to see individual offices better

- Mouse over the numbers to see the name of each location

- Maps for all cost centers: http://photos.corp.google.com/offices/cc.html

- All of the above, including temps: http://photos.corp.google.com/offices/including_temps/Google.html

4. Google Europe Anita Borg Memorial Scholarship 2007 - Winner Announcement!

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007716

In an effort to recognize and celebrate the achievements of female students within computer science and related fields, Google awards the Anita Borg Scholarship every year. This year the Scholarship was awarded for the first time in Europe and we have invited 31 finalists to Google, of which 12 will be awarded a EUR 5000 Scholarship for the 2007-2008 academic year. More information on the Scholarship can be found at http://www.google.com/anitaborg-europe/.

The European Anita Borg scholars and finalists visited the Google Engineering Center in Zurich on Friday 1 June 2007 for a retreat, which will include Tech Talks, workshops and career panels.

Scholarship Recipients:

Angela Fabregues Vinent, Universitat Autònoma de Barcelona, Spain
Eshcar Hillel, Technion - Israel Institute of Technology, Haifa, Israel
Janice Giudice, Oxford University, UK
Katerina Makarova, Belarussian State University, Belarus
Liane Lewin-Eytan, Technion - Israel Institute of Technology, Haifa, Israel
Lucia Terrenghi, Ludwig-Maximilians-Universität Munich, Germany
Maria Magdalena Ortiz, Vienna University of Technology, Austria
Martina Umlauft, Vienna University of Technology, Austria
Monika Steinova, Comenius University Bratislava, Slovakia
Sabrina Pei-Yun Hsueh, University of Edinburgh, UK
Sini Ruhomaa, University of Helsinki, Finland
Yael Pritch, Hebrew University of Jerusalem, Israel


Please direct Scholarship questions to Beate List blist@google.com or Mark Detre markdetre@google.com



3. Frequent Audit Errors - Please take care to check your packets for all errors, including the following, before you submit your packet for audit:

* Missing data in GPA fields in education chart: If a degree has no GPA and is marked on a pass/fail basis, please enter "pass/fail" into the GPA column. If the candidate attended a school that does not have/release grades, please enter "N/A" in the GPA column and then explain why there is no grade and any possible academic awards they have won in "Additional Notes".
* Incorrect information for degrees not yet completed: If a candidate is currently studying for a degree, please include predicted GPA. Also, the end date should be the date the degree is due to be completed (NOT "in progress").
* HED conversions: Please only include the conversion scale relevant to the specific grades in the education chart, not the entire country's various conversion scales.
* Incorrect dates in work history chart: Please be careful to double check that you have marked the start/end dates in the in the candidate's work history consistently with the CV.


2. Training Schedule:

Google Leads Training:

Tuesday, June 12th, 9:00am – 12:00pm PDT

Life of an Offer Workshop:

Tuesday, June 12th, 9:30pm – 12:30pm PDT, Emerald Bay (1500, 1)

Tuesday, June 26th, 9:30pm – 12:30pm PDT

Offer Workflow Workshop:

Tuesday, June 12th, 2:00pm – 5:00pm PDT, Emerald Bay

Tuesday, June 26th, 2:00pm – 5:00pm PDT, Emerald Bay

Hiring Temporary Workers:

CONFIDENTIAL ATTORNEYS EYES ONLY					GOOG-HIGH TECH-00007717

Wednesday, June 27th, 2:00pm – 5:00pm PDT

Life of an Event Workshop:

Thursday, June 13th, 6:00pm – 8:30pm PDT (Dial-in for SEA)

+ To register for any staffing training session just send an email to Carson Page (carsonp@google.com) specifying which training you would like to attend and when.

+ For more information about the content of each class, visit the Staffing Training website at: http://gweb.corp.google.com/staffing/site.cgi?tab=training&page=training/training.html

1. Google in the News!

NYTimes.com: In Fierce Competition, Google Finds Novel Ways to Feed Hiring Machine - In Fierce Competition, Google Finds Novel Ways to Feed Hiring Machine

NYTimes.com: Moving Web-Based Software Offline - Moving Web-Based Software Offline

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007718