**Exhibit 27**

| | | |
|---|---|---|
| From: | Shona Brown | Sent:9/25/2005 7:18 AM |
| To: [ - ] | Arnnon Geshuri | |
| Cc: [ - ] | Joan Braddi; Omid Kordestani | |
| Bcc: [ - ] | | |
| Subject: | Re: Shona - for your review - Protocol for Do Not Cold Call and Sensitive Companies | |

Arnnon - Sorry for the delay in responding. Omid has been waiting for a response on this, and the delay is entirely my fault. I would like to finalize with you Monday AM, and then present in EMG, so Omid has his final version.

I have a couple of reactions. First, I wonder if "ebay; excluding paypal" should be on the sensitive list? Second, I would rephrase the emg member call-in to be "make a call letting them know we have MADE an offer and by exception if EMG deems necessary

On 9/15/05, Arnnon Geshuri <arnnon@google.com> wrote:

After speaking with Joan, enclosed is my recommendation for a protocol around "Do Not Cold Call" and "Sensitive" companies:

---------------------------------------------------------------------------------------------------------------------

Special Protocol for

"Do Not Cold Call" and "Sensitive" Companies

The following companies have special agreements and are part of the "Do Not Cold Call" list:

* Genentech
* Intel
* Apple
* Paypal
* Comcast

For each of these "Do Not Cold Call" companies we agreed to the following protocol:

* not to directly cold call into those companies;
* but, we would accept internal or external references that indicated that an individual was "looking;"
* and, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us)

Due to our partnerships, the following companies fall under the "Sensitive" companies list:

* AOL
* AskJeeves
* Earthlink
* NTL

For each of these "Sensitive" companies we agreed to the following protocol:

* Executive Recruiting: Inform EMG of any Director level or above candidate who we have engaged and who is

CONFIDENTIAL ATTORNEYS EYES ONLY                                                                          GOOG-HIGH TECH-00007725

starting the interview process at Google
* Executive Recruiting: If we go to offer with a Director or above candidate, Staffing should inform EMG and EMG will designate a senior exec to place a courtesy call into the Sensitive company to let them know we will be making and/or made an offer
* General Recruiting: For any non-exec position, we should be aware the company is on the Sensitive Company list but there are no restrictions to our recruiting from these companies at junior levels.

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007726