**Exhibit 28**

| | | |
|---|---|---|
| From: | Eric Schmidt | Sent:10/4/2005 9:41 PM |
| To: [ - ] | Shona Brown | |
| Cc: [ - ] | | |
| Bcc: [ - ] | | |
| Subject: | RE: Protocol for "Do Not Cold Call" and "Sensitive" Companies ---please comment to Arnnon ASAP if you have any changes | |

This looks very good Eric

_____

From: Shona Brown [mailto:shona@google.com]
Sent: Tuesday, October 04, 2005 7:58 PM
To: EMG
Cc: Judy Gilbert; Stacy Sullivan; Arnnon Geshuri
Subject: Protocol for "Do Not Cold Call" and "Sensitive" Companies ---please comment to Arnnon ASAP if you have any changes

[ OMID -- check with Arnnon before you go "live" with this] [JOAN - please confirm with Arnnon that you are comfortable with this final wording]

Special Protocol for "Do Not Cold Call" and "Sensitive" Companies

The following companies are part of the "Do Not Cold Call" list:

* Genentech
* Intel
* Apple
* Paypal
* Comcast

For each of these "Do Not Cold Call" companies the following protocol applies:

* We do not directly cold call into these companies
* We will accept internal or external references that indicate that an individual is "looking"
* And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us)
*
* Executive Recruiting: Staffing will inform EMG of any candidate for a Director level or above role at Google who we have engaged and who is starting the interview process at Google
* Executive Recruiting: If we decide to extend an offer to a Director/above candidate, Staffing will ask EMG to designate a senior exec to place a courtesy call into the "Do Not Cold Call" company to let them know we have made an offer
* Executive Recruiting: By exception, when EMG deems necessary, a designated senior exec will call into the "Do Not Cold Call" company to indicate we will be making an offer.

The following companies fall under the "Sensitive" companies list:

* AOL
* AskJeeves
* Earthlink
* eBay (excluding Paypal)
* NTL

For each of these "Sensitive" companies the following protocol applies:


* General Recruiting: For any non-exec position, Staffing should be aware the company is on the Sensitive Company list but there are no restrictions to our recruiting from these companies at junior levels.
*

CONFIDENTIAL ATTORNEYS EYES ONLY                                                                                                     GOOG-HIGH TECH-00007731

* Executive Recruiting: Staffing will inform EMG of any candidate for a Director level or above role at Google who we have engaged and who is starting the interview process at Google
* Executive Recruiting: If we decide to extend an offer to a Director/above candidate, Staffing will ask EMG to designate a senior exec to place a courtesy call into the "Sensitive" company to let them know we have made an offer
* Executive Recruiting: By exception, when EMG deems necessary, a designated senior exec will call into the "Sensitive" company to indicate we will be making an offer.

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007732