**Exhibit 29**



## Special Agreement Hiring Policy
## Protocol for "Do Not Cold Call" and "Sensitive" Companies

---

The following companies have special agreements with Google and are part of the **"Do Not Cold Call"** list.

<u>**Effective March 6, 2005:**</u>

- Genentech, Inc.
- Intel Corporation
- Apple Computer
- Paypal, Inc.
- Comcast Corporation

<u>**Effective January 20, 2006:**</u>

- OpenTV Corporation
- Invidia Technologies Corporation

<u>**Effective April 10, 2006:**</u>

- Intuit Inc.

<u>**Effective November 06, 2006:**</u>

- eBay, Inc.

Do not contact the following individuals from Intuit:



1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.

For each of these **"Do Not Cold Call"** companies, Google has agreed to the following protocol:

1. Not to directly cold call into those companies;

Revision 1106.2006                              **Google Inc.**

CONFIDENTIAL ATTORNEYS EYES ONLY                              GOOG-HIGH TECH-00008283



## Special Agreement Hiring Policy
## Protocol for "Do Not Cold Call" and "Sensitive" Companies

2. But, we would accept internal or external references that indicated that an individual was "looking;"
3. And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us).

---

Due to our partnerships, the following companies fall under the **"Sensitive"** companies list:

- AOL, Inc.
- AskJeeves, Inc.
- Clear Channel
- Earthlink, Inc.
- IBM
- Lycos
- NTL Incorporated

For each of these **"Sensitive"** companies we agreed to the following protocol:

1. Executive Recruiting:  Inform EMG of any Director level or above candidate who we have engaged and who is starting the interview process at Google
2. Executive Recruiting:  If we go to offer with a Director or above candidate, Staffing should inform EMG and EMG will designate a senior exec to place a courtesy call into the Sensitive company to let them know we have **made** an offer;
    a. And by exception, when EMG deems necessary, calling into a Sensitive company to indicate we will be **making** an offer.
3. General Recruiting:  For any non-exec position, we should be aware the company is on the Sensitive Company list but there are no restrictions to our recruiting from these companies at junior levels.

---

Please be cautious when recruiting teams from any company to keep our candidates and potential employees safe from legal action.  Most companies have non-solicit agreements which would limit or prohibit a candidate from asking a coworker to interview with us as well.

---

Revision 1106.2006                               **Google Inc.**