**Exhibit 30**

| | |
|---|---|
| From: Arnnon Geshuri | Sent: 6/5/2007 9:57 AM |
| To: [ - ] Carson Page; Karine Karpati (קרין) | |
| Cc: [ - ] Jenny Byrne | |
| Bcc: [ - ] | |
| Subject: Intuit is now officially a Do Not Call company | |

Carson,

Can you please update the DNC list to now include Intuit 100% do not call.

You can remove the names in appendix C and add in any subsidiaries.

Thanks,
Arnnon

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00009391