**Exhibit 31**

| | | |
|---|---|---|
| From: | Arnnon Geshuri | Sent: 6/6/2007 10:06 AM |
| To: [ - ] | Eric Schmidt | |
| Cc: [ - ] | Shona Brown; Laszlo Bock | |
| Bcc: [ - ] | | |
| Subject: | Changing Intuit's Status on the Do Not Call List | |

Eric,

During a brief conversation with Shona and Bill Campbell, Bill requested that Intuit be added fully to the Do Not Call list.

Currently, our non-solicit policy covers only 18 Intuit employees who were involved in the partnership discussions last year and therefore leaves the rest of the company's employee population open to our recruiting efforts. However, our staffing team has treated Intuit with great sensitivity because of our relationship and has not been proactively recruiting out of this organization.

The change to our Do Not Call policy will make our hands-off approach to Intuit explicit and ensure clarity.

Please confirm you are okay with the modification to the policy.

Thanks,
Arnnon

CONFIDENTIAL ATTORNEYS EYES ONLY					GOOG-HIGH TECH-00009764