**Exhibit 32**

| | | |
|---|---|---|
| From: | Arnnon Geshuri. | Sent:4/19/2007 2:04 PM. |
| To: [ - ] | Brad Strader. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Fwd: Hiring our guys. | |

Can you help me with this Eric firedrill. Same kind of spreadsheet we created in the past.

Let's check on █████ first to see if he actively came to us or we sourced him.

Thanks.

---------- Forwarded message ----------
From: Laszlo Bock <laszlo@google.com>
Date: Apr 19, 2007 1:50 PM
Subject: Re: Hiring our guys
To: Eric Schmidt < eschmidt@google.com>, Shona Brown <shona@google.com>, Arnnon Geshuri <arnnon@google.com>

(+Arnnon)
Eric,

We'll put Dell on "do not call" for the next 2 months.

Arnnon's team will investigate if this particular one was inbound or if we found him, and do a report of Dell folks in process today. We'll send a summary back to you so you have the facts for your next conversation with Michael.

Best,
-Laszlo

----- Original Message -----
From: Eric Schmidt <eschmidt@google.com>
To: Laszlo Bock; Shona Brown
Sent: Thu Apr 19 15:43:05 2007
Subject: FW: Hiring our guys

Lets put them on the "dont call into Dell" list for a while. Thanks eric

_____

From: Pam Shore [mailto: pshore@google.com]
Sent: Thursday, April 19, 2007 10:56 AM
To: Eric Schmidt; Shona Brown
Subject: Fwd: Hiring our guys

---------- Forwarded message ----------
From: Michael@dell.com <Michael@dell.com >
Date: Apr 19, 2007 8:12 AM
Subject: Hiring our guys
To: ericschmidt@google.com

Eric,

I learned recently that Google extend an offer to one of our sales guys,
█████

Not real happy about this and not the kind of think we would expect
given our partnership.

CONFIDENTIAL ATTORNEYS EYES ONLY                                                                                              GOOG-HIGH TECH-00023106

We should discuss next time we are together but I think we should have a general understanding that we are not actively recruiting from each other.

Michael

CONFIDENTIAL ATTORNEYS EYES ONLY                              GOOG-HIGH TECH-00023107