**Exhibit 33**

| From: | Eric Schmidt | Sent:5/14/2007 9:29 AM |
| To: [ - ] | Arnnon Geshuri | |
| Cc: [ - ] | Shona Brown; Laszlo Bock | |
| Bcc: [ ] | | |
| Subject: | RE: Recruiting from eBay/PayPal | |

Yes, good point. So as to not create an avalanche can you please propose and manage to a budget ! Thanks !ERic

_____

From: Arnnon Geshuri [mailto:arnnon@google.com]
Sent: Monday, May 14, 2007 7:55 AM
To: Eric Schmidt
Cc: Shona Brown; Laszlo Bock
Subject: Recruiting from eBay/PayPal

Eric,

In response to the recent lifting of eBay and PayPal from the "do not call list," staffing is ready to pursue several hundred leads and candidates from these two companies for various roles within Google.

Given the history with eBay/PayPal and the potential escalation of any recruiting activity directly to you, are there any directions or sensitivities that you would like the staffing team to follow as we begin sourcing and contacting talent ( e.g., limit the number of leads contacted per week)?

Thanks,

Arnnon

CONFIDENTIAL ATTORNEYS EYES ONLY                                                                                      GOOG-HIGH TECH-00023132