Exhibit 34

# Arnnon's Top 10

**10. The Sourcer Newsletter: Summer 2007 Issue**
Follow the link below to view the summer issue of *The Sourcer* - an internal newsletter for the staffing organization on sourcing techniques, trends in the marketplace, and helpful tips.

Please enjoy the current issue featuring the following topics:

- Firefox keyword shortcuts
- Using social networking sites
- Boolean Tips: Google advanced operators
- Green recruiting
- Sourcing and the perception of spam
- Who's who at Google

If you have any topics of interest, please send them to Jeff Polo jpolo@google.com for inclusion in the next issue.


**9. Updated Resume Database Passwords.**
Below you will find a link to the UPDATED LIST OF RESUME DATABASE PASSWORDS on our staffing site. Thank you for your patience as we update these on the second Monday of every month.

(https://mail.google.com/a/google.com/?view=page&name=js&ver=17vmmoi4on7uv)


**8. Google Teams Growing Quickly in China.**
Sukhinder Singh-Cassidy, Kirsten Manning, Griffin Golamco, Crid Yu and James Mi first set foot in Shanghai in January 2005. Since then, the Greater China region has grown from 0 to around 723 Googlers (including temporary workers and vendors) in the following locations:

| | |
|---|---|
| Beijing: | 589 |
| Shanghai: | 72 |
| Guangzhou: | 5 |
| Taiwan: | 41 |
| Hong Kong: | 16 |
| TOTAL: | 723 |

On August 6th, we transferred the majority of the open requisitions to the teams in Beijing, Shanghai and Taipei from the USA SWAT team. This decision was a

CONFIDENTIAL ATTORNEYS EYES ONLY                                              GOOG-HIGH TECH-00023206

result of the China offices all reaching sizeable proportions and HR Director Tao Deng's group growing to twenty-six people. To assist with the local teams' efforts, we are also pleased to announce that Aki Taha, has moved to China to lead efforts along with our new Greater China Staffing Manager, Maria Yin, who joined this week.

The transfer of requisitions and the China teams' growth to date were celebrated in New York's China Town where the USA team shared *dim sum* and reminisced over the China launch stories and statistics.

We are excited that Greater China has grown to this point and look forward to seeing it grow even more with the local HR team leading the way and the SWAT team supplementing as needed.

**7. Google Leads v2.1 was released to production yesterday.**





### 6. ATTENTION: Recruiters for North America Positions
Earlier this year, we kicked off an initiative to revise our job descriptions for all departments globally. We have already revised the job descriptions for Sales, Legal and Mobile Engineering. Each requisition is being revised according to a standard format to create consistent, descriptive and clearly written job descriptions.

The goals of this project are to:

1) Incorporate a consistent Google 'look and feel' within each requisition.
2) Provide a clean, global structure for how all job descriptions should be written.
3) Improve the candidate experience by making it easier for potential candidates to find the right position suitable to their background.
4) Increase the pipeline of targeted candidates for recruiters.

### Next Steps for Recruiters for North America Positions (except SWE jobs)

While the writer is working on revising the job descriptions with the Hiring Managers from each department, **we first need recruiters for North America positions to reformat your job descriptions (except SWE job descriptions)** according to the template and guidelines below and attached. **This must be done by the end of Q3**.

**The area:** This paragraph should be 4-8 sentences, describing the team or area that this position is in. This should be the same paragraph for all positions within this team/area.

*Find **approved area overviews** for each department listed on the job site. **Note**: As Jon revises the job descriptions for each department, he can write more targeted 'area' overviews for specific teams or groups within a department*

**The role:** This paragraph should be 4-8 sentences and should provide a general overview of what the job entails, who the applicant will be working with/reporting to, and a brief description of the type of attributes you're seeking.

**Responsibilities**: List a maximum of 5 responsibilities

**Requirements:** List a maximum of 7 requirements.

**\*\*Note**: this also is a great opportunity for you to 1) ensure that the jobs that you have posted really should be posted and 2) verify that your job descriptions have updated content.

Please view the **Google Job Requisitions Style Guide** for more guidelines on creating job descriptions.

If you have any questions or concerns, please email requisitionreview@google.com


### 5. Google's Competitive Advantage
Forbes online writer Brian Caulfield takes a stab at highlighting the weaknesses of the Google hiring process in his August 3, 2007, article "The Recruiting Wars: How To Beat Google To Tech Talent."

Follow the link below to read his brief but thoughtful critique.

http://www.forbes.com/technology/2007/08/02/recruiting-silicon-valley-tech-cx_bc_0803talent.html


### 4. NooglerAdmin Update - Wednesday Noon Deadline for Recruiters!
The Wednesday deadline for recruiters to enter information in the Noogler record is **NOON IN THE CANDIDATE'S WORK LOCATION TIME ZONE**. So, if a recruiter is based in Mountain View, but the candidate will work in Japan, the recruiter needs to have all of the candidate's information entered by noon Japan time, NOT Mountain View time.


### 3. New engineering employee referral program.





## 2. New Guidelines for SWE Interviews.
Confused by what interview questions are banned? Wish you could find out why a question was banned, or discuss why you think other questions should be? Looking for sample questions to inspire you?

The hiring grouplet is proud to announce our revamped banned interview question lists, using the Ideas board framework, which you can find at https://ideas.corp.google.com/InterviewQuestions/ . You can now submit a question for banishment, and others can comment on whether it should or shouldn't be banned.

We've also opened up the board as an interface for coming up with good sample questions. Feel free to submit sample questions, but please read http://wiki/Main/InterviewQuestionsEditRules before doing so. We're doing this on a trial basis, and we're taking feedback on this, hence the limited release for now (eventually we'll send an email to eng-announce). If you feel strongly about this, can you play around with the interface and *then* give us feedback? Feel free to email hiring-grouplet@google.com to let us know if you feel the mixing of sample and banned questions works. Otherwise, we have a few other options:

CONFIDENTIAL ATTORNEYS EYES ONLY

* Banned and sample questions co-exist on the list.
   * Banned questions go on this list, and sample questions exist somewhere else, possibly hosted by engEDU.
   * Banned questions go on this list, and there's no real need for sample questions.
   * Interview questions?  What are those?

So please feel free to play around, submit proposed banned or sample questions, and rate sample questions accordingly.

*Some FAQs Before You Get Started:*
* Why would you ban a question?
Usually it's because the question has been exposed in too many different places, on blogs or various forums.

* What's the reason for this list?
We felt like there was a lot of confusion surrounding banned interview questions at Google, and the number of questions sent to hiring-grouplet about banned questions has been increasing in the last few months.  Not only was it hard to find the list, there was also very little accountability in terms of who added to it, and no rationale for certain questions finding their way to the list.

* Why weren't the former banned questions migrated from the old list (http://glists.corp.google.com/glistsp?action=list_embedded&list_id=L19168)?

We felt like there was no way to figure out who had added those questions, and what the banning was for.  If you feel strongly that a question should be banned, feel free to submit it to the new list and people can start contributing their thoughts.  If it really should be banned, few people will object.

Huge thanks go out to Ethan Bradford for all his coding, Chien-I Liao, Hanah Kim, Bruce Murphy, and Ping Zhou for initial brainstorming, and all the members of the hiring grouplet for their invaluable feedback.  Feel free to send any feedback to hiring-grouplet@google.com.

Again, the link is https://ideas.corp.google.com/InterviewQuestions/


1.  **Training Schedule:**

*Google Leads Training:*
   Wednesday, August 15th, 9:00am – 12:30pm PDT, Emerald Bay

*Life of an Offer Workshop:*
   Tuesday, August 21st, 9:30pm – 12:30pm PDT, Emerald Bay

***Offer Workflow Workshop:***
   Tuesday, August 21st, 2:00pm – 5:00pm PDT, Emerald Bay

***Hiring Temporary Workers:***
   Wednesday, August 22nd, 2:00pm – 5:00pm PDT

   + To register for any staffing training session just send an email to Carson Page (carsonp@google.com) specifying which training you would like to attend and when.
   + For more information about the content of each class, visit the Staffing Training website at:
   http://gweb.corp.google.com/staffing/site.cgi?tab=training&page=training/training.html

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023212