Exhibit 35

| From: | Arnnon Geshuri | Sent:10/1/2007 11:30 AM |
|---|---|---|
| To: [ - ] | Eric Schmidt; Laszlo Bock | |
| Cc: [ - ] | Judy Gilbert; Prasad Setty | |
| Bcc: [ ] | | |
| Subject: | Re: Google recruiting | |

Eric/Laszlo,

I conducted a thorough analysis of the applicant flow related to Intel since the beginning of 2007. In summary, our recruiters are strictly following the Do Not Call policy regarding Intel and no one has called, networked, or emailed into the company or its subsidiaries looking for talent. However, inbound applications and resumes continue to come from Intel globally via Google Jobs, external job boards, and through the employee referral program.

To help shed some light on Renee's concerns, the Google staffing team in Russia has seen an uptick this past year in the number of Intel employees submitting their resumes directly to us through Google Jobs and employee referrals. Over the last 9 months, there have been 7 Russian technical folks hired from Intel (4 from Google Jobs/3 from employee referrals) with an additional 6 candidates in some stage of the evaluation process as of today. Looking at the interview data, I would expect two of the 6 Russian candidates to result in an offer in early October which will most likely add tension to this situation.

Happy to chat and provide more detail as is helpful.

Thanks,
Arnnon


On 9/26/07, Laszlo Bock <laszlo@google.com> wrote:

+Arnnon +Prasad

We do not actively recruit from Intel, though we do accept inbound applications. Arnnon will run the diligence and report back to you on the facts. If we find that a recruiter called into Intel, we will terminate the recruiter. We take these relationships exceptionally seriously.

We'll also develop and implement a process to actively flag candidates from sensitive companies as soon as they receive a response to their Google application, so that we can have a real time dashboard to monitor rather than running a reactive process each time. (Prasad, let's connect on this please.)

-Laszlo

----- Original Message -----
From: Eric Schmidt <eschmidt@google.com>
To: Laszlo Bock; Judy Gilbert
Cc: Eric Schmidt
Sent: Wed Sep 26 23:38:29 2007
Subject: FW: Google recruiting

I was under the impression we were not hiring from Intel. Is this not true? What are the facts? Thanks eric

_____

From: Otellini, Paul [mailto: paul.otellini@intel.com]
Sent: Wednesday, September 26, 2007 6:46 PM
To: Eric Schmidt
Subject: FW: Google recruiting



Eric, can you pls help here??? Renee runs all my s/w efforts.. she is not an alarmist.. paul

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024458

From: James, Renee
Sent: Wednesday, September 26, 2007 4:42 PM
To: Otellini, Paul
Subject: Google recruiting

Paul,

I am losing so many people to Google.

They are selectively going after my people in Moscow, China, and Santa Clara. The turn over in Moscow is almost 20%. …and, the belief is the damage is done in Russia – meaning they have what they want already.

We are countering but thought you should know…..

Renee

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024459