**Exhibit 38**

CONFIDENTIAL ATTORNEY'S EYES ONLY

| | |
|---|---|
| **From:** | Arnnon Geshuri <arnnon@google.com> on behalf of Arnnon Geshuri |
| **Sent:** | Monday, June 04, 2007 3:41 AM |
| **To:** | Laszlo Bock |
| **Subject:** | Re: Fw: Rules about hiring Intel employees |

Yes.  Since the beginning of the Do Not Call List, Intel has been listed.  No one calls, networks, or emails into the company or its subsidiaries looking for people.

Below is the protocol we require for companies on the Do Not Call List:

**Standard Protocol for the DNC Companies:**
- Not to directly cold call into those companies (this also applies to their subsidiaries);
- But, we would accept internal or external references that indicated that an individual was "looking;"
- And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us).

Let me know if we want to make the company completely hands-off and not even accept Intel employees that proactively seek Google out for employment opportunities.


On 6/3/07, **Laszlo Bock** <laszlo@google.com> wrote:
Is Intel also do not call?

----- Original Message -----
From: Eric Schmidt < eschmidt@google.com>
To: Shona Brown; Laszlo Bock
Sent: Sun Jun 03 19:25:05 2007
Subject: Rules about hiring Intel employees


What are the rules about us hiring Intel employees?  Since Paul is on the board we should have a crisp rule.  Thanks Eric

1

GOOG-HIGH-TECH-00056879