**Exhibit 40**

| From: | Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill |
|---|---|
| Sent: | Tuesday, February 13, 2007 9:41 PM |
| To: | Laszlo Bock |
| Cc: | Shona Brown |
| Subject: | RE: Russell Reynolds Contact |

**Thanks so much.....**

**bill**

---

**From:** Laszlo Bock [mailto:laszlo@google.com]
**Sent:** Tuesday, February 13, 2007 1:39 PM
**To:** Campbell, Bill
**Cc:** Shona Brown
**Subject:** RE: Russell Reynolds Contact

Hi Bill,

This candidate actually reached out to a Googler about exploring opportunities here, which is how we found out about him.  Intuit is on our "do not solicit" list.  When I saw this candidate's name in my weekly update with Russell Reynolds, I re-emphasized our policy with them and had Arnnon double-check that this was someone who contacted us initially, and was then routed to Russell as part of our search.

That being said, there are a lot of fish in the sea and I'm happy to not move forward with conversations with this particular individual if you prefer.

Thanks,
Laszlo

---

**From:** Campbell, Bill [mailto:Bill_Campbell@intuit.com]
**Sent:** Tuesday, February 13, 2007 1:22 PM
**To:** Laszlo Bock
**Cc:** Shona Brown
**Subject:** FW: Russell Reynolds Contact
**Importance:** High

**Laszlo**

**Can we please not target Intuit......**

**Bill**

---

**From:** Jason Hanold-Chicago [mailto:JHanold@RussellReynolds.com]
**Sent:** Tuesday, February 13, 2007 12:20 PM
**To:** ███████████
**Subject:** Russell Reynolds Contact
**Importance:** High

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00058235

Kind Regards,
Jason

Jason Hanold
**Russell Reynolds Associates | Human Resources Practice**
**200 South Wacker Drive | 29th Floor | Chicago, IL 60606**
**Office 312.993.0702 | Mobile 312.316.3066 |** jhanold@russellreynolds.com **|** www.russellreynolds.com

This email may contain confidential information. If you are not the intended recipient, you
should notify the sender and delete the email and any attachment.  All emails sent and received
by members of Russell Reynolds Associates are scanned for viruses and may be monitored
centrally.

CONFIDENTIAL ATTORNEY'S EYES ONLY                                      GOOG-HIGH-TECH-00058236