**Exhibit 41**

| | |
|---|---|
| **From:** | Shona Brown <shona@google.com> on behalf of Shona Brown |
| **Sent:** | Thursday, October 06, 2005 1:44 AM |
| **To:** | Eric Schmidt |
| **Cc:** | Omid Kordestani |
| **Subject:** | Re: Fwd: Protocol for "Do Not Cold Call" and "Sensitive" Companies ---please comment to Arnnon ASAP if you have any changes |

makes sense to do orally. i agree.

On 10/5/05, **Eric Schmidt** <eschmidt@google.com> wrote:
I would prefer that Omid do it verbally since I don't want to create a paper trail over which we can be sued later?  Not sure about this.. thanks Eric

---

**From:** Shona Brown [mailto:shona@google.com]
**Sent:** Wednesday, October 05, 2005 4:06 PM
**To:** Omid Kordestani
**Cc:** Eric Schmidt
**Subject:** Re: Fwd: Protocol for "Do Not Cold Call" and "Sensitive" Companies ---please comment to Arnnon ASAP if you have any changes

I am fine with this.

Eric -- any concerns with Omid sharing with Ebay/PP the rules as they pertain to them?
slb


On 10/5/05, **Omid Kordestani** <omid@google.com> wrote:
Great. Can I edit and forward the core policy to ebay/PP (only their respevtive org's listed of course)?

Omid

-----Original Message-----
From: Shona Brown <shona@google.com>
To: Omid Kordestani <omid@google.com>
Sent: Wed Oct 05 16:00:22 2005
Subject: Fwd: Protocol for "Do Not Cold Call" and "Sensitive" Companies ---please comment to Arnnon ASAP if you have any changes

fyi

---------- Forwarded message ----------
From: Eric Schmidt < eschmidt@google.com>
Date: Oct 4, 2005 9:40 PM
Subject: RE: Protocol for "Do Not Cold Call" and "Sensitive" Companies ---please comment to Arnnon ASAP if you have any changes
To: Shona Brown <shona@google.com <mailto:shona@google.com> >

1

This looks very good Eric

_____

From: Shona Brown [mailto:shona@google.com]
Sent: Tuesday, October 04, 2005 7:58 PM
To: EMG
Cc: Judy Gilbert; Stacy Sullivan; Arnnon Geshuri
Subject: Protocol for "Do Not Cold Call" and "Sensitive" Companies ---please comment to Arnnon ASAP if you have any changes


[ OMID -- check with Arnnon before you go "live" with this] [JOAN - please confirm with Arnnon that you are comfortable with this final wording]


Special Protocol for "Do Not Cold Call" and "Sensitive" Companies

The following companies are part of the "Do Not Cold Call" list:

*	Genentech
*	Intel
*	Apple
*	Paypal
*	Comcast

For each of these "Do Not Cold Call" companies the following protocol applies:

*	We do not directly cold call into these companies
*	We will accept internal or external references that indicate that an individual is "looking"
*	And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us)
*	*	Executive Recruiting: Staffing will inform EMG of any candidate for a Director level or above role at Google who we have engaged and who is starting the interview process at Google
	*	Executive Recruiting: If we decide to extend an offer to a Director/above candidate, Staffing will ask EMG to designate a senior exec to place a courtesy call into the "Do Not Cold Call" company to let them know we have made an offer
*	Executive Recruiting: By exception, when EMG deems necessary, a designated senior exec will call into the "Do Not Cold Call" company to indicate we will be making an offer.

The following companies fall under the "Sensitive" companies list:

*	AOL
*	AskJeeves
*	Earthlink
*	eBay (excluding Paypal)
*	NTL

For each of these "Sensitive" companies the following protocol applies:

2

CONFIDENTIAL ATTORNEY'S EYES ONLY                                GOOG-HIGH-TECH-00058411

* General Recruiting: For any non-exec position, Staffing should be aware the company is on the Sensitive Company list but there are no restrictions to our recruiting from these companies at junior levels.
* * Executive Recruiting: Staffing will inform EMG of any candidate for a Director level or above role at Google who we have engaged and who is starting the interview process at Google
* Executive Recruiting: If we decide to extend an offer to a Director/above candidate, Staffing will ask EMG to designate a senior exec to place a courtesy call into the "Sensitive" company to let them know we have made an offer
* Executive Recruiting: By exception, when EMG deems necessary, a designated senior exec will call into the "Sensitive" company to indicate we will be making an offer.

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00058412