**Exhibit 42**

| | |
|---|---|
| **From:** | Stacy Sullivan <stacy@google.com> on behalf of Stacy Sullivan |
| **Sent:** | Tuesday, January 09, 2007 4:35 AM |
| **To:** | Laszlo Bock; Jonathan Rosenberg |
| **Subject:** | RE: FW: [Eng-announce] [Fwd: Q4 interviewing stats] |

I'll talk with Andrea tomorrow on this. Cold calling into companies to recruit is to be expected unless they're on our "don't call" list. She and I just spoke today about helping her recruiting HR people and how much she needs helps. We couldn't be more supportive.

---

**From:** Laszlo Bock [mailto:laszlo@google.com]
**Sent:** Monday, January 08, 2007 8:12 PM
**To:** Jonathan Rosenberg; Stacy Savides Sullivan
**Subject:** RE: FW: [Eng-announce] [Fwd: Q4 interviewing stats]

(DO NOT FORWARD)

No idea what she's talking about .... I personally screened and prioritized 1800 HR resumes last week to get more quality HR candidates in the pool and have said to get search firms working on these jobs. Stacy and I are both supportive of adding 7+ HR people to your org. That's the first part of your question ... Stacy, could you please look into this? I don't want Andrea feeling she's alone in this.

On the second part, HR hiring is going more slowly than it should because the HR staffing team is week. The G&A staffing team leader, Gil Lawson, did the right thing (in coordination with me) and prioritized fixing Legal, Finance, and Admin hiring first, before turning to HR. It was more important to get the rest of the business running. That bottleneck is largely cleared now, and Gil plans to turn over 50% of the HR staffing team to upgrade. In the meantime, Stacy, Judy, I and the other Directors will be personally involved in prioritizing and screening candidates to get our pipeline up.

For extra credit, we've also retained Russell Reynolds to find 3 HR Directors -- one for Omid, one (likely) for Alan, and one for some combination of you/David/George. Stacy and I are discussing whether it makes sense to give Andrea a shot at leading HR for your org with a bigger team, or to have her rotate to another org when she's back from leave. Would be very interested in your perspective.

---

**From:** Jonathan Rosenberg [mailto:jonathan@google.com]
**Sent:** Monday, January 08, 2007 6:06 PM
**To:** Laszlo Bock; Stacy Savides Sullivan
**Subject:** FW: FW: [Eng-announce] [Fwd: Q4 interviewing stats]

what is her poaching issue. Why isn't she hiring fast?

---

**From:** Andrea Ritzer [mailto:aritzer@google.com]
**Sent:** Monday, January 08, 2007 6:01 PM
**To:** Jonathan Rosenberg
**Subject:** Re: FW: [Eng-announce] [Fwd: Q4 interviewing stats]

Until we do get PM HR staffed, it will be very challenging to add new initiatives w/o losing something out the other end.
I'm trying to be creative w/ recruiting from within the org as well as looking for seasoned people but we need to start poaching from other companies which is not something that we currently do. Stay on Laszlo on this- I will as well. We have to grow my team quickly or we will ultimately fail the Product folks and fall short of our

CONFIDENTIAL ATTORNEY'S EYES ONLY								GOOG-HIGH-TECH-00056840

responsibilities to them.

On 1/8/07, **Jonathan Rosenberg** <jonathan@google.com> wrote:
how do we get you staff so all the things eng does, we do?

---

**From:** Urs Hoelzle [mailto:urs@google.com]
**Sent:** Monday, January 08, 2007 4:40 PM
**To:** eng-announce@google.com
**Subject:** [Eng-announce] [Fwd: Q4 interviewing stats]

Here's an update to my email from Q4, with actual Q4 data plus some updates on what our plans are.

-------- Original Message --------

Urs and Alan,



2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00056841


CONFIDENTIAL ATTORNEY'S EYES ONLY					GOOG-HIGH-TECH-00056842

Eng-announce mailing list
Eng-announce@google.com
https://mailman.corp.google.com/mailman/listinfo/eng-announce

CONFIDENTIAL ATTORNEY'S EYES ONLY				GOOG-HIGH-TECH-00056843