**Exhibit 50**

| | |
|---|---|
| From: | Eric Schmidt |
| To: | Otellini, Paul |
| CC: | eschmidt@google.com |
| Sent: | 9/27/2007 6:52:55 AM |
| Subject: | recruiting |

Paul, I checked and was told:

"We do not actively recruit from Intel, though we do accept inbound applications. Arnnon will run the diligence and report back to you on the facts. If we find that a recruiter called into Intel, we will terminate the recruiter. We take these relationships exceptionally seriously"

I'm very sorry if indeed a recruiter (who are sometimes contractors) did this; if so we will address asap.  Thank you very much for letting me know and please let me know if this continues to happen/happens again.

Eric

40026DOC000004
CONFIDENTIAL

76526DOC000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY