**Exhibit 51**

| | |
|---|---|
| **From:** | Otellini, Paul |
| **To:** | Bryant, Andy |
| **Sent:** | 4/16/2007 1:50:29 PM |
| **Subject:** | RE: fyi |

I agree on both. I was actually more worried that they would try to raid you for one or both. I have an unofficial no poaching policy with them, but there have been escapes...

**From:** Bryant, Andy
**Sent:** Monday, April 16, 2007 1:49 PM
**To:** Otellini, Paul
**Subject:** RE: fyi

It will be interesting to see what they find on IR.  If someone good, I should have hired spencer stuart instead of letting our search people look.

For IA, I would probably try to stay inside, and draw a cpa from accounting.

**From:** Otellini, Paul
**Sent:** Monday, April 16, 2007 1:34 PM
**To:** Bryant, Andy
**Subject:** fyi

Google has two external searches... VP-IR and VP- IA.... Fyi..

40026DOC000007
CONFIDENTIAL

76526DOC000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY