**Exhibit 52**

| | |
|---|---|
| **To:** | Thompson, Gabrielle[/O=INTEL/OU=AMERICAS01/CN=Workers/cn=Thompson, Gabrielle]; Murray, Patty[/O=INTEL/OU=AMERICAS01/CN=Workers/cn=Murray, Patty] |
| **From:** | Otellini, Paul |
| **Sent on behalf of:** | Otellini, Paul |
| **Sent:** | Thur 9/6/2007 7:41:23 PM |
| **Importance:** | Low |
| **Sensitivity:** | None |
| **Subject:** | RE: global gentleman agreement with Google -- Privileged & Confidential |
| **Categories:** | 0x00000000 |

Let me clarify. We have nothing signed. We have a handshake "no recruit" between eric and myself. I would not like this broadly known. paul

---

**From:** Thompson, Gabrielle
**Sent:** Thursday, September 06, 2007 11:47 AM
**To:** Murray, Patty; Otellini, Paul
**Subject:** FW: global gentleman agreement with Google -- Privileged & Confidential

Hi Patty and Paul,

Are either of you aware of any agreement with Google that prohibits us from recruiting Google's senior talent?

Thanks.

Gaby

---

**From:** Thompson, Gabrielle
**Sent:** Thursday, September 06, 2007 12:37 PM
**To:** Reid, Ogden M; Craycroft, Janet; Scully, Paul S
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary; Smith, Matt HR Attorney
**Subject:** RE: global gentleman agreement with Google -- Privileged & Confidential

Is there any other contact within Intel that might have arranged such an agreement? If not, we will assume this issue is closed.

Thanks for your help!

40026DOC000011
CONFIDENTIAL

76526DOC000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** Reid, Ogden M
**Sent:** Thursday, September 06, 2007 11:21 AM
**To:** Craycroft, Janet; Scully, Paul S; Thompson, Gabrielle
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary; Smith, Matt HR Attorney
**Subject:** RE: global gentleman agreement with Google -- Privileged & Confidential

**Redacted - Privileged**

**From:** Craycroft, Janet
**Sent:** Thursday, September 06, 2007 12:18 PM
**To:** Reid, Ogden M; Scully, Paul S; Thompson, Gabrielle
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
**Subject:** RE: global gentleman agreement with Google -- Privileged & Confidential

**Redacted - Privileged**

**From:** Reid, Ogden M
**Sent:** Thursday, September 06, 2007 11:13 AM
**To:** Scully, Paul S; Thompson, Gabrielle; Craycroft, Janet
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
**Subject:** RE: global gentleman agreement with Google

**Redacted - Privileged**

**Redacted - Privileged**

---

**From:** Scully, Paul S
**Sent:** Thursday, September 06, 2007 1:25 AM
**To:** Thompson, Gabrielle; Reid, Ogden M
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
**Subject:** RE: global gentleman agreement with Google

I know of only one agreement, and that was with Dell, Gaby, if Google is part of this process as well, it's not common knowledge...rgds.Paul

---

**From:** Thompson, Gabrielle
**Sent:** 06 September 2007 04:29
**To:** Reid, Ogden M
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Scully, Paul S; Qin, Gary
**Subject:** RE: global gentleman agreement with Google

**Redacted - Privileged**

---

**From:** Qin, Gary
**Sent:** Wednesday, September 05, 2007 7:32 PM
**To:** Thompson, Gabrielle
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Scully, Paul S
**Subject:** global gentleman agreement with Google

Hi Gaby,

I am supporting PRC BGHR on a project of Executive Profile Mapping on target MNCs in PRC. This project potentially will lead to a strategic high profile hire. Google is one of the target companies we are interested. However, according to external consultant Egon Zehnder, Google has a global agreement with Intel that they cannot approach directly or indirectly with the executives with Intel. So I

40026DOC000013
CONFIDENTIAL

76526DOC000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY

would like to verify with you whether we have signed this agreement with Google in one form or the other.

Regards

Gary

40026DOC000014
CONFIDENTIAL

76526DOC000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY