**Exhibit 53**

**This document is considered Attorney Client Privilege (ACP)**
ACP [Redacted - Privileged]

[Redacted - Privileged]

**Communication:**
* Owner: Gwen Hyder - send updates and questions to Gwen. [Redacted - Privileged]

*Legal and Staffing Expectations:
[Redacted - Privileged]

**Process:**  In order to keep this list current and accessible to those who need it, it will be housed on a global sharepoint and password protected.  As updates occur the list will be updated and the predetermined Global Staffing distribution list will be notified.  For GAM; Regional SM's, Business Group SM's, AM's, RC's and OC's will be given access.

As updates are received, the list will be updated and the users will be notified.  There are currently five avenues we have identified to obtain information from:
1. Litigation group
2. M&A group
3. Top down management direction
4. GM to GM agreements
5. Staffing team members

Gwen Hyder owns getting updates from Litigation.  The other avenues will filter to her through various channels and she will update the document.  This is not a perfect process for 3, 4 and 5, however the GAM Regional SM's, Business Group SM's, AM's, RC's and OC's will be included on all communications to ensure we get accurate and timely updates.



| Company | Initiated by | Date Reviewed by Legal | Agreement Type | Restrictions/Rules | Legal Reviews | Expiration of contract or agreement | Comments |
|---|---|---|---|---|---|---|---|
| Litigation Hyperlink | Legal | [Redacted] | Legal Contract | This is a comprehensive listing of all companies Intel is currently in litigation with (the companies are listed under the column titled "Case"). If you have a candidate who will receive a grade 10+ offer and they currently work for any of the companies listed, contact the attorney listed for that company and let them know the candidates name, current position (if known) as well as the position, business group and grade level of the Intel offer. If the attorney listed does not have a hyperlink, contact Janet Craycroft in Legal with the same information. [Redacted – Privileged] | [Redacted] | Company will be removed from website when the contract or agreement expires | |
| AMD | Legal | [Redacted] | Proactive | Redacted - Privileged | [Redacted] | TBD | |
| Sun Microsystems | Casey Cunningham | [Redacted] | Legal Contract | Redacted - Privileged<br>Redacted - Privileged<br>3. The other (non-legal) issue to consider is the relationship with Sun. Do we want to hire people off the team that we've been working with, even if we didn't ask or solicit them? The impact on the project and relationship may be more important than the concerns about the agreement.<br>4. Maintain excellent documentation if recruiting a Sun employee | [Redacted] | 2010 | |
| Numonyx | Tina Evangelista | [Redacted] | Legal Agreement | Redacted - Privileged<br>Redacted - Privileged | [Redacted] | May 2010 | |
| Pixar | Don Cooper | [Redacted] | Verbal | We cannot recruit (including calling up, emailing or enticing in any way) current Pixar employees to come to work for Intel. If a Pixar employee applies to Intel without being recruited by Intel, contact Pat Gelsinger and explain to him a Pixar employee (provide the candidates name) has applied to Intel without being recruited and he will he will contact the CEO of Pixar for approval to hire. Pat will let you know how to proceed. | [Redacted] | Valid through 2009, will be reviewed for 2010 | |

76577DOC000465
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Company | Initiated by: | Date Reviewed by Legal | Agreement Type | Restrictions/Rules | Legal Reviews | Expiration of contract or agreement | Comments |
|---|---|---|---|---|---|---|---|
| MICRA INTEL (Contigent Worker) | Lucia Carvajal | Redacted - Privileged | Legal Agreement | If Intel want to hire a CW employee from MICRA must aling with: 1) The CW must worked at least 6 months with Intel.2) There are fees or penalties ( $500-$1000). Must be paying by the Hiring Manager. | ■ | | |
| Pixar | Don Cooper | ■ | Verbal | We cannot recruit (including calling up, emailing or enticing in any way) current Pixar employees to come to work for Intel. If a Pixar employee applies to Intel without being recruited by Intel, contact Pat Gelsinger and explain to him a Pixar employee (provide the candidates name) has applied to Intel without being recruited and he will he will contact the CEO of Pixar for approval to hire.  Pat will let you know how to proceed. | ■ | Valid through 2009, will be reviewed for 2010 | |

76577DOC000466
CONFIDENTIAL - ATTORNEYS' EYES ONLY