**Exhibit 55**

| | |
|---|---|
| From: | Mitchell, Mark L |
| To: | Wagner, Mike J; Conrad, Deborah |
| Sent: | 4/23/2008 3:26:30 PM |
| Subject: | RE: Hiring from Apple |

I was arranging an interview (in OR) for this person.  BTW, I didn't recruit him, he applied for the position online.  While talking with him he indicated he was unhappy, trying to transfer and they weren't letting him.  Who know, we may both loose him. What I do know is that Greg will be beating me regularly for David's replacement and given his recent response to a candidate " *From our perspective, Matt has not done anything substantive in his career and this begs the question:  How can he support us?*" I suspect he will be unhappy with whatever I do, I seem to be short of Nobel laureate's applying for this position, and it seems to be their way.

In short, not sure what I'm going to do now, want to talk with him 1-on-1.

Regards,
Mark

-----Original Message-----
From: Wagner, Mike J
Sent: Tuesday, April 22, 2008 3:12 PM
To: Wagner, Mike J; Conrad, Deborah; Mitchell, Mark L
Subject: RE: Hiring from Apple

Mark,

Have you gone forward with this?  I just recently found out that an Intel staffing person was recruiting some graphics folks from Apple, and we got our hands slapped  (see attached mail). I've shut that down, but given this example, it may not be wise to move forward with trying to take one of their EFI guys and turn around and put him back at Apple.

Thx.
Mike

-----Original Message-----
From: Wagner, Mike J
Sent: Monday, April 21, 2008 10:42 AM
To: Conrad, Deborah; Mitchell, Mark L
Subject: RE: Hiring from Apple

I don't have an issue with this, although Apple might be upset at us for "stealing" him to fill the position.  Still a net -1 for Apple.

Thx.
Mike

-----Original Message-----
From: Conrad, Deborah
Sent: Thursday, April 17, 2008 1:30 PM
To: Mitchell, Mark L; Wagner, Mike J
Subject: Re: Hiring from Apple

Adding Mike W to this.
Mike, any issue?
/deb

----- Original Message -----
From: Mitchell, Mark L
To: Conrad, Deborah
Cc: Griffen, Jeffrey L
Sent: Thu Apr 17 13:11:58 2008
Subject: RE: Hiring from Apple

From my understanding he does their legacy & bootcamp BIOS stuff, so it's not really like they

76606DOC000420

would be loosing him, he'll just be doing our Bios stuff for them)

Regards,

Mark

_____

From: Conrad, Deborah
Sent: Thursday, April 17, 2008 11:47 AM
To: Mitchell, Mark L
Cc: Griffen, Jeffrey L
Subject: Re: Hiring from Apple


Thx.
Should be okay.
But what is the candidate currently doing at Apple?
/deb

On 4/17/08 11:40 AM, "Mitchell, Mark L" <mark.l.mitchell@intel.com> wrote:

This would be a TME job, posted at grade 7.

Thanks,
Mark


_____

From: Conrad, Deborah
Sent: Thursday, April 17, 2008 11:01 AM
To: Mitchell, Mark L
Cc: Griffen, Jeffrey L
Subject: Re: Hiring from Apple
Importance: High

We have an agreement NOT to hire top talent (esp technial) away from each other.
What is the specific job? Grade level?
/deborah


On 4/16/08 5:03 PM, "Mitchell, Mark L" <mark.l.mitchell@intel.com> wrote:
Deborah,

I currently have an open requisition for one of my people that works with Apple on-site.

Among the applicants/candidates is someone that happens to work at Apple currently.

Does Intel have any agreements that would preclude me from hiring this person?

Regards,
Mark

Deborah Conrad
VP & GM, Corporate Marketing Group
* deborah.conrad@intel.com ( 408.765.9133
^ Sue Colla, Sr. Admin. Assistant, 408.765.9197


Deborah Conrad
VP & GM, Corporate Marketing Group
* deborah.conrad@intel.com ( 408.765.9133
^ Sue Colla, Sr. Admin. Assistant, 408.765.9197

76606DOC000422