**Exhibit 56**

| | |
|---|---|
| **From:** | Otellini, Paul |
| **To:** | Murray, Patty |
| **Sent:** | 6/4/2007 4:08:06 PM |
| **Subject:** | FW: hiring |

Fyi.... Do not fwd..

**From:** Eric Schmidt [mailto:eschmidt@google.com]
**Sent:** Monday, June 04, 2007 6:18 AM
**To:** Otellini, Paul
**Subject:** hiring

Paul,

I checked as to our recruiting policy with Intel: "Intel has been listed on the Do Not Call List since the policy was created. No one in Staffing directly calls, networks, or emails into the company or its subsidiaries looking for talent." Hopefully there are no exceptions to this policy and if you become aware of this please let me know immediately ! I assume the person you sent information about contacted us directly and asked for a job…

Thanks and see you soon .. ! Eric

76614DOC010212