**Exhibit 58**

| | |
|---|---|
| From: | Jonathan Rosenberg [jonathan@google.com] |
| Sent: | Tuesday, July 07, 2009 3:04 AM |
| To: | Campbell, Bill |
| Subject: | FW: "How Facebook poaches from Google, Yahoo and LinkedIn" article |
| Attachments: | image001.gif; image002.jpg; image003.gif |

**From:** TheOC@google.com [mailto:TheOC@google.com] **On Behalf Of** Laszlo Bock
**Sent:** Monday, July 06, 2009 6:30 PM
**To:** theoc
**Subject:** "How Facebook poaches from Google, Yahoo and LinkedIn" article

The article below isn't 100% spot on, but we have seen increased Facebook activity in the last 3 months versus the beginning of the year.  They do seem to have gotten more serious once more about coming after Googlers.  I'm sharing the article as the topic comes up in the LDCC.  Note that the link at bottom takes you to what appear to be our corporate headshots of Prashant and Greg B…

http://www.businessinsider.com/how-facebook-got-back-to-hiring-googlers-yahoos-and-ebay-employees-at-will-2009-7

# How Facebook Poaches From Google, Yahoo and LinkedIn

Nicholas Carlson|Jul. 6, 2009, 11:50 AM|comment3

Print

Tags: Online, Media, Startups, Social Networking, Facebook, Hires And Fires

http://www.businessinsider.com/how-facebook-got-back-to-hiring-googlers-yahoos-and-ebay-employees-at-will-2009-7/prashant-fuloria-from-google-1Facebook seems to have fixed its recruiting problems.

1

CONFIDENTIAL

INTE-02-000012

INTUIT_000013

For most of its five years, Facebook had the odd reputation of being a hot startup where lots of people *should* want to work, while simultaneously being a company that was not always able to attract and retain the industry's top talent.

There were rumors of a recruiting close rate lower that 50%. There were top execs joining the company only to abruptly quit months later. There were horror stories from bitter failed jobs applicants complaining of inattentive or ignorant interviewers. There was talk of a culture at the startup where "dissent" was  "dead."

All of it was very strange for a startup so full of potential as Facebook. Eventually, the problem grew so big, we examined it in a post titled "Facebook's Recruiting Problem, Explained."

In that post, we wrote that there were three main factors to Facebook's challenges with recruiting and retention:

·       Stiff competition from companies like Google and Microsoft, which are willing to pay through the nose to retain their own talent

·       Worries about Facebook's management and its revenues in Silicon Valley

·       Facebook's only recently "professionalized" recruiting efforts.

But over the last few months, Facebook has begun to once again steadily hire away top executives from Silicon Valley rivals Google, Yahoo, LinkedIn, and others.

Recent highlights include:

·       "Pay With Facebook" development leader Prashant Fuloria, from Google

·       Director of engineering Greg Badros, from Google

·       Leader of Facebook's self-service advertising unit, Grady Burnett, from Google

·       CFO David Ebersman, from Genentech.

·       Head of design, Kate Aronowitz, from LinkedIn.

·       Ad sales lead, Dan Foehner, a former top sales operations exec from Yahoo.

We spoke with Facebook's top HR exec, Lori Goler, to find out what's changed at the startup to improve its recruiting efforts so much that as much as 10% of Facebook employees are now former Googlers.

(Of course, the main change from years ago is that there's someone like Lori at Facebook, targeting and recruiting top talent. We understand that in prior years, recruiting at Facebook was much more of a case-by-case operation.  Facebook's VP of product Christopher Cox is said to be responsible for finally organizing this team.)

Lori said the main problem Facebook had recruiting anyone before a few months ago was that people were tentative to move to new companies during a down economy when their current employers would happily boost their salary to keep them within the fold.

2

CONFIDENTIAL                                                                                                    INTE-02-000013

                                                                                                                                    INTUIT_000014

But beyond a brightening economy, Lori says the other big change has been her team's effort to offer recruits more "visibility" into Facebook's finances and its work culture.

To combat the swirling Silicon Valley narrative that Facebook was somehow in trouble financially, Facebook shared some of its financial projections with the press a few months ago. They announced revenues were up 70% year-over-year, and that the company would be cash-flow positive in 2010. Rumors that Facebook would hit revenues near $550 million in 2009 started sprouting up too.

Facebook's other big "visibility" effort was in making a much more concerted effort to talk about what it's like to work at the startup.

This included creating <u>high-gloss recruiting videos</u>, launching People.Facebook.com, and starting by-invitation-only tech talks at Facebook's offices.

# **<u>Click here to learn more about Facebook's impressive hires →</u>**

CONFIDENTIAL                                                                                          INTE-02-000014

INTUIT_000015