**Exhibit 60**

| | |
|---|---|
| **From:** | Jan van der Voort |
| **Sent:** | Tuesday, April 17, 2007 9:59 PM |
| **To:** | Sharon Coker; BZ Petroff |
| **Subject:** | RE: Pixar agreement |

BZ - let's discuss so we make sure we don't slip...
Thanks,
Jan

| | |
|---|---|
| **From:** | Sharon Coker |
| **Sent:** | Tuesday, April 17, 2007 2:55 PM |
| **To:** | Jan van der Voort |
| **Subject:** | Pixar agreement |

We have a standing agreement with Pixar, which I believe to be an informal "gentleman's agreement" forged a few years ago (Mich knows the history of it), to call each other, HR to HR, whenever we extend an offer to someone who works for the other company. At the point that I receive that call, in the instance where Pixar is job offering a Lucas employee, I notify the Exec, HRM and manager of our employee that an offer has been made. We are free to approach the employee (or not) and have a "save" conversation with them if we want to retain them. Pixar will not give us details on the comp or job role they have offered, but if the employee shares it and we want to counter, we can do so, and Pixar will not give the employee a different or additional offer. We have agreed that we want to avoid bidding wars. So Pixar will give our employee their final best offer before calling us.
Other:
-Lori MacAdams is the VP of HR at Pixar. She is my contact and her telephone number is 510-922-3564. Her e-mail address is lmacadams@pixar.com. Lori is a former head of HR at Lucas...about 7 or 8 years ago, and still has many friends here, including Steve C and Lori Aultman
-The other value in this call is that we will sometimes lose the employee to Pixar, but can negotiate release date if we need to. There is sometimes flexibility on this issue, and sometimes not.
-We do not have this arrangement with any other studio
-Recruiting here should be made familiar with this agreement, so that if we offer a Pixar employee, we follow the protocol. (This was one of those things that probably fell through the crack when we split HR and Recruiting here...at one time the recruiters knew this, but we have made so many changes...not sure it ever even came up between BZ and me). We should also inform the candidate that we will be making that call, so that they can talk to their manager at Pixar first if they want to.
-Part of the agreement is not to solicit each other's employees. These guidelines are intended for the situation where a Pixar employee has responded on their own to one of our job postings directly (or visa versa). Our employees are hands off to each other in terms of soliciting talent.

Jan, let me know if you want to get the calls from Lori (and visa versa) or if you want BZ to assume that role, and then I will make an e-mail introduction and handoff.

HIGHLY CONFIDENTIAL                                                           LFL00016386
CONFIDENTIAL                                                              LUCAS00013507