**Exhibit 62**

| | |
|---|---|
| **From:** | EC |
| **Sent:** | Sunday, February 8, 2004 6:46 PM |
| **To:** | Rob Cook <rob@pixar.com> |
| **Subject:** | ▓▓▓▓▓▓▓▓▓▓ |

The key is to stay away from the engineers.

On Feb 8, 2004, at 3:41 PM, Rob Cook wrote:

> Hooray!
>
> I know this doesn't sound like a big deal, but sometimes it can be
> surprisingly hard to find great support people, and we weren't
> cherishing the thought of having to keep looking.
>
> Rob
>
>
> Begin forwarded message:
>
>> From: Steve Jobs <sjobs@apple.com>
>> Date: February 8, 2004 3:32:21 PM PST
>> To: Rob Cook <rob@pixar.com>
>> Subject: Re: Renee Adam
>>
>> Yea, its fine.
>>
>> Steve
>>
>>
>>
>> On Feb 8, 2004, at 3:30 PM, Rob Cook wrote:
>>
>> Steve,
>>
>> An Apple employee has applied for the job of project coordinator,
>> which is basically an administrative assistant to our project
>> managers. Since she's a support person instead of an engineer, I'm
>> hoping this won't be a problem.
>>
>> ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>>
>> Would it be OK for us to make her an offer?
>>
>> Rob
>>
>