**Exhibit 63**

**From:**        Lori McAdams <lmcadams@pixar.com>
**Sent:**        Tuesday, December 11, 2007 9:50 PM
**To:**          jan.vandervoort@lucasfilm.com
**Subject:**     ███████████████████████
**Attach:**      Lucasfilm candidates.doc;ATT00686.htm

---

Hi Jan,

I hope this message finds you well.  Funny that we went for so long without finding a reason to connect, and here it turns out I have a second item for you.  At least this time I think it'll sound like good news to you.

We have a current intern, ████████, who is interested in being considered for a position with Lucasfilm.  ████ let his managers know that he'd need an okay from us to be hired at LFL.  I wanted to let you know that of course it's fine with us for you to consider ████.  His specific situation is that he'll be finished with his work on our 2008 film in April, and unfortunately we don't have a regular fulltime position to offer him.  With our full support, we hope he'll explore other studios and find a spot that's right.  If you could please let your Associate Recruiter Rosie Server know we're okay with your considering him, that'd be great (I assume that's a real person and not an applicant bot! :-) )

What I wanted to highlight in general is that it's okay for us to interview and make offers to each other's employees, we just don't ever directly solicit talent.  So if someone applies to LFL on their own from Pixar, by all means you should consider them.  We just have a courtesy call when the offer is made, and then we don't counter each other.  The same is true in reverse.  In case it's helpful, attached is a document I wrote up awhile back to help our team here know how it works.  Feel free to read it and know that we know that LFL reciprocates.

If you have any questions, please give me a call.  I hope we can meet in person in the new year.  Thanks much,

--Lori

CONFIDENTIAL                                                                              PIX00002262

**Lucasfilm candidate process**

Our gentleman's agreement with the Lucas companies has been as follows:

- When we receive a resume and/or reel from a current Lucasfilm employee, our Recruiting team reviews it and if we feel they are qualified for an open position, we contact the candidate, usually by phone.  (Many of our Lucas candidates come through Pixar employee referrals since it's a small world here in Northern California.) HR/Recruiting never solicits Lucas employees ourselves.

- In that initial phone conversation, we let the candidate know that we will consider them, but if it should turn out that we want to make them an offer, they will need to notify their manager at Lucasfilm, and we will follow up with a phone call to Lucasfilm HR (or in some cases particular senior managers) to let them know we have made an offer to the candidate.  We let the candidates know this up front because if they are apprehensive about this process, we don't want to waste their time or ours in interviewing them.

- If the candidate wishes to be considered, we then put them through our regular interview process and make a decision on whether or not we want to extend an offer.

- When an offer is made, we ask the Lucasfilm employee to notify their manager and then we follow up with a call to Lucasfilm HR (usually the HR Director) and/or in many cases, Colum Slevin, Dir. of CG at ILM (since most the candidates are from ILM), or Gail Currey at Lucasfilm Animation.

- Once we have had the conversation with LFL, we never counter if the candidate comes back to us with a better offer from Lucasfilm.

- Lucasfilm honors this process & agreement in return (the calls from LFL come to Lori)

LMcAdams                                                                 CONFIDENTIAL

PIX00002263

Lori McAdams
Vice President, Human Resources
Pixar Animation Studios
1200 Park Ave.
Emeryville, CA  94608
510-922-3564
lmcadams@pixar.com

███████████

**Date:** December 11, 2007 4:42:41 PM PST
**Subject: lucasfilm hr contact info**


\*Rosie Server\*
Associate Recruiter

\*Lucasfilm\*
P.O. Box 10037
San Rafael, CA
<http://maps.google.com/maps?q=P.O.+Box+10037%2CSan+Rafael%2C+CA+94912-0037&hl=en>94912-0037

\*Work:\* 415-662-1781
\*Fax:\* 415-662-7831
\*Email:\* rosie.server@lucasfilm.com <mailto:rosie.server@lucasfilm.com>

CONFIDENTIAL                                                                                                    PIX00002264