**Exhibit 64**

| | |
|---|---|
| **From:** | Howard Look <howard@pixar.com> |
| **Sent:** | Wednesday, November 9, 2005 11:39 AM |
| **To:** | William Stein <wstein@apple.com>; Scott Forstall <forstall@apple.com>; Brett Halle <brett@apple.com> |
| **Bcc:** | Howard Look <howard@pixar.com> |
| **Subject:** | Rock star Objective-C/Cocoa people? |

Hi Will, Scott and Brett,

We having a hard time finding world-class s/w dev candidates with Objective-C/Cocoa experience, and we of course cannot recruit out of Apple.

Do you have any leads on candidates?

Any leads on great contractors that might want to do some quick & dirty UI prototypes for us, maybe a 6 month stint?

Thanks,
Howard

CONFIDENTIAL                                                                                                                    PIX00003600