**Exhibit 65**

**From:** Lori McAdams <lmcadams@pixar.com>
**Sent:** Tuesday, December 11, 2007 9:24 PM
**To:** Susan Fisher <sfisher@pixar.com>
**Cc:** Tricia Green <tgreen@pixar.com>; gort <gort@pixar.com>
**Subject:** Re: [Fwd: lucasfilm hr contact info]

Hi Susan,

I'd be more than happy to pave the way for REDACTED to interview with LFL. FYI, we have an agreement among our two companies not to directly solicit talent from each other, but if an employee of one company applies to the other company on their own, that company can consider the person. We just won't get into bidding wars for the employee. So in other words, even with our agreement it'd be fine for them to consider REDACTED if he applied to LFL on his own. It's likely that because they have a number of new HR people at Lucasfilm/ILM, they're not completely up to speed on how it works.

I'll send a note to my colleague Jan Vandervoort who oversees HR there, and copy the Recruiter Rosie so they know we give the full green light. Thanks for bringing it to our attention, and please tell REDACTED good luck!

--Lori

ps. I assume REDACTED wants to finish up here (i.e. stay through April) before he goes there? I'll let them know he'll be done with us in that time frame.


On Dec 11, 2007, at 4:55 PM, Susan Fisher wrote:

> Tricia/Lori - Robin suggested I drop you guys a note.
>
> I have a run of show, REDACTED who has been told he will not be hired after his contract ends in April. He'd like to interview with ILM, however they noted an agreement between Pixar and ILM to not hire away each other's TDs. Given he is essentially being let go, I assume that this restriction will be waived.
>
> Is it possible to just send a quick note to ILM to smooth the path for REDACTED for his interview?
>
> Thanks for any assistance - he was hoping to interview as soon as next week.
>
> Susan
>
> --
> Susan M. Fisher
> Andrew's Project/Rendering
>
> **From:** REDACTED
> **Date:** December 11, 2007 4:42:41 PM PST
> **To:** Susan Fisher <sfisher@pixar.com>
> **Subject: lucasfilm hr contact info**
>
>
>
> *Rosie Server*

Associate Recruiter

*Lucasfilm*
P.O. Box 10037
San Rafael, CA
<http://maps.google.com/maps?q=P.O.+Box+10037%2CSan+Rafael%2C+CA+94912-0037&hl=en>94912-0037

*Work:* 415-662-1781
*Fax:* 415-662-7831
*Email:* rosie.server@lucasfilm.com <mailto:rosie.server@lucasfilm.com>

CONFIDENTIAL                                                                                                                              PIX00004052