**Exhibit 66**

| | |
|---|---|
| **From:** | Lori McAdams <lmcadams@pixar.com> |
| **Sent:** | Monday, April 30, 2007 1:44 PM |
| **To:** | recruitingdivas <recruitingdivas@pixar.com> |
| **Cc:** | Erica Perkins-Youman <ericapy@pixar.com>; Jannine Hemphill <jhemphill@pixar.com>; Stephanie Sheehy <ssheehy@pixar.com> |
| **Subject:** | Apple gentleman's agreement |

Hi all,

I just got off the phone with Danielle Lambert, and we agreed that effective now, we'll follow a gentleman's agreement with Apple that is similar to our Lucasfilm agreement.

That is:

* we won't directly solicit any Apple employee (including outside recruiters if we use them)
* if a current Apple employee submits a resume, we will consider them like any other candidate
* any candidate we bring in for interviews should be told of our gentleman's agreement early on in the process
* at the point we make an offer, I'll call Danielle and let her know who was made an offer and where he/she works
* we should keep a good paper/digital trail to demonstrate the person approached us in case we need it

Danielle will ask her Recruiting team to follow the same procedure, but given their scale, this isn't likely to apply to the retail organizations.

I will talk with Ed about this at my next 1-1 to confirm he's comfortable with it, but feel free to work this way unless/until you hear differently.

Thanks!

--Lori

CONFIDENTIAL                                                                                                                    PIX00004883