**Exhibit 69**

| | |
|---|---|
| **From:** | Sharon Coker <Sharon.Coker@lucasfilm.com> |
| **Sent:** | Thursday, July 28, 2005 2:33 PM |
| **To:** | Lori McAdams |
| **Subject:** | Need confirmation |

Cliff believes that one of our systems engineers, Robert Molholm, has been extended an offer by Pixar.  Can you confirm?  And can I also confirm your understanding that once you have extended an offer, you will not counter?  Thanks!


Sharon Coker

Director, Human Resources

Lucasfilm Entertainment Co. Ltd.

415-662-7785

1

PIX00009416