**Exhibit 70**

| | |
|---|---|
| From: | Lori McAdams <lmcadams@pixar.com> |
| Sent: | Monday, October 13, 2008 12:01 PM |
| To: | Eben Ostby; Greg Brandeau |
| Subject: | Re: [Fwd: Re: Intel recruiting Pixar employees] |

I agree with Eben. It's a great time to implement a cash based plan,
and so many of our employees are holding unexercised but vested stock
that I don't think they will jump ship quickly. Many options
(everything pre 05) are under water, but they're worth sticking
around for for awhile to see where the market shakes out.

But thanks for the thoughts! (and thanks for getting Intel off
Dana's back!)

--Lori

On Oct 11, 2008, at 10:59 AM, Eben Ostby wrote:

> I get what you're saying, but instead if you assume that everyones'
> confidence in stock (as an investment) is at an all-time low, an
> LTI program that gives you cash in the end instead of stock begins
> to sound really good.
>
> So I'm not worried, myself.
> On Oct 10, 2008, at 11:51 PM, Greg Brandeau wrote:
>
>> Hi Eben and Lori,
>>
>> It occurred to me tonight that our employees could be more easily
>> enticed away because of what is happening in the stock market. If
>> you assume that everyone's options are under water, what does that
>> mean about our current LTI? In addition, crazily enough, right
>> now going somewhere that grants stock options is probably a good
>> thing -- your strike price will be at a ten year low. Said
>> another way, the current stock market situation may be a perverse
>> anti-LTI program....
>>
>> -gtb
>>
>> -------- Original Message --------
>> Subject:     Re: Intel recruiting Pixar employees
>> Date:        Fri, 10 Oct 2008 22:46:20 -0700
>> From:        Greg Brandeau <brandeau@pixar.com>
>> To:   Gelsinger, Patrick P <patrick.p.gelsinger@intel.com>
>> CC:   Cooper, Don <don.cooper@intel.com>
>> References:
>> <AD75107ECAEC4949991FB357E775D5C510F54CEA@orsmsx502.amr.corp.intel.co
>> m>

1

>> <A88B5DEB8B3EFC499BDCD4440A79A40E0353AB4B@orsmsx503.amr.corp.intel.co
>> m>
>> <AD75107ECAEC4949991FB357E775D5C510F552E3@orsmsx502.amr.corp.intel.co
>> m>
>>
>> Hi Pat,
>>
>> Thanks for taking care of this.  I owe Don a return call which I
>> didn't
>> get to today but I will on Monday.
>>
>> Regards,
>>
>> -gtb
>>
>> Gelsinger, Patrick P wrote:
>> > Greg -
>> >
>> > I apologize this has happened. As you know, we greatly value
>> your partnership.
>> >
>> > As you can understand, we're very aggressively driving our
>> graphics/media recruiting. We've used a variety of direct and
>> indirect recruiters to expedite the build-up of our resources in
>> this area.
>> >
>> > Based on your inquiry, we've immediately directed our recruiters
>> that Intel will not proactively pursue any Pixar employees going
>> forward. I've copied my director of recruiting Don Cooper on this
>> message and he is responsible for implementing this policy. Feel
>> free to have anyone at Pixar interact with him  directly for any
>> specific situations or concerns. Don will also be investigating
>> the past situations and provide me a bit more background as well.
>> >
>> > Regards,
>> > Pat.
>> >
>> > -----Original Message-----
>> > From: Greg Brandeau [mailto:brandeau@pixar.com]
>> > Sent: Thursday, October 09, 2008 5:31 PM
>> > To: Gelsinger, Patrick P
>> > Cc: Prajapati, Ranna H; Christopher Ford
>> > Subject: Intel recruiting Pixar employees
>> >
>> > Hi Pat,
>> >
>> > Over the past 6-9 months, Intel has made offers to 3 engineers
>> who work
>> > in our RenderMan team.  Given that Pixar and Intel do have a close
>> > relationship, could you ask the recruiters inside of Intel to
>> please
>> > stop recruiting our people?  I am not saying the crazy thing

2

CONFIDENTIAL

PIX00015307

```
>> that people
>> > at Pixar shouldn't be allowed to apply to Intel job postings, I am
>> > simply asking that you don't cold call our people.  Especially
>> Dana's
>> > team which is only 15 people in the first place!
>> >
>> > Thanks!
>> >
>> > -gtb
>> >
>>
>
```

CONFIDENTIAL                                                                                                              PIX00015308