Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:    (650) 739-3939
Facsimile:     (650) 739-3900

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **Case No. 11-CV-2509  LHK**<br><br>**DECLARATION OF CATHERINE T. ZENG IN SUPPORT OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, CATHERINE T. ZENG, declare:

1. I am an attorney at law, duly admitted to practice in the State of California and before this Court. I am an associate at the law firm of Jones Day, counsel for Defendant Intuit Inc. ("Intuit") in the above captioned action. I submit this Declaration in support of Defendants' Joint Response In Support Of Plaintiffs' Administrative Motion To Seal Portions Of Plaintiffs' Opposition To Defendants' Joint Administrative Motion To Supplement The Record And Declaration Of Edward E. Leamer In Opposition To Defendants' Administrative Motion. As one of the attorneys involved in the defense of this action, unless as otherwise stated, I have personal knowledge of the facts stated in this Declaration and if called as a witness I could and would testify competently to them.

2. I have reviewed the Plaintiffs' Opposition to Defendants' Joint Administrative Motion for Leave to Supplement the Record in Support of their Opposition to the Motion for Class Certification and Motion to Strike Dr. Leamer's Expert Report. As described below, the information requested to be sealed quotes from or describes Intuit's recruiting methods, strategies, data, and practices. Intuit has designated this information as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Stipulated Protective Order in this case.

3. As noted in the January 22, 2013 Declaration of Lisa K. Borgeson In Support of Renewed Administrative Motion to File Under Seal (Dkt. No. 285) ("Borgeson Declaration") information pertaining to Intuit's recruiting methods, strategies, practices and data is confidential and that public dissemination of that information could cause Intuit competitive harm.

4. Specifically, Intuit seeks to keep the following redacted portions of the Reply under seal:

- Page 3, lines 1-2 quote from the Galy declaration, which is confidential. The quoted information contains confidential information about Intuit's confidential recruiting strategies, methodologies, and practices.

I declare under penalty of perjury under the laws of the United States that the foregoing is

- 2 -

1  true and correct. Executed on this 22nd day of January, 2013 in San Francisco, California.

                                                        Catherine T. Zeng

SVI-119227

- 3 -