# EXHIBIT 1

1                  UNITED STATES DISTRICT COURT

2                 NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5    IN RE:  HIGH-TECH EMPLOYEE     )

6    ANTITRUST LITIGATION           )

7                                   )  No. 11-CV-2509-LHK

8    THIS DOCUMENT RELATES TO:      )

9    ALL ACTIONS.                   )

10   _____

11

12         DEPOSITION OF 30(b)(6) WITNESS:  ADOBE

13                    (DONNA MORRIS)

14      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15                   August 21, 2012

16

17      Reported by:  Anne Torreano, CSR No. 10520

18

19

20

21

22

23

24

25

10:44:05  1   did she report to you at that point?

10:44:06  2        A.   No, at that point in time it was Ellen

10:44:09  3   Swarthout.

10:44:09  4        Q.   It was Ellen.  Okay.  Thank you.

10:44:11  5             I believe you testified earlier that one

10:44:14  6   function of human resources at Adobe is recruiting

10:44:18  7   employees, employees or talent to fill positions at the

10:44:22  8   company?

10:44:22  9        A.   That's correct.

10:44:22 10        Q.   And another function of human resources at

10:44:25 11   Adobe is to help retain employees at the company?

10:44:28 12        A.   We don't have like a function per se that's

10:44:33 13   called "retention," but certainly an overall

10:44:37 14   responsibility of human resources is to help retain

10:44:39 15   talent.  That's right.

10:44:40 16        Q.   Let's talk about recruiting for a bit.

10:44:43 17             Why is recruiting talent important for Adobe?

10:44:46 18        A.   So our critical, most critical asset is

10:44:50 19   people.  So we're really an IP-based company.

10:44:53 20        Q.   "IP" is intellectual property?

10:44:56 21        A.   Correct.  So that's -- you know, ultimately

10:44:57 22   the only asset that we have as an organization is the

10:45:04 23   bright minds of individuals and technologists or

10:45:09 24   individuals who sell our products or market our

10:45:11 25   products.

10:45:11  1      Q.   So it's important to Adobe to have --

10:45:14  2      A.   It's critical.

10:45:15  3      Q.   It's critical to Adobe to have the best talent

10:45:18  4  that you can have?

10:45:18  5      A.   Correct.

10:45:20  6  ████ ███████████████████████████████████████

10:45:23  7  ██████████████████████████████████████████████

10:45:25  8  ████████████████

10:45:26  9  ████ ████████████████████████████████████

10:45:30 10  ████████████████████████████████████████████████

10:45:33 11  █████████████████████████████████████  ████████

10:45:37 12  ████████████████████████████████████████

10:45:40 13  ██████████████████████████████████████

10:45:45 14  ██████████████████████████████████████████████

10:45:48 15  ██████████████████████████████████████████████

10:45:52 16  ███████████████████████████  ████████████

10:45:55 17  ████████████████████████████████

10:45:58 18      ████████████████████████████████████████████

10:46:02 19  ████████████████████████████████████████

10:46:06 20  ████

10:46:08 21  ████ ████████████████████████████████████████

10:46:12 22  ██████████████████████████████████████████████

10:46:15 23  ██████████████████████████

10:46:16 24  ████ ████████████████  █████████████████████████

10:46:19 25  ██████



| Time | Line | |
|---|---|---|
| 10:46:19 | 1 | |
| 10:46:29 | 2 | |
| 10:46:30 | 3 | |
| 10:46:32 | 4 | |
| 10:46:34 | 5 | |
| 10:46:38 | 6 | |
| 10:46:42 | 7 | |
| 10:46:46 | 8 | |
| 10:46:49 | 9 | |
| 10:46:52 | 10 | |
| 10:46:57 | 11 | |
| 10:47:01 | 12 | |
| 10:47:05 | 13 | |
| 10:47:09 | 14 | |
| 10:47:12 | 15 | |
| 10:47:15 | 16 | |
| 10:47:18 | 17 | |
| 10:47:22 | 18 | |
| 10:47:25 | 19 | |
| 10:47:29 | 20 | |
| 10:47:32 | 21 | |
| 10:47:35 | 22 | |
| 10:47:37 | 23 | |
| 10:47:39 | 24 | Q.   Let's talk about executive recruitment. |
| 10:47:41 | 25 | You said that at some point Adobe retained |

11:04:27  1    internal movement.

11:04:29  2        Q.    So there are various different kinds of

11:04:32  3    candidates that are active, meaning they've reached out

11:04:36  4    in some way to Adobe?

11:04:36  5        A.    Correct.

11:04:36  6        Q.    And then there are various types of candidates

11:04:38  7    that are passive, meaning they haven't yet reached out

11:04:41  8    to Adobe; is that right?

11:04:42  9        A.    True.

11:04:42 10        Q.    What are the methods, from about 2005 to the

11:04:48 11    present, to the extent you know, by which Adobe sought

11:04:52 12    out passive candidates?

11:04:53 13        A.    What do you mean by "methods"?

11:04:57 14        Q.    What means did Adobe use to reach passive

11:05:02 15    candidates, communicate with passive candidates?

11:05:06 16        A.    Well, certainly they would -- you know, they

11:05:08 17    could -- I myself do not directly recruit candidates,

11:05:12 18    so let me go with saying that.  I interview a lot of

11:05:15 19    people but I don't recruit.

11:05:17 20    ████████████████████████    ████████████

11:05:19 21    ██████████████████    ████████████████████████

11:05:22 22    ██████████████████████████████████

11:05:25 23    ████████████████████    ████████████████

11:05:31 24    ████████████████████████████████████

11:05:35 25    ████████████████████

11:05:37  1    ███████████████████████████████

11:05:42  2    █████████████████████████████████████

11:05:46  3    ███████████

11:05:47  4         Q.    You said you don't recruit candidates

11:05:51  5    personally; is that right?

11:05:51  6         A.    That's right.

11:05:52  7         Q.    Did you ever --

11:05:53  8         A.    I interview, but --

11:05:55  9         Q.    At Adobe did you ever recruit candidates?

11:05:59 10         A.    Depends on your definition of "recruitment."

11:06:03 11    So I clearly interviewed a lot of candidates and have

11:06:07 12    always interviewed a lot of candidates.  But I was

11:06:09 13    never an individual who passively picked up the phone

11:06:12 14    and started calling people and trying to encourage them

11:06:15 15    to join the company, no.

11:06:16 16         Q.    You oversee people who do that, though?

11:06:18 17         A.    Correct.  Indirectly oversee them now.

11:06:22 18    ███  ████████████████████████████

11:06:25 19    ███████████████████████████████████

11:06:27 20    ███████████  ██████████████████████████

11:06:29 21    █████████████████████████

11:06:32 22    ███  ██████████████████████████████████

11:06:37 23    ███████████████████████████████████

11:06:43 24    █████████████████████████████

11:06:50 25    ███████████████████████████████████

| Time | Line | |
|------|------|---|
| 11:06:55 | 1 | ████████████████████████ |
| 11:07:00 | 2 | ████ |
| 11:07:00 | 3 | █ ██████████████████████ |
| 11:07:04 | 4 | ██████████ |
| 11:07:06 | 5 | ████████████████████ |
| 11:07:08 | 6 | █████████████████████████ |
| 11:07:11 | 7 | █ |
| 11:07:11 | 8 | █ ██ |
| 11:07:12 | 9 | █ █████████ |
| 11:07:13 | 10 | █ ██ |
| 11:07:13 | 11 | █ █████████████ |
| 11:07:15 | 12 | █ ██████████████ |
| 11:07:19 | 13 | ████████████████████ |
| 11:07:22 | 14 | ████████████████ ██████ |
| 11:07:27 | 15 | █████████████████████████ |
| 11:07:33 | 16 | ███████████████████ |
| 11:07:36 | 17 | ███████████████████ |
| 11:07:40 | 18 | ███████████████████ |
| 11:07:44 | 19 | ████████████ |
| 11:07:46 | 20 | █ █████████████████ |
| 11:07:49 | 21 | █ ████████████████████████ |
| 11:07:55 | 22 | █████████ |
| 11:07:57 | 23 | █ ████████████████████ |
| 11:08:00 | 24 | ███████ |
| 11:08:01 | 25 | █ █████████████████ |



```
 1                    REPORTER'S CERTIFICATE

 2         I, Anne Torreano, Certified Shorthand Reporter

 3    licensed in the State of California, License No. 10520,

 4    hereby certify that the deponent was by me first duly

 5    sworn, and the foregoing testimony was reported by me

 6    and was thereafter transcribed with computer-aided

 7    transcription; that the foregoing is a full, complete,

 8    and true record of said proceedings.

 9         I further certify that I am not of counsel or

10    attorney for either or any of the parties in the

11    foregoing proceeding and caption named or in any way

12    interested in the outcome of the cause in said caption.

13         The dismantling, unsealing, or unbinding of

14    the original transcript will render the reporter's

15    certificates null and void.

16         In witness whereof, I have subscribed my name

17    this 31st day of August, 2012.

18

19              [X] Reading and Signing was requested.

20              [ ] Reading and Signing was waived.

21              [ ] Reading and Signing was not requested.

22

23
                    _____
24                  ANNE M. TORREANO, CSR No. 10520

25
```