# EXHIBIT 2

1        UNITED STATES DISTRICT COURT

2       NORTHERN DISTRICT OF CALIFORNIA

3            SAN JOSE DIVISION

4

5

6  IN RE:  HIGH-TECH EMPLOYEE        )

7  ANTITRUST LITIGATION              )

8                                    )    No. 11-CV-2509-LHK

9  THIS DOCUMENT RELATES TO:         )

10  ALL ACTIONS.                      )

11  _____ )

12

13

14      CONFIDENTIAL - ATTORNEYS' EYES ONLY

15     VIDEO DEPOSITION OF JEFFREY VIJUNGCO

16            October 5, 2012

17

18

19

20  REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

21

22

23

24

25

| | | |
|---|---|---|
| 09:55:37 | 1 | were signed by the judge in this case? |
| 09:55:40 | 2 | A.  I've signed -- I don't know who the judge is, |
| 09:55:42 | 3 | but yes, I believe so. |
| 09:55:45 | 4 | Q.  Have you read any of the deposition transcripts |
| 09:55:48 | 5 | in this case? |
| 09:55:49 | 6 | A.  No. |
| 09:55:50 | 7 | Q.  When did you first learn about this lawsuit? |
| 09:55:56 | 8 | A.  I don't recall exactly in the past.  A year or |
| 09:56:03 | 9 | so.  I'm not sure. |
| 09:56:05 | 10 | Q.  Well, did a lawyer tell you about it? |
| 09:56:07 | 11 | MR. KIERNAN:  Objection.  Instructing the |
| 09:56:09 | 12 | witness not to answer any communications that he's had |
| 09:56:11 | 13 | with counsel. |
| 09:56:14 | 14 | MR. SAVERI:  Q.  Let me ask you a better |
| 09:56:15 | 15 | question.  Did you read about this lawsuit in the |
| 09:56:19 | 16 | newspaper or on the Internet or in some press |
| 09:56:24 | 17 | coverage of the lawsuit? |
| 09:56:25 | 18 | A.  I think everyone has seen a press release about |
| 09:56:28 | 19 | it in the valley, yes. |
| 09:56:32 | 20 | Q.  Now, after you heard about it, did you speak |
| 09:56:34 | 21 | with anybody at Adobe about the lawsuit? |
| 09:56:37 | 22 | A.  No. |
| 09:56:39 | 23 | Q.  Have you ever spoken to anybody at Adobe about |
| 09:56:41 | 24 | the lawsuit? |
| 09:56:42 | 25 | A.  No. |

| | | |
|---|---|---|
| 09:56:46 | 1 | Q.  Does your boss know where you are today? |
| 09:56:49 | 2 | A.  No. |
| 09:56:50 | 3 | Q.  Okay.  Have you spoken to anyone besides |
| 09:57:03 | 4 | Adobe's lawyers about this case? |
| 09:57:04 | 5 | A.  No. |
| 09:57:06 | 6 | Q.  Now, at some point in time, did you become |
| 09:57:12 | 7 | aware that the United States Government, in particular |
| 09:57:15 | 8 | the Department of Justice, was investigating Adobe's |
| 09:57:20 | 9 | recruiting practices? |
| 09:57:22 | 10 | A.  Yes. |
| 09:57:23 | 11 | Q.  And when did you learn of that? |
| 09:57:27 | 12 | A.  I don't recall exactly when.  But as you |
| 09:57:29 | 13 | mentioned earlier, as far as press, I mean, that's kind |
| 09:57:33 | 14 | of my recollection of it, as of most recent.  The |
| 09:57:38 | 15 | San Jose Mercury Times or online, some article. |
| 09:57:51 | 16 | Q.  Were you asked to provide any information to |
| 09:58:00 | 17 | the United States Government, and in particular the |
| 09:58:04 | 18 | Department of Justice, with respect to their |
| 09:58:05 | 19 | investigation of Adobe's hiring practices? |
| 09:58:09 | 20 | A.  I was asked to provide information, instructed |
| 09:58:14 | 21 | by, you know, my legal counsel as far as providing |
| 09:58:17 | 22 | whatever -- |
| 09:58:18 | 23 | MR. KIERNAN:  And I'm going to instruct the |
| 09:58:19 | 24 | witness not to disclose any communications that you've |
| 09:58:21 | 25 | had with counsel. |

| | | |
|---|---|---|
| 09:58:25 | 1 | MR. SAVERI:  Q.  Have you ever spoken with |
| 09:58:28 | 2 | anybody at the DOJ about Adobe's hiring practices? |
| 09:58:36 | 3 | A.  No.  Not that I recall. |
| 09:58:37 | 4 | Q.  Now, are you aware that Adobe submitted a white |
| 09:58:39 | 5 | paper to the Department of Justice in connection with |
| 09:58:42 | 6 | the Department of Justice's investigation of Adobe's |
| 09:58:46 | 7 | business practices? |
| 09:58:47 | 8 | A.  I don't know what a white paper is related to |
| 09:58:50 | 9 | that. |
| 09:58:50 | 10 | Q.  So I take it then that you've never reviewed |
| 09:58:52 | 11 | Adobe's white paper submitted to the Department of |
| 09:58:54 | 12 | Justice.  Is that correct? |
| 09:58:56 | 13 | A.  I don't recall what that is. |
| 09:58:57 | 14 | Q.  Okay.  Now, are you aware that Adobe resolved |
| 09:59:08 | 15 | the claims raised by the United States Department of |
| 09:59:12 | 16 | Justice against Adobe with respect to its hiring |
| 09:59:16 | 17 | practices? |
| 09:59:17 | 18 | A.  I believe so.  I don't know what "resolved" |
| 09:59:20 | 19 | means. |
| 09:59:21 | 20 | Q.  Well, do you know that Adobe entered into an |
| 09:59:25 | 21 | agreement with the Department of Justice that provided, |
| 09:59:28 | 22 | among other things, that Adobe would change its business |
| 09:59:32 | 23 | practices with respect to its hiring or recruiting? |
| 09:59:36 | 24 | A.  I believe so.  Around -- yes. |
| 09:59:40 | 25 | Q.  And how did you learn about that? |





Deposition of Jeffrey Vijungco                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION





1        I, Gina V. Carbone, Certified Shorthand

2    Reporter licensed in the State of California, License

3    No. 8249, hereby certify that the deponent was by me

4    first duly sworn and the foregoing testimony was

5    reported by me and was thereafter transcribed with

6    computer-aided transcription; that the foregoing is a

7    full, complete, and true record of said proceedings.

8        I further certify that I am not of counsel or

9    attorney for either of any of the parties in the

10   foregoing proceeding and caption named or in any way

11   interested in the outcome of the cause in said caption.

12       The dismantling, unsealing, or unbinding of

13   the original transcript will render the reporter's

14   certificates null and void.

15       In witness whereof, I have hereunto set my

16   hand this day:  October 11, 2012.

17       ___X___  Reading and Signing was requested.

18       _____  Reading and Signing was waived.

19       _____  Reading and signing was not requested.

20

21

22                    _____

23                    GINA   V.  CARBONE

24                    CSR 8249, RPR, CCRR

25















