# EXHIBIT 3

```
 1                 UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5

 6   IN RE:  HIGH-TECH EMPLOYEE     )

 7   ANTITRUST LITIGATION           )

 8                                  )   No. 11-CV-2509-LHK

 9   THIS DOCUMENT RELATES TO:      )

10   ALL ACTIONS.                   )

11   _____ )

12

13

14           CONFIDENTIAL - ATTORNEYS' EYES ONLY

15            VIDEO DEPOSITION OF MARK BENTLEY

16                     August 23, 2012

17

18

19

20   REPORTED BY:   GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

21

22

23

24

25
```

```
05:41:44  1       A.  268 or 278?
05:41:47  2       Q.  I'm sorry.
05:41:48  3       A.  Oh, sorry.  268 is the exhibit.  Okay.
05:41:52  4       Q.  Yeah.  I'm sorry, sir.
05:41:52  5       A.  That's all right.  Page 278?
05:41:54  6       Q.  No.  Exhibit 268, the first page, 9277.
05:41:57  7       A.  Okay.
05:41:58  8       Q.  Do you see there is a reference in
05:42:01  9   Ms. Montesino's email to a functional job matrix?
05:42:06 10   It's about a third of the page down.
05:42:11 11       A.  I do see that.
05:42:13 12       Q.  What's a functional job matrix?
05:42:17 13       A.  I believe it's what we were just looking at in
05:42:21 14   the back attachments.
05:42:25 15       Q.  Fair enough.  Now, she also refers to a
05:42:27 16   staffing wiki.  Do you see that?
05:42:32 17       A.  I do see that.
05:42:33 18       Q.  What's a staffing wiki?
05:42:35 19       A.  A staffing wiki is basically -- they're
05:42:42 20   internal -- it's an internal intranet, if you will, that
05:42:45 21   we used in staffing to keep information on that we could
05:42:50 22   share.
05:42:51 23       Q.  Did it include information regarding
05:42:54 24   compensation or compensation levels?
05:42:58 25       A.  According to this email, I believe it included
```

```
05:43:01   1    the matrix that we see at the back of this attachment.
05:43:04   2         Q.  And are the -- is the path information
05:43:17   3    regarding the staffing wiki and guidelines set forth in
05:43:21   4    Ms. Montesino's email?
05:43:25   5         A.  Is the path guideline?
05:43:27   6         Q.  I'm sorry.  She writes, "The staffing wiki is
05:43:29   7    http://," and there is path information.  Do you see
05:43:34   8    that?
05:43:37   9         MR. RILEY:  I think he's getting hung up on
05:43:39  10    "path."
05:43:39  11         MR. SAVERI:  Q.  I'm sorry.  Maybe I'm
05:43:42  12    using the wrong word.
05:43:44  13         A.  There is a URL address.
05:43:46  14         Q.  I'm sorry.  Is that the URL address for the
05:43:48  15    staffing wiki where it could be found on the Apple
05:43:51  16    intranet?
05:43:52  17         A.  Based on what this email is saying, this -- I
05:43:55  18    believe it is.
05:43:58  19         Q.  Okay.  I'm done with that one.
05:44:32  20             (Whereupon, Exhibit 269 was marked for
05:44:32  21             identification.)
05:44:38  22         MR. SAVERI:  Q.  I've handed you what's
05:44:48  23    been marked as 269.  It's an email with the numbers
05:44:52  24    231APPLE010371 to 373.  Do you have that in front of
05:44:58  25    you?
```

```
05:45:00   1        A.   I do have this in front of me.
05:45:03   2        Q.   Do you recognize this document?
05:45:04   3        A.   Can I take a few minutes to read it, please.
05:45:09   4        Q.   Please do.
05:45:09   5             You'll note at the top of the first page there
05:45:11   6   is an email from you to Mr. Cook.  Do you see that?
05:45:15   7        A.   I do see that.
05:45:16   8        Q.   Please take a moment to look at the document.
05:48:45   9        A.   Okay.
05:48:46  10        Q.   Do you recognize this document?
05:48:50  11        A.   I do recognize this email.
05:48:53  12        Q.   Could you tell me what it is?
05:48:55  13        A.   Looks like it's an email that I had put
05:49:00  14   together for Tim Cook, who was my interim manager at the
05:49:06  15   time, setting up the request for possibly adding
05:49:14  16   additional headcount to my organization.
05:49:17  17        Q.   Did you write this email to Mr. Cook on or
05:49:19  18   about March 15th, 2010?
05:49:25  19        A.   It does look like it was about that time.
05:49:27  20        Q.   Were you serving, at that time, as the interim
05:49:32  21   HR director at Apple?
05:49:37  22        A.   I believe I was still in the interim HR role.
05:49:41  23        Q.   Now, about a third to halfway down the first
05:49:44  24   page, you identify -- let me just ask you.  Do you see
05:49:53  25   the reference to 2008 total and 184 people?  Do you see
```

```
05:49:58  1   that?
05:49:58  2        A.   I do see that.
05:50:01  3        Q.   And what do those figures represent?
05:50:04  4        A.   I believe I call it out in the email somewhere
05:50:06  5   in there.  But those are -- that's the total headcount
05:50:11  6   of my staffing organization at that time.
05:50:14  7        Q.   Does this show how many people Apple employed
05:50:17  8   in 2008 to handle recruiting?
05:50:21  9             MR. RILEY:  Objection.  Question is vague.
05:50:27 10             THE WITNESS:  I don't believe that this
05:50:31 11   includes the exec search team.
05:50:35 12             MR. SAVERI:  Q.  So the exec search team
05:50:36 13   would be in addition to these figures.  Is that
05:50:38 14   correct?
05:50:39 15        A.   Yeah.  Give me a moment to just reread this --
05:50:42 16        Q.   Sure.
05:50:42 17        A.   -- to make sure that I'm not missing it.
05:50:44 18        Q.   Yeah.
05:51:02 19        A.   I believe I'm mistaken.  I did include the exec
05:51:05 20   search team in that number.
05:51:09 21             So I'm sorry, your question was.
05:51:11 22        Q.   My question was, does this show how many people
05:51:14 23   Apple employed to handle recruiting in 2008?
05:51:18 24        A.   Well, it's somewhat ambiguous.  Because this
05:51:21 25   referred to the internal people that we had, but we did
```

```
05:51:26  1    have external relationships too.
05:51:28  2         Q.   Okay.  So is it fair to say that this
05:51:31  3    accurately sets forth how many people Apple employed
05:51:33  4    internally to handle recruiting in 2008?
05:51:37  5         A.   Based on what this email -- I've outlined in
05:51:40  6    this email, that is correct.
05:51:43  7         Q.   And you also include figures for 2009 and 2010.
05:51:46  8    Do you see that?
05:51:48  9         A.   I do see that.
05:51:49 10         Q.   And to the best of your recollection, those
05:51:52 11    were accurate counts of how many people Apple employed
05:51:56 12    to handle recruiting internally?
05:51:59 13         A.   To the best of my knowledge, to handle
05:52:03 14    recruiting internally.
05:52:04 15         Q.   How many -- in addition to these people, how
05:52:07 16    many people did Apple employ to handle recruiting, I
05:52:11 17    guess, externally during these particular years?
05:52:16 18         A.   That was fairly dynamic, and it would depend on
05:52:18 19    what ramps may have been going on, either in a certain
05:52:22 20    part of the world and/or from a functional discipline
05:52:25 21    standpoint.
05:52:26 22         Q.   Can you give me a sense, just by order of
05:52:29 23    magnitude, how that number would relate to the figures
05:52:32 24    that you set forth here?
05:52:34 25              MR. RILEY:  Objection.  The question is
```

| | | |
|---|---|---|
| 05:52:35 | 1 | overbroad and vague. |
| 05:52:38 | 2 | THE WITNESS: I can't. Because in many cases I |
| 05:52:42 | 3 | didn't have direct knowledge of exactly how many people |
| 05:52:45 | 4 | were actually supporting recruiters externally that were |
| 05:52:51 | 5 | working for us or on our behalf. |
| 05:53:32 | 6 | MR. SAVERI: Q. Could we go back to |
| 05:53:34 | 7 | Exhibit 268 again, please. I have a couple more |
| 05:53:50 | 8 | questions about the tables at the back. |
| 05:54:14 | 9 | When Apple set -- well, let me ask this |
| 05:54:17 | 10 | question generally. Did Apple determine adjustments to |
| 05:54:25 | 11 | employee compensation on an annual basis? |
| 05:54:29 | 12 | MR. RILEY: Excuse me. I'm going to ask them |
| 05:54:33 | 13 | to quiet down. |
| 05:54:33 | 14 | MR. SAVERI: Let's go off the record while |
| 05:54:35 | 15 | Mr. Riley is going to tell everybody to pipe down. |
| 05:54:39 | 16 | THE VIDEOGRAPHER: The time is 5:54 p.m. We're |
| 05:54:41 | 17 | going off the record. |
| 05:54:53 | 18 | (Recess taken.) |
| 05:55:59 | 19 | THE VIDEOGRAPHER: The time is 5:55 p.m. We're |
| 05:56:02 | 20 | back on the record. |
| 05:56:03 | 21 | MR. SAVERI: Q. I don't know if there was |
| 05:56:04 | 22 | a question pending, but let me withdraw it. Let me |
| 05:56:07 | 23 | just ask you this question. |
| 05:56:08 | 24 | With what frequency did Apple change its |
| 05:56:18 | 25 | compensation levels for its employees? Was it done |

1      I, Gina V. Carbone, Certified Shorthand
2  Reporter licensed in the State of California, License
3  No. 8249, hereby certify that the deponent was by me
4  first duly sworn and the foregoing testimony was
5  reported by me and was thereafter transcribed with
6  computer-aided transcription; that the foregoing is a
7  full, complete, and true record of said proceedings.
8      I further certify that I am not of counsel or
9  attorney for either of any of the parties in the
10 foregoing proceeding and caption named or in any way
11 interested in the outcome of the cause in said caption.
12     The dismantling, unsealing, or unbinding of
13 the original transcript will render the reporter's
14 certificates null and void.
15     In witness whereof, I have hereunto set my
16 hand this day:  July 6, 2012.
17     ___X___ Reading and Signing was requested.
18     _____ Reading and Signing was waived.
19     _____ Reading and signing was not requested.
20
21
22                          _____
23                          GINA   V.  CARBONE
24                          CSR 8249, RPR, CCRR
25