# EXHIBIT 14

| | |
|---|---|
| **From:** | Bruce Chizen |
| **Sent:** | Friday, May 27, 2005 9:27 PM |
| **To:** | Shantanu Narayen <snarayen@adobe.com>; Theresa Townsley <townsley@adobe.com> |
| **Subject:** | RE: Apple recruiting |

Agree.  We have lots of companies we can recruit from.  Given the reasons that I stated way below, I think we should stay away from Apple unless an Apple employee approaches us.

**From:** Shantanu Narayen
**Sent:** Friday, May 27, 2005 9:25 PM
**To:** Theresa Townsley; Bruce Chizen
**Subject:** RE: Apple recruiting

I think the spirit has to be that we don't initiate contact with Apple employees even through our employees.  If an Adobe employee is approached by an Apple employee I think it's okay to pass it on …

**From:** Theresa Townsley [mailto:townsley@adobe.com]
**Sent:** Friday, May 27, 2005 9:22 PM
**To:** Shantanu Narayen; Bruce Chizen
**Subject:** RE: Apple recruiting

and if an Adobe employee refers an Apple employee through our referral program are you okay with that?
t

**From:** Shantanu Narayen [mailto:snarayen@adobe.com]
**Sent:** Friday, May 27, 2005 8:56 PM
**To:** Bruce Chizen; Theresa Townsley
**Subject:** RE: Apple recruiting

I agree.

**From:** Bruce Chizen
**Sent:** Friday, May 27, 2005 8:52 PM
**To:** Theresa Townsley; Shantanu Narayen
**Subject:** RE: Apple recruiting

No active soliciting of any employee.   Heads up on senior level approaching either company

**From:** Theresa Townsley [mailto:townsley@adobe.com]
**Sent:** Friday, May 27, 2005 8:33 PM
**To:** Shantanu Narayen; Bruce Chizen
**Subject:** RE: Apple recruiting

Just to clarify, are you both saying not to solicit any employee at any level?

Also, what is the agreement between you (Bruce) and Steve if Apple employees come to us directly? There is where I thought you two agreed that you would give each other a call if they were at the senior level.

t

HIGHLY CONFIDENTIAL

**From:** Shantanu Narayen [mailto:snarayen@adobe.com]
**Sent:** Friday, May 27, 2005 9:42 AM
**To:** Bruce Chizen; Theresa Townsley
**Subject:** RE: Apple recruiting

I agree – that was also my point to you yesterday.  I am comfortable with no-solicit.  Theresa?

sn

**From:** Bruce Chizen
**Sent:** Friday, May 27, 2005 9:29 AM
**To:** Theresa Townsley; Shantanu Narayen
**Subject:** Apple recruiting
**Importance:** High

It would be great if the two of you could discuss and let me know how I should respond.

My feeling is that at this point, if I tell Steve it's open season (other than senior managers), he will deliberately poach Adobe just to prove a point.  Knowing Steve, he will go after some of our top Mac talent like Chris Cox and he will do it in a way in which they will be enticed to come (extraordinary packages and Steve wooing).

My opinion it's not worth it and we should agree to to actively solicit employees in both directions.    With that said, I will defer to the two of you.  Please let me know by ASAP.

HIGHLY CONFIDENTIAL

AB_CID001097
**ADOBE_001097**
**CONFIDENTIAL**