# EXHIBIT 21

**From:** Ann Reeves <areeves@apple.com>
**Subject:** Re: Your voicemail and an update
**Received(Date):** Tue, 27 Mar 2007 17:21:13 -0700
**To:** Brenda Everson <beverson@apple.com>

I agree let's not communicate in writing with anyone there.
A
On Mar 27, 2007, at 7:01 AM, Brenda Everson wrote:

> Ann;
>
> This is a response I received from an ADOBE employee who applied for a position through our job posting site. I called him to ensure he is still an ADOBE employee, explained our mutual agreement / guidelines, and asked that he contact me should his employment with ADOBE terminate, but at this time I am unable to continue exploring with him. He does bring up a good point that I believe we should investigate further - if someone applies / contacts us, legally we should be able to pursue them. We ran into a similar situation when I was at TARGET and it got ugly.
>
> I am going to call him in response and let him know that we do have a best qualified candidate identified, I do not want anything in "writing".
>
> Thanks,
> --Brenda
>
>> Brenda,
>>
>> Got your voicemail of 3/16. I took the afternoon off as well that day. I'm still concerned about the policy at Apple and have talked with people here last week, both in my management and in HR. I received the following from HR and you can see his recommendation. I'm hoping this is helpful.
>>
>> "Our recruiting manager doesn't understand it. The agreement is not to "poach" candidates, that meaning if you directly apply to Apple there should be no issue. Only an issue if a recruiter directly contacts you before you apply. If you apply or have already, try again is my advice."
>>
>> I'm still very much interested in the position in the Educational group at Apple. As you can see, Adobe is very supportive of its employees (certainly food for thought on my end). I recently received an excellent annual review and, of course, they would like me to stay. But they understand not all my objectives can be met in my current position. I'm a bit in the dark, though, since I really don't know anything more about the position beyond the job description, and I'm not sure how far to

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                      231APPLE080776

take this. If it helps, I reported to Susan Altman Prescott for a time long before she moved to Apple; please speak with her if you like.

Let me know if this is indeed the end of the line.

Best,

Tom

ps -- I was in Madison this past weekend. Weather was fantastic.

☐ | business development & product marketing | print & classic publishing | adobe systems | ☐ |☐ @adobe.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                    231APPLE080777