# EXHIBIT 29

DOCUMENT

PLACEHOLDER

This Document was Produced in Native Format

INTUIT_035842
Confidential - Attorneys' Eyes Only

# Pay Decisions 2004
## Communications Session for Senior Leaders (Level 2&3 Managers)

*"Differentiating Performance for Results...
Differentiating Pay Decisions for Performance"*

*Jim Grenier*



# Pay Decisions 2004 - Agenda

- **An "Executive Summary"…Highlights**

- **The Framework & Context**
  - Performance Evaluation
  - Retention
  - A Calibration Tool
  - Tips for Gaining Approval
  - Guidelines

- **The Pay Decision Tool (PDT)**

- **Stock Options Focal Review & Tool**

# Headlines

- Calendar

- Compensation Budgets vs. Market

- Other Comp Plans ~ FY04-FY05 Actions

- Stock Options Update

# Focal Pay Decisions and Options Timeline



I n t u i t   C o n f i d e n t i a l

# FY'05 Budget and the Market

The Landscape



I n t u i t   C o n f i d e n t i a l

# Budget Recommendations are Based On...



I n t u i t   C o n f i d e n t i a l

# Other Actions ~ Compensation Plans



# Stock Options Update



# Your Action Items...



# The Performance Management Cycle...



I n t u i t    C o n f i d e n t i a l



Intuit   Confidential

# Focal Review – The Framework and Context

- Making Pay Decisions: 6 Steps

- Performance & Retention

- A Calibration Tool

- Tips for Gaining Approval

- Guidelines: Base Pay & IPI

# 6 Steps in Making an Effective Pay Decision

Introduction

# Performance Rating



Intuit  Confidential

Input: Performance Rating http://home.intuit.com/hr/pm



# Performance Management:
# Upcoming Events

- **For Managers**:
  - "*Nuts and Bolts of Writing Performance Evaluations*"
    - Download this TPOV from web and share it with your teams.
  - "*Leading Performance Evaluation Discussions*"
    - Bring your most challenging evaluation to this 4 hour training.

- **For Employees**
  - *What's In It For You*"
    - WebEx and classroom, reviews PM cycle and employee roles during evaluation discussion.

**: Finalize Performance Evaluations**

# Assess and Calibrate Across Organization



Intuit   Confidential

# How Do I Think About "Retention?"



Segment the population by
"similar" positions...hourly vs salaried vs...



# A Ranking Tool to Help with Rationale and Clarity



I n t u i t   C o n f i d e n t i a l

# 6 Steps in Making an Effective Pay Decision

Intuit Confidential

Introduction

# Pay Decision Guidelines

**What is an Effective Pay Plan?**
**Also Known As, "Tips for Gaining Approval."**

Intuit Confidential

# Pay Decision Guidelines...Base Pay

I n t u i t   C o n f i d e n t i a l

# FY04 IPI - Variable Compensation Logic



# Pay Decision Guidelines – IPI Bonus Award



I n t u i t   C o n f i d e n t i a l



I n t u i t   C o n f i d e n t i a l

# Pay Decision Process Checklist



I n t u i t   C o n f i d e n t i a l

# Stock Options Focal Review

## How It Works...

I n t u i t   C o n f i d e n t i a l

# How it Works...



I n t u i t   C o n f i d e n t i a l

# Projected "9-Blocker" for 2004 Stock Options Grant

**(Confidential – Not for Distribution)**

Intuit  Confidential



# Guidelines...An Example



# Focal Guidelines...An Example for Jan Doe



# Other Considerations



# A Reminder…Role of Manager – New Hires



I n t u i t   C o n f i d e n t i a l

# The Pay Decision Tool (PDT)
## ...A Quick Intro





# PDT Roll-up Calendar



# The Pay Decision Tool

- Web-based Pay application...enables modeling and recommendations for the following actions:

# Eligibility



# Training Resources

- On-line reference document available through the Manager's Toolbox: http://home.intuit.com/hr/pm/pay_decisions/instructions.pdf

**Logging In**

**To access the Pay Decision Tool:**
1. The PDT can only be used in Internet Explorer 5.x and higher.  To determine the version, open Internet Explorer, click on Help, click on About Internet Explorer and confirm your version is 5.0 or higher.  If not, please call your local help desk.
2. Start Internet Explorer
3. Enter https://pdt.intuit.com
   The system will automatically open another browser without the standard Navigation Bar.  The following screen will appear once the Web site is reached.

4. Click Login to enter the Pay Decision Tool.

# Log On

**Pay Decision Tool** 



# Log On

**Pay Decision Tool**



Help • Directory • Toolkit • FAQs • Contact Us • Log Out

**Hello Joseph Smith** ,

What would you like to do?

- Recommend or review employee merit increases
- Assign a proxy or revoke a proxy
- Log out

Summary for **James Smith**



Intuit   Confidential

Individual Worksheet for **Gregory Jones**



Intuit   Confidential



Intuit   Confidential



Intuit   Confidential





< Back    Save Review >

Pay Decisions - 2004          I n t u i t   C o n f i d e n t i a l

# Reports – Individual Worksheet



I n t u i t   C o n f i d e n t i a l

# Reports – Individual Worksheet

Pay for Performance – Available in August

Print

# Reports – Manager Summary Screen



# Report - Examples



# Submit Review



I n t u i t   C o n f i d e n t i a l

# Accept – Reject Review



# Stock Options Focal Review

## A Quick Intro to The Tool

I n t u i t   C o n f i d e n t i a l

## Access to the Tool

## Reports

# Focal Pay Decisions and Options Timeline



I n t u i t   C o n f i d e n t i a l

# Stock Tool – Manager Summary Screen



I n t u i t   C o n f i d e n t i a l

# Stock Tool – Grant or Revoke Access



# Stock Tool – Recommend Options

Intuit   Confidential

# Questions?

- Refer to training materials – hard copy or online via the PDT

- Process or PDT question? – Call AccessHR in Tucson at 1-3333 or via email at AccessHR@intuit.com (For PC or directory questions contact your local Help Desk)

- Performance management question? – Via website at http://home.intuit.com/hr/pm

- Pay-for-performance question? – Contact your HR team

- *Stock Options – Your HR Leader or the Compensation Team*

