KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Judge:     Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date: November 12, 2013 |

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

724555.01

I, JUSTINA K. SESSIONS, declare and say that:

1.     I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Lucasfilm Ltd. ("Lucasfilm") in the above-captioned action.  I am duly admitted to practice law before this Court.  I have knowledge of the facts set forth in this declaration, and if called to testify as a witness thereto could do so competently under oath.

2.     For the reasons outlined below, and the reasons provided in the Declaration of David J. Anderman in Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal [Dkt. No. 199], Lucasfilm seeks to maintain under seal certain portions of the Declaration of Michelle Maupin in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification and Exhibits thereto.  The portions Lucasfilm seeks to maintain under seal contain or reflect Lucasfilm's confidential business practices and/or confidential compensation or recruiting data.

3.     Certain portions of the Declaration of Michelle Maupin in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Maupin Declaration") and attached Exhibits contain or reflect materials that Lucasfilm designated Confidential or Confidential-Attorneys' Eyes Only under the Protective Order in this action [Dkt. No. 107] and should be maintained under seal.

   i)     Lucasfilm seeks to file under seal portions of paragraphs 18 and 20 on p. 6 and paragraph 25, p. 8 of the Maupin Declaration.

   (1) These sentences contain actual data reflecting Lucasfilm's compensation structure and levels.  Lucasfilm strictly maintains the confidentiality of its compensation data.  Lucasfilm could be competitively harmed if other companies gained access to this information.  For example, other companies could adjust their own compensation practices based on their knowledge of Lucasfilm's compensation methods and levels.

1
DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

724555.01

ii) Lucasfilm seeks to file under seal portions of paragraph 10 on p. 4, and paragraphs 22, 23, and 24 on pp. 7-8 of the Maupin Declaration.

(1) These sentences describe in detail how Lucasfilm determines its benchmark compensation levels, and these sentences also reflect Lucasfilm's actual compensation data and levels. Lucasfilm strictly maintains the confidentiality of its compensation data. Lucasfilm could be competitively harmed if other companies gained access to this information. For example, other companies could adjust their own compensation practices, including compensation benchmarking, based on their knowledge of Lucasfilm's compensation methods and levels.

iii) Lucasfilm seeks to file under seal paragraph 29 on p. 9 of the Maupin Declaration.

(1) This sentence describes certain specific procedures and requirements relating to Lucasfilm's compensation and recruiting practices. Lucasfilm strictly maintains the confidentiality of these particular procedures and requirements. Lucasfilm could be competitively harmed if other companies gained access to this information because it would give such companies valuable insight into the nature and level of compensation offers that Lucasfilm may make.

iv) Lucasfilm seeks to file under seal Exhibit B to the Maupin Declaration (pages bearing bates numbers LUCAS00188913- LUCAS00188915).

(1) Exhibit B is a copy of Lucasfilm's 2008 salary structure. It contains the specific compensation ranges for each salary grade at Lucasfilm. Lucasfilm strictly maintains the confidentiality of its compensation data. Lucasfilm could be competitively harmed if other companies gained access to this information. For example, other companies could adjust their own compensation practices based on their knowledge of Lucasfilm's compensation methods and levels.

v) Lucasfilm seeks to file under seal portions of Exhibit C to the Maupin Declaration, specifically the pages bearing bates numbers LUCAS00189268-LUCAS00189271 and LUCAS00189274-LUCAS00189275.

(1) Exhibit C is a copy of Lucasfilm's 2008 Salary Budget Recommendations. The document generally describes Lucasfilm's compensation policy, recommended salary increase budgets, and merit increase guidelines.

(2) The pages labeled LUCAS00189268-70 and LUCAS00189274-75 contain and reflect actual data regarding Lucasfilm's compensation levels, compensation benchmarking philosophy, and Lucasfilm's cost analysis relating to specific positions. Lucasfilm strictly maintains the confidentiality of this information. Lucasfilm could be competitively harmed if other companies gained access to this information. For example, other companies could adjust their own compensation practices based on their knowledge of Lucasfilm's compensation methods and levels.

(3) The page labeled LUCAS00189271 contains detailed of the proposed budget approval process and timing, and includes specific information about the schedules of the high level executives involved. This information is not widely known even within the company, and the public has little interest in learning the details of company executives' schedules.

4. Because Lucasfilm has sought to maintain the confidentiality of the materials described above, and because public disclosure of these materials could cause Lucasfilm significant harm, the portions of Defendants' submissions described above should be redacted and shielded from disclosure to Lucasfilm's potential competitors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on January 22, 2013.

*/s/ Justina K. Sessions*  
JUSTINA K. SESSIONS

3  
DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL  
Case No. 3:11-cv-2509-LHK

724555.01