GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant Apple Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING RENEWED ADMINISTRATIVE MOTION TO SEAL** |

On January 22, 2013, Defendants Adobe Systems Inc., Apple Inc., Intel Corp., Intuit Inc., Google, Inc., and Lucasfilm Ltd. ("Defendants") filed a renewed administrative motion to seal pursuant to the Court's January 15, 2013 Order Granting in Part and Denying in Part Motions to Seal ("Sealing Order") (Dkt. 273) and Northern District Civil Local Rules 7-11 and 79-5, and lodged under seal certain information contained in:

(i) Exhibits 14, 15, 16, 19, 20, 21, 22, 25, 26, and 27 to the Brown Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Brown Declaration") (Dkt. 215); and

(ii) Defendants' Notice of Motion and Motion to Strike the Report of Dr. Edward E. Leamer ("Motion to Strike") (Dkt. 210).

In support of the renewed motion to seal, Defendants filed the following declarations:

Defendant Adobe Systems Inc. filed a Declaration of Donna Morris;

Defendant Apple Inc. filed a Declaration of Christina J. Brown;

Defendant Intel Corp. filed a Declaration of Frank Busch;

Defendant Intuit Corp. filed a Declaration of Lisa K. Borgeson;

Defendant Google filed a Declaration of Anne M. Selin; and

Defendant Lucasfilm filed a Declaration of Justina K. Sessions.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents, figures, and portions thereof be filed under seal:

Exhibits to the Brown Declaration (Dkt. 215):

- Exhibits 14, 15, 16, 19, 20, 21, 22, 25, 26 and 27

Motion to Strike (Dkt. 210)

- Page 19, lines 13-17 to Page 20, including Figure 16

**IT IS SO ORDERED.**

Date:_____                    _____
                                 HONORABLE LUCY H. KOH
                                 United States District Court Judge