GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF CHRISTINA BROWN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**<br><br>Date:           January 17, 2013<br>Time:          1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge:         The Honorable Lucy H. Koh |

**PUBLIC REDACTED VERSION**

I, Christina Brown, declare as follows:

1. I am a member of the Bar of the State of California and a counsel of the law firm of O'Melveny & Myers LLP, attorneys for Defendant Apple Inc. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. I make this declaration based on my own personal knowledge. If called to testify as a witness, I could and would do so competently.

**Deposition Testimony**

2. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Dr. Edward Leamer.

3. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of named Plaintiff Michael Devine.

4. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of named Plaintiff Mark Fichtner.

5. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of named Plaintiff Siddharth Hariharan.

6. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of named Plaintiff Brandon Marshall.

7. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of named Plaintiff Daniel Stover.

8. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of Jeff Vijungco.

9. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of Mark Bentley.

**Interrogatory Responses**

10. Attached hereto as Exhibit 9 is a true and correct copy of Plaintiff Michael Devine's Supplemental Answers and Objections to Defendants' First Set of Interrogatories.

11. Attached hereto as Exhibit 10 is a true and correct copy of Plaintiff Mark Fichtner's Supplemental Answers and Objections to Defendants' First Set of Interrogatories.

12. Attached hereto as Exhibit 11 is a true and correct copy of Plaintiff Siddharth Hariharan's Supplemental Answers and Objections to Defendants' First Set of Interrogatories.

13. Attached hereto as Exhibit 12 is a true and correct copy of Plaintiff Brandon Marshall's Supplemental Answers and Objections to Defendants' First Set of Interrogatories.

14. Attached hereto as Exhibit 13 is a true and correct copy of Plaintiff Daniel Stover's Supplemental Answers and Objections to Defendants' First Set of Interrogatories.

**Declarations**

15. Attached hereto as Exhibit 14 is a true and correct copy of the Declaration of Donna Morris of Adobe Systems Inc. in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

16. Attached hereto as Exhibit 15 is a true and correct copy of the Declaration of Jeff Vijungco of Adobe Systems Inc. in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

17. Attached hereto as Exhibit 16 is a true and correct copy of the Declaration of Steven Burmeister in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

18. Attached hereto as Exhibit 17 is a true and correct copy of the Declaration of Danny McKell in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

19. Attached hereto as Exhibit 18 is a true and correct copy of the Declaration of Tina M. Evangelista in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

20. Attached hereto as Exhibit 19 is a true and correct copy of the Declaration of Mason Stubblefield.

21. Attached hereto as Exhibit 20 is a true and correct copy of the Declaration of Chris Galy.

22. Attached hereto as Exhibit 21 is a true and correct copy of the Declaration of Frank Wagner in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

23. Attached hereto as Exhibit 22 is a true and correct copy of the Declaration of Michelle Maupin in Support of Defendants' Opposition to Plaintiffs' Motion for Class

1 | Certification.

24. Attached hereto as Exhibit 23 is a true and correct copy of the Declaration of Lori McAdams in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

25. Attached hereto as Exhibit 24 is a true and correct copy of the Declaration of Rosemary Arriada-Keiper in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

**Documents**

25. Attached hereto as Exhibit 25 is a true and correct copy of the document produced by Google with Bates number GOOG-HIGH TECH-00038364 to GOOG-HIGH TECH-00038395.

26. Attached hereto as Exhibit 26 is a true and correct copy of the document produced by Intel with Bates number 76597DOC000068.

27. Attached hereto as Exhibit 27 is a true and correct copy of the document produced by Intel with Bates number 76512DOC000671.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on November 12, 2012, in San Francisco, California.

By: /s/ Christina Brown _____
     Christina Brown