# EXHIBIT 3
# PUBLIC VERSION

```
 1              UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4   --------------------------
 5   IN RE: HIGH-TECH EMPLOYEE )
 6   ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK
 7   --------------------------
 8
 9
10
11
12        VIDEOTAPED DEPOSITION OF MARK FICHTNER
13              San Francisco, California
14              Monday, October 15, 2012
15                      Volume I
16
17
18
19
20   Reported by:
21   ASHLEY SOEVYN
22   CSR No. 12019
23   Job No. 1541278
24
25   PAGES 1 - 233

                                              Page 1
```

| | | |
|---|---|---|
| 1 | testimony today? | 09:20:38 |
| 2 | A.   No, sir. | 09:20:39 |
| 3 | Q.   Okay.  If I ask you a question that you | 09:20:41 |
| 4 | don't understand, please let me know.  I'm not | 09:20:42 |
| 5 | trying to trick you.  I'm not trying to confuse you. | 09:20:45 |
| 6 | If there is anything you don't understand, let me | 09:20:49 |
| 7 | know, and I'll try to do better.  Fair enough? | 09:20:52 |
| 8 | A.   Yes, sir. | 09:20:54 |
| 9 | Q.   Okay.  Now, you are currently employed at | 09:20:55 |
| 10 | Marvell; is that right? | 09:21:00 |
| 11 | A.   Yes, sir. | 09:21:01 |
| 12 | Q.   Is that how you pronounce it?  Marvell? | 09:21:02 |
| 13 | A.   Yes, sir. | 09:21:03 |
| 14 | Q.   What does Marvell do? | 09:21:04 |
| 15 | A.   Marvell is a fabless semiconductor company. | 09:21:05 |
| 16 | Q.   And you are a software engineer; is that | 09:21:07 |
| 17 | right? | 09:21:10 |
| 18 | A.   Yes, sir. | 09:21:10 |
| 19 | Q.   Is there any more specific description that | 09:21:11 |
| 20 | you would use for what you do? | 09:21:13 |
| 21 | A.   I write -- in this particular job, I write | 09:21:17 |
| 22 | automation software.  Generally, software that | 09:21:21 |
| 23 | automates business processes, may automate | 09:21:24 |
| 24 | engineering processes.  In general, Windows | 09:21:27 |
| 25 | software.  I have done other software as well. | 09:21:29 |

Page 11

```
 1   absolutely at the point -- at the time that I came        09:25:14
 2   in it was a very new technology and was a very            09:25:16
 3   integral technology to software development today.        09:25:18
 4       Q.   Is it fair to say or not that the type of        09:25:23
 5   software engineering that you do is functionally          09:25:27
 6   different than, let's say, being a web developer?         09:25:31
 7       A.   It is not fair to say that.                      09:25:37
 8       Q.   Okay.                                            09:25:41
 9       A.   Microsoft has been working to bring the two      09:25:41
10   technologies together.  And within a year of doing        09:25:45
11   the development, either for a Windows application or     09:25:47
12   a Windows website would be exactly the same.              09:25:49
13           In terms of basic software, the                   09:25:51
14   applications have the same constructs,                    09:25:54
15   object-oriented constructs.  The only difference is      09:25:57
16   the platform that you're viewing it on.  On the           09:26:01
17   website it's generic, you have to assume that you're     09:26:02
18   viewing different windows -- or you're on different      09:26:09
19   platforms and that sort of thing.                         09:26:10
20           On the Windows platform it is more                09:26:13
21   specific.  You know you're running on Windows.  But      09:26:14
22   otherwise, the skills are exactly the same.               09:26:17
23       Q.   Then should I take from that that you would     09:26:22
24   be qualified to be a web developer?                       09:26:24
25       A.   I have developed websites for Intel, mainly     09:26:28
```

```
 1   developed?                                              09:27:47
 2       A.   I want to answer the question this way.        09:27:56
 3   When professional companies interview candidates for    09:27:59
 4   any software area, often they are more interested in    09:28:03
 5   folks that are great problem solvers.  And the          09:28:06
 6   series of questions that they ask are not generally     09:28:09
 7   whether you're proficient at a specific language or     09:28:12
 8   a specific application.                                 09:28:16
 9            They are more concerned with if you have       09:28:16
10   the ability to, number one, find the information       09:28:18
11   that you need, and if you have the ability to solve    09:28:20
12   tricky algorithms and come up with unique solutions.   09:28:23
13            In interviews that I've had with Microsoft    09:28:27
14   and Intel, the interviews were often focused in that   09:28:29
15   particular area than rather, you know, "Do you         09:28:32
16   understand our particular web technology," or that    09:28:34
17   sort of thing.                                         09:28:36
18            So in terms of can I get a great software    09:28:37
19   job?  Yes.  I can pretty much get in anywhere.        09:28:41
20   Would I directly apply for a web application job?    09:28:44
21   More than likely not.                                 09:28:49
22       Q.   When you say that you could probably get a   09:28:50
23   great software engineering job anywhere, can you      09:28:54
24   expand on that a little bit?                          09:28:57
25            MS. SHAVER:  Objection, vague.               09:28:59
```

Page 17

| | | |
|---|---|---|
| 1 | Any piece of silicon that goes out has a | 10:09:12 |
| 2 | piece of software as well.  **.  And any kind of | 10:09:14 |
| 3 | personal device that runs on a Windows machine, I | 10:09:18 |
| 4 | can write software for in order to enhance the user | 10:09:21 |
| 5 | experience. | 10:09:25 |
| 6 | Q.   Okay.  That's helpful, thanks.  Turn back | 10:09:26 |
| 7 | to Exhibit 19, if you would, on page 7 -- sorry, | 10:09:32 |
| 8 | page 9. | 10:09:44 |
| 9 | If you look at page 9 at lines 17 to 18, it | 10:09:49 |
| 10 | says there that you've used co-workers, professional | 10:09:56 |
| 11 | contacts, and Internet resources such as Monster.com | 10:10:00 |
| 12 | to get information about jobs or compensation in the | 10:10:05 |
| 13 | market; is that right? | 10:10:07 |
| 14 | A.   Yes. | 10:10:10 |
| 15 | Q.   Which of those sources did you use for | 10:10:10 |
| 16 | information about jobs and which did you use for | 10:10:13 |
| 17 | information about compensation? | 10:10:15 |
| 18 | A.   So certainly Monster.com occasionally will | 10:10:27 |
| 19 | publish -- they obviously publish jobs, and | 10:10:31 |
| 20 | occasionally they do publish wages or wage range, so | 10:10:36 |
| 21 | they were both -- co-workers, obviously the jobs | 10:10:40 |
| 22 | that I got were from people that I had worked with | 10:10:43 |
| 23 | in the past.  So I obviously got both from them. | 10:10:46 |
| 24 | Professional contacts, most of my professional | 10:10:51 |
| 25 | contacts were former co-workers, so kind of the same | 10:10:59 |

Page 45

```
 1   answer for that.                                         10:11:02
 2      Q.   Both those jobs and compensation would           10:11:04
 3   apply there as well?                                     10:11:07
 4      A.   Yes.                                             10:11:08
 5      Q.   Okay.  And you mentioned before that there       10:11:09
 6   was a -- I think you said a large group of folks at      10:11:12
 7   Intel that you could talk to about different jobs        10:11:15
 8   that were available in the companies, right?             10:11:19
 9      A.   Yes.                                             10:11:21
10      Q.   And would compensation that was available        10:11:22
11   at those different jobs also be part of that             10:11:23
12   discussion?                                              10:11:26
13      A.   Intel has a policy to not discuss wages          10:11:27
14   while within Intel.  And so in general we -- while       10:11:32
15   in Intel, we generally didn't discuss very often         10:11:35
16   wages -- outside of a conversation I had with a          10:11:43
17   manager where he/she would show you grade ranges and     10:11:45
18   that sort of thing.  So it was not a discussion that     10:11:47
19   I often had with folks about what they were being        10:11:52
20   paid.                                                    10:11:54
21      Q.   Would you occasionally ever?                     10:11:55
22      A.   Not specifically for cash ranges.  I think       10:11:58
23   the only kind of conversations that I had were if        10:12:03
24   somebody got promoted or that sort of thing.  I was      10:12:08
25   curious.  Especially if it was a former employee of      10:12:11
```

Page 46

|    |                                                              |          |
|----|--------------------------------------------------------------|----------|
| 1  | mine.  And again, I was a manager for a particular           | 10:12:15 |
| 2  | period of time up at Intel.  I pretty much had               | 10:12:17 |
| 3  | complete knowledge of what I made as well as what            | 10:12:20 |
| 4  | people underneath me made as well as what the ranges         | 10:12:23 |
| 5  | were.                                                        | 10:12:27 |
| 6  |    Q.   And what about -- did you have any                   | 10:12:27 |
| 7  | knowledge that came with being a manager of what             | 10:12:28 |
| 8  | other managers or your peers were making?                    | 10:12:31 |
| 9  |    A.   In general, no.  Not unless they ended up            | 10:12:37 |
| 10 | working for me, which might have happened.                   | 10:12:40 |
| 11 |    Q.   Can you describe a little bit more the               | 10:12:46 |
| 12 | policy that you say Intel had?  I want to make sure          | 10:12:47 |
| 13 | I understand that -- not to discuss each other's             | 10:12:50 |
| 14 | wages at Intel?  Is that the idea?                           | 10:12:53 |
| 15 |    A.   Not to discuss -- yes -- each other's                | 10:12:55 |
| 16 | wages, or the grade level or -- they had a                   | 10:12:58 |
| 17 | different -- I don't necessarily remember a paper            | 10:13:02 |
| 18 | specifically stating it, but I do remember in our            | 10:13:05 |
| 19 | training sessions when we took -- information, like          | 10:13:08 |
| 20 | what kind of information was confidential and that           | 10:13:11 |
| 21 | sort of thing.                                               | 10:13:14 |
| 22 |         Mainly the focus was the company was trying          | 10:13:15 |
| 23 | to make sure that Intel did not make mistakes of,            | 10:13:18 |
| 24 | you know, since they were in the service business            | 10:13:24 |
| 25 | for little while, leaking out information, that sort         | 10:13:26 |

Page 47

| | | |
|---|---|---|
| 1 | A.   In terms of this question, I no longer know | 11:24:09 |
| 2 | what you mean by the question.  So if you would | 11:24:13 |
| 3 | define it, then I can give you a more accurate | 11:24:15 |
| 4 | answer.  In terms of that question, a lot.  A lot of | 11:24:18 |
| 5 | the e-mails I got through Monster are for contract | 11:24:24 |
| 6 | positions.  I've never on Monster indicated that I | 11:24:29 |
| 7 | was interested in a contract position.  So yes, a | 11:24:33 |
| 8 | lot of the e-mails seem to be spam of nature. | 11:24:36 |
| 9 | Q.   So they are spam as opposed to being | 11:24:40 |
| 10 | serious because you were not interested in the | 11:24:43 |
| 11 | positions they were offering? | 11:24:44 |
| 12 | A.   They are spam because they don't consider | 11:24:46 |
| 13 | the details of which you list, for what you're | 11:24:49 |
| 14 | interested in. | 11:24:53 |
| 15 | Q.   Right.  So whether it's serious or not | 11:24:57 |
| 16 | depends on what you're interested in -- in part? | 11:25:00 |
| 17 | A.   Or the interest that you list on the site. | 11:25:03 |
| 18 | Again, my definition, not yours.  As you indicated, | 11:25:11 |
| 19 | my definition is vague. | 11:25:23 |
| 20 | Q.   What serious telephone cold calls have you | 11:25:27 |
| 21 | received? | 11:25:35 |
| 22 | A.   As indicated on the sheet, I haven't | 11:25:36 |
| 23 | received a phone call from an employer first. | 11:25:40 |
| 24 | Q.   Okay.  So I just want to make sure I've got | 11:25:55 |
| 25 | it.  So you've never received what you consider to | 11:25:55 |

Page 90

| | | |
|---|---|---|
| 1 | MS. SHAVER: Objection, assumes facts not | 12:22:52 |
| 2 | in evidence. | 12:22:53 |
| 3 | THE WITNESS: I didn't calculate. | 12:22:55 |
| 4 | BY MR. HINMAN: | 12:22:57 |
| 5 | Q. Well, you said -- didn't you tell me | 12:22:57 |
| 6 | earlier that that was part of your decision to go to | 12:22:59 |
| 7 | the Lab? | 12:23:01 |
| 8 | A. Yes, but I didn't do a financial | 12:23:01 |
| 9 | calculation. | 12:23:04 |
| 10 | Q. You put no value on that whatsoever? | 12:23:04 |
| 11 | MS. SHAVER: Objection, mischaracterizes | 12:23:06 |
| 12 | testimony. | 12:23:08 |
| 13 | THE WITNESS: I placed value on it. I | 12:23:08 |
| 14 | didn't do a financial or a monetary calculation of | 12:23:11 |
| 15 | what that would be worth. | 12:23:14 |
| 16 | BY MR. HINMAN: | 12:23:15 |
| 17 | Q. So there was greater than zero, but you | 12:23:15 |
| 18 | didn't know or think about how much greater than | 12:23:19 |
| 19 | zero; is that right? | 12:23:22 |
| 20 | A. I didn't do a numeric calculation. | 12:23:23 |
| 21 | Q. Okay. So when you left Marvell, is it | 12:23:31 |
| 22 | right to say -- well, do you know how much you were | 12:23:34 |
| 23 | making all in when you left Marvell? | 12:23:37 |
| 24 | MS. SHAVER: Objection, vague. | 12:23:44 |
| 25 | THE WITNESS: Are you referring to salary | 12:23:46 |

Page 118

| | | |
|---|---|---|
| 1 | and there. | 12:32:51 |
| 2 | Q. Have you ever applied for a job in the Bay | 12:32:52 |
| 3 | Area? | 12:32:55 |
| 4 | A. I believe originally when I was working | 12:32:56 |
| 5 | for -- when I was in college, I was interested in | 12:33:04 |
| 6 | actually working in the Bay Area.  The recruiter | 12:33:06 |
| 7 | talked me into moving into Arizona, but my return | 12:33:09 |
| 8 | was moving ** -- the Santa Clara area. | 12:33:14 |
| 9 | Q. So that was in '93 at the beginning of your | 12:33:18 |
| 10 | career? | 12:33:23 |
| 11 | A. Yes. | 12:33:24 |
| 12 | Q. Did you have any particular companies in | 12:33:24 |
| 13 | mind at that time in the Bay Area that you might | 12:33:26 |
| 14 | like to work for? | 12:33:29 |
| 15 | A. Well, Intel at that time.  I had | 12:33:34 |
| 16 | ████████████████████████████████████████ █ | |
| 17 | ██████████████████ ███████████████████ █ | |
| 18 | being a lot of opportunity. | 12:33:49 |
| 19 | Q. A lot fewer choices back then than there | 12:33:51 |
| 20 | were in the 2000s? | 12:33:54 |
| 21 | A. Yes. | 12:33:55 |
| 22 | Q. Okay.  Now, in May of '08, you returned to | 12:33:56 |
| 23 | Arizona from Utah, right? | 12:33:58 |
| 24 | A. Yes. | 12:34:00 |
| 25 | Q. And you went back to work for Intel; is | 12:34:01 |

Page 125

```
 1   that right?                                          12:34:03
 2        A.   Yes, sir.                                  12:34:03
 3        Q.   And the reason that you moved back is      12:34:04
 4   because you had a house in Arizona and you had not   12:34:06
 5   been able to sell it; is that right?                 12:34:13
 6        A.   Yes.                                       12:34:15
 7        Q.   So is it fair to say at that point you were 12:34:16
 8   pretty much limited to working in or around Phoenix, 12:34:18
 9   Scottsdale area?                                     12:34:21
10        A.   The primary reason that we had to get a   12:34:28
11   ███████████████████████████████████████████████     ███████
12   ███████████████████████████████████████             ███████
13   of what job, it obviously was more convenient to    12:34:39
14   move back to Phoenix.                               12:34:42
15             I don't recall how large of an area I was 12:34:45
16   looking at.  I think at that point, it was more     12:34:49
17   where could I get contacts and it was more of an    12:34:52
18   urgent search than it was, I have all the time in   12:34:54
19   the world to find something.                        12:34:57
20        Q.   But if you hadn't moved back into your    12:34:59
21   house in the Phoenix area, I take it you would have 12:35:01
22   had to find another job in one of the places with   12:35:04
23   the client that you wanted that would have paid     12:35:07
24   enough to support two houses; is that fair?         12:35:09
25        A.   Yes.                                      12:35:16
```

| | | |
|---|---|---|
| 1 | go up one or down one. It could not have extended | 13:54:23 |
| 2 | to what they wanted to hire me as. So they had to | 13:54:27 |
| 3 | shut down one job and open up a new one. | 13:54:29 |
| 4 |     Q.   At what point in that process of getting a | 13:54:34 |
| 5 | job in 2008 did you discuss compensation? Was that | 13:54:35 |
| 6 | on the one phone call that you had with Rana? | 13:54:39 |
| 7 |     A.   Probably an arranged discussion, but the | 13:54:52 |
| 8 | actual real number didn't come until the actual | 13:54:54 |
| 9 | offer. | 13:55:05 |
| 10 |     Q.   And so how and when did the offer come | 13:55:06 |
| 11 | after you had the conversation with Rana? | 13:55:11 |
| 12 |     A.   After I applied for the job it then went | 13:55:15 |
| 13 | through normal processes at Intel, and they had to | 13:55:17 |
| 14 | fill out paperwork, and it got approval, and | 13:55:21 |
| 15 | eventually an HR person had made a phone call to me. | 13:55:23 |
| 16 | And I accepted at that point. | 13:55:29 |
| 17 |     Q.   Did you negotiate the compensation? | 13:55:34 |
| 18 |     A.   No. | 13:55:37 |
| 19 |     Q.   How come? | 13:55:40 |
| 20 |     A.   Probably because it was somewhat of an | 13:55:41 |
| 21 | urgent -- an urgent move. | 13:55:51 |
| 22 |     Q.   Well, if you felt the compensation was | 13:55:53 |
| 23 | below market, would you have mentioned that? | 13:55:55 |
| 24 |     A.   The offer value was fair. The grade level | 13:56:00 |
| 25 | was not to my liking. | 13:56:06 |

Veritext National Deposition & Litigation Services
866 299-5127

```
  3            MS. SHAVER:  Objection, calls for          15:25:26
  4    speculation.                                        15:25:28
  5            THE WITNESS:  I don't know.                 15:25:30
  6    BY MR. HINMAN:                                      15:25:31

  8            MS. SHAVER:  Same objection.                15:25:35
  9            THE WITNESS:  I don't know.                 15:25:36
 10    BY MR. HINMAN:                                      15:25:38
 11        Q.  Well, those were alternative choices that   15:25:38
 12    you had, right?                                     15:25:40
 13        A.  I don't agree with the premise.             15:25:53
 14        Q.  You told me earlier today that you could    15:25:54
 15    work at any company that had software, right?  Yes  15:25:56
 16    or no, you told me that?                            15:26:11
 17        A.  I can contribute to any company that        15:26:13
 18    produces software, right.                           15:26:14
 19        Q.  And so at some level, any company that      15:26:16
 20    produces software is in competition for, not you    15:26:22
 21    personally, but employees like you, right?          15:26:26
 22            MS. SHAVER:  Object to form.                15:26:31
 23            THE WITNESS:  Again, I am not agreeing with 15:26:43
 24    your word "compete."                                15:26:45
 25    BY MR. HINMAN:                                      15:27:03
```

Page 197

```
 1    STATE OF CALIFORNIA    ) ss:
 2    COUNTY OF MARIN        )
 3
 4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 5    certify:
 6        That the foregoing deposition testimony was
 7    taken before me at the time and place therein set
 8    forth and at which time the witness was administered
 9    the oath;
10        That the testimony of the witness and all
11    objections made by counsel at the time of the
12    examination were recorded stenographically by me,
13    and were thereafter transcribed under my direction
14    and supervision, and that the foregoing pages
15    contain a full, true and accurate record of all
16    proceedings and testimony to the best of my skill
17    and ability.
18        I further certify that I am neither counsel for
19    any party to said action, nor am I related to any
20    party to said action, nor am I in any way interested
21    in the outcome thereof.
22        IN THE WITNESS WHEREOF, I have transcribed my
23    name this 22nd day of October, 2012.
24
                                _____
25                              ASHLEY SOEVYN, CSR 12019
```