# EXHIBIT 4
# PUBLIC VERSION

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1              UNITED STATES DISTRICT COURT

2      NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

3

4      --------------------------

5      IN RE: HIGH-TECH EMPLOYEE )

6      ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK

7      --------------------------

8

9

10        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11

12

13       VIDEOTAPED DEPOSITION OF SIDDHARTH HARIHARAN

14               San Francisco, California

15               Friday, October 12, 2012

16                      Volume I

17

18

19

20     Reported by:

21     ASHLEY SOEVYN

22     CSR No. 12019

23     Job No. 1541277

24

25     PAGES 1 - 310

                                              Page 1

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Yes. | 09:14:40 |
| 2 | Q.   And did you move from San Francisco to El | 09:14:41 |
| 3 | Salvador at some point after you left Zynga? | 09:14:43 |
| 4 | A.   Yes. | 09:14:48 |
| 5 | Q.   And you left Zynga in about April of | 09:14:48 |
| 6 | 2010? | 09:14:51 |
| 7 | A.   Yes. | 09:14:51 |
| 8 | Q.   At what point did you -- strike that. | 09:14:53 |
| 9 | At some point, did you move from El | 09:14:56 |
| 10 | Salvador to Surrey, British Columbia? | 09:14:58 |
| 11 | A.   Yes. | 09:15:00 |
| 12 | Q.   When did you move from El Salvador to | 09:15:00 |
| 13 | Surrey, British Columbia? | 09:15:04 |
| 14 | A.   End of July. | 09:15:05 |
| 15 | Q.   July of 2012? | 09:15:06 |
| 16 | A.   2012. | 09:15:07 |
| 17 | Q.   So you said that you operate your business | 09:15:10 |
| 18 | out of your home in Surrey, but your business is | 09:15:11 |
| 19 | located in El Salvador? | 09:15:15 |
| 20 | A.   Yes. | 09:15:16 |
| 21 | Q.   What's the name of that business that | 09:15:17 |
| 22 | you're referring to? | 09:15:18 |
| 23 | A.   InEarth. | 09:15:21 |
| 24 | Q.   And I've seen references to InEarth in some | 09:15:24 |
| 25 | of the documents.  That's a -- that's your own | 09:15:26 |

Page 16

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    company, correct?                                09:15:29

 2         A.    Correct.                              09:15:30

 3         Q.    Are you the sole proprietor of InEarth?   09:15:31

 4              MR. HARVEY:   Objection, calls for a legal    09:15:34

 5    conclusion.                                      09:15:37

 6    BY MR. PURCELL:                                  09:15:38

 7         Q.    You can answer.                        09:15:38

 8         A.    I am not.                             09:15:40

 9         Q.    All right.   What -- what is your ownership   09:15:44

10    interest percentage-wise in InEarth?            09:15:45

11         A.    At the present time, I am 70 percent    09:15:54

12    owner.                                           09:15:56

13         Q.    And who accounts for the other 30 percent    09:15:57

14    ownership interest in InEarth?                   09:15:59

15         A.    A colleague of mine.                   09:16:02

16         Q.    What's that colleague's name?          09:16:04

17         A.    Alex.                                 09:16:07

18         Q.    Does Alex have a last name?            09:16:08

19         A.    He does.                              09:16:10

20         Q.    What is Alex's last name?              09:16:10

21         A.    Orozco.                               09:16:13

22         Q.    And how did Mr. Orozco -- strike that.    09:16:14

23              When InEarth was -- strike that.        09:16:19

24              When was InEarth founded?               09:16:22

25         A.    Depends on where you're talking about.   09:16:25
```

Page 17

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   There have been multiple iterations of the | 09:16:30 |
| 2 | company called InEarth? | 09:16:32 |
| 3 | A.   Yes. | 09:16:33 |
| 4 | Q.   When was the first iteration of InEarth | 09:16:35 |
| 5 | founded? | 09:16:39 |
| 6 | A.   2010. | 09:16:39 |
| 7 | Q.   And was that after your departure from | 09:16:40 |
| 8 | Zynga? | 09:16:44 |
| 9 | A.   Yes. | 09:16:44 |
| 10 | Q.   And at that point, was InEarth based in San | 09:16:45 |
| 11 | Francisco? | 09:16:47 |
| 12 | A.   Yes. | 09:16:51 |
| 13 | Q.   And when InEarth was founded in 2010 in San | 09:16:52 |
| 14 | Francisco, what was the business of InEarth? | 09:16:58 |
| 15 | A.   It was making social video games. | 09:17:01 |
| 16 | Q.   And at some point, was there a change in | 09:17:07 |
| 17 | InEarth's business as far as what InEarth does? | 09:17:09 |
| 18 | A.   No. | 09:17:15 |
| 19 | Q.   So from its founding in 2010 to the | 09:17:15 |
| 20 | present, InEarth has focused on development of | 09:17:19 |
| 21 | social games? | 09:17:23 |
| 22 | A.   Yes. | 09:17:24 |
| 23 | Q.   And that's still what it does today? | 09:17:24 |
| 24 | A.   Yes. | 09:17:27 |
| 25 | Q.   At what point did Mr. Alex Orozco come on | 09:17:27 |

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   There have been multiple iterations of the | 09:16:30 |
| 2 | company called InEarth? | 09:16:32 |
| 3 | A.   Yes. | 09:16:33 |
| 4 | Q.   When was the first iteration of InEarth | 09:16:35 |
| 5 | founded? | 09:16:39 |
| 6 | A.   2010. | 09:16:39 |
| 7 | Q.   And was that after your departure from | 09:16:40 |
| 8 | Zynga? | 09:16:44 |
| 9 | A.   Yes. | 09:16:44 |
| 10 | Q.   And at that point, was InEarth based in San | 09:16:45 |
| 11 | Francisco? | 09:16:47 |
| 12 | A.   Yes. | 09:16:51 |
| 13 | Q.   And when InEarth was founded in 2010 in San | 09:16:52 |
| 14 | Francisco, what was the business of InEarth? | 09:16:58 |
| 15 | A.   It was making social video games. | 09:17:01 |
| 16 | Q.   And at some point, was there a change in | 09:17:07 |
| 17 | InEarth's business as far as what InEarth does? | 09:17:09 |
| 18 | A.   No. | 09:17:15 |
| 19 | Q.   So from its founding in 2010 to the | 09:17:15 |
| 20 | present, InEarth has focused on development of | 09:17:19 |
| 21 | social games? | 09:17:23 |
| 22 | A.   Yes. | 09:17:24 |
| 23 | Q.   And that's still what it does today? | 09:17:24 |
| 24 | A.   Yes. | 09:17:27 |
| 25 | Q.   At what point did Mr. Alex Orozco come on | 09:17:27 |

Page 18



Page 80

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 81



24      Q.    Was there a lag time in between, though?        11:10:42

25      A.    Yeah, there might have been a lag time.         11:10:47

Page 82

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   Maybe a couple weeks or maybe a week, I'm not         11:10:49

 2   sure.                                                 11:10:51

 3       Q.    When you first started at EA, what was your 11:10:52

 4   job?                                                  11:10:58

 5       A.    I was working on NHL 07, I think it was.    11:10:58

 6   I'm not sure.  It was NHL, and I was doing audio      11:11:07

 7   AI.                                                   11:11:11

 8       Q.    And when you say "audio AI," just for a     11:11:12

 9   layperson like myself, what does that mean?           11:11:16

10       A.    Crowd reaction, any type of sounds in the   11:11:18

11   game that get triggered because of artificial         11:11:22

12   intelligence.                                         11:11:26

13       Q.    And what were you doing to enable the audio 11:11:27

14   AI of the game, were you building tools?              11:11:30

15       A.    No, that was actually the time where I was  11:11:34

16   mostly working on game code.                          11:11:42

17       Q.    At some point did you move on to a          11:11:44

18   different project at EA after NHL 07?                  11:11:45

19       A.    Yeah, I think two months later they -- they 11:11:50

20   put me on a tool steam at that point, I think.        11:11:55

21       Q.    And when you moved over to the tool steam   11:11:59

22   at EA, what -- what tools were you working on?        11:12:01

23       A.    I can't remember.  There were a lot of      11:12:04

24   tools.  It was one to build faces, so they could     11:12:06

25   just randomize a whole bunch of faces with one click  11:12:12
```

Page 83

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | of the button, create like 50,000 faces. | 11:12:17 |
| 2 | Another one was, like, stadium validation. | 11:12:21 |
| 3 | Another one was, like, little tools, like for | 11:12:23 |
| 4 | analyzing reports.  There is like a validation. | 11:12:27 |
| 5 | There's a lot of tools that I worked on there.  I | 11:12:32 |
| 6 | think I even did one for proportional modeling -- so | 11:12:40 |
| 7 | proportional modeling tool for Maya. | 11:12:44 |
| 8 | Q.   When you say "proportional modeling," do | 11:12:45 |
| 9 | you mean a tool that was designed to ensure that the | 11:12:47 |
| 10 | proportions of all the visual objects in the game | 11:12:52 |
| 11 | were -- | 11:12:54 |
| 12 | A.   No. | 11:12:54 |
| 13 | Q.   -- in relation to one another? | 11:12:54 |
| 14 | A.   No. | 11:12:57 |
| 15 | Q.   Sorry, what does proportional modeling | 11:12:57 |
| 16 | mean? | 11:13:00 |
| 17 | A.   Proportional modeling is -- it's -- it's -- | 11:13:01 |
| 18 | it's with 3D geometry.  When you -- when you | 11:13:02 |
| 19 | manipulate 3D geometry, you pull ver- -- verti- -- | 11:13:05 |
| 20 | vertices.  Everything is -- everything is, at the | 11:13:12 |
| 21 | end of the day, vertices and triangles.  You're | 11:13:13 |
| 22 | pulling vert- -- vert- -- actual vertices, which is | 11:13:17 |
| 23 | not organic.  It doesn't feel organic.  But | 11:13:19 |
| 24 | proportional modeling is where -- when you pull a | 11:13:23 |
| 25 | vertex, there is a fall-off radius that you can | 11:13:27 |

Page 84

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | control, which also pulls other vertices with some | 11:13:31 |
| 2 | kind of a mathematical formula.  So with some kind | 11:13:36 |
| 3 | of a curve.  So imagine pulling a cheek and not | 11:13:41 |
| 4 | pulling one dot, but pulling -- yeah. | 11:13:44 |
| 5 | Q.   Are there any other projects that you can | 11:13:51 |
| 6 | recall working on during your time at EA? | 11:13:54 |
| 7 | A.   Like I said, there were a lot of projects. | 11:13:56 |
| 8 | It's very hard for me to -- to pinpoint.  There were | 11:13:58 |
| 9 | a lot. | 11:14:03 |
| 10 | Q.   After your work on NHL 07, were there any | 11:14:04 |
| 11 | other instances at EA when you worked on game code, | 11:14:08 |
| 12 | as opposed to tools? | 11:14:11 |
| 13 | A.   I'm sorry, can you repeat that, please? | 11:14:15 |
| 14 | Q.   Sure.  During your time at EA after you | 11:14:18 |
| 15 | finished your two-month project on NHL 07 that you | 11:14:20 |
| 16 | just discussed, were there any other projects where | 11:14:25 |
| 17 | you worked on game code rather than tools? | 11:14:28 |
| 18 | A.   Yeah, there -- there were times, like -- | 11:14:32 |
| 19 | you know, I think I helped fix some bugs on FIFA. | 11:14:35 |
| 20 | There are, like, a couple bugs that I might have | 11:14:39 |
| 21 | fixed on NBA.  These were little things, but I did | 11:14:42 |
| 22 | touch game code, if that's what you're getting at. | 11:14:49 |
| 23 | Q.   Were there any other major projects, other | 11:14:53 |
| 24 | than bug fixes, during your time at EA where you | 11:14:55 |
| 25 | worked on game code? | 11:14:58 |

Page 85

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | MR. HARVEY:  Objection, misstates prior | 11:14:59 |
| 2 | testimony. | 11:15:01 |
| 3 | BY MR. PURCELL: | 11:15:03 |
| 4 | Q.   You can answer. | 11:15:03 |
| 5 | A.   No.  Not officially, no.  It was -- it was | 11:15:16 |
| 6 | all -- like, when you say -- when I say "bug | 11:15:18 |
| 7 | fixing," you know, a bug fixing could be like a | 11:15:21 |
| 8 | portion of a rewrite of a feature.  Like, it can be | 11:15:23 |
| 9 | a big thing.  Take optimization as well.  It could | 11:15:26 |
| 10 | be significantly more than just tweaking things here | 11:15:30 |
| 11 | and there.  So when I said "bug fixing," it's not | 11:15:33 |
| 12 | officially working on a project, but it's like | 11:15:37 |
| 13 | you're -- you're helping the game.  And I had to | 11:15:41 |
| 14 | touch game code, if that's what you're talking | 11:15:44 |
| 15 | about. | 11:15:47 |
| 16 | MR. PURCELL:  All right.  We need to change | 11:15:47 |
| 17 | the tape.  Let's take a break. | 11:15:48 |
| 18 | THE VIDEOGRAPHER:  This is the end of Disk | 11:15:52 |
| 19 | No. 1 in this deposition of Mr. Siddharth Hariharan | 11:15:53 |
| 20 | on October 12th, 2012.  We are off the record at | 11:15:59 |
| 21 | 11:15 a.m. | 11:16:03 |
| 22 | (Recess taken.) | 11:30:43 |
| 23 | THE VIDEOGRAPHER:  This is the beginning of | 11:30:54 |
| 24 | Disk No. 2 in the deposition of Siddharth Hariharan | 11:30:57 |
| 25 | on October 12th, 2012.  We are back on the record at | 11:31:02 |

Page 86

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1    11:31 a.m.                                      11:31:05

 2    BY MR. PURCELL:                                 11:31:08

 3        Q.   So, Mr. Hariharan, you mentioned that  11:31:08

 4    before moving from Radical to EA, you had a     11:31:11

 5    conversation with a friend who worked at EA who told  11:31:14

 6    you what his salary was, correct?              11:31:17

 7        A.   Correct.                               11:31:23

 ▮    ▮    ███████████████████████████      ▮▮▮▮▮

 ▮    ████████████                          ▮▮▮▮▮

10        A.   Correct.                               11:31:31

11        Q.   Do you recall what salary your friend told  11:31:31

12    you he was making at EA?                        11:31:33

 ▮    ▮    █████████████                     ▮▮▮▮▮

14        Q.   Was this friend of yours a more experienced  11:31:38

15    designer than you?                              11:31:44

16        A.   Yes, he was.  Well, designer?          11:31:48

17        Q.   I'm sorry -- strike that.              11:31:49

18             Was this friend of yours a more experienced  11:31:51

19    software engineer than you?                     11:31:56

20        A.   Yes, he was.  Slightly more.           11:31:57

 ▮    ▮    ███████████████████████             ▮▮▮▮▮

 ▮    █████████████████████                    ▮▮▮▮▮

23        A.   That is correct.                       11:32:05

24        Q.   Did you make any effort to negotiate that  11:32:06

25    amount upward with EA?                          11:32:08

                                                    Page 87
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        A.   Nope.                                    11:32:11

 8        A.   Well, I -- I don't recall.  I wouldn't say   11:32:31

 9   necessarily, but he was a little bit more           11:32:37

10   experienced than me at the time.  I don't think I --  11:32:40

11   I can't remember if I -- I thought about it much.    11:32:44

12   I'm not sure.                                        11:32:45

16        A.   No.                                       11:33:01

17        Q.   After you joined EA, did you have         11:33:01

18   discussions with any co-workers about relative      11:33:04

19   salaries that people were making?                   11:33:10

20        A.   Yes.                                      11:33:12

21        Q.   Did that happen often?                    11:33:13

22        A.   No.                                       11:33:14

23        Q.   Just occasionally?                        11:33:15

24        A.   Yes.                                      11:33:16

25        Q.   On roughly how many occasions do you recall  11:33:18
```

                                                    Page 88

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | during your time at EA, where you had discussions | 11:33:21 |
| 2 | with your co-workers about relative salaries? | 11:33:25 |
| 3 | A.   I wouldn't be able to say. | 11:33:33 |
| 4 | Q.   More than a dozen? | 11:33:35 |
| 5 | A.   Maybe.  Maybe just under a dozen, maybe a | 11:33:40 |
| 6 | little bit more. | 11:33:44 |
| 7 | Q.   What was the overall impression that you | 11:33:45 |
| 8 | got from these discussions about salaries with | 11:33:47 |
| 9 | co-workers?  Did you feel you were being paid | 11:33:49 |
| 10 | fairly, based on what you heard from your peers? | 11:33:54 |
| 11 | A.   You see, I wasn't too focused on my salary | 11:34:07 |
| 12 | while I was working at EA necessarily, but I was | 11:34:11 |
| 13 | just focused on doing my job.  I cared about my | 11:34:14 |
| 14 | work.  I was head down in my work.  As long as the | 11:34:22 |
| 15 | system wasn't taking advantage of me, which I didn't | 11:34:25 |
| 16 | feel at the time they were, I was okay with what I | 11:34:28 |
| 17 | was getting paid. | 11:34:31 |
| 18 | Q.   Did you ever use any of the information | 11:34:35 |
| 19 | that you got from your co-workers about salary while | 11:34:38 |
| 20 | you were at EA as the basis for going to your leader | 11:34:42 |
| 21 | and your manager and asking for more money? | 11:34:47 |
| 22 | A.   During my time at EA, I never asked for | 11:34:50 |
| 23 | more money. | 11:34:54 |
| 24 | Q.   Did you ever feel that you ought to be | 11:34:58 |
| 25 | getting paid more money? | 11:34:59 |

Page 89

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

1        A.    Sure, there were times where I could have          11:35:03

2   used more.  But like I said -- said earlier, I was          11:35:05

3   focused on my work.  And as long as I felt that the          11:35:12

4   company was not doing anything shady, I was okay          11:35:16

5   with what I was getting paid because I was getting,          11:35:25

6   you know, knowledge as well.          11:35:29

Page 90

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



Page 91

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | the same person what I, you know, told the recruiter | 13:00:28 |
| 2 | to contact me at EA, he also jumped ship right | 13:00:32 |
| 3 | before I jumped ship to Lucas, and he went to work | 13:00:38 |
| 4 | for Google.  And he had told me his salary at that | 13:00:44 |
| 5 | time, and I believe another person also told me | 13:00:46 |
| 6 | their salary at that time they were making at | 13:00:52 |
| 7 | another company.  And I remember thinking -- I | 13:00:56 |
| 8 | remember thinking -- well, seeing the numbers like | 13:01:01 |
| 9 | at Rockstar, at Sony online and what not, and the | 13:01:04 |
| 10 | numbers were like -- the pay I was getting at | 13:01:11 |
| 11 | Lucasfilm was 20 percent less. | 13:01:15 |
| 12 | But now to your question whether I was | 13:01:19 |
| 13 | happy with the pay, I was there at Lucas to work | 13:01:22 |
| 14 | with really smart people and a company founded by | 13:01:27 |
| 15 | George Lucas, so I was letting that slide.  But I | 13:01:30 |
| 16 | was already aware at that time, prior to accepting | 13:01:36 |
| 17 | the offer itself, that I could do better with other | 13:01:39 |
| 18 | companies, but I chose Lucas because of the name. | 13:01:43 |
| 19 | And at that time, also, that the co-worker | 13:01:48 |
| 20 | that jumped ship from EA to Google told me his | 13:01:53 |
| 21 | salary at that time as well for Google, and it was | 13:01:57 |
| ■ | ███████████████████  ████████  ██████ | |
| ■ | ███████████████████  ████████  ██████ | |
| 24 | And so I was like, well, we're getting kind | 13:02:06 |
| 25 | of the same.  It's all good.  We're good.  And I | 13:02:09 |

Page 125

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

3      A.   No, that's not what I'm saying.   I'm saying      13:17:42

4   I did not give it too much thought.   I put down a        13:17:44

5   number.   I'm not sure if at the time I filled out        13:17:47

6   this application, if they made me an offer yet.   So      13:17:50

7   as a -- so I'm not sure what I was thinking at that       13:17:55

8   time, but it was possible that I didn't want them to      13:18:01

9   lowball me and try to give me an offer that was far       13:18:05

10  lower, which is the natural reaction of anyone.           13:18:11

13  know.   I'm not sure what my thing was.   I just knew     13:18:22

14  at that time, I didn't feel it was their business.        13:18:25

15     Q.   You didn't have any concerns about making a       13:18:28

16  statement on an employment application that wasn't        13:18:30

17  accurate?                                                 13:18:32

18     A.   I didn't see a line underneath there that         13:18:33

19  said "under penalty of perjury," so no.                   13:18:36

20          MR. PURCELL:   I would like to mark this as       13:18:49

21  Exhibit 7.                                                13:18:53

22      (Exhibit 7 marked for identification.)               13:19:18

23  BY MR. PURCELL:                                           13:19:18

24     Q.   Mr. Hariharan, Exhibit 7 is a document           13:19:18

25  that's entitled, "Termination checklist."   Do you       13:19:20

Page 138

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | your title every change? | 13:39:57 |
| 2 | A.   I don't think so. | 13:40:04 |
| 3 | Q.   Did you ever receive a salary raise? | 13:40:06 |
| 4 | A.   I did receive a salary raise of -- sorry, | 13:40:10 |
| 5 | go ahead. | 13:40:17 |
| 6 | Q.   Roughly, when did that happen during your | 13:40:18 |
| 7 | time at Lucas Arts? | 13:40:20 |
| 8 | A.   After my performance review. | 13:40:22 |
| 9 | Q.   Would that have been sometime around the | 13:40:26 |
| 10 | new year in 2008? | 13:40:28 |
| 11 | A.   I believe it was sometime in 2008, yes. | 13:40:31 |
| 12 | Q.   And what sort of magnitude raise did you | 13:40:38 |
| 13 | receive? | 13:40:40 |
| 14 | A.   I'm not sure.  I thought maybe I received a | 13:40:42 |
| 15 | 4K increase in my base.  I think I did, so 89.  I | 13:40:44 |
| 16 | don't know if I was officially told I got a raise, | 13:40:52 |
| 17 | or if I just saw it on my paycheck. | 13:40:56 |
| 18 | Q.   After you received your raise, was there | 13:40:59 |
| 19 | ever a time you came to the understanding of raises | 13:41:01 |
| 20 | that your peers at Lucas Arts might have gotten? | 13:41:06 |
| 21 | A.   I don't know if I was too concerned with | 13:41:14 |
| 22 | that at that point.  Like I said, you know, like I | 13:41:16 |
| 23 | said earlier, I already felt that the big reason why | 13:41:24 |
| 24 | I was there is not really compensation.  It was the | 13:41:27 |
| 25 | fact that I was working for Lucasfilm.  You know, it | 13:41:34 |

Page 154

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   was a prestigious company to work for.          13:41:37

 2           So I wasn't too concerned with it because I  13:41:41

 3   already knew when I took that offer -- the initial  13:41:42

 4   offer, that I was 20 percent lower than so many    13:41:44

 5   other companies.                                   13:41:47

 6           So whether that 4 percent increase or      13:41:49

 7   whatever mattered, it didn't.  So I didn't think I  13:41:52

 8   was too involved.  I don't think I cared about what  13:41:55

 9   anyone else -- what raise anybody else got.  I don't  13:41:58

10   think I cared.                                     13:42:02

11       Q.   So you think sometime around the start of  13:42:03

12   2008 you got a raise from 85,000 a year to 89,000 a  13:42:05

13   year?                                              13:42:10

14       A.   I belive so, yes.                         13:42:10

15       Q.   And at any point during your time at Lucas  13:42:14

16   Arts after you joined and got your signing and     13:42:16

17   relocation bonuses, did you ever get any other     13:42:18

18   bonuses?                                           13:42:21

19       A.   I don't recall.  I don't think so.  Maybe,  13:42:28

20   I'm not sure.                                      13:42:30

21       Q.   As you sit here today, you can't think of  13:42:31

22   any bonus you got after the initial ones while at  13:42:34

23   Lucas Arts?                                        13:42:40

24       A.   I'm trying to think if I maybe got a      13:42:41

25   referral bonus.  I don't think I did.  I don't     13:42:43
```

Page 155

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | Q.   During your year and a half at Lucas Arts, | 14:09:38 |
| 2 | would you say that you got 100 such e-mails, fewer, | 14:09:41 |
| 3 | more? | 14:09:48 |
| 4 | A.   So first off, just right around the | 14:09:48 |
| 5 | timeline, it was not a year and a half that I worked | 14:09:50 |
| 6 | there.  It was definitely more than a year and a | 14:09:54 |
| 7 | half, so just pointing that out.  I got probably | 14:09:56 |
| 8 | more.  I'm not sure.  It's possible I got more.  I | 14:10:09 |
| 9 | don't know. | 14:10:14 |
| 10 | Q.   Just to clarify the timeline, you were at | 14:10:14 |
| 11 | Lucas Arts for about a year and eight months, is | 14:10:18 |
| 12 | that more accurate, from January of 2007 to August | 14:10:21 |
| 13 | of 2008? | 14:10:26 |
| 14 | A.   Okay.  I guess it was a year and eight | 14:10:29 |
| 15 | months, so it's not that far off. | 14:10:31 |
| 16 | Q.   All right.  So when you were at Lucas Arts | 14:10:34 |
| 17 | and getting these unsolicited e-mails, who was | 14:10:38 |
| 18 | soliciting you, do you recall? | 14:10:42 |
| 19 | A.   I'm not sure.  It might have been -- might | 14:10:48 |
| 20 | have been other game companies.  I'm not sure. | 14:11:05 |
| 21 | Q.   Did you ever have discussions that you | 14:11:07 |
| 22 | recall with your co-workers about these unsolicited | 14:11:10 |
| 23 | recruiting e-mails? | 14:11:13 |
| 24 | A.   Much later when I had already decided that | 14:11:18 |
| 25 | I was going to take one of these offers -- | 14:11:20 |

Page 165

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1       A.    There may have been a couple of instances.        14:21:40

2   But I think for the most part they kept pretty             14:21:42

3   private about, you know, getting a cold call from a        14:21:47

4   competing company.  I think they kept it -- I don't        14:21:50

5   know.  I think there might have been a couple --           14:21:53

6   might have said, "Hey, what do you think about this        14:21:56

7   company" or whatever.                                      14:21:58

8       Q.    Do you remember any of the companies that        14:22:00

9   were mentioned during these conversations that might       14:22:02

10  have been about cold calls?                                14:22:04

11      A.    No.                                              14:22:08

12      Q.    Going back to the Google cold call you           14:22:12

13  received specifically when the woman called you,           14:22:14

14  what was her pitch to you, what did she say?               14:22:25

15      A.    Oh, she was not -- she initially called me       14:22:26

16  for a reference to a friend of mine who was working        14:22:28

17  at Lucas Arts, and he was going to Google, and he          14:22:32

18  works there right now still.  But he is -- he was          14:22:36

19  going there, and -- yeah, she asked for a reference.       14:22:43

20  She listed me as a reference.  She called me for           14:22:48

21  that.  And then at the end of me giving the                14:22:49

22  reference, she said, "How would you like to work for       14:22:52

23  Google?"  I said, "Well, right now, I'm pretty happy       14:22:56

24  at Lucas."  I think she might have said, "Well" -- I       14:23:00

25  don't know if she gave some kind of way to contact         14:23:06
```

Page 174

```
 1    her later.  She said, "Well, if you change your        14:23:10
 2    mind" -- or whatever.  I don't know.  I don't know.    14:23:12
 3    I just know that she may -- said, "How you like to     14:23:16
 4    work for Google?"                                      14:23:19
 5         Q.   Did she go into any more detail about the    14:23:22
 6    sort of thing you might be able to do for Google?      14:23:24
 7         A.   I think she was just being putting two and   14:23:33
 8    two together.  She was like, "Well, here is another    14:23:35
 9    guy that's applying to Google from Indiana Jones."     14:23:37
10    And, you know, I was a little bit senior to him.       14:23:41
11    She's like, "Well, probably make a good fit, too."     14:23:45
12         Q.   The person who named you as a reference had  14:23:49
13    been working with you on the Indiana Jones, too?       14:23:52
14         A.   Yes, I've worked with him.  He's also a      14:23:56
15    software engineer.                                     14:23:58
16         Q.   What was that person's name?                 14:23:59
17         A.   Well, I guess I can say.  Well, I'm not      14:24:02
18    sure if I can say that name because he works for       14:24:05
19    Google right how, but I guess he doesn't have a fear   14:24:12
20    of reprisal.                                           14:24:13
21         Q.   He's a potential witness in the case.        14:24:13
```

██   ██   ████████████████████                    ████████
██   ██   ██████████████                          ████████
██   ██   █████████████████████                   ████████
██   ██   █████████████████████                   ████████

Page 175

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1      A.    Sorry, let me clarify.  Higher salary in       14:36:28

 2   the sense that I got a job offer or I got this or       14:36:31

 3   whatever, because I felt like that was not the         14:36:33

 4   reason why I was working at these companies.  So it    14:36:35

 5   wasn't -- it wasn't salary necessarily.  It was more   14:36:39

 6   the experience of working for the companies.  So I     14:36:45

 7   was happy at Lucas, and that's why I didn't            14:36:49

 8   entertain Google.  And I was certainly not going to    14:36:54

 9   go to Lucas and say, pay me more money because I       14:36:56

10   felt like, at that time, I'm being paid roughly        14:36:59

11   what, you know, a few people that I've asked are       14:37:03

12   making at Lucas and I'm happy with that.               14:37:07

13      Q.    Didn't you feel that if you told your         14:37:12

14   manager that you'd gotten a cold call that that        14:37:16

15   could result in you maybe getting a higher salary?     14:37:19

16      A.    No.                                           14:37:22

17      Q.    So you mentioned two other cold calls later   14:37:26

18   at your time at Lucasfilm from Activision and Zynga,   14:37:28

19   correct?  Do you recall which of those happened --     14:37:31

20      A.    Yes.                                          14:37:33

21      Q.    Sorry, I jumped the gun.  Do you recall       14:37:33

22   which of those happened first in time?                 14:37:37

23      A.    Activision happened first.                    14:37:40

24      Q.    And if you left Lucasfilm around August of    14:37:43

25   2008, do you remember how soon before that you had a   14:37:47
```

Page 185

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1    STATE OF CALIFORNIA     ) ss:
2    COUNTY OF MARIN         )
3
4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
5    certify:
6        That the foregoing deposition testimony was
7    taken before me at the time and place therein set
8    forth and at which time the witness was administered
9    the oath;
10       That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me,
13   and were thereafter transcribed under my direction
14   and supervision, and that the foregoing pages
15   contain a full, true and accurate record of all
16   proceedings and testimony to the best of my skill
17   and ability.
18       I further certify that I am neither counsel for
19   any party to said action, nor am I related to any
20   party to said action, nor am I in any way interested
21   in the outcome thereof.
22       IN THE WITNESS WHEREOF, I have transcribed my
23   name this 22nd day of October, 2012.
24
                              ASHLEY SOEVYN, CSR 12019
25
                                         Page 310
```