# EXHIBIT 8
# PUBLIC VERSION

```
1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

6   IN RE:  HIGH-TECH EMPLOYEE      )

7   ANTITRUST LITIGATION            )

8                                   )   No. 11-CV-2509-LHK

9   THIS DOCUMENT RELATES TO:       )

10  ALL ACTIONS.                    )

11  _____ )

12

13

14        CONFIDENTIAL - ATTORNEYS' EYES ONLY

15        VIDEO DEPOSITION OF MARK BENTLEY

16               August 23, 2012

17

18

19

20  REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

21

22

23

24

25
```

| | | |
|---|---|---|
| 04:28:55 | 1 | additional restrictions on Apple's recruiting policy? |
| 04:28:58 | 2 | MR. RILEY:  Objection.  The question is vague. |
| 04:29:02 | 3 | Calls for speculation. |
| 04:29:03 | 4 | THE WITNESS:  I don't recall. |
| 04:29:14 | 5 | MR. SAVERI:  Q.  Well, did you view the |
| 04:29:15 | 6 | no-cold-call list, or the no-cold-call policy, as a |
| 04:29:19 | 7 | restriction on your ability to do your job |
| 04:29:23 | 8 | recruiting good people for Apple? |
| 04:29:26 | 9 | A.  Not at all. |
| 04:29:27 | 10 | Q.  Not at all? |
| 04:29:28 | 11 | A.  Not at all. |
| 04:29:29 | 12 | Q.  Do you think it enhanced your ability to |
| 04:29:31 | 13 | recruit good people to Apple? |
| 04:29:34 | 14 | A.  Cold calling was and still is just one avenue. |
| 04:29:41 | 15 | There are many avenues, some much more important. |
| 04:29:44 | 16 | Web site. |
| 04:29:46 | 17 | Q.  I just want to make sure I understand your |
| 04:29:48 | 18 | testimony.  Did the no-cold-calling list, and the |
| 04:29:52 | 19 | maintenance of that list, restrict Apple's ability to |
| 04:29:55 | 20 | recruit in any way? |
| 04:29:58 | 21 | A.  To the best of my knowledge, no.  We were not |
| 04:30:02 | 22 | cold calling into some of those companies that we had |
| 04:30:05 | 23 | unilaterally decided not to cold call into.  That did |
| 04:30:09 | 24 | not inhibit our ability to recruit from those companies. |
| 04:30:12 | 25 | Q.  So what was the purpose of putting a company on |

| 04:30:14 | 1 | the no-cold-calling list if you did not cold call into |
| 04:30:17 | 2 | those companies? |
| 04:30:20 | 3 | A.  So we're making a distinction between cold |
| 04:30:26 | 4 | calling and recruiting. |
| 04:30:27 | 5 | Q.  And maybe I misunderstood what you were saying. |
| 04:30:31 | 6 | A.  So there are many instances in which -- |
| 04:30:35 | 7 | recruiting meaning people come into Apple, either |
| 04:30:39 | 8 | through our Web site, through referrals, through job |
| 04:30:42 | 9 | fairs, through social media.  There is all sorts of |
| 04:30:46 | 10 | other mediums that frankly dominate the way that we |
| 04:30:54 | 11 | hire.  Cold calling is just a very small piece of it. |
| 04:30:59 | 12 | Q.  Well -- and my question is, did the inclusion |
| 04:31:01 | 13 | of a company on the no-cold-calling list limit, from |
| 04:31:08 | 14 | your perspective, Apple's ability to recruit people in |
| 04:31:13 | 15 | any way? |
| 04:31:14 | 16 | MR. RILEY:  Objection.  That question has been |
| 04:31:16 | 17 | asked and answered. |
| 04:31:22 | 18 | THE WITNESS:  I'm not sure where -- I'm not |
| 04:31:23 | 19 | sure where -- where the disconnect is between what I |
| 04:31:25 | 20 | just said and your question. |
| 04:31:27 | 21 | MR. SAVERI:  Q.  Well, I guess I'm not |
| 04:31:29 | 22 | clear why Apple had a no-cold-calling policy if it |
| 04:31:34 | 23 | didn't impact Apple's ability to recruit. |
| 04:31:44 | 24 | A.  We had a do-not-cold-call list in place at |
| 04:31:47 | 25 | times, because we did not want to be actively cold |

1          I, Gina V. Carbone, Certified Shorthand

2     Reporter licensed in the State of California, License

3     No. 8249, hereby certify that the deponent was by me

4     first duly sworn and the foregoing testimony was

5     reported by me and was thereafter transcribed with

6     computer-aided transcription; that the foregoing is a

7     full, complete, and true record of said proceedings.

8          I further certify that I am not of counsel or

9     attorney for either of any of the parties in the

10    foregoing proceeding and caption named or in any way

11    interested in the outcome of the cause in said caption.

12         The dismantling, unsealing, or unbinding of

13    the original transcript will render the reporter's

14    certificates null and void.

15         In witness whereof, I have hereunto set my

16    hand this day:  July 6, 2012.

17              ___X___ Reading and Signing was requested.

18              _____ Reading and Signing was waived.

19              _____ Reading and signing was not requested.

20

21

22              _____

23              GINA  V. CARBONE

24              CSR 8249, RPR, CCRR

25