

Significant Changes for 2007

- The significant changes for 2007 all contribute to the streamlining of the process this year. Hence, the "mini" Focal process.

- If you are a new manger we will go into more detail on ranking later in the presentation

## The Basics



2006 Adobe Systems Incorporated.  All Rights Reserved.



## Core Components



- Performance Evaluation
- Ranking Process
  - Matrix
- Salary Focal Budget
  - Methodology
  - Budgets by Country
- Salary Increase Matrices
- Salary Focal Tool
- Updated Performance Appraisal
- Performance & Salary Discussion

2006 Adobe Systems Incorporated.  All Rights Reserved.





## Core Component: Ranking Matrix



2006 Adobe Systems Incorporated.  All Rights Reserved.

12





- **We'll be walking through the methodology to create the Salary Focal Budget, and then I'll share the budget for this year.**

## Core Component: Salary Focal Budget Methodology *(cont.)*



2006 Adobe Systems Incorporated.   All Rights Reserved.

14



## Core Component: Salary Focal Budget







## Core Component: Salary Focal Budget *(cont.)*



## Core Component: Pro-rated Salary Focal Budgets* by Country



2006 Adobe Systems Incorporated.   All Rights Reserved.

18

**Core Component: Salary Increase Considerations**









## Core Component: Impact on Company Position to Market







- Refer to the *Salary Focal Tool and Reports* document on the Manager's Focal website.

# Core Component: Performance Appraisal



2006 Adobe Systems Incorporated.  All Rights Reserved.

23









- **Managers can start writing reviews now using the Performance Appraisal Worksheet (non-routable) available on the Manager's Focal website, and then copy/paste into the routable form, which will be available on 12/4.**

## Resources

- 2007 Managers' Performance Focal web site
  - Access from Inside Adobe
  - Adobe PDF of Managers' reference documents
  - Links to forms
  - Link to online Enrollment System to enroll in a 1:1 Coaching session
  - Posted email communications to managers and employees
- Managing at Adobe Website
- Communications
  - Email reminders for key action items
- If you have questions about…
  - An employee issue, contact your Human Resources Manager
  - The Focal timeline, process, or tools, contact the HRIC at x6-HELP (4357), option 5

2006 Adobe Systems Incorporated. All Rights Reserved.   28

- **You can find your HRM on the Org Chart on Inside Adobe.**
- **Coaching sessions will be offered in Jan.**

- **Even though the HRIC is mainly for North America employees, for Focal timeline, process or tools questions, all employees can contact the HRIC.**



EXHIBIT 3



This Document was Produced in Native Format

ADOBE_015059
Confidential - Attorneys' Eyes Only

ADOBE_015059-1



- **Introduce Performance based Restricted Unit Program once and reference as PSU through out the rest of presentation**
- **Talking points from Bruce's presentation in December 2006**

## Agenda

- Total Compensation
- Performance-based Restricted Stock Unit (PSU) Program
- Annual and Quarterly Variable Cash Incentive Plans (AIP and QIP)
- Your Next Steps
- Q&A

2007 Adobe Systems Incorporated.  All Rights Reserved.

2

- **What we're going to cover today....remind them that this is a follow-on from the Dec. 20 Sr. Leader meeting and that this meeting is also being recorded for playback**

- **Housekeeping...how to ask questions via chat/telephone, etc.**



- **Introduction: With the importance of compensation and building a performance based culture, there needs to be alignment of goals that drive behaviors which lead to customer satisfaction, which then results in revenue/profit to the company, which then translates to shareholder appreciation and back to business performance**

- *We are committed to the following principles:*
    - We share our success with our employees.

    - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
    - **We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.**

    - **We recognize and reward results and contributions tied to the success of the company and in support of company values.**
    - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
    - **We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.**
    - **We communicate the goals, features and value of our programs.**



















## Adobe's Equity Model



2007 Adobe Systems Incorporated.  All Rights Reserved.



## PSU Plan Overview



2007 Adobe Systems Incorporated.  All Rights Reserved.

11



2007 Adobe Systems Incorporated.   All Rights Reserved.



## PSU -- FY'07 Criteria



2007 Adobe Systems Incorporated.  All Rights Reserved.

13





14



FY'07 PSU Plan Matrix – Overachieve AOP Scenario



16



**AIP Plan Overview**



2007 Adobe Systems Incorporated.   All Rights Reserved.











## FY'07 AIP/QIP Payout Matrix – Scenario A – Overachieve





FY'07 AIP/QIP Payout Matrix – Scenario B -- Underachieve









## Next Steps

- Communicate to eligible members of your teams
- Reference tools provided
  - Plan documents
  - FAQs
  - PDF of presentation
  - Adobe Connect recording of materials
- Work with your HR Business Partner
  - They will bring in additional HR support as needed

2007 Adobe Systems Incorporated.  All Rights Reserved.

- **Follow up email with links to documents and additional resources will be sent this afternoon**