



EXHIBIT 4



This Document was Produced in Native Format

ADOBE_009668
Confidential - Attorneys' Eyes Only

# HR All Hands

Donna Morris

September 11, 2008



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

## Agenda

- Welcome
- Human Resources Strategic Plan
- Doug Mack – Photoshop Express
- Service Awards
- HR Excellence Award
- Q&A

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

## Welcome New Hires

- Aparna Malik, Talent – Noida

- Shweta Tyagi,  Talent Dev. – Noida

- Paul Larsen, HR Consulting– San Jose

- Diana-Emanuela Sandra,  Talent – Bucharest

- Zoe  Spicer, HR Consulting – London



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          3



# Human Resources Strategic Plan 2009 – 2011

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential

## Overview

- HR Vision 2011

  - Strategic Areas of Focus

  - Success Measures

  - HR Capabilities – Developing for the Future

  - Global HR Distribution

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



## Human Resources 3 Year Strategic Imperatives

- Continue to evolve talent management capabilities that result in the ability to attract, develop and engage top performing global employees

- Ensure a foundation of world class HR programs, systems and services that deliver exceptional experiences

- Develop and execute upon a compelling total rewards strategy that contributes to the ability to attract, engage and align employees to deliver upon business results

- In partnership with leaders drive focused organizational change aligned with our core values that contributes to high levels of organizational effectiveness and employee engagement

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.



Global Growth Assumptions

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



# HR Strategic Areas of Focus

Create a vibrant and dynamic workplace recognized for attracting and developing exceptional employees who are rewarded for their contributions to our business

| Talent Management | Total Rewards | Organizational Growth and Development |
|---|---|---|

HR Operations

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



2011 HR Vision

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

9



# Key Areas of Focus 2009 - 2011

- Org Growth & Development

- Talent Management

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          10



# Key Areas of Focus 2009 - 2011

- Total Rewards

- HR Operations

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          11



# Strategic Plan Success Measures

| Success Metric | Measurements | Targets |
|---|---|---|
|  |  |  |

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.                13

# HR Capabilities – Developing for the Future



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



# HR Capabilities – Developing for the Future

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.





# HR Headcount Geographic Distribution – 2005 vs. Current

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

