

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential. 17

## Next Steps

- HR Operating Plan for 2009 to be developed
    - Building plans specific to areas of focus
    - Determine priorities and trade-off decisions
    - Each HR leader will share more

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.



# Doug Mack

# Photoshop Express

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.    19

## Service Awards for Q4

- Joanne Pires               San Jose        5 years
- Anne Storer                San Jose        10 years
- Karen Prince               San Jose        10 years
- Rosemary Arriada-Keiper    San Jose        10 years




Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

# HR Excellence Award

For outstanding teamwork on Leading the Global Engagement:

Melissa Daimler

Laura Mills

Lisa America



Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.    21

## Global Engagement Survey Team – Special Thanks!

- Jack Gilmore
- Rajesh Rai
- Karen Prince
- Nancy Fontes
- Michelle Smith

- Chris Veilleux
- Barbara Dawson
- Angela Volfer
- Jocelyn Vosburgh
- Guy Worrell

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.    22



EXHIBIT 5



ADOBE_009295
Confidential - Attorneys' Eyes Only
ADOBE_009295-1



## HR Strategic Imperatives and Success Attributes

| Focus Area | Strategic Imperative | Key Success Attributes |
|---|---|---|
| | | |

Copyright 2008 Adobe Systems Incorporated. All rights reserved.   Adobe Confidential

ADOBE_009297
Confidential - Attorneys' Eyes Only

ADOBE_009297-3

# Key Workforce Trends

| Trends | Organizational Shifts |
|---|---|
|  |  |

Copyright 2008 Adobe Systems Incorporated. All rights reserved.   Adobe Confidential

ADOBE_009298
Confidential - Attorneys' Eyes Only

ADOBE_009298-4



# Talent Acquisition Philosophy

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009300
Confidential - Attorneys' Eyes Only

ADOBE_009300-6



ADOBE_009301
Confidential - Attorneys' Eyes Only

ADOBE_009301-7