

ADOBE_009317
Confidential - Attorneys' Eyes Only

ADOBE_009317-23

# Appendix

## University Recruiting

2/4 Copyright 2008 Adobe Systems Incorporated. All rights reserved.

ADOBE_009318
Confidential - Attorneys' Eyes Only

ADOBE_009318-24



ADOBE_009319
Confidential - Attorneys' Eyes Only
ADOBE_009319-25

# University Recruiting: 3 Year Roadmap

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

26

ADOBE_009320
Confidential - Attorneys' Eyes Only

ADOBE_009320-26



Copyright 2008 Adobe Systems Incorporated. All rights reserved.  
27  
Adobe Confidential

ADOBE_009321  
Confidential - Attorneys' Eyes Only

ADOBE_009321-27

## University Recruiting: FY10 Targeted Universities

Copyright 2006 Adobe Systems Incorporated. All rights reserved.        28   Adobe Confidential

ADOBE_009322
Confidential - Attorneys' Eyes Only

ADOBE_009322-28



ADOBE_009323
Confidential - Attorneys' Eyes Only

ADOBE_009323-29