# EXHIBIT 17
# PUBLIC VERSION

| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
|   | SUJAL J. SHAH (SBN 215230) |
| 3 | FRANK BUSCH (SBN 258288) |
|   | Three Embarcadero Center |
| 4 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 5 | Facsimile:  415.393.2286 |
|   | donn.pickett@bingham.com |
| 6 | frank.hinman@bingham.com |
|   | sujal.shah@bingham.com |
| 7 | frank.busch@bingham.com |

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF DANNY McKELL IN SUPPORT OF OPPOSITION TO CLASS CERTIFICATION** |
| ALL ACTIONS | |
| | Date Consolidated Amended Compl. Filed: September 13, 2011 |

ATTORNEYS' EYES ONLY

Master Docket No. ll-CV-2509-LHK

DECLARATION OF DANNY McKELL

A/75213414.2

1    I, Danny McKell, declare:

2    1.    I am a Compensation and Benefits Specialist at Intel Corporation. I have personal knowledge of the matters stated in this declaration. I make this declaration in support of Defendants' Opposition to Motion for Class Certification. If called and sworn as a witness, I could and would competently testify to the matters stated below.

6    2.    I have been employed by Intel for 13 years and have worked in the Compensation and Benefits group for the last 9 years. I understand that the Plaintiffs in this case have asserted that Intel's compensation for most of its employees (apart from retail employees, corporate officers, members of the board of directors, and senior executives) was suppressed below competitive levels during the alleged class period of 2005-09. In my role as a Compensation and Benefits Specialist, I am generally familiar with the process by which Intel has compensated its employees before, during, and after the alleged class period. The statements below are descriptive of Intel's compensation practices during the alleged class period, and generally extend before and after that period except where noted.

[Lines 15–28 redacted]



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ATTORNEYS' EYES ONLY                           2                    Master Docket No. ll-CV-2509-LHK

DECLARATION OF DANNY McKELL

A/75251143.1

Case 5:11-cv-02509-LHK   Document 308-22   Filed 01/23/13   Page 5 of 8



ATTORNEYS' EYES ONLY  3  Master Docket No. ll-CV-2509-LHK

DECLARATION OF DANNY McKELL

A/75251143.1





16. I declare under penalty of perjury that the foregoing is true and correct. Executed in Rio Rancho, New Mexico, on November 12, 2012.

_____
DANNY McKELL

# EXHIBITS A-F
# FILED UNDER SEAL