# EXHIBIT 19
# PUBLIC VERSION

1   Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@JonesDay.com
2   Craig E. Stewart (State Bar No. 129530)
    cestewart@JonesDay.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA 94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Catherine T. Zeng (State Bar No. 251231)
    czeng@jonesday.com
7   JONES DAY
    1755 Embarcadero Road
8   Palo Alto, CA  94303
    Telephone:    (650) 739-3939
9   Facsimile:    (650) 739-3900

10  Attorneys for Defendant
    INTUIT INC.

11

12                      UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14

15

16  **IN RE HIGH-TECH EMPLOYEE**            **Case No. 11-CV-2509  LHK**
    **ANTITRUST LITIGATION**
                                            **DECLARATION OF MASON**
17                                          **STUBBLEFIELD**

18  **THIS DOCUMENT RELATES TO:**

    **All Actions**
19

20

21

22

23

24

25

26

27

28
                                            DECLARATION OF MASON STUBBLEFIELD
                                            CASE NO. 11-CV-2509 LHK

I, Mason Stubblefield, declare as follows:

1.      I am employed by Intuit Inc. as the Vice President of Human Resources, Head of Total Rewards. I have been acting in this position since February 2012. From 2008 to 2012, I was employed by Intuit in its Human Resources department in various positions supporting Intuit business units. From 2004 to 2008, I was employed as the Total Rewards Leader in Intuit's compensation department.

2.      I make the statements in this declaration based on my personal knowledge gained during my current and former positions in Intuit's compensation department. As to Intuit's compensation practices described in this declaration during the period in which I was not employed in the compensation department, fulfilling the duties of my current position has required that I be knowledgeable about those practices and I have gained that knowledge by reviewing Intuit's business records and participating in business meetings and discussions with other employees at Intuit.

3.      The information noted in this declaration and the exhibits attached to this declaration are confidential to Intuit. Intuit's salary and compensation data and methodologies are non-public, highly sensitive and confidential, and private to Intuit and its employees. It could cause Intuit competitive harm if this information was publicly known. Public dissemination of this information would deprive Intuit of the investment it has made in developing its compensation structure, practices, and strategies and allow others to unfairly benefit from this information.

4.      Part of my job responsibilities at Intuit is to train Intuit business managers on Intuit's compensation philosophy and its practices and policies for setting compensation for employees. Attached hereto as Exhibit A, is a true and correct copy of a presentation I prepared (along with others in Intuit's compensation department) from May 2007, entitled "Annual Compensation Decisions, 2007" (INTUIT_038812). Attached hereto as Exhibit B, is a true and correct copy of a presentation from July 2009 entitled "Having Effective Performance and Pay Discussions" (INTUIT_018387). Attached hereto as Exhibit C is a true and correct copy of a

- 2 -

presentation from May 2010 entitled "Focal Overview for Leaders" (INTUIT_018398). These presentations were used for training business managers on Intuit's compensation practices. They reflect the policies and practices discussed in following paragraphs and that were in effect during throughout the period plaintiffs allege as the class period in this case.

5.    Intuit currently has approximately 7,800 employees in the United States. Approximately 5,150 of those employees are paid on a salaried basis (*i.e.*, they are not paid by the hour and are classified as exempt from overtime pay). The compensation practices described in this declaration pertain to Intuit's salaried employees.

6.    In general, Intuit's employee compensation consists of three principal components: base compensation, incentives, and equity grants.

7.    ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

8.    During the period from 2005 to the present, Intuit has had more than a dozen different business units and functional groups. These business units and functional groups include: Small Business Group, Financial Management Solutions, Payment Solutions, Employee Management Solutions, Quickbase, Intuit Financial Solutions, Accounting Professionals Division, Global Business Division, Intuit Health, Central Technology, Global Enterprise Systems, Legal, Finance, Sales, Marketing, and Human Resources. In turn, these units employ a variety of positions with widely divergent required skills, including accountants, sales managers, market research analysts, human resources, attorneys, corporate strategy managers, financial analysts, project managers, business analysts, systems architects, tech writers, logistics analysts, supply chain managers, treasury analysts, web developers, internal auditors, tax analysts, benefits managers, payroll mangers, recruiters, governmental relations, creative designer, facilities

- 3 -

engineer, and numerous others. ████████████████████████████████████
████████████████████████████████

9.     Each of these business units and functional groups has numerous business

managers ████████████████████████████████████████████████
████████████████████████

10.   ████████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
█████████████████████████████████████████

11.   ████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████

12.    Intuit's compensation policies are consistently emphasized in the training given to

business managers. ████████████████████████████████████
████████████████████████████████████
██████████████████████████████████
████████████████████████████████████████
████████████████████████████████████
████████████████████████████████████
█████████████████████████████
█ █ ████████████████████████████████████
████████████████████████████████

- 4 -





- 6 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF MASON STUBBLEFIELD
CASE NO. 11-CV-02509 LHK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15       24.    I am aware of news reports that Google gave its employees a ten percent pay raise

16 in November 2010.

17

18       I declare under penalty of perjury that the foregoing is true and correct.  Executed on

19 November 9 , 2012 at Mountain View, California.

20

21

22                            Mason Stubblefield

23

24

25 SVI-116402v1

26

27

28

- 8 -

DOCUMENT

PLACEHOLDER

This document was produced in native format.

INTUIT_038812
Confidential - Attorneys' Eyes Only

# Annual Compensation Decisions, 2007
## Communications Session for Executives

*"Differentiating Performance for Results...*
*Differentiating Pay Decisions for Performance"*

**Jim Grenier**
**Mason Stubblefield**
**Parrish Pullen**



# What's Important?



Intuit Confidential
May 7 2007

# Differentiating for Performance and Impact...



Intuit Confidential
May 7 2007



## Our Compensation Philosophy... on a page



Intuit  Confidential
May 7 2007

# Performance Categories and Expectations



Intuit  Confidential
May 7 2007



# Process Input:  Retention Assessment



Intuit Confidential
May 7 2007



# Process Input: External Market Review



Intuit Confidential
May 7 2007



# FY'08 Budget (U.S.)



Intuit Confidential
May 7 2007



# Pay Decision Guidelines

2007 Pay-for-Performance Guide (U.S.)

Intuit  Confidential
May 7 2007



# Applying Judgment to the Pay Decision
## (How do I know my decision is a good one?)

Intuit Confidential
May 7 2007

# Rewards Aligned to Build Momentum
## (Also Known As, "Tips for Gaining Approval.")

Intuit  Confidential
May 7 2007

# Actions that Raise Eyebrows...and Audits



Intuit Confidential
May 7 2007



# The INTU Approach to Equity Grants



I n t u i t   C o n f i d e n t i a l
May 7 2007



# Projected "9-Blocker" for 2007 Equity Grants
### (Confidential – Not for Distribution…EXAMPLE only…subject to change)



Intuit Confidential
May 7 2007



# FY08 Equity Strategy



Intuit Confidential
May 7 2007



# 2007 Focal Compensation & Talent Review Process Timeline



Intuit  Confidential
May 7 2007



# The Talent & Pay Tool (TPT)
# ...A Quick Intro





# Eligibility
## (For Pay Decisions within the Tool)



**All Re_ular Em_lo_ees will be Included in the Talent Assessment**

Intuit   Confidential
May 7 2007



# TPT Reports

| Report Name | What it shows... | What it tells you... |
| --- | --- | --- |
| | | |

Intuit Confidential
May 7 2007



# TPT Reports

| Report Name | What it shows... | What it tells you... |
|---|---|---|
|  |  |  |

# TPT Reports

| Report Name | What it shows... | What it tells you... |
| --- | --- | --- |

Intuit Confidential
May 7 2007

# The Stock Tool (TPT/PDT)
## ...A Quick Look





# Stock Tool Summary Page



Intuit Confidential
May 7 2007



# Finalizing the Stock Recommendations



Intuit Confidential
May 7 2007



# Your Action Items



Intuit Confidential
May 7 2007

# Where can I find this pitch and additional resources?

- Copy of deck to be emailed to exec participants (Mgr version avail online)

- Process, Tools, Benefits question? – Contact AccessHR via online HR Solution Center or at ext. 13333

- Performance management questions…Talent Assessment questions? – Contact your HRBP

- Pay-for-performance question? – Contact your HRBP

- Stock Options/RSUs – Contact your HRBP or the Compensation Team



Intuit Confidential
May 7 2007





# Appendix



# "Rules of the Road"
## The How and Why on Prorations



Intuit Confidential
May 7 2007

# Comparing Stock Options to Stock Units



Intuit Confidential
May 7 2007

# Talent and Pay Tool Log On



1. Enter Directory Login and Password.  The Directory Login and password are the same Directory Login and password that is used for the Directory Toolbox.

2. Click the Sign In button.



 **Talent and Pay Resource Center**                                                           **Intuit**

Logged in as **BIJLEVELD,CHRISTIE**, proxy for **ASTON,ASSAF**              Help | Directory | Training | Add'l Resources | FAQs | Contact Us | Log Out

HCMDEV01 v7.0.6

---

**Hello ASSAF ASTON,**

**What would you like to do?**

- **Access Talent and Pay Tool**
  Recommend or Review Employee Talent Assessment
  Recommend or Review Employee Pay Decisions
  Recommend or Review Employee Stock Decisions
  Assign or Revoke a Proxy

- **Access External Market Data**
  Total Rewards Job Info Center

- **Update Employee Data**
  Submit an Employee Change Request (ECR)

- **Other Resources**
  Performance Management Home Page
  Leadership Success Profile
  Leadership Model

---

I n t u i t   C o n f i d e n t i a l
*May 7 2007*



# Input Talent Ratings First



Intuit Confidential
May 7 2007



# Talent Ratings Input (cont.)

| Talent Assessment Ratings | |
|---|---|
| * Performance Rating: | -- Choose one -- ▼ |
| Potential Code: | -- Choose one -- ▼ |
| * Retention Code: | -- Choose one -- ▼ |

| Development Planning | |
|---|---|
| Career Development Recommendation: | -- Choose one -- ▼ |
| Next Best Type Of Assignment:<br>(100 character limit - Descriptions will be<br>truncated to 100 characters) | |
| Employee Areas Of Interest<br>(100 character limit - Descriptions will be<br>truncated to 100 characters) | |

Continue >

Intuit  Confidential
May 7 2007



# Talent Ratings Summary



Intuit Confidential
May 7 2007



# Input Pay Increase Recommendations



Intuit Confidential
May 7 2007



# IPI Input



Intuit  Confidential
May 7 2007



# Review and Save



Intuit Confidential
May 7 2007







# DOCUMENT

# PLACEHOLDER

This document was produced in native format.

INTUIT_018387
Confidential - Attorneys' Eyes Only



# Having Effective Performance and Pay Discussions

July 2009



# The Performance Management Wheel



# Session Overview

- Introduction
- Th  A    l  nv r   i n
    - Pre-Discussion Planning & Activities
    - Opening
    - Performance Discussion
    - Models and Tips for Giving Feedback
    - Compensation Discussion
    - Development Discussion
    - Close
- Tips and Best Practices
- Discussion w/Recently Impacted Employees
- Sample Questions and Talking Points
- Key Dates
- Additional Resources

# Pre-Discussion Planning



Intuit Confidential

# Opening and Welcome



# Performance Discussion



Intuit Confidential

# Feedback for a Specific Situation



# Sharing the Overall Feedback

A "Start/Stop/More/Less" Grid for Planning Feedback



Intuit Confidential

# Additional Ti s for Givin Feedback



# Compensation Discussion



Intuit Confidential

# Intuit's Compensation Philosophy



Intuit Confidential

# External Market View



# Compensation Key Messages



Intuit Confidential

# Pay for Performance Report from TPT



INTUIT CONFIDENTIAL

# Development Discussion

# Close the Conversation

# Tips on Delivering the Pay/Performance Message



# Performance and Pay Discussions for Impacted Employees





# Ti s for Discussions with Im acted Em lo ees



# Sample Questions and Talking Points

| Questions  Employees May Ask | Suggested Talking Points |
|---|---|
| | |

# Sample Questions & Suggested Talking Points

| Questions  Employees May Ask | Talking Points to Help Your Discussion |
|---|---|
| | |

Intuit Confidential

# Resources Available to You

- HR Solution Center through Insight
  - http://insight.intuit.com/TotalRewardsAndCareer/Pages/ContactingIntuitHR.aspx
- Your BU/FG Human Resources Business Partner
- Compensation Team
  - Total rewards email through Outlook
- Performance Management Page on Insight
  - http://insight.intuit.com/TotalRewardsAndCareer/CareerDevelopment/PerformanceManagement/Pages/PerformanceManagement.aspx

# Key Dates

- You will receive an "all clear" message on/around ▮▮▮▮▮ indicating that you should log into TPT to retrieve final talent and pay decisions and to begin your performance and pay discussions with your team
- Effective Dates



- Total Rewards Statements
  - Updated to reflect focal changes by October 1
  - <u>Click here</u> to view your Total Rewards Statement

Intuit Confidential

# Additional Resources

# Performance Management Modules



# Pay Decision Resources



| | FY10 Allocation |
|---|---|

**Total Budget is Very Competitive against Market**

Intuit Confidential

# Pay Decision Guidelines – 2009



**Focal Pay-for-Performance Guidelines (U.S.)**

# From Intuit's Leadership Conference in Aug. '08



# Determining the IPI Tool: Guiding Principles



Intuit Confidential

# Equity: Comparing Stock Options to Stock Units



Intuit Confidential



DOCUMENT

PLACEHOLDER

This document was produced in native format.

INTUIT_018398
Confidential - Attorneys' Eyes Only

# Focal Overview for Leaders

Mason Stubblefield

May 2010



Intuit Proprietary & Confidential

# What We'll Cover Today

- Key Messages
- Your Role
- Talent Assessment
- Compensation Philosophy - Overview
- Pay: The Market View
- Budgets & Guidelines
- Case Study
- Timeline & Tools
- Support & Training
- Appendix: Communication Plan and Timeline

Intuit Proprietary & Confidential

# Ke Messa_es

- We're building on our investment by providing a very competitive pool for performance based increases, mobility… and IPI payouts…and recognition program funding

- Our history of strong performance has put us in a very fortunate position vs. the market …we are pay leaders

- We had a good year in FY10 overall…good business results…opportunities in engagement

- We build momentum by effectively assessing performance and delivering clearly differentiated awards

- There are tools, processes and people to help you

**It's all about remaining focused on outcomes …for all three stakeholders**

3

April 2010

Intuit Proprietary & Confidential

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# YOUR ROLE

April 2010

Intuit Proprietary & Confidential



# Leader Role

• Help reinforce key messages in all interactions with employees

• Collect performance feedback on employees; make talent assessments

• Differentiate pay decisions based on performance results

• Execute within timelines, guideline and budget

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# Talent Assessment



Intuit Proprietary & Confidential

# Performance Management Wheel

# Talent Assessment



# Inputs to Performance Assessment and Development



# Talent Assessment: Performance Rating

### _Measures Performance To Goals_



Intuit Proprietary & Confidential

# Talent Assessment:   Potential Rating



# Talent Assessment:



Intuit Proprietary & Confidential



Pay Decisions

# PHILOSOPHY & MARKET RESEARCH

April 2010

Intuit Proprietary & Confidential

# Intuit's Compensation Philosophy

### Competitive, Performance-based Rewards that Influence the Right Results and Commitment to Intuit...Aligned with Company Growth



14

# Market Research Recap

# Internal View: Pay vs. Market

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# BUDGETS AND GUIDELINES

April 2010

Intuit Proprietary & Confidential

# Intuit Performance Incentive ₍IPI₎



Intuit Proprietary & Confidential

# FY10 IPI Performance Matrix



Intuit Proprietary & Confidential



# Determining the BU/FG IPI Pool: Guidin_ Princi_ les



Intuit Proprietary & Confidential

# FY 11 Budgets _all locations exce_t India_



Intuit Proprietary & Confidential

# Pay Decision Guidelines – 2010



# Pay Decision Guidelines Summary



Intuit Proprietary & Confidential



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# MAKING GOOD PAY DECISIONS

April 2010

Intuit Proprietary & Confidential

# Wh Is Differentiation Im ortant?



Intuit Proprietary & Confidential

# Using Market Data



Intuit Proprietary & Confidential

# How Do I Know I've Made a Good Decision?

## Answer "Yes" to the following:



Intuit Proprietary & Confidential

# Actions that Raise Eyebrows

Intuit Proprietary & Confidential

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# CASE STUDY

Intuit Proprietary & Confidential

# Case Study



# What should their merit increase be?



Intuit Proprietary & Confidential

# What should their IPI ̦ a ̦ out be?



Intuit Proprietary & Confidential

# Compensation Decision Checklist



Intuit Proprietary & Confidential



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# EQUITY

April 2010

Intuit Proprietary & Confidential



# The INTU Approach to Equity Grants



# Stock O tions  RSUs: "9-Blockers"



Intuit Proprietary & Confidential



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# PROCESS TIMELINE

April 2010

Intuit Proprietary & Confidential

# High Level 2010 Timeline

| Deliverables | Date |
|---|---|



Intuit Proprietary & Confidential

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# SUPPORT AND REFERENCE MATERIAL

April 2010

Intuit Proprietary & Confidential

# Support Model

- **For Line Leaders**
  - Insight
  - Email communication from Sr. Leaders
  - HR Connect

- **For HR Business Partners**
  - Insight
  - Email communication from Sr. Leaders
  - HR Connect
  - Assigned Compensation Team Contact

- **For HR Connect**
  - Insight
  - Email communication from Sr. Leaders
  - Assigned Compensation Team Contact

- **For Senior Executives**
  - Insight
  - HRBP (leveraging Compensation Team contact, if needed)

April 2010

Intuit Proprietary & Confidential

# Additional Resources to Help…

• Re-designed Insight pages

• Experienced leader module (key messages, tips & action items)

• New leader module (philosophy, key messages, case studies, tips & action items)

• Brief, single-topic videos

• Blog

Intuit Proprietary & Confidential

# Ke TPT Re orts

| Report Name | What it shows | How to leverage it |
|---|---|---|
| | | |

Intuit Proprietary & Confidential



# Freuenc & Timin_ of TPT Udates



Intuit Proprietary & Confidential



Intuit Proprietary & Confidential

# How Restricted Stock Units (RSUs) Work



Intuit Proprietary & Confidential

# Equity: Comparing Stock Options to Stock Units

Intuit Proprietary & Confidential



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# APPENDIX: COMMUNICATION PLAN & TIMELINE

April 2010

Intuit Proprietary & Confidential

# Communication Timeline

| Date | Comm Activity | Purpose |
|------|---------------|---------|


# Communication Timeline cont'd

| Date | Comm Activity | Purpose |
|------|---------------|---------|



***Note that the calendar of blog posts and topics will be added to this list once finalized**

# Communication Timeline cont'd

| Date | Comm Activity | Purpose |
|------|---------------|---------|



Intuit Proprietary & Confidential

# Communication Timeline cont'd

| Date | Comm Activity | Purpose |
|------|---------------|---------|





## What We'll Cover Today

- Key Messages
- Your Role
- Talent Assessment
- Compensation Philosophy – Overview
- Pay: The Market View
- Budgets & Guidelines
- Case Study
- Timeline & Tools
- Support & Training
- Appendix: Communication Plan and Timeline

2       April 2010                    Intuit Proprietary & Confidential                    **Intuit**

## Key Messages

- We're building on our investment by providing a very competitive pool for performance based increases, mobility... and IPI payouts...and recognition program funding

- Our history of strong performance has put us in a very fortunate position vs. the market ...we are pay leaders

- We had a good year in FY10 overall...good business results...opportunities in engagement

- We build momentum by effectively assessing performance and delivering clearly differentiated awards

- There are tools, processes and people to help you

**It's all about remaining focused on outcomes ...for all three stakeholders**

3        April 2010                    Intuit Proprietary & Confidential                    **intuit**

3



## Leader Role

- Help reinforce key messages in all interactions with employees

- Collect performance feedback on employees; make talent assessments

- Differentiate pay decisions based on performance results

- Execute within timelines, guideline and budget

Intuit Proprietary & Confidential

intuit





- [If you spent time on this at mid-year with leaders, then touch on it lightly. Can start off by asking for a volunteer to explain the performance management cycle.]





**Time:** 7 minutes

**Goal:** Introduce concept of potential assessment





- [Can touch lightly on slide since spoke to inputs on the wheel slide.]







**Time:** 7 minutes

**Goal:** Introduce concept of potential assessment

**Facilitator Note:** **(click once for graphic)** Remember at the beginning of this section we said that there are really 3 dimensions for assessing talent. We have performance covered, now we are going to turn to potential.

**(Click to remove graphic, click again to bring in new graphic.)**



















- This is how the pool is then used, depending on your job level.





- This slide shows how Brad thought about determining IPI bonus targets for each of the BU's
- [Touch on each one.]















• *Move quickly through slide*









## Actions that Raise Eyebrows



Istuit Proprietary & Confidential

**INTUIT**

28



# Case Study



Intuit Proprietary & Confidential

intuit

# What should their merit increase be?



31                          Intuit Proprietary & Confidential                          **INTUIT**



## Compensation Decision Checklist



33          Intuit Proprietary & Confidential          intuit







 Intuit Proprietary & Confidential







# Support Model

- **For Line Leaders**
  - Insight
  - Email communication from Sr. Leaders
  - HR Connect

- **For HR Business Partners**
  - Insight
  - Email communication from Sr. Leaders
  - HR Connect
  - Assigned Compensation Team Contact

- **For HR Connect**
  - Insight
  - Email communication from Sr. Leaders
  - Assigned Compensation Team Contact

- **For Senior Executives**
  - Insight
  - HRBP (leveraging Compensation Team contact, if needed)

40

# Additional Resources to Help...

• Re-designed Insight pages

• Experienced leader module (key messages, tips & action items)

• New leader module (philosophy, key messages, case studies, tips & action items)

• Brief, single-topic videos

• Blog

41





















DOCUMENT

PLACEHOLDER

This document was produced in native format.

INTUIT_038789
Confidential - Attorneys' Eyes Only



# Compensation: Exe͟ Comp, Equity, IPI
## June 14, 2010

For Confidential Discussion. Please do NOT Cascade.



*Today...*

1. **Summary of Findings & Direction**
2. **Peer Group**
3. ***Equity Changes for Focal***
4. **FY11 IPI**

# High Level Overview of Findings, Direction...



Intuit Proprietary & Confidential

# Equity Changes: Key Messages

Intuit Proprietary & Confidential



# From/To: FY09 to FY10 Equity Distributions



4

# <u>Next Steps:</u> What does this mean "post-focal?"



Intuit Proprietary & Confidential



# IPI FY11 Design



Intuit Proprietary & Confidential



# FY11 IPI Approach



Intuit Proprietary & Confidential

# APPENDIX – Peer Group Overview



Intuit Proprietary & Confidential



# Peer Group Composition

Intuit Proprietary & Confidential

# Peer Group – Size Comparisons



Intuit Proprietary & Confidential

# Peer Group – Performance Comparisons



# Peer Company Business Descriptions



Intuit Proprietary & Confidential