# EXHIBIT 20
# PUBLIC VERSION

| | |
|---|---|
| 1 | Robert A. Mittelstaedt (State Bar No. 60359) |
|   | ramittelstaedt@JonesDay.com |
| 2 | Craig E. Stewart (State Bar No. 129530) |
|   | cestewart@JonesDay.com |
| 3 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 4 | San Francisco, CA 94104 |
|   | Telephone:  (415) 626-3939 |
| 5 | Facsimile:   (415) 875-5700 |
| 6 | Catherine T. Zeng (State Bar No. 251231) |
|   | czeng@jonesday.com |
| 7 | JONES DAY |
|   | 1755 Embarcadero Road |
| 8 | Palo Alto, CA 94303 |
|   | Telephone:  (650) 739-3939 |
| 9 | Facsimile:   (650) 739-3900 |
| 10 | Attorneys for Defendant |
|    | INTUIT INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION** | Case No. 11-CV-2509 LHK |
| | **DECLARATION OF CHRIS GALY** |
| **THIS DOCUMENT RELATES TO:** | |
| **All Actions** | |

DECLARATION OF CHRIS GALY
CASE NO. 11-CV-2509 LHK

I, Chris Galy, declare as follows:

1. I am employed by Intuit Inc. as the Director of Talent Acquisition. I have held this position since October 2008. I have been employed in Intuit's Talent department since January 2006. I make the statements in this declaration based on my personal knowledge gained during my employment at Intuit's recruiting department.

2. The information in this declaration is confidential to Intuit. Intuit's recruiting strategies, methodologies, data, and practices are non-public, highly sensitive, and confidential. It could cause Intuit competitive harm if this information was publically known. Public dissemination of this information would deprive Intuit of the investment it has made in developing its recruiting strategies, methodologies, data, and practices and allow others to unfairly benefit from this information.

3. Intuit experienced a large reduction in force August and September of 2008 and in August and September of 2009. Intuit also acquired a large number of employees through acquisitions that occurred in February of 2007.

4. Intuit uses numerous different methods to identify and recruit new employees,



- 2 -



| | |
|---|---|
| 1 | ███████████████████████████████ |
| 2 | ███████████████████████████████ |
| 3 | █ █████████████████████████████ |
| 4 | ███████████████████████████████ |
| 5 | ███████████████████████████████ |
| 6 | ███████████████████████████████ |
| 7 | ████ |
| 8 | █ ███████████████████████████ |
| 9 | ███████████████████████████████ |
| 10 | ███████████████████████████████ |
| 11 | ███████████████████████████████ |
| 12 | ██████████ |

13  8.  When a job is posted, Intuit invites interested persons to complete and submit an on-line application. Candidates can either apply to a specific job requisition or can just create a profile for themselves and be considered for whatever opening that Intuit deems appropriate.

| | |
|---|---|
| 16 | █ ████████████████████████ |
| 17 | ███████████████████████████████ |
| 18 | ███████████████████████████████ |
| 19 | ███████████████████████████████ |
| 20 | ███████████████████████████████ |
| 21 | ███████████████████████████████ |
| 22 | ████████████████████████ |
| 23 | █ ███████████████████████████ |
| 24 | ███████████████████████████████ |
| 25 | ███████████████████████████████ |
| 26 | ███████████████████████████████ |
| 27 | ███████████████████████████████ |
| 28 | ███████████████████████████████ |



11. Intuit's employees come from a wide variety of previous employers.

16. I understand that plaintiffs in this case allege Intuit has agreed to not cold call employees at Google. To my knowledge, no such agreement exists. I have never been instructed

- 4 -



to refrain from making cold calls to Google employees and have never given any such instruction to anyone else at Intuit. To the contrary, I have made cold calls to Google employees on the same basis as any other company and am aware that other recruiters at Intuit have also done so.

█████████████████████████████████████

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 9, 2012 at Mountain View, California.

*Chris Galy*

SVI-116378

- 5 -

DECLARATION OF CHRIS GALY
CASE NO. 11-CV-02509 LHK