# EXHIBIT 21
# PUBLIC VERSION

1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  lrubin@mayerbrown.com
   EDWARD D. JOHNSON (SBN 189475)
3  wjohnson@mayerbrown.com
   DONALD M. FALK (SBN 150256)
4  dfalk@mayerbrown.com
   ERIC B. EVANS (SBN 232476)
5  eevans@mayerbrown.com
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, CA 94306-2112
7  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2061
8
   *Attorneys for Defendant*
9  *Google Inc.*

10

11                UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                    SAN JOSE DIVISION

14  IN RE: HIGH-TECH EMPLOYEE          **Master Docket No. 11-CV-2509-LHK**
    ANTITRUST LITIGATION
15                                     **DECLARATION OF FRANK WAGNER**
    THIS DOCUMENT RELATES TO:          **IN SUPPORT OF DEFENDANTS'**
16                                     **OPPOSITION TO PLAINTIFFS'**
    ALL ACTIONS                        **MOTION FOR CLASS**
17                                     **CERTIFICATION**

18

19

20

21        I, Frank Wagner, declare:

22        1.      I am Director of Compensation at Google Inc. ("Google"). In that capacity, I am

23  familiar with Google's compensation, including salary, bonus, and equity, as well as Google's

24  general recruiting practices. I have personal knowledge of the facts set forth in this Declaration

25  and, if called to testify, could and would testify competently thereto.

26  **I.    EDUCATION AND PROFESSIONAL BACKGROUND**

27        2.      I received a Bachelor of Science degree in business administration from the

28  University of California, Berkeley, and a Masters in Business Administration in Finance from

1    the University of California, Berkeley-Walter A. Haas School of Business. Prior to Google, I

2    was a Principal at Hewitt Associates, a compensation consulting firm, from 1986 to 2007, and

3    was the Manager of Compensation and Benefits at Herbalife from 1984 to 1985.

4    **II.      POSITION AND JOB DUTIES AT GOOGLE**

5          3.      In April 2007, I joined Google as the Director of Compensation.   I have

6    approximately 25 direct reports.   As Director of Compensation, I manage all aspects of

7    compensation for Google personnel worldwide, including base salary, bonus, equity, and

8    recognition awards.

9    **III.     GOOGLE'S COMPENSATION**

10         4.    ████████████████████████████████████████████

11   ████████████████████████████████████████████████████████

12   ████████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████

14   ████████████████████████████████████████ Attached as **EXHIBIT A** is a

15   presentation I delivered on October 30, 2007 to engineering managers at Google that summarizes

16   Google's compensation philosophy and practices during the period 2005 to 2009.   This

17   presentation also reflects the broader compensation philosophy and principles, as well as certain

18   practices, that Google continues to apply today.   Attached as **EXHIBIT B** is another

19   presentation, which I delivered in April 2009, that also reflects Google's compensation

20   philosophy and practices, and that provides additional detail about the overall market

21   benchmarking process (described further below) that Google used during the period 2005 to

22   2009 to set compensation, as well as the general benchmarking process and certain practices that

23   Google continues to apply today.

24         5.    ████████████████████████████████████████████

25   ████████████████████████████████████████████████████████

26   ████████████████████████████████████████████████████████

27   ████████████████████████████████████████████████████████

28   ████████████████████████████████████████████████████████

1

2

3

4

5

6     **A.**     <u>**Base Salary & Benchmarking**</u>

7     6.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



9. ███████████████████████████████████████████

10. ███████████████████████████████████████████ There are thousands of job codes at Google (e.g., Software Engineer, level 3) that are spread across hundreds of job families, such as software engineers, sales product managers, site reliability engineers, and financial analysts.  For example, the job family of software engineer consists of seven sublevels (levels 3 to 9) and the Vice President level.

11. ███████████████████████████████████████████

12. ███████████████████████████████████████████

When Google uses the term "internal equity" in the context of

1    compensation, it means that Google employees should receive equitable compensation treatment

2    based on their performance, and that therefore there should be variation in compensation for each

3    employee that corresponds to each employee's performance and contribution to the company

4    relative to other employees.

5         13.    ████████████████████████████████████████████████████

6    ████████████████████████████████████████████████████████████

7    ████████████████████████████████████████████████████████████

8    ████████████████████████████████████████████████████████████

9    ████████████████████████████████████████████████████████████

10   ████████████████████████████████████████████████████████████

11   ██████████████████████████████████████████████████

12        14.    ████████████████████████████████████████████████████

13   ████████████████████████████████████████████████████████████

14   ████████████████████████████████████████████████████████████

15   ████████████████████████████████████████████████████████████

16   ████████████████████████

17        15.    Merit-based salary adjustments and promotion salary adjustments occur annually

18   and are based on an employee's performance during the previous four quarterly cycles.  During

19   approximately 2005 and 2006, Google made compensation decisions in February that would be

20   retroactive to January 1st.  In 2007, Google switched the compensation setting process to the fall

21   and any changes in compensation were made prospectively to January 1st.  Google also awards

22   promotions to eligible employees in the fall and spring.

23        16.    ████████████████████████████████████████████████████

24   ████████████████████████████████████████████████████████████

25   ████████████████████████████████████████████████████████████

26   █████████████████████████████████████████████████An example of this

27   algorithm is depicted on the chart on page 11 of EXHIBIT B. ████████████

28   ████████████████████████████████████████████████████████████

1 ██████████████████████████████████████████████████

2 ██████████████████████████████████████████████████

3 ██████████████████████████████████████████████████

4 ██████████████████████████████████████████████████

5 **B.**   **Bonuses**

6 **1.**   **Annual Company Bonus**

7 17.   On top of base salary, an employee's compensation also includes various potential

8 cash bonuses. ████████████████████████████████████████

9 ██████████████████████████████████████████████████

10 ██████████████████████████████████████████████████

11 ██████████████████████████████████████████████████

12 ████████████████████████████████████

13 18.   All employees hired on or before December 31 of that year are eligible for the

14 annual company bonus.  New employees at Google (a.k.a. "Nooglers") who are hired after

15 January 1 will receive a pro-rated incentive payment to reflect time worked.  The annual bonus

16 program covers the calendar year and, from 2005 onwards, was paid early in the following year.

17 19.   ██████████████████████████████████████████

18 ██████████████████████████████████████████████████

19 ██████████████████████████████████████████████████

20 ██████████████████████████████████████████████████

21 ██████████████████████████████████████████████████

22 ██████████████████████████████████████████████████

23 ██████████████████████████████████████████████████

24 ██████████████████████████████████████████████████

25 ██████████████████████████████████████████████████

26 ██████████████████████████████████████████████████

27 ██████████████████████████████████████████████████

28 ███████████████████████████████████████

20. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████

**2.    Other Special Bonuses**

21. ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██ ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
██████████████████████████████████
██ ████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████
██ ████████████████████████████████████
████████████████████████████████████████
█████████████████████████████████████

1

C.     **Equity**

2         25.     A Google employee's compensation package also includes restricted stock known

3 as Google Stock Units (or "GSUs"). 

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

2 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

3 ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

4 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

5 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6 ▮▮▮▮▮▮▮▮▮▮▮▮▮

7     **D.**      <u>**Compensation Change in 2011**</u>

8        31.      Google consistently tries to improve and innovate its compensation and total

9 rewards package. ▮▮▮▮▮▮▮▮▮▮▮▮▮

10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11 ▮▮▮▮▮▮▮▮▮▮▮

12 ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

13 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

15 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16 ▮▮▮▮▮▮▮

17 ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

18 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

19 ▮▮▮▮▮▮▮, Google decided to raise all employee salaries by 10% effective

20 January 1, 2011. ▮▮▮▮▮▮▮▮▮▮▮▮▮

21 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

22 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

23 ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

24 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

25 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

26 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

27 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

28 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1 ████████████████████████████████████████████████

2 ████████████████████████████████████████████████

3 ████████████████████████████████████████████████

4 ██████████████████ Google also provided a $1,000 bonus to all employees in 2010.  Attached

5 as **EXHIBIT C** is a document titled "Revised Compensation Proposal" dated November 8, 2010,

6 which summarizes Google's changes to its compensation program that became effective January

7 1, 2011.

8       35.     During the latter part of 2010, I was an active participant in the discussions

9 related to the change in Google's compensation practices.  During my participation in these

10 discussions, ██████████████████████████████████████████

11 ████████████████████████████████████████████████

12 ██████████████████████████████████████████

13       **E.**     **New Hires**

14       36.     ██████████████████████████████████████

15 ████████████████████████████████████████████████

16 ████████████████████████████████████████████████

17 ████████████████████████████████████████████████

18 ████████████████████████████████████████████████

19 ████████████████████████████████████████████████

20 ████████████████████████████████████████████████

21 ██████████████

22   ██  ████████████████████████████████████

23 ██████████████████████████████████████████████████

24 ████████████████████████████████

25   ██  ████████████████████████████████████

26 ████████████████████████████████████████████████

27 ████████████

28

F.     **Counteroffers**

39.     When a Google employee indicates that he or she has received an offer from another employer, t█████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

██████████████████

██     ███████████████████████████████████████████████████████████

██████████████████████████████████████

IV.     **GOOGLE'S RECRUITING PRACTICES**

41.     █████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

█████████████████████████████

42.     Since its Initial Public Offering in 2004, Google has grown significantly. For example, from 2005 to late 2009, the number of software engineers at Google more than tripled in size. The chart that reflects Google's average number of employees per year during the years 2001 to 2011 is included as Exhibit XN-04 to the Expert Report of Dr. Kevin Murphy.

43.     Between 2004 and 2011, Google aggressively recruited and hired from hundreds of employers. █████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████████

██████████████████████████████████████████████

1        I declare under penalty of perjury under the laws of the United States of America

2 that the foregoing is true and correct. Executed on November 9, 2012 in Mountain View,

3 California.

4

5

6                                 Frank Wagner

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit A

**Confidential – Please do not distribute**



# Salary Planning 2007
# Presentation to Engineering Managers

## 30 October 2007

---

## Authors: Frank Wagner, Tiffany Wu



## Agenda

---

- Google's compensation philosophy & background

- Improvements vs. last salary planning cycle

    - Design

    - Process & tools

- Salary planning approach



- Appendix: Business rules for 2007 Salary Planning cycle

- Q&A



Confidential – Please do not distribute

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00255218.000002

# Google's compensation philosophy





3

Confidential – Please do not distribute

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000003**





What's our history and where are we today?





Confidential – Please do not distribute
**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000005**

5

The application of our compensation philosophy

• Base pay



Confidential – Please do not distribute

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000006**

6

## Google total direct compensation over a 4-year period

- Assumes the following:



**Confidential – Please do not distribute**
**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000007**

## Level 4 total direct compensation (





Confidential – Please do not distribute
**CONFIDENTIAL ATTORNEYS EYES ONLY**

8

Merit and promotional matrices that drive the modeled amounts available to all planners and managers at gComp help website

Better processes – including GHR data freezes, procedure for managing transfers and data audits prior to launch – to ensure inputs used to drive modeled individual increases are accurate; automated process for syncing data between GHR, PERF and gComp

New, internally developed tool, with feature improvements over vendor tool from last cycle:

Notes functionality and audit trail functionality

Supports Firefox 1.5+ on Mac, Linux, and Windows and Mac OS

Loaded on Google production servers and tested internationally

Intuitive, easy-to-use currency conversion interface

Planners are able to recommend changes for employees marked for "zero" increases

Confidential – Please do not distribute

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**Google** Compensation

**GOOG-HIGH TECH-00255218.000009**



Confidential – Please do not distribute

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00255218.000010**



Confidential – Please do not distribute

**CONFIDENTIAL ATTORNEYS EYES ONLY**



Confidential – Please do not distribute

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000012**

12

## Budget & Planner Discretion



**Confidential – Please do not distribute**

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000013**



Compensation

Confidential – Please do not distribute

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000014**

14

# Questions & Answers



Confidential – Please do not distribute

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000015**

# Thank You!



**Confidential – Please do not distribute**

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00255218.000016**

16

# Exhibit B

CONFIDENTIAL – DO NOT DISTRIBUTE



# Salary Benchmarking Overview

Google's Compensation Philosophy & Deep Dive into Benchmarking
April 2009

**Content Developers**

Monica Davis

Frank Wagner

Doris Zhang

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00302552.000001

# Google has a well-articulated compensation philosophy





Google Confidential and Proprietary      2

CONFIDENTIAL ATTORNEYS EYES ONLY

**GOOG-HIGH TECH-00302552.000002**



1. Reflects data for employees in US locations

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00302552.000003**



CONFIDENTIAL ATTORNEYS EYES ONLY

**GOOG-HIGH TECH-00302552.000004**

A look under the hood:



## Step 1: Conduct <u>internal Google</u> research to obtain understanding of the Google business



To accurately benchmark Google's job family to the market, Compensation researches the Google job family structure and job content via:

- Review of Google's job family documentation (e.g., job family descriptions, job ladder "deep-dive" docs)
- Working with Engineering leaders
- Analyzing incumbent Googler data (previous employer, work experience, levelling)
- Research of comparable roles in the market

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00302552.000006**



Google Confidential and Proprietary



CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary    10

CONFIDENTIAL ATTORNEYS EYES ONLY    GOOG-HIGH TECH-00302552.000010



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00302552.000011



**CONFIDENTIAL ATTORNEYS EYES ONLY**

# Roles during the benchmarking process



1. Eng/Ops Business Leader

   - Review and approve Google job family description and job ladder
   - Review and approve Google to Survey job family matches / benchmarking methodology
   - Determine whether job family matches / benchmarking methodology should be applied globally
   - ██████████████████

2. HR Business Partner

   - Provide Compensation job family description and relevant Google employee data for review
   - Liaison for Compensation and Eng/Ops business throughout review process
   - Socialize benchmarking methodology with relevant Eng/Ops business contacts

   ████████████████████████████████████████████████████████

3. Compensation Team

   - Facilitate job family benchmarking exercise
   - Provide suggestions for Google to Survey job family matches / benchmarking methodology
   - Implement approved job family matches / benchmarking methodology

   ████████████████████████████████████████████████████████

**CONFIDENTIAL ATTORNEYS EYES ONLY**

**GOOG-HIGH TECH-00302552.000013**

# Exhibit C



### Revised Compensation Proposal

Authors: Eric Schaffer, Jason Grishkoff, Laszlo Bock, Matt Kunzweiler and Prasad Setty

**SUMMARY**

On 13-Oct-2010, we presented a compensation philosophy proposal to the LDCC and full Board. ████████
████████████████████████████████████████████████████████████. The proposal
also better aligns our cash compensation (████████████████████████) with our top-of-market talent.

The Board provided feedback on three key issues. After further deliberation, Management resolved to implement our
original cash compensation plan for the broad employee base and executives, ████████████████████████
████████████████████). The original and updated proposals are detailed below:

CONFIDENTIAL ATTORNEY'S EYES ONLY

**REPSONSES TO BOARD FEEDBACK**

1. The salary increases that apply to all Googlers (flat 10% increase ████████████████████████ ██████████████████████████ ████████████████████████████████████████████ ████████████████████████████████████████ ███████████████████████████ ██████████████████████ )

The net result of these changes is illustrated in the chart below. ████████████████████████ ████████████████████████████████████████████ .

Based on the Board's guidance t███████████████████████████████████████████

- *Phase one* – implement cash compensation changes as proposed, effective 1-Jan-2011

---

1. http://techcrunch.com/2010/10/14/is-the-valley-falling-out-of-love-with-options/

CONFIDENTIAL ATTORNEY'S EYES ONLY

## PROPOSAL FOR VPs AND SVPs

**Proposed Changes to Cash Compensation**

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00193307



*(values in $000s)*

| | | | | | | With Compensation Changes | | | | | |
| | | Current | | | | | | | | | |
| | | | Total Cash Comp. | | | | | | Total Cash Compensation | | |
| | | Bonus | Target | Estimated | | % Base | Bonus | | Target | | Estimated Actuals |
| Base | % | $ | Actuals $ | | Base | Δ | % | $ | % Incr. | $ | % Incr. |

**Redacted – Not Responsive**

# Redacted

CONFIDENTIAL ATTORNEY'S EYES ONLY