## WORK FORCE SIZES

Participants' work force sizes average 988 employees globally, with an average of 87% of the work force located in the U.S.[4] When analyzed by ownership category, independent publishers have the largest work forces, both in the U.S. and internationally. The table below summarizes participants' work force sizes.

### Global Work Force Sizes as of July 2008

| Ownership / Business Model Category | Total Global Work Force | | | | | Mean Distribution of U.S. and International Employees | |
|---|---|---|---|---|---|---|---|
| | n | 25th | 50th | Mean[5] | 75th | U.S. | Int'l |
| All participants | 38 | 125 | 253 | 988 | 808 | 87% | 13% |
| Independent publisher | 8 | 458 | 1,456 | 2,291 | 2,367 | 63% | 37% |
| Independent developer | 8 | 89 | 122 | 183 | 155 | 94% | 6% |
| Parent owned publisher | 17 | 134 | 300 | 963 | 837 | 92% | 8% |
| Parent owned developer | 5 | | 140 | 280 | | 100% | 0% |

## START OF FISCAL YEAR

Participants' revenue and employee turnover rates reported next in this section are effective for the last complete fiscal year. Most participants' fiscal years begin in January or April (and end in December or March). The table below reports participants' fiscal year starts.

### Start of Fiscal Year

| Start of Fiscal Year | Prevalence | | Start of Fiscal Year | Prevalence | |
|---|---|---|---|---|---|
| | n | % | | n | % |
| January | 20 | 53% | July | 3 | 8% |
| February | 0 | 0% | August | 0 | 0% |
| March | 0 | 0% | September | 0 | 0% |
| April | 11 | 29% | October | 3 | 8% |
| May | 0 | 0% | November | 1 | 3% |
| June | 0 | 0% | December | 0 | 0% |

---

[4] Participants were asked to report on global work force size of the software games organization. Independent participants reported on total global work force size. Parent owned participants reported on the work force size of the software games subsidiary or division. Parent company statistics are excluded from the analysis.

[5] Mean is greater than 75th percentile in some cases due to a few large outlying values in the sample.



## LAST FISCAL YEAR REVENUES

Twenty-nine participants reported last fiscal year revenues. Five participants with revenues to report were unable to report last fiscal year revenues either because they are divisions of parent companies and revenues cannot be separated, or for reasons of confidentiality. Four participants have recently started operations and earned no revenues last fiscal year. The table below summarizes participants' last fiscal year revenues.

### Last Fiscal Year Revenues

| Ownership / Business Model Category | n | 25th | 50th | Mean | 75th |
|---|---|---|---|---|---|
| All participants | 29 | $66.9 | $157.2 | $1,125.9 | $527.8 |
| Independent publisher | 8 | $59.9 | $712.0 | $1,143.7 | $1,964.3 |
| Independent developer | 4 | | $52.9 | $113.4 | |
| Parent owned publisher | 15 | $87.8 | $157.2 | $1,520.4 | $527.8 |
| Parent owned developer | 2 | | | | |

## TURNOVER

*Change in Employee Population from Start of Last Fiscal Year to End of Last Fiscal Year*

Thirty-four participants reported on change of employee population during the last fiscal year. Twenty-six of the 34 reporting participants (76%) experienced headcount growth. Eight (24%) experienced reductions in work force size. The table below reports changes in employee population in the last fiscal year.

### Change in Employee Population in Last Fiscal Year

| Ownership / Business Model Category | Growth in Work Force Size | | % Growth | | Reduction in Work Force Size | | % Reduction | | No Change in Work Force Size | |
|---|---|---|---|---|---|---|---|---|---|---|
| | n | % | 50th | Mean | n | % | 50th | Mean | n | % |
| All participants | 26 | 76% | 18% | 35% | 8 | 24% | <12%> | <10%> | 0 | 0% |
| Independent publisher | 4 | 67% | 16% | 30% | 2 | 33% | | | 0 | 0% |
| Independent developer | 6 | 75% | 25% | 42% | 2 | 25% | | | 0 | 0% |
| Parent owned publisher | 13 | 81% | 15% | 23% | 3 | 19% | | <11%> | 0 | 0% |
| Parent owned developer | 3 | 75% | | 78% | 1 | 25% | | | 0 | 0% |

---

[6] The mean exceeds the 75th percentile in some categories due to a broad range of revenues among participants.

[7] The mean for the parent owned developer category greatly exceeds all other categories due to large percentage, but not necessarily numerical, growth of a few small developers.

© THE CRONER COMPANY
UNAUTHORIZED REPRODUCTION OR DISTRIBUTION PROHIBITED       CRONER SW GAMES 2008 - SECTION II - 8

## Turnover Rates

Thirty-three participants reported on at least some types of separations.[8] Turnover reflects the rate of employee separations as a percent of the participant's mean employee population.[9] The tables below report turnover rates in the last fiscal year.

### Turnover Rates by Employee Category

| Employee Category | As a % of Mean Population in Last Fiscal Year ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Separations ||| Involuntary Separations (Other than Layoffs) ||| Layoffs Only ||| Voluntary Separations |||
| | n (with sep.) | 50% | Mean | n (with sep.) | 50% | Mean | n (with sep.) | 50% | Mean | n (with sep.) | 50% | Mean |
| All employees | 33 | 18% | 19% | 29 | 3% | 4% | 19 | 3% | 6% | 32 | 11% | 13% |
| Exempt | 29 | 15% | 18% | 23 | 2% | 3% | 16 | 3% | 6% | 28 | 11% | 13% |
| Non-exempt | 23 | 20% | 29% | 16 | 7% | 9% | 12 | 8% | 12% | 20 | 12% | 19% |
| Product development | 24 | 19% | 22% | 18 | 3% | 5% | 11 | 6% | 9% | 24 | 12% | 14% |
| Non-PD | 21 | 20% | 26% | 17 | 4% | 6% | 11 | 3% | 7% | 19 | 14% | 20% |

### Turnover Rates by Ownership and Business Model Category

| Ownership / Business Model Category | As a % of Mean Population in Last Fiscal Year ||||||||||||
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Separations ||| Involuntary Separations (Other than Layoffs) ||| Layoffs Only ||| Voluntary Separations |||
| | n (with sep.) | 50% | Mean | n (with sep.) | 50% | Mean | n (with sep.) | 50% | Mean | n (with sep.) | 50% | Mean |
| Independent publisher | 5 | 18% | 17% | 5 | 3% | 3% | 4 | 4% | 5% | 5 | 11% | 10% |
| Independent developer | 8 | 10% | 15% | 8 | 2% | 3% | 2 | | | 8 | 9% | 11% |
| Parent owned publisher | 16 | 21% | 25% | 13 | 3% | 5% | 12 | 3% | 6% | 16 | 14% | 17% |
| Parent owned developer | 4 | 5% | 8% | 3 | | 3% | 1 | | | 3 | | 6% |

---

[8] Note that while 33 participants reported on at least some types of separations for all employees, fewer were able to do so by employee category.

[9] For companies whose employee populations increased in the last fiscal year, the value used for mean population is the average of work force sizes at the beginning and end of the fiscal year. For companies whose employee populations decreased in the last fiscal year, the value used for mean population is work force size at the beginning of the last fiscal year.



# EXHIBIT B



Confidential - Attorneys' Eyes Only

LUCAS00188913



Confidential - Attorneys' Eyes Only

LUCAS00188914



Confidential - Attorneys' Eyes Only

LUCAS00188915

# EXHIBIT C



**Performance Management**

# PAY FOR PERFORMANCE:
## 2008 Salary Budget Recommendations

### Executive Review

November 28, 2007



**Performance Management** — AGENDA

- **Background**
  - Compensation Philosophy & Strategy
- **Market Study**
  - Salary Increase Budgets
  - Market Analysis of Competitive Cash Compensation
  - Review Of Past Practices
- **Recommendations**
  - Pay Increase Budget
  - Distribution Curve - Performance Rating and Merit Increase
- **Approval Process for 2008**
  - Confirm process and timing for GWL & Board Comp Committee
- **Bonus Communication**
  - 2007 Bonus Plans and Metrics Approval
  - 2008 Bonus Plans

Lucas Confidential
November 28, 2007

2

Confidential - Attorneys' Eyes Only

LUCAS00189262



# Background
## Compensation Philosophy & Strategy

### Elements of Cash Compensation
For most employees at Lucasfilm, the elements of cash compensation will be base pay and annual bonus (short term incentive) payments. These elements will be used in benchmarking our total cash compensation to relevant positions in the external market.

### Benchmarking
Lucasfilm will benchmark total cash compensation at the 50th percentile for most positions, using compensation surveys that are relevant to the specific job or job family. Positions that are defined as highly competitive and/or critical to achieving business objectives such as all studio and technical positions are be benchmarked at the 65th percentile.

### Base Salary Adjustments (Merit Increases)
Base salary adjustments will be done annually, linked to employee performance reviews. The level of increases will be determined by analyzing both external market practices and company performance and then will be awarded based on individual performance.



**LUCASFILM Ltd** — Performance Management | **Market Study** — Salary Increase Budgets

## Utilized Surveys
- Radford (Includes SW & Tech Industry in SF/Bay Area)
- Croner Entertainment and Educational Software (Gaming Industry)
- Croner Animation and Visual Effects in the (Film Industry)

## Industry Specific Budgets
- Studios and Gaming

## CPI
- San Francisco-Oakland-San Jose, CA – All items

## Lucasfilm Ltd — Performance Management
## Market Study — Salary Increase Budgets

**Surveys** | **Merit** | **Including Promo/Adj**
---|---|---
• Radford (AON): | 4.3% | 5.7%
• Croner EECS: | 4.2% | 5.6%
• Croner AVE: | 4.0% | 5.8%
• World at Work: | 4.0% | 5.0%

Note: Survey data is local information for Bay Area/Northern California



# LUCASFILM Ltd
## Performance Management
### Market Study — Salary Increase Budgets

## Studio/Network (updates ongoing)

| Company | Merit | | Promo/Adj | | Total | | Increase Effctv Date |
|---|---|---|---|---|---|---|---|
| | FY07 | FY08 | FY07 | FY08 | FY07 | FY08 | |
| Disney | 4.5% | 4.0% | 2.0% | 2.0% | 6.50% | 6.00% | 4/1 |
| Pixar | 3.0% | 3.0% | 1.5% | 1.5% | 4.50% | 4.50% | 4/1 |
| Sony | 4.0% | 4.0% | 1.0% | 1.0% | 5.00% | 5.00% | 7/1 |
| Dreamworks | 4.0% | 4.0% | 1.0% | 1.0% | 5.00% | 5.00% | 4/1 |
| Paramount | 3.5% | 3.75% | 1.0% | 1.0% | 4.50% | 4.75% | 7/1 |
| Universal | 4.3% | 4.0% | 0.0% | 1.0% | 4.30% | 5.00% | 3/1 |
| Electronic Arts | 4.0% | 4.0% | 1.5% | 1.5% | 5.5% | 5.50% | 3/1 |
| 20th Century Fox | 3.5% | 3.5% | 1.5% | 1.0% | 5.00% | 4.50% | 7/1 |
| Warner Bros | 4.5% | 4.5% | 0.5% | 0.5% | 5.00% | 5.00% | 1/1 |

Lucas Confidential
November 28, 2007

6

Confidential - Attorneys' Eyes Only

LUCAS00189266


**Performance Management** — Market Study / Salary Increase Budgets

**CPI – 2007**
- October 2007:   3.3%
- 1st Half 2007:   3.3%

**CPI - 2006**
Annual:   3.2%
2nd Half 2006:   3.3%
1st Half 2006:   3.2%

Series Id:  CUURA422SA0,CUUSA422SA0
Not Seasonally Adjusted
Area:   San Francisco-Oakland-San Jose, CA
Item:   All items
Base Period: 1982-84=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|------|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|--------|-------|-------|
| 1997 | 2.7 | 3.1 | 4.1 | 3.7 | 3   | 3.1 | 3   | 3.6 | 3.4 | 3.6 | 3.6 | 4.2 | 3.4    | 3.2   | 3.6   |
| 1998 |     | 3.4 |     | 3.1 |     | 3.4 |     | 3.3 |     | 2.9 |     | 3   | 3.2    | 3.3   | 3.1   |
| 1999 |     | 3.8 |     | 4.6 |     | 3.8 |     | 4.1 |     | 4.8 |     | 4.2 | 4.2    | 4     | 4.4   |
| 2000 |     | 4.2 |     | 3.8 |     | 4.2 |     | 4.7 |     | 4.7 |     | 5.5 | 4.5    | 4     | 4.8   |
| 2001 |     | 6.5 |     | 5.8 |     | 6.6 |     | 5.1 |     | 4.5 |     | 3.5 | 5.4    | 6.2   | 4.7   |
| 2002 |     | 1.8 |     | 2.1 |     | 1.2 |     | 1.3 |     | 1.4 |     | 1.4 | 1.6    | 1.9   | 1.4   |
| 2003 |     | 3.3 |     | 2.2 |     | 1.6 |     | 1.4 |     | 1   |     | 1.1 | 1.8    | 2.3   | 1.2   |
| 2004 |     | 0.2 |     | 0.5 |     | 1.4 |     | 1.2 |     | 2   |     | 2.2 | 1.2    | 0.7   | 1.7   |
| 2005 |     | 1.6 |     | 2.1 |     | 1.1 |     | 2.2 |     | 2.8 |     | 2   | 2      | 1.7   | 2.2   |
| 2006 |     | 2.9 |     | 3.2 |     | 3.9 |     | 3.8 |     | 2.5 |     | 3.4 | 3.2    | 3.2   | 3.3   |
| 2007 |     | 3.2 |     | 3.3 |     | 3.4 |     | 2.6 |     | 3.3 |     |     |        | 3.3   |       |
Lucas Confidential
November 28, 2007

7

Confidential - Attorneys' Eyes Only

LUCAS00189267



**LUCASFILM Ltd — Performance Management**

**Market Study — Analysis of Competitive Pay Compensation**

**Excludes Executives and Senior Management**

Lucas Confidential
November 28, 2007

8

Confidential - Attorneys' Eyes Only

LUCAS00189268