# EXHIBIT 24
# PUBLIC VERSION

1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig A. Waldman (State Bar No. 229943)
   cwaldman@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendant
   Adobe Systems Inc.
8

9              UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | IN RE: HIGH-TECH EMPLOYEE | **Master Docket No. 11-CV-2509-LHK**
   | ANTITRUST LITIGATION      |
13 |                           |
   |                           | **DECLARATION OF ROSEMARY**
14 | THIS DOCUMENT RELATES TO: | **ARRIADA-KEIPER OF ADOBE**
   |                           | **SYSTEMS INC. IN SUPPORT OF**
15 | ALL ACTIONS               | **DEFENDANTS' OPPOSITION TO**
   |                           | **PLAINTIFFS' MOTION FOR CLASS**
16 |                           | **CERTIFICATION**

17                              Date Consolidated Amended Compl. Filed:
                                September 13, 2011
18

I, Rosemary Arriada-Keiper, declare as follows:

1. My employment at Adobe Systems Inc. ("Adobe") began in 1998 as a compensation analyst in the finance organization. I subsequently moved laterally to become a compensation analyst in the Human Resources ("HR") group, and then was promoted to senior analyst. In June 2006, I became the Senior Manager of Global Compensation, overseeing the compensation team. In June 2010, I assumed my current role as the Director of Global Benefits & HR Shared Services at Adobe.

2. Based on my years of experience working in, and subsequently managing, the compensation team, I have personal knowledge of Adobe's compensation practices, policies, and strategies from 1998 to 2010.

3. I am informed that the relevant time period for this case is between January 1, 2005 and December 31, 2009 (the "Class Period"). I have reviewed the Declaration of Donna Morris of Adobe Systems Inc. in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. Based on my personal knowledge, the compensation practices, policies, and strategies stated therein are true and correct for the Class Period.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of November 2012 in San Jose, California.

By: _____
Rosemary Arriada-Keiper

SFI-775168v1