# EXHIBIT 25
# PUBLIC VERSION



# Compensation Overview

Understanding and Selling Google Compensation

Google Confidential and Proprietary    1

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Agenda

- Introduction

- Google's Compensation Philosophy

- The Elements of New Hire Compensation

- Proposing New Hire Compensation

- How to Sell Compensation Packages to Candidates

- Questions

Google Confidential and Proprietary

2

CONFIDENTIAL ATTORNEYS EYES ONLY



# Introduction

- The goal is to better understand:

  - Google's compensation philosophy and how it maps to proposed compensation for new hires

  - The elements of new hire compensation

  - The Compensation team's involvement in the hiring/offer review process

  - What compensation-related questions to ask candidates

  - How to sell compensation packages to candidates

  - Compensation tools

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038366



Google's Compensation Philosophy

Google Confidential and Proprietary

4

CONFIDENTIAL ATTORNEYS EYES ONLY



Google's Compensation Philosophy

Google Confidential and Proprietary

5



Google Confidential and Proprietary

6

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038369

Google

Evolution of Google's Pay Mix

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038370

Google Confidential and Proprietary

8

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Base Pay



CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Company Bonus Plan



*(Percentages shown reflect percent of salary)*

Google Confidential and Proprietary          11

CONFIDENTIAL ATTORNEYS EYES ONLY



Company Bonus Plan

12

CONFIDENTIAL ATTORNEYS EYES ONLY



Bonus Program Schedule and Payouts

Eligibility

Payout

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Sales Incentive Program



*(Percentages shown reflect percent of salary)*

Google Confidential and Proprietary 14

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Sales Incentive Program

Google Confidential and Proprietary

15

GOOG-HIGH TECH-00038378



Equity Compensation

We grant equity

Google Confidential and Proprietary    16

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038379

Google

Google Stock Units (GSUs)



Google Confidential and Proprietary 17

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038380

Google Confidential and Proprietary

18

CONFIDENTIAL ATTORNEYS EYES ONLY

Google Confidential and Proprietary    19



Google Confidential and Proprietary   20

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

21

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary     22

CONFIDENTIAL ATTORNEYS EYES ONLY



Proposing New Hire Compensation

Google Confidential and Proprietary

23

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# How Comp Review Fits In



Google Confidential and Proprietary

24

CONFIDENTIAL ATTORNEYS EYES ONLY



The Hiring Process

Google

Google Confidential and Proprietary   25

GOOG-HIGH TECH-00038388

Google Confidential and Proprietary

26

GOOG-HIGH TECH-00038389



Selling Google Comp

Google Confidential and Proprietary

27

GOOG-HIGH TECH-00038390



# Talking about Compensation

- For HR professionals, compensation is analytical; for many candidates, it's emotional

- Many candidates are fixated on base salary, viewing this as the only compensation element indicative of responsibility level, and accordingly may use base salary to chart progress in their careers

- It's important that candidates take into account the total compensation package and are also made aware of how Google pays relative to the market

- Some candidates express risk-aversion, claiming that they can't rely on variable compensation elements

- We've found that a few candidates tend embellish their current compensation figures

Google Confidential and Proprietary     28

Google

# Answering Candidates' Questions

- Q: "Why am I taking a cut in base pay to come to Google?"



- Q: "Why should I value the equity when the stock price keeps falling?"

- Q: "My company offers a refresher program. What does Google offer and what can I expect?"



- Q: "Why is Google's refresher in options and not GSUs?"

- Q: "I'm expecting a 4% salary increase at the end of the year. What type of increase can I expect at Google?"

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038392

Google

# Answering Candidates' Questions (cont.)

- Q: "Compared to my current company, ██████████"

- Q: "I feel like the only thing I can count on is base salary, ████████████"

- Q: "I'm working at a pre-IPO startup, ███████████"

- Q: "If I take this offer, I'll be relocating to an area with a higher cost of living.  It looks like my offer doesn't take this into account."

Google Confidential and Proprietary    30

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Tools and Resources

- Only available to Leads
  - Access at

- Available to Recruiters
  - Access at

## Lead Recruiter Section on Staffing Web Page

- Links to new hire offer ranges
- Link to
- Link to equity guidelines
- Access <u>here</u>

## Compensation section on Recruiter Staffing Web Page

- List of active job codes
-
- Internal transfer policy
-
- Relocation guidelines (US)

## Compensation webpage for Employees

- Go/compensation

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038394



Q&A

Google Confidential and Proprietary   32

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038395