2011 HR Vision



Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

# Next Steps

- HR Operating Plan for 2009 to be developed
    - Building plans specific to areas of focus
    - Determine priorities and trade-off decisions
    - Each HR leader will share more

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



# Doug Mack

# Photoshop Express

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

## Service Awards for Q4

- Joanne Pires             San Jose             5 years
- Anne Storer              San Jose             10 years
- Karen Prince             San Jose             10 years
- Rosemary Arriada-Keiper  San Jose             10 years




Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

# HR Excellence Award

For outstanding teamwork on Leading the Global Engagement:

Melissa Daimler

Laura Mills

Lisa America



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

# Global Engagement Survey Team – Special Thanks!

- Jack Gilmore
- Rajesh Rai
- Karen Prince
- Nancy Fontes
- Michelle Smith

- Chris Veilleux
- Barbara Dawson
- Angela Volfer
- Jocelyn Vosburgh
- Guy Worrell

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



EXHIBIT 5

ADOBE_009295-1



ADOBE_009295
Confidential - Attorneys' Eyes Only



ADOBE_009296
Confidential - Attorneys' Eyes Only

ADOBE_009296-2

# HR Strategic Imperatives and Success Attributes

| Focus Area | Strategic Imperative | Key Success Attributes |
| --- | --- | --- |

Copyright 2008 Adobe System Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009297
Confidential - Attorneys' Eyes Only

ADOBE_009297-3

# Key Workforce Trends

| Trends | Organizational Shifts |
|--------|----------------------|
|  |  |

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009298
Confidential - Attorneys' Eyes Only

ADOBE_009298-4



ADOBE_009299

Confidential - Attorneys' Eyes Only

ADOBE_009299-5



# Talent Acquisition Philosophy

Copyright 2003 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential



# Talent Acquisition Strategic Success

| Current | Future |
|---------|--------|
|         |        |

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009301
Confidential - Attorneys' Eyes Only

ADOBE_009301-7