# Performance Management Philosophy





Copyright 2008 Adobe Systems Incorporated. All rights reserved

Adobe Confidential

ADOBE_009302
Confidential - Attorneys' Eyes Only

ADOBE_009302-8

# Performance Management Strategic Success

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Adobe

ADOBE_009303
Confidential - Attorneys' Eyes Only

ADOBE_009303-9

# Future State Overview – Managing Performance



Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

# Total Rewards Philosophy

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Adobe

ADOBE_009305
Confidential - Attorneys' Eyes Only

# Total Rewards Strategic Success

| Current | Future |
| --- | --- |

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Adobe

Confidential - Attorneys' Eyes Only

# Future State Overview – Total Rewards Priorities

- Ensure Total Rewards objectives align with, enable and support the company business strategy



Copyright 2006 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009307
Confidential - Attorneys' Eyes Only

ADOBE_009307-13

# Future State Overview – Aligning Pay to Performance

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Adobe

ADOBE_009308
Confidential - Attorneys' Eyes Only

# Organizational Growth and Development Philosophy



Growing our key talent to provide the internal pipeline for tomorrow

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential



ADOBE_009309
Confidential - Attorneys' Eyes Only

# Organizational Growth and Development Strategic Success

- Identify and develop leadership capabilities needed to drive future growth of the business at all levels in the organization




Copyright 2008 Adobe Systems Incorporated. All rights reserved.



ADOBE_009310
Confidential - Attorneys' Eyes Only
ADOBE_009310-16

# HR Operations Philosophy



Recognized for global HR excellence by providing the business with best practice processes and systems that provide high impact to the company leveraging centralization and a cost effective approach to HR and business priorities

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential




ADOBE_009311
Confidential - Attorneys' Eyes Only

ADOBE_009311-17

# Future State Overview – HR Operations





- Intended outcome is to ensure HR is cross functional to increase efficiencies and effectiveness



Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential Adobe

Confidential - Attorneys' Eyes Only
ADOBE_009312
ADOBE_009312-18

# HR Excellence




Align HR across the function to increase agility and flexibility, building and leveraging capabilities resulting in faster execution and focus on key strategic priorities

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential




ADOBE_009313
Confidential - Attorneys' Eyes Only

ADOBE_009313-19

# Future State Overview – Building HR Capabilities

- Build HR capabilities globally to support the business as it continues to evolve and scale



Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Confidential - Attorneys' Eyes Only

# 2009 – 2013 Strategic Objectives, Measures and Metrics

| Success Metric | Measurements | 2009 Targets | 2013 Targets |
|---|---|---|---|

[redacted]

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Confidential - Attorneys' Eyes Only
ADOBE_009315
ADOBE_009315-21

# 2009 – 2013 Strategic Objectives, Measures and Metrics

| Success Metric | Measurements | 2009 Targets | 2013 Targets |
| --- | --- | --- | --- |

Copyright 2008 Adobe Systems Incorporated. All rights reserved
Adobe Confidential
Adobe

ADOBE_009316
Confidential - Attorneys' Eyes Only

ADOBE_009316-22