

# Performance Management Engagement Survey Measurement

- **Increase YOY engagement survey metrics related to performance management:**

| Focus | FY 2009 | FY 2010 Target |
| --- | --- | --- |

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Adobe

ADOBE_009317
Confidential - Attorneys' Eyes Only

ADOBE_009317-23

# Appendix

## University Recruiting

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

ADOBE_009318
Confidential - Attorneys' Eyes Only

ADOBE_009318-24

# University Recruiting Operating Plan: Key Shifts

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Adobe

ADOBE_009319
Confidential - Attorneys' Eyes Only

ADOBE_009319-25

# University Recruiting: 3 Year Roadmap

[redacted]

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Adobe

ADOBE_009320
Confidential - Attorneys' Eyes Only

ADOBE_009320-26

University Recruiting KPIs
Copyright 2008 Adobe Systems Incorporated. All rights reserved.
27
Adobe Confidential
Adobe

ADOBE_009321
Confidential - Attorneys' Eyes Only

ADOBE_009321-27

# University Recruiting: FY10 Targeted Universities

[Content redacted]

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

28

ADOBE_009322
Confidential - Attorneys' Eyes Only

ADOBE_009322-28



Adobe

ADOBE_009323
Confidential - Attorneys' Eyes Only

ADOBE_009323-29