

**Excludes Union Employees**

Lucas Confidential
November 28, 2007

9

Confidential - Attorneys' Eyes Only

LUCAS00189269



# Recommendations
## Pay Increase Budget



Lucas Confidential
November 28, 2007

10

Confidential - Attorneys' Eyes Only

LUCAS00189270

Case 5:11-cv-02509-LHK   Document 309-13   Filed 01/23/13   Page 3 of 7



### Approval Process & Timing
#### GWL and Board Compensation Committee



Lucas Confidential
November 28, 2007

11

Confidential - Attorneys' Eyes Only

LUCAS00189271



**Performance Management** — **Bonus Plan Communication**

## 2007 Bonus Plans Approval:
- Board approval of plans and metrics
- LAL/LAS bonus plan
- Consider changing time of payout to mid-April
    - Allows for audit to be reviewed and approved by the Board without impacting the communication and delivery of reviews and salary increases.

## 2008 Bonus Plans: Future meeting to discuss
- Proposed changes to bonus targets
- Timing for review and approval
- Communication of 2008 Bonus Plans to Managers and Participants
- Inclusion of bonus plan information in offer letters
    - Ensure legal review and compliance of language used

Lucas Confidential
November 28, 2007

12

Confidential - Attorneys' Eyes Only

LUCAS00189272



# Appendices

Confidential - Attorneys' Eyes Only

LUCAS00189273



Lucas Confidential
November 28, 2007

14

Confidential - Attorneys' Eyes Only

LUCAS00189274



Lucas Confidential
November 28, 2007

15

Confidential - Attorneys' Eyes Only

LUCAS00189275