# EXHIBIT H-1

# PUBLIC VERSION

# (Brown Declaration, Exhibit 25)

# Google

# Compensation Overview

Understanding and Selling Google Compensation

Google Confidential and Proprietary 1

Google

# Agenda

- Introduction

- Google's Compensation Philosophy

- The Elements of New Hire Compensation

- Proposing New Hire Compensation

- How to Sell Compensation Packages to Candidates

- Questions

Google Confidential and Proprietary

2

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038365



# Introduction

- The goal is to better understand:

  - Google's compensation philosophy and how it maps to proposed compensation for new hires

  - The elements of new hire compensation

  - The Compensation team's involvement in the hiring/offer review process

  - What compensation-related questions to ask candidates

  - How to sell compensation packages to candidates

  - Compensation tools

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038366



# Google's Compensation Philosophy

Google Confidential and Proprietary

4

GOOG-HIGH TECH-00038367



# Google's Compensation Philosophy



Google Confidential and Proprietary

5

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038368

Google Confidential and Proprietary

6

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038369

Google

# Evolution of Google's Pay Mix

Google Confidential and Proprietary

7

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038370

Google Confidential and Proprietary

8

CONFIDENTIAL ATTORNEYS EYES ONLY



Elements of New Hire Compensation

Google Confidential and Proprietary

9

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Base Pay



Google

# Company Bonus Plan



*(Percentages shown reflect percent of salary)*

Google Confidential and Proprietary    11

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Company Bonus Plan



12

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038375



# Bonus Program Schedule and Payouts

Google

Eligibility

Payout

Google Confidential and Proprietary   13

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Sales Incentive Program



*(Percentages shown reflect percent of salary)*

Google Confidential and Proprietary    14

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038377

Google

Sales Incentive Program

Google Confidential and Proprietary

15

GOOG-HIGH TECH-00038378



# Equity Compensation

We grant equity

Google Confidential and Proprietary    16

Google

Google Stock Units (GSUs)



Google Confidential and Proprietary   17

CONFIDENTIAL ATTORNEYS EYES ONLY

Google Confidential and Proprietary 18

GOOG-HIGH TECH-00038381

Google Confidential and Proprietary    19



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038382

Google Confidential and Proprietary   20

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038383



Google Confidential and Proprietary

21

GOOG-HIGH TECH-00038384



Google Confidential and Proprietary    22

CONFIDENTIAL ATTORNEYS EYES ONLY    GOOG-HIGH TECH-00038385



Proposing New Hire Compensation

Google Confidential and Proprietary    23

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# How Comp Review Fits In



Google Confidential and Proprietary

24

Google

The Hiring Process



Google Confidential and Proprietary

25

GOOG-HIGH TECH-00038388

Google Confidential and Proprietary

26

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038389



Selling Google Comp

Google Confidential and Proprietary

27

CONFIDENTIAL ATTORNEYS EYES ONLY



# Talking about Compensation

- For HR professionals, compensation is analytical; for many candidates, it's emotional

- Many candidates are fixated on base salary, viewing this as the only compensation element indicative of responsibility level, and accordingly may use base salary to chart progress in their careers

- It's important that candidates take into account the total compensation package and are also made aware of how Google pays relative to the market

- Some candidates express risk-aversion, claiming that they can't rely on variable compensation elements

- We've found that a few candidates tend embellish their current compensation figures

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038391

Google

# Answering Candidates' Questions

- Q: "Why am I taking a cut in base pay to come to Google?"



- Q: "Why should I value the equity when the stock price keeps falling?"

- Q: "My company offers a refresher program. What does Google offer and what can I expect?"



- Q: "Why is Google's refresher in options and not GSUs?"

- Q: "I'm expecting a 4% salary increase at the end of the year. What type of increase can I expect at Google?"

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Answering Candidates' Questions (cont.)

- Q: "Compared to my current company, ▮▮▮▮▮"

- Q: "I feel like the only thing I can count on is base salary, ▮▮▮▮▮"

- Q: "I'm working at a pre-IPO startup, ▮▮▮▮▮"

- Q: "If I take this offer, I'll be relocating to an area with a higher cost of living.  It looks like my offer doesn't take this into account."

Google Confidential and Proprietary

30

Google

# Tools and Resources

- Only available to Leads
  - Access at

- Available to Recruiters
  - Access at

## Lead Recruiter Section on Staffing Web Page

- Links to new hire offer ranges
- Link to
- Link to equity guidelines
- Access here

## Compensation section on Recruiter Staffing Web Page

- List of active job codes
- 
- Internal transfer policy
- 
- Relocation guidelines (US)

## Compensation webpage for Employees

- Go/compensation

CONFIDENTIAL ATTORNEYS EYES ONLY



Q&A

Google Confidential and Proprietary    32

CONFIDENTIAL ATTORNEYS EYES ONLY