# EXHIBIT I-1

# FILED UNDER SEAL

# (Brown Declaration, Exhibit 26)