# EXHIBIT J-1
# FILED UNDER SEAL
# (Brown Declaration, Exhibit 27)