KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**DEFENDANT LUCASFILM LTD.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date: November 12, 2013 |
|---|---|

Case No. 3:11-cv-2509-LHK

724852.01

1    Defendant Lucasfilm Ltd. ("Lucasfilm") requests that Exhibit 22a to the Declaration of
2 Christina Brown in Support of Defendants' Opposition to Plaintiffs' Motion for Class
3 Certification (Dkt. No. 308-27), also filed as Exhibit G-1a to Defendants Renewed Administrative
4 Motion to Seal (Dkt. No. 309-11), be removed from the docket as soon as possible.

5    On January 22, 2013, Defendants filed proposed public versions of the Declaration of
6 Christina Brown in Support of Defendants' Opposition to Plaintiffs' Motion for Class
7 Certification ("Brown Decl.") and also filed the proposed public versions of the exhibits to the
8 Brown Declaration as exhibits to Defendants' Renewed Administrative Motion to Seal.
9 Defendants inadvertently filed a version of the Declaration of Michelle Maupin (Exhibit 22 to the
10 Brown Declaration) that did not contain all of the redactions that Lucasfilm seeks to make to such
11 document. Because Dkt. 308-27 and Dkt. 309-11 contain information that Lucasfilm has
12 requested to maintain under seal, Lucasfilm requests that Dkt. 308-27 and Dkt. 309-11 be
13 removed from the docket as soon as possible. Lucasfilm will file corrected redacted versions of
14 these documents shortly.

Dated: January 23, 2013                           KEKER & VAN NEST LLP

                                                  By: */s/ Justina K. Sessions*
                                                      JUSTINA K. SESSIONS
                                                      Attorneys for Defendant
                                                      LUCASFILM LTD.

1
DEFENDANT LUCASFILM LTD.'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
Case No. 3:11-cv-2509-LHK

724852.01