KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT**<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date:  November 12, 2013 |
|---|---|

1   Now before the Court is Defendant Lucasfilm Ltd.'s Motion to Remove Incorrectly Filed
2   Document.  The motion is GRANTED.
3   The Court HEREBY ORDERS THE CLERK to remove from the physical and electronic
4   docket Exhibit 22a to the Declaration of Christina Brown in Support of Defendants' Opposition
5   to Plaintiffs' Motion for Class Certification (Dkt. No. 308-27) and Exhibit G-1a to Defendants
6   Renewed Administrative Motion to Seal (Dkt. No. 309-11).

   IT IS SO ORDERED.
8  Dated:                                          By: _____
                                                       THE HONORABLE LUCY H. KOH
9                                                      United States District Judge

724926.01

1
[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENT
Case No. 3:11-cv-2509-LHK