# EXHIBIT 2

# EXHIBIT D

| | |
|---|---|
| **From:** | Jonathan Rosenberg <jonathan@google.com> on behalf of Jonathan Rosenberg |
| **Sent:** | Wednesday, August 23, 2006 3:42 AM |
| **To:** | Laszlo Bock; Jonathan Rosenberg |
| **Cc:** | janicew@google.com; Martha Josephson; Shona Brown |
| **Subject:** | RE: |

Thanks. Campbell and I already discussed this and agreed that either way I should give a courtesy call to Paul Otellini. I'm meeting with ▮▮▮▮ tomorrow and I will ask him how he wants to handle communication to Intel management before we even get to the stage of specifically discussing an offer.

Jonathan

---

**From:** Laszlo Bock [mailto:laszlo@google.com]
**Sent:** Tuesday, August 22, 2006 7:25 PM
**To:** Jonathan Rosenberg
**Cc:** janicew@google.com; Martha Josephson; Shona Brown
**Subject:** RE:

Jonathan - Just looked more closely at this list....Intel is "do not cold call", which we haven't (nor has EZI). No action needed prior to extending an offer on our part. -- Sorry for my earlier note.

---

**From:** Laszlo Bock
**Sent:** Tuesday, August 22, 2006 7:23 PM
**To:** Jonathan Rosenberg
**Cc:** 'janicew@google.com'; 'Martha Josephson'; Shona Brown
**Subject:**

Jonathan,

Just a reminder that Intel is on our "sensitive companies" list. Not sure if Eric or someone else is the right person to call before we extend the offer. Let me know if/when you plan to extend and we can coordinate that discussion with Intel.

Thanks,
Laszlo

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00056790