1  Mayer Brown LLP
   LEE H. RUBIN (SBN 141331)
2  lrubin@mayerbrown.com
   EDWARD D. JOHNSON (SBN 189475)
3  wjohnson@mayerbrown.com
4  DONALD M. FALK (SBN 150256)
   dfalk@mayerbrown.com
5  ERIC B. EVANS (SBN 232476)
   eevans@mayerbrown.com
6  ANNE M. SELIN (SBN 270634)
7  aselin@mayerbrown.com
   Two Palo Alto Square, Suite 300
8  3000 El Camino Real
   Palo Alto, CA 94306-2112
9  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2061
10

11 *Attorneys for Defendant*
   *Google Inc.*
12

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' MOTION TO COMPEL GOOGLE DOCUMENTS AND THE DECLARATION OF DEAN M. HARVEY IN SUPPORT THEREOF** |
|---|---|

1  On January 16, 2013, Plaintiffs filed an Administrative Motion to Seal, Pursuant to Civil
2  Local Rule 79-5(d), Portions of Plaintiffs' Motion to Compel Google Documents and the
3  Declaration of Dean M. Harvey in Support Thereof (Dkt. 279), and lodged under seal certain
4  information contained in (i) Plaintiffs' Motion to Compel Google Documents; and (ii) Exhibits
5  A-H and J-M to the Declaration of Dean M. Harvey in Support of Plaintiffs' Motion to Compel
6  Production of Google Documents.

7  Google designated this information "Confidential" or "Confidential-Attorneys-Eyes
8  Only" under the Stipulated Protective Order (Modified by the Court) (Dkt. 107).

9  On January 23, 2013, Defendant Google Inc. ("Google") filed the Declaration of Anne
10 M. Selin in Support of Plaintiffs' Motion to Seal.

11 GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
12 following documents, and portions thereof, be filed under seal:

   1. The following portions of Plaintiffs' Motion to Compel Google Documents:
      Page 2, lines 17-18; Page 5, lines 18-21; and Page 5, line 26 through Page 6, line 5;
   2. Portions of Exhibits D and J to the Harvey Declaration; and
   3. Exhibits E, K, L and M (in their entirety) to the Harvey Declaration.

**IT IS SO ORDERED.**

Date:_____                    _____
                                 HONORABLE LUCY H. KOH
                                 United States District Court Judge