UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: CV 11-2509 LHK <br><br> **ORDER DENYING MOTION TO SHORTEN TIME** <br><br> **(Re: Docket No. 280)** |

Plaintiffs seek to shorten time on consideration and hearing of a motion to compel privileged documents involving various deponents. Although several of the depositions are scheduled within a short time, fact discovery for this case does not close until March 29, 2013.[1] In light of the thousands of documents listed in the privilege log that the court must consider for the underlying motion,[2] shortening time on the hearing is impractical. To the extent that they seek to have a hearing on this motion before the February 26, 2013 date currently set, Plaintiffs' motion is DENIED.

The court has learned that Plaintiffs and Defendants reached a stipulation regarding briefing of this motion during their hearing before Judge Koh on January 17, 2013.[3] From the court's

---

[1] *See* Docket No. 282.

[2] *See* Docket No. 278.

[3] *See* Docket No. 282.

ORDER

understanding, Defendants agreed to Plaintiffs' proposed briefing schedule and limits on the extent of briefing.[4]  The court adopts that schedule and those limits here.  Defendants shall submit an opposition that is no longer than eight pages no later than January 25, 2013.  Plaintiffs shall not submit a reply.

The parties have requested from the court review of myriad documents and for this court to conduct a meaningful hearing, it requires sufficient time to understand the parties' respective positions and consider the numerous designations and challenges made by each side.  And so at the risk of sounding repetitive but with the point of ensuring clarity, the court reiterates that the hearing date remains February 26, 2013, in spite of the court's adoption of the briefing limits to which the parties have agreed.

**IT IS SO ORDERED.**

Dated: January 23, 2013

PAUL S. GREWAL
United States Magistrate Judge

---

[4] *See id.*

ORDER