GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant Apple Inc.

[Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**STATUS REPORT OF PLAINTIFFS AND APPLE INC.** |

Pursuant to the Court's instruction at the January 17, 2013 Case Management Conference, Plaintiffs and Apple exchanged letters on January 18, 2013 and January 22, 2013 regarding Plaintiffs' request that Apple review and produce documents from former Apple employee Tony Fadell. Apple has agreed to add Mr. Fadell as an additional document custodian and will run the same set of 140 search terms against his documents that Apple used for all of its other document custodians.

Dated: January 24, 2013          O'MELVENY & MYERS LLP

                                 By:    /s/ Michael F. Tubach
                                        Michael F. Tubach

                                 George Riley
                                 Michael F. Tubach
                                 Christina J. Brown
                                 Two Embarcadero Center, 28th Floor
                                 San Francisco, CA  94111
                                 Telephone:  (415) 984-8700
                                 Facsimile:   (415) 984-8701

                                 *Attorneys for Defendant APPLE INC.*

Dated:  January 24, 2013         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                 By:    /s/ Kelly M. Dermody
                                        Kelly M. Dermody

                                 Richard M. Heimann (State Bar No. 63607)
                                 Kelly M. Dermody (State Bar No. 171716)
                                 Eric B. Fastiff (State Bar No. 182260)
                                 Brendan Glackin (State Bar No. 199643)
                                 Dean Harvey (State Bar No. 250298)
                                 Anne B. Shaver (State Bar No. 255928)
                                 275 Battery Street, 29th Floor
                                 San Francisco, California  94111-3339
                                 Telephone: 415.956.1000
                                 Facsimile: 415.956.1008

                                 *Proposed Interim Co-Lead Counsel for Plaintiff Class*

| | |
|---|---|
| Dated: January 24, 2013 | JOSEPH SAVERI LAW FIRM |
| | By: /s/ Joseph R. Saveri |
| | Joseph R. Saveri |

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.