Mayer Brown LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:      (650) 331-2000
Facsimile:      (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE INC.'S ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL, AND THE ENTIRETY OF THE DECLARATION OF WILLIAM CAMPBELL IN SUPPORT THEREOF** |

—

On January 25, 2013, Defendant Google Inc. ("Google") filed its Administrative Motion to Seal Portions of Google's Opposition to Plaintiffs' Motion to Compel, and the Entirety of the Declaration of William Campbell in Support Thereof pursuant to Northern District Civil Local Rule 7-11 and 79-5 and lodged under seal certain information contained in (i) portions of Google's Opposition to Plaintiffs' Motion to Compel Production of Google Documents ("Opposition to Motion to Compel") and (ii) the Declaration of William Campbell in Support of Google's Response to Plaintiffs' Motion to Compel ("Campbell Declaration").

In support of Google's administrative motion to seal, Google filed the Declaration of Laszlo Bock and the Declaration of Eric B. Evans.


GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents, and portions thereof, be filed under seal:

1.  The proposed redacted portions of Google's Opposition to Motion to Compel; and

2.  The Declaration of William Campbell (and accompanying exhibits) in its entirety.


**IT IS SO ORDERED.**

Date:_____          _____
                       HONORABLE LUCY H. KOH
                       United States District Court Judge