UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORDER REGARDING JOINT DISCOVERY STATUS REPORT TO THE COURT |

On January 17, 2013, the Court ordered the parties to file updates regarding the status of discovery, including deposition dates, on February 1, 2013, and March 1, 2013. *See* ECF No. 282, at 2. In addition to these dates, the Court now orders the parties to file an update regarding the status of discovery, including deposition dates, on February 15, 2013.

Additionally, the Court orders that Scott Cook, Brad Smith, and Bill Campbell be deposed for up to seven hours of testimony.

**IT IS SO ORDERED.**

Dated: February 5, 2013

_____
LUCY H. KOH
United States District Judge