Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile:  415. 500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER DOCKET NO. 11-CV-2509-LHK<br><br>**STIPULATION AND PROPOSED ORDER PERMITING SUPPLEMENTAL BRIEFING REGARDING PLAINTIFFS' MOTION TO COMPEL GOOGLE DOCUMENTS** |

1  Pursuant to Local Rule 7-12, Plaintiffs and Defendant Google Inc. hereby stipulate and
2  agree that:
3  Whereas Plaintiffs deposed Bill Campbell on February 5, 2013, and Plaintiffs consider
4  portions of that testimony to be relevant to Plaintiffs' pending motion to compel Google
5  documents (Dkt. 278);
6  Whereas Google has informed Plaintiffs that they have no objection to Plaintiffs making
7  an additional submission to the Court as long as Google has an opportunity to respond to
8  Plaintiffs' submission;
9  Therefore, Plaintiffs propose, and Google does not oppose, the following:

- By Wednesday, February 13, 2013, Plaintiffs may file one additional page of briefing regarding Mr. Campbell's testimony, and Plaintiffs may attach excerpts from that testimony; and
- By Monday, February 18, 2013, Google may file one additional page of briefing in response, and Google may attach additional excerpts of testimony.

IT IS HEREBY STIPULATED:

Dated: February 8, 2013        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:    /s/ *Dean M. Harvey*
          Dean M. Harvey

*Interim Co-Lead Counsel for Plaintiff Class*

Dated: February 8, 2013        JOSEPH SAVERI LAW FIRM

By:    /s/ *Lisa J. Leebove*
          Lisa J. Leebove

*Interim Co-Lead Counsel for Plaintiff Class*

Dated: February 8, 2013        MAYER BROWN LLP

By:    /s/ *Lee H. Rubin*
          Lee H. Rubin

*Attorneys for Defendant Google Inc.*

**Filer's Attestation**

Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: February 8, 2013             /s/ *Dean M. Harvey*
                                                  Dean M. Harvey

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____. 2013

By: _____
Honorable Judge Paul Singh Grewal
United States District Judge