1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:   (415) 956-1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James G. Dallal (State Bar No. 277826)
9  JOSEPH SAVERI LAW FIRM
   505 Montgomery Street, Suite 625
10 San Francisco, CA  94111
   Telephone:  (415) 500-6800
11 Facsimile:   (415) 500-6803

12
   *Interim Co-Lead Counsel for Plaintiff Class*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                           SAN JOSE DIVISION

17

| 18 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | MASTER DOCKET NO. 11-CV-2509-LHK |
|---|---|---|
| 19 | | **PLAINTIFFS' SUPPLEMENT REGARDING MOTION TO COMPEL GOOGLE DOCUMENTS** |
| 20 | THIS DOCUMENT RELATES TO: | |
| 21 | ALL ACTIONS | |
| 22 | | Date:        February 26, 2013 |
|    | | Time:        10:00 a.m. |
|    | | Courtroom:   5, 4th floor |
|    | | Judge:       Honorable Paul S. Grewal |
| 23 | | |

24

25

26

27

28

Pursuant to the Stipulation and Order Permitting Supplemental Briefing Regarding Plaintiffs' Motion to Compel Google Documents (Dkt. 324), Plaintiffs hereby summarize the recent testimony of William Campbell. Plaintiffs deposed Mr. Campbell, as previously scheduled and ordered (Dkt. 282), on February 5, 2012.

First, Mr. Campbell confirmed that Google was incorrect when it asserted that ■■■■ ■■■■ Opp'n to Motion to Compel at 2; Dkt. 318. ■■■■ ■■■■ Supp. Decl. of Dean M. Harvey ("Supp. Harvey Decl."), Ex. 1 (Campbell Dep. at 174:1-176:20). ■■■■ ■■■■ *Id.* at 22:11-13. *See also id.* at 173:23-24 ■■■■ ■■■■ 177:11-19 ■■■■ ■■■■

Second, Mr. Campbell testified that he ■■■■ ■■■■ ■■■■[1]

Third, ■■■■ ■■■■ ■■■■ ■■■■ ■■■■ ■■■■[2] ■■■■[3] ■■■■

---

[1] Campbell Dep. at 71:16-22 ■■■■ ■■■■

[2] Mr. Campbell has been the Chairman of Intuit's Board of Directors since 1998.

[3] Campbell Dep. at 185:1-4 ■■■■ .

Respectfully submitted,

Dated: February 13, 2013

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Dean M. Harvey*
      Dean M. Harvey

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956.1000
Facsimile: (415) 956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

*Interim Co-Lead Counsel for Plaintiff Class*

1081734.1

-2-

PLAINTIFFS' SUPPLEMENT RE
MOTION TO COMPEL
MASTER DOCKET NO. 11-CV-2509-LHK