Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile:  (415) 500-6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER DOCKET NO. 11-CV-2509-LHK<br><br>**SUPPLEMENTAL DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL**<br><br>Date:         February 26, 2013<br>Time:         10:00 a.m.<br>Courtroom:  5, 4th floor<br>Judge:        Honorable Paul S. Grewal |

1    I, Dean M. Harvey, declare:

2    1.    I am an associate in the law firm of Lieff Cabraser Heimann & Bernstein, LLP, Interim Co-Lead Counsel for Plaintiffs and the proposed Class. I am a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

3    2.    Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the February 5, 2013 deposition of William Campbell.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 13, 2013, in San Francisco, California.

*/s/ Dean M. Harvey*
Dean M. Harvey

# EXHIBIT 1

# LODGED UNDER SEAL