Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415.500.6800
Facsimile:   415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT DISCOVERY STATUS REPORT** |

Pursuant to the Court's February 5, 2013 Order Regarding Joint Discovery Status Report to the Court (Dkt. 322), the parties hereby submit this Joint Discovery Status Report.

## I.   Adobe

In addition to the depositions described in the parties' February 1, 2013 status report (Dkt. 320), Plaintiffs and Adobe have agreed to schedule the following depositions: Digby Horner on

1   March 1, 2013,Shantanu Narayen on February 28, 2013, and Jerry Sastri on March 8, 2013.

2   Adobe offered a date for Natalie Kessler.  Adobe has agreed to the deposition of  John Warnock

3   and is working on identifying a date in the last two weeks of March that will be convenient for the

4   deponent and all counsel.

5        Adobe has completed production of documents for all deponents except John Warnock,

6   Debbie Streeter, and Rosemary Arriada-Keiper.  Adobe will produce the final set of Streeter and

7   Arriada-Keiper documents by February 25.  Adobe is in the process of collecting and reviewing

8   Warnock's documents and will produce his documents well in advance of his deposition.  To the

9   extent it has not already done so, Adobe will produce privilege logs, if any, for witnesses no later

10  than a week prior to their depositions.

11  **II.    Apple**

12       In addition to the depositions described in the parties' February 1, 2013 status report (Dkt.

13  320), Plaintiffs and Apple have agreed to schedule Steven Burmeister on March 15, 2013 and

14  Robert Mansfield on March 26, 2013.  Apple provided a date for Tony Fadell, and has located

15  Ann Reeves and will propose a date for her deposition.  Apple added Brian Croll to its initial

16  disclosures on February 14, 2013.  Apple has agreed to produce documents for Mr. Croll and will

17  provide a date for his deposition.

18       Apple's document production for all custodians is complete, with the following

19  exceptions.  Apple will produce a small set of additional documents from one of its supplemental

20  custodians, Mr. Mansfield, and it will produce documents from Mr. Croll, who is identified in

21  Apple's supplemental initial disclosures.  Apple will produce these documents well in advance of

22  Mr. Mansfield's and Mr. Croll's depositions.  Apple will also produce a further privilege log

23  pertaining to its supplemental custodian productions.  To the extent it has not already done so,

24  Apple will produce any privilege logs for witnesses no later than a week prior to their depositions.

25  **III.    Google**

26       Google substantially completed producing responsive documents from the custodial files

27  of Larry Page and Sergey Brin on Friday, February 8, 2013, three days prior to the Court-ordered

28  deadline of Monday, February 11, 2013 as part of an effort to facilitate holding Mr. Brin's

1   deposition on February 15, 2013 (see below).  The documents were delivered to Plaintiffs on

2   Saturday, February 9, 2013.

3        In addition to the depositions described in the parties' February 1, 2013 status report (Dkt.

4   320), Plaintiffs and Google have agreed to schedule the following depositions: Alan Eustace on

5   February 27, 2013, Jonathan Rosenberg on March 13, 2013, Sergey Brin on March 19, 2013;

6   Larry Page on March 22, 2013,[1] and Laszlo Bock on March 27, 2013.

7        On Wednesday, February 6, 2013, Google informed Plaintiffs that Sergey Brin was

8   available for his deposition on February 15, 2013.  Plaintiffs explained that they could not commit

9   to taking Mr. Brin's deposition without first reviewing those documents and without first

10  reviewing Mr. Page's documents, which also had not been produced. [2]

11       Google withdrew Judy Gilbert and Seth Williams from its initial disclosures, and

12  Plaintiffs are reviewing the documents from these two individuals to determine whether to pursue

13  their depositions.  Plaintiffs are also reviewing documents produced from Patrick Flynn and

14  Carson Page, and the parties will meet and confer next week regarding potential depositions.

15       Google remedied the production error concerning documents from the custodial files of

16  Karine Karpati, Patrick Flynn, and Carson Page, by producing additional documents, on February

17  14, 2013.  In addition, Google will complete its entire custodial production by the end of next

18  week, and Google will complete the production of any other documents (including any

19  documents it intends to rely on at trial) by February 28, 2013.  Google will provide a consolidated

20  and de-duplicated privilege log, regarding all documents Google has withheld or redacted on

21  privilege grounds (regarding documents identified prior to February 1, 2013), by Friday, February

22  22, 2013.  Google will update that privilege log, regarding documents produced on or after

23  February 1, 2013, by March 8, 2013.

24

25  _____

26  [1] The Parties will meet and confer regarding Mr. Page's deposition.
    [2] Plaintiffs also asked whether any of Mr. Brin's or Mr. Page's documents were being withheld or
27  redacted and, if so, when Google would produce the privilege log.  Google did not respond to
    these requests until today, at which time they confirmed that Google would produce the relevant
28  logs on March 8, 2013, three weeks after their initial proposed deposition date for Mr. Brin.

1

**IV.    Intel**

2

In addition to the depositions described in the parties' February 1, 2013 status report (Dkt.

3

320), Plaintiffs and Intel have agreed to schedule: Tina Evangelista on March 22, 2013; Danny

4

McKell on March 8, 2013; and Ranna Prajapati on February 21, 2013.  On February 14, 2013,

5

Intel provided a deposition date for Randall Goodwin, a witness Intel disclosed to Plaintiffs on

6

February 8, 2013.  Intel has also provided a date for Renee James.  Patrick Gelsinger is a former

7

Intel employee; Intel has no objection to his deposition and is attempting to secure a

8

date.  Plaintiffs and Intel are meeting and conferring regarding the depositions of Diane Bryant,

9

and Gary Palangian.  Intel has agreed to produce documents for all deponents.

10

Intel has completed production for deponents Otellini, Murray, and Prajapati.  Intel

11

intends to complete production for deponents Evangelista, McKell, and, if necessary,

12

Palangian on February 20; for James and Gelsinger by the end of the month; for all additional

13

deponents, and most other remaining documents, by March 8; and all additional documents in

14

advance of March 29.  Intel has produced, and will continue to produce, privilege logs

15

accompanying each deponent's production.  Intel will produce a comprehensive log for non-

16

deponents' productions along with, or shortly after, its final production.

17

**V.    Intuit**

18

The deposition of Bill Campbell took place, as scheduled, on February 5, 2013.[3]  The

19

deposition of Chuong Nguyen took place on February 14, 2013.

20

Plaintiffs and Intuit have agreed to schedule the following depositions: Scott Cook on

21

March 22, 2013; Chris Galy on March 20, 2013; Alex Lintner on March 6, 2013; Michael

22

McNeal on February 21, 2013; Brad Smith on February 27, 2013; Mason Stubblefield on March

23

18, 2013; and Sherry Whitely on February 28, 2013.

24

Currently, Intuit expects to complete its document production on or before February 25.

25

The only outstanding documents are those related to the two additional custodians that plaintiffs

26

---

27

[3] Plaintiffs consider portions of Mr. Campbell's testimony to be relevant to Plaintiffs' pending Motion to Compel, and Plaintiffs have provided a summary of that testimony, along with deposition excerpts, to Magistrate Judge Grewal.  Google's response is due by February 18, 2013.

28

(Stipulation and Order Permitting Supplemental Briefing Regarding Plaintiffs' Motion to Compel Google Documents; Dkt. 324.)

1   requested.  Intuit has served all privilege logs related to Intuit's earlier productions and is in the

2   process of finalizing the privilege logs for the additional custodians.

3   **VI.    Lucasfilm**

4           The deposition of Jan van der Voort took place, as scheduled, on February 5, 2013, and

5   the deposition of Michelle Maupin took place, as scheduled, on February 12, 2013.  However,

6   Lucasfilm did not produce a privilege log for Ms. Maupin until February 13, 2013, the day after

7   her deposition.  (The log was dated February 11, 2013, the day prior to her deposition.)  To avoid

8   future tardy productions of privilege logs, Plaintiffs respectfully request that the Court order the

9   parties to provide privilege logs for witnesses no later than a week before their depositions.

10  Lucasfilm believes that such an order is unnecessary.  Its privilege log production for Ms. Maupin

11  was not "tardy," and when Lucasfilm asked Plaintiffs to identify any substantive problem or

12  concern they had with the Maupin privilege log, Plaintiffs had none, indicating that they had no

13  present intention to challenge any of the designations on the log.

14          In addition to the depositions described in the parties' February 1, 2013 status report (Dkt.

15  320), Plaintiffs and Lucasfilm have agreed to schedule: Steve Dykes on February 19, 2013; Amir

16  Dramen on March 1, 2013; Gail Currey on March 12, 2013; Lori Beck on March 8, 2013;

17  Lynwen Brennan on March 19, 2013, and Steve Condiotti on March 20, 2013.

18          Regarding document production, Lucasfilm has informed Plaintiffs that it expects to

19  complete its document production by March 8, 2013.  Lucasfilm also expects to produce a

20  privilege log regarding the additional documents promptly after production.

21  **VII.    Pixar**

22          In addition to the depositions described in the parties' February 1, 2013 status report (Dkt.

23  320), Plaintiffs and Pixar have agreed to schedule: Dana Batali on March 19, 2013; John Kirkman

24  on March 22, 2013; and Stephanie Sheehy on March 5, 2013.  Pixar has completed its production

25  of documents for all custodians, with the exception of documents from custodian John

26  Kirkman.  Pixar expects to complete production of Mr. Kirkman's documents by February 28,

27  2013.  Pixar has also completed its production of privilege logs concerning all documents, with

28  the exception of a privilege log pertaining to documents that Pixar produced to Plaintiffs on

1   February 14, 2013.  Pixar expects to produce by March 8, 2013 a privilege log pertaining to its

2   February 14, 2013 production.  Further, to the extent it has not already done so, Pixar agrees to

3   produce any privilege logs for witnesses no later than a week before their depositions.

4   **VIII.   Timely Production of Privilege Logs**

5           As described above, Plaintiffs respectfully request that the Court order the parties to

6   produce privilege logs for witnesses no later than a week prior to their depositions.  Defendants

7   believe such a blanket order is unnecessary because Plaintiffs have not identified any blanket

8   issue regarding privilege logs. Individual disagreements are being resolved as described above.

9
                                        Respectfully submitted,
10
    Dated:  February 15, 2013           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
11

12                                      By:        */s/ Kelly M. Dermody*
                                                   Kelly M. Dermody
13

14                                      Richard M. Heimann (State Bar No. 63607)
                                        Kelly M. Dermody (State Bar No. 171716)
15                                      Eric B. Fastiff (State Bar No. 182260)
                                        Brendan Glackin (State Bar No. 199643)
16                                      Dean Harvey (State Bar No. 250298)
                                        Anne B. Shaver (State Bar No. 255928)
17                                      275 Battery Street, 29th Floor
                                        San Francisco, California  94111-3339
18                                      Telephone:  415.956.1000
                                        Facsimile:  415.956.1008
19
                                        *Interim Co-Lead Counsel for Plaintiff Class*
20
    Dated:  February 15, 2013           JOSEPH SAVERI LAW FIRM
21

22                                      By:        */s/ Joseph R. Saveri*
                                                   Joseph R. Saveri
23

24                                      Joseph R. Saveri (State Bar No. 130064)
                                        Lisa J. Leebove (State Bar No. 186705)
25                                      James G. Dallal (State Bar No.  277826)
                                        JOSEPH SAVERI LAW FIRM
26                                      255 California, Suite 450
                                        San Francisco, CA 94111
27                                      Telephone:  415. 500.6800
                                        Facsimile:   415. 500.6803
28
                                        *Interim Co-Lead Counsel for Plaintiff Class*

1   Dated:  February 15, 2013          O'MELVENY & MYERS LLP

2

3                                      By:        /s/ Michael F. Tubach
                                                  Michael F. Tubach

4                                      George Riley
                                       Michael F. Tubach
5                                      Lisa Chen
                                       Christina J. Brown
6                                      Two Embarcadero Center, 28th Floor
                                       San Francisco, CA  94111
7                                      Telephone:  (415) 984-8700
                                       Facsimile:   (415) 984-8701
8
                                       *Attorneys for Defendant APPLE INC.*
9
10  Dated:  February 15, 2013          KEKER & VAN NEST LLP

11                                     By:        /s/ Daniel Purcell
                                                  Daniel Purcell
12
13                                     John W. Keker
                                       Daniel Purcell
14                                     Eugene M. Page
                                       710 Sansome Street
15                                     San Francisco, CA  94111
                                       Telephone:  (415) 381-5400
16                                     Facsimile:   (415) 397-7188

17                                     *Attorneys for Defendant LUCASFILM LTD.*

18  Dated:  February 15, 2013          JONES DAY

19                                     By:        /s/ David C. Kiernan
                                                  David C. Kiernan
20
21                                     Robert A. Mittelstaedt
                                       Craig A. Waldman
22                                     David C. Kiernan
                                       555 California Street, 26th Floor
23                                     San Francisco, CA  94104
                                       Telephone:  (415) 626-3939
24                                     Facsimile:   (415) 875-5700

25                                     *Attorneys for Defendant ADOBE SYSTEMS, INC.*

26

27

28

| | | |
|---|---|---|
| 1 | Dated:  February 15, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:        */s/ Robert A. Mittelstaedt*<br>              Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt |
| 5 | | Craig E. Stewart<br>555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 6 | | Telephone:  (415) 626-3939<br>Facsimile:   (415) 875-5700 |
| 7 | | |
| 8 | | Catherine T. Zeng<br>1755 Embarcadero Road |
| 9 | | Palo Alto, CA 94303<br>Telephone:  (650) 739-3939<br>Facsimile:   (650) 739-3900 |
| 10 | | |
| 11 | | *Attorneys for Defendant INTUIT INC.* |
| 12 | Dated:  February 15, 2013 | MAYER BROWN LLP |
| 13 | | By:        */s/ Lee H. Rubin* |
| 14 | | Lee H. Rubin |
| 15 | | Lee H. Rubin<br>Edward D. Johnson |
| 16 | | Donald M. Falk<br>Two Palo Alto Square |
| 17 | | 3000 El Camino Real, Suite 300<br>Palo Alto, CA  94306-2112<br>Telephone:  (650) 331-2057 |
| 18 | | Facsimile:   (650) 331-4557 |
| 19 | | *Attorneys for Defendant GOOGLE INC.* |
| 20 | Dated:  February 15, 2013 | BINGHAM McCUTCHEN LLP |
| 21 | | |
| 22 | | By:        */s/ Frank M. Hinman*<br>              Frank M. Hinman |
| 23 | | Donn P. Pickett |
| 24 | | Frank M. Hinman<br>Three Embarcadero Center |
| 25 | | San Francisco, CA  94111<br>Telephone:  (415) 393-2000<br>Facsimile:   (415) 383-2286 |
| 26 | | |
| 27 | | *Attorneys for Defendant INTEL CORPORATION* |
| 28 | | |

1    Dated:  February 15, 2013          COVINGTON & BURLING LLP

2
                                        By:      _/s/ Emily Johnson Henn_
3                                                Emily Johnson Henn

4                                       Robert T. Haslam, III
                                        Emily Johnson Henn
5                                       333 Twin Dolphin Drive, Suite 700
                                        Redwood City, CA  94065
6                                       Telephone:  (650) 632-4700

7                                       *Attorneys for Defendant PIXAR*

8
     **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in
9
     the filing of this document has been obtained from all signatories.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28