MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant
Google Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**GOOGLE INC.'S SUPPLEMENT REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS**<br><br>Date:          February 26, 2013<br>Time:         10:00 a.m.<br>Courtroom: 5, 4th Floor<br>Judge:        Honorable Paul S. Grewal |

1  Nothing in Plaintiffs' supplemental submission supports granting Plaintiffs' motion.

2  First, Plaintiffs do not contest 

4  Plaintiffs fail to explain the

5  significance of this fact. Indeed, there is none.

24  Third, Google does not contest that Mr. Campbell is subject to Intuit's Code of Conduct and
25  Ethics. But as Google has already shown, the Intuit Code of Conduct and Ethics is not a blanket
26  prohibition on personal use of Intuit computers and therefore weight against waiver. *In re Asia*
27  *Global Crossing*, 322 B.R. 247, 261 (Bankr. S.D.N.Y. 2005). Nor have Plaintiffs satisfied any of the
28  other *Asia Global Crossing* factors to support a finding of waiver here.

Dated: February 18, 2013        MAYER BROWN LLP

By: _/s/ Lee H. Rubin_
Lee H. Rubin
*Attorneys for Defendant GOOGLE INC.*

***ATTESTATION***: *Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from the signatory.*