MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF ERIC B. EVANS IN SUPPORT OF GOOGLE'S SUPPLEMENT REGARDING PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF DOCUMENTS** |

AMECURRENT 705272465.1 18-Feb-13 18:11

I, Eric B. Evans, declare:

1. I am a member of the Bar of the State of California and a partner of the law firm of Mayer Brown LLP, attorneys for Defendant Google Inc.  I submit this declaration in support of Google's Supplement regarding Plaintiff's Motion to Compel Production of Documents.  I make this declaration based on my own personal knowledge.  If called to testify as a witness, I could and would do so competently.

2. A true and correct copy of excerpts from the February 5, 2103 deposition of William Campbell is attached to this declaration as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on February 18, 2013, in Palo Alto, California.


By: _/s/ Eric B. Evans_____
   Eric B. Evans

- 1 -

EVANS DECL. ISO SUPPLEMENT
NO. 11-CV-2509-LHK