Mayer Brown LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF GOOGLE'S SUPPLEMENT REGARDING MOTION TO COMPEL GOOGLE DOCUMENTS AND EXHIBIT A TO THE DECLARATION OF ERIC B. EVANS IN SUPPORT THEREOF** |

On February 18, 2013, Defendant Google Inc. ("Google") filed its Administrative Motion to Seal Portions of Google's Response to Plaintiffs' Supplement Regarding Motion to Compel Google Documents and Exhibit A to the Declaration of Eric B. Evans in Support Thereof pursuant to Northern District Civil Local Rule 7-11 and 79-5.  In support of Google's administrative motion to seal, Google filed the Declaration of Eric B. Evans.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents, and portions thereof, be filed under seal:

(i) Portions of Google's Response to Plaintiffs' Supplement Regarding Motion to Compel Google Documents ("Google's Response to Supplement"), specifically: lines 2-23 on page 1; and

(ii) Exhibit A to the Declaration of Eric B. Evans in Support of Google's Response to Supplement (transcript excerpts from the deposition of Mr. William Campbell) (in its entirety).

**IT IS SO ORDERED.**

Date:_____                              _____
                                           HONORABLE PAUL S. GREWAL
                                           United States Magistrate Judge