UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORDER REGARDING PRIVILEGE LOGS |

On February 15, 2013, the parties filed a Joint Discovery Status Report in which Plaintiffs identified a difficulty in obtaining a witness's privilege log prior to the date of the witness's deposition. *See* ECF No. 327. Henceforth, the parties shall produce privilege logs for witnesses no later than one week prior to their depositions.

**IT IS SO ORDERED.**

Dated: February 20, 2013

_____
LUCY H. KOH
United States District Judge

Master Docket No. 11-CV-2509-LHK
ORDER REGARDING PRIVILEGE LOGS