1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, CA  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James G. Dallal (State Bar No. 277826)
9  JOSEPH SAVERI LAW FIRM
   505 Montgomery Street, Suite 625
10 San Francisco, CA  94111
   Telephone:  (415) 500-6800
11 Facsimile:  (415) 500-6803

12
   *Interim Co-Lead Counsel for Plaintiff Class*
13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                            SAN JOSE DIVISION

17

| 18 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | MASTER DOCKET NO. 11-CV-2509-LHK |
|---|---|---|
| 19 |  | **PLAINTIFFS' SUPPLEMENT REGARDING MOTION TO COMPEL GOOGLE DOCUMENTS** |
| 20 | THIS DOCUMENT RELATES TO: |  |
| 21 | ALL ACTIONS | Date: February 26, 2013<br>Time: 10:00 a.m.<br>Courtroom: 5, 4th floor<br>Judge: Honorable Paul S. Grewal |

1081734.1

PLAINTIFFS' SUPPLEMENT RE
MOTION TO COMPEL
MASTER DOCKET NO. 11-CV-2509-LHK

1    Pursuant to the Stipulation and Order Permitting Supplemental Briefing Regarding
2    Plaintiffs' Motion to Compel Google Documents (Dkt. 324), Plaintiffs hereby summarize the
3    recent testimony of William Campbell. Plaintiffs deposed Mr. Campbell, as previously scheduled
4    and ordered (Dkt. 282), on February 5, 2012.
5    ███████████████████████████████████████████████████████
6    █████████████████████████████████████████████ Opp'n to
7    Motion to Compel at 2; Dkt. 318. ████████████████████████████
8    ████████ Supp. Decl. of Dean M. Harvey ("Supp. Harvey Decl."), Ex. 1 (Campbell Dep. at
9    174:1-176:20). ████████████████████████████████████████████
10   ████████████████ *Id.* at 22:11-13. *See also id.* at 173:23-24 ████████████
11   █████████████████████████████████████████████████████████
12   █████████████████████████████

13   Second, Mr. Campbell testified that he did not have access to Google's confidential
14   information unless a Google employee intentionally provided it to him, such as by copying him
15   on an email and using his intuit.com email address.[1]
16   Third, Mr. Campbell authenticated the publicly-available document Plaintiffs filed with
17   their motion to Compel (Decl. of Dean M. Harvey ISO Plaintiffs' Motion to Compel, Ex. N at
18   22), that describes Intuit's policies regarding inspecting, monitoring, and retrieving "information
19   that is stored or transmitted on Intuit's electronic devices, computers and systems." Campbell
20   Dep. at 184:9-10 ("It's Intuit's operating guidance. They call it the code of conduct and ethics
21   now."). The policy was in effect while Mr. Campbell served on Intuit's Board.[2] *Id.* at 184:13-15.
22   Mr. Campbell confirmed he was not exempt from any aspect of Intuit's policy.[3] Accordingly, the
23   communications were not objectively confidential because Intuit could review them.

---

[1] Campbell Dep. at 71:16-22 ("Just so you know that, I don't -- I did not get written Google documents. I am not on -- was not on their e-mail list, and still, you know, when they have -- so you know this, I mean, I don't have access to any of their confidential information. So this would be a confidential information thing. Unless somebody deliberately copied me on it.)).

[2] Mr. Campbell has been the Chairman of Intuit's Board of Directors since 1998.

[3] Campbell Dep. at 185:1-4 (Q: "Under the subheading 'a,' 'Use of Intuit Resources and Assets,' was there any aspect of this that you were exempted from? A: I don't think I was exempted from anything.").

|   |   |
|---|---|
| Dated: February 13, 2013 | Respectfully submitted,<br><br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br><br>By: */s/ Dean M. Harvey*<br>        Dean M. Harvey<br><br>Richard M. Heimann (State Bar No. 63607)<br>Kelly M. Dermody (State Bar No. 171716)<br>Eric B. Fastiff (State Bar No. 182260)<br>Brendan Glackin (State Bar No. 199643)<br>Dean Harvey (State Bar No. 250298)<br>Anne B. Shaver (State Bar No. 255928)<br>Lisa J. Cisneros (State Bar No. 251473)<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA  94111-3339<br>Telephone:  (415) 956.1000<br>Facsimile:   (415) 956.1008<br><br>Joseph R. Saveri (State Bar No. 130064)<br>Lisa J. Leebove (State Bar No. 186705)<br>James G. Dallal (State Bar No. 277826)<br>JOSEPH SAVERI LAW FIRM<br>505 Montgomery Street, Suite 625<br>San Francisco, CA  94111<br>Telephone:  (415) 500-6800<br>Facsimile:   (415) 500-6803<br><br>*Interim Co-Lead Counsel for Plaintiff Class* |