Mayer Brown LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF PLAINTIFFS' SUPPLEMENT REGARDING MOTION TO COMPEL GOOGLE DOCUMENTS** |

On February 13, 2013, Plaintiffs filed an Administrative Motion to Seal, Pursuant to Civil Local Rule 79-5(d), Portions of Plaintiffs' Supplement Regarding Motion to Compel Google Documents (Dkt. 326) ("Motion to Seal") and lodged under seal certain information contained in (i) Plaintiffs' Supplement Regarding Motion to Google Documents; and (ii) Exhibit 1 to the Supplemental Declaration of Dean M. Harvey in Support of Plaintiffs' Motion to Compel.

Google designated this information "Confidential" or "Confidential-Attorneys-Eyes Only" under the Stipulated Protective Order (Modified by the Court) (Dkt. 107).

On February 20, 2013, Defendant Google Inc. ("Google") filed the Declaration of Eric B. Evans in Support of Plaintiffs' Motion to Seal.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following be filed under seal:

1. The following portions of Plaintiffs' Supplement Regarding Motion to Compel Google Documents: Page 1, lines 5-12; and
2. The following portions of Exhibit 1 to the Supplemental Declaration of Dean M. Harvey in Support of Plaintiffs' Motion to Seal:
   - Page 21, lines 13-16 and lines 19-23;
   - Page 22, lines 13-18;
   - Page 23, line 6;
   - Page 173, lines 6-16 and lines 21-24;
   - Page 174, lines 1-13 and lines 22-24;
   - Page 175, lines 5-22;
   - Page 176, lines 1-25;
   - Page 177, lines 1-15 and lines 18-25; and
   - Page 178, lines 1-9.

**IT IS SO ORDERED.**

Date:_____                          _____
                                       HONORABLE LUCY H. KOH

1                                                  United States District Court Judge