# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

**Magistrate Judge Paul S. Grewal**

Courtroom 5 - 4th Floor

## Civil Minute Order

Date: February 26, 2013                                        Time in Court: 39 minutes

Courtroom Deputy Clerk: Oscar Rivera
Court Reporter: Summer Fisher

---

**TITLE: In Re: High-Tech Employee Antitrust Litigation**
**CASE NUMBER**: CV11-02509 LHK

Plaintiff Attorney(s) present: Dean Harvey and Lisa Leebove
Defendant Attorney(s) present: Donald Falk and Eric Evans

---

### PROCEEDINGS:
**Plaintiff's Motion to Compel Google Documents (Doc. 278)**

Counsel present oral arguments.
The court takes matter under submission; written order after hearing to be issued.

///