**EXHIBIT 1**
**SERVED AND LODGED WITH THE COURT**

**EXHIBIT 2**
**SERVED AND LODGED WITH THE COURT**