**EXHIBIT A: DEPOSITION EXCERPTS**

The attached deposition include:

1. Brown Dep. Pages 152-154.

2. Brown Dep. Page 244-245.

3. Eustace Dep. Pages 67-68; 75-76; 86; 104-105; 124-125; 164-165; and 195.[1]

4. Stover Dep. Pages 17-21; 21-32; 101-116.

---

[1] The deposition of Alan Eustace occurred on February 27, 2013. The attached include portions of the rough transcript, with citations to the transcript pages, found along the right margin. A final version of the transcript, on a rushed basis, will not be available until Monday, March 4, 2013.

1084664.2