**Deposition Excerpts Under Seal**