| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 63607) |
| | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | Brendan P. Glackin (State Bar No. 199643) |
| 3 | Dean M. Harvey (State Bar No. 250298) |
| | Anne B. Shaver (State Bar No. 255928) |
| 4 | Lisa J. Cisneros (State Bar No. 251473) |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 5 | 275 Battery Street, 29th Floor |
| | San Francisco, California 94111-3339 |
| 6 | Telephone: 415.956.1000 |
| | Facsimile: 415.956.1008 |
| 7 | |
| | Joseph R. Saveri (State Bar No. 130064) |
| 8 | Lisa J. Leebove (State Bar No. 186705) |
| | James G. Dallal (State Bar No. 277826) |
| 9 | JOSEPH SAVERI LAW FIRM |
| | 505 Montgomery Street, Suite 625 |
| 10 | San Francisco, California 94111 |
| | Telephone: 415.500.6800 |
| 11 | Facsimile: 415.500.6803 |
| 12 | *Interim Co-Lead Counsel for Plaintiff Class* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LISA J. CISNEROS REGARDING LATE FILING ON MARCH 2, 2013** |

1084892.1

CISNEROS DECL RE 3/2/13 LATE FILING
MASTER DOCKET NO. 11-CV-2509-LHK

I, Lisa J. Cisneros, declare as follows:

1. I am an associate with Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff Cabraser"), Interim Lead Counsel for Plaintiffs and the proposed Class. I make these statements based on personal knowledge and would so testify if called as a witness.

2. I am a member in good standing of the bar of the State of California, as well as the U.S. District Courts for the Northern District of California.

3. Pursuant to this Court's Local Rule 5(e)(4), I hereby submit the following declaration to address the late filing of the parties' Joint Discovery Status Report (Status Report), Docket No. 336, and the accompanying Administrative Motion to Seal, Pursuant to Civil Local Rule 79-5(d), Exhibit A to the March 1, 2013 Joint Discovery Status Report, Docket No. 335.

4. Party approvals as to the final content of the Status Report were received at or near midnight, but then the filing was unexpectedly delayed due to a malfunction on my firm's network which our firm's Director of Information Technology believes was caused by a significant system backup project at that time. We have taken steps to avoid such a problem happening again in the future.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 2, 2013 at San Francisco, California.

/s/ *Lisa J. Cisneros*
LISA J. CISNEROS

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

1084892.1

DECLARATION OF LISA J. CISNEROS
MASTER DOCKET NO. 11-CV-2509-LHK

P