Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' NOTICE OF REQUEST FOR IN CAMERA REVIEW** |

**TO THE COURT, PARTIES, AND ALL COUNSEL OF RECORD:**

Pursuant to the Court's February 28, 2013 Order re: Plaintiffs' Motion to Compel Production, Plaintiffs hereby provide notice to the Court and Google that Plaintiffs respectfully request an "in camera review of all of the documents Google seeks to withhold if Plaintiffs believe that the other communications are not privileged." (Dkt. 334 at 16.)

1  On February 25, 2013, Google produced, for the first time, a de-duplicated and
2  consolidated privilege log, concerning documents Google produced through February 1, 2013.
3  This log updates and consolidates the logs Plaintiffs previously provided the Court in connection
4  with their Motion to Compel. Plaintiffs have attached to this Notice Google's updated log as
5  Exhibit A. The log describes Google's redactions or withholding of its communications with Bill
6  Campbell at his intuit.com email address, at the following log entries: 207, 223, 429-430, 509,
7  533, 540, 546, 554-555, 600, 679, 683-684, 686-688, 702, 739-740, 884, 1019, 1025-1027, 1029-
8  1030, 1032-1034, 1042-1043, 1103, 1172-1173, 1260, 1464, 1557-1558, 1619, 1665, 1733, 1746,
9  1832, 1885, 1888, 1963, 1994-1995, 2000-2001, 2003, 2007, 2014, 2061, 2068, 2114, 2118,
10 2145, 2178, 2207, 2234, 2344- 2347, 2354-2355, 2400, 2410, 2448, 2471, 2528, 2638, 2645,
11 2647, 2677-2678, 2687-2688, 2719-2720, 2779-2781, 2792, 2808, 2831-2832, 2856-2857, 2952,
12 3105-3106, 3109-3112, 3125, 3152, 3155-3157, 3231, 3299, 3699, 4150, 4513, 4558, 4560, 4615,
13 4712, 6269, 6333, 6537, 7079-7080, 7128, 7150, 7166-7167, and 7194-7195. In all of these log
14 numbers, either: (1) there were no attorneys on the communication whatsoever; or (2) an attorney
15 was only copied on the communication.

Dated: March 4, 2013                    Respectfully submitted,

                                        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


                                        By:   /s/ Dean M. Harvey
                                              Dean M. Harvey

                                        Richard M. Heimann (State Bar No. 63607)
                                        Kelly M. Dermody (State Bar No. 171716)
                                        Eric B. Fastiff (State Bar No. 182260)
                                        Brendan P. Glackin (State Bar No. 199643)
                                        Dean M. Harvey (State Bar No. 250298)
                                        Anne B. Shaver (State Bar No. 255928)
                                        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                        275 Battery Street, 29th Floor
                                        San Francisco, California 94111-3339
                                        Telephone: (415) 956-1000
                                        Facsimile: (415) 956-1008

1  Joseph R. Saveri (State Bar No. 130064)
2  Lisa J. Leebove (State Bar No. 186705)
   James G. Dallal (State Bar No. 277826)
   JOSEPH SAVERI LAW FIRM
3  505 Montgomery, Suite 625
   San Francisco, CA 94111
4  Telephone: 415.500.6800
   Facsimile: 415.500.6803
5
   *Interim Co-Lead Counsel for Plaintiffs and the Proposed*
6  *Class*

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28