Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION, PURSUANT TO CIVIL LOCAL RULES 7-3(d) AND 7-11, TO FILE STATEMENT OF RECENT DECISION**<br><br>Date: N/A<br>Time: N/A<br>Courtroom: 8, 4th Floor<br>Judge: The Honorable Lucy H. Koh |

Pursuant to Local Rules 7-3(d) and 7-11, Plaintiffs hereby move to file and serve a *Statement of Recent Decision*, attached hereto as Exhibit A, to bring to the Court's attention a relevant judicial opinion—the United States Supreme Court's recent decision in *Amgen, Inc. v. Connecticut Retirement Plans & Trust Funds*, 2013 U.S. LEXIS 1862, 568 U. S. ____ (2013), decided February 27, 2013.  The *Amgen* decision was published after the hearing date on Plaintiffs' Motion for Class Certification (Dkt. 187).  Pursuant to Local Rule 7-3(d), the *Plaintiffs' Statement of Recent Decision* contains a citation to and provides a copy of the new opinion–without argument.

Pursuant to Local Rule 7-11(a), the instant motion is accompanied by a the *Declaration of Lisa J. Leebove in Support of Plaintiffs' Administrative Motion, Pursuant to Civil Local Rules 7-3(D) and 7-11, to File Statement Of Recent Decision*, attached hereto as Exhibit B.  In addition, a *[Proposed] Order Granting Plaintiffs' Administrative Motion, Pursuant to Civil Local Rules 7-3(D) and 7-11, to File Statement of Recent Decision* shall be lodged with the Court herewith.

Respectfully submitted,

Dated:  March 4, 2013          JOSEPH SAVERI LAW FIRM

By:      */s/ James G. Dallal*
            James G. Dallal

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 500.6803

*Interim Co-Lead Counsel for Plaintiff Class*