EXHIBIT B

1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan Glackin (State Bar No. 199643)
3   Dean Harvey (State Bar No. 250298)
    Anne B. Shaver (State Bar No. 255928)
4   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
5   San Francisco, California  94111-3339
    Telephone:  415.956.1000
6   Facsimile:  415.956.1008

7   Joseph R. Saveri (State Bar No. 130064)
    Lisa J. Leebove (State Bar No. 186705)
8   James G. Dallal (State Bar No.  277826)
    JOSEPH SAVERI LAW FIRM
9   505 Montgomery, Suite 625
    San Francisco, CA 94111
10  Telephone:  415. 500.6800
    Facsimile:  415. 500.6803

11

12  *Interim Co-Lead Counsel for Plaintiff Class*

13  [Additional counsel listed on signature page]

14

15                  IN THE UNITED STATES DISTRICT COURT

16            FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

19  IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
20                                     **DECLARATION OF LISA J. LEEBOVE**
                                       **IN SUPPORT OF PLAINTIFFS'**
21  THIS DOCUMENT RELATES TO:          **ADMINISTRATIVE MOTION,**
                                       **PURSUANT TO CIVIL LOCAL RULES**
22  ALL ACTIONS                        **7-3(d) AND 7-11, TO FILE STATEMENT**
                                       **OF RECENT DECISION**
23
                                       Date:       N/A
24                                     Time:       N/A
                                       Courtroom: 8, 4th Floor
25                                     Judge:      The Honorable Lucy H. Koh

26

27

28

I, LISA J. LEEBOVE, hereby declare and state as follows:

1.      I am an attorney with the Joseph Saveri Law Firm, Interim Co-Lead Counsel for Plaintiffs and the proposed Class. I am a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.      On today's date, Plaintiffs sought Defendants' agreement to stipulate by the close of business to Plaintiffs' filing of a Statement of Recent Decision attaching the United States Supreme Court's recent decision in *Amgen, Inc. v. Connecticut Retirement Plans & Trust Funds*, 2013 U.S. LEXIS 1862, 568 U. S. ____ (2013), decided February 27, 2013.  Defendants did not agree to so stipulate.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed March 4, 2013, in San Francisco, California.

By:   _____
              Lisa J. Leebove