1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, California  94111-3339
   Telephone:  415.956.1000
6  Facsimile:  415.956.1008

7  Joseph R. Saveri (State Bar No. 130064)
   Lisa J. Leebove (State Bar No. 186705)
8  James G. Dallal (State Bar No.  277826)
   JOSEPH SAVERI LAW FIRM
9  505 Montgomery, Suite 625
   San Francisco, CA 94111
10 Telephone:  415. 500.6800
   Facsimile:  415. 500.6803
11

12 *Interim Co-Lead Counsel for Plaintiff Class*

13 [Additional counsel listed on signature page]

14

15                IN THE UNITED STATES DISTRICT COURT

16              FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                          SAN JOSE DIVISION

18

| 19 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|---|
| 20 | | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION, PURSUANT TO CIVIL LOCAL RULES 7-3(d) AND 7-11, TO FILE STATEMENT OF RECENT DECISION** |
| 21 | THIS DOCUMENT RELATES TO: | |
| 22 | ALL ACTIONS | |
| 23 | | |
| 24 | | Date:       N/A |
| 25 | | Time:       N/A<br>Courtroom: 8, 4th Floor<br>Judge:      The Honorable Lucy H. Koh |
| 26 | | |

27

28

Having reviewed *Plaintiffs' Administrative Motion, Pursuant To Civil Local Rules 7-3(d) And 7-11, To File Statement Of Recent Decision,* and good cause appearing therefor, Plaintiffs' motion is hereby GRANTED.

IT IS SO ORDERED.

Dated: March _____, 2013

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE