**United States District Court**
**For the Northern District of California**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| | ORDER RE: DEPOSITION OBJECTIONS |
| THIS DOCUMENT RELATES TO: | |
| **ALL ACTIONS** | |

In light of the parties' Joint Discovery Status Report, the Court ORDERS that the parties must limit their objections during deposition to "Object as to form" unless the non-objecting party requests the basis for the objection or the objection is based on privilege.

**IT IS SO ORDERED.**

Dated: March 8, 2013

_____
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-CV-02509-LHK
ORDER RE: DEPOSITION OBJECTIONS