KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge:    Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date: November 12, 2013 |
|---|---|

Pursuant to Local Civil Rules 7-3(d) and 7-11, Defendants request permission to file a Statement of Recent Decision, attached hereto as Exhibit 1, to bring to the Court's attention the relevant judicial opinion *Wang v. Chinese Daily News, Inc.*, Ninth Circuit Case No. 08-55483, published on March 4, 2013.  The *Wang* decision was published after the hearing date on Plaintiffs' Motion for Class Certification [Dkt. 187].

Pursuant to Local Rule 7-11(a), this motion is accompanied by a Stipulation and [Proposed] Order Granting Defendants' Administrative Motion to File Statement of Recent Decision.

Dated:  March 8, 2013  KEKER & VAN NEST LLP

By: */s/ Justina K. Sessions*
Justina K. Sessions

John Keker
Daniel Purcell
Eugene M. Paige
Justina K. Sessions
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

Dated:  March 8, 2013  O'MELVENY & MYERS LLP

By: */s/ Michael F. Tubach*
Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendant APPLE INC.*

| | | |
|---|---|---|
| 1 | Dated: March 8, 2013 | JONES DAY |
| 2 | | |
| 3 | | By: /s/ David C. Kiernan<br>        David C. Kiernan |
| 4 | | Robert A. Mittelstaedt |
| 5 | | Craig A. Waldman<br>David C. Kiernan |
| 6 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 7 | | Telephone:  (415) 626-3939<br>Facsimile:   (415) 875-5700 |
| 8 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 9 | Dated: March 8, 2013 | JONES DAY |
| 10 | | |
| 11 | | By: /s/ Robert A. Mittelstaedt<br>        Robert A. Mittelstaedt |
| 12 | | Robert A. Mittelstaedt |
| 13 | | Craig E. Stewart<br>555 California Street, 26th Floor |
| 14 | | San Francisco, CA  94104<br>Telephone:  (415) 626-3939 |
| 15 | | Facsimile:   (415) 875-5700 |
| 16 | | Catherine T. Zeng<br>1755 Embarcadero Road |
| 17 | | Palo Alto, CA 94303<br>Telephone:  (650) 739-3939 |
| 18 | | Facsimile:   (650) 739-3900 |
| 19 | | *Attorneys for Defendant INTUIT INC.* |
| 20 | Dated: March 8, 2013 | MAYER BROWN LLP |
| 21 | | By: /s/ Lee H. Rubin<br>        Lee H. Rubin |
| 22 | | |
| 23 | | Lee H. Rubin<br>Edward D. Johnson |
| 24 | | Donald M. Falk<br>Two Palo Alto Square |
| 25 | | 3000 El Camino Real, Suite 300<br>Palo Alto, CA  94306-2112 |
| 26 | | Telephone:  (650) 331-2057<br>Facsimile:   (650) 331-4557 |
| 27 | | *Attorneys for Defendant GOOGLE INC.* |
| 28 | | |

Dated: March 8, 2013    BINGHAM McCUTCHEN LLP

By: _/s/ Frank M. Hinman_
     Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

Dated: March 8, 2013    COVINGTON & BURLING LLP

By: _/s/ Emily Johnson Henn_
     Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA 94065
Telephone: (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

DEFENDANTS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733648.01