1  KEKER & VAN NEST LLP
   JOHN KEKER - # 49092
2  jkeker@kvn.com
   DANIEL PURCELL - # 191424
3  dpurcell@kvn.com
   EUGENE M. PAIGE - # 202849
4  epaige@kvn.com
   633 Battery Street
5  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
6  Facsimile:     415 397 7188

7  Attorneys for Defendant
   LUCASFILM LTD.
8

9                UNITED STATES DISTRICT COURT

10               NORTHERN DISTRICT OF CALIFORNIA

11                       SAN JOSE DIVISION

12 | IN RE: HIGH-TECH EMPLOYEE | Case No. 3:11-cv-2509-LHK
   | ANTITRUST LITIGATION |
13 | | **STIPULATION AND [PROPOSED]**
   | | **ORDER GRANTING DEFENDANTS'**
14 | THIS DOCUMENT RELATES TO: | **ADMINISTRATIVE MOTION TO FILE**
   | | **STATEMENT OF RECENT DECISION**
15 | ALL ACTIONS |
   | | Judge:    Hon. Lucy H. Koh
16 | |
   | | Date Consol. Amended Compl. Filed:
17 | | September 13, 2011
18 | | Trial Date: November 12, 2013

19
20
21
22
23
24
25
26
27
28

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01

1  Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs and Defendants jointly submit this Stipulation and Proposed Order allowing Defendants to file a Statement of Recent Decision.

WHEREAS Defendants wish to file a Statement of Recent Decision in order to bring the recent Ninth Circuit decision *Wang v. Chinese Daily News, Inc.* to the Court's attention.

WHEREAS Plaintiffs do not stipulate that the *Wang* decision is relevant, Plaintiffs also do not oppose the filing of Defendants' Statement of Recent Decision.

Therefore, subject to the approval of this Court, Plaintiffs and Defendants hereby stipulate and agree to the filing of Defendants' Statement of Recent Decision.

Dated:  March 8, 2013        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Kelly M. Dermody*
     Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Co-Lead Counsel for Plaintiff Class*

Dated:  March 8, 2013        JOSEPH SAVERI LAW FIRM

By: */s/ Joseph R. Saveri*
     Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

1
STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01

| | | |
|---|---|---|
| Dated: March 8, 2013 | | O'MELVENY & MYERS LLP |

By: */s/ Michael F. Tubach*
   Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated:  March 8, 2013   KEKER & VAN NEST LLP

By: */s/ Justina K. Sessions*
   Justina K. Sessions

John W. Keker
Daniel Purcell
Eugene M. Page
Justina K. Sessions
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 381-5400
Facsimile:   (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

Dated:  March 8, 2013   JONES DAY

By: */s/ David C. Kiernan*
   David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

2
STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01

1  Dated: March 8, 2013          JONES DAY

2

3                                By: /s/ Robert A. Mittelstaedt
                                     Robert A. Mittelstaedt

4                                Robert A. Mittelstaedt
                                 Craig E. Stewart
5                                555 California Street, 26th Floor
                                 San Francisco, CA  94104
6                                Telephone:  (415) 626-3939
                                 Facsimile:   (415) 875-5700
7
                                 Catherine T. Zeng
8                                1755 Embarcadero Road
                                 Palo Alto, CA 94303
9                                Telephone:  (650) 739-3939
                                 Facsimile:   (650) 739-3900
10
                                 *Attorneys for Defendant INTUIT INC.*
11
   Dated: March 8, 2013          MAYER BROWN LLP
12

13                                By: /s/ Lee H. Rubin
                                     Lee H. Rubin
14
                                 Lee H. Rubin
15                               Edward D. Johnson
                                 Donald M. Falk
16                               Two Palo Alto Square
                                 3000 El Camino Real, Suite 300
17                               Palo Alto, CA  94306-2112
                                 Telephone:  (650) 331-2057
18                               Facsimile:   (650) 331-4557

19                               *Attorneys for Defendant GOOGLE INC.*

20 Dated: March 8, 2013          BINGHAM McCUTCHEN LLP

21
                                 By: /s/ Frank M. Hinman
22                                   Frank M. Hinman

23                               Donn P. Pickett
                                 Frank M. Hinman
24                               Three Embarcadero Center
                                 San Francisco, CA  94111
25                               Telephone:  (415) 393-2000
                                 Facsimile:   (415) 383-2286
26
                                 *Attorneys for Defendant INTEL CORPORATION*
27

28

3

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01

| | |
|---|---|
| Dated: March 8, 2013 | COVINGTON & BURLING LLP |

By: */s/ Emily Johnson Henn*
      Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

     IT IS SO ORDERED.

Dated:                                      By: _____
                                                       HON. LUCY H. KOH
                                                       UNITED STATES DISTRICT JUDGE

4

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01