KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA K. SESSIONS - #270914
jsessions@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**PLAINTIFFS' AND LUCASFILM'S CORRECTIONS TO JOINT CASE MANAGEMENT STATEMENT**<br><br>Date:          March 13, 2013<br>Time:          2:00 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:        Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date:  November 12, 2013 |

733765.01

1

2     Counsel for both Plaintiffs and Lucasfilm Ltd. ("Lucasfilm") jointly submit this

3  addendum to correct two errors in the Case Management Conference Statement ("CMC

4  Statement") dated March 6, 2013 [Dkt. 340] that appear to have resulted from misunderstandings

5  on each side.

6     First, Plaintiffs wish to correct their statement that, on March 4, 2013, Lucasfilm produced

7  "an additional 72,213 pages of documents," that "increased the volume of [Lucasfilm's]

8  production to date by nearly 50%," CMC Statement at 4 n.3., a statement Plaintiffs made based

9  on the Bates range indicated in Lucasfilm's cover letter which Plaintiffs also confirmed in

10  discussions with Lucasfilm's counsel.  However, Lucasfilm's March 4 production actually only

11  consisted of 971 documents and 6,947 pages, equivalent to 1.3% of the documents and 3.2% of

12  the pages Lucasfilm had previously produced.

13     Second, Lucasfilm wishes to correct its statement that Plaintiffs did not ask to depose

14  Steve Condiotti until January 2013.  CMC Statement at 6.  In fact, certain counsel for Plaintiffs

15  first requested Mr. Condiotti's deposition by letter to certain counsel for Lucasfilm on November

16  30, 2012.  During January and February 2013, Plaintiffs and Lucasfilm conferred and agreed that

17  Mr. Condiotti would be treated as a document custodian and also agreed on the schedule for

18  production of Mr. Condiotti's documents.

19     Although counsel for Plaintiffs and counsel for Lucasfilm reviewed drafts and met and

20  conferred in good faith, neither party identified the errors prior to the CMC Statement's filing.

21  The parties regret any inconvenience to the Court.

22

23  Dated:  March 8, 2013                              KEKER & VAN NEST LLP

24                                                  By:  */s/ Justina K. Sessions___*

25                                                       JUSTINA K. SESSIONS
                                                        Attorneys for Defendant
26                                                       LUCASFILM LTD.

27

28

1  Dated:  March 8, 2013                     JOSEPH SAVERI LAW FIRM

2

3                                            By:  /s/  *Joseph R. Saveri*  _____
                                                   Joseph R. Saveri

4                                            Joseph R. Saveri (State Bar No. 130064)
                                             Lisa J. Leebove (State Bar No. 186705)
5                                            James G. Dallal (State Bar No.  277826)
                                             JOSEPH SAVERI LAW FIRM
6                                            505 Montgomery, Suite 625
                                             San Francisco, CA 94111
7                                            Telephone:  415. 500.6800
                                             Facsimile:   415. 500.6803
8
                                             *Interim Co-Lead Counsel for Plaintiff Class*
9
10 Dated:  March 8, 2013                     LIEFF, CABRASER, HEIMANN &
                                             BERNSTEIN, LLP
11

12                                           By:  /s/ *Kelly M. Dermody*  _____
                                                   Kelly M. Dermody

13                                           Richard M. Heimann (State Bar No. 63607)
                                             Kelly M. Dermody (State Bar No. 171716)
14                                           Eric B. Fastiff (State Bar No. 182260)
                                             Brendan Glackin (State Bar No. 199643)
15                                           Dean Harvey (State Bar No. 250298)
                                             Anne B. Shaver (State Bar No. 255928)
16                                           275 Battery Street, 29th Floor
                                             San Francisco, California  94111-3339
17                                           Telephone:  415.956.1000
                                             Facsimile:  415.956.1008
18
                                             *Interim Co-Lead Counsel for Plaintiff Class*
19

20 **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in

21 the filing of this document has been obtained from all signatories.

22

23

24

25

26

27

28

PLAINTIFFS' AND LUCASFILM'S CORRECTIONS TO JOINT CASE MANAGEMENT STATEMENT
Case No. 3:11-cv-2509-LHK

733765.01