MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant
Google Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ERIC B. EVANS IN SUPPORT OF DEFENDANT GOOGLE INC.'S RESPONSE IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL EXHIBIT A TO THE MARCH 1, 2013 JOINT DISCOVERY STATUS REPORT** |

I, Eric B. Evans, declare as follows:

1. I am a partner with the law firm of Mayer Brown LLP, counsel for Defendant Google, Inc. ("Google") in the above-captioned matter. I am admitted to practice law before this Court. I submit this declaration in support of Defendant Google's Response in Support of Plaintiffs' Administrative Motion to Seal, Pursuant to Civil Local Rule 79-5(d), Exhibit A to the March 1, 2013 Joint Discovery Status Report ("Google's Response in Support of Motion to Seal") that is being filed concurrently herewith. As an attorney involved in the defense of this

1 action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

2. I have read and reviewed Exhibit A to the March 1, 2013 Joint Discovery Status Report, which contains transcript excerpts from the depositions of Shona Brown on January 30, 2013, and Alan Eustace on February 27, 2013. Select portions of these transcripts excerpts quote from or are relate to documents that Google has designated as Highly Confidential – Attorneys' Eyes;' Only because those documents contain discussions concerning (1) the development and implementation of Google's recruiting strategies and policies; (2) discussions about competitors' recruiting strategies; (3) identification of candidates for employment; (4) Google's competitively sensitive relations with its business partners or (5) features of Google's compensation programs. This information is similar to the competitively sensitive information that this Court has previously ruled could be sealed and for which Google has submitted numerous other sealing declarations. *See*, *e.g*. Declaration of Frank Wagner (Dkt. 261).

3. Accordingly, and for the reasons articulated in this Court's January 15, 2013 Order Granting in Part and Denying in Part Motions to Seal (Dkt. 273), these excerpts contain highly confidential information, and Google would suffer competitive harm if such excerpts were made public.

4. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on March 8, 2013 in Palo Alto, California.

                                                  _s/ Eric B. Evans_____
                                                  Eric B. Evans