Mayer Brown LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PORTIONS OF EXHIBIT A TO THE MARCH 1, 2013 JOINT DISCOVERY STATUS REPORT** |

1   On March 1, 2013, Plaintiffs filed an Administrative Motion to Seal, Pursuant to Civil
2   Local Rule 79-5(d), Portions of Plaintiffs' Supplement Regarding Motion to Compel Google
3   Documents (Dkt. 336) ("Motion to Seal") and lodged under seal Exhibit A to the March 1, 2013
4   Joint Discovery Status Report.

5   Google designated this information "Confidential" or "Confidential-Attorneys-Eyes
6   Only" under the Stipulated Protective Order (Modified by the Court) (Dkt. 107).

7   On March 8, 2013, Defendant Google Inc. ("Google") filed the Declaration of Eric B.
8   Evans in Support of Plaintiffs' Motion to Seal.

9   GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the
10  redacted version of Exhibit A to the March 1, 2013 Joint Discovery Report submitted by Google
11  on March 8, 2013 be filed in the public docket and the redacted portions of the document be
12  sealed.

13  **IT IS SO ORDERED.**

14  Date:_____                           _____
15                                          HONORABLE LUCY H. KOH
                                            United States District Court Judge