MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2061

*Attorneys for Defendant
Google Inc.*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANT GOOGLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO FEBRUARY 28, 2013 SEALING ORDER** |

Pursuant to N.D. Cal. Civ. L.R. 7-11 and 79-5 and the Court's Order Granting-in-Part Motions to Seal dated February 28, 2013 (Dkt. 333) ("Sealing Order"), Defendant Google Inc. ("Google") hereby renews its administrative motion to seal certain information contained in Plaintiffs' and Google's papers and documents relating to Plaintiffs' motion to compel production of documents from Google.  In particular, and in accordance with the Sealing Order, Google renews its request to seal the following information:

(i) Portions of Plaintiffs' Notice of Motion and Motion to Compel Google Documents (proposed redacted version attached as Exhibit 1);

(ii) Portions of the Declaration of William Campbell in Support of Google's Response to Plaintiffs' Motion to Compel ("Campbell Declaration") (proposed redacted version attached as Exhibit 2);

(iii) Portions of Exhibit 1 to the Supplemental Declaration of Dean M. Harvey in Support of Plaintiffs' Motion to Compel ("Exhibit 1 to the Harvey Declaration"), which contain transcript excerpts from the deposition of William Campbell (proposed redacted version attached as Exhibit 3); and

(iv) Portions of Google's Inc.'s Supplement Regarding Plaintiffs' Motion to Compel Production of Documents (proposed redacted version attached as Exhibit 4).

This information has been designated Confidential or Attorneys-Eyes Only under the Stipulated Protective Order (Modified by the Court) (Dkt. No. 107).  Google is filing the accompanying Declaration of Anne M. Selin ("Selin Declaration") in support of Google's renewed sealing request.

**I.     LEGAL STANDARD**

Rule 26(c) of the Federal Rules of Civil Procedure provides broad discretion for a trial court to permit sealing of court documents for, inter alia, the protection of "a trade secret or other confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G). The Ninth Circuit has "carved out an exception to the presumption of access to judicial records for a sealed discovery document [attached] to a nondispositive motion," where the requesting party shows good cause exists to keep the records under seal. *Navarro v. Eskanos & Adler*, No.

C-06 02231, 2007 U.S. Dist. LEXIS 24864, at *6 (N.D. Cal. March 22, 2007) (citing *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("[A] 'particularized showing' under the 'good cause' standard of Rule 26(c) will 'suffice[] to warrant preserving the secrecy of sealed discovery material attached to nondispositive motions."); *see also Pintos v. Pacific Creditors Assoc.*, 565 F.3d 1106, 1115 (9th Cir. 2009) ("In light of the weaker public interest in nondispositive materials, we apply the 'good cause' standard when parties wish to keep them under seal.").

### II. GOOGLE HAS MADE REDACTIONS TO PLAINTIFFS' MOTION TO COMPEL THAT COMPLY WITH THE COURT'S SEALING ORDER.

Pursuant to the Court's Sealing Order, Google has made limited redactions to Plaintiffs' Motion to Compel of excerpts that quote or describe email communications (namely, Exhibits E, K, L and M) for which this Court has already granted Google's sealing requests. Dkt. 333 at 5. Accordingly, Google has made specific and narrowly tailored redactions and only seeks to seal those portions of the Motion to Compel that describe and reveal the information in those exhibits. Selin Decl. ¶ 5.

### III. GOOGLE HAS MADE NARROWLY TAILORED REDACTIONS REGARDING ITS SEALING REQUESTS FOR INFORMATION RELATED TO BILL CAMPBELL.

In addition, and also in accordance with the Court's Sealing, Google renews its sealing requests related to information about "Campbell's compensation and his Social Security Number." Sealing Order at 4: 5-7. In its Sealing Order, the Court ruled that information related to "the amount and nature of [Mr. Campbell's] compensation" with Google, as well as his Social Security Number, could properly be sealed. *Id.* at 3:16-17. Accordingly, Google has made particularized redactions that reflect this information included in (1) the Campbell Declaration, (2) Exhibit 1 to the Harvey Declaration (Campbell deposition excerpts), and (3) Google's Supplement. Selin Decl. ¶ 4.

### CONCLUSION

For the foregoing reasons, Google respectfully renews its requests that this Court order portions of the above-mentioned documents to be placed under seal. In accordance with Civil

1  Local Rule 79-5(d), a proposed sealing order granting the Renewed Administrative Motion to
2  Seal will be lodged with the Clerk in hard copy and served on counsel for Plaintiffs.  Pursuant to
3  this Court's January 11, 2013 Order, a copy of Exhibits 1 through 4 that contain Google's
4  proposed redactions highlighted in yellow are attached (under seal) as Exhibits 5 through 8.  In
5  accordance with Civil Local Rule 79-5(c), Google's proposed redacted versions of Exhibits 1
6  through 4 will be lodged with the Clerk in hard copy within a sealed envelope and will be served
7  on counsel for Plaintiffs.

Dated:  March 12, 2013     MAYER BROWN LLP

By:     */s/ Anne M. Selin*
        Anne M. Selin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Eric Evans
Anne M. Selin
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant Google Inc.*