MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant
Google Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DECLARATION OF ANNE M. SELIN IN SUPPORT OF DEFENDANT GOOGLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO FEBRUARY 28, 2013 SEALING ORDER** |

I, Anne M. Selin, declare as follows:

1. I am an attorney with the law firm of Mayer Brown LLP, counsel for Defendant Google, Inc. ("Google") in the above-captioned matter. I am admitted to practice law before this Court. I submit this declaration in support of Defendant Google's Renewed Administrative Motion to File Under Seal that is being filed concurrently herewith. As an attorney involved in the defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

2. I have read and reviewed the Declaration of Laszlo Bock filed on January 25, 2013 (Dkt. 319-3), which describes the competitive harm that Google would suffer if the manner in which Bill Campbell has been, and continues to be, compensated for his work as a senior advisor to Google were made public.

3. I also have read and reviewed Plaintiffs' and Google's papers relating to Plaintiffs' motion to compel that reference Mr. Campbell's relationship to Google. I understand that Google previously sought to seal information about the services Mr. Campbell provided to Google. On February 28, 2103, the Court denied the request to seal information about Mr. Campbell's "relationship to Google" but held that "parts of the documents properly may be sealed, such as Campbell's Social Security number" and the "amount and nature of his compensation." Dkt. 333 at 4-5. The Court held that Google could renew its motion to seal "with narrowly tailored" redactions of that information. *Id.* at 4.

4. Google has identified and made specific and narrowly tailored redactions to the following documents that contain confidential and highly sensitive details about Mr. Campbell's compensation, as well as private and personal information such as his Social Security Number and home address: (1) the Declaration of William Campbell in Support of Google's Response to Plaintiffs' Motion to Compel, (2) Exhibit 1 to the Supplemental Declaration of Dean M. Harvey in Support of Plaintiffs' Motion to Compel, and (3) Google's Supplement Regarding Plaintiffs' Motion to Compel Production of Documents. Google's proposed redactions to the above-mentioned documents are attached to Defendants' renewed administrative motion to seal.

5. I also understand that this Court granted Google's request to file under seal Exhibits E, K, L and M to the Declaration of Dean M. Harvey in their entirety, as well as portions of Exhibits D and J in redacted form. Dkt. 333 at 5. Accordingly, Google has identified and made specific and narrowly tailored redactions of those portions of the Motion to Compel that describe and reveal the information in those exhibits.

1   I declare under penalty of perjury under the laws of the United States of America that the
2   foregoing is true and correct. Executed on March 12, 2013 in Palo Alto, California.

*[signature]*
Anne M. Selin