Mayer Brown LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GOOGLE INC.'S RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO FEBRUARY 28, 2013 SEALING ORDER** |

On February 28, 2013, the Court issued its Order Granting-in-Part Motions to Seal (Dkt. 333) related to Plaintiffs' and Defendant Google Inc.'s ("Google") various papers regarding Plaintiffs' motion to compel production of documents from Google. In its Order, the Court granted certain of Google's requests to seal and also held that Google could renew its motion to seal with narrowly tailored redactions of certain information related to Bill Campbell. On March 12, 2013, Google filed its Renewed Administrative Motion to File Under Seal Pursuant to the February 28, 2013, Sealing Order ("Renewed Motion to Seal"). In support of Google's renewed administrative motion to seal, Google filed the Declaration of Anne M. Selin.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following be placed under seal (and as reflected in the proposed redactions accompanying Google's Renewed Motion to Seal):

(1) The following portions of Plaintiffs' Motion to Compel: Pages 2:17-20, 5:15-25, 5:28, and 6:1-5;

(2) Information related to compensation, as well as personal contact and social security information, that is contained in the Declaration of William Campbell in Support of Google's Response to Plaintiffs' Motion to Compel;

(3) The following portions of Exhibit 1 to the Supplemental Declaration of Dean M. Harvey in Support of Plaintiffs' Motion to Compel: Pages 175:20-21, 175:24-25, 176:3-7, 176:10-12, 176:14-15, and 177:19-25; and

(4) Page 1, lines 8-11, of Google's Supplement Regarding Plaintiffs' Motion to Compel Production of Documents.

**IT IS SO ORDERED.**

Date:_____                            _____
                                         HONORABLE PAUL S. GREWAL
                                         United States Magistrate Judge