# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO<br><br>ALL ACTIONS | Case No: 11-CV-2509-LH<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE<br>(CIVIL LOCAL RULE 11-3) |

I, __John W. Nields, Jr.__, an active member in good standing of the bar of __the District of Columbia__, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: __PIXAR__ in the above-entitled action. My local co-counsel in this case is __Emily Johnson Henn__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Covington & Burling, LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, D.C. 20004 | Covington & Burling, LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (202) 662-5058 | (650) 632-4700 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| jnields@cov.com | ehenn@cov.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __328955__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 12, 2013

_____
John W. Nields, Jr.
APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __John W. Nields, Jr.__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: March 13, 2013

_____
Lucy H. Koh
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER



# District of Columbia Court of Appeals
## Committee on Admissions
430 E Street, N.W. — Room 123
Washington, D. C. 20001
202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

## JOHN W. NIELDS, JR.

was on NOVEMBER 24, 1980 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on March 12, 2013.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk