UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-MD-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown
Reporter: Lee-Anne Shortridge
Length of Hearing:

Plaintiffs' Attorneys: Joseph R. Saveri, Kelly M. Dermody, Brendan P. Glackin, Anne B. Shaver, Lisa J. Leebove, James G.B. Dallal

Defendants' Attorneys: Robert A. Mittelstaedt and Catherine T. Zeng for Intuit, Inc. and Adobe Systems, Inc.; Michael Tubach, Christina Brown, and George Riley for Apple Inc.; Eric Evans and Edward Johnson for Google Inc.; Donn P. Pickett for Intel Corp.; Eugene Paige and Cody Haris for Lucasfilm Ltd.; Emily J. Henn and John Neilds for Pixar.

    A case management conference was held on March 13, 2013. A further case management conference is set for April 2, 2013, at 2:00 p.m.

    The parties shall file a joint case management statement no later than April 1, 2013, at 2:00 p.m. In their joint case management statement the parties shall provide the court with a proposed schedule for ADR.

    The parties shall file updates regarding the status of discovery and the dates of all outstanding depositions on March 15, 2013, March 22, 2013, and March 29, 2013.

    All defendants shall file a statement listing the number of produced documents (if any) that contained redactions based on a lack of responsiveness or relevance by March 14, 2013. Defendants shall also state whether or not a redaction log was produced.

    Apple shall complete its document production and produce its privileged log by March 15, 2013.

Case No.: 11-MD-2509-LHK
CASE MANAGEMENT ORDER

Intuit and Adobe shall complete their document productions by March 14, 2013, and shall produce their privilege logs on March 21, 2013.

Lucasfilm shall produce its privilege log by March 15, 2013.

Pixar shall complete its document production by March 19, 2013.

Intel shall complete its document production by March 20, 2013, and shall produce its privilege log by March 22, 2013.

Google shall meet and confer with Plaintiffs regarding all documents Google wishes to redact due to lack of responsiveness or lack of relevance by March 15, 2013.  By March 17, 2013, Google shall reproduce without any redactions documents that Google previously redacted on the basis of lack of responsiveness or lack of relevance and previously produced in redacted form.

**IT IS SO ORDERED.**

Dated:  March 13, 2013

_____
LUCY H. KOH
United States District Judge

Case No.: 11-MD-2509-LHK
CASE MANAGEMENT ORDER