```
 1   ROBERT T. HASLAM (S.B. #71134)
     rhaslam@cov.com
 2   EMILY JOHNSON HENN (S.B. #269482)
     ehenn@cov.com
 3   COVINGTON & BURLING LLP
     333 Twin Dolphin Dr., Suite 700
 4   Redwood Shores, CA  94065
     Telephone:    (650) 632-4700
 5   Facsimile:    (650) 632-4800

 6   DEBORAH A. GARZA (pro hac vice)
     dgarza@cov.com
 7   JOHN W. NIELDS JR. (pro hac vice)
     jnields@cov.com
 8   THOMAS A. ISAACSON (pro hac vice)
     tisaacson@cov.com
 9   CHINUE RICHARDSON (pro hac vice)
     crichardson@cov.com
10   COVINGTON & BURLING LLP
     1201 Pennsylvania Avenue NW
11   Washington, DC 20004
     Telephone:    (202) 662-6000
12   Facsimile:    (202) 662-6291

13   Attorneys for Defendant
     PIXAR
```

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANT PIXAR'S STATEMENT REGARDING DOCUMENT REDACTIONS** |

Pursuant to the Court's March 13, 2013 Case Management Order (Dkt. 350), Defendant Pixar confirms that it has not produced any documents containing redactions that were made based on a lack of responsiveness or relevance.

DEFENDANT PIXAR'S STATEMENT REGARDING
DOCUMENT REDACTIONS
Master Docket No. 11-CV-2509-LHK

| | |
|---|---|
| March 14, 2013 | COVINGTON & BURLING LLP |
| | By /s/ Emily Johnson Henn |
| | Emily Johnson Henn |
| | ATTORNEYS FOR DEFENDANT PIXAR |