MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2061

*Attorneys for Defendant
Google Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANT GOOGLE INC.'S STATEMENT REGARDING REDACTIONS** |

1  Pursuant to this Court's Case Management Order of March 13, 2013 ("Order," Dkt. 350),
2  Defendant Google Inc. confirms that it has produced 768 documents containing redactions that
3  were made based on a lack of responsiveness or relevance. Google did not provide a log of these
4  redactions for lack of responsiveness or relevance, though each such redaction was marked
5  "Redacted – Not Responsive."

6  Also pursuant to this Court's Order, Google will produce versions of these 768
7  documents that do not include any redactions based on a lack of responsiveness or relevance to
8  Plaintiffs by Sunday, March 17, 2013.

9  Finally, and also pursuant to this Court's Order, Google will meet and confer with
10 Plaintiffs regarding other documents Google is considering to redact due to lack of
11 responsiveness or lack of relevance on March 15, 2013.

12 .

13 Dated: March 14, 2013     MAYER BROWN LLP

15                            By:    */s/ Eric B. Evans*
                                     Eric B. Evans

16                            Lee H. Rubin
17                            Edward D. Johnson
                              Donald M. Falk
18                            Eric Evans
                              Two Palo Alto Square
19                            3000 El Camino Real, Suite 300
                              Palo Alto, CA 94306-2112
20                            Telephone: (650) 331-2057
                              Facsimile: (650) 331-4557

21                            *Attorneys for Defendant Google Inc.*