KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**LUCASFILM LTD.'S STATEMENT REGARDING REDACTIONS IN ITS DOCUMENT PRODUCTION**<br><br>Judge:       Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date:  November 12, 2013 |

   Pursuant to the Court's March 14, 2013 Case Management Order [Dkt. # 350], Defendant Lucasfilm Ltd. ("Lucasfilm") makes the following statement regarding redactions based on a lack of responsiveness or relevance, as opposed to redactions for privilege or privacy reasons.

   Lucasfilm has produced 76,480 documents in this litigation, amounting to 221,115 pages.

   To protect individual employees' privacy, Lucasfilm redacted from its compensation data the names, compensation, and other similar information of Lucasfilm employees that Plaintiffs have excluded from their class definition, including non-salaried employees (e.g., hourly or union employees) and high-level executives.  This category of redactions covered approximately 1,000 documents, the vast majority of which consisted of iterations of the same compensation

1
LUCASFILM LTD.'S STATEMENT REGARDING REDACTIONS IN ITS DOCUMENT PRODUCTION
Case No. 3:11-cv-2509-LHK

734908.01

1  spreadsheet produced multiple times.

2      Lucasfilm also made a limited number of redactions for non-responsiveness when the
3  information in question solely concerned Lucasfilm's operations outside the United States (e.g.,
4  in Singapore or Canada).  Because Plaintiffs' class definition has always excluded non-U.S.
5  employees, such information was not responsive to Plaintiffs' discovery requests.  This category
6  of redactions covered approximately 200 documents.

7      Lucasfilm produced two redaction logs: one on July 16, 2012, and another on March 13,
8  2013.  Because the above categories of information were not responsive to their discovery
9  requests, Lucasfilm did not log redactions for non-responsiveness.  Instead, Lucasfilm logged
10 redactions for privilege, and, to the extent any document redacted for privilege also included a
11 redaction for non-responsiveness, Lucasfilm also noted the redaction for non-responsiveness in its
12 log.

14 Dated:  March 14, 2013                           KEKER & VAN NEST LLP

16                                                  By:  */s/ Justina K. Sessions*
                                                         JUSTINA K. SESSIONS

17                                                       Attorneys for Defendant
18                                                       LUCASFILM LTD.