GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
AMANDA R. CONLEY (Bar. No. 281270)
aconley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**STATEMENT OF APPLE INC. REGARDING RESPONSIVENESS OR RELEVANCE REDACTIONS** |

1  Pursuant to the Court's March 13, 2013 Case Management Order (Dkt. 350), Apple Inc.
2  confirms that it has not redacted any information based on a lack of responsiveness or relevance
3  from the documents it produced.  As a result, Apple did not produce a log for any such
4  redactions.

6  Dated: March 14, 2013         O'MELVENY & MYERS LLP

8                                By:    /s/ Michael F. Tubach
                                        Michael F. Tubach

   George A. Riley
   Michael F. Tubach
   Christina J. Brown
   Amanda R. Conley
   Two Embarcadero Center, 28th Floor
   San Francisco, CA  94111
   Telephone:  (415) 984-8700
   Facsimile:  (415) 984-8701

   Attorneys for Defendant Apple Inc.