BINGHAM MCCUTCHEN LLP
DONN P. PICKETT (SBN 72257)
FRANK M. HINMAN (SBN 157402)
KRYSTAL N. BOWEN (SBN 163972)
SUJAL J. SHAH (SBN 215230)
SUSAN J. WELCH (SBN 262320)
FRANK BUSCH (SBN 258288)

Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:  415.393.2000
Facsimile:  415.393.2286
donn.pickett@bingham.com
frank.hinman@bingham.com
krystal.bowen@bingham.com
sujal.shah@bingham.com
susan.welch@bingham.com
frank.busch@bingham.com

Attorneys for Defendant
Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANT INTEL CORPORATION'S STATEMENT REGARDING REDACTIONS BASED ON A LACK OF RESPONSIVENESS OR RELEVANCE** |

1   Pursuant to this Court's Case Management Order of March 13, 2013 ("Order," Dkt. 350), Defendant Intel Corporation confirms that it produced 33 documents containing redactions that were made based on a lack of responsiveness or relevance. These documents consist of minutes of Board of Director meetings, Board Committee meetings, or annual stockholders' meetings and were produced on June 15, 2012. Many of these documents contain numerous lengthy, non-responsive exhibits. Intel did not provide a log of these redactions, though each such redaction was marked "Redacted – Confidential Business Records."

Intel will produce versions of the Board Documents that do not include any redactions based on a lack of responsiveness or relevance to Plaintiffs by Wednesday March 20, 2013.

Dated: March 14, 2013     BINGHAM McCUTCHEN LLP

By:   /s/
      Sujal J. Shah

Donn P. Pickett
Frank M. Hinman
Krystal N. Bowen
Sujal J. Shah
Susan J. Welch
Frank Busch
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 393-2286

*Attorneys for Defendant INTEL CORPORATION*

---

1

Master Docket No. 11-CV-2509-LHK

DEFENDANT INTEL CORPORATION'S STATEMENT REGARDING REDACTIONS BASED ON A LACK OF RESPONSIVENESS OR RELEVANCE

A/75457886.1