UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Lucy H. Koh, Presiding
Courtroom 8 - 4th Floor

**Civil Minute Order**

Date: 3/13/13                                                              Time in Court: 1 hr 32 min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

**TITLE: in Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**
**CASE NUMBER**: C-11-02509 LHK

Plaintiffs Attorneys present: Joseph R. Saveri, Anne B. Shaver, Kelly M. Dermody, Lisa Leebove, James Dallal, Brendan P. Glackin

Defendants Attorneys present: Cody Harris/Eugene Page for Lucasfilm
  Michael Tubach/George Riley/Christina Brown for Apple, Inc.
  Robert Mittelstaedt/Catherine Zeng for Adobe/Intuit
  Edward Johnson/Eric Evans for Google
  Donn P. Pickett for Intel
  Emily Henn/John Nields for Pixar

**PROCEEDINGS:** Further Case Management Conference is held. Another Case Management Conference is scheduled for Tuesday, April 2, 2013 at 2:00 p.m. Further deadlines set to be itemized in Scheduling Order to be issued.