KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION <br><br> THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | Case No. 3:11-cv-2509-LHK <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Judge:       Hon. Lucy H. Koh <br><br> Date Consol. Amended Compl. Filed: September 13, 2011 <br><br> Trial Date:  November 12, 2013 |

735619.01

1       PLEASE TAKE NOTICE that the undersigned counsel, Cody S. Harris, hereby withdraws

2  his appearance as one of the counsel for Defendant LUCASFILM LTD. in the above-captioned

3  matter.

4

5  Dated:  March 15, 2013                 KEKER & VAN NEST LLP

6

7                      By:   */s/ Cody S. Harris*

8                         CODY S. HARRIS

9                         Attorneys for Defendant
LUCASFILM LTD.

1

735619.01