UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | ) ) ) ) ) ) ) ) | Master Docket No. 11-CV-2509-LHK <br><br> ORDER RE: REDACTIONS FOR LACK OF RELEVANCE AND/OR RESPONSIVENESS |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | | |

On March 14, 2013, Defendants submitted statements regarding the number of documents each Defendant has redacted based on lack of relevance and/or responsiveness. The Court will not permit Defendants to redact information based on Defendants' unilateral assessment of lack of relevance and/or responsiveness. Accordingly, the Court hereby ORDERS that all Defendants produce any documents that they have redacted for lack of relevance and/or responsiveness in their un-redacted form[1] by March 19, 2013. The parties may meet and confer to agree upon the redaction of these documents for public filings or use at a hearing or at trial.

**IT IS SO ORDERED.**

Dated: March 15, 2013

_____
LUCY H. KOH
United States District Judge

---

[1] With the exception of redactions for privilege and/or redactions to protect the private information of non-parties.

1

Case No.: 5:11-CV-02509-LHK
ORDER RE: REDACTIONS FOR LACK OF RELEVANCE AND/OR RESPONSIVENESS