1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, California  94111-3339
   Telephone:  415.956.1000
6  Facsimile:   415.956.1008

7  Joseph R. Saveri (State Bar No. 130064)
   Lisa J. Leebove (State Bar No. 186705)
8  James G. Dallal (State Bar No.  277826)
   JOSEPH SAVERI LAW FIRM
9  505 Montgomery, Suite 625
   San Francisco, CA 94111
10  Telephone:  415.500.6800
   Facsimile:   415.500.6803

11

12  *Interim Co-Lead Counsel for Plaintiff Class*

13  [Additional counsel listed on signature page]

14

15              IN THE UNITED STATES DISTRICT COURT

16          FOR THE NORTHERN DISTRICT OF CALIFORNIA

17                      SAN JOSE DIVISION

18

19  IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
20                                     **JOINT DISCOVERY STATUS REPORT**
    THIS DOCUMENT RELATES TO:
21
    ALL ACTIONS
22

23

24          Pursuant to the Court's March 13, 2013 Case Management Order (Dkt. 350), the parties

25  submit this joint discovery status report.

26  **I.    Status of Discovery**

27          Since the March 1, 2013 Joint Discovery Status Report (Dkt. 336), the following

28  depositions have taken place:

1        • Jerry Sastri (Adobe) on March 8, 2013.

2        • Bruce Chizen (Adobe) on March 15, 2013.

3        • David Alvarez (Apple) on March 5, 2013.

4        • Rich Bechtel (Apple) on March 7, 2013.

5        • Steven Burmeister (Apple) on March 15, 2013.

6        • Frank Wagner (Google) March 7, 2013.

7        • Omid Kordestani (Google) March 11, 2013.

8        • Jonathan Rosenberg (Google) March 13, 2013.

9        • Randall Goodwin (Intel) on March 15, 2013.

10       • Sherry Whiteley (Intuit) on March 14, 2013.

11       • Lori Beck (Lucasfilm) on March 8, 2013.

12       • Stephanie Sheehy (Pixar) on March 5, 2013.

13       The following are the dates of outstanding depositions that have been or are being

14 scheduled:

15       • Natalie Kessler (Adobe) on March 22, 2013.

16       • Rosemary Arriada-Keiper (Adobe) on March 26, 2013.

17       • John Warnock (Adobe), on any day the week of March 25, 2013, pending

18          Plaintiffs' response of their preferred date.

19       • Debbie Streeter (Adobe) on March 27 or March 29, 2013, pending Plaintiffs'

20          response of their preferred date.

21       • Kim Hoffman (Adobe) on March 29, 2013, pending Plaintiffs' confirmation.

22       • Tony Fadell (Apple) on March 20, 2013.

23       • Tim Cook (Apple) on March 21, 2013.

24       • Bob Mansfield (Apple) on March 26, 2013.

25       • Brian Croll (Apple) on March 28, 2013.

26       • Ann Reeves (Apple) on March 29, 2013.

27       • Sergey Brin (Google) on March 19, 2013.

28       • Larry Page (Google) on March 22, 2013.

1          • Laszlo Bock (Google) on March 27, 2013.

2          • Charles Gray (former Google) on March 29, 2013.

3          • Patrick Flynn (former Google) on April 4, 2013.

4          • Daniel McKell (Intel) on March 20, 2013.

5          • Renee James (Intel) on March 22, 2013.

6          • Tina Evangelista (Intel) on March 29, 2013.

7          • Mason Stubblefield (Intuit) on March 18, 2013.

8          • Chris Galy (Intuit) on March 20, 2013.

9          • Scott Cook (Intuit) on March 22, 2013.

10          • Alex Lintner (Intuit) on March 28, 2013.

11          • Robert DeMartini (Intuit) on April 1, 2013.[1]

12          • Mason Stubblefield (Intuit) on March 18, 2013.

13          • Lynwen Brennan (Lucasfilm) on March 19, 2013.

14          • Steve Condiotti (Lucasfilm) on March 20, 2013.

15          • George Lucas (Lucasfilm) on March 28, 2013.

16          • Dana Batali (Pixar) on March 19, 2013.

17          • John Kirkman (Pixar) on March 22, 2013.

18          Since the March 1, 2013 Joint Discovery Status Report (Dkt. 336), the parties have

19  produced the following additional documents:

20          • Adobe produced over 1,472 documents, consisting of approximately 20,497

21              pages.[2]

22          • Apple produced 6,054 documents, consisting of 33,240 pages.

23  _____

24  [1] The parties agreed to April 1 because Mr. DeMartini, a non-executive employee, is unavailable until that date.  Mr. DeMartini is traveling on March 18, and will be in a leadership conference

25  from March 19-22.  On March 22, he will be leaving the country for India, returning on March 29.

26  [2] Adobe's document productions were predominantly from custodians Rosemary Arriada-Keiper and Debbie Streeter, who are respectively scheduled to be deposed March 26, 2013 and March 27

27  or 29, 2013.  The documents are mostly third party salary surveys and PowerPoint presentations, both of which categories are duplicative of documents produced earlier in this litigation.  The

28  number of pages is deceiving.  Some surveys were .txt files in native format.  When converted, the .txt files turned into hundreds of pages.

**Error! Unknown document property name.**

1          • Google produced 55 documents, consisting of 39,440 pages.

2          • Intel produced 5,921 documents, consisting of 117,568 pages.[3]

3          • Intuit produced 80 documents, consisting of 1,166 pages.

4          • Lucasfilm produced 1,578 documents, consisting of 8,921 pages.

5          • Pixar produced 74 documents, consisting of 455 pages.

6          • Plaintiffs produced 5 documents, consisting of 8 pages, concerning a non-Plaintiff.

7    **II.    New Discovery Developments**

8          Yesterday, in a supplemental initial disclosure statement, plaintiffs identified two

9    witnesses, Stephanie Buran and Paul Schreiber, likely to have discoverable information that

10   Plaintiffs may use to support their claims.  Reserving the right to object to the lateness of the

11   disclosure, Defendants intend to serve discovery, review responsive documents, and schedule

12   depositions of these newly disclosed witnesses.   Plaintiffs' position is that they learned of these

13   former defendant employees as potential witnesses in the course of the case, and did not know

14   (and could not have known) about either at the time they prepared initial disclosures.  Plaintiffs

15   note that Ms. Buran has previously been identified as a document custodian and has been the

16   subject of deposition testimony; Defendants have known about her relevance for at least five

17   months. Mr. Schreiber's relevance relates to emails from Google employees using Google email

18   accounts that Google itself never identified or produced in discovery.  These emails show Google

19   cancelling its recruiting of Mr. Schreiber in accordance with its agreement with Apple.  Any

20   "lateness" objection by the Defendants would be without basis.

21         Yesterday, Plaintiffs requested a deposition of a former Pixar employee, Greg Brandeau,

22   whom Pixar identified in its April 6, 2012 interrogatory responses as a person knowledgeable

23   about issues in the case.  Pixar understands that Mr. Brandeau is not available for a deposition

24   until after the week of April 29.  Pixar produced documents regarding Mr. Brandeau on

25   November 30, 2011.  Plaintiffs identified Mr. Brandeau as a witness in connection with reviewing

26   Pixar's documents in preparation for depositions scheduled the week of March 18, 2013.

27

28   [3] 81,296 pages are from 1,208 Excel spreadsheets, which were also produced in native format
     unless they required privilege or privacy redaction.

**Error! Unknown document property name.**

1

2                                      Respectfully submitted,

     Dated:  March 15, 2013            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
3

4                                      By:        */s/ Kelly M. Dermody*
                                                 Kelly M. Dermody
5

6                                      Richard M. Heimann (State Bar No. 63607)
                                       Kelly M. Dermody (State Bar No. 171716)
7                                      Eric B. Fastiff (State Bar No. 182260)
                                       Brendan Glackin (State Bar No. 199643)
8                                      Dean Harvey (State Bar No. 250298)
                                       Anne B. Shaver (State Bar No. 255928)
9                                      275 Battery Street, 29th Floor
                                       San Francisco, California  94111-3339
10                                     Telephone:  415.956.1000
                                       Facsimile:  415.956.1008
11
                                       *Interim Co-Lead Counsel for Plaintiff Class*
12
     Dated:  March 15, 2013            JOSEPH SAVERI LAW FIRM
13

14                                     By:        */s/ Joseph R. Saveri*
                                                 Joseph R. Saveri
15

16                                     Joseph R. Saveri (State Bar No. 130064)
                                       Lisa J. Leebove (State Bar No. 186705)
                                       James G. Dallal (State Bar No.  277826)
17                                     JOSEPH SAVERI LAW FIRM
                                       255 California, Suite 450
18                                     San Francisco, CA 94111
                                       Telephone:  415. 500.6800
19                                     Facsimile:   415. 500.6803

20                                     *Interim Co-Lead Counsel for Plaintiff Class*

21

22

23

24

25

26

27

28

**Error! Unknown document property name.**

1    Dated:  March 15, 2013          O'MELVENY & MYERS LLP

2
                                     By:  _____/s/ Michael F. Tubach_____
3                                         Michael F. Tubach

4                                    George Riley
                                     Michael F. Tubach
5                                    Lisa Chen
                                     Christina J. Brown
6                                    Two Embarcadero Center, 28th Floor
                                     San Francisco, CA  94111
7                                    Telephone:  (415) 984-8700
                                     Facsimile:   (415) 984-8701
8
                                     *Attorneys for Defendant APPLE INC.*
9
10   Dated:  March 15, 2013          KEKER & VAN NEST LLP

11
                                     By:  _____/s/ Daniel Purcell_____
12                                        Daniel Purcell

13                                   John W. Keker
                                     Daniel Purcell
14                                   Eugene M. Page
                                     Paula L. Blizzard
15                                   710 Sansome Street
                                     San Francisco, CA  94111
16                                   Telephone:  (415) 381-5400
                                     Facsimile:   (415) 397-7188
17
                                     *Attorneys for Defendant LUCASFILM LTD.*
18
     Dated:  March 15, 2013          JONES DAY
19
20                                   By:  _____/s/ David C. Kiernan_____
                                          David C. Kiernan
21
                                     Robert A. Mittelstaedt
22                                   Craig A. Waldman
                                     David C. Kiernan
23                                   555 California Street, 26th Floor
                                     San Francisco, CA  94104
24                                   Telephone:  (415) 626-3939
                                     Facsimile:   (415) 875-5700
25
                                     *Attorneys for Defendant ADOBE SYSTEMS, INC.*
26

27

28

1087080.4                            - 6 -                    JOINT STATUS REPORT
                                                     Master Docket No. 11-CV-2509-LHK

**Error! Unknown document property name.**

| | |
|---|---|
| 1 | Dated:  March 15, 2013 |

JONES DAY

By:        /s/ Robert A. Mittelstaedt
           _____
                Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

Dated:  March 15, 2013       MAYER BROWN LLP

By:        /s/ Lee H. Rubin
           _____
                Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated:  March 15, 2013       BINGHAM McCUTCHEN LLP

By:        /s/ Frank M. Hinman
           _____
                Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:   (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

1    Dated:  March 15, 2013          COVINGTON & BURLING LLP

2
                                     By:      _/s/ Emily Johnson Henn_
3                                             Emily Johnson Henn

4                                    Robert T. Haslam, III
                                     Emily Johnson Henn
5                                    333 Twin Dolphin Drive, Suite 700
                                     Redwood City, CA  94065
6                                    Telephone:  (650) 632-4700

7                                    *Attorneys for Defendant PIXAR*

8
     **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in
9
     the filing of this document has been obtained from all signatories.
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28