UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| | ORDER RE: MARCH 15, 2013 STATUS REPORT |
| THIS DOCUMENT RELATES TO: | |
| **ALL ACTIONS** | |

Since March 1, 2013, Defendants have produced 221,287 pages of documents. Moreover, the parties report that they will be taking 27 depositions between March 18, 2013, and the close of fact discovery on March 29, 2013.

The parties seek to depose several witnesses after the March 29, 2013 close of fact discovery. The Court will allow the depositions of Robert DeMartini on April 1, 2013, and Patrick Flynn on April 4, 2013. The Court will also allow the depositions of Stephanie Buran and Paul Schreiber by April 15, 2013, and the deposition of Greg Brandeau by May 10, 2013.

**IT IS SO ORDERED.**

Dated: March 18, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-CV-02509-LHK
ORDER RE: MARCH 15, 2013 STATUS REPORT