GEORGE RILEY (S.B. #118304)
griley@omm.com
MICHAEL TUBACH (S.B. #145955)
mtubach@omm.com
CHRISTINA BROWN (S.B. #242130)
cjbrown@omm.com
AMANDA R. CONLEY (S.B. #281270)
aconley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney Amanda R. Conley (aconley@omm.com) of O'Melveny & Myers LLP, Two Embarcadero Center, 28th Floor, San Francisco, California 94111, as counsel in this action for Defendant Apple Inc.

Dated:  March 21, 2013              O'MELVENY & MYERS LLP


                                    By:     */s/ Amanda R. Conley*
                                            Amanda R. Conley

                                    Attorneys for Defendant
                                    APPLE INC.