1  Robert A. Mittelstaedt (#60359)
   ramittelstaedt@JonesDay.com
2  Craig E. Stewart (#129530)
   cestewart@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Catherine T. Zeng (#251231)
   czeng@jonesday.com
7  JONES DAY
   1755 Embarcadero Road
8  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
9  Facsimile:    (650) 739-3900

10 Attorneys for Defendant
   INTUIT INC.
11
   [Additional counsel listed on
12 signature page]

13
                  UNITED STATES DISTRICT COURT
14
                 NORTHERN DISTRICT OF CALIFORNIA
15
                         SAN JOSE DIVISION
16

17
18 IN RE: HIGH-TECH EMPLOYEE            **Master Docket No. 11-CV-2509-LHK**
   ANTITRUST LITIGATION
19                                       **DEFENDANTS' ADMINISTRATIVE
                                         MOTION TO FILE STATEMENT OF
20 THIS DOCUMENT RELATES TO:            RECENT DECISION**

21 ALL ACTIONS
                                         Date:        January 17, 2013
22                                       Time:        1:30 pm
                                         Courtroom: 8, 4th floor
23                                       Judge:       The Honorable Lucy H. Koh

24

25

26

27

28

1  Pursuant to Local Civil Rules 7-3(d) and 7-11, Defendants request permission to file a Statement of Recent Decision, attached hereto as <u>Exhibit 1</u>, to bring to the Court's attention the relevant judicial opinion *Comcast Corp. v. Behrend*, 569 U.S. ___ (2013), published on March 27, 2013.  The *Comcast* decision was published after the hearing date on Plaintiffs' Motion for Class Certification [Dkt. 187].

Pursuant to Local Rule 7-11(a), this motion is accompanied by a Stipulation and [Proposed] Order Granting Defendants' Administrative Motion to File Statement of Recent Decision.

Dated: March 27, 2013

JONES DAY

By: */s/ Robert A. Mittelstaedt*
   Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

Dated: March 27, 2013

O'MELVENY & MYERS LLP

By: */s/ Michael F. Tubach*
   Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendant APPLE INC.*

- 1 -

Defendants' Administrative Motion to File
Statement of Recent Decision
Case No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: March 27, 2013 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ David C. Kiernan*<br>      David C. Kiernan |
| 4 | | Robert A. Mittelstaedt |
| 5 | | Craig A. Waldman<br>David C. Kiernan |
| 6 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 7 | | Telephone:  (415) 626-3939<br>Facsimile:   (415) 875-5700 |
| 8 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 9 | | |
| 10 | Dated: March 27, 2013 | MAYER BROWN LLP |
| 11 | | |
| 12 | | By: */s/ Lee H. Rubin*<br>      Lee H. Rubin |
| 13 | | Lee H. Rubin<br>Edward D. Johnson |
| 14 | | Donald M. Falk<br>Two Palo Alto Square |
| 15 | | 3000 El Camino Real, Suite 300<br>Palo Alto, CA  94306-2112 |
| 16 | | Telephone:  (650) 331-2057<br>Facsimile:   (650) 331-4557 |
| 17 | | *Attorneys for Defendant GOOGLE INC.* |
| 18 | Dated: March 27, 2013 | BINGHAM McCUTCHEN LLP |
| 19 | | |
| 20 | | By: */s/ Frank M. Hinman*<br>      Frank M. Hinman |
| 21 | | Donn P. Pickett |
| 22 | | Frank M. Hinman<br>Three Embarcadero Center |
| 23 | | San Francisco, CA  94111<br>Telephone:  (415) 393-2000 |
| 24 | | Facsimile:   (415) 383-2286 |
| 25 | | *Attorneys for Defendant INTEL CORPORATION* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 27, 2013 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: /s/ Justina K. Sessions<br>     Justina K. Sessions |
| 4 | | John W. Keker<br>Daniel Purcell |
| 5 | | Eugene M. Page<br>Justina K. Sessions |
| 6 | | 633 Battery Street<br>San Francisco, CA  94111 |
| 7 | | Telephone:  (415) 381-5400<br>Facsimile:   (415) 397-7188 |
| 8 | | |
| 9 | | *Attorneys for Defendant LUCASFILM LTD.* |
| 10 | Dated: March 27, 2013 | COVINGTON & BURLING LLP |
| 11 | | |
| 12 | | By: /s/ Emily Johnson Henn<br>     Emily Johnson Henn |
| 13 | | Robert T. Haslam, III<br>Emily Johnson Henn |
| 14 | | 333 Twin Dolphin Drive, Suite 700<br>Redwood City, CA  94065 |
| 15 | | Telephone:  (650) 632-4700 |
| 16 | | *Attorneys for Defendant PIXAR* |

SVI-122674v1

- 3 -

Defendants' Administrative Motion to File
Statement of Recent Decision
Case No. 11-CV-2509-LHK