Exhibit 1

1  Robert A. Mittelstaedt (#60359)
   ramittelstaedt@JonesDay.com
2  Craig E. Stewart (#129530)
   cestewart@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:    (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Catherine T. Zeng (#251231)
   czeng@jonesday.com
7  JONES DAY
   1755 Embarcadero Road
8  Palo Alto, CA  94303
   Telephone:    (650) 739-3939
9  Facsimile:    (650) 739-3900

10 Attorneys for Defendant
   INTUIT INC.
11
   [Additional counsel listed on
12 signature page]

13
14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA
16                          SAN JOSE DIVISION
17

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DEFENDANTS' STATEMENT OF RECENT DECISION**<br><br>Date:      January 17, 2013<br>Time:      1:30 pm<br>Courtroom: 8, 4th floor<br>Judge:     The Honorable Lucy H. Koh |
|---|---|

1   Pursuant to Local Rule 7-3(d), attached as <u>Exhibit A</u> is a copy of *Comcast Corp. v.*

2   *Behrend*, 569 U.S. ___ (2013), published on March 27, 2013.

3

4   Dated: March 27, 2013                              JONES DAY

5
                                                       By: */s/ Robert A. Mittelstaedt*
6                                                           Robert A. Mittelstaedt

7                                                      Robert A. Mittelstaedt
                                                       Craig E. Stewart
8                                                      555 California Street, 26th Floor
                                                       San Francisco, CA  94104
9                                                      Telephone:  (415) 626-3939
                                                       Facsimile:   (415) 875-5700
10
                                                       Catherine T. Zeng
11                                                     1755 Embarcadero Road
                                                       Palo Alto, CA 94303
12                                                     Telephone:  (650) 739-3939
                                                       Facsimile:   (650) 739-3900
13
                                                       *Attorneys for Defendant INTUIT INC.*
14

15  Dated: March 27, 2013                              O'MELVENY & MYERS LLP

16
                                                       By: */s/ Michael F. Tubach*
17                                                          Michael F. Tubach

18                                                     George Riley
                                                       Michael F. Tubach
19                                                     Christina J. Brown
                                                       Two Embarcadero Center, 28th Floor
20                                                     San Francisco, CA  94111
                                                       Telephone:  (415) 984-8700
21                                                     Facsimile:   (415) 984-8701

22                                                     *Attorneys for Defendant APPLE INC.*

23

24

25

26

27

28

- 1 -                              Defendants' Statement of Recent Decision
                                   Case No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: March 27, 2013 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ David C. Kiernan*<br>     David C. Kiernan |
| 4 | | Robert A. Mittelstaedt |
| 5 | | Craig A. Waldman<br>David C. Kiernan |
| 6 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 7 | | Telephone:  (415) 626-3939<br>Facsimile:  (415) 875-5700 |
| 8 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 9 | | |
| 10 | Dated: March 27, 2013 | MAYER BROWN LLP |
| 11 | | By: */s/ Lee H. Rubin* |
| 12 | |      Lee H. Rubin |
| 13 | | Lee H. Rubin<br>Edward D. Johnson |
| 14 | | Donald M. Falk<br>Two Palo Alto Square |
| 15 | | 3000 El Camino Real, Suite 300<br>Palo Alto, CA  94306-2112 |
| 16 | | Telephone:  (650) 331-2057<br>Facsimile:  (650) 331-4557 |
| 17 | | *Attorneys for Defendant GOOGLE INC.* |
| 18 | Dated: March 27, 2013 | BINGHAM McCUTCHEN LLP |
| 19 | | |
| 20 | | By: */s/ Frank M. Hinman*<br>     Frank M. Hinman |
| 21 | | Donn P. Pickett |
| 22 | | Frank M. Hinman<br>Three Embarcadero Center |
| 23 | | San Francisco, CA  94111<br>Telephone:  (415) 393-2000 |
| 24 | | Facsimile:  (415) 383-2286 |
| 25 | | *Attorneys for Defendant INTEL CORPORATION* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 27, 2013 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: /s/ Justina K. Sessions<br>     Justina K. Sessions |
| 4 | | John W. Keker<br>Daniel Purcell |
| 5 | | Eugene M. Page<br>Justina K. Sessions |
| 6 | | 633 Battery Street<br>San Francisco, CA  94111 |
| 7 | | Telephone:  (415) 381-5400<br>Facsimile:   (415) 397-7188 |
| 8 | | |
| 9 | | *Attorneys for Defendant LUCASFILM LTD.* |
| 10 | Dated: March 27, 2013 | COVINGTON & BURLING LLP |
| 11 | | By: /s/ Emily Johnson Henn<br>     Emily Johnson Henn |
| 12 | | |
| 13 | | Robert T. Haslam, III<br>Emily Johnson Henn |
| 14 | | 333 Twin Dolphin Drive, Suite 700<br>Redwood City, CA  94065 |
| 15 | | Telephone:  (650) 632-4700 |
| 16 | | *Attorneys for Defendant PIXAR* |

SVI-122675v1

- 3 -

Defendants' Statement of Recent Decision
Case No. 11-CV-2509-LHK