ROBERT T. HASLAM (S.B. #71134)
rhaslam@cov.com
EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone:     (650) 632-4700
Facsimile:      (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS, JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE T. RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:     (202) 662-6000
Facsimile:      (202) 662-6291

Attorneys for Defendant
PIXAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER ON MOTION FOR LEAVE TO WITHDRAW AS COUNSEL** |

1  This Court having fully considered Robert Haslam's Motion For Leave To Withdraw As
2  Counsel, the motion is **GRANTED**.
3  **IT IS SO ORDERED** this _____ day of _____, 2013.

_____
**HONORABLE LUCY H. KOH**

-1-