1  Robert A. Mittelstaedt (#60359)
   ramittelstaedt@JonesDay.com
2  Craig E. Stewart (#129530)
   cestewart@JonesDay.com
3  JONES DAY
   555 California Street, 26th Floor
4  San Francisco, CA 94104
   Telephone:   (415) 626-3939
5  Facsimile:    (415) 875-5700

6  Catherine T. Zeng (#251231)
   czeng@jonesday.com
7  JONES DAY
   1755 Embarcadero Road
8  Palo Alto, CA  94303
   Telephone:   (650) 739-3939
9  Facsimile:    (650) 739-3900

10 Attorneys for Defendant
   INTUIT INC.
11
   [Additional counsel listed on
12 signature page]

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                           SAN JOSE DIVISION
16

17
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | **Master Docket No. 11-CV-2509-LHK** |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION** |
| | Date:       January 17, 2013<br>Time:       1:30 pm<br>Courtroom: 8, 4th floor<br>Judge:      The Honorable Lucy H. Koh |

Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs and Defendants jointly submit this Stipulation and Proposed Order allowing Defendants to file a Statement of Recent Decision.

WHEREAS Defendants wish to file a Statement of Recent Decision in order to bring the recent Supreme Court decision *Comcast Corp. v. Behrend* to the Court's attention.

WHEREAS Plaintiffs do not stipulate that the *Comcast* decision is relevant, Plaintiffs also do not oppose the filing of Defendants' Statement of Recent Decision.

Therefore, subject to the approval of this Court, Plaintiffs and Defendants hereby stipulate and agree to the filing of Defendants' Statement of Recent Decision.

Dated:  March 27, 2013   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  */s/ Kelly M. Dermody*
Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Co-Lead Counsel for Plaintiff Class*

Dated:  March 27, 2013   JOSEPH SAVERI LAW FIRM

By:  */s/ Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

| | | |
|---|---|---|
| 1 | Dated: March 27, 2013 | JONES DAY |
| 2 | | |
| 3 | | By: */s/ Robert A. Mittelstaedt*<br>      Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt<br>Craig E. Stewart |
| 5 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 6 | | Telephone:  (415) 626-3939<br>Facsimile:   (415) 875-5700 |
| 7 | | |
| 8 | | Catherine T. Zeng<br>1755 Embarcadero Road<br>Palo Alto, CA 94303 |
| 9 | | Telephone:  (650) 739-3939<br>Facsimile:   (650) 739-3900 |
| 10 | | |
| 11 | | *Attorneys for Defendant INTUIT INC.* |
| 12 | Dated: March 27, 2013 | O'MELVENY & MYERS LLP |
| 13 | | By: */s/ Michael F. Tubach*<br>      Michael F. Tubach |
| 14 | | |
| 15 | | George Riley<br>Michael F. Tubach<br>Christina J. Brown |
| 16 | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111 |
| 17 | | Telephone:  (415) 984-8700<br>Facsimile:   (415) 984-8701 |
| 18 | | |
| 19 | | *Attorneys for Defendant APPLE INC.* |
| 20 | Dated: March 27, 2013 | JONES DAY |
| 21 | | By: */s/ David C. Kiernan*<br>      David C. Kiernan |
| 22 | | |
| 23 | | Robert A. Mittelstaedt<br>Craig A. Waldman<br>David C. Kiernan |
| 24 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 25 | | Telephone:  (415) 626-3939<br>Facsimile:   (415) 875-5700 |
| 26 | | |
| 27 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 28 | | |

- 2 -

Stipulation and [Proposed] Order Granting
Defendants' Administrative Motion
Case No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: March 27, 2013 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By: */s/ Lee H. Rubin* <br>       Lee H. Rubin |
| 4 | | Lee H. Rubin <br> Edward D. Johnson |
| 5 | | Donald M. Falk <br> Two Palo Alto Square |
| 6 | | 3000 El Camino Real, Suite 300 <br> Palo Alto, CA  94306-2112 |
| 7 | | Telephone:  (650) 331-2057 <br> Facsimile:   (650) 331-4557 |
| 8 | | |
| 9 | | *Attorneys for Defendant GOOGLE INC.* |
| 10 | Dated: March 27, 2013 | BINGHAM McCUTCHEN LLP |
| 11 | | By: */s/ Frank M. Hinman* <br>       Frank M. Hinman |
| 12 | | |
| 13 | | Donn P. Pickett <br> Frank M. Hinman |
| 14 | | Three Embarcadero Center <br> San Francisco, CA  94111 |
| 15 | | Telephone:  (415) 393-2000 <br> Facsimile:   (415) 383-2286 |
| 16 | | *Attorneys for Defendant INTEL CORPORATION* |
| 17 | Dated: March 27, 2013 | KEKER & VAN NEST LLP |
| 18 | | |
| 19 | | By: */s/ Justina K. Sessions* <br>       Justina K. Sessions |
| 20 | | John W. Keker |
| 21 | | Daniel Purcell <br> Eugene M. Page |
| 22 | | Justina K. Sessions <br> 633 Battery Street |
| 23 | | San Francisco, CA  94111 <br> Telephone:  (415) 381-5400 |
| 24 | | Facsimile:   (415) 397-7188 |
| 25 | | *Attorneys for Defendant LUCASFILM LTD.* |
| 26 | | |
| 27 | | |
| 28 | | |

Stipulation and [Proposed] Order Granting <br>
Defendants' Administrative Motion <br>
Case No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: March 27, 2013 | COVINGTON & BURLING LLP |

By: */s/ Emily Johnson Henn*
Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

IT IS SO ORDERED.

Dated: March 29, 2013          By: *Lucy H. Koh*
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

SVI-122676v1

- 4 -

Stipulation and [Proposed] Order Granting
Defendants' Administrative Motion
Case No. 11-CV-2509-LHK