```
 1  KEKER & VAN NEST LLP
    JOHN KEKER - # 49092
 2  jkeker@kvn.com
    DANIEL PURCELL - # 191424
 3  dpurcell@kvn.com
    EUGENE M. PAIGE - # 202849
 4  epaige@kvn.com
    633 Battery Street
 5  San Francisco, CA 94111-1809
    Telephone:    415 391 5400
 6  Facsimile:    415 397 7188

 7  Attorneys for Defendant
    LUCASFILM LTD.
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION**<br><br>Judge:    Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date: November 12, 2013 |
|---|---|

STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01

Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs and Defendants jointly submit this Stipulation and Proposed Order allowing Defendants to file a Statement of Recent Decision.

WHEREAS Defendants wish to file a Statement of Recent Decision in order to bring the recent Ninth Circuit decision *Wang v. Chinese Daily News, Inc.* to the Court's attention.

WHEREAS Plaintiffs do not stipulate that the *Wang* decision is relevant, Plaintiffs also do not oppose the filing of Defendants' Statement of Recent Decision.

Therefore, subject to the approval of this Court, Plaintiffs and Defendants hereby stipulate and agree to the filing of Defendants' Statement of Recent Decision.

Dated:  March 8, 2013            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Kelly M. Dermody*
        Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Interim Co-Lead Counsel for Plaintiff Class*

Dated:  March 8, 2013            JOSEPH SAVERI LAW FIRM

By: */s/ Joseph R. Saveri*
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

1
STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01

| | | |
|---|---|---|
| Dated:  March 8, 2013 | | O'MELVENY & MYERS LLP |

By: */s/ Michael F. Tubach*
         Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated:  March 8, 2013         KEKER & VAN NEST LLP

By: */s/ Justina K. Sessions*
         Justina K. Sessions

John W. Keker
Daniel Purcell
Eugene M. Page
Justina K. Sessions
710 Sansome Street
San Francisco, CA  94111
Telephone:  (415) 381-5400
Facsimile:   (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

Dated:  March 8, 2013         JONES DAY

By: */s/ David C. Kiernan*
         David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

2
STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01

| | | |
|---|---|---|
| Dated: March 8, 2013 | | JONES DAY |

By: /s/ Robert A. Mittelstaedt
    Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

Dated: March 8, 2013        MAYER BROWN LLP

By: /s/ Lee H. Rubin
    Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated: March 8, 2013        BINGHAM McCUTCHEN LLP

By: /s/ Frank M. Hinman
    Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:   (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

3
STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01

Dated:  March 8, 2013                    COVINGTON & BURLING LLP

By:  */s/ Emily Johnson Henn*
        Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

    IT IS SO ORDERED.

Dated:  March 29, 2013                    By: _____
        HON. LUCY H. KOH
        UNITED STATES DISTRICT JUDGE

4
STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE STATEMENT OF RECENT DECISION
Case No. 3:11-cv-2509-LHK

733651.01