Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT DISCOVERY STATUS REPORT** |

Pursuant to the Court's March 13, 2013 Case Management Order (Dkt. 350), the parties submit this joint discovery status report.

**I.     Status of Discovery**

Since the March 22, 2013 Joint Discovery Status Report, the following depositions have taken place:

- Alex Lintner (Intuit) on March 25, 2013
- Kim Hoffman (Adobe) on March 27, 2013
- Rosemary Arriada-Keiper (Adobe) on March 28, 2013
- George Lucas (Lucasfilm) on March 28, 2013
- Tina Evangelista (Intel) on March 29, 2013
- John Warnock (Adobe) on March 29, 2013
- Mason Stubblefield (Intuit) on March 29, 2013
- Ann Reeves (Apple) on March 29, 2013

The following are the dates of outstanding depositions that have been or are being scheduled:

- Debbie Streeter (Adobe) on April 5, 2013
- Robert DeMartini (Intuit) on April 1, 2013
- Patrick Flynn (former Apple and former Google) on April 3, 2013
- Paul Schreiber (former Apple) on April 6, 2013
- Bob Mansfield (Apple) on April 11, 2013.
- Stephanie Buran (former third party employee) by April 15, 2013
- Sheryl Sandberg (former Google) on approximately April 23, 2013[1]

Since the March 22, 2013 Joint Discovery Status Report, the parties have produced the following additional documents:

- Google produced 6 documents totaling 13 pages, including two spreadsheets responsive to Plaintiffs' follow-up requests regarding compensation, three calendar

---

[1] Plaintiffs respectfully request permission to depose Sheryl Sandberg after the fact discovery cutoff. Ms. Sandberg is a former Google executive and the current Chief Operating Officer of Facebook, a third party. Recent depositions, including the March 22, 2013 deposition of Larry Page and the March 25, 2013 deposition of Alex Lintner, confirmed her relevance to this case. Google agreed to permit her deposition to take place after the fact discovery cutoff. Ms. Sandberg and Facebook have not yet responded to a deposition subpoena Plaintiffs served, but Plaintiffs are prepared to accommodate any scheduling requests in light of Ms. Sandberg's schedule. The subpoena has not requested any documents from Ms. Sandberg. The fact that Google does not object to the scheduling of Ms Sandberg's deposition after the discovery cut off does not mean that Google believes Plaintiffs have a legal right to depose Ms. Sandberg or that her testimony will be relevant to any of Plaintiffs' claims. On the contrary, Google believes that Ms Sandberg is unlikely to offer any testimony that would be admissible or lead to admissible evidence.

entries responsive to Plaintiffs' requests for calendar entries from February 2005, and Sheryl Sandberg's employment agreement with Google.

- Intuit produced 1 document consisting of 2 pages.

## II.  Privilege Challenges

Plaintiffs have challenged privilege redactions to three Intel documents and one Google document. Plaintiffs are attempting to resolve these challenges with Intel and Google, but reserve the right to seek permission to move to compel production of withheld or redacted documents following the close of fact discovery.

Respectfully submitted,

Dated: March 29, 2013           LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:    */s/ Kelly M. Dermody*
       Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Interim Co-Lead Counsel for Plaintiff Class*

Dated: March 29, 2013           JOSEPH SAVERI LAW FIRM

By:    */s/ Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

| | | |
|---|---|---|
| 1 | Dated:  March 29, 2013 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:      */s/ Michael F. Tubach*<br>         Michael F. Tubach |
| 4 | | George Riley |
| 5 | | Michael F. Tubach<br>Lisa Chen |
| 6 | | Christina J. Brown<br>Two Embarcadero Center, 28th Floor |
| 7 | | San Francisco, CA  94111<br>Telephone:  (415) 984-8700<br>Facsimile:   (415) 984-8701 |
| 8 | | |
| 9 | | *Attorneys for Defendant APPLE INC.* |
| 10 | Dated: March 29, 2013 | KEKER & VAN NEST LLP |
| 11 | | By:      */s/ Daniel Purcell*<br>         Daniel Purcell |
| 12 | | |
| 13 | | John W. Keker<br>Daniel Purcell |
| 14 | | Eugene M. Page<br>633 Battery Street |
| 15 | | San Francisco, CA  94111<br>Telephone:  (415) 381-5400<br>Facsimile:   (415) 397-7188 |
| 16 | | |
| 17 | | *Attorneys for Defendant LUCASFILM LTD.* |
| 18 | Dated: March 29, 2013 | JONES DAY |
| 19 | | By:      */s/ David C. Kiernan* |
| 20 | | David C. Kiernan |
| 21 | | Robert A. Mittelstaedt<br>Craig A. Waldman |
| 22 | | David C. Kiernan<br>555 California Street, 26th Floor |
| 23 | | San Francisco, CA  94104<br>Telephone:  (415) 626-3939 |
| 24 | | Facsimile:   (415) 875-5700 |
| 25 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: March 29, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:   */s/ Robert A. Mittelstaedt*<br>Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt |

Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

Dated: March 29, 2013   MAYER BROWN LLP

By:   */s/ Lee H. Rubin*
   Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:  (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated: March 29, 2013   BINGHAM McCUTCHEN LLP

By:   */s/ Frank M. Hinman*
   Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:  (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

1089562.1                                          - 5 -                          JOINT STATUS REPORT
                                                                          Master Docket No. 11-CV-2509-LHK

1 | Dated:  March 29, 2013          COVINGTON & BURLING LLP

By:     */s/ Emily Johnson Henn*
            Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.