UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORDER REGARDING DISCOVERY |

The Court allows Plaintiffs to depose Sheryl Sandberg after the fact discovery cutoff.

The parties shall continue to file Joint Discovery Status Reports every Friday until all depositions have concluded.

The parties' April 5, 2013 Joint Discovery Status Report should state whether the parties have resolved the issues raised in the parties' March 22, 2013 Joint Discovery Status Report regarding Google's production of documents associated with the website "http://go/inyourfacebook" and salary range documents for years in the class period.

**IT IS SO ORDERED.**

Dated: April 1, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Master Docket No. 11-CV-02509-LHK
ORDER REGARDING DISCOVERY