UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | ORDER RE: JOINT CASE MANAGEMENT STATEMENT |
| **ALL ACTIONS** | |

The parties are hereby ORDERED to file a joint case management statement setting forth any proposed changes to the case schedule in light of the Court's Order Granting in Part and Denying in Part the Motion for Class Certification. The parties' shall file their joint case management statement by 9 a.m. on Monday, April 8, 2013.

**IT IS SO ORDERED.**

Dated: April 5, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1
Case No.: 5:11-CV-02509-LHK
ORDER RE: JOINT CASE MANAGEMENT STATEMENT