Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
Peter A. Julian (State Bar No. 277673)
pjulian@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:        April 8, 2013<br>Time:        10:00 a.m.<br>Courtroom: 8, 4th Floor<br>Judge:       The Honorable Lucy H. Koh |

The parties submit this joint statement for the April 8, 2013 Case Management Conference setting forth proposed changes to the case schedule in ECF 282. This proposed schedule achieves the April 2014 trial date noted by the Court at the March 13 CMC while providing time for supplemental expert reports and briefing in light of the schedules of the parties and their experts, and the significance of the issues.

| | |
|---|---|
| Plaintiffs' Supplemental Expert Reports and Supplemental Class Certification Brief: | May 17, 2013 |
| Defendants' Supplemental Expert Reports and Supplemental Opposition: | June 28, 2013 |
| Plaintiffs' Supplemental Reply Brief: | July 19, 2013 |
| ADR: | by July 26, 2013 |
| Hearing on Class Certification: | August 9, 2013 |
| Plaintiffs' opening expert reports: | October 15, 2013 |
| Defendants' expert reports: | November 12, 2013 |
| Plaintiffs' reply expert reports[1]: | November 26, 2013 |
| Expert discovery cutoff: | December 6, 2013 |
| Rule 56/related *Daubert* Motions: | December 20, 2013 |
| Oppositions: | January 24, 2014 |
| Replies: | February 14, 2014 |
| Hearing on Rule 56/related *Daubert* motions: | February 28, 2014 |
| Pretrial Conference: | April 17, 2014 |
| Trial: | April 29, 2014 |

The only issue on which the parties disagree is whether plaintiffs may submit a reply expert report on class certification when they file their supplemental reply brief.

---

[1] By agreement, reply reports must be limited to true rebuttal and should be very brief. They should not add new material that should have been placed in the opening report.

1  **Plaintiffs**' position is as follows:  Defendants oppose allowing Plaintiffs to respond to
2  criticisms of their amended expert opinions.  Plaintiffs respectfully submit that this makes no
3  sense.  If in their Supplemental Opposition Defendants raise new expert criticisms, Plaintiffs
4  believe they should be allowed to submit an expert response addressing them. Plaintiffs strongly
5  disagree with Defendants' characterization of their prior expert rebuttal report.  The rebuttal
6  merely responded to Defendants' expert's criticisms, including by showing with data why they
7  were unfounded.  This is the purpose of rebuttal, lest the Court be left with the erroneous
8  impression that the criticisms could not be answered..

9  **Defendants**' position is that five rounds of expert reports on class certification will be
10 enough and that a sixth round – which would be the fourth report by Dr. Leamer – is unnecessary
11 and inconsistent with this Court's approach.

12  At the October 26, 2011 CMC, the Court explained to plaintiffs, using damages as an
13 example: "You do the opening report, they do the rebuttal, you'll get to do depositions of each
14 other's experts." (Dkt. 94 at 67:10-12.).  This approach, without reply reports, makes sense for the
15 class certification issues, especially given the three rounds that have already occurred and the two
16 additional rounds requested by the Court.  Last time, plaintiffs submitted a 66-page "reply" report
17 by Dr. Leamer which contained another regression analysis that defendants did not have an
18 opportunity to respond to.  This time, any regressions or other statistical analyses that Dr. Leamer
19 believes are appropriate should be included in his upcoming report and not saved for a reply
20 report to which defendants cannot respond.

21  At the CMC on March 13, 2013, the schedule outlined by the Court provided for only two
22 rounds of additional expert reports:  an amended report by plaintiffs and a rebuttal report by
23 defendants, with no reply report by plaintiffs. Tr., 3/13/13 CMC, 9:23-9:18.  Defendants'
24 proposal follows that approach.

| | | |
|---|---|---|
| Dated: April 8, 2013 | | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |

By:     /S/ Kelly M. Dermody
        Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Interim Co-Lead Counsel for Plaintiff Class*

Dated: April 8, 2013      JOSEPH SAVERI LAW FIRM

By:     /S/ Joseph R. Saveri
        Joseph R. Saveri

Joseph R. Saveri
Lisa J. Leebove
James G. Dallal
255 California St., Ste. 450
San Francisco, CA 94111
Telephone: (415)500-6800
Facsimile: (415)500-6803

*Interim Co-Lead Counsel for Plaintiff Class*

Dated: April 8, 2013      JONES DAY

By:     /S/ Robert A. Mittelstaedt
        Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
Lin W. Kahn
Peter A. Julian
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939; Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated: April 8, 2013         O'MELVENY & MYERS LLP

                                                  By:     /S/ Michael F. Tubach
                                                                 Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated: April 8, 2013         KEKER & VAN NEST LLP

                                                  By:     /S/ Daniel Purcell
                                                                   Daniel Purcell

John W. Keker
Daniel Purcell
Eugene M. Page
Paula L. Blizzard
710 Sansome Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

| | | |
|---|---|---|
| 1 | Dated: April 8, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:   /S/ Robert A. Mittelstaedt<br>        Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt |

Dated: April 8, 2013         JONES DAY

By:    /S/ Robert A. Mittelstaedt
            Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Rd.
Palo Alto, CA  94303
Telephone: (650)739-3939
Facsimile:  (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

Dated: April 8, 2013         MAYER BROWN LLP

By:    /S/ Lee H. Rubin
            Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated: April 8, 2013         BINGHAM McCUTCHEN LLP

By:    /S/ Frank M. Hinman
            Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:  (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

| | | |
|---|---|---|
| 1 | Dated: April 8, 2013 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | By:     /S/ Emily Johnson Henn     <br>Emily Johnson Henn |
| 4 | | Robert T. Haslam, III |
| 5 | | Emily Johnson Henn<br>333 Twin Dolphin Drive, Suite 700 |
| 6 | | Redwood City, CA  94065<br>Telephone:  (650) 632-4700 |
| 7 | | *Attorneys for Defendant PIXAR* |

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

SFI-821324v5