1
2
3
4
5
6
7

United States District Court
For the Northern District of California

8          UNITED STATES DISTRICT COURT

9         NORTHERN DISTRICT OF CALIFORNIA

10            SAN JOSE DIVISION

11

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE MANAGEMENT ORDER |

Clerk:  Martha Parker Brown
Reporter:  Lee-Anne Shortridge
Length of Hearing:  33 minutes

Plaintiffs' Attorneys: Joseph R. Saveri, Kelly M. Dermody, Dean M. Harvey, Anne B. Shaver, Lisa J. Leebove, James G. Dallal

Defendants' Attorneys: Robert A. Mittelstaedt and Catherine T. Zeng for Intuit, Inc. and Adobe Systems, Inc.; George Riley and Christina Brown for Apple Inc.; Lee H. Rubin for Google Inc.; Krystal Denley Bowen for Intel Corp.; Daniel E. Purcell and Eugene M. Page for Lucasfilm Ltd.; Emily J. Henn and John Nields for Pixar.

A case management conference was held on April 8, 2013.  A further case management conference is set for May 15, 2013, at 2:00 p.m.

The parties' May 8, 2013 Joint Case Management Statement shall propose limits on the length and number of *Daubert* motions, motions to strike, summary judgment motions, and motions in limine in this case.  The parties shall also propose whether the August 8, 2013 hearing on class certification shall be an evidentiary hearing.

The parties shall withdraw their administrative motions to seal the expert reports of Dr. Leamer and Dr. Murphy by April 9, 2013.  The parties shall file renewed motions to seal the expert reports of Dr. Leamer and Dr. Murphy consistent with the good cause standard for sealing as set forth in this Court's Order Granting in Part and Denying in Part Motion for Class Certification.

The case schedule was amended as follows:

CLASS CERTIFICATION

Plaintiffs' Supplemental Class Certification Brief: May 10, 2013
Defendants' Opposition Brief: June 21, 2013
Plaintiffs' Reply Brief: July 12, 2013
Hearing on Class Certification: Thursday, August 8, 2013, at 1:30 p.m.[1]

ADR DEADLINE: July 19, 2013.  The parties shall file a settlement status report by the same date.

INITIAL EXPERT REPORTS: October 28, 2013.

REBUTTAL EXPERT REPORTS: November 25, 2013.

REPLY EXPERT REPORTS: December 11, 2013

EXPERT DISCOVERY CUTOFF: December 23, 2013.

DISPOSITIVE MOTIONS and DAUBERT MOTIONS, which are dispositive of the dispositive motions, shall be filed no later than January 9, 2014.  The parties' oppositions are due February 6, 2014.  The parties' replies are due February 27, 2014.  The hearing on the parties' dispositive motions and Daubert motions shall be set for no later than March 20, 2014, at 1:30 p.m.

PRETRIAL CONFERENCE DATE is May 8, 2014, at 1:30 p.m.

JURY TRIAL DATE is May 27, 2014, at 9:00 a.m.  The trial length is estimated to be 17 days.

**IT IS SO ORDERED.**

Dated:  April 8, 2013

_____
LUCY H. KOH
United States District Judge

---

[1] If the parties intend to move to strike any of the expert testimony or other evidence offered in connection with class certification, the parties must make such motion within the page limits allotted for the class certification briefing.

Case No.: 11-CV-2509-LHK
CASE MANAGEMENT ORDER

United States District Court
For the Northern District of California