```
 1  BINGHAM MCCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
 2  FRANK M. HINMAN (SBN 157402)
    KRYSTAL N. BOWEN (SBN 163972)
 3  SUJAL J. SHAH (SBN 215230)
    SUSAN J. WELCH (SBN 262320)
 4  FRANK BUSCH (SBN 258288)
    Three Embarcadero Center
 5  San Francisco, CA  94111-4067
    Telephone:  415.393.2000
 6  Facsimile:  415.393.2286
    donn.pickett@bingham.com
 7  frank.hinman@bingham.com
    krystal.bowen@bingham.com
 8  sujal.shah@bingham.com
    susan.welch@bingham.com
 9  frank.busch@bingham.com

10  Attorneys for Defendant
    Intel Corporation
11
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANTS' JOINT NOTICE OF WITHDRAWAL** |

**NOTICE OF WITHDRAWAL**

Pursuant to the Court's April 8, 2013 Case Management Order (Dkt. 388), Defendants hereby provide notice that they are withdrawing the portions of the following administrative motions and requests to file under seal that relate to the contents of the expert reports of Edward E. Leamer, Ph.D. and Kevin M. Murphy, Ph.D.: (1) joint response in support of motion filed October 9, 2012 (Dkt. 195); (2) motion filed November 12, 2012 (Dkt. 211); (3) motion filed December 17, 2012 (Dkt. 254); (4) motion filed January 9, 2013 (Dkt. 264); and (5) joint response in support of motion filed January 22, 2013 (Dkt. 292)..

Respectfully Submitted,

Dated: April 9, 2013         BINGHAM McCUTCHEN LLP

By:   /s/   Frank M. Hinman
             Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Krystal N. Bowen
Sujal J. Shah
Susan J. Welch
Frank Busch
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:   (415) 393-2286

*Attorneys for Defendant INTEL CORPORATION*

| | | |
|---|---|---|
| 1 | Dated: April 9, 2013 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | By:   /s/   Emily Johnson Henn   <br>            Emily Johnson Henn |
| 4 | | |
| 5 | | Emily Johnson Henn<br>333 Twin Dolphin Drive, Suite 700<br>Redwood City, CA  94065<br>Telephone:  (650) 632-4700 |
| 6 | | |
| 7 | | John W. Nields Jr.<br>Deborah A. Garza<br>Thomas A. Isaacson<br>1201 Pennsylvania Avenue, NW<br>Washington, DC  20004<br>Telephone:  (202) 662-6000 |
| 8 | | |
| 9 | | |
| 10 | | *Attorneys for Defendant PIXAR* |
| 11 | Dated: April 9, 2013 | JONES DAY |
| 12 | | |
| 13 | | By:   /s/   David C. Kiernan   <br>            David C. Kiernan |
| 14 | | |
| 15 | | Robert A. Mittelstaedt<br>Craig A. Waldman<br>David C. Kiernan<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 626-3939<br>Facsimile:   (415) 875-5700 |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Dated: April 9, 2013          JONES DAY

By:   /s/   Robert A. Mittelsteadt
           Robert A. Mittelsteadt

Robert A. Mittelsteadt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:  (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:   (650) 739-3939
Facsimile:   (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

Dated: April 9, 2013          MAYER BROWN LLP

By:   /s/   Lee H. Rubin
           Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:  (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

| | | |
|---|---|---|
| 1 | Dated: April 9, 2013 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:  /s/   Michael F. Tubach   <br>               Michael F. Tubach |
| 4 | | George Riley |
| 5 | | Michael F. Tubach <br> Lisa Chen |
| 6 | | Christina J. Brown <br> Two Embarcadero Center, 28th Floor |
| 7 | | San Francisco, CA 94111 <br> Telephone:  (415) 984-8700 |
| 8 | | Facsimile:  (415) 984-8701 |
| 9 | | *Attorneys for Defendant APPLE INC.* |
| 10 | Dated: April 9, 2013 | KEKER & VAN NEST LLP |
| 11 | | |
| 12 | | By:  /s/   Daniel Purcell   <br>               Daniel Purcell |
| 13 | | John W. Keker <br> Daniel Purcell |
| 14 | | Eugene M. Page <br> Justina K. Sessions |
| 15 | | 633 Battery Street <br> San Francisco, CA 94111 |
| 16 | | Telephone:  (415) 381-5400 <br> Facsimile:  (415) 397-7188 |
| 17 | | |
| 18 | | *Attorneys for Defendant LUCASFILM LTD.* |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

  /s/ Frank M. Hinman  
       Frank M. Hinman

DEFENDANTS' JOINT NOTICE OF WITHDRAWAL

A/75483746.1