1   GEORGE A. RILEY (Bar No. 118304)
    griley@omm.com
2   MICHAEL F. TUBACH (Bar No. 145955)
    mtubach@omm.com
3   CHRISTINA J. BROWN (Bar No. 242130)
    cjbrown@omm.com
4   AMANDA R. CONLEY (Bar. No. 281270)
    aconley@omm.com
5   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
6   San Francisco, CA  94111-3823
    Telephone:     (415) 984-8700
7   Facsimile:     (415) 984-8701

8   Attorneys for Defendant Apple Inc.

9   [Additional counsel listed on signature page]

10
                    **UNITED STATES DISTRICT COURT**
11
                 **NORTHERN DISTRICT OF CALIFORNIA**
12
                        **SAN JOSE DIVISION**
13

14  IN RE: HIGH-TECH EMPLOYEE              Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
15                                         **DEFENDANTS' JOINT RENEWED**
    THIS DOCUMENT RELATES TO:              **ADMINISTRATIVE MOTION TO SEAL**
16                                         **PORTIONS OF THE EXPERT**
    ALL ACTIONS                            **REPORTS OF DR. LEAMER AND DR.**
17                                         **MURPHY**

18

19

20

21

22

23

24

25

26

27

28

I.      **RENEWED MOTION TO SEAL**

In its April 8, 2013 Case Management Order (Dkt. 388), the Court directed the parties to file renewed motions to seal the expert reports of Dr. Leamer and Dr. Murphy consistent with the good cause standard for sealing as set forth in the Court's Order Granting in Part and Denying in Part Motions to Seal ("Sealing Order") (Dkt. 273).  Accordingly, Defendants Adobe Systems Inc., Apple Inc., Intel Corp., Intuit Inc., Google, Inc., and Lucasfilm Ltd. ("Defendants") hereby jointly move to renew their requests to seal only certain, more limited portions of the following documents:

(1) portions of the Expert Report of Edward E. Leamer, Ph.D. ("Leamer Report") (Dkt. 190);

(2) portions of the Expert Report of Professor Kevin M. Murphy ("Murphy Report") (Dkt. 230);

(3) portions of the Reply Expert Report of Edward E. Leamer, Ph.D. ("Leamer Reply Report") (Dkt. 249);

(4) portions of Defendants' Joint Administrative Motion for Leave to Supplement the Record ("Motion to Supplement") (Dkt. 263) and Supplemental Declaration of Kevin Murphy ("Murphy Supp. Decl.") (Dkt. 263-3); and

(5) portions of Plaintiffs' Opposition to Defendants' Joint Administrative Motion for Leave to Supplement the Record ("Opposition to Motion to Supplement") (Dkt. 270) and Declaration of Dr. Edward E. Leamer ("Leamer Opp. Decl.") (Dkt. 270-1) .

In accordance with the Court's Case Management Order, Defendants have re-reviewed these documents and substantially narrowed those portions that they seek to redact from the public record.  These more limited portions that Defendants request to seal reflect their most highly sensitive and confidential information, the public disclosure of which would cause serious harm to Defendants, as detailed in the supporting declarations of Lin W. Kahn, Christina J. Brown, Anne M. Selin, Frank Busch, Catherine T. Zeng, Justina K. Sessions, and James M. Kennedy.

1

2

## II.   GOOD CAUSE EXISTS TO SEAL DEFENDANTS' CONFIDENTIAL INFORMATION IN THE MORE LIMITED PROPOSED REDACTIONS

3        As the supporting declarations demonstrate, the above-referenced documents contain

4 highly confidential and commercially sensitive information about employee compensation,

5 including Defendants' compensation data, as well as Defendants' compensation and recruiting

6 practices, strategies, and policies.  Defendants designated the foregoing information

7 "Confidential" or "Attorneys Eyes Only" under the Protective Order, and have otherwise kept

8 the sealed information confidential.  The public disclosure of this information would cause each

9 Defendant harm by giving third-parties insights into confidential and sensitive aspects of each of

10 the Defendants' strategies, competitive positions, and business operations, allowing these third-

11 parties to potentially gain an unfair advantage in dealings with and against each of the

12 Defendants.

13        This Court has sealed similar compensation and recruiting information in this case.  (*See*

14 Sealing Order, Dkt. 273).  A significant portion of the information sought to be sealed is

15 employee compensation data.  This type of information is regularly sealed because of its

16 confidential and private nature.  *See Renfro v. Unum, et al.*, No. 09-2661, 2010 BL 104197 (N.D.

17 Cal. May 10, 2010) (granting a motion to seal records containing plaintiffs' salary information);

18 *Nettles v. Farmers Ins. Exch.*, No. C06-5164, 2007 WL 858060, at *2 (W.D. Wash. Mar. 16,

19 2007) (holding that salary review notices for third parties "who have not chosen to have their

20 salary history placed into the public record" could be sealed.); *EEOC v. Kokh, LLC*, No. CIV-07-

21 1043, 2010 U.S. Dist. LEXIS 82526, at 1 n.1 (W.D. Okla. Aug. 09, 2012) (noting that portions of

22 summary judgment materials were filed under seal because they contained "confidential salary

23 information").

24        Similarly, information regarding compensation policies, practices and decisions, as well

25 as internal recruiting or hiring policies, practices, and strategies are regularly sealed by other

26 courts because of their confidential and private nature.  *See, e.g., In re Wells Fargo Loan*

27 *Processor Overtime Pay Litig.*, No. C 07-01841, 2008 U.S. Dist. LEXIS 53616, at *16-17 (N.D.

28 Cal. June 09, 2008) (noting that a "compensation policy" was filed under seal); *Hertz Equip.*

1    *Rental Co. v. Useda*, No. CV-10-4953, 2010 BL 259718, at *2 (N.D. Cal. Nov. 02, 2010)

2    (granting a temporary restraining order to enjoin a former employee from using a company's

3    "confidential and/or trade secret employee compensation information"); *Krieger v. Atheros*

4    *Commc'ns, Inc.*, Case No. 11-CV-00640, 2011 U.S. Dist. LEXIS 68033 at *3-4 (N.D. Cal. June

5    25, 2011) (holding that a company could seal a presentation from its investment adviser that

6    contained "sensitive and confidential information, including long-term financial projections,

7    discussions of business strategy, and competitive analyses"); *Network Appliance, Inc. v. Sun*

8    *Microsystems Inc.*, Case No. C-07-06053, 2010 U.S. Dist. LEXIS 21721, at *8 (N.D. Cal. Mar.

9    10, 2010) (sealing "internal information regarding [defendant's] business strategies and

10   opportunities that were not widely distributed"); *see also TriQuint Semiconductor, Inc. v. Avago*

11   *Techns. Ltd.*, Case No. CV 09-531, 2011 U.S. Dist. LEXIS 143942, at *9 (D. Ariz. Dec. 13,

12   2011) (granting motion to seal "market analysis information," under "compelling" reason

13   standard applicable to dispositive motions, including a "spreadsheet tracking information

14   regarding potentially competitive products,"  and other business strategy documents, such as

15   information relating to "product competitiveness, and market and technological opportunities

16   and risks").

17   **III.**   **CONCLUSION**

18       Defendants respectfully request that the Court order the expert materials described above

19   to be placed under seal.

20       In accordance with Civil Local Rule 79-5(d), Defendants' proposed redacted versions of

21   these materials are attached hereto as Exhibits A-1 through G-1.  Pursuant to the Court's order

22   on January 11, 2013 (Dkt. 269), copies of these materials with the proposed redactions

23   highlighted in yellow are attached hereto as Exhibits A-2 through G-2.  These documents will be

24   lodged with the Clerk in hard copy and served on counsel for Plaintiffs.

25

26

27

28

1    Dated:  April 12, 2013          O'MELVENY & MYERS LLP

2                                    By:      _/s/ Christina J. Brown_
3                                             Christina J. Brown

4                                    George Riley
                                     Michael F. Tubach
5                                    Christina J. Brown
                                     Amanda R. Conley
6                                    Two Embarcadero Center, 28th Floor
                                     San Francisco, CA  94111
7                                    Telephone:  (415) 984-8700
                                     Facsimile:   (415) 984-8701
8
                                     *Attorneys for Defendant APPLE INC.*
9

10   Dated:  April 12, 2013          JONES DAY

11                                   By:      _/s/ David C. Kiernan_
                                              David C. Kiernan
12
                                     Robert A. Mittelstaedt
13                                   Craig A. Waldman
                                     David C. Kiernan
14                                   555 California Street, 26th Floor
                                     San Francisco, CA  94104
15                                   Telephone:  (415) 626-3939
                                     Facsimile:   (415) 875-5700
16
                                     *Attorneys for Defendant ADOBE SYSTEMS, INC.*
17

18   Dated:  April 12, 2013          JONES DAY

19                                   By:      _/s/ Robert A. Mittelstaedt_
                                              Robert A. Mittelstaedt
20
                                     Robert A. Mittelstaedt
21                                   Craig E. Stewart
                                     555 California Street, 26th Floor
22                                   San Francisco, CA  94104
                                     Telephone:  (415) 626-3939
23                                   Facsimile:   (415) 875-5700

24                                   Catherine T. Zeng
                                     JONES DAY
25                                   1755 Embarcadero Road
                                     Palo Alto, CA  94303
26                                   Telephone:       (650) 739-3939
                                     Facsimile:       (650) 739-3900
27
                                     *Attorneys for Defendant INTUIT INC.*
28

1   Dated:  April 12, 2013          MAYER BROWN LLP

2
                                    By:      /s/ Lee H. Rubin
3                                            Lee H. Rubin

4                                   Lee H. Rubin
                                    Edward D. Johnson
5                                   Donald M. Falk
                                    Two Palo Alto Square
6                                   3000 El Camino Real, Suite 300
                                    Palo Alto, CA  94306-2112
7                                   Telephone:  (650) 331-2057
                                    Facsimile:   (650) 331-4557
8
                                    *Attorneys for Defendant GOOGLE INC.*
9
    Dated:  April 12, 2013          KEKER & VAN NEST LLP
10
                                    By:      /s/ Daniel Purcell
11                                           Daniel Purcell

12                                  John W. Keker
                                    Daniel Purcell
13                                  Eugene M. Page
                                    633 Battery Street
14                                  San Francisco, CA  94111
                                    Telephone:  (415) 381-5400
15                                  Facsimile:   (415) 397-7188

16                                  *Attorneys for Defendant LUCASFILM LTD.*

17
    Dated:  April 12, 2013          BINGHAM McCUTCHEN LLP
18
19                                  By:      /s/ Frank M. Hinman
                                             Frank M. Hinman
20
                                    Donn P. Pickett
21                                  Frank M. Hinman
                                    Three Embarcadero Center
22                                  San Francisco, CA  94111
                                    Telephone:  (415) 393-2000
23                                  Facsimile:   (415) 383-2286

24                                  *Attorneys for Defendant INTEL CORPORATION*

25

26

27

28

1    Dated:  April 12, 2013              COVINGTON & BURLING LLP

2                                        By:      */s/ Emily Johnson Henn*

3                                                 Emily Johnson Henn

4                                        Emily Johnson Henn
                                         333 Twin Dolphin Drive, Suite 700
5                                        Redwood City, CA  94065
                                         Telephone:  (650) 632-4700
6
                                         *Attorneys for Defendant PIXAR*
7

8    **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in

9    the filing of this document has been obtained from all signatories.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28