# Exhibit 1A

## Hires and Separations at Defendant Companies - From/To Other Defendants vs. Overall

| Year | Hires | | Separations | | Hires + Separations | |
|------|-------|--|-------------|--|---------------------|--|
| 2001 | | | | | | |
| 2002 | | | | | | |
| 2003 | | | | | | |
| 2004 | | | | | | |
| 2005 | | | | | | |
| 2006 | | | | | | |
| 2007 | | | | | | |
| 2008 | | | | | | |
| 2009 | | | | | | |
| 2010 | | | | | | |
| 2011 | | | | | | |
| **2001-2004 Avg** | | | | | | |
| **2005-2009 Avg** | | | | | | |
| **2010-2011 Avg** | | | | | | |
| **2001-2011 Avg** | | | | | | |
| **2001-2004 Total** | | | | | | |
| **2005-2009 Total** | | | | | | |
| **2010-2011 Total** | | | | | | |
| **2001-2011 Total** | | | | | | |

Notes:  This analysis excludes hires indicated as acquisitions, hires showing the same defendant company as their immediate previous employer within one year of the hiring, and separations that appear as immediately rehired by the same defendant company within one year.  Number of employees is calculated as average employment in each year.
Source:  Dr. Leamer's employee data.

# Exhibit 1B

## Hires and Separations at Defendant Companies - From/To Other DNCC Defendants vs. Overall



| Year | Hires | Separations | Hires + Separations |
|---|---|---|---|
| 2001 | | | |
| 2002 | | | |
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| 2009 | | | |
| 2010 | | | |
| 2011 | | | |
| 2001-2004 Avg | | | |
| 2005-2009 Avg | | | |
| 2010-2011 Avg | | | |
| 2001-2011 Avg | | | |
| 2001-2004 Total | | | |
| 2005-2009 Total | | | |
| 2010-2011 Total | | | |
| 2001-2011 Total | | | |

Notes:  This analysis excludes hires indicated as acquisitions, hires showing the same defendant company as their immediate previous employer within one year of the hiring, and separations that appear as immediately rehired by the same defendant company within one year.  Number of employees is calculated as average employment in each year.
Source:  Dr. Leamer's employee data.

**Exhibit 2A**

# Number of Employees by Defendant and Year

**All Salaried Employee Class**

|      | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | All Defendants |
|------|-------|-------|--------|-------|--------|-----------|-------|----------------|
| 2001 | 2,503 | 5,096 | 210    | ■     | 3,169  | ■         | ■     | 66,242         |
| 2002 | 2,226 | 5,255 | 542    | ■     | 3,982  | ■         | ■     | 63,569         |
| 2003 | 2,291 | 5,424 | 1,329  | ■     | 4,311  | ■         | ■     | 62,439         |
| 2004 | 2,508 | 5,684 | 2,346  | ■     | 4,247  | ■         | ■     | 64,172         |
| 2005 | 3,791 | 6,474 | 4,117  | ■     | 4,418  | ■         | ■     | 73,556         |
| 2006 | 3,663 | 6,993 | 6,873  | ■     | 4,498  | ■         | ■     | 74,045         |
| 2007 | 3,951 | 7,951 | 8,768  | ■     | 5,069  | ■         | ■     | 73,247         |
| 2008 | 4,203 | 9,135 | 10,983 | ■     | 5,081  | ■         | ■     | 75,205         |
| 2009 | 4,928 | 10,005| 11,175 | ■     | 4,683  | ■         | ■     | 75,166         |
| 2010 | 5,010 | 11,655| 13,988 | ■     | 4,605  | ■         | ■     | 80,193         |
| 2011 | 5,385 | 13,226| 18,179 | ■     | 4,770  | ■         | ■     | 90,070         |

Source:  Dr. Leamer's backup data and materials.

**Exhibit 2B**

**Number of Employees by Defendant and Year**

Technical, Creative, and R&D Class

|      | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | All Defendants |
|------|-------|-------|--------|-------|--------|-----------|-------|----------------|
| 2001 | 1,582 | 2,670 | 101 | ■ | 1,557 | ■ | ■ | 34,484 |
| 2002 | 1,441 | 2,866 | 207 | ■ | 1,977 | ■ | ■ | 33,881 |
| 2003 | 1,450 | 2,954 | 509 | ■ | 1,907 | ■ | ■ | 33,517 |
| 2004 | 1,579 | 2,942 | 1,026 | ■ | 1,829 | ■ | ■ | 33,592 |
| 2005 | 2,205 | 3,358 | 2,258 | ■ | 1,814 | ■ | ■ | 40,479 |
| 2006 | 2,218 | 3,677 | 3,776 | ■ | 1,863 | ■ | ■ | 41,216 |
| 2007 | 2,277 | 4,248 | 5,290 | ■ | 2,244 | ■ | ■ | 42,550 |
| 2008 | 2,400 | 4,950 | 6,388 | ■ | 2,349 | ■ | ■ | 44,243 |
| 2009 | 2,552 | 5,589 | 6,825 | ■ | 2,237 | ■ | ■ | 45,453 |
| 2010 | 2,489 | 6,663 | 8,693 | ■ | 2,308 | ■ | ■ | 48,994 |
| 2011 | 2,639 | 7,582 | 11,139 | ■ | 2,457 | ■ | ■ | 55,338 |

Source:  Dr. Leamer's backup data and materials.

# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

## Adobe



Note:  Hires through acquisitions are excluded.  This analysis uses Adobe's compensation data and may not include all internal transfers.

# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

### Apple



Note: Analysis restricted to hires for job codes provided in the compensation data.

# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

## Google



# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

### Intel



# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

### Intuit



# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

### Lucasfilm

| Rank | Previous Employer | Number of Hires 2008Q2-2012Q1 | Percentage of Total Hires 2008Q2-2012Q1 |
|---|---|---|---|
| | LUCASFILM | 26 | 7.1% |
| 1 | ELECTRONIC ARTS | 20 | 5.5% |
| 2 | IMAGEMOVERS DIGITAL | 8 | 2.2% |
| 3 | WALT DISNEY | 6 | 1.6% |
| 4 | ACTIVISION | 5 | 1.4% |
| 5 | ORPHANAGE INC | 5 | 1.4% |
| 6 | 2K GAMES | 4 | 1.1% |
| 7 | CBS | 4 | 1.1% |
| 8 | DIGITAL DOMAIN | 4 | 1.1% |
| 9 | PDI | 4 | 1.1% |
| 10 | SONY | 4 | 1.1% |
| 11 | APPLE | 3 | 0.8% |
| 12 | DOUBLE FINE PRODUCTIONS | 3 | 0.8% |
| 13 | DREAMWORKS | 3 | 0.8% |
| 14 | MICROSOFT | 3 | 0.8% |
| 15 | PIXAR | 3 | 0.8% |
| 16 | ZYNGA | 3 | 0.8% |
| 17 | CRYSTAL DYNAMICS | 2 | 0.5% |
| 18 | MUNKYFUN INC | 2 | 0.5% |
| 19 | ADOBE | 1 | 0.3% |
| 20 | EBAY | 1 | 0.3% |
| | Self Employed/Unemployed | 3 | 0.8% |
| | Unknown | 61 | 16.7% |
| | Other (Non-Defendants) | 187 | 51.2% |
| | Other Defendants | 0 | 0.0% |
| | All Defendants excluding Lucasfilm | 7 | 1.9% |
| Lucasfilm Total | | 365 | 100% |

# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

### Pixar

| Rank | Previous Employer | Number of Hires 2001-2012Q2 | Percentage of Total Hires 2001-2012Q2 |
|---|---|---|---|
|  | PIXAR | 5 | 0.6% |
| 1 | LUCASFILM | 22 | 2.5% |
| 2 | BLUE SKY STUDIO | 18 | 2.1% |
| 3 | WALT DISNEY | 16 | 1.8% |
| 4 | PDI | 10 | 1.1% |
| 5 | TIPPETT | 10 | 1.1% |
| 6 | APPLE | 8 | 0.9% |
| 7 | DREAMWORKS | 6 | 0.7% |
| 8 | RHYTHM & HUES | 6 | 0.7% |
| 9 | UC BERKELEY | 5 | 0.6% |
| 10 | WDFA | 5 | 0.6% |
| 11 | ELECTRONIC ARTS | 4 | 0.5% |
| 12 | ESC ENTERTAINMENT | 4 | 0.5% |
| 13 | MICROSOFT | 4 | 0.5% |
| 14 | SONY | 4 | 0.5% |
| 15 | BRIGHAM YOUNG UNIV | 3 | 0.3% |
| 16 | FRAMESTORE | 3 | 0.3% |
| 17 | GOOGLE | 3 | 0.3% |
| 18 | TAMU | 3 | 0.3% |
| 19 | WARNER BRO | 3 | 0.3% |
| 20 | ACTIVISION | 2 | 0.2% |
|  | Self Employed/Unemployed | 7 | 0.8% |
|  | Unknown | 420 | 48.2% |
|  | Other (Non-Defendants) | 294 | 33.7% |
|  | Other Defendants | 7 | 0.8% |
|  | **All Defendants excluding Pixar** | **40** | **4.6%** |
| **Pixar Total** |  | **872** | **100%** |

Note: The lengths of the periods analyzed vary by company based on data availability.
Sources: Recruiting data from Apple, Google, Intel, Intuit, Lucasfilm, and Pixar.  Compensation data from Adobe and Apple.

**Exhibit 4A**

# Annual Hires and Separations as a Share of Defendants' Average Total Employment

## All Salaried Employee Class



Notes:
[1] An employee is classified as "To/From a Defendant" if he/she is employed by one Defendant within 12 months of separating from a different Defendant.
[2] Employees who are rehired by the same Defendant within one year of separating are excluded from the counts of hires and separations.

Source: Dr. Leamer's backup data and materials.

**Exhibit 4B**

# Annual Hires and Separations as a Share of Defendants' Average Total Employment

## Technical, Creative, and R&D Class



Notes:
[1] An employee is classified as "To/From a Defendant" if he/she is employed by one Defendant within 12 months of separating from a different Defendant.
[2] Employees who are rehired by the same Defendant within one year of separating are excluded from the counts of hires and separations.

Source: Dr. Leamer's backup data and materials.

# Exhibit 5

## Employment of Software Engineers

| Year | Adobe | Apple | Google | Intel | Intuit | LucasFilm | Pixar | Defendant Companies | Industries of Defendant Companies | % of Industries of Defendant Companies | | | | | | | Defendant Companies |
|------|-------|-------|--------|-------|--------|-----------|-------|---------------------|-----------------------------------|------|------|------|------|------|------|------|------|
| | | | | | | | | | | Adobe | Apple | Google | Intel | Intuit | LucasFilm | Pixar | |
| 2002 | 1,165 | ■ | ■ | ■ | 1,263 | ■ | ■ | **8,065** | 79,910 | 1.5% | ■ | ■ | ■ | 1.6% | ■ | ■ | **10.1%** |
| 2003 | 1,167 | ■ | ■ | ■ | 1,228 | ■ | ■ | **7,811** | 101,470 | 1.2% | ■ | ■ | ■ | 1.2% | ■ | ■ | **7.7%** |
| 2004 | 1,258 | ■ | ■ | ■ | 1,207 | ■ | ■ | **8,317** | 105,160 | 1.2% | ■ | ■ | ■ | 1.1% | ■ | ■ | **7.9%** |
| 2005 | 1,694 | ■ | ■ | ■ | 1,336 | ■ | ■ | **10,656** | 106,890 | 1.6% | ■ | ■ | ■ | 1.2% | ■ | ■ | **10.0%** |
| 2006 | 1,728 | ■ | ■ | ■ | 1,333 | ■ | ■ | **11,742** | 96,440 | 1.8% | ■ | ■ | ■ | 1.4% | ■ | ■ | **12.2%** |
| 2007 | 1,880 | ■ | ■ | ■ | 1,411 | ■ | ■ | **13,907** | 108,650 | 1.7% | ■ | ■ | ■ | 1.3% | ■ | ■ | **12.8%** |
| 2008 | 1,958 | ■ | ■ | ■ | 1,425 | ■ | ■ | **15,404** | 122,130 | 1.6% | ■ | ■ | ■ | 1.2% | ■ | ■ | **12.6%** |
| 2009 | 1,984 | ■ | ■ | ■ | 1,282 | ■ | ■ | **16,301** | 127,860 | 1.6% | ■ | ■ | ■ | 1.0% | ■ | ■ | **12.7%** |
| 2010 | 1,865 | ■ | ■ | ■ | 1,361 | ■ | ■ | **18,728** | 124,910 | 1.5% | ■ | ■ | ■ | 1.1% | ■ | ■ | **15.0%** |
| 2011 | 1,939 | ■ | ■ | ■ | 1,475 | ■ | ■ | **22,318** | 134,150 | 1.4% | ■ | ■ | ■ | 1.1% | ■ | ■ | **16.6%** |

|  | |
|---|---|
| 2002-2004 Average: | **8.6%** |
| 2005-2009 Average: | **12.1%** |
| 2010-2011 Average: | **15.8%** |

| All Industries | % of All Industries | | | | | | | Defendant Companies |
|----------------|-------|-------|--------|-------|--------|-----------|-------|---------------------|
| | Adobe | Apple | Google | Intel | Intuit | LucasFilm | Pixar | |
| 584,020 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **1.4%** |
| 651,740 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **1.2%** |
| 717,420 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **1.2%** |
| 758,050 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **1.4%** |
| 764,430 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **1.5%** |
| 834,850 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **1.7%** |
| 851,850 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **1.8%** |
| 852,670 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **1.9%** |
| 868,210 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **2.2%** |
| 921,500 | 0.2% | ■ | ■ | ■ | 0.2% | ■ | ■ | **2.4%** |

Source:  Defendant employment numbers are based on Dr. Leamer's employee data as well as classification of software engineers performed by my staff. Employment of industries of Defendant companies based on BLS OES National Industry Specific Data for the following NAICS codes (based on CapIQ company information):

| 334100 | Computer and Peripheral Equipment Manufacturing |
| 519100 | Other Information Services |
| 334400 | Semiconductor and Other Electronic Component Manufacturing |
| 511200 | Software Publishers |
| 512100 | Motion Picture and Video Industries |

|  | |
|---|---|
| 2002-2004 Average: | **1.2%** |
| 2005-2009 Average: | **1.7%** |
| 2010-2011 Average: | **2.3%** |

**Exhibit 6**
**Age Distribution of New Hires**
**2001 through 2011**

| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| **All Salaried Employee Class** | | | | | | | |
| 25 and under | 7% | ■ | ■ | ■ | 7% | 6% | 19% |
| 26 to 30 | 19% | ■ | ■ | ■ | 17% | 24% | 30% |
| 31 to 35 | 24% | ■ | ■ | ■ | 24% | 30% | 24% |
| 36 to 40 | 22% | ■ | ■ | ■ | 22% | 22% | 14% |
| 41 and over | 28% | ■ | ■ | ■ | 30% | 17% | 13% |
| **Technical, Creative, and R&D Class** | | | | | | | |
| 25 and under | 8% | ■ | ■ | ■ | 6% | 7% | 18% |
| 26 to 30 | 20% | ■ | ■ | ■ | 17% | 27% | 32% |
| 31 to 35 | 24% | ■ | ■ | ■ | 26% | 33% | 24% |
| 36 to 40 | 21% | ■ | ■ | ■ | 22% | 21% | 15% |
| 41 and over | 27% | ■ | ■ | ■ | 29% | 12% | 10% |

Source: Dr. Leamer's backup data and materials.



**Exhibit 7A**
## Distributions of Annual Changes in Total Compensation
### All Salaried Employee Class

Note: Percent changes in total compensation are defined as the log of the current year's total compensation minus the log of the previous year's total compensation multiplied by 100.

Source: Dr. Leamer's backup data and materials.

# Exhibit 7B
## Distributions of Annual Changes in Total Compensation
### Technical, Creative, and R&D Class



Note: Percent changes in total compensation are defined as the log of the current year's total compensation minus the log of the previous year's total compensation multiplied by 100.

Source: Dr. Leamer's backup data and materials.



**Exhibit 8A**
## Composition of Total Compensation
### All Salaried Employee Class

Source: Dr. Leamer's backup data and materials.



**Exhibit 8B**
Composition of Total Compensation
Technical, Creative, and R&D Class

Source: Dr. Leamer's backup data and materials.

**Exhibit 9A**
## Composition of Total Compensation for Major Jobs
### Top 10 Apple Jobs



Notes:
[1] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.
[3] Apple's job titles changed in 2005.

Source: Dr. Leamer's backup data and materials.

**Exhibit 9B**
## Composition of Total Compensation for Major Jobs
### Top 10 Google Jobs



Average Annual Compensation ($000s)

Base Salary    Bonuses and Overtime    Stocks and Options

Notes:
[1] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.

Source: Dr. Leamer's backup data and materials.

# Exhibit 10

## Average Total Compensation per Employee as Percentage of Revenue per Employee (Dr. Leamer's Figure 9 Data)



Source:  Dr. Leamer's backup data and materials (Lucasfilm 2001 and 2007 revenue data not provided).  Pixar revenue data after 2005 provided by Pixar.  Pixar 2006 revenue estimated by multiplying the reported number (for nine months) by 12/9.

## Exhibit 11A
## Distributions of Annual Changes in Total Compensation
### Top 10 Apple Jobs



Change in Total Compensation (%)

⎯ Median    ▦ 25th/75th Percentiles    ▦ 5th/95th Percentiles

Notes:
[1] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.
[3] Percent changes are defined as differences in logs.
[4] Apple's job titles changed in 2005.

Source: Dr. Leamer's backup data and materials.

**Exhibit 11B**
## Distributions of Annual Changes in Total Compensation
### Top 10 Google Jobs



Change in Total Compensation (%)

—— Median    ☐ 25th/75th Percentiles    ☐ 5th/95th Percentiles

Notes:
[1] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.
[3] Percent changes are defined as differences in logs.

Source: Dr. Leamer's backup data and materials.

**Exhibit 12**

# R-Squareds in Dr. Leamer's "Compensation Structure" Regressions Are Mostly Attributable to Employer and Job Indicators

| | All-Salaried Employee Class | | | Technical, Creative, and R&D Class | | |
|---|---|---|---|---|---|---|
| | R-Squareds in Dr. Leamer's Figure 11 | Including Only Employer and Job Indicators | Excluding Employer and Job Indicators | R-Squareds in Dr. Leamer's Figure 13 | Including Only Employer and Job Indicators | Excluding Employer and Job Indicators |
| 2001 | 95% | 94% | 21% | 89% | 89% | 15% |
| 2002 | 94% | 93% | 21% | 89% | 88% | 16% |
| 2003 | 94% | 93% | 22% | 88% | 88% | 16% |
| 2004 | 93% | 93% | 19% | 88% | 88% | 18% |
| 2005 | 93% | 92% | 20% | 88% | 87% | 16% |
| 2006 | 92% | 92% | 21% | 87% | 87% | 19% |
| 2007 | 91% | 91% | 21% | 85% | 85% | 17% |
| 2008 | 92% | 91% | 20% | 86% | 86% | 19% |
| 2009 | 92% | 92% | 20% | 88% | 88% | 17% |
| 2010 | 90% | 90% | 22% | 84% | 84% | 18% |
| 2011 | 92% | 91% | 24% | 88% | 87% | 21% |

Source: Dr. Leamer's Figure 11 and 13 regressions.

**Exhibit 13A**

# Named Plaintiffs' Actual Total Compensation vs. Predictions by Dr. Leamer's Figure 12 Model

| Named Plaintiff | Employer | Year | Actual Total Comp | Total Comp Predicted by Dr. Leamer's Model | Difference | % Difference |
|---|---|---|---|---|---|---|
| | | | [1] | [2] | [3] = [1]-[2] | =[3]/[1] |
| Brandon Marshall | ADOBE | 2006 | $ 73,895 | $ 61,035 | $ 12,860 | 17.4% |
| Michael Devine | ADOBE | 2006 | $ 131,222 | $ 124,424 | $ 6,798 | 5.2% |
| Michael Devine | ADOBE | 2007 | $ 146,540 | $ 135,001 | $ 11,539 | 7.9% |
| Mark Fichtner | INTEL | 2001 | $ 151,712 | $ 133,620 | $ 18,091 | 11.9% |
| Mark Fichtner | INTEL | 2002 | $ 124,426 | $ 120,980 | $ 3,446 | 2.8% |
| Mark Fichtner | INTEL | 2003 | $ 109,352 | $ 109,349 | $ 3 | 0.0% |
| Mark Fichtner | INTEL | 2004 | $ 123,374 | $ 120,221 | $ 3,153 | 2.6% |
| Mark Fichtner | INTEL | 2005 | $ 133,431 | $ 135,403 | $ (1,972) | -1.5% |
| Mark Fichtner | INTEL | 2008 | $ 122,013 | $ 133,469 | $ (11,456) | -9.4% |
| Mark Fichtner | INTEL | 2009 | $ 138,501 | $ 139,125 | $ (624) | -0.5% |
| Mark Fichtner | INTEL | 2010 | $ 152,238 | $ 141,816 | $ 10,422 | 6.8% |
| Daniel Stover | INTUIT | 2006 | $ 79,129 | $ 91,136 | $ (12,007) | -15.2% |
| Daniel Stover | INTUIT | 2007 | $ 103,265 | $ 105,061 | $ (1,796) | -1.7% |
| Daniel Stover | INTUIT | 2008 | $ 175,177 | $ 108,817 | $ 66,361 | 37.9% |
| Daniel Stover | INTUIT | 2009 | $ 132,553 | $ 121,416 | $ 11,137 | 8.4% |
| Siddharth Hariharan | LUCASFILM | 2007 | $ 102,000 | $ 90,819 | $ 11,182 | 11.0% |

Source:  Dr. Leamer's Figure 12 regressions.

**Exhibit 13B**

# Named Plaintiffs' Actual Total Compensation vs. Predictions by Dr. Leamer's Figure 14 Model

| Named Plaintiff | Employer | Year | Actual Total Comp | Total Comp Predicted by Dr. Leamer's Model | Difference | % Difference |
|---|---|---|---|---|---|---|
| | | | [1] | [2] | [3] = [1]-[2] | =[3]/[1] |
| Brandon Marshall | ADOBE | 2006 | $ 73,895 | $ 60,754 | $ 13,141 | 17.8% |
| Michael Devine | ADOBE | 2006 | $ 131,222 | $ 124,661 | $ 6,561 | 5.0% |
| Michael Devine | ADOBE | 2007 | $ 146,540 | $ 134,724 | $ 11,816 | 8.1% |
| Mark Fichtner | INTEL | 2001 | $ 151,712 | $ 135,177 | $ 16,534 | 10.9% |
| Mark Fichtner | INTEL | 2002 | $ 124,426 | $ 121,965 | $ 2,461 | 2.0% |
| Mark Fichtner | INTEL | 2003 | $ 109,352 | $ 109,866 | $ (514) | -0.5% |
| Mark Fichtner | INTEL | 2004 | $ 123,374 | $ 119,152 | $ 4,222 | 3.4% |
| Mark Fichtner | INTEL | 2005 | $ 133,431 | $ 134,261 | $ (830) | -0.6% |
| Mark Fichtner | INTEL | 2008 | $ 122,013 | $ 132,988 | $ (10,974) | -9.0% |
| Mark Fichtner | INTEL | 2009 | $ 138,501 | $ 139,074 | $ (573) | -0.4% |
| Mark Fichtner | INTEL | 2010 | $ 152,238 | $ 141,186 | $ 11,052 | 7.3% |
| Daniel Stover | INTUIT | 2007 | $ 103,265 | $ 105,025 | $ (1,760) | -1.7% |
| Daniel Stover | INTUIT | 2008 | $ 175,177 | $ 108,866 | $ 66,311 | 37.9% |
| Daniel Stover | INTUIT | 2009 | $ 132,553 | $ 122,644 | $ 9,909 | 7.5% |
| Siddharth Hariharan | LUCASFILM | 2007 | $ 102,000 | $ 89,439 | $ 12,561 | 12.3% |

Source:  Dr. Leamer's Figure 14 regressions.



**Exhibit 14A**

## Differences between Actual Compensation and Dr. Leamer's Predicted Compensation

### Yearly Hedonic Regressions by Defendant for All Salaried Employee Class

Note: The percent difference is calculated as the residual from Dr. Leamer's Figure 12 regression models multiplied by 100.
Source: Dr. Leamer's backup data and materials.



**Exhibit 14B**

## Differences between Actual Compensation and Dr. Leamer's Predicted Compensation

### Yearly Hedonic Regressions by Defendant for Technical, Creative, and R&D Class

Note: The percent difference is calculated as the residual from Dr. Leamer's Figure 14 regression models multiplied by 100.
Source: Dr. Leamer's backup data and materials.

## Exhibit 15A
## Difference between Actual Compensation and Dr. Leamer Predicted Compensation
### Top 10 Apple Jobs



Notes:
[1] The percent difference is calculated as the residual from Dr. Leamer's Figure 12 regression models multiplied by 100.
[2] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[3] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.
[4] Apple's job titles changed in 2005.

Source: Dr. Leamer's backup data and materials.

**Exhibit 15B**

## Difference between Actual Compensation and Dr. Leamer Predicted Compensation
### Top 10 Google Jobs



Notes:
[1] The percent difference is calculated as the residual from Dr. Leamer's Figure 12 regression models multiplied by 100.
[2] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[3] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.

Source: Dr. Leamer's backup data and materials.

## Exhibit 16

# Dr. Leamer's Model Implies Very Large Differences Over Time in the Compensation of Individuals with Identical Characteristics and Starting Compensation Levels

**(Simulations Based on Dr. Leamer's "Conduct Regression")**

|  | Adobe | Apple | Google | Intel | Intuit | All Firms |
|---|---|---|---|---|---|---|
| **Difference in Compensation after Two Years** | | | | | | |
| Average | 15% | 31% | 46% | 11% | 16% | 24% |
| 90th Percentile | 32% | 67% | 100% | 22% | 33% | 56% |
| **Difference in Compensation after Five Years** | | | | | | |
| Average | 29% | 53% | 62% | 16% | 22% | 37% |
| 90th Percentile | 61% | 111% | 135% | 34% | 46% | 86% |

Notes:
[1]  Compensation differences are constructed using coefficients and residuals from Dr. Leamer's Figure 20 regression model.
[2]  Percent differences are defined as differences in logs.
[3]  Based on 50,000 simulations of compensation growth from 2004 through 2009 for each firm.
[4]  Lucasfilm and Pixar are excluded because there is insufficient data to do simulations in all years.

Source:  Dr. Leamer's backup data and materials.

**Exhibit 17**

## Simulated Compensation Dynamics of Two Identically Situated Employees

### Distributions of Compensation Differences by Company and Year



Notes:
[1] Compensation differences are constructed using coefficients and residuals from Dr. Leamer's Figure 20 regression model.
[2] Percent differences are defined as differences in logs.
[3] Based on 50,000 simulations for each firm.
[4] Lucasfilm and Pixar are excluded because there is insufficient data to do the simulations in all years.

Source: Dr. Leamer's backup data and materials.



**Exhibit 18A**

Annual Changes in "Constant Attribute Compensation" of Top 25 Job Titles

Base Salary Changes

Notes:
[1] The top 25 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Percent changes in hedonic base salary are defined as differences in logs.
[3] Outliers are capped at +/- 20 percent.

Source: Dr. Leamer's backup data and materials.

## Exhibit 18B
# Annual Changes in "Constant Attribute Compensation" of Top 25 Job Titles
## Total Compensation Changes



Notes:
[1] The top 25 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Percent changes in hedonic total compensation are defined as differences in logs.
[3] Outliers are capped at +/- 75 percent.

Source: Dr. Leamer's backup data and materials.

**Exhibit 19**

**Average Percent Change in Total Compensation**

Dr. Leamer's Figure 19 Disaggregated by Company **vs.** Dr. Leamer's Figure 19

**Average Change in Total Compensation**

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | | Pooled |
|------|-------|-------|--------|-------|--------|-----------|-------|--|--------|
| 2002 | -27.8% | | | -2.1% | -27.2% | | | | -4.7% |
| 2003 | 0.6% | | | -5.1% | 8.5% | | | | -2.3% |
| 2004 | 1.5% | | | 13.1% | 8.3% | | | | 10.3% |
| 2005 | 9.8% | | | -1.3% | 5.6% | | | | 0.5% |
| 2006 | 6.9% | | | 10.6% | 13.9% | | | | 9.1% |
| 2007 | 11.2% | | | 4.5% | 8.8% | | | | 7.4% |
| 2008 | 6.9% | | | 12.0% | 8.8% | | | | 6.8% |
| 2009 | -7.5% | | | 2.9% | -0.1% | | | | 7.4% |
| 2010 | 3.0% | | | 7.9% | 12.7% | | | | 6.5% |
| 2011 | 11.1% | | | 8.7% | 1.8% | | | | 9.7% |

**Estimated Overpayment/Underpayment - Initial**

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | | Pooled |
|------|-------|-------|--------|-------|--------|-----------|-------|--|--------|
| 2005 | 3.4% | 4.2% | -8.7% | -12.2% | 0.6% | 2.8% | 35.6% | | -9.5% |
| 2006 | 0.6% | 8.8% | -17.2% | -0.4% | 8.9% | 8.5% | 26.8% | | -0.9% |
| 2007 | 4.9% | 14.5% | 16.4% | -6.4% | 3.8% | 3.8% | 9.0% | | -2.6% |
| 2008 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | 0.0% |
| 2009 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | | 0.0% |

**Estimated Overpayment/Underpayment - Cumulative**

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | | Pooled |
|------|-------|-------|--------|-------|--------|-----------|-------|--|--------|
| 2005 | 3.4% | 4.2% | -8.7% | -12.2% | 0.6% | 2.8% | 35.6% | | -9.5% |
| 2006 | 4.0% | 13.0% | -25.9% | -12.5% | 9.5% | 11.4% | 62.3% | | -10.3% |
| 2007 | 8.9% | 27.5% | -9.5% | -18.9% | 13.3% | 15.1% | 71.4% | | -12.9% |
| 2008 | 8.9% | 27.5% | -9.5% | -18.9% | 13.3% | 15.1% | 71.4% | | -12.9% |
| 2009 | 8.9% | 27.5% | -9.5% | -18.9% | 13.3% | 15.1% | 71.4% | | -12.9% |

Note:  This analysis follows Dr. Leamer's methodology in his Figure 19 of treating 2005 as the first year of the agreements for all Defendants, even though for Intuit, Lucasfilm and Pixar the first alleged agreements started in other years.
Source:  Leamer Report backup data and programs.

# Exhibit 20

**"Undercompensation" Estimates Using Defendant-Specific Conduct Variables and Other Defendant-Specific Interactive Effects in Dr. Leamer's Regression**

**vs.**

**"Undercompensation" Estimates in Dr. Leamer's Figures 22 and 24**

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.82% | -2.54% | 12.73% | 0.51% | | 1.70% | 25.47% |
| 2006 | 4.37% | -0.72% | 26.90% | -1.89% | | 9.59% | 30.64% |
| 2007 | -0.68% | -2.65% | 19.16% | -6.26% | -6.45% | 13.95% | 28.52% |
| 2008 | -2.19% | -4.06% | 5.70% | -8.01% | -10.24% | 14.15% | 36.96% |
| 2009 | -20.26% | -1.53% | -5.43% | -8.96% | -10.02% | 13.79% | 31.11% |

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.61% | -1.59% | -1.78% | -1.67% | | -12.13% | -10.56% |
| 2006 | -4.28% | -4.43% | -4.44% | -4.70% | | -14.63% | -12.44% |
| 2007 | -6.64% | -6.96% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.92% | -2.01% | 11.08% | 1.71% | | 6.60% | 28.18% |
| 2006 | 5.82% | -2.95% | 22.47% | 0.62% | | 17.23% | 30.70% |
| 2007 | -0.05% | -5.23% | 13.12% | -3.03% | -6.93% | 23.38% | 36.34% |
| 2008 | -1.29% | -7.33% | -0.88% | -3.44% | -8.59% | 24.38% | 34.92% |
| 2009 | -22.60% | -6.28% | -10.56% | -4.67% | -7.47% | 24.05% | 28.33% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.56% | -1.90% | -3.07% | -1.64% | | -10.80% | -9.28% |
| 2006 | -4.29% | -4.96% | -7.23% | -3.06% | | -14.77% | -10.47% |
| 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |

Source:  Leamer Figure 20 and 23 regressions including interactions between company indicators and Dr. Leamer's conduct, age, and hiring rate variables. Pixar revenue data after 2005 are included.

# Exhibit 21A

## Dr. Leamer's Figure 20 Regression Using Corrected Standard Errors

## All-Salaried Employee Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---|---|---|---|
| Conduct * Age | 0.0067 | ** | 0.0031 | 2.18 |
| Conduct * Age^2 | -0.0001 | *** | 0.0000 | -2.45 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0028 | | 0.0247 | 0.12 |
| Conduct | -0.1647 | | 0.1269 | -1.30 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6949 | *** | 0.0608 | 11.42 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7404 | *** | 0.0587 | 12.62 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4945 | *** | 0.0530 | 9.33 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6690 | *** | 0.0351 | 19.06 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7090 | *** | 0.0458 | 15.48 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6944 | *** | 0.1840 | 3.77 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8131 | *** | 0.1069 | 7.61 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.2963 | *** | 0.0461 | 6.43 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2610 | *** | 0.0407 | 6.41 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3732 | *** | 0.0453 | 8.25 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3001 | *** | 0.0389 | 7.71 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2551 | *** | 0.0433 | 5.89 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1983 | *** | 0.0780 | 2.54 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1779 | * | 0.0979 | 1.82 |
| Log(Age) (Years) | -0.3591 | ** | 0.1799 | -2.00 |
| Log(Age)^2 | 0.0394 | * | 0.0233 | 1.69 |
| Log(Company Tenure) (Months) | 0.0107 | | 0.0415 | 0.26 |
| Log(Company Tenure)^2 | -0.0012 | | 0.0043 | -0.28 |
| Male | 0.0027 | | 0.0020 | 1.37 |
| DLog(Information Sector Employment in San-Jose) | 1.4353 | *** | 0.3827 | 3.75 |
| Log(Total Number of Transfers Among Defendants) | 0.0961 | ** | 0.0456 | 2.11 |
| Year (trend) | -0.0038 | | 0.0076 | -0.50 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0154 | | 0.0214 | 0.72 |
| Log(Total Number of New Hires) | -0.2485 | *** | 0.0568 | -4.37 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.1070 | | 0.0785 | -1.36 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.2170 | *** | 0.0814 | 2.67 |
| APPLE | 0.0627 | | 0.2642 | 0.24 |
| GOOGLE | 1.0364 | *** | 0.3351 | 3.09 |
| INTEL | 0.1522 | | 0.2431 | 0.63 |
| INTUIT | 0.1462 | | 0.2151 | 0.68 |
| PIXAR | 0.7251 | | 0.6673 | 1.09 |
| LUCASFILM | 0.1352 | | 0.2762 | 0.49 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.926** | | | |
| Observations | **504,897** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Standard errors clustered on employer-year.

# Exhibit 21B

## Dr. Leamer's Figure 23 Regression Using Corrected Standard Errors

## Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---|---|---|---|
| Conduct * Age | 0.0079 | *** | 0.0033 | 2.38 |
| Conduct * Age^2 | -0.0001 | *** | 0.0000 | -2.71 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | -0.0121 | | 0.0281 | -0.43 |
| Conduct | -0.2196 | | 0.1362 | -1.61 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6744 | *** | 0.0650 | 10.38 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7234 | *** | 0.0570 | 12.70 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4367 | *** | 0.0672 | 6.50 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6401 | *** | 0.0325 | 19.67 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.6703 | *** | 0.0486 | 13.81 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6491 | *** | 0.2295 | 2.83 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8462 | *** | 0.0911 | 9.29 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3053 | *** | 0.0523 | 5.83 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2538 | *** | 0.0391 | 6.49 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3659 | *** | 0.0476 | 7.68 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3179 | *** | 0.0353 | 9.00 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2857 | *** | 0.0439 | 6.51 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1045 | | 0.0896 | 1.17 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1448 | * | 0.0805 | 1.80 |
| Log(Age) (Years) | -0.5894 | *** | 0.1877 | -3.14 |
| Log(Age)^2 | 0.0696 | *** | 0.0239 | 2.92 |
| Log(Company Tenure) (Months) | 0.0297 | | 0.0477 | 0.62 |
| Log(Company Tenure)^2 | -0.0025 | | 0.0049 | -0.52 |
| Male | 0.0065 | *** | 0.0024 | 2.64 |
| DLog(Information Sector Employment in San-Jose) | 1.4378 | *** | 0.4146 | 3.47 |
| Log(Total Number of Transfers Among Defendants) | 0.0973 | ** | 0.0493 | 1.98 |
| Year (trend) | -0.0008 | | 0.0080 | -0.10 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0240 | | 0.0241 | 0.99 |
| Log(Total Number of New Hires) | -0.2720 | *** | 0.0617 | -4.41 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0661 | | 0.0853 | -0.78 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.2068 | *** | 0.0869 | 2.38 |
| APPLE | 0.1220 | | 0.2718 | 0.45 |
| GOOGLE | 1.3682 | *** | 0.4309 | 3.18 |
| INTEL | 0.1569 | | 0.2761 | 0.57 |
| INTUIT | 0.1393 | | 0.2268 | 0.61 |
| PIXAR | 1.5864 | | 1.0458 | 1.52 |
| LUCASFILM | 0.0127 | | 0.3184 | 0.04 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.874** | | | |
| Observations | **292,489** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Standard errors clustered on employer-year.

## Exhibit 22A

## Dr. Leamer's Estimates of Undercompensation Are Not Statistically Significant

### All-Salaried Employee Class

| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| **Dr. Leamer's Annual Undercompensation Estimates (Figure 22)** | | | | | | | |
| 2005 | -1.61% | -1.59% | -1.78% | -1.67% | | -12.13% | -10.56% |
| 2006 | -4.28% | -4.43% | -4.44% | -4.70% | | -14.63% | -12.44% |
| 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |
| **T-Statistics for Annual Undercompensation Estimates** | | | | | | | |
| 2005 | -0.94 | -0.74 | -0.47 | -0.96 | | -1.17 | -0.91 |
| 2006 | -0.88 | -0.81 | -0.49 | -1.49 | | -0.98 | -0.86 |
| 2007 | -0.90 | -0.80 | -0.55 | -1.62 | -0.86 | -0.93 | -0.88 |
| 2008 | -0.90 | -0.80 | -0.60 | -1.63 | -0.99 | -0.95 | -0.79 |
| 2009 | -0.94 | -0.82 | -0.64 | -1.62 | -1.04 | -0.96 | -0.72 |
| **P-Values for Annual Undercompensation Estimates** | | | | | | | |
| 2005 | 35.3% | 46.5% | 64.1% | 34.0% | | 24.9% | 36.8% |
| 2006 | 38.2% | 42.3% | 62.7% | 14.2% | | 33.0% | 39.3% |
| 2007 | 37.1% | 42.6% | 58.7% | 11.1% | 39.4% | 35.5% | 38.4% |
| 2008 | 37.0% | 42.6% | 55.1% | 10.8% | 32.6% | 34.4% | 43.2% |
| 2009 | 35.0% | 41.7% | 52.3% | 11.2% | 30.1% | 34.3% | 47.7% |

Notes:

[1]  Estimates with t-statistics below 1.96 in absolute value (or, equivalently, with p-values greater than 5%) are not statistically significant at the 95% level.

[2]  Standard errors are clustered on employer and year.

Source: Dr. Leamer's Figure 20 regression data.

## Exhibit 22B

## Dr. Leamer's Estimates of Undercompensation Are Not Statistically Significant

### Technical, Creative, and R&D Class

|  | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| | | | **Dr. Leamer's Annual Undercompensation Estimates (Figure 24)** | | | | |
| 2005 | -1.56% | -1.90% | -3.07% | -1.64% | | -10.80% | -9.28% |
| 2006 | -4.29% | -4.96% | -7.23% | -3.06% | | -14.77% | -10.47% |
| 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |
| | | | **T-Statistics for Annual Undercompensation Estimates** | | | | |
| 2005 | -0.81 | -0.77 | -0.71 | -0.83 | | -0.91 | -0.78 |
| 2006 | -0.78 | -0.79 | -0.72 | -0.94 | | -0.85 | -0.72 |
| 2007 | -0.79 | -0.80 | -0.75 | -0.76 | -0.79 | -0.83 | -0.67 |
| 2008 | -0.79 | -0.80 | -0.77 | -0.81 | -0.83 | -0.83 | -0.61 |
| 2009 | -0.79 | -0.81 | -0.80 | -0.72 | -0.84 | -0.83 | -0.49 |
| | | | **P-Values for Annual Undercompensation Estimates** | | | | |
| 2005 | 42.4% | 44.7% | 48.2% | 40.8% | | 36.8% | 44.1% |
| 2006 | 43.7% | 43.0% | 47.5% | 35.0% | | 39.9% | 47.4% |
| 2007 | 43.6% | 43.0% | 45.6% | 44.8% | 43.1% | 41.0% | 50.7% |
| 2008 | 43.5% | 42.8% | 44.3% | 42.4% | 40.9% | 41.0% | 54.1% |
| 2009 | 43.1% | 42.4% | 42.8% | 47.8% | 40.4% | 41.2% | 62.7% |

Notes:

[1] Estimates with t-statistics below 1.96 in absolute value (or, equivalently, with p-values greater than 5%) are not statistically significant at the 95% level.

[2] Standard errors are clustered on employer and year.

Source: Dr. Leamer's Figure 23 regression data.

# Exhibit 23

**"Undercompensation" Estimates Using Pre-Conduct Period as Benchmark in Dr. Leamer's Regression**

**vs.**

**"Undercompensation" Estimates Using Post-Conduct Period as Benchmark in Dr. Leamer's Regression**

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -2.71% | -3.61% | -6.33% | -2.81% | | -14.56% | -16.52% |
| 2006 | -7.94% | -9.12% | -15.64% | -3.65% | | -22.11% | -19.53% |
| 2007 | -12.15% | -14.47% | -20.77% | -1.56% | -6.18% | -27.43% | -19.88% |
| 2008 | -16.55% | -19.95% | -25.25% | -2.74% | -9.00% | -30.44% | -23.69% |
| 2009 | -15.87% | -19.92% | -22.16% | -1.37% | -8.34% | -30.04% | -20.65% |

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | 2.35% | 2.55% | 2.76% | 2.29% | | 14.80% | 12.66% |
| 2006 | 6.66% | 6.74% | 6.80% | 5.08% | | 19.72% | 15.17% |
| 2007 | 10.43% | 10.54% | 9.43% | 6.72% | 4.83% | 24.07% | 16.81% |
| 2008 | 14.40% | 14.43% | 11.85% | 9.43% | 8.35% | 27.74% | 19.25% |
| 2009 | 14.55% | 14.49% | 10.20% | 9.05% | 8.51% | 28.06% | 17.56% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -3.46% | -4.70% | -8.39% | -3.54% | | -16.57% | -18.91% |
| 2006 | -10.10% | -11.69% | -20.04% | -3.90% | | -25.84% | -21.64% |
| 2007 | -15.29% | -18.40% | -25.38% | -0.43% | -7.90% | -31.64% | -20.55% |
| 2008 | -20.74% | -25.15% | -29.55% | -1.63% | -10.96% | -34.10% | -24.35% |
| 2009 | -19.53% | -24.64% | -23.64% | 0.33% | -9.96% | -32.41% | -19.40% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | 2.33% | 2.26% | 1.81% | 2.25% | | 16.28% | 11.56% |
| 2006 | 6.47% | 6.08% | 4.52% | 5.96% | | 20.36% | 13.40% |
| 2007 | 10.17% | 9.38% | 6.50% | 9.12% | 4.58% | 24.38% | 14.99% |
| 2008 | 14.00% | 12.71% | 8.46% | 12.50% | 8.08% | 28.54% | 16.28% |
| 2009 | 14.25% | 12.62% | 7.12% | 12.37% | 8.24% | 29.30% | 14.15% |

Source:  Leamer Figure 20 and 23 regressions estimated using conduct and pre-conduct period data only.

Source:  Leamer Figure 20 and 23 regressions estimated using conduct and post-conduct period data only.

# Exhibit 24

**"Undercompensation" Estimates Predicted Using Non-Conduct Period Data in Dr. Leamer's Regression**  vs.  **"Undercompensation" Estimates in Dr. Leamer's Figures 22 and 24**

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | 5.01% | 0.84% | 0.72% | -2.96% | | 2.48% | 4.52% |
| 2006 | 2.65% | 5.79% | -5.61% | -2.73% | -6.72% | 5.99% | 16.84% |
| 2007 | 4.26% | 12.56% | -2.34% | -8.78% | -6.72% | 3.78% | -4.45% |
| 2008 | 4.67% | -0.10% | -18.53% | -7.36% | -10.78% | 3.88% | -29.03% |
| 2009 | 1.00% | 2.21% | -3.13% | -7.87% | -12.05% | 3.93% | -32.40% |

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.61% | -1.59% | -1.78% | -1.67% | | -12.13% | -10.56% |
| 2006 | -4.28% | -4.43% | -4.44% | -4.70% | | -14.63% | -12.44% |
| 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | 5.83% | 0.97% | 1.89% | -3.43% | | 3.05% | 11.66% |
| 2006 | 2.05% | 4.03% | -12.09% | -1.29% | | 6.07% | 24.15% |
| 2007 | 5.83% | 9.57% | -7.59% | -5.47% | -6.76% | 1.52% | 6.44% |
| 2008 | 5.18% | -4.33% | -25.03% | -2.56% | -8.81% | 1.86% | -16.70% |
| 2009 | 1.46% | -2.26% | -6.45% | -3.09% | -10.53% | 1.90% | -23.03% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.56% | -1.90% | -3.07% | -1.64% | | -10.80% | -9.28% |
| 2006 | -4.29% | -4.96% | -7.23% | -3.06% | | -14.77% | -10.47% |
| 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |

Source:  Leamer Figure 20 and 23 regressions estimated using non-conduct period data.
Undercompensation calculated using residuals predicted for the conduct period.
Pixar revenue data after 2005 are included.

## Exhibit 25A
# Mean Difference between Actual and Predicted Real Compensation by Company and Year
## Dr. Leamer's Conduct Regression for the All Salaried Employee Class



Notes:
[1] The percent difference is calculated as the residual from Dr. Leamer's Figure 20 regression model multiplied by 100.
[2] Real compensation, which is the dependant variable in the Dr. Leamer's model, is defined as total annual compensation divided by the consumer price index.

Source: Dr. Leamer's backup data and materials.

## Exhibit 25B
# Mean Difference between Actual and Predicted Real Compensation by Company and Year
## Dr. Leamer's Conduct Regression for the Technical, Creative, and R&D Class



Notes:
[1] The percent difference is calculated as the residual from Dr. Leamer's Figure 23 regression model multiplied by 100.
[2] Real compensation, which is the dependant variable in the Dr. Leamer's model, is defined as total annual compensation divided by the consumer price index.

Source: Dr. Leamer's backup data and materials.

# Exhibit 26

## "Undercompensation Estimates" Including Change in S&P 500 in Dr. Leamer's Regression

### vs.

## "Undercompensation" Estimates in Dr. Leamer's Figures 22 and 24

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -0.11% | -0.06% | -0.17% | -0.17% | | -1.90% | -1.64% |
| 2006 | -0.23% | -0.27% | -0.43% | -0.84% | -0.22% | -1.83% | -1.83% |
| 2007 | -0.39% | -0.44% | -0.68% | -1.70% | -0.22% | -1.96% | -2.23% |
| 2008 | -0.55% | -0.62% | -1.01% | -2.22% | -0.55% | -2.28% | -2.25% |
| 2009 | -0.66% | -0.66% | -1.01% | -2.32% | -0.61% | -2.31% | -2.14% |

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.61% | -1.59% | -1.78% | -1.67% | | -12.13% | -10.56% |
| 2006 | -4.28% | -4.43% | -4.44% | -4.70% | | -14.63% | -12.44% |
| 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | 0.48% | 0.19% | -0.84% | 0.41% | | 3.49% | 1.29% |
| 2006 | 1.20% | 0.69% | -1.82% | 2.12% | | 3.17% | 1.43% |
| 2007 | 1.93% | 1.00% | -1.87% | 4.26% | 0.71% | 3.38% | 2.21% |
| 2008 | 2.64% | 1.32% | -1.74% | 5.59% | 1.59% | 4.37% | 1.86% |
| 2009 | 2.81% | 1.40% | -1.15% | 5.76% | 1.74% | 4.57% | 1.65% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.56% | -1.90% | -3.07% | -1.64% | | -10.80% | -9.28% |
| 2006 | -4.29% | -4.96% | -7.23% | -3.06% | | -14.77% | -10.47% |
| 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |

Source:  Leamer Figure 20 and 23 regressions including change in S&P 500
Net Total Return Index (Bloomberg).