# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**SUPPLEMENTAL DECLARATION OF PROFESSOR KEVIN M. MURPHY IN SUPPORT OF ADMINISTRATIVE MOTION FOR LEAVE TO SUPPLEMENT THE RECORD**<br><br>Date:        January 17, 2013<br>Time:        1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:       Honorable Lucy H. Koh |

1    I, Kevin M. Murphy, declare as follows:

2    1.    On November 12, 2012, I submitted an expert report in support of Defendants'
3    Opposition to Plaintiffs' Motion for Class Certification. I submit this declaration in support of
4    Defendants' Administrative Motion for Leave to Supplement the Record. I make this declaration
5    based on my personal knowledge and information provided to me and, if called to testify as a
6    witness, I could and would do so competently.

7    2.    On December 10, 2012, Plaintiffs submitted a reply expert report from their
8    expert, Dr. Edward E. Leamer ("Reply Report"). At paragraph 63 of his Reply Report, Dr.
9    Leamer cites an example of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
10   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
11   ▇▇▇▇▇▇▇  In a December 12, 2012 letter to the Court, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇
12   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇. Additionally, at paragraph 64
13   of his Reply Report, Dr. Leamer cites an example of ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
14   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
15   ▇▇▇▇▇▇▇▇▇▇▇. This information was not provided in Dr. Leamer's initial expert report.

16   3.    Attached as Exhibit A hereto are tables with data showing compensation and job
17   titles for these same 28 Intel employees and 4 Apple employees over time:

18   • Page 1 provides the base salaries for each of the 28 Intel employees for the years
19   2007 to 2011. The columns on the far right show the dollar and percentage increases in base
20   salary for each employee during this period, and the bottom rows show the minimum and
21   maximum base salaries each year and the ranges between them.

22   • Page 2 provides the total compensation (including base salaries, bonuses, and
23   equity compensation) for each of the 28 Intel employees for the years 2007 to 2011. The columns
24   on the far right show the increases in total compensation for each employee during this period,
25   and the bottom rows show the minimum and maximum total compensation each year and the
26   corresponding ranges.

27   • Page 3 provides the job titles of each of the 28 Intel employees in each year from
28   2007 to 2011.

- 2 -  MURPHY DECLARATION ISO ADMIN. MOT.
FOR LEAVE TO SUPPLEMENT THE RECORD
NO. 11-CV-2509-LHK

1     •      Pages 4-6 provide this same data for the 4 Apple employees referenced in Dr.
2 Leamer's Reply Report for the years 2008 to 2011.
3     4.      The foregoing is based on Defendants' employee compensation data as provided in
4 Dr. Leamer's backup materials.
5      I declare under penalty of perjury under the laws of the United States that the above is true
6 and correct.
7      Executed on January 9, 2013, in Chicago, Illinois.

9     By: _____
               Kevin M. Murphy

12 **ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in
13 the filing of this document has been obtained from its signatory.

- 3 -

MURPHY DECLARATION ISO ADMIN. MOT.
FOR LEAVE TO SUPPLEMENT THE RECORD
NO. 11-CV-2509-LHK

# Exhibit A

## Base Salary Growth of 28 Similarly Situated Intel Employees



Note: The Dollar Range Percentage is calculated as the difference between the logs of the maximum and minimum.

Sources: Dr. Leamer's backup data; Dr. Leamer's Reply Report at ¶63 and December 12, 2012 Correction Letter.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Total Compensation Growth of 28 Similarly Situated Intel Employees



Note: The Dollar Range Percentage is calculated as the difference between the logs of the maximum and minimum.

Sources: Dr. Leamer's backup data; Dr. Leamer's Reply Report at ¶63 and December 12, 2012 Correction Letter.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Job Progressions of 28 Similarly Situated Intel Employees



Sources: Dr. Leamer's backup data; Dr. Leamer's Reply Report at ¶63 and December 12, 2012 Correction Letter.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Base Salary Growth of 4 Similarly Situated Apple Employees



Note: The Dollar Range Percentage is calculated as the difference between the logs of the maximum and minimum.

Sources: Dr. Leamer's backup data; Dr. Leamer's Reply Report at ¶64.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Total Compensation Growth of 4 Similarly Situated Apple Employees



Note: The Dollar Range Percentage is calculated as the difference between the logs of the maximum and minimum.

Sources: Dr. Leamer's backup data; Dr. Leamer's Reply Report at ¶64.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Job Progressions of 4 Similarly Situated Apple Employees



Sources: Dr. Leamer's backup data; Dr. Leamer's Reply Report at ¶64.

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY