GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT RENEWED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE EXPERT REPORTS OF DR. LEAMER AND DR. MURPHY** |

On April 12, 2013, Defendants Adobe Systems Inc., Apple Inc., Intel Corp., Intuit Inc., Google, Inc., and Lucasfilm Ltd. ("Defendants") filed a renewed administrative motion to seal pursuant to the Court's April 8, 2013 Case Management Order (Dkt. 388) and Northern District Civil Local Rules 7-11 and 79-5, and lodged under seal certain information contained in:

(1) the Expert Report of Edward E. Leamer, Ph.D. (Dkt. 190);

(2) the Report of Professor Kevin M. Murphy (Dkt. 230);

(3) the Reply Expert Report of Edward E. Leamer, Ph.D. (Dkt. 249);

(4) Defendants' Joint Administrative Motion for Leave to Supplement the Record in Support of Defendants' Opposition to Plaintiffs' Motion For Class Certification (Dkt. 263);

(5) the Supplemental Declaration of Professor Kevin M. Murphy in Support of Administrative Motion for Leave to Supplement the Record (Dkt. 263-3);

(6) Plaintiffs' Opposition to Defendants' Joint Administrative Motion for Leave to Supplement the Record in Support of their Opposition to the Motion for Class Certification and Motion to Strike Dr. Leamer's Expert Report (Dkt. 270); and

(7) the Declaration of Dr. Edward E. Leamer in Opposition to Defendants' Administrative Motion (Dkt. 270-1).

In support of the renewed motion to seal, Defendants filed the following declarations:

Defendant Adobe Systems Inc. filed a Declaration of Lin W. Kahn;

Defendant Apple Inc. filed a Declaration of Christina J. Brown;

Defendant Google filed a Declaration of Anne M. Selin; and

Defendant Intel Corp. filed a Declaration of Frank Busch;

Defendant Intuit Corp. filed a Declaration of Catherine T. Zeng;

Defendant Lucasfilm filed a Declaration of Justina K. Sessions.

GOOD CAUSE HAVING BEEN SHOWN, THE COURT HEREBY ORDERS that the following documents, figures, and portions thereof be filed under seal:

<u>The Expert Report of Edward E. Leamer, Ph.D. (Dkt. 190)</u>

- Paragraphs 59, 99, 107-09, 111, 115-17, 119, 123, and 133

- Figures 3, 4, 9, 10, 15, 16, and 17
- Footnotes 65, 101, 103, 112, 127, 129, 135, 138, 139, 155, 160, and 164

The Report of Professor Kevin M. Murphy (Dkt. 230)

- Paragraphs 20, 35, 43, 45-46, 76, 78-79, 95, and 146
- Figures 1A-3, 5-11B, 15B, and 19
- Footnotes 20, 24, 92, 96, 104, 107, 114, and 186
- Appendices 1A-6E, and 7B

The Reply Expert Report of Edward E. Leamer, Ph.D. (Dkt. 249)

- Title III(C)
- Paragraphs 7, 51-54, and 62-64
- Figures 1 and 6-7
- Footnotes 51, 67, and 69

Defendants' Joint Administrative Motion for Leave to Supplement the Record in Support of Defendants' Opposition to Plaintiffs' Motion For Class Certification (Dkt. 263)

- Page 2, lines 1-8

The Supplemental Declaration of Professor Kevin M. Murphy in Support of Administrative Motion for Leave to Supplement the Record (Dkt. 263-3)

- Page 2, lines 9-15
- Exhibit A

Plaintiffs' Opposition to Defendants' Joint Administrative Motion for Leave to Supplement the Record in Support of their Opposition to the Motion for Class Certification and Motion to Strike Dr. Leamer's Expert Report (Dkt. 270)

- Page 5, lines 2-11

The Declaration of Dr. Edward E. Leamer in Opposition to Defendants' Administrative Motion (Dkt. 270 1)

- Exhibit A

1  **IT IS SO ORDERED.**

   Date:_____                    _____
                                     HONORABLE LUCY H. KOH
                                     United States District Court Judge