Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DECLARATION OF LIN W. KAHN IN SUPPORT OF RENEWED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE EXPERT REPORTS OF DR. LEAMER AND DR. MURPHY**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

I, Lin Wang Kahn, declare as follows:

1. I am an attorney with the law firm of Jones Day, counsel for Defendant Adobe Systems Inc. ("Adobe") in the above-captioned action. I am admitted to practice law before this Court. I submit this declaration in support of Defendants' Joint Renewed Administrative Motion to Seal Portions of the Expert Reports of Dr. Leamer and Dr. Murphy ("Renewed Motion to Seal"). As an attorney involved in the defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

2. I have reviewed the Renewed Motion to Seal, the Expert Report of Edward E. Leamer, Ph.D. ("Leamer Report") (Dkt. 190), the Expert Report of Professor Kevin M. Murphy ("Murphy Report") (Dkt. 230), the Reply Expert Report of Edward E. Leamer, Ph.D. ("Leamer Reply Report") (Dkt. 249), the Supplemental Declaration of Kevin Murphy ("Supplemental Murphy Decl.") (Dkt. 263-3), and the Declaration of Dr. Edward E. Leamer ("Leamer Opp. Decl.") (Dkt. 270-1) and exhibits in support thereof.

3. As described below, the information requested to be sealed contains or summarizes Adobe's recruiting or compensation data, practices, strategies and policies. Adobe has designated this information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case. (Dkt. No. 107).

4. The October 9, 2012 Declaration of Donna Morris In Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 196) ("10/9/2012 Morris Decl.") establishes that Adobe's compensation data, practices, strategies and policies, as well as its recruiting data, practices, strategies and policies are confidential and commercially sensitive. As stated in the 10/9/2012 Morris Decl., it is Adobe's practice to keep such information confidential, for internal use only, and not to disclose them to the public.

5. Moreover, the 10/9/2012 Morris Decl. establishes that the public disclosure of this information would harm Adobe, including potentially impairing its competitive position in recruiting, hiring, and compensating employees. Morris declared that Adobe derives independent economic value from keeping its compensation data and compensation, recruiting and hiring

1  practices, strategies, and policies confidential, including keeping it from other persons and entities
2  who could obtain economic value from its disclosure or use.

3        6.      Furthermore, as noted by Morris in the 10/9/2012 Morris Decl., the public
4  disclosure of this information, created for internal use, would give third-parties insights into
5  confidential and sensitive aspects of Adobe's operations and deprive Adobe of its investment in
6  developing these practices, strategies, and policies.  The declaration further establishes that such
7  disclosure would give other entities an unearned advantage by giving them the benefit of knowing
8  how Adobe compensates employees and Adobe's compensation, recruiting, and hiring practices,
9  strategies, and policies.

10        7.      In addition to the 10/9/2012 Morris Decl., Adobe's declarations filed in support of
11  the Opposition to Plaintiffs' Motion for Class Certification also establish the confidentiality of
12  Adobe's compensation and recruiting data, practices, strategies and policies.  In particular, the
13  Declaration of Donna Morris of Adobe Systems Inc. in Support of the Opposition to Plaintiffs'
14  Motion for Class Certification (Dkt. No. 215, Exhibit 14) ("11/9/2012 Morris Decl."), paragraph
15  3, establishes that Adobe's salary and compensation data, policies and strategies are confidential
16  and that public dissemination of that information could cause Adobe competitive harm.  The
17  Declaration of Jeff Vijungco of Adobe Systems Inc. in Support of the Opposition to Plaintiffs'
18  Motion for Class Certification (Dkt. No. 215, Exhibit 15) ("Vijungco Decl."), paragraph 3,
19  similarly establishes that Adobe's recruiting and hiring data, policies and strategies are
20  confidential and that public dissemination of that information could cause Adobe competitive
21  harm.

22        8.      The confidentiality of this type of information was confirmed recently by the
23  January 21, 2013 Declaration of Donna Morris in Support of Renewed Motion to Seal (Dkt. No.
24  284).

25        9.      Specifically, Adobe seeks to keep the following redacted portions of the exhibits to
26  the Murphy Report under seal:

27        • **Exhibit 3** contains confidential information about the top twenty previous
28        employers of Adobe's hires. This is confidential employee data that pertains to

SFI-822532 v1

Kahn Declaration ISO Renewed Motion to Seal
Master Docket No. 11-CV-2509-LHK

- 2 -

Adobe's recruiting strategies, methodologies, and practices.

- **Appexdix 1A, 1C, 2A, and 2C** contain confidential information about the number and percentage of hires at Adobe from other defendants. This is confidential employee data that pertains to Adobe's recruiting strategies, methodologies, and practices.
- **Appexdix 1B, 1D, 2B, and 2D** contains confidential information about the number and percentage of separations at Adobe that went to other defendants. This is confidential employee data that pertains to Adobe's recruiting strategies, methodologies, and practices.
- **Appendices 4A and 4B** contain information about the distribution of base salaries at Adobe. This is confidential employee salary information that pertains to Adobe's compensation methods, strategies, practices and data.
- **Appendices 4C** and **4D** contain information about the distribution of total compensation at Adobe. This is confidential employee salary information that pertains to Adobe's compensation methods, strategies, practices and data.
- **Appendix 5A** contains information about the distribution of total compensation for the top 10 jobs at Adobe. This is confidential employee salary information that pertains to Adobe's compensation methods, strategies, practices and data.
- **Appendix 6A** contains information about the distribution of annual changes in total compensation at Intuit for the top 10 jobs at Adobe. This is confidential employee salary information that pertains to Adobe's compensation methods, strategies, practices and data.

//
//
//
//
//

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 12th day of April 2013 in Palo Alto, California.

By: /s/ Lin W. Kahn
    Lin W. Kahn