KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:      415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' JOINT RENEWED ADMINISTRATIVE MOTION TO SEAL PORTIONS OF THE EXPERT REPORTS OF DR. LEAMER AND DR. MURPHY** |
|---|---|

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' RENEWED
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

746956.01

I, JUSTINA K. SESSIONS, declare and say that:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Lucasfilm Ltd. ("Lucasfilm") in the above-captioned action. I am duly admitted to practice law before this Court. I have knowledge of the facts set forth in this declaration, and if called to testify as a witness thereto could do so competently under oath.

2. For the reasons outlined below, and the reasons provided in the Declaration of David J. Anderman in Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal [Dkt. No. 199], Lucasfilm seeks to maintain under seal certain portions of the Expert Report of Edward E. Leamer, Ph.D. ("Leamer Report") (Dkt. 190) and portions of the Expert Report of Professor Kevin M. Murphy ("Murphy Report") (Dkt. 230). The portions Lucasfilm seeks to maintain under seal contain or reflect Lucasfilm's confidential business practices and/or confidential compensation or recruiting data.

3. Certain portions of the Leamer Report contain or reflect materials that Lucasfilm designated Confidential or Confidential-Attorneys' Eyes Only under the Protective Order in this action [Dkt. No. 107] and should be maintained under seal.

   i) Lucasfilm seeks to maintain under seal the portions of Figure 3 and Figure 4 (p. 23) that describe the number of class members and total class compensation for Lucasfilm during the alleged agreement period. These materials reflect Lucasfilm's confidential compensation data. Lucasfilm strictly maintains the confidentiality of its actual compensation numbers. Lucasfilm could be competitively harmed if other companies gained access to this information because, among other things, it would enable competitors to determine Lucasfilm's pay practices. Other companies could adjust their own compensation practices based on their knowledge of Lucasfilm's compensation methods and levels.

4. Certain portions of the Murphy Report reflect materials that Lucasfilm designated Confidential or Confidential-Attorneys' Eyes Only under the Protective Order in this action [Dkt. No. 107] and should be maintained under seal.

1

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' RENEWED
ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

746956.01

i) Lucasfilm seeks to maintain under seal the Lucasfilm-specific portions of Murphy Report Exhibits 2A, 2B, and 5. These materials reflect Lucasfilm's employment numbers, which are not publicly available. Lucasfilm could be competitively harmed if other companies gained access to this information because, among other things, it would enable a competitor to extrapolate or estimate Lucasfilm's compensation budgets and compensation practices.

ii) Lucasfilm also seeks to maintain under seal the Lucasfilm-specific portions of Murphy Report Exhibits 8A, 8B, 10, and 19 and Appendices 3A-4D, 5D, and 6D. These materials reflect Lucasfilm's confidential compensation data. Lucasfilm strictly maintains the confidentiality of its actual compensation numbers. Lucasfilm could be competitively harmed if other companies gained access to this information because, among other things, it would enable competitors to determine Lucasfilm's pay practices.

5. Because Lucasfilm has sought to maintain the confidentiality of the materials described above, and because public disclosure of these materials could cause Lucasfilm significant harm, the portions of the documents described above should be redacted and shielded from disclosure to Lucasfilm's potential competitors.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on April 12, 2013.

 */s/ Justina K. Sessions*  
JUSTINA K. SESSIONS

2  
DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL  
Case No. 3:11-cv-2509-LHK

746956.01