UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | ORDER REGARDING APRIL 12, 2013 JOINT DISCOVERY STATUS REPORT TO THE COURT |

Fact discovery officially closed in this matter on March 29, 2013. Nevertheless, Plaintiffs raise concerns that certain Defendants have not produced all compensation materials in response to Plaintiffs' Requests for Production of Documents, including Request for Production No. 20. *See* ECF No. 393 at 2. Accordingly, by April 25, 2013, in-house counsel for each Defendant shall file a declaration confirming production of all compensation materials for each year in the discovery period responsive to Plaintiffs' Requests for Production of Documents.

Additionally, the parties shall continue to provide the Court with weekly discovery status reports until ordered otherwise.

**IT IS SO ORDERED.**

Dated: April 15, 2013

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

Master Docket No. 11-CV-2509-LHK
ORDER REGARDING APRIL 12, 2013 JOINT DISCOVERY STATUS REPORT TO THE COURT