Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:   415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415.500.6800
Facsimile:   415.500.6803

*Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT DISCOVERY STATUS REPORT** |

Pursuant to the Court's April 1, 2013 Case Management Order (Dkt. 380), the parties submit this joint discovery status report.

## I.     **Status of Discovery**

No depositions have taken place since the April 12, 2013 Joint Discovery Status Report. The deposition of Sheryl Sandberg (formerly of Google) remains outstanding.

1    Google produced 370 documents, as referenced below, and Intuit produced two new

2    spreadsheet documents since the parties filed their April 12, 2013 Report.

3    **II.    Salary Range and/or Market Reference Guideline**

4    On February 22, 2013, Plaintiffs asked each Defendant to confirm that it had produced all

5    compensation materials in response to Plaintiffs' Requests for Production of Documents.

6    Between February and March, 2013, each Defendant confirmed it had produced all compensation

7    materials to Plaintiffs.  However, at the close of discovery, Plaintiffs became concerned that such

8    production regarding salary or market pay ranges was not complete for each Defendant. During

9    the April 8, 2013 Case Management Conference, counsel for Adobe, Apple, Intel, Intuit,

10    Lucasfilm, and Pixar agreed to confirm that they have produced documents sufficient to show

11    their salary and/or market ranges during the discovery period.  Google had already confirmed its

12    production prior to the Case Management Conference.  Adobe did so on April 9, 2013.

13    **Apple**: On April 10, 2013, Plaintiffs' counsel asked Apple either to produce its salary

14    ranges for all class job titles and/or codes during the discovery period, or to indicate where in

15    their production Apple had already done so.  On April 10 and 12, Apple indicated that it had

16    produced documents reflecting recommended salary ranges throughout the class period and

17    identified those documents by Bates number.  On April 15, Plaintiffs sent Apple a letter

18    explaining that they have reviewed these materials, and that they all display what appears to be

19    salary range information; however, these documents, without more, afforded Plaintiffs no ability

20    to ascertain which salary range actually applied to any position or job title actually held by Apple

21    employees. Apple responded to Plaintiffs' letter on April 19 and stated that the recommended

22    salary ranges can be linked to a field in Apple's actual employee compensation data, which

23    includes job titles and other information for each employee.  Plaintiffs are reviewing the

24    statements made by Apple.

25    **Intel**: On April 10, 2013, Plaintiffs' counsel asked Intel either to produce its salary ranges

26    for all class job titles and/or codes during the discovery period, or to indicate where in their

27    production Intel had already done so.  Intel responded by letter dated April 12, 2013 that Intel had

28    "produced 74,798 documents in this action," noting that Intel had produced a 30(b)(6) deponent

1  "to answer Plaintiffs' questions about its data productions," and referring Plaintiffs to

2  "76586DOC001450, among other responsive, non-privileged documents on this subject," which

3  Intel characterized as "complying fully with its discovery obligations in all respects."  That same

4  day, Plaintiffs sent Intel an email in response asking for clarification on what exactly

5  76586DOC001450 is supposed to be.  Plaintiffs' April 12 email further requested that Intel clarify

6  the source of the job codes listed on the document, whether they were developed by Intel, adopted

7  or adapted from the Radford survey or some other market survey data, or developed in some other

8  way.

9      Intel responded to Plaintiffs' April 12 email on April 19, answering the questions

10  Plaintiffs raised in it (i.e., a description of the document, and whether the source of the data was

11  from Intel or from a market survey).  76586DOC001450 is a list of Intel's salary ranges

12  categorized by job grade, for each year from 2004 through 2011.  These are the salary ranges Intel

13  used to determine compensation for its employees.  Intel is reviewing additional issues Plaintiffs

14  raised after their April 12 email and will respond in a timely manner.  In addition, Intel will

15  comply with the Court's order and file a declaration regarding the production of its compensation

16  materials by April 25.

17      **Intuit**: Intuit has confirmed that it produced all historical market reference data in its

18  possession that Plaintiffs requested.  Intuit is working with Plaintiffs to identify the date and

19  origin of the historical market reference data within its production.

20      **Lucasfilm**: On April 10, 2013, Plaintiffs' counsel asked Lucasfilm either to produce its

21  salary ranges for all class job titles and/or codes during the discovery period, or to indicate where

22  in their production Lucasfilm had already done so.  Lucasfilm responded on Friday, April 12,

23  2013, pointing to several salary range-related documents and producing one additional document.

24      That same day, Plaintiffs wrote a letter in response again noting that despite Lucasfilm's

25  production of documents that appear partially to reflect or comprise Lucasfilm's base salary range

26  information, such documents including the newly produced document still did not appear to

27  reflect all of the base salary ranges developed by Lucasfilm and assigned to Class jobs throughout

28  the Class Period.  Lucasfilm responded to Plaintiffs' April 12 letter on April 18, 2013, and stated

1  that it had no additional documents to produce in response to Plaintiffs' inquiries.  Lucasfilm has

2  not yet confirmed complete production of its compensation materials but has advised Plaintiffs

3  that it intends to comply fully with the Court's April 15 Order.

4       **Pixar**: In response to Plaintiffs' request, Pixar has identified additional documents

5  correlating salary survey data to Pixar job codes and/or titles.  Pixar expects to produce the

6  additional documents to Plaintiffs early next week.

7  **III.**    **Steve Jobs Apple Town Hall Materials**

8       Plaintiffs have asked Apple to confirm that Apple has produced all materials (including

9  transcripts, video, and audio) of Apple town hall meetings during which Steve Jobs discussed

10  responsive and relevant issues with Apple employees.  Apple produced the transcript from its

11  January 28, 2010 town hall meeting at Plaintiffs' request on April 12, 2013, as indicated in the

12  last discovery status report.  After a further search of its files, Apple located three additional

13  responsive transcripts from town hall meetings, which it produced on April 18, 2013.  Apple has

14  advised Plaintiffs that it has completed its search and production of transcripts in response to this

15  request.  Plaintiffs and Apple are discussing any video or audio relating to this request.

16  **IV.**    **Google "inyourfacebook" Documents**

17       Google has completed a search for materials related to this site and has produced related

18  documents this week, as described above.

19  **V.**    **Discovery Status Reports**

20       Plaintiffs respectfully submit that the parties should continue to provide the Court with

21  weekly discovery status reports until the aforementioned discovery issues are resolved.

22

23

24

25

26

27

28

1        Respectfully submitted,

2   Dated:  April 19, 2013          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

3
                                    By:        */s/ Kelly M. Dermody*
4                                              Kelly M. Dermody

5                                   Richard M. Heimann (State Bar No. 63607)
                                    Kelly M. Dermody (State Bar No. 171716)
6                                   Eric B. Fastiff (State Bar No. 182260)
                                    Brendan Glackin (State Bar No. 199643)
7                                   Dean Harvey (State Bar No. 250298)
                                    Anne B. Shaver (State Bar No. 255928)
8                                   275 Battery Street, 29th Floor
                                    San Francisco, California  94111-3339
9                                   Telephone:  415.956.1000
                                    Facsimile:  415.956.1008
10

11                                  *Co-Lead Counsel for Plaintiff Class*

    Dated:  April 19, 2013          JOSEPH SAVERI LAW FIRM
12

13                                  By:        */s/ Joseph R. Saveri*
                                               Joseph R. Saveri
14

15                                  Joseph R. Saveri (State Bar No. 130064)
                                    Lisa J. Leebove (State Bar No. 186705)
16                                  James G. Dallal (State Bar No. 277826)
                                    JOSEPH SAVERI LAW FIRM
17                                  255 California, Suite 450
                                    San Francisco, CA 94111
18                                  Telephone:  415. 500.6800
                                    Facsimile:   415. 500.6803
19
                                    *Co-Lead Counsel for Plaintiff Class*
20   Dated:  April 19, 2013          O'MELVENY & MYERS LLP

21
                                    By:        */s/ Michael F. Tubach*
22                                             Michael F. Tubach

23                                  George Riley
                                    Michael F. Tubach
24                                  Lisa Chen
                                    Christina J. Brown
25                                  Two Embarcadero Center, 28th Floor
                                    San Francisco, CA  94111
26                                  Telephone:  (415) 984-8700
                                    Facsimile:   (415) 984-8701
27
                                    *Attorneys for Defendant APPLE INC.*
28

1   Dated:  April 19, 2013          KEKER & VAN NEST LLP

2

3                                   By:        /s/ Daniel Purcell
                                               Daniel Purcell

4                                   John W. Keker
                                    Daniel Purcell
5                                   Eugene M. Page
                                    633 Battery Street
6                                   San Francisco, CA  94111
                                    Telephone:  (415) 381-5400
7                                   Facsimile:  (415) 397-7188

8                                   *Attorneys for Defendant LUCASFILM LTD.*

9   Dated:  April 19, 2013          JONES DAY

10

11                                  By:        /s/ David C. Kiernan
                                               David C. Kiernan

12                                  Robert A. Mittelstaedt
                                    Craig A. Waldman
13                                  David C. Kiernan
                                    555 California Street, 26th Floor
14                                  San Francisco, CA  94104
                                    Telephone:  (415) 626-3939
15                                  Facsimile:   (415) 875-5700

16                                  *Attorneys for Defendant ADOBE SYSTEMS, INC.*

17  Dated:  April 19, 2013          JONES DAY

18

19                                  By:        /s/ Robert A. Mittelstaedt
                                               Robert A. Mittelstaedt

20                                  Robert A. Mittelstaedt
                                    Craig E. Stewart
21                                  555 California Street, 26th Floor
                                    San Francisco, CA  94104
22                                  Telephone:  (415) 626-3939
                                    Facsimile:   (415) 875-5700
23
                                    Catherine T. Zeng
24                                  1755 Embarcadero Road
                                    Palo Alto, CA 94303
25                                  Telephone:  (650) 739-3939
                                    Facsimile:   (650) 739-3900
26
                                    *Attorneys for Defendant INTUIT INC.*
27

28

1092799.1                   - 6 -              JOINT STATUS REPORT
                                               Master Docket No. 11-CV-2509-LHK

1    Dated:  April 19, 2013            MAYER BROWN LLP

2
                                       By:        /s/ Lee H. Rubin
3                                                 Lee H. Rubin

4                                      Lee H. Rubin
                                       Edward D. Johnson
5                                      Donald M. Falk
                                       Two Palo Alto Square
6                                      3000 El Camino Real, Suite 300
                                       Palo Alto, CA  94306-2112
7                                      Telephone:  (650) 331-2057
                                       Facsimile:   (650) 331-4557
8
                                       *Attorneys for Defendant GOOGLE INC.*
9
10   Dated:  April 19, 2013            BINGHAM McCUTCHEN LLP

11
                                       By:        /s/ Frank M. Hinman
12                                                Frank M. Hinman

13                                     Donn P. Pickett
                                       Frank M. Hinman
14                                     Three Embarcadero Center
                                       San Francisco, CA  94111
15                                     Telephone:  (415) 393-2000
                                       Facsimile:   (415) 383-2286
16
                                       *Attorneys for Defendant INTEL CORPORATION*
17
     Dated:  April 19, 2013            COVINGTON & BURLING LLP
18
19                                     By:        /s/ Emily Johnson Henn
                                                  Emily Johnson Henn
20
                                       Robert T. Haslam, III
21                                     Emily Johnson Henn
                                       333 Twin Dolphin Drive, Suite 700
22                                     Redwood City, CA  94065
                                       Telephone:  (650) 632-4700
23
                                       *Attorneys for Defendant PIXAR*
24
25   **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in

26   the filing of this document has been obtained from all signatories.

27

28