Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ADOBE'S IN-HOUSE COUNSEL KAREN ROBINSON**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

I, Karen Robinson, declare as follows:

1. I am the Director of Litigation at Adobe Systems Inc. ("Adobe") and have held this position since December 2012. I am responsible for supervising the above-referenced matter, assuming the role held by Ronald Friedman who retired from the company. I submit this declaration pursuant to the Court's April 15, 2013 Case Management Order (Dkt. 402). The following is based on my own personal knowledge, information that I obtained from others with personal knowledge, and a review of records.

2. Adobe believes that it has produced all responsive non-privileged compensation-related materials within its possession, custody or control, located after a reasonable search of pertinent records pursuant to agreements between plaintiffs and Adobe.

3. Adobe produced all responsive compensation-related data that the parties agreed it would collect and produce from its databases, including without limitation salary and bonus compensation, equity grants, salary ranges, and employee specific information from January 1, 2001 to February 2012. Plaintiffs deposed Adobe under Federal Rule of Civil Procedure 30(b)(6) regarding the scope, meaning, and completeness of the data. Adobe also answered written questions by plaintiffs about the data, and Adobe's outside counsel met telephonically with plaintiffs' consulting experts about the scope, meaning, and completeness of the data. I have been informed by Adobe's outside counsel that plaintiffs have no pending requests for compensation-related data from Adobe.

4. In addition to compensation-related data, pursuant to an agreement with plaintiffs, Adobe produced responsive compensation-related materials (including policies, manuals, high-level analyses, studies, summaries, salary ranges, market surveys and other compensation-related materials) for the agreed-upon discovery period located through a reasonable and diligent search of pertinent records.

5. Adobe also produced responsive compensation-related materials located by running agreed-upon search terms against the files of agreed-upon custodians for the agreed-upon discovery period. I have been informed by Adobe's outside counsel that plaintiffs have no pending concerns about Adobe's production of compensation-related non-data materials.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct. Executed this 25th day of April 2013 in San Jose, California.

By: _____
Karen Robinson