KEKER & VAN NEST LLP
JOHN W. KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:   415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**DECLARATION OF THOMAS M. JEON ON BEHALF OF LUCASFILM LTD. PURSUANT TO COURT'S APRIL 15, 2013 ORDER (DKT. 402)**<br><br>Courtroom: 8, 4th Floor<br>Judge:    Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date: November 12, 2013 |

I, THOMAS M. JEON, state and declare as follows:

1. I am an attorney admitted to practice in the State of California and am in-house counsel in the Business Affairs department at Lucasfilm Ltd. I have personal knowledge of the facts stated in this declaration and, if called upon to do so, could and would competently testify under oath thereto.

2. I submit this declaration in response to the Court's April 15, 2013 Order directing in-house counsel for each Defendant in this case to file a sworn declaration confirming the production of all compensation materials responsive to Plaintiffs' Requests for Production of Documents. (Dkt. 402)

3. I have been the Lucasfilm in-house attorney with primary responsibility for overseeing Lucasfilm's document collection in this case, including the collection of documents related to Lucasfilm's compensation of employees. In that capacity, I have worked with Lucasfilm's employees, outside counsel, and vendors to search for, collect, and produce Lucasfilm documents responsive to Plaintiffs' Requests for Production.

4. Lucasfilm has made a diligent search for all non-privileged documents concerning compensation of Lucasfilm employees for each year in the discovery period in this case that are maintained in the ordinary course of its business and are responsive to Plaintiffs' Requests for Production of Documents, as the scope of those Requests have been defined by agreement of the parties. Lucasfilm collected and produced all documents located pursuant to this search.

5. Lucasfilm's search, collection, and production efforts included the following categories and sources of materials:

   i) Electronically-stored information of 29 individual custodians, pursuant to search terms agreed to by the parties, and including Plaintiffs' requests for additional custodians and additional search terms after an initial search was conducted;

   ii) Collection of responsive policy or high-level summary documents that were identified by knowledgeable Lucasfilm personnel;

   iii) Searches of paper and electronic repositories identified by knowledgeable Lucasfilm personnel;

    iv)    Targeted searches of relevant repositories in response to Plaintiffs' requests made outside of formal requests for production of documents;

    v)    Lucasfilm's payroll, human resources, and recruiting databases, including both its current databases and legacy databases that are no longer maintained or in use.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on April 24, 2013.

_____
THOMAS M. JEON