KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**SIGNATURE ATTESTATION**<br><br>Judge:     Hon. Lucy H. Koh<br><br>Date Consol. Amended Compl. Filed: September 13, 2011<br><br>Trial Date: November 12, 2013 |
|---|---|

SIGNATURE ATTESTATION

Pursuant to Local Rule 5-1, I hereby certify that concurrence in filing of the foregoing document has been obtained from the signatory.

                                            */s/ Daniel Purcell*
                                            DANIEL PURCELL