GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
AMANDA R. CONLEY (Bar. No. 281270)
aconley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **DECLARATION OF HEATHER MOSER GRENIER REGARDING PRODUCTION OF COMPENSATION MATERIALS RESPONSIVE TO PLAINTIFFS' REQUESTS FOR PRODUCTION OF DOCUMENTS** |

I, Heather Moser Grenier, declare as follows:

1. I am an attorney admitted to practice before the courts of the State of California and this Court. I am Principal Counsel in the Litigation Department at Apple Inc. ("Apple"). In late November 2012, I assumed responsibilities for supervising the team of in-house lawyers handling non-patent matters, including this litigation. I submit this declaration in accordance with the Court's Order Regarding April 12, 2013 Joint Discovery Status Report to the Court dated April 15, 2013 (Dkt. 402). I make this declaration based on my own personal knowledge and on information provided to me by Apple's legal staff and outside counsel. If called to testify as a witness, I could and would do so competently.

2. Based upon my review of the documents discussed below and my communications with Senior Director of Compensation Steven Burmeister, Apple's legal staff, and Apple's outside counsel, I believe that Apple has produced all non-privileged compensation materials responsive to Plaintiffs' requests for production of documents based on the parties' meet and confer sessions in March and April 2012.

3. I have reviewed the 30(b)(6) deposition transcripts of Mai Tran, HRIS (Human Resources Information Systems) Manager at Apple, who testified regarding Apple's salary and other employee data on June 26, 2012, and Steven Burmeister, Apple's Senior Director of Compensation, who testified regarding Apple's employee bonus and equity compensation data on June 27, 2012. I personally attended the further deposition of Steven Burmeister on March 15, 2013.

4. I have participated in discussions with Apple's outside counsel and other members of Apple's legal department who have been involved in searching for and collecting documents responsive to Plaintiffs' discovery requests.

5. In response to Plaintiffs' concern that they could not ascertain which of the salary ranges produced by Apple applied to any actual position or job title held by Apple employees (*see* April 19, 2013 Joint Discovery Status Report, Dkt. 404 at 2), on April 19, 2013, I participated in a telephone call with Mai Tran and Apple's outside counsel to re-confirm that the salary ranges can be linked to a corresponding field in Apple's actual employee compensation data.

- 2 -

MOSER GRENIER DECL. RE APPLE'S PRODUCTION
OF COMPENSATION MATERIALS
NO. 11-CV-2509-LHK

6. Plaintiffs have raised a concern that certain Defendants may not have produced salary ranges associated with the employee job titles/codes included in the proposed class (*see* April 12, 2013 Joint Discovery Status Report, Dkt. 393 at 2). On April 25, 2013, I participated in a telephone call with Steven Burmeister and Apple's outside counsel to re-confirm that Apple has produced all salary ranges for job titles and/or codes applicable to Apple's salaried, non-retail employees during the proposed class period.

7. I believe that the statements made in the Declaration of Michael F. Tubach, attached hereto as Exhibit A, are true and correct.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on April 25, 2013, in San Francisco, California.

By: _____
Heather Moser Grenier

## ATTESTATION

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated: April 25, 2013            By: _____
                                      Michael F. Tubach