Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT DISCOVERY STATUS REPORT** |

Pursuant to the Court's April 1, 2013 Case Management Order (Dkt. 380), the parties submit this joint discovery status report.

**I.  Status of Discovery**

No depositions have taken place since the April 26, 2013 Joint Discovery Status Report. The deposition of Sheryl Sandberg (formerly of Google) remains outstanding.

## II. Salary Range and/or Market Reference Guideline

The parties report the following updates to last week's Joint Discovery Status Report:

**Apple**: Plaintiffs and Apple met and conferred further and reached a resolution regarding Plaintiffs' request that Apple confirm the accuracy of tables of Apple job title and job grade data that Plaintiffs have prepared. There are no outstanding issues or discovery disputes to be decided with respect to Apple's production of compensation information.

**Intel**: Plaintiffs and Intel met and conferred further and reached a resolution regarding Plaintiffs' request that Intel confirm the accuracy of tables of Intel job title and job grade data that Plaintiffs have prepared. There are no outstanding issues or discovery disputes to be decided with respect to Apple's production of compensation information.

**Lucasfilm**: Lucasfilm compiled and produced to Plaintiffs certain information Plaintiffs had requested as contemplated in last week's discovery report. Subject to Lucasfilm's representation about how it maintained its salary range information during the Class Period, Plaintiffs are satisfied and there are no outstanding issues or discovery disputes to be decided with respect to Lucasfilm's production of compensation information.

## III. Steve Jobs Apple Town Hall Materials

At Plaintiffs' request, Apple has located and produced video recordings of the Apple town hall meetings for which it previously produced transcripts. There are no outstanding issues or discovery disputes to be decided with respect to this request.

## IV. Plaintiffs' Responses To Interrogatories 15 & 16

The parties have met and conferred and have agreed that Plaintiffs will supplement their response to Defendants' Interrogatory No. 15 no later than May 24, 2013, and will provide a substantive response to Defendants' Interrogatory No. 16 no later than June 7, 2013.

//

//

| | | |
|---|---|---|
| 1 | | Respectfully submitted, |
| 2 | Dated: May 3, 2013 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 3 | | |
| 4 | | By:     */s/ Kelly M. Dermody*<br>       Kelly M. Dermody |

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

Dated: May 3, 2013      JOSEPH SAVERI LAW FIRM

By:    */s/ Joseph R. Saveri*
      Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Counsel for Plaintiff Class*

| | | |
|---|---|---|
| 1 | Dated: May 3, 2013 | O'MELVENY & MYERS LLP |

By:     */s/ Michael F. Tubach*
                Michael F. Tubach

George Riley
Michael F. Tubach
Lisa Chen
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated: May 3, 2013     KEKER & VAN NEST LLP

By:     */s/ Daniel Purcell*
                Daniel Purcell

John W. Keker
Daniel Purcell
Eugene M. Page
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

Dated: May 3, 2013     JONES DAY

By:     */s/ David C. Kiernan*
                David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

| | | |
|---|---|---|
| 1 | Dated:  May 3, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:    */s/ Robert A. Mittelstaedt*<br>             Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt<br>Craig E. Stewart<br>555 California Street, 26th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 626-3939<br>Facsimile:  (415) 875-5700 |

Dated:  May 3, 2013                MAYER BROWN LLP

By:    */s/ Lee H. Rubin*
          Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:  (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated:  May 3, 2013                BINGHAM McCUTCHEN LLP

By:    */s/ Frank M. Hinman*
          Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:  (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:  (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

Dated: May 3, 2013          COVINGTON & BURLING LLP

By:     */s/ Emily Johnson Henn*
        Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA 94065
Telephone: (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.