Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT DISCOVERY STATUS REPORT** |

Pursuant to the Court's April 1, 2013 Case Management Order (Dkt. 380), the parties submit this joint discovery status report.

**I.      Status of Discovery**

No depositions or document productions have taken place since the last discovery status report on May 3, 2013 (Dkt. 414). The deposition of Sheryl Sandberg (formerly of Google) remains outstanding. There are no other open discovery issues or disputes.

1

Respectfully submitted,

2  Dated: May 10, 2013                JOSEPH SAVERI LAW FIRM

3

4                                      By:     */s/ Joseph R. Saveri*
                                                Joseph R. Saveri

5                                      Joseph R. Saveri
                                       Lisa J. Leebove
6                                      James G. Dallal
                                       505 Montgomery, Suite 625
7                                      San Francisco, CA 94111
                                       Telephone:  415.500.6800
8                                      Facsimile:   415.500.6803

9                                      *Co-Lead Counsel for Plaintiff Class*

10 Dated: May 10, 2013                 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

11

12                                     By:     */s/ Kelly M. Dermody*
                                                Kelly M. Dermody

13                                     Richard M. Heimann
                                       Kelly M. Dermody
14                                     Eric B. Fastiff
                                       Brendan Glackin
15                                     Dean Harvey
                                       Anne B. Shaver
16                                     275 Battery Street, 29th Floor
                                       San Francisco, California  94111
17                                     Telephone:  415.956.1000
                                       Facsimile:  415.956.1008
18
                                       *Co-Lead Counsel for Plaintiff Class*
19
20 Dated: May 10, 2013                 O'MELVENY & MYERS LLP

21
                                       By:     */s/ Michael F. Tubach*
22                                              Michael F. Tubach

23                                     George Riley
                                       Michael F. Tubach
24                                     Christina J. Brown
                                       Two Embarcadero Center, 28th Floor
25                                     San Francisco, CA  94111
                                       Telephone:  (415) 984-8700
26                                     Facsimile:   (415) 984-8701

27                                     *Attorneys for Defendant APPLE INC.*

28

| | | |
|---|---|---|
| Dated: May 10, 2013 | KEKER & VAN NEST LLP | |

By: */s/ Daniel Purcell*
Daniel Purcell

John W. Keker
Daniel Purcell
Eugene M. Page
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

Dated: May 10, 2013        JONES DAY

By: */s/ David C. Kiernan*
David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated: May 10, 2013        JONES DAY

By: */s/ Robert A. Mittelstaedt*
Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

| | | |
|---|---|---|
| Dated: May 10, 2013 | MAYER BROWN LLP | |
| | By: | */s/ Lee H. Rubin* |
| | | Lee H. Rubin |

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

| | | |
|---|---|---|
| Dated: May 10, 2013 | BINGHAM McCUTCHEN LLP | |
| | By: | */s/ Frank M. Hinman* |
| | | Frank M. Hinman |

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:   (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

| | | |
|---|---|---|
| Dated: May 10, 2013 | COVINGTON & BURLING LLP | |
| | By: | */s/ Emily Johnson Henn* |
| | | Emily Johnson Henn |

Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.