Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION, AND <u>MEMORANDUM OF LAW IN SUPPORT</u>**<br><br>Judge:       Honorable Lucy H. Koh |

Having considered Plaintiffs' May 10, 2013 administrative motion to file under seal the items identified below, pursuant to the Civil Local Rule 79-5(d), as well as Defendants' supporting declarations, the Court hereby grants the motion as to:

(1) Portions of Plaintiffs' Supplemental Motion for Class Certification and Memorandum in support of the Motion (Plaintiffs' Supplemental Class Certification Motion);

(2) Portions of Expert Witness Report of Kevin F. Hallock;

(3) Portions of Expert Witness Report of Edward E. Leamer, Ph.D.;

(4) Exhibits A through VV and Plaintiffs' Exhibits attached to the Declaration of Lisa J. Cisneros in Support of Plaintiffs' Supplemental Motion for Class Certification. Plaintiffs' Exhibits that are the subject of this sealing order are identified in Attachment A.

(5) Exhibits 1 through 17 to the Declaration of Dean M. Harvey in Support of Plaintiffs' Supplemental Motion for Class Certification.

**IT IS SO ORDERED.**

Dated: _____     _____
                                LUCY H. KOH
                                United States District Judge

**ATTACHMENT A**

**Plaintiffs' Exhibits**

1. Exhibit 8, LUCAS00014721.
2. Exhibit 119, PIX00001263.
3. Exhibit 129, PIX00002262.
4. Exhibit 137, PIX00003974.
5. Exhibit 139, PIX00004883.
6. Exhibit 173, GOOG-HIGH-TECH-00193034.
7. Exhibit 175, GOOG-HIGH-TECH-00061040.
8. Exhibit 176, GOOG-HIGH TECH-00000004.
9. Exhibit 186, GOOG-HIGH TECH-00008964.
10. Exhibit 187, 231APPLE002149.
11. Exhibit 192, GOOG-HIGH TECH-000001 07.
12. Exhibit 199, 231APPLE002140.
13. Exhibit 202, 76526DOC000011.
14. Exhibit 210, ADOBE_000611.
15. Exhibit 216, ADOBE_050720.
16. Exhibit 223, 231APPLE002143.
17. Exhibit 250, 231APPLE006876.
18. Exhibit 268, 268, 231APPLE009277.
19. Exhibit 278, 231APPLE002150.
20. Exhibit 279, 231APPLE002151.
21. Exhibit 295, Adobe_052076.
22. Exhibit 331, LUCAS00061414.
23. Exhibit 359, LUCAS00024981.
24. Exhibit 360, LUCAS00188912.
25. Exhibit 369, PIX00003599.

1  26. Exhibit 391, 76583DOC003750.
2  27. Exhibit 392, 76583DOC003888.
3  28. Exhibit 393, 76583DOC002007.
4  29. Exhibit 397, 76583DOC008097.
5  30. Exhibit 398, 76579DOC005956.
6  31. Exhibit 399, 76582DOCb00004.
7  32. Exhibit 400, 765825DOC001211.
8  33. Exhibit 416, Declaration of Donna Morris of Adobe Systems Inc. In Support of
9  Defendants' Opposition to Plaintiffs' Motion for Class Certification
10 34. Exhibit 420, PIX00006025.
11 35. Exhibit 424, PIX00009182.
12 36. Exhibit 458, 76616DOC007593.
13 37. Exhibit 472, GOOG-HIGH-TECH-00195005.
14 38. Exhibit 478, 76616DOC012164.
15 39. Exhibit 557, GOOG-HIGH-TECH-00293087.
16 40. Exhibit 563, 231APPLE073139.
17 41. Exhibit 597, GOOG-HIGH-TECH-00056882.
18 42. Exhibit 608, GOOG-HIGH-TECH-00255349.
19 43. Exhibit 614, GOOG-HIGH-TECH-00379327.
20 44. Exhibit 616, GOOG-HIGH-TECH-00210242.
21 45. Exhibit 621, GOOG-HIGH-TECH-00336877.
22 46. Exhibit 648, GOOG-HIGH-TECH-00265514.
23 47. Exhibit 650, GOOG-HIGH-TECH-00265638.
24 48. Exhibit 651, GOOG-HIGH-TECH-00058868.
25 49. Exhibit 653, GOOG-HIGH-TECH-00058495.
26 50. Exhibit 660, GOOG-HIGH-TECH-00246586.
27 51. Exhibit 661, GOOG-HIGH-TECH-00059839.
28 52. Exhibit 666, GOOG-HIGH-TECH-00248307.

| | | |
|---|---|---|
| 1 | 53. | Exhibit 668, GOOG-HIGH-TECH-00248336. |
| 2 | 54. | Exhibit 674, GOOGcHJGH-TECH-00252601 |
| 3 | 55. | Exhibit 690, LUCAS00013705. |
| 4 | 56. | Exhibit 710, LUCAS00194841. |
| 5 | 57. | Exhibit 711, Declaration of Michelle Maupin In Support of Defendants' |
| 6 | | Opposition to Plaintiffs' Motion for Class Certification. |
| 7 | 58. | Exhibit 715, LUCAS00188708. |
| 8 | 59. | Exhibit 716, LUCAS00185312. |
| 9 | 60. | Exhibit 727, LUCAS00201067. |
| 10 | 61. | Exhibit 728, LUCAS00060705. |
| 11 | 62. | Exhibit 729, LUCAS00198130. |
| 12 | 63. | Exhibit 730, LUCAS00199904. |
| 13 | 64. | Exhibit 781, 76596DOC017010. |
| 14 | 65. | Exhibit 872, GOOG-HIGH-TECH-00264994. |
| 15 | 66. | Exhibit 912, INTUIT_040817. |
| 16 | 67. | Exhibit 914, INTUIT_001614. |
| 17 | 68. | Exhibit 944, LUCAS00061513. |
| 18 | 69. | Exhibit 945, LUCAS00189276. |
| 19 | 70. | Exhibit 959, LUCAS00188708. |
| 20 | 71. | Exhibit 1107, INTUIT_007865. |
| 21 | 72. | Exhibit 1130, 231APPLE099371. |
| 22 | 73. | Exhibit 1158, ADOBE_005661. |
| 23 | 74. | Exhibit 1159, ADOBE_019278. |
| 24 | 75. | Exhibit 1160, ADOBE_009652. |
| 25 | 76. | Exhibit 1250, ADOBE_011976. |
| 26 | 77. | Exhibit 1305, PIX00049042. |
| 27 | 78. | Exhibit 1306, PIX00012996. |
| 28 | 79. | Exhibit 1308, Pixar Salary Analysis. |

1098959.1 - 5 - [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMIN. MOTION TO SEAL
CASE NO. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | 80. | Exhibit 1309, PIX00049648. |
| 2 | 81. | Exhibit 1376, 231APPLE039426. |
| 3 | 82. | Exhibit 1600, 2004 Google Salary Ranges. |
| 4 | 83. | Exhibit 1606, GOOG-HIGH TECH-00036287. |
| 5 | 84. | Exhibit 1609, GOOG-HIGH-TECH-00475237. |
| 6 | 85. | Exhibit 1613, GOOG~IGH-TECH-00473658. |
| 7 | 86. | Exhibit 1618, GOOG-HIGH-TECH-00474897. |
| 8 | 87. | Exhibit 1625, GOOG-HIGH-TECH-00506628. |
| 9 | 88. | Exhibit 1629, GOOG-HIGH-TECH-00509662. |
| 10 | 89. | Exhibit 1753, GOOG-HIGH-TECH-00325500. |
| 11 | 90. | Exhibit 1760, INTUIT_052803. |
| 12 | 91. | Exhibit 1761, INTUIT_049796. |
| 13 | 92. | Exhibit 1854, 2231APPLE100673. |
| 14-15 | 93. | Exhibit 1855, Declaration of Steven Burmeister In Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. |
| 16 | 94. | Exhibit 1856, 231APPLE105342. |
| 17 | 95. | Exhibit 1858, 231APPLE098912. |
| 18 | 96. | Exhibit 1859, 231APPLE1 05324. |
| 19 | 97. | Exhibit 1868, GOOG-HIGH-TECH-00550729. |
| 20 | 98. | Exhibit 1869, GOOG-HIGH-TECH-00550725. |
| 21 | 99. | Exhibit 1870, GOOG-HIGH-TECH-00550726. |
| 22 | 100. | Exhibit 1871, GOOG-HIGH-TECH-00061052. |
| 23 | 101. | Exhibit 1872, GOOG-HIGH-TECH-00550723. |
| 24-25 | 102. | Exhibit 2030, Declaration of Danny McKell In Support of Opposition to Class Certification. |
| 26 | 103. | Exhibit 2033, 76657DOC004599. |
| 27 | 104. | Exhibit 2035, 76657DOC019261. |
| 28 | 105. | Exhibit 2084, LUCAS00218268. |

| | | |
|---|---|---|
| 1 | 106. | Exhibit 2088, LUCAS00218299. |
| 2 | 107. | Exhibit 2002, LUCAS00217253. |
| 3 | 108. | Exhibit 2094, LUCAS00218283. |
| 4 | 109. | Exhibit 2096, LUCAS00217124. |
| 5 | 110. | Exhibit 2100, LUCAS00217547. |
| 6 | 111. | Exhibit 2135, INTUIT_034255. |
| 7 | 112. | Exhibit 2140, INTUIT_039756. |
| 8 | 113. | Exhibit 2142, INTUIT_039793. |
| 9 | 114. | Exhibit 2422, GOOG-HIGH-TECH-00328300. |
| 10 | 115. | Exhibit 2425, GOOG-HIGH-TECH-00625147. |
| 11 | 116. | Exhibit 2426, GOOG-HIGH-TECH-00281629. |
| 12 | 117. | Exhibit 2486, Declaration of Donna Morris of Adobe Systems Inc. In Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification. |
| 14 | 118. | Exhibit 2487, ADOBE_100600. |
| 15 | 119. | Exhibit 2501, ADOBE_009425. |
| 16 | 120. | Exhibit 2735, GOOG-HIGH-TECH-00480249. |
| 17 | 121. | Exhibit 2738, INTUIT_043557. |
| 18 | 122. | Exhibit 2739, INTUIT_043560. |
| 19 | 123. | Exhibit 2740, INTUIT _052841. |
| 20 | 124. | Exhibit 2743, INTUIT_041933. |
| 21 | 125. | Exhibit 2744, INTUIT 052826. |
| 22 | 126. | Exhibit 2800, ADOBE_068264. |