1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan Glackin (State Bar No. 199643)
3   Dean Harvey (State Bar No. 250298)
    Anne B. Shaver (State Bar No. 255928)
4   Lisa J. Cisneros (State Bar No. 251473)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5   275 Battery Street, 29th Floor
    San Francisco, California 94111-3339
6   Telephone: 415.956.1000
    Facsimile: 415.956.1008
7
    Joseph R. Saveri (State Bar No. 130064)
8   Lisa J. Leebove (State Bar No. 166705)
    James D. Dallal (State Bar No. 277826)
9   JOSEPH SAVERI LAW FIRM
    255 California, Suite 450
10  San Francisco, California 94111
    Telephone: 415.500.6800
11  Facsimile: 415.500.6803

12  *Lead Counsel for Plaintiff Class*

13                  UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15                       SAN JOSE DIVISION

16

17  IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
18  ANTITRUST LITIGATION
                                       **DECLARATION OF DEAN M. HARVEY**
19  THIS DOCUMENT RELATES TO:          **IN SUPPORT OF PLAINTIFFS' NOTICE**
                                       **OF SUPPLEMENTAL MOTION AND**
20  All Actions                        **SUPPLEMENTAL MOTION FOR CLASS**
                                       **CERTIFICATION, AND MEMORANDUM**
21                                      **OF LAW IN SUPPORT**

22                                     Date:       August 8, 2013
                                       Time:       1:30 pm
23                                     Courtroom:  8, 4th Floor
                                       Judge:      Honorable Lucy H. Koh
24

25  I, Dean M. Harvey, declare:

26       1.      I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a

27  member of the State Bar of California, and am admitted to practice before the United States

28  District Court for the Northern District of California. I am one of the counsel for the Plaintiffs in

CISNEROS DECLARATION
                                                 NO. 11-CV-2509-LHK

this action.  I make this declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

## I.     Additional Documents Produced by Defendants

1.     Attached hereto as Exhibit 1 is a true and correct copy of 231APPLE007258.

2.     Attached hereto as Exhibit 2 is a true and correct copy of 231APPLE008537.

3.     Attached hereto as Exhibit 3 is a true and correct copy of 231APPLE008912.

4.     Attached hereto as Exhibit 4 is a true and correct copy of 231APPLE011618.

5.     Attached hereto as Exhibit 5 is a true and correct copy of 231APPLE100713.

6.     Attached hereto as Exhibit 6 is a true and correct copy of 231APPLE105340.

7.     Attached hereto as Exhibit 7 is a true and correct copy of 231APPLE108086.

8.     Attached hereto as Exhibit 8 is a true and correct copy of 231APPLE133899.

9.     Attached hereto as Exhibit 9 is a true and correct copy of 76582DOC000348.

10.    Attached hereto as Exhibit 10 is a true and correct copy of 76610DOC004726.

11.    Attached hereto as Exhibit 11 is a true and correct copy of ADOBE_013837.

12.    Attached hereto as Exhibit 12 is a true and correct copy of ADOBE_015864.

13.    Attached hereto as Exhibit 13 is a true and correct copy of ADOBE_094419.

14.    Attached hereto as Exhibit 14 is a true and correct copy of GOOG-HIGH TECH-00024150.

15.    Attached hereto as Exhibit 15 is a true and correct copy of GOOG-HIGH-TECH-00625160.

16.    Attached hereto as Exhibit 16 is a true and correct copy of GOOG-HIGH-TECH-00625200.

17.    Attached hereto as Exhibit 17 is a true and correct copy of LUCAS00199904.

Executed May 10, 2013, in San Francisco, California.

/s/ *Dean M. Harvey*
Dean M. Harvey

1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James D. Dallal (State Bar No.  277826)
9  JOSEPH SAVERI LAW FIRM
   255 California, Suite 450
10 San Francisco, California 94111
   Telephone: 415.500.6800
11 Facsimile: 415.500.6803

12
   *Lead Counsel for Plaintiff Class*
13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                      SAN JOSE DIVISION

17

18 IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
   ANTITRUST LITIGATION
19                                     **MANUAL FILING NOTIFICATION
                                       PURSUANT TO LOCAL RULE 5.1(f)**
   THIS DOCUMENT RELATES TO:
20
   All Actions
21

22                    **MANUAL FILING NOTIFICATION**

23 Regarding: Exhibit 1 through 17 to Declaration of Dean M. Harvey in Support of Plaintiffs'

24 Supplemental Motion for Class Certification.

25        1.      This filing is in physical form only, and is being maintained in the case file in the

26 Clerk's office.  If you are a participant on this case, this filing will be served in hard-copy shortly.

27        2.      For information on retrieving this filing directly from the Court, please see the

28 Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

1099038.1                                          MANUAL FILING NOTIFICATION
                                                   NO. 11-CV-2509-LHK

3.     This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

__X_ Other (description):  _Pending Motion to Seal Filed on May 10, 2013_____

Executed May 10, 2013, in San Francisco, California.

/s/ *Lisa J. Cisneros*_____
Lisa J. Cisneros