1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Joseph P. Forderer (State Bar No. 278774)
   Dean Harvey (State Bar No. 250298)
4  Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James G. Dallal (State Bar No.  277826)
9  JOSEPH SAVERI LAW FIRM
   505 Montgomery Street, Suite 625
10 San Francisco, California 94111
   Telephone: 415.500.6800
11 Facsimile: 415.500.6803

12
   *Interim Co-Lead Counsel for Plaintiff Class*
13

14                        UNITED STATES DISTRICT COURT

15                       NORTHERN DISTRICT OF CALIFORNIA

16                                SAN JOSE DIVISION

17

| 18 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|---|
| 19 | THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION** |
| 20 | All Actions | |
| 21 | | Judge:        Honorable Lucy H. Koh |

1 | Having considered Plaintiffs' Supplemental Motion for Class Certification, the Motion is
2 | hereby **GRANTED.**

4 | **IT IS SO ORDERED.**

6 | Dated: _____     _____
7 |                            LUCY H. KOH
                               United States District Judge

1099051.1                    - 1 -            [PROPOSED] ORDER GRANTING PLAINTIFFS'
                                              MOTION TO SHORTEN TIME
                                              MASTER DOCKET NO. 11-CV-2509-LHK