Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
Peter A. Julian (State Bar No. 277673)
pjulian@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DOCUMENT ADMISSIBILITY AND AUTHENTICATION** |

The individual and representative plaintiffs Siddharth Hariharan, Brandon Marshall, Michael Devine, Mark Fichtner, and Daniel Stover ("Plaintiffs") and defendants Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., and Pixar ("Defendants"), by and through the undersigned counsel, hereby enter into this Stipulation, subject to court approval, with reference to the following facts:

WHEREAS, the parties have collectively produced in excess of 340,000 documents in this case, amounting to more than 1,825,000 pages;

WHEREAS, on February 27, 2013, Plaintiffs served on each Defendant Requests for Admissions and the Third Set of Interrogatories regarding the authenticity and admissibility of documents produced in this case;

WHEREAS, on March 12, 2013, Plaintiffs served on Defendants deposition notices pursuant to Federal Rule of Civil Procedure 30(b)(6), seeking testimony related to, among other things, the authenticity and admissibility of documents produced in this case;

WHEREAS, the fact discovery cutoff is March 29, 2013;

ACCORDINGLY, IT IS HEREBY STIPULATED, SUBJECT TO COURT APPROVAL, that:

1. Plaintiffs withdraw the 30(b)(6) deposition notices served March 12, 2013.

2. Plaintiffs withdraw the February 27, 2013 Requests for Admissions and Third Set of Interrogatories.

3. Except as provided herein, all documents produced by Plaintiffs or Defendants in this case bearing a bates number are authentic true and correct copies of documents within the possession, custody or control of the producing party, and the metadata and email header information produced by Plaintiffs or Defendants accurately reflects the senders, recipients and/or custodians of email and other documents.

4. Plaintiffs and Defendants reserve the right to challenge the authenticity of specific documents and their associated metadata after another party identifies them for use in this case. If a party challenges the authenticity of a document, the producing party will permit appropriate discovery on the limited issue of authenticity of that specific document, without regard to the fact

1   discovery cutoff date.

2       5.    Plaintiffs and Defendants will provide a list of documents that they request the
3   parties stipulate are business records pursuant to Federal Rule of Evidence 803(6).  For any such
4   documents that any party declines to so stipulate, the producing party will permit appropriate
5   discovery on the limited issue of whether that specific document meets the business record
6   requirements of Rule 803(6), without regard to the discovery cutoff date.

7       6.    The parties will agree to a schedule for the timing of the Plaintiffs' and
8   Defendants' identification of documents they intend to use and documents they request producing
9   parties stipulate are business records, the producing parties' response, and any related discovery.

10      7.    Documents whose authenticity and business records status has been established
11  pursuant to this stipulation can be introduced into evidence without calling at trial a custodian of
12  the document as a sponsoring witness.

13      8.    By entering into this stipulation, the parties hereby preserve and do not waive any
14  other objections that they may have to the admissibility of a particular document.

15      9.    Except as provided herein, this stipulation does not otherwise affect the schedule
16  for the case.

Dated:  March 28, 2013            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                 By:   */s/ Kelly M. Dermody*
                                      KELLY M. DERMODY
                                      Attorneys for individual and representative Plaintiffs
                                      Siddharth Hariharan, Brandon Marshall, Michael Devine,
                                      Mark Fichtner, and Daniel Stover

Dated:  March 28, 2013            JOSEPH SAVERI LAW FIRM

                                 By:   */s/ Joseph Saveri*
                                      JOSEPH SAVERI
                                      Attorneys for individual and representative Plaintiffs
                                      Siddharth Hariharan, Brandon Marshall, Michael Devine,
                                      Mark Fichtner, and Daniel Stover

| | | |
|---|---|---|
| 1 | Dated:  March 28, 2013 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:   */s/ Michael F. Tubach*<br>MICHAEL F. TUBACH<br>Attorneys for Defendant<br>APPLE INC. |
| 4 | | |
| 5 | | |
| 6 | Dated:  March 28, 2013 | KEKER & VAN NEST LLP |
| 7 | | By:   */s/ Daniel Purcell*<br>DANIEL PURCELL<br>Attorneys for Defendant<br>LUCASFILM LTD. |
| 8 | | |
| 9 | | |
| 10 | Dated:  March 28, 2013 | JONES DAY |
| 11 | | |
| 12 | | By:   */s/ David C. Kiernan*<br>DAVID C. KIERNAN<br>Attorneys for Defendant<br>ADOBE SYSTEMS INC. |
| 13 | | |
| 14 | | |
| 15 | Dated:  March 28, 2013 | MAYER BROWN LLP |
| 16 | | By:   */s/ Lee H. Rubin*<br>LEE H. RUBIN<br>Attorneys for Defendant<br>GOOGLE INC. |
| 17 | | |
| 18 | | |
| 19 | Dated:  March 28, 2013 | BINGHAM McCUTCHEN LLP |
| 20 | | |
| 21 | | By:   */s/ Frank Hinman*<br>Frank Hinman<br>Attorneys for Defendant<br>INTEL CORPORATION |
| 22 | | |
| 23 | | |
| 24 | Dated:  March 28, 2013 | JONES DAY |
| 25 | | |
| 26 | | By:   */s/ Robert A. Mittelstaedt*<br>ROBERT A. MITTELSTAEDT<br>Attorneys for Defendant<br>INTUIT INC. |
| 27 | | |
| 28 | | |

1  Dated: March 28, 2013       COVINGTON & BURLING LLP

2

3                              By:   */s/ Emily Johnson Henn*
                                     EMILY JOHNSON HENN
                                     Attorneys for Defendant
4                                    PIXAR

**Filer's Attestation**

I attest under penalty of perjury that concurrence in the filing of the document has been obtained from all the signatories.

Dated: March 28, 2013

                                               */s/ Robert Mittelstaedt*
Robert Mittelstaedt
Jones Day

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: May 14, 2013

_____
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE

SFI-819904v5