UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Lucy H. Koh, Presiding
Courtroom 8 - 4th Floor

**Civil Minute Order**

Date: 5/15/13                                                                                     Time in Court: 1 hr 3 min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Raynee Mercado

---

**TITLE: in Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**
**CASE NUMBER**: C-11-02509 LHK

Plaintiffs Attorneys present: Joseph R. Saveri, Kelly M. Dermody, James Dallal, Brendan P. Glackin, Dean Harvey, Lisa Cisneros

Defendants Attorneys present: Daniel Purcell for Lucasfilm
　　　　George Riley/Christina Brown for Apple, Inc.
　　　　Robert Mittelstaedt/Catherine Zeng for Adobe/Intuit
　　　　Lee Rubin for Google
　　　　Frank Hinman for Intel
　　　　Emily Henn/John Nields for Pixar

---

**PROCEEDINGS:** Further Case Management Conference is held.  See Case Management Order filed 5/15/13 for specifics (docket #421)