Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT DISCOVERY STATUS REPORT** |
|---|---|

Pursuant to the Court's April 1, 2013 Case Management Order (Dkt. 380), the parties submit this joint discovery status report.

**I.     Status of Discovery**

No depositions have taken place since the May 10, 2013 Joint Discovery Status Report. Plaintiffs have withdrawn their deposition subpoena for Ms. Sandberg. Plaintiffs have satisfied their need for pre-trial evidence from Ms. Sandberg through a declaration which has been produced to Defendants. There are no other open discovery issues or disputes.

Respectfully submitted,

Dated: May 17, 2013        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:     */s/ Kelly M. Dermody*
              Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

Dated: May 17, 2013        JOSEPH SAVERI LAW FIRM

By:     */s/ Joseph R. Saveri*
              Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Counsel for Plaintiff Class*

| | | |
|---|---|---|
| 1 | Dated:  May 17, 2013 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:   */s/ Michael F. Tubach*<br>          Michael F. Tubach |
| 4 | | George Riley |
| 5 | | Michael F. Tubach<br>Lisa Chen |
| 6 | | Christina J. Brown<br>Two Embarcadero Center, 28th Floor |
| 7 | | San Francisco, CA  94111<br>Telephone:  (415) 984-8700<br>Facsimile:   (415) 984-8701 |
| 8 | | |
| 9 | | *Attorneys for Defendant APPLE INC.* |
| 10 | Dated:  May 17, 2013 | KEKER & VAN NEST LLP |
| 11 | | By:   */s/ Daniel Purcell* |
| 12 | |          Daniel Purcell |
| 13 | | John W. Keker<br>Daniel Purcell |
| 14 | | Eugene M. Page<br>633 Battery Street |
| 15 | | San Francisco, CA  94111<br>Telephone:  (415) 381-5400 |
| 16 | | Facsimile:   (415) 397-7188 |
| 17 | | *Attorneys for Defendant LUCASFILM LTD.* |
| 18 | Dated:  May 17, 2013 | JONES DAY |
| 19 | | By:   */s/ David C. Kiernan* |
| 20 | |          David C. Kiernan |
| 21 | | Robert A. Mittelstaedt<br>Craig A. Waldman |
| 22 | | David C. Kiernan<br>555 California Street, 26th Floor |
| 23 | | San Francisco, CA  94104<br>Telephone:  (415) 626-3939 |
| 24 | | Facsimile:   (415) 875-5700 |
| 25 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: May 17, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:    */s/ Robert A. Mittelstaedt*<br>       Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt |
| 5 | | Craig E. Stewart<br>555 California Street, 26th Floor |
| 6 | | San Francisco, CA  94104<br>Telephone:  (415) 626-3939 |
| 7 | | Facsimile:  (415) 875-5700 |
| 8 | | Catherine T. Zeng<br>1755 Embarcadero Road |
| 9 | | Palo Alto, CA 94303<br>Telephone:  (650) 739-3939 |
| 10 | | Facsimile:  (650) 739-3900 |
| 11 | | *Attorneys for Defendant INTUIT INC.* |
| 12 | Dated:  May 17, 2013 | MAYER BROWN LLP |
| 13 | | By:    */s/ Lee H. Rubin* |
| 14 | |         Lee H. Rubin |
| 15 | | Lee H. Rubin<br>Edward D. Johnson |
| 16 | | Donald M. Falk<br>Two Palo Alto Square |
| 17 | | 3000 El Camino Real, Suite 300<br>Palo Alto, CA  94306-2112 |
| 18 | | Telephone:  (650) 331-2057<br>Facsimile:   (650) 331-4557 |
| 19 | | *Attorneys for Defendant GOOGLE INC.* |
| 20 | Dated: May 17, 2013 | BINGHAM McCUTCHEN LLP |
| 21 | | |
| 22 | | By:    */s/ Frank M. Hinman*<br>       Frank M. Hinman |
| 23 | | Donn P. Pickett |
| 24 | | Frank M. Hinman<br>Three Embarcadero Center |
| 25 | | San Francisco, CA  94111<br>Telephone:  (415) 393-2000 |
| 26 | | Facsimile:  (415) 383-2286 |
| 27 | | *Attorneys for Defendant INTEL CORPORATION* |
| 28 | | |

1107291.1                                      - 4 -                         JOINT STATUS REPORT
                                                                        Master Docket No. 11-CV-2509-LHK

| | |
|---|---|
| 1 | Dated: May 17, 2013 COVINGTON & BURLING LLP |

By:    */s/ Emily Johnson Henn*
           Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA 94065
Telephone: (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.