Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  Having considered Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal the Motion is hereby GRANTED.

Pursuant to Northern District Civil Local Rule 79-5, the portions of (i) Plaintiffs' Supplemental Motion for Class Certification, (ii) all or portions of the exhibits to the Declaration of Dean Harvey filed in support of Plaintiffs' Supplemental Motion for Class Certification, (iii) all or portions of the exhibits to the Declaration of Lisa Cisneros filed in support of Plaintiffs' Supplemental Motion for Class Certification, (iv) portions of the Expert Witness Report of Kevin F. Hallock, (v) portions of the Supplemental Expert Witness Report of Edward E. Leamer, and (vi) portions of Exhibits 1 and 2 to the Supplemental Expert Witness Report of Edward E. Leamer, have been properly redacted and publicly filed or properly sealed in their entirety.  The redacted portions and documents proposed to be sealed in their entirety shall remain under seal.

Good cause having been shown, **IT IS SO ORDERED**.

DATED: _____    By: _____
HONORABLE LUCY H. KOH
United States District Court Judge

SVI-125372v1

- 2 -

[Proposed] Order Granting Defs' Joint Response to
Plaintiffs' Administrative Motion to File Under Seal
Master Docket No. 11-CV-2509-LHK