# EXHIBIT GG

```
 1                 UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4

 5    IN RE:  HIGH-TECH EMPLOYEE   )

 6    ANTITRUST LITIGATION         )

 7                                 )  No. 11-CV-2509-LHK

 8    THIS DOCUMENT RELATES TO:    )

 9    ALL ACTIONS.                 )

10    _____)

11

12       HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

13

14           VIDEO DEPOSITION OF MICHAEL McNEAL

15

16                    FEBRUARY 21 ,2013

17

18      Reported by:  Mary Ann Scanlan-Stone, CSR No. 8875,

19                       RPR, CCRR, CLR
```

```
11:54:57   1   BY MS. SHAVER:
11:54:58   2       Q.  How about in 2010?
11:55:00   3           MR. KIERNAN:  Objection.  Foundation.
11:55:01   4           THE WITNESS:  I don't recall if it was the
11:55:05   5   same process.  The time periods were the same.
11:55:13   6   BY MS. SHAVER:
11:55:24   7       Q.  Are bonuses or raises ever given outside of
11:55:27   8   that window of time after the fiscal year closes?
11:55:32   9           MR. KIERNAN:  Objection.  Compound.
11:55:33  10   BY MS. SHAVER:
11:55:33  11       Q.  Midyear?
11:55:35  12           MR. KIERNAN:  Objection.  Compound.  Vague.
11:55:36  13   Foundation.
11:55:39  14           THE WITNESS:  Managers have the ability to
11:55:40  15   give what they call spotlight bonuses based on someone's
11:55:44  16   performance, and they can do that any time of the year.
11:55:50  17           MS. SHAVER:  Okay.
11:55:50  18       Q.  ███████████████████████████████████████
11:55:53  19   ███████████████████████
11:55:55  20           MR. KIERNAN:  Objection.  Foundation.  Vague
11:55:56  21   as to which managers.
11:56:03  22           THE WITNESS:  ████████████████████████████
11:56:04  23   ████████████████████████████████████████
11:56:08  24   ████████████████
11:56:09  25           MS. SHAVER:  Okay.
```

```
11:56:10  1        Q.  Do you know who would know?
11:56:12  2        A.  Currently?
11:56:13  3        Q.  (Nods head.)
11:56:16  4        A.  In 2013, Mason Stubblefield.
11:56:29  5        Q.  Is there a compensation group at -- at Intuit?
11:56:32  6        A.  Yes.
11:56:33  7        Q.  What's it called?
11:56:36  8        A.  Rewards.
11:56:37  9        Q.  Rewards.
11:57:05 10            For your direct reports, do you make the final
11:57:07 11   determination of how much they're paid?
11:57:10 12        A.  Yes.
11:57:12 13        Q.  ████████████████████████████████████████
11:57:15 14   ████████████████████████
11:57:17 15        A.  ███
11:57:17 16        Q.  ████████████████████████████████
11:57:20 17        A.  ████████████████
11:57:24 18        Q.  ████████████████████████████████████████
11:57:27 19   ████████████████████████████████████████
11:57:30 20   ████████████
11:57:31 21            MR. KIERNAN:  Objection.  Foundation.
11:57:37 22            THE WITNESS:  ████
11:57:37 23   BY MS. SHAVER:
11:57:49 24        Q.  Is it your understanding that each employee's
11:57:52 25   manager or supervisor has the authority to make the
```

```
11:57:57  1   final determination on what their total compensation
11:58:01  2   will be?
11:58:01  3              MR. KIERNAN:  Objection.  Argumentative.
11:58:04  4   Foundation.
11:58:04  5              THE WITNESS:  It's my expectation.  I'm not
11:58:10  6   special, so I believe that would be the practice.
11:58:18  7              I would like to clarify that it -- it's a pay
11:58:21  8   for performance culture, so it's a recommendation that
11:58:24  9   the rewards team makes --
11:58:27 10         Q.   The guidelines?
11:58:28 11         A.   -- the guidelines --
11:58:29 12         Q.   Are recommendations?
11:58:30 13         A.   -- are recommendations.
11:58:31 14         Q.   █████████████████████████████████████████
11:58:34 15   ████████████████████████
11:58:37 16         A.   ████  ███████████████████████████████████
11:58:45 17   ██████████████████████████
11:58:47 18         Q.   Is that allocated to Sherry -- Sherry
11:58:51 19   Whiteley?
11:58:52 20         A.   Yes.
11:58:52 21         Q.   Does she tell you what -- strike that.
11:58:57 22              ███████████████████████████████████████
11:58:59 23         A.   ████
11:59:06 24         Q.   ████████████████████████████████████████
11:59:09 25   ██████████████████████████████████████████████
```

```
12:19:39   1   happy in their job and performing well in their job?
12:19:42   2   Absolutely, but I focus on them being engaged, growing,
12:19:46   3   and it's not a compensation conversation.
12:19:49   4   BY MS. SHAVER:
12:19:53   5        Q.   Uh-hum.
12:19:53   6             Have you ever been instructed to take the risk
12:20:01   7   of losing your employees into consideration when you
12:20:02   8   determine their compensation?
12:20:06   9             MR. KIERNAN:  Objection.  Vague.
12:20:07  10             THE WITNESS:  No.
12:20:14  11        Q.   Have you ever had one of your employees get an
12:20:18  12   offer from another company?
12:20:19  13        A.   Yes.
12:20:19  14        Q.   Have you ever made a counteroffer to that
12:20:22  15   employee?
12:20:23  16        A.   In what time period?
12:20:25  17        Q.   Ever --
12:20:26  18        A.   Ever?
12:20:26  19        Q.   -- in your tenure at Intuit?
12:20:30  20        A.   Oh, at Intuit, no.
12:20:35  21        Q.   While you've worked at Intuit, are you aware
12:20:37  22   of any employees receiving counteroffers from the
12:20:40  23   company?
12:20:41  24        A.   I'm not aware of any.
12:20:48  25        Q.   Are you aware of a protocol for that situation
```

| | | |
|---|---|---|
| 12:20:50 | 1 | as to who would need to approve a counteroffer? |
| 12:20:59 | 2 | A. I don't recall, no. |
| 12:21:00 | 3 | Q. Do you know who would know? |
| 12:21:01 | 4 | A. Sherry Whiteley. |
| 12:21:30 | 5 | Q. Who is Sherry Whiteley? |
| 12:21:32 | 6 | A. The senior vice president of human resources. |
| 12:22:13 | 7 | MS. SHAVER: Can I have 21, please? |
| 12:22:17 | 8 | MS. CISNEROS: (Complies.) |
| 12:22:32 | 9 | MS. SHAVER: This will be Plaintiffs' Exhibit |
| 12:22:33 | 10 | 912. |
| 12:22:34 | 11 | (Exhibit 912 marked for identification.) |
| 12:22:39 | 12 | MS. SHAVER: Q. INTUIT_040817. |
| 12:23:15 | 13 | A. (Reviews document.) |
| 12:23:16 | 14 | Q. Do you recognize this document? |
| 12:23:17 | 15 | A. Yeah. I was copied on an email. Yes. |
| 12:23:24 | 16 | Q. So the first email in this chain is sent from |
| 12:23:37 | 17 | Jim Grenier on May 12, 2008, and you're copied on it; is |
| 12:23:42 | 18 | that right? |
| 12:23:42 | 19 | A. Yes. |
| 12:23:43 | 20 | Q. And I think you testified to this earlier, so |
| 12:23:44 | 21 | I apologize for asking you to repeat yourself, but can |
| 12:23:47 | 22 | you say who Jim Grenier is? |
| 12:23:49 | 23 | A. Jim Grenier was the vice president of rewards. |
| 12:23:54 | 24 | Q. And he writes, "Hello, Everyone. This is a |
| 12:23:56 | 25 | summary of our approach and the guidelines for this |

```
12:23:58  1  year's compensation decisions."
12:24:05  2          Do you recall receiving these guidelines for
12:24:06  3  this year's compensation decisions?
12:24:09  4          MR. KIERNAN:  Objection as to time.
12:24:11  5          You mean --
12:24:12  6          MS. SHAVER:  On May 12, 2008.
12:24:14  7          THE WITNESS:  I don't recall, but it was sent
12:24:15  8  to me.
12:24:19  9  BY MS. SHAVER:
12:24:19 10      Q.  And if you look above that, there's a response
12:24:24 11  from Brad Smith, May 13, 2008.  He writes, Jim, thank
12:24:29 12  you for providing such thoughtful and informative
12:24:33 13  guidance in this communication.
12:24:36 14          Who's Brad Smith?
12:24:39 15      A.  The CEO of Intuit.
12:24:51 16      Q.  Will you turn to the second page, please.
12:24:57 17      A.  Starting with level of performance?
12:25:00 18      Q.  Yes.
12:25:01 19      A.  Okay.
12:25:01 20      Q.  Underneath that, number two, population
12:25:05 21  distributions, it states, besides performance ratings
12:25:10 22  for fiscal year -- I assume FY08 refers to fiscal year
12:25:15 23  2008 --████████████████████████████████████████████
12:25:18 24  ████████████████████████████████████████████
12:25:21 25  ████████████████████████████████████████████
```

```
12:25:24  1   ███████████████████████████████████████
12:25:28  2   ████████████████████████████████
12:25:32  3              ███████████████████████████████
12:25:36  4              MR. KIERNAN:  Foundation.
12:25:42  5              THE WITNESS:  ███████████████████t
12:25:45  6   ████████████████████████████████
12:25:49  7   █████████████████████████████████████
12:25:52  8   ████████  ██████████████████████████
12:25:58  9   ████████████████████████████████████
12:26:01 10   ████████████████████████████████████████
12:26:05 11              █████████████████████████████
12:26:10 12   ████████████████████████████████████
12:26:13 13   ██████
```

12:26:18 14   BY MS. SHAVER:

12:26:18 15        Q.  So was it your understanding that the

12:26:20 16   performance rating is used for cash compensation

12:26:23 17   decisions; the combination of the performance rating and

12:26:28 18   the forward-looking retention rating is used for the

12:26:31 19   allocation of equity?

12:26:33 20              MR. KIERNAN:  Objection.  Argumentative.

12:26:34 21   Foundation.

12:26:35 22              THE WITNESS:  My understanding of this was Jim

12:26:40 23   was trying to get people to understand what we called a

12:26:43 24   total compensation package instead of bits and pieces,

12:26:47 25   so it tried to understand what someone's entire

```
12:37:27  1        A.   Was it so -- I believe, I'm sorry.
12:37:30  2             I believe your question was, were these used
12:37:32  3   in the rating?
12:37:33  4        Q.   Yes.
12:37:34  5        A.   And I don't -- I don't know that they were
12:37:36  6   specifically used in the rating.
12:37:38  7        Q.   Okay.
12:37:38  8        A.   It was a recommendation in draft at the time.
12:37:41  9        Q.   Do you know who's the author of this
12:37:42 10   PowerPoint?
12:37:43 11        A.   I do not.
12:37:45 12        Q.   Was it likely Courtney Abernathy?
12:37:48 13        A.   She could have aggregated all the pieces of
12:37:51 14   it, yes.
12:37:56 15        Q.   Uh-huh.
12:37:57 16             And do you recall whether a final version of
12:38:00 17   this document exists?
12:38:05 18        A.   There would have been a final version, but I
12:38:07 19   don't recall.
12:38:11 20        Q.   Where would I find that final version, where
12:38:13 21   would it be stored?
12:38:15 22             MR. KIERNAN:  Objection.  Foundation.
12:38:16 23             THE WITNESS:  I don't know that it would have
12:38:17 24   been stored.  Each -- each year, actually, someone
12:38:20 25   different goes -- manages the process, so probably
```

```
12:38:25  1   someone different.
12:38:26  2   BY MS. SHAVER:
12:38:29  3        Q.   In 2010, who managed the process?
12:38:34  4             MR. KIERNAN:  Foundation.
12:38:41  5             THE WITNESS:  I don't recall specifically who
12:38:42  6   it was.
12:38:43  7   BY MS. SHAVER:
12:38:44  8        Q.   There -- similar to Exhibit 912, the
12:38:50  9   ███████████████████████████████████████████████████
12:38:57 10   ███████████████████████████████████████████████
12:39:01 11   ████████████
12:39:02 12        A.   ████
12:39:07 13        Q.   ██████████████████████████████████████████
12:39:11 14   ██████████████████████████████████████████████
12:39:15 15   ████████
12:39:21 16        A.   ██████████████████████████████████████████
12:39:29 17   ██████████████████████████████████████████
12:39:32 18   ██████████
12:39:33 19        Q.   Uh-hum.
12:39:33 20             And do you have any reason to think that this
12:39:49 21   box, ██████████████████████████████████████
12:39:52 22   ██████, in Exhibit 913, page 9 of the PowerPoint, was
12:39:56 23   not in the final draft?
12:39:58 24        A.   I don't recall in 2010 if it was in the final
12:40:05 25   draft.
```

| | | |
|---|---|---|
| 12:40:11 | 1 | Q.  If I wanted to know whether a final draft |
| 12:40:13 | 2 | exists of this document for 2010, who would I ask? |
| 12:40:20 | 3 | MR. KIERNAN:  Foundation. |
| 12:40:20 | 4 | THE WITNESS:  I don't know if -- like I said, |
| 12:40:21 | 5 | it was done differently and if anyone saved it. |
| 12:40:25 | 6 | BY MS. SHAVER: |
| 12:40:26 | 7 | Q.  Which group at Intuit had responsibility for |
| 12:40:29 | 8 | this process? |
| 12:40:31 | 9 | A.  Two groups, the talent development |
| 12:40:35 | 10 | organization and the rewards organization, collaborated. |
| 12:40:41 | 11 | Q.  Okay. |
| 12:40:42 | 12 | And in 2010, who was the head of the rewards |
| 12:40:45 | 13 | organization? |
| 12:40:55 | 14 | A.  I believe it was Jim Grenier. |
| 12:40:58 | 15 | Q.  And in 2010, who was the head of the talent |
| 12:41:01 | 16 | development organization? |
| 12:41:11 | 17 | A.  That, I believe, was Brooks Fisher. |
| 12:42:08 | 18 | MS. SHAVER:  Can I have 20, please? |
| 12:42:11 | 19 | MS. CISNEROS:  (Complies.) |
| 12:42:30 | 20 | MS. SHAVER:  I probably have another 15 to 20 |
| 12:42:32 | 21 | minutes in this line of questioning.  It's okay if you |
| 12:42:36 | 22 | want to stop for lunch now. |
| 12:42:38 | 23 | MR. KIERNAN:  How are you feeling? |
| 12:42:40 | 24 | THE WITNESS:  I'd like a new back if I can |
| 12:42:42 | 25 | have one but, other than that, I'm doing okay. |

| | | |
|---|---|---|
| 13:33:36 | 1 | Q. When did he leave the company? |
| 13:33:41 | 2 | A. I don't recall the specific time. |
| 13:33:42 | 3 | Q. Do you recall approximately -- what year? |
| 13:33:46 | 4 | A. Gosh, I want to say either 2009 or 2010. |
| 13:33:54 | 5 | Q. Is Mason Stubblefield the replacement for Jim |
| 13:33:58 | 6 | Grenier? |
| 13:33:59 | 7 | A. The role is a little different, but the |
| 13:34:04 | 8 | portion that Jim Grenier had around rewards is what |
| 13:34:08 | 9 | Mason has now in regard to rewards.  Jim also had |
| 13:34:11 | 10 | workplace, which has moved out of workplace. |
| 13:34:13 | 11 | Q. What's workplace? |
| 13:34:15 | 12 | A. Workplace is your buildings, your facilities, |
| 13:34:18 | 13 | your -- |
| 13:34:19 | 14 | Q. Thank you.  I understand. |
| 13:34:20 | 15 |    Do you know where Jim Grenier works now? |
| 13:34:23 | 16 | A. I do not. |
| 13:34:27 | 17 | Q. Do you know if he's retired? |
| 13:34:34 | 18 | A. I do not.  I'm hopeful. |
| 13:34:44 | 19 | Q. Do you recognize this document? |
| 13:34:48 | 20 | A. I do not. |
| 13:35:01 | 21 | Q. The second page says, "Total Rewards, Key |
| 13:35:05 | 22 | Levers to Attract and Retain the Talent & Skills to |
| 13:35:09 | 23 | Deliver for our Customers." |
| 13:35:15 | 24 |    And you'll see on the next page that this is |
| 13:35:17 | 25 | dated January 21, 2006. |

```
13:35:23  1         A.  So you're on slide three?
13:35:24  2         Q.  Slide three, yeah, you'll see at the bottom
13:35:26  3   there.
13:35:26  4         A.  I thought you said two.  I'm sorry.
13:35:28  5         Q.  I did read the title page off page 2 and then
13:35:31  6   I said that you'll find the date at the bottom of
13:35:33  7   page 3.
13:35:34  8         A.  Gotcha.
13:35:37  9         Q.  Okay.
13:35:44 10             So January 21, 2006, that was when you held
13:35:48 11   the role of director of talent acquisition; is that
13:35:52 12   right?
13:35:52 13         A.  Correct.
13:35:52 14         Q.  Okay.
13:35:59 15             So do you -- if -- this is something you would
13:36:04 16   expect Jim Grenier to have shared with your talent
13:36:07 17   acquisition organization?
13:36:25 18         A.  I would expect it was shared with human
13:36:27 19   resources.
13:36:27 20         Q.  And that would include?
13:36:28 21         A.  That would include the talent acquisition
13:36:31 22   organization.
13:36:31 23         Q.  Will you turn to page 15, please?
13:36:38 24         A.  (Complies.)
13:36:48 25         Q.  The top of the slide reads, Compensation
```

```
13:36:50   1    Decision Process, fiscal year 2005.
13:36:54   2         A.   Uh-huh.
13:36:55   3         Q.   ████████████████████████████████████
13:36:59   4    ████████████████████████████████████████████████
13:37:03   5    ██████████████████████████████████████████████
13:37:05   6    ████████████████████████████████████████████
13:37:11   7    ██████████████████████████████
13:37:13   8         ██████████████████████████████████████
13:37:17   9    ████████████████████████████████████████████████████
13:37:21  10    ██████████████████████████
13:37:24  11              ██████████████████
13:37:25  12         A.   ████████
13:37:26  13         Q.   ████████████████████████████████████████
13:37:28  14    ██████████████████████████████████
13:37:32  15    ██████████████████████████
13:37:35  16         A.   ██████████████████████████████████  ████
13:37:42  17    ████████████████████████████
13:37:49  18         Q.   ████████████████████████████████████
13:37:51  19    ████████████████████████████████████
13:37:56  20         A.   ████
13:37:56  21         Q.   Thank you.
13:38:15  22              ██████████████████████████████████
13:38:18  23    ████████████████████████████████████████████
13:38:21  24    ████████████████████████████████████████████
13:38:25  25    ████████████████████████████████████████████████
```

```
13:38:28  1     ▮▮▮▮▮▮
13:38:28  2          ▮▮▮▮▮▮▮▮▮
13:38:29  3     A.  ▮▮▮
13:38:30  4     Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:38:32  5  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:38:35  6  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:38:38  7  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:38:41  8          MR. KIERNAN:  Objection.  Form.
13:38:43  9          THE WITNESS:  ▮▮▮▮▮▮▮▮▮▮▮▮
13:38:46 10  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:38:52 11  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:38:54 12  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:38:59 13  ▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮
13:39:01 14  BY MS. SHAVER:
13:39:01 15     Q.  But the slide is entitled, Compensation
13:39:03 16  Decision Process, right?
13:39:04 17     A.  Right.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:39:07 18  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:39:10 19  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:39:13 20  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:39:16 21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:39:20 22          ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:39:22 23  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
13:39:25 24  ▮▮▮▮▮▮
13:39:26 25     Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

```
13:39:35  1      [REDACTED]
13:39:38  2      [REDACTED]
13:39:45  3          A.  [REDACTED]
13:39:48  4      [REDACTED]
13:39:52  5      [REDACTED]
13:40:02  6              MS. SHAVER:  Can I have Tab 24, please?
13:40:08  7              MS. CISNEROS:  (Complies.)
13:40:15  8              MS. SHAVER:  Please mark this Plaintiffs'
13:40:16  9      Exhibit 915.
13:40:25 10              (Exhibit 915 marked for identification.)
13:40:26 11              MS. SHAVER:  This is INTUIT_039867.
13:40:52 12          Q.  Do you recognize this document?
13:40:53 13          A.  Yes.
13:41:00 14          Q.  Who is Phil Warden?
13:41:03 15          A.  Phil Warden works inside of the employee or
13:41:07 16      workforce data team.
13:41:13 17          Q.  What is the workforce data team responsible
13:41:15 18      for?
13:41:16 19          A.  Gathering data in regards to employees.
13:41:23 20          Q.  And he sent an email to you, among other
13:41:28 21      people, on July 14, 2011?
13:41:30 22          A.  Correct.
13:41:31 23          Q.  Is that right.
13:41:32 24              And you responded to him the same day, "Always
13:41:34 25      interesting.  Thank you."?
```

```
13:41:44   1         A.   Oh, yes.
13:41:45   2         Q.   Okay.
13:41:51   3              You see -- if you look at the third bullet
13:41:53   4   point in Mr. Warden's email, it's entitled or in bold,
13:41:59   5   High-Potential Employees.  Do you see that?
13:42:01   6         A.   Uh-huh.
13:42:02   7         Q.   "When a high potential employee leaves, the
13:42:05   8   organization loses up to three and a half times the high
13:42:08   9   potential employee's annual salary in investment.
13:42:13  10   Improved high potential employee development increases
13:42:17  11   all employees' organizational commitment."
13:42:24  12              Do you see that?
13:42:27  13         A.   I do.
13:42:35  14         Q.   Do you have any reason -- strike that.
13:42:54  15              Did you receive these kind of reports from
13:42:56  16   Phil Warden on a regular basis?
13:42:58  17         A.   No.
13:42:59  18         Q.   Do you know what the -- did you receive them
13:43:02  19   on a quarterly basis?
13:43:04  20              MR. KIERNAN:  Wait.
13:43:04  21              Objection.
13:43:05  22              You mean this specific quarterly news and
13:43:08  23   trend in CCL?
13:43:09  24              MS. SHAVER:  Yes.
13:43:10  25              MR. KIERNAN:  Or CLC, pardon me.
```

```
15:39:20  1        I, Mary Ann Scanlan-Stone, Certified Shorthand
15:39:20  2   Reporter licensed in the State of California, License
15:39:20  3   No. 8875, hereby certify that the deponent was by me
15:39:20  4   first duly sworn and the foregoing testimony was
15:39:20  5   reported by me and was thereafter transcribed with
15:39:20  6   computer-aided transcription; that the foregoing is a
15:39:20  7   full, complete, and true record of said proceedings.
15:39:20  8        I further certify that I am not of counsel or
15:39:20  9   attorney for either of any of the parties in the
15:39:20 10   foregoing proceeding and caption named or in any way
15:39:20 11   interested in the outcome of the cause in said caption.
15:39:20 12        The dismantling, unsealing, or unbinding of
15:39:20 13   the original transcript will render the reporter's
15:39:20 14   certificates null and void.
15:39:20 15        In witness whereof, I have hereunto set my
15:39:20 16   hand this day: March 2, 2013.
15:39:20 17        ___X____ Reading and Signing was requested.
15:39:22 18        _____ Reading and Signing was waived.
15:39:22 19        _____ Reading and signing was not requested.
15:39:22 20
15:39:22 21                           _____
15:39:22 22                           MARY ANN SCANLAN-STONE
15:39:22 23                           CSR 8875, RPR, CCRR, CLR
         24
         25
```