# EXHIBIT HH

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5

 6   IN RE:  HIGH-TECH EMPLOYEE     )

 7   ANTITRUST LITIGATION           )

 8                                  )   No. 11-CV-2509-LHK

 9   THIS DOCUMENT RELATES TO:      )

10   ALL ACTIONS.                   )

11   _____)

12

13

14

15            VIDEO DEPOSITION OF CHUONG NGUYEN

16                     February 14, 2013

17

18

19   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25
```

```
11:17:00  1   else?
11:17:01  2        A.  I don't know.
11:17:03  3        Q.  You said it was primarily -- ▮▮▮▮▮▮▮▮
11:17:08  4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11:17:10  5   ▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11:17:11  6        ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11:17:15  7   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11:17:17  8   ▮▮▮▮
11:17:18  9        A.  I don't recall.
11:17:27 10        Q.  If you turn to the first page of that exhibit,
11:17:30 11   on May 5th you write to him --
11:17:33 12             MS. ZENG:  Just slow down a little bit.
11:17:34 13             We're still on 738.
11:17:37 14             THE WITNESS:  I'll put this one away.
11:17:38 15             MS. ZENG:  Yeah.
11:17:39 16             MS. SHAVER:  Q.  Thank you.
11:17:43 17        A.  First page you said?
11:17:44 18        Q.  Yeah.  On the first page, the second email from
11:17:45 19   the top, on Wednesday, May 5th you write, ▮▮▮▮▮▮▮▮
11:17:51 20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11:17:55 21   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11:18:00 22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
11:18:04 23             Do you see that?
11:18:05 24        A.  Uh-huh.
11:18:07 25        Q.  So the one -- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

| Time | # | |
|---|---|---|
| 11:18:12 | 1 | █████████████████████ |
| 11:18:18 | 2 | ████ |
| 11:18:19 | 3 | A.  Uh-huh. |
| 11:18:23 | 4 | Q.  █████████████████████ |
| 11:18:30 | 5 | ██████████████████ |
| 11:18:39 | 6 | ████████ |
| 11:18:41 | 7 | A.  ████████████████ |
| 11:18:44 | 8 | ██████████ |
| 11:18:46 | 9 | Q.  ██ ███████████ |
| 11:18:49 | 10 | ███ |
| 11:18:53 | 11 | A.  ████████████████ |
| 11:18:56 | 12 | ████████ ██████ |
| 11:18:58 | 13 | █████████████ ███ |
| 11:19:02 | 14 | ██ |
| 11:19:04 | 15 | ██████████████ |
| 11:19:06 | 16 | ██ |
| 11:19:11 | 17 | Q.  █████████████████████ |
| 11:19:13 | 18 | █████████████████████ |
| 11:19:16 | 19 | ██ |
| 11:19:17 | 20 | A.  █ |
| 11:19:18 | 21 | Q.  ██████████████ |
| 11:19:20 | 22 | A.  ██████ |
| 11:19:22 | 23 | Q.  █ █████████ |
| 11:19:24 | 24 | █████████████████ |
| 11:19:26 | 25 | █ |

```
11:19:26   1    A.    █
11:19:27   2    Q.    ████████
11:19:29   3    A.    ██████████
11:19:38   4    Q.    ██████████████████   ██████
11:19:50   5          You can put that aside.  Thanks.
11:19:53   6    A.    Okay.
11:19:54   7    Q.    You, yourself, were cold called by Google,
11:19:58   8    right?
11:20:00   9    A.    Yes.
11:20:03  10    Q.    How many times?
11:20:06  11    A.    I recall once.
11:20:08  12    Q.    And when was that?
11:20:12  13    A.    A year or two ago, approximately.
11:20:16  14    Q.    So 2011 or 2012?
11:20:18  15    A.    Maybe.  Probably.
11:20:21  16    Q.    And what was your response?
11:20:24  17    A.    ████████████████   ██████████████████
11:20:30  18    ████████████████████████████████████████████████
11:20:36  19    ██████████
11:20:37  20    Q.    ██████████████████████
11:20:39  21    A.    ████████████████████████████████████████
11:20:42  22    Q.    ████████████████████
11:20:47  23    A.    ████████████████
11:20:49  24    Q.    ██████████████████████
11:20:51  25    A.    ██
```

```
11:21:08  1              MS. SHAVER:  Please mark this Plaintiffs'
11:21:10  2    Exhibit 739.  This is INTUIT_009519.
11:21:31  3              (Whereupon, Exhibit 739 was marked for
11:21:31  4              identification.)
11:21:37  5              MS. SHAVER:  Q.  Is this the cold call you
11:21:39  6    remember receiving from Google?
11:21:41  7         A.   Yes.
11:21:42  8         Q.   Does this refresh your recollection that it
11:21:44  9    happened in January 2010?
11:21:47 10         A.   Yes.
11:22:05 11         Q.   ████████████████████████████████████████
11:22:07 12         A.   ███
11:22:11 13         Q.   ████████████████████████████████████████
11:22:15 14    ███████████████
11:22:17 15         A.   ███
11:22:21 16         Q.   ████████████████████████████████████████
11:22:23 17    ████████████████████████████████████████
11:22:26 18    ██████████████████████
11:22:28 19         A.   ██████████████
11:22:30 20         Q.   ██████
11:22:51 21              Will you please mark this Plaintiffs' Exhibit
11:22:54 22    740.  This is INTUIT_009540.
11:23:21 23              (Whereupon, Exhibit 740 was marked for
11:23:21 24              identification.)
11:23:22 25              MS. SHAVER:  Q.  Do you recognize this
```

```
11:45:48   1    environments.
11:45:49   2        Q.   Any other criteria?
11:45:51   3        A.   Yes.
11:45:56   4             MS. SHAVER:  This would be a good time to take
11:45:58   5    a break.
11:46:00   6             THE VIDEOGRAPHER:  This is the end of video
11:46:01   7    No. 2.  The time is 11:46 a.m.  We're going off the
11:46:05   8    record.
11:46:10   9             (Recess taken.)
11:58:26  10             THE VIDEOGRAPHER:  This is the beginning of
12:02:28  11    video No. 3 in the deposition of Chuong Nguyen.  The
12:02:33  12    time is 12:02 p.m.  We're back on the record.
12:02:38  13             MS. ZENG:  Before we get started, I just wanted
12:02:41  14    to say the witness would like to read and sign the
12:02:43  15    deposition.
12:02:48  16             MS. SHAVER:  Q.   ███████████████████
12:02:51  17    ████████████████████████████████████████████████
12:02:55  18    ████████████
12:02:56  19             MS. ZENG:  Objection. Lacks foundation.  Calls
12:02:57  20    for speculation.
12:02:59  21             MR. KIERNAN:  Can we -- real quick, can we just
12:03:01  22    do maybe time and then either executive recruiting and
12:03:05  23    technical?  Just so we have -- I just want the
12:03:09  24    record....
12:03:11  25             MS. SHAVER:  Sure.
```

```
12:03:16   1      Q.  ███████████████████████████████████
12:03:23   2      ███████████████████████████████████
12:03:25   3      ████████████████████████
12:03:31   4          MS. ZENG:  Objection.  Lacks foundation.
12:03:32   5          THE WITNESS:  ██████████
12:03:33   6          MS. SHAVER:  Q.  ███████████████████████
12:03:37   7      ██████████████████████████
12:03:38   8      ███████████████████████████████
12:03:41   9      ████████████
12:03:42  10      A.  ██████████████
12:03:45  11      Q.  ████████████████████████████████████
12:03:48  12      █████████████████████████████████████
12:03:51  13      ██████████████████
12:03:52  14      A.  ███
12:03:54  15      Q.  Does Intuit have an employee compensation
12:03:57  16  department?
12:03:59  17      A.  We do, yes.
12:04:00  18      Q.  What's it called?
12:04:03  19      A.  Right now, I think it's called Total Rewards or
12:04:06  20  something like that.
12:04:07  21      Q.  Do you know what it was called when you were
12:04:09  22  technical recruiter?
12:04:11  23      A.  I don't recall.
12:04:12  24      Q.  Was it called something besides Total Rewards?
12:04:16  25      A.  Maybe comp and benefits.  I don't know.
```

```
12:04:19   1         Q.  When you were technical recruiter, did you work
12:04:23   2   with the compensation and benefits staff?
12:04:29   3         A.  I don't recall.  I don't think so.
12:04:34   4         Q.  Did you ever have conversations with the
12:04:38   5   compensation and benefits staff?
12:04:45   6         A.  Yes.  But I think it was part of, like, a
12:04:47   7   broader kind of talking to our entire team.
12:04:54   8         Q.  Entire HR team?
12:04:55   9         A.  The recruiting team.
12:04:57  10         Q.  Recruiting team.
12:05:03  11         ███████████████████████████████████████████████
12:05:06  12   ████████████████████████████████████████████████████
12:05:09  13   ████████████████████████████████████████████████
12:05:18  14         A.  ██████████████████████████████████  █████████
12:05:20  15   █████
12:05:22  16         Q.  ████████████████████████████████████
12:05:24  17             MS. ZENG:  Objection.  Vague.  Lacks
12:05:25  18   foundation.
12:05:26  19             THE WITNESS:  ██████████████████████████████
12:05:29  20   ████████████████████
12:05:33  21             MS. SHAVER:  Q.  ████████████████████████
12:05:35  22   ████████████████████████████████████████████████████
12:05:38  23   ██████████████████████████████████████
12:05:41  24         A.  █████████████████
12:05:44  25         Q.  ██████████████████████████████████████████████
```

```
12:05:47   1    ████████████████████████████████████████████
12:05:49   2    ████████████████
12:05:50   3        A.  ██████
12:05:52   4        Q.  Do you know if that was the practice of other
12:05:54   5    technical recruiters?
12:05:55   6        A.  I don't know.
12:06:02   7        Q.  ████████████████████████████████████████
12:06:05   8    ████████████████████████████████████████████████
12:06:10   9    ██████████████████████████████
12:06:15  10            MS. ZENG:  Objection.  Calls for speculation.
12:06:18  11            THE WITNESS:  ██████████████████████████████r
12:06:20  12    ██████████████████████████████████  ████████
12:06:25  13            MS. SHAVER:  Q.  ██████████████████████████
12:06:26  14    ██████████████████████████████
12:06:29  15        A.  ████████████████████████████  ████████
12:06:32  16    ████████████████████████████████
12:06:37  17        Q.  ██████
12:07:16  18            As an executive recruiter, do you work with the
12:07:20  19    Total Rewards team?
12:07:21  20        A.  Yes.
12:07:23  21        Q.  And how do you work with the Total Rewards
12:07:25  22    team?
12:07:29  23        A.  ████████████████████████████████████████████
12:07:34  24        Q.  And what's their job or their role in the offer
12:07:38  25    negotiation phase?
```

```
12:07:39   1        A.   █████████████████████████████████
12:07:42   2    ████████████████████████
12:07:44   3        Q.   █████████████████████████████████
12:07:47   4    ████████████████████████  ██████████
12:07:50   5        A.   ████████████████████████████
12:08:01   6        Q.   ███████████████████████████
12:08:04   7    ██████████████████████████
12:08:06   8        A.   ████████   ██████████████████████
12:08:20   9    ███████████████
12:08:21  10        Q.   Yes.
12:08:21  11        A.   Yes.
12:08:26  12        Q.   █████████████████████████████████
12:08:29  13   ██████████████████████████████████████████
12:08:37  14        A.   ████████   ███████████████████████
12:08:52  15             MS. CISNEROS:  What do you mean by that?
12:08:55  16             THE WITNESS:  ██████████████████
12:08:56  17   ██████████████████████████████████████████
12:08:59  18   ██████████████████████████
12:09:07  19             MS. SHAVER:  Q.  ███████████████
12:09:09  20   ██████████████████████████████████████████
12:09:12  21   █████████████████████████████
12:09:18  22   ████████████████████████
12:09:21  23             MS. ZENG:  Objection.  Calls for speculation.
12:09:24  24             THE WITNESS:  ██████████████████████
12:09:26  25   █████████████████████████████████████
```

```
 1          I, Gina V. Carbone, Certified Shorthand
 2  Reporter licensed in the State of California, License
 3  No. 8249, hereby certify that the deponent was by me
 4  first duly sworn and the foregoing testimony was
 5  reported by me and was thereafter transcribed with
 6  computer-aided transcription; that the foregoing is a
 7  full, complete, and true record of said proceedings.
 8          I further certify that I am not of counsel or
 9  attorney for either of any of the parties in the
10  foregoing proceeding and caption named or in any way
11  interested in the outcome of the cause in said caption.
12          The dismantling, unsealing, or unbinding of
13  the original transcript will render the reporter's
14  certificates null and void.
15          In witness whereof, I have hereunto set my
16  hand this day:  February 21, 2013.
17          ___X___  Reading and Signing was requested.
18          _____  Reading and Signing was waived.
19          _____  Reading and signing was not requested.
20
21
22                       _____
23                            GINA  V. CARBONE
24                            CSR 8249, RPR, CCRR
25
```