# EXHIBIT 914



Jim Grenier - VP, Rewards and Workforce Solutions

CONFIDENTIAL

**Confidential - Attorneys' Eyes Only**



INTE-04-000881

**INTUIT_001614**   914.1

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000882
INTUIT_001615

914, 2





# Total Rewards

## Key Levers to Attract and Retain the Talent & Skills to Deliver for our Customers

Jim Grenier - VP, Rewards and Workforce Solutions

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTUIT_001616
INTE-04-000883

9/4/3

# Key Engagement "Levers" at Intuit

Factors that motivate employees = the potential "drivers" of engagement:



HR has a critical role, with all "leaders", in shaping the organizational and leadership practices that drive engagement.

January 21, 2006

Intuit Confidential

Intuit

3

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTUIT_001617
INTE-04-000884

9/y.4

# Key Engagement "Levers" at Intuit

Factors that motivate employees = the potential "drivers" of engagement:



HR has a critical role, with all "leaders", in shaping the
organizational and leadership practices that drive engagement.

January 21, 2006

Intuit Confidential

Intuit

4



CONFIDENTIAL
**Confidential - Attorneys' Eyes Only**

INTE-04-000885
**INTUIT_001618**

914.5

INTUIT_001619
INTE-04-000886

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

# Total Rewards...The Academic View

**Defined by WorldatWork**

"All of the tools available to the employer that may be used to attract, retain and motivate employees...

...everything the employee perceives to be of value resulting from the employment relationship".



**Total Rewards Porfolio**

Intuit Confidential

January 21, 2006

6

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000887
INTUIT_001620

9/4/7

[Speaker Notes For Slide: 4]

Intuit Confidential

January 21, 2006

7

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000888
INTUIT_001621  9/4, 8



Total Rewards...Your View

Watch for your email invitation
Set up takes about 60 days

Intuit Confidential

January 21, 2006

Welcome

8

[redacted]

# Total Rewards...The Shareholder View...

## $[redacted] ...Managed through the Rewards Decision Process

[redacted]

[redacted] $[redacted]

January 21, 2006

Intuit

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000889
INTUIT_001622

914.9

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000890
INTUIT_001623



# Total Rewards...The Shareholder View...
## ...Managed through the Rewards Decision Process

January 21, 2006

10

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000891
INTUIT_001624

9/14/11



# Total Rewards…The Shareholder View…
## …Managed through the Rewards Decision Process

January 21, 2006

11

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTUIT_001625
INTE-04-000892



# Total Rewards...The Shareholder View...
## ...Managed through the Rewards Decision Process

January 21, 2006

12

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000893
INTUIT_001626

9 14 13



# Philosophy...Optimal Resource Allocation "Bang-for-the-Buck"

Funding for Comp & Benefits -- Company performance and outlook

Intuit Sets the Framework

Local leaders, with HR, determine effective execution

Intuit Confidential

January 21, 2006

13



14

January 21, 2006

Intuit Confidential



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000894
INTUIT_001627

914.14



914. 15

INTE-04-000895
INTUIT_001628

# Compensation Decision Process, FY 05

**Utilizes the Performance Management Operating Mechanism and HPOR recommendations as inputs to"*reward the right behaviors*"**

[redacted]

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

16

January 21, 2006

Compensation Focal Decision Process

[Speaker Notes For Slide: 10]

Intuit Confidential



CONFIDENTIAL
**Confidential - Attorneys' Eyes Only**

INTE-04-000896
**INTUIT_001629**

914. 16



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000897
INTUIT_001630

9 IV. 17



18

January 21, 2006

okay

[Speaker Notes For Slide: 12]

Intuit Confidential



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000898
INTUIT_001631   914. 18

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000899
INTUIT_001632



# Rewards – Comp & Benefits

**Jim Grenier**
- Refer pay decisions re all VPs+ to Jim
- Approver for comp/benefits strategy, plan changes/$'s

**Parrish Pullen (SD)**
*Comp Leader*
SME:
- Global Sales Comp & Recognition
- Contact Ctr Comp
- Callidus Sys/dashboards

BU/FG POC:
- CTG, QB, ProTax (Caryl Hilliard, Sharon Hertle, Chris Scarpetti & teams)

**Mason Stubblefield (MV)**
*Comp Leader*
SME:
- Comp Programs & Infrastructure
- Equity Comp
- IPI
- Exec. Comp

BU/FG POC:
- FGs, OSP & IBSB/US (Deborah Garrett, Eric Lane & teams)

**Deborah Morley (MV)**
*Comp Leader*
SME:
- Communications & Feedback Tools
- Learning & Educ; TR Curriculum & Delivery
- Recognition Devel
- International TR

BU/FG POC:
- Canada/UK; India; etc (Bill Cummings & all non-U.S. sites)

**Eva Macian (Plano)**
- Contact Centers
- Sales Comp Analysis & Tools

**Jennifer Lepird (TU)**
- Tech Support
- Contact Centers
- Program Manager-Recognition

**Melissa Shefer (MV)**
- PDT &Comp Rptg
- Options Admin
- Deferred Comp
- Mkt Research

**Patricia Kada**
Market Research, Comp Analysis & Tools

**Lynette Hamel (MV)**
U.S. Benefits & Site Services

**Holly Duran (SD)**
Ben Communications, Compliance, R&D, 401k

**Sarah Wilkins (SD)**
Worker's Comp, Site Services, & Wellness Initiatives

Local Site
Benefits & Services

*"SME" = Subject matter expert or specialization

"POC" = Primary Point of Contact for specified client group.

Intuit Confidential

January 21, 2006

**:::intuit**

19



20

January 21, 2006

okay

[Speaker Notes For Slide: 14]

Intuit Confidential



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000900
INTUIT_001633    9 14.20

INTUIT_001634
INTE-04-000901

Confidential - Attorneys' Eyes Only
CONFIDENTIAL

9 /4, 21

# For an Overview of TR Tools, Processes and Decision Making



- Schedule time TODAY with your compensation partner, if you are engaged in any of the following:

  *Recommending or Extending Offers of Employment*

  *Coaching leaders on the effective use of Total Rewards*

  *Responding to employee questions regarding rewards decisions or opportunities*

QUESTIONS?

January 21, 2006

Intuit Confidential

Intuit

21





CONFIDENTIAL
**Confidential - Attorneys' Eyes Only**