# EXHIBIT 1107

# Talent Acquisition Hiring Plan
## (Version 1.4)

Date: _____   Recruiter: _____

Req #: _____   Co.Group.Dept & BU: _____

Position: _____   Hiring Manager: _____

HRBP: _____   Finance Partner: _____

*************************************************************************

**Attachments**
- TA Process Timeline
- Hiring Manager Checklist
- Offer Accept Alert E-Mail

**Discussion**
- TA Organization Roles & Responsibilities
- Scout Overview & Access
- Assessment Competencies
- Start Dates & New Hire Orientation
- Hiring Manager Survey
- Manager's Tool Box
- On Boarding New Hires (computer equip, buddy program, checklists)

*************************************************************************

I. ████████████████████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████████████████████████████

████████████████████

████████████████████████

████████████████

1


EXHIBIT 1107
Smith 2·27·13

INTUIT_007865
Confidential - Attorneys' Eyes Only
1107.1

- ██████████████████████████████████████

- ██████████████████████████████████████

- ████████████████████████

- ██ ████████████████████████████████
- ████████████████████████

- █ ████████████████████████████████████████████████

  ████████████████████

  ████████████████████

- █ ████████████████████████████████████████████████████████

- ▌ ████████████████████████████████████

2

INTUIT_007866
Confidential - Attorneys' Eyes Only

1107.2



3

INTUIT_007867
Confidential - Attorneys' Eyes Only

1107.3



4

INTUIT_007868
Confidential - Attorneys' Eyes Only

1107.4



5

INTUIT_007869
Confidential - Attorneys' Eyes Only

1107.5