# EXHIBIT 1760

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format

EXHIBIT _1760_
WIT. _WHITELEY_
DATE _3-14-13_
_KRAMM COURT REPORTING_



INTUIT_052803
Confidential

1760.1

# Key Components of Intuit's Total Rewards Portfolio

**ıntuit**

Intuit Confidential

# What's Important?

**Big Y:** Deliver "True North"... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future

Intuit

1760.3

Intuit Confidential
January 7, 2005

2

# Business Case for Engaged Employees



Source: 2004 Intuit GPTW® survey, Corporate Leadership Council research
Intuit Confidential
January 7, 2005





Intuit Confidential   Job
January 7, 2005



Intuit Confidential
January 7, 2005

1740.7



1760.8



**How Intuit Makes Decisions About Jobs & Compensation**

Intuit Confidential
January 7, 2005

17607

8



The External View...Market Data, Economic Trends....

Intuit

Intuit Confidential
January 7, 2005

1760.10

6

# Who's in the surveys?



**Intuit**

Intuit Confidential
January 7, 2005

17401

10

# Input: External Market Review



**Now Linked, for Profiled Jobs, Through the Pay Decision Too**

intuit

Intuit Confidential
January 7, 2005

11

1760162



Using Market Reference Points

Intuit Confidential
January 7, 2005

intuit

12

1760.13