# EXHIBIT 1761

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format



EXHIBIT _176I_
WIT. _WHITELEY_
DATE _3-14-13_
_KRAMM COURT REPORTING_

INTUIT_049796
Confidential - Attorneys' Eyes Only
176I.I

# Leveraging Compensation & Recognition to Reward Performance

## Tools, Resources and Processes

Key Components of Intuits Total Rewards Portfolio

**Intuit**

Intuit Confidential.

1761.2

# What's Important?

**Big Y:** Deliver "True North"... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future

Intuit Confidential
January 2, 2005

Intuit

2

1761.3

# Engagement Model and Employee Outcomes

Sustained High Performance

**Intuit**

Intuit Confidential
January 7, 2005

3

1761.4



# Business Case for Engaged Employees

Source: 2004 Intuit GPTW® survey, Corporate Leadership Council research

Intuit Confidential
January 7, 2005



What is "Total Rewards"

flexible rewards portfolio...   attract...   engage...   sustained high performance

Intuit Confidential
January 7, 2005

Intuit

5

1761.6





1761|8

## Within This Framework...

*Differentiating Performance for Results...*

*Differentiating Pay Decisions for Performance*

Intuit

17617

Intuit Confidential
January 7, 2005

8



Intuit Confidential
January 7, 2005

# Balancing 3 Stakeholders



Intuit

Intuit Confidential
January 7, 2005

11/191/1

10



The External View...Market Data, Economic Trends....

# Input:  External Market Review



Now Linked, for Profiled Jobs, Through the Pay Decision Too

Intuit Confidential
January 7, 2005

Intuit

176113

12

# Using Market Reference Points



Intuit Confidential
January 7, 2005

13



The External View...Regulatory Environment
"The Short List"

Intuit

Intuit Confidential
January 7, 2005

14

1761.15

# Fair Labor Standards Act

- All employees are entitled to the protections of the Fair Labor Standards Act unless an employer can prove their exemption
- Common Myths About Exemptions

Intuit Confidential
January 7, 2005

**Intuit**

1761.16

15

# Fair Labor Standards Act (FLSA)

## Background

- Enacted in 1938 (amended 2004)
- Sets U.S. standards for minimum wage, overtime pay and child labor
- Addressed labor concerns of that era
- Exempts certain types of positions from Overtime payment requirements
- Enforced by the US Department of Labor DOL, Wage & Hour Division
- Compliance is our responsibility, regardless of opinions on relevancy in today's environment
- Non-compliance examples
  - Incorrect classification of employees as exempt vs. non-exempt
  - Overtime payment calculation errors
  - Treating exempt employees as non-exempt (docking pay for doctor's appointments, etc.)

## Consequences of Non-Compliance



# 1 Employment Law Violation: Wage & Hour Laws

Intuit Confidential
January 7, 2005

Intuit

1761617

16



# Development Bands: Job Progression on a Career Track



**Intuit**

17461.19

Intuit Confidential
January 7, 2005

18



# A Sample Application of Job Profiles

HIRING     PERFORMANCE & DEVELOPMENT     COMP

Intuit

Intuit Confidential
January 7, 2005

19

171-020



How Intuit Makes Decisions
About Jobs & Compensation

Intuit

Intuit Confidential
January 7, 2005

20



# Off-Cycle Promotions & Transfers

Step 1:  Slide 21



Intuit Confidential
January 7, 2005

intuit

1761.23

22







# Budget Recommendations are Based On...

- Average Merit Budget = 3.7% (for those projecting merit increases)
- Only 8% of companies reporting a pay freeze, down from 27% last year
- Unemployment at 5.2%, down from last year
- Moderate economic growth projected but inflation concerns
- Key uncertainties: Labor supply/demand and turnover

1761.25



# Spotlighting Recognition....Check It Out...!

## Spotlight

**intuit**

**Welcome to Intuit's Spotlight recognition tool**
Welcome Deborah Marley.

From here, you can:
* Click on 'Send an Award' for program details and award options.
* Select 'Redeem an Award' to check your awards balance, explore the many shopping opportunities, and track an existing order.

Please note that the Power User button is for our program administrators.

Go ahead and choose one of the options below to get started!

redeem an award >    send an award >    power user site >

choose language →

http://icentralbrdpub.bos.intuit.com/cz/topic_pages/employee_recognition/global/login.htm

# Pay Decision Guidelines...

intuit

1761.27

Intuit Confidential
January 7, 2005

26

# FY 05 – IPI Award Considerations

**Executing on the Day to Day**

**Adding Value to Improve the Future**





How much of each varies by job & business need

Is allocation of time and resources right?



**Intuit**

Intuit Confidential
January 7, 2005

27

# Making Stock Option Decisions

## Two Key Criteria



Intuit

176l629

Intuit Confidential
January 7, 2005

28



# Y1 Build a High Performance and GPTW

Intuit Confidential
January 7, 2005

29

# Questions?



- Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333

- Performance management question? – See your HRBP

- Pay-for-performance question? – Contact your local HR or the compensation team

- *Stock Options – Your HR Leader or the Compensation Team*

Intuit Confidential
January 7, 2005

Intuit

1761-31

30