# EXHIBIT 2135

DOCUMENT

PLACEHOLDER

This document was produced in native format.



EXHIBIT 2135
WIT: Galy
DATE: 3.20.2013
ANNE TORREANO, CSR #10520

INTUIT_034255    2135.1
Confidential - Attorneys' Eyes Only



# Candidate Generation

Human Resources Operations Review
December 12, 2006

Traci Wicks
Jeff Jacobs

**Intuit**

Intuit Confidential

2135.2



## Agenda

- **What's Important**
  - Context for Candidate Generation
  - Business Case
- **How are we doing?**
  - Positioning ourselves for Success
  - Metrics
- **Priorities to Improve ... Discussion**

**DISCUSSION DESTINATION**

December 12, 2006

Intuit Confidential

2135.3



What's Important ... Context

Intuit Confidential

December 12, 2006

2135.4



2135.5



2135.6



## How are we doing? ...
## Hires by Aggregate Source

Intuit Confidential

December 12, 2006

2135.7



Priorities to Improve ... Discussion

From:

To:

intuit

Intuit Confidential

December 12, 2006

7

2135.8



Appendix

Intuit Confidential

2135.9



# CanGen Organization

**Jeff Jacobs**
Director,
Candidate Generation

**Mel Pierce**
Employment Branding
& Messaging Mgr.

**Traci Wicks**
Candidate Generation
Mgr.

**Terri Coligan**
CP1 / Technology
Community Leader

- **Don Willet**
  PM/PD SWAT
- **Jennifer Hasche**
  CTG
- **Jeff DeClue** *
  CTO/IIT
- Nancy Falkenberg
  CP1 UX CGR
- Gail Houston
  SBD
- Maggie Robinson
  CTG
- Kristy Becker
  QA
- Chris Cox
  SBD
- Geoff Webb
  UX/SWE Demand Gen

**Jennifer Demaris**
CP2 - Marketing/STRAT
Community Leader

- **Karen Coleman**
  CP2/IIT Sourcer
- **Mark Howard**
  Name Gen.
- Tracy Ross
  CTG
- Jason Ugland
  CMO/SLS/Strat
- Cindy Schneider
  SBD

Shilpa Farmer
Finance CGR

Deborah Reese
HR/OPE CGR

**Intuit**

Intuit Confidential

December 12, 2006

9

2135.10

# Q1 FY07 Hires ... "Pro" vs. High Volume

FY2007 Aggregate Source Hires  (August-October)



Intuit

Intuit Confidential

December 12, 2006

10

2135.11



**CanGen FY07 Spend**

Intuit

Intuit Confidential

December 12, 2006

11

2135.12



Stuff we don't need
but aren't ready to get rid of yet

Intuit Confidential

2135.13



Pipeline Health

Intuit Confidential

December 12, 2006

13

2135.14



2135.15

# How are we doing? ...
# Hires by Aggregate Source

| | Source Aggregation | Q1 FY2007 | | | Q1 FY2006 | | | Q1 FY2005 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTALS | % | CG vs. Other | TOTALS | % | CG vs. Other | TOTALS | % | CG vs. Other |
| **CanGen** | CGR Sourced, Advertising, Internet/Job Boards, Events, Intuit Careers site | | | | | | | | | |
| | Employee referral | | | | | | | | | |
| | Agencies | | | | | | | | | |
| | College Recruiting | | | | | | | | | |
| **Add'l** | Internal Transfer | | | | | | | | | |
| | Recruiter Source | | | | | | | | | |
| | Conversions (Ctr, Sea) | | | | | | | | | |
| | Other - Unknown | | | | | | | | | |
| | **TOTALS** | | | | | | | | | |

**Intuit**

Intuit Confidential

December 12, 2006

15

2135.16



How are we doing? …
Org Structure & Time Allocation

Jeff Jacobs
Director,
Candidate Generation (MV)

Mel Pierce
Employment Branding
& Messaging Mgr. (MV)

Shilpa Farmer
Finance CGR (C-RMT)

Deborah Reese
HR/OPE CGR (C-FOL)

Traci Wicks
Candidate Generation
Mgr. (FOL)

Jennifer Demaris
Marketing/STRAT
Community Leader (RMT)

Karen Coleman
CP2/IIT Sourcer (MV)

Mark Howard
Name Gen. (MV)

Tracy Ross
CTG (C-RMT)

Jason Ugland
CMO/SLS/Strat (C-RMT)

Cindy Schneider
SBD (C-RMT)

Terri Coligan
Technology
Community Leader (RMT)

Don Willet
PM/PD SWAT (FOL)

Jennifer Hasche
CTG (SD)

Jeff DeClue *
CTO/IIT (FOL)

Nancy Falkenberg
CP1 UX CGR (C-MV)

Gail Houston
SBD (C-PL)

Maggie Robinson
CTG (C-SD)

Kim Certain/*Kristy Becker (1/3/07)
QA (RMT-PL)

Chris Cox
SBD (C-MV)

Geoff Webb
UX/SWE Demand Gen ( RMT-CANADA)

TIME

Director, Candidate Generation

Manager, Candidate Generation

Partner Relations / Account

Emp Branding & Messaging Mgr

Community Leaders

Candidate Generation Recruiters

Intuit

Intuit Confidential

December 12, 2006

16

2135.17

# How are we doing? ...
## Candidate Generation Delivery Model

Identification and engagement of the best resources available



Intuit

Intuit Confidential

December 12, 2006

17

2135.18



What's Important ... TA Focus Areas

Help Intuit to greater business results

Intuit Confidential

December 12, 2006

18

2135.19



2135.20



2135.21



From M2...Candidate Generation

Big Y: The identification and engagement of the best resources available

Intuit Confidential

December 12, 2006

2135.22



2135.23



BETTER, FASTER, CHEAPER (REALLY)

Organizations are investing in talent pipelines...

...to drive slate quality...

...and improve core recruiting metrics

Direct Outcomes

Ultimate Outcomes

Source: Recruiting Roundtable, "Building Talent Pipelines," Survey; February Roundtable research.

December 12, 2006

Intuit Confidential

Intuit®

23

2135.24



*Benefit #4: Less Competition for Passive Candidates*

# THE REAL PAYOFF: LESS COMPETITION

**The more passive the candidate, the fewer the competitors for talent**

Talent Competition
*By Degree of Job-Seeking Behavior*

Intuit Confidential

December 12, 2006

24

2135.25



*Benefit #3: Passive Candidates Stay Longer*

## PASSIVE = (SIGNIFICANTLY) MORE LIKELY TO STAY

*Candidates who were more passive in their job search are more likely to stay at their new organizations*

Impact on New Hire Intent to Stay

*By Degree of Job-Seeking Behavior*

25



2135.27

*Benefit #1: Larger Pools of Talent*

# CASTING A WIDER NET

*Roundtable analysis reveals a surprising spectrum of job-search behaviors in the labor market*

Labor Market Distribution



Source: Recruiting Roundtable "Building Talent Pipelines" Survey; Recruiting Roundtable research.

**intuit**

December 12, 2006                    Intuit Confidential

27

2135.28

# What's Important?

## Intuit: What We're Solving For:

**Big Y:** Deliver "True North"... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future



Intuit Confidential

December 12, 2006

28

2135.29

# Candidate Generation- Sourcing

**Delivery Model – use analogy of "product support tiers" for consumers**



Profile Framework

Resume Framework

Tools Framework

29

2135.30



2135.31



2135.32



Future Metrics

Intuit Confidential

December 12, 2006

32

2135.33



2135. 31



From M2...The Talent Acquisition Vision - 2010

Reactiv

34

2135.35

## Candidate Generation, Sourcing OPS

WHO we are: *The Candidate Generation Team is a group of candidate development experts that are passionate about identifying and qualifying talent, building talent pools and communities, and creating a WOW experience for prospects.*

WHAT we do: *Create experiences which deliver the right engaged talent where and when we need it.*

HOW we do it: *By providing "world class" sourcing resources that can be leveraged across the entire company!*

People Resources

Systems/Tools

Candidate Generation Programs

Excellence in Candidate Generation: Training & Best Practices

**intuit**

December 12, 2006

Intuit Confidential

35

2135.36



2135.37



Sourcing Operations

Intuit Confidential

December 12, 2006

37

2135.38



2135.39



**Talent Pool Development & Raising our Capability**

- Talent Pool Development
- Raising our capability...leveraging trends

Intuit Confidential

December 12, 2006

39



2135.41





2135.43



2135.44



# Name Generation Projects:

Name Generation Specialist: Mark Howard

## Name Generation databases for:

**Training Launched: May 4th**

## We are currently piloting PILOT:

- Creating and executing on user test scenarios
- By 6 mos we should be able to dump all of our data in PILOT

December 12, 2006

Intuit Confidential

**Intuit**

PILOT

44

2135.45



# CG Center of Excellence: (knowledge base)

Intuit Confidential

2135.46