# EXHIBIT 2739

(Part 1 of 3)

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format



EXHIBIT

2739

Stubblefield

2739.1

INTUIT_043560
Confidential - Attorneys' Eyes Only



**Intuit**

# Total Rewards & Pay Decisions Toolkit

Intuit Confidential

2739.2

# Table of Contents

A reference you can use throughout the year....



1. Introduction
2. Total Rewards....An Overview
3. Rewards Philosophy & Vision
4. Using Market Information
5. Pay Decision Guidelines
6. Variable Pay
7. Recognition
8. Stock Options
9. Job Changes/Hiring – FAQ's
10. Overtime/FLSA
11. Questions & Contacts
Appendix: Training Presentation

**intuit**

May 2005

Total Rewards Toolkit        Intuit Confidential

2739.3



# 1. Introduction

Intuit Confidential

2739.Y

# Introduction

**The purpose of this guide is to provide managers with a framework that will facilitate pay decisions...**

⋏ What is "Total Rewards" and how does it fit into the bigger picture?

⋏ What are the various tools available to me as a leader to reward and recognize people?

⋏ When or how do I use these tools?

Understanding the fundamentals of total rewards will help you, as a leader, differentiate rewards and recognition...linking pay decisions to performance outcomes and business strategy.

**Intuit**

May 2005

Intuit   Confidential

Total Rewards Toolkit

2739.5



# 2. Total Rewards... An Overview

Intuit Confidential

2739.6



What is "Total Rewards"

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.7



May 2005

Intuit Confidential

Total Rewards Toolkit

2739.8



# Total Rewards...An Overview

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.9



# Total Rewards...An Overview

May 2005

Intuit Confidential

Total Rewards Toolkit

Intuit

2739.10



Total Rewards...An Overview

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.11



Total Rewards...An Overview

Total Rewards Toolkit          Intuit Confidential          May 2005          Intuit

2739.12



Total Rewards...An Overview

2739.13



# 3. Rewards Philosophy & Vision

Intuit Confidential

2739. M



# Reward Philosophy & Strategy

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.15



**Total Rewards Guiding Principles**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.16



# Compensation Positioning

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.17

# Rewards Strategy... Intuit's New Direction



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.18



Your Job...Alignment

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.19

# The 3 M's of Compensation

## ...Like building a house from the ground-up...

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.20



# 4. Using Market Information

Intuit Confidential

2739.21



# Using Market Information

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.22



**Using Market Information**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.23



Using Market Information

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.24



# Multiple Resources for Market Data
## Partial Listing

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.25



QuickBase Resources

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.26

# Input:  External Market Review



Total Rewards Toolkit          Intuit   Confidential          May 2005

2739.27



# 5. Pay Decision Guidelines

Intuit Confidential

2739.28



6 Steps in Making an Effective Pay Decision

May 2005

Intuit Confidential

Total Rewards Toolkit

intuit

# Factors to Consider When Contemplating Pay Decisions



**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.30



# Pay Decision Guidelines

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.31



Pay Decision Guidelines...Base Pay

intuit®

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.32



Input: Performance Rating

May 2005

Intuit Confidential

Total Rewards Toolkit



# Pay Decision Guidelines

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.34



# Performance Rating

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.35



**Highest Performers →
Rewards for Retention**

intuit®

May 2005

Intuit Confidential

Total Rewards Toolkit

# How Do I Think About "Retention?"



May 2005

Intuit Confidential

Total Rewards Toolkit

2739.31



2739.38





# 6. Variable Pay



This section includes the IPI summary.
Refer to HR Web site for other plans, or
contact your manager.

Intuit Confidential

2739.40



# Variable Pay – Incentive Compensation

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.41

# FY03 IPI - Variable Compensation Logic



Total Rewards Toolkit       Intuit Confidential       May 2005       Intuit

2731.42



Intuit Performance Incentive (IPI)
*A Summary for Participants*

Determining Bonus Payout



# 7. Recognition

Intuit Confidential

2739.45



**Recognition is:**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.46


**Spotlight Recognition FAQ's**

General
Q: What's new?

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.48

# FAQ's Continued

<u>Web Site Info</u>

**Q: How do I access the Web site?**

**A:** There are 2 ways to access the Web site: Through Intuit's Intranet (Total Rewards/Recognition) or by directly typing the URL: http://intuitcentral.intuit.com/spotlight_recognition into your Internet browser.

**Q: How do I know what my login and password are?**

**A:** The Spotlight Recognition Tool is accessed using your Directory ID and password. If you have forgotten your Directory password, please go to the Directory Tool Box and click on "Forgot Password" and follow the instructions in resetting your password. If unable to login, please submit a ticket to the Help Desk.

**Q: When I try to login to the Spotlight Recognition Tool, I get an Internet explorer error. How can I resolve this issue?**

**A:** This may be a browser cookie issue. Try the steps below:

Instructions to Remove IE Cookies:

1. Select "Tools"
2. Select Internet Options
3. Click Delete Cookies
4. Close the IE browser
5. Restart IE browser

Intuit

2739.49

# FAQ's Continued

**Q:** Who has access the to Spotlight Recognition tool?
**A:** All employees in the US, Canada, UK Ltd and UK ITS can access the tool. Employees can browse the gift certificate options without being an award recipient.

Sending Awards
**Q:** How do I know what award level to send an employee?

**Q:** What are the award options for recognizing employees?

**Q:** Can anyone send recognition awards from our site?

Total Rewards Toolkit          Intuit   Confidential          May 2005

Intuit®

2739.50

# FAQ's Continued

**Q: What if the person I want to recognize is not on the recipient list?**
A: The list of eligible names is refreshed every week. Please contact AccessHR if the employee is not new, or in a temporary, contractor or consultant status.

**Q: Can I recognize a temporary employee, contractor or consultant?**
A: No. If you have questions about this policy, contact your local HR manager.

**Q: How do I know I've successfully ordered an award?**
A: An award confirmation will be sent via email when a successful award order has been placed. This confirmation will include all details of the order for your records.

**Q: Do I need my manager's permission to send an award?**

**Intuit**

2739.51

# FAQ's Continued

**Certificate Redemption (a recipient's view):**

**Q. How does an employee redeem their award certificate?**

**A.** You can link directly to a redemption site to redeem your award. Alternatively, you can redeem by contacting Customer Service.

**Q. Can a recipient redeem for more than one gift certificate with their award?**

**A.** Yes. Recipients can redeem multiple gift certificates up to the value of their award(s).

**Q: Can I "buy-up" using my own personal funds?**

**Q: I'd like to print my award, but the images don't print. How do I fix this?**

**A:** Please follow the steps below:

1. Choose "Tools" menu from Internet Explorer main menu.
2. Choose "Internet Options"
3. Choose "Advanced" tab in "Internet Options" window.
4. Tick on the "Printing background colors and images" options in the "Printing" group option if it's not ticked on.
5. Click "OK" on the "Internet Options" window.

**Intuit**

2739.52

# FAQ's Continued

Award Shipping Info

**Q: How long does it take for a recipient to receive the award merchandise they have ordered?**

A: Gift certificates generally take between 3-7 days to arrive. If you redeem your award for an online retailer, it will be sent to you the same day so you can begin shopping immediately.

**Q: What if an award arrives damaged or defective?**

A: The award recipient can contact Globoforce Customer Service.

**Q: Does my award expire?**

A: Yes. You must redeem your award within 1 year from the date it is issued.

**Q: Are awards taxed? If so, how?**

A: Yes. All cash awards will be reported in the employee's W-2 as taxable income , as will all non-cash awards OVER $100 in a calendar year also. (Note: Service Awards are non-taxable.)

**Q: Are awards grossed up?**

Total Rewards Toolkit                Intuit  Confidential                May 2005

**intuit**

2739.53

# FAQ's Continued

## Help

**Q: Whom do I contact when I need help?**

**A: The customer service** department at Globoforce is available for any questions you have about your program. You may reach them via email at customerservice@globoforce.com or by phone:

**Country**
**Telephone Number**
**Hours of Operation**

USA
1 866 294 2290
Mon-Sat 4am-4am EST

Canada
1 866 299 8308
Mon-Sat 4am-4am EST

UK
0845 0800 572
Mon-Fri 9am-5:30pm GMT

Further, **AccessHR** can be reached internally at 13333, toll-free at (800) 819-1620 or by emailing AccessHR@intuit.com

**Q: A recipient's certificate is lost or deleted...what do I do?**

**A:** Log into the website, go to the "Redeem an Award" section and check in the "my awards" section. All unredeemed awards are stored here.

Total Rewards Toolkit                    Intuit Confidential                    May 2005

intuit.

2739.54



# 8. Stock Options

Intuit Confidential

2739.55

Intuit

# Stock Option Guidelines

Effective July 1, 2003

*Making the most of your investment...*

Intuit Confidential



Introduction

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.57



Role of Stock Options

May 2005

Intuit Confidential

Total Rewards Toolkit

intuit

2739.58