# EXHIBIT 2739

(Part 3 of 3)



Assess and Calibrate Across Organization
Performance
Retention
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.106

A Ranking Tool to Help with Rationale and Clarity
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit



# Input: External Market Review

2739.108



Using Market Reference Points
Total Rewards Toolkit
Intuit Confidential
May 2005
intuit

Budget Recommendations are Based On...
Average Merit Budget = 3.7% (for those projecting merit increases)
Only 8% of companies reporting a pay freeze, down from 27% last year
Unemployment at 5.2%, down from last year
Moderate economic growth projected but inflation concerns
Key uncertainties: Labor supply/demand and turnover
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit



FY'06 Budget

| | Intuit FY'06 Budget |
|---|---|
| Merit Increases | 4.0% |

No change from '05

Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.111



Pay Decision Guidelines...
Increase Recommendation Guide FY'05
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.112



FY 05 – IPI Award Considerations
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.113



What is an Effective Pay Plan?
Also Known As, "Tips for Gaining Approval."
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit



Actions that Raise Eyebrows
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.115



# Prorations

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.116



Review

# 6 Steps in Making an Effective Pay Decision

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.117



Pay Decision Process Checklist
Pre-Input
Input
Review
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit



Focal Pay Decisions and Options Timeline
May
June
July
PDT - All Level Mgrs
Stock Options Tool - Levels 2&3 Mgrs Only
Note: Two Different Tools
Total Rewards Toolkit
Intuit Confidential
May 2005
intuit



# Reports - Individual Worksheet

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.120

# Questions?

- **Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333 or via the** HR Solution Center
- **Performance management question? – See your HRBP**
- **Pay-for-performance question? – Contact your local HR or the compensation team**
- ***Stock Options – Your HR Leader or the Compensation Team***

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.121

# The Pay Decision Tool (PDT) ...A Quick Intro



Intuit Confidential

Intuit

2739.122

The Pay Decision Tool
Web-based Pay application…enables modeling and recommendations for the following actions:
No Stock Options At This Time In Tool
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit



Eligibility
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.124

# Log On

Pay Decision Tool
Intuit

Sign In
Enter your Directory User ID and Password
User ID:
Password:
Sign In
Forgot password?

1. Enter Directory Login and Password. The Directory Login and password are the same Directory Login and password that is used for the Directory Toolbox.
2. Click the Sign In button.

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.125

# Log On

Pay Decision Tool

Intuit

Logged in as Booth,Erica G., proxy for Bennett,Stephen M.

HRMTST88 v4.06

Help • Directory • Toolkit • FAQs • Contact Us • Log Out

**Hello Stephen Bennett,**

What would you like to do?

- Recommend or review employee merit increases
- Recommend or review employee stock grants
- Assign a proxy or revoke a proxy
- Log out

1

2

1. The number of options displayed depends on the level of the manager.
2. Click the "Recommend or Review employee merit increases" (Hyperlink) to go to the *Manager Summary Screen*

2739.126



Pay Decision Tool
Intuit
Logged in as **Smith,Pebbles M.**
Help - Directory - Toolkit - FAQs - Contact Us - Log Out
**HRUUAT88 v5.0.6**
Summary for **Joe Jones**
You have not submitted your reviews.
Your reviews are due **07/21/05**. You have **85** day(s) remaining.
**0 of 5** of your direct-report managers have finished their review(s).
**0 of 5** of your direct-report managers' review(s) have automatically rolled up to the next level of management.
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.127



# Manager Summary Screen

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.128



# Manager Summary Screen

Total Rewards Toolkit Intuit Confidential May 2005 intuit

2739.129

# Manager Summary Screen

To view information about an employee, click the name of the employee. The system will then display the *Individual Worksheet*.

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.130



Individual Worksheet
1. Name of Employee
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.131



# Recommend a Merit Increase - Salaried Employee

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.132



Recommend a Merit Increase - Hourly Employee
1. Increase Range reflects the Perf Rating entered
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

Merit Lump Sum
1. After clicking the "Continue" button on the
2.
3. Enter Reason and "Continue"
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

# Adjustment

1. Enter a percentage or amount and press "Calculate", system will back calculate the field not entered.
2. Enter a "Reason" and press "Continue" to the Promotion panel

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.135

# Promotion

1. Click "Open the Promotion Worksheet"
2. The Promotion Worksheet displays the EE's current job info.
3. Defaults to current Job Function, Job Family, choose new Job Title/Code.
4. Click "Save" to continue on to the Promotion Increase Screen.

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.136



Promotion Increase Panel
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

Retention and IPI Bonus
3. Click "Continue" go to the "Review EE Worksheet".
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

# Review Employee Worksheet

< Back
Save Review >
2

The Review Employee Worksheet displays a summary of all pay decisions.

1. Click "Edit" to access a specific section of the Individual Worksheets.
2. Click on "Save Review" to save this individual employee review. This is the only way the review will be saved.

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.139



Reports - Individual Worksheet
Last Year's Pay Decision Summary Report
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit



# Reports - Individual Worksheet

⬆Top INTUIT CONFIDENTIAL ⬆Top

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.M1



Reports – Manager Summary Screen
New PDT Reports
▪Intuit Focal Summary Overall Stats
▪Budget Remaining
Other Reports
Summary Reports
Select a report to view:
-- Choose one --
-- Choose one --
Average IPI Award by Performance Rating
Customizable FY'05 Focal Review Information [.xls]
Exception Report [.xls]
FY'05 Focal Review Information [.xls]
FY'05 Promotion Report [.xls]
Intuit Focal Review Summary Stats
Budget Remaining
Performance Rating Distribution
Retention Code Distribution
Total Cash Comparison for FY'04 and FY'05 [.xls]
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.142



Report – Examples (New Reports)
Intuit Focal Review Summary Stats
Budget Remaining
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

2739.143



Report - Examples
Performance Rating Distribution
Retention Code
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit



Submit – Accept – Reject Review
Total Rewards Toolkit
Intuit Confidential
May 2005
Intuit

# Proxy – Set Up

Pay Decision Tool
Intuit
Logged in as Booth,Erica G., proxy for Bennett,Stephen M.
Help • Directory • Toolkit • FAQs • Contact Us • Log Out
HRMTST88 v4.06
Hello Stephen Bennett,
What would you like to do?
Recommend or review employee merit increases
Recommend or review employee stock grants
Assign a proxy or revoke a proxy
Log out

- [redacted].
- After successfully logging into the PDT, click on the hyperlink **"Assign a proxy or or Revoke a proxy"**.

2739.146

# Proxy – Set Up

Pay Decision Tool

Intuit

Logged in as Dooth,Erica G., proxy for Herrera,Joseph G.

Help • Directory • Toolkit • FAQs • Contact Us • Log Out

HRMTST88 v4.06

Proxies You Grant

Assign a Proxy

You must revoke your current proxy assignment in order to assign a new proxy.

Employee ID:

1

Start Date:

End Date:

Continue to Action Page ▸

1. **"Assign a proxy"** complete fields and **"Continue to Action Page"**
2. **"Revoke a proxy"** Click on **"Revoke".**
3. **Individual to Whom you have assigned Proxy Access**
4. Click **"Revoke or Continue to Action Page",** to go back to the Action Page.

2739.147

# Questions?

- **Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333 or via the** HR Solution Center
- **Performance management question? – See your HRBP**
- **Pay-for-performance question? – Contact your local HR or the compensation team**
- ***Stock Options – Your HR Leader or the Compensation Team***

Total Rewards Toolkit Intuit Confidential May 2005 Intuit

2739.148