# EXHIBIT 2740

(Part 1 of 2)

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format



2740.1

INTUIT_052841
Confidential - Attorneys' Eyes Only

**intuit**

# Focal Decisions 2005
## Communications Session for Senior Leaders
### (Level 2 & 3 Managers)

*"Differentiating Performance for Results...*
*Differentiating Pay Decisions for Performance"*

Jim Grenier
June, 2005

Revised: May 9, 2005

Intuit Confidential

2740. 2

**Intuit**

# Pay Decisions 2005 - Agenda

## *4 Chapters*...

### 1. An "Executive Summary" . . . Headlines

### 2. Focal Review - The Framework & Context

- Performance Evaluation
- Retention
- A Calibration Tool
- Tips for Gaining Approval
- Guidelines

### 3. The Pay Decision Tool

### 4. Stock Options Focal Review & Tool

Intuit Confidential
June 1, 2005

2

J740.3

# 1. Headlines

- Calendar

- Intuit's Compensation Plans and...
  What's Going On in the Market

- Stock Options Update

- Your Actions

**Intuit**

Intuit Confidential
June 1, 2005

3

2740.4



Our Operating Mechanisms...Pay Decisions

Intuit

Intuit Confidential
June 1, 2005

4

J740.5



Focal Pay Decisions and Options Timeline

May — June — July

PDT - All Level Mgrs

Stock Options Tool - Levels 2&3 Mgrs Only

Note: Two Different Tools

Intuit Confidential
June 1, 2005

2740.4



# Comp Plan Recommendations Based On...

Average Merit Budget = 3.7% (for those projecting increases)

Only 8% of companies reporting a pay freeze, down from 27% last year

Tech industry still experiencing a net decline in employment

Moderate economic growth projected but inflation concerns

Key uncertainties: Labor supply/demand and turnover

Unemployment at 5.2%, down from last year

**Intuit**

2740.7



2740.8



2740.9



# Stock Options Update

Intuit Confidential
June 1, 2005

9

2740 10

# Stock Options Update



Intuit

Intuit Confidential
June 1, 2005

10

2740.11



# Your Action Items

- Closed-loop documentation & communications in August...

Intuit Confidential
June 1, 2005

Intuit

11

2740.12



Differentiating for Performance and Impact...

Intuit Confidential
June 1, 2005

12

2740.13

# 2. Focal Review –
## The Framework & Context

- The Big Y

- Making Pay Decisions: 6 Steps

- Performance & Retention

- A Calibration Tool

- Tips for Gaining Approval

- Base Pay & IPI

- Stock Options Recommendations

Intuit Confidential
June 1, 2005

Intuit

13

2740.14

# What's Important?

**Big Y:** Deliver "True North"…. best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future

Intuit Confidential
June 1, 2005

14

2740.15



Review

6 Steps in Making an Effective Pay Decision

Intuit

Intuit Confidential
June 1, 2005

15

2740.16



2740.17

# What's the "How"?

**Intuit**

Intuit Confidential
June 1, 2005

17

2740.18

# Performance Assessment: The "How"



**Intuit**

Intuit Confidential
June 1, 2005

18

J740.19



Input: Retention Assessment

Intuit Confidential
June 1, 2005

19

2740.20



**Assess and Calibrate Across Organization**

Intuit

Intuit Confidential
June 1, 2005

20

2740.21



A Ranking Tool to Help with Rationale and Clarity

Intuit

Intuit Confidential
June 1, 2005

21

2740.22



# What is an Effective Pay Plan?
## Also Known As, "Tips for Gaining Approval"

Intuit

Intuit Confidential
June 1, 2005

22

J740.23

# Actions that Raise Eyebrows



Intuit Confidential
June 1, 2005

23

2740.27



FY 05 – IPI Award Considerations

Intuit Confidential
June 1, 2005

24

J740. 25



Pay Decision Guidelines...

Increase Recommendation Guide FY'05

Intuit Confidential
June 1, 2005

25



2740.27

**Intuit**

# Stock Option Focal Review

## How It Works...

Intuit Confidential

2740. 28



How it Works...

Intuit

Intuit Confidential
June 1, 2005

28

2740.29



Projected "9-Blocker" for 2005 Stock Options Grant
(Confidential – Not for Distribution…EXAMPLE only – %'s may change)

Intuit

Intuit Confidential
June 1, 2005

29

2740.30



Options Guidelines...An Example

Intuit

Intuit Confidential
June 1, 2005

30

2740.31



# Focal Guidelines...An Example for Jan Doe
(example only - %'s may change)

Intuit

Intuit Confidential
June 1, 2005

31

2740.32



**Other Considerations**

Intuit Confidential
June 1, 2005

32

2740. 33



# A Reminder...Role of Manager – New Hires

Intuit Confidential
June 1, 2005

33

2740.34



# 3. The Pay Decision Tool (PDT) ...A Quick Intro

Intuit

Intuit Confidential

2740. 35

# The Pay Decision Tool

**Web-based Pay application...enables modeling and recommendations for the following actions:**

No Stock Options At This Time In Tool

Intuit Confidential
June 1, 2005

Intuit

35

2740.34



**Eligibility**

Intuit Confidential
June 1, 2005

36

J740. 37



**Prorated Actions**

Intuit Confidential
June 1, 2005

37

2740.38



# Log On

1. Enter Directory Login and Password. The Directory Login and password are the same Directory Login and password that is used for the Directory Toolbox.

2. Click the Sign In button.

Intuit Confidential
June 1, 2005

38

2740.39