# EXHIBIT 2740

(Part 2 of 2)

# Log On



**Pay Decision Tool**

Logged in as Month,Erica G., proxy for Bennett,Stephen M.
HR.MTS.T88 v4.06

Help • Directory • Toolkit • FAQs • Contact Us • Log Out

**Hello Stephen Bennett,**

What would you like to do?

- Recommend or review employee merit increases
- Recommend or review employee stock grants
- Assign a proxy or revoke a proxy
- Log out

1.  The number of options displayed depends on the level of the manager.

2.  Click the "Recommend or Review employee merit increases" (Hyperlink) to go to the *Manager Summary Screen*

Intuit Confidential
June 1, 2005

Intuit

39

2740.40



**Pay Decision Tool**

Logged in as: **Smith,Pebbles M.**
HRUUAT88 v5.0.6

Help · Directory · Toolkit · FAQs · Contact Us · Log Out

### Summary for Joe Jones

You have not submitted your reviews.

Your reviews are due 07/21/05. You have **85** day(s) remaining.

**0 of 5** of your direct-report managers have finished their review(s).

**0 of 5** of your direct-report managers' review(s) have automatically rolled up to the next level of management.

Intuit Confidential
June 1, 2005

40

2740.41



# Manager Summary Screen

Intuit Confidential
June 1, 2005

41

2740. 42

# Manager Summary Screen



Intuit Confidential
June 1, 2005

42

2740.43

# Manager Summary Screen

To view information about an employee, click the name of the employee. The system will then display the *Individual Worksheet.*

Intuit Confidential
June 1, 2005

Intuit

43

2740.44



2740.45

# Recommend a Merit Increase – Salaried Employee



Intuit Confidential
June 1, 2005

45

2740.46



Recommend a Merit Increase – Hourly Employee

Intuit Confidential
June 1, 2005

46

J740.47

# Merit Lump Sum



Intuit Confidential
June 1, 2005

47

2740.78



# Adjustment

2. Enter a "Reason" and press "Continue" to the Promotion panel

Intuit Confidential
June 1, 2005

48

2740.49

# Promotion



1. Click "Open the Promotion Worksheet"

2. The Promotion Worksheet displays the EE's current job info.

3. Defaults to current Job Function, Job Family, choose new Job Title/Code.

4. Click "Save" to continue on to the Promotion Increase Screen.

Intuit Confidential
June 1, 2005

2740. 50



**Promotion Increase Panel**

Intuit

Intuit Confidential
June 1, 2005

50

JT40.51



**Retention and IPI Bonus**

3. Click "Continue" go to the "Review EE Worksheet".

Intuit Confidential
June 1, 2005

**Intuit**

51

2740.52

# Review Employee Worksheet



The Review Employee Worksheet displays a summary of all pay decisions.

1. Click "Edit" to access a specific section of the Individual Worksheets.

2. Click on "Save Review" to save this individual employee review. This is the only way the review will be saved.

**Intuit**

Intuit Confidential
June 1, 2005

52

2740.53



# Reports – Individual Worksheet

## Last Year's Pay Decision Summary Report

Intuit Confidential
June 1, 2005

53

2740.51



**Reports – Individual Worksheet**

Intuit Confidential
June 1, 2005

2740.55



2740.56



2740.57



2740. 58



# Submit – Accept – Reject Review

Intuit Confidential
June 1, 2005

58

2740.59



# Stock Tool – Manager Summary Screen



June 1, 2005

60

2740.61



## Stock Tool - Manager Summary Screen

June 1, 2005

61

2740. 62

# Stock Tool - Eligibility



Intuit Confidential
June 1, 2005

62

2740.63



**Stock Tool – Recommend Options**

Intuit Confidential
June 1, 2005

63

2740. 64



Stock Tool – Recommend Options

intuit.

Intuit Confidential
June 1, 2005

# Stock Tool – Dropdown Reasons – Descriptions



Intuit Confidential
June 1, 2005

65

2740. 64

# Questions?



- Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333

- Performance management question? – See your HRBP

- Pay-for-performance question? – Contact your local HR or the compensation team

- *Stock Options – Your HR Leader or the Compensation Team*

**Intuit**

Intuit Confidential
June 1, 2005

66

2740.67