# EXHIBIT 2744

# DOCUMENT PLACEHOLDER

This Document was Produced in Native Format



EXHIBIT
2744
Stubblefield 3.29.13

2744.1

INTUIT_052826
Confidential - Attorneys' Eyes Only



# Total Rewards Resources for Talent Acquisition

Mason Stubblefield
5/31/06

Intuit Confidential



How Intuit Makes Decisions About Jobs & Compensation

Intuit Confidential

2744.3

# INTU Benchmark Levels: Purpose



2744.4



INTU Benchmark Levels

Intuit Confidential

2114.5





# Using Market Reference Points



Intuit Confidential

2744.8



2744.9

# Total Rewards Quickbase for Recruiters

- Total Rewards summary PDF
- Total Rewards competitiveness: script & messaging
- Example Total Rewards Statements
- FY06 Benefits Booklet (FY07 coming soon)
- Today's presentation
- 401k calculators
- Performance management & bonus pay-out data
- Link to Total Rewards market data quickbase
- Total Rewards FAQs
- Stock Split FAQs

Intuit Confidential

9

2744.10





# FY07 Equity Grants and Transition

Intuit Confidential

# Impact of 2:1 Stock Split



Intuit Confidential

2744.13



2744.14



International Implications

Intuit Confidential

2744.15



Tracking Help Needed

2714.14