# EXHIBIT 17

**From:** Michelle Maupin
**Sent:** Wednesday, February 16, 2011 7:23 PM
**To:** Brandon Ngo
**Subject:** RE: RnD Update - Technology Call-Outs Etc.

Hi Brandon,

The individual contributor market data is under Radford job code 5371-5376 Project (Design) Manager. Please include the Project Admin Mgr which is 6631-6635

Thanks!

**From:** Brandon Ngo
**Sent:** Wednesday, February 16, 2011 10:21 AM
**To:** Michelle Maupin
**Subject:** RE: RnD Update - Technology Call-Outs Etc.

Hi Michelle,

I believe I have finished updating all of the comp sheets below (minus the two that I emailed Vanessa about). One issue that I did run into was for the R&D Project Manager comp sheet. You mentioned that there was an individual contributor level for the "Project/Program (Design) MGMT" survey match, but I couldn't seem to find one. The only other match I was able to find was the "Project/Program (Admin) MGMT". Is this the one that should be used?

If you have any questions or need me to make any changes at all, please let me know!

Thanks!
Brandon

**From:** Vanessa Hall
**Sent:** Tuesday, February 15, 2011 1:38 PM
**To:** Michelle Maupin; Brandon Ngo
**Cc:** Vanessa Hall
**Subject:** RnD Update - Technology Call-Outs Etc.

Please add:

███████████████████████████████████████
███
███████████████████████████████████
███████████████████████████████████████
███
████████████ Terms to be forwarded shortly!

**RnD**
███████████████████████████████████████
█████████████████████████████████
█████████████████████████████████
█████████████████████████████████████
████

1

Confidential                                                                                                   LUCAS00199904



**From:** Vanessa Hall
**Sent:** Monday, February 14, 2011 5:33 PM
**To:** Michelle Maupin
**Cc:** Vanessa Hall
**Subject:** Technology Call-Outs Etc.

Hi Michelle,

What follows below is a complete roll-up of all of the technology call-outs etc for this week's Comp Committee meeting.

### InfoSys

### Global Pipeline

### IT

2

Confidential                                                                                                         LUCAS00199905

Note that the promotions and ▮▮▮ title change are the results of Kevin's reorg.

**RnD**



Thanks for all of your help and support!

Vanessa Hall
Senior Human Resources Manager
Lucasfilm Entertainment Company Ltd.

t:  415.746.5223
f:  415.746.5530
m: 415.264.7996/415.218.8418

Confidential                                                                 LUCAS00199906