# EXHIBIT 008

EXHIBIT   8
WIT. Hemsley
DATE 6-21-12
*KRAMM COURT REPORTING*



8.1

Confidential – Attorneys' Eyes Only

LUCAS00014721



8.2

Confidential – Attorneys' Eyes Only

LUCAS00014722



8.3

Confidential – Attorneys' Eyes Only



8.4

Confidential – Attorneys' Eyes Only

LUCAS00014724



8. 5

Confidential – Attorneys' Eyes Only

LUCAS00014725



8.6

Confidential – Attorneys' Eyes Only

LUCAS00014726



8.7

Confidential – Attorneys' Eyes Only

LUCAS00014727



8.8

Confidential – Attorneys' Eyes Only

LUCAS00014728



8.9

Confidential – Attorneys' Eyes Only

LUCAS00014729



8.10

Confidential – Attorneys' Eyes Only

LUCAS00014730



8.11

Confidential – Attorneys' Eyes Only

LUCAS00014731



8.12

Confidential – Attorneys' Eyes Only

LUCAS00014732



8.13

Confidential – Attorneys' Eyes Only



8.14

Confidential – Attorneys' Eyes Only

LUCAS00014734



8.15

Confidential – Attorneys' Eyes Only

LUCAS00014735



8.16

Confidential -- Attorneys' Eyes Only

LUCAS00014736



8.17

Confidential – Attorneys' Eyes Only

LUCAS00014737



8.18

Confidential – Attorneys' Eyes Only

LUCAS00014738



8.19

Confidential – Attorneys' Eyes Only

LUCAS00014739



8.20

Confidential – Attorneys' Eyes Only

LUCAS00014740



8.21

Confidential – Attorneys' Eyes Only

LUCAS00014741



8.22

Confidential – Attorneys' Eyes Only

LUCAS00014742



8.23

Confidential – Attorneys' Eyes Only

LUCAS00014743



8.24

Confidential – Attorneys' Eyes Only



8.25

Confidential – Attorneys' Eyes Only

LUCAS00014745



8.2u

Confidential – Attorneys' Eyes Only

LUCAS00014746



8.27

Confidential – Attorneys' Eyes Only

LUCAS00014747



8.28

Confidential – Attorneys' Eyes Only

LUCAS00014748



8.29

Confidential – Attorneys' Eyes Only

LUCAS00014749



8.3D

Confidential – Attorneys' Eyes Only

LUCAS00014750



8.31

Confidential – Attorneys' Eyes Only

LUCAS00014751



8.32

Confidential – Attorneys' Eyes Only

LUCAS00014752



8.33

Confidential – Attorneys' Eyes Only

LUCAS00014753



8.34

Confidential – Attorneys' Eyes Only

LUCAS00014754



8.35

Confidential – Attorneys' Eyes Only

LUCAS00014755



8.36

Confidential – Attorneys' Eyes Only

LUCAS00014756



8.37

Confidential – Attorneys' Eyes Only

LUCAS00014757



8.38

Confidential – Attorneys' Eyes Only

LUCAS00014758



8.39

Confidential – Attorneys' Eyes Only



8.40

Confidential – Attorneys' Eyes Only



8.41

Confidential – Attorneys' Eyes Only

LUCAS00014761



8.42

Confidential – Attorneys' Eyes Only

LUCAS00014762



8.43

Confidential – Attorneys' Eyes Only

LUCAS00014763



8.11

Confidential – Attorneys' Eyes Only

LUCAS00014764



8.45

Confidential – Attorneys' Eyes Only



8.46

Confidential – Attorneys' Eyes Only

LUCAS00014766



8.47

Confidential – Attorneys' Eyes Only

LUCAS00014767



8.4P

Confidential – Attorneys' Eyes Only

LUCAS00014768



8.49

Confidential – Attorneys' Eyes Only



8.50

Confidential – Attorneys' Eyes Only

LUCAS00014770



8.51

Confidential – Attorneys' Eyes Only

LUCAS00014771



8.52

Confidential – Attorneys' Eyes Only

LUCAS00014772



8.53

Confidential – Attorneys' Eyes Only

LUCAS00014773



8.54

Confidential – Attorneys' Eyes Only



8.55

Confidential – Attorneys' Eyes Only

LUCAS00014775



8.56

Confidential – Attorneys' Eyes Only



8.57

Confidential – Attorneys' Eyes Only

LUCAS00014777



8.58

Confidential – Attorneys' Eyes Only

LUCAS00014778



Confidential – Attorneys' Eyes Only

LUCAS00014779



8.60

Confidential – Attorneys' Eyes Only

LUCAS00014780



8.61

Confidential – Attorneys' Eyes Only

LUCAS00014781



8.62

Confidential – Attorneys' Eyes Only

LUCAS00014782



8.63

Confidential – Attorneys' Eyes Only

LUCAS00014783



8.64

Confidential – Attorneys' Eyes Only



8.65

Confidential – Attorneys' Eyes Only

LUCAS00014785



8.66

Confidential – Attorneys' Eyes Only

LUCAS00014786



8.67

Confidential – Attorneys' Eyes Only

LUCAS00014787



8.68

Confidential – Attorneys' Eyes Only

LUCAS00014788

8.69

Confidential – Attorneys' Eyes Only



8.70

Confidential – Attorneys' Eyes Only

8.71

Confidential – Attorneys' Eyes Only



8.72