**From:** Lori McAdams [lmcadams@pixar.com]
**Sent:** Friday, November 17, 2006 4:43 PM
**To:** Kathy Mandato; Sharon Berlin; Sharon Coker; Ann Le Cam; Linda Zazza; Anita Peters
**Subject:** Salary increase budget 2007?

Quick question from me, for those of you who can share the info.
What is your salary increase budget for FY '07?  Ours is ██ but we may manage it to closer to ██ on average.  Are you doing anything close, more, or less?

Happy Friday!

--Lori
████████

Confidential - Attorneys' Eyes Only

LUCAS00184664