# EXHIBIT 359

**From:** Michelle Maupin
**Sent:** Monday, November 27, 2006 4:46 PM
**To:** Sharon Coker
**Subject:** Comp Presentation

Here you go.



Lucasfilm 2006
Comp Executive ...

Michelle Maupin
Compensation Manager
Lucasfilm, Ltd.
415-746-5254



1

359.1

Confidential

LUCAS00024981

# Lucasfilm Ltd.

## Compensation Projects Status
### Executive Review

December 7, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

1

# Compensation Projects – Base Pay

✧ Internal Job Structure

✧ External Market Analysis

✧ Salary Range Structure and Hiring Ranges

✧ Comp Reviews

✧ FLSA Reviews

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

2

# Internal Job Structure

✦ Reviewing internal job structure with management team of each organization

✦ Validating the internal job relationship in the structure

✦ Gathering input on comp issues
  ¤ Recruiting/Hiring Challenges
  ¤ Internal Equity
  ¤ ████████████████████████████████

✦ Target Completion Date: December 2006

✦ Singapore Job & Salary Range Structure Complete
  ¤ Salary Range Structure to be updated for 2007

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

3

# External Market Analysis

- ❖ **Market Survey Resources**
  - ¤ Radford Associates – Executive/IT/Administrative
  - ¤ Dunlap - Production: ILM/Animation/LFL
  - ¤ Croner – Gaming: LEC

- ❖ **Recruiting Data**
  - ¤ Collect recent salary requirements from recruiters
  - ¤ Data will be an additional market data point along with data from surveys

- ❖ Survey data being used for selected segments:
  - ¤ Hi-Tech Industry
  - ¤ Entertainment Industry
  - ¤ Gaming Industry
  - ¤ S.F. Bay Area
  - ¤ Executive

- ❖ **Market Average Base Pay**
  - ¤ ████████████████████████████████
  - ● ███████████████████████████████████
  - ████████████████

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

4

# Salary Range Structure and Hiring Ranges

- Developed preliminary Salary Range Structure in December 2005

- Update Salary Ranges in preparation for Performance Review cycle
  - Based on Internal Job Structure review
  - New market data from survey sources
  - Salary requirements from recruiter data

- ██████████████████████████████████████████████

- Hiring Ranges
  - Hiring ranges will be a subset within the Salary Range Structure
  - Currently, 82% of our jobs have an approved hiring range.

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

5

# Compensation Approval Guidelines  (Option 1)

| Actions | Established Guideline | Approval within Established Guidelines: Business Unit Exec | Approvals outside of Established Guidelines: Compensation | HR Director | Comp Committee | Mich... |
|---|---|---|---|---|---|---|
| **New Hires** | Up to Salary Range Midpoint | Review & Approval Required | Analysis & Recommendation | Up to 10% over Midpoint | 10 to 15% over Midpoint | 15% and above over Midpoint |
| **New Positions** | | | | | | |
| New Positions/Change in Position/Re-orgs | New Positions Need Comp Review | Recommendation Approval Required | Analysis & Recommendation | | Must be reviewed and hiring range determined at Comp Committee | For Director positions and above |
| **Transfers** | | | | | | |
| Lateral (w/in same grade) | All Lateral Transfers | Review & Approval Required | | | | |
| Lateral (w/in same grade w/ salary adjustment) | Up to 5% Salary Adjustment | Review & Approval Required | Analysis & Recommendation | 5% to 10% Salary Adjustment | 10 to 15% Salary Adjustment | 15% and above Salary Adjustments + all Director and above transfers |
| **Promotions** | | | | | | |
| Promotion (increase in grade) | Promotions Need Comp Review | Recommendation Approval Required | Analysis & Recommendation | Review Required | Review & Approval Required | Review & Approval Required |
| **Equity Adjustments** | | | | | | |
| Adjustments based on market/internal issues | Up to 5% Salary Adjustment | Review & Approval Required | Analysis & Recommendation | 5% to 10% Salary Adjustment | 10 to 15% Salary Adjustment | 15% and above Salary Adjustments + all Director and above adjustments |
| **Title Change - No Pay or Grade Change** | | | | | | |
| Below Director | All Job Title Changes | Review & Approval Required | Review and Approval Required | | | |
| Director and Above | All Director & Above Job Title Changes | Recommendation Approval Required | Analysis & Recommendation | Review Required | | Review & Approval Required |

September 27, 2006

354.7

Confidential - Attorneys Eyes Only - LUCAS00027982

# Compensation Approval Guidelines (Option 2)

| Actions | Established Guidelines | Approval within Established Guidelines | | Approval outside of Established Guidelines | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | HRM & Comp | Business Unit Exec | Compensation | HR Director | Comp Committee | HRM |
| **New Hires** | Up to 10% over Midpoint | Review & Approval Required | Review & Approval Required | Analysis & Recommendation | 10% to 15% over Midpoint | 15% to 20% over Midpoint | 20% and above over Midpoint |
| **New Positions** — New Positions/Change in Position/Re-orgs | New Positions Need Comp Review. | Recommendation | Recommendation Approval Required | Analysis & Recommendation | | Must be reviewed and hiring range determined at Comp Committee | For Director positions and above |
| **Transfers** — Lateral (w/in same grade) | All Lateral Transfers | Review & Approval Required | Review & Approval Required | | | | |
| Lateral (w/in same grade w/ salary adjustment) | Up to 10% Salary Adjustment | Review & Approval Required | Review & Approval Required | Analysis & Recommendation | 10% to 15% Salary Adjustment | 15% to 20% Salary Adjustment | 20% and above Salary Adjustments + all Director and above transfers |
| **Promotions** — Promotion (increase in grade) | Promotions Need Comp Review | Recommendation | Recommendation Approval Required | Analysis & Recommendation | Review Required | Review & Approval Required | Review & Approval Required |
| **Equity Adjustments** — Adjustments based on market/internal issues | Up to 10% Salary Adjustment | Review & Approval Required | Review & Approval Required | Analysis & Recommendation | 10% to 15% Salary Adjustment | 15% to 20% Salary Adjustment | 20% and above Salary Adjustments + all Director and above adjustments |
| **Title Change - No Pay or Grade Change** — Below Director | All Job Title Changes | Review & Approval Required | Review & Approval Required | | | | |
| Director and Above | All Director & Above Job Title Changes | Recommendation | Recommendation Approval Required | Analysis & Recommendation | Review Required | | Review & Approval Required |

September 27, 2006

3548

Confidential - Attorneys Eyes Only - LUCAS00027982

7

# Current Reviews

351.9

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

8

# Next Steps

✧  Market Analysis – Complete

✧  Division Functional Job Matrix
- LAL – Complete: will have final review in January
- LEC – Target Date 12/9/06
- LFL – Target Date 12/15/06
- LECL – Target Date 12/15/06
- ILM – Target Date  12/20/06
- SS – Target Date 12/6/06

✧  Finalize 2007 Salary Structure – Target Date 1/5/07

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982