# EXHIBIT 360

Case5:11-cv-02509-LHK   Document426-5   Filed05/17/13   Page2 of 2

Lucas Companies Base Pay Structure



Lucas Confidential
Salary Structure

1

11.17.05

EXHIBIT 360
WIT: Coker
DATE: 11.1.2012
ANNE TORREANO, CSR #10520

Confidential - Attorneys' Eyes Only

LUCAS00188912