# EXHIBIT 360

Lucas Companies Base Pay Structure



Lucas Confidential
Salary Structure

1

11.17.05

EXHIBIT 360
WIT: Coker
DATE: 11.1.2012
ANNE TORREANO, CSR #10520

Confidential - Attorneys' Eyes Only

LUCAS00188912