# EXHIBIT 690

# Recruiting and Human Resources Update

Lucasfilm Ltd.
Board of Directors Meeting
October 19, 2007

EXHIBIT 690
Deponent Van der Voort
Date 2-5-13
Gina V. Carbone, CSR

HIGHLY CONFIDENTIAL
CONFIDENTIAL

690.1

LFL00016641
LUCAS00013706

# Agenda

- Overview

- Human Resources



- Recruiting

  - Company growth plans

  - Demographics and changes in the marketplace

  - Meeting the challenges

- Executive Session



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016642
LUCAS00013707

6 90.3

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Company Organization

| Real Estate | JAK Productions | Lucasfilm |
|---|---|---|

| Skywalker Properties |
|---|

| LDAC |
|---|

| Licensing |
|---|
| ILM |
| Sky Sound |
| LucasArts |
| Animation U.S. |
| Animation Sing |

## TOTAL EMPLOYEES ~ 1,800



LFL00016643
LUCAS00013708

# Human Resources Scope

| | | |
|---|---|---|
| Employee Relations | Labor Relations | People Strategy/Leadership Development |
| Technical Training and Development | Global Talent Acquisition | Compensation/ Benefits |



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016644
LUCAS00013709

# CAO Strategic Focus for 2007-2008

- Culture and Communication
  - Vision, Values
- Talent Selection and Development
  - Global Recruiting
  - Development (technical and leadership)
- Rewards
  - Compensation, Benefits, unique Lucas value proposition
- Infrastructure
  - Systems and processes

HIGHLY CONFIDENTIAL
CONFIDENTIAL



690.6

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016645

LUCAS00013710



690.7

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016646

**LUCAS00013711**



690.8

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016647

**LUCAS00013712**



690.9

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016648

**LUCAS00013713**



690.1D

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016649

**LUCAS00013714**



690.11

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**





690.12

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016651

**LUCAS00013716**

# Recruiting

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

690.13

LFL00016652

**LUCAS00013717**

LFL00016653
LUCAS00013718

# Changes in Company Demographics

| Area of Residence | In 2004 | In 2007 |
|---|---|---|
| East Bay | 14% | 12% |
| Marin | 47% | 31% |
| Sonoma | 12% | 5% |
| NE Bay (Napa/Vallejo area) | 4% | 3% |
| San Francisco | 19% | 40% |
| South Bay | 3% | 9% |
| SE Bay (Fremont area, lower 880 toward 101) | 1% | 1% |



HIGHLY CONFIDENTIAL
CONFIDENTIAL



2007 Recruiting Statistics

6 90.15

HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016654

LUCAS00013719



# 2007 Recruiting Statistics



HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

690.16

LFL00016655

LUCAS00013720



2008 Projected Growth

HIGHLY CONFIDENTIAL

CONFIDENTIAL

690.17

LFL00016656

LUCAS00013721

LFL00016657
LUCAS00013722

# Recruiting Headlines by Division

| | | |
|---|---|---|
| LEC | ○ | Talent hard to find, "passive" candidates; lots of local competition; new industry; reputation challenge |
| LAL | ○ | Lots of available talent; cultural and artistic sense critical; easy to recruit junior talent/senior difficult; reputation mixed |
| LAS | ○ | Little local talent; high rental costs; easy to get visas; growing reputation |
| LFL / LECL | ○ | Junior talent easy/senior very difficult to find; lots of competition; good reputation |
| SS | ○ | Very project-based; organized work force; no local competition; good reputation |
| ILM | ○ | Very project-based; organized work force; excellent rolodex of project staff; reputation "sells" the job |
| Real Estate | ○ | No significant issues |

HIGHLY CONFIDENTIAL
CONFIDENTIAL



Examples of Positions to Fill

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

6 90.19

LFL00016658

**LUCAS00013723**

# #1 - Sourcing for Talent

- Passive Talent difficult to find

- It is a candidate market right now

- Extremely diverse needs for each division

- Tools not in place

- Need to think "out of the box" to get the best and the brightest

- Change recruiting strategy from gatherer to hunter



LFL00016659

LUCAS00013724

HIGHLY CONFIDENTIAL
CONFIDENTIAL



#2 - Compensation

690.21

HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016660

LUCAS00013725



# #3 - Competition in the Bay Area

690.22

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016661

LUCAS00013726

LFL00016662
LUCASO0013727

# #4 - Immigration and Visas

- H1-B's were on lottery and completely gone this year in 48 hrs

- O-1's require an advanced degree, being published or 10+ years of experience

- We use every possible method to get visas for our talent but it is not enough

- Immigration expenses have doubled – 20K for a green card

- Gaming talent is international



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016663
LUCAS00013728

# #5 - Retention

- Revolving door; Lucasfilm has become the training ground for entertainment community

- Recruiting and training is very expensive; need to increase talent tenure to get a reasonable return on our investment

███████████████████████████████████████████

███████████████████████████████████████

- Need to create strategies to keep people here, especially those working on company growth related projects



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016664
LUCAS00013729

# What We're Doing

- Building the right recruiting organization to support the ebb and flow of our businesses

- JEDI Academy & JuMP program

- All Companies Referral bonus plan

- Applicant Tracking System

- Re-branding ourselves to generate excitement about the company



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016665
LUCAS000013730

# Recruiting Challenges

1.  Sourcing for talent

2.  Competition in the Bay Area

3.  Immigration and Visas

4.  Retention

5.  Compensation



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL0016666
LUCAS00013731

# #1 - Sourcing for Talent

- Passive talent difficult to find

- It is a candidate market right now

- Extremely diverse needs for each division

- Must think "out of the box" to get the best and the brightest; schools outreach

- Current market conditions require "hunters", not just "gatherers"



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016667
LUCAS00013732

L90.28

# #2 - Competition in the Bay Area

- San Francisco offers an increasing variety of interesting opportunities for candidates

  - Pixar, IM Digital, PDI, Tippett, Orphanage, EA Redwood Shores, LeapFrog

  - Google, Yahoo, MySpace, Apple, TiVO, Nvidia

- Being based in San Francisco gives good candidates more choices



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016668
LUCAS00013733

# #3 - Immigration and Visas

- H1-B lottery gone this year in 48 hours (received 10, denied 3)

- O-1's require an advanced degree, being published or 10+ years of experience    (applied for and received 13)



- No immigration issues in Singapore;  employees can easily be transferred



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016669
LUCAS00013734

# #4 - Retention

- Lucasfilm is the training ground for the entertainment community

- 

- Focus on retention of key people

- Career development



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016670
LUCAS00013735

# #5 - Compensation



- Hot job market drives prices – frequently, candidates have competing offers

- Some competitors are targeting higher comp levels for "A" players, especially with equity

HIGHLY CONFIDENTIAL
CONFIDENTIAL

## What We're Doing

- Building the right recruiting organization to support the ebb and flow of our businesses

- Developing formal internship and training programs to bring in junior talent and get them up to speed quickly

- Referral bonus plan for all employees

- Applicant Tracking System to increase productivity of recruiters

- Re-branding through new website



LFL00016671
LUCAS00013736

690.32

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Training and Development

- Jedi Academy

- Jedi Masters Program

- STRAT

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

690.33

LFL00016672

**LUCAS00013737**

# JEDI Academy
## *Targeted Internship Program*

- Targets internships toward schools where we can find talent for "hard to find" recruiting areas – engineering, computer science and art

- Builds a pipeline of eager interns and new employees ready to join the company every June

- Uses undergraduate internships as a building block to create partnerships with targeted schools

- Targeting 50 interns

LFL00016673
LUCAS00013738

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016674
LUCAS00013739

# JEDI Academy
## *2008 Proposed Numbers*

- LucasArts – 18 interns

- LAL – 5 interns

- ILM R&D – 8 interns

- ILM CG Production – 3 interns

- LECL – 7 interns

- Lucasfilm Misc. – 8 interns

- Documentaries – 1 intern

L90.35

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016675
LUCAS00013740

# JEDI Academy
## *Target Schools*

- Technical
  - Berkeley
  - Stanford
  - Illinois Urbana-Champaign
  - SFSU (for IT / IS)
  - Carnegie-Mellon
  - MIT
  - Texas A&M
  - University of Washington
  - Georgia Tech
  - Waterloo
  - USC (Gamepipe Lab)

  - *\* proposed targets in yellow*

- Art
  Savannah College of Art and Design (SCAD)
  Art Center College of Design - Pasadena
  Cal Arts
  Academy of Art
  SF Art Institute
  San Jose State
  Otis College of Design
  Ringling

- Production/Direction
  University of Southern California (USC)

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016676
LUCAS00013741

# Jedi Masters Program
*Program Purpose*

- To provide Production Experience in Animation, VFX and Games

- To raise the local industry Mid and Senior Level Artistic and Technical Talent

- To raise the skill level of existing LAS Artists

- To provide Professional Development Training to existing LAS Artists

- To produce talent on par with Lucasfilm US

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016677
LUCAS00013742

# Jedi Masters Program
## *Program Structure*

- Focused, production centered training with in-depth, real time hands on experience

- Instructors provided by Industrial Light & Magic, LucasArts, and Lucasfilm Animation

- Direct expert mentorship for each and every student

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016678
LUCAS00013743

# Jedi Masters Program
*Scope*

- Existing LAS artists and new trainees

  - New trainees will be drawn from Singapore and the surrounding regions

  - Extremely competitive entrance requirements

  - 150 trainees over 2.5 years

- Also talking with U.S. schools about placing students in Singapore

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# STRAT
## *A New Version of T.A.P.*

- 21 INTERNS IN 2008
- ILM
  - Software R&D
- Lucasfilm Animation
  - Lighting TDs
  - Software R&D
  - Creature Developers
- LucasArts
  - Game Artists and Engineers

LFL00016679
LUCAS00013744

HIGHLY CONFIDENTIAL
CONFIDENTIAL

Website

690.41

HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016680

LUCAS00013745



LFL00016681
LUCAS00013746

HIGHLY CONFIDENTIAL
CONFIDENTIAL



LFL00016682
LUCAS00013747

HIGHLY CONFIDENTIAL
CONFIDENTIAL



LFL00016683
LUCAS00013748

HIGHLY CONFIDENTIAL
CONFIDENTIAL



LFL00016684
LUCAS00013749

HIGHLY CONFIDENTIAL
CONFIDENTIAL



HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016686
LUCAS00013751



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016687
LUCAS00013752

# Recruiting Organization

TURN INTO CHART

•LECL – 1 Director, 1 Recruiter, 1 Recruiting Coordinator = 2

•ILM – 2 Recruiters, 1 Recruiting Coordinator = 3

•ILM R&D – 1 Recruiter, 1 Recruiting Coordinator = 2

•LEC – 1 Staffing Manager, 8 Recruiters, 4 Sourcers, 3 Recruiting Coordinators = 16

•LFL - 2 Recruiters, 1 Recruiting Coordinator = 2

•LAL US – 1 Recruiter, 1 Recruiting Coordinator = 2

•LAL SG – 3 Recruiters = 3          **TOTAL Staff = 31**



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Recruiting Videos

Intergalactic Colleagues

LAS Recruiting Reel

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

L90.49

LFL00016688

**LUCAS00013753**

QuickTime™ and a
H.264 decompressor
are needed to see this picture.

690.50

HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016689

LUCAS00013754

QuickTime™ and a
Sorenson Video 3 decompressor
are needed to see this picture.

HIGHLY CONFIDENTIAL

CONFIDENTIAL

690.51

LFL00016690

LUCAS00013755

# EXECUTIVE SESSION

690.52

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016691

**LUCAS00013756**

# UNUSED SLIDES



690.53

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016692

**LUCAS00013757**

LFL00016693
LUCAS00013758

690.54

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# JEDI Academy, JuMP & STRAT

- JEDI Academy – Summer internship program – focused on LEC, R&D and misc. other

- JuMP – Singapore training initiative

- STRAT – Singaporeans trained in US to move back to Singapore and populate LAS





# Projected 2008 Recruiting Demands

- ████████████████████████████████████████████

████████████████████████████████████████████

████████████████████████████████

████████████████████████████████████████

████████████████████████

████████████████████████████████████████

████████████████████

**Need to talk about our attrition rate, not just industry benchm████████**

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016694
LUCAS00013759

LFL00016695
LUCAS00013760

# All Companies Referral bonus plan

- The money bullets make no sense.  We should really talk about what the program is and what we're hoping to gain from it (e.g., how many applicants do we get from our employees, how the program did last year, anything else interesting).  You get the drift.



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Applicant Tracking System

- Better Database for tracking candidates

- Web based so recruiters can work from all locations

- Increased sourcing capabilities

- Automated tracking of the life of the candidate withing the system and company

- Increased ability to mine important recruiting data



LFL0016696
LUCAS00013761

690.57

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016697
LUCAS00013762

# Recruiting Re-branding



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016698
LUCAS00013763

# Recruiting Re-branding



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Business Unit Profiles

690.60

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016700

LUCAS00013765

# ILM

████████████

████████████████████████

- Recruiting Headlines:

  - High-end technical migrant workers

  - Recruiting generally based upon production requirements

  - Great reputation

  - Easy to recruit Junior talent – almost too many applicants/candidates

  - Very difficult to recruit Senior talent



HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016701
LUCAS00013766

# LucasArts

■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■■■■■■■■■

• Recruiting Headlines:

  • No stock, no bonuses

  • Biggest area of growth

  • Rarest type of talent – best talent is PASSIVE

  • Very few candidates apply for jobs

  • Difficult to recruit - new industry, not enough talent



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Lucasfilm Animation U.S.

█████████████████████

████████████████

████████████████████████████████

• Recruiting Headlines:

  • Feature film with GWL big draw for talent

  • Industry is 20 years old and there is a lot of available talent

  • Cultural fit very important

  • Easy to recruit Junior talent – almost too many applicants/candidates

  • Relatively difficult to recruit Senior talent



LFL00016702

LUCAS00013767

690.63

HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016703
LUCAS00013768

# Lucasfilm Animation Singapore

█████████████

████████████████████████

- Recruiting Headlines:

  - We didn't have a slide for this.  Needs to be fleshed out.



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016704
LUCAS00013769

# Lucasfilm

▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬

- Recruiting Headlines:

  - Nature of work has changed since production of EPs 1-3

  - Very little turnover until the Presidio move

  - Staff needs are growing as we transition from several small companies to one medium sized company

  - Easy level of recruiting difficulty for Junior talent – almost too many applicants/candidates

  - Very difficult to recruiting Senior talent



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016705
LUCAS00013770

# LECL (Shared Services)

███████████████████████

████████████████████████████████████

- Recruiting Headlines:

  - Nature of work has changed since moving to Presidio

  - Staff needs are growing as we transition from several small companies to one medium sized company

  - Competition for staff is high; there are many similar opportunities in San Francisco for this group

  - Relatively difficult to recruit employees



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Skywalker Sound - NEEDS #'s

• Total headcount =

• Assumed 2008 recruiting needs:  attrition,  growth

• Recruiting Headlines:

  • Extremely project based workers

  • Fantasy and Zoetrope have closed leaving few bay area
    options for migrant talent; many seek work elsewhere

  • Unionized workforce

  • Easy to recruit Junior talent – almost too many applicants

  • Relatively difficult to recruit Senior talent



LFL00016706
LUCAS00013771

69067

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016707
LUCAS00013772

# Real Estate (Skywalker Properties/LDAC)

- Total headcount =

- Assumed 2008 recruiting needs:   attrition,  growth

- Recruiting Headlines:

  - We didn't have a slide for this.  Needs to be fleshed out.



HIGHLY CONFIDENTIAL
CONFIDENTIAL



690.69

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016708

**LUCAS00013773**