# EXHIBIT 716

