# EXHIBIT 727

**From:**      Michelle Maupin
**Sent:**      Friday, May 09, 2008 11:27 PM
**To:**        Jan van der Voort
**Cc:**        Della Berger
**Subject:**   RE: FYI - ██████ has given her notice!

It wouldn't be with the intent of increasing the comp more than ████ Della was thinking it
might be an attraction from a job content standpoint.

-----Original Message-----
From: Jan van der Voort
Sent: Friday, May 09, 2008 3:54 PM
To: Michelle Maupin
Cc: Della Berger
Subject: Re: FYI - ██████ has given her notice!

| Redacted | LAS | Redacted |
| Redacted | | |

----- Original Message -----
From: Michelle Maupin
To: Jan van der Voort
Cc: Della Berger
Sent: Fri May 09 15:50:54 2008
Subject: RE: FYI - ██████ has given her notice!

Jan,

I know you are in a meeting right now so I am writing to you. I just got off the phone with
Della discussing options with ████ Redacted

**Redacted**

Redacted Her response wasn't yippee,
sounds great but more ok and what did I think would happen beyond that. Della and I agree
that we can't say what more there will be as we all don't know what the next turn will be.

Redacted
Redacted Would this plus the higher salary be enough for her to stay.....not
sure

Thoughts?

-----Original Message-----
From: Della Berger
Sent: Friday, May 09, 2008 1:33 PM
To: Michelle Maupin; Jan van der Voort
Subject: Re: FYI - ██████ has given her notice!

Sometimes it takes the full package to turn the tide... And cash is usually a good selling
point at this stage in her csreer.  I hate to keep going back with one more thing rather than
a comprehensive deal.  Can you call me on my cell.... [ Redacted ]

----- Original Message -----

EXHIBIT 727
Deponent *Maupin*
Date *2-12-13*

Gina V. Carbone, CSR

727.1

Confidential - Attorney's Eyes Only

LUCAS00201067

From: Michelle Maupin
To: Jan van der Voort; Della Berger
Sent: Fri May 09 13:06:07 2008
Subject: RE: FYI - [redacted] has given her notice!

We met at 11:00 and just got done.

Her biggest reason for thinking this would be a good opportunity is the international component. [Redacted] Singapore [Redacted] [Redacted] Singapore.  It does interest her but there are other things that long term we may not be able to meet - she is looking at systems capabilities (perf review system, salary planning system, a more robust HRIS system) that is available already at Wind River.  Also, our business decision timing - when would we be doing some of these things...is it really in the plan, etc.

Jan/Della - I can inform you more in person as I need to head off to a meeting.  It might be helpful for [redacted] to speak with either or both of you for long term direction on some things but I know she sees the timing will happen more slowly here.

I did not share any counter offer with her as I really want her to be happy with the job content.  I did mention I would be interested in exploring that opportunity.

Michelle

-----Original Message-----
From: Jan van der Voort
Sent: Friday, May 09, 2008 12:45 PM
To: Della Berger; Michelle Maupin
Subject: RE: FYI - [redacted] has given her notice!

Michelle, how did your conversation with [redacted] go?

-----Original Message-----
From: Della Berger
Sent: Friday, May 09, 2008 12:40 PM
To: Jan van der Voort; Michelle Maupin
Subject: Re: FYI - [redacted] has given her notice!

I am sorry to hear this.  Can we spice this up by [redacted] We are doing the job families with [redacted] and maybe she can work with [redacted] as well?  Della

----- Original Message -----
From: Jan van der Voort
To: Michelle Maupin
Cc: Della Berger
Sent: Thu May 08 13:55:50 2008
Subject: RE: FYI - Yvonne has given her notice!

I am comfortable going to [redacted]

---

From: Michelle Maupin
Sent: Thursday, May 08, 2008 1:54 PM
To:  Jan van der Voort

727.2

Confidential - Attorney's Eyes Only

LUCAS00201068

Cc:  Della Berger
Subject:    RE: FYI - ▮▮▮▮▮ has given her notice!

I don't think we would have to match it but I think we have to come close.   I think we have
to at least go to ▮▮▮ (I haven't even broached this subject with her so I am thinking of it
just by the numbers), here are a couple of scenarios:



|  | Base Salary | Bonus | Total Target Comp | % Inrease |
|---|---|---|---|---|
| Offer: | ▮▮▮▮ | 7.5% | ▮▮▮▮ | |
| Counter Options: | ▮▮▮▮ | 10.0% | | 12.5% |
| | | 10.0% | | 15.0% |

| Comp Title | Last Name | First Name | FLSA | Std Hrs | Annual Salary | Jobcode | Job |
|---|---|---|---|---|---|---|---|
| LCL | | | | | | | |
| LCL | | | | | | | |

Internal equity is a concern, although we just hired ▮▮▮▮▮▮▮▮▮▮ at $▮▮ which is in
the same Grade 12 range.  She is project but does get benefits.  I don't know that we'd have
to go higher than ▮▮▮ because the benefits are not as good from a cost standpoint.  As an
employee only, she would have to contribute and she would have the cost of commuting.

So, I wanted her to think a bit about the job content and have scheduled a meeting with her
tomorrow at 10:30 to see if what, from a job content, perspective it would take for her to
stay.

Thoughts?
Michelle

---

From: Jan van der Voort
Sent: Thursday, May 08, 2008 12:30 PM
To:  Michelle Maupin
Cc:  Della Berger
Subject:    RE: FYI - ▮▮▮▮▮ has given her notice!

What do you think it would take to keep her?  And is there more challenge we can throw her
way to make the job more enticing?  I would like to try if we can….
Jan

---

From: Michelle Maupin

Confidential - Attorney's Eyes Only

727.3
LUCAS00201069

Sent: Thursday, May 08, 2008 11:03 AM
To:   Jan van der Voort
Cc:   Della Berger
Subject:    FYI - ████ has given her notice!

Hi Jan,



| Job Code | Job Title | Base Salary : Employee (Weighted Average) : ████ |
|---|---|---|
| | Base Salary : Employee (Weighted Average) : ████ | Target Total Cash |
| Compensation : All Employees : ████ | Target Total Cash Compensation : All | |
| Employees : ████ | | |
| 6242 | COMPENSATION ANALYST 2 | ████  ████  ████  ████ |
| 6243 | COMPENSATION ANALYST 3 | |
| 6244 | COMPENSATION ANALYST 4 | |
| 6245 | COMPENSATION ANALYST 5 | |

We might be able to keep her but I also wonder for how long.  This was my concern when we created the job and were doing the recruiting.  Could we find someone for a year or two before they might want to move on and broaden their experience.  I was hoping for more than 4 months!!  Darn that manager!  She wanted to know how much notice I wanted - 6 months ok?  Just kidding.  She was thinking of ████ but would push it out.  She is just about done with the Radford Benchmarked and Croner AVE survey which she would finish by then and I don't have any critical project that would require we ask her to stay longer.

Confidential - Attorney's Eyes Only

727.4

LUCAS00201070

Let me know what you think.  I am just a bit numb so I may not have thought of all the angles on this yet.

Michelle

Confidential - Attorney's Eyes Only

727.5
LUCAS00201071