# EXHIBIT 728

| | |
|---|---|
| From: | Steve Mair |
| Sent: | Tuesday, July 10, 2007 1:08 AM |
| To: | Jan van der Voort; Michelle Maupin |
| Subject: | Re: offer for ▇▇▇▇ External TD |

Fair call, I will try and get a couple of minutes with him tomorrow.
Steve
Sent from my Blackberry

-----Original Message-----
From: Jan van der Voort
To: Steve Mair; Michelle Maupin
Sent: Mon Jul 09 17:54:21 2007
Subject: RE: offer for ▇▇▇▇ External TD

Steve, I think this needs Jim Ward's buy-in...at this level, we're getting in to some interesting internal equity issues, which I want Jim to be aware of before I decide. Have you spoken with him? If he needs information, Michelle, can you provide Jim with the LEC positions that are around the same comp level?

Sorry to drag this out, but I don't want to back in to something without everyone knowing what's going on.

Jan

---

From: Steve Mair
Sent: Monday, July 09, 2007 5:21 PM
To: Michelle Maupin; Jan van der Voort
Subject: RE: offer for ▇▇▇▇ External TD

thanks

---

From: Michelle Maupin
Sent: Monday, July 09, 2007 5:14 PM
To: Steve Mair; Jan van der Voort
Subject: RE: offer for ▇▇▇▇ External TD

Steve,

I sent Jan some information that will hopefully assist her in making this decision.

Michelle
x65254

EXHIBIT 728
Deponent Maupin
Date 2-12-13
Gina V. Carbone, CSR

728.1

Confidential                                                                                    LUCAS00060705


From: Steve Mair
Sent: Monday, July 09, 2007 3:59 PM
To: Jan van der Voort; Michelle Maupin
Subject: FW: offer for ▓▓▓▓ External TD
Importance: High

We have heard back from ▓▓ he has come back with ▓▓ base, though I think if we went to ▓▓▓▓▓▓ signon we could get him, this is out of or salary range but this position has proven very difficult to fill as it requires a similar technical expertise to that of a lead with a lot of travel and strong communication skills. ▓▓ has been the only candidate we have seen (out of 100 reviewed and contacted and 10 in studio interviews) that has met all of our criteria. He is currently looking at another opportunity at ▓▓▓▓▓▓ that would pay ▓▓▓ ▓▓▓▓▓▓▓▓ bonus and stock. ▓▓▓▓ the hiring manager is in support of ▓▓▓
Please let me know your thoughts.
Thanks,
Steve

---

From: Jan van der Voort
Sent: Wednesday, June 27, 2007 5:03 PM
To: Michelle Maupin; Steve Condiotti
Cc: Steve Mair; BZ Petroff
Subject: FW: offer for ▓▓▓▓▓ External TD
Importance: High

Since we don't have a comp committee this week, I wanted to get this to you both for response asap.  I am ok with the Base and sign on, but would limit the relo to Tier 3 (in fact, I don't even know if we have a Tier 4!)  MIchelle, your thoughts and comps?  Steve?

Jan

---

From: Steve Mair
Sent: Wednesday, June 27, 2007 4:24 PM
To: Jan van der Voort
Subject: FW: offer for ▓▓▓▓▓ External TD
Importance: High

We want to go to offer on an external TD role which is seen as a critical position to fill with the departure of ▓▓▓▓▓▓▓▓. Our hiring range for the role is ▓▓▓▓▓ with a salary range of ▓▓▓▓▓ what we want to offer, from the bottom of the chain are:

We want to make an offer to ▓▓▓▓▓▓ for External TD as soon as possible. As you know, ▓▓ is the first candidate we have met who meets all of the most important criteria for the role. He is far and away the top candidate we have met for the position.

He currently works for ▓▓▓▓ with a comp package of ▓▓▓ UK pounds ▓▓▓▓▓, plus stock options & annual bonus plan.

We want to begin the offer process with ▇ at the following level:

Base Salary ▇

▇ sign on bonus

Plus relocation package at Tier 3 or Tier 4 level ▇ plus pack and ship) if possible (international relo for family of 4).

It is my opinion that this comp is in line with current market rate. We have talked with multiple candidates in the industry, their base compensation has ranged from ▇ with stock & bonus plans up to ▇ annually. He is also considering a position with ▇ so it is in our best interests to be as competitive as possible.

Please advise if we can move forward with this offer.

Thanks

Steve

---

From: Mark Kyle
Sent: Tuesday, June 26, 2007 6:30 PM
To: Steve Mair
Subject: FW: offer for ▇ External TD
Importance: High

Let's move forward with an offer to ▇. As we discussed, I'm fine with the ▇ but I don't think we should go any higher, as it is much higher than our current comp rate for this role. You may want to check with BZ or Blaire to make sure it is within what the comp committee set as the upper range for this role. Let me know what you find out.

Thanks,
Mark

---

From: Peter Hirschmann
Sent: Tuesday, June 26, 2007 6:17 PM
To: Chris Bigelow; Darren Atherton; Mark Kyle; Steve Mair
Subject: RE: offer for ▇ External TD

Good to hear.

I'll leave it to ▇ to settle on the comp number.

From: Chris Bigelow
Sent: Tuesday, June 26, 2007 6:02 PM
To: Peter Hirschmann; Darren Atherton; Mark Kyle; Steve Mair
Subject: RE: offer for ▅▅▅▅▅ - External TD

Peter, all feedback I have received thus far is below for your review. Resume is also attached. -Chris

▅▅▅▅▅ (feedback from phone interview on 5/16).



▅▅▅▅▅ (onsite IV 5/25)

▅▅▅▅▅ (onsite IV 5/25)

728.4

Confidential

LUCAS00060708



---

From: Peter Hirschmann
Sent: Tuesday, June 26, 2007 5:16 PM
To: Darren Atherton; Mark Kyle; Chris Bigelow; Steve Mair
Subject: RE: offer for ▮▮▮▮ External TD

Can you send over the compiled feedback?

---

From: Darren Atherton
Sent: Tuesday, June 26, 2007 1:50 PM
To: Mark Kyle; Peter Hirschmann
Subject: FW: offer for ▮▮▮▮ External TD
Importance: High

We have found the External TD that we have been after. His comp is above what we currently have allocated, but as recruiting has mentioned in the past we have been below market value for this role.  Please advise on next steps- We may have some play with the numbers but I am figuring he is at ▇ base.

Darren

---

From:
Sent: Tuesday, June 26, 2007 11:40 AM
To: Darren Atherton
Cc: Subject: offer for ▇ External TD

Darren,

We want to make an offer to ▇ for External TD as soon as possible.  As you know, ▇ is the first candidate we have met who meets all of the most important criteria for the role. He is far and away the top candidate we have met for the position.

He currently works for ▇ with a comp package of ▇ UK pounds (▇ US), plus stock options & annual bonus plan.

We want to begin the offer process with Mark at the following level:

Base Salary ▇

▇ sign on bonus

Plus relocation package at Tier 3 or Tier 4 level  if possible (international relo for family of 4).

It is my opinion that this comp is in line with current market rate. We have talked with multiple candidates in the industry,  their base compensation has ranged from ▇ with stock & bonus plans up to ▇ annually. He is also considering a position with ▇ so it is in our best interests to be as competitive as possible.

Please advise if we can move forward  with this offer.

728.6


Christine Bigelow
Engineering Recruiter

LucasArts, Lucasfilm Ltd
<http://www.lucasarts.com/>
<http://maps.google.com/maps?q=%2CSan+Francisco%2CCalifornia&hl=en> San Francisco, California

      Work: [redacted]
Email: [redacted] <mailto[redacted]
http://www.linkedin.com/in/bigelow


See who we know in common <http://www.linkedin.com/e/wwk/203958/>

    Want a signature like this? <http://www.linkedin.com/e/sig/203958/>

Confidential

728.7
LUCAS00060711