# EXHIBIT 729

**From:** Jan van der Voort
**Sent:** Thursday, November 04, 2010 10:23 PM
**To:** Michelle Maupin
**Subject:** Re: Comp Committee - Additional Items

Got it - thanks

**From:** Michelle Maupin
**Sent:** Thursday, November 04, 2010 03:19 PM
**To:** Jan van der Voort
**Cc:** Amber Remaley
**Subject:** RE: Comp Committee - Additional Items



**From:** Jan van der Voort
**Sent:** Thursday, November 04, 2010 2:34 PM
**To:** Michelle Maupin
**Cc:** Amber Remaley
**Subject:** Re: Comp Committee - Additional Items

Sounds like a good approach - thx

**From:** Michelle Maupin
**Sent:** Thursday, November 04, 2010 02:29 PM
**To:** Jan van der Voort
**Cc:** Amber Remaley
**Subject:** Comp Committee - Additional Items

Hi Jan,

We hope you are feeling a little better and that at least you are home and more comfortable.

I am sending you two items for the comp meeting today and one item will come off of the agenda. The Technical Ops Specialist job is coming off the agenda. Much more information is needed before it can be presented. I am sending you the comp sheet for the ▓▓▓▓▓▓▓▓ - LFS Trainer and the comp sheet for a Singapore Primrose Lead Compositing Artist Offer. I am attaching the comp sheets and they are pasted in below. There is no other supporting documents for these items.

Confidential - Attorney's Eyes Only

EXHIBIT 729
Deponent Maupin
Date 2-12-13
Gina V. Carbone, CSR

729.1

LUCAS00198130

▇ Kate really liked this option so unless you have any concerns, that is how I'll propose it at the meeting. If you do have concerns, let me know and I can address them or we can get approval for this when everyone is in agreement.

Let me know if you have any questions.

Take Care,
Michelle

**Singapore** | Redacted |

**MERCER BENCHMARK MARKET DATA**

[Redacted]

Confidential - Attorney's Eyes Only

729.2

LUCAS00198131

**NOTE:**
Sr Technical Trainer is a ▮▮▮▮



**MARKET DATA**

Job Code   Job Title

NO MARKET DATA

**PEER RELATIONSHIP:**

| Co. | Last Name | First Name | Grade | Rate 1 | Salary | Job Code | Job Title |
|---|---|---|---|---|---|---|---|

Confidential - Attorney's Eyes Only

729.3
LUCAS00198132

LAS
LAS
LAS
LAS
LAS
LAS
LAS

LAS
LAS
LAS

LAS
LAS
LAS
LAS
LAS
LAS
LAS
LAS
LAS

**Redacted**

**MANAGER REQUEST:**

**Redacted**

**NOTE:**
Has approval from Colum, Jeff and Sarah

**RECOMMENDATION:**

|  | Min | Mid |  |
|---|---|---|---|
| Range: | | | Primrose approved use of upper half of salary range |
| Workweek | **Redacted** | | |
| Grade Level: | | | |

| Salary Grade | Minimum | Midpoint | Maximum |
|---|---|---|---|
| S14 | | | |
| S15 | | | |
| S16 | | | |
| S17 | **Redacted** | | |
| S18 | | | |
| S19 | | | |
| S20 | | | |

729.4

Confidential - Attorney's Eyes Only

LUCAS00198133