# EXHIBIT 944

Name: CompProj ExecOverview Updated 9.22.05.05.ppt

Comments: Document Produced Natively

Confidential

LUCAS00061513

# Global Compensation Project

Lucasfilm Ltd.
September 22, 2005

9441

EXHIBIT 744
WIT. CHAU
DATE 2-21-13
KRAMM COURT REPORTING

# AGENDA

**Total Compensation Philosophy and Strategies
- Pay for Performance**

Project Overview - Job Structure/Benchmarking

Building Blocks – Compensation Projects

Compensation Project Plans and Timelines

Next Steps



# Pay for Performance - Total Compensation Philosophy

**(Straw man: To be developed by Exec team)**

Achieve Company Objectives and Desired Culture

↑

Drive Business Results and Encourage Specific Behaviors

↑

| Base Pay | Variable Pay | | | Benefits |
|---|---|---|---|---|
| | Long-Term Incentives | Short-Term Incentives | Recognition | |
| ✓Attract, retain, and develop individuals<br>✓Pay and Reward employees for their ongoing value | ✓Share in the company's long-term success<br>✓Build employee commitment<br>✓Retain high performing employees | ✓Drive employees' performance towards company's goals<br>✓Reward employees for individual, division and company results | ✓Acknowledge contribution to the achievement of business objectives<br>✓Reward and celebrate efforts that exceed expectations | ✓Attract and retain employees<br>✓Align employees with company objectives<br>✓Build commitment |

944.3

# Pay for Performance - Total Compensation Strategies
(Straw man: To be developed by Exec team)

**Strategize Globally Act Locally**

**Utilize a Total Rewards Approach**

**Reward Individual and Team Results and Achievements**

- Global Alignment across Divisions
- Competitive Pay benchmarked to Relevant External Market

- Base Pay
- Variable Pay
- Benefits

- Company Goals
- Division Goals
- Team Goals
- Individual Goals



Pay for Performance

Lucas Companies CONFIDENTIAL
Updated 9/22/05                         DRAFT                                    4

999.4

# AGENDA

Total Compensation Philosophy and Strategies
- Pay for Performance

Project Overview – Job Structure/Benchmarking

Building Blocks – Compensation Projects

Compensation Project Plans and Timelines

Next Steps

# Project Overview – Purpose

## What we're hearing from the businesses –

| Provide competitive market information (salary/titles) | Clarify job progression opportunities/ requirements (career development) | Ensure consistent job calibration & leveling (global framework) | Build a structure and data base that will enhance informed decisions when business strategy or needs shift |
|---|---|---|---|
| ✓Complete market analysis of competitive base pay including offshoring/outsourcing<br><br>✓Develop salary guidelines based on market (where do we want to be in the market?? – ▇▇▇▇<br><br>✓Total Cash Compensation analysis will be completed in conjunction with:<br>• Identifying Compensation Philosophy<br>• 2005/2006 Corporate Incentive Plan Design(s) | ✓Create and/or modify Lucas Companies job profiles<br><br>✓Define career ladders and criteria for movement within disciplines<br><br>✓Identify job progression for supervisory and individual contributor tracks | ✓Managers identify accurate market match for Lucas Companies jobs and levels<br><br>✓Calibrate findings cross-functionally<br><br>✓Create Global Job Framework to support level "equivalents" | ✓Create industry recognized, internally consistent title scheme (titles/levels)<br>• Create "Working Title" capability with Lucas Companies managed by HR<br>• HR "System Title" based on industry recognized jobs<br><br>✓Review annually or as needed:<br>• Pay Structure<br>• Compliance requirements |

Lucas Companies CONFIDENTIAL
Updated 9/22/05       DRAFT       6

9446



944.7

# AGENDA

Total Compensation Philosophy and Strategies
 - Pay for Performance

Project Overview - Job Structure/Benchmarking

**Building Blocks – Compensation Projects**

Compensation Project Plans and Timelines

Next Steps

Lucas Companies CONFIDENTIAL
Updated 9/22/05                                    DRAFT                                          8

944.8

# Building Blocks – Compensation Projects

1. **Develop Compensation Philosophy and Strategy and Build Infrastructure**
   - ✓ Define Total Compensation Philosophy, Structure and Strategy

   - ✓ Create framework, including:
     - ➤ Job Families
     - ➤ Levels or Bands
     - ➤ Job Title Structure (including System Titles)
     - ➤ Job Progression within Job Families
     - ➤ Job Mapping between similar Jobs across Divisions
     - ➤ Define short-term and long-term Incentive Plans including Eligibility Guidelines
     - ➤ Slot Incumbents into the Framework
     - ➤ Define Stakeholder Roles including HR, Execs, BOD, Comp Committee, etc.

   - ✓ Determine appropriate External Benchmarking Tools and conduct Market Analysis
     - ➤ Develop Target Salary Ranges and Grades
     - ➤ Define Gaps between Current State and Desired State for Groups of Positions and Critical Individual Positions and Incumbents
     - ➤ Develop a Plan for addressing Gaps

   - ✓ Define Bonus structures and design plans
     - ➤ Short-Term
     - ➤ Long-Term
     - ➤ Retention
     - ➤ Spot/Discretionary
     - ➤ Product Specific (e.g. Star Wars Sales)

   - ✓ Create framework for International Pay Practices
     - ➤ LAS
     - ➤ Other Business Units

Lucas Companies CONFIDENTIAL
Updated 9/22/05                                       DRAFT                                       9

944.9

## Building Blocks – Compensation Projects

2. **Streamline and Standardize Pay Practices and Processes**
   - ✓ [redacted]
   - ▪ [redacted]
   - ▪ [redacted]
   - ✓ Training Organization Structure Review
   - ✓ Align payroll practices and process across divisions supporting ADP conversion

3. **Articulate and Implement Compensation Framework**
   - ✓ Articulate Compensation Philosophy as appropriate at all levels
   - ✓ Create reporting tools to enable executive level decision making
   - ✓ Develop and conduct training to improve manager effectiveness and accountability

4. **Support and Maintain the Compensation Framework and Pay for Performance Practices**
   - ✓ Delineate process for on-going review of jobs as a result of re-organization, restructure or new business needs
   - ✓ Conduct annual competitive market benchmarking, including executive compensation review
   - ✓ Direct Pay for Performance reviews
   - ✓ Provide leadership in adapting compensation practices in response to market conditions or shifts in company strategy

944.10

# AGENDA

Total Compensation Philosophy and Strategies
 - Pay for Performance

Project Overview - Job Structure/Benchmarking

Building Blocks – Compensation Projects

**Compensation Project Plans and Timelines**

Next Steps

Lucas Companies CONFIDENTIAL
Updated 9/22/05                           DRAFT                                11



# Next Steps

- ✓ Evaluate Work in Progress and get Agreement on Priorities
- ✓ Develop Compensation Project Plans and Timelines
- ✓ Begin work on Critical Projects following the Project Plan and Timeline
- ✓ Ensure Resources

Lucas Companies CONFIDENTIAL
Updated 9/22/05

DRAFT

13

94413

# PARKING LOT – BRAINSTORMING / LAUNDRY LIST

✓ Bonuses
- ✓ LECL Bonus Plan
- ✓ Retention
- ✓ Spot
- ✓ Long-term (Special GWL/Mich fund for Sr. Mgmt – Big D's)
- ✓ Incentive
- ✓ Product specific (Star Wars etc) – e.g. sales

✓ Defining boundaries
- ✓ GWL
- ✓ BOD
- ✓ Private company limitations on Long-term incentives

✓ Project Priorities
- ✓ Gap analysis (completed, work-in-progress, not started)

✓ Benefits Statements
- ✓ Defining customized total comp picture

Lucas Companies CONFIDENTIAL
Updated 9/22/05          DRAFT          14

944.14