# EXHIBIT 945



**Performance Management**

# PAY FOR PERFORMANCE:

# 2009 Salary Budget Recommendations

## Executive Review

January 21, 2009



EXHIBIT 945
WIT. CHAU
DATE 2-21-13
KRAMM COURT REPORTING



# AGENDA

**Performance Management**

- **Market Study**
  - Salary Increase Budgets
  - Review Of Industry Practices
  - Market Analysis of Competitive Cash Compensation

- **Recommendations**
  - Pay Increase Budget
  - Distribution Curve - Performance Rating and Merit Increase

- **Approval Process for 2009**
  - Confirm process and timing for GWL & Board Meeting

Lucas Confidential
January 21, 2009

Confidential - Attorneys' Eyes Only

LUCAS00189277

# Lucasfilm Ltd
## Performance Management
## Market Study
## Salary Increase Budgets



| Surveys | Mid 2008 | | Late 2008 | |
|---|---|---|---|---|
| | **Merit** | **incl Promo/Adj** | **Merit** | **incl Promo/Adj** |
| **US** | | | | |

Note: Croner AVE is conducting an updated merit survey but not yet completed. Per Croner AVE meeting, most companies looking at 3.0% to 3.5% merit budget with additional budget for promo/adj

Lucas Confidential
January 21, 2009

9453

3

Confidential - Attorneys' Eyes Only

LUCAS00189278



# Market Study
## Salary Increase Budgets

## Studio/Network (updates ongoing)

| Company | Merit | | Promo/Adj | | Total | | Increase Effctv Date |
|---|---|---|---|---|---|---|---|
| | FY08 | FY09 | FY08 | FY09 | FY08 | FY09 | |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | | ■ | | ■ |
| ■ | ■ | ■ | ■ | | ■ | ■ | ■ |
| ■ | ■ | | ■ | | ■ | | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |



<mark>LUCASFILM Ltd</mark> — Performance Management | Market Study — Salary Increase Budgets

# US - CPI

### CPI – 2008
Annual: 3.1%
- 2nd Half 2007: 3.0%
- 1st Half 2007: 3.3%

### CPI - 2007
Annual: 3.2%
2nd Half 2006: 3.3%
1st Half 2006: 3.3%

Series Id: CUURA422SA0, CUUSA422SA0
Not Seasonally Adjusted
Area: San Francisco-Oakland-San Jose, CA
Item: All items
Base Period: 1982-84=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | | 3.4 | | 3.1 | | 3.4 | | 3.3 | | 2.9 | | 3.0 | 3.2 | 3.3 | 3.1 |
| 1999 | | 3.8 | | 4.6 | | 3.8 | | 4.1 | | 4.8 | | 4.2 | 4.2 | 4 | 4.4 |
| 2000 | | 4.2 | | 3.8 | | 4.2 | | 4.7 | | 4.7 | | 5.5 | 4.5 | 4 | 4.8 |
| 2001 | | 6.5 | | 5.8 | | 6.6 | | 5.1 | | 4.5 | | 3.5 | 5.4 | 6.2 | 4.7 |
| 2002 | | 1.8 | | 2.1 | | 1.2 | | 1.3 | | 1.4 | | 1.4 | 1.6 | 1.9 | 1.4 |
| 2003 | | 3.3 | | 2.2 | | 1.6 | | 1.4 | | 1 | | 1.1 | 1.8 | 2.3 | 1.2 |
| 2004 | | 0.2 | | 0.5 | | 1.4 | | 1.2 | | 2 | | 2.2 | 1.2 | 0.7 | 1.7 |
| 2005 | | 1.6 | | 2.1 | | 1.1 | | 2.2 | | 2.8 | | 2.0 | 2.0 | 1.7 | 2.2 |
| 2006 | | 2.9 | | 3.2 | | 3.9 | | 3.8 | | 2.5 | | 3.4 | 3.2 | 3.2 | 3.3 |
| 2007 | | 3.2 | | 3.3 | | 3.4 | | 2.6 | | 3.3 | | 3.8 | 3.3 | 3.3 | 3.2 |
| 2008 | | 2.8 | | 2.9 | | 4.2 | | 4.2 | | 3.6 | | 0.0 | 3.1 | 3.3 | 3.0 |

**Bureau of Labor Statistics**

<mark>945.5</mark>

<mark>Lucas Confidential
January 21, 2009</mark>

5

<mark>Confidential - Attorneys' Eyes Only</mark>   LUCAS00189280

**LUCASFILM Ltd**
Performance Management

Market Study
Salary Increase Budgets

## Singapore - CPI

**CPI**
- 2008: 4.7%
- 2007: 2.1%

| Country | GDP Growth | | | Unemployment Rate | | | CPI Inflation | | |
|---|---|---|---|---|---|---|---|---|---|
| | 2007 | 2008 | Trend '07 to '08 | 2007 | 2008 | '07 to '08 | 2007 | 2008 | Trend '07 to '08 |
| Hong Kong | 6.3 | 4.3 | ▼ | 4.1 | 3.9 | ▼ | 12.0 | 3.6 | ▼ |
| Japan | 2.1 | 1.4 | ▼ | 3.9 | 3.9 | ▼ | 0.0 | 0.6 | ▲ |
| Singapore | 7.7 | 4.0 | ▼ | 2.1 | 2.1 | ▼ | 2.1 | 4.7 | ▲ |
| South Korea | 5.0 | 4.2 | ▼ | 3.3 | 3.1 | ▼ | 2.5 | 3.4 | ▲ |
| Taiwan | 5.7 | 3.4 | ▼ | 3.9 | 3.9 | ▼ | 1.8 | 1.5 | ▼ |
| China | 11.4 | 9.3 | ▼ | 9.5 | n/a | n/a | 4.8 | 5.9 | ▲ |
| India | 9.2 | 7.9 | ▼ | n/a | n/a | n/a | 6.4 | 5.2 | ▼ |
| United States | 2.2 | 0.5 | ▼ | 4.6 | 5.4 | ▲ | 2.9 | 3.0 | ▲ |

Aon/Radford- Global High-Tech Compensation Trends: Asia/Pacific Region

Confidential - Attorneys' Eyes Only

LUCAS00189281



# Performance Management

# Market Study
## Analysis of Competitive Pay Compensation

**Market Data Comparison**
**December 2008**

Note: Excludes Executives

Lucas Confidential
January 21, 2009

9457

7

Confidential - Attorneys' Eyes Only

LUCAS00189282


# Recommendations
## Pay Increase Budget



Lucas Confidential
January 21, 2009

94518

8

Confidential - Attorneys' Eyes Only

LUCAS00189283



## Approval Process & Timing
### Performance Management

**Currently Scheduled:**
- Mich/Executive Review Meetings – March 2 thru March 5
- Mich Final Review Meeting – March 5
- Mich/George Review Meeting – Friday, March 6
  - Mich and George usually have meetings on Friday

**What additional reviews/approvals needed for merit budget spend?**



## Bonus Approval Process & Timing

**Currently Scheduled:**
- Board meeting scheduled on April 3
    - Board to review and approve Finance Audit

- Bonuses to be paid on April 10 if approval received

**Spot Bonus Pools:**
- Determination and approval required for Spot Bonus Pools



# Appendices

Lucas Confidential
January 21, 2009

11

Confidential - Attorneys' Eyes Only

LUCAS00189286




**Performance Management** — 2007 Actual Merit and Callout Spend



# Background
## Compensation Philosophy & Strategy

**Performance Management**

### Elements of Cash Compensation
For most employees at Lucasfilm, the elements of cash compensation will be base pay and annual bonus (short term incentive) payments. These elements will be used in benchmarking our total cash compensation to relevant positions in the external market.

### Benchmarking

[redacted]

### Base Salary Adjustments (Merit Increases)
Base salary adjustments will be done annually, linked to employee performance reviews. The level of increases will be determined by analyzing both external market practices and company performance and then will be awarded based on individual performance.

# LUCASFILM Ltd
## Performance Management
## Market Study
### Salary Increase Budgets

## Utilized Surveys
- Radford (Includes SW & Tech Industry in SF/Bay Area)
- Croner Software Games (Gaming Industry)
- Croner Animation and Visual Effects in the (Film Industry)
- Mercer Survey (Singapore)
- IPAS Survey (Singapore)

## Industry Specific Budgets
- Studios and Gaming

## CPI
- San Francisco-Oakland-San Jose, CA – All items



# Market Study
## Review of Past Practices

**Performance Management**

*945.15*