# EXHIBIT 2002

| | |
|---|---|
| **From:** | Steve Condiotti |
| **Sent:** | Wednesday, March 16, 2011 11:24 PM |
| **To:** | Michelle Maupin; Jan van der Voort |
| **Cc:** | Vanessa Hall; Amber Remaley |
| **Subject:** | RE: Comp Request - Counter Offer for ███████ |

Ok

Steve

**From:** Michelle Maupin
**Sent:** Wednesday, March 16, 2011 3:00 PM
**To:** Jan van der Voort; Steve Condiotti
**Cc:** Vanessa Hall; Amber Remaley
**Subject:** Comp Request - Counter Offer for ███████
**Importance:** High

Hello,



I have attached a comp sheet and it is pasted in the email below.

Please let me know if you have any questions or need additional information.

Thanks, Michelle

CONFIDENTIAL – ATTORNEY'S EYES ONLY

LUCAS00217253



CONFIDENTIAL – ATTORNEY'S EYES ONLY