# EXHIBIT 2002

**From:** Steve Condiotti
**Sent:** Wednesday, March 16, 2011 11:24 PM
**To:** Michelle Maupin; Jan van der Voort
**Cc:** Vanessa Hall; Amber Remaley
**Subject:** RE: Comp Request - Counter Offer for ██████████

Ok

Steve

**From:** Michelle Maupin
**Sent:** Wednesday, March 16, 2011 3:00 PM
**To:** Jan van der Voort; Steve Condiotti
**Cc:** Vanessa Hall; Amber Remaley
**Subject:** Comp Request - Counter Offer for ████████
**Importance:** High

Hello,



I have attached a comp sheet and it is pasted in the email below.

Please let me know if you have any questions or need additional information.

Thanks, Michelle

CONFIDENTIAL – ATTORNEY'S EYES ONLY



CONFIDENTIAL – ATTORNEY'S EYES ONLY

LUCAS00217254