# EXHIBIT 2094

2094

| From: | Michelle Maupin |
| Sent: | Friday, September 14, 2007 11:56 PM |
| To: | Jan van der Voort; Steve Condiotti |
| Subject: | Salary Review - ███ |

Hello,




LECL IT - Internet Developer 8...

Let me know what your thoughts. The comp sheet is attached.

Michelle Maupin
Compensation Manager
Lucasfilm Entertainment Company, Ltd.
415-746-5254


DEPOSITION EXHIBIT
2094
Condio H 3/20/13

Confidential - Attorney's Eyes Only          2094.1          LUCAS00218283

&[FILE]



2094.2

Lucasfilm Ltd. Confidential &[DATE] Page 1

Confidential - Attorney's Eyes Only

LUCAS00218284



Lucasfilm Ltd. Confidential &[DATE] Page 2

Confidential - Attorney's Eyes Only    LUCAS00218285