# EXHIBIT 2096

**From:** Michelle Maupin
**Sent:** Friday, June 18, 2010 3:45 AM
**To:** Jan van der Voort
**Cc:** Steve Condiotti; Della Berger; Amber Remaley
**Subject:** Comp Request - Engineering Mgr Offer

Hi Jan,

We have a candidate for the Engineering Manager position. Lisa Marie Lamb is the candidate. Her most recent job was

including the cost of the Dir, R&D Dev impact). Steve approved the offer from both his R&D role and his CC role.

I have attached both the comp sheet and her resume and the comp sheet is pasted in below.

Please let me know if you approve the offer. If you have any questions or need further info, just let me know.

Thanks, Michelle

DEPOSITION EXHIBIT 2096 Condiotti 3/20/13

PENGAD 800-631-6989

2096.1

2096.2

Confidential - Attorney's Eyes Only

LUCAS00217125



2096.3

Lucasfilm Ltd. Confidential &[DATE] Page 1

Confidential - Attorney's Eyes Only LUCAS00217126

&[FILE]

2096.4

Lucasfilm Ltd. Confidential &[DATE] Page 2

Confidential - Attorney's Eyes Only LUCAS00217127



2004.

Confidential - Attorney's Eyes Only

LUCAS00217128

2096.6

&[FILE]

&[FILE]



Lucasfilm Ltd. Confidential   &[DATE]   Page 2

Confidential - Attorney's Eyes Only   LUCAS00217130



2096.9

Confidential - Attorney's Eyes Only

LUCAS00217131