# EXHIBIT 2100

**From:** Steve Condiotti
**Sent:** Wednesday, January 03, 2007 6:32 PM
**To:** Steve Sullivan
**Cc:** Michelle Maupin
**Subject:** RE: ▓▓▓▓▓▓ offer?

Steve

By copy of this I will ask Michael to look at the R&D rates.

Steve

---

**From:** Steve Sullivan
**Sent:** Sunday, December 24, 2006 3:55 PM
**To:** Steve Condiotti
**Subject:** RE: ▓▓▓▓▓▓ offer?

Any ideas? We're consistently below market rate, especially for a few years experience. We can usually reel 'em in when the gap's ▓▓▓ or less, but not uncommon for us to be ▓▓▓▓ under.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Given the incredible recruiting (and retention) pressure this year, I think we gotta revisit our rates using real rate data accumulated from recent recruiting. Not just our offers, but internal equity/ranking, and comp across departments/divisions for similar jobs (e.g. ILM vs LEC engineers). We don't have to beat or even match market rate, just gotta stay close.

later,
steve

---

From: Steve Sullivan
Sent: Sat 12/23/2006 3:42 PM
To: Rob Levine
Subject: RE: ▓▓▓▓▓▓ offer?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thanks
steve

---

From: Rob Levine
Sent: Sat 12/23/2006 1:12 PM
To: Steve Sullivan
Subject: RE: ▓▓▓▓▓▓ ...offer?

Steve,

DEPOSITION
EXHIBIT
2100
Condiotti 3/20/13

Confidential - Attorney's Eyes Only                    2100.1              LUCAS00217547

[redacted]

:)

Rob
x65894 direct | 415-264-2558 mobile

---

From: Steve Sullivan
Sent: Thursday, December 21, 2006 12:24 PM
To: Rob Levine
Cc: Cynthia Montgomery; Candace Harvey
Subject: RE: [redacted] ...offer?

Yep, go for it. Given the strength of the references, our good impressions, and the difficulty finding strong core people, we may be able to go a little higher if needed.
Lemme know how it goes,
steve

P.S. Any word from [redacted]?

---

From: Rob Levine
Sent: Thursday, December 21, 2006 11:29 AM
To: Steve Sullivan
Cc: Cynthia Montgomery; Candace Harvey
Subject: RE [redacted] ...offer?
OK, are you good with offering him the [redacted], immediate processing of his green card?

:)

Rob
x65894 direct | 415-264-2558 mobile

---

From: Steve Sullivan
Sent: Monday, December 18, 2006 4:29 PM
To: Rob Levine
Cc: Candace Harvey
Subject: RE [redacted] ...

[redacted]

Confidential - Attorney's Eyes Only

2100.2    LUCAS00217548

[REDACTED]

Thanks
steve

---

From: Rob Levine
Sent: Monday, December 18, 2006 2:39 PM
To: Steve Sullivan
Cc: Candace Harvey
Subject: Shaun Nirenstein...

Steve,

[REDACTED]

Once you've gathered feedback from the team, let me know how you'd like to proceed.

J

Rob
X65894

11/30/2006 - rlevine: Thanks, Steve.

Kelly / Sherri,

I spoke with [REDACTED], reviewed our interview format and he's expecting your follow-up to coordinate his interview.

From: Steve Sullivan
Sent: Wednesday, November 29, 2006 9:03 PM
To: Rob Levine
Subject: RE: feedback re: [REDACTED]

Sorry, yeah, we'd like to bring him in for an onsite

[REDACTED]

From: Candace Harvey
Sent: Wednesday, November 08, 2006 2:41 PM
To: Rob Levine; Steve Sullivan; Cynthia Montgomery

Confidential - Attorney's Eyes Only

2100.3

LUCAS00217549

Cc: Jennifer Suter
Subject: RE: Follow-up on our conversation... ▮ - green card application status and question...

[redacted]

11/8/2006 - rlevine: Candy,

Have we processed any green card applications prior to an employee's first year on the job?

Steve / Jennifer,

[redacted]

Cynthia,

FYI.

From: Rob Levine
Sent: Wednesday, November 08, 2006 2:18 PM
To: ▮
Subject: RE: Follow-up on our conversation...

[redacted]

From: ▮
Sent: Tuesday, November 07, 2006 8:33 PM
To: Rob Levine
Subject: Re: Follow-up on our conversation...

Thanks Rob.

[redacted]

11/7/2006 - rlevine: ▮,

Confidential - Attorney's Eyes Only

2100.4

LUCAS00217550

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Tuesday, November 07, 2006 8:59 AM
To: Rob Levine
Subject: Re: Follow-up on our conversation...

Thanks Rob, that is good to hear.

11/6/2006 1:12:10 PM - rlevine: Forwarded resume...Steve,

**From:** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Monday, October 30, 2006 9:02 PM
To: Rob Levine
Subject: Re: Career opprotunities with ILM R&D...

Hi Rob,

10/25/2006 - ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Email of LECL: Let's talk sent on 10/25/2006 by rlevine...Career opprotunities with ILM R&D...

10/25/2006 - rlevine: Might have some potential.  I'll give him a call.

From: Amir Dramen

Confidential - Attorney's Eyes Only         2100.5         LUCAS00217551

Sent: Wednesday, October 25, 2006 2:47 PM
To: Rob Levine
Cc: Nathalie Lang
Subject: FW: ▮▮▮▮▮ / 3D grapics

Rob, see attached...

Nathalie, you haven't talked to ▮▮▮, right?

thanks,
amir

---

From: Nathalie Lang
Sent: Wednesday, October 25, 2006 2:21 PM
To: Amir Dramen
Subject: ▮▮▮▮▮ / 3D grapics
I think this candidate might be a better fit for R&D.

▮▮▮▮▮▮▮

:)

Rob
▮▮▮▮   ▮▮▮▮▮▮

Confidential - Attorney's Eyes Only                                        2100.6        LUCAS00217552