# EXHIBIT KK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE:  HIGH-TECH EMPLOYEE          )

ANTITRUST LITIGATION               )

                                   )     No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:          )

ALL ACTIONS.                       )

_____   )


CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEO DEPOSITION OF MICHELINE CHAU


FEBRUARY 21, 2013


Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

Deposition of Micheline Chau                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 10:35:53 | 1 | alleged violation of the antitrust laws."  You are |
| 10:35:58 | 2 | certainly welcome to take whatever time you need to |
| 10:36:01 | 3 | review the document, but that's the part I'm going to be |
| 10:36:03 | 4 | asking you about. |
| 10:36:31 | 5 | A.    Okay. |
| 10:36:32 | 6 | Q.    Have you seen this document before? |
| 10:36:33 | 7 | A.    It looks familiar. |
| 10:36:34 | 8 | Q.    When did you see this last? |
| 10:36:37 | 9 | A.    Gosh, I don't remember. |
| 10:36:46 | 10 | Q.    So this document was filed in connection with |
| 10:36:49 | 11 | the lawsuit brought by the United States Department of |
| 10:36:52 | 12 | Justice against Lucasfilm in connection with its |
| 10:36:55 | 13 | investigation regarding Lucasfilm's employment and |
| 10:37:00 | 14 | recruiting practices.  If you look at section II, Roman |
| 10:37:07 | 15 | II, on page 2, there is a paragraph that begins at -- |
| 10:37:13 | 16 | towards the bottom that says, "Lucasfilm and Pixar are |
| 10:37:17 | 17 | rival digital animation studios." |
| 10:37:19 | 18 |        Do you see that? |
| 10:37:20 | 19 | A.    Yes. |
| 10:37:26 | 20 | Q.    Do you agree that Lucasfilm and Pixar are rival |
| 10:37:29 | 21 | digital animation studios? |
| 10:37:31 | 22 | A.    No. |
| 10:37:32 | 23 | Q.    From time to time did Lucasfilm and Pixar |
| 10:37:42 | 24 | compete for employee talent? |
| 10:37:48 | 25 | A.    Very rarely. |

| | | |
|---|---|---|
| 10:37:51 | 1 | Q.    From time to time they did, though.  Would you |
| 10:37:53 | 2 | agree? |
| 10:37:53 | 3 | A.    From time to time, yes. |
| 10:37:54 | 4 | Q.    Now, this says, in the next sentence, |
| 10:37:57 | 5 | "Beginning no later than January 2005, Lucasfilm and |
| 10:38:01 | 6 | Pixar agreed to a three-part protocol that restricted |
| 10:38:05 | 7 | recruiting of each others' employees." |
| 10:38:07 | 8 | Do you see that? |
| 10:38:08 | 9 | A.    Yes. |
| 10:38:11 | 10 | Q.    To -- do you agree that that is true? |
| 10:38:18 | 11 | MR. PURCELL:  Objection.  No foundation. |
| 10:38:22 | 12 | THE WITNESS:  Again, I explained to you what I |
| 10:38:24 | 13 | thought was the arrangement, and it isn't this. |
| 10:38:28 | 14 | BY MR. SAVERI: |
| 10:38:28 | 15 | Q.    Well, do you deny that this is an accurate |
| 10:38:36 | 16 | statement? |
| 10:38:38 | 17 | A.    I can't deny it, because it -- I found out |
| 10:38:42 | 18 | during the DOJ investigation that this was in effect. |
| 10:38:48 | 19 | Q.    Now, it says, "Beginning no later than January |
| 10:38:50 | 20 | 2005."  Do you see that? |
| 10:38:51 | 21 | A.    Yes. |
| 10:38:52 | 22 | Q.    Okay.  And I think you've told me a couple of |
| 10:38:55 | 23 | times that you understand that the arrangement -- the |
| 10:38:57 | 24 | first time you heard about it was sometime in the 2003 to |
| 10:39:00 | 25 | 2004 period. |

Deposition of Micheline Chau                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 10:39:02 | 1 | A.    Yes. |
| 10:39:02 | 2 | Q.    Correct? |
| 10:39:04 | 3 | Do you know what this reference is to January |
| 10:39:08 | 4 | 2005? |
| 10:39:09 | 5 | A.    No. |
| 10:39:10 | 6 | Q.    Okay.  Now, this document says -- again, it |
| 10:39:19 | 7 | talks about a three-part protocol, and then it begins |
| 10:39:23 | 8 | "First."  Are you with me? |
| 10:39:24 | 9 | A.    Yes. |
| 10:39:25 | 10 | Q.    It says, "First, Lucasfilm and Pixar agreed |
| 10:39:28 | 11 | that they would not cold call each others employees. |
| 10:39:31 | 12 | Do you see that? |
| 10:39:32 | 13 | A.    Yes. |
| 10:39:32 | 14 | Q.    Do you agree that that's true? |
| 10:39:35 | 15 | MR. PURCELL:  Please keep the document down so |
| 10:39:37 | 16 | the camera -- |
| 10:39:38 | 17 | THE WITNESS:  Oh, okay. |
| 10:39:39 | 18 | I guess based on my understanding of the DOJ |
| 10:39:42 | 19 | investigation, yes, that's -- |
| 10:39:47 | 20 | BY MR. SAVERI: |
| 10:39:48 | 21 | Q.    Yes? |
| 10:39:48 | 22 | A.    Yes. |
| 10:39:52 | 23 | Q.    And then, "Second" -- let me just work through |
| 10:39:54 | 24 | it, it says, "Second, they agreed," that is Lucasfilm, |
| 10:39:59 | 25 | Pixar, "agreed to notify each other when making an offer |

| | | |
|---|---|---|
| 10:40:03 | 1 | to an employee of the other firm." |
| 10:40:05 | 2 | Do you understand that to be true? |
| 10:40:07 | 3 | A.   After understanding the DOJ investigation, I |
| 10:40:11 | 4 | understand that to be true, yeah. |
| 10:40:13 | 5 | Q.   And then third it says, "They agreed that when |
| 10:40:15 | 6 | offering a position to the other company's employees, |
| 10:40:17 | 7 | neither would counter offer above the initial offer." |
| 10:40:21 | 8 | Do you see that? |
| 10:40:22 | 9 | A.   Yes. |
| 10:40:22 | 10 | Q.   Do you understand that to be true? |
| 10:40:25 | 11 | A.   Given my previous qualification, yes, now I |
| 10:40:27 | 12 | understand that to be true. |
| 10:40:29 | 13 | Q.   Now, the document goes on to say, "The protocol |
| 10:40:34 | 14 | covered all digital animators and other employees of both |
| 10:40:38 | 15 | firms and was not limited by geography, job function, |
| 10:40:42 | 16 | product group, or time period."  Do you see that? |
| 10:40:45 | 17 | A.   Yes. |
| 10:40:46 | 18 | Q.   Do you understand that to be a true statement? |
| 10:40:47 | 19 | A.   Yes. |
| 10:40:48 | 20 | Q.   And then the next paragraph says, "Senior |
| 10:40:50 | 21 | executives at the two firms agreed on the protocol |
| 10:40:53 | 22 | through direct and explicit communications." |
| 10:40:55 | 23 | Do you understand that to be true? |
| 10:40:58 | 24 | A.   Apparently. |
| 10:40:59 | 25 | Q.   Now, the best of your knowledge, who were -- or |

Deposition of Micheline Chau                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 10:41:04 | 1 | who were the senior executives at Lucasfilm that agreed |
| 10:41:10 | 2 | to the protocol discussed here? |
| 10:41:12 | 3 | MR. PURCELL:  Objection.  No foundation, asked |
| 10:41:14 | 4 | and answered. |
| 10:41:15 | 5 | THE WITNESS:  I don't know. |
| 10:41:18 | 6 | BY MR. SAVERI: |
| 10:41:18 | 7 | Q.   And then it says, "In furtherance of this |
| 10:41:20 | 8 | agreement, Pixar drafted the terms of the agreement with |
| 10:41:24 | 9 | Lucasfilm and communicated those written terms to |
| 10:41:27 | 10 | Lucasfilm." |
| 10:41:28 | 11 | Do you see that? |
| 10:41:28 | 12 | A.   Yes. |
| 10:41:29 | 13 | Q.   Do you understand that to be correct? |
| 10:41:30 | 14 | A.   Apparently, yes. |
| 10:41:31 | 15 | Q.   Do you know who at Lucasfilm Pixar communicated |
| 10:41:35 | 16 | the written terms to? |
| 10:41:36 | 17 | A.   I do not know. |
| 10:41:38 | 18 | Q.   I take it it wasn't to you. |
| 10:41:40 | 19 | A.   No. |
| 10:41:41 | 20 | Q.   Now, it says, "Both firms communicated the |
| 10:41:43 | 21 | agreement to management and select employees with hiring |
| 10:41:47 | 22 | or recruiting responsibilities." |
| 10:41:48 | 23 | Do you see that? |
| 10:41:49 | 24 | A.   Yes. |
| 10:41:49 | 25 | Q.   Do you understand that to be true? |

KRAMM COURT REPORTING          *CONFIDENTIAL - Attorneys' Eyes Only*          Page: 69

| | | |
|---|---|---|
| 10:41:50 | 1 | A.   Yes. |
| 10:41:51 | 2 | Q.   Now, were you -- well, let me break it into |
| 10:42:10 | 3 | pieces.  Did you communicate the terms of the agreement |
| 10:42:17 | 4 | to anybody at Lucasfilm? |
| 10:42:21 | 5 | MR. PURCELL:  Objection.  No foundation; asked |
| 10:42:22 | 6 | and answered. |
| 10:42:22 | 7 | THE WITNESS:  No. |
| 10:42:25 | 8 | BY MR. SAVERI: |
| 10:42:25 | 9 | Q.   And did someone communicate it to you? |
| 10:42:29 | 10 | MR. PURCELL:  Same objections. |
| 10:42:30 | 11 | THE WITNESS:  No. |
| 10:42:30 | 12 | BY MR. SAVERI: |
| 10:42:31 | 13 | Q.   Now, it says here, "Twice in 2007 Pixar |
| 10:42:34 | 14 | complained to Lucasfilm about recruiting efforts |
| 10:42:34 | 15 | Lucasfilm had made." |
| 10:42:36 | 16 | Do you see that? |
| 10:42:37 | 17 | A.   Yes. |
| 10:42:37 | 18 | Q.   Do you understand that to be true? |
| 10:42:38 | 19 | A.   I don't know. |
| 10:42:39 | 20 | Q.   Now, do you -- in 2007 did anybody at Pixar |
| 10:42:48 | 21 | complain to you about recruiting efforts Lucasfilm had |
| 10:42:51 | 22 | made? |
| 10:42:52 | 23 | A.   Not that I can remember. |
| 10:42:57 | 24 | Q.   Do you know who the person or people are at |
| 10:43:06 | 25 | Lucasfilm to whom Pixar complained about recruiting |

| | | |
|---|---|---|
| 12:03:12 | 1 | Q.   Was this project completed on or about that |
| 12:03:15 | 2 | time? |
| 12:03:15 | 3 | A.   I can't remember. |
| 12:03:16 | 4 | Q.   And do you recall whether this -- well, whether |
| 12:03:21 | 5 | there was a series or -- do you recall whether there were |
| 12:03:24 | 6 | recommendations made by Ms. Maupin or Ms. Coker or a |
| 12:03:30 | 7 | group she was working with, with respect to Lucasfilm's |
| 12:03:33 | 8 | compensation from the end of 2006 to the beginning of |
| 12:03:35 | 9 | 2007? |
| 12:03:36 | 10 | A.   I can't remember. |
| 12:03:39 | 11 | Q.   Well, if you look at the bottom of the next |
| 12:03:43 | 12 | page, there is a bullet for market average base pay.  Do |
| 12:03:48 | 13 | you see that? |
| 12:03:49 | 14 | A.   Yes. |
| 12:03:49 | 15 | Q.   And then I think we talked about this, but just |
| 12:03:50 | 16 | let me make sure we're on the same page.  ███████████ |
| ████████ | | ██████████████████████████████████ |
| ████████ | | ████████████████ |
| 12:04:00 | 19 | A.   Yes. |
| 12:04:01 | 20 | Q.   And is that what you described to me earlier? |
| 12:04:03 | 21 | A.   Yes. |
| 12:04:04 | 22 | Q.   And this says, █████████████████████████████ |
| ████████ | | ███████████████████████████████████████ |
| ████████ | | ████████   You discussed that with me earlier too, |
| 12:04:16 | 25 | correct? |

| | | |
|---|---|---|
| 12:04:17 | 1 | A.   I discussed it in reference to selected |
| 12:04:21 | 2 | critical talent. |
| 12:04:22 | 3 | Q.   Okay. |
| 12:04:23 | 4 | A.   I'm not sure we talked about either of the |
| 12:04:24 | 5 | other. |
| 12:04:25 | 6 | Q.   Well, I guess maybe that's my question. |
| 12:04:27 | 7 | A.   Yeah. |
| 12:04:27 | 8 | Q.   Does this accurately describe what Lucasfilm's |
| 12:04:31 | 9 | goal was with respect to studio position, selected |
| 12:04:34 | 10 | critical talent, and senior manager? |
| 12:04:38 | 11 | MR. PURCELL:  Objection.  No foundation. |
| 12:04:39 | 12 | THE WITNESS:  I don't remember, but what I |
| 12:04:40 | 13 | remember is selected critical talent. |
| 12:04:47 | 14 | BY MR. SAVERI: |
| 12:04:47 | 15 | Q.   Now, were these goals or -- or -- or |
| 12:05:02 | 16 | calculations, ███████████████████████████ |
| ███████ | | ███████████████figures that you recall Lucasfilm employing |
| 12:05:16 | 18 | throughout the time that you were the president? |
| 12:05:18 | 19 | A.   Not throughout the time I was president, but |
| 12:05:22 | 20 | from time to time.  ████████████like I said to you, for |
| 12:05:26 | 21 | sure. |
| 12:05:27 | 22 | Q.   Okay. |
| 12:05:27 | 23 | A.   █████████████████████████████████████████ |
| 12:05:31 | 24 | Q.   Okay.  And I guess part of my question was |
| 12:05:33 | 25 | whether this -- ████████████████was instituted or |

| | |
|---|---|
| 12:05:37 | 1 |
| 12:05:40 | 2 |
| 12:05:43 | 3 |
| 12:05:45 | 4 |
| 12:05:53 | 5 |
| 12:05:54 | 6 |
| 12:05:56 | 7 |
| 12:05:59 | 8 |
| 12:06:03 | 9 |
| 12:06:08 | 10 |
| 12:06:09 | 11 |
| 12:06:09 | 12 |
| 12:06:10 | 13 |
| 12:06:13 | 14 |
| 12:06:14 | 15 |
| 12:06:15 | 16 |
| 12:06:18 | 17 |
| 12:06:22 | 18 |
| 12:06:26 | 19 |
| 12:06:29 | 20 |
| 12:06:29 | 21 |
| 12:06:32 | 22 |
| 12:06:33 | 23 |
| 12:06:36 | 24 |
| 12:06:41 | 25 |

recommended and adopted in 2006 or whether that was, in

fact, a policy that was in place prior to that.

    A.   I do not believe there was a policy in place

prior to that, but ▮▮▮▮▮▮was something that was common

practice, even when I got there.

    Q.   So -- just so I'm clear, was there a point in

time after this -- the date of this, which is late 2006,

where that ▮▮▮▮▮▮▮▮▮ -- I don't know if you call it a

benchmark or figure, was -- was adopted more as a goal at

Lucas --

    A.   I --

    Q.   -- or as a policy?

    A.   I wouldn't call it a policy.  I think it was a

practice or a process.

    Q.   Okay.

    A.   ▮▮▮▮▮▮, again, like I said, depending on

industry circumstance, sometimes was in the -- sometimes

it was ▮▮▮▮▮▮▮▮▮▮▮▮, and when the economic

conditions didn't need it, ▮▮▮▮▮▮▮▮▮▮▮▮▮

    Q.   Okay.

    A.   So that's what I mean.  It wasn't a policy,

because it moved around.

    Q.   So is it fair to say, though, that when the

economic conditions permitted it, Lucasfilm would not

shoot to compensate people ▮▮▮▮▮▮, but if they

| | | |
|---|---|---|
| 12:06:44 | 1 | could, ███████████. |
| 12:06:47 | 2 | A. Yes. |
| 12:06:47 | 3 | Q. Okay. This document was marked as Exhibit 360 |
| 12:07:24 | 4 | at Sharon Coker's deposition. Do you recognize this |
| 12:07:29 | 5 | document? |
| 12:07:31 | 6 | A. Not really. |
| 12:07:32 | 7 | Q. Okay. Now, the document is entitled -- well, |
| 12:07:38 | 8 | it looks like it is a printout of an Excel spreadsheet at |
| 12:07:42 | 9 | the top, and it's entitled, "2006 proposed salary |
| 12:07:45 | 10 | structure." Do you see that? |
| 12:07:46 | 11 | A. Yes. |
| 12:07:47 | 12 | Q. Now -- and it is dated, I guess, in the middle |
| 12:07:49 | 13 | of November 2005. Do you see that? |
| 12:07:51 | 14 | A. Yes. |
| 12:07:56 | 15 | Q. Now, let me ask you a couple of questions about |
| 12:07:58 | 16 | this document. Down the -- the -- well, in -- in |
| 12:08:00 | 17 | column A there is something called "Salary grade." Do |
| 12:08:04 | 18 | you see that? |
| 12:08:05 | 19 | A. Yes. |
| 12:08:05 | 20 | Q. What are -- what -- do you recognize those |
| 12:08:09 | 21 | numbers as salary grades that were used by Lucasfilm? |
| 12:08:13 | 22 | A. I don't recognize them. |
| 12:08:15 | 23 | Q. Well, did Lucasfilm at this time organize its |
| 12:08:18 | 24 | workforce in -- into or across 21 salary grades, to the |
| 12:08:23 | 25 | best of your recollection? |

| | | |
|---|---|---|
| 12:08:24 | 1 | A.   I don't remember. |
| 12:08:29 | 2 | Q.   Now, the next three columns are respectively |
| 12:08:37 | 3 | identified, minimum, midpoint, and maximum.  Do you see |
| 12:08:40 | 4 | that? |
| 12:08:41 | 5 | A.   Yes. |
| 12:08:41 | 6 | Q.   Ordinarily did Lucasfilm make those sorts of |
| 12:08:44 | 7 | calculations for salary grades in determining a salary |
| 12:08:48 | 8 | structure for the coming year, as a matter of practice? |
| 12:08:51 | 9 | A.   Not that I remember. |
| 12:08:53 | 10 | Q.   Okay. |
| 12:08:54 | 11 | A.   I just don't know. |
| 12:08:55 | 12 | Q.   Okay.  As part of your job as president of the |
| 12:09:00 | 13 | company, during this period of time, did you receive or |
| 12:09:06 | 14 | participate in making decisions on a recommendation of a |
| 12:09:09 | 15 | salary structure on an annual basis of this type? |
| 12:09:14 | 16 | A.   I can't remember. |
| 12:09:15 | 17 | Q.   One way or the other. |
| 12:09:16 | 18 | A.   Yeah.  I can't remember one way or the other. |
| 12:09:18 | 19 | Q.   So, for example, I think you testified earlier |
| 12:09:20 | 20 | today that the -- the board of directors, at least at a |
| 12:09:28 | 21 | very broad and high level, would approve a salary |
| 12:09:29 | 22 | structure for the coming year, correct? |
| 12:09:32 | 23 | A.   Well, they would approve a general performance, |
| 12:09:35 | 24 | you know, merit increase or performance bonus.  They |
| 12:09:38 | 25 | would never get into this kind of detail. |

| | | |
|---|---|---|
| 12:27:17 | 1 | compensation committee? |
| 12:27:18 | 2 | A.   No. |
| 12:27:28 | 3 | Q.   And then if you flip over to the tenth, the |
| 12:27:30 | 4 | next page, it says, "Currently Scheduled." |
| 12:27:35 | 5 | Do you see that? |
| 12:27:36 | 6 | A.   Uh-huh. |
| 12:27:36 | 7 | Q.   It says, "Board meetings scheduled on |
| 12:27:38 | 8 | April 3rd." |
| 12:27:39 | 9 | Do you see that? |
| 12:27:40 | 10 | A.   Yes. |
| 12:27:40 | 11 | Q.   Was that generally the time that the board of |
| 12:27:42 | 12 | directors approved this? |
| 12:27:44 | 13 | A.   Generally. |
| 12:27:45 | 14 | Q.   And then that would be the decision for the |
| 12:27:49 | 15 | coming year, correct? |
| 12:27:50 | 16 | A.   Well, the bonus for the previous year and the |
| 12:27:53 | 17 | merit increases for the coming year. |
| 12:27:54 | 18 | Q.   And when -- then when were the bonuses paid? |
| 12:27:57 | 19 | A.   I don't quite recall.  Like I said, everything |
| 12:28:00 | 20 | happened in the spring. |
| 12:28:01 | 21 | Q.   Okay.  Now, on page 13 of this, it describes |
| 12:28:18 | 22 | elements of cash compensation. |
| 12:28:19 | 23 | A.   Uh-huh. |
| 12:28:19 | 24 | Q.   You see that?  It says, "For most employees of |
| 12:28:21 | 25 | Lucasfilm, the elements of cash compensation will be base |

Deposition of Micheline Chau                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 12:28:24 | 1 | pay and annual bonus (short-term incentive) payments." |
| 12:28:28 | 2 | Do you see that? |
| 12:28:30 | 3 | A.   Uh-huh. |
| 12:28:30 | 4 | Q.   Is that accurate? |
| 12:28:31 | 5 | A.   Yes. |
| 12:28:31 | 6 | Q.   And then it says, "Benchmarking. ▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮ using compensation surveys |
| 12:28:40 | 9 | that are relevant to the specific job or job family." |
| 12:28:43 | 10 | And that's correct as well, correct? |
| 12:28:45 | 11 | A.   Yes. |
| 12:28:46 | 12 | Q.   And then, ▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮." |
| 12:28:56 | 16 | Do you see that? |
| 12:28:58 | 17 | A.   Correct. |
| 12:28:58 | 18 | Q.   That is also correct, right? |
| 12:28:59 | 19 | A.   Again, my understanding was it was very |
| 12:29:01 | 20 | specific technical positions. |
| 12:29:03 | 21 | Q.   But as a general matter this accurately |
| 12:29:05 | 22 | describes the company policy? |
| 12:29:06 | 23 | A.   Generally. |
| 12:29:07 | 24 | MR. PURCELL:  Objection.  Vague. |
| | 25 | // |

Deposition of Micheline Chau

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 12:29:09 | 1 | BY MR. SAVERI: |
| 12:29:09 | 2 |     Q.   Now, if you look over on the last page -- the |
| 12:29:13 | 3 | next page, excuse me, it talks about utilize surveys and |
| 12:29:16 | 4 | it talks about Radford, Croner, Mercer, and IPAS.  Does |
| 12:29:21 | 5 | that refresh your recollection that those are the surveys |
| 12:29:24 | 6 | that Lucasfilm used in -- as part of its review of its |
| 12:29:28 | 7 | compensation structure? |
| 12:29:30 | 8 |     A.   I don't remember.  I -- like I said, I remember |
| 12:29:33 | 9 | Radford. |
| 12:29:35 | 10 |     Q.   Okay. |
| 12:29:35 | 11 |     A.   But I don't remember the rest of them. |
| 12:29:38 | 12 |     Q.   You don't have any reason to believe this is |
| 12:29:40 | 13 | incorrect, do you? |
| 12:29:41 | 14 |     A.   No. |
| 12:29:41 | 15 |     Q.   There is a reference to industry specific |
| 12:29:44 | 16 | budgets.  Do you see that? |
| 12:29:45 | 17 |     A.   Yes. |
| 12:29:45 | 18 |     Q.   It says, "Studios and Gaming."  Do you know |
| 12:29:48 | 19 | what that is a reference to? |
| 12:29:49 | 20 |     A.   No. |
| 12:29:49 | 21 |     Q.   Then CPI, did -- did Lucasfilm look at the |
| 12:29:52 | 22 | Consumer Price Index in the Bay Area as part of its |
| 12:29:56 | 23 | consideration of -- |
| 12:29:58 | 24 |     A.   Yes. |
| 12:29:58 | 25 |     Q.   -- compensation? |

| | | |
|---|---|---|
| 14:08:57 | 1 | any of the people who are referred to in this email about |
| 14:09:00 | 2 | ████████ offer from Pixar? |
| 14:09:03 | 3 | A.   I don't recall. |
| 14:09:03 | 4 | Q.   Do you know if Lucasfilm countered that offer |
| 14:09:06 | 5 | pursuant to the agreement that's discussed here? |
| 14:09:08 | 6 | A.   I don't know. |
| 14:09:09 | 7 | Q.   Was it -- were you ever asked to approve a |
| 14:09:13 | 8 | counter offer to someone who worked at Lucasfilm who |
| 14:09:19 | 9 | received an offer from Pixar? |
| 14:09:22 | 10 | A.   I don't remember.  I don't think so. |
| 14:09:26 | 11 | Q.   Was that something that rose to your level of |
| 14:09:29 | 12 | authority, or was that something that organizationally |
| 14:09:31 | 13 | was handled within the HR department or somewhere else? |
| 14:09:35 | 14 | A.   It usually was handled within the business |
| 14:09:37 | 15 | unit. |
| 14:09:38 | 16 | Q.   Okay. |
| 14:09:38 | 17 | A.   Unless it was an extraordinary amount.  Then it |
| 14:09:42 | 18 | might have risen to my level. |
| 14:09:44 | 19 | Q.   Okay.  But suffice it to say, you don't recall |
| 14:09:47 | 20 | any situation where something rose to your level |
| 14:09:50 | 21 | regarding a counter offer to a Lucasfilm person who |
| 14:09:53 | 22 | received an offer from Pixar. |
| 14:09:55 | 23 | A.   I don't recall. |
| 14:09:56 | 24 | (Exhibit 954 was marked for identification.) |
| | 25 | // |

| | | |
|---|---|---|
| 14:09:56 | 1 | BY MR. SAVERI: |
| 14:09:57 | 2 | Q. Ms. Chau, I've handed you what has been marked |
| 14:10:58 | 3 | as Exhibit 954, which is a document with a Bates number |
| 14:11:02 | 4 | LUCAS00122500. Do you have that in front of you? |
| 14:11:08 | 5 | A. Yes. |
| 14:11:08 | 6 | Q. If you'll look at the top of the page, it |
| 14:11:13 | 7 | indicates it's from B.Z. Petroff, dated Friday, |
| 14:11:18 | 8 | December 1, 2006, to Gail Currey, yourself, and Steve |
| 14:11:21 | 9 | Condiotti. |
| 14:11:22 | 10 | Do you see that? |
| 14:11:23 | 11 | A. Yes. |
| 14:11:24 | 12 | Q. Did you receive this email from B.Z. Petroff on |
| 14:11:28 | 13 | or about this date? |
| 14:11:29 | 14 | A. I might have. I don't remember. |
| 14:11:32 | 15 | Q. Who or -- was B.Z. Petroff in December of 2006? |
| 14:11:40 | 16 | A. B.Z. was the head of recruiting. |
| 14:11:42 | 17 | Q. Okay. And is B.Z. a man or a woman? |
| 14:11:44 | 18 | A. A woman. |
| 14:11:47 | 19 | Q. And at this time what was Gail Currey's job? |
| 14:11:51 | 20 | A. I think Gail was still general manager of |
| 14:11:55 | 21 | Lucasfilm Animation. |
| 14:11:57 | 22 | Q. And was Mr. Condiotti CFO at this time? |
| 14:12:01 | 23 | A. I think he -- at that time he was the vice |
| 14:12:03 | 24 | president of finance. |
| 14:12:05 | 25 | Q. Okay. Now, the email exchange begins with an |

| | |
|---|---|
| 14:12:11 1 | email to you, Steve Condiotti, and B.Z. Petroff earlier |
| 14:12:16 2 | that day on December 1st. |
| 14:12:18 3 | Do you see that? |
| 14:12:19 4 | A.   Yes. |
| 14:12:19 5 | Q.   And Gail Currey says -- or writes, "We made an |
| 14:12:21 6 | offer to a beginning level R&D TD to replace ████ |
| ████ █ | ██████████████ ) and he has an offer from |
| 14:12:28 8 | Pixar, SONY North, Iceblink (Bob Zemeckis) and DD (Cliff |
| 14:12:33 9 | at work)...one little beginner..." |
| 14:12:36 10 | Do you see that? |
| 14:12:37 11 | A.   Yes. |
| 14:12:37 12 | Q.   And then Petroff writes back and says, "Wow, |
| 14:12:41 13 | it's a war out there." |
| 14:12:42 14 | Do you see that? |
| 14:12:42 15 | A.   Yes. |
| 14:12:44 16 | Q.   What did you understand her to mean when she |
| 14:12:47 17 | said, "it's a war out there"? |
| 14:12:50 18 | A.   That people are getting multiple offers. |
| 14:12:58 19 | Q.   And why -- why is that a war? |
| 14:13:01 20 | MR. PURCELL:  Objection.  No foundation; calls |
| 14:13:02 21 | for speculation. |
| 14:13:04 22 | THE WITNESS:  I don't have a clue how she -- |
| 14:13:05 23 | why she would say that. |
| 14:13:07 24 | BY MR. SAVERI: |
| 14:13:08 25 | Q.   Well, what -- with respect to your efforts to |

Deposition of Micheline Chau                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 14:13:11 | 1 | recruit and retain, what did the fact that applicants or |
| 14:13:16 | 2 | persons who worked for the company were receiving |
| 14:13:19 | 3 | multiple offers mean? |
| 14:13:24 | 4 | A.   I don't understand the question. |
| 14:13:26 | 5 | Q.   Well, did you feel like the fact that there |
| 14:13:29 | 6 | were companies out there making multiple offers put |
| 14:13:34 | 7 | pressure on Lucasfilm to raise its compensation in order |
| 14:13:39 | 8 | to recruit and retain talented people? |
| 14:13:42 | 9 | A.   Not necessarily. |
| 14:13:46 | 10 | Q.   Sometimes? |
| 14:13:47 | 11 | A.   Sometimes. |
| 14:13:56 | 12 | Q.   Well, do you understand the reference that |
| 14:14:00 | 13 | Ms. Petroff made to -- well, she writes, "Looks like 2007 |
| 14:14:06 | 14 | is going to be an R&D year." |
| 14:14:09 | 15 | Do you see that? |
| 14:14:10 | 16 | A.   Yes. |
| 14:14:10 | 17 | Q.   What did you understand her to mean? |
| 14:14:13 | 18 | A.   I think she thinks that it's going to be hard |
| 14:14:15 | 19 | to recruit R&D folks. |
| 14:14:18 | 20 | Q.   Because demand for -- from a number of |
| 14:14:21 | 21 | companies for people with those skillsets? |
| 14:14:23 | 22 | A.   Yes. |
| 14:14:27 | 23 | Q.   Did Lucasfilm have to raise its compensation in |
| 14:14:31 | 24 | order to recruit and retain R&D personnel as a result of |
| 14:14:37 | 25 | the competitive condition in the market at this time? |

Deposition of Micheline Chau                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 14:14:41 | 1 | A.    I don't remember specifically if it was at this |
| 14:14:44 | 2 | time.  But if you remember, we had a conversation about |
| 14:14:47 | 3 | ████████████████████████████████████. |
| 14:14:52 | 4 | Q.    Right. |
| 14:14:53 | 5 | A.    And certain specific skilled software engineers |
| 14:14:56 | 6 | at the very high end would probably have fallen in this |
| 14:15:00 | 7 | category. |
| 14:15:01 | 8 | Q.    Now, we've talked a few times today about the |
| 14:15:08 | 9 | fact that there were certain times when certain people -- |
| 14:15:13 | 10 | well, we've talked about how with respect to certain |
| 14:15:16 | 11 | times, certain people, that the target -- the median |
| 14:15:20 | 12 | target was ████████████████████████. |
| 14:15:23 | 13 | A.    Correct. |
| 14:15:25 | 14 | Q.    Were -- were you the person who would approve |
| 14:15:29 | 15 | that, that is the ███████████████████? |
| 14:15:33 | 16 | A.    I did not need to do that. |
| 14:15:35 | 17 | Q.    Okay.  Was that something that could be done, |
| 14:15:36 | 18 | at least in terms of the organization and process, by |
| 14:15:41 | 19 | people that reported to you? |
| 14:15:42 | 20 | A.    Yes. |
| 14:15:43 | 21 | Q.    Without your approval? |
| 14:15:43 | 22 | A.    Yes. |
| 14:15:44 | 23 | Q.    Did that include people like -- well, could |
| 14:15:48 | 24 | that have been decided by Sharon Coker, Jan Van der |
| 14:15:55 | 25 | Voort? |

Deposition of Micheline Chau                              In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 14:15:56 | 1 | A.    Yes. |
| 14:16:24 | 2 | Q.    I've handed you what has been marked as |
| 14:16:26 | 3 | Exhibit 353.  The top of the first page is an email from |
| 14:16:31 | 4 | Gail Currey to you, Mr. Condiotti, Sharon Coker, and |
| 14:16:34 | 5 | Michelle Maupin, dated December 5th, 2006. |
| 14:16:39 | 6 | Do you see that? |
| 14:16:39 | 7 | A.    Yes. |
| 14:16:47 | 8 | Q.    On the bottom of the document is an email from |
| 14:16:50 | 9 | someone named ███████████████████ regarding his |
| 14:16:57 | 10 | offer of a position at Sony Pictures. |
| 14:17:00 | 11 | Do you see that? |
| 14:17:00 | 12 | A.    Yes. |
| 14:17:07 | 13 | Q.    Did you receive this email from Gail Currey on |
| 14:17:10 | 14 | or about this date? |
| 14:17:11 | 15 | A.    I don't remember the email, but I must have. |
| 14:17:15 | 16 | Q.    She writes, "Another R&D TD." |
| 14:17:18 | 17 | Do you see that? |
| 14:17:19 | 18 | A.    Yes. |
| 14:17:20 | 19 | Q.    And is that a reference to -- does that |
| 14:17:26 | 20 | indicate to you that ██████████ was a -- was an R&D TD |
| 14:17:33 | 21 | who got an offer from another company? |
| 14:17:37 | 22 | A.    My -- my -- must have been. |
| 14:17:39 | 23 | Q.    And do you know -- what did you understand her |
| 14:17:44 | 24 | to mean when she wrote, "This is going to get very ugly"? |
| 14:17:49 | 25 | A.    I didn't understand anything.  I think -- |

| | | |
|---|---|---|
| 15:21:34 | 1 | Q.   Right. |
| 15:21:35 | 2 | A.   And, you know, high quality work, good working |
| 15:21:38 | 3 | environment, there are lots of other reasons why one |
| 15:21:42 | 4 | would want to work someplace, and I wasn't interested. |
| 15:21:45 | 5 | Q.   Okay. |
| 15:21:46 | 6 | A.   I was happy enough with what I had. |
| 15:21:48 | 7 | Q.   And I -- don't get me wrong.  I'm not trying to |
| 15:21:51 | 8 | say that those -- or ask -- ask you whether those were |
| 15:21:54 | 9 | not important, but as part of what -- when you were |
| 15:21:56 | 10 | thinking about your satisfaction with your job, did you |
| 15:21:59 | 11 | think -- did you consider compensation? |
| 15:22:02 | 12 | A.   Yes. |
| 15:22:03 | 13 | Q.   And did what -- when you thought about whether |
| 15:22:08 | 14 | that compensation was fair, did you think about what the |
| 15:22:12 | 15 | market was for someone with your skills and abilities? |
| 15:22:15 | 16 | A.   Yes. |
| 15:22:16 | 17 | Q.   Okay.  And when you thought about that, did |
| 15:22:19 | 18 | what other firms pay for that enter into your |
| 15:22:27 | 19 | consideration what was -- what you believe was fair for |
| 15:22:30 | 20 | the work you did for the company? |
| 15:22:32 | 21 | A.   Yes. |
| 15:22:32 | 22 | Q.   And so when you received information from other |
| 15:22:35 | 23 | sources about what your peers were compensated, did that |
| 15:22:40 | 24 | go into what you -- you were thinking about with respect |
| 15:22:44 | 25 | to the fairness of your compensation at Lucas? |

| | | |
|---|---|---|
| 15:22:47 | 1 | A.    Yes. |
| 15:22:48 | 2 | Q.    Okay.  Now, did the information you received |
| 15:22:58 | 3 | during the cold calls from time to time about what other |
| 15:23:01 | 4 | opportunities were and what others might pay for someone |
| 15:23:03 | 5 | with your -- your skillset inform your thinking in that |
| 15:23:07 | 6 | respect? |
| 15:23:08 | 7 | A.    Not really. |
| 15:23:10 | 8 | Q.    But to some degree? |
| 15:23:12 | 9 | A.    To a very, very minor degree. |
| 15:23:23 | 10 | Q.    Now, earlier today a few times we talked about |
| 15:23:25 | 11 | particular types of employees where from time to time the |
| 15:23:30 | 12 | kind of median compensation target was ██████████ |
| | 13 | ██████. |
| 15:23:36 | 14 | A.    Yes. |
| 15:23:36 | 15 | Q.    Can you give me a general sense about what -- |
| 15:23:39 | 16 | what -- what jobs those were?  We talked about, I think, |
| 15:23:43 | 17 | high-end software engineers; is that right? |
| 15:23:46 | 18 | A.    Yes. |
| 15:23:46 | 19 | Q.    Were there other types of employees that you |
| 15:23:48 | 20 | would put in that category by job title or job category? |
| 15:23:56 | 21 | A.    Visual effects supervisors, maybe.  Not a lot |
| 15:24:02 | 22 | of other folks. |
| 15:24:07 | 23 | Q.    Well, did Lucasfilm -- was Lucasfilm |
| 15:24:16 | 24 | particularly concerned that it might lose those employees |
| 15:24:21 | 25 | to other companies if -- if Lucasfilm didn't adjust the |

Deposition of Micheline Chau                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
15:24:25  1    compensation levels (██████████████████████?
15:24:30  2        A.   I don't -- I'm not sure the concern as much was
15:24:33  3    about losing as about attracting.
15:24:38  4        Q.   Okay.  So would you agree with me that when
15:24:41  5    setting compensation levels, one of the things that
15:24:44  6    Lucasfilm was considering was recruiting?
15:24:48  7        A.   Yes.
15:24:48  8        Q.   And another aspect of it was retention.
15:24:52  9        A.   Some aspect of it was retention.
15:24:54 10        Q.   But it is your belief that it was most
15:24:57 11    important with respect to the recruiting part of that.
15:25:01 12        A.   Generally, yes.
15:25:27 13        Q.   In your position as president, from time to
15:25:29 14    time did you receive word from your HR staff that
15:25:33 15    particular companies were making concerted efforts to
15:25:37 16    cold call -- to cold call Lucasfilm employees?
15:25:41 17        A.   From time to time, yes.
15:25:42 18        Q.   And one of them was IMD, right?
15:25:44 19        A.   Yes.
15:25:45 20        Q.   Were there others that you can recall?
15:25:50 21        A.   Well, it happens all the time.
15:25:52 22        Q.   Right.
15:25:53 23        A.   So there would be IMD, there would be sometimes
15:25:57 24    Sony down in L.A.  There would be, you know, sometimes
15:26:01 25    E.A.  So -- but it -- the nature of our industry is very
```

Deposition of Micheline Chau                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 15:26:08 | 1 | project driven.  So you would have these spikes, and then |
| 15:26:11 | 2 | you have dips and spikes and dips.  So there was always |
| 15:26:15 | 3 | somebody looking for our employees. |
| 15:26:43 | 4 |     Q.   Did -- did Lucasfilm sometimes raise its |
| 15:26:45 | 5 | compensation or compensation levels preemptively to stay |
| 15:26:50 | 6 | competitive in the market? |
| 15:26:54 | 7 |         MR. PURCELL:  Objection.  Vague. |
| 15:26:55 | 8 |         THE WITNESS:  I don't quite understand the |
| 15:26:56 | 9 | question. |
| 15:26:58 | 10 | BY MR. SAVERI: |
| 15:26:58 | 11 |     Q.   Well, you told me just -- just a minute ago |
| 15:27:04 | 12 | that there were -- that there were company -- that the |
| 15:27:12 | 13 | business was project driven and there were companies |
| 15:27:15 | 14 | frequently, if not regularly, calling in to Lucasfilm to |
| 15:27:20 | 15 | recruit Lucasfilm folks; is that fair? |
| 15:27:22 | 16 |     A.   Yes. |
| 15:27:22 | 17 |     Q.   Now, in response to that reality, did Lucasfilm |
| 15:27:32 | 18 | preemptively raise its salaries to prevent or discourage |
| 15:27:39 | 19 | employees from -- from -- from moving? |
| 15:27:45 | 20 |     A.   I can't recall. |
| 15:27:48 | 21 |     Q.   Well, do you recall any discussions at |
| 15:27:50 | 22 | Lucasfilm when setting compensation to -- in substance -- |
| 15:27:54 | 23 | in sum or substance, that we need to raise salaries |
| 15:27:57 | 24 | because other companies are always recruiting into our |
| 15:28:02 | 25 | company, and we need to retain those folks? |

| | | |
|---|---|---|
| 16:41:10 | 1 | I, Rosalie A. Kramm, Certified Shorthand |
| 16:41:10 | 2 | Reporter licensed in the State of California, License No. |
| 16:41:10 | 3 | 5469, hereby certify that the deponent was by me first |
| 16:41:10 | 4 | duly sworn and the foregoing testimony was reported by me |
| 16:41:10 | 5 | and was thereafter transcribed with computer-aided |
| 16:41:10 | 6 | transcription; that the foregoing is a full, complete, |
| 16:41:10 | 7 | and true record of said proceedings. |
| 16:41:10 | 8 | I further certify that I am not of counsel or |
| 16:41:10 | 9 | attorney for either of any of the parties in the |
| 16:41:10 | 10 | foregoing proceeding and caption named or in any way |
| 16:41:10 | 11 | interested in the outcome of the cause in said caption. |
| 16:41:10 | 12 | The dismantling, unsealing, or unbinding of the |
| 16:41:10 | 13 | original transcript will render the reporter's |
| 16:41:10 | 14 | certificates null and void. |
| 16:41:10 | 15 | In witness whereof, I have hereunto set my hand |
| 16:41:10 | 16 | this day:   March 2, 2013. |
| 16:41:10 | 17 | ___X___  Reading and Signing was requested. |
| 16:41:10 | 18 | _____  Reading and Signing was waived. |
| 16:41:10 | 19 | _____  Reading and signing was not requested. |
| 16:41:10 | 20 | |
| 16:41:10 | 21 | |
| 16:41:10 | 22 | ROSALIE A. KRAMM |
| 16:41:10 | 23 | CSR 5469, RPR, CRR |
| 16:41:10 | 24 | |
| | 25 | |