1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5    IN RE:  HIGH-TECH EMPLOYEE      )

6    ANTITRUST LITIGATION            )

7                                    )  No. 11-CV-2509-LHK

8    THIS DOCUMENT RELATES TO:       )

9    ALL ACTIONS.                    )

10   _____

11

12            VIDEO DEPOSITION OF LASZLO BOCK

13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14                  March 27, 2013

15

16        Reported by:  Anne Torreano, CSR No. 10520

17

18

19

20

21

22

23

24

25

| | |
|---|---|
| 10:54:13 1 | who contacted you? |
| 10:54:14 2 | A.   I do. |
| 10:54:14 3 | Q.   What is it? |
| 10:54:15 4 | A.   Egon Zender. |
| 10:54:16 5 | Q.   And who did you interview with at Google? |
| 10:54:22 6 | A.   I don't remember everyone I interviewed with, |
| 10:54:26 7 | but the list included Alan Eustace, Omid Kordestani, |
| 10:54:33 8 | Shona Brown, Jonathan Rosenberg, George Reyes.  Oh, and |
| 10:54:46 9 | members of what would eventually be my staff.  So Stacy |
| 10:54:49 10 | Sullivan, Judy Gilbert, Arnnon Geshuri, Liane Hornsey, |
| 10:54:55 11 | which was a phone interview, Sue Wuthrich. |
| 10:55:00 12 | There were others.  I don't recall who they |
| 10:55:01 13 | were. |
| 10:55:01 14 | Q.   Okay.  I'd like to ask you some questions |
| 10:55:26 15 | about Google's compensation system. |
| 10:55:29 16 | A.   Okay. |
| 10:55:33 17 | THE WITNESS:  Could I grab a little water? |
| 10:55:35 18 | MS. SHAVER:  Sure. |
| 10:55:35 19 | Why don't we go off the record for a few |
| 10:55:37 20 | minutes? |
| 10:55:37 21 | THE WITNESS:  Is that -- I just -- okay. |
| 10:55:40 22 | Thanks. |
| 10:55:40 23 | THE VIDEOGRAPHER:  We're off the record at |
| 10:55:41 24 | 10:54. |
| 10:56:43 25 | (RECESS TAKEN.) |

| | | |
|---|---|---|
| 11:04:25 | 1 | THE VIDEOGRAPHER:  We're back on the record at |
| 11:04:52 | 2 | 11:03. |
| 11:04:54 | 3 | BY MS. SHAVER: |

# Redacted

| | | |
|---|---|---|
| 11:05:09 | 8 | Q.   And do you recall approximately when that |
| 11:05:11 | 9 | happened? |
| 11:05:11 | 10 | A.   I don't.  It was sort of mid to lateish 2000s, |
| 11:05:15 | 11 | but I don't recall specifically when. |
| 11:05:16 | 12 | Q.   Okay.  And do you remember -- were you |
| 11:05:18 | 13 | involved in that decision? |
| 11:05:20 | 14 | A.   Yes. |

# Redacted

# Redacted

Deposition of Laszlo Bock                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

# Redacted

11:08:00   3        MS. SHAVER:  I'd like to mark this as an

11:08:03   4   exhibit.

11:08:03   5        (DEPOSITION EXHIBIT 2418 MARKED.)

11:08:03   6   BY MS. SHAVER:

11:08:03   7   Q.   This document is Bates-stamped

11:08:08   8   GOOG-HIGH-TECH-329873.

11:08:11   9        Mr. Bock, throughout the day I'm going to be

11:08:13  10   putting documents in front of you which are what we

11:08:16  11   call exhibits.

11:08:16  12   A.   Okay.

11:08:17  13   Q.   You are always welcome to read as much of the

11:08:20  14   exhibit as you like.  Frequently I will be asking you a

11:08:23  15   question about a specific part of it, and if so, I'll

11:08:25  16   point you to it.  But you can always say, "Hey, I'd

11:08:28  17   like more time to get the full context."

11:08:31  18        Okay?

11:08:31  19   A.   Okay.  Thank you.

11:08:33  20   Q.   So in this document I'm just interested in the

11:08:35  21   very first sentence where you -- well, first of all, do

11:08:37  22   you recognize this document?

11:08:38  23   A.   I don't remember this one specifically, but it

11:08:41  24   says it's from me, so I believe it's from me.

## Redacted

# Redacted

# Redacted

| | |
|---|---|
| 11:11:33 14 | A.   No, that's not correct. |
| 11:11:34 15 | MR. RUBIN:  Objection. |
| 11:11:35 16 | Give me one second. |
| 11:11:37 17 | THE WITNESS:  Oh, sorry. |
| 11:11:37 18 | MR. RUBIN:  Objection.  Form. |
| 11:11:39 19 | THE WITNESS:  No. |
| 11:11:40 20 | MR. RUBIN:  Now you can answer. |
| 11:11:41 21 | THE WITNESS:  That is not correct. |
| 11:11:43 22 | BY MS. SHAVER: |

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

Redacted

# Redacted

```
11:49:03  1   proved to be a very good idea for Google.

11:49:07  2           So yeah.

11:49:25  3   BY MS. SHAVER:
```

# Redacted

```
11:49:55  6           MS. SHAVER:  Can I have 39?

11:50:10  7           Please mark this as the next exhibit.

11:50:11  8           (DEPOSITION EXHIBIT 2422 MARKED.)

11:50:20  9   BY MS. SHAVER:

11:50:20 10      Q.   This document is Bates-stamped

11:50:25 11   GOOG-HIGH-TECH-328300.

11:50:29 12           Mr. Bock, do you recognize this document?

11:50:36 13      A.   I don't remember it, but, you know, it's an

11:50:44 14   e-mail that I'm on.
```

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

```
12:05:34 17          MS. SHAVER:  Let's take a break.

12:05:35 18          THE VIDEOGRAPHER:  We're going off record at

12:05:40 19   12:04.

12:05:43 20          (RECESS TAKEN.)

12:25:57 21          THE VIDEOGRAPHER:  We're back on the record at

12:26:24 22   12:25.  This is the beginning of video No. 2.

12:26:35 23          MS. SHAVER:  I'd like to mark the next

12:26:38 24   exhibit, please.

12:26:39 25          (DEPOSITION EXHIBIT 2423 MARKED.)
```

| | | |
|---|---|---|
| 12:26:48 | 1 | BY MS. SHAVER: |
| 12:26:48 | 2 | Q.   This exhibit is Bates-stamped |
| 12:26:51 | 3 | GOOG-HIGH-TECH-210276. |
| 12:26:56 | 4 | Mr. Bock, do you recognize this document? |
| 12:26:57 | 5 | A.   It's an e-mail that I'm on. |
| 12:27:01 | 6 | Q.   Okay.  If you'll look in the middle of the |
| 12:27:05 | 7 | page, it's an e-mail sent from you to Kent Walker, |
| 12:27:10 | 8 | David Drummond, Laszlo Bock, Shona Brown, Becky Bucich |
| 12:27:13 | 9 | on June 26th, 2008. |
| 12:27:16 | 10 | Do you see that? |
| 12:27:16 | 11 | A.   Mm-hmm. |

# Redacted

# Redacted

| | | |
|---|---|---|
| 12:34:54 | 1 | levels that we were talking about earlier.  We now have |
| 12:34:56 | 2 | the documents so ... |
| 12:34:58 | 3 | A.   Okay.  Good. |
| 12:34:59 | 4 | MS. SHAVER:  I'd like to introduce the next |
| 12:35:01 | 5 | exhibit, please. |
| 12:35:02 | 6 | (DEPOSITION EXHIBIT 2425 MARKED.) |
| 12:35:11 | 7 | MR. RUBIN:  Just to be clear, you weren't |
| 12:35:12 | 8 | suggesting I -- I didn't interpret it that way, but |
| 12:35:14 | 9 | just so it's clear in the transcript, you weren't |
| 12:35:16 | 10 | suggesting I didn't produce them before.  You just have |
| 12:35:18 | 11 | it today? |
| 12:35:19 | 12 | MS. SHAVER:  That's correct, yeah. |
| 12:35:20 | 13 | THE WITNESS:  You're not going to make me read |
| 12:35:22 | 14 | this whole thing; right? |
| 12:35:24 | 15 | MS. SHAVER:  I'm not. |
| 12:35:25 | 16 | THE WITNESS:  Okay. |
| 12:35:26 | 17 | BY MS. SHAVER: |

# Redacted

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

# Redacted

```
 1                    REPORTER'S CERTIFICATE

 2          I, Anne Torreano, Certified Shorthand

 3   Reporter licensed in the State of California, License

 4   No. 10520, hereby certify that the deponent was by me

 5   first duly sworn, and the foregoing testimony was

 6   reported by me and was thereafter transcribed with

 7   computer-aided transcription; that the foregoing is a

 8   full, complete, and true record of said proceedings.

 9          I further certify that I am not of counsel or

10   attorney for either or any of the parties in the

11   foregoing proceeding and caption named or in any way

12   interested in the outcome of the cause in said

13   caption.

14          The dismantling, unsealing, or unbinding of

15   the original transcript will render the reporter's

16   certificates null and void.

17          In witness whereof, I have subscribed my name

18   this 9th day of April, 2013.

19

20          [ ] Reading and Signing was requested.

21          [ ] Reading and Signing was waived.

22          [X] Reading and Signing was not requested.

23

24                      _____

25                      ANNE M. TORREANO, CSR No. 10520
```

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF
LASZLO BOCK, DATED MARCH 27, 2013**
*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 22:20 | Replace: "Degan" <br> With: "Deegan" | correction to transcript error |
| 27:11-12 | Replace: "Stacy and" <br> With: "Stacy who" | correction and clarification |
| 29:7 | Replace: "Degan" <br> With: "Deegan" | correction to transcript error |
| 34:25 | Replace: "executive office" <br> With: "executive offers" | correction and clarification |
| 36:5 | Replace: "recollection on" <br> With: "recollecting" | correction to transcript error |
| 50:10 | Replaced: "comp-out comps" <br> With: "comp outcomes" | correction to transcript error |
| 65:5 | Replace: "contemporaneous" <br> With: "contemporaneously" | correction to transcript error |
| 71:2 | Delete "So yeah" | correction and clarification |
| 75:1 | Replace: "Alan" <br> With: "Allan" | correction to transcript error |
| 75:10 | Replace: "manager" <br> With: "major" | correction to transcript error |
| 75:16 | Replace: "are" <br> With: "have" | correction and clarification |
| 88:23 | Replace: "what guidelines" | correction and clarification |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| | With: "the guidelines" | |
| 111:8 | Replace: "on the press"<br>With: "in the press" | correction to transcript error |
| 111:9-10 | Replace: "what else would they look at."<br>With: "what else would they look at?" | correction to transcript error |
| 141:10 | Replace: "has not"<br>With: "doesn't have" | correction and clarification |
| 148:5 | Replace: "get"<br>With: "got" | correction to transcript error |
| 156:20 | Insert "more" after "Certainly" | correction and clarification |

Subject to the above changes, I certify that the transcript is true and correct.

_____          5/6/13
Signature                                              Date

2