```
 1            UNITED STATES DISTRICT COURT

 2           NORTHERN DISTRICT OF CALIFORNIA

 3               SAN JOSE DIVISION

 4

 5   IN RE:  HIGH-TECH EMPLOYEE   )

 6   ANTITRUST LITIGATION         )

 7                                )   No. 11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:    )

 9   ALL ACTIONS.                 )

10   _____)

11

12      HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

13

14           VIDEO DEPOSITION OF ALAN EUSTACE

15

16                  FEBRUARY 27, 2013

17

18      Reported by:  Mary Ann Scanlan-Stone, CSR No. 8875,

19                    RPR, CCRR, CLR

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 10:28:48 | 1 | so... |
| 10:28:49 | 2 | Q.  Right. |
| 10:28:49 | 3 | Now, when you became a senior VP of |
| 10:28:52 | 4 | engineering, how did your duties change? |
| 10:28:55 | 5 | A.  Not at all.  That was a straight title change. |
| 10:29:02 | 6 | Q.  Once you were senior VP, all of the VPs |
| 10:29:05 | 7 | reported in to you? |
| 10:29:06 | 8 | A.  No, no.  Even when I was a VP, the VPs |
| 10:29:10 | 9 | reported in to me. |
| 10:29:11 | 10 | Actually mostly I -- when I first -- I was the |
| 10:29:13 | 11 | first -- besides Wayne Rosing, I was the first VP of |
| 10:29:16 | 12 | engineering at Google. |
| 10:29:17 | 13 | So after that, after he left, I was still a VP |
| 10:29:21 | 14 | of engineering.  At that point, I had mostly directors |
| 10:29:24 | 15 | of engineering reporting in to me but later on, I had |
| 10:29:27 | 16 | VPs of engineering reporting in to me even though I was |
| 10:29:30 | 17 | still a VP of engineering.  We weren't hung up on, you |
| 10:29:33 | 18 | know, the VPs can't report in to other VPs. |
| 10:29:36 | 19 | Q.  Did the headcount change by the time you were |
| 10:29:38 | 20 | a senior VP of engineering? |
| 10:29:40 | 21 | A.  The headcount went up.  Every year, headcount, |
| 10:29:44 | 22 | you know, went up dramatically.  Essentially for many |
| 10:29:48 | 23 | years, it doubled every year. |
| 10:29:50 | 24 | Q.  So if you could ballpark what your groups |
| 10:29:55 | 25 | looked like by the time you were senior VP? |

Deposition of Alan Eustace

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 10:29:59 | 1 | A.  I think the peak reporting that I ever had was |
| 10:30:02 | 2 | about 16,000 people. |
| 10:30:03 | 3 | Q.  That is a lot. |
| 10:30:06 | 4 | A.  That is a lot. |
| 10:30:08 | 5 | Q.  Is that when you were senior VP of |
| 10:30:09 | 6 | engineering? |
| 10:30:10 | 7 | A.  Yes.  That wasn't at the beginning when I was |
| 10:30:11 | 8 | a senior VP but right before the reorganization, I think |
| 10:30:15 | 9 | it was probably about 16,000, roughly half the company. |
| 10:30:21 | 10 | Q.  So that was in the 2008 era? |
| 10:30:24 | 11 | A.  Yeah -- well, no.  That was right before the |
| 10:30:26 | 12 | reorganization, which happened in 2011 so... |
| 10:30:29 | 13 | Q.  Okay. |
| 10:30:29 | 14 | A.  Yeah. |
| 10:30:29 | 15 | Q.  And that was when you were changed to senior |
| 10:30:32 | 16 | VP of knowledge? |
| 10:30:33 | 17 | A.  Yes. |
| 10:30:34 | 18 | Q.  Right before that? |
| 10:30:35 | 19 | A.  Right before that. |
| 10:30:36 | 20 | Q.  Okay, got it. |
| 10:30:37 | 21 | A.  It is a complicated picture. |

# Redacted

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

# Redacted

# Redacted

```
10:33:21 20          Q.  And now that you are senior VP of knowledge,

10:33:23 21   have your duties changed yet again?

10:33:27 22          A.  Oh, yeah.  That was a dramatic change.  That

10:33:30 23   was -- before, we were organized functionally where

10:33:32 24   engineering basically was in one large organization and

10:33:36 25   now we're organized by product areas and so each product
```

10:33:41  1    area has a different leader and has both product and

10:33:46  2    engineering underneath it.

10:33:48  3              It doesn't have horizontal functions like

10:33:52  4    sales and things like that.  It's not like GM style

10:33:55  5    role, but, yes, it changed, it changed dramatically.

10:33:59  6              Most of the company that I used to manage, I

10:34:01  7    no longer manage and Search and what Search is becoming

10:34:05  8    was underneath me.

10:34:06  9        Q.  Okay.

10:34:07 10        A.  I also as an anomaly had responsibility for

10:34:11 11    international offices, although many of the

10:34:15 12    international offices, now the heads reported directly

10:34:18 13    in to product areas, but nominally, I still have

10:34:21 14    responsibility for making sure that the health of our

10:34:23 15    international offices continued.

10:34:28 16        Q.  When you were first hired as VP of

10:34:30 17    engineering, to whom did you report?

10:34:33 18        A.  Wayne Rosing.

10:34:34 19        Q.  And who was Mr. Rosing's supervisor?

10:34:38 20        A.  Excuse me.  When I was hired as director of

10:34:40 21    engineering, is that what you said?

10:34:41 22        Q.  Yes.

10:34:43 23             MR. RUBIN:  I think it is Rosing, R-O-S-I-N-G.

10:34:47 24             MS. DERMODY:  Rosing.  Thank you.

10:34:48 25             MR. RUBIN:  Sure.

# Redacted

# Redacted

```
10:45:21  9        Q.  And in that same time period, that is when you

10:45:24 10    were VP or senior VP of engineering, was there a

10:45:28 11    compensation committee of the company?

10:45:32 12            MR. RUBIN:  Of the board you mean?

10:45:33 13            MS. DERMODY:  Of the company.

10:45:35 14            MR. RUBIN:  Oh, the company.

10:45:37 15            THE WITNESS:  There was a compensation

10:45:38 16    committee on the board.  I don't recall a compensation

10:45:41 17    committee other than the board.

10:45:43 18    BY MS. DERMODY:
```

# Redacted

```
10:46:08 25            Q.  In that same time period when you were VP or
```

| | | |
|---|---|---|
| 10:46:11 | 1 | senior VP of engineering, who was the leader or leaders |
| 10:46:14 | 2 | of that group? |
| 10:46:18 | 3 | A.  The leader right now is Frank, I don't |
| 10:46:20 | 4 | remember his last name, and there was somebody before |
| 10:46:21 | 5 | that that handled compensation and I'm sorry, I just |
| 10:46:26 | 6 | don't recall the name. |

# Redacted

# Redacted

# Redacted

| | | |
|---|---|---|
| 10:48:44 | 4 | In terms of the compensation committee of the |
| 10:48:48 | 5 | board, did you ever participate in those meetings? |
| 10:48:52 | 6 | A.  Not a single time. |
| 10:48:54 | 7 | Q.  Okay. |
| 10:48:54 | 8 | A.  As a matter of fact, I try to avoid board |
| 10:48:57 | 9 | meetings completely.  I was very successful for many |
| 10:49:00 | 10 | years. |
| 10:49:02 | 11 | Q.  Have you ever participated in any board |
| 10:49:05 | 12 | meeting where the issue of recruiting or the issue of |
| 10:49:08 | 13 | compensation was discussed? |
| 10:49:17 | 14 | A.  Any board meeting where -- I don't believe so. |
| 10:49:22 | 15 | Q.  Okay. |
| 10:49:24 | 16 | A.  I mean, we would have a conversation about |
| 10:49:28 | 17 | some area that we were going to get into, say, you know, |
| 10:49:33 | 18 | we really feel like we need more machine learning people |
| 10:49:36 | 19 | or, you know, this particular technology is really, you |
| 10:49:38 | 20 | know, dedicated to that. |
| 10:49:39 | 21 | And so in the course of that, I might say, you |
| 10:49:41 | 22 | know, this is an area that we're going to focus on, this |
| 10:49:44 | 23 | is an area we're going to recruit in but no recruiting |
| 10:49:48 | 24 | strategy, just letting them know areas of the company |
| 10:49:51 | 25 | that I felt we needed to invest in. |

13:57:22  1    do not call Intel.  It was part of my practice, not

13:57:25  2    because of something that the company had told me or

13:57:28  3    that Eric had told me but that the company didn't have

13:57:32  4    the right expertise.

13:57:37  5             They were building chips and we were building

13:57:40  6    systems and those two expertise actually have very

13:57:43  7    little intersection.  So this is kind of meaningless to

13:57:46  8    me from an engineering point of view.

13:57:48  9             I would never have asked about what the policy

13:57:51 10    is toward Intel because I would not have actively, you

13:57:55 11    know, tried to recruit executives from Intel.

13:57:59 12             MS. DERMODY:  Okay.

13:58:00 13        Q.  And in looking at this document, where there

13:58:03 14    is a reference to Google's commitment to terminate a

13:58:10 15    recruiter that calls into Intel, does that refresh your

13:58:13 16    recollection about any conversations you might have had

13:58:15 17    about the commitment that Google had to not let that

13:58:19 18    happen?

13:58:20 19             MR. RUBIN:  Objection.  Lacks foundation.

13:58:23 20             THE WITNESS:  I never knew about this policy.

13:59:31 21    BY MS. DERMODY:

13:59:32 22        Q.  Do you know if Google's commitment not to cold

13:59:37 23    call other companies was shared with the companies that

13:59:42 24    were the subject of that decision?

13:59:45 25             MR. RUBIN:  Objection.  Lacks foundation.

| | | |
|---|---|---|
| 13:59:49 | 1 | THE WITNESS:  I do not know. |
| 13:59:56 | 2 | MS. DERMODY:  Okay. |
| 13:59:56 | 3 | Q.  Do you know if Google's board of directors was |
| 13:59:58 | 4 | ever advised that Google had made a decision not to cold |
| 14:00:02 | 5 | call the employees of certain companies? |
| 14:00:11 | 6 | A.  I do not know. |
| 14:00:23 | 7 | Q.  Do you have an awareness of how compensation |
| 14:00:25 | 8 | was set at Google in the time period where you were a VP |
| 14:00:30 | 9 | and a senior VP in the company? |
| 14:00:33 | 10 | MR. RUBIN:  Objection.  Vague. |
| 14:00:36 | 11 | THE WITNESS:  I have -- you know, as the VP of |
| 14:00:39 | 12 | engineering, I know broadly how we -- how compensation |
| 14:00:45 | 13 | was set but I don't know the details. |
| 14:00:47 | 14 | MS. DERMODY:  Okay. |
| 14:00:48 | 15 | Q.  Let's start with engineering.  How was it set |
| 14:00:51 | 16 | there? |

# Redacted

# Redacted

# Redacted

# Redacted

14:07:33  1        Q.   Okay.

14:07:50  2             You said that Google has participated in

14:07:52  3   salary surveys, correct?

14:07:54  4        A.   I assume.   I don't know whether we just found

14:07:57  5   out information from other companies and didn't

14:07:59  6   participate ourselves or whether they participated.

14:08:03  7        Q.   Okay.   So you are not sure?

14:08:04  8        A.   No, I do not know.

14:08:06  9        Q.   Okay.

14:08:11 10        A.   I've had discussions about which companies are

14:08:13 11   in the salary survey and whether they're reflective of

14:08:16 12   the engineers that we have so I know there are some

14:08:19 13   surveys, but I didn't -- I have never seen a survey.

14:08:24 14        Q.   And I think you mentioned that Google makes

14:08:27 15   some attempt to ascertain salary structures or salary

14:08:31 16   levels at other competitors; is that right?

14:08:35 17             MR. RUBIN:   Objection.   Mischaracterizes prior

14:08:36 18   testimony.

14:08:38 19             THE WITNESS:   For you to do a salary

14:08:40 20   comparison, you have to match up titles, like a staff

14:08:43 21   engineer at Google is equivalent to what title at, I

14:08:48 22   don't know, Intel.

14:08:49 23             So for you to do that, you have to do that

14:08:53 24   matching, so they were involved in trying to understand

14:08:55 25   what the matching is.

# Redacted

# Redacted

# Redacted

# Redacted

```
15:45:35  1              THE WITNESS:  Yes.

15:45:36  2   BY  MS. DERMODY:
```

# Redacted

# Redacted

# Redacted

| | | |
|---|---|---|
| 15:49:15 | 12 | MS. DERMODY:  Can I have 626? |
| 15:49:35 | 13 | MR. HARVEY:  (Complies.) |
| 15:49:35 | 14 | BY  MS. DERMODY: |
| 15:49:36 | 15 | Q.  So I've passed you the document -- |
| 15:49:38 | 16 | A.  What perfect timing. |
| 15:49:41 | 17 | Q.  Sometimes you get it right. |
| 15:49:44 | 18 | -- marked as Plaintiff's Exhibit 626 |
| 15:49:48 | 19 | previously and this document appears to be an email from |
| 15:49:51 | 20 | you from October 14th, 2010 to Shona Brown. |
| 15:49:57 | 21 | Do you recognize this document? |
| 15:50:00 | 22 | A.  Yes. |
| 15:50:08 | 23 | Can I go ahead and read it? |
| 15:50:10 | 24 | Q.  Sure, yes. |
| 15:51:11 | 25 | A.  (Reviews document.) |

```
15:52:04  1            Okay.  I have completed it.  Thank you.

15:52:08  2         Q.  Sure.
```

# Redacted

15:39:20   1          I, Mary Ann Scanlan-Stone, Certified Shorthand

15:39:20   2   Reporter licensed in the State of California, License

15:39:20   3   No. 8875, hereby certify that the deponent was by me

15:39:20   4   first duly sworn and the foregoing testimony was

15:39:20   5   reported by me and was thereafter transcribed with

15:39:20   6   computer-aided transcription; that the foregoing is a

15:39:20   7   full, complete, and true record of said proceedings.

15:39:20   8          I further certify that I am not of counsel or

15:39:20   9   attorney for either of any of the parties in the

15:39:20  10   foregoing proceeding and caption named or in any way

15:39:20  11   interested in the outcome of the cause in said caption.

15:39:20  12          The dismantling, unsealing, or unbinding of

15:39:20  13   the original transcript will render the reporter's

15:39:20  14   certificates null and void.

15:39:20  15          In witness whereof, I have hereunto set my

15:39:20  16   hand this day: March 3, 2013.

15:39:20  17              _____ Reading and Signing was requested.

15:39:20  18              _____ Reading and Signing was waived.

15:39:20  19              ___X___ Reading and signing was not requested.

15:39:20  20

15:39:20  21                         _____

15:39:20  22                         MARY ANN SCANLAN-STONE

15:39:22  23                         CSR 8875, RPR, CCRR, CLR

          24

          25

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF**
**ALAN EUSTACE, DATED FEBRUARY 27, 2013**
*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| **Page:Line** | **Amendment** | **Reason for Amendment** |
|---|---|---|
| 12:7 | Replace: "I can recall"<br><br>With: "I can't recall" | correction to transcript error |
| 18:7 | Replace: "and steady state"<br><br>With: "and at its steady state" | correction to transcript error |
| 18:9 | Replace: "responsibilities to me"<br><br>With: "responsibilities for me" | correction to transcript error |
| 18:21 | Replace: "VP -- VP of engineering but I was a VP in engineering and reported to the VP of engineering"<br><br>With: "VP -- I was a VP in engineering and reported to the VP of engineering" | clarification |
| 20:10 | Replace: "needed done"<br><br>With: "needed to be done" | correction to transcript error |
| 22:6 | Replace: "tell me what I thought"<br><br>With: "tell him what I thought" | correction to transcript error |
| 22:7 | Replace: "merits of what other people were"<br><br>With: "merits of what other people were doing" | correction to transcript error |
| 27:12 | Replace: "reported"<br><br>With: "report" | correction to transcript error |
| 27:15 | Replace: "continued"<br><br>With: "continues" | correction to transcript error |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 29:2 | Replace: "it's is"<br><br>With: "it is" | correction to transcript error |
| 32:8 | Replace: "with"<br><br>With: "within" | correction to transcript error |
| 37:25-38:1 | Replace: "drift across different companies"<br><br>With: "drift across different groups" | correction to transcript error |
| 38:1 | Replace: "companies"<br><br>With: "groups" | correction to transcript error |
| 40:22 | Replace: "there have been"<br><br>With: "there may have been" | correction to transcript error |
| 64:3 | Replace: "There's's"<br><br>With: "There's" | correction to transcript error |
| 66:15 | Replace: "backup"<br><br>With: "backend" | correction to transcript error |
| 95:5 | Replace: "Those companies"<br><br>With: "Those people" | correction to transcript error |
| 133:16 | Replace: "what the correct bands would go"<br><br>With: "what the correct bands would be" | correction to transcript error |
| 139:5 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:9 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:14 | Replace: "two" | correction to transcript error |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| | With: "II" | |
| 142:6 | Replace: "I'm not even near."<br><br>With: "It's not very clear." | correction to transcript error |
| 154:12 | Delete: "but I think I really remember the stock grants" | correction to transcript error |
| 167:5 | Replace: "versions"<br><br>With: "inversions" | correction to transcript error |
| 178:2 | Delete: "Brand" | correction to transcript error |
| 180:3 | Replace: "cache"<br><br>With: "cachet" | correction to transcript error |
| 192:7 | Replace: "I changed"<br><br>With: "a change" | correction to transcript error |
| 194:9 | Replace: "Crous"<br><br>With: "Cos" | correction to transcript error |

Subject to the above changes, I certify that the transcript is true and correct.

_____          _____
Signature                                              Date