UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: HIGH-TECH EMPLOYEE    )

ANTITRUST LITIGATION         )

                                   ) No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:    )

ALL ACTIONS.                 )

_____ )

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF PATRICK FLYNN

Wednesday, April 3, 2013

Reported By:

KATHLEEN WILKINS, CSR #10068, RPR-RMR-CRR-CCRR-CLR

| | | |
|---|---|---|
| 02:31:35 | 1 | Q. And was -- were those companies referred |
| 02:31:39 | 2 | to as hands-off or -- sorry. Let me just ask that |
| 02:31:45 | 3 | question. |
| 02:31:46 | 4 | A. Sure. Sure. |
| 02:31:48 | 5 | I don't -- I don't recall if we labeled |
| 02:31:51 | 6 | those companies in any way other than don't call |
| 02:31:59 | 7 | in to these companies. |
| 02:32:05 | 8 | Q. Do you recall why a company was added or |
| 02:32:11 | 9 | removed from that list? |
| 02:32:14 | 10 | MR. RUBIN: Objection. Form. |
| 02:32:16 | 11 | THE WITNESS: I didn't see any additions |
| 02:32:18 | 12 | or -- or subtractions, you know, from the list. |
| 02:32:23 | 13 | BY MR. HARVEY: |
| 02:32:24 | 14 | Q. So -- I see. |
| 02:32:26 | 15 | Did you have any understanding of why |
| 02:32:28 | 16 | the companies that were on the list were on the |
| 02:32:30 | 17 | list? |
| 02:32:31 | 18 | A. I believe the one company that I |
| 02:32:34 | 19 | remember being on the list was NVIDIA, and that |
| 02:32:37 | 20 | was because, I believe, that they were -- and |
| 02:32:41 | 21 | still are, to my knowledge -- a key vendor to |
| 02:32:44 | 22 | Apple. |
| 02:32:45 | 23 | Q. Do you recall whether ATI was also on |
| 02:32:49 | 24 | that list? |
| 02:32:50 | 25 | A. ATI could have been on that list. |

```
02:32:52  1        Q.   Was ATI a key vendor for Apple?
02:32:55  2        A.   I -- I don't -- I don't know.  I don't
02:32:57  3   know.
02:33:04  4        Q.   Do you recall Google ever being on that
02:33:05  5   list?
02:33:06  6        A.   I don't ever recall Google being a
02:33:08  7   company that we couldn't cold call folks.
02:33:16  8        Q.   Okay.  Do you recall Adobe being a -- a
02:33:20  9   hands-off company or a do-not-cold-call company?
02:33:23 10        A.   I do recall Adobe being on the list.
02:33:26 11        Q.   Do you have any understanding of why
02:33:27 12   Adobe was on the list?
02:33:28 13        A.   I -- I don't.
02:33:29 14        Q.   Okay.
02:33:30 15        A.   I believe it was in regards to some
02:33:34 16   vendor relationship.
02:33:45 17        Q.   Do you have any understanding of who was
02:33:47 18   responsible for putting a company on that list?
02:33:55 19        A.   No, I don't.
02:33:57 20        Q.   Do you have any understanding that
02:33:59 21   Steve Jobs had a role in the companies that appear
02:34:03 22   on that list?
02:34:04 23             MR. RUBIN:  Objection.  Form.
02:34:06 24             THE WITNESS:  I'm -- I'm sure that Steve
02:34:08 25   had influence on that -- on that -- on that list.
```

| | | |
|---|---|---|
| 02:34:12 | 1 | BY MR. HARVEY: |
| 02:34:13 | 2 | Q.  And what leads you to be sure of that? |
| 02:34:16 | 3 | MR. RUBIN:  Objection.  Form. |
| 02:34:19 | 4 | THE WITNESS:  Steve connected with a lot |
| 02:34:20 | 5 | of people, and so I know that, you know, part of |
| 02:34:28 | 6 | Apple's success is having key partners.  So -- and |
| 02:34:32 | 7 | I believe he was, you know, pretty involved in, |
| 02:34:35 | 8 | you know, developing and building those |
| 02:34:37 | 9 | partnerships. |
| 02:34:38 | 10 | BY MR. HARVEY: |
| 02:34:40 | 11 | Q.  Do you believe that he was also involved |
| 02:34:42 | 12 | in -- well, strike that. |
| 02:34:57 | 13 | Do you have any understanding of whether |
| 02:34:59 | 14 | Danielle Lambert had any role with respect to the |
| 02:35:02 | 15 | companies that were on that list? |
| 02:35:04 | 16 | A.  I don't believe she did. |
| 02:35:05 | 17 | Q.  Okay.  What leads you to think that she |
| 02:35:09 | 18 | did not have a role? |
| 02:35:14 | 19 | A.  Well, her role was focused on -- on |
| 02:35:16 | 20 | execution.  And so I just don't think she was |
| 02:35:25 | 21 | privy to those discussions that -- you know, at |
| 02:35:28 | 22 | Steve's level with external folks. |
| 02:35:42 | 23 | Q.  Do you recall how this list was |
| 02:35:44 | 24 | maintained at Apple in the sense of how did you |
| 02:35:49 | 25 | know about it? |

| | | |
|---|---|---|
| 02:47:39 | 1 | A. I do. |
| 02:47:40 | 2 | Q. Do you have any understanding of who she |
| 02:47:42 | 3 | was at the time? |
| 02:47:43 | 4 | A. No, I don't. |
| 02:47:44 | 5 | Q. Okay. Do you see how she wrote to |
| 02:47:46 | 6 | Bruce Chizen and others at Adobe that Bruce and |
| 02:47:50 | 7 | Steve Jobs have an agreement that we are not to |
| 02:47:54 | 8 | solicit any Apple employees and vice versa? |
| 02:47:56 | 9 | A. I do see that. |
| 02:47:58 | 10 | Q. Does that refresh your recollection of |
| 02:48:00 | 11 | whether Apple's restriction with respect to Adobe |
| 02:48:03 | 12 | was reciprocated? |
| 02:48:06 | 13 | A. It does not, no. |
| 02:48:08 | 14 | Q. Okay. If we can talk about Google |
| 02:48:34 | 15 | briefly. And this concerns when you were still at |
| 02:48:37 | 16 | Apple. Do you recall when Google was first placed |
| 02:48:49 | 17 | on Apple's hands-off list? |
| 02:48:51 | 18 | A. I do not. |
| 02:48:52 | 19 | Q. Do you recall why Google was placed on |
| 02:48:54 | 20 | the list? |
| 02:48:58 | 21 | A. I don't, no. |
| 02:48:59 | 22 | Q. Okay. Are you familiar with an e-mail |
| 02:49:12 | 23 | list that was used at Apple in 2005 that read, |
| 02:49:16 | 24 | "U.S. recruiting all@group.apple.com"? |
| 02:49:22 | 25 | A. I don't specifically remember that, no. |

02:49:29  1    Q.   If you could take a look at what's been
02:49:32  2    previously marked as Plaintiffs' Exhibit 563.
02:49:42  3         And just let me know once you've had
02:49:44  4    chance to look at it.
02:49:47  5    A.   I'm finished.
02:49:52  6    Q.   Okay.  If you look in the "to" field,
02:49:54  7    there's that e-mail list that I just described to
02:49:56  8    you.  Does that refresh your recollection of what
02:49:59  9    this e-mail list was?
02:50:01 10    A.   Once again, I don't remember that
02:50:04 11    specific group, that title, but I would assume
02:50:07 12    that it's the whole Apple -- or US recruitment
02:50:14 13    team at Apple.
02:50:15 14    Q.   And that -- that included you, correct?
02:50:18 15    A.   At that time, yes.
02:50:19 16    Q.   So you received this e-mail from
02:50:21 17    Danielle Lambert on February 26th, 2005, correct?
02:50:26 18    A.   Yes.
02:50:27 19    Q.   Okay.  Here it says:
02:50:30 20         "Please add Google to your
02:50:32 21      hands-off list.  We recently agreed
02:50:36 22      not to recruit from one another, so
02:50:38 23      if you hear of any recruiting
02:50:39 24      they're doing against us, please be
02:50:42 25      sure to let me know.  Please also be

```
02:50:45  1         sure to honor our side of the deal."
02:50:47  2              At this time -- and apologies, I have to
02:50:50  3     go back and look at my notes -- were you directly
02:50:52  4     reporting to Ms. Lambert?
02:50:59  5         A.   At this time, I -- I don't believe I
02:51:00  6     was.
02:51:01  7         Q.   Okay.  So at this time she was the head
02:51:04  8     of HR at Apple?
02:51:06  9         A.   I think she was, yes.
02:51:10 10         Q.   Okay.  Does this refresh your
02:51:11 11     recollection of why Google was placed on Apple's
02:51:16 12     hands-off list?
02:51:18 13              MR. RUBIN:  Objection.  Form.
02:51:19 14              THE WITNESS:  I don't know why they were
02:51:20 15     on the list.
02:51:21 16     BY MR. HARVEY:
02:51:22 17         Q.   Does Ms. Lambert's e-mail suggest to you
02:51:25 18     that it was a result of an agreement with Google?
02:51:29 19              MR. RUBIN:  Objection.  Form.
02:51:35 20              THE WITNESS:  I don't know if there was
02:51:36 21     an agreement with Google.  Someone agreed to not,
02:51:39 22     you know, recruit from one another.  But I --
02:51:42 23     yeah.
02:51:42 24     BY MR. HARVEY:
02:51:42 25         Q.   Okay.
```

| | | |
|---|---|---|
| 02:51:43 | 1 | A. I don't know who -- who agreed to that |
| 02:51:45 | 2 | and why. |
| 02:51:48 | 3 | Q. Do you know who else, aside from Google, |
| 02:51:50 | 4 | would have been the other party to the agreement? |
| 02:51:52 | 5 | MR. RUBIN: Objection. Form. |
| 02:51:55 | 6 | THE WITNESS: I do not, no. |
| 02:51:57 | 7 | BY MR. HARVEY: |
| 02:51:57 | 8 | Q. Do you think it's likely that it was, in |
| 02:51:59 | 9 | fact, Google? |
| 02:51:59 | 10 | MR. RUBIN: Objection. Form. |
| 02:52:01 | 11 | THE WITNESS: I -- I do. |
| 02:52:02 | 12 | BY MR. HARVEY: |
| 02:52:03 | 13 | Q. Okay. You do think that it is likely |
| 02:52:05 | 14 | that it was Google? |
| 02:52:06 | 15 | MR. RUBIN: Objection. Form. |
| 02:52:07 | 16 | THE WITNESS: It appears to be Google. |
| 02:52:10 | 17 | BY MR. HARVEY: |
| 02:52:12 | 18 | Q. Okay. When -- when Ms. Lambert wrote, |
| 02:52:14 | 19 | "Please add Google to your hands-off list," did |
| 02:52:19 | 20 | you understand that to mean that -- that you |
| 02:52:23 | 21 | should communicate this to the -- the recruiters |
| 02:52:27 | 22 | you supervised? |
| 02:52:28 | 23 | A. Yes. |
| 02:52:28 | 24 | Q. Okay. And so this would have been |
| 02:52:31 | 25 | discussed at the weekly meetings you described |

```
02:52:33  1    earlier?
02:52:34  2         A.    Potentially, yes.
02:52:38  3         Q.    Okay.  Okay.  Oh, and at the end she
02:52:41  4    says, "Please also be sure to honor our side of
02:52:45  5    the deal."
02:52:48  6               Do you have an understanding of what
02:52:49  7    that meant in terms of what she expected you and
02:52:52  8    other Apple recruiters to do to honor's Apple side
02:52:57  9    of that deal?
02:52:57 10               MR. RUBIN:  Objection.  Form.
02:52:59 11               THE WITNESS:  I do know what she
02:53:01 12    expected.
02:53:02 13    BY MR. HARVEY:
02:53:02 14         Q.    And what did she expect?
02:53:04 15         A.    That we wouldn't cold call in to folks
02:53:09 16    at Google.
02:53:11 17         Q.    Okay.  Did you ever become aware while
02:53:26 18    you were at Apple of any instances in which Google
02:53:31 19    recruited from Apple and Apple took steps to
02:53:35 20    contact Google to try to enforce the agreement
02:53:37 21    that was reached?
02:53:39 22               MR. RUBIN:  Objection.  Form.
02:53:40 23               THE WITNESS:  I do not recall any of
02:53:41 24    those instances.
02:53:44 25    BY MR. HARVEY:
```

| | | |
|---|---|---|
| 02:53:44 | 1 | Q. Okay. I'm going to show you an e-mail |
| 02:53:46 | 2 | that has been previously introduced as Plaintiffs' |
| 02:53:51 | 3 | Exhibit 277 at Ms. Lambert's deposition. And if |
| 02:53:56 | 4 | you could please take a look at it and let me know |
| 02:54:00 | 5 | once you've had a chance to review it. |
| 02:54:02 | 6 | A. Sure. |
| 02:54:26 | 7 | I'm done. |
| 02:54:30 | 8 | Q. Do you recall hearing anything about |
| 02:54:32 | 9 | instances like this in which Steve Jobs would |
| 02:54:35 | 10 | reach out to -- to another company and say, "Stop |
| 02:54:40 | 11 | recruiting into Apple"? |
| 02:54:42 | 12 | A. I -- I don't know of Steve doing any |
| 02:54:45 | 13 | such things, no. |
| 02:54:48 | 14 | Q. Do you know of anyone else at Apple |
| 02:54:48 | 15 | doing such things? |
| 02:54:51 | 16 | A. I don't. |
| 02:54:51 | 17 | Q. Okay. Do you recall there being any |
| 02:55:12 | 18 | similar agreements with other companies aside from |
| 02:55:15 | 19 | Google in which -- in which Apple and the other |
| 02:55:19 | 20 | company agreed not to recruit from one another? |
| 02:55:21 | 21 | MR. RUBIN: Objection. Form. |
| 02:55:24 | 22 | THE WITNESS: As I mentioned earlier, we |
| 02:55:27 | 23 | could not recruit into Adobe -- or excuse me, |
| 02:55:34 | 24 | NVIDIA. I do recall Adobe being on the list. But |
| 02:55:44 | 25 | I -- the list wasn't a huge deal to my team |

03:51:21  1    recollection of anything you -- you asked
03:51:24  2    Ms. Raymond to do for you?
03:51:27  3        A.    It -- it -- it does not refresh my
03:51:28  4    recollection.
03:51:35  5        Q.    Does this look like the -- the
03:51:35  6    do-not-call list at Google that you were familiar
03:51:38  7    with?
03:51:46  8        A.    So I --
03:51:47  9              MR. HARVEY:  Excuse me.  Pardon me.
03:51:49 10              MR. RUBIN:  Bless you.
03:51:50 11              THE WITNESS:  I can't recall the whole
03:51:51 12    list.  There were some standout companies just due
03:51:56 13    to the size of the company.  But, I mean, this
03:51:59 14    does seem like a plausible list, from what I
03:52:03 15    recall.
03:52:03 16    BY MR. HARVEY:
03:52:04 17        Q.    Was Apple a standout company?
03:52:08 18        A.    It was.
03:52:10 19        Q.    And I think you said size was an issue
03:52:13 20    in terms of whether it was standout or not.
03:52:16 21              Would you use that as a way to describe
03:52:18 22    Apple in the sense of why Apple is standing out to
03:52:20 23    you?
03:52:21 24              MR. RUBIN:  Objection.  Form.
03:52:22 25              THE WITNESS:  No, I mean -- I believe

```
03:52:27  1   Apple was trying to develop, you know, a
03:52:31  2   relationship with Google and potentially vice
03:52:34  3   versa, so ...
03:52:36  4   BY MR. HARVEY:
03:52:37  5        Q.   And that's why Apple stood out to you?
03:52:42  6        A.   That could be a reason, just because
03:52:44  7   it's -- and it's a tech icon.
03:52:47  8        Q.   Mh-hmm.  Okay.  Would you say that --
03:52:49  9   that Intel was a big employer in the Valley?
03:52:55 10             MR. RUBIN:  Objection.  Form.
03:52:57 11             THE WITNESS:  Intel was one of the
03:52:58 12   largest employers.
03:52:59 13   BY MR. HARVEY:
03:53:01 14        Q.   Okay.  Okay.  Aside from the companies
03:53:07 15   listed, I'd like to direct your attention to the
03:53:09 16   kind of preface before where -- well, first, you
03:53:12 17   know, I think I forgot to ask you this:  Did you,
03:53:15 18   in fact, receive this from Tiffany Raymond on --
03:53:18 19   on Friday, September 21st, 2007?
03:53:21 20        A.   I -- I can't recall if I did.  It
03:53:25 21   appears as though that e-mail is addressed to me.
03:53:38 22        Q.   Okay.  She says:
03:53:41 23             "Here are the do not call
03:53:43 24        companies.  There are a bunch of
03:53:45 25        sensitive ones as well.  Do you want
```

```
03:53:47  1           me to include those as well?  There
03:53:50  2           isn't one doc with this info.  It is
03:53:53  3           embedded within a large Google PDF.
03:53:56  4           Let me know if you want this in a
03:53:58  5           Word doc or something."
03:53:59  6              And then here's what I'm going to ask
03:54:01  7   you about.  Where it starts:
03:54:03  8               "The following companies," and
03:54:06  9           then a parenthetical, "and by
03:54:08 10           association, their subsidiaries
03:54:11 11           listed in Appendix A," end parens,
03:54:14 12           "have special agreements with Google
03:54:16 13           and are part of the 'Do not call'
03:54:20 14           list."
03:54:20 15              Do you see all of that?
03:54:21 16      A.   I do.
03:54:23 17      Q.   Okay.  Is that the kind of language that
03:54:25 18   was used at Google to describe the do-not-call
03:54:26 19   list, specifically, you know, companies that have
03:54:31 20   special agreements with Google?
03:54:33 21              MR. RUBIN:  Objection.  Form.
03:54:35 22              THE WITNESS:  I don't know how a company
03:54:37 23   got on the list, you know, the -- you know, kind
03:54:42 24   of the genesis of those discussions or the
03:54:45 25   process.  So I really can't answer that.
```

| | | |
|---|---|---|
| 03:57:41 | 1 | Q.  And then dropping down to where it |
| 03:57:45 | 2 | starts talking about the do-not-call list, it has |
| 03:57:47 | 3 | that same language that -- that Ms. Raymond quoted |
| 03:57:54 | 4 | in her earlier e-mail, correct? |
| 03:57:57 | 5 | A.  This e-mail right here? |
| 03:57:59 | 6 | Q.  Yeah. |
| 03:58:00 | 7 | And -- and specifically the sentence |
| 03:58:02 | 8 | that says, "The following companies" through "do |
| 03:58:06 | 9 | not cold call list." |
| 03:58:09 | 10 | A.  It does appear to be the same. |
| 03:58:12 | 11 | Q.  Okay.  Could you please read through the |
| 03:58:18 | 12 | three -- and if you already have, you can just |
| 03:58:21 | 13 | tell me -- the three elements of the -- of the |
| 03:58:25 | 14 | do-not-call-list protocol that -- let's see.  I |
| 03:58:29 | 15 | guess it starts with four and then goes through |
| 03:58:32 | 16 | six. |
| 03:58:33 | 17 | A.  Yes, I've read it. |
| 03:58:34 | 18 | Q.  Okay.  Does that comport with your |
| 03:58:36 | 19 | understanding of how Google abided by or followed |
| 03:58:41 | 20 | the -- the other protocol as described here? |
| 03:58:45 | 21 | A.  It does. |
| 03:58:45 | 22 | MR. RUBIN:  Objection.  Objection. |
| 03:58:46 | 23 | Form. |
| 03:58:47 | 24 | BY MR. HARVEY: |
| 03:58:48 | 25 | Q.  Okay.  And is this the same way, in your |

| | | |
|---|---|---|
| 03:58:56 | 1 | experience, that Apple's hands-off list worked? |
| 03:58:59 | 2 | MR. RUBIN: Objection. Form. |
| 03:59:04 | 3 | THE WITNESS: I don't recall the |
| 03:59:05 | 4 | specific -- if there was a specific procedure at |
| 03:59:09 | 5 | Apple. I do know that if someone came to Apple |
| 03:59:20 | 6 | and was interested in working at Apple, it was |
| 03:59:24 | 7 | not -- not an issue if they were on the |
| 03:59:25 | 8 | do-not-call list. |
| 03:59:27 | 9 | BY MR. HARVEY: |
| 03:59:27 | 10 | Q. And does that sound like Number 5 to |
| 03:59:29 | 11 | you? |
| 03:59:30 | 12 | MR. RUBIN: Objection. Form. |
| 03:59:31 | 13 | BY MR. HARVEY: |
| 03:59:31 | 14 | Q. I'm sorry. Number 6? |
| 03:59:33 | 15 | MR. RUBIN: Same objection. |
| 03:59:40 | 16 | THE WITNESS: I don't know if they were |
| 03:59:41 | 17 | worded the same. But from a procedural |
| 03:59:44 | 18 | standpoint, I do recall it being the same. |
| 03:59:47 | 19 | BY MR. HARVEY: |
| 03:59:49 | 20 | Q. Okay. And then in terms of the -- the |
| 03:59:52 | 21 | first part, not to directly cold call in to the |
| 03:59:55 | 22 | companies on that list, is that the same way you |
| 03:59:58 | 23 | understood Apple's hands-off list to work? |
| 04:00:01 | 24 | MR. RUBIN: Objection. Form. |
| 04:00:05 | 25 | THE WITNESS: In theory, it was very |

| | | |
|---|---|---|
| 04:00:06 | 1 | similar, where we wouldn't cold call companies |
| 04:00:09 | 2 | that -- you know, that I was instructed not to at |
| 04:00:16 | 3 | Apple. |
| 04:00:16 | 4 | BY MR. HARVEY: |
| 04:00:17 | 5 | Q.   Mh-hmm.  Okay.  And then here in this |
| 04:00:21 | 6 | document, it's pretty specific in that it states |
| 04:00:24 | 7 | that the -- these rules also apply to the |
| 04:00:29 | 8 | subsidiaries of the companies on the list. |
| 04:00:32 | 9 | Do you see that? |
| 04:00:37 | 10 | A.   I do see that. |
| 04:00:38 | 11 | Q.   And then I won't ask you anything |
| 04:00:41 | 12 | specifically, but I'll just ask you in general, |
| 04:00:42 | 13 | that throughout the attachment, the document lists |
| 04:00:47 | 14 | various companies that are subsidiaries of |
| 04:00:48 | 15 | different companies on the list to identify which |
| 04:00:50 | 16 | ones those are. |
| 04:00:52 | 17 | Do you see that? |
| 04:00:52 | 18 | A.   I see the list. |
| 04:00:55 | 19 | Q.   Okay.  Do you know whether Apple had the |
| 04:00:57 | 20 | same approach in that once a company was on the |
| 04:01:01 | 21 | hands-off list, all of its subsidiaries were also |
| 04:01:05 | 22 | hands off? |
| 04:01:08 | 23 | A.   I'm pretty sure that was the case. |
| 04:01:12 | 24 | Q.   Okay.  Okay.  You can put that aside. |
| 04:01:15 | 25 | Thank you. |

| | | |
|---|---|---|
| 04:01:16 | 1 | Okay. Do you have any recollection of |
| 04:01:45 | 2 | what the consequences potentially were to a |
| 04:01:50 | 3 | recruiter at Google who failed to follow the rules |
| 04:01:54 | 4 | set out in the document we just went through? |
| 04:01:57 | 5 | MR. RUBIN: Objection. Form. |
| 04:01:59 | 6 | THE WITNESS: I -- I -- I don't recall |
| 04:02:01 | 7 | any consequences being discussed, if they failed |
| 04:02:07 | 8 | to abide by the do-not-call-list protocol. |
| 04:02:11 | 9 | BY MR. HARVEY: |
| 04:02:11 | 10 | Q. Do you recall any instances in which |
| 04:02:15 | 11 | someone at Google was punished for failing to |
| 04:02:18 | 12 | follow the do-not-call list? |
| 04:02:20 | 13 | A. I heard that someone was terminated for |
| 04:02:23 | 14 | it. |
| 04:02:26 | 15 | Q. And when did you first hear about that |
| 04:02:30 | 16 | termination? |
| 04:02:31 | 17 | A. I don't recall. |
| 04:02:38 | 18 | Q. And do you recall anything else about |
| 04:02:41 | 19 | that -- that recruiter, about, you know, the |
| 04:02:46 | 20 | circumstances that gave rise to her termination? |
| 04:02:50 | 21 | A. I believe it was in regards to not |
| 04:02:51 | 22 | abiding by the protocol. |
| 04:02:57 | 23 | Q. Do you know the way in which that |
| 04:02:59 | 24 | recruiter failed to follow the protocol, I mean, |
| 04:03:03 | 25 | kind of how she violated it? |

Deposition of Patrick Flynn                In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 04:03:05 | 1 | A. From what I understand, she made a cold |
| 04:03:08 | 2 | call -- excuse me -- in to Apple. |
| 04:03:17 | 3 | Q. Do you know whether that was sort of |
| 04:03:21 | 4 | generally known to recruiters at Google and that |
| 04:03:24 | 5 | someone got fired for failing to follow the |
| 04:03:29 | 6 | protocol? |
| 04:03:30 | 7 | MR. RUBIN: Objection. Form. |
| 04:03:32 | 8 | THE WITNESS: I -- I don't know if that |
| 04:03:32 | 9 | was generally known. The Google recruiting team |
| 04:03:35 | 10 | was huge, and there was a lot of turnover. So it |
| 04:03:38 | 11 | was -- it was -- I know it was tough for them to |
| 04:03:43 | 12 | keep, you know, the flow of information |
| 04:03:47 | 13 | consistent. |
| 04:03:50 | 14 | BY MR. HARVEY: |
| 04:03:50 | 15 | Q. Do you recall whether you told any of |
| 04:03:52 | 16 | the recruiters you supervised to be careful to |
| 04:03:55 | 17 | follow the protocol because there might be |
| 04:03:57 | 18 | consequences if you don't? |
| 04:03:59 | 19 | A. I don't recall myself saying that |
| 04:04:03 | 20 | there -- there will be consequences. I do know as |
| 04:04:08 | 21 | part of my job that I'm pretty confident that I |
| 04:04:11 | 22 | instructed them to not proactively or cold call |
| 04:04:15 | 23 | folks on that list. |
| 04:04:18 | 24 | Q. Do you recall anyone else sending that |
| 04:04:20 | 25 | message to the recruiters? In other words, if you |

1    I, Kathleen A. Wilkins, Certified
2    Shorthand Reporter licensed in the State of
3    California, License No. 10068, hereby certify that
4    the deponent was by me first duly sworn and the
5    foregoing testimony was reported by me and was
6    thereafter transcribed with computer-aided
7    transcription; that the foregoing is a full,
8    complete and true record of said proceedings.
9         I further certify that I am not of
10   counsel or attorney for either of any of the
11   parties in the foregoing proceeding and caption
12   named or in any way interested in the outcome of
13   the cause in said caption.
14        The dismantling, unsealing, or unbinding
15   of the original transcript will render the
16   reporter's Certificates null and void.
17        In witness whereof, I have hereunto set
18   my hand this day:  April 4, 2013.
19   _____ Reading and Signing was requested.
20   _____ Reading and Signing was waived.
21   ___X___ Reading and signing was not requested.
22   _____
23   KATHLEEN A. WILKINS
24   CSR 10068, RPR-RMR-CRR-CCRR-CLR
25