# EXHIBIT 186

| | |
|---|---|
| From: Amnon Geshuri | Sent: 2/11/2008 6:07 AM |
| To: [ - ] Alan Eustace | |
| Cc: [ - ] Andy Rubin | |
| Bcc: [ - ] | |
| Subject: Re: Candidate | |

Apple is on our Do Not Call list which basically means we cannot proactively go after anyone from the company. We are not allowed to call, email, or network directly into Apple to find passive candidates.

However, we can still pursue folks who apply directly to us, send in their resume via a friend or colleague, or apply via our job postings. Basically, the candidate has to actively pursue us and take the first step.


On Feb 10, 2008 8:59 PM, Alan Eustace <eustace@google.com> wrote:


Amnon,

What is the policy toward recruiting from Apple?

Alan

---------- Forwarded message ----------
From: Andy Rubin <arubin@google.com>
Date: Feb 2, 2008 9:57 AM
Subject: Candidate
To: Alan Eustace <eustace@google.com>

Alan,

I want to move aggressively on this candidate (resume enclosed). Do you know if we have a policy with Apple regarding hiring?

This is a referral from someone on my team.

- andy

CONFIDENTIAL ATTORNEYS EYES ONLY

EXHIBIT 186
WIT. Gerushi
DATE 8-17-12
KRAMM COURT REPORTING

GOOG-HIGH TECH-00008964