GZJ KDKV'779"

| | |
|---|---|
| **From:** | Shona Brown <shona@google.com> on behalf of Shona Brown |
| **Sent:** | Monday, February 14, 2005 4:29 AM |
| **To:** | Sergey Brin; Emg@Google. Com; Joan Braddi |
| **Subject:** | RE: irate call from steve jobs |

I will look into recruiting from Apple and safari team in particular and get to folks.
slb

**From:** Sergey Brin [mailto:sergey@google.com]
**Sent:** Sunday, February 13, 2005 1:06 AM
**To:** Emg@Google. Com; Joan Braddi
**Subject:** irate call from steve jobs

so i got a call from steve jobs today who was very agitated.
it was about us recruiting from the safari team.
he was sure we were building a browser and were trying to get the safari team.
he made various veiled threats too though i am not inclined to hold them against him too much
as he seemed beside himself (as eric would say).

anyhow, i told him we were not building a browser and that to my knowledge we were not systematically
going after the safari team in particular. and that we should talk about various opportunities.
i also said i would follow up and check on our recruiting strategies wrt apple and safari.  he seemed soothed.

so i just wanted to check what our status was in various respects and what we want to do about partners/friendly
companies and recruiting.  on the browser, i know and told him that we have mozilla people working here ...
largely on firefox.  i did not mention we may release an enhanced version but i am not sure we are going to yet.
on recruiting i have heard recently of one candidate out of apple that had browser expertise so i guess he would
be on safari.  i mentioned this to steve and he told me he was cool with us hiring anyone who came to us but was
angry about systematic solicitation.  i don't know if there is some systematic safari recruiting effort htat we have.

so please update me on what you know here and on what you think we should have as policy.
on another note, it seems silly to have both firefox and safari.  perhaps there is some unificaiton strategy that we can get
these two to pursue.  combined, they certainly have enough marketshare to drive webmasters.

--sergey

CONFIDENTIAL ATTORNEY'S EYES ONLY



PLAINTIFF'S
EXHIBIT
557
S. Brown

GOOG-HIGH-TECH-00293087