# EXHIBIT 648

**From:** Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill
**Sent:** Saturday, April 08, 2006 12:40 AM
**To:** Jeff Huber; Campbell, Bill
**Cc:** Alan Eustace
**Subject:** RE: FW: Offer

Jeff

I am seeing him on Sunday....

Bill

-----Original Message-----
**From:** Jeff Huber [mailto:jhuber@google.com]
**Sent:** Friday, April 07, 2006 5:35 PM
**To:** Bill Campbell
**Cc:** Alan Eustace
**Subject:** Fwd: FW: Offer

Bill,

Just wanted to close the loop with you... Were you able to connect with Steve Jobs on Jean-Marie Hullot?

Thanks,

-Jeff


---------- Forwarded message ----------
From: **Kim Sterling** <ksterling@google.com>
Date: Apr 7, 2006 4:51 PM
Subject: FW: Offer
To: Jeff Huber <jhuber@google.com>

Jeff

Any word from Bill Campbell? I'm getting a bit worried about the chance of losing the rest of the team.

Kim

-----Original Message-----
From: Jean-Marie Hullot [mailto: jmhullot@gmail.com]
Sent: Wednesday, April 05, 2006 2:17 PM
To: Alan Eustace
Cc: Kim Sterling; Jean-Marie Hullot
Subject: Re: Offer

Alan,



CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00265514

648.1

I was not expecting this last step to be the easiest one... Let see how it goes with Bill Campbell's help.

I'll continue to take advantage of this interim period to do things one never gets time to do when working! During the next 2 weeks (spring school break in France) I'll be away with my wife and 2 kids trekking in the Himalayas. Once again unlikely to get connected to my email or cell phone on a regular basis.

If there is a positive outcome with Steve during this period - which I hope! - I suggest you send offers to the other guys as soon as you can without waiting for me to be back. It has already been a really long stretch from them between 2 employments and I fear we will start to lose some soon. Let me know by email as well as soon as you know, I might be able to connect to the Internet.

I'll leave tomorrow thursday and will be back in Paris on April 22nd.

Jean-Marie


On Apr 5, 2006, at 12:29 PM, Alan Eustace wrote:

> Jean-Marie,
>
> Steve didn't respond to my email, but Bill Campbell promised to call
> him and verify that we are OK. He's on the board at Apple and Google,
> so Steve will probably return his call :-) I'm on my way to India
> right now. This message is brought to you courtesy of wireless
> internet access on my flight. Now that is progress :-)
>
> Alan
>
> On 4/4/06, Kim Sterling <ksterling@google.com> wrote:
>>
>> Jean-Marie
>>
>> Steve has not responded to Alan's calls. We are trying another
>> approach and hopefully we'll be successful. I'll keep you posted.
>>
>> -Kim
>>
>> _____
>>
>> From: Jean-Marie Hullot [mailto:jmhullot@gmail.com]
>> Sent: Tuesday, April 04, 2006 2:22 PM
>> To: Kim Sterling; Alan Eustace
>> Subject: Re: Offer
>>
>>
>> Alan, Kim,
>>

2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00265515

648.2

>>
>> Any update on Steve's reaction?
>>
>>
>> Thanks,
>>
>>
>> Jean-Marie
>>

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00265516

648.3