# EXHIBIT 651

| | |
|---|---|
| From: | Arnnon Geshuri <arnnon@google.com> on behalf of Arnnon Geshuri |
| Sent: | Friday, May 05, 2006 11:47 AM |
| To: | Eric Schmidt; Shona Brown; Arnnon Geshuri |
| Subject: | Re: recruiting |

I will investigate and provide a report on this situation.

-----Original Message-----
From: Eric Schmidt <eschmidt@google.com>
To: Shona Brown <shona@google.com>; Arnnon Geshuri <arnnon@google.com>
Sent: Thu May 04 15:19:08 2006
Subject: FW: recruiting

can you review? I thought Intel was on our "no hire" list.. Eric

---

From: Otellini, Paul [mailto:paul.otellini@intel.com]
Sent: Thursday, May 04, 2006 4:54 PM
To: Eric Schmidt
Subject: recruiting

Hi Eric,

Sorry to bother you again on this topic, but my guys are very troubled by Google continuing to recruit our key players.

Most recently, two very senior software employees have received an offer for Google that is "one million dollars" in cash and restricted shares. They claim that they have turned Google down 2-3 times, and that they were told the offers will remain in place should they change their minds... The offers are for Mountain View. They claim the recruiting was unsolicited..

Can you pls reinforce the no recruiting agreement? I would appreciate it. Thanks, paul

1

CONFIDENTIAL ATTORNEY'S EYES ONLY



PLAINTIFF'S EXHIBIT
651
Canbell

GOOG-HIGH-TECH-00058868