# GZJ KDKV'875.

**From:** Alan Eustace <eustace@google.com> on behalf of Alan Eustace
**Sent:** Tuesday, May 23, 2006 5:11 PM
**To:** Larry Page; sergey@google.com; Campbell, Bill
**Subject:** Fwd: Jean-Marie Hullot

FYI.

Alan

---------- Forwarded message ----------
From: Alan Eustace <eustace@google.com>
Date: May 23, 2006 10:10 AM
Subject: Re: Jean-Marie Hullot
To: Steve Jobs <sjobs@apple.com>

Steve,

Based on your strong preference that we not hire the ex-Apple engineers, Jean-Marie and I decided not to open a Google Paris engineering center. I appreciate your input into this decision, and your continued support of the Google/Apple partnership.

Alan

On 4/26/06, Steve Jobs <sjobs@apple.com> wrote:
>
> Alan,
>
> We'd strongly prefer that you not hire these guys.
>
> Steve
>
>
>
>
> On Apr 25, 2006, at 4:57 PM, Alan Eustace wrote:
> Steve,
>
> Jean-Marie would like to hire 4 people that used to work for him at
> Apple in Paris. Three left in Apple in December, and one gave notice
> in December, but was encouraged to complete his current assignment,
> which he agreed to do.
>
> Jean-Marie did not believe that you would object to his hiring these
> specific people, as long as we don't hire anyone else from Apple in
> Paris, but I wanted to confirm this with you, before I open the
> office, or any of these people start.

1

CONFIDENTIAL ATTORNEY'S EYES ONLY


PLAINTIFF'S EXHIBIT
653
Campbell

GOOG-HIGH-TECH-00058495
653.1

```
>
> Are you OK with this? If not, I'm willing to cancel the entire
> thing. If you are OK with it, I'll make sure to run the project area
> by you to make sure that there are no conflicts of interest with work
> that they did at Apple.
>
> Alan
>
> On 4/10/06, Steve Jobs <sjobs@apple.com> wrote:
>> That would be fine with me.
>>
>> Thanks,
>> Steve
>>
>>
>>
>> On Apr 10, 2006, at 2:03 AM, Alan Eustace wrote:
>>
>> Steve,
>>
>> Thank you very much for responding. Jean-Marie will not be working on
>> anything having to do with cell phone handsets.  Once he starts and
>> has a chance to look around, we plan on narrowing down the list of
>> possibilities. Jean-Marie has lots of talents, and we have lots of
>> projects, so I'm certain that we can find an area where there is no
>> conflict.  I'd be happy to run the proposed general project area by
>> you at that point, just to make sure that it doesn't create a
>> conflict.  Would this be OK with you?
>>
>> Alan
>>
>> On 4/9/06, Steve Jobs <sjobs@apple.com> wrote:
>>> Alan,
>>>
>>> What would Jean-Marie be working on? We would have a problem if
>>> it is related to cell phone handsets, etc.
>>>
>>> Steve
>>>
>>>
>>
>
>
>
```

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00058496

653.2