# EXHIBIT 1869

| | |
|---|---|
| **From:** | Larry Page <page@google.com> on behalf of Larry Page |
| **Sent:** | Thursday, February 17, 2005 6:43 PM |
| **To:** | Alan Eustace; Sergey Brin; Bill Brougher; Eric Schmidt |
| **Subject:** | Fwd: steve jobs |

He called a few minutes ago and demanded to talk to me... where are we at with the candidate?

-L

---------- Forwarded message ----------
From: **Campbell, Bill** <Bill_Campbell@intuit.com>
Date: Thu, 17 Feb 2005 10:31:25 -0800
Subject: steve jobs
To: Sergey Brin <sergey@google.com>
Cc: Larry Page <page@google.com>

Sergey

Steve just called me again and is pissed that we are still recruiting his browser guy. You should give him a call.

Bill

CONFIDENTIAL ATTORNEY'S EYES ONLY



EXHIBIT 1869
WIT. BRIN
DATE 3-19-13
KRAMM COURT REPORTING

GOOG-HIGH-TECH-00550725