# EXHIBIT 94

| | |
|---|---|
| **From:** | Sergey Brin <sergey@google.com> on behalf of Sergey Brin |
| **Sent:** | Thursday, February 17, 2005 10:02 PM |
| **To:** | Alan Eustace |
| **Cc:** | Larry Page; Eric Schmidt |
| **Subject:** | Re: steve jobs |

anyone have any opinions as to what we should do?
i suggested we keep going with [Redacted] but hold on the others.

--Sergey

On Thu, 17 Feb 2005 12:43:14 -0800, **Alan Eustace** <eustace@google.com> wrote:
We approved an offer on Monday, and [Redacted] has it in hand. He's certainly to leave Apple, probably to us. He is waiting to see whether the two other people from Apple that we called based on internal and external references get offers. One interviewed yesterday, one is interviewing today. I'll have the results later this afternoon. Here is what Carrie wrote a couple of minutes ago. I'll definitely meet [Redacted] today. If any of you are available, it will probably help, since Steve Jobs is meeting with [Redacted] to try to sell him on interesting projects in Apple.

Alan


-----Original Message-----

From: Carrie Farrell [

mailto:cfarrell@google.com]

Sent: Thursday, February 17, 2005 12:31 PM

To: 'Alan Eustace'

Cc: 'Ben Goodger'; 'Connie Wilson'

Subject: Tried calling...Help with **Redacted**

Ben Goodger has been chatting with [Redacted] and Steve Jobs is apparently really

trying to keep [Redacted] so he is offering really cool projects.

That said, Ben was going to have [Redacted] stop by again this evening...like

5:30p ish to see if we can get him.

Two issues that impact this: we have two others from Apple that [Redacted] is

waiting to hear what their interview outcome will be. [Redacted] did okay, [Redacted] we

are trying to bring in this afternoon. I will route to you in ATS.

Are you around this afternoon? At 5:30p ish?

Carrie

CONFIDENTIAL ATTORNEY'S EYES ONLY

EXHIBIT 1872
WIT. BRIN
DATE 3-19-13
KRAMM COURT REPORTING

1872-1

GOOG-HIGH-TECH-00550723

**From:** Larry Page [mailto:page@google.com]
**Sent:** Thursday, February 17, 2005 10:45 AM
**To:** Alan Eustace; Sergey Brin; Bill Brougher; Eric Schmidt
**Subject:** Re: steve jobs

Sergey is going to call him now.

On Thu, 17 Feb 2005 10:42:45 -0800, **Larry Page** <page@google.com> wrote:
He called a few minutes ago and demanded to talk to me... where are we at with the candidate?

-L


---------- Forwarded message ----------
From: **Campbell, Bill** <Bill_Campbell@intuit.com>
Date: Thu, 17 Feb 2005 10:31:25 -0800
Subject: steve jobs
To: Sergey Brin <sergey@google.com>
Cc: Larry Page <page@google.com>

Sergey


Steve just called me again and is pissed that we are still recruiting his browser guy. You should give him a call.


Bill

1872.1

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00550724