Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | **Master Docket No. 11-CV-2509-LHK** |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

SFI-825708v1

I, Lin Wang Kahn, declare as follows:

1.      I am an attorney with the law firm of Jones Day, counsel for Defendant Adobe Systems Inc. ("Adobe") in the above-captioned action.  I am admitted to practice law before this Court.  I submit this declaration in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents.  As an attorney involved in the defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

2.      I have reviewed Plaintiffs' Supplemental Motion and Brief in Support of Class Certification ("Motion"), the Expert Witness Report of Kevin F. Hallock ("Hallock Report"), the Supplemental Expert Report of Edward E. Leamer, Ph.D. ("Leamer Report") and supporting exhibits, exhibits attached to the Declaration of Dean M. Harvey ("Harvey Declaration"), and the exhibits attached to the Declaration of Lisa J. Cisneros ("Cisneros Declaration").

3.      As described below, the information requested to be sealed contains or summarizes Adobe's compensation and recruiting data, practices, strategies and policies.  Adobe has designated this information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.  (Dkt. No. 107).

4.      The October 9, 2012 Declaration of Donna Morris In Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 196) ("10/9/2012 Morris Decl.") establishes that Adobe's compensation data, practices, strategies and policies, as well as its recruiting data, practices, strategies and policies are confidential and commercially sensitive.   As stated in the 10/9/2012 Morris Decl., it is Adobe's practice to keep such information confidential, for internal use only, and not to disclose them to the public.

5.      Moreover, the 10/9/2012 Morris Decl. establishes that  the public disclosure of this information would harm Adobe, including potentially impairing its competitive position in recruiting, hiring, and compensating employees.  Morris declared that Adobe derives independent economic value from keeping its compensation data and compensation, recruiting and hiring practices, strategies, and policies confidential, including keeping it from other persons and entities

SFI-825708v1

Kahn Declaration ISO Defs.' Joint Response to Pls.'
Administrative Motion to Seal
Master Docket No. 11-CV-2509-LHK

- 1 -

1   who could obtain economic value from its disclosure or use.

2   6.   Furthermore, as noted by Morris in the 10/9/2012 Morris Decl., the public

3   disclosure of this information, created for internal use, would give third-parties insights into

4   confidential and sensitive aspects of Adobe's operations and deprive Adobe of its investment in

5   developing these practices, strategies, and policies.  The declaration further establishes that such

6   disclosure would give other entities an unearned advantage by giving them the benefit of knowing

7   how Adobe compensates employees and Adobe's compensation, recruiting, and hiring practices,

8   strategies, and policies.

9   7.   In addition to the 10/9/2012 Morris Decl., Adobe's declarations filed in support of

10  the Opposition to Plaintiffs' Motion for Class Certification also establish the confidentiality of

11  Adobe's compensation and recruiting data, practices, strategies and policies.  In particular, the

12  Declaration of Donna Morris of Adobe Systems Inc. in Support of the Opposition to Plaintiffs'

13  Motion for Class Certification (Dkt. No. 215, Exhibit 14) ("11/9/2012 Morris Decl."), paragraph

14  3, establishes that Adobe's salary and compensation data, policies and strategies are confidential

15  and that public dissemination of that information could cause Adobe competitive harm.  The

16  Declaration of Jeff Vijungco of Adobe Systems Inc. in Support of the Opposition to Plaintiffs'

17  Motion for Class Certification (Dkt. No. 215, Exhibit 15) ("Vijungco Decl."), paragraph 3,

18  similarly establishes that Adobe's recruiting and hiring data, policies and strategies are

19  confidential and that public dissemination of that information could cause Adobe competitive

20  harm.

21  8.   The confidentiality of this type of information was confirmed recently by the

22  January 21, 2013 Declaration of Donna Morris in Support of Renewed Motion to Seal (Dkt. No.

23  284).

24  9.   Specifically, Adobe seeks to keep the following redacted portions of the **Motion**

25  under seal:

26  •   Page 2, line 27 contains confidential information about Adobe's compensation

27  practices, policies, and strategies.

28  •   Page 11, lines 18-19 contain confidential information about Adobe's

SFI-825708v1

Kahn Declaration ISO Defs.' Joint Response to Pls.'
Administrative Motion to Seal
Master Docket No. 11-CV-2509-LHK

- 2 -

1  compensation practices, policies, and strategies.

2          • Page 15, lines 17-18 contain confidential information about Adobe's

3  compensation practices, policies, and strategies.

4          • Page 16, lines 7-8 contain confidential information about Adobe's

5  compensation practices, policies, and strategies.

6          10.    Adobe also seeks to keep the following redacted portions of the **Hallock Report**

7  under seal:

8          • Redacted portion of paragraph 47 contains confidential information about

9  Adobe's compensation practices and processes, specifically with respect to its salary ranges.

10          • Redacted portion of paragraph 48 contains confidential information about

11  Adobe's compensation practices and processes, specifically with respect to its salary ranges.

12          • Redacted portion of paragraph 50 contains confidential information about

13  Adobe's compensation practices and processes, specifically with respect to its annual

14  compensation review process.

15          • Redacted portion of paragraph 112 contains confidential information about

16  Adobe's compensation practices and processes, specifically with respect to its counter offer

17  policy.

18          • Redacted portion of paragraph 113 contains the identity of an Adobe

19  employee.  This information is confidential and private because the employee has not sought to

20  have his identity placed in the public record.

21          • Redacted portion of paragraph 114 contains confidential information about

22  Adobe's compensation practices and processes, specifically with respect to its stock grants.

23          • Redacted portion of paragraph 115 contains the identity and compensation of

24  an Adobe employee.  This information is confidential and private because the employee has not

25  sought to have his identity and compensation placed in the public record.

26          • Redacted portion of paragraph 116  contains the identity of Adobe employees.

27  This information is confidential and private because the employees have not sought to have their

28  identities placed in the public record.

1   • Redacted portion of paragraph 118 contains confidential information about
2   Adobe's compensation practices, policies, and strategies.

3   • Redacted portion of paragraph 119 contains confidential information about
4   Adobe's compensation practices, policies, and strategies.

5   • Redacted portion of paragraph 184 contains confidential information about
6   Adobe's compensation practices, policies, and strategies.  This includes confidential information
7   contained in Table 13, discussed below.

8   • Redacted portion of paragraph 186 contains confidential information about
9   Adobe's compensation practices, policies, and strategies.  This includes confidential information
10  contained in Table 13 and 15, discussed below.

11  • Figure 13 contains confidential information about Adobe's compensation
12  practices, policies, and strategies.

13  • Figure 15 contains confidential information about Adobe's compensation
14  practices, policies, and strategies.

15      11.    Moreover, Adobe seeks to keep the following redacted portions of the **Leamer**
16  **Report** under seal:

17      • Figure 13, page 23, contains confidential Adobe compensation information
18  about Adobe's average compensation.  This is confidential employee salary and other
19  compensation information that pertain to Adobe's compensation methods, strategies, practices,
20  and data.

21      • Figures 15 and 16, page 27, contain confidential Adobe compensation
22  information about Adobe's average compensation.  This is confidential employee salary and other
23  compensation information that pertain to Adobe's compensation methods, strategies, practices,
24  and data.

25      • The redacted portions of Figure 17, Figure 18, and pages 27-28 contain
26  confidential information regarding Adobe's job titles, corresponding headcount, and age.

27      • Figure 19 contains confidential Adobe compensation information about
28  Adobe's average total compensation.  This is confidential employee salary and other

SFI-825708v1

- 4 -

Kahn Declaration ISO Defs.' Joint Response to Pls.'
Administrative Motion to Seal
Master Docket No. 11-CV-2509-LHK

1  compensation information that pertain to Adobe's compensation methods, strategies, practices,

2  and data.

3          •   Exhibit 1 contains confidential Adobe information about specific job titles.

4  This is confidential information that pertains to Adobe's employee management practices.

5          12.   Adobe also seeks to keep the following redacted portions of exhibits to the **Harvey**

6  **Declaration**, which are attached hereto, under seal:

7          •   Redacted portion of Exhibit 11 contains confidential information regarding

8  Adobe's compensation practices and strategies.

9          •   Redacted portions of Exhibit 12 contains detailed descriptions of Adobe's

10  compensation practices, policies, processes, and strategies.

11         13.   Adobe also seeks to keep the following redacted portions of exhibits to the

12  **Cisneros Declaration**, which are attached hereto, under seal:

13         •   Redacted portion of Exhibit A contains confidential information regarding

14  Adobe's compensation practices and processes.

15         •   Redacted portion of Exhibit B contains confidential information regarding

16  Adobe's compensation practices and processes.

17         •   Redacted portion of Exhibit C contains detailed descriptions of Adobe's

18  compensation practices, policies, and processes.

19         •   Redacted portion of Exhibit D contains confidential information regarding

20  Adobe's practices and processes.

21         •   Redacted portion of Exhibit F contains detailed descriptions of Adobe's

22  compensation practices, policies, and processes.

23         •   Redacted portion of Exhibit 210 contains confidential information regarding

24  Adobe's recruiting practices, policies, and strategies.  This includes confidential recruiting and

25  hiring data as well as recruiting analyses.

26         •   Redacted portion of Exhibit 216 contains confidential information regarding

27  Adobe's recruiting, retention, and compensation practices, policies, and strategies.

28         •   Redacted portion of Exhibit 300 contains confidential information regarding

SFI-825708v1

- 5 -

Kahn Declaration ISO Defs.' Joint Response to Pls.'
Administrative Motion to Seal
Master Docket No. 11-CV-2509-LHK

1    Adobe's compensation practices, policies, and strategies with respect to base pay.

2              • Redacted portion of Exhibit 416 contains confidential information regarding

3    Adobe's compensation practices, policies, and strategies.  Paragraph 3 of Exhibit 416 specifically

4    sets forth the confidentiality of this information.

5              • Redacted portion of Exhibit 1158 contains confidential information regarding

6    Adobe's compensation practices, policies, and strategies.  This includes an analysis of an Adobe

7    employee's compensation, which is confidential and private because the employee has not sought

8    to have his name and compensation placed in the public record.

9              • Redacted portion of Exhibit 1159 contains confidential information regarding

10   Adobe's compensation practices, policies, and strategies.  This includes an analysis of Adobe

11   employees' compensation, which is confidential and private because these employees have not

12   sought to have their names and compensation placed in the public record.

13             • Redacted portion of Exhibit 1160 contains confidential information regarding

14   Adobe's compensation practices, policies, and strategies.  This includes an analysis of an Adobe

15   employee's compensation, which is confidential and private because the employee has not sought

16   to have his name and compensation placed in the public record.

17             • Redacted portion of Exhibit 1250 contains confidential information regarding

18   Adobe's compensation practices, policies, and strategies.  This includes an analysis of an Adobe

19   employee's compensation, which is confidential and private because the employee has not sought

20   to have his name and compensation placed in the public record.

21             • Redacted portion of Exhibit 2486 contains confidential information regarding

22   Adobe's compensation practices, policies, and strategies.  Paragraph 3 of Exhibit 2486

23   specifically sets forth the confidentiality of this information.

24             • Redacted portion of Exhibit 2487 contains confidential information regarding

25   Adobe's compensation practices, policies, and strategies.  This includes detailed information

26   regarding Adobe's annual performance review process.

27             • Redacted portion of Exhibit 2501 contains confidential information regarding

28   Adobe's compensation practices, policies, and strategies.  This includes an analysis of Adobe

SFI-825708v1

- 6 -

Kahn Declaration ISO Defs.' Joint Response to Pls.'
Administrative Motion to Seal
Master Docket No. 11-CV-2509-LHK

1    employees' compensation, which is confidential and private because these employees have not

2    sought to have their names and compensation placed in the public record.

3    • Redacted portion of Exhibit 2800 contains confidential information regarding

4    Adobe's compensation practices, policies, and strategies.

5    I declare under penalty of perjury under the laws of the United States that the foregoing is

6    true and correct.  Executed this 17th day of May 2013 in San Francisco, California.

7

8

By: _/s/ Lin W. Kahn_____

9    Lin W. Kahn

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-825708v1

- 7 -

Kahn Declaration ISO Defs.' Joint Response to Pls.'
Administrative Motion to Seal
Master Docket No. 11-CV-2509-LHK