# EXHIBIT 11

| | |
|---|---|
| From: | Natalie Kessler |
| Sent: | Wednesday, October 21, 2009 5:38 AM |
| To: | Melissa Daimler |
| Subject: | RE: Job leveling question: can you answer before tomorrow? |
| Attachments: | Job Leveling FAQs.pdf; HR - OMTR offer FAQs _final.pdf |

Hi there,

Attached is the revised Job Leveling FAQ. I'll send it out to everyone again.
Attached also is the Offer FAQ.
To confirm, I've resent the invite to Ellie.

Cheers,
Nat
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Natalie Kessler
WW Talent Operations
Adobe Systems Incorporated
151 Almaden Blvd., MS A11-428
San Jose, CA 95110
408.536-4530 Phone, 408.537-4010 Fax
nkessler@adobe.com
www.adobe.com/careers

"A Day in the Life at Adobe"
http://www.adobe.com/aboutadobe/careeropp/fma/dayinthelife

This e-mail may contain confidential information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**From:** Melissa Daimler
**Sent:** Wednesday, October 21, 2009 5:13 AM
**To:** Natalie Kessler
**Subject:** Re: Job leveling question: can you answer before tomorrow?

Can I have a copy of the offer FAQs too? Your fellow early bird. :)

On 21/10/09 5:11 AM, "Natalie Kessler" <nkessler@adobe.com> wrote:

Will do

**From**: Melissa Daimler
**To**: Natalie Kessler
**Sent**: Wed Oct 21 05:05:39 2009
**Subject**: FW: Job leveling question: can you answer before tomorrow?
Can you please change this in question #4 on FAQ? thanks
Melissa Daimler | adobe systems incorporated | director | organizational development
o. +1.408.536.5802 | m. +1.415.533.5277

ADOBE_013837
Confidential

------ Forwarded Message
**From:** Debbie Streeter <streeter@adobe.com>
**Date:** Tue, 20 Oct 2009 21:46:10 -0700
**To:** Melissa Daimler <mdaimler@adobe.com>, Rosemary Arriada-Keiper <rarriada@adobe.com>
**Subject:** RE: Job leveling question: can you answer before tomorrow?

Here is what we put in the offer FAQs



Debbie Streeter
Sr. Director, Total Rewards
408.536.4768 phone
408.537.4010 fax
streeter@adobe.com <mailto:streeter@adobe.com>

If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com <mailto:hric@adobe.com> .


**From:** Melissa Daimler
**Sent:** Tuesday, October 20, 2009 8:59 PM
**To:** Rosemary Arriada-Keiper; Debbie Streeter
**Subject:** Job leveling question: can you answer before tomorrow?

Hi Ladies--
Finalizing job leveling doc and Cheryl called this one out as not having detailed answer. Can you provide more context/details? I think we had something in another doc about being "whole"? thanks
**How were base pay changes determined?**
After you were placed in the appropriate job, your current pay was reviewed in relation to Adobe's salary range for your job.

Melissa Daimler | adobe systems incorporated | director | organizational development
o. +1.408.536.5802 | m. +1.415.533.5277


------ End of Forwarded Message


Melissa Daimler | adobe systems incorporated | director | organizational development
o. +1.408.536.5802 | m. +1.415.533.5277

ADOBE_013838
Confidential