# EXHIBIT 12

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format

ADOBE_015864
Confidential - Attorneys' Eyes Only



# Adobe® 2005 Performance, Salary & Stock Focal

## Theresa Townsley
## Donna Morris
## Ellen Swarthout

### February 2005



Adobe Confidential



# Agenda

- **High-level Timeline**
- **Talent Review Process**
- **Focal Training Overview**
- **Global Market Analysis**

Adobe Confidential





# High-level Timeline

- **Feb. 21**: **All managers receive email to kick-off the Performance, Salary & Stock Focal process**
- **Mar. 14 – 30**: **To learn about the Focal process, all new managers and new employees attend general sessions, other managers and employees reviewing online resources**
- **Mar. - June**: **Managers can attend a training session to learn how to have a more effective performance discussion**





Adobe Confidential



# High-level Timeline (cont.)



Adobe Confidential



# Adobe Talent Review
## *Integrating with Strategy and Operations*

## Donna Morris
### Senior Director, Talent



Adobe Confidential



# Evolving the Discussion



Adobe Confidential

# Talent Review & Ranking



Adobe Confidential





# Talent Review & Ranking (cont.)



ADOBE CONFIDENTIAL -- NEED TO KNOW



Adobe Confidential

# Talent Review Cycle





# Focal Training Overview

- **Based on feedback from 2004, the focus of training will shift from "process" to "delivering effective performance feedback"**

- **Focal "Process" information will be available online and a few in-person sessions for new managers**

- **Performance feedback training will be held from March through June, and then ongoing**

- **KTB (Knowing the Business) session on Compensation in late April**



Adobe Confidential



# Global Market Analysis

## Ellen Swarthout

### Director, WW Compensation



Adobe Confidential



# Compensation Philosophy

- **To ensure we can <span style="color:red">attract and retain talented and motivated employees</span> throughout the world partnering in our success, we provide competitive "Total Compensation" programs as appropriate to each country in which we do business.**

Adobe Confidential





# Compensation Philosophy

- **We are committed to the following principles:**
  - We share our success with our employees.
  - We offer competitive total compensation based upon practices for our industry and local markets in which we compete, while preserving Adobe's financial strength.
  - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
  - We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.
  - We fairly and regularly assess performance results and differentiate rewards based on performance.
  - We recognize and reward results and contributions tied to the success of the company and in support of company values.
  - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
  - We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.
  - We communicate the goals, features and value of our programs.



Adobe Confidential

# Methodology



Adobe Confidential

# Methodology (cont.)





Adobe Confidential



# Findings – Salary Budget Surveys



Adobe Confidential



# Findings –Position to Market by Select Areas **(Updated Information)**



Adobe Confidential





# Findings – WW Position to Market **(Updated Information)**



Adobe Confidential





# Salary Matrices (New Information)



Adobe Confidential



# Salary Matrices (New Information)



Adobe Confidential



Adobe Confidential



# India and China



Adobe Confidential



# Recommendations

- **Recommend total salary budget for FY05 of 5%**



Adobe Confidential



Adobe Confidential



Adobe Confidential

## Total Salary Budget- 5% Salary Budgets by Country





# Market Projected Salary Budgets



Adobe Confidential

# Rise to the Challenge



Adobe Confidential