# EXHIBIT 210

# Adobe® Q1 Workforce Metrics

*As of 4 March 2005*

**Theresa Townsley**
SVP, Human Resources



2004 Adobe Systems Incorporated. All Rights Reserved.   Adobe Confidential

HIGHLY CONFIDENTIAL

EXHIBIT 210
WIT: Morris
DATE: 8.21.2012
ANNE TORREANO, CSR #10520

210.1

AB_CID000611
ADOBE_000611
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Talent Acquisition — Regular Reqs Filled Last 4 Quarters

Talent Acquisition
Average Days to Fill - Last 4 Quarters

HIGHLY CONFIDENTIAL

Adobe Confidential
2005 Adobe Systems Incorporated. All Rights Reserved.

210.3   AB_CID000613
ADOBE_000613
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Talent Acquisition – Sources for Filled Regular Requisitions



HIGHLY CONFIDENTIAL

Adobe Confidential

2005 Adobe Systems Incorporated. All Rights Reserved.

AB_CID000614
ADOBE_000614
CONFIDENTIAL - ATTORNEYS' EYES ONLY

21D.Y

# Talent Acquisition
## 15 Most Common Previous Employers

| Previous Employer | 2004 Q2 | 2004 Q3 | 2004 Q4 | 2005 Q1 | Grand Total |
|---|---|---|---|---|---|
| ■ | | | | | |

Does not include Temp to Reg or Acquisition

Adobe Confidential
2005 Adobe Systems Incorporated. All Rights Reserved.
HIGHLY CONFIDENTIAL
AB_CID000615
ADOBE_000615
CONFIDENTIAL - ATTORNEYS' EYES ONLY

By E Team Member
Regular & Intern Employees Worldwide

6

Adobe Confidential
Adobe
2005 Adobe Systems Incorporated. All Rights Reserved.
HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY

210.6

AB_CID000616
ADOBE_000616

By Geography
Regular & Intern Employees

HIGHLY CONFIDENTIAL

210.7

AB_CID000617
ADOBE_000617
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Adobe Confidential
2005 Adobe Systems Incorporated. All Rights Reserved.

Full Years Since Hired by Adobe
Regular Employees– as of Q1 2005

210.8

HIGHLY CONFIDENTIAL

AB_CID000618
ADOBE_000618
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Adobe Confidential
2005 Adobe Systems Incorporated. All Rights Reserved.
8

Worldwide Worker Trend
Last 4 Quarters

Adobe
Adobe Confidential
2005 Adobe Systems Incorporated. All Rights Reserved.
HIGHLY CONFIDENTIAL
AB_CID000619
ADOBE_000619
CONFIDENTIAL - ATTORNEYS' EYES ONLY

210.9

9

Worldwide Voluntary Attrition Regular Employees – Last 3 Years

HIGHLY CONFIDENTIAL

210.10   AB_CID000620
ADOBE_000620
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Worldwide Attrition
### Regular Employees – Last 12 Months

Worldwide Regular Attrition Data as of March 4, 2005

HIGHLY CONFIDENTIAL

Adobe Confidential

2005 Adobe Systems Incorporated. All Rights Reserved.

11

210.11

AB_CID000621
ADOBE_000621
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Worldwide Attrition – Last 4 Qtrs
Regular Employees By Ranking

12

Adobe Confidential
2005 Adobe Systems Incorporated. All Rights Reserved.
HIGHLY CONFIDENTIAL
AB_CID000622
ADOBE_000622
CONFIDENTIAL - ATTORNEYS' EYES ONLY

210.12



Reasons for Leaving
Voluntary Terminations Last 4 Quarters

HIGHLY CONFIDENTIAL

210.13

AB_CID000623
ADOBE_000623
CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

210.14

AB_CID000624
ADOBE_000624
CONFIDENTIAL - ATTORNEYS' EYES ONLY