# EXHIBIT 216





Retention/Transition
Guidelines

Human Resources

Compensation

June 2008

Copyright 2007 Adobe Systems Incorporated.

EXHIBIT 216
WIT: Morris
DATE: 8-21-2012
ANNE TORREANO, CSR #10520

ADOBE_050720
Confidential - Attorneys' Eyes Only

216.1



## Objectives

- Provide clarity on the various guidelines: retention, transition, counter offer programs and other one-off situations

  - What are they
  - When should they be used

- Provide a framework for consistency (not necessarily equality) across the company

  - Develop clear guidelines and documents that can be referenced

Copyright 2007 Adobe Systems Incorporated.

2

ADOBE_050721
Confidential - Attorneys' Eyes Only

216.2



Definitions

- Transition

Copyright 2007 Adobe Systems Incorporated.

3

ADOBE_050722
Confidential - Attorneys' Eyes Only   216.3



Definitions

- Retention

Copyright 2007 Adobe Systems Incorporated.

Confidential - Attorneys' Eyes Only

216.4

## Definitions

■ Counter Offer



■ Other

- Other one-off situations that do not fall into one of the above 3 categories will be handled on a case by case basis

Copyright 2007 Adobe Systems Incorporated.

Adobe

5

ADOBE_050724
Confidential - Attorneys' Eyes Only

216.5

## Next Steps

- Gain agreement on objectives/definitions (Donna and Debbie by 5/31/08)

- Test with HR leadership (Donna's Staff by 6/15/08)

- Develop a detailed matrix and process document for review and approval (Kim by end of Q3)



Copyright 2007 Adobe Systems Incorporated.

6

ADOBE_050725
Confidential - Attorneys' Eyes Only

216.6



Revolutionizing
how the world engages
with ideas and information


Adobe

ADOBE_050726
Confidential - Attorneys' Eyes Only

216.7