# EXHIBIT 300

**From:** Natalie Kessler
**Sent:** Wednesday, October 21, 2009 5:38 AM
**To:** Melissa Daimler
**Subject:** RE: Job leveling question: can you answer before tomorrow?
**Attachments:** Job Leveling FAQs.pdf; HR - OMTR offer FAQs _final.pdf

Hi there,

Attached is the revised Job Leveling FAQ. I'll send it out to everyone again.
Attached also is the Offer FAQ.
To confirm, I've resent the invite to Ellie.

Cheers,
Nat
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Natalie Kessler
WW Talent Operations
Adobe Systems Incorporated
151 Almaden Blvd., MS A11-428
San Jose, CA 95110
408.536-4530 Phone, 408.537-4010 Fax
nkessler@adobe.com
www.adobe.com/careers

"A Day in the Life at Adobe"
http://www.adobe.com/aboutadobe/careeropp/fma/dayinthelife

This e-mail may contain confidential information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**From:** Melissa Daimler
**Sent:** Wednesday, October 21, 2009 5:13 AM
**To:** Natalie Kessler
**Subject:** Re: Job leveling question: can you answer before tomorrow?

Can I have a copy of the offer FAQs too? Your fellow early bird. :)

On 21/10/09 5:11 AM, "Natalie Kessler" <nkessler@adobe.com> wrote:

Will do

**From:** Melissa Daimler
**To:** Natalie Kessler
**Sent:** Wed Oct 21 05:05:39 2009
**Subject:** FW: Job leveling question: can you answer before tomorrow?
Can you please change this in question #4 on FAQ? thanks
Melissa Daimler | adobe systems incorporated | director | organizational development
o. +1.408.536.5802 | m. +1.415.533.5277

EXHIBIT 300
Jeff Vijungco
10-5-12
Gina V. Carbone, CSR

300.1

ADOBE_013837
Confidential

------ Forwarded Message
**From:** Debbie Streeter <streeter@adobe.com>
**Date:** Tue, 20 Oct 2009 21:46:10 -0700
**To:** Melissa Daimler <mdaimler@adobe.com>, Rosemary Arriada-Keiper <rarriada@adobe.com>
**Subject:** RE: Job leveling question: can you answer before tomorrow?

Here is what we put in the offer FAQs

[redacted]

Debbie Streeter
Sr. Director, Total Rewards
408.536.4768 phone
408.537.4010 fax
streeter@adobe.com <mailto:streeter@adobe.com>

If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com <mailto:hric@adobe.com> .

**From:** Melissa Daimler
**Sent:** Tuesday, October 20, 2009 8:59 PM
**To:** Rosemary Arriada-Keiper; Debbie Streeter
**Subject:** Job leveling question: can you answer before tomorrow?

Hi Ladies–
Finalizing job leveling doc and Cheryl called this one out as not having detailed answer. Can you provide more context/details? I think we had something in another doc about being "whole"? thanks
How were base pay changes determined?
After you were placed in the appropriate job, your current pay was reviewed in relation to Adobe's salary range for your job.

Melissa Daimler | adobe systems incorporated | director | organizational development
o. +1.408.536.5802 | m. +1.415.533.5277


------ End of Forwarded Message


Melissa Daimler | adobe systems incorporated | director | organizational development
o. +1.408.536.5802 | m. +1.415.533.5277

300.2

ADOBE_013838
Confidential



# U.S. Frequently Asked Questions
# Job Leveling

1. **How does Adobe determine job levels and salary ranges?**

   Adobe participates in many surveys to gather various types of compensation market data throughout the world. By participating in these professional surveys, Adobe is able to get accurate, valid, and consistent salary data from year-to-year to ensure that we are remaining competitive. When evaluating Adobe's market position, the Compensation Department compares Adobe jobs to jobs in the marketplace that can be accurately and consistently measured. We refer to these as benchmark jobs. These jobs are easily compared to similar jobs in other companies and typically require the same skills, responsibilities, education, and experience.

   Local market data is used in the market analysis and as a result reflects country and/or geographic differences. Adobe typically targets the market median 65th percentile to build the ranges. The exceptions are Sales jobs, which target the Total Target Compensation (TTC) at a specific percentile and apply market pay mix to determine base salary and variable pay. Adobe builds a salary range for each job in the company based on the market analysis described above.

2. **Does Adobe have any special guidelines around job levels for those in leadership?**

   In order to ensure consistency around the globe, Adobe also has internal criteria regarding leveling for Directors and above. These guidelines are used for hiring new talent as well as internal promotions. The position level considers the scope of the position and then the person who will potentially fill the role. As part of the criteria, we consider the following areas:
   - Vision and strategy impact
   - Operational policies role
   - Final authority/discretion
   - Customer focus and interaction
   - Leadership attributes
   - Industry/business knowledge
   - Functional span of control
   - Geography responsibility
   - Layers of mgmt
   - # of employees



3. **What type of title or compensation leveling took place with the integration?**

   Job leveling was the end result of a larger process of organizational design. This process involved HR and the senior leadership teams coming together to assess what talent resources would be required to support the business strategy. As part of that process, roles/jobs were defined and leveled. At Adobe every job has a job title, salary range and job code. Therefore, after you were placed in the applicable ob level, your title may have been changed in order to accurately reflect the job being performed as well as to be consistent with Adobe's current titling convention.

4. **How were base pay changes determined?**

   Minimal base pay changes were made as Adobe has maintained Omniture's current cost structure. If changes were made, it would generally have been to keep an employee's compensation whole. For example, if under Omniture's cost structure an employee had a base + variable and under Adobe's structure that same role only has a base component, Adobe may make an adjustment to base pay to ensure the employee remains whole.

5. **How is pay differentiated at Adobe?**

   Adobe regularly assesses performance results and differentiates rewards based on performance. Adobe has 4 performance levels (High, Strong, Solid, Low) based on producing results, leveraging skills, ability and knowledge and living Adobe's values. Our Total Rewards program, which includes pay, provides employees with market-competitive rewards that differentiate based on exceptional company and individual performance.

6. **What is Adobe's incentive plan? How is eligibility determined?**

   As part of the total compensation program, Adobe has designed an annual incentive plan which rewards employees in positions that have:
   i. Direct people management responsibility;
   ii. An additional premium in the market for specific responsibilities;
   iii. An additional premium that is supported within the internal Adobe structure;
   iv. The ability to significantly influence the achievement of corporate goals during a given fiscal quarter or year.

   More details will be provided after the close of the acquisition. Eligible employees will be notified of their participation in this plan.

7. **What if one of my employees doesn't agree with the result of the job leveling?**

   Listen to your employee's concerns. Reiterate the job leveling process we used for all employees. If there is still a concern, involve your HR business partner so they can help you and your employee.

300.4

ADOBE_013840
Confidential



8. Who made these decisions and what information was used in making this decision?

   Given the timeline of this acquisition, senior leaders worked with HR at both Omniture and Adobe to determine job levels.

9. What advice do you give regarding how to have the conversations where these changes are difficult?

   While we realize titles and levels are important, it is also important to understand how and why these changes were made. Reiterate the need to align with Adobe's compensation and titling philosophy and the opportunity the employee has to develop and continue growing his/her career with a larger company. Do not defend nor align with the employee on this topic. Rather, listen to what they're saying, let them know that you understand, and help them get to a point where they can accept the situation.

10. Who can I talk to if I have more questions?

    You can talk to the HR teams either at Omniture or Adobe as they both have been involved with this process.

11. How are these levels used in promotions discussions?

    Promotions are defined differently for each individual. For some, a promotion equates to increasing from one level within a job family to the next higher level. For others, it is defined by expanding their knowledge base through different learning opportunities. In either case, levels are a point of reference for both the manager and employee as they have career growth discussions.