# EXHIBIT 1159

**From:** Donna Morris
**Sent:** Saturday, June 05, 2010 9:49 AM
**To:** Shantanu Narayen
**Cc:** Donna Morris
**Subject:** T&C'c - confidential
**Attachments:** Value Matrix-▮▮▮▮▮.pdf; Executive Pay Recv21xls.pdf; Value Matrix-▮▮▮▮▮.pdf

Shantanu – Please find attached proposed promotional compensation packages for ▮▮ and ▮ taking into account market and internal equity, a high level summary is below. You will also find attached for your reference the January 2010 compensation for all of Ops Staff.

▮▮

Current:

Proposed:

Equity:

▮▮

Current:

Proposed:

Equity:

Feel free to call to discuss – or we can connect Monday morning, donna



ADOBE_019278
Confidential - Attorneys' Eyes Only