# EXHIBIT 1160

**From:** Shantanu Narayen
**Sent:** Tuesday, June 14, 2011 8:18 AM
**To:** Donna Morris
**Subject:** RE: compensation - █████

Donna: Agree with your recommendation. ████████████████████
████████████████████████████████████████

Does that cause any internal inequities?

---

**From:** Donna Morris
**Sent:** Monday, June 13, 2011 6:36 PM
**To:** Shantanu Narayen
**Cc:** Donna Morris
**Subject:** compensation - █████

Shantanu – I wanted you to be familiar with the proposed compensation for ████  As mentioned, his compensation at ███ has been ████████████████████████████████████████
████████████████████████████████████████
████████████████████

Thoughts?

- ████████████████
- ██████████████████████████████
- ████████████████████████
- ████████████████████

████ current comp:

- ████████ █████████
- ████████████████████████████
- ████████████████████████████████
- ██████████████

Internal equity:
████████ ██████████████
██ ██████████████████
██ ██████████████████
██ ██████████████

1



ADOBE_009652
Confidential - Attorneys' Eyes Only