# EXHIBIT 2486

## (PART 1 of 3)

# EXHIBIT 14
# FILED UNDER SEAL



EXHIBIT 2486
Deponent Keiper
Date 3-28-13
Gina V. Carbone, CSR

2486.1

1   Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@jonesday.com
2   Craig A. Waldman (State Bar No. 229943)
    cwaldman@jonesday.com
3   David C. Kiernan (State Bar No. 215335)
    dkiernan@jonesday.com
4   JONES DAY
    555 California Street, 26th Floor
5   San Francisco, CA 94104
    Telephone: (415) 626-3939
6   Facsimile: (415) 875-5700
7   Attorneys for Defendant
    Adobe Systems Inc.
8

9                       UNITED STATES DISTRICT COURT

10           NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12   IN RE: HIGH-TECH EMPLOYEE             Master Docket No. 11-CV-2509-LHK
     ANTITRUST LITIGATION
13

14        THIS DOCUMENT RELATES TO:        **DECLARATION OF DONNA
                                           MORRIS OF ADOBE SYSTEMS INC.
15        ALL ACTIONS                      IN SUPPORT OF DEFENDANTS'
                                           OPPOSITION TO PLAINTIFFS'
16                                         MOTION FOR CLASS
                                           CERTIFICATION**
17
                                           Date Consolidated Amended Compl. Filed:
18                                         September 13, 2011

19                                         **ATTORNEYS EYES ONLY**
20

21

22

23

24

25

26

27

28

I, Donna Morris, declare as follows:

1.      I am the Senior Vice President ("SVP") of Global Human Resources at Adobe Systems Inc. ("Adobe").  I have been employed by Adobe in the human resources ("HR") department for more than 10 years.  I began working for Adobe in April 2002 as the Senior Director of Global Talent.  In December 2005, I became the Vice President of Global Human Resource Operations.  In March 2007, I was promoted to my current position.

2.      I have personal knowledge of the matters stated in this declaration.  I make the statements in this declaration based on information gained during my current and former positions within Adobe's HR department.  I have been responsible for all HR operations, including the compensation, benefits, and recruiting teams since March 2007.  As part of my duties, I have gained historical knowledge of Adobe's compensation practices before 2007 by reviewing Adobe's past training and presentation materials and by participating in meetings and discussions with other Adobe employees.  The compensation policies and practices described herein apply to Adobe's salaried employees between January 1, 2005 and December 31, 2009 (the "Class Period").

3.      The information in this declaration and the exhibits attached are confidential to Adobe.  It is Adobe's practice to keep compensation policies and strategies confidential, for internal use only, and not to disclose them to the public.  The public disclosure of this information would harm Adobe, including potentially impairing its competitive position in recruiting, hiring, and compensating employees.  Adobe derives independent economic value from keeping this information confidential.  Adobe has designated the information Attorneys Eyes Only under the Protective Order entered in this case.

4.      During the Class Period, Adobe employed thousands of employees in more than 400  job categories, including executives, human resource managers, compensation analysts, benefits managers, payroll mangers, recruiters, attorneys, accountants, sales managers, product managers, various types of software developers, quality assurance analysts, IT employees, creative designers, web developers, facility managers, market research analysts, financial analysts, business analysts, internal auditors, and various other jobs.

**ATTORNEYS EYES ONLY**

Morris Declaration
Master Docket No. 11-CV-2509-LHK

1

5    I.    **ADOBE'S COMPENSATION GENERALLY**

6

ATTORNEYS EYES ONLY

Morris Declaration
Master Docket No. 11-CV-2509-LHK

3484.4

███████████████████████████████████████████

██████████████████████████████████████

██████████████████████████████

███ ████████████████████████████████████

██████████████████ As examples, attached hereto as Exhibits 1 through 5 are true

6   and correct copies of internal Adobe manager training presentations during the Class Period

7   discussing Adobe's compensation policy:

8          a.      Exhibit 1 (ADOBE_015864), Adobe 2005 Performance, Salary & Stock

9   Focal, February 2005 – "We fairly and regularly assess performance results and differentiate

10  rewards based on performance";

11         b.      Exhibit 2 (ADOBE_023747), 2007 Mini Performance Focal Manager

12  Training, November & December 2006 – █████████████████████████████████

████████████████████████████████████████████

██████████████████████████████

15         c.      Exhibit 3 (ADOBE_015059) FY '07 Incentive Program Updates, February

16  15, 2007 – "differentiate rewards based on performance";

17         d.      Exhibit 4 (ADOBE_009668) HR All Hands, September 11, 2008 –

18  "Developing total reward programs that are differentiated based on performance"; "increasing

19  focus on differentiation of rewards based on performance"; and

20         e.      Exhibit 5 (ADOBE_009295) HR Strategic Plan 2010 – 2013, "Continue to

21  evolve culture towards pay for performance."

22  **II.    HOW ADOBE SETS COMPENSATION FOR EXISTING EMPLOYEES**

23         9.      Because of Adobe's strong emphasis on tying compensation to performance and

24  differentiating compensation across employees, each employee's compensation was determined

25  by that employee's manager who is in the best position to assess that employee's performance.

26         **A.      BASE SALARY**

27         **1.      Performance Evaluations**

28  ███ ████████████████████████████████████████

ATTORNEYS EYES ONLY

2486.5

Morris Declaration
Master Docket No. 11-CV-2509-LHK



ATTORNEYS EYES ONLY

Morris Declaration
Master Docket No. 11-CV-2509-LHK



ATTORNEYS EYES ONLY

2486.7

Morris Declaration
Master Docket No. 11-CV-2509-LHK



1

Adobe's compensation team built the salary ranges for

13 each job code for the coming year by setting the mid-point of the salary range at a certain

14 percentile of the survey data, then setting a maximum and a minimum. The target midpoint has

15 changed over the years and varied across job functions. For example, the 2005 target midpoint

16 for various jobs is set forth in Exhibit 1 (ADOBE_015864), which is a true and correct copy of

17 Adobe's 2005 Performance, Salary & Stock Focal. The maximum and minimum of the salary

18 range was then calculated by applying a spread, which also varied over the years and across job

19 levels. The spread varied between 50% to around 70% for different job levels during the Class

20 Period. After the salary ranges were set, they were loaded onto the internal salary website for

21 access by all managers in the company.

22

27     //

28     //

1

### 3. Budget

2      22.    Each year, Adobe determined a budget for managers to use for merit-based salary

3  increases and promotions.  The budget has varied over the years; for example, it was 5% for 2005

4  and 5.5% for 2008.  See, for example, Exhibit 1, which is a true and correct copy of the 2005

5  Focal Review (ADOBE_015864). ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

9      ### B.   BONUS AND EQUITY

10  ▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

27    ### C.   TIMING OF ANNUAL COMPENSATION ADJUSTMENTS

28      27.    Generally, adjustments to employee compensation occurred during the focal

1   period described above.  Prior to 2007, the annual base salary, bonus, and equity grant

2   adjustments became effective June 1st.  In 2007, Adobe shifted its model to align the review

3   period with the end of the fiscal year, making the annual salary, bonus, and equity grant

4   adjustments effective on February 1st.

5

1

III.   **NEW HIRE COMPENSATION**

IV.   **INTERNAL EQUITY**

1 [redacted]

2 [redacted]

3 [redacted]

4 [redacted]

5 [redacted]

### V. MERGERS AND ACQUISITIONS

35.     In December of 2005, Adobe acquired San Francisco-based Macromedia, a leading software solutions company. The acquisition added approximately 1,200 employees to Adobe's headcount. The new employees had to be integrated into our company. [redacted]

[redacted]

[redacted]

36.     After Macromedia, Adobe continued to make acquisitions, including the acquisition of Navisware in 2005; TTF, Pixmantec, Interakt, Amicima, Serious Magic, and Antepo in 2006; Scene7 and Virtual Ubiquity in 2007; Meer Meer and Yawah in 2008; and Business Catalyst and Omniture in 2009. The most significant of these acquisitions was the acquisition of Omniture, which added approximately 1,100 employees. [redacted]

[redacted]

[redacted]

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this _9_th day of November 2012 in San Jose, California.

By _[signature]_ Donna Morris

# EXHIBIT 1

2486.13

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format

ADOBE_015864
Confidential - Attorneys' Eyes Only

248.14

ADOBE_015864-1

Adobe®2005 Performance,
Salary & Stock Focal

**Theresa Townsley**

**Donna Morris**

**Ellen Swarthout**

**February 2005**

Adobe Confidential

1

2486.15



# Agenda

- **High-level Timeline**
- **Talent Review Process**
- **Focal Training Overview**
- **Global Market Analysis**

Adobe Confidential



2486.17



# Adobe Talent Review
## *Integrating with Strategy and Operations*

### Donna Morris
**Senior Director, Talent**

Adobe Confidential

2486.19



2482.20





2484. 22





# Focal Training Overview

- **Based on feedback from 2004, the focus of training will shift from "process" to "delivering effective performance feedback"**
- **Focal "Process" information will be available online and a few in-person sessions for new managers**
- **Performance feedback training will be held from March through June, and then ongoing**
- **KTB (Knowing the Business) session on Compensation in late April**

Adobe Confidential

2486.24

10



2486.25



# Compensation Philosophy

- **To ensure we can attract and retain talented and motivated employees throughout the world partnering in our success, we provide competitive "Total Compensation" programs as appropriate to each country in which we do business.**


Adobe

Adobe Confidential

24 84. 26



# Compensation Philosophy

- **We are committed to the following principles:**
  - We share our success with our employees.
  - We offer competitive total compensation based upon practices for our industry and local markets in which we compete, while preserving Adobe's financial strength.
  - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
  - We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.
  - We fairly and regularly assess performance results and differentiate rewards based on performance.
  - We recognize and reward results and contributions tied to the success of the company and in support of company values.
  - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
  - We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.
  - We communicate the goals, features and value of our programs.

Adobe Confidential

**Adobe**

2486.27

13



2484.28



2486.29



24 86. 30



2484.31



2486.32





24 N. 34



Adobe Confidential

Adobe

J4 86.35



2486.36







Adobe Confidential





Adobe Confidential



2486.40





2486.42

# EXHIBIT 2

2486.43



This Document was Produced in Native Format

ADOBE_023747
Confidential - Attorneys' Eyes Only

2486. 44

ADOBE_023747-1



- **Introduce yourself and any other presenters with you.**

2486.45

## Agenda

1. Key Underlying Philosophies
2. Roles and Responsibilities
3. The Basics
4. Core Components
5. Timeline of Key Steps
6. Resources
7. Q&A

2008 Adobe Systems Incorporated.  All Rights Reserved.

2484.46



2006 Adobe Systems Incorporated.   All Rights Reserved.

2486.47



## Compensation Philosophy and Guiding Principles

- Philosophy
  - To ensure we can attract and retain talented and motivated employees throughout the world partnering in our success, we provide competitive "Total Compensation" programs as appropriate to each country in which we do business.
- Guiding Principles
  - We share our success with our employees.
  - We offer competitive total compensation based upon practices for our industry and local markets in which we compete, while preserving Adobe's financial strength.
  - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
  - We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.
  - We fairly and regularly assess performance results and differentiate rewards based on performance.
  - We recognize and reward results and contributions tied to the success of the company and in support of company values.
  - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
  - We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.
  - We communicate the goals, features and value of our programs.

2006 Adobe Systems Incorporated.  All Rights Reserved.

5

2486.49



**Roles and Responsibilities**

- Describe who the members are on the CTeam (Bruce and his direct reports) and MTeam (CTeam plus some of Shantanu and the SVP of Sales' direct reports)

2486.50



- **The significant changes for 2007 all contribute to the streamlining of the process this year. Hence, the "mini" Focal process.**

- **If you are a new manger we will go into more detail on ranking later in the presentation**

J486.51                    7

**The Basics**



2006 Adobe Systems Incorporated.  All Rights Reserved.



2186.52













Core Component: Salary Focal Budget Methodology

- **We'll be walking through the methodology to create the Salary Focal Budget, and then I'll share the budget for this year.**

2486.57

## Core Component: Salary Focal Budget Methodology *(cont.)*



2006 Adobe Systems Incorporated.  All Rights Reserved.

14

