# EXHIBIT 2486

(PART 3 of 3)



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential

17

2790.121



## Next Steps

- HR Operating Plan for 2009 to be developed
  - Building plans specific to areas of focus
  - Determine priorities and trade-off decisions
  - Each HR leader will share more

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

18

2412.122

# Doug Mack

# Photoshop Express

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

19

2486.123



Service Awards for Q4

- Joanne Pires              San Jose      5 years
- Anne Storer              San Jose      10 years
- Karen Prince             San Jose      10 years
- Rosemary Arriada-Keiper  San Jose      10 years

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

2



HR Excellence Award

For outstanding teamwork on Leading the Global Engagement:

Melissa Daimler

Laura Mills

Lisa America

21

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

2482.125

# Global Engagement Survey Team – Special Thanks!

- Jack Gilmore
- Rajesh Rai
- Karen Prince
- Nancy Fontes
- Michelle Smith

- Chris Veilleux
- Barbara Dawson
- Angela Volfer
- Jocelyn Vosburgh
- Guy Worrell

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

22

2486.126



2486.127

# EXHIBIT 5

2486.128

ADOBE_009295-1



# HR Strategic Plan
## 2010 – 2013

Donna Morris

SVP, Human Resources

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

ADOBE_009295
Confidential - Attorneys' Eyes Only



ADOBE_009296
Confidential - Attorneys' Eyes Only



HR Strategic Imperatives and Success Attributes

Adobe Confidential

Copyright 2005 Adobe Systems Incorporated. All rights reserved.

ADOBE_009297
Confidential - Attorneys' Eyes Only

2486.131
ADOBE_009297-3



Key Workforce Trends

Trends   Organizational Shifts

Adobe Confidential

Copyright 2004 Adobe Systems Incorporated. All rights reserved.

ADOBE_009298
Confidential - Attorneys' Eyes Only

2482.132



ADOBE_009299
Confidential - Attorneys' Eyes Only

2486.133
ADOBE_009299-5



Talent Acquisition Philosophy

Adobe Confidential

Copyright 2003 Adobe Systems Incorporated. All rights reserved

ADOBE_009300
Confidential - Attorneys' Eyes Only

2486.134
ADOBE_009300-6



ADOBE_009301
Confidential - Attorneys' Eyes Only



Performance Management Philosophy

Adobe Confidential

Copyright 2003 Adobe Systems Incorporated. All rights reserved.

ADOBE_009302
Confidential - Attorneys' Eyes Only

2486.136

ADOBE_009302-8



ADOBE_009303
Confidential - Attorneys' Eyes Only

2486.137

ADOBE_009303-9



ADOBE_009304
Confidential - Attorneys' Eyes Only

2484.138
ADOBE_009304-10



ADOBE_009305
Confidential - Attorneys' Eyes Only

2182.139



ADOBE_009306
Confidential - Attorneys' Eyes Only

2986.140
ADOBE_009306-12



## Future State Overview – Total Rewards Priorities

- Ensure Total Rewards objectives align with, enable and support the company business strategy

Adobe Confidential

Copyright 2005 Adobe Systems Incorporated. All rights reserved.

ADOBE_009307
Confidential - Attorneys' Eyes Only

242.141
ADOBE_009307-13



ADOBE_009308
Confidential - Attorneys' Eyes Only

2486.142



Organizational Growth and Development Philosophy

Growing our key talent to provide the internal pipeline for tomorrow

Adobe Confidential

Copyright 2003 Adobe Systems Incorporated. All rights reserved.

ADOBE_009309
Confidential - Attorneys' Eyes Only



ADOBE_009310
Confidential - Attorneys' Eyes Only

2486.144
ADOBE_009310-16



Recognized for global HR excellence by providing the business with best practice processes and systems that provide high impact to the company leveraging centralization and a cost effective approach to HR and business priorities

HR Operations Philosophy

ADOBE_009311
Confidential - Attorneys' Eyes Only

24 Pv.145

ADOBE_009311-17



# Future State Overview - HR Operations

- Intended outcome is to ensure HR is cross functional to increase efficiencies and effectiveness

Adobe Confidential

Copyright 2008 Adobe System Incorporated. All rights reserved.

ADOBE_009312
Confidential - Attorneys' Eyes Only



ADOBE_009313
Confidential - Attorneys' Eyes Only

2482.197



Future State Overview – Building HR Capabilities

- Build HR capabilities globally to support the business as it continues to evolve and scale

Adobe Confidential · Adobe

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

ADOBE_009314
Confidential - Attorneys' Eyes Only



ADOBE_009315
Confidential - Attorneys' Eyes Only

ЗЧ8ι.149

ADOBE_009315-21



ADOBE_009316
Confidential - Attorneys' Eyes Only



ADOBE_009317
Confidential - Attorneys' Eyes Only



ADOBE_009318
Confidential - Attorneys' Eyes Only

ADOBE_009318-24



ADOBE_009319
Confidential - Attorneys' Eyes Only



ADOBE_009320
Confidential - Attorneys' Eyes Only



ADOBE_009321
Confidential - Attorneys' Eyes Only



ADOBE_009322
Confidential - Attorneys' Eyes Only

2486.156



ADOBE_009323
Confidential - Attorneys' Eyes Only

2482.157

ADOBE_009323-29