# EXHIBIT 2487

# 2010 Annual Performance Review

# Compensation Training for Managers

## December 2009

Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential.

EXHIBIT 2487
Deponent Keiper
Date 3-28-13
Gina V. Carbone, CSR

2487.1

ADOBE_100600
Confidential - Attorneys' Eyes Only

## Agenda

1. Key Underlying Philosophies & Total Rewards Overview

2. Refresh on the Performance Levels & Ranking Process

3. Cash Compensation

4. Equity Compensation

5. High Level Timeline

6. Next Steps

7. Resources

Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential.

2487.2

ADOBE_100601
Confidential - Attorneys' Eyes Only

## Performance Management Strategy



Continue to evolve culture toward pay for performance where key contributions of employees are recognized and rewarded, and managing performance is a key requirement to growing the business

Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential

2487.3

ADOBE_100602
Confidential - Attorneys' Eyes Only



Performance Management Framework

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

ADOBE_100603
Confidential - Attorneys' Eyes Only

Total Rewards Overview

Copyright 2009 Adobe Systems Incorporated. All rights reserved  Adobe Confidential.

2487.5

ADOBE_100604
Confidential - Attorneys' Eyes Only

# Ranking Definition

- Ranking is a process to identify levels of performance across the company

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

2487.6

ADOBE_100605
Confidential - Attorneys' Eyes Only

Ranking Process

Copyright 2009 Adobe Systems Incorporated.   All rights reserved   Adobe Confidential

2487.7

ADOBE_100606
Confidential - Attorneys' Eyes Only

Performance Levels



2487.8

ADOBE_100607
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

Leading to Win

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential

2487.9

ADOBE_100608
Confidential - Attorneys' Eyes Only



# Annual Review: Cash and Equity Compensation

- ## Cash Compensation
  - Salary Budget Methodology and Overview
  - Budgets by Country
  - Salary Increase Matrix and Considerations
  - Salary Tool

- ## Equity Compensation
  - Equity Budget Methodology and Overview
  - Equity Grant Considerations
  - Stock Tool

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential

2487.10

ADOBE_100609
Confidential - Attorneys' Eyes Only

Annual Review Salary Budget Methodology

Copyright 2009 Adobe Systems Incorporated.   All rights reserved   Adobe Confidential

2487.11

ADOBE_100610
Confidential - Attorneys' Eyes Only

Salary Budget Overview

2487.12

Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential.

ADOBE_100611
Confidential - Attorneys' Eyes Only

Salary Budgets by Country*

2487.13

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

ADOBE_100612
Confidential - Attorneys' Eyes Only

Salary Increase Considerations for Managers

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

2487.14

ADOBE_100613
Confidential - Attorneys' Eyes Only

Salary Increase Matrices

2487.15

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

ADOBE_100614
Confidential - Attorneys' Eyes Only

# Annual Review Salary Tool

- Annual Review Salary Tool will be open starting December 14 for all managers to enter preliminary salary and performance level recommendations

- Refer to the Adobe Presenter available on the Managers' Annual Review website or within the Salary Tool for help using the tool



Copyright 2009 Adobe Systems Incorporated. All rights reserved.   Adobe Confidential.

Annual Review Equity Budget Methodology

Copyright 2009 Adobe Systems Incorporated.   All rights reserved   Adobe Confidential

2487.17

ADOBE_100616
Confidential - Attorneys' Eyes Only

Equity Overview

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.   Adobe Confidential.

3187.18

ADOBE_100617
Confidential - Attorneys' Eyes Only

Equity Grant Considerations for Senior Leaders

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

2487.19

ADOBE_100618
Confidential - Attorneys' Eyes Only

Annual Review Stock Summary

Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential.

Jt 87.20

ADOBE_100619
Confidential - Attorneys' Eyes Only

Annual Performance Review

Copyright 2008 Adobe Systems Incorporated.   All rights reserved   Adobe Confidential

2487.21

ADOBE_100620
Confidential - Attorneys' Eyes Only

# Next Steps

- If asked, participate in Ranking sessions for your organization

- In the Salary Tool, enter your salary and performance level recommendations for each of your employees by January 6

- Write reviews via Appraisal Form for each employee

  - If you choose, as an FYI, send a copy of the appraisal via Workspace to your manager

- Review resources for delivering effective feedback

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

2487.22

ADOBE_100621
Confidential - Attorneys' Eyes Only

# Cash & Equity Compensation Resources

- Phase 2 Compensation Summary

- Annual Review Salary Tool training

  - Click the "Training" button in the Salary Tool or on the Manager's Annual Review website

  - For New Managers:  Instructions on how to download the SAP GUI to access the Salary Tool

- Job/Salary Range Website

- 

- Performance Shares and Restricted Stock Units (RSU) Training

- Total Rewards Overview (online module)

  - Part 1 - Total Rewards Overview

  - Part 2 - Compensation Fundamentals

  - Part 3 - Compensation Programs

  - General Compensation Info (pdf)

Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential.

2487.23

ADOBE_100622
Confidential - Attorneys' Eyes Only

## General Resources

* 2010 Managers' Annual Performance Review Website
  * Reference documents, trainings, communications, Appraisal Form

* 2010 Employees' Annual Performance Review Website
  * Trainings, Appraisal Form, communications

* Managing at Adobe Website

* If you have questions about...
  * The Appraisal Form: contact the IT Service Desk at x6HELP
  * Annual Performance Review timeline, process or tools:
    * In North America and India: contact the HRIC at x6HELP or hric@adobe.com
    * In all other geos: contact your local HR Manager
  * An employee issue: contact your HR Manager
  * Evaluating performance, ranking, department specific dates: contact your manager

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.



2481.25   ADOBE_100624
Confidential - Attorneys' Eyes Only