# EXHIBIT 2501

**From:** Matt Thompson
**Sent:** Friday, January 18, 2008 11:20 AM
**To:** Donna Morris
**Cc:** Cindy Springsteel; Bernadette Arriada; Rosemary Arriada-Keiper
**Subject:** RE: final review of salaries

Thanks for your help. This looks great.

---

**From:** Donna Morris
**Sent:** Friday, January 18, 2008 9:28 AM
**To:** Matt Thompson
**Cc:** Cindy Springsteel; Bernadette Arriada; Rosemary Arriada-Keiper; Donna Morris
**Subject:** final review of salaries
**Importance:** High

Matt – I have just finished the full review of all salary and stock, and would like to recommend some changes relative to your organization. [redacted]

[redacted]

Please let me know if you approve of the adjustments as outlined above.

Thanks Donna

Donna Morris
SVP Human Resources

EXHIBIT 2501
Deponent Keiper
Date 3-28-13
Gina V. Carbone, CSR

2501.1

ADOBE_009425
Confidential - Attorneys' Eyes Only

Adobe Systems Incorporated
North American employees with HR-related questions can contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com

2

2501.2

ADOBE_009426
Confidential - Attorneys' Eyes Only