Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**CERTIFICATE OF SERVICE - DOCUMENTS LODGED UNDER SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

PROOF OF SERVICE
Case No. 11-CV-2509-LHK

SFI-825819v2

# PROOF OF SERVICE

I, Pamela Walter, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 California Street, 26th Floor, San Francisco, California 94104. On May 17, 2013, I served a copy of the following document(s):

- **EXHIBITS TO THE DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL [UNREDACTED/UNDER SEAL]**

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by placing the document(s) listed above in a sealed envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a agent for delivery.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☒ by transmitting via e-mail or electronic transmission the document(s) listed above to the person(s) at the e-mail address(es) set forth below.

**SEE ATTACHED SERVICE LIST**

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 17, 2013, at San Francisco, California.

_____
Pamela Walter

SFI-825819v2

PROOF OF SERVICE
Case No. 11-CV-2509-LHK

## SERVICE LIST

| | |
|---|---|
| Richard M. Heimann<br>Kelly M. Dermody<br>Eric B. Fastiff<br>Brendan P. Glackin<br>Joseph P. Forderer<br>Dean M. Harvey<br>Anne B. Shaver<br>Lieff, Cabraser, Heiman & Bernstein, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>rheimann@lchb.com<br>kdermody@lchb.com<br>efastiff@lchb.com<br>bglackin@lchb.com<br>dharvey@lchb.com<br>ashaver@lchb.com<br><br>Attorneys for Plaintiffs<br><br>Joshua P. Davis<br>University of San Francisco School of Law<br>2130 Fulton Street<br>San Francisco, CA 94117-1080<br>Telephone: (415) 422-6223<br>Facsimile: (415) 422-6433<br>davisj@usfca.edu | Eric L. Cramer<br>Shanon J. Carson<br>Sarah R. Schalman-Bergen<br>BERGER & MONTAGUE, P.C.<br>1622 Locust Street<br>Philadelphia, PA 19103<br>Telephone: (800) 424-6690<br>Facsimile: (215) 875-4604<br>ecramer@bm.net<br>scarson@bm.net<br>sschalman-bergen@bm.net<br><br>Attorneys for Plaintiffs |
| George Riley<br>Michael F. Tubach<br>Christina Brown<br>Flora Vigo<br>Amanda R. Conley<br>O'Melveny & Meyers LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8701<br>Facsimile: (415) 984-8701<br>griley@omm.com<br>mtubach@omm.com<br>cjbrown@omm.com<br>fvigo@omm.com<br>aconley@omm.com<br>Attorneys for Defendant APPLE INC. | Donald M. Falk<br>Lee H. Rubin<br>Edward D. Johnson<br>Mayer Brown LLP<br>Two Palo Alto Square, Suite 300<br>Palo Alto, CA 94306-2112<br>Telephone: (650) 331-2030<br>Facsimile: (650) 331-2060<br>dfalk@mayerbrown.com<br>lrubin@mayerbrown.com<br>wjohnson@mayerbrown.com<br>Attorneys for Defendant GOOGLE INC. |

SFI-825819v2

PROOF OF SERVICE
Case No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Donn P. Pickett<br>Frank M. Hinman<br>Sujal J. Shah<br>Frank Busch<br>Bingham McCutchen LLP<br>Three Embarcadero Center<br>San Francisco, CA 94111-4067<br>Telephone: (415) 393-2000<br>Facsimile: (415) 393-2286<br>donn.pickett@bingham.com<br>frank.hinman@bingham.com<br>sujal.shah@bingham.com<br>frank.busch@bingham.com<br><br>Attorneys for Defendant INTEL CORP. | John W. Keker<br>Daniel E. Purcell<br>Paula L. Blizzard<br>Eugene M. Paige<br>Keker & Van Nest LLP<br>633 Battery Street<br>San Francisco, Ca 94111-1704<br>Telephone: (415) 391-5400<br>Facsimile: (415) 397-7188<br>jwk@kvn.com<br>dpurcell@kvn.com<br>plb@kvn.com<br>EMP@kvn.com<br><br>Attorneys for Defendant LUCASFILM LTD. |
| 9 | Emily J. Henn<br>Covington & Burling LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>Telephone: (650) 632-4702<br>Facsimile: (650) 632-4800<br>ehenn@cov.com<br><br>Deborah A. Garza<br>John W. Nields, Jr.<br>Thomas A. Isaacson<br>Chinue T. Richardson<br>Covington & Burling LLP<br>1201 Pennsylvania Avenue, NW<br>Washington, DC 20004<br>Telephone: (202) 662-5052<br>dgarza@cov.com<br>jnields@cov.com<br>tisaacson@cov.com<br>crichardson@cov.com<br><br>Attorneys for Defendant PIXAR | Joseph R. Saveri<br>Lisa J. Leebove<br>Kevin E. Rayhill<br>James Dallal<br>SAVERI LAW FIRM<br>505 Montgomery Street, Suite 625<br>San Francisco, CA  94111<br>Telephone: (415) 500-6800<br>Facsimile: (415) 500-6803<br>jsaveri@saverilawfirm.com<br>lleebove@saverilawfirm.com<br>krayhill@saverilawfirm.com<br>jdallal@saverilawfirm.com<br><br>Attorneys for Individual and Representative Plaintiffs Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, and Daniel Stover |
| 21 | Linda P. Nussbaum<br>GRANT & EISENHOFER, P.A.<br>485 Lexington Avenue, 29th Floor<br>New York, NY  10017<br>Telephone: (646) 722-8500<br>Facsimile: (646) 722-8501<br>lnussbaum@gelaw.com<br><br>Attorneys for Plaintiffs | |

PROOF OF SERVICE
Case No. 11-CV-2509-LHK

SFI-825819v2