# Exhibit 9

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY