# Exhibit 10

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY