# Exhibit Y

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4

 5   IN RE:  HIGH-TECH EMPLOYEE      )

 6   ANTITRUST LITIGATION            )

 7                                   )   No. 11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:       )

 9   ALL ACTIONS.                    )

10   _____

11

12

13        VIDEOTAPED DEPOSITION OF DEBORAH CONRAD

14        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

15                 November 21, 2012

16

17      Reported by:  Anne Torreano, CSR No. 10520

18

19

20

21

22

23

24

25
```

1       A.   Yes.

2

Deposition of Deborah Conrad                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Deborah Conrad

Deposition of Deborah Conrad

1

Deposition of Deborah Conrad

Deposition of Deborah Conrad

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Deborah Conrad                          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Deborah Conrad                                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Deborah Conrad                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Deborah Conrad
In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

Deposition of Deborah Conrad

In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Deborah Conrad

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

Deposition of Deborah Conrad

Deposition of Deborah Conrad                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Deborah Conrad

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

```
 1        Q.   Oh, your --

 2        A.   Mine looks better than yours.

 3        Q.   Okay.

 4        A.   It's Brian Richey.

04:00:06  5   Q.   All right.  Do you recognize this document?

 6        A.   I do not.

 7        Q.   Okay.  Do you know what Mr. Richey's job

 8    was --

 9        A.   I don't.

04:00:18 10   Q.   -- or is?

11             Do you know who he is?

12        A.   No.

13        Q.   Do you know if he works for Intel or not?

14        A.   I assume he works for Intel --

04:00:24 15   Q.   Okay.

16        A.   -- given the labeling of the document.
```

Deposition of Deborah Conrad

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Deborah Conrad

In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

19          (DEPOSITION EXHIBIT 401 MARKED.)

04:05:39 20   BY MR. SAVERI:

21          Q.   So I'm going to hand you Exhibit 401.  It has

22   some hand -- it has some highlighting on it, which is

23   my highlighting when it was copied.  It was copied in

24   color.  It picked it up.

04:05:53 25          A.   Okay.

|   |   |
|---|---|
| 1 | Q.   So it will perhaps give some embarrassing |
| 2 | insight into my thought process, but let me ask you |
| 3 | just a couple questions about the document. |
| 4 | A.   Okay. |
| 04:06:05 5 | Q.   Do you have that document in front of you? |
| 6 | Do you have 401 in front of you? |
| 7 | A.   I have 401 in front of me, yes. |
| 8 | Q.   And it has the Bates numbers 76615DOC002854 |
| 9 | through 2870. |
| 04:06:19 10 | A.   Yes. |
| 11 | Q.   Do you recognize this document? |
| 12 | A.   I've never seen this document. |
| 13 | Q.   Okay.  It's entitled "Retention Risks." |
| 14 | Do you see that? |
| 04:06:25 15 | A.   Yes. |
| 16 | Q.   And it says "For PSO and ADB 10/31/06." |
| 17 | Do you see that? |
| 18 | A.   Yes. |
| 19 | Q.   Do you recognize the abbreviation "PSO" as |
| 04:06:35 20 | the -- as the initials of Paul Otellini? |
| 21 | A.   Yes. |
| 22 | Q.   And in October of 2006, was he the CEO of the |
| 23 | company? |
| 24 | A.   He was, yes. |
| 04:06:44 25 | Q.   Do you recognize the initials "ADB"? |

Deposition of Deborah Conrad                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1       A.   Dottie Perlmutter.

2       Q.   And Deborah is you?

3       A.   That's me.

4       Q.   Did Jobs attend all these meetings?

04:41:59   5            You said that --

6       A.   Yes.

7       Q.   As far as you know, Mr. Jobs attended all

8   these meetings?

9       A.   He attended all the meetings before he stepped

04:42:04  10   aside as CEO.

11            MR. SAVERI:  Okay.  I don't have any further

12   questions.

13            THE VIDEOGRAPHER:  This is the end of disk No.

14   3 in the deposition of Deborah Conrad.

04:42:14  15            The three original disks will be retained by

16   Advantage Media [sic].  We are off the record at

17   4:42 p.m.

18            (DEPOSITION CONCLUDED AT 4:42 P.M.)

19                    --- oOo ---

20
    I certify under penalty of perjury that the foregoing
21
    is true and correct.
22

23
    Date _____   _____
24
                         DEBORAH CONRAD
25

```
 1              REPORTER'S CERTIFICATE

 2          The undersigned Certified Shorthand Reporter

 3  licensed in the State of California does hereby

 4  certify:

 5          I am authorized to administer oaths or

 6  affirmations pursuant to Code of Civil Procedure,

 7  Section 2093(b), and prior to being examined, the

 8  witness was duly administered an oath by me.

 9          I am not a relative or employee or attorney or

10  counsel of any of the parties, nor am I a relative or

11  employee of such attorney or counsel, nor am I

12  financially interested in the outcome of this action.

13          I am the deposition officer who

14  stenographically recorded the testimony in the

15  foregoing deposition, and the foregoing transcript is a

16  true record of the testimony given by the witness.

17          Before completion of the deposition, review of

18  the transcript [x] was [ ] was not requested.  If

19  requested, any changes made by the deponent (and

20  provided to the reporter) during the period allowed are

21  appended hereto.

22          In witness whereof, I have subscribed my name

23  this ____ day of _____, 2012.

24

25                 _____
                   ANNE M. TORREANO, CSR No. 10520
```