# Exhibit Z

```
                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION



IN RE: HIGH-TECH EMPLOYEE          )

ANTITRUST LITIGATION               )

                                   )  No. 11-CV-2509-LHK

THIS DOCUMENTS RELATES TO:         )

ALL ACTIONS                        )

_____)
```

VIDEO DEPOSITION OF RANDALL GOODWIN

March 15, 2013

9:20 a.m.

Phoenix, Arizona



Prepared by:


Carolyn T. Sullivan, RPR


Arizona Certified Reporter No. 50528

10:47:23   1   █████████████████████████████████████

██████     █  █████████████████████████████████████
██████     █  ███████████████████████████████
██████     █  ██████████████████████████████  ██████
██████     █  ████████████████████████████
██████     █  ███████████████████████████  █████████
██████     █  ███       ████
██████     █  ███       ████████████████████████
██████     █  ███       ████████████████████████
████████      █████████████████████████████████████
████████      █████████████████████████
████████   █  ████████████████████████████████████████
████████      █████████████████████████████████████
████████      █████████████████████████████████████
██████        █████
██████     █  ████████████████████████████████████
██████        ████████████████████████
██████     █  ████████████████████████████
██████        ███████████████████
██████     █  ███    ████
██████     █  █████████████████████████████
██████     █  ███    ████
██████     █  █████████████████████████████
████          ████
██████     █  █████████████



10:50:57

10:52:39  1  ███████████████████████████ ███████████
         ██████████ █  ████████████████
         ██████████ █  ██ ██████████████████████████████
         ██████████ █  ██ ████████
         ██████████ █  ██ █████████████████████████
         ██████████ █  █████████ ██████████████████████████
         ██████████ █  ████████████████ █████████████████████████████
         █████████  █  █████ █████████████████
         █████████  █  ██  ███
         ███████████   ██ ████████████ ████████████████
         ███████████   ██████████████████ ████████████████████
         ███████████   ███████████████ ██████████████████████
         ██████████    █████████ █████████████████
         █████████     ██  ███
         ██████████    ██ ████████████████████████
         ██████████    ████████████████████████████████████████████
         █████████     █████████████████
         █████████     ██ ███████████
         █████████     ██ ████████████████
         █████████     ██  ███
         █████████     ██ █████████████████████
         █████████     ██████████████████████████
         █████████         ████████████ ███████████████ ██████████████
         █████         ████
         █████████         █████████████ ██████████████

1        REPORTER'S CERTIFICATE

2

3        I, Carolyn T. Sullivan, Arizona Certified

4    Reporter No. 50528, do hereby certify:

5        That the witness named in the foregoing

6    deposition was by me first duly sworn; that the

7    deposition was then taken before me at the time and place

8    herein set forth; that the testimony and proceedings were

9    reported stenographically by me and were transcribed

10   through computerized transcription by me; that the

11   foregoing is a true record of the testimony and

12   proceedings taken at that time; and that I am not

13   interested in the event of the action.

14       Witness my hand dated March 25, 2013.

15

16                                    _____

17                                    CAROLYN T. SULLIVAN, RPR

18                                    ARIZONA CERTIFICATE NO. 50528

19

20

21

22

23

24

25