# Exhibit AA

```
                    IN THE UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                           SAN JOSE DIVISION

     IN RE: HIGH-TECH EMPLOYEE      )
                                    )
     ANTITRUST LITIGATION           )
                                    )  Master Docket
     THIS DOCUMENT RELATES TO:      )  No. 11-CV-2509-LHK
                                    )
     ALL ACTIONS                    )
```

VIDEO DEPOSITION OF RENEE JAMES

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

March 22, 2013

Reported by:  Teresa L. Dunn, CSR No. 00-0367

  1   █████ █████████████████████████████████████████████████████
      █ ███████████████████████████████████████
      █  ███ █████████████████████████████████████████████████
      █ ████████████████████████████████████
████████ █ █████████████████████████████████████████████
      █ ████ █████ ████████████████████████████████████████
      █ ████████████████████████████████████████████████████████
      █ ██████████████████████████████████
      █  ███ ██████████
████████ █  ███ █████████████████████████████
      █  ███ ██████████████████████████████████████
      █  ███ ████ ██████████████████████████████████████
      █ ███████████████████
      █ █████████████████████████████████████████
████████████ █████████████████████████████████████████████████████████████
      █  ███ ███████████████████████████████████ ████
      █ ████████████████████████████
      █  ███ ██████
      █  ███ ████████████████████ ██████████
████████ ██████████████████████████████
      █  ███ ██████████████████████████████████████████████████████
      █ █████████
      █  ███ ███████████████████████████████████████████████████████
      █ ██████████████████████████████ █████████████████
████████ ███████████

          1        Q.    Do you have or have you had responsibility for
          2   setting compensation for people that report up to you
          3   in your organization?
          4        A.    I have collaborative, I will say that,
09:27:15  5   compensation setting for only my direct reports which
          6   is to say I don't set it.  I advise if it needs
          7   adjustments.
          8        Q.    Okay.  So let me kind of unpack that.  So how
          9   many direct reports do you have?
09:27:31 10        A.    Twelve.
         11        Q.    Twelve?
         12        A.    Yes.
         13        Q.    Okay.  And it is fair to say that there are a
         14   number of other people who report up to you in your
09:27:39 15   organization?
         16        A.    That's true.
         17        Q.    What's your role with respect to setting
         18   compensation for them?
         19        A.    I have really no role at all.
09:27:46 20   ███  ███   ████████████████████████████████████
         ███  ███   ████████████████████████████████████
         ███        █████████████████████████████████████
         ███        ████████████████████
         ███        ██████████████████████████████████
         █████████  █████████████████████████████████████████

1

1   █████████  ████████
    █  █ ███████████████████████
    █  █ █████████████████
    █  █ █████
██████ █ █ █████████████████████
       █ ██████████████████████████
       █ █ ██████████████  ████████
       █ ████ █████████████████
       █ █ ███
████████ █ ██████████████████████
         █ █ █████████████████
         ███████████████
         █████████████████████████
         ███████████████████████
████████ █████████████████████
         █ █ ██████████
         █ █ ███  █████████████
         █ █ ████████████████
         ████████████████████████
████████ ████████████████████
         █ █████
         █    ███████████████████
         █ ████████████████████████
         █ █████████████████████████
████████ ██████████████████████

```
 1  in a very obscure part of Russia and in another couple
 2  of other very, very, very rare skill-sets in specific
 3  areas.
 4       Q.   And those other skill-sets, were they people
 5  also in Russia or were they in the United States?
 6       A.   They were all over the world, predominantly
 7  Russia, China, and the United States.
 8       Q.   And what was the skill-sets?
 9       A.   They varied, but they were compilation skills
10  and some of the more, I don't know how to characterize
11  it, extraordinarily rarified type of computer science.
12       Q.   And were these people that worked with Intel's
13  compilers?
14       A.   They worked not only with the compilers, but
15  the operating systems and some of the other, but, yes.
16       Q.   Okay.  Were these people -- were some of these
17  people based in the United States, though?
18       A.   Yes, some of them were.
19       Q.   In the San Francisco Bay area?
20       A.   Yes.
21       Q.   And did you lose some of them to Google?
22       A.   We lost many of them to Google.
23       Q.   Did you lose any of them to VMware?
24       A.   I don't remember that we -- I don't recall
25  that.
```

|  |  |
|---|---|
| 1 | Q.  Other than Google can you recall or identify |
| 2 | particular companies that were ones where you were |
| 3 | losing these people to during that abnormal period? |
| 4 | A.  No, I don't remember any other companies, no. |
| 09:52:50  5 | Q.  So, again, maybe I asked this, but let me make |
| 6 | sure, when you were trying to fill job -- open job |
| 7 | requisitions and you were working with the human |
| 8 | resource folks to do that did you ever identify for |
| 9 | them companies to target for their recruiting efforts? |
| 09:53:25 10 | A.  I don't remember that I did.  I really don't. |
| 11 | Q.  Now, organizationally was the recruiting |
| 12 | department within the HR department? |
| 13 | A.  That's my understanding. |
| 14 | Q.  Were there particular people you would |
| 09:53:44 15 | identify as the chief recruiters with whom you worked? |
| 16 | A.  Boy, you know, again, I didn't do a lot of |
| 17 | this work directly and I don't really know any of the |
| 18 | names of the people.  I can't think of any of them. |
| 19 | [redacted] |

1



                19       Q.   Okay.  So, for example, there was a period of
09:56:36        20   time I think you identified a few minutes ago where, in
                21   fact, your group was losing people to Google?
                22       A.   Yes.
                23       Q.   And did Intel raise its compensation for
                24   people they thought were targets of Google's recruiting
09:56:51        25   efforts in order to retain them?

1 ███████████████
  █  █ ████████████████████████
  █  ████████████████████
  █  █████████████████████
████████ █ █ ████████████████
  █  █ █████████████████████
  █  █ ███████████████████
  █  █ ████████████████████████
  █  █
█████████ █ █████████ █████████████
  █  ████████
  █  █ █████████
  █  █ ██████
  █  █ ████████████████████████
█████████ ███████████
  █  █ ██████████
  █  █ ██████████████████████
  █  ██████████ █████████████████
  █  ████████████████████ █████████
█████████ █ ██████████
  █  █ ████████████████████
  █  █ ██████████████████
  █  █ ██████ ██████████
  █  █ █████████████████████
█████████ ████████████████████████

1   █████████████████████████
    █  █  ████████████████████████████████
    █  ████████████████████████████████████
    █  ████████████████████████████
████  █  █████████████
    █  █  ████████████████████████████████
    █  ███
    █  █  █████████████████████████████
    █  ████████████████████████
██████  █  ████
    █  █  ████████████████████████████████
    █  █  █████████████████
    █  █  ████████████████████████████████
    █  █████
██████  █  ██████████████████████
    █  █  ███████████████████████
    █  █  ████
    █  █  ██████████████  █████████████
    █  █  ████████
██████  █  ████████████████████████████████
    █  █████████████████████████
    █  █  ███
    █  █  ████████████████████
    █  █  ████████████████████████████
██████  █████████████████████████████

[Page content redacted]

1 ■ ■ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[Page content fully redacted]

1    performance to grade, performance versus peers,
2    performance versus the market.  So I would call
3    internal equity a secondary or tertiary tool.
4        [REDACTED]

[lines 5–17 redacted]

18       Q.   Okay.  If you look at the last page of the
19   document there's a Revision History.  Do you see that?
16:35:13 20       A.   Yes, I do.
21       Q.   Do you know if this Revision History is the
22   revision history of the manual or of the underlying
23   application?
24       A.   I do not know.
16:35:20 25       Q.   And do you know any of these people?

```
               1        A.   I do not.

               2        Q.   Do you know if they work for Intel?

               3        A.   I don't.

               4        Q.   Okay.  You can put that document aside.  Let
16:35:51       5   me hand you what's been marked as 168.  I'm sorry.
               6   This is the Competitive Impact Statement.
               7        A.   Okay.  This is different than --
               8        Q.   I believe I showed you earlier the Final
               9   Judgment.
16:36:12      10        A.   You did show me the Final Judgment.
              11        Q.   And so this is a different document.
              12             MR. PICKETT:  But they repeat each other.
              13             THE WITNESS:  They do so that's why --
              14             MR. PICKETT:  So it is -- it includes a lot of
16:36:22      15   the Final Judgment.
              16             MR. SAVERI:  That is absolutely the truth.
              17             THE WITNESS:  I'm clarifying because it looks
              18   very similar so I wanted to make sure if I have seen a
              19   different document.  Okay.
16:36:40      20        Q.   (By Mr. Saveri) And I will grant Mr. Pickett's
              21   comment about the redundancy between the two documents,
              22   but I really just want to ask you a couple of questions
              23   about the portion of the document on page 5 that talks
              24   about the Google-Intel Agreement, but take whatever
16:37:02      25   time you need to review the document.
```

```
 1        A.   Whoever the account manager is usually takes
 2   the notes of the meeting.
 3        Q.   Okay.  And you had business review meetings
 4   and other meetings from time to time with Paul
 5   Otellini, correct?
 6        A.   Yes, I do.
 7        Q.   And did you keep notes of those meetings?
 8        A.   Actually, I do not keep notes.
 9        Q.   Were notes taken of those?
10        A.   Very rarely.  Finance usually will produce the
11   action items, not notes, but just what the follow-up
12   items are out of those meetings.
13             MR. SAVERI:  All right.  I don't have any
14   further questions.  Thank you very much.
15             MR. PICKETT:  Thank you.
16             (Deposition concluded at 4:55 p.m.)
17             (Signature reserved.)
18
19
20
21
22
23
24
25
```

C E R T I F I C A T E

     I, Teresa L. Dunn, a Certified Shorthand Reporter for Oregon, do hereby certify that, pursuant to stipulation of counsel for the respective parties hereinbefore set forth, RENEE JAMES personally appeared before me at the time and place set forth in the caption hereof; that at said time and place I reported in Stenotype all testimony adduced and other oral proceedings had in the foregoing matter; that thereafter my notes were reduced to typewriting under my direction; and that the foregoing transcript, pages 1 to 258, both inclusive, constitutes a full, true and accurate record of all such testimony adduced and oral proceedings had, and of the whole thereof.

     Witness my hand and CSR stamp at Vancouver, Washington, this 29th day of March, 2013.

_____
TERESA L. DUNN
Certified Shorthand Reporter
Certificate No. 00-0367

```
 1                       RENEE JAMES

 2    I have read the transcript of the deposition taken on
      March 22, 2013, at Portland, Oregon, and make the
 3    following changes:

 4    PAGE    LINE    CHANGE(S) AND REASON FOR CHANGE(S)

 5

 6

 7

 8

 9

10

11

12

13

14
      Subject to the foregoing changes, the transcript is
15    correct.

16                         _____
                                   RENEE JAMES
17
              Subscribed and sworn to before me this ____
18    day of _____, 2013.

19                         _____
                           Notary Public for the State
20                         of _____
                           residing at _____
21                         My Commission Expires: ____

22    Re: In Re: High-tech Employee Antitrust Litigation
          US District Court No. 11-CV-2509-LHK
23        TLD

24

25
```