# Exhibit CC

1     UNITED STATES DISTRICT COURT

2    NORTHERN DISTRICT OF CALIFORNIA

3     SAN JOSE DIVISION

4

5 IN RE:  HIGH-TECH EMPLOYEE  )

6 ANTITRUST LITIGATION    )

7           )  No. 11-CV-2509-LHK

8 THIS DOCUMENT RELATES TO:  )

9 ALL ACTIONS.       )

10 _____

11

12    VIDEO DEPOSITION OF PATRICIA MURRAY

13      February 14, 2013

14

15   Reported by:  Anne Torreano, CSR No. 10520

16

17

18

19

20

21

22

23

24

25

1    Q.    Okay.

2    A.    Or shall I say several.  There were several.

3    Q.    Okay.  Now, as the director and VP of human

4    resources or -- if I use the initials "HR," will you

09:32:49  5    know what I mean?

6    A.    Yes.

7    Q.    As --

8    A.    I will stipulate that "HR" means "human

9    resources."

09:32:55  10    Q.    We lapse into jargon very quickly.

11          As the director and VP of HR, what was your

12    role with respect to setting or determining

13    compensation?

14    A.    I managed a large compensation and benefits

09:33:15  15    group that had responsibility for determining

16    compensation on a worldwide basis that worked with the

17    chief administrative officer, the chief operating

18    officer, the CEO, and the board of directors in order

19    to determine the appropriate compensation for employees

09:33:33  20    on a worldwide basis.

21    Q.    And when you say "on a worldwide basis," does

22    that mean the entire Intel corporate organization

23    worldwide?

24    A.    Yes, that does.

09:33:42  25    ▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

1

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray

1

Deposition of Patricia Murray

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

Deposition of Patricia Murray                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

Deposition of Patricia Murray                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

Deposition of Patricia Murray
In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray                                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Patricia Murray

In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



          11              MR. SAVERI:  Okay.  I'm going to change

          12     subjects now.

          13              THE WITNESS:  Okay.

          14              MR. SAVERI:  So he said I'm about to run out

02:00:28  15     of tape, so let's take a break.

          16              THE VIDEOGRAPHER:  Okay.  This is the end of

          17     video No. 2.  We are now off the record at two o'clock.

          18              (RECESS TAKEN.)

          19              THE VIDEOGRAPHER:  We are now on the record at

02:12:20  20     2:12.  This is the beginning of video No. 3.

          21     BY MR. SAVERI:

Deposition of Patricia Murray                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

1

Deposition of Patricia Murray

In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

1

Deposition of Patricia Murray                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1

1

Deposition of Patricia Murray

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
 1   ██████████████████████████████    ████████████████
     ██████████████████████    ██████████████████████████
     ██████████████████████████    ████████████████████████
     ██████████████████████████
     ████     █████████████████████████████████████████
     █████████████
     █████    █████████████████████████████████████████
     ███████████████████████████████████████████████████
     ████     ███    ███
     ███████████     ███    ██████
     ███     ███    █████████████████████████████████
     ████████████████████████████████████████████████
     ████     ███    ██████████████████████████████
     ████     ███    ███████
     ███████████     ███    ████████████████████████
     ████     ███    ███████
     ████     ███    ████████████████████
     ████     ███    ██████    ███████████████████████████  ██
     ████     ██████████████████████████████████████████
     ████████████     █████████████████████████████████████
     ████     ██████████████████████    ███████████████████
```

22              (DEPOSITION EXHIBIT 785 MARKED.)

23   BY MR. SAVERI:

24        Q.   Do you have -- oh, sorry.

02:49:04 25            Do you have Exhibit 785 in front of you?

1    Google and Intel, item 4.  Just focusing on the -- on

2    item 5 Google and Intuit, do you have any information

3    regarding that agreement?

4        A.   I know nothing about that.

03:46:35  5        Q.   Do you have any information regarding an

6    agreement between Lucasfilm and Pixar?

7        A.   I do not.

8        Q.   Okay.  When was the first time you became

9    aware of the existence of the agreements that are

03:47:02 10    identified here?

11             MR. PICKETT:  Objection.  No foundation.

12    BY MR. SAVERI:

13        Q.   When was the first time you learned that the

14    Department of Justice was challenging no-solicitation

03:47:17 15    agreements between companies other than Intel?

16             MR. PICKETT:  Asked and answered.

17             THE WITNESS:  Yeah, I don't remember.  I have

18    no memory of when I first learned about this.

19             MR. SAVERI:  Okay.  I don't have any further

03:47:28 20    questions.

21             MR. PICKETT:  Thank you.

22             THE VIDEOGRAPHER:  This is the end of video 3

23    of 3 and concludes today's proceedings.  The master

24    videos will be retained by Digital Evidence Group --

03:47:39 25    excuse me, retained by Jordan Media.

1            We're now off the record, and the time is

2      3:47.

3            (DEPOSITION CONCLUDED AT 3:47 P.M.)

4                         --- oOo ---

5

6      I certify under penalty of perjury that the foregoing

7      is true and correct.

8

9      Date _____  _____

10                              PATRICIA MURRAY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    REPORTER'S CERTIFICATE

 2          I, Anne Torreano, Certified Shorthand Reporter

 3    licensed in the State of California, License No. 10520,

 4    hereby certify that the deponent was by me first duly

 5    sworn, and the foregoing testimony was reported by me

 6    and was thereafter transcribed with computer-aided

 7    transcription; that the foregoing is a full, complete,

 8    and true record of said proceedings.

 9          I further certify that I am not of counsel or

10    attorney for either or any of the parties in the

11    foregoing proceeding and caption named or in any way

12    interested in the outcome of the cause in said caption.

13          The dismantling, unsealing, or unbinding of

14    the original transcript will render the reporter's

15    certificates null and void.

16          In witness whereof, I have subscribed my name

17    this 25th day of February, 2013.

18

19              [ ] Reading and Signing was requested.

20              [ ] Reading and Signing was waived.

21              [X] Reading and Signing was not requested.

22

23

24              _____
                ANNE M. TORREANO, CSR No. 10520

25
```