# Exhibit 391

DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY