# Exhibit 392

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY