# Exhibit 393

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY