# Exhibit 397

DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY