# Exhibit 398

DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY