# Exhibit 399

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY