# Exhibit 400

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY