# Exhibit 478

DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY