# Exhibit 781

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY