# Exhibit 2030

DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY