# Exhibit 2033

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY