# Exhibit 2035

# DOCUMENT HAS BEEN REDACTED IN ITS ENTIRETY