# EXHIBIT 28

**From:** Howard Look <howard@pixar.com>
**Sent:** Tuesday, December 12, 2006 3:09 PM
**To:** Lori McAdams; Ed Catmull; Ali Rowghani
**Subject:** Re: 2006 Radford Data?

This new market data corroborates what we've been feeling about the bay area tech market heating up, and helps partially explain why recruiting has been so hard, and why we've lost two people to other tech companies (Google and a startup).

Most of our software apps engineers are ███████

███████████████████████████████
███████████████
███████████████

This is base salary, not including benefits or stock.

We obviously want to be fiscally prudent and do our best to stay within our ███████, but we should also acknowledge the much higher cost of backfilling for experienced engineers.

We have lots going for us beyond base salary (benefits and a great project and work environment, etc.) but for a software apps engineer, there's a lot going on out there, and with relatively low stock grants and salary increases, there is risk that we may lose more.

Howard


On Dec 12, 2006, at 11:17 AM, Lisa Ellis wrote:

> Howard,
>
> My apologies. Attached is the download from Radford along with the
> jobs information you provided in May. Please let me know if you
> need anything else.
>
> Lisa
>
>
>
> On Dec 12, 2006, at 11:06 AM, Howard Look wrote:
>
>> Hi Lisa,
>>
>> Did you send this? I didn't see it...
>>

1

CONFIDENTIAL -- ATTORNEYS' EYES ONLY                           PIX00012996

1306.1

EXHIBIT 1306
Deponent Sheehy
Date 3-5-13
Gina V. Carbone, CSR

```
>> Thanks!
>> Howard
>>
>> On Dec 11, 2006, at 10:13 AM, Lisa Ellis wrote:
>>
>>> I can get it to you today.
>>>
>>> Lisa
>>>
>>>
>>>
>>> On Dec 11, 2006, at 10:09 AM, Howard Look wrote:
>>>
>>>> I have the 2005 Radford data, but not 2006.
>>>>
>>>> Does it exist yet? Or does 2006 data come out in early 2007?
>>>>
>>>> Thanks,
>>>> Howard
>>>> <SpecialSoftwareOct2006.xls>
>>>> <RadfordToolsJobsMay06ForLisa.xls>
>
```

2

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00012997

1306.2