# EXHIBIT 1308

13081

Deponent _Sheehy_
Date _3-5-13_
Gina V. Carbone, CSR
T 13081

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



13081 7

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY

1308.11



13D8.12

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.13

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.15

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.17

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.21

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



130 l. 27

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.30

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY

1308.31