UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE:  HIGH-TECH EMPLOYEE     )

ANTITRUST LITIGATION           )

                               )   No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:      )

ALL ACTIONS.                   )

_____)


CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEO DEPOSITION OF LORI McADAMS


AUGUST 2, 2012


Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

```
09:25:55  1    is hourly.
09:26:00  2        Q.    ████████████████████████████████
████████   ███████████████████
████████   █  ████████████████████████████████████
████████   ████████████████████████████████████████
████████   ██████████████████████████████
████████   █  ████  █████  ███  ██████████████████████
████████   ████████████████████████████████████████████
████████   █████████████████████████████████
09:26:29 10        A.    We quote it weekly, but, yes, a weekly salary.
09:26:33 11        Q.    Okay.
09:26:34 12        A.    They don't, you know, get paid by the hour.
09:26:37 13        Q.    Right.  Are there particular job categories at
09:26:43 14   Pixar that tend to fall into the category of either
09:26:46 15   hourly work or salaried work?
09:26:51 16        A.    Well, we follow the Fair Labor Standards Act
09:26:53 17   and wage laws of California, and so, yes, the -- the
09:26:56 18   positions are determined to be hourly or salaried based
09:26:59 19   on those rules.
09:27:04 20        Q.    So there is not -- are there particular kinds
09:27:07 21   of job tasks that tend to be performed by people who earn
09:27:11 22   a salary as opposed to people who earn an hourly wage?
09:27:16 23        A.    It all depends on the job description.  Again,
09:27:19 24   we -- we have a job description that -- that we will
09:27:21 25   evaluate against the rules of wage and hour law, and that
```

| | |
|---|---|
| 09:27:25  1 | determines what -- whether it's a salaried position or an |
| 09:27:30  2 | hourly position. |
| 09:27:32  3 |     Q.   Okay.  So focusing -- I think we're probably |
| 09:27:35  4 | going to spend most of the day talking about salaried |
| 09:27:38  5 | employees, but focusing on the salaried employees, how |
| 09:27:41  6 | does Pixar determine what salary to pay an employee -- a |
| 09:27:46  7 | salaried employee? |
| 09:27:50  8 |     A.   We establish salary ranges for each of our |
| 09:27:54  9 | positions, and an employee is offered or paid usually |
| 09:28:01 10 | within that salary range. |
| 09:28:09 11 |     Q.   Who -- are those salary ranges -- when you say |
| 09:28:14 12 | a -- for positions, who -- how are the salary ranges |
| 09:28:20 13 | determined for -- how is the salary range determined for |
| 09:28:22 14 | a particular position? |
| 09:28:25 15 |     A.   We participate in salary surveys in the |
| 09:28:31 16 | industry and -- and in -- in various fields, and use that |
| 09:28:37 17 | information to determine the appropriate salary range. |
| 09:28:41 18 |     Q.   Who -- who is "we" at Pixar?  Who makes the |
| 09:28:44 19 | decision about salary range? |
| 09:28:47 20 |     A.   It depends on the position, but I do or one of |
| 09:28:52 21 | the people on my team who handle compensation. |
| 09:28:57 22 |     Q.   Is there a process by which that determination |
| 09:29:04 23 | takes place?  I mean, for example, does this happen every |
| 09:29:06 24 | year?  Does it happen every six months?  Does it happen |
| 09:29:09 25 | irregularly? |

| | | |
|---|---|---|
| 09:29:10 | 1 | A.  Well, we receive our salary surveys that we |
| 09:29:14 | 2 | participate in. We get results of that on an annual |
| 09:29:17 | 3 | basis. And so within HR we review our salary ranges |
| 09:29:21 | 4 | relative to that data to determine if we should modify |
| 09:29:26 | 5 | our salary ranges at all. |
| 09:29:28 | 6 | Q.  Can you tell me, like, approximately what time |
| 09:29:30 | 7 | of year that happens? |
| 09:29:33 | 8 | A.  It happens in the summer for the more |
| 09:29:37 | 9 | entertainment industry-related positions, and it -- the |
| 09:29:42 | 10 | technology survey we can get anytime we want, so we tend |
| 09:29:45 | 11 | to do it about the same time, in the summer or fall. |
| 09:29:49 | 12 | Q.  And within Pixar, do you have the final |
| 09:29:53 | 13 | authority with respect to setting salary ranges, or do |
| 09:29:56 | 14 | they have to be approved by someone else? |
| 09:29:58 | 15 | A.  I have the final authority. |
| 09:30:04 | 16 | Q.  Are there other staff members who participate |
| 09:30:06 | 17 | in that process with you? |
| 09:30:08 | 18 | A.  Yes. |
| 09:30:09 | 19 | Q.  Who are they? |
| 09:30:11 | 20 | A.  My compensation manager, Stephanie Sheehy, |
| 09:30:14 | 21 | handles a number of the tasks for already-established |
| 09:30:21 | 22 | positions. |
| 09:30:24 | 23 | Q.  And has she done that since you joined the |
| 09:30:26 | 24 | company in 2004? |
| 09:30:29 | 25 | A.  She joined a little bit later than I did, but |

```
09:30:31  1   she's been there for probably seven years or so.
09:30:47  2       Q.   What determines how an employee is paid within
09:30:51  3   the range of salary?  What determines where they fall in
09:30:56  4   that range?
09:30:58  5       A.   Do you mean for a new employee or an existing
09:31:01  6   employee?
09:31:03  7       Q.   Well, let's -- if there is a difference, then
09:31:06  8   why don't we start out with an existing employee.  How do
09:31:09  9   you know where they fall in that range?
09:31:10 10       A.   With an existing employee we evaluate
09:31:13 11   performance, and we look at contributions to the studio
09:31:18 12   as well, the number of projects; not really tenure, but
09:31:23 13   by the nature of, you know, how our projects worked.
09:31:27 14   That comes into play.  And then we look at where they are
09:31:31 15   in the range relative to those things and determine
09:31:34 16   whether they're in the right place of -- of the range,
09:31:37 17   given their performance.
09:31:39 18       Q.   Will the -- are the ranges typically broken
09:31:42 19   down into different grades?
09:31:45 20       A.   No.  Salary -- some would call a salary range a
09:31:48 21   grade.  We don't use that naming convention, but there
09:31:51 22   is -- it's a range.
09:31:53 23       Q.   So a given employee could fall anywhere in that
09:31:57 24   range.  It is not like every 10, $5,000, or something.
09:32:01 25       A.   Correct.
```

```
09:32:01  1      Q.   Okay.
09:32:02  2      A.   ███████████████████████████
████████   ███████████████████████████████████████
████████   ██████████████████████████
████████ █ ████████████████████████
████████ █ ███ ███████████ █████████████████████
████████ █ █████████████████████████████████
████████ █ █████████████████████████████████
```

09:32:32  9      Q.   Now, how is the compensation of a new
09:32:37 10  employee -- how is the base salary of a new salaried
09:32:41 11  employee determined?
09:32:42 12      A.   We look at their experience and education and
09:32:49 13  how we evaluate them against existing employees and --
09:32:53 14  and make them an offer relative to their experience
09:32:56 15  and -- and our existing talent.
09:33:05 16      Q.   Other than the annual review, if that's the
09:33:09 17  right term, that takes place following the results of the
09:33:14 18  survey, are there ever other adjustments that are made to
09:33:19 19  the salary ranges?
09:33:23 20           MS. HENN:  Objection.
09:33:28 21           THE WITNESS:  Yeah, can you -- can you ask that
09:33:29 22  again?  Because --
09:33:31 23  BY MR. GLACKIN:
09:33:31 24      Q.   Sure.
09:33:32 25      A.   Yeah.

```
09:33:34   1        Q.   So putting aside the process you just
09:33:35   2   described, where you receive the results of the survey
09:33:39   3   and then make adjustments to the -- evaluate your salary
09:33:42   4   ranges, putting aside that process --
09:33:44   5        A.   Uh-huh.
09:33:44   6        Q.   -- has Pixar ever adjusted salary ranges
09:33:48   7   outside of that process, for example, at a different time
09:33:51   8   of year?
09:33:54   9        A.   Not generally.  We -- we tend to do that
09:33:57  10   evaluation once a year.
09:34:00  11        Q.   Has it ever happened, to your knowledge?
09:34:04  12        A.   There has been a time where we will look at the
09:34:08  13   salary survey at a different time of year because we --
09:34:11  14   we believe the market might be changing, and so we'll
09:34:16  15   look and see that the salary ranges have moved, and we
09:34:20  16   may make adjustments to, you know, a particular position
09:34:23  17   or group of positions in terms of the salary range if we
09:34:26  18   think the data has changed, or we see that the data has
09:34:32  19   changed.
09:34:34  20        Q.   And how -- how often has that happened during
09:34:36  21   the time you've been at Pixar?
09:34:40  22        A.   Not often.  I don't recall specifically, but
09:34:41  23   not very often.
09:34:52  24        Q.   When you are conducting the annual review of
09:34:55  25   salary ranges, do you consider turnover rate or employee
```

| | | |
|---|---|---|
| 09:43:49  1 | A. | Usually a combination of me and Jim Morris, our |
| 09:43:53  2 | general manager, and our VP of finance. | |
| 09:43:59  3 | Q. | Is that something that happens a few times a |
| 09:44:02  4 | year?  Once a year?  Every few years? | |
| 09:44:04  5 | A. | It probably happens a dozen times a year, |
| 09:44:09  6 | perhaps. | |
| 09:44:14  7 | Q. | What are some of the things that might cause an |
| 09:44:16  8 | employee to be paid a performance based -- a bonus-based | |
| 09:44:20  9 | on their individual performance? | |
| 09:44:22 10 | A. | If someone performs a job that is higher than |
| 09:44:26 11 | theirs, for example, if a coordinator ends up stepping | |
| 09:44:30 12 | into the role of a leader of a group, because the leader | |
| 09:44:33 13 | is absent on a leave or something, we don't promote them | |
| 09:44:38 14 | because it's a temporary situation, but we might give | |
| 09:44:42 15 | them a bonus at the end of the period that they were | |
| 09:44:46 16 | stepping into that role to thank them and recognize their | |
| 09:44:49 17 | work. | |
| 09:44:50 18 | Q. | Are those kinds of bonuses only paid to |
| 09:44:53 19 | salaried employees, or are they also sometimes paid to | |
| 09:45:00 20 | hourly employees? | |
| 09:45:01 21 | A. | They are paid to hourly as well, any employee |
| 09:45:04 22 | we may want to. | |
| 09:45:05 23 | Q. | Does Pixar ever give its employees raises? |
| 09:45:08 24 | A. | Yes. |
| 09:45:09 25 | Q. | How is the decision made to give an employee a |

```
09:45:12  1   raise?
09:45:13  2       A.   We have an annual program where raises are
09:45:16  3   given to all eligible employees.
09:45:19  4       Q.   Is that the same thing as the review of base
09:45:23  5   salary ranges, or is it something different?
09:45:26  6       A.   It's something different.
09:45:28  7       Q.   Okay.  So how does that process work?
09:45:31  8       A.   Well, once a year a pool is established.  We
09:45:34  9   determine what our salary percentage increase will be for
09:45:37 10   the studio.  And each manager is given a pool of money
09:45:44 11   and guidelines to distribute that pool to their employees
09:45:49 12   for their annual increases.
09:45:51 13       Q.   And those increases are distributed on an
09:45:53 14   employee-by-employee basis by the managers?
09:45:56 15       A.   They are.
09:45:58 16       Q.   How is the total salary increase pool
09:46:02 17   determined?
09:46:05 18       A.   We look at what we can afford, and we also look
09:46:11 19   at the salary survey data on what increases are trending,
09:46:18 20   have been trending to be.  We also look at the cost of
09:46:22 21   labor or living in the Bay Area.
09:46:28 22       Q.   So why have two processes?  Why -- why is it
09:46:40 23   that Pixar both adjusts base salary ranges and also has a
09:46:45 24   process by which it gives raises to individual employees?
09:46:49 25       A.   Well, the salary range adjustments is something
```

| | | |
|---|---|---|
| 09:46:51 | 1 | that's done by human resources so that we have ranges for |
| 09:46:55 | 2 | all of our established positions.  And then the managers |
| 09:46:59 | 3 | are provided any updated salary range information so that |
| 09:47:03 | 4 | when they are distributing their salary increase pool, |
| 09:47:06 | 5 | they know if someone is below -- you know, they know |
| 09:47:11 | 6 | where their people are in those salary ranges and can |
| 09:47:14 | 7 | provide, you know -- can spend their pool accordingly. |
| 09:47:21 | 8 |     Q.   So is the -- are the salary range -- are the |
| 09:47:23 | 9 | salary ranges determined first and then the pool is |
| 09:47:27 | 10 | distributed, so to speak? |
| 09:47:29 | 11 |     A.   Yes. |
| 09:47:33 | 12 |     Q.   Who has the final decision about the size of |
| 09:47:38 | 13 | the salary increase pool? |
| 09:47:42 | 14 |     A.   I do, and -- with Jim Morris, our general |
| 09:47:47 | 15 | manager, and our VP of finance. |
| 09:47:49 | 16 |     Q.   So the three of you make the decision together? |
| 09:47:52 | 17 |     A.   Yes.  Ed Catmull is also part of the |
| 09:47:55 | 18 | conversation, but, generally, the three of us make the |
| 09:47:58 | 19 | determination. |
| 09:48:04 | 20 |     Q.   Okay.  Does Pixar ever provide or pay bonuses |
| 09:48:11 | 21 | or profit sharing that's based on the overall performance |
| 09:48:14 | 22 | of the company? |
| 09:48:15 | 23 |     A.   We pay bonuses to our employees, yes. |
| 09:48:18 | 24 |     Q.   So how does -- what kind of bonuses does Pixar |
| 09:48:22 | 25 | pay to its employees that are different than what we've |

| | | |
|---|---|---|
| 09:48:24 | 1 | already talked about? |
| 09:48:25 | 2 | A. We have a film bonus program that after the |
| 09:48:28 | 3 | completion of our film, then we can assess the |
| 09:48:32 | 4 | profitability over time. We have a practice -- I |
| 09:48:36 | 5 | wouldn't say it's a policy, but have a practice of paying |
| 09:48:39 | 6 | bonuses to all employees in the company based on that |
| 09:48:44 | 7 | profitability. |
| 09:48:45 | 8 | Q. And how are those bonuses for profitability |
| 09:48:50 | 9 | determined for individual employees? |
| 09:48:53 | 10 | A. Well, all individuals receive the same number |
| 09:48:58 | 11 | of weeks of pay. So we determine, based on |
| 09:49:01 | 12 | profitability, how many weeks of pay we will pay to |
| 09:49:04 | 13 | everyone, and then the employees will receive that same |
| 09:49:09 | 14 | number, with an exception for those who have joined the |
| 09:49:12 | 15 | company more recently, they get a pro rata amount. |
| 09:49:15 | 16 | Q. So essentially you get -- you get -- every |
| 09:49:20 | 17 | employee gets the same fixed percentage of their annual |
| 09:49:22 | 18 | salary as a bonus? |
| 09:49:24 | 19 | A. Correct. |
| 09:49:24 | 20 | Q. Prorated based on how long they have been there |
| 09:49:26 | 21 | that year. |
| 09:49:27 | 22 | A. Yes. Everybody gets a -- a -- you know, a |
| 09:49:30 | 23 | percentage of their salary. |
| 09:49:32 | 24 | Q. Right. |
| 09:49:32 | 25 | A. And then if -- but if they are a newer |

```
10:23:19  1      Q.   Okay.  Can you give me some examples of when
10:23:22  2  that has happened in the past?
10:23:27  3      A.   There was a time I remember a recruiter
10:23:31  4  directly soliciting our employees, and she had worked at
10:23:34  5  Pixar, and so she knew who she wanted to call.  I
10:23:40  6  remember that happening.
10:23:42  7      Q.   What was her name?
10:23:43  8      A.   I think it was ███████████.
10:23:47  9      Q.   Is that the only time you can recall?
10:23:54 10      A.   That's the only time I remember, yeah.
10:23:59 11      Q.   Are there any particular kinds of employees
10:24:03 12  that Pixar is particularly concerned about losing?  Are
10:24:08 13  there some employees that are harder to replace than
10:24:11 14  others, another way to put it?
10:24:14 15      A.   There are employees who are harder to replace
10:24:16 16  than others, but I wouldn't say there are any specific
10:24:19 17  kinds of employees we don't want to lose.  We don't want
10:24:22 18  to lose any valuable employee.
10:24:25 19      Q.   Okay.  So I'd like to ask you some questions
10:24:30 20  now about information about salaries.  You mentioned a
10:24:37 21  few times salary surveys --
10:24:43 22      A.   Uh-huh.
10:24:43 23      Q.   -- that Pixar participates in.  Can you tell us
10:24:47 24  more about those, please?
10:24:48 25      A.   Sure.  There are two surveys that we generally
```

```
10:24:50  1   participate in.  The Croner Company sponsors or runs one
10:24:56  2   of them, and Radford Associates handles the other.
10:25:02  3         Q.   How long has Pixar been participating in the
10:25:06  4   Croner Survey?
10:25:07  5         A.   Since I've been there.
10:25:08  6         Q.   What about Radford?
10:25:10  7         A.   Since I've been there as well, perhaps before,
10:25:13  8   but I don't know for sure.
10:25:14  9         Q.   So let's start with the Croner Survey.  What is
10:25:16 10   the Croner Survey?
10:25:17 11         A.   The Croner Survey is an industry specific
10:25:19 12   survey that surveys positions in the animation and visual
10:25:23 13   effects industry.
10:25:25 14         Q.   How many companies does it survey?
10:25:29 15         A.   It varies, I believe, from year to year, but
10:25:32 16   somewhere, 20 to 30, I think.
10:25:35 17         Q.   How does that survey process work?
10:25:39 18         A.   Well, the -- the Croner Company sponsors a
10:25:43 19   meeting where the participating companies come and
10:25:46 20   determine what positions we will put in the survey.  I
10:25:50 21   haven't attended this meeting in a number of years, but I
10:25:53 22   used to.  I believe it still happens the same way.
10:25:56 23              And the -- it's discussed what positions are
10:26:00 24   going to be included, because we need to make sure that
10:26:03 25   there are enough matches, that enough companies would
```

```
10:26:06  1   have that position in order to be able to report out on
10:26:08  2   the data.
10:26:09  3           And then the Croner Company compiles the survey
10:26:13  4   and sends it to all the companies who participate.  And
10:26:17  5   in Pixar's case, we compile our data on what we pay those
10:26:21  6   positions, and submit it to Croner, and then Croner
10:26:25  7   compiles the information from all of the companies, and
10:26:28  8   if it's, you know, statistically significant, and
10:26:34  9   confidentiality can be maintained, they include
10:26:36 10   information on the position or the positions and send us,
10:26:40 11   all of the participants, back the survey results.
10:26:44 12        Q.   Is there a minimum number of companies that
10:26:48 13   have to be included in any aggregate data that is
10:26:53 14   provided by Croner?
10:26:54 15        A.   Yes.
10:26:54 16        Q.   What is that minimum number?
10:26:56 17        A.   I think it's five.
10:26:57 18        Q.   Why -- has anybody ever explained to you why
10:26:59 19   there is a minimum number?
10:27:02 20        A.   In order to maintain confidentiality and keep
10:27:04 21   the statistical significance, I believe.
10:27:14 22        Q.   Why is it important to maintain
10:27:16 23   confidentiality?
10:27:20 24        A.   Because compensation is a confidential matter,
10:27:23 25   and you wouldn't -- I wouldn't want what our employees
```

| | | |
|---|---|---|
| 10:27:27 | 1 | make being shared outside of our studio or with the |
| 10:27:31 | 2 | wrong -- you know, with anyone but the employees or the |
| 10:27:34 | 3 | management. |
| 10:27:35 | 4 | Q.   Why -- why is five a better number than four? |
| 10:27:38 | 5 | A.   I don't know. |
| 10:27:41 | 6 | Q.   Did anybody ever tell you that one reason for |
| 10:27:44 | 7 | having a minimum number of companies included in the |
| 10:27:47 | 8 | aggregate data would be to avoid non-compliance with the |
| 10:27:53 | 9 | antitrust laws? |
| 10:27:54 | 10 | MS. HENN:  I'll just object here for a minute |
| 10:27:56 | 11 | that if this question is calling for privileged |
| 10:27:58 | 12 | information, you should not -- you should so indicate and |
| 10:28:01 | 13 | not provide that information.  If what he is asking you |
| 10:28:03 | 14 | has to do with something you were told by a lawyer -- |
| 10:28:05 | 15 | THE WITNESS:  Yeah. |
| 10:28:05 | 16 | MS. HENN:  -- you shouldn't say. |
| 10:28:07 | 17 | THE WITNESS:  Yeah, I -- I won't answer that |
| 10:28:08 | 18 | question. |
| 10:28:08 | 19 | BY MR. GLACKIN: |
| 10:28:09 | 20 | Q.   Okay.  So the answer is somebody -- you -- the |
| 10:28:12 | 21 | answer is you can't answer that question because it would |
| 10:28:14 | 22 | require you to divulge privileged information? |
| 10:28:16 | 23 | A.   Because I might have -- yes.  Yes. |
| 10:28:18 | 24 | Q.   Okay.  Just to be clear, that would be |
| 10:28:21 | 25 | information that you received -- or information contained |

ERRATA SHEET

Witness: Lori McAdams						Date of Deposition: August 2, 2012

| Page | Line | | |
|---|---|---|---|
| 13 | 3-4 | Change: | Capitalize "Vice President of Human Resources and Administration |
|  |  | Reason: | Capitalization |
| 23 | 3 | Change: | Change "benefit employees" to "benefitted employees |
|  |  | Reason: | Transcription error |
| 37 | 12 | Change: | delete the word "a" before "turnover" |
|  |  | Reason: | Transcription error |
| 57 | 15 | Change: | Change the phrase "search for" to "search firm" |
|  |  | Reason: | Transcription error |
| 71 | 3 | Change: | Change "requested" to "requesting" |
|  |  | Reason: | Transcription error |
| 75 | 19 | Change: | Change "Jo DiCenzo" to "Jodi DiCenzo" |
|  |  | Reason: | Misspelling |
| 79 | 3 | Change: | Insert "person" between "compensation" and "at Sony Pictures." |
|  |  | Reason: | Transcription error |
| 131 | 10 | Change: | Change "Curry" to "Currey" |
|  |  | Reason: | Misspelling |
| 167 | 21 | Change: | Change "Andre and" to "angering" |
|  |  | Reason: | Transcription error |
| 171 | 1 | Change: | Capitalize "The" in "the Walt Disney Company" |
|  |  | Reason: | Capitalization |
| 173 | 25 | Change: | "Jeremy" to "Jerremy" |

DC: 4534909-1

|     |   | Reason: | Misspelling |
| --- | --- | --- | --- |
| 174 | 1 | Change: | "Jeremy" to "Jerremy" |
|     |   | Reason: | Misspelling |
| 174 | 3 | Change: | "Jeremy" to "Jerremy" |
|     |   | Reason: | Misspelling |
| 214 | 7 | Change: | Change "here" to "her" |
|     |   | Reason: | Typo |

___/___ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made. I certify that the transcript is true and correct.

_Jori McAdams_  
(signature)

_q-;o-J;;;J.._  
(date)