1                    UNITED STATES DISTRICT COURT

2                   NORTHERN DISTRICT OF CALIFORNIA

3                        SAN JOSE DIVISION

4

5

6    IN RE:  HIGH-TECH EMPLOYEE      )

7    ANTITRUST LITIGATION            )

8                                    )   No. 11-CV-2509-LHK

9    THIS DOCUMENT RELATES TO:       )

10   ALL ACTIONS.                    )

11   _____)

12

13

14           CONFIDENTIAL - ATTORNEYS' EYES ONLY

15           VIDEO DEPOSITION OF BOB MANSFIELD

16                    April 11, 2013

17

18

19   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25

                                                            1

09:43:32  1    levels.

09:43:33  2        Q.  Okay.  So let me go back through that a little

09:43:36  3    bit.  With respect to the -- I guess the guidelines with

09:43:40  4    respect to the focal process, you talked about the

09:43:44  5    ability to do -- get their work done on time, other kind

09:43:48  6    of -- maybe qualitative criteria.  Are --

09:43:57  7        A.  I think we try to make -- we try to make most

09:43:59  8    of them, I think, more quantitative in the sense that

09:44:04  9    results produced, we try to make a very objective, you

09:44:08 10    know, kind of assessment.

09:44:10 11        Q.  As part of your job, though, is it -- do you

09:44:15 12    rate or evaluate the people that report to you against

09:44:20 13    those guidelines or criteria?

09:44:23 14        A.  That comes in two parts.  There are people who

09:44:26 15    directly report to me.

09:44:27 16        Q.  Right.

09:44:28 17        A.  And I do that -- for the people who directly

09:44:31 18    report to me, I directly evaluate them.  For the people

09:44:36 19    who report -- in my -- in my team, I have managers and

09:44:41 20    they manage managers and they manage other people.  So

09:44:44 21    there is a couple of lines of management between me and

09:44:47 22    a larger group of people.

09:44:50 23            In that -- in that case, what I do is look at

09:44:55 24    cases and evaluate the consistency of the work done from

09:45:00 25    management team to management team.

32

09:45:01  1        Q.   Okay.

09:45:01  2        A.   To make sure that what one manager might think

09:45:04  3   is the right interpretation of results and all is

09:45:09  4   consistent with what other groups might think.

09:45:13  5        Q.   Are the employees that you supervised as part

09:45:20  6   of the focal process categorized or put into different

09:45:24  7   groups based on their performance?  For example, some

09:45:27  8   kind of ranking from low to high, or maybe intermediate

09:45:32  9   stages, along that kind of continuum?

09:45:35 10        A.   Yes.  There are -- there are sort of -- what's

09:45:38 11   the right way to put it?  Evaluation labels; like

09:45:43 12   satisfactory performance or exceeds performance or

09:45:46 13   exceptional.  I mean, it's degrees of descriptors for

09:45:53 14   that.

09:45:54 15        Q.   As part of the focal process is everybody that

09:45:58 16   you supervise put into one of those --

09:46:00 17        A.   Yes.

09:46:00 18        Q.   -- categories?

09:46:01 19        A.   Yes.

09:46:03 20        Q.   And is it part of what your managers do to

09:46:07 21   rank the people that are their direct reports along

09:46:10 22   those lines?

09:46:11 23        A.   Yes.

09:46:13 24        Q.   Now, do you see, from the HR department or any

09:46:22 25   of the systems that they provide to you, any kind of

33

| | | |
|---|---|---|
| 09:46:25 | 1 | metrics about how your managers or you, yourself, rate |
| 09:46:34 | 2 | particular -- rate the people that work for them?  For |
| 09:46:37 | 3 | example, do you see statistics that show, you know, |
| 09:46:42 | 4 | whether managers rank everybody that works for them as |
| 09:46:46 | 5 | high performers or low performers or how that kind of |
| 09:46:49 | 6 | breaks down statistically? |
| 09:46:52 | 7 | MR. RILEY:  Object to the form. |
| 09:46:56 | 8 | THE WITNESS:  Your question is a little |
| 09:46:58 | 9 | ambiguous to me.  Maybe could you be more specific. |
| 09:47:02 | 10 | MR. SAVERI:  Q.  So I asked you some |
| 09:47:04 | 11 | questions about the kind of rankings of employees |
| 09:47:07 | 12 | that either work directly for you or for the people |
| 09:47:10 | 13 | that work directly for you.  And my question is |
| 09:47:13 | 14 | whether, as part of the HR function at the company, |
| 09:47:17 | 15 | whether there are statistical analyses or metrics |
| 09:47:22 | 16 | that you see that show you how -- or to what extent |
| 09:47:29 | 17 | managers put people in these different categories. |
| 09:47:32 | 18 | MR. RILEY:  Object to the form. |
| 09:47:33 | 19 | THE WITNESS:  Are you asking me do I see -- in |
| 09:47:37 | 20 | managers that I -- that I have, do I see data that says |
| 09:47:43 | 21 | this is the percentage of people that this manager rated |
| 09:47:47 | 22 | as satisfactory or that this manager rated as exceeds |
| 09:47:51 | 23 | or -- |
| 09:47:51 | 24 | MR. SAVERI:  Q.  Yes. |
| 09:47:52 | 25 | A.  -- excels? |

34

| | | |
|---|---|---|
| 09:47:53 | 1 | I do see data that shows -- that shows those |
| 09:47:57 | 2 | percentages. |
| 09:48:07 | 3 | Q.  Does that take the form of some kind of report |
| 09:48:10 | 4 | that's run on the compensation or HR application -- |
| 09:48:17 | 5 | electronic application that's provided to you or do you |
| 09:48:19 | 6 | get pieces of paper?  I mean, how do you see that? |
| 09:48:22 | 7 | A.  Well, let me first say I'm not very familiar |
| 09:48:24 | 8 | with Apple's HR systems. |
| 09:48:27 | 9 | Q.  Right. |
| 09:48:27 | 10 | A.  The things that I see mostly come to me in the |
| 09:48:29 | 11 | form of what looks like an Excel spreadsheet on a piece |
| 09:48:33 | 12 | of paper. |
| 09:48:34 | 13 | Q.  Fair enough.  And to the best of your |
| 09:48:36 | 14 | recollection, who prepares that?  Is that someone in the |
| 09:48:39 | 15 | HR department? |
| 09:48:41 | 16 | A.  Yes.  I have a person who directly supports me |
| 09:48:45 | 17 | in my organization that I pretty much work with |
| 09:48:49 | 18 | exclusively in our HR group to get those bits of data. |
| 09:48:54 | 19 | Q.  Okay.  Now, you also talked about other pieces |
| 09:48:59 | 20 | of information that come from I think you said finance. |
| 09:49:05 | 21 | You mentioned that you also receive information that |
| 09:49:07 | 22 | takes the form of budget guidelines. |
| 09:49:10 | 23 | A.  Yes, that's correct. |
| 09:49:11 | 24 | Q.  And what did you mean by that? |
| 09:49:13 | 25 | A.  Well, just -- let's use the example of base |

35



09:49:18  1  salary.  So in our --

09:49:25  2

09:49:30  3

09:49:37  4

09:49:41  5

09:49:47  6

09:49:49  7

09:49:55  8

09:49:58  9

09:50:06  10

09:50:08  11

09:50:09  12      Q.   And that comes to you from someone in the

09:50:11  13  finance department?

09:50:17  14      A.   I should be careful saying that.  I think it

09:50:20  15  either comes from finance or HR.  But it's basically a

09:50:23  16  financial number.

09:50:25  17      Q.   And how do you receive it?  I mean, do you

09:50:27  18  access it in some kind of electronic application or is

09:50:31  19  it another Excel spreadsheet that someone hands to you?

09:50:34  20      A.   Well, I think that specific number is just

09:50:36  21  given to me as, you know, maybe even an email that says

09:50:43  22  the budget that you are starting to work with is this

09:50:45  23  number.

09:50:48  24      Q.   So how many people report -- well, prior to the

09:50:52  25  time you announced your retirement, let's just use that,

36

09:50:54  1   how many people reported up to you?

09:50:57  2          A.   I think in the ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.

09:51:09  3          Q.   Were there -- were there rules or restrictions

09:51:15  4   that were given to you about how you could take that

09:51:19  5   budgeted amount and allocate it and distribute it across

09:51:23  6   the people that reported to you?

09:51:27  7          A.   Sorry, say again.

09:51:30  8          Q.   Well, were there rules or procedures that were

09:51:35  9   in place that limited you, as a manager, or guided you

09:51:39 10   as a manager, with respect to how your budgeted amount

09:51:44 11   of compensation could be allocated or distributed to the

09:51:49 12   people who reported to you?

09:51:53 13          A.   I would say no.

09:51:54 14          Q.   So was there any -- so could you have given all

09:51:57 15   that money to one person?

09:51:59 16          A.   Well, I think -- I think I could -- I could do

09:52:06 17   anything, probably, but I don't -- I think that it's

09:52:10 18   subject to review by other people.

09:52:13 19              If I did something as ridiculous as took, you

09:52:18 20   know, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ took that amount of

09:52:25 21   money and gave it to a single person, I think that I

09:52:29 22   probably would have been overruled if I did that.  But

09:52:32 23   that represents a very ridiculous case.

09:52:34 24          Q.   And I picked one to kind of establish kind of

09:52:37 25   the limit of the concept.

37

09:52:39  1        A.   Yeah.

09:52:39  2        Q.   Who, organizationally, had that kind of

09:52:42  3    authority or ability to overrule that kind of decision?

09:52:50  4        A.   Well, in our system, a manager's manager can

09:52:55  5    overrule any decision made by a manager that's subject

09:52:58  6    to escalation and all.

09:53:00  7             But in my case, Tim Cook would see what I did.

09:53:02  8    And if he decided that it was not appropriate, he would

09:53:05  9    change it.

09:53:07 10        Q.   Now a number -- I think you also mentioned that

09:53:09 11    you received some information regarding -- from HR about

09:53:12 12    levels of people and ranges of salaries?

09:53:14 13        A.   Right.

09:53:15 14        Q.   What information did you -- could you describe

09:53:18 15    that more for me.

09:53:20 16        A.   Okay.  To use -- we'll use an example of our

09:53:27 17    engineering -- hardware engineering team.

09:53:30 18             We have levels of individual contributors.

09:53:33 19    Just technical contributors in the company.  There are

09:53:37 20    levels of individual contributors.  People come into the

09:53:42 21    company maybe right out of school as, say, an ICT II or

09:53:47 22    ICT III.  They have a master's degree, maybe they come

09:53:52 23    in as an ICT III.  As they gain experience and expertise

09:53:56 24    and all and are promoted by their managers, they move up

09:54:00 25    through the ranks.

                                                                    38

09:54:04  1          So if you -- if you looked in our system, you

09:54:06  2     would find our roster of employees as a distribution of

09:54:11  3     all those levels.  And what we were provided by our HR

09:54:18  4     team was some range guidelines for those particular

09:54:27  5     levels.

09:54:30  6     

09:54:39  7

09:54:46  8                                                              t

09:54:49  9

09:54:52 10

09:54:57 11

09:55:00 12

09:55:03 13                                                        .

09:55:06 14          So it's more of an indication of where a

09:55:10 15     person's current salary puts them with respect to the

09:55:13 16     distribution of people at Apple -- the large part of the

09:55:17 17     distribution of people at Apple that fall in that

09:55:21 18     particular level.

09:55:21 19     Q.   Okay.  So a couple questions about that.

09:55:23 20          When -- is it fair to say that everybody who

09:55:25 21     works for Apple has a title and a salary range

09:55:29 22     associated with that title?

09:55:31 23          MR. RILEY:  Object to the form.

09:55:35 24          THE WITNESS:  I can't honestly say what happens

09:55:38 25     outside of the part of Apple that I directly manage.

39

```
09:55:42  1            MR. SAVERI:  Q.  Let's just focus on the

09:55:43  2     part -- with respect to the organization that you

09:55:45  3     supervised, is it fair to say that everybody that

09:55:47  4     was in that organization had a job title and a

09:55:50  5     salary range associated with that job title?

09:55:53  6          A.   I think they have a job level.

09:55:57  7          Q.   Okay.

09:55:58  8          A.   Titles are something a little different.  They

09:56:01  9     have a job level.

09:56:02 10          Q.   I'm sorry.  And maybe it makes sense to be

09:56:04 11     relatively precise about that.

09:56:05 12          A.   They have a job level and there are guidelines

09:56:09 13     that I was given that cover the distribution of all

09:56:13 14     levels in my organization.

09:56:14 15          Q.   And when you were -- did you -- did you use

09:56:20 16     that information as part of your annual determination of

09:56:25 17     compensation for the people that reported to you?

09:56:30 18            MR. RILEY:  Object to the form.

09:56:31 19            MR. SAVERI:  Q.  When I say that, I mean

09:56:33 20     the information that you received on job level and

09:56:35 21     salary ranges associated with job levels.

09:56:37 22            MR. RILEY:  Same objection.

09:56:40 23            THE WITNESS:  Yeah.  I'm a little unclear.

09:56:41 24     When you say "use," in what form do you mean "use"?

09:56:44 25            MR. SAVERI:  Q.  I was using it maybe
```

40

| | | |
|---|---|---|
| 09:56:46 | 1 | euphemistically and broadly.   I think you said that |
| 09:56:50 | 2 | you had a role or responsibility for compensation |
| 09:56:54 | 3 | decisions with respect to the people that reported |
| 09:56:56 | 4 | to you. |
| 09:56:56 | 5 | A.   Uh-huh. |
| 09:56:57 | 6 | Q.   And I asked you about what kind of information |
| 09:56:59 | 7 | you had, and one of the pieces you identified was this |
| 09:57:05 | 8 | information from the HR people about levels of jobs and |
| 09:57:10 | 9 | salary ranges associated with those jobs.   So I'm trying |
| 09:57:13 | 10 | to find out from you what use you made of that in your |
| 09:57:19 | 11 | compensation determinations for the people that reported |
| 09:57:21 | 12 | to you. |
| 09:57:21 | 13 | A.   I see. ██████████████████████████ |
| 09:57:29 | 14 | ███████████████████████████████ |
| 09:57:36 | 15 | ██████████████████████ ████████████ |
| 09:57:42 | 16 | ███████████████████████████████ |
| 09:57:46 | 17 | ██████████ ███████████████████████ |
| 09:57:48 | 18 | ████████████████████████████ |
| 09:57:51 | 19 | ████████████████████████████████ |
| 09:57:54 | 20 | ███████████████████████████████ |
| 09:57:58 | 21 | ██████████████████████████████ |
| 09:58:02 | 22 | ██████████████████████████ ███████ |
| 09:58:05 | 23 | ██████████████████████████████ |
| 09:58:11 | 24 | ████████████████████████████████ |
| 09:58:14 | 25 | ███████ ████████████████████████ |

41

09:59:39  1   take time off, their manager has to approve their time

09:59:42  2   off.

09:59:43  3         Q.   What about compensation?

09:59:46  4         A.   Compensation is a little different in the sense

09:59:50  5   that I believe the HR team ultimately inputs the results

09:59:54  6   that we decide on in Merlin.  But as -- in my line

10:00:00  7   management, we don't -- I don't, and I don't think my

10:00:03  8   managers use anything about Merlin as -- or really for

10:00:11  9   anything.  They use systems of employee rosters on

10:00:17 10   spreadsheets and compensation on spreadsheets and all.

10:00:21 11         It's a spreadsheet system for my managers, but

10:00:25 12   I believe at the end of the process that's all converted

10:00:29 13   into Merlin because that's how people get their

10:00:32 14   increases and their paychecks.

10:00:34 15         Q.   Okay.  We talked a little bit about how you

10:00:37 16   reviewed individuals and you looked at the ranges and

10:00:40 17   you talked about two -- you identified two different

10:00:43 18   scenarios where you might pay attention to the ranges.

10:00:50 19         Well, let me ask you this question.  If -- to

10:00:53 20   what extent did you have your -- did you have authority

10:00:57 21   to approve base compensation for a particular person

10:01:01 22   outside the established salary ranges for the job level?

10:01:10 23         A.   Say again.

10:01:11 24         Q.   Okay.  To what extent did you have authority to

10:01:14 25   approve a base compensation for a particular employee

43

10:01:18   1   which was outside the established range for that

10:01:21   2   particular person's job level?

10:01:26   3        A.   Yes.   I believe I had complete authority.

10:01:28   4        Q.   Okay.   So if you wanted to pay someone twice

10:01:34   5   what -- what the highest -- what the upper limit is for

10:01:40   6   a particular salary range for that person's job level,

10:01:45   7   you had authority to do that without review from

10:01:49   8   anybody?

10:01:50   9        A.   No, I didn't say that.

10:01:51  10        Q.   Okay.   I'm trying to understand what you meant,

10:01:53  11   then.

10:01:54  12        A.   I -- I believe, as a senior vice president in

10:01:58  13   the company, my responsibility was to manage that system

10:02:02  14   every year and produce a result that was in keeping with

10:02:09  15   what our employees did and what they contributed, and to

10:02:14  16   do that in a -- in a fair and equitable way based on

10:02:21  17   what they contributed to the company.

10:02:23  18             I produced a result every year, and my

10:02:26  19   recollection is that that result that I -- that I

10:02:31  20   produced, was approved.

10:02:35  21        Q.   Okay.

10:02:36  22        A.   I don't recall my manager ever coming back to

10:02:39  23   me and saying you know that thing you did was

10:02:42  24   ridiculous.   Now, I don't consider anything that I ever

10:02:45  25   did to be ridiculous, so the fact that he agreed with me

                                                                    44

| | | |
|---|---|---|
| 10:02:48 | 1 | seemed to make sense. |
| 10:02:50 | 2 | But I don't -- I do not have the right to do |
| 10:02:55 | 3 | ridiculous things in Apple.  And I believe if I did, |
| 10:02:59 | 4 | they would be subject to review by my manager. |
| 10:03:02 | 5 | Q. ████████████████████████████ |
| 10:03:05 | 6 | ████████████████████████████████████ |
| 10:03:10 | 7 | ██████████████████████████████ |
| 10:03:15 | 8 | A. ██████████ |
| 10:03:16 | 9 | Q. ████████████████████████████████████ |
| 10:03:21 | 10 | ████████████████████████████████████ |
| 10:03:26 | 11 | ██████████████████████ |
| 10:03:32 | 12 | A. ████████████████ ████████████████████ |
| 10:03:39 | 13 | ██████████████████████████ █ |
| 10:03:44 | 14 | ████████████████████████████████████ |
| 10:03:50 | 15 | ██████ ██████████████████████████ |
| 10:03:54 | 16 | ██████████████████ ████████████████████ |
| 10:03:58 | 17 | ██████ |
| 10:03:58 | 18 | Q. Right. |
| 10:03:59 | 19 | A. ██████████████████████████████ |
| 10:04:04 | 20 | ████████████████████████ |
| 10:04:09 | 21 | ████████████████████████████ |
| 10:04:12 | 22 | ██████████████████████████████ ████████ |
| 10:04:15 | 23 | ████████████████████ ████████████████████. |
| 10:04:18 | 24 | Q. Right. |
| 10:04:19 | 25 | A. And that happens -- |

45

10:04:30  1              (Brief interruption.)

10:04:33  2              THE WITNESS:  I'm sorry, I forgot where I was.

10:04:35  3    But I guess my comment, yes.  ████████████████

10:04:42  4    ████████████████████████████████████████████

10:04:45  5    ███████████████████████████████████████

10:04:48  6    ███████████████

10:04:52  7              MR. SAVERI:  Q.  When you received a

10:04:53  8    spreadsheet for particular employees, did you -- did

10:04:56  9    the material you received indicate the company

10:05:00 10    established salary range for that job level?

10:05:06 11        A.  As I recall, ████████████████████

10:05:09 12    ████████████    ████████████████████████████████

10:05:15 13    ████████████████████████████████████

10:05:17 14    █████████████████████████████████████████████

10:05:23 15    █████████████████████████████.

10:05:26 16              ████████████████████████████████

10:05:28 17    ████████████████████████████████████████

10:05:34 18    ██████████████    ████████████████████

10:05:37 19    ████████████████████████████████████

10:05:40 20    ████████████████████████████████████████████

10:05:45 21    ████████

10:05:46 22        Q.  Okay.  During the time that we've been talking

10:05:51 23    about when you were at Apple, did you -- did your

10:06:01 24    organization -- let me back up.

10:06:05 25              I think you said you joined Apple when I -- was

                                                              46

1            I, Gina V. Carbone, Certified Shorthand

2    Reporter licensed in the State of California, License

3    No. 8249, hereby certify that the deponent was by me

4    first duly sworn and the foregoing testimony was

5    reported by me and was thereafter transcribed with

6    computer-aided transcription; that the foregoing is a

7    full, complete, and true record of said proceedings.

8            I further certify that I am not of counsel or

9    attorney for either of any of the parties in the

10   foregoing proceeding and caption named or in any way

11   interested in the outcome of the cause in said caption.

12           The dismantling, unsealing, or unbinding of

13   the original transcript will render the reporter's

14   certificates null and void.

15           In witness whereof, I have hereunto set my

16   hand this day:  April 23, 2013.

17              _____ Reading and Signing was requested.

18              _____ Reading and Signing was waived.

19              ___X___ Reading and signing was not requested.

20

21

22                      _____

23                      GINA  V. CARBONE

24                      CSR 8249, CRR, CCRR

25

                                                        270