# EXHIBIT 268

**From:** Mark Bentley <mbentley@apple.com>
**To:** mbentley@apple.com
**Subject:** Fwd: FY09 New Hire Salary and Stock Guidelines
**Received(Date):** Wed, 14 Jan 2009 08:45:53 -0800
2008-2009_US_BaseSalary_Structure.pdf
RSU_FY09NewHireStock_Below_Dir-2.pdf

Begin forwarded message:

> From: gilda montesino <gilda@apple.com>
> Date: September 19, 2008 1:28:23 PM PDT
> To: staffing_dept@group.apple.com
> Subject: FY09 New Hire Salary and Stock Guidelines
>
>
> Hi everyone,
>
> [redacted]
>
> About the Staffing Wiki
>
> Please be sure you can access the wiki since we'll continue to post > any updates there.
>
> The staffing wiki is [redacted]
>
> The guidelines can be found at
> [redacted]
>
> The corporate staffing portion of the site is password-protected. If > you need a new or reset password, please follow the directions
> below. If you need help or want to have your password reset, send
> mail to ctonn@apple.com, tsweeney@apple.com
>
> thanks,
>
> gilda
>
>
>
>
>
>
> To access the wiki:
>
> Login to the hrserver and reset your password.
>
> [redacted]

**EXHIBIT 268**
Mark Bentley
8-23-12
Gina V. Carbone, CSR

268.1

CONFIDENTIAL - ATTORNEYS' EYES ONLY          231APPLE009277



>
> That's it. This will be your new password for hrserver and for many > future hr web based services such as wikis.
>
>
>
>

Begin forwarded message:

> From: gilda montesino <gilda@apple.com>
> Date: September 19, 2008 1:28:23 PM PDT
> To: staffing_dept@group.apple.com
> Subject: FY09 New Hire Salary and Stock Guidelines

Hi everyone,



About the Staffing Wiki

Please be sure you can access the wiki since we'll continue to post any updates there.

The staffing wiki is

268.2

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                       231APPLE009278

The guidelines can be found at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

The corporate staffing portion of the site is password-protected. If you need a new or reset password, please follow the directions below. If you need help or want to have your password reset, send mail to ctonn@apple.co m, tsweeney@apple.com

thanks,

gilda

---

To access the wiki:

Login to the hrserver and reset your password.

▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮

That's it. This will be your new password for hrserver and for many future hr web

268.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                       231APPLE009279

based services such as wikis.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE009280



# Base Salary Structures



Apple Need to Know Confidential
Effective July 15, 2008

268.5

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                231APPLE009282

[redacted]

Apple Need to Know Confidential
Effective July 15, 2008

268.6

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE009283