# EXHIBIT 278

Subject: █████████
Date: Tue, 28 Mar 2006 09:19:31 -0800
From: "Alan Eustace" <eustace@google.com>
To: <sjobs@apple.com>
Cc: "Campbell, Bill" <bill_campbell@intuit.com>, <sergey@google.com>, "Larry Page" <page@google.com>
Message-ID: <2f89597a060328091915fa3b6f5u526214bc320d3c40@mail.google.com>

Steve,

Google would like to make an offer to ███████ to run a small engineering center in Paris. Bill, Larry, Sergey, and ███ believe it is important to get your blessing before moving forward with this offer.

███████ has worked very hard to leave Apple on the best possible terms, and has agreed to abide by the terms of his non-solicit and non-compete clauses. He loves Apple, and would not do anything to hurt you or the company.

Google's relationship with Apple is extremely important to us. If that relationship is any way threatened by this hire, please let me know, and we will pass on this opportunity.

Thanks.

Alan Eustace
SVP, Engineering
Google, Inc.

------ end message ------

EXHIBIT 278
Deponent Lambert
Date 10-2-13
Gina V. Carbone, CSR

CONFIDENTIAL TREATMENT REQUESTED

CONFIDENTIAL

176APPLE002150
231APPLE002150