# EXHIBIT 1376

From: Felicia Albright (falbright@apple.com)
To: Mete Nadir (mnadir@apple.com)
CC: Rob York (york@apple.com), David Alvarez (david.alvarez@apple.com)
BCC:
Subject: Re:
Attachments:
Sent: 12/22/2010 12:50:20 PM -0800 (PST)

[Body of email redacted]

EXHIBIT 1376
WIT: Alvarez
DATE: 3.5.2013
ANNE TORREANO, CSR #10520

1376.1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE039426

1376.2



1376.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE039428