# EXHIBIT 1854

# Apple Inc. Compensation Committee

August 5, 2009

Apple Need to Know Confidential

231APPLE100673

1854.1

EXHIBIT 1854
Deponent Burmeister
Date 3-15-13
Gina V. Carbone, CSR

CONFIDENTIAL - ATTORNEYS' EYES ONLY











Proposed FY10 New Hire and Promotion Grant

Action Item

# Proposed FY10 Merit Increase Program



- Competitive data indicates that half of all high technology companies are planning a merit increase with an average budget of 3.25 percent

- Executive Management supports this recommendation and believes it is important to recognize and reward all employees for their hard work and contribution to the Company's overall success

**Action Item**

Apple Need to Know Confidential

231APPLE100679

1854.7

CONFIDENTIAL - ATTORNEYS' EYES ONLY



