# EXHIBIT 1856



# Compensation Framework
## Ensuring global consistency



EXHIBIT 1856
Deponent Burmeister
Date 3-15-13
Gina V. Carbone, CSR

1856.1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                         231APPLE105342

# Table of Contents
Rollout Process and Timeline

Salary Administration Guidelines

Compensation Terms Glossary

Functional Job Matrix

Level Guides

Base Pay Salary Structures

FAQ's

1856.2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105343

# Rollout Process and Timeline
## Compensation Framework FY05



Apple Confidential
Summer 2005

Page 3

185L.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105344

# Salary Administration Guidelines

### Determining Starting Salaries

Starting salaries for new employees are determined by referring to:
- Salaries/grades of present employees in related positions
- The salary range for the position being filled
- The individual's related education and job experience
- The individual's salary history

### Promotions

Apple's goal is to compensate employees appropriately for performing work at higher skill and responsibility levels. Employees are eligible for promotions when they acquire higher skill levels and assume increased levels of responsibility significant enough to warrant a change to a higher pay level.



Apple Confidential
Summer 2005

Page 4

1856.4

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE105345



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105346

1856.5

# Compensation Terms Glossary



Apple Confidential
Summer 2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105347

# Base Pay Salary Structures
Compensation Framework FY05



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105348

Apple Confidential
Summer 2005

Page 8

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1856.8

231APPLE105349

# FAQ's
## Compensation Framework FY05

**What is the Compensation Framework?**
It is designed to assist managers and Human Resources in making sound and equitable pay decisions, establishing career levels, as well as providing a tool for the development of talent throughout Apple.

**What are the objectives for Compensation Framework?**
There are many goals and objectives. The major ones are:
- To create global consistency and accuracy in jobs, grades, and levels
- To ensure we are structured competitively within the industry
- To create clarity around hiring and career progression

**Is the Compensation Framework being implemented throughout Apple?**
Yes, across all lines of business in all Geos.

**What should be communicated to employees?**
- Key changes and context (Job level and timing)
- Employee's specific level



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105350