# EXHIBIT 1858

Apple Computer, Inc.

2006 Compensation Analysis: USA Region

Actual vs. Market Data

NOTE – Employees in jobs for which there is no market data have been excluded from this summary.

231APPLE098912

EXHIBIT 1858

Deponent Burmeister

Date 3 15-13

Gina V. Carbone, CSR

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.1

**Apple Computer, Inc.**

**2006 Compensation Analysis:  USA Region**

**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

231APPLE0098912

CONFIDENTIAL – ATTORNEY'S EYES ONLY

1858.2

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA**
**Actual vs. Market Data**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.3

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Austria**
**Actual vs. Market Data**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.4

# Apple Computer, Inc.
## 2006 Compensation Analysis:  EMEA - Belgium
### Actual vs. Market Data

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.5

**Apple Computer, Inc.**

**2006 Compensation Analysis:  EMEA - Finland**

**Actual vs. Market Data**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.6

231-APPLE-5698512



**Apple Computer, Inc.**
**2006 Compensation Analysis: EMEA - France**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.7

231APPLE098912

**Apple Computer, Inc.**
2006 Compensation Analysis:   EMEA - Germany
Actual vs. Market Data

CONFIDENTIAL - ATTORNEYS EYES ONLY

1858.8



Apple Computer, Inc.
2006 Compensation Analysis:   EMEA - Italy
Actual vs. Market Data

Z31APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.9

231APPLE098912



Apple Computer, Inc.
2006 Compensation Analysis: EMEA - Netherlands
Actual vs. Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.10



Apple Computer, Inc.
2006 Compensation Analysis:  EMEA - Norway
Actual vs. Market Data

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.11

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Sweden**
**Actual vs. Market Data**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.12

**Apple Computer, Inc.**
2006 Compensation Analysis: EMEA - Switzerland
Actual vs. Market Data

231APPLE0989912

CONFIDENTIAL – ATTORNEY'S EYES ONLY

1858.13

Apple Computer, Inc.
2006 Compensation Analysis:  EMEA - United Kingdom
Actual vs. Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.14

231:APPLE098912

**Apple**

**2006 Compensation Analysis: Ireland**

**Actual vs. Market Data**

NOTE:- This analysis includes positions a total of 48 positions for which we do not have market survey data as we have a good knowledge of market practice and therefore have make a good estimate.

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.15

231APPLE098912

**Apple**

**2006 Compensation Analysis: Canada**

**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

231APPLE098912

1858.16



**Apple**
**2006 Compensation Analysis: Australia**
**Actual vs. Market Data**

NOTE: Employees in jobs for which there is no market data have been excluded from this summary.

231xAPPLE999912

CONFIDENTIAL - ATTORNEYS EYES ONLY

1858.17

Apple Computer, Inc.
2006 Compensation Analysis:  US Retail Corporate
Actual vs. Market Data

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.18

**Apple Computer, Inc.**

**2006 Compensation Analysis:  US Retail Stores**

**Actual vs. Market Data - PRELIMINARY**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.19

# Apple Computer, Inc.
## 2006 Compensation Analysis:  US Retail Stores
### No Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

Marketing
Average SRP by Job Level
EE Data as of 07.26.06



1858.21

Marketing
Average SRP by Job Title
EE Data as of 07.26.06

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912
1858.22

Marketing
Average SRP by Job Title
EE Data as of 07.26.06



1858.23

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

Marketing
Average SRP by Job Title
EE Data as of 07.26.06

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912
1858.24