# EXHIBIT 1859

# 2009/2010 Base Salary Structure Adjustments

EXHIBIT 1859
Deponent Burmeister
Date 3-15-13
Gina V. Carbone, CSR

Apple Need to Know Confidential
Effective August 17, 2009

CONFIDENTIAL - ATTORNEYS' EYES ONLY 231APPLE105324