Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:   415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415.500.6800
Facsimile:   415.500.6803

*Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**MEDIATION STATUS REPORT** |

Pursuant to the Court's May 15, 2013 Case Management Order (Dkt. 421), the parties submit this mediation status report. The parties have agreed to mediate this matter with David Rotman on June 26, 2013.

Respectfully submitted,

Dated: May 22, 2013　　LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: */s/ Kelly M. Dermody*
　　　Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

Dated: May 22, 2013　　JOSEPH SAVERI LAW FIRM

By: */s/ Joseph R. Saveri*
　　　Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Counsel for Plaintiff Class*

| | | |
|---|---|---|
| 1 | Dated: May 22, 2013 | O'MELVENY & MYERS LLP |

Dated: May 22, 2013        O'MELVENY & MYERS LLP

By:     */s/ Michael F. Tubach*
          Michael F. Tubach

George Riley
Michael F. Tubach
Lisa Chen
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated: May 22, 2013        KEKER & VAN NEST LLP

By:     */s/ Daniel Purcell*
          Daniel Purcell

John W. Keker
Daniel Purcell
Eugene M. Page
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 381-5400
Facsimile:   (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

Dated: May 22, 2013        JONES DAY

By:     */s/ David C. Kiernan*
          David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

| | | |
|---|---|---|
| 1 | Dated: May 22, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:   */s/ Robert A. Mittelstaedt*<br>        Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt<br>Craig E. Stewart |
| 5 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 6 | | Telephone:  (415) 626-3939<br>Facsimile:  (415) 875-5700 |
| 7 | | |
| 8 | | Catherine T. Zeng<br>1755 Embarcadero Road |
| 9 | | Palo Alto, CA 94303<br>Telephone:  (650) 739-3939<br>Facsimile:  (650) 739-3900 |
| 10 | | |
| 11 | | *Attorneys for Defendant INTUIT INC.* |
| 12 | Dated: May 22, 2013 | MAYER BROWN LLP |
| 13 | | |
| 14 | | By:   */s/ Lee H. Rubin*<br>        Lee H. Rubin |
| 15 | | Lee H. Rubin<br>Edward D. Johnson |
| 16 | | Donald M. Falk<br>Two Palo Alto Square |
| 17 | | 3000 El Camino Real, Suite 300<br>Palo Alto, CA  94306-2112 |
| 18 | | Telephone:  (650) 331-2057<br>Facsimile:   (650) 331-4557 |
| 19 | | *Attorneys for Defendant GOOGLE INC.* |
| 20 | Dated: May 22, 2013 | BINGHAM McCUTCHEN LLP |
| 21 | | |
| 22 | | By:   */s/ Frank M. Hinman*<br>        Frank M. Hinman |
| 23 | | Donn P. Pickett |
| 24 | | Frank M. Hinman<br>Three Embarcadero Center |
| 25 | | San Francisco, CA  94111<br>Telephone:  (415) 393-2000 |
| 26 | | Facsimile:   (415) 383-2286 |
| 27 | | *Attorneys for Defendant INTEL CORPORATION* |
| 28 | | |

| | |
|---|---|
| Dated: May 22, 2013 | COVINGTON & BURLING LLP |
| | By:    */s/ Emily Johnson Henn*<br>       Emily Johnson Henn |
| | Robert T. Haslam, III<br>Emily Johnson Henn<br>333 Twin Dolphin Drive, Suite 700<br>Redwood City, CA  94065<br>Telephone:  (650) 632-4700 |
| | *Attorneys for Defendant PIXAR* |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.