Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT DISCOVERY STATUS REPORT** |

Pursuant to the Court's April 1, 2013 Case Management Order (Dkt. 380), the parties submit this joint discovery status report:

No depositions or document productions have taken place since the last discovery status report on May 17, 2013 (Dkt. 423). There are no other open discovery issues or disputes.

//

//

The parties respectfully propose that the Court relieve the parties of their obligations to submit weekly joint discovery status reports.

Respectfully submitted,

Dated: May 24, 2013     JOSEPH SAVERI LAW FIRM

By:    */s/ Joseph R. Saveri*
         Joseph R. Saveri

Joseph R. Saveri
Lisa J. Leebove
James G. Dallal
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel for Plaintiff Class*

Dated: May 24, 2013     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:    */s/ Kelly M. Dermody*
         Kelly M. Dermody

Richard M. Heimann
Kelly M. Dermody
Eric B. Fastiff
Brendan Glackin
Dean Harvey
Anne B. Shaver
275 Battery Street, 29th Floor
San Francisco, California 94111
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

| | | |
|---|---|---|
| 1 | Dated:  May 24, 2013 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:      */s/ Michael F. Tubach*<br>        Michael F. Tubach |
| 4 | | George Riley |
| 5 | | Michael F. Tubach<br>Christina J. Brown |
| 6 | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111 |
| 7 | | Telephone:  (415) 984-8700<br>Facsimile:   (415) 984-8701 |
| 8 | | *Attorneys for Defendant APPLE INC.* |
| 9 | Dated:  May 24, 2013 | KEKER & VAN NEST LLP |
| 10 | | |
| 11 | | By:      */s/ Daniel Purcell*<br>        Daniel Purcell |
| 12 | | John W. Keker |
| 13 | | Daniel Purcell<br>Eugene M. Page |
| 14 | | 633 Battery Street<br>San Francisco, CA  94111 |
| 15 | | Telephone:  (415) 381-5400<br>Facsimile:   (415) 397-7188 |
| 16 | | *Attorneys for Defendant LUCASFILM LTD.* |
| 17 | Dated:  May 24, 2013 | JONES DAY |
| 18 | | |
| 19 | | By:      */s/ David C. Kiernan*<br>        David C. Kiernan |
| 20 | | Robert A. Mittelstaedt |
| 21 | | Craig A. Waldman<br>David C. Kiernan |
| 22 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 23 | | Telephone:  (415) 626-3939<br>Facsimile:   (415) 875-5700 |
| 24 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |

| | | |
|---|---|---|
| 1 | Dated: May 24, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:     */s/ Robert A. Mittelstaedt*<br>Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt<br>Craig E. Stewart |
| 5 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 6 | | Telephone:  (415) 626-3939<br>Facsimile:  (415) 875-5700 |
| 7 | | |
| 8 | | Catherine T. Zeng<br>1755 Embarcadero Road |
| 9 | | Palo Alto, CA 94303<br>Telephone:  (650) 739-3939<br>Facsimile:  (650) 739-3900 |
| 10 | | |
| 11 | | *Attorneys for Defendant INTUIT INC.* |
| 12 | Dated: May 24, 2013 | MAYER BROWN LLP |
| 13 | | |
| 14 | | By:     */s/ Lee H. Rubin*<br>Lee H. Rubin |
| 15 | | Lee H. Rubin<br>Edward D. Johnson |
| 16 | | Donald M. Falk<br>Two Palo Alto Square |
| 17 | | 3000 El Camino Real, Suite 300<br>Palo Alto, CA  94306-2112 |
| 18 | | Telephone:  (650) 331-2057<br>Facsimile:  (650) 331-4557 |
| 19 | | *Attorneys for Defendant GOOGLE INC.* |
| 20 | Dated: May 24, 2013 | BINGHAM McCUTCHEN LLP |
| 21 | | |
| 22 | | By:     */s/ Frank M. Hinman*<br>Frank M. Hinman |
| 23 | | Donn P. Pickett |
| 24 | | Frank M. Hinman<br>Three Embarcadero Center |
| 25 | | San Francisco, CA  94111<br>Telephone:  (415) 393-2000 |
| 26 | | Facsimile:  (415) 383-2286 |
| 27 | | *Attorneys for Defendant INTEL CORPORATION* |
| 28 | | |

1 | Dated: May 24, 2013     COVINGTON & BURLING LLP

By:     */s/ Emily Johnson Henn*
            Emily Johnson Henn

Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA 94065
Telephone: (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.