UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| | ORDER RE: DISCOVERY STATUS REPORTS |
| THIS DOCUMENT RELATES TO: | |
| **ALL ACTIONS** | |

The parties' request to be relieved of their obligation to submit weekly joint discovery status reports, ECF No. 436, is GRANTED.

**IT IS SO ORDERED.**

Dated: May 30, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 5:11-CV-02509-LHK
ORDER RE: DISCOVERY STATUS REPORTS