# Exhibit 1 Adobe
## There is Substantial Variation in the Cumulative Change in Total Compensation Among Employees with the Same 2005 Job



Notes:
[1] Each line represents the cumulative compensation change for an individual employee.
[2] Data are restricted to those employees who remained in RD class positions through 2010. I then selected the Adobe job title with 25 employees (or the closest number to 25).

Source: Dr. Leamer's backup data and materials.

# Exhibit 1 Apple & Google

## There is Substantial Variation in the Cumulative Change in Total Compensation Among Employees with the Same 2005 Job



Notes:
[1] Each line represents the cumulative compensation change for an individual employee.
[2] Data are restricted to those employees who remained in RD class positions through 2010. I then selected from each Defendant the job title that included 25 employees (or the closest number to 25).

Source: Dr. Leamer's backup data and materials.

# Exhibit 1 Intel & Intuit

## There is Substantial Variation in the Cumulative Change in Total Compensation Among Employees with the Same 2005 Job



Notes:
[1] Each line represents the cumulative compensation change for an individual employee.
[2] Data are restricted to those employees who remained in RD class positions through 2010. I then selected from each Defendant the job title that included 25 employees (or the closest number to 25).

Source: Dr. Leamer's backup data and materials.

# Exhibit 1 Lucasfilm & Pixar

## There is Substantial Variation in the Cumulative Change in Total Compensation Among Employees with the Same 2005 Job



Notes:
[1] Each line represents the cumulative compensation change for an individual employee.
[2] Data are restricted to those employees who remained in RD class positions through 2010. I then
    selected from each Defendant the job title that included 25 employees (or the closest number to 25).
[3] The Lucasfilm chart begins in 2006, which is the first year for which I have data on Lucasfilm job titles.

Source: Dr. Leamer's backup data and materials.

# Exhibit 2 Adobe

## There is Substantial Variation in Total Compensation Changes Among Employees in the Same Job in 2007



Notes:
[1] The top 3 Adobe jobs by 2007 employment are shown. See Appendix B for additional jobs and years.
[2] Some large positive and large negative changes may be capped at +/-50 percent for ease of display.

Source: Dr. Leamer's backup data and materials.

# Exhibit 2 Apple

## There is Substantial Variation in Total Compensation Changes Among Employees in the Same Job in 2007



☐ Decrease          ☐ Increase

Notes:
[1] The top 3 Apple jobs by 2007 employment are shown. See Appendix B for additional jobs and years.
[2] Some large positive and large negative changes may be capped at +/−75 percent for ease of display.

Source: Dr. Leamer's backup data and materials.

# Exhibit 2 Google

## There is Substantial Variation in Total Compensation Changes Among Employees in the Same Job in 2007



🟥 Decrease          🟦 Increase

Notes:
[1] The top 3 Google jobs by 2007 employment are shown. See Appendix B for additional jobs and years.
[2] Some large positive and large negative changes may be capped at +/−75 percent for ease of display.

Source: Dr. Leamer's backup data and materials.

# Exhibit 2 Intel

## There is Substantial Variation in Total Compensation Changes Among Employees in the Same Job in 2007



Notes:
[1] The top 3 Intel jobs by 2007 employment are shown. See Appendix B for additional jobs and years.
[2] Some large positive and large negative changes may be capped at +/−50 percent for ease of display.

Source: Dr. Leamer's backup data and materials.

## Exhibit 2 Intuit

## There is Substantial Variation in Total Compensation Changes Among Employees in the Same Job in 2007



Percent Change (2007−2008)

Notes:
[1] The top 3 Intuit jobs by 2007 employment are shown. See Appendix B for additional jobs and years.
[2] Some large positive and large negative changes may be capped at +/−50 percent for ease of display.

Source: Dr. Leamer's backup data and materials.

# Exhibit 2 Lucasfilm

## There is Substantial Variation in Total Compensation Changes Among Employees in the Same Job in 2007



Notes:
[1] The top 3 Lucasfilm jobs by 2007 employment are shown. See Appendix B for additional jobs and years.
[2] Some large positive and large negative changes may be capped at +/−50 percent for ease of display.

Source: Dr. Leamer's backup data and materials.

# Exhibit 2 Pixar

## There is Substantial Variation in Total Compensation Changes Among Employees in the Same Job in 2007



Notes:
[1] The top 3 Pixar jobs by 2007 employment are shown. See Appendix B for additional jobs and years.
[2] Some large positive and large negative changes may be capped at +/−50 percent for ease of display.

Source: Dr. Leamer's backup data and materials.

# Exhibit 3

## There is Substantial Variation in Changes in Employee Total Compensation (Adjusted for Individual Characteristics and Job)



Notes:
[1] Data shown are percent deviations from the mean change for the employer and year and are adjusted for age, tenure, gender, and job title.
[2] Analysis is based on 2006−2011 data for Lucasfilm and 2001−2011 data for all other defendants. Changes are measured annually and are pooled across years.
[3] Changes are capped for ease of display.

Source: Dr. Leamer's backup data and materials.

# Exhibit 4
## There Are Large Differences in Compensation Changes Between the Employees with the Lowest Changes and Those with the Highest

| Employer | Percent Deviation from Mean Compensation Change | | | |
|---|---|---|---|---|
| | Bottom Decile | Bottom Quartile | Top Quartile | Top Decile |
| Adobe | -29% | -19% | 19% | 29% |
| ██████ | ████ | ████ | ████ | ████ |
| Google | -72% | -44% | 47% | 78% |
| Intel | -17% | -11% | 11% | 19% |
| Intuit | -24% | -16% | 17% | 26% |
| Lucasfilm | -9% | -5% | 6% | 10% |
| Pixar | -45% | -25% | 25% | 42% |

Notes:

[1] Data shown are percent deviations from the average change for the employer and year after adjusting for age, tenure, gender, and job title.

[2] Percent deviations shown are averages within each decile or quartile.

[3] Analysis is based on 2006-2011 data for Lucasfilm and 2001-2011 data for other defendants.

[4] Deciles and quartiles are based on the share of employee years at each defendant.

Source: Dr. Leamer's backup data and materials.

# Exhibit 5

## There is Substantial Variation in Changes in Job Average Total Compensation (Adjusted for Individual Characteristics and Job)



Notes:
[1] Data shown are percent deviations from the mean change in job averages for the employer and year after adjusting for age, tenure, gender, and job title.
[2] Analysis is based on 2006−2011 data for Lucasfilm and 2001−2011 data for all other defendants. Changes are measured annually and are pooled across years.
[3] Changes are capped for ease of display.

Source: Dr. Leamer's backup data and materials.

# Exhibit 6
## There Are Large Differences in the Changes in Average Compensation Between Jobs with the Lowest Changes and Those with the Highest

| Employer | Percent Deviation from Mean Change in Job Average | | | |
|---|---|---|---|---|
| | Bottom Decile | Bottom Quartile | Top Quartile | Top Decile |
| Adobe | -15% | -9% | 10% | 16% |
| ▆ | ▆ | ▆ | ▆ | ▆ |
| Google | -29% | -19% | 16% | 29% |
| Intel | -6% | -4% | 5% | 7% |
| Intuit | -14% | -8% | 8% | 14% |
| Lucasfilm | -14% | -9% | 8% | 13% |
| Pixar | -27% | -14% | 13% | 23% |

Notes:

[1] Data shown are percent deviations from the mean change (weighted by employees) in job averages for the employer and year after adjusting for age, tenure, gender, and job title.

[2] Percent deviations shown are averages within each decile or quartile.

[3] Analysis is based on 2006 - 2011 data for Lucasfilm and 2001 - 2011 data for all other defendants.

[4] Deciles and quartiles are based on the share of employee weighted job-years at each defendant.

Source: Dr. Leamer's backup data and materials.

## Exhibit 7
## There is Substantial Variation in Annual Changes in Job Average Total Compensation at Each Defendant

### Sample of Jobs (A Maximum of 50 from Each Defendant)



Notes:
[1] Each dot represents the percent change in the average real total compensation for a given job from the previous year to the current year.
[2] The jobs selected are the five largest jobs (based on 2001−2011 employment) from each decile in Figures 9−12 of Dr. Leamer's Supplemental Report. If there are fewer than five jobs in any decile, then the next largest jobs across all deciles are included to reach 50. In addition, I require that the average number of employees in the job across the two years over which I calculate the compensation change to be at least five.
[3] Annual changes are capped at −50 and +75 percent.
[4] Lucasfilm data are missing job titles prior to 2006.

Source: Dr. Leamer's backup data and materials.

## Exhibit 8
## There is Substantial Variation in Cumulative Changes in Job Average Total Compensation at Each Defendant

### Sample of Jobs (A Maximum of 50 from Each Defendant), Base Year = 2005



Notes:
[1] Each dot represents the percent change in the average real total compensation for a given job from the previous year to the current year.
[2] The jobs selected are the five largest jobs (based on 2001−2011 employment) from each decile in Figures 9−12 of Dr. Leamer's Supplemental Report. If there are fewer than five jobs in any decile, then the next largest jobs across all deciles are included to reach 50. In addition, I require that the average number of employees in the job across the two years over which I calculate the compensation change to be at least five.
[3] Cumulative changes are capped at −50 and +75 percent.
[4] Lucasfilm is excluded because its data are missing job titles prior to 2006.

Source: Dr. Leamer's backup data and materials.

## Exhibit 9



# Exhibit 10
## Dr. Leamer's Regression Model Does Not Establish "Sharing" or "Catch-Up" between Jobs

### Panel A:  Leamer Model Using Defendants' Data

### Panel B:  Leamer Model Using U.S. Economy-Wide Data (ACS)

| | Panel A Coefficient Estimate | | Panel B Coefficient Estimate |
|---|---|---|---|
| **Number of Job Titles** = 889 | | **Number of U.S. Occupations** = 465 | |
| **Dependent Variable** | | **Dependent Variable** | |
| DLog(Title Average Annual Total Compensation) | | DLog(Occupation Average Annual Wage) | |
| **"Contemporaneous Effect Variable"** | | **"Contemporaneous Effect Variable"** | |
| DLog(R&D Average Annual Total Compensation) | 0.72 | Dlog(U.S. Average Annual Wage) | 1.09 |
| **"Lagged Effect Variable"** | | **"Lagged Effect Variable"** | |
| Log(R&D Avg Annual Total Comp (-1) / Title Avg Annual Total Compensation (-1)) | 0.41 | Log(U.S. Avg Annual Wage (-1) / Occupation Avg Annual Wage (-1)) | 1.32 |
| **"External Forces Variables"** | | **"External Forces Variables"** | |
| Log(Firm Revenue Per Employee (-1) / Title Avg Annual Total Compensation (-1)) | 0.12 | Log(U.S. Real GDP per Worker (-1) / Occupation Avg Annual Wage (-1)) | -0.14 |
| DLog(San-Jose Information Sector Employment) | -0.20 | DLog(U.S. Total Employment) | 0.03 |

Notes:  Coefficient estimates shown are weighted averages across regressions for all job titles or occupations.
Source:  Panel A is based on Leamer Supplemental Report Exhibits 1 and 2.  Panel B is based on data from the following public sources:
   American Community Surveys (ACS), 2001-2010:  Steven Ruggles, J. Trent Alexander, Katie Genadek, Ronald Goeken, Matthew B. Schroeder, Matthew Sobek.
   Integrated Public Use Microdata Series: Version 5.0 [Machine-readable database]. Minneapolis: University of Minnesota, 2010, https://usa.ipums.org.
   U.S. Real GDP (GDPC1):  U.S. Department of Commerce Bureau of Economic Analysis.  U.S. Total Employment (LNU02000000):  U.S. Department of Labor Bureau of Labor Statistics.

# Exhibit 11

## Dr. Leamer's Decile-Based Regressions Do Not Establish "Sharing" or "Catch-Up" between Jobs

**Panel A:  Leamer Model Using Defendants' Data**                 **Panel B:  Leamer Model Using U.S. Economy-Wide Data (ACS)**

| Decile | Regression Coefficient Estimates | | | |
|---|---|---|---|---|
| | "Contemporaneous Sharing" | "Catch-Up" | "External Variable 1" (Firm Revenue) | "External Variable 2" (San Jose IT Employment) |
| 1 | 0.60 | 0.37 | -0.27 | 0.19 |
| 2 | 0.55 | 0.28 | -0.09 | -0.07 |
| 3 | 0.71 | 0.40 | -0.18 | 0.13 |
| 4 | 0.58 | 0.20 | 0.01 | 0.05 |
| 5 | 0.73 | 0.24 | 0.04 | 0.04 |
| 6 | 0.66 | 0.36 | 0.12 | -0.36 |
| 7 | 0.75 | 0.33 | -0.02 | -0.07 |
| 8 | 0.71 | 0.36 | 0.29 | -0.52 |
| 9 | 0.85 | 0.47 | 0.15 | -0.18 |
| 10 | 1.13 | 0.04 | 0.61 | -0.37 |
| Average: | 0.73 | 0.31 | 0.07 | -0.12 |

| Decile | Regression Coefficient Estimates | | | |
|---|---|---|---|---|
| | "Contemporaneous Sharing" | "Catch-Up" | "External Variable 1" (U.S. GDP) | "External Variable 2" (U.S. Employment) |
| 1 | 1.36 | 1.54 | -0.48 | 0.10 |
| 2 | 0.94 | 1.12 | -0.36 | -0.28 |
| 3 | 0.85 | 0.85 | -0.12 | -0.36 |
| 4 | 1.18 | 1.74 | -0.34 | 0.16 |
| 5 | 0.86 | 1.35 | -0.21 | 0.00 |
| 6 | 0.81 | 0.62 | -0.10 | -0.25 |
| 7 | 0.84 | 1.16 | 0.19 | -0.17 |
| 8 | 1.02 | 0.91 | 0.15 | 0.31 |
| 9 | 1.56 | 0.37 | 0.36 | -0.57 |
| 10 | 0.57 | 0.92 | 0.54 | -0.02 |
| Average: | 1.00 | 1.06 | -0.04 | -0.11 |

Notes:  Estimates shown in Panel A are weighted averages across defendants.  Deciles in Panel B are defined according to a similar methodology as Dr. Leamer's decile-based analyses, using U.S. occupation's overall average real wage and employment.

Source:  Panel A is based on Dr. Leamer's backup materials for Leamer Supplemental Report Figures 9 to 12.  Panel B is based on data from the following public sources:

American Community Surveys (ACS), 2001-2010:  Steven Ruggles, J. Trent Alexander, Katie Genadek, Ronald Goeken, Matthew B. Schroeder, Matthew Sobek.

Integrated Public Use Microdata Series: Version 5.0 [Machine-readable database]. Minneapolis: University of Minnesota, 2010, https://usa.ipums.org.

U.S. Real GDP (GDPC1):  U.S. Department of Commerce Bureau of Economic Analysis.  U.S. Total Employment (LNU02000000):  U.S. Department of Labor Bureau of Labor Statistics.

# Exhibit 12

**Dr. Leamer's Interpretation of His Regression Results Would Imply that Changes in Chicago Temperature Can be Explained by "Sharing" or "Catch-Up" with Milwaukee Temperature (and Vice Versa)**

(Chicago and Milwaukee Daily Temperature Data - January 1995 to May 2013)

Dependent Variable:  Change in Chicago Temperature

| Variable | Model 1 | Model 2 | Model 3 |
|---|---|---|---|
| | **Coefficient Estimates** | | |
| **Change in Milwaukee Temperature** | 0.94 | | 0.93 |
| **Lagged Difference in Temperature (Milwaukee minus Chicago)** | 0.48 | | 0.56 |
| January | | -0.20 | 0.64 |
| February | | 0.27 | 0.91 |
| March | | 0.45 | 1.51 |
| April | | 0.28 | 1.96 |
| May | | 0.37 | 2.20 |
| June | | 0.19 | 1.76 |
| July | | 0.11 | 1.38 |
| August | | -0.17 | 0.99 |
| September | | -0.40 | 0.77 |
| October | | -0.30 | 0.69 |
| November | | -0.43 | 0.68 |
| December | | -0.20 | 0.55 |
| Constant | Yes | No | No |
| R-Squared | 0.89 | 0.00 | 0.89 |
| Number of Observations | 6,633 | 6,692 | 6,633 |

Dependent Variable:  Change in Milwaukee Temperature

| Variable | Model 1 | Model 2 | Model 3 |
|---|---|---|---|
| | **Coefficient Estimates** | | |
| **Change in Chicago Temperature** | 0.94 | | 0.95 |
| **Lagged Difference in Temperature (Chicago minus Milwaukee)** | 0.46 | | 0.54 |
| January | | -0.19 | -0.64 |
| February | | 0.25 | -0.85 |
| March | | 0.34 | -1.42 |
| April | | 0.27 | -1.86 |
| May | | 0.37 | -2.08 |
| June | | 0.26 | -1.67 |
| July | | 0.11 | -1.32 |
| August | | -0.19 | -0.98 |
| September | | -0.38 | -0.79 |
| October | | -0.31 | -0.70 |
| November | | -0.44 | -0.70 |
| December | | -0.18 | -0.56 |
| Constant | Yes | No | No |
| R-Squared | 0.88 | 0.00 | 0.89 |
| Number of Observations | 6,633 | 6,637 | 6,633 |

Source:  http://academic.udayton.edu/kissock/http/Weather/citylistUS.htm.