GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
AMANDA R. CONLEY (Bar No. 281270)
aconley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:  (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| | **DECLARATION OF CHRISTINA BROWN IN SUPPORT OF DEFENDANTS' OPPOSITION TO SUPPLEMENTAL CLASS CERTIFICATION MOTION** |
| THIS DOCUMENT RELATES TO: | |
| ALL ACTIONS | Date: August 8, 2013<br>Time: 1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge: The Honorable Lucy H. Koh |

1    I, Christina Brown, declare as follows:

2    1.    I am a member of the Bar of the State of California and a counsel of the law firm
3    of O'Melveny & Myers LLP, attorneys for Defendant Apple Inc. I submit this declaration in
4    support of Defendants' Opposition to Plaintiffs' Supplemental Class Certification Motion.
5    I make this declaration based on my own personal knowledge. If called to testify as a witness,
6    I could and would do so competently.

7    2.    Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from
8    the deposition of Dr. Edward Leamer taken October 26, 2012.

9    3.    Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from
10   the deposition of Dr. Edward Leamer taken on June 11, 2013.

11   4.    Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from
12   the deposition of Dr. Kevin Hallock taken on June 7, 2013.

13   5.    Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from
14   the deposition of named Plaintiff Michael Devine taken on October 24, 2012.

15   6.    Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from
16   the deposition of named Plaintiff Mark Fichtner taken on October 15, 2012.

17   7.    Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from
18   the deposition of named Plaintiff Siddharth Hariharan taken on October 12, 2012.

19   8.    Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from
20   the deposition of Ed Catmull taken on January 24, 2013.

21   9.    Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from
22   the deposition of Chris Galy taken on March 20, 2013.

23   10.   Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from
24   the deposition of Danny McKell taken on March 20, 2013.

25   11.   Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from
26   the deposition of George Lucas taken on March 28, 2013.

27

28

BROWN DECL. ISO OPPOSITION TO
SUPP. CLASS CERTIFICATION MOTION
NO. 11-CV-2509-LHK

1  I declare under penalty of perjury under the laws of the United States that the above is true
2  and correct. Executed on June 21, 2013, in San Francisco, California.

4  By: /s/ Christina Brown
     Christina Brown

- 3 -

BROWN DECL. ISO OPPOSITION TO
SUPP. CLASS CERTIFICATION MOTION
NO. 11-CV-2509-LHK