```
 1              UNITED STATES DISTRICT COURT

 2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4    --------------------------

 5    IN RE: HIGH-TECH EMPLOYEE )

 6    ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK

 7    --------------------------

 8

 9

10

11

12         VIDEOTAPED DEPOSITION OF MARK FICHTNER

13              San Francisco, California

14              Monday, October 15, 2012

15                    Volume I

16

17

18

19

20    Reported by:

21    ASHLEY SOEVYN

22    CSR No. 12019

23    Job No. 1541278

24

25    PAGES 1 - 233
```

Veritext National Deposition & Litigation Services
866 299-5127



| 1 | 16:28:08 |
| 2 | 16:28:11 |
| 3 | 16:28:16 |
| 4 | 16:28:19 |
| 5 | 16:28:25 |
| 6 | 16:28:26 |
| 7 | 16:28:29 |
| 8 | 16:28:37 |
| 9 | 16:28:40 |
| 10 | 16:28:42 |
| 11 | 16:28:50 |
| 12 | 16:28:54 |
| 13 | 16:28:58 |
| 14 | 16:29:01 |
| 15 | 16:29:05 |
| 16 | 16:29:09 |
| 17 | 16:29:13 |
| 18 | 16:29:15 |
| 19 | 16:29:16 |
| 20 | 16:29:18 |
| 21 | 16:29:18 |
| 22 | 16:29:20 |
| 23 | 16:29:23 |
| 24 | 16:29:25 |
| 25 | 16:29:28 |

Page  227



| | | |
|---|---|---|
| 1 | | 16:29:38 |
| 2 | | 16:29:39 |
| 3 | | 16:29:42 |
| 4 | | 16:29:47 |
| 5 | | 16:29:52 |
| 6 | | 16:29:56 |
| 7 | | 16:30:00 |
| 8 | | 16:30:03 |
| 9 | | 16:30:03 |
| 10 | | 16:30:10 |
| 11 | | 16:30:10 |
| 12 | | 16:30:11 |
| 13 | | 16:30:18 |
| 14 | | 16:30:20 |
| 15 | | 16:30:23 |
| 16 | | 16:30:26 |
| 17 | | 16:30:30 |
| 18 | | 16:30:34 |
| 19 | | 16:30:40 |
| 20 | | 16:30:44 |
| 21 | | 16:31:01 |
| 22 | | 16:31:04 |
| 23 | | 16:31:07 |
| 24 | | 16:31:11 |
| 25 | | 16:31:17 |

Page 228



1       16:31:17
2       16:31:33
3       16:32:04
4       16:32:06
5       16:32:12
6       16:32:12
7       16:32:12
8       16:32:14
9       16:32:17
10      16:32:20
11      ved  16:32:40
12      16:32:41
13      16:32:48
14      16:32:48
15      16:32:50
16      16:32:56
17      16:32:57
18      16:33:00
19      16:33:02
20      16:33:06
21      16:33:16
22      16:33:17
23      16:33:19
24      16:33:19
25      16:33:37

Page  229



| # | | Time |
|---|---|---|
| 1 | | 16:33:40 |
| 2 | | 16:33:45 |
| 3 | | 16:33:49 |
| 4 | | 16:33:54 |
| 5 | | 16:34:15 |
| 6 | | 16:34:20 |
| 7 | | 16:34:26 |
| 8 | | 16:34:29 |
| 9 | | 16:34:38 |
| 10 | | 16:34:44 |
| 11 | | 16:34:46 |
| 12 | | 16:34:47 |
| 13 | | 16:34:50 |
| 14 | | 16:34:54 |
| 15 | | 16:34:57 |
| 16 | | 16:34:59 |
| 17 | | 16:35:03 |
| 18 | | 16:35:04 |
| 19 | | 16:35:09 |
| 20 | | 16:35:12 |
| 21 | | 16:35:13 |
| 22 | | 16:35:24 |
| 23 | | 16:35:26 |
| 24 | | 16:35:28 |
| 25 | | 16:35:31 |

Page 230



Veritext National Deposition & Litigation Services
866 299-5127

1          I declare under penalty of perjury under

2    the laws of the State of California that the

3    foregoing is true and correct.

4

5          Executed on _____, 2012,

6    at_____,_____.

7

8

9

10

11          _____

12                    MARK FICHTNER

13

14

15

16

17

18

19

20

21

22

23

24

25

                                        Page 232

```
 1   STATE OF CALIFORNIA     ) ss:
 2   COUNTY OF MARIN         )
 3
 4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 5   certify:
 6        That the foregoing deposition testimony was
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10        That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me,
13   and were thereafter transcribed under my direction
14   and supervision, and that the foregoing pages
15   contain a full, true and accurate record of all
16   proceedings and testimony to the best of my skill
17   and ability.
18        I further certify that I am neither counsel for
19   any party to said action, nor am I related to any
20   party to said action, nor am I in any way interested
21   in the outcome thereof.
22        IN THE WITNESS WHEREOF, I have transcribed my
23   name this 22nd day of October, 2012.
24

                         _____
25                       ASHLEY SOEVYN, CSR 12019

                                              Page 233
```