```
 1           UNITED STATES DISTRICT COURT
 2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4    --------------------------
 5    IN RE: HIGH-TECH EMPLOYEE )
 6    ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK
 7    --------------------------
 8
 9
10       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
11
12
13     VIDEOTAPED DEPOSITION OF SIDDHARTH HARIHARAN
14                San Francisco, California
15                Friday, October 12, 2012
16                       Volume I
17
18
19
20    Reported by:
21    ASHLEY SOEVYN
22    CSR No. 12019
23    Job No. 1541277
24
25    PAGES 1 - 310
```

Page 1



HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY





Page 90

```
 1        I declare under penalty of perjury under the
 2   laws of the State of California that the foregoing
 3   is true and correct.
 4
 5        Executed on _____, 2012,
 6   at_____,_____.
 7
 8
 9
10
11         _____
12              SIDDHARTH HARHARIHAN
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4       I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 5   certify:
 6       That the foregoing deposition testimony was
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10       That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me,
13   and were thereafter transcribed under my direction
14   and supervision, and that the foregoing pages
15   contain a full, true and accurate record of all
16   proceedings and testimony to the best of my skill
17   and ability.
18        I further certify that I am neither counsel for
19   any party to said action, nor am I related to any
20   party to said action, nor am I in any way interested
21   in the outcome thereof.
22        IN THE WITNESS WHEREOF, I have transcribed my
23   name this 22nd day of October, 2012.
24
                                 _____
25                               ASHLEY SOEVYN, CSR 12019
```

Page 310