1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3             SAN JOSE DIVISION

4

5   IN RE:  HIGH-TECH EMPLOYEE      )

6   ANTITRUST LITIGATION           )

7                                  )   No. 11-CV-2509-LHK

8   THIS DOCUMENT RELATES TO:      )

9   ALL ACTIONS.                   )

10  _____

11

12          VIDEO DEPOSITION OF CHRIS GALY

13             ATTORNEYS' EYES ONLY

14                March 20, 2013

15

16     Reported by:  Anne Torreano, CSR No. 10520

17

18

19

20

21

22

23

24

25

```
           1   this:  When you were reviewing your declaration earlier

           2   in answer to my questions, were you able to identify or

           3   did you see any sentences in it that you believe that

           4   you initially wrote in the first instance?

03:54:31   5       A.   I don't remember.

           6       Q.   Okay.  My next question to you is kind of like

           7   a same follow-up kind of question, which is, in

           8   reviewing documents with your attorney in preparation

           9   for this deposition, did any of the documents that you

03:54:51  10   looked at help you remember something that you

          11   testified about today?

          12       A.   Say that one more time, please.

          13       Q.   It's terrible, isn't it?

          14       A.   Yeah.

03:55:04  15       Q.   Did any of the documents that you looked at

          16   yesterday with Mr. Kiernan help you remember something

          17   that you testified about today?

          18       A.   Yes.

          19       Q.   Okay.  What documents helped you remember

03:55:13  20   something that you testified about?

          21            I don't want to go through that pile.  Is it

          22   all stuff that you saw here again today?

          23       A.   Yes.

          24       Q.   Okay.  Is there anything that you looked at

03:55:30  25   with him that helped you remember something that you
```

```
       1    testified about that I didn't show you today?

       2        A.   Not -- no.

       3             MR. GLACKIN:  Okay.  That's it.  No further

       4    questions.

03:55:45 5           MR. KIERNAN:  I think I just have a couple.

       6    We don't need to switch.  Some people make me.

       7             MR. GLACKIN:  I don't care where you sit.

       8             MR. KIERNAN:  I know.  Exactly.  But you can

       9    keep looking at the --

03:55:56 10          THE WITNESS:  Okay.

      11             MR. KIERNAN:  -- camera, as bizarre as that

      12    may be.

      13                        EXAMINATION

      14    BY MR. KIERNAN:

03:55:59 15      Q.   ████████████████████████████
```







```
 1    ████████████████████████████████████████

      ██  ████████████████████████████████████

      ██  ██████████████████████████████████

      ██  ██████████████████████████████████

████  ██  ████████████████████████████████

      ██       ████████████████████████████

      ██  ████████████████████████████████████

      ██  ██████████████████████████████████████

      ██  ██████████████████████████████████

████████  ██████████████████████████████████████

      ██  ██████████████████████████
```

        12          Q.   Okay.  And then do you recall we had some

        13    discussion today about your views of internal equity?

        14          A.   Yes.

03:58:24 15          Q.   Do you recall that?  Okay.

        16              ████████████████████████████████████

      ██  ████████████████████████████████████

      ██  ██████████████████████████████████████

      ██  ██████████████████████████████

03:58:39 20              Do you recall that?

        21          A.   I do.

        22              MR. GLACKIN:  Object to the form.

        23              MR. KIERNAN:  Okay.  You object to the form of

        24    whether he recalls saying that?

03:58:45 25              MR. GLACKIN:  It's leading.  You should just

```
          1   ask him the question.  And I also am not sure that

          2   that's -- I'm not completely confident that's exactly

          3   what he said.

          4   BY MR. KIERNAN:

03:58:52  5       Q.   Okay.  Well, let me ask.

          6            Do you recall that?

          7       A.   I do recall.

          8       Q.   Okay.  What did you mean by that?

          9            MR. GLACKIN:  Object to the form.

03:59:03 10            THE WITNESS:  ████████████████████████
```



```
         22   BY MR. KIERNAN:

         23       Q.   ██████   █████████████████████████████
```

```
 1                   REPORTER'S CERTIFICATE

 2          I, Anne Torreano, Certified Shorthand Reporter

 3     licensed in the State of California, License No. 10520,

 4     hereby certify that the deponent was by me first duly

 5     sworn, and the foregoing testimony was reported by me

 6     and was thereafter transcribed with computer-aided

 7     transcription; that the foregoing is a full, complete,

 8     and true record of said proceedings.

 9          I further certify that I am not of counsel or

10     attorney for either or any of the parties in the

11     foregoing proceeding and caption named or in any way

12     interested in the outcome of the cause in said caption.

13          The dismantling, unsealing, or unbinding of

14     the original transcript will render the reporter's

15     certificates null and void.

16          In witness whereof, I have subscribed my name

17     this 1st day of April, 2013.

18

19               [X] Reading and Signing was requested.

20               [ ] Reading and Signing was waived.

21               [ ] Reading and Signing was not requested.

22

23                   _____

24                   ANNE M. TORREANO, CSR No. 10520

25
```