```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4    IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
      LITIGATION
 5
      THIS DOCUMENT RELATES TO:     NO:  Master Docket No.
 6    11-CV-2509-LHK

 7    ALL ACTIONS.

 8

 9

10           CONFIDENTIAL  -  ATTORNEYS' EYES ONLY

11

12

13        VIDEOTAPED DEPOSITION OF DANIEL ROBERT McKELL
                        March 20, 2013
14                        10:06 a.m.
                      Hyatt Regency Hotel
15                   330 Tijeras, Northwest
                     Albuquerque, New Mexico
16

17
                 PURSUANT TO THE FEDERAL RULES OF CIVIL
18    PROCEDURE, this deposition was:

19    TAKEN BY:   MR. SARAH R. SCHALMAN-BERGEN
                  Attorney for Plaintiffs
20
      REPORTED BY: Mary Abernathy Seal, RDR, CRR, NM CCR 69
21                 Bean & Associates, Inc.
                   Professional Court Reporting Service
22                 201 Third Street, Northwest, Suite 1630
                   Albuquerque, New Mexico 87102
23

24    (6941K) MAS

25
```

03:42   1   [redacted]

[page of redacted deposition text]

03:43



03:47

04:24    1   ██   ████████████████████████████████████
         ██  ████
         ██   ██  █████
         ██   ██  ███ ██████████████████
████     ██  ████████████████████
         ██   ██  ███
         ██   ██  █████████████████████████
         ██  █████  █████████
         ██   ██  ███
████     ██   ██  ██████████████
         ██  ██████████████████████████
         ██  ████████████████████████
         ██       ██████████
         ██   ██  ███
████     ██   ██  █████████████
         ██   ██  ████████████████████
         ██  ██████████████████████
         ██  ██████
         ██   ██  ███████████████████████
████     ██  ███████████████████████████
         ██  ████████████████████████████
         ██  ████████████
         ██       █████████
         ██   ██  ███
████     ██   ██  ████████████████████

04:25

Deposition of Daniel Robert McKell                In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
04:27    1   ████████████████████████████████████
         2   ████████████████  ████████████████
         3   ████████████████████
         4        Q.  You can put this document aside.  Let's go
04:27    5   off the record for five minutes.
         6            (A discussion was held off the record.)
         7            (Recess from 4:27 p.m. to 4:40 p.m.)
         8        Q.  Mr. McKell, is there any reason why you
         9   can't continue to give me your best testimony?
04:40   10        A.  No.
        11   ██ ███ ██████████████████████████
        ██   ████████
        ██      ██ ███
        ██      ██ ████████████████
██      ██         ███████    ████████████
        ██      ██ ██████████████████
        ██   ██████████████████████████████
        ██   █████████████████████████████ ██
        ██   ██████████████████████████████
██      ██   ██████████████████████████████
        ██   █████████████████████████████
        ██   ██████████████████████ ████████
        ██   ██████████████████████████████
        ██   ████████████████████
██      ██      ████████████████████████████
```

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4    IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
      LITIGATION
 5

 6    THIS DOCUMENT RELATES TO:

 7    ALL ACTIONS.

 8

 9            NO:  Master Docket No. 11-CV-2509-LHK

10                    REPORTER'S CERTIFICATE

11            I, MARY ABERNATHY SEAL, New Mexico CCR
      #69, DO HEREBY CERTIFY that on March 20, 2013, the
12    Deposition of DANIEL ROBERT McKELL was taken before
      me at the request of, and sealed original thereof
13    retained by:

14              Attorney for the Plaintiffs
                Ms. Sarah R. Schalman-Bergen
15              BERGER & MONTAGUE, P.C.
                1622 Locust Street
16              Philadelphia, Pennsylvania 19103-6365
                (215) 875-3000
17
                I FURTHER CERTIFY that copies of this
18    Certificate have been mailed or delivered to all
      Counsel, and parties to the proceedings not
19    represented by counsel, appearing at the taking of
      the Deposition.
20
                I FURTHER CERTIFY that examination of this
21    transcript and signature of the witness was required
      by the witness and all parties present.
22    On_____ a letter was mailed or delivered to Mr.
      Sujal J. Shah regarding obtaining signature of the
23    witness, and corrections, if any, were appended to
      the original and each copy of the Deposition.
24

25
```

```
 1            I FURTHER CERTIFY that the recoverable
    cost of the original and one copy of the Deposition,
 2  including exhibits, to Mr. Sarah R. Schalman-Bergen
    is $_____.
 3
              I FURTHER CERTIFY that I did administer
 4  the oath to the witness herein prior to the taking
    of this Deposition; that I did thereafter report in
 5  stenographic shorthand the questions and answers set
    forth herein, and the foregoing is a true and
 6  correct transcript of the proceeding had upon the
    taking of this Deposition to the best of my ability.
 7
              I FURTHER CERTIFY that I am neither
 8  employed by nor related to nor contracted with
    (unless excepted by the rules) any of the parties or
 9  attorneys in this case, and that I have no interest
    whatsoever in the final disposition of this case in
10  any court.

11

12                    _____
                      Mary Abernathy Seal
13                    BEAN & ASSOCIATES, INC.
                      NM Certified Court Reporter #69
14                    License Expires: 12/31/13

15  (6941K) MAS
    Date taken: March 20, 2013
16  Proofread by: JB

17

18

19

20

21

22

23

24

25
```

## CORRECTIONS TO DEPOSITION TRANSCRIPT OF DANIEL MCKELL, DATED MARCH 20, 2013

*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 41:6 | Replace: "World Network"<br>With: "World at Work" | Correction |
| 59:4 | Replace: "all jobs in grades"<br>With: "all jobs in each respective grade" | Clarification |
| 64:22 | Replace: "benchmarking market"<br>With: "benchmarking and market" | Correction |
| 65:21 | Replace: "benchmarking market"<br>With: "benchmarking and market" | Correction |
| 68:12 | Replace: "Logurajuh"<br>With: "Logarajah" | Correction |
| 72:21-24 | Replace: "were looking for lots"<br>With: "we're looking for, lots" | Correction |
| 74:5 | Replace: "the"<br>With: "to" | Correction |
| 74:6 | Replace: "retain on the track side"<br>With: "retain and attract" | Correction |
| 77:14-17 | Replace: "Actually, it may have been 2008. 2004, 2005 -- I could look, if it's important. It was sometime -- I think it was probably more 2008 than 2006."<br>With: "I was a grade 7 from 2001 to 2006." | Correction |
| 80:19 | Replace: "Yes."<br>With: "Yes, after the business consultant role. I wasn't a manager." | Clarification |
| 80:22 | Replace: "lateral" | Clarification |

A/75505900.2

|  |  |  |
|---|---|---|
|  | With: "lateral move" |  |
| 82:19 | Replace: "benchmarking market"<br>With: "benchmarking and market" | Correction |
| 84:2 | Replace: "hire a grade"<br>With: "'hire a grade below" | Clarification |
| 84:8 | Replace: "the grade"<br>With: "a grade" | Correction |
| 84:13-16 | Replace: "That's where the 2006/2008 blurs for me.  It might have been a year and a half. It wasn't -- I don't recall that it was immediate, but I'd have to look at my records.<br>With: "About a year and a half." | Correction |
| 86:13 | Replace: "to tactical grade 8"<br>With: "to grade 8" | Correction |
| 86:22 | Replace: "April"<br>With: "May" | Correction |
| 89:10-12 | Replace: "range, the actual practice of creating separate market ranges. I want to say it was mid-2000,"<br>With: "range.  The actual practice of creating separate market ranges, I want to say it was mid-2000s," | Correction |
| 90:9-10 | Replace: "percent, we're never specifically at the midpoint, but say plus or minus 5 percent of the midpoint, it"<br>With: "percent -- we're never specifically at the midpoint -- but say plus or minus 5 percent of the midpoint, if it" | Correction |
| 91:21 | Replace: "the market which supply demand in jobs.  That"<br>With: "the market, supply and demand in jobs, that" | Clarification |
| 94:11 | Replace: "if any employee paid"<br>With: "if an employee is paid" | Clarification |
| 94:12 | Replace: "Any"<br>With: "An" | Clarification |
| 94:18 | Replace: "market" | Clarification |

A/75505900.2

| | With: "range" | |
|---|---|---|
| 95:1 | Replace: "managers, A, they"<br>With: "managers, they" | Clarification |
| 95:5 | Replace: "employees"<br>With: "managers" | Correction |
| 95:21 | Replace: "That was in 2011, 2012 we shared"<br>With: "The pilots were in Focal 2010 and Focal 2011. In Focal 2012, we shared" | Correction |
| 96:18 | Replace: "See, we just"<br>With: "So we just" | Correction |
| 98:8-9 | Replace: "And Yamit Liveneh is the fourth. L-I-V-E-N-E-H, if that helps."<br>With: "And Yamit Livneh is the fourth. L-I-V-N-E-H, if that helps. | Correction |
| 102:8 | Replace: "underbudget" and "overbudget"<br>With: "under budget" and "over budget" | Correction |
| 102:21 | Replace: "some over and under, so in"<br>With: "there are some managers who will over or under spend, but in" | Clarification |
| 105:25 | Replace: "employee as a rating"<br>With: "employee with a rating" | Clarification |
| 106:4 | Replace: "Yes."<br>With: "I didn't do it. Someone in the Focal Program Office did it". | Correction |
| 116:18-20 | Replace: "Yeah, balance shareholder interests, needs, health and welfare takes care of employees, meritocracy is a big tenet."<br>With: "Yeah. Balance shareholder interests, needs. Health and welfare -- take care of employees. Meritocracy is a big tenet." | Correction |
| 117:21 | Replace: "200-"<br>With: "Two thousand" | Correction |
| 119:8-9 | Replace: "that we had -- the"<br>With: "that the" | Clarification |

| | | |
|---|---|---|
| 121:25 | Replace: "restrictive"<br>With: "restricted" | Correction |
| 122:2 | Replace: "most"<br>With: "mostly" | Correction |
| 122:20 | Replace: "to"<br>With: "for" | Correction |
| 127:9 | Replace: "intransparent"<br>With: "un-transparent" | Clarification |
| 142:5-8 | Replace: "It's based on what companies submit to some survey that may or may not be fully conflated to moving target because different companies deliver their pay raises at different times in the year."<br>With: "It's based on what companies submit to some survey and is comparable to a moving target because each company delivers pay raises at different times in the year." | Clarification |
| 145:20 | Replace: "labeled some"<br>With: "labeled in some" | Clarification |
| 146:2 | Replace: "Brighter"<br>With: "Broader" | Correction |
| 152:16 | Replace: "Mersor"<br>With: "Mercer" | Correction |
| 153:13 | Replace: "benchmark for jobs"<br>With: "benchmark jobs" | Clarification |
| 154:8 | Replace: "nonmanagers"<br>With: "non-managers" | Correction |
| 160:12-13 | Replace: "Five, ten percent."<br>With: "A typical premium might be to pay a certain job 5-10% above the market median." | Clarification |
| 161:11 | Replace: "not your director, first-level manager,"<br>With: "not your direct or first-level manager," | Correction |

A/75505900.2

| | | |
|---|---|---|
| 161:17 | Replace: "merit market adjustment and promotion"<br>With: "merit, market adjustment, and promotion" | Correction |
| 162:23 | Replace: "seniormost"<br>With: "senior-most" | Correction |
| 167:21 | Replace: "from the employees -- or the other"<br>With: "from the other" | Clarification |
| 167:23 and 168:1 | Replace: "antitrust"<br>With: "antitrust laws" | Clarification |
| 174:24-175:1 | Replace: "For the -- for the broad benchmarking, when it talks about specialized cuts based on a different business group, you could."<br>With: "Yes, for the broad benchmarking. When it talks about specialized cuts based on a different business group, it could include another defendant." | Clarification |
| 182:11-13 | Replace: "we pay a geographic differential on top of their base pay to represent that higher cost of labor that exists in Santa Clara."<br>With: "we pay a geographic differential to employees in Santa Clara on top of their base pay to represent the higher cost of labor in that location." | Clarification |
| 183:4 | Replace: "the other is right"<br>With: "other than that, it is right" | Clarification |
| 186:24 | Replace: "direct manager"<br>With: "direct manager level" | Clarification |
| 187:10-12 | Replace: "So it was just clarifying within our company the practices. Managers get to make that call.<br>With: "The sentence was to clarify that within our company, managers have the final say on pay decisions, not HR." | Clarification |
| 189:6-7 | Replace: "encourage less peanut buttering, more differentiation."<br>With: "encourage less peanut buttering and more differentiation by having the Focal tool recommend significantly better rewards for top performers as compared to average performers." | Clarification |
| 191:9 | Replace: "nonhigh"<br>With: "non-high" | Correction |

| 207:2 | Replace: "So 100 percent would be our pay"<br>With: "So 100 percent would mean our pay" | Correction |
|---|---|---|
| 213:12 | Replace: "competition"<br>With: "compensation" | Correction |
| 216:25 | Replace: "Gabbi Thompson, Gabriella"<br>With: "Gaby Thompson, Gabrielle" | Correction |
| 227:9 | Replace: "nonexempts"<br>With: "non-exempts" | Correction |
| 233:7 | Replace: "people who have been at grade a long time"<br>With: "their new peers in the grade to which the employee was just promoted" | Clarification |
| 236:12-13 | Replace: "conflict of equal, yet the differentiation that comes from meritocracy"<br>With: "conflict between egalitarianism and the differentiation that comes from meritocracy" | Clarification |
| 240:10 | Replace: "stock, didn't"<br>With: "stock, they didn't" | Clarification |
| 241:11 | Replace: "their economy"<br>With: "the economy" | Correction |
| 242:17 | Replace: "work-out"<br>With: "org health" | Correction |
| 243:6 | Replace: "2000"<br>With: "2000s" | Correction |
| 243:20-21 | Replace: "Benchmarking market"<br>With: "Benchmarking and market" | Correction |
| 244:20-11 | Replace: "employees would connect – whether or not sharing that information because it's bad information, they don't want to us know the truth,"<br>With: "employees would make the assumption that we stopped sharing information about their compensation because the truth was no longer a | Clarification |

| | favorable comparison," | |
|---|---|---|
| 249:6 | Replace: "Valley, more than, here's -- we care most about"<br>With: "Valley … just because we are most interested in" | Clarification |
| 256:5-6 | Replace: "in -- or helped"<br>With: "in org health" | Correction |
| 256:14-15 | Replace: "the compensation committee – a member of the board of directors retained"<br>With: "the compensation committee retained" | Clarification |
| 269:8-9 | Replace: "tool by each individual"<br>With: "Focal tool for each eligible employee" | Correction |
| 269-13 | Replace: "by virtue of low expectations"<br>With: "by having received a below expectations" | Correction |
| 270:8-11 | Replace: "Meritocracy is -- let me say, internal equity -- you know, do we have it around pay because -- should employees get the same increases or be paid the exact same?"<br>With: "Does internal equity in pay mean that employees should get the same pay raise or have the exact same pay?" | Clarification |
| 275:23-24 | Replace: "Including too many employees"<br>With: "Including too many companies" | Correction |

Subject to the above changes, I certify that the transcript is true and correct.

_____  5/6/13
Signature                  Date

A/75505900.2