```
                UNITED STATES DISTRICT COURT

              NORTHERN DISTRICT OF CALIFORNIA

                      SAN JOSE DIVISION




    IN RE:  HIGH-TECH EMPLOYEE      )
    ANTITRUST LITIGATION            )
                                    )   No. 11-CV-2509-LHK
    THIS DOCUMENT RELATES TO:       )
    ALL ACTIONS.                    )
    _____)



               CONFIDENTIAL - ATTORNEYS' EYES ONLY



                VIDEO DEPOSITION OF GEORGE LUCAS


                        MARCH 28, 2013


      Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR
```

```
 1   Pixar complained to Lucasfilm about Lucasfilm's
 2   recruiting efforts?
 3        A.   No.
 4        Q.   And then it says, "Complaints about breaches of
 5   the agreement led the two firms to alter their conduct
 6   going forward to conform to the agreement."
 7             Do you see that?
 8        A.   Yes.
 9        Q.   Do you know if that's true?
10        A.   No.
11        Q.   Now, the -- the next paragraph says -- well,
12   let me ask you a question before I get there.
13             Did you -- at Lucasfilm, who knew about your
14   understanding with Ed Catmull?
15        A.   I don't know.
16        Q.   Was it -- was it a matter of kind of public
17   knowledge within the company?
18        A.   That, I don't know either.
19        Q.   Okay.  Did you ever tell anybody that worked
20   for you that information regarding your conversations
21   with Ed Catmull were not to be widely disseminated or
22   described?
23        A.   No.
24        Q.   Okay.  Now, this says in the next paragraph,
25   "It eliminated a significant form of competition to
```

1  attract digital animation employees and other employees
2  covered by the agreement."  Do you see that?
3      A.   Uh-huh.
4      Q.   Would you agree that your agreement or your --
5  your -- excuse me.
6           Would you agree that your conversations with Ed
7  Catmull served to head off any competition between the
8  two companies to attract digital animation employees?
9      A.   No.
10      Q.   Well, would you agree that the discussions you
11  had with Ed Catmull generally prevented, as you said,
12  efforts by the two companies that might have killed each
13  other?
14      A.   Right.  I was trying to -- we were trying to
15  protect the San Francisco film industry.  It is very,
16  very small.  It is very hard for us.  We're not like
17  Hollywood.  And the only way we can survive is if we do
18  it together.  United we stand, divided we fall.  This is
19  not like a regular capitalist kind of operation where
20  you're out to kill the other guy.  I'm promoting digital
21  technology for cinema, and I'm devoting a lot of my time
22  working with animators and with visual effects people to
23  try to expand the entire medium and discipline for
24  everybody.  When I came here, there were nobody -- there
25  was nobody.

1  Q. Did you believe that if you were kind of
2  competing with Pixar for employees, and -- and recruiting
3  or raiding each other's talent, that you would -- that
4  would have limited your ability to do that?
5  A. Yes.
6  Q. And it would have made -- it's your testimony
7  that that kind of raiding or recruiting would have
8  limited the growth of the industry here.
9  A. Definitely. It's -- it's, you know -- it's a
10 very common thing in our business. It is something that
11 comes -- Lucasfilm has been close to bankruptcy several
12 times because of it. It's not something we take lightly.
13 And, as I say, most of the visual effects companies and a
14 lot of the animation companies now are broke. They are
15 bankrupt, they're gone, or they've gone to Europe.
16 Q. So it's your -- is it your testimony that were
17 you to -- were you to have competed with -- with Pixar
18 with respect to compensation or recruiting or retaining
19 talent, that you would have not been able to succeed as a
20 business?
21 A. We would have been able to succeed, but my way
22 of looking at that is not in an adversary way. My whole
23 life is dedicated to cooperation and helping people and
24 being together to help people to expand and create
25 something that wasn't there before. It is only the

```
 1            I, Rosalie A. Kramm, Certified Shorthand
 2   Reporter licensed in the State of California, License No.
 3   5469, hereby certify that the deponent was by me first
 4   duly sworn and the foregoing testimony was reported by me
 5   and was thereafter transcribed with computer-aided
 6   transcription; that the foregoing is a full, complete,
 7   and true record of said proceedings.
 8            I further certify that I am not of counsel or
 9   attorney for either of any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12            The dismantling, unsealing, or unbinding of the
13   original transcript will render the reporter's
14   certificates null and void.
15            In witness whereof, I have hereunto set my hand
16   this day:   April 9, 2013.
17            ___X___   Reading and Signing was requested.
18            _____   Reading and Signing was waived.
19            _____   Reading and signing was not requested.
20
21                              _____
22                              ROSALIE A. KRAMM
23                              CSR 5469, RPR, CRR
24
25
```