Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION**<br><br>Date:       August 8, 2013<br>Time:       1:30 p.m.<br>Courtroom:  8, 4th Floor<br>Judge:      Hon. Lucy H. Koh<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

I, Lin Wang Kahn, declare as follows:

1. I am an attorney with the law firm of Jones Day, counsel for Defendant Adobe Systems Inc. ("Adobe") in the above-captioned action. I am admitted to practice law before this Court. I submit this declaration in support of Defendants' Opposition to Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents. As an attorney involved in the defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

**Deposition Testimony**

2. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Deborah Streeter.

3. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Steven Burmeister.

4. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of Frank Wagner.

5. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of Stephanie Sheehy.

6. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of Michelle Maupin.

7. Attached hereto as Exhibit 6 is a true and correct copy of transcript excerpts from the deposition of Donna Morris.

8. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of Mason Stubblefield.

9. Attached hereto as Exhibit 8 is a true and correct copy of transcript excerpts from the deposition of Daniel McKell.

10. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of Rosemary Arriada-Keiper.

11. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of Micheline Chau.

- 1 -

Kahn Declaration ISO Defs.' Opposition to Supp.
Class Certification Motion
Master Docket No. 11-CV-2509-LHK

1     12.      Attached hereto as Exhibit 11 is a true and correct copy of transcript excerpts from
2 the deposition of Digby Horner.

3     13.      Attached hereto as Exhibit 12 is a true and correct copy of transcript excerpts from
4 the deposition of Tim Cook.

5     14.      Attached hereto as Exhibit 13 is a true and correct copy of transcript excerpts from
6 the deposition of Bob Mansfield.

7     15.      Attached hereto as Exhibit 14 is a true and correct copy of transcript excerpts from
8 the deposition of Brian Croll.

9     16.      Attached hereto as Exhibit 15 is a true and correct copy of transcript excerpts from
10 the deposition of Laszlo Bock.

11     17.      Attached hereto as Exhibit 16 is a true and correct copy of transcript excerpts from
12 the deposition of Deborah Conrad.

13     18.      Attached hereto as Exhibit 17 is a true and correct copy of transcript excerpts from
14 the deposition of Steve Condiotti.

15     19.      Attached hereto as Exhibit 18 is a true and correct copy of transcript excerpts from
16 the deposition of Sharon Coker.

17     20.      Attached hereto as Exhibit 19 is a true and correct copy of transcript excerpts from
18 the deposition of Jan Van der Voort.

19     21.      Attached hereto as Exhibit 20 is a true and correct copy of transcript excerpts from
20 the deposition of Lori Beck.

21     22.      Attached hereto as Exhibit 21 is a true and correct copy of transcript excerpts from
22 the deposition of Lynwen Brennan.

23     23.      Attached hereto as Exhibit 22 is a true and correct copy of transcript excerpts from
24 the deposition of Dana Batali.

25     24.      Attached hereto as Exhibit 23 is a true and correct copy of transcript excerpts from
26 the deposition of Alvaro "David" Gonzalo Alvarez.

27     **Documents**

28     25.      Attached hereto as Exhibit 24 is a true and correct copy of the document produced

- 2 -

Kahn Declaration ISO Defs.' Opposition to Supp.
Class Certification Motion
Master Docket No. 11-CV-2509-LHK

1 | by Intel with Bates number 76586DOC001050_AEO.

2 |     26.    Attached hereto as Exhibit 25 is a true and correct copy of the document produced

3 | by Lucasfilm with Bates number LUCAS00062293.

4 |     27.    Attached hereto as Exhibit 26 is a true and correct copy of the document produced

5 | by Lucasfilm with Bates number LUCAS00189964 to LUCAS00189969.

6 |     28.    Attached hereto as Exhibit 27 is a true and correct copy of the document produced

7 | by Pixar with Bates number PIX00044225 to PIX00044229, previously used as Exhibit 1304 to

8 | the deposition of Stephanie Sheehy.

9 |     29.    Attached hereto as Exhibit 28 is a true and correct copy of the document produced

10 | by Apple with Bates number 231APPLE105542, previously used as Exhibit 1861 to the

11 | deposition of Steven Burmeister.

12 |     30.    Attached hereto as Exhibit 29 is a true and correct copy of portions of the

13 | document produced by Lucasfilm with Bates number LUCAS00062271.

14 |     31.    Attached hereto as Exhibit 30 is a true and correct copy of the document produced

15 | by Intuit with Bates number INTUIT_043603.

16 | I declare under penalty of perjury under the laws of the United States that the foregoing is

17 | true and correct.  Executed this 21st day of June 2013 in San Francisco, California.

By: */s/ Lin W. Kahn*
       Lin W. Kahn

SFI-830246v1

Kahn Declaration ISO Defs.' Opposition to Supp.
Class Certification Motion
Master Docket No. 11-CV-2509-LHK

- 3 -