# Exhibit 28



 Apple HR

R³

Review. Recognize. Reward.

FY08

July 2007

231APPLE105537

EXHIBIT 1861
Deponent Burmeister
Date 2-15-13
Gina V. Carbone, CSR

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.1

## Today's meeting
## Overview

· Apple's R³ philosophy

· Performance Review philosophy and process

· Compensation Philosophy and process

· Performance Review conversation

· Employee conversation

· Q&A / Wrap up

 Apple HR

Apple Need-to-Know Confidential

2

231APPLE105538

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.2

231APPLE105539

# Apple R³

## Review. Recognize. Reward.

Apple Need-to-Know Confidential

3

 Apple HR

18613

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105540



CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Apple R$^3$ Philosophy

## Recognize

- Emphasize accomplishments
- Thank the employee for specific contributions
- Acknowledge employee's career goals and aspirations
- Recognize your own commitment to revisiting goals and objectives throughout the year

 Apple HR

Use as speaker notes.

5

Apple Need to Know Confidential

1861.5

231APPLE105541

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Apple R³ Philosophy

## Reward

- Three core compensation elements help motivate employees

  - Base salary: To stay competitive
  - Bonus: To reward outstanding achievement
  - Stock: To invest in long-term motivation and retention

- Changes must be commensurate with contribution and performance



 Apple H:R

TODD TO SEND NEW COPY FOR THESE SLIDES   Use as speaker notes. NO CHANGE.
TB

1821.6

Apple Need To Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105543

# Performance Review Philosophy

Transition to next section: "Let's go into more depth about the reviews and the total rewards planning tool. Starting with reviews..."

1861.7

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Why Do Performance Reviews?

- It is an important tool for developing our employees

- It strengthens our ability to create a strong bench, promote people, and achieve company goals and objectives

- It's the right thing to do for our business and our people

Apple Need-to-Know Confidential

8

231APPLE105544

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Performance Review Philosophy

The Performance Review is one important tool we have as part of a performance management process. We manage performance by setting goals, providing feedback and coaching, and recognizing and rewarding performance. These activities take place throughout the year, and the Performance Review is the culmination of these activities; it's a time when employees count on getting feedback, appropriate compensation, and have the opportunity to discuss their development.

 Apple HR

9

Apple Need-to-know Confidential

231APPLE105545

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.9



Why Have Focus Areas?

Apple Need-to-Know Confidential

 Apple HR

231APPLE105546

CONFIDENTIAL - ATTORNEYS' EYES ONLY

10

LSd. 10

231APPLE105547

# Performance Review Process

Transition to this section: "Once you're ready, you'll go into Merlin to complete the review...."

Use the slides that follow to walk through the process

1821.11

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105548

# Performance Review – The Basics

## It's online



- Solicit additional feedback from other employees or from self review as appropriate

Apple Need-to-Know Confidential

 Apple HR

Transition to this slide: "So, what's different this year..."

12

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Performance Review - The Basics

 Apple HR

Apple Need-to-Know Confidential

Transition to this slide: "Let's look at who gets a review and what specifically you need to do..."

Recommend that review conversations include both performance feedback and information about compensation

231APPLE105549

CONFIDENTIAL - ATTORNEYS' EYES ONLY



231APPLE105550

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Performance Review - The Basics

## What's new?

This year there are a number of system enhancements to ▮ which will allow you to more easily:

- Write
- Review
- Share
- Get feedback
- Administer reviews

 Apple HR

Transition to this slide: "So, what's different this year..."

15

Apple Need-To-Know Confidential

231APPLE105551

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.15

# Performance Review – The Basics

## System Enhancements

- Request employee feedback
- Update without acknowledgment




- Review preview functionality



 Apple HR

Transition to this slide: "So, what's different this year..."

16

Apple Need-to-Know Confidential

18d. 16

231APPLE105552

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Performance Review – The Basics

## How you can prepare

- Think about your employee's performance since last review.
  - What were their goals?
  - What were their key achievements?
  - What didn't they achieve that you had expected they would?
- Identify core messages
- Collect employee input (optional)
- Collect employee self-assessment (optional)

 Apple HR

Note: HRWeb has sample emails managers can use to collect peer input and employees' self assessments

17

Apple Need to Know Confidential

231APPLE105553

CONFIDENTIAL – ATTORNEYS' EYES ONLY



Review routing process

Review initiated by you

Apple Need to Know Confidential

 Apple HR

231APPLE105554

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Review routing process
## Review initiated by you

 Apple HR

AppleNeed-to-know Confidential

231APPLE105555

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.19



Review routing process

Review initiated by you

 Apple HR

231APPLE105556

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Review routing process
## Review initiated by you

 Apple HR

231APPLE105557

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# To start a review

## My Organization

- Your direct reports
- Most common initiation point



231APPLE105558

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Apple Need to Know Confidential

 Apple HR

19

1861.22

# To start a review

## Other People

- Allows review to be started by:
  - Previous manager
  - Dotted line manager
- Routes to you
  - Fully editable

20

Apple Need to Know Confidential

 Apple HR

231APPLE105559

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.23

231APPLE105560

# Review form



 Apple HR

Section-by-section, highlight what is on the form

Transition to next slide: "Writing the review is the first step in the process. Let's take a look at what needs to happen from here, as reflected in the 'approval routing' section"

21

Apple Need-to-Know Confidential

1861.24

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Review form

### Header

 Apple HR

Section-by-section, highlight what is on the form

Transition to next slide: "Writing the review is the first step in the process. Let's take a look at what needs to happen from here, as reflected in the 'approval routing' section"

21

Apple Needs to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105561

L861.25



Review form

Previous Goals

 Apple HR

Section-by-section, highlight what is on the form

Transition to next slide: "Writing the review is the first step in the process. Let's take a look at what needs to happen from here, as reflected in the 'approval routing' section"

1841.26

Apple Needs-to-Know Confidential

231APPLE105562

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Review form

Company
Focus Areas

 Apple HR

Section-by-section, highlight what is on the form

Transition to next slide: "Writing the review is the first step in the process. Let's take a look at what needs to happen from here, as reflected in the 'approval routing' section"

Apple Need-To-Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105563



Division
Focus Areas

Review form

 Apple HR

Section-by-section, highlight what is on the form

Transition to next slide: "Writing the review is the first step in the process. Let's take a look at what needs to happen from here, as reflected in the 'approval routing' section"

Apple Needs-to-Know Confidential

21

231APPLE105564

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Review form

Overall
Performance

21

"Apple Need to Know- Confidential"

 Apple HR

Section-by-section, highlight what is on the form

Transition to next slide: "Writing the review is the first step in the process. Let's take a look at what needs to happen from here, as reflected in the 'approval routing' section"

1861.29

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105565



Review form

New Goals

231APPLE105566

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Apple HR

Apple Need to Know Confidential

21

Section-by-section, highlight what is on the form

Transition to next slide: "Writing the review is the first step in the process. Let's take a look at what needs to happen from here, as reflected in the 'approval routing' section"

# Review form

## Approval routing



 Apple HR

21

Apple Need-to-Know Confidential

Section-by-section, highlight what is on the form

Transition to next slide: "Writing the review is the first step in the process. Let's take a look at what needs to happen from here, as reflected in the 'approval routing' section"

1 Dec 31

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105567



Review snapshot

 Apple HR

Apple Need-to-Know Confidential

22

231APPLE105568

Explain the purpose of the "snapshot": to give managers a version of the review they can print and bring to the review conversation. (Although it is hard to read on the slide, the Instructions guide managers to do this.)

Transition to next slide, which picks up from where you left off on the flowchart: "Once you get the review snapshot..."

1861. 32

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Review routing process
## Review initiated by you

 Apple HR

231APPLE105569

Apple Need-to-Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.33



Review routing process
Review initiated by you

Apple – Need to Know – Confidential

 Apple HR

231APPLE105570

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.34



Review routing process
Review initiated by you

 Apple HR

Apple Need-to-Know Confidential

231APPLE105571

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Review routing process
Review initiated by you

 Apple HR

Apple Need-to-Know Confidential

18ul. 36

231APPLE105572

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Performance review in myPage

 Apple HR

231APPLE105573

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.37



## Review routing process
## Review initiated by you

 Apple HR

Transition to this slide: "Once the employee has acknowledged the review, what happens next depends on whether they submit comments."

Walk through steps for when there are no comments and when there are comments. (Note: although the yellow border stops moving, you should walk through each remaining box on the flowchart)

Apple Need-to-Know Confidential

25

18 Ref. 38

231APPLE105574

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Review routing process
## Review initiated by you

 Apple HR

Transition to this slide: "Once the employee has acknowledged the review, what happens next depends on whether they submit comments."

Walk through steps for when there are no comments and when there are comments. (Note: although the yellow border stops moving, you should walk through each remaining box on the flowchart)

25

231APPLE105575

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Review routing process
Review initiated by you

 Apple HR

Transition to this slide: "Once the employee has acknowledged the review, what happens next depends on whether they submit comments."

Walk through steps for when there are no comments and when there are comments. (Note: although the yellow border stops moving, you should walk through each remaining box on the flowchart)

Apple need-to-know confidential

25

231APPLE105576

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1866.40



# Review routing process
## Review initiated by you

 Apple HR

Transition to this slide: "Once the employee has acknowledged the review, what happens next depends on whether they submit comments."

Walk through steps for when there are no comments and when there are comments. (Note: although the yellow border stops moving, you should walk through each remaining box on the flowchart)

Apple Need-to-Know, Confidential

25

231APPLE105577

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.41



# Compensation Planning FY08

231APPLE105578

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105579

# Compensation Planning Eligibility

All employees are eligible for compensation planning except:



 Apple HR

27

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

L Blel. 43



# Compensation Planning
## Key dates

 Apple HR

Apple Need to Know Confidential

38

231APPLE105580

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Compensation Planning Strategy

Review and evaluation of your workforce provides the basis to implement a total rewards strategy.

· Base Salary

· Below-Director Performance Bonus

· Annual Stock Grant

 Apple HR

29

Apple Need-to-Know Confidential

231APPLE105581

CONFIDENTIAL - ATTORNEYS' EYES ONLY

18d. 45

# Compensation Planning
## Base salary, bonus, and annual stock grant

Base salary pays for an employee's skills and qualifications, exceptional individual achievement is rewarded with a bonus, and long-term development and retention of key talent is supported with a stock grant.

Types and levels of rewards send a strong message, both direct and indirect, plan well and know how they will be received / perceived

 Apple HR

Apple-Henderson, Confidential

30

231APPLE105582

CONFIDENTIAL - ATTORNEYS' EYES ONLY

i 8d 46

# Compensation Planning
## Base salary

· The most basic element in each employee's compensation, it is the cost of labor.



· Base salary is not used to reward employees for Apple's overall success, or to reward employees for their exceptional individual achievements.

  - Consistently great work presents opportunities for job promotions

  - Exceptional achievement present bonus opportunities to share in Apple's overall success

 Apple HR

31

Apple Need to Know Confidential

231APPLE105583

CONFIDENTIAL - ATTORNEYS' EYES ONLY

18ul. 47



231APPLE105584

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Compensation Planning

## Performance Bonus

- An employee with exceptional individual or team achievements should be rewarded with a bonus, this is where employees have an opportunity to share in Apple's success

- Bonuses represent the first pay type to substantially recognize and reward employees for specific, outstanding individual achievements

 Apple HR

33

Apple Need To Know Confidential

231APPLE105585

CONFIDENTIAL - ATTORNEYS' EYES ONLY

18u.49

231APPLE105586

## Compensation Planning
## Below-Director Performance Bonus

- An employee with exceptional individual or team achievements should be rewarded with a bonus, this is where employees have an opportunity to share in Apple's success

- Bonuses represent the first pay type to substantially recognize and reward employees for specific, outstanding individual achievements

 Apple HR

Apple Need to Know Confidential

34

1 Pd. 50

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Compensation Planning
## Annual Stock Grant

The primary goal of granting stock-based compensation is long-term retention.

- Annual stock should be granted to employees in whom Apple has a significant investment in development, to employees with key skill and talent, and to employees the company absolutely cannot lose



 Apple HR

35

Apple Need to Know Confidential

231APPLE105587

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Compensation Planning
Equity compensation grant by level

 Apple HR

231APPLE105588

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.52



# Compensation Planning
## Total Compensation Approach

Tie performance, potential and total compensation together for each individual employee

 Apple HR

1844.53

231APPLE105589

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Compensation Planning
## Total Compensation Approach con't.



Apple Need-to-Know Confidential

Apple HR

38

1841.54

231APPLE105590

ATTORNEYS' EYES ONLY



231APPLE105591

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Budget Tracking

 Apple HR

Budgets input by HR for line VP's. Ability to track own spend

Instead of scrolling all the way to the bottom of the report section to view totals, all users will have visibility to Totals at A Glance in the static area at the top of their screen

1841.56

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105592

# Employee Summary



Apple Need-to-Know Confidential

41

"Employee Summary" will be available after P2A for managers to use as talking points with their employees. This one-page employee summary may be printed one-at a time or in groups by highlighting several employees.

Only compensation elements that have changed will display. The only exception is Annual Salary; this field will display every time. However, if no bonus, then "Bonus Amount" will not display. If no options, then Stock Options will not display.

 Apple HR

1841.57

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105593



# Performance Review Conversation

Transition to this section: "Once reviews are written and compensation changes have been approved, you're ready to conduct your review conversations. Here are some tips..."

231APPLE105594

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.58

# Review conversation
## Discuss performance

· Set a positive tone for the conversation by recognizing accomplishments, and discussing interests and development opportunities. These performance reviews should provide inspiration and motivation for the employee.

· Discuss progress made on previous goals

· Introduce focus areas

· Share rating and feedback on focus areas

· Share rating and feedback on overall performance

· Set new goals

 Apple HR

43

Apple Need to Know Confidential

231APPLE105595

CONFIDENTIAL - ATTORNEYS' EYES ONLY

184.51

# Review conversation
## Total rewards

· Discuss base salary increase (if applicable)

■ ▉

· Discuss bonus and/or total cash FY07 (if applicable)

  – Recognize employee's outstanding individual or team achievement

  – Recap prior achievement where a bonus was paid

· Discuss Stock Option Grant (if applicable)

  – Recognize employee's value to Apple and long-term commitment to employee's career growth and opportunities

  – Explain share grant info

 Apple HR

Apple Need-to-Know Confidential

231APPLE105596

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1841.60

# Review conversation

## Tips

· Allow enough time

· Keep the conversation private

· Minimize interruptions

· Make it a two-way dialogue

· Ask for employee's perspective

· Be honest, direct, and supportive

 Apple HR

45

Apple Need-to-Know Confidential

231APPLE105597

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1821. 61

# What should happen after the review?

· Once the manager and employee have completed the Performance Review, they should set goals for the coming year. This may include business- related goals and development goals for the employee

· The manager and employee will work together to determine what development opportunities are most appropriate for the employee

 Apple HR

Apple Need to Know Confidential

231APPLE105598

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105599

# Performance Review Resources

Transition to this section: "As you make your way through the review process, there are some resources available, including…"

1861.63

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# HRWeb

## hrweb.apple.com

- See HRWeb> Employee Development > Managing Performance for tools and information on:

  - Preparing for reviews
  - Collecting employee and self-review input
  - Company and division focus areas
  - Making pay decisions
  - Delivering reviews
  - Setting goals
  - Providing feedback

 Apple HR

48

Apple Need to Know Confidential

231APPLE105600

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.64

231APPLE105601



# myPlan

## talent.apple.com/myplan

- Has development ideas

Apple Need-to-Know Confidential

49

 Apple HR

CONFIDENTIAL - ATTORNEYS' EYES ONLY