# Development Guide
## The development conversation

- Use the performance review and any additional development resources (ODR, Talent Planning, Development Assessment Tool) as the basis for development conversations

- In what Focus Areas does the employee want to improve?

- Remember that development doesn't just happen in the classroom, it happens on the job and through relationships. Look beyond classroom activities for development

- HR managers can use the Development Guide to offer suggestions on development activities to help lead managers through the conversation with their employees

- Use the Individual Development Plan (IDP) form to help record development goals for the employee

 Apple HR

Apple Need to Know Confidential

50

231APPLE105602

CONFIDENTIAL - ATTORNEYS' EYES ONLY

L8Ld.66

231APPLE105603

# Development Goals
## Individual Development Plan

- Acknowledge strengths and developmental areas

- Identify Experience based developmental goals (70%)

- Identify Collaborative goals (20%)

- Identify classroom or online training goals (10%)

 Apple HR

51

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.67



Apple Need-to-know Confidential

231APPLE105605



Q&A

1841.69

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105606



TM and © 2007 Apple Inc. All rights reserved.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1861.70

# Exhibit 29



# Pay for Performance Toolkit for Managers
## 2004 Performance Reviews

*Draft last updated: 4-7-05*



## Pay for Performance
a practice whereby pay is based on differentiated performance
at the individual and business unit level

Page 1 of 12

Confidential - Attorneys' Eyes Only                                      LUCAS00062271

## TABLE OF CONTENTS

- General Overview.............................................................................................p. 3
  - Introduction
  - Review Cycle: 2004, 2005, 2006

- Compensation Overview .................................................................................p. 4
  - Compensation Philosophy
  - Compensation Strategy
  - Elements of Total Compensation

- Salary Increases Based on Merit....................................................................p. 5
  - Employee Eligibility
  - Determining a Salary Increase
  - Merit Increase Guidelines
  - Approvals and Processing
  - Notifying Employees of Salary Increases

- Special Adjustments to Base Salaries (Call Outs)........................................p. 8
  - Promotions and Role Expansions
  - Equity Adjustments
  - Process for Special Adjustments

- Bonus Compensation.......................................................................................p. 9
  - Employee Eligibility
  - Measurement
  - Pools & Targets
  - Ranking

- Salary Increase Worksheets..........................................................................p. 11
  - Responsibilities
  - Timing
  - Input
  - Approvals
  - Sorting & Reporting

- Appendix A:  2005 Calendar of Events / Key Dates................................... p. 12

Confidential - Attorneys' Eyes Only                                   LUCAS00062272

## INTRODUCTION

*This document is intended to outline the most current "Pay for Performance" policies and practices associated with the Lucasfilm Ltd. Performance Management program (and thus, supersede any previous pay for performance policies).*

- **Pay for Performance:** Practice whereby pay is based on differentiated performance at the individual and business unit level.

- **Merit**
  - o **Intent:**       Recognition of past performance and incentive for expected future performance
  - o **What:**        Ongoing, base salary adjustment
  - o **Who:**         All eligible employees in all divisions
  - o **Based on:**   <u>Rating</u> (Individual Performance) and <u>Merit Pool</u>* (Business Unit Budget)

    \*NOTE:
    - Funding of the Merit pool will be determined based on the Company the employee resides in <u>at time of merit increase</u>
    - Project and casual employees will be handled in a separate merit pool to disseminate the merit award appropriate to employee status and time worked in the Performance Plan Year

- **Ratings Distribution**
  - o **What:**        "Absolute" measurement – relative to one's own performance
  - o **How:**         Ratings are determined via the annual Performance Appraisal Process, which measures performance against goals and competencies

- **Bonus**
  - o **Intent:**       Recognize previous year's performance
  - o **What:**        One-time payment
  - o **Who:**         All eligible employees
  - o **Based On:**   <u>Rating</u>, <u>Ranking</u> (Individual performance) and <u>Bonus Pool</u>* (Business Unit performance)

    \*NOTE:
    - Funding of the Bonus pool will be determined based on the Company the employee resided for the <u>majority of the bonus plan year</u>
    - Project and casual employees will be handled in a separate bonus pool to disseminate the bonus award appropriate to employee status and time worked in the Performance Plan Year

- **Ranking Distribution**
  - o **What:**        "Relative" measurement – relative to others' performance
  - o **How:**         Rankings are used as a tool for determining bonus distribution, and are determined by a number of factors, including your "Overall Performance Rating", as well as your relative contributions to the achievement of company results during the past review period.

> *Audience: Decide if okay to share w/L1 & L2*

Confidential - Attorneys' Eyes Only                    LUCAS00062273

## MERIT REVIEW CYCLE:  2004, 2005, & 2006

| Type | Measurement Period | Pay / Effective Dates |
|------|--------------------|------------------------|
| Merit Plan Year (2004)* | 4/1/04 – 3/31/05 | • Increase Effective Date:  6/27/05<br>• Payout Date: 7/1/05 (EX); 7/8/05 (NE) |
| Merit Plan Year (2005) | 4/1/05 – 12/31/05 | • Increase Effective Date:  TBD<br>• Payout Date: TBD |
| Merit Plan Year (2006) | 1/1/06 – 12/31/06 | • Increase Effective Date:  TBD<br>• Payout Date: TBD |

*Note:  To accommodate the volume of in-cycle adjustments expected during the pay for performance process this year, there will be a **black-out period for out-of-cycle pay adjustments** from **April 1, 2005 – June 27, 2005** (except for New Hires or New Hires resulting from inter-company transfers).  Extenuating circumstances should be discussed with your HR Manager and will be handled on a case-by-case basis.

## BONUS REVIEW CYCLE:  2004, 2005, & 2006

| Type | Measurement Period | Pay / Effective Dates |
|------|--------------------|------------------------|
| Bonus Plan Year (2004) | 4/1/04 – 12/31/04 | • Payout Date: (June/July 2005) |
| Merit Plan Year (2005) | 1/1/05 – 12/31/05 | • Payout Date: TBD |
| Merit Plan Year (2006) | 1/1/06 – 12/31/06 | • Payout Date: TBD |

*Audience: ALL*

Confidential - Attorneys' Eyes Only

LUCAS00062274

## COMPENSATION OVERVIEW

### Desired Compensation Philosophy

A market based, pay for performance, total compensation philosophy that provides the opportunity for "competitive" earnings through outstanding individual, team and company performance.

### FY '04 Compensation Strategy

Support our total compensation philosophy through programs designed to align individual compensation with the successful execution of objectives in support of the overall business strategy.

### Elements of Total Compensation

*Base Salaries*: are positioned competitively – ███████████████ ███████ Base salaries are generally reviewed annually to maintain our "competitive" position in the market.  Individual employees are eligible to receive merit increases (adjustments to base salary) based on individual performance and contribution towards company success.

*Bonuses*: aligns employees with the company's goals and objectives and rewards employees for individual, team and company success, achievements and results.

*Benefit Programs*: provide a complete range of coverage and options to employees based on competitive practices.

*Audience: L3, L4, HRM only*

Confidential - Attorneys' Eyes Only                    LUCAS00062275

## SALARY INCREASES BASED ON MERIT

*Lucas conducts performance appraisals and grants merit increases based on employee performance and allocated budget.  Salary increases for the 2004 Performance Plan Year will be effective on 6/27/05.*

### EMPLOYEE ELIGIBILITY
The following section outlines the criteria required for an employee to be eligible for a merit increase.

**Employee Status:**
- Full-time benefited employees (including Project employees)
- Part-time benefited employees (including Project employees)
- Part-time Casual employees (to be reviewed on a case-by-case basis)

**Hire Date:**
- Employees hired after 1/1/05 are *NOT* eligible for a merit increase.  However, employees hired during 1/1/05 to 3/31/05 will receive pro-ration "credit" towards the following year's merit increase.
- ~~Employees hired during XX/XX/XX to 4/1/04 will receive pro-rations "credit" towards this year's merit increase.~~
- Employees hired within Merit Plan Year (before 1/1/05):  Pro-rated increases for new hires will be based on hire date.

**Transfers:**
- Eligibility period for transfers will be based on *ORIGINAL* hire/re-hire date and *NOT* the *NEW* hire date resulting of inter-company transfer.

**Leaves of Absence:**

All employees on leaves of absences are eligible to receive a performance appraisal and merit increase based on the standard guidelines set forth during the plan year.

- *Paid LOA*
  Merit awards for employees on a paid leave of absence utilizing accrued sick or vacation hours WILL NOT be pro-rated.  Managers will review the individual's performance for the time worked and follow the standard merit guidelines when recommending salary increases for employees on a paid leave status.

- *Unpaid LOA*
  Merit awards for employees on an unpaid leave of absence of longer than 30 days WILL be pro-rated.  Final merit awards will EXCLUDE the period of unpaid time off during the leave.

**Breaks in Service:**

Employees absent for 30 days or longer within the Merit Plan year are subject to pro-rated merit awards.

**Pay Adjustments:**

- Out-of-cycle Pay Adjustments given within the 2004 Merit Plan Year
  If the employee received an out-of-cycle pay adjustment or promotion at some point during the 2004 Merit Plan Year, s/he is still eligible for a merit increase.

Audience:

Confidential - Attorneys' Eyes Only

LUCAS00062276

**Determining a Salary Increase**

The employee's qualifications, performance and contributions in their job will be considered in determining the appropriate pay increase.  Please consider the following factors prior to making a merit increase recommendation:

- Performance Rating Score
- Peer Comparison (individual's vs. peers' base salaries)
- Market Data
- Merit Increase Guidelines
- Budget

**Merit Increase Guidelines**

The following merit increase chart is intended as a "guideline".  The information is provided as a tool to assist managers in the recommendation and administration of salary increases.  Managers are responsible for managing salary increases for their group within the annual merit budget given.
**Note:** The guidelines below assume a ▮ merit budget

| PERFORMANCE RATING | GUIDELINE |
|---|---|
| **Distinguished**<br>Outstanding / Far Exceeds Expectations | ▮ |
| **Superior**<br>Commendable / Exceeds Expectations | ▮ |
| **Good Solid Performance**<br>Fully Successful / Fully Meets Expectations | ▮ |
| **Needs Improvement**<br>Fair / Meets Some Expectations | ▮ |
| **Unsatisfactory**<br>Marginal / Unacceptable / Fails to Meet Expectations | ▮ |

**Suggested Distribution Guidelines**

Majority of Employees

| Rating | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|
| Recommended Rating Distribution | ▮ | ▮ | ▮ | ▮ | ▮ |
| Merit Recommendation | ▮ | ▮ | ▮ | ▮ | ▮ |

**Approvals and Processing –** *(L3 & L4 only)*

*TBD*

Audience:

Page 7 of 12

Confidential - Attorneys' Eyes Only

LUCAS00062277

**Notifying Employees of Salary Increases**

Managers must not discuss a salary increase recommendation with an employee until they have received notification from Human Resources that the increase has been approved. Human Resources will provide each manager with a communications letter for every employee who has received an approved increase.

Upon receipt of this communications letter, managers should meet with employee to discuss the increase prior to the increase appearing on the employee's paycheck. Merit increases should be communicated at the end of the performance review session.

Confidential - Attorneys' Eyes Only

LUCAS00062278

## SPECIAL ADJUSTMENTS TO BASE SALARIES (Call Outs)

*In addition to Merit Increases, employees may be eligible to receive additional base salary adjustments for the following reasons.  A separate budget is allocated for these types of adjustments, and there is a specific process to follow for getting these adjustments approved (see process below). Managers should alert their HR Managers of any expected promotions or pay adjustments as soon as possible, so the Comp team can begin research and channel those requests through a comp review process.*

*Idea: "Callout Form"*

### Promotions and Role Expansions:

If an employee takes on a more responsible job or a role expansion, he/she may be eligible for an increase to base salary.  His or her current pay and qualifications for the new responsibilities will be considered in determining the appropriate pay increase.

### Equity Adjustments

In special circumstances, where an individual's salary may be out of alignment with market and/or peer relationships, an equity adjustment may be considered. Such adjustments require special approvals and the increase must be affordable within the department's current labor budget.  If information or assistance is needed in determining a salary increase and/or adjustments, please consult with your HR Manager.

### Process for Special Adjustments

1. Complete the annual *Performance Appraisal Form*
2. Work with HRM to understand position market data and peer comparisons
3. Recommend a salary increase
4. Notify the employee at the same time as the Merit Increase Notification

NOTE: Comp team conducts the comp analysis and channels the request through a comp review process with recommendations and obtains approvals.

Audience:

Confidential - Attorneys' Eyes Only

LUCAS00062279

## BONUS COMPENSATION

*The Bonus is intended to be a reward for past performance.  It is a one-time payment based on the employee's RANKING (individual performance) and the BONUS POOL (Business Unit Performance)*

### EMPLOYEE ELIGIBILITY
The following section outlines the criteria required for an employee to be eligible for a bonus award.

**Employee Status**:
- Full-time benefited employees (including Project employees)
- Part-time benefited employees (including Project employees)
  *NOTE: Exceptions will be reviewed on case-by-case basis.*

**Hire Date**:
- Employees hired after 10/1/04 are *NOT* eligible for a bonus award. (To be verified by Mich)
  *NOTE: Exceptions will be reviewed on case-by-case basis.*

**Change in Exemption Status**:
- Eligibility for non-exempt employees is determined by number of hours worked during the Bonus Plan Year.
- If an employee held two different exemption statuses during the plan year, eligibility will be reviewed individually and handled appropriate to the situation.*
- It is the responsibility of the HR Manager and employee's manager to flag this situation for review.

\* **Note:** There may be many instances of changing exemption statuses this year given the wage & hour project.  Special attention should be given to the calculation of hours, due to technical system limitations.

**Leaves of Absence & Breaks in Service:**

## Measurement:

## Pools & Targets:

*Audience: L3 & L4 only*

Confidential - Attorneys' Eyes Only                LUCAS00062280

## SALARY INCREASE WORKSHEETS

**Responsibilities**

**Timing**

**Input**

**Approvals**

**Sorting & Reporting**

**Process of Creating Merit Increase Letter**

Confidential - Attorneys' Eyes Only

LUCAS00062281

## APPENDIX A:  2005 CALENDAR OF EVENTS / KEY DATES

| WHAT | WHEN / DUE |
|---|---|
| <u>**Input Performance Ratings into Worksheet**</u><br>☐ HR Managers will enter this information once reviews have been received | |
| **Level 3 Completes Salary Increase Recommendation Worksheets** | |
| **Level 4 Review & Approval** | |
| **Level 5 Final Review and Approval** | |
| **HR Creates and Distributes Employee Communication Letters** | |
| <u>**Manager Communication to Employees**</u><br>☐ Blah blah | |
| <u>**Changes Effective on Paychecks**</u> | |

Confidential - Attorneys' Eyes Only          LUCAS00062282

# Exhibit 30

# Total Rewards
# Performance Management
# Talent and Pay Decisions

RDP – July 2006

Intuit Confidential

# Introductions

## Who We Are:

- **Ste hanie Carroll: HR Director, CP1 and Strate and Innovation**
- **Silvia Siguenza: HRBP, Main St, MMG and RDP**

## Who Are You?

- Name
- RDP Class
- What are ,ou ex, ectin_ to take awa, from this class

# Session Objectives

- **Introduction to Total Rewards**

- **Lay a foundation regarding Performance Management**

- **Tackle questions regarding Talent and Pay Decisions**

- **Help you link the concepts**

Intuit Confidential

intuit

# Total Rewards...The Academic View

**Defined by WorldatWork**

intuit

## Total Rewards Portfolio

Intuit Confidential

4

# Total Rewards...Intuit's View

Intuit Confidential

Intuit Confidential

Total Rewards...The Shareholder View...



Intuit Confidential

# Our Compensation Philosophy...What It Is...And Isn't

Intuit Confidential



Intuit Confidential

Intuit Confidential

**Assess and Calibrate Across Organization**

Intuit Confidential

Intuit Confidential

13

Intuit Confidential

14

# IPI Award Considerations

Intuit Confidential

# Retention Assessment

Intuit Confidential

# FY'07 Budget

**Intuit FY'07 Budget**

intuit

# Pay Decision Guidelines

2006 Focal Pay-for-Performance Guide (U.S.)

Intuit Confidential

Brad's POV on Performance Mgt.

Intuit Confidential

# Appendix

intuit

Intuit Confidential

# Comparing Stock Options to Stock Units

Intuit

Intuit Confidential

21

# Incentive Compensation – IPI

Intuit Confidential