1

2

3

4

5

6

7

8

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

9

10

11

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

13

14

15

16

17

18

19

20

IN RE: HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION


THIS DOCUMENT RELATES TO:

ALL ACTIONS

**Master Docket No. 11-CV-2509-LHK**


**DECLARATION OF LIN W. KAHN
IN SUPPORT OF DEFENDANTS'
JOINT ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
DEFENDANTS' OPPOSITION TO
PLAINTIFFS' SUPPLEMENTAL
MOTION IN SUPPORT OF CLASS
CERTIFICATION AND RELATED
DOCUMENTS**

Date Consolidated Amended Compl. Filed:
September 13, 2011

21

22

23

24

25

26

27

28

SFI-830232v2

1    I, Lin Wang Kahn, declare as follows:

2    1.    I am an attorney with the law firm of Jones Day, counsel for Defendant Adobe

3    Systems Inc. ("Adobe") in the above-captioned action.  I am admitted to practice law before this

4    Court.  I submit this declaration in support of Defendants' Joint Response to Plaintiffs'

5    Administrative Motion to File Under Seal Plaintiffs' Supplemental Motion in Support of Class

6    Certification and Related Documents.  As an attorney involved in the defense of this action,

7    unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if

8    called as a witness, I could and would competently testify to them.

9    2.    I have reviewed Defendants' Opposition to Supplemental Class Certification

10    Motion ("Opposition"), the Expert Report of Kathryn Shaw, Ph.D ("Shaw Report") and

11    supporting appendices, the Supplemental Expert Report of Professor Kevin M. Murphy ("Murphy

12    Report") and supporting exhibits and appendices, the exhibits to the Declaration of Christina

13    Brown ("Brown Declaration"), and the exhibits attached to my declaration titled Declaration of

14    Lin W. Kahn in Support of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class

15    Certification ("Kahn Declaration").

16    3.    As described below, the information requested to be sealed contains or

17    summarizes Adobe's compensation and recruiting data, practices, strategies and policies.  Adobe

18    has designated this information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant

19    to the Protective Order in this case.  (Dkt. No. 107).

20    4.    The October 9, 2012 Declaration of Donna Morris In Support of Defendants' Joint

21    Response to Plaintiffs' Administrative Motion to File Under Seal (Dkt. No. 196) ("10/9/2012

22    Morris Decl.") establishes that Adobe's compensation data, practices, strategies and policies, as

23    well as its recruiting data, practices, strategies and policies are confidential and commercially

24    sensitive.   As stated in the 10/9/2012 Morris Decl., it is Adobe's practice to keep such

25    information confidential, for internal use only, and not to disclose them to the public.

26    5.    Moreover, the 10/9/2012 Morris Decl. establishes that  the public disclosure of this

27    information would harm Adobe, including potentially impairing its competitive position in

28    recruiting, hiring, and compensating employees.  Morris declared that Adobe derives independent

SFI-830232v2

- 1 -

Kahn Declaration ISO Defs.' Joint Administrative
Motion to Seal Opposition and Related Documents
Master Docket No. 11-CV-2509-LHK

1  economic value from keeping its compensation data and compensation, recruiting and hiring

2  practices, strategies, and policies confidential, including keeping it from other persons and entities

3  who could obtain economic value from its disclosure or use.

4          6.      Furthermore, as noted by Morris in the 10/9/2012 Morris Decl., the public

5  disclosure of this information, created for internal use, would give third-parties insights into

6  confidential and sensitive aspects of Adobe's operations and deprive Adobe of its investment in

7  developing these practices, strategies, and policies.  The declaration further establishes that such

8  disclosure would give other entities an unearned advantage by giving them the benefit of knowing

9  how Adobe compensates employees and Adobe's compensation, recruiting, and hiring practices,

10  strategies, and policies.

11          7.      In addition to the 10/9/2012 Morris Decl., Adobe's declarations filed in support of

12  the Opposition to Plaintiffs' Motion for Class Certification also establish the confidentiality of

13  Adobe's compensation and recruiting data, practices, strategies and policies.  In particular, the

14  Declaration of Donna Morris of Adobe Systems Inc. in Support of the Opposition to Plaintiffs'

15  Motion for Class Certification (Dkt. No. 215, Exhibit 14) ("11/9/2012 Morris Decl."), paragraph

16  3, establishes that Adobe's salary and compensation data, policies and strategies are confidential

17  and that public dissemination of that information could cause Adobe competitive harm.  The

18  Declaration of Jeff Vijungco of Adobe Systems Inc. in Support of the Opposition to Plaintiffs'

19  Motion for Class Certification (Dkt. No. 215, Exhibit 15) ("Vijungco Decl."), paragraph 3,

20  similarly establishes that Adobe's recruiting and hiring data, policies and strategies are

21  confidential and that public dissemination of that information could cause Adobe competitive

22  harm.

23          8.      The confidentiality of this type of information was confirmed recently by the

24  January 21, 2013 Declaration of Donna Morris in Support of Renewed Motion to Seal (Dkt. No.

25  284).

26          9.      Specifically, Adobe seeks to keep the following redacted portions of the

27  **Opposition** under seal:

28          •   Page 8, line 16 contains confidential information about Adobe's job title

SFI-830232v2

Kahn Declaration ISO Defs.' Joint Administrative
Motion to Seal Opposition and Related Documents
Master Docket No. 11-CV-2509-LHK

1   information and associated compensation data.  This is internal confidential Adobe information

2   that directly relates to Adobe's compensation strategies and practices.

3           • Job title shown in figure on Page 8 contains confidential information about

4   Adobe's job title information and associated compensation data.  This is internal confidential

5   Adobe information that directly relates to Adobe's compensation strategies and practices.

6           • Page 9, line 12 contains confidential information about Adobe's job title

7   information and associated compensation data.  This is internal confidential Adobe information

8   that directly relates to Adobe's compensation strategies and practices.

9       10.     Adobe also seeks to keep the following redacted portions of the exhibits attached

10  to the **Brown Declaration** under seal:

11          • Excerpts from the deposition of Kevin Hallock pages 177:18; 178:8; 178:13;

12  178:14; 178:17; 183:9; 183:10; 183:13; 184:10; 191:23; 192:13; 193:25; 203:4; 203:9; 243:2;

13  260:18; 260:21; 261:1; 261:5.  These excerpts contain the names of current and/or former Adobe

14  employee, the disclosure of which may also reveal these employees' confidential and private

15  compensation information.

16      11.     Moreover, Adobe seeks to keep the following redacted portions of the **Shaw**

17  **Report** under seal:

18          • Page 19, portion of paragraph 51 contains confidential information about

19  Adobe's job title information and associated compensation data.  This is internal confidential

20  Adobe information that directly relates to Adobe's compensation strategies and practices.

21          • Page 24, portion of footnote 36 contains confidential information about

22  Adobe's job title information and associated compensation data.  This is internal confidential

23  Adobe information that directly relates to Adobe's compensation strategies and practices.

24          • Page 26, portion of paragraph 68 contains confidential information about

25  Adobe's job title information and associated compensation data.  This is internal confidential

26  Adobe information that directly relates to Adobe's compensation strategies and practices.

27          • Redacted portions of Appendix D, page 2, paragraph 3 contain confidential

28  information about Adobe's job titles and associated compensation data.  This is internal

SFI-830232v2

- 3 -

Kahn Declaration ISO Defs.' Joint Administrative
Motion to Seal Opposition and Related Documents
Master Docket No. 11-CV-2509-LHK

1    confidential Adobe information that directly relates to Adobe's compensation strategies and

2    practices.

3          • Redacted portions of Appendix E 1 contain confidential information about

4    Adobe's job titles.  This is confidential Adobe information that pertains to Adobe's compensation

5    and employee management practices.

6          12.    In addition, Adobe seeks to keep the following redacted portions of the **Murphy**

7    **Report** under seal:

8          • Redacted portion of paragraph 15, page 5 contains confidential information

9    about Adobe's job title information and associated compensation data.  This is internal

10   confidential Adobe information that directly relates to Adobe's compensation strategies and

11   practices.

12         • Redacted portions of Exhibit 1 contains confidential information about

13   Adobe's job title information and associated compensation data.  This is internal confidential

14   Adobe information that directly relates to Adobe's compensation strategies and practices.

15         • Redacted portions of Exhibit 2 contains confidential information about

16   Adobe's job title information and associated compensation data.  This is internal confidential

17   Adobe information that directly relates to Adobe's compensation strategies and practices.

18         • Redacted portions of Appendix B contains confidential information about

19   Adobe's job titles.  This is confidential Adobe information that pertains to Adobe's compensation

20   and employee management practices.

21         13.    Further, Adobe seeks to keep the following redacted portions of exhibits attached

22   to the Kahn Declaration under seal:

23         • Redacted portion of Exhibit 1 contains confidential information regarding

24   Adobe's compensation practices and processes.

25         • Redacted portion of Exhibit 6 contains confidential information regarding

26   Adobe's compensation practices and processes.

27         • Redacted portion of Exhibit 9 contains detailed descriptions of Adobe's

28   compensation practices, policies, and processes.

SFI-830232v2

- 4 -

Kahn Declaration ISO Defs.' Joint Administrative
Motion to Seal Opposition and Related Documents
Master Docket No. 11-CV-2509-LHK

1
         •    Redacted portion of Exhibit 11 contains confidential information regarding

2
Adobe's compensation practices and processes.

3

4
        I declare under penalty of perjury under the laws of the United States that the foregoing is

5
true and correct.  Executed this 21th day of June 2013 in San Francisco, California.

6

7

8
                  By: */s/ Lin W. Kahn*
                                  Lin W. Kahn

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SFI-830232v2

Kahn Declaration ISO Defs.' Joint Administrative
Motion to Seal Opposition and Related Documents
Master Docket No. 11-CV-2509-LHK