# EXHIBIT 4

KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA SESSIONS # 270914
jsessions@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**[PROPOSED] ORDER RE JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION IN SUPPORT OF CLASS CERTIFICATION AND RELATED DOCUMENTS** |

Now before the Court are Defendants' Joint Administrative Motion to File Under Seal Defendants' Opposition to Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents and Defendants' declarations in support.[1] Good cause having been shown, the motion is GRANTED.

Portions of the following documents, as indicated in Defendants' publicly-filed proposed redactions and described in Defendants' supporting declarations, shall be maintained under seal:

1. Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification

2. Certain Exhibits to the Declaration of Christina Brown in Support of Defendants' Opposition;

3. Supplemental Expert Report of Kevin Murphy and Exhibits thereto;

4. Expert Report of Kathryn Shaw, Ph.D.;

5. Certain Exhibits to the Declaration of Lin Kahn in Support of Expert Report of Kathryn Shaw, Ph.D.

IT IS SO ORDERED.

Dated:


By: _____
THE HONORABLE LUCY H. KOH
United States District Judge

---

[1] Adobe filed the Declaration of Lin Kahn; Apple filed the Declaration of Christina Brown; Intel filed the Declaration of Frank Busch; Intuit filed the Declaration of Catherine Zeng; Google filed the Declaration of Anne M. Selin; Lucasfilm filed the Declaration of Justina K. Sessions, and Pixar filed the Declaration of James M. Kennedy.