1  [Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**NOTICE OF ERRATA TO DEFENDANTS' OPPOSITION TO SUPPLEMENTAL CLASS CERTIFICATION MOTION AND SUPPLEMENTAL EXPERT REPORT OF PROFESSOR KEVIN M. MURPHY**<br><br>Date:       August 8, 2013<br>Time:       1:30 pm<br>Courtroom:  8, 4th Floor<br>Judge:      The Honorable Lucy H. Koh |

1   Defendants respectfully submit this notice of errata in connection with their Opposition to
2   Plaintiffs' Supplemental Class Certification Motion (Dkt. 439) and the Supplemental Expert
3   Report of Professor Kevin M. Murphy (Dkt. 440), filed on June 21, 2013.  Defendants have been
4   notified of an error in the chart that is Exhibit 7 to Professor Murphy's supplemental report and
5   which is reproduced on page 12 of Defendants' opposition brief.  An error in the code used to
6   generate the chart resulted in extra blue dots at the +75% line; it did not affect any of the other
7   data represented in the chart.  The error has been fixed, and a corrected version of Exhibit 7 is
8   attached hereto.  This correction does not change any of the analyses or conclusions in Professor
9   Murphy's supplemental report or in Defendants' opposition brief.  We apologize for any
10  inconvenience this error caused.

Dated:  June 27, 2013

By: /s/ Michael F. Tubach
    Michael F. Tubach

GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
AMANDA R. CONLEY (Bar No. 281270)
aconley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant Apple Inc.

By: /s/ Frank M. Hinman
         Frank M. Hinman

DONN P. PICKETT (Bar No. 72257)
donn.pickett@bingham.com
FRANK M. HINMAN (Bar No. 157402)
frank.hinman@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:    (415) 393-2000
Facsimile:     (415) 393-2286

Attorneys for Defendant Intel Corp.


By: /s/ Lee H. Rubin
         Lee H. Rubin

EDWARD D. JOHNSON (Bar No. 189475)
wjohnson@mayerbrown.com
LEE H. RUBIN (Bar No. 141331)
lrubin@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:    (650) 331-2000
Facsimile:     (650) 331-2060

Attorneys for Defendant Google Inc.


By: /s/ David C. Kiernan
         David C. Kiernan

ROBERT A. MITTELSTAEDT (Bar No. 60359)
ramittelstaedt@jonesday.com
CRAIG A. WALDMAN (Bar No. 229943)
cwaldman@jonesday.com
DAVID C. KIERNAN (Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:    (415) 626-3939
Facsimile:     (415) 875-5700

Attorneys for Defendant Adobe Systems, Inc.

1  By: /s/ Robert A. Mittelstaedt
      Robert A. Mittelstaedt

2

3  ROBERT A. MITTELSTAEDT (Bar No. 60359)
   ramittelstaedt@JonesDay.com
   CRAIG E. STEWART (Bar No. 129530)
4  cestewart@JonesDay.com
   JONES DAY
5  555 California Street, 26th Floor
   San Francisco, CA 94104
6  Telephone:    (415) 626-3939
   Facsimile:    (415) 875-5700
7
   CATHERINE T. ZENG (Bar No. 251231)
8  czeng@jonesday.com
   JONES DAY
9  1755 Embarcadero Road
   Palo Alto, CA 94303
10 Telephone:    (650) 739-3939
   Facsimile:    (650) 739-3900
11
   Attorneys for Defendant Intuit Inc.
12

13 By: /s/ Daniel Purcell
       Daniel Purcell
14
   JOHN W. KEKER (Bar No. 49092)
15 jkeker@kvn.com
   DANIEL PURCELL (Bar No. 191424)
16 dpurcell@kvn.com
   EUGENE M. PAIGE (Bar No. 202849)
17 epaige@kvn.com
   KEKER & VAN NEST LLP
18 633 Battery Street
   San Francisco, CA 94111-1704
19 Telephone:    (415) 391-5400
   Facsimile:    (415) 397-7188
20
   Attorneys for Defendant Lucasfilm Ltd.
21

22

23 By: /s/ Emily Johnson Henn
       Emily Johnson Henn
24
   EMILY JOHNSON HENN (Bar No. 269482)
25 ehenn@cov.com
   COVINGTON & BURLING LLP
26 333 Twin Dolphin Dr., Suite 700
   Redwood Shores, CA 94065
27 Telephone:    (650) 632-4700
   Facsimile:    (650) 632-4800
28

DEBORAH A. GARZA (pro hac vice)
dgarza@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:   (202) 662-6000
Facsimile:   (202) 662-6291

Attorneys for Defendant Pixar