# Exhibit 7
# There is Substantial Variation in Annual Changes in Job Average Total Compensation at Each Defendant

Sample of Jobs (A Maximum of 50 from Each Defendant)



Notes:
[1] Each dot represents the percent change in the average real total compensation for a given job from the previous year to the current year.
[2] The jobs selected are the five largest jobs (based on 2001–2011 employment) from each decile in Figures 9–12 of Dr. Leamer's Supplemental Report. If there are fewer than five jobs in any decile, then the next largest jobs across all deciles are included to reach 50. In addition, I require that the average number of employees in the job across the two years over which I calculate the compensation change to be at least five.
[3] Annual changes are capped at –50 and +75 percent.
[4] Lucasfilm data are missing job titles prior to 2006.

Source: Dr. Leamer's backup data and materials.