**Joseph Saveri Law Firm**
505 Montgomery Street, Suite 625
San Francisco, California 94111
(tel) 415 500 6800
(fax) 415 500 6803

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
T 415.956.1000
F 415.956.1008

July 12, 2013

<u>**VIA ECF**</u>

The Honorable Lucy H. Koh
United States District Court
for the Northern District of California
280 South First Street, #4050,
Courtroom 8 – 4th Floor
San Jose, CA 95113

           Re:   *In re High-Tech Employee Antitrust Litigation,*
                   11-cv-2509-LHK (N.D. Cal.)

Your Honor:

       Class Counsel in the above-referenced case write to inform the Court that they and Defendants Pixar and Lucasfilm Ltd. have reached an agreement to settle all individual and class claims alleged in the Consolidated Amended Complaint on behalf of the proposed Technical Class identified in Appendix B to the Report of Edward Leamer dated October 1, 2012 (Dkt. 190). The parties anticipate completing documentation of the proposed settlement and presenting it for the Court's consideration in the near future

                                         Respectfully,

*/s/ Joseph R. Saveri*
Joseph R. Saveri
Joseph Saveri Law Firm

*/s/ Kelly M. Dermody*
Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein, LLP

KMD:wp
cc:    Defense Counsel (via ECF)
1121635.1