1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, California  94111-3339
   Telephone:  415.956.1000
6  Facsimile:  415.956.1008

7  Joseph R. Saveri (State Bar No. 130064)
   Lisa J. Leebove (State Bar No. 186705)
8  James D. Dallal (State Bar No.  277826)
   JOSEPH SAVERI LAW FIRM
9  255 California, Suite 450
   San Francisco, California 94111
10 Telephone: 415.500.6800
   Facsimile: 415.500.6803
11

12 *Interim Co-Lead Counsel for Plaintiff Class*

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                          SAN JOSE DIVISION

17

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL CLASS CERTIFICATION MOTION**<br><br>Date:       August 8, 2013<br>Time:       1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge:      Honorable Lucy H. Koh |

25

26 I, Anne B. Shaver, declare:

27     1.     I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a

28 member of the State Bar of California, and am admitted to practice before the United States

1121850.1                                                SHAVER DECLARATION
                                                         NO. 11-CV-2509-LHK

1  District Court for the Northern District of California.  I am one of the counsel for the Plaintiffs in
2  this action.  I make this declaration based on my own personal knowledge.  If called upon to
3  testify, I could and would testify competently to the truth of the matters stated herein.

4     2. Plaintiffs seek permission to file under seal portions of:

5     (a) Portions of Plaintiffs' Reply In Support Of Supplemental Motion for Class
6  Certification;

7     (b) Portions of Expert Report of Edward E. Leamer, Ph.D.;

8     (c) Exhibits A through O and Plaintiffs' Deposition Exhibits 122, 1304, 2738,
9  and 2739, attached to the Declaration of Anne B. Shaver in Support of Plaintiffs' Supplemental
10  Motion for Class Certification; and

11     (d) Declaration of Sheryl Sandberg.

12     3. Designated portions of the documents referenced in paragraphs 1 and 2 refer to
13  documents or information that Defendants or Plaintiffs have designated "CONFIDENTIAL" or
14  "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order
15  (Modified by the Court) (Dkt. No. 107).

16     4. Plaintiffs further seek permission to file under seal the following documents in
17  their entirety:

18     (a) Exhibits A through O and Plaintiffs' Deposition Exhibits 122, 1304, 2738,
19  and 2739, attached to the Declaration of Anne B. Shaver in Support of Plaintiffs' Supplemental
20  Motion for Class Certification; and

21     (b) Declaration of Sheryl Sandberg.

22     5. The documents referenced in paragraph 4 have been designated
23  "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" by Defendants, a
24  Third Party, or Plaintiffs under the Stipulated Protective Order (Modified by the Court) (Dkt. No.
25  107).

26     6. Defendants have confirmed that all documents produced by Defendants in this
27  litigation that are designated "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES
28  ONLY" should be filed under seal.

1  7. Counsel for third party Sheryl Sandberg have confirmed that the Declaration of Sheryl Sandberg is designated "CONFIDENTIAL" or "CONFIDENTIAL-ATTORNEYS' EYES ONLY" and should be filed under seal.

\* \* \*

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July 12, 2013 in San Francisco, California.

/s/ *Anne B. Shaver*
Anne B. Shaver