# EXHIBITS A-O, 122, 1304, 2738, AND 2739 ARE FILED UNDER SEAL