1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, California 94111-3339
   Telephone: 415.956.1000
6  Facsimile: 415.956.1008

7  Joseph R. Saveri (State Bar No. 130064)
   Lisa J. Leebove (State Bar No. 186705)
8  James D. Dallal (State Bar No. 277826)
   JOSEPH SAVERI LAW FIRM
9  255 California, Suite 450
   San Francisco, California 94111
10 Telephone: 415.500.6800
   Facsimile: 415.500.6803
11
12 *Interim Co-Lead Counsel for Plaintiff Class*

13
14                    UNITED STATES DISTRICT COURT
15                   NORTHERN DISTRICT OF CALIFORNIA
16                          SAN JOSE DIVISION
17

18 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
   |---|---|
   | THIS DOCUMENT RELATES TO: All Actions | **DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL CLASS CERTIFICATION MOTION** |
   | | Date: August 8, 2013<br>Time: 1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

24
25 I, Anne B. Shaver, declare:

26    1.    I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a

27 member of the State Bar of California, and am admitted to practice before the United States

28 District Court for the Northern District of California. I am one of the counsel for the Plaintiffs in

1  this action. I make this declaration based on my own personal knowledge. If called upon to
2  testify, I could and would testify competently to the truth of the matters stated herein.

**Deposition Testimony of Defendants' Witnesses**

4      2.    Attached hereto as Exhibit A is a true and correct copy of transcript excerpts from
5  the deposition of Adobe witness Rosemary Arriada-Keiper, dated March 28, 2013.

6      3.    Attached hereto as Exhibit B is a true and correct copy of transcript excerpts from
7  the deposition of Intuit witness William Campbell, dated February 5, 2013.

8      4.    Attached hereto as Exhibit C is a true and correct copy of transcript excerpts from
9  the deposition of Pixar witness Ed Catmull, dated January 24, 2013.

10     5.    Attached hereto as Exhibit D is a true and correct copy of transcript excerpts from
11 the deposition of Apple witness Tony Fadell, dated March 20, 2013.

12     6.    Attached hereto as Exhibit E is a true and correct copy of transcript excepts from
13 the deposition of Google witness Arnnon Geshuri, dated August 17, 2012.

14     7.    Attached hereto as Exhibit F is a true and correct copy of transcript excerpts from
15 the deposition of Intel witness Danny McKell, dated March 20, 2013.

16     8.    Attached hereto as Exhibit G is a true and correct copy of transcript excerpts from
17 the deposition of Adobe witness Donna Morris, dated August 21, 2012.

18     9.    Attached hereto as Exhibit H is a true and correct copy of transcript excerpts from
19 the deposition of Intel witness Patricia Murray, dated February 14, 2013.

20     10.    Attached hereto as Exhibit I is a true and correct copy of transcript excerpts from
21 the deposition of Pixar witness Stephanie Sheehy, dated March 5, 2013.

22     11.    Attached hereto as Exhibit J is a true and correct copy of transcript excerpts from
23 the deposition of Intuit witness Mason Stubblefield, dated March 29, 2013.

24     12.    Attached hereto as Exhibit K is a true and correct copy of transcript excerpts from
25 the deposition of Google witness Frank Wagner, dated March 7, 2013.

**Deposition Testimony of Expert Witnesses**

27     13.    Attached hereto as Exhibit L is a true and correct copy of transcript excerpts from
28 the deposition of Plaintiffs' expert witness Kevin Hallock, dated June 7, 2013.

14. Attached hereto as Exhibit M is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' expert witness Edward Leamer, dated June 11, 2013.

15. Attached hereto as Exhibit N is a true and correct copy of transcript excerpts from the deposition of Defendants' expert witness Kevin Murphy, dated December 3, 2012 (Vol. I., pp. 1-385) and July 5, 2013 (Vol. II., pp. 386-568).

16. Attached hereto as Exhibit O is a true and correct copy of transcript excerpts from the deposition of Defendants' expert witness Kathryn Shaw, dated July 3, 2013.

**Plaintiffs' Deposition Exhibits**

17. Attached hereto as Exhibit 122 is a true and correct copy of Plaintiffs' Exhibit 122, LUCAS00184664.

18. Attached hereto as Exhibit 1304 is a true and correct copy of Plaintiffs' Exhibit 1304, PIX00044219.

19. Attached hereto as Exhibit 2738 is a true and correct copy of Plaintiffs' Exhibit 2738, INTUIT_043557.

20. Attached hereto as Exhibit 2739 is a true and correct copy of Plaintiffs' Exhibit 2739, INTUIT_043560.

21. Attached here to as Exhibit 2847 is a true and correct copy of Plaintiffs' Exhibit 2847, Kathryn Shaw, *Insider Econometrics: A Roadmap with Stops Along the Way*, Labour Economics 16, 607 (2009).

22. Attached hereto as Exhibit 2854 is a true and correct copy of Plaintiffs' Exhibit 2854, Anderson, et. al., *Reaching for The Stars: Who Pays for Talent in Innovative Industries?*, National Bureau of Economic Research, Working Paper 12435 (2006).

*   *   *

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed July 12, 2013 in San Francisco, California.

   /s/ *Anne B. Shaver*
   Anne B. Shaver