The declaration of Sheryl Sandberg has been lodged with the Court UNDER SEAL