Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL** |

**PROOF OF SERVICE BY ELECTRONIC MAIL AND FILE-TRANSFER PROTOCOL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action.

I am readily familiar with Lieff Cabraser Heimann & Bernstein, LLP's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on this Proof of Service.

My business address is Embarcadero Center West, 275 Battery Street, 29th Floor, San Francisco, California 94111-3339. On July 12, 2013, a true, correct, and unredacted copy of the below documents:

1. **PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION;**

2. **SUPPLEMENTAL REPLY REPORT OF DR. EDWARD E. LEAMER;**

3. **EXHIBITS A-O, 122, 1304, 2738, AND 2739, ATTACHED TO THE DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION;**

4. **DECLARATION OF SHERYL SANDBERG; AND**

5. **PROOF OF SERVICE.**

were delivered via electronic mail to:

See attached list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 12, 2013 at San Francisco, California.

*/s/ Anne B. Shaver*
Anne B. Shaver

## SERVICE LIST

| | |
|---|---|
| Robert A. Mittelstaedt<br>Craig A. Waldman<br>David Kiernan<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cwaldman@jonesday.com<br>dkiernan@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br>Counsel for Defendant **Adobe Systems Inc.** | George Riley<br>Michael F. Tubach<br>Lisa Chen<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>griley@omm.com<br>mtubach@omm.com<br>lisachen@omm.com<br>cjbrown@omm.com<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br><br>Counsel for Defendant **Apple Inc.** |
| Lee H. Rubin<br>Edward D. Johnson<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>lrubin@mayerbrown.com<br>wjohnson@mayerbrown.com<br>Tel.: (650) 331-2000<br>Fax: (650) 331-2060<br><br>Kristen A. Rowse<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-2112<br>krowse@mayerbrown.com<br>Tel.: (213) 229 5137<br>Fax: (213) 576 8139<br><br>Counsel for Defendant **Google Inc.** | Donn P. Pickett<br>Frank M. Hinman<br>Sujal Shah<br>BINGHAM MCCUTCHEN LLP<br>Three Embarcadero Center, 18th Floor<br>San Francisco, CA 94111<br>donn.pickett@bingham.com<br>frank.hinman@bingham.com<br>sujal.shah@bingham.com<br>Tel.: (415) 393-2000<br>Fax: (415) 393-2286<br><br>Counsel for Defendant **Intel Corp.** |

- 2 -

PROOF OF SERVICE BY ELECTRONIC MAIL AND
FILE TRANSFER PROTOCOL
MASTER DOCKET NO. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Robert A. Mittelstaedt<br>Craig E. Stewart<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cestewart@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br>Catherine T. Zeng<br>JONES DAY<br>1755 Embarcadero Road<br>Palo Alto, CA 94303<br>czeng@jonesday.com<br>Tel.: (650) 739-3939<br>Fax: (650) 739-3900<br><br><br>Counsel for Defendant **Intuit Inc.** | John W. Keker<br>Paula L. Blizzard<br>Eugene M. Paige<br>Daniel Purcell<br>KEKER & VAN NEST<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>jkeker@kvn.com<br>pblizzard@kvn.com<br>epaige@kvn.com<br>dpurcell@kvn.com<br>Tel.: (415) 391-5400<br>Fax: (415) 397-7188<br><br><br>Counsel for Defendant **Lucasfilm Ltd.** |
| 14 | Robert T. Haslam<br>Emily Johnson Henn<br>COVINGTON & BURLING LLP<br>333 Twin Dolphin Drive, Suite 700<br>Redwood Shores, CA 94065<br>rhaslam@cov.com<br>ehenn@cov.com<br>Tel.: (650) 632-4700<br>Fax: (650) 632-4800<br><br>Deborah Garza<br>COVINGTON & BURLING LLP<br>1201 Pennsylvania Ave., N.W.<br>Washington, D.C. 20004<br>dgarza@cov.com<br>jherczeg@cov.com<br>Tel.: (202) 662-5052<br>Fax: (202) 778-5052<br><br>Counsel for Defendant **Pixar** | |

- 3 -

PROOF OF SERVICE BY ELECTRONIC MAIL AND
FILE TRANSFER PROTOCOL
MASTER DOCKET NO. 11-CV-2509-LHK