UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | ORDER REGARDING JULY 12, 2013 NOTICE OF SETTLEMENT LETTER |

On July 12, 2013, Class Counsel filed a letter informing the Court that Class Counsel has reached an agreement with Defendants Pixar and Lucasfilm Ltd. to settle all individual and class claims alleged in the Consolidated Amended Complaint on behalf of the proposed Technical Class. *See* ECF No. 453. The Court looks forward to all parties' Joint Settlement Status Report on Friday, July 19, 2013.

In light of these anticipated settlements, as well as others that may be noticed by July 19, 2013, the Court believes that these settlements may impact the pending Supplemental Motion for Class Certification. Accordingly, by Friday, July 26, 2013, at 5:00 p.m., each side in this litigation may file a brief, not to exceed five pages, explaining the impact of the settlements on the pending Supplemental Motion for Class Certification, which is currently set for hearing on August 8, 2013. The Court will not allow responsive or reply briefs. Therefore, prior to filing these briefs, lead trial counsel shall meet and confer in person and exchange draft briefs, on a schedule to be determined by Class Counsel and Defense Counsel. The Court will not permit any new legal theories or

arguments.  The briefs shall be limited to what impact, if any, the settlements have on the fully briefed Supplemental Motion for Class Certification.

**IT IS SO ORDERED.**

Dated:  July 14, 2013

_____
LUCY H. KOH
United States District Judge