# EXHIBIT A

KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA SESSIONS # 270914
jsessions@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 5:11-cv-2509-LHK<br><br>**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF PIXAR AND LUCASFILM'S JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |
|---|---|

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF PIXAR AND LUCASFILM'S JOINT
RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

769366.01

I, JUSTINA K. SESSIONS, declare and say that:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Lucasfilm Ltd. ("Lucasfilm") in the above-captioned action. I am duly admitted to practice law before this Court. I have knowledge of the facts set forth in this declaration, and if called to testify as a witness thereto could do so competently under oath.

2. For the reasons outlined below, and the reasons provided in the Declaration of David J. Anderman in Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal [Dkt. No. 199], Lucasfilm seeks to maintain under seal the specific compensation benchmark percentiles described on p. 10 of the Rebuttal Supplemental Expert Report of Edward E. Leamer.

3. Lucasfilm strictly maintains the confidentiality of its compensation benchmarking targets. Lucasfilm could be competitively harmed if other companies gained access to this information because, among other things, it would enable competitors to determine Lucasfilm's pay practices. Other companies could adjust their own compensation practices based on their knowledge of Lucasfilm's compensation benchmarks.

4. Because Lucasfilm has sought to maintain the confidentiality of the materials described above, and because public disclosure of these materials could cause Lucasfilm significant harm or could result in the disclosure of private personal information, the portions of the documents described above should be redacted and shielded from disclosure to Lucasfilm's potential competitors and the public.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on July 19, 2013.

                                         */s/ Justina K. Sessions*
                                         JUSTINA K. SESSIONS

1

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF PIXAR AND LUCASFILM'S JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK