# EXHIBIT B

EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Defendant
PIXAR

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: C 11-CV-2509-LHK<br><br>**DECLARATION OF JAMES M. KENNEDY PURSUANT TO CIVIL LOCAL RULE 79-5 SUBMITTED IN SUPPORT OF PIXAR AND LUCASFILM'S JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date: August 8, 2013<br>Time: 1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge: Hon. Lucy H. Koh |

# DECLARATION OF JAMES M. KENNEDY

I, James M. Kennedy, declare as follows:

1. I am the Senior Vice President, Business Strategy and Chief Legal Counsel for Pixar, and I am an attorney licensed to practice law in the State of California. The matters set forth herein are true and correct of my own personal knowledge and information provided to me. If called as a witness, I could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 79-5 and this Court's Standing Order with respect to documents that the parties request be maintained under seal. *See* Pixar and Lucasfilm's Joint Response to Plaintiffs' Administrative Motion to File Under Seal filed on July 19, 2013 ("Pixar and Lucasfilm's Joint Response"). Pixar requests that certain materials designated as confidential by Pixar and lodged under seal be sealed pursuant to Civil Local Rule 79-5. In particular, Pixar requests that the Court maintain under seal portions of the Rebuttal Supplemental Expert Report of Edward E. Leamer ("Rebuttal Supplemental Leamer Report") and certain exhibits attached to the Declaration of Anne B. Shaver ("Shaver Declaration"). Public versions of these materials were filed on July 19, 2013. In the public versions, the parties redacted those portions that refer to the contents of Pixar's confidential information.

3. I have reviewed the Rebuttal Supplemental Leamer Report, the Exhibits to the Shaver Declaration and Pixar and Lucasfilm's Joint Motion. Good cause exists to file under seal the following pages, lines, and exhibits, which contain competitively sensitive and proprietary information about Pixar's compensation practices and/or confidential and highly sensitive personal information about Pixar employees. Pixar's proposed redactions to these documents are being lodged with the Court.

<u>Rebuttal Supplemental Leamer Report</u>

With respect to information related to Pixar, good cause exists to seal the compensation information on page 10 of the Rebuttal Supplemental Leamer Report. The information reflects highly confidential and competitively sensitive information regarding Pixar's compensation

DECLARATION OF JAMES M. KENNEDY PURSUANT TO CIVIL LOCAL RULE 79-5 SUBMITTED IN SUPPORT OF PIXAR AND LUCASFILM'S JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No.: C 11-CV-2509-LHK

2

structure and benchmarking targets. Disclosure would create a substantial risk of serious competitive harm to Pixar because its competitors would gain detailed insight into Pixar's competitive and proprietary compensation practices. Pixar would be placed at a significant competitive disadvantage with respect to its compensation strategies and would therefore be prejudiced if the information were made available to the general public.

Shaver Declaration Exhibits

a. <u>Exhibit I</u>: Good cause exists to seal page 106 (line 11) through page 107 (line 20) of Exhibit I to the Shaver Declaration. Portions of this exhibit reflect highly confidential and competitively sensitive information about Pixar's cost structure and compensation levels, including information related to base salary determinations and specific salary increases and guidelines. Disclosure would create a substantial risk of serious competitive harm to Pixar because its competitors would gain insight into Pixar's competitive and proprietary compensation practices. Pixar would be deprived of its investments in developing these practices and would be placed at a significant competitive disadvantage with respect to its compensation strategies. Pixar would therefore be prejudiced if the information were made available to the general public.

b. <u>Exhibit 1304</u>: Good cause exists to seal in its entirety Exhibit 1304 to the Shaver Declaration. The exhibit reflects extensive confidential, non-public personal identifying information about certain Pixar employees and highly sensitive confidential information about their salaries and raises. Disclosure could cause great personal harm to these individuals. This exhibit also reflects highly confidential and competitively sensitive information about Pixar's compensation practices, including specific information related to salary increases and stock option grants guidelines. Disclosure would create a substantial risk of serious competitive harm to Pixar because its competitors would gain insight into Pixar's competitive and proprietary compensation practices. Pixar would be deprived of its investments in developing these practices and would be placed at a significant competitive disadvantage with respect to its compensation strategies.

| DECLARATION OF JAMES M. KENNEDY PURSUANT TO CIVIL LOCAL RULE 79-5 SUBMITTED IN SUPPORT OF PIXAR AND LUCASFILM'S JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br>Case No.: C 11-CV-2509-LHK | 3 | |
|---|---|---|


1

4.  I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

Executed on July 18, 2013, in Emeryville, CA.

_____
James M. Kennedy

| DECLARATION OF JAMES M. KENNEDY PURSUANT TO CIVIL LOCAL RULE 79-5 SUBMITTED IN SUPPORT OF PIXAR AND LUCASFILM'S JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br>Case No.: C 11-CV-2509-LHK | 4 | |