# EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5
 6   IN RE:  HIGH-TECH EMPLOYEE     )
 7   ANTITRUST LITIGATION           )
 8                                  )   No. 11-CV-2509-LHK
 9   THIS DOCUMENT RELATES TO:      )
10   ALL ACTIONS.                   )
11   _____  )
12
13
14                      CONFIDENTIAL
15          VIDEO DEPOSITION OF STEPHANIE SHEEHY
16                     March 5, 2013
17
18
19   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR
20
21
22
23
24
25
```

Deposition of Stephanie Sheehy                         In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 01:44:55 | 1 | A. The tools group. The tools group. |
| 01:44:59 | 2 | Q. What is the tools group? |
| 01:45:04 | 3 | A. What do you mean what is the tools group? You |
| 01:45:06 | 4 | mean -- can you be more specific, please. |
| 01:45:11 | 5 | Q. If you were to describe to your friend what the |
| 01:45:16 | 6 | tools group at Pixar is, how would you describe it? |
| 01:45:22 | 7 | A. They make our internal tools. |
| 01:45:25 | 8 | Q. What you are referring to here, the tools group |
| 01:45:27 | 9 | that had a higher percentile? |
| 01:45:30 | 10 | A. They make the -- our internal tools. |
| 01:45:32 | 11 | Q. What are your internal tools? |
| 01:45:34 | 12 | A. They're the tools that we use to make films. |
| 01:45:41 | 13 | Q. What are some of the tools that you use to make |
| 01:45:43 | 14 | films? |
| 01:45:46 | 15 | A. I'm not that close to what they create. I |
| 01:45:53 | 16 | don't know. |
| 01:45:54 | 17 | Q. Does it mean proprietary software that Pixar |
| 01:45:58 | 18 | has? |
| 01:46:08 | 19 | A. Yes. I'm sure it includes proprietary |
| 01:46:13 | 20 | software. |
| 01:46:16 | 21 | Q. So the tools group comprises of software |
| 01:46:21 | 22 | engineers? |
| 01:46:24 | 23 | A. There are definitely software engineers in the |
| 01:46:26 | 24 | group. |
| 01:46:26 | 25 | Q. Who else is included in the tools group? |

KRAMM COURT REPORTING                    *CONFIDENTIAL*                              Page: 105

| | | |
|---|---|---|
| 01:46:32 | 1 | A. There are a couple of different job titles -- |
| 01:46:41 | 2 | actually, can I just refer back and read some of them? |
| 01:46:45 | 3 | Q. Sure. |
| 01:46:46 | 4 | A. Great. Software engineer, PNG software |
| 01:46:56 | 5 | engineer, senior software engineer, Menve support |
| 01:47:05 | 6 | engineer. |
| 01:47:05 | 7 | (Reporter clarification.) |
| 01:47:05 | 8 | THE WITNESS: Menve, M-E-N-V-E. |
| 01:47:09 | 9 | Those are some examples. |
| 01:47:14 | 10 | MS. CISNEROS: Q. Thank you. |
| 01:47:17 | 11 | [redacted] |
| 01:47:19 | 12 | [redacted] |
| 01:47:21 | 13 | [redacted] |
| 01:47:31 | 14 | [redacted] |
| 01:47:36 | 15 | [redacted] |
| 01:47:53 | 16 | [redacted] |
| 01:48:01 | 17 | [redacted] |
| 01:48:19 | 18 | [redacted] |
| 01:48:22 | 19 | [redacted] |
| 01:48:26 | 20 | [redacted] |
| 01:48:34 | 21 | [redacted]. |
| 01:48:35 | 22 | [redacted] |
| 01:48:38 | 23 | [redacted] |
| 01:48:45 | 24 | [redacted] |
| 01:48:52 | 25 | [redacted] |

| | | |
|---|---|---|
| 01:48:58 | 1 | ████████████████████████████████ |
| 01:49:03 | 2 | ██ ███████████████████ |
| 01:49:26 | 3 | ██ ████████████████████████████ |
| 01:49:39 | 4 | ████████████████████████████ |
| 01:49:46 | 5 | ██████████████████████████ |
| 01:49:52 | 6 | ██████████████████████████████ |
| 01:49:58 | 7 | ██████████████████████████████ |
| 01:50:03 | 8 | ███████████ |
| 01:50:07 | 9 | █ ████████████████████████████ |
| 01:50:13 | 10 | ██████████████████████████████ |
| 01:50:15 | 11 | ██████████████ ████████████████ |
| 01:50:24 | 12 | ███████████████████████████ |
| 01:50:27 | 13 | ████ ██████████████████████████ |
| 01:50:30 | 14 | █████████████████████ |
| 01:50:31 | 15 | ████████████████████████ |
| 01:50:34 | 16 | ██████████████████████████████ |
| 01:50:37 | 17 | ████ ████████████████████████ |
| 01:50:41 | 18 | ██████████████████████████████ |
| 01:50:46 | 19 | ██████████████████████████████ |
| 01:50:48 | 20 | ██████ |
| 01:50:50 | 21 | MS. CISNEROS:  This needs to be marked as an |
| 01:51:44 | 22 | exhibit.  It's PIX00012996. |
| 01:52:06 | 23 | THE REPORTER:  Exhibit 1306. |
| 01:52:16 | 24 | (Whereupon, Exhibit 1306 was marked for |
| 01:52:16 | 25 | identification.) |

```
 1            I, Gina V. Carbone, Certified Shorthand
 2   Reporter licensed in the State of California, License
 3   No. 8249, hereby certify that the deponent was by me
 4   first duly sworn and the foregoing testimony was
 5   reported by me and was thereafter transcribed with
 6   computer-aided transcription; that the foregoing is a
 7   full, complete, and true record of said proceedings.
 8            I further certify that I am not of counsel or
 9   attorney for either of any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12            The dismantling, unsealing, or unbinding of
13   the original transcript will render the reporter's
14   certificates null and void.
15            In witness whereof, I have hereunto set my
16   hand this day:  March 15, 2013.
17            ___X___  Reading and Signing was requested.
18            _____  Reading and Signing was waived.
19            _____  Reading and signing was not requested.
20
21
22                             _____
23                             GINA   V.  CARBONE
24                             CSR 8249, CRR, CCRR
25
```