# EXHIBIT D



(13 ov.)

CONFIDENTIAL                                                    Page 1



EXHIBIT 1304
Deponent Sheehy
Date 3-5-13

Gina V. Carbone, CSR

CONFIDENTIAL -- ATTORNEYS' EYES ONLY                                                    PIX00044219



CONFIDENTIAL                                    Page 2

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044220



CONFIDENTIAL

Page 3

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044221



CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044222



CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044223

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044224

1304.7

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044225



CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044226



1304.9

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044227



CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044228



1304.11

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044229



CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044230