# EXHIBIT E

1  KEKER & VAN NEST LLP
   JOHN KEKER - # 49092
2  jkeker@kvn.com
   DANIEL PURCELL - # 191424
3  dpurcell@kvn.com
   EUGENE M. PAIGE - # 202849
4  epaige@kvn.com
   JUSTINA SESSIONS # 270914
5  jsessions@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant
   LUCASFILM LTD.
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12                    SAN JOSE DIVISION

13 | IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No. 3:11-cv-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PROPOSED] ORDER GRANTING PIXAR AND LUCASFILM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION** |

[PROPOSED] ORDER RE PIXAR AND LUCASFILM'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No. 3:11-cv-2509-LHK

770280.01

On July 12, 2013 Plaintiffs filed an Administrative Motion to File Under Seal Plaintiffs' Reply in Support of Supplemental Motion for Class Certification and lodged under seal certain information contained in Plaintiffs' reply brief and the accompanying Rebuttal Supplemental Expert Report of Edward E. Leamer ("Leamer Rebuttal Supplemental Report") and the Declaration of Anne B. Shaver in Support of Plaintiffs' Supplemental Motion for Class Certification ("Shaver Decl."), among other papers.

Pixar and Lucasfilm seek to maintain portions of two paragraphs in the Leamer Rebuttal Supplemental Report under seal, and Pixar seeks to maintain portions of Exhibit I to the Shaver Decl. and all of Exhibit 1304 to the Shaver Decl. under seal.  Lucasfilm filed the Declaration of Justina K. Sessions in support of its request to seal, and Pixar filed the Declaration of James M. Kennedy in support of its request to seal.

Good cause having been shown, the motion is GRANTED.  Portions of the following documents, as indicated in Pixar and Lucasfilm's publicly-filed proposed redactions and described in Pixar and Lucasfilm's supporting declarations, shall be maintained under seal:

1. Portions of page 10 of the Leamer Rebuttal Supplemental Report;
2. Portions of Exhibit I to the Shaver Decl.; and
3. Exhibit 1304 to the Shaver Decl.

IT IS SO ORDERED.

Dated:

By: _____
THE HONORABLE LUCY H. KOH
United States District Judge