1 | Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
2 | Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
3 | Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
5 | San Francisco, California 94111-3339
Telephone: 415.956.1000
6 | Facsimile: 415.956.1008

7 | Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
8 | James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
9 | 505 Montgomery, Suite 625
San Francisco, CA 94111
10 | Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel for Plaintiff Class*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT STATUS REPORT RE MEDIATION** |
|---|---|

Pursuant to the Court's May 15, 2013 Case Management Order (Dkt. 421), the parties submit this status report regarding the outcome of the parties' mediation efforts.

Joint Report: On June 26, 2013, Plaintiffs and the Defendants engaged in supervised settlement talks through mediator David Rotman. Co-Lead Counsel and named Plaintiffs Mark Fichtner and Siddharth Hariharan attended for Plaintiffs. In-house and outside counsel attended

for each Defendant. The mediation began at approximately 9 a.m. and terminated at approximately 5 p.m. without the parties having reached any settlement. There are no further scheduled mediation sessions.

Report by Plaintiffs: After those joint talks terminated, negotiations between Plaintiffs and Defendants Pixar and Lucasfilm Ltd. resulted in a settlement on July 12, 2013, of all claims against Pixar and Lucasfilm Ltd. on behalf of the proposed Technical Class of employees. The Plaintiffs to that settlement will present the terms to the Court for consideration and approval in the near future.

Respectfully submitted,

Dated: July 19, 2013     LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:     */s/ Kelly M. Dermody*
            Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

Dated: July 19, 2013     JOSEPH SAVERI LAW FIRM

By:     */s/ Joseph R. Saveri*
            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Counsel for Plaintiff Class*

| | | |
|---|---|---|
| Dated: July 19, 2013 | O'MELVENY & MYERS LLP | |

By:     */s/ Michael F. Tubach*
        Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated: July 19, 2013     KEKER & VAN NEST LLP

By:     */s/ Daniel Purcell*
        Daniel Purcell

John W. Keker
Daniel Purcell
Eugene M. Page
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

Dated: July 19, 2013     JONES DAY

By:     */s/ David C. Kiernan*
        David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

| | | |
|---|---|---|
| 1 | Dated: July 19, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:     */s/ Robert A. Mittelstaedt*<br>Robert A. Mittelstaedt |
| 4 | | Robert A. Mittelstaedt |
| 5 | | Craig E. Stewart<br>555 California Street, 26th Floor |
| 6 | | San Francisco, CA 94104<br>Telephone: (415) 626-3939 |
| 7 | | Facsimile: (415) 875-5700 |
| 8 | | Catherine T. Zeng<br>1755 Embarcadero Road |
| 9 | | Palo Alto, CA 94303<br>Telephone: (650) 739-3939 |
| 10 | | Facsimile: (650) 739-3900 |
| 11 | | *Attorneys for Defendant INTUIT INC.* |
| 12 | Dated: July 19, 2013 | MAYER BROWN LLP |
| 13 | | By:     */s/ Lee H. Rubin* |
| 14 | | Lee H. Rubin |
| 15 | | Lee H. Rubin<br>Edward D. Johnson |
| 16 | | Donald M. Falk<br>Two Palo Alto Square |
| 17 | | 3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112 |
| 18 | | Telephone: (650) 331-2057<br>Facsimile: (650) 331-4557 |
| 19 | | *Attorneys for Defendant GOOGLE INC.* |
| 20 | Dated: July 19, 2013 | BINGHAM McCUTCHEN LLP |
| 21 | | |
| 22 | | By:     */s/ Frank M. Hinman*<br>Frank M. Hinman |
| 23 | | Donn P. Pickett |
| 24 | | Frank M. Hinman<br>Three Embarcadero Center |
| 25 | | San Francisco, CA 94111<br>Telephone: (415) 393-2000 |
| 26 | | Facsimile: (415) 383-2286 |
| 27 | | *Attorneys for Defendant INTEL CORPORATION* |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated: July 19, 2013 | COVINGTON & BURLING LLP |
| 2 | | |
| 3 | | By:    */s/ Emily Johnson Henn*<br>Emily Johnson Henn |
| 4 | | Robert T. Haslam, III |
| 5 | | Emily Johnson Henn<br>333 Twin Dolphin Drive, Suite 700 |
| 6 | | Redwood City, CA  94065<br>Telephone:  (650) 632-4700 |
| 7 | | *Attorneys for Defendant PIXAR* |

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.