GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
AMANDA R. CONLEY (Bar. No. 281270)
aconley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF CHRISTINA BROWN IN SUPPORT OF OBJECTIONS TO EVIDENCE IN PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL CLASS CERTIFICATION MOTION AND REBUTTAL SUPPLEMENTAL EXPERT REPORT OF EDWARD E. LEAMER, PH.D.**<br><br>Date:         August 8, 2013<br>Time:        1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge:       The Honorable Lucy H. Koh |

I, Christina Brown, declare as follows:

1. I am a member of the Bar of the State of California and a counsel of the law firm of O'Melveny & Myers LLP, attorneys for Defendant Apple Inc. I submit this declaration in support of Defendants Adobe Systems, Inc., Apple Inc., Google Inc., Intel Corp., and Intuit Inc.'s Objections to Evidence in Plaintiffs' Reply in Support of Supplemental Class Certification Motion and Rebuttal Supplemental Expert Report of Edward E. Leamer, Ph.D. I make this declaration based on my own personal knowledge. If called to testify as a witness, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of Defendants' proposed supplemental transcript excerpts from Dr. Kevin Murphy's deposition on July 5, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of Defendants' proposed supplemental transcript excerpts from Dr. Kathryn Shaw's deposition on July 3, 2013.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on July 19, 2013, in San Francisco, California.


By: _/s/ *Christina J. Brown*_
     Christina Brown