# Exhibit A

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

6   IN RE:  HIGH-TECH EMPLOYEE      )

7   ANTITRUST LITIGATION            )

8                                   )    No. 11-CV-2509-LHK

9   THIS DOCUMENT RELATES TO:       )

10  ALL ACTIONS.                    )

11  _____ )

12

13

14       VIDEO DEPOSITION OF KEVIN M. MURPHY, Ph.D.

15                      VOLUME II

16                    July 5, 2013

17

18

19  REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RMR, CCRR

20

21

22

23

24

25

12:03:22  1    that stationary time series is going to regress.

12:03:25  2        Q.  What I asked you is if there is authority that

12:03:27  3    you can cite to me that says that there is something

12:03:29  4    being omitted from the definition of it that I read you.

12:03:33  5        A.  Yeah.  I don't have a particular one in mind.

12:03:35  6    It's just something that economists and econometricians

12:03:39  7    know.  I learned it from Lars Hansen, who is a professor

12:03:45  8    at Chicago, when I took his class years ago.  I mean,

12:03:48  9    it's a pretty simple concept.  I don't think Professor

12:03:51 10    Leamer would disagree.

12:03:53 11        Q.  So you think that the compensation -- in this

12:03:56 12    respect, that the compensation of the defendants is

12:03:59 13    comparable to the weather?

12:04:02 14        A.  In a statistical sense, I think it has some of

12:04:05 15    the same properties.  That it's going to vary.

12:04:08 16            I mean, a better analogy is the salesman

12:04:11 17    example that I gave in the report.  That there are

12:04:15 18    components that are going to move compensation.  I'm in

12:04:18 19    a group.  We have a tremendously successful year.  We

12:04:22 20    develop Google Chrome this year.  We get big bonuses

12:04:25 21    because we develop Google Chrome, you know.  Great

12:04:29 22    project, great idea, things came out really well.

12:04:32 23            We're smart guys, probably next year we're

12:04:35 24    going to do something good, but probably not going to do

12:04:38 25    that again.  So on average you are probably not going to

12:04:41 1    get as good of stock grants, bonuses that you got this

12:04:45 2    year.

12:04:45 3            That's all I'm saying.  That's all you need.

12:04:47 4    You need that when you have a really good year, the next

12:04:51 5    year, on average, won't be quite so good.  And when you

12:04:53 6    have a really bad year, on average it won't quite be so

12:04:57 7    bad.

12:04:57 8            That's really what mean reversion is about.

12:05:00 9    And you can say, well, that's because there is

12:05:02 10   randomness.  But randomness connotes something that's

12:05:07 11   sort of like rolling dice.  It's really just that there

12:05:11 12   are things that aren't necessarily repeated year after

12:05:14 13   year.

12:05:14 14       Q.  So let's look at your salesman example, which

12:05:18 15   is paragraph 46.  Do you want to read it before

12:05:21 16   answering questions about it or are you ready to go?

12:05:24 17       A.  I understand it.

12:05:27 18       Q.  So in this example, you lay out the possibility

12:05:29 19   that the salesman is paid $75,000, $100,000, or $125,000

12:05:36 20   based on whether it's a bad, average or good year.

12:05:41 21            Are there any salesmen in the technical class?

12:05:46 22       A.  No.  I didn't -- but if you thought about a

12:05:50 23   group or a project that's being compensated for this,

12:05:52 24   you pay for performance.  You are getting compensated

12:05:56 25   based on this year's performance.

12:05:58  1         That would have much of the same features.

12:05:59  2    Because a salesman is just the classic example of

12:06:02  3    somebody being paid on performance.  He's getting paid

12:06:06  4    by how many he sells.

12:06:08  5         But pay for performance, more generally, base

12:06:11  6    your compensation on some form of what you produced this

12:06:14  7    year.  And there are elements of human performance that

12:06:17  8    are not permanent.  It's all you need.

12:06:20  9    Q.  Well, actually what you say is -- I think you

12:06:23 10    say they're random, don't you?  Human performance is

12:06:26 11    random?

12:06:28 12    A.  There are random elements.  But the random

12:06:30 13    elements are not in a sense of, like, rolling dice.

12:06:33 14    They're just things that don't necessarily repeat

12:06:37 15    themselves.  We work on a project.  It turns out to be

12:06:40 16    really successful.  We work just as hard next year.

12:06:42 17    We're just as smart as we were, but it doesn't always

12:06:45 18    work out that way.

12:06:45 19         I mean, I look at my papers I publish.  Right?

12:06:50 20    I work on a paper, comes out good.  I'm very successful

12:06:53 21    one year.  Next year I work on another paper.  I didn't

12:06:56 22    go into it trying to produce a lousy paper, just turns

12:06:59 23    out it didn't come out as good.  My performance varies

12:07:02 24    year to year.

12:07:03 25         Baseball player.  Goes up, first half of the

12:07:06  1   season he's not trying to strike out, he's trying to get

12:07:10  2   a hit every time he's up at the plate.  He bats 320 in

12:07:13  3   the first half of the season.  Second half of the season

12:07:16  4   he bats 280.  Maybe he's just as talented in the second

12:07:20  5   half.  If he's a 280 hitter and he hits 320 in the first

12:07:24  6   half, chances are he ain't going to hit 320 in the

12:07:27  7   second half.  If he's a 340 hitter and he hits 320,

12:07:30  8   chances are he's going to get better in the second half.

12:07:33  9    That's all we're talking about.

12:07:36 10       Q.  And using your baseball example, that's not due

12:07:38 11   to random elements?

12:07:39 12       A.  I mean, you could say it's due to random, but

12:07:42 13   random has this idea particularly when it comes

12:07:45 14   compensation.  This is what Leamer kept talking about.

12:07:47 15   Well, nobody likes choosing compensation at random, but

12:07:50 16   it's not that people are choosing compensation at

12:07:51 17   random, it's that your compensation is based on

12:07:54 18   performance.  And performance, yeah, you could say it

12:07:56 19   has a random element.

12:07:58 20         But what's important is that that random

12:08:00 21   element isn't permanent.  If it were permanent, then you

12:08:03 22   wouldn't get reversion to the mean.  If every time you

12:08:06 23   did better, that became the new norm, and then you

12:08:08 24   either went up or down from there.  And then you did

12:08:11 25   better or worse, and it's up or down from there, that

12:08:13  1   would be a random walk.  Wouldn't have any reversion to

12:08:16  2   the mean.  What matters is that there is temporary

12:08:18  3   elements to performance.

12:08:22  4       Q.  Is there anybody in the technical class who's

12:08:25  5   paid the way that you outlined in your example in

12:08:28  6   paragraph 46?

12:08:29  7       A.  I think -- yes.  I mean, not as -- not as a

12:08:32  8   salesman, but they're paid based on performance.

12:08:36  9       Q.  Is there anybody in the technical class who

12:08:38  10  receives a bonus of three different possible amounts

12:08:42  11  based on whether they have a bad, average, or good year?

12:08:46  12          MR. HINMAN:  Object to the form.

12:08:47  13          THE WITNESS:  No.  This is intended to be an

12:08:49  14  illustrative example to show you how it works.  And the

12:08:53  15  way examples work is you have an example that to make it

12:08:56  16  simple.  So you want to make it so it's easy for the

12:08:58  17  reader to actually follow what you are saying.  That's

12:09:02  18  why you use examples, because they're intend to be

12:09:06  19  understandable.

12:09:08  20          MR. GLACKIN:  Q.  Can you give us an

12:09:09  21  example of an actual class member that would

12:09:12  22  demonstrate your point?

12:09:14  23      A.  I don't have one handy.  We looked at tons of

12:09:16  24  them.  I mean, if you look at the change in compensation

12:09:19  25  over time, you can see that bonuses tend not to be

1          I, Gina V. Carbone, Certified Shorthand

2     Reporter licensed in the State of California, License

3     No. 8249, hereby certify that the deponent was by me

4     first duly sworn and the foregoing testimony was

5     reported by me and was thereafter transcribed with

6     computer-aided transcription; that the foregoing is a

7     full, complete, and true record of said proceedings.

8          I further certify that I am not of counsel or

9     attorney for either of any of the parties in the

10    foregoing proceeding and caption named or in any way

11    interested in the outcome of the cause in said caption.

12         The dismantling, unsealing, or unbinding of

13    the original transcript will render the reporter's

14    certificates null and void.

15         In witness whereof, I have hereunto set my

16    hand this day:  July 6, 2013.

17              _____ Reading and Signing was requested.

18              _____ Reading and Signing was waived.

19              ___X___ Reading and signing was not requested.

20

21

22              _____

23              GINA  V. CARBONE

24              CSR 8249, RMR, CRR, CCRR

25