# EXHIBIT C

1                   UNITED STATES DISTRICT COURT

2                  NORTHERN DISTRICT OF CALIFORNIA

3                       SAN JOSE DIVISION

4

5

6    IN RE:  HIGH-TECH EMPLOYEE     )

7    ANTITRUST LITIGATION           )

8                                   )   No. 11-CV-2509-LHK

9    THIS DOCUMENT RELATES TO:      )

10   ALL ACTIONS.                   )

11   _____)

12

13

14            CONFIDENTIAL - ATTORNEYS' EYES ONLY

15             VIDEO DEPOSITION OF ED CATMULL

16                    January 24, 2013

17

18

19   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25

03:02:04  1        A.  I have no idea.

03:02:06  2        Q.  It would have been around the inception of the

03:02:08  3    arrangement, would it not?

03:02:10  4        A.  I just don't know when it was.

03:02:11  5        Q.  I got you.  We're talking about a discussion or

03:02:15  6    an email that took place in 2006 here.

03:02:18  7        A.  Correct.

03:02:19  8        Q.  So almost 20 years after Pixar was separated

03:02:22  9    from Lucas, right?

03:02:24 10        A.  Yeah.  But I didn't write this, so....

03:02:27 11        Q.  I got you.

03:02:29 12        A.  Okay.

03:02:30 13        Q.  We got them coming up.

03:02:32 14        A.  Hmm?

03:02:33 15        Q.  We have others coming up.

03:02:35 16        A.  I'm sure you do.

03:02:37 17        Q.  Let's take a look next at Exhibit 154.

03:03:36 18        A.  Okay.

03:03:37 19        Q.  All right.  Do you recall the circumstances in

03:03:40 20    existence at the time that this email exchange took

03:03:42 21    place?

03:03:42 22        A.  I do.

03:03:43 23        Q.  I thought you might.  Why don't you tell us.

03:03:45 24        A.  Okay.  So Disney acquired Pixar, and shortly

03:03:52 25    after acquiring us they also acquired Zemeckis' company

| | | |
|---|---|---|
| 03:03:58 | 1 | without telling us they were doing this. |
| 03:04:00 | 2 | Q. And what was the name of that company at the |
| 03:04:01 | 3 | time? |
| 03:04:03 | 4 | A. I'm not even sure. |
| 03:04:05 | 5 | Q. All right. |
| 03:04:06 | 6 | A. It was Bob Zemeckis, and he had a couple of |
| 03:04:13 | 7 | producers. Zemeckis is located in Santa Barbara, and |
| 03:04:19 | 8 | Zemeckis wanted to use motion capture as a technique for |
| 03:04:22 | 9 | doing computer animation. |
| 03:04:25 | 10 | And the -- the previous films he had made using |
| 03:04:29 | 11 | motion capture were with Sony Imageworks. Bob had a |
| 03:04:34 | 12 | very poor relationship and antagonistic relationship |
| 03:04:37 | 13 | with Sony. The studio bought them thinking that in fact |
| 03:04:43 | 14 | they were buying a motion capture studio, but, in fact, |
| 03:04:47 | 15 | they had no technology whatsoever or technology people. |
| 03:04:50 | 16 | So they bought them with a commitment to make |
| 03:04:53 | 17 | some films, which meant that they had to build a studio |
| 03:04:55 | 18 | in Northern California very quickly. But they were |
| 03:04:59 | 19 | going to be judged by that first film that came out, |
| 03:05:03 | 20 | which was Christmas Carol. So that meant that what they |
| 03:05:08 | 21 | brought as a production mentality was a short-term |
| 03:05:12 | 22 | solution to their problem. |
| 03:05:14 | 23 | It was very clear to me that what was going to |
| 03:05:16 | 24 | happen was that they would go out and they would offer |
| 03:05:20 | 25 | much higher salaries to everybody they could. And in |

03:05:25  1    order to survive, they would have to do that.  They were

03:05:28  2    forced to do that.

03:05:30  3        So while we were protected, they would go after

03:05:34  4    those others.  They would bring in people, they would

03:05:39  5    pay higher salaries, it would be disruptive, very candid

03:05:46  6    about it, and it would all then collapse and the whole

03:05:49  7    thing would fall part.  I was trying to prevent that

03:05:52  8    from happening.

03:05:53  9        So I'm saying if you go down this path where

03:05:56  10   they go out and raid ILM and Dreamworks and all these

03:05:59  11   other guys and they throw up these numbers, you are

03:06:02  12   going to cause a disaster in this industry.  I didn't

03:06:05  13   know exactly what was going to happen.  I just know when

03:06:08  14   these kinds of battles happen, it's bad for everybody.

03:06:11  15       And I can tell you that's exactly what

03:06:12  16   happened.  And they collapsed.  The whole thing was a

03:06:16  17   major fiasco.  And it was a fiasco because they went

03:06:19  18   down this stupid path.

03:06:23  19       Q.  When you say Pixar was protected, what do you

03:06:24  20   mean by that?

03:06:25  21       A.  Because this company was part of Disney.

03:06:28  22       Q.  And so they were forbidden, if you will, from

03:06:32  23   raiding Pixar?

03:06:34  24       A.  Right.  Well, I -- for that matter, everybody

03:06:36  25   at Pixar thought these guys were -- were going to fail.

03:06:41  1  I don't -- I wasn't even worried about that.  But I was

03:06:44  2  worried that in going in and -- on a short-term basis,

03:06:48  3  basically screw everybody else up.

03:06:50  4         And one of the other companies they went after

03:06:53  5  did go out of business.  We lost our friends over at the

03:06:57  6  Orphanage.  And they got killed by this stuff.

03:07:03  7         So I'm sorry, but -- while I have

03:07:06  8  responsibility for the payroll, I have responsibility

03:07:09  9  for the long-term also.  I don't apologize for this.

03:07:12  10  This was bad stuff.  Did not belong in this industry.

03:07:16  11  They should never ever have done it.

03:07:22  12         Q.  It sounds like you are still upset over it.

03:07:24  13         A.  I am.  This caused major damage.  I mean, I

03:07:29  14  haven't gone into all the damage this caused.  It

03:07:32  15  screwed up down at Burbank also.  I mean, it just is a

03:07:38  16  major disaster.

03:07:40  17         Q.  All right.

03:07:42  18         A.  I call it a billion-dollar disaster.

03:07:44  19         Q.  All right.  Let's focus on what you said at the

03:07:46  20  time.  You initiated this email exchange by writing to

03:07:52  21  Dick Cook at Disney.  And what was his position at

03:07:56  22  Disney at the time?

03:07:56  23         A.  He was the chairman of the studio.

03:08:00  24         Q.  And you wrote, in part, that, "Regardless of

03:08:06  25  what John thinks about motion capture, we have a serious

Deposition of Ed Catmull                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1          I, Gina V. Carbone, Certified Shorthand

2     Reporter licensed in the State of California, License

3     No. 8249, hereby certify that the deponent was by me

4     first duly sworn and the foregoing testimony was

5     reported by me and was thereafter transcribed with

6     computer-aided transcription; that the foregoing is a

7     full, complete, and true record of said proceedings.

8          I further certify that I am not of counsel or

9     attorney for either of any of the parties in the

10    foregoing proceeding and caption named or in any way

11    interested in the outcome of the cause in said caption.

12          The dismantling, unsealing, or unbinding of

13    the original transcript will render the reporter's

14    certificates null and void.

15          In witness whereof, I have hereunto set my

16    hand this day:  January 28, 2013.

17          ___X___ Reading and Signing was requested.

18          _____ Reading and Signing was waived.

19          _____ Reading and signing was not requested.

20

21

22          _____

23          GINA  V. CARBONE

24          CSR 8249, RPR, CCRR

25