# EXHIBIT D

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:  HIGH-TECH EMPLOYEE      )

ANTITRUST LITIGATION           )

                               )    No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:      )

ALL ACTIONS.                   )

_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF TONY FADELL

MARCH 20, 2013

Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

| | | |
|---|---|---|
| 10:50:03 | 1 | base salary for the people you supervised? |
| 10:50:08 | 2 | A.   I was -- I would -- I would recommend -- well, |
| 10:50:11 | 3 | what would happen is typically, if it was a new employee |
| 10:50:14 | 4 | who was going to report to me, they -- I forget exactly |
| 10:50:19 | 5 | who I think it was recruiting -- ██████████████ |
| 10:50:24 | 6 | ████████████████████████████████ |
| 10:50:26 | 7 | █████   █████████████████ |
| 10:50:28 | 8 | Q.   Okay. |
| 10:50:29 | 9 | A.   ███████████████████████████ |
| 10:50:32 | 10 | ████████   ████████████████████████ |
| 10:50:35 | 11 | ████████████████████████████████ |
| 10:50:40 | 12 | ████████████████████████████████ |
| 10:50:43 | 13 | ██████████████████████████ |
| 10:50:46 | 14 | Q.   And once that person came to work for you, were |
| 10:50:50 | 15 | they reviewed on an annual basis with respect to |
| 10:50:52 | 16 | compensation? |
| 10:50:53 | 17 | A.   Well, they -- so, first, when they were hired, |
| 10:50:57 | 18 | it wasn't just a salary range.  There were all kind -- |
| 10:51:01 | 19 | like I said, those four other metrics. |
| 10:51:02 | 20 | Q.   And I'm sorry.  I was just talking about basis |
| 10:51:04 | 21 | and point of entry in the discussion. |
| 10:51:06 | 22 | A.   Okay.  Then on -- then there was a -- a -- a |
| 10:51:10 | 23 | natural review cycle.  Sometimes people if they came too |
| 10:51:13 | 24 | soon to a review cycle, they would miss the review cycle. |
| 10:51:17 | 25 | But if they were there generally for about a year or six |

| | | |
|---|---|---|
| 10:51:20 | 1 | months, depending on what the dynamics were at the time, |
| 10:51:25 | 2 | we would then go through a review cycle of the entire |
| 10:51:28 | 3 | team, and certain people based on merit and performance |
| 10:51:31 | 4 | were then -- were then given a -- we would change the |
| 10:51:36 | 5 | compensation full package based on that personal, you |
| 10:51:40 | 6 | know, productivity. |
| 10:51:42 | 7 | Q.   So was one of the things that was looked at as |
| 10:51:44 | 8 | part of that cycle base salary? |
| 10:51:52 | 9 | A.   It was base salary, it was bonus, and it was |
| 10:51:57 | 10 | equity compensation, all three of those things combined. |
| 10:52:01 | 11 | Benefits were something that were typically not -- you |
| 10:52:05 | 12 | know, that was a company-wide thing. |
| 10:52:07 | 13 | Q.   And just in terms of your responsibility, did |
| 10:52:10 | 14 | you have input into each of those -- I guess there are |
| 10:52:13 | 15 | three elements of compensation with respect to your |
| 10:52:16 | 16 | reports; that is the base, the bonus, and the equity |
| 10:52:21 | 17 | comp.  Did you have input as part of that process? |
| 10:52:25 | 18 | A.   I had input to the individual, yes. |
| 10:52:29 | 19 | Q.   Okay. |
| 10:52:32 | 20 | A.   Not to the general overarching, you know, what |
| 10:52:35 | 21 | were the guidelines. |
| 10:52:37 | 22 | Q.   Fair enough.  And were the guidelines provided |
| 10:52:39 | 23 | to you by people within the HR function at Apple?  Let me |
| 10:52:46 | 24 | ask a better question. |
| 10:52:46 | 25 | Who provided you the -- the general information |

| | |
|---|---|
| 10:52:50 1 | regarding the system?  As part of your -- that process, |
| 10:52:55 2 | where did you get that information? |
| 10:52:57 3 | A. ███████████████████   ███████████████ |
| 10:53:01 4 | ███████████████████████████████████████ |
| 10:53:04 5 | █████████████████████████████████████ |
| 10:53:06 6 | ███████████████████████████████ |
| 10:53:09 7 | ████████████████████████   ████████████ |
| 10:53:11 8 | ████████████████████████████████████████ |
| 10:53:14 9 | ████████████████████████████████████████ |
| 10:53:18 10 | Q. ████████████████████████████████ |
| 10:53:20 11 | ████████████████████████████████, can you just tell |
| 10:53:25 12 | me generally organizationally who would have to be |
| 10:53:27 13 | involved in that discussion. |
| 10:53:28 14 | A.   Well, it was different based on the different |
| 10:53:31 15 | time frames that I was employed.  Right?  So when I was |
| 10:53:37 16 | a -- when I started as a director, it was very different |
| 10:53:40 17 | who I would speak to than when I was the senior vice |
| 10:53:45 18 | president. |
| 10:53:45 19 | Q.   So just generally could you tell me who you -- |
| 10:53:47 20 | who would have to be involved organizationally when you |
| 10:53:50 21 | were a director in -- ████████████████████ |
| 10:53:55 22 | ██████████████████████████. |
| 10:53:59 23 | A.   I don't recall specifically.  I don't recall. |
| 10:54:02 24 | I just don't recall specifically. |
| 10:54:04 25 | Q.   Were there people from the HR group that were |

Deposition of Tony Fadell                                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

10:54:06   1 | involved?

10:54:09   2 |         A.   Each was a case-by-case basis.

10:54:11   3 |         Q.   Was the CFO involved?

10:54:13   4 |         A.   I don't remember ever getting the CFO involved

10:54:15   5 | in any of my --

10:54:17   6 |         Q.   Was Steve Jobs involved?

10:54:19   7 |         A.   No, he was not.

10:54:20   8 |         Q.   Okay.  When -- so I think you said that there

10:54:23   9 | was a point in time where things changed when you became

10:54:27  10 | a director?

10:54:27  11 |         A.   Well, I -- I started as a director.

10:54:29  12 |         Q.   I'm sorry.  ████████████████████████████

10:54:35  13 | ████████████████████████████████████████

10:54:39  14 | ██████████████████████████████████████████

10:54:44  15 | ████████████████████████████████████?

10:54:46  16 |         A.   ██████████████████████████████████

10:54:49  17 | ████████████████████   ██████████████████████

10:54:51  18 | ████████████████████████████████████

10:54:55  19 |         Q.   ████████████████████████

10:54:57  20 |         A.   I████████████████████████████████

10:55:00  21 | ████████████████

10:55:00  22 |         Q.   ██████████████████████████████████████

10:55:02  23 | ██████████████████████████████████████████

10:55:05  24 | ████████████████████████████████████

10:55:07  25 | █████████████

1            I, Rosalie A. Kramm, Certified Shorthand

2    Reporter licensed in the State of California, License No.

3    5469, hereby certify that the deponent was by me first

4    duly sworn and the foregoing testimony was reported by me

5    and was thereafter transcribed with computer-aided

6    transcription; that the foregoing is a full, complete,

7    and true record of said proceedings.

8            I further certify that I am not of counsel or

9    attorney for either of any of the parties in the

10   foregoing proceeding and caption named or in any way

11   interested in the outcome of the cause in said caption.

12           The dismantling, unsealing, or unbinding of the

13   original transcript will render the reporter's

14   certificates null and void.

15           In witness whereof, I have hereunto set my hand

16   this day:   April 2, 2013.

17               ___X___   Reading and Signing was requested.

18               _____   Reading and Signing was waived.

19               _____   Reading and signing was not requested.

20

21                                  _____

22                                  ROSALIE A. KRAMM

23                                  CSR 5469, RPR, CRR

24

25