# EXHIBIT F

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4   IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
     LITIGATION
 5
     THIS DOCUMENT RELATES TO:    NO:  Master Docket No.
 6   11-CV-2509-LHK

 7   ALL ACTIONS.

 8


 9


10          CONFIDENTIAL  -  ATTORNEYS' EYES ONLY

11


12


13       VIDEOTAPED DEPOSITION OF DANIEL ROBERT McKELL
                       March 20, 2013
14                       10:06 a.m.
                     Hyatt Regency Hotel
15                  330 Tijeras, Northwest
                   Albuquerque, New Mexico
16


17
                PURSUANT TO THE FEDERAL RULES OF CIVIL
18     PROCEDURE, this deposition was:

19     TAKEN BY:   MR. SARAH R. SCHALMAN-BERGEN
                   Attorney for Plaintiffs
20
     REPORTED BY: Mary Abernathy Seal, RDR, CRR, NM CCR 69
21                Bean & Associates, Inc.
                  Professional Court Reporting Service
22                201 Third Street, Northwest, Suite 1630
                  Albuquerque, New Mexico 87102
23


24   (6941K) MAS

25
```

| | | |
|---|---|---|
| 11:03 | 1 | the HR business partner, were you the person that |
| | 2 | was at the other end of the open door? |
| | 3 | A.   I -- yes. |
| | 4 | Q.   What is Intel University? |
| 11:04 | 5 | A.   It's our internal learning group, so that |
| | 6 | it conducts classes for managers and employees on |
| | 7 | anything from cultural things to technical training. |
| | 8 | Q.   Does the learning group conduct classes |
| | 9 | for managers with respect to compensation? |
| 11:04 | 10 | A.   Yes. |
| | 11 | Q.   Did you have any job responsibilities as |
| | 12 | the HR -- as an HR business partner with respect to |
| | 13 | Intel University dealing with compensation? |
| | 14 | MR. SHAH:   Object to form. |
| 11:04 | 15 | A.   As an HR business partner, I supported |
| | 16 | them -- I wouldn't have done work relative to |
| | 17 | manager training in that role. |
| | 18 | Q.   When you were an HR business partner, who |
| | 19 | did you report to? |
| 11:05 | 20 | A.   I had several managers. |
| | 21 | Q.   What were their names? |
| | 22 | A.   ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇.   There's one |
| | 23 | more, but I'm forgetting. |
| | 24 | Q.   Hopefully you'll be able to spell those |
| 11:05 | 25 | for the court reporter.  We can do it off the |

| | | |
|---|---|---|
| 11:05 | 1 | record. |
| | 2 | A.  ███████████████████████████  ███████ |
| | 3 | ███████  ███████ |
| | 4 | Q.   When you were an HR business partner, did |
| 11:05 | 5 | you have any direct reports? |
| | 6 | A.   No. |
| | 7 | Q.   As an HR business partner, did you get |
| | 8 | reviewed as part of the focal process? |
| | 9 | A.   Did I -- did my manager do a performance |
| 11:06 | 10 | review on me? |
| | 11 | Q.   Yes. |
| | 12 | A.   Yes. |
| | 13 | Q.   Are you familiar with the different types |
| | 14 | of grades that Intel assigns to employees? |
| 11:06 | 15 | A.   Yes. |
| | 16 | Q.   What -- and when I say grades, I'm |
| | 17 | speaking of EE, O. |
| | 18 | A.   Rating? |
| | 19 | Q.   Rating. |
| 11:06 | 20 | A.   Okay. |
| | 21 | Q.   What rating did you receive as the HR |
| | 22 | business partner? |
| | 23 | ███  ████████████████████████ |
| | | ██████████████  ███████████████████ |
| ███ | ██ | ████████████████████ |

| | | |
|---|---|---|
| 11:07 | 1 | Q. Can you list all of the different ratings |
| | 2 | that Intel uses? |
| | 3 | MR. SHAH: Object to form. |
| | 4 | ▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| ▇▇ | ▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | ▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇ |
| | ▇ | ▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇ |
| | ▇ | ▇▇▇▇▇▇▇ |
| | 9 | Q. How have the ratings changed since you |
| 11:07 | 10 | have joined Intel? |
| | 11 | A. When I joined, they had three ratings: |
| | 12 | Outstanding, successful, and improvement required. |
| | 13 | And then they had three trends, so you would get a |
| | 14 | rating message and a trend message. The three trend |
| 11:07 | 15 | labels were faster, equal, slower. |
| | 16 | Q. What distinctions were meant by faster, |
| | 17 | equal, slower? |
| | 18 | A. Your growth curve relative to peers doing |
| | 19 | the same job. So were you growing and improving at |
| 11:08 | 20 | a faster rate, at the same rate, or at a slower rate |
| | 21 | than your peers. |
| | 22 | Q. So within the O, S, and E -- |
| | 23 | A. IR. |
| | 24 | Q. EIR? |
| 11:08 | 25 | A. Outstanding, successful, improvement |

| | | |
|---|---|---|
| 11:08 | 1 | required.  Sorry. |
| | 2 | Q.   Within O, S, and IR, you could also then |
| | 3 | have a secondary rating of F, E, or S? |
| | 4 | A.   Yes. |
| 11:08 | 5 | MR. SHAH:  Object to form. |
| | 6 | Q.   Would everyone receive an F, E, or S in |
| | 7 | association with their O, S, and R -- and/or R |
| | 8 | rating, IR ratings? |
| | 9 | MR. SHAH:  Object to form. |
| 11:09 | 10 | A.   Yes. |
| | 11 | Q.   When did Intel change from the three |
| | 12 | ratings with three trends to the five current |
| | 13 | ratings? |
| | 14 | A.   I don't recall the specific year. |
| 11:09 | 15 | 2004-ish, somewhere around there. |
| | 16 | Q.   Did you have any involvement with respect |
| | 17 | to making that change? |
| | 18 | A.   In terms of making a recommendation, I |
| | 19 | don't think so.  I may have been asked for my input. |
| 11:09 | 20 | Q.   You were the HR business partner from |
| | 21 | approximately August 1999 to March 2003; is that |
| | 22 | fair? |
| | 23 | MR. SHAH:  Object to form. |
| | 24 | A.   Yeah, that sounds about right. |
| 11:10 | 25 | Q.   Did your job duties change at all |

```
12:00    1    for those jobs.
         2         Q.   And is the purpose of the SMA budget to
         3    help retain and attract talent for the R&D jobs?
         4         MR. SHAH:   Object to form.
12:00    5    ▌       ████████████████████████████
              ▌  ████████████████████    ████████████████████████
              ▌  ██████████████████████████████
              ▌  ████████████████████████████████████
              ▌  ██████████████████████████████████
    ██████   ▌  ████████████████
              ▌       ▌  ████████████████████████████
              ▌  ██████████████████████████████████
              ▌  ████████████████
              ▌            ████████  ██████████████
    ██████   ▌       ▌  ████████████████████████████████
              ▌  ██████    ██████████████████████
              ▌  ████████████████████████████████████████
              ▌  ██████████████████████████████████
              ▌  ████████████████████████████████████████
    ██████   ▌  ████████████████████████████████████  ██
              ▌  ██████████████████████████████████
              ▌  ████████████████████████████████████
              ▌  ████████████████████████████████████
              ▌  ██████████████████████████████████████
    ██████   ▌  ████████████████████████████████████
```

| | | |
|---|---|---|
| 12:02 | 1 | ███████████████ |
| | 2 | Q. From business consultant █████, did |
| | 3 | you -- strike that.  During your focal -- during the |
| | 4 | time period when you were a business consultant █ |
| ██ | 5 | █████, what was your rating? |
| | 6 | █ ████████████████████ |
| | 7 | ████████████████ ██████████████ |
| | 8 | ████████████ |
| | 9 | Q. During that time period, were you aware of |
| 12:02 | 10 | what the ratings were for your peers? |
| | 11 | A. No. |
| | 12 | Q. Were you aware of what percentage of your |
| | 13 | peers also received a successful? |
| | 14 | █ ████████████████████████ |
| ██ | 15 | ████████████████████ |
| | 16 | █████████████████████████████ |
| | 17 | █████████████████████████████ |
| | 18 | ████████████████████████ |
| | 19 | ██████████████████████████████ |
| ██ | 20 | █████████ |
| | 21 | Q. Have you ever spoken with your peers about |
| | 22 | what their ratings were? |
| | 23 | A. No. |
| | 24 | Q. Never? |
| 12:03 | 25 | A. No.  I don't want to know.  Better to not |

| | | |
|---|---|---|
| 12:03 | 1 | know.  It's personal.  It's between them and their |
| | 2 | manager. |
| | 3 | Q.  Have you ever been made aware that |
| | 4 | employees speak to each other about what their |
| 12:03 | 5 | ratings are? |
| | 6 | MR. SHAH:  Object to form. |
| | 7 | A.  Sure.  That's an individual choice. |
| | 8 | There's nothing that prohibits it.  It's just |
| | 9 | something I'm not personally interested in. |
| 12:04 | 10 | Q.  How did you become aware that employees |
| | 11 | speak to each other about what their ratings are? |
| | 12 | MR. SHAH:  Object to form. |
| | 13 | A.  I don't know that I have witnessed it, but |
| | 14 | people talk, some people more than others.  So I |
| 12:04 | 15 | don't have anything else besides that. |
| | 16 | Q.  At a certain point, were you -- did you |
| | 17 | receive a promotion ▬▬▬▬▬▬▬▬▬▬▬▬▬ |
| | 18 | ▬▬▬▬▬? |
| | 19 | MR. SHAH:  Object to form. |
| 12:04 | 20 | A.  Yes▬▬▬▬▬▬▬▬▬▬▬▬▬. |
| | 21 | Q.  When was that? |
| | 22 | A.  End of 2006, I think. |
| | 23 | Q.  Prior to being promoted ▬▬▬▬▬ did |
| | 24 | you receive any increase in compensation or |
| 12:05 | 25 | promotion ▬▬▬▬▬▬▬ |

| | | |
|---|---|---|
| 12:41 | 1 | bonus programs. |
| | 2 | Q. What are the names and job titles of those |
| | 3 | four other employees? |
| | 4 | A. They're all considered compensation -- |
| 12:41 | 5 | comp and benefits specialists. ▮▮▮▮▮▮▮▮▮▮ |
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ |
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | | ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 12:42 | 10 | Q. Do you still report to ▮▮▮▮▮▮ |
| | 11 | A. Yes. |
| | 12 | Q. Is this the first job position where you |
| | 13 | have had direct reports? |
| | 14 | A. Yes. |
| 12:42 | 15 | Q. Is part of your job now to provide focal |
| | 16 | reviews to these direct reports? |
| | 17 | A. Yes. |
| | 18 | Q. Have you had an opportunity to do that |
| | 19 | since you have been in your new job as compensation |
| 12:42 | 20 | manager? |
| | 21 | A. Yes. |
| | 22 | Q. When was that? |
| | 23 | A. This month. |
| | 24 | Q. What ratings did you give your four |
| 12:42 | 25 | employees, four direct reports? |

12:42   1   A. ████████████████████████████████
           ████████████████████████
        3      ████ ████████████████████████████
              ████████████████████████████████
████    ██  ██ ██
        ██     ████████ ████████████
        ██  ██ ████████████████████████
        ██     ██████
        ██  ██ ██
████    ██  ██ ████████████████████
        ██     ██████████
        ██  ██ ██
        ██  ██ ████████████████████
        ██     ██████████
████    ██  ██ ██
        ██  ██ ████████████████████
        ██     ████████████████████████████
        ██     ████████
        ██  ██ ████
████    ██  ██ ████████████████████████
        ██     ██████████████
        ██  ██ ██████████████████████ ██
        ██     ██████████████████████████████
        ██     ██████████████████
████    ██     ██████████████████

[Page redacted in its entirety]

[Page content redacted]

[Page content redacted]

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4    IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
      LITIGATION
 5

 6    THIS DOCUMENT RELATES TO:

 7    ALL ACTIONS.

 8

 9            NO:  Master Docket No. 11-CV-2509-LHK

10                  REPORTER'S CERTIFICATE

11            I, MARY ABERNATHY SEAL, New Mexico CCR
      #69, DO HEREBY CERTIFY that on March 20, 2013, the
12    Deposition of DANIEL ROBERT McKELL was taken before
      me at the request of, and sealed original thereof
13    retained by:

14              Attorney for the Plaintiffs
                Ms. Sarah R. Schalman-Bergen
15              BERGER & MONTAGUE, P.C.
                1622 Locust Street
16              Philadelphia, Pennsylvania 19103-6365
                (215) 875-3000
17
                I FURTHER CERTIFY that copies of this
18    Certificate have been mailed or delivered to all
      Counsel, and parties to the proceedings not
19    represented by counsel, appearing at the taking of
      the Deposition.
20
                I FURTHER CERTIFY that examination of this
21    transcript and signature of the witness was required
      by the witness and all parties present.
22    On_____ a letter was mailed or delivered to Mr.
      Sujal J. Shah regarding obtaining signature of the
23    witness, and corrections, if any, were appended to
      the original and each copy of the Deposition.
24

25
```

```
 1              I FURTHER CERTIFY that the recoverable
       cost of the original and one copy of the Deposition,
 2     including exhibits, to Mr. Sarah R. Schalman-Bergen
       is $_____.
 3
                I FURTHER CERTIFY that I did administer
 4     the oath to the witness herein prior to the taking
       of this Deposition; that I did thereafter report in
 5     stenographic shorthand the questions and answers set
       forth herein, and the foregoing is a true and
 6     correct transcript of the proceeding had upon the
       taking of this Deposition to the best of my ability.
 7
                I FURTHER CERTIFY that I am neither
 8     employed by nor related to nor contracted with
       (unless excepted by the rules) any of the parties or
 9     attorneys in this case, and that I have no interest
       whatsoever in the final disposition of this case in
10     any court.

11

12
                              _____
13                            Mary Abernathy Seal
                              BEAN & ASSOCIATES, INC.
14                            NM Certified Court Reporter #69
                              License Expires: 12/31/13
15
       (6941K) MAS
16     Date taken:  March 20, 2013
       Proofread by:  JB
17

18

19

20

21

22

23

24

25
```