# EXHIBIT K

```
 1                  UNITED STATES DISTRICT COURT
 2                NORTHERN DISTRICT OF CALIFORNIA
 3                       SAN JOSE DIVISION
 4
 5   IN RE:  HIGH-TECH EMPLOYEE      )
 6   ANTITRUST LITIGATION            )
 7                                   )  No. 11-CV-2509-LHK
 8   THIS DOCUMENT RELATES TO:       )
 9   ALL ACTIONS.                    )
10   _____
11
12           VIDEO DEPOSITION OF FRANK WAGNER
13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY
14                       March 7, 2013
15
16       Reported by:  Anne Torreano, CSR No. 10520
17
18
19
20
21
22
23
24
25
```

1 █████████████████████████████
█ █████████████████████████████
█ ███████████████████████████
█ ███████████████████████████████
███████ █ ████████████████████████████
█ █████
█ ████████████
█ █ ████████████████████████████
█ ████████████████████
████████ █ ██████████████████████████
█ ██████████████████
█ █ ██████ █████████████████
█ █ ████████████████████████████
█ █████████████████████
████████ █ ████
█ █ ██████
█ ██████████████████████████
█ ██████████████████████████
█ ███████ █████████████████████
████████ ██████████████████████████████
█ ███████
█ ██████████████████████████
█ ████████████████████████
█ ████████████████████████
████████ ████████████████████████████

17   Q.   Okay.  And circling -- I appreciate that
18   description, by the way.

[page content redacted]

```
 1      [REDACTED]
 2      [REDACTED] --
 3      Q.  Okay.
 4      A.  -- as the head of HR.  Or People Operations we
10:37:41  5  call it.
 6      Q.  Okay.  And is that for all employees in the
 7  company?
 8      A.  [REDACTED]
        [REDACTED]
10:37:51 10  Q.  Okay.  And was that the process in 2007 when
11  you started?
12      A.  Yes.
13          May I clarify?
14      Q.  Of course, yes.
10:38:06 15  A.  So when I started in 2007, [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
        [REDACTED]
22          MR. RUBIN:  Objection.  Lacks foundation.
23          THE WITNESS:  What do you mean by "most"?
24  BY MS. DERMODY:
10:38:31 25  Q.  Is it more the exception than the rule that
```

```
 1   employees are paid within their salary range?
 2          MR. RUBIN:  Same objection.
 3          THE WITNESS:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
     ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
10:38:45  5  BY MS. DERMODY:
 6     Q.   You describe, as one of the various
 7   responsibilities that you've had, offers to external
 8   candidates.
 9          Can you tell me what that involves?
10:39:06 10    A.   ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
    [redacted lines]
10:40:20 25    A.   So the other group in People Operations is
```

```
         1   part of what we called People Technology Operations at

         2   the time.  We now refer to it as Google People

         3   Services.








10:40:57 10        Q.   Okay.  And then what goes to you?  All the

        11   rest?

        12        A.   Oh, you mean to our team?

        13        Q.   Yes.

        14        A.
```

1               REPORTER'S CERTIFICATE

2          I, Anne Torreano, Certified Shorthand Reporter

3   licensed in the State of California, License No. 10520,

4   hereby certify that the deponent was by me first duly

5   sworn, and the foregoing testimony was reported by me

6   and was thereafter transcribed with computer-aided

7   transcription; that the foregoing is a full, complete,

8   and true record of said proceedings.

9          I further certify that I am not of counsel or

10  attorney for either or any of the parties in the

11  foregoing proceeding and caption named or in any way

12  interested in the outcome of the cause in said caption.

13         The dismantling, unsealing, or unbinding of

14  the original transcript will render the reporter's

15  certificates null and void.

16         In witness whereof, I have subscribed my name

17  this 18th day of March, 2013.

18

19            [ ] Reading and Signing was requested.

20            [ ] Reading and Signing was waived.

21            [X] Reading and Signing was not requested.

22

23

24
                              _____
25                            ANNE M. TORREANO, CSR No. 10520