# EXHIBIT 122

| | |
|---|---|
| From: | Lori McAdams [lmcadams@pixar.com] |
| Sent: | Friday, November 17, 2006 4:43 PM |
| To: | Kathy Mandato; Sharon Berlin; Sharon Coker; Ann Le Cam; Linda Zazza; Anita Peters |
| Subject: | Salary increase budget 2007? |

Quick question from me, for those of you who can share the info.
What is your salary increase budget for FY '07? Ours is 4%, but we may manage it to closer to 3% on average. Are you doing anything close, more, or less?

Happy Friday!

--Lori
510-752-3564

EXHIBIT 122
WIT. McAdams
DATE 8-2-12
KRAMM COURT REPORTING

Confidential - Attorneys' Eyes Only

LUCAS00184664