# GZJ KDKV 495:

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format



2738.1

INTUIT_043557
Confidential - Attorneys' Eyes Only

| Performance Rating | Award Range (as a % of target bonus) |
|---|---|
|  |  |

27382

Cutoff Dates



Nonexempt and Sales Nonexempt values do not use a calculation
the Group Value amounts are put in the Admin Tbl



2738.3



| Salary Levels | California/Boston** |
|---------------|--------------------|
| SVP | Focal Target |

2736.4

## North America Stock Focal Guideline Matrix

| Position | Stock Recommendations by Group Value and Location |
|---|---|

2738.5