# EXHIBIT 2739

(Part 1 of 3)

## DOCUMENT

## PLACEHOLDER

This Document was Produced in Native Format



2739.1

INTUIT_043560
Confidential - Attorneys' Eyes Only



Intuit

# Total Rewards &
# Pay Decisions Toolkit

Intuit Confidential

2739.2

# Table of Contents



A reference
you can use
throughout the
year....

1. Introduction
2. Total Rewards....An Overview
3. Rewards Philosophy & Vision
4. Using Market Information
5. Pay Decision Guidelines
6. Variable Pay
7. Recognition
8. Stock Options
9. Job Changes/Hiring — FAQ's
10. Overtime/FLSA
11. Questions & Contacts
Appendix: Training Presentation

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.3



# 1. Introduction

Intuit Confidential

2739.4

# Introduction

**The purpose of this guide is to provide managers with a framework that will facilitate pay decisions...**

⋏ What is "Total Rewards" and how does it fit into the bigger picture?

⋏ What are the various tools available to me as a leader to reward and recognize people?

⋏ When or how do I use these tools?

Understanding the fundamentals of total rewards will help you, as a leader, differentiate rewards and recognition...linking pay decisions to performance outcomes and business strategy.

Total Rewards Toolkit          Intuit  Confidential          May 2005          Intuit

2739.5



# 2. Total Rewards... An Overview

Intuit Confidential

2739.6



What is "Total Rewards"

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.7



2739.8



**Total Rewards...An Overview**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.9



# Total Rewards...An Overview

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.10



# Total Rewards...An Overview

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.11



**Total Rewards...An Overview**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.12



Total Rewards...An Overview



2739. M



**Total Rewards Guiding Principles**



May 2005

Intuit Confidential

Total Rewards Toolkit

Intuit

2739.16



# Compensation Positioning

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.17



# Rewards Strategy... Intuit's New Direction

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.18



2739.19

# The 3 M's of Compensation

## ...Like building a house from the ground-up...



Intuit®

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.20



# 4. Using Market Information

Intuit

Intuit Confidential

2739.21



2739.22



**Using Market Information**

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.23



# Using Market Information

May 2005

Intuit Confidential

Total Rewards Toolkit

intuit

2739.24



# Multiple Resources for Market Data Partial Listing

Total Rewards Toolkit    Intuit Confidential    May 2005



**QuickBase Resources**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.26



Input:  External Market Review

Total Rewards Job Informati... - Search for "PDPS" - Microsoft Internet Explorer

File   Edit   View   Favorites   Tools   Help

Back    Search   Favorites   Media

Address https://www.quickbase.com/db/bapra?rid?act=QuickSearch&archtxt=PDPS&srchWhich=bapra?rid

Intuit QuickBase

Help  |  Sign Out

Total Rewards Toolkit          Intuit  Confidential          May 2005

intuit

2739.27



# 5. Pay Decision Guidelines

Intuit Confidential

2739.28



6 Steps in Making an Effective Pay Decision

Total Rewards Toolkit          Intuit Confidential          May 2005          Intuit

2739.29



**Factors to Consider When Contemplating Pay Decisions**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.30



**Pay Decision Guidelines**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.31



**Pay Decision Guidelines...Base Pay**

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.32



Input: Performance Rating

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.33



# Pay Decision Guidelines

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.34



Performance Rating

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.35



Highest Performers →
Rewards for Retention

May 2005

Intuit Confidential

Total Rewards Toolkit

Intuit

2739.36



**How Do I Think About "Retention?"**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.37



# Merit Increase Eligibility

Intuit®

May 2005

Intuit Confidential

Total Rewards Toolkit



# Job Mobility/Promotions

For more info, refer to Q&A's in Section 9.

Total Rewards Toolkit    Intuit Confidential    May 2005

**intuit**



# 6. Variable Pay



This section includes the IPI summary. Refer to HR Web site for other plans, or contact your manager.

Intuit Confidential

2739.40



**Variable Pay – Incentive Compensation**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.41



# FY03 IPI - Variable Compensation Logic

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2731.42





Determining Bonus Payout

# 7. Recognition



Intuit Confidential

2739.45



Recognition is:

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.46



2739.47

# Spotlight Recognition FAQ's



General
Q: What's new?

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.48

# FAQ's Continued

**Intuit**

Web Site Info

**Q: How do I access the Web site?**

**A:** There are 2 ways to access the Web site: Through Intuit's Intranet (Total Rewards/Recognition) or by directly typing the URL:

http://intuitcentral.intuit.com/spotlight_recognition into your Internet browser.

**Q: How do I know what my login and password are?**

**A:** The Spotlight Recognition Tool is accessed using your Directory ID and password. If you have forgotten your Directory password, please go to the Directory Tool Box and click on "Forgot Password" and follow the instructions in resetting your password. If unable to login, please submit a ticket to the Help Desk.

**Q: When I try to login to the Spotlight Recognition Tool, I get an Internet explorer error. How can I resolve this issue?**

**A:** This may be a browser cookie issue. Try the steps below:

Instructions to Remove IE Cookies:

1. Select "Tools"
2. Select Internet Options
3. Click Delete Cookies
4. Close the IE browser
5. Restart IE browser

Total Rewards Toolkit    Intuit Confidential    May 2005

2739.49

# FAQ's Continued

**Q:** Who has access the to Spotlight Recognition tool?
**A:** All employees in the US, Canada, UK Ltd and UK ITS can access the tool. Employees can browse the gift certificate options without being an award recipient.

## Sending Awards
**Q: How do I know what award level to send an employee?**

**Q: What are the award options for recognizing employees?**

**Q: Can anyone send recognition awards from our site?**

Intuit   Confidential

🐾 Intuit®

2739.50

# FAQ's Continued

Q: What if the person I want to recognize is not on the recipient list?
**A:** The list of eligible names is refreshed every week. Please contact AccessHR if the employee is not new, or in a temporary, contractor or consultant status.

Q: Can I recognize a temporary employee, contractor or consultant?
**A:** No. If you have questions about this policy, contact your local HR manager.

Q: How do I know I've successfully ordered an award?
**A:** An award confirmation will be sent via email when a successful award order has been placed. This confirmation will include all details of the order for your records.

Q: Do I need my manager's permission to send an award?

Total Rewards Toolkit          Intuit  Confidential          May 2005

**Intuit**

2739.51

# FAQ's Continued



Certificate Redemption (a recipient's view):

Q. How does an employee redeem their award certificate?
A. You can link directly to a redemption site to redeem your award. Alternatively, you can redeem by contacting Customer Service.

Q. Can a recipient redeem for more than one gift certificate with their award?
A. Yes. Recipients can redeem multiple gift certificates up to the value of their award(s).

Q: Can I "buy-up" using my own personal funds?

Q: I'd like to print my award, but the images don't print. How do I fix this?
A: Please follow the steps below:
1. Choose "Tools" menu from Internet Explorer main menu.
2. Choose "Internet Options"
3. Choose "Advanced" tab in "Internet Options" window.
4. Tick on the "Printing background colors and images" options in the "Printing" group option if it's not ticked on.
5. Click "OK" on the "Internet Options" window.

2739.52

# FAQ's Continued

Award Shipping Info

**Q: How long does it take for a recipient to receive the award merchandise they have ordered?**

**A:** Gift certificates generally take between 3-7 days to arrive. If you redeem your award for an online retailer, it will be sent to you the same day so you can begin shopping immediately.

**Q: What if an award arrives damaged or defective?**

**A:** The award recipient can contact Globoforce Customer Service.

**Q: Does my award expire?**

**A:** Yes. You must redeem your award within 1 year from the date it is issued.

**Q: Are awards taxed? If so, how?**

**A:** Yes. All cash awards will be reported in the employee's W-2 as taxable income , as will all non-cash awards OVER $100 in a calendar year also. (Note: Service Awards are non-taxable.)

**Q: Are awards grossed up?**

Total Rewards Toolkit          Intuit   Confidential          May 2005

intuit

2739.53

# FAQ's Continued

<u>Help</u>

**Q: Whom do I contact when I need help?**

**A: The customer service** department at Globoforce is available for any questions you have about your program. You may reach them via email at customerservice@globoforce.com or by phone:

**Country**
**Telephone Number**
**Hours of Operation**

USA
1 866 294 2290
Mon-Sat 4am-4am EST

Canada
1 866 299 8308
Mon-Sat 4am-4am EST

UK
0845 0800 572
Mon-Fri 9am-5:30pm GMT

Further, **AccessHR** can be reached internally at 13333, toll-free at (800) 819-1620 or by emailing AccessHR@intuit.com

**Q: A recipient's certificate is lost or deleted...what do I do?**

**A:** Log into the website, go to the "Redeem an Award" section and check in the "my awards" section. All unredeemed awards are stored here.

Total Rewards Toolkit                Intuit  Confidential                May 2005

**Intuit**

2739.54



**8. Stock Options**

Intuit Confidential

2739.55

**Intuit**

# Stock Option Guidelines

Effective July 1, 2003

*Making the most of your investment...*

Intuit Confidential

2739.56



2739.57

# Role of Stock Options

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit



2739.58