# EXHIBIT 2739

(Part 2 of 3)



# Stock Options Today...

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.59



**Stock Options Today...**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.60

# Stock Options Today...

## DILUTION: Example

⚑ **There are a 1,000 total shares outstanding in ABC Company**

⚑ **I buy 100 shares of ABC Company for $25,000; I now own 10% of the company**

⚑ **Company initiates an employee stock option program**

⚑ **The program increases share count by 5% annually; as a result of the increase in total shares outstanding...**

  ▪ In 10 years my 100 shares is only 6.1% of the 1,629 total shares outstanding

  ▪ In 20 years it is 3.8% of 2,653 total shares outstanding

**intuit**

Total Rewards Toolkit        Intuit Confidential        May 2005

2739.61

# Stock Options Today...

## DILUTION: Example (continued)

△ **My return as a shareholder is reduced dramatically as a result of the employee option dilution**

△ **If the value of the company doubles in 10 years:**

- If no employee options were granted my holdings would be worth $50,000 ($25,000-initial investment X 2)

- With option dilution, my ownership in the company has decreased from 10% to 6.1%. My $25,000 investment is now worth $30,500, versus $50,000

- The difference, $19,500, went to employees.

**Impact of dilution on shareholder value is significant**

Total Rewards Toolkit          Intuit Confidential          May 2005

Intuit

2739.62



2739.63



2739.64

# The Role of Manager/Leader

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit



2739.65

# Making Stock Option Decisions



**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.66





# New Hire Guidelines

Effective July 1, 2003

Intuit Confidential

2739.68



2739.69



# New Hire Guidelines *(Effective July 1, 2003)*

Total Rewards Toolkit    Intuit Confidential    May 2005

**Intuit**



2739.71

# Additional Information

**Intuit**

**To review FAQs on stock options you can visit Intuit's Legal website:**
http://home.intuit.com/legal/stock/stock_faqs.shtml

**For an overview of the different methods to exercise options visit Intuit's compensation website:**
http://home.intuit.com/hr/compensation/downloads/stock_options_101.doc

Total Rewards Toolkit          Intuit Confidential          May 2005

2739.72

**intuit**

**FAQ's**

# 9. Job Changes/Hiring



Intuit Confidential

2739.73

FAQ's

# Job Mobility

## Common Q & As Regarding Compensation Issues For Job Changes & Hiring:

**Q: What Is An Appropriate Pay Action For A Job Change?**

**:Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.74



2739.75

# Geographic Differentials

The local cost of labor is indicated in the chart below for both exempt and nonexempt positions. Local cost of living is included as a reference point to assist with pay decisions that may involve relocation.

Total Rewards Toolkit    Intuit Confidential    May 2005    Intuit

2739.76



2739.77



2739.78



**What is Banding?**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.79



2739.80

**Intuit**

# 10. Overtime/FLSA (United States)



Intuit Confidential

2739.81

This section addresses Exempt and Non-Exempt status. It includes a brief Q&A, information about the federal laws, a tool to assist managers in determining exemption status of jobs, and Intuit's overtime policies.

Total Rewards Toolkit          Intuit Confidential          May 2005

2739.82

# FLSA Q&A

## What is FLSA, anyway?

Enacted in 1938, the Fair Labor Standards Act (FLSA) governs minimum wage, overtime pay, child labor limitations, equal pay and record keeping. According to the Department of Labor, it is currently THE most violated employment law.

## What government agency enforces FLSA?

The Wage and Hour Division of the US Department of Labor administers and enforces FLSA.

Total Rewards Toolkit            Intuit Confidential            May 2005            **intuit**

2739.83



**FLSA Q&A**

May 2005

Intuit Confidential

Total Rewards Toolkit



**FLSA Overtime Requirements**

Total Rewards Toolkit    Intuit Confidential    May 2005

Intuit

2739.85



**Intuit**

# Intuit's Pay Policy for Overtime

Intuit Confidential

2739.87



Non-Exempt Pay Policy

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.88



Non-Exempt Pay Policy

2739.89



**Non-Exempt Pay Policy**

2139.90



**Non-Exempt Pay Policy**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.91



# Non-Exempt Pay Policy

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.92

**Intuit**

# 11. Questions & Contacts



Intuit Confidential

# Questions?



- **Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333 or via the HR Solution Center**

- **Performance management question? – See your HRBP**

- **Pay-for-performance question? – Contact your local HR or the compensation team**

- *Stock Options – Your HR Leader or the Compensation Team*

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.91

intuit

# APPENDIX

Intuit Confidential

2739.95

**Intuit**

# Focal Decisions 2005
## Communications Session for Leaders

*"Differentiating Performance for Results...
Differentiating Pay Decisions for Performance"*

Intuit Confidential

2739.96



**What's Important?**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.97



Y1 Build a High Performance and GPTW

Total Rewards Toolkit   Intuit Confidential   May 2005

2739.98



Focal Decision Process, FY 05...

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.99



Differentiating for Performance and Impact...

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.100



**Input: Performance Rating**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.101

# Input:  Performance Rating

■  During ▌▌▌▌ managers are responsible for:

1. Ensuring employees have completed self reviews and provided self rating

2. Summarizing peer/customer/ feedback collected throughout the year

3. Drafting performance evaluations

4. THEN... determining performance evaluation ratings and recommended pay decisions

## Pay decisions follow performance decisions

Total Rewards Toolkit   Intuit  Confidential   May 2005   **intuit**

Input: Performance Rating



May 2005

Intuit Confidential

Total Rewards Toolkit

2739.103

# Input: Performance Assessment

- Watch for simplified Performance Review forms...available on the intranet in late May

- Highlights coming soon in the next "Line of Sight" communication

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.104



**Input:  Retention Code**

**How Do I Think About Retention...?**

Intuit®

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.105