# EXHIBIT 2739

(Part 3 of 3)



2739.106

# A Ranking Tool to Help with Rationale and Clarity



**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.107



2739.108



# Using Market Reference Points

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.109



# Budget Recommendations are Based On...

- Average Merit Budget = 3.7% (for those projecting merit increases)

- Only 8% of companies reporting a pay freeze, down from 27% last year

- Unemployment at 5.2%, down from last year
- Moderate economic growth projected but inflation concerns
- Key uncertainties: Labor supply/demand and turnover

Total Rewards Toolkit        Intuit Confidential        May 2005        Intuit

2739.110





# Pay Decision Guidelines...

### Increase Recommendation Guide FY'05

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.112



FY 05 – IPI Award Considerations

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.113



What is an Effective Pay Plan?
Also Known As, "Tips for Gaining Approval."

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.114



2739.115



Prorations

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.116

Review

**6 Steps in Making an Effective Pay Decision**

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit



2739.117



2739.118



# Focal Pay Decisions and Options Timeline

May | June | July

PDT - All Level Mgrs

Stock Options Tool - Levels 2&3 Mgrs Only

Note: Two Different Tools

intuit

Total Rewards Toolkit          Intuit Confidential          May 2005

2739.119



# Reports - Individual Worksheet

**intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.120

# Questions?



- **Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333 or via the** HR Solution Center

- **Performance management question? – See your HRBP**

- **Pay-for-performance question? – Contact your local HR or the compensation team**

- *Stock Options – Your HR Leader or the Compensation Team*

**Intuit** ®

May 2005

Intuit   Confidential

Total Rewards Toolkit

2739.121

**Intuit**

# The Pay Decision Tool (PDT)
## ...A Quick Intro



Intuit Confidential

2739.122

# The Pay Decision Tool

■ **Web-based Pay application...enables modeling and recommendations for the following actions:**



No Stock Options At This Time In Tool

Intuit

2739.123



**Eligibility**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.121

# Log On

**Pay Decision Tool**

**intuit**

**Sign In**
Enter your Directory User ID and Password

User ID:

Password:

Sign In

Forgot password?

**intuit**

1. Enter Directory Login and Password.  The Directory Login and password are the same Directory Login and password that is used for the Directory Toolbox.

2. Click the Sign In button.

Total Rewards Toolkit          Intuit  Confidential          May 2005          **intuit**

2739.125

# Log On

**Pay Decision Tool**

Logged in as Inurb,Erica G., proxy for Bennett,Stephen M.
HRMTST88 v4.06

Help • Directory • Toolkit • FAQs • Contact Us • Log Out

**Intuit**

Hello Stephen Bennett,

What would you like to do?

- Recommend or review employee merit increases
- Recommend or review employee stock grants
- Assign a proxy or revoke a proxy
- Log out

1

2

1. **The number of options displayed depends on the level of the manager.**

2. **Click the "Recommend or Review employee merit increases" (Hyperlink) to go to the *Manager Summary Screen***

Total Rewards Toolkit                     Intuit Confidential                     May 2005     **Intuit**

2739.126



**Pay Decision Tool**

**⟨Intuit**

Logged in as **Smith,Pebbles M.**
HRUUAT88 v5.0.5

Help · Directory · Toolkit · FAQs · Contact Us · Log Out

## Summary for Joe Jones

You have not submitted your reviews.

Your reviews are due **0/21/05.** You have **85** day(s) remaining.

**0 of 5** of your direct-report managers have finished their review(s).

**0 of 5** of your direct-report managers' review(s) have automatically rolled up to the next level of management.

Total Rewards Toolkit          Intuit Confidential          May 2005          **⟨Intuit**

2739.127



Manager Summary Screen

Total Rewards Toolkit        Intuit Confidential        May 2005

2739.128



## Manager Summary Screen

May 2005

Intuit Confidential

Total Rewards Toolkit

intuit

2739.129

# Manager Summary Screen



To view information about an employee, click the name of the employee. The system will then display the *Individual Worksheet*.

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.130



Individual Worksheet

Name of Employee

1.

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.131

# Recommend a Merit Increase - Salaried Employee



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.132

# Recommend a Merit Increase – Hourly Employee

1. Increase Range reflects the Perf Rating entered



May 2005

Intuit Confidential

Total Rewards Toolkit

intuit

2739.133

# Merit Lump Sum



1. After clicking the "Continue" button on the

2.

3. Enter Reason and "Continue"

Intuit Confidential

2739.134

# Adjustment



1. Enter a percentage or amount and press "Calculate" , system will back calculate the field not entered.

2. Enter a "Reason" and press "Continue" to the Promotion panel

Total Rewards Toolkit     Intuit Confidential     May 2005     Intuit

2739.135

## Promotion



1. Click "Open the Promotion Worksheet"

2. The Promotion Worksheet displays the EE's current job info.

3. Defaults to current Job Function, Job Family, choose new Job Title/Code.

4. Click "Save" to continue on to the Promotion Increase Screen.

Total Rewards Toolkit

Intuit Confidential

May 2005

intuit



Promotion Increase Panel

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739. 137

# Retention and IPI Bonus



3. Click "Continue" go to the "Review EE Worksheet".

May 2005    Intuit Confidential    Total Rewards Toolkit

2739.138

# Review Employee Worksheet



The Review Employee Worksheet displays a summary of all pay decisions.

1.  Click "Edit" to access a specific section of the Individual Worksheets.

2.  Click on "Save Review" to save this individual employee review. This is the only way the review will be saved.

Total Rewards Toolkit          Intuit Confidential          May 2005

**Intuit**

2739.139



# Reports - Individual Worksheet

## Last Year's Pay Decision Summary Report

Total Rewards Toolkit          Intuit Confidential          May 2005

**Intuit**

2739.140



Reports - Individual Worksheet

May 2005

Intuit Confidential

INTUIT CONFIDENTIAL

Total Rewards Toolkit

2739.M1



# Reports – Manager Summary Screen

New PDT Reports

- Intuit Focal Summary Overall Stats
- Budget Remaining

## Other Reports

### Summary Reports

Select a report to view.

-- Choose one --

-- Choose one --
Average IPI Award by Performance Rating
Customizable FY'05 Focal Review Information [.xls]
Exception Report [.xls]
FY'05 Focal Review Information [.xls]
FY'05 Promotion Report [.xls]
Intuit Focal Review Summary Stats
Budget Remaining
Performance Rating Distribution
Retention Code Distribution
Total Cash Comparison for FY'04 and FY'05 [.xls]

intuit

Total Rewards Toolkit          Intuit Confidential          May 2005

2739.142



2739.143



# Report - Examples

**Retention Code**

**Performance Rating Distribution**

2739.144



Submit – Accept – Reject Review

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.145

# Proxy – Set Up

**Pay Decision Tool**

Logged in as Booth,Erica G., proxy for Bennett,Stephen M.
HRM1STB0 v4.06

Help » Directory » Toolkit » FAQs » Contact Us » Log Out

**Intuit**

**Hello Stephen Bennett,**

What would you like to do?

- Recommend or review employee merit increases
- Recommend or review employee stock grants
- Assign a proxy or revoke a proxy
- Log out

After successfully logging into the PDT, click on the hyperlink "Assign a proxy or or Revoke a  proxy".

Total Rewards Toolkit          Intuit  Confidential          May 2005          **Intuit**

2739. 146

# Proxy – Set Up

**Intuit**

## Pay Decision Tool

Logged in as Booth,Erica G., proxy for Herrera,Joseph G.
HRMTST88 v4.06

Help · Directory · Toolkit · FAQs · Contact Us · Log Out

## Proxies You Grant

### Assign a Proxy

*You must revoke your current proxy assignment in order to assign a new proxy.*

Employee ID:

Start Date:

End Date:

Continue to Action Page ►

1. **"Assign a proxy"** complete fields and **"Continue to Action Page"**

2. **"Revoke a proxy"** Click on **"Revoke"**.

3. **Individual to Whom you have assigned Proxy Access**

4. Click **"Revoke or Continue to Action Page"**, to go back to the Action Page.

Total Rewards Toolkit          Intuit Confidential          May 2005          **Intuit**

2739.147

# Questions?

- Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333 or via the HR Solution Center

- Performance management question? – See your HRBP

- Pay-for-performance question? – Contact your local HR or the compensation team

- *Stock Options – Your HR Leader or the Compensation Team*



**intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.148