| | |
|---|---|
| 1 | BINGHAM MCCUTCHEN LLP |
|   | DONN P. PICKETT (SBN 72257) |
| 2 | FRANK M. HINMAN (SBN 157402) |
|   | KRYSTAL N. BOWEN (SBN 163972) |
| 3 | SUJAL J. SHAH (SBN 215230) |
|   | SUSAN J. WELCH (SBN 232620) |
| 4 | FRANK BUSCH (SBN 258288) |
|   | Three Embarcadero Center |
| 5 | San Francisco, CA  94111-4067 |
|   | Telephone:  415.393.2000 |
| 6 | Facsimile:  415.393.2286 |
|   | donn.pickett@bingham.com |
| 7 | frank.hinman@bingham.com |
|   | krystal.bowen@bingham.com |
| 8 | sujal.shah@bingham.com |
|   | susan.welch@bingham.com |
| 9 | frank.busch@bingham.com |
| 10 | Attorneys for Defendant |
|    | Intel Corporation |
| 11 | |
|    | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| ALL ACTIONS | |
| | Date Consolidated Amended Compl. Filed: September 13, 2011 |

Master Docket No. ll-CV-2509-LHK

[PROPOSED] ORDER GRANTING RESPONSE TO MOTION TO FILE UNDER SEAL

A/75213414.2

Having considered Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal, the Motion is hereby **GRANTED**.

Pursuant to Northern District Civil Local Rule 79-5, (1) Portions of Plaintiffs' Reply In Support of Supplemental Motion for Class Certification; (2) Portions of Rebuttal Supplemental Expert Report of Edward E. Leamer, Ph.D.; and (3) Portions of Exhibits A through O and Plaintiffs' Deposition Exhibits 122, 1304, 2738, and 2739, attached to the Declaration of Anne B. Shaver in Support of Plaintiffs' Supplemental Motion for Class Certification filed concurrently with this Joint Response to Plaintiffs' Administrative Motion, have been properly redacted and publically filed or properly sealed in their entirety.  The redacted portions and documents proposed to be sealed in their entirety shall remain under seal.

In support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal, Defendants filed the following declarations:

- Defendant Adobe Systems Inc. filed a Declaration of Lin W. Kahn;
- Defendant Apple Inc. filed a Declaration of Christina J. Brown;
- Defendant Google filed a Declaration of Anne M. Selin;
- Defendant Intel Corp. filed a Declaration of Frank Busch; and
- Defendant Intuit Corp. filed a Declaration of Rowan T. Mason.

**THE COURT HEREBY ORDERS** that the following documents, figures, and portions thereof be filed under seal:

<u>Plaintiffs' Reply In Support of Supplemental Motion for Class Certification (Dkt. 455)</u>

- Page 3, lines 13-14
- Page 8, lines 21-22
- Footnote 4, line 28
- Page 12, lines 9-22 and 25
- Page 13, lines 1-19

- Page 14, lines 12 and 16

<u>Expert Witness Report of Edward E. Leamer, Ph.D.</u> (Dkt. 457)

- Paragraphs 23, 31, 33, 67-68
- Figures 1, 6-9
- Tables 1-2
- Footnote 42

<u>Exhibits A - O and Exhibits 122, 1304, 2738, and 2739, of the Declaration of Anne B. Shaver</u> (Dkt. 456)

- Exhibit A at pages 23-25, 68-71, 163-65, 198-99, 201, 206-209
- Exhibit D at pages 51, 53-54
- Exhibit E at pages 58-60, 63-64, 120-21
- Exhibit F at pages 46-47, 74-76, 98-102
- Exhibit G at pages 140-143
- Exhibit H at pages 181-83
- Exhibit J at pages 35-38, 68-74, 77, 80-84
- Exhibit K at pages 27-32
- Exhibit L at pages 87, 100-02, 120, 134-36, 177-78, 184, 192-93, 203, 243, 251, 260, 262
- Exhibit N at page 457
- Exhibit O at pages 96-98, 148, 167-68, 178-79, 201
- Exhibit 2738 at pages 2-5
- Exhibit 2739 at pages 7-13, 15-20, 22-27, 29-39, 41-44, 46-48, 50-53, 55, 57-60, 63-71, 74-80, 83-86, 88-92, 97-103, 105-20, 123-24, 127-47

[PROPOSED] ORDER GRANTING RESPONSE TO MOTION TO FILE UNDER SEAL

A/75648875.1

1     Good cause having been shown, **IT IS SO ORDERED**.

2

3   DATED: _____    By: _____
                                                                                  HONORABLE LUCY H. KOH

4                                                                                    United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28