EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:     (650) 632-4700
Facsimile:      (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:     (202) 662-6000
Facsimile:      (202) 662-6291

Attorneys for Defendant
PIXAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR
LUCASFILM LTD.
Case No. 3:11-cv-2509-LHK

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

It is hereby stipulated that Defendant Lucasfilm Ltd.("Lucasfilm") hereby substitutes:

Deborah A. Garza
John W. Nields, Jr.
Thomas A. Isaacson
Chinue Turner Richardson
COVINGTON & BURLING LLP
1201 Pennsylvania Ave. NW
Washington, DC 20004

Emily Johnson Henn
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

as counsel of record for Lucasfilm, instead and in place of:

John W. Keker
Daniel Purcell
Eugene M. Paige
Justina K. Sessions
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 381-5400
Facsimile:   (415) 397-7188

Lucasfilm, Covington & Burling LLP, and Keker and Van Nest LLP each consents to this substitution, and Lucasfilm consents to Keker & Van Nest LLP's withdrawal as counsel for Lucasfilm in this action.  Defendant Pixar consents to Covington & Burling LLP's representation of Lucasfilm.

Dated:  July 22, 2013          KEKER & VAN NEST LLP

                               By:  /s/
                                        John W. Keker

                               John W. Keker
                               Daniel Purcell
                               Eugene M. Paige
                               Justina K. Sessions
                               633 Battery Street
                               San Francisco, CA  94111
                               Telephone:  (415) 381-5400
                               Facsimile:   (415) 397-7188

Dated: July 22, 2013                COVINGTON & BURLING LLP

By: /s/_____
        Emily Johnson Henn

Emily Johnson Henn
Chinue Turner Richardson
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

    Pursuant to stipulation, IT IS SO ORDERED.  Keker & Van Nest LLP is hereby given permission to withdraw as counsel for Lucasfilm in this action.

Dated:                                  By: _____
                                               HON. LUCY H. KOH
                                               UNITED STATES DISTRICT JUDGE