1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan P. Glackin (State Bar No. 199643)
3  Dean M. Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James G. Dallal (State Bar No. 277826)
9  JOSEPH SAVERI LAW FIRM
   505 Montgomery Street, Suite 625
10 San Francisco, California 94111
   Telephone:  (415) 500-6800
11 Facsimile:  (415) 395-9940

12 *Co-Lead Class Counsel*

13 [Additional counsel listed on signature page]

14
15                     UNITED STATES DISTRICT COURT
16                    NORTHERN DISTRICT OF CALIFORNIA
17                          SAN JOSE DIVISION
18

| | |
|---|---|
| 19  IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| 20  THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO ENFORCE LOCAL RULE 7-3(d)(1) AND STRIKE DEFENDANTS' IMPROPER SUR REPLY** |
| 21  ALL ACTIONS | |

22
23
24
25
26
27
28

Having considered Plaintiffs' July 24, 2013 Administrative Motion to Enforce Local Rule 7-3(d)(1) and Strike Defendants' Improper Sur-Reply, the Motion is hereby **GRANTED**.

Accordingly, the Court **HEREBY ORDERS THE CLERK** to remove from the physical and electronic docket Defendants' "Objections to Evidence," (Dkt. 469). **IT IS FURTHER ORDERED** that there shall be no further briefing regarding Plaintiffs' Pending Supplemental Class Certification Motion.

**IT IS SO ORDERED.**

Dated: _____

_____
LUCY H. KOH
United States District Judge