Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION TO ENFORCE LOCAL RULE 7-3(d)(1) AND STRIKE DEFENDANTS' IMPROPER SUR REPLY** |

1   I, Dean M. Harvey, declare:

2   1.   I am a partner in the law firm of Lieff Cabraser Heimann & Bernstein, LLP, Co-Lead Class Counsel.  I am a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California.  I make this declaration based on my own personal knowledge.  If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

2.   Defendants did not notify or meet and confer with Plaintiffs prior to filing their July 19, 2013 "Objections to Evidence," (Dkt. 469).

3.   On Monday, July 22, 2013, Plaintiffs wrote Defendants and explained that their sur-reply violated the Local Rules and should be withdrawn.  Plaintiffs also offered to meet and confer on the matter.  Attached hereto as Exhibit A is a true and correct copy of the July 22, 2013 letter from Class counsel to Defense counsel.

4.   Defendants did not meet and confer regarding Plaintiffs' request and refused to withdraw the sur-reply.  Attached hereto as Exhibit B is a true and correct copy of Defense counsel's July 22, 2013 response.

5.   Attached as Exhibit C is a true and correct copy of excerpts from the June 11, 2013 deposition of Edward Leamer.

6.   Attached as Exhibit D is a true and correct copy of excerpts from the July 5, 2013 deposition of Kevin Murphy.

7.   Attached as Exhibit E is a true and correct copy of Plaintiffs' Exhibit 2857: an excerpt from "Social Economics: Market Behavior in a Social Environment," by Gary Becker and Kevin Murphy.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed July 23, 2013, in San Francisco, California.

*/s/ Dean M. Harvey*
Dean M. Harvey