# EXHIBIT A

**Lieff**
**Cabraser**
**Heimann &**
**Bernstein**
Attorneys at Law

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
t  415.956.1000
f  415.956.1008

July 22, 2013

Dean Harvey
Partner
dharvey@lchb.com

**VIA E-MAIL**

Robert A. Mittelstaedt
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104

Michael F. Tubach
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111

Lee H. Rubin
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112

Donn P. Pickett
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111

     RE:    *In re High-Tech Employee Antitrust Litigation*,
             11-cv-2509-LHK (N.D. Cal.)

Dear Counsel:

        Defendants' July 19, 2013 "Objections to Evidence" is an improper sur-reply brief. Defendants filed it pursuant to Local Rule 7-3(d), which expressly prohibits "further argument on the motion." The sur-reply is almost entirely "further argument" on Plaintiffs' Supplemental Class Certification Motion. This argument, consisting of an improper attempt to rehabilitate Drs. Murphy and Shaw and re-argue the merits of the pending motion, is plain abuse of Local Rule 7-3(d).

        By noon on Tuesday, July 23, 2013, please confirm whether Defendants will withdraw the brief. I am available to meet and confer regarding this matter in the meantime. If Defendants will not withdraw the brief, Plaintiffs will seek appropriate relief from the Court.

Very truly yours,

Dean Harvey

DMH:wp
cc:    Kelly M. Dermody
        Joseph R. Saveri
1123224.1

San Francisco        New York        Nashville        www.lieffcabraser.com