# EXHIBIT B



# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Two Embarcadero Center, 28th Floor | NEWPORT BEACH |
| BRUSSELS | San Francisco, California 94111-3823 | NEW YORK |
| CENTURY CITY | | SHANGHAI |
| HONG KONG | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| JAKARTA† | FACSIMILE (415) 984-8701 | SINGAPORE |
| LONDON | www.omm.com | TOKYO |
| LOS ANGELES | | WASHINGTON, D.C. |

July 22, 2013

OUR FILE NUMBER
027559-00231

**BY EMAIL**

WRITER'S DIRECT DIAL
(415) 984-8979

Dean Harvey
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

WRITER'S E-MAIL ADDRESS
cjbrown@omm.com

Re:  *In re High-Tech Employee Antitrust Litigation*, 11-cv-2509-LHK (N.D. Cal.)

Dear Dean:

I write in response to your letter earlier today regarding Defendants' objections to Plaintiffs' reply evidence filed July 19, 2013. We believe this filing complies with Local Rule 7-3(d) and properly states objections to new evidence submitted with Plaintiffs' reply in support of the supplemental class certification motion. We therefore do not intend to withdraw the objections.

Sincerely,

Christina Brown
for O'MELVENY & MYERS LLP

cc: Kelly Dermody
 Joseph Saveri
 Counsel for Defendants Adobe, Google, Intel, and Intuit

† In association with Tumbuan & Partners