EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:     (650) 632-4700
Facsimile:     (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:     (202) 662-6000
Facsimile:     (202) 662-6291

Attorneys for Defendant
PIXAR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 3:11-cv-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER** |

STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR
LUCASFILM LTD.
Case No. 3:11-cv-2509-LHK

1  **TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2     It is hereby stipulated that Defendant Lucasfilm Ltd.("Lucasfilm") hereby substitutes:

3  Deborah A. Garza
   John W. Nields, Jr.
4  Thomas A. Isaacson
   Chinue Turner Richardson
5  COVINGTON & BURLING LLP
   1201 Pennsylvania Ave. NW
6  Washington, DC 20004

7  Emily Johnson Henn
   COVINGTON & BURLING LLP
8  333 Twin Dolphin Drive, Suite 700
   Redwood City, CA  94065
9  Telephone:  (650) 632-4700

10 as counsel of record for Lucasfilm, instead and in place of:

11 John W. Keker
   Daniel Purcell
12 Eugene M. Paige
   Justina K. Sessions
13 KEKER & VAN NEST LLP
   633 Battery Street
14 San Francisco, CA  94111
   Telephone:  (415) 381-5400
15 Facsimile:   (415) 397-7188

16
   Lucasfilm, Covington & Burling LLP, and Keker and Van Nest LLP each consents to this
17
   substitution, and Lucasfilm consents to Keker & Van Nest LLP's withdrawal as counsel for
18
   Lucasfilm in this action.  Defendant Pixar consents to Covington & Burling LLP's representation
19
   of Lucasfilm.
20
   Dated:  July 22, 2013          KEKER & VAN NEST LLP
21

22                                 By:  */s/*
                                         John W. Keker
23
                                   John W. Keker
24                                 Daniel Purcell
                                   Eugene M. Paige
25                                 Justina K. Sessions
                                   633 Battery Street
26                                 San Francisco, CA  94111
                                   Telephone:  (415) 381-5400
27                                 Facsimile:   (415) 397-7188

28

2
STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR
LUCASFILM LTD.
Case No. ~~3:~~11-cv-2509-LHK

| | | |
|---|---|---|
| 1 | Dated:  July 22, 2013 | COVINGTON & BURLING LLP |

By:  /s/_____
          Emily Johnson Henn

Emily Johnson Henn
Chinue Turner Richardson
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

　　　　Pursuant to stipulation, IT IS SO ORDERED.  Keker & Van Nest LLP is hereby given permission to withdraw as counsel for Lucasfilm in this action.

Dated: July 24, 2013                              By: _____
　　　　　　　　　　　　　　　　　　　　　　　HON. LUCY H. KOH
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE