[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**DEFENDANTS ADOBE, APPLE, GOOGLE, INTEL, AND INTUIT'S JOINT BRIEF REGARDING THE IMPACT OF THE PROPOSED PIXAR AND LUCASFILM SETTLEMENTS ON THE SUPPLEMENTAL CLASS CERTIFICATION MOTION** |

Defendants Adobe Systems, Inc., Apple Inc., Google Inc., Intel Corp., and Intuit Inc. jointly submit this brief in response to the Court's Order Regarding the July 12, 2013 Notice of Settlement Letter, Dkt. 460 (the "Order"), to discuss the impact of the proposed Pixar and Lucasfilm settlements on the pending supplemental class certification motion.

On July 12, 2013, Plaintiffs notified the Court that "they and Defendants Pixar and Lucasfilm Ltd. have reached an agreement to settle all individual and class claims." Dkt. 453. Despite requests from the non-settling Defendants, Plaintiffs, Pixar and Lucasfilm have declined to disclose the details of the proposed settlements, and they have not indicated when they intend to present the settlements for consideration and preliminary approval by the Court.

Pursuant to the Order, counsel for Plaintiffs, Adobe, Apple, Google, Intel and Intuit held a meet and confer session on July 24, 2013, and exchanged draft briefs. Counsel for Pixar and Lucasfilm were invited but declined to participate.

While their draft brief did not reveal the details of the proposed settlements, Plaintiffs did confirm they will seek certification of a "Settlement Class" that is identical to the proposed 60,000-plus member Technical Class which is the subject of the pending motion. According to the draft brief, the proposed settlements would release claims only against Pixar and Lucasfilm. The proposed settlements would purport to preserve all alleged claims—including claims of former and current Pixar and Lucasfilm employees who are members of the putative class— against non-settling Defendants under Plaintiffs' theory of joint and several liability.

The announced Pixar and Lucasfilm settlements undoubtedly reflect the unique circumstances of those Defendants as members of the film industry and their employees, who make up about 2.3% of the Technical Class. Plaintiffs agree that these proposed settlements have no effect on the pending motion for certification of the Technical Class.

Dated: July 26, 2013

By: /s/ George A. Riley
      George A. Riley

GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
AMANDA R. CONLEY (Bar No. 281270)
aconley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant Apple Inc.


By: /s/ Frank M. Hinman
      Frank M. Hinman

DONN P. PICKETT (Bar No. 72257)
donn.pickett@bingham.com
FRANK M. HINMAN (Bar No. 157402)
frank.hinman@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111-4067
Telephone:   (415) 393-2000
Facsimile:   (415) 393-2286

Attorneys for Defendant Intel Corp.


By: /s/ Lee H. Rubin
      Lee H. Rubin

EDWARD D. JOHNSON (Bar No. 189475)
wjohnson@mayerbrown.com
LEE H. RUBIN (Bar No. 141331)
lrubin@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:   (650) 331-2060

Attorneys for Defendant Google Inc.

By: /s/ David C. Kiernan
David C. Kiernan

ROBERT A. MITTELSTAEDT (Bar No. 60359)
ramittelstaedt@jonesday.com
CRAIG A. WALDMAN (Bar No. 229943)
cwaldman@jonesday.com
DAVID C. KIERNAN (Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant Adobe Systems, Inc.

By: /s/ Robert A. Mittelstaedt
Robert A. Mittelstaedt

ROBERT A. MITTELSTAEDT (Bar No. 60359)
ramittelstaedt@JonesDay.com
CRAIG E. STEWART (Bar No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

CATHERINE T. ZENG (Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone: (650) 739-3939
Facsimile: (650) 739-3900

Attorneys for Defendant Intuit Inc.

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.