[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**[PROPOSED] ORDER DENYING PLAINTIFFS' ADMINISTRATIVE MOTION TO STRIKE DEFENDANTS' OBJECTIONS TO REPLY EVIDENCE** |

1 | Having considered Plaintiffs' administrative motion to strike Defendants' objections to reply evidence (Administrative Motion to Enforce Local Rule 7-3(d)(1) and Strike Defendants' Improper Sur Reply, Dkt. 479), and the papers, relevant evidence, and parties' arguments, the motion is hereby **DENIED**.

**IT IS SO ORDERED.**

Dated:_____                    _____
                                     HONORABLE LUCY H. KOH
                                     United States District Court Judge

Respectfully submitted on:  July 28, 2013

           By: /s/ George A. Riley
               George A. Riley

GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
AMANDA R. CONLEY (Bar No. 281270)
aconley@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant Apple Inc.

           By: /s/ Frank M. Hinman
               Frank M. Hinman

DONN P. PICKETT (Bar No. 72257)
donn.pickett@bingham.com
FRANK M. HINMAN (Bar No. 157402)
frank.hinman@bingham.com
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA  94111-4067
Telephone:    (415) 393-2000
Facsimile:    (415) 393-2286

Attorneys for Defendant Intel Corp.

By: /s/ Lee H. Rubin
Lee H. Rubin

EDWARD D. JOHNSON (Bar No. 189475)
wjohnson@mayerbrown.com
LEE H. RUBIN (Bar No. 141331)
lrubin@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:      (650) 331-2000
Facsimile:       (650) 331-2060

Attorneys for Defendant Google Inc.

By: /s/ David C. Kiernan
David C. Kiernan

ROBERT A. MITTELSTAEDT (Bar No. 60359)
ramittelstaedt@jonesday.com
CRAIG A. WALDMAN (Bar No. 229943)
cwaldman@jonesday.com
DAVID C. KIERNAN (Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

Attorneys for Defendant Adobe Systems, Inc.

By: /s/ Robert A. Mittelstaedt
Robert A. Mittelstaedt

ROBERT A. MITTELSTAEDT (Bar No. 60359)
ramittelstaedt@JonesDay.com
CRAIG E. STEWART (Bar No. 129530)
cestewart@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:      (415) 626-3939
Facsimile:       (415) 875-5700

CATHERINE T. ZENG (Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:      (650) 739-3939
Facsimile:       (650) 739-3900

Attorneys for Defendant Intuit Inc.