KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA K. SESSIONS - # 270914
jsessions@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No. 5:11-cv-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby appears in this action as co-counsel of record for Defendant Google Inc.:

Eugene M. Paige
epaige@kvn.com

KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111

Eugene M. Paige respectfully requests that all pleadings, orders, motions, notices and other papers in connection with this action henceforth be served on him.

Dated:  July 29, 2013                                           KEKER & VAN NEST LLP

                                                    By:    /s/ Eugene M. Paige
                                                           ROBERT A. VAN NEST
                                                           DANIEL PURCELL
                                                           EUGENE M. PAIGE
                                                           JUSTINA K. SESSIONS

                                                           Attorneys for Defendant
                                                           GOOGLE INC.