KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA K. SESSIONS - # 270914
jsessions@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No. 5:11-cv-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **NOTICE OF APPEARANCE** |

TO THE COURT, ALL PARTIES, AND ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that the following attorney hereby appears in this action as co-counsel of record for Defendant Google Inc.:

Justina K. Sessions
jsessions@kvn.com

KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111

Justina K. Sessions respectfully requests that all pleadings, orders, motions, notices and other papers in connection with this action henceforth be served on her.

Dated: July 29, 2013                                KEKER & VAN NEST LLP

                                      By:   /s/ Justina K. Sessions
                                            ROBERT A. VAN NEST
                                            DANIEL PURCELL
                                            EUGENE M. PAIGE
                                            JUSTINA K. SESSIONS

                                            Attorneys for Defendant
                                            GOOGLE INC.