**Joseph Saveri Law Firm**

505 Montgomery Street, Suite 625
San Francisco, California  94111
(tel) 415 500 6800
(fax) 415 500 6803

**Lieff
Cabraser
Heimann** & 275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111-3339
**Bernstein**          T  415.956.1000
Attorneys at Law        F  415.956.1008

July 30, 2013

**VIA ECF**

The Honorable Lucy H. Koh
United States District Court
for the Northern District of California
280 South First Street, #4050,
Courtroom 8 – 4th Floor
San Jose, CA 95113

Re:   *In re High-Tech Employee Antitrust Litigation*,
      11-cv-2509-LHK (N.D. Cal.)

Your Honor:

Class Counsel in the above-referenced case write to inform the Court that they and Defendant Intuit Inc. have reached an agreement to settle all individual and class claims alleged in the Consolidated Amended Complaint on behalf of the proposed Technical Class identified in Appendix B to the Report of Edward Leamer dated October 1, 2012 (Dkt. 190). The parties anticipate completing documentation of the proposed Settlement and presenting it for the Court's consideration in the near future.

Respectfully,

Joseph R. Saveri/*wp*

Joseph R. Saveri
Joseph Saveri Law Firm

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein, LLP

KMD:wp
cc:   Defense Counsel (via email)
1124069.1