Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: August 8, 2013<br>Time: 1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge: The Honorable Lucy H. Koh |

The parties submit this joint statement for the August 8, 2013 Case Management Conference.

**I.      Case Progress**

Since the May 15, 2013 Case Management Conference, the case has progressed as follows:

The parties filed a Joint Discovery Status Report on May 17, 2013, in which Plaintiffs updated the Court regarding completion of discovery regarding Sheryl Sandberg (Dkt. 423). Also on May 17, 2013, Defendants submitted a joint response to the administrative motion to file under seal portions of Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents (Dkt. 424) along with supporting declarations.

The parties submitted a Joint Mediation Status Report on May 22, 2013, confirming their agreement to mediate with David Rotman on June 26, 2013 (Dkt. 435).

The parties filed a Joint Discovery Status Report on May 28, 2013, confirming "no pending discovery issues or disputes," and requesting "that the Court relieve the parties of their obligations to submit weekly joint discovery status reports" (Dkt. 436).

The Court granted this request (Dkt. 437).

On June 21, 2013, Defendants filed their Opposition to Plaintiffs' Supplemental Motion for Class Certification (Dkt. 439) along with the Supplemental Expert Report of Professor Kevin M. Murphy (Dkt. 440) and the Expert Report of Kathryn Shaw, Ph.D. (Dkt. 442). Defendants also filed on that day an administrative motion, along with supporting declarations, to seal portions of their opposition brief and related papers.

On June 26, 2013, the parties conducted a full day of mediation with David Rotman.

Co-Lead Class Counsel notified the Court of their settlement agreement with Defendants Lucasfilm and Pixar on July 12, 2013 (Dkt. 453).

On July 12, 2013, Plaintiffs filed their Reply in support of their Supplemental Motion for Class Certification (Dkt. 455).

1  On July 14, 2013, the Court requested briefing regarding the impact of the settlements, if any, on Plaintiffs' pending Supplemental Motion for Class Certification (Dkt. 460), and each side submitted a brief on July 26, 2013 (Dkt. 483 and 484).

The parties provided a Joint Status Report regarding their mediation on July 19, 2013 (Dkt. 468).

On July 19, 2013, Pursuant to Local Rule 7-3(d), Defendants Adobe, Apple, Google, Intel and Intuit filed Objections to Evidence in Plaintiffs' Reply in Support of the Supplemental Motion for Class Certification (Dkt. 469). On July 19, 2013, Defendants also filed responses to Plaintiffs' administrative motion to seal portions of Plaintiffs' reply papers (Dkts. 461 & 462), along with supporting declarations. On July 23, 2013, Plaintiffs filed an Administrative Motion to Enforce Local Rule 7-3(d)(1) and Strike Defendants' Objections (Dkt. 479). On July 28, 2013, Defendants Adobe, Apple, Google, Intel and Intuit opposed Plaintiffs' Administrative Motion (Dkt. 485).

On July 30, 2013, Co-Lead Class Counsel notified the Court of their settlement agreement with Defendant Intuit (Dkt. 489).

**II.     Case Management**

The Court's May 15, 2013 Case Management Order sets forth the major deadlines for the litigation of the case through trial (Dkt. 421).

Plaintiffs, Intuit, Lucasfilm and Pixar are working on the documentation of the settlement agreements and related documents. Given the number of documents and parties involved, it is difficult to predict exactly when that process will be completed. As soon as practicable, Plaintiffs will file a motion for preliminary approval.

| | | |
|---|---|---|
| 1 | Dated: August 1, 2013 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | |
| 3 | | By: */s/ Kelly M. Dermody* |
| 4 | | Kelly M. Dermody |
| 5 | | Richard M. Heimann (State Bar No. 63607)<br>Kelly M. Dermody (State Bar No. 171716) |
| 6 | | Eric B. Fastiff (State Bar No. 182260)<br>Brendan Glackin (State Bar No. 199643) |
| 7 | | Dean Harvey (State Bar No. 250298)<br>Anne B. Shaver (State Bar No. 255928) |
| 8 | | Lisa J. Cisneros (State Bar No. 251473)<br>275 Battery Street, 29th Floor |
| 9 | | San Francisco, California 94111-3339<br>Telephone: 415.956.1000 |
| 10 | | Facsimile: 415.956.1008 |
| 11 | | *Co-Lead Class Counsel* |
| 12 | Dated: August 1, 2013 | JOSEPH SAVERI LAW FIRM |
| 13 | | |
| 14 | | By: */s/ Joseph R. Saveri*<br>Joseph R. Saveri |
| 15 | | Joseph R. Saveri (State Bar No. 130064) |
| 16 | | Lisa J. Leebove (State Bar No. 186705)<br>James G. Dallal (State Bar No. 277826) |
| 17 | | JOSEPH SAVERI LAW FIRM<br>505 Montgomery, Suite 625 |
| 18 | | San Francisco, CA 94111<br>Telephone: 415. 500.6800 |
| 19 | | Facsimile: 415. 500.6803 |
| 20 | | *Co-Lead Class Counsel* |

1124317.3 — - 3 - — JOINT CASE MGMNT CONFERENCE STATEMENT
MASTER DOCKET NO. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated:  August 1, 2013 | O'MELVENY & MYERS LLP |

By:   */s/ Michael F. Tubach*

Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated: August 1, 2013          COVINGTON & BURLING LLP

By:   */s/ Emily Johnson Henn*
Emily Johnson Henn

Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

Deborah A. Garza
John W. Nields, Jr.
Thomas A. Isaacson
Chinue Turner Richardson
1201 Pennsylvania Ave. NW
Washington, DC 20004

*Attorneys for Defendant LUCASFILM LTD.*

| | | |
|---|---|---|
| 1 | Dated:  August 1, 2013 | JONES DAY |

By: _____*/s/ David C. Kiernan*_____
David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated: August 1, 2013      JONES DAY

By: _____*/s/ Robert A. Mittelstaedt*_____
Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

| | | |
|---|---|---|
| 1 | Dated: August 1, 2013 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By:     */s/ Lee H. Rubin* |
| 4 | |         Lee H. Rubin |

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2057
Facsimile: (650) 331-4557


KEKER & VAN NEST LLP


By:     */s/ Robert A. Van Nest*
        Robert A. Van Nest

Robert A. Van Nest
Daniel Purcell
Eugene M. Paige
Justina Sessions
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant GOOGLE INC.*

Dated: August 1, 2013    BINGHAM McCUTCHEN LLP


By:     */s/ Frank M. Hinman*
        Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

| | | |
|---|---|---|
| 1 | Dated:  August 1, 2013 | COVINGTON & BURLING LLP |

By: _____*/s/ Emily Johnson Henn*_____
　　　　　　Emily Johnson Henn

Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.