1  [Counsel listed on signature page]
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   NORTHERN DISTRICT OF CALIFORNIA
10                         SAN JOSE DIVISION
11
12  IN RE HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509 LHK
    ANTITRUST LITIGATION
13                                    **DEFENDANTS ADOBE, APPLE,
    THIS DOCUMENT RELATES TO:         GOOGLE, AND INTEL'S
14                                    ADMINISTRATIVE MOTION TO FILE
    ALL ACTIONS                       STATEMENT OF RECENT DECISION**
15
                                      Date:       August 8, 2013
16                                    Time:       1:30 pm
                                      Courtroom:  8, 4th Floor
17                                    Judge:      The Honorable Lucy H. Koh
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Civil Rules 7-3(d) and 7-11, Defendants request permission to file a Statement of Recent Decision, attached hereto as <u>Exhibit 1</u>, to bring to the Court's attention the relevant judicial opinion of the United States Court of Appeals for the District of Columbia Circuit, *In re Rail Freight Fuel Surcharge Antitrust Litigation*, No. 12-7085 (D.C. Cir. Aug. 9, 2013). The opinion was published today, after the August 8, 2013 hearing on Plaintiffs' Supplemental Motion for Class Certification [Dkt. 418].

Pursuant to Local Rule 7-11(a), this motion is accompanied by a Stipulation and [Proposed] Order Granting Defendants' Administrative Motion to File Statement of Recent Decision.

Dated: August 9, 2013                    O'MELVENY & MYERS LLP

                                         By: /s/ George A. Riley
                                             George A. Riley

                                         George Riley
                                         Michael F. Tubach
                                         Christina J. Brown
                                         Two Embarcadero Center, 28th Floor
                                         San Francisco, CA  94111
                                         Telephone: (415) 984-8700
                                         Facsimile:  (415) 984-8701

                                         Attorneys for Defendant APPLE INC.

Dated: August 9, 2013                    JONES DAY

                                         By: /s/ David C. Kiernan
                                             David C. Kiernan

                                         Robert A. Mittelstaedt
                                         Craig A. Waldman
                                         David C. Kiernan
                                         555 California Street, 26th Floor
                                         San Francisco, CA  94104
                                         Telephone: (415) 626-3939
                                         Facsimile:  (415) 875-5700

                                         Attorneys for Defendant ADOBE SYSTEMS, INC.

| | |
|---|---|
| Dated: August 9, 2013 | MAYER BROWN LLP |
| | By: /s/ Lee H. Rubin |
| |     Lee H. Rubin |
| | Lee H. Rubin<br>Edward D. Johnson<br>Donald M. Falk<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA  94306-2112<br>Telephone:  (650) 331-2057<br>Facsimile:   (650) 331-4557 |
| | KEKER & VAN NEST LLP |
| | By: /s/ Justina Sessions |
| |     Justina Sessions |
| | Robert A. Van Nest<br>Daniel Purcell<br>Eugene M. Page<br>Justina Sessions<br>633 Battery Street<br>San Francisco, CA  94111<br>Telephone:  (415) 381-5400<br>Facsimile:   (415) 397-7188 |
| | Attorneys for Defendant GOOGLE INC. |
| Dated: August 9, 2013 | BINGHAM McCUTCHEN LLP |
| | By: /s/ Frank M. Hinman |
| |     Frank M. Hinman |
| | Donn P. Pickett<br>Frank M. Hinman<br>Three Embarcadero Center<br>San Francisco, CA  94111<br>Telephone:  (415) 393-2000<br>Facsimile:   (415) 383-2286 |
| | Attorneys for Defendant INTEL CORPORATION |

1 | **ATTESTATION**: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the
2 | filing of this document has been obtained from all signatories.

3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DEFS' ADMIN MOTION TO FILE
STATEMENT OF RECENT DECISION
NO. 11-CV-2509 LHK