[Counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING DEFENDANTS ADOBE, APPLE, GOOGLE, AND INTEL'S ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION**<br><br>Date:         August 8, 2013<br>Time:        1:30 pm<br>Courtroom: 8, 4th floor<br>Judge:       The Honorable Lucy H. Koh |

Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs and Defendants Adobe Systems, Inc., Apple Inc., Google Inc., and Intel Corp. ("Defendants") jointly submit this Stipulation and Proposed Order allowing Defendants to file a Statement of Recent Decision.

WHEREAS Defendants wish to file a Statement of Recent Decision in order to bring to the Court's attention the decision of the United States Court of Appeals for the District of Columbia Circuit, *In re Rail Freight Fuel Surcharge Antitrust Litigation*, published today, August 9, 2013.

WHEREAS Plaintiffs do not stipulate that the *In re Rail Freight* decision is relevant, Plaintiffs also do not oppose the filing of Defendants' Statement of Recent Decision.

Therefore, subject to the approval of this Court, Plaintiffs and Defendants hereby stipulate and agree to the filing of Defendants' Statement of Recent Decision.

Dated: August 9, 2013            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By: /s/ Kelly M. Dermody
    Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Interim Co-Lead Counsel for Plaintiff Class

| | | |
|---|---|---|
| 1 | Dated: August 9, 2013 | JOSEPH SAVERI LAW FIRM |

By: /s/ Joseph R. Saveri
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile:  415. 500.6803

Interim Co-Lead Counsel for Plaintiff Class

Dated: August 9, 2013          O'MELVENY & MYERS LLP

By: /s/ George A. Riley
        George A. Riley

George A. Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile:  (415) 984-8701

Attorneys for Defendant APPLE INC.

Dated: August 9, 2013          JONES DAY

By: /s/ David C. Kiernan
        David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile:  (415) 875-5700

Attorneys for Defendant ADOBE SYSTEMS, INC.

| | | |
|---|---|---|
| 1 | Dated: August 9, 2013 | MAYER BROWN LLP |

By: /s/ Lee H. Rubin
    Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2057
Facsimile: (650) 331-4557

KEKER & VAN NEST LLP

By: /s/ Justina Sessions
    Justina Sessions

Robert A. Van Nest
Daniel Purcell
Eugene M. Page
Justina Sessions
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

Attorneys for Defendant GOOGLE INC.

Dated: August 9, 2013    BINGHAM McCUTCHEN LLP

By: /s/ Frank M. Hinman
    Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 383-2286

Attorneys for Defendant INTEL CORPORATION

**ATTESTATION:** Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from all signatories.

1 | IT IS SO ORDERED.
2
3 | Dated: By: _____
4 | HON. LUCY H. KOH
   | UNITED STATES DISTRICT JUDGE

- 4 -

STIPULATION AND [PROPOSED] ORDER
GRANTING DEFS' ADMIN MOTION
NO. 11-CV-2509-LHK