UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
Judge Lucy H. Koh, Presiding
Courtroom 8 - 4th Floor

## Civil Minute Order

Date: 8/8/13                                                                 Time in Court: 3 hr 7 min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

**TITLE: in Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**
**CASE NUMBER**: C-11-02509 LHK

Plaintiffs Attorneys present: Joseph R. Saveri, Kelly M. Dermody, James Dallal, Brendan P. Glackin, Dean Harvey, Lisa Cisneros, Lisa Leebove

Defendants Attorneys present: Robert Van Nest/Daniel Purcell/Lee Rubin for Google
    George Riley/Christina Brown/Mike Tubach for Apple, Inc.
    David C. Kiernan/Lyn Conn/Craig Stewart for Adobe/Intuit
    Don Pickett/Frank Hinman for Intel
    Emily Henn for Pixar

**PROCEEDINGS:** Motion to Certify Class/Further Case Management Conference are held. The motion is argued and taken under submission. The parties are ordered to file documentation of proposed settlement with certain Defendants by September 19, 2013. The parties are referred to Private Mediation with a November 15, 2013 deadline.
    The matter is continued for hearing on Class Settlement and Further Case Management Conference on Thursday, October 3, 2013.