1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN &
5  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
6  San Francisco, California  94111-3339
   Telephone:  415.956.1000
7  Facsimile:  415.956.1008

8  Joseph R. Saveri (State Bar No. 130064)
   Lisa J. Leebove (State Bar No. 186705)
9  James G. Dallal (State Bar No. 277826)
   JOSEPH SAVERI LAW FIRM, INC.
10 505 Montgomery, Suite 625
   San Francisco, CA 94111
11 Telephone:  415.500.6800
   Facsimile:  415.395.9940

12
   *Co-Lead Class Counsel*
13
   [Additional counsel listed on signature page]
14
                    UNITED STATES DISTRICT COURT
15
                  NORTHERN DISTRICT OF CALIFORNIA
16
                         SAN JOSE DIVISION
17

| | |
|---|---|
| 18  IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| 19 | **CLASS ACTION** |
| 20  THIS DOCUMENT RELATES TO: | **PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION** |
| 21  ALL ACTIONS | |

22

23

24

25

26

27

28

1128170.1

1    Pursuant to Local Civil Rules 7-3(d) and 7-11, Plaintiffs request permission to file a

2  Statement of Recent Decision, attached hereto as Exhibit 1, to bring to the Court's attention the

3  relevant judicial opinion of the United States Court of Appeals for the Seventh Circuit, *Butler v.*

4  *Sears, Roebuck and Co.*, Nos. 11-8029 and 12-8030 (7th Cir. Aug. 22, 2013).  The opinion was

5  published August 22, 2013, after the August 8, 2013 hearing on Plaintiffs' Supplemental Class

6  Certification Motion (Dkt. 418).

7    Pursuant to Local Rule 7-11(a), this motion is accompanied by a Stipulation and

8  [Proposed] Order Granting Plaintiffs' Administrative Motion to File Statement of Recent

9  Decision.

10                                    Respectfully submitted,

11  Dated:  August  23, 2013          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

12

13                                    By:      */s/ Kelly M. Dermody*
                                               Kelly M. Dermody

14                                    Richard M. Heimann (State Bar No. 63607)
                                      Kelly M. Dermody (State Bar No. 171716)
15                                    Eric B. Fastiff (State Bar No. 182260)
                                      Brendan Glackin (State Bar No. 199643)
16                                    Dean Harvey (State Bar No. 250298)
                                      Anne B. Shaver (State Bar No. 255928)
17                                    Lisa J. Cisneros (State Bar No. 251473)
                                      275 Battery Street, 29th Floor
18                                    San Francisco, California  94111-3339
                                      Telephone:  415.956.1000
19                                    Facsimile:  415.956.1008

20  Dated:  August  23, 2013          JOSEPH SAVERI LAW FIRM, INC.

21

22                                    By:      */s/ Joseph R. Saveri*
                                               Joseph R. Saveri

23                                    Joseph R. Saveri (State Bar No. 130064)
                                      Lisa J. Leebove (State Bar No. 186705)
24                                    James G. Dallal (State Bar No. 277826)
                                      JOSEPH SAVERI LAW FIRM, INC
25                                    255 California, Suite 450
                                      San Francisco, CA 94111
26                                    Telephone: 415. 500.6800
                                      Facsimile:  415. 395.9940
27

28                                    *Co-Lead Counsel for Plaintiff Class*

1128170.1                        - 1 -          PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
                                                STATEMENT OF RECENT DECISION;
                                                CASE NO. 11-CV-2509-LHK

1

**<u>ATTESTATION</u>**

2        Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this

3   document has been obtained from all signatories.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28