1  [Counsel listed on signature page]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              SAN JOSE DIVISION

11

12  IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
                                       **CLASS ACTION**
13
    THIS DOCUMENT RELATES TO:          **STIPULATION AND [PROPOSED] ORDER**
14                                     **GRANTING PLAINTIFFS'**
    ALL ACTIONS                        **ADMINISTRATAIVE MOTION TO FILE**
15                                     **STATEMENT OF RECENT DECISION**

16

17

18

19

20

21

22

23

24

25

26

27

28

1   Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs and Defendants Adobe Systems,

2   Inc., Apple Inc., Google Inc., and Intel Corp. ("Defendants") jointly submit this Stipulation and

3   Proposed Order allowing Plaintiffs to file a Statement of Recent Decision.

4   WHEREAS Plaintiffs wish to file a Statement of Recent Decision in order to bring to the

5   Court's attention the decision of the United States Court of Appeals for the Seventh Circuit,

6   *Butler v. Sears, Roebuck and Co.*, Nos. 11-8029 and 12-8030 (7th Cir. Aug. 22, 2013).

7   WHEREAS Defendants do not stipulate that the *Sears* decision is relevant, Defendants

8   also do not oppose the filing of Plaintiffs' Statement of Recent Decision.

9   Therefore, subject to the approval of this Court, Plaintiffs and Defendants hereby stipulate

10  and agree to the filing of Plaintiffs' Statement of Recent Decision.

11

12  Dated:  August 23, 2013          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

13

14                                   By:        */s/ Kelly M. Dermody*
                                                Kelly M. Dermody

15                                   Richard M. Heimann (State Bar No. 63607)
16                                   Kelly M. Dermody (State Bar No. 171716)
                                     Eric B. Fastiff (State Bar No. 182260)
17                                   Brendan Glackin (State Bar No. 199643)
                                     Dean Harvey (State Bar No. 250298)
18                                   Anne B. Shaver (State Bar No. 255928)
                                     Lisa J. Cisneros (State Bar No. 251473)
19                                   275 Battery Street, 29th Floor
                                     San Francisco, California  94111-3339
20                                   Telephone:  415.956.1000
                                     Facsimile:  415.956.1008

21

22

23

24

25

26

27

28

1    Dated:  August 23, 2013          JOSEPH SAVERI LAW FIRM, INC.

2

3                                     By:          */s/ Joseph R. Saveri*
                                                   Joseph R. Saveri

4                                     Joseph R. Saveri (State Bar No. 130064)
                                      Lisa J. Leebove (State Bar No. 186705)
5                                     James G. Dallal (State Bar No. 277826)
                                      255 California, Suite 450
6                                     San Francisco, CA 94111
                                      Telephone:  415. 500.6800
7                                     Facsimile:   415. 395.9940

8                                     *Co-Lead Counsel for Plaintiff Class*

9

10   Dated:  August 23, 2013          O'MELVENY & MYERS LLP

11                                    By:          */s/ George A. Riley*
                                                   George A. Riley

12

13                                    George A. Riley
                                      Michael F. Tubach
14                                    Christina J. Brown
                                      Two Embarcadero Center, 28th Floor
15                                    San Francisco, CA  94111
                                      Telephone:  415.984.8700
16                                    Facsimile:  415.984.8701

17                                    *Attorneys for Defendant APPLE INC.*

18   Dated:  August 23, 2013          JONES DAY

19                                    By:          */s/ David C. Kiernan*
                                                   David C. Kiernan
20

21                                    Robert A. Mittelstaedt
                                      Craig A. Waldman
22                                    David C. Kiernan
                                      555 California Street, 26th Floor
23                                    San Francisco, CA  94104
                                      Telephone:  415.626.3939
24                                    Facsimile:  415.875.5700

25                                    *Attorneys for Defendant ADOBE SYSTEMS, INC.*

26

27

28

1128174.1                            - 2 -              STIPULATION AND [PROPOSED] ORDER GRANTING
                                                        PLAINTIFFS' ADMINISTRATIVE MOTION;
                                                        CASE NO. 11-CV-2509-LHK

1    Dated:  August 23, 2013          MAYER BROWN LLP

2
                                       By:       /s/ Lee S. Rubin
3                                                    Lee S. Rubin

4                                      Lee S. Rubin
                                       Edward D. Johnson
5                                      Donald M. Falk
                                       Two Palo Alto Square
6                                      3000 El Camino Real, Suite 300
                                       Palo Alto, CA  94306-2112
7                                      Telephone:  650.331.2057
                                       Facsimile:  650.331.4557
8
                                       KEKER & VAN NEST LLP
9

10                                     By:       /s/ Justina Sessions
                                                   Justina Sessions
11
                                       Robert A. Van Nest
12                                     Daniel Purcell
                                       Eugene M. Page
13                                     Justina Sessions
                                       633 Battery Street
14                                     San Francisco, CA  94111
                                       Telephone:  415.381.5400
15                                     Facsimile:  415.397.7188

16                                     *Attorneys for Defendant GOOGLE INC.*

17   Dated:  August 23, 2013          BINGHAM McCUTCHEN LLP

18
                                       By:       /s/ Frank M. Hinman
19                                                  Frank M. Hinman

20                                     Donn P. Pickett
                                       Frank M. Hinman
21                                     Three Embarcadero Center
                                       San Francisco, CA  94111
22                                     Telephone:  415.393.2000
                                       Facsimile:  415.383.2286
23
                                       *Attorneys for Defendant INTEL CORPORATION*
24

25

26                                        **ATTESTATION**

27        Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this

28   document has been obtained from all signatories.

1          IT IS SO ORDERED.

2

3     Dated:                    By: _____

4                                   HON. LUCY H. KOH
                                    UNITED STATES DISTRICT COURT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION;
CASE NO. 11-CV-2509-LHK