1    MAYER BROWN LLP
     LEE H. RUBIN (SBN 141331)
2    lrubin@mayerbrown.com
     ERIC B. EVANS (SBN 232476)
3    eevans@mayerbrown.com
     ANNE M. SELIN (SBN 270634)
4    aselin@mayerbrown.com
     Two Palo Alto Square, Suite 300
5    3000 El Camino Real
     Palo Alto, CA 94306-2112
6    Telephone:    (650) 331-2000
     Facsimile:    (650) 331-2061
7

8
     *Attorneys for Defendant*
9    *Google Inc.*

10   [Additional counsel listed on signature page]

11
                   **UNITED STATES DISTRICT COURT**
12
                   **NORTHERN DISTRICT OF CALIFORNIA**
13
                          **SAN JOSE DIVISION**
14

15   IN RE: HIGH-TECH EMPLOYEE            Master Docket No. 11-CV-2509-LHK
     ANTITRUST LITIGATION
16                                        **DEFENDANTS' CHART RELATED TO**
     THIS DOCUMENT RELATES TO:            **DEFENDANTS' JOINT RESPONSE TO**
17                                        **PLAINTIFFS' ADMINISTRATIVE**
     ALL ACTIONS                          **MOTION TO SEAL AND SUPPORTING**
18                                        **DECLARATIONS FILED ON MAY 17,**
                                          **2013 (ECF No. 424)**
19

20

21

22          On August 23, 2013, the Court emailed Defendants and requested, among other items,

23   the following:   "[F]or each Defendant's declaration that was filed in support of the Joint

24   Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 424), Defendants

25   shall produce a chart indicating clearly how their respective exhibit numbers correspond to the

26   underlying motions, reports, declarations, and/or exhibits.   Defendants shall file this chart by

27   Tuesday, August 27, 2013, at 4:00 p.m."

28          Pursuant to the Court's request, Defendants hereby jointly file the below charts (attached

hereto as Appendix A), which provide further detail related to Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 424) filed on May 17, 2013 and Defendants' respective supporting declarations.

Dated: August 27, 2013          MAYER BROWN LLP

                                By:       /s/ Lee H. Rubin
                                            Lee H. Rubin

                                Lee H. Rubin
                                Donald M. Falk
                                Eric B. Evans
                                Anne M. Selin
                                Two Palo Alto Square
                                3000 El Camino Real, Suite 300
                                Palo Alto, CA  94306-2112
                                Telephone:  (650) 331-2057
                                Facsimile:   (650) 331-4557

                                KEKER & VAN NEST LLP

                                By:       /s/  Daniel Purcell
                                            Daniel Purcell

                                Robert A. Van Nest
                                Daniel Purcell
                                Eugene M. Paige
                                Justina Sessions
                                633 Battery Street
                                San Francisco, CA  94111
                                Telephone:  (415) 381-5400
                                Facsimile:   (415) 397-7188

                                *Attorneys for Defendant GOOGLE INC.*

Dated: August 27, 2013          O'MELVENY & MYERS LLP

                                By:       /s/ Michael F. Tubach
                                            Michael F. Tubach

                                George Riley
                                Michael F. Tubach
                                Amanda R. Conley
                                Christina J. Brown
                                Two Embarcadero Center, 28th Floor
                                San Francisco, CA  94111
                                Telephone:  (415) 984-8700
                                Facsimile:   (415) 984-8701

                                *Attorneys for Defendant APPLE INC.*

-2-

1    Dated: August 27, 2013       COVINGTON & BURLING LLP

2                          By:       */s/ Emily Johnson Henn*

3                                Emily Johnson Henn

4                        Emily Johnson Henn
                         333 Twin Dolphin Drive, Suite 700
                         Redwood City, CA  94065

5                        Telephone:  (650) 632-4700

6                        *Attorneys for Defendant LUCASFILM LTD.*

7    Dated: August 27, 2013       JONES DAY

8                          By:       */s/ David C. Kiernan*

9                                 David C. Kiernan

10                       Robert A. Mittelstaedt
                       Craig A. Waldman
                       David C. Kiernan

11                       555 California Street, 26th Floor
                       San Francisco, CA  94104

12                       Telephone:  (415) 626-3939
                       Facsimile:   (415) 875-5700

13

14                       *Attorneys for Defendant ADOBE SYSTEMS, INC.*

15   Dated: August 27, 2013       JONES DAY

16                        By:       */s/ Robert A. Mittelstaedt*

17                               Robert A. Mittelstaedt

18                       Robert A. Mittelstaedt
                       Craig E. Stewart
                       555 California Street, 26th Floor

19                       San Francisco, CA  94104
                       Telephone:  (415) 626-3939

20                       Facsimile:   (415) 875-5700

21                       Catherine T. Zeng
                       JONES DAY

22                       1755 Embarcadero Road
                       Palo Alto, CA  94303

23                       Telephone:    (650) 739-3939
                       Facsimile:     (650) 739-3900

24                       *Attorneys for Defendant INTUIT INC.*

25

26

27

28

1   Dated: August 27, 2013          BINGHAM McCUTCHEN LLP

2                                   By:        /s/ Susan J. Welch
                                               Susan J. Welch
3
                                    Donn P. Pickett
4                                   Frank M. Hinman
                                    Susan J. Welch
5                                   Three Embarcadero Center
                                    San Francisco, CA  94111
6                                   Telephone:  (415) 393-2000
                                    Facsimile:   (415) 383-2286
7
                                    *Attorneys for Defendant INTEL CORPORATION*
8
    Dated: August 27, 2013          COVINGTON & BURLING LLP
9
                                    By:        /s/ Emily Johnson Henn
10                                             Emily Johnson Henn

11                                  Emily Johnson Henn
                                    333 Twin Dolphin Drive, Suite 700
12                                  Redwood City, CA  94065
                                    Telephone:  (650) 632-4700
13
                                    *Attorneys for Defendant PIXAR*
14

15

16  **ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in

17  the filing of this document has been obtained from all signatories.

18

19

20

21

22

23

24

25

26

27

28

**APPENDIX A**

**Plaintiffs' Supplemental Motion and Brief in Support of Class Certification (Dkt. 418)**

| Lines, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Plaintiffs' Exhibits (if any) [1] |
|---|---|---|
| Page 1, lines 23-26 | Declaration of Eric B. Evans ISO Defs.' Joint Response to Plaintiffs' Admin. Motion to Seal (Google) (Dkt. No. 427) ("Evans Decl.") ¶ 5 | Declaration of Lisa J. Cisneros ISO Plaintiffs' Notice of Supplemental Motion and Supplemental Motion for Class Certification, and Memorandum of Law in Support (Dkt. 418-2) ("Cisneros Decl.") Ex. 668 |
| Page 2, line 27 | Declaration of Lin W. Kahn ISO Defs.' Joint Response to Plaintiffs' Admin. Motion to Seal (Adobe) (Dkt. No. 429) ("Kahn Decl.") ¶ 9 | Cisneros Decl. Ex. C (Arriada-Keiper Dep.) |
| Page 10, lines 5-17 | Evans Decl. ¶ 5 | Cisneros Decl. Ex. V (Rosenberg Dep.), Ex. EE (Campbell Dep.), Ex. 614, Ex. 616, Ex. 666, and Ex. 668 |
| Page 10, lines 19-23 | Evans Decl. ¶ 5 | Cisneros Decl. Ex. 472 and Ex. W (Schmidt Dep.) |
| Page 11, lines 8-9 | Evans Decl. ¶ 5 | Cisneros Decl. Ex. 1753 |
| Page 11, line 11 | Evans Decl. ¶ 5 | Cisneros Decl. Ex. T (Eustace Dep.) |
| Page 11, lines 12-13 | Evans Decl. ¶ 5 | Cisneros Decl. Ex. 1753 |
| Page 11, lines 14-15 | Declaration of Christina Brown in Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents (Apple) (Dkt. 432) ("Brown Decl.") ¶ 3 | Declaration of Dean M. Harvey ISO Plaintiffs' Notice of Supplemental Motion and Supplemental Motion for Class Certification, and Memorandum of Law in Support (Dkt. 418-1) ("Harvey Decl.") Ex. 7 (231APPLE108086) |

---

[1] Plaintiffs' Supplemental Motion and Hallock Report at times cite to documents and deposition exhibits without reference to the Cisneros or Harvey Declaration exhibits. Defendants have therefore identified to the best of their ability the corresponding cites to the Cisneros or Harvey Declaration exhibits. In some cases, it appears that the Hallock Report cites to other documents and deposition exhibits that were not included in the Cisneros or Harvey Declarations.

| Lines, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Plaintiffs' Exhibits (if any)[1] |
|---|---|---|
| Page 11, lines 18–19 | Kahn Decl. ¶ 9 | Cisneros Decl. Ex. 2800 |
| Page 11, lines 23-26 | Evans Decl. ¶ 5 | Cisneros Decl. Ex. V (Rosenberg Dep.) & Harvey Decl. Ex. 14 (GOOG-HIGH-TECH-00024150) |
| Page 15, lines 17–18 | Kahn Decl. ¶ 9 | Cisneros Decl. Ex. F (Streeter Dep.) |
| Page 16, lines 7–8 | Kahn Decl. ¶ 9 | Cisneros Decl. Ex. A (Chizen Dep.) |
| Page 16, lines 20-23 and 24-26 | Brown Decl. ¶ 3 | Cisneros Decl. Ex. 1855 (Burmeister Decl. & Ex. B), Ex. M (Burmeister Dep.), and Ex. 1859 |
| Page 17, lines 1-2 | Brown Decl. ¶ 3 | Cisneros Decl. Ex. M (Burmeister Dep.) |
| Page 17, lines 15-17 | Brown Decl. ¶ 3 | Cisneros Decl. Ex. 1856 |
| Page 17, lines 18-20 | Brown Decl. ¶ 3 | Cisneros Decl. Ex. N (Fadell Dep.) |
| Page 17, lines 26-28 | Evans Decl. ¶ 5. | Cisneros Decl. Ex. T (Eustace Dep.) |
| Page 18, lines 1-8 | Evans Decl. ¶ 5 | Cisneros Decl. Ex. T (Eustace Dep.), Ex. R (Brin Dep.), and Ex. S (Shona Brown Dep.). |
| Page 18, lines 16-22 | Evans Decl. ¶ 5 | Cisneros Decl. Ex. X (Wagner Dep.), Ex. T (Eustace Dep.), and Ex. Q (Bock Dep.) |
| Page 18, lines 27-28 | Declaration of Krystal N., Bowen (Intel)  (Dkt. No. 430) ("Bowen Decl.") ¶ 8 | Cisneros Decl. Ex. BB (McKell Dep.) |
| Page 19, line 24 | Declaration of Catherine T. Zeng (Intuit) (Dkt. No. 425) ("Zeng Decl.") ¶ 4 | Cisneros Decl. Ex. HH (Nguyen Dep.) |
| Page 19, lines 25–27 | Zeng Decl. ¶ 4 | None |
| Page 19, lines 2-3 | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. BB (McKell Dep.) |

| Lines, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Plaintiffs' Exhibits (if any) [1] |
|---|---|---|
| Page 19, lines 6-10 | Bowen Decl. ¶ 8 | Cisneros Decl. Exs. BB (McKell Dep.), CC (Murray Dep.), and DD (Otellini Dep.) |
| Page 19, lines 14-15 | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 398 |
| Page 19, lines 16-19 | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. BB (McKell Dep.), Harvey Decl. Ex. 10 |
| Page 19, line 28 through page 20, line 9 | Zeng Decl. ¶ 4 | Cisneros Decl. Exs. II (Stubblefield Dep.), 1761 |
| Page 20, lines 17–20 | Zeng Decl. ¶ 4 | Cisneros Decl. Ex. FF (Galy Dep.) |
| Page 20, lines 22–23 | Zeng Decl. ¶ 4 | Cisneros Decl. Ex. FF (Galy Dep.) |
| Page 22, line 3 | Decl. of Justina K. Sessions in Supp. of Defs.' Joint Response to Pls.' Admin. Motion to Seal (Dkt. No. 426) (Lucasfilm) ("Sessions Decl.") ¶ 5(i) | Cisneros Decl. Ex. 2088 |

**Supplemental Expert Report of Edward E. Leamer, Ph.D. (Dkt. 418-4)**

| Lines, Paragraphs, Footnotes, Figures or Exhibits to Be Sealed | Source of Support for Sealing | Corresponding Exhibits (if any) |
|---|---|---|
| Page 23, figure 13 (redacted portions) | Kahn Decl. ¶ 11 | None |
| Page 27, figure 15 (redacted portions) | Kahn Decl. ¶ 11 | None |
| Page 27, figure 16 (redacted portions) | Kahn Decl. ¶ 11 | None |
| Paragraph 63 (redacted portions) | Kahn Decl. ¶ 11 | None |
| Page 28, figure 17 (redacted portions) | Kahn Decl. ¶ 11 | None |
| Paragraph 64 (redacted portions) | Kahn Decl. ¶ 11 | None |
| Figure 18 (Page 29) (redacted portions) | Kahn Decl. ¶ 11 | None |

| Lines, Paragraphs, Footnotes, Figures or Exhibits to Be Sealed | Source of Support for Sealing | Corresponding Exhibits (if any) |
|---|---|---|
| Figure 19 (redacted portions), Page 31 | Decl. of James M. Kennedy Pursuant to Civ. Local Rule 79-5 ISO Defs.' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. 431) (Pixar) ("Kennedy Decl.") ¶ 5; Evans Decl. ¶ 5 (Google); Sessions Decl. ¶ 3(i) (Lucasfilm); Kahn Decl. ¶ 11 (Adobe); Zeng Decl. ¶ 6 (Intuit); Bowen Decl. ¶ 8 (Intel); Brown Decl. ¶ 5 (Apple) | None |
| Ex. 1 (redacted portions) | Kahn Decl. ¶ 11 | None |
| Ex. 2 (redacted portions) | Evans Decl. ¶ 5; Bowen Decl. ¶ 8; Brown Decl. ¶ 5; Zeng Decl. ¶ 7 | None |

**Expert Witness Report of Kevin F. Hallock (Dkt. 418-3)**

| Paragraphs, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Exhibits (if any) |
|---|---|---|
| Paragraph 38 (redacted portions) | Evans Decl. ¶ 5 | None |
| Paragraph 41 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1854 |
| Paragraph 42 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1858; Cisneros Decl. Exhibit M (Burmeister Dep.) |
| Paragraph 47 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. D (Morris Dep.) |
| Paragraph 48 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. D (Morris Dep.) |
| Paragraph 50 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. C (Arriada-Keiper Dep.) |
| Paragraphs 60-61 (redacted portions) | Brown Decl. ¶ 4 | Harvey Decl. Exhibit 1 (231APPLE007258); Cisneros Decl. Exhibit 268 |
| Paragraph 63 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit K (Bentley Dep.) |
| Paragraph 66 (redacted portions) | Evans Decl. ¶ 5 | None |

| Paragraphs, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Exhibits (if any) |
|---|---|---|
| Paragraph 67 (redacted portions) | Evans Decl. ¶ 5 | None |
| Paragraph 68 (redacted portions) | Evans Decl. ¶ 5 | Cisneros Decl. Exhibit S (Shona Brown Dep.) |
| Paragraph 69 (redacted portions) | Evans Decl. ¶ 5 | Cisneros Decl. Exhibit T (Eustace Dep.) |
| Paragraph 70 (redacted portions) | Bowen Decl. ¶ 8 | None |
| Paragraph 71 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 2030 |
| Paragraph 72 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 400 |
| Paragraph 73 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. CC (Murray Dep.) |
| Paragraph 74 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. Y (Conrad Dep.) |
| Paragraph 75 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. Y (Conrad Dep.) |
| Paragraph 76 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 393 |
| Paragraph 77 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. Z (Goodwin Dep.) |
| Paragraphs 78-84 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. BB (McKell Dep.) |
| Paragraph 86 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Exs. FF (Galy Dep.), 2140 |
| Paragraph 87 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. II (Stubblefield Dep.) |
| Paragraph 88 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. 1761 |
| Paragraph 94 (redacted portions) | Sessions Decl. ¶ 3(ii) | Cisneros Decl. Ex. 945.13 |
| Paragraph 96 (redacted portions) | Sessions Decl. ¶ 3(ii) | Cisneros Decl. Ex. OO (Maupin Dep.) |
| Paragraph 100 (redacted portions) | Kennedy Decl. ¶ 6 | Cisneros Decl. Ex. SS (McAdams Dep.) |
| Paragraph 107 (redacted portions) | Kennedy Decl. ¶ 6 | Cisneros Decl. Ex. VV (Sheehy Dep.) |
| Paragraph 112 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. 216 |
| Paragraph 113 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. B (Horner Dep.) |
| Paragraph 114 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. D (Morris Dep.) |
| Paragraph 115 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. 1158 |

| Paragraphs, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Exhibits (if any) |
|---|---|---|
| Paragraph 116 (redacted portions)[2] | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. 1159 |
| Paragraph 123 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1376 |
| Paragraphs 125-126 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit L (Burke Dep.) |
| Paragraph 128 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1856 |
| Paragraph 129 (redacted portions) | Evans Decl. ¶ 5 | None |
| Paragraph 130 (redacted portions) | Evans Decl. ¶ 5 | None |
| Paragraph 131 (redacted portions) | Evans Decl. ¶ 5 | None |
| Paragraph 133 (redacted portions) | Evans Decl. ¶ 5 | Cisneros Ex. 1613 (GOOG-HIGH-TECH-00473658) |
| Paragraph 134 (redacted portions) | Evans Decl. ¶ 5 | None |
| Paragraph 135 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1130 |
| Paragraph 136 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit P (Okamoto Dep.) |
| Paragraph 137 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 392 |
| Paragraph 138 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 397 |
| Paragraph 139 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 398 |
| Paragraphs 140-141[3] (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 400 |
| Paragraphs 144-145 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 391 |
| Paragraph 146 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 391 and Ex. Y (Conrad Dep.) |

[2] Adobe clarifies that it does not seek to seal Paragraphs 118 and 119 of the Hallock Report, which were listed in the Kahn Declaration.  Adobe only seeks to seal the portions of the Hallock Report that are detailed in the above chart, and which are consistent with the redactions provided to the Court on May 17, 2013.

[3] Intel clarifies that it does not seek to seal Paragraphs 142-143, 148, 151-152, 155, and 158 of the Hallock Report, which were listed in the Bowen Declaration.  Intel only seeks to seal the portions of the Hallock Report that are detailed in the above chart, and which are consistent with the redactions provided to the Court on May 17, 2013.

| Paragraphs, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Exhibits (if any) |
|---|---|---|
| Paragraph 147 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. Y (Conrad Dep.) |
| Paragraph 149 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 478 |
| Paragraph 150 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. AA (James Dep.) |
| Paragraph 153 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. BB (McKell Dep.) |
| Paragraph 154 (redacted portions) | Bowen Decl. ¶8 | Cisneros Decl. Ex. 2033 and Ex. BB (McKell Dep.) |
| Paragraphs 156-157 (redacted portions) | Bowen Decl. ¶8 | Cisneros Decl. Ex. BB (McKell Dep.) |
| Paragraph 159 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. FF (Galy Dep.) |
| Paragraph 160 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. FF (Galy Dep.) |
| Paragraph 161 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. 2142 |
| Paragraph 162 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. 1107 |
| Paragraph 163 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. 2739 |
| Paragraph 164 (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. 2740 |
| Paragraph 169 (redacted portions) | Sessions Decl. ¶ 3(ii) and 5(ii) | Cisneros Decl. Ex. 729.1 |
| Paragraph 170 (redacted portions) | Sessions Decl. ¶ 5(ii) | Cisneros Decl. Ex. OO (Maupin Dep.) |
| Paragraph 183 (redacted portions) | Evans Decl. ¶ 5. | None |
| Paragraph 184 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. 2487 |
| Paragraph 185 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1855 |
| Paragraph 186 (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. 2487 |
| Paragraph 187 (redacted portions) | Bowen Decl. ¶ 8 | Cisneros Decl. Ex. 400 |
| Paragraph 189 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1130 |
| Paragraph 190 (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit P (Okamoto Dep.) |
| Paragraph 198 (redacted portions) | Evans Decl. ¶ 5 | Cisneros Decl. Ex. 614 (GOOG-HIGH-TECH-00379327) |

| Paragraphs, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Exhibits (if any) |
|---|---|---|
| Paragraph 199 (redacted portions) | Zeng Decl. ¶ 5 | None |
| Paragraph 210 (redacted portions) | Evans Decl. ¶ 5 | Cisneros Ex. 1600 ("2004 Google Salary Ranges") |
| Paragraph 211 (redacted portions) | Evans Decl. ¶ 5 | None |
| Paragraph 212 (redacted portions) | Evans Decl. ¶ 5 | None |
| Paragraph 214 (redacted portions) | Evans Decl. ¶ 5 | Cisneros Decl. Ex. X (Wagner Dep.) |
| Paragraph 215 (redacted portions) | Evans Decl. ¶ 5 | Cisneros Decl. Ex. 1629 |
| Paragraph 216 (redacted portions) | Sessions Decl. ¶ 3(ii) | Cisneros Decl. Ex. KK (Chau Dep.) |
| Paragraph 217 (redacted portions) | Sessions Decl. ¶ 3(ii) | Cisneros Decl. Ex. KK (Chau Dep.) |
| Paragraph 219 (redacted portions) | Sessions Decl. ¶ 3(ii) | Cisneros Decl. Ex. 711.29 and Ex. 360 |
| Paragraph 220 (redacted portions) | Sessions Decl. ¶ 3(ii) | None |
| Paragraph 221 (redacted portions) | Sessions Decl. ¶ 3(ii) | None |
| Paragraph 222 (redacted portions) | Sessions Decl. ¶ 3(ii) | None |
| Paragraph 223 (redacted portions) | Kennedy Decl. ¶ 6 | Cisneros Decl. Ex. VV (Sheehy Dep.) |
| Figure 7 (Page 107) (redacted portions) | Evans Decl. ¶ 5 | None |
| Figure 8 (Page 108) (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1854 |
| Figure 9 (Page 109) (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1858 |
| Figures 10-11 (Pages 110-111) (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 268 |
| Figure 12 (Page 112) | Evans Decl. ¶ 5 | None |
| Figure 13 (Page 113) (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. 2487 |
| Figure 14 (Page 14) (redacted portions) | Brown Decl. ¶ 4 | Cisneros Decl. Exhibit 1855 |
| Figure 15 (Page 115) (redacted portions) | Kahn Decl. ¶ 10 | Cisneros Decl. Ex. 2486 |
| Figure 16 (Page 116) | Bowen Decl. ¶8 | Cisneros Decl. Ex. 400 |

| Paragraphs, Figures or Footnotes to Be Sealed | Source of Support for Sealing | Corresponding Exhibits (if any) |
|---|---|---|
| Figure 17 (Page 117) | Evans Decl. ¶ 5 | None |
| Figure 18 | Sessions Decl. ¶ 3(ii) | Cisneros Decl. Ex. 711.29 and Ex. 360 |
| Footnote 14 (Page 11) (redacted portions) | Zeng Decl. ¶ 5 | Cisneros Decl. Ex. JJ (Whiteley Dep.) |
| Footnote 51 (Page 21) | Evans Decl. ¶ 5 | Cisneros Decl. Ex. X (Wagner Dep.) |

**Plaintiffs' Declaration of Lisa J. Cisneros in Support of Plaintiffs' Notice of Supplemental Motion and Supplemental Motion for Class Certification, and Memorandum of Law in Support (Docket No 418-2):**

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. A (redacted portions) | Kahn Decl. ¶ 13, Ex. A |
| Ex. B (redacted portions) | Kahn Decl. ¶ 13, Ex. B |
| Ex. C (redacted portions) | Kahn Decl. ¶ 13, Ex. C |
| Ex. D (redacted portions) | Kahn Decl. ¶ 13, Ex. D |
| Ex. F (redacted portions) | Kahn Decl. ¶ 13, Ex. F |
| Ex. H  (redacted portions) | Brown Decl. ¶ 7; Exhibits re Brown Decl. (Dkt. 433) ("Brown") Exhibit H |
| Ex. I (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit I |
| Ex. J (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit J |
| Ex. K (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit K |
| Ex. L (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit L |
| Ex. M (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit M |
| Ex. N (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit N |
| Ex. O (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit O |

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. P (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit P |
| Ex. Q (redacted portions) | Evans Decl. ¶ 7(b)(i); Exhibit Q |
| Ex. R (redacted portions) | Evans Decl. ¶ 7(b)(ii); Exhibit R |
| Ex. S (redacted portions) | Evans Decl. ¶ 7(b)(iii); Exhibit S |
| Ex. T (redacted portions) | Evans Decl. ¶ 7(b)(iv); Exhibit T |
| Ex. V(redacted portions) | Evans Decl. ¶ 7(b)(v); Exhibit V |
| Ex. W (redacted portions) | Evans Decl. ¶ 7(b)(vi); Exhibit W |
| Ex. X (redacted portions) | Evans Decl. ¶ 7(b)(vii); Exhibit X |
| Ex. Y (redacted portions) | Bowen Decl. ¶ 8; Exhibit 3 |
| Ex. Z (redacted portions) | Bowen Decl. ¶ 8; Exhibit 4 |
| Ex. AA (redacted portions) | Bowen Decl. ¶ 8; Exhibit 5 |
| Ex. BB (redacted portions) | Bowen Decl. ¶ 8; Exhibit 6 |
| Ex. CC (redacted portions) | Bowen Decl. ¶ 8; Exhibit 7 |
| Ex. DD (redacted portions) | Bowen Decl. ¶ 8 (Exhibit 8); Evans Decl. ¶ 7(b)(viii) |
| Ex. EE (redacted portions) | Evans Decl. ¶ 7(b)(ix) (Ex. EE); Zeng Decl. ¶ 8 (Ex. EE) |
| Ex. FF (redacted portions) | Zeng Decl. ¶ 8, Ex. FF |
| Ex. GG (redacted portions) | Zeng Decl. ¶ 8, Ex. GG |
| Ex. HH (redacted portions) | Zeng Decl. ¶ 8, Ex. HH |
| Ex. II (redacted portions) | Zeng Decl. ¶ 8, Ex. II |
| Ex. JJ (redacted portions) | Zeng Decl. ¶ 8, Ex. JJ |
| Ex. KK (redacted portions) | Sessions Decl. ¶ 3(iii) and ¶5(iii) (Exhibit 24) |
| Ex. LL (redacted portions) | Sessions Decl. ¶ 3(iii) and ¶5(iii) (Exhibit 25) |

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. MM (redacted portions) | Sessions Decl. ¶ 3(iii) and ¶5(iii) (Exhibit 26) |
| Ex. NN (redacted portions) | Sessions Decl. ¶ 3(iii), ¶5(iii) and ¶ 7(i) (Exhibit 27) |
| Ex. OO (redacted portions) | Sessions Decl. ¶ 3(iii) and ¶5(iii) (Exhibit 28) |
| Ex. PP (redacted portions) | Sessions Decl. ¶ 3(iii) and ¶5(iii) (Exhibit 29) |
| Ex. QQ (redacted portions) | Kennedy Decl. ¶7(b) (Exhibit 8) |
| Ex. RR (redacted portions) | Kennedy Decl. ¶7(a) and (b) (Exhibit 9) |
| Ex. SS (redacted portions) | Kennedy Decl. ¶7(a) and (b) (Exhibit 10) |
| Ex. TT (redacted portions) | Kennedy Decl. ¶7(b) (Exhibit 11) |
| Ex. UU (redacted portions) | Kennedy Decl. ¶7(b) (Exhibit 12) |
| Ex. VV (redacted portions) | Kennedy Decl. ¶7(a) (Exhibit 13) |
| Ex. 8 (entirety) | Sessions Decl. ¶ 3(iii) (Exhibit 2) |
| Ex. 129 (redacted portions) | Kennedy Decl. ¶7(b) (Exhibit 1) |
| Ex. 137 (redacted portions) | Kennedy Decl. ¶7(b) (Exhibit 2) |
| Ex. 173 (entirety) | Evans Decl. ¶ 7(b)(x) |
| Ex. 176 (entirety) | Evans Decl. ¶ 7(b)(xi) |
| Ex. 210 (redacted portions) | Kahn Decl. ¶ 13, Ex. 210 |
| Ex. 216 (redacted portions) | Kahn Decl. ¶ 13, Ex. 216 |
| Ex. 268 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 268 |
| Ex. 278 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 278 |
| Ex. 279 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 279 |
| Ex. 300 (redacted portion) | Kahn Decl. ¶ 13, Ex. 300 |
| Ex. 359 (redacted portions) | Sessions Decl. ¶ 3(iii) and 7(i) (Exhibit 4) |
| Ex. 360 (entirety) | Sessions Decl. ¶ 5(iii) (Exhibit 5) |
| Ex. 391 (entirety) | Bowen Decl. ¶8; Exhibit 9 |

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. 392 (entirety) | Bowen Decl. ¶8; Exhibit 10 |
| Ex. 393 (entirety) | Bowen Decl. ¶8; Exhibit 11 |
| Ex. 397 (entirety) | Bowen Decl. ¶8; Exhibit 12 |
| Ex. 398 (entirety) | Bowen Decl. ¶8; Exhibit 13 |
| Ex. 399 (entirety) | Bowen Decl. ¶8; Exhibit 14 |
| Ex. 400 (entirety) | Bowen Decl. ¶8; Exhibit 15 |
| Ex. 416 (redacted portions) | Kahn Decl. ¶ 13, Ex. 416 |
| Ex. 420 (redacted portions) | Kennedy Decl. ¶7(b) (Exhibit 3) |
| Ex. 424 (redacted portions) | Kennedy Decl. ¶7(b) (Exhibit 4) |
| Ex. 472 (entirety) | Evans Decl. ¶ 7(b)(xii) |
| Ex. 478 (entirety) | Bowen Decl. ¶8; Exhibit 16 |
| Ex. 608 (entirety) | Evans Decl. ¶ 7(b)(xiii) |
| Ex. 614 (entirety) | Evans Decl. ¶ 7(b)(xiv) |
| Ex. 616 (entirety) | Evans Decl. ¶ 7(b)(xv) |
| Ex. 621 (entirety) | Evans Decl. ¶ 7(b)(xvi) |
| Ex. 660 (entirety) | Evans Decl. ¶ 7(b)(xvii) |
| Ex. 666 (entirety) | Evans Decl. ¶ 7(b)(xviii) |
| Ex. 668 (entirety) | Evans Decl. ¶ 7(b)(xix) |
| Ex. 674 (entirety) | Evans Decl. ¶ 7(b)(xx) |
| Ex. 690 (redacted portions) | Sessions Decl. ¶ 3(iii) (Exhibit 6) |
| Ex. 710 (redacted portions) | Sessions Decl. ¶ 5(iii) and ¶ 7(i) (Exhibit 7) |
| Ex. 715 (redacted portions) | Sessions Decl. ¶ 3(iii) and ¶ 8(i) (Exhibit 9) |
| Ex. 727 (redacted portions) | Sessions Decl. ¶ 7(i) (Exhibit 11) |
| Ex. 728 (redacted portions) | Sessions Decl. ¶ 5(iii) and ¶ 7(i) (Exhibit 12) |

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. 729 (redacted portions) | Sessions Decl. ¶ 5(iii), ¶ 7(i) and ¶ 8(i) (Exhibit 13) |
| Ex. 730 (redacted portions) | Sessions Decl. ¶ 5(iii) and ¶ 7(i) (Exhibit 14) |
| Ex. 781 (entirety) | Bowen Decl. ¶8; Exhibit 17 |
| Ex. 912 (redacted portions) | Zeng Decl. ¶ 8, Ex. 912 |
| Ex. 914 (redacted portions) | Zeng Decl. ¶ 8, Ex. 914 |
| Ex. 944 (redacted portions) | Sessions Decl. ¶ 3(iii) (Exhibit 15) |
| Ex. 945 (redacted portions) | Sessions Decl. ¶ 3(iii) (Exhibit 16) |
| Ex. 1107 (redacted portions) | Zeng Decl. ¶ 8, Ex. 1107 |
| Ex. 1130 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 1130 |
| Ex. 1158 (redacted portions) | Kahn Decl. ¶ 13, Ex. 1158 |
| Ex. 1159 (redacted portions) | Kahn Decl. ¶ 13, Ex. 1159 |
| Ex. 1160 (redacted portions) | Kahn Decl. ¶ 13, Ex. 1160 |
| Ex. 1250 (redacted portions) | Kahn Decl. ¶ 13, Ex. 1250 |
| Ex. 1306 (redacted portions) | Kennedy Decl. ¶7(a) (Exhibit 5) |
| Ex. 1308 (entirety) | Kennedy Decl. ¶7(c) (Exhibit 6) |
| Ex. 1309 (redacted portions) | Kennedy Decl. ¶7(a) and (b) (Exhibit 7) |
| Ex. 1376 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 1376 |
| Ex. 1600 (entirety) | Evans Decl. ¶ 7(b)(xxi) |
| Ex. 1606 (entirety) | Evans Decl. ¶ 7(b)(xxii) |
| Ex. 1609 (entirety) | Evans Decl. ¶ 7(b)(xxiii) |
| Ex. 1613 (entirety) | Evans Decl. ¶ 7(b)(xxiv) |
| Ex. 1618 (entirety) | Evans Decl. ¶ 7(b)(xxv) |
| Ex. 1625 (entirety) | Evans Decl. ¶ 7(b)(xxvi) |
| Ex. 1629 (entirety) | Evans Decl. ¶ 7(b)(xxvii) |

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. 1753 (entirety) | Evans Decl. ¶ 7(b)(xxviii) |
| Ex. 1760 (redacted portions) | Zeng Decl. ¶ 8, Ex. 1760 |
| Ex. 1761 (redacted portions) | Zeng Decl. ¶ 8, Ex. 1761 |
| Ex. 1854 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 1854 |
| Ex. 1855 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 1855 |
| Ex. 1856 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 1856 |
| Ex. 1858 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 1858 |
| Ex. 1859 (redacted portions) | Brown Decl. ¶ 7; Brown Exhibit 1859 |
| Ex. 2002 (redacted portions) | Sessions Decl. ¶ 5(iii) and ¶8(i) (Exhibit 18) |
| Ex. 2030 (entirety) | Bowen Decl. ¶8; Exhibit 18 |
| Ex. 2033 (entirety) | Bowen Decl. ¶8; Exhibit 19 |
| Ex. 2035 (entirety) | Bowen Decl. ¶8; Exhibit 20 |
| Ex. 2084 (redacted portions) | Sessions Decl. ¶ 3(iii) and ¶ 7(i) (Exhibit 19) |
| Ex. 2088 (redacted portions) | Sessions Decl. ¶ 5(iii) and ¶ 7(i) (Exhibit 20) |
| Ex. 2094 (redacted portions) | Sessions Decl. ¶ 5(iii) and ¶ 7(i) (Exhibit 21) |
| Ex. 2096 (redacted portions) | Sessions Decl. ¶ 5(iii) and ¶ 7(i) (Exhibit 22) |
| Ex. 2100 (redacted portions) | Sessions Decl. ¶ 5(iii) and ¶ 7(i) (Exhibit 23) |
| Ex. 2135 (redacted portions) | Zeng Decl. ¶ 8, Ex. 2135 |
| Ex. 2140 (redacted portions) | Zeng Decl. ¶ 8, Ex. 2140 |
| Ex. 2142 (redacted portions) | Zeng Decl. ¶ 8, Ex. 2142 |
| Ex. 2422 (entirety) | Evans Decl. ¶ 7(b)(xxix) |
| Ex. 2425 (entirety) | Evans Decl. ¶ 7(b)(xxx) |
| Ex. 2426 (entirety) | Evans Decl. ¶ 7(b)(xxxi) |
| Ex. 2486 (redacted portions) | Kahn Decl. ¶ 13, Ex. 2486 |

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. 2487 (redacted portions) | Kahn Decl. ¶ 13, Ex. 2487 |
| Ex. 2501 (redacted portions) | Kahn Decl. ¶ 13, Ex. 2501 |
| Ex. 2738 (redacted portions) | Zeng Decl. ¶ 8, Ex. 2738 |
| Ex. 2739 (redacted portions) | Zeng Decl. ¶ 8, Ex. 2739 |
| Ex. 2740 (redacted portions) | Zeng Decl. ¶ 8, Ex. 2740 |
| Ex. 2743 (redacted portions) | Zeng Decl. ¶ 8, Ex. 2743 |
| Ex. 2744 (redacted portions) | Zeng Decl. ¶ 8, Ex. 2744 |
| Ex. 2800 (redacted portions) | Kahn Decl. ¶ 13, Ex. 2800 |

**Plaintiffs' Declaration of Dean M. Harvey in Support of Plaintiffs' Notice of Supplemental Motion and Supplemental Motion for Class Certification, and Memorandum of Law in Support (Docket No. 418-1):**

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. 1 (redacted portions) | Brown Decl. ¶ 6; Exhibits re Brown Decl. (Dkt. 433) ("Brown") Ex. 1 |
| Ex. 2 (redacted portions) | Brown Decl. ¶ 6; Brown Ex. 2 |
| Ex. 3 (redacted portions) | Brown Decl. ¶ 6; Brown Ex. 3 |
| Ex. 4 (redacted portions) | Brown Decl. ¶ 6; Brown Ex. 4 |
| Ex. 5 (redacted portions) | Brown Decl. ¶ 6; Brown Ex. 5 |
| Ex. 6 (redacted portions) | Brown Decl. ¶ 6; Brown Ex. 6 |
| Ex. 7 (redacted portions) | Brown Decl. ¶ 6; Brown Ex. 7 |
| Ex. 8 (redacted portions) | Brown Decl. ¶ 6; Brown Ex. 8 |
| Ex. 9 (entirety) | Bowen Decl. ¶8; Exhibit 1 |

| Exhibit To Be Sealed (in part or in entirety) | Source of Support for Sealing |
|---|---|
| Ex. 10 (entirety) | Bowen Decl. ¶8; Exhibit 2 |
| Ex. 11 (redacted portions) | Kahn Decl. ¶ 12, Ex. 11 |
| Ex. 12 (redacted portions) | Kahn Decl. ¶ 12, Ex. 12 |
| Ex. 14 (entirety) | Evans Decl. ¶ 7(a) |
| Ex. 15 (entirety) | Evans Decl. ¶ 7(a) |
| Ex. 16 (entirety) | Evans Decl. ¶ 7(a) |
| Ex. 17 (redacted portions) | Sessions Decl. ¶ 3(iii) and ¶5(iii) (Exhibit 1) |