Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415.500.6800
Facsimile:  415.395.9940

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION** |

1       Pursuant to Local Civil Rules 7-3(d) and 7-11, Plaintiffs request permission to file a
Statement of Recent Decision, attached hereto as <u>Exhibit 1</u>, to bring to the Court's attention the
relevant judicial opinion of the United States Court of Appeals for the Second Circuit, *In re: US
Foodservice Inc. Pricing Litigation*, No. 12-1311-cv (2d Cir. Aug. 30, 2013). The opinion was
published August 30, 2013, after the August 8, 2013 hearing on Plaintiffs' Supplemental Class
Certification Motion (Dkt. 418).

      Pursuant to Local Rule 7-11(a), this motion is accompanied by a Stipulation and
[Proposed] Order Granting Plaintiffs' Administrative Motion to File Statement of Recent
Decision.

Respectfully submitted,

Dated: August 30, 2013    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Kelly M. Dermody*
       Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Dated: August 30, 2013    JOSEPH SAVERI LAW FIRM, INC.

By:   */s/ Joseph R. Saveri*
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 395.9940

*Co-Lead Counsel for Plaintiff Class*

1128170.1     - 1 -    PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE
STATEMENT OF RECENT DECISION;
CASE NO. 11-CV-2509-LHK

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from all signatories.