1   [Counsel listed on signature page]

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                         NORTHERN DISTRICT OF CALIFORNIA

10                                SAN JOSE DIVISION

11

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: | **CLASS ACTION** |
| ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION** |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs and Defendants Adobe Systems,

2    Inc., Apple Inc., Google Inc., and Intel Corp. ("Defendants") jointly submit this Stipulation and

3    Proposed Order allowing Plaintiffs to file a Statement of Recent Decision.

4    WHEREAS Plaintiffs wish to file a Statement of Recent Decision in order to bring to the

5    Court's attention the decision of the United States Court of Appeals for the Second Circuit, *In re:*

6    *US Foodservice Inc. Pricing Litigation*, No. 12-1311-cv (2d Cir. Aug. 30, 2013).

7    WHEREAS Defendants do not stipulate that the decision is relevant, Defendants also do

8    not oppose the filing of Plaintiffs' Statement of Recent Decision.

9    Therefore, subject to the approval of this Court, Plaintiffs and Defendants hereby stipulate

10   and agree to the filing of Plaintiffs' Statement of Recent Decision.

11

12   Dated:  August 30, 2013          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

13

14                        By:        */s/ Kelly M. Dermody*
                                         Kelly M. Dermody

15                        Richard M. Heimann (State Bar No. 63607)
                          Kelly M. Dermody (State Bar No. 171716)
16                        Eric B. Fastiff (State Bar No. 182260)
                          Brendan Glackin (State Bar No. 199643)
17                        Dean Harvey (State Bar No. 250298)
                          Anne B. Shaver (State Bar No. 255928)
18                        Lisa J. Cisneros (State Bar No. 251473)
                          275 Battery Street, 29th Floor
19                        San Francisco, California  94111-3339
                          Telephone:  415.956.1000
20                        Facsimile:  415.956.1008

21

22

23

24

25

26

27

28

1    Dated:  August 30, 2013          JOSEPH SAVERI LAW FIRM, INC.

2

3                                     By:         */s/ Joseph R. Saveri*
                                                  Joseph R. Saveri

4                                     Joseph R. Saveri (State Bar No. 130064)
                                      Lisa J. Leebove (State Bar No. 186705)
5                                     James G. Dallal (State Bar No. 277826)
                                      255 California, Suite 450
6                                     San Francisco, CA 94111
                                      Telephone:  415. 500.6800
7                                     Facsimile:   415. 395.9940

8                                     *Co-Lead Counsel for Plaintiff Class*

9
     Dated:  August 30, 2013          O'MELVENY & MYERS LLP
10

11                                    By:         */s/ George A. Riley*
                                                  George A. Riley
12

13                                    George A. Riley
                                      Michael F. Tubach
14                                    Christina J. Brown
                                      Two Embarcadero Center, 28th Floor
15                                    San Francisco, CA  94111
                                      Telephone:  415.984.8700
16                                    Facsimile:  415.984.8701

17                                    *Attorneys for Defendant APPLE INC.*

18   Dated:  August 30, 2013          JONES DAY

19
                                      By:         */s/ David C. Kiernan*
20                                                David C. Kiernan

21                                    Robert A. Mittelstaedt
                                      Craig A. Waldman
22                                    David C. Kiernan
                                      555 California Street, 26th Floor
23                                    San Francisco, CA  94104
                                      Telephone:  415.626.3939
24                                    Facsimile:  415.875.5700

25                                    *Attorneys for Defendant ADOBE SYSTEMS, INC.*

26

27

28

1129242.1                             - 2 -          STIPULATION AND [PROPOSED] ORDER GRANTING
                                                     PLAINTIFFS' ADMINISTRATIVE MOTION;
                                                     CASE NO. 11-CV-2509-LHK

1   Dated:  August 30, 2013          MAYER BROWN LLP

2

3                                    By:        */s/ Lee S. Rubin*
                                            Lee S. Rubin

4                                    Lee S. Rubin
                                     Edward D. Johnson
5                                    Donald M. Falk
                                     Two Palo Alto Square
6                                    3000 El Camino Real, Suite 300
                                     Palo Alto, CA  94306-2112
7                                    Telephone:  650.331.2057
                                     Facsimile:  650.331.4557
8
                                     KEKER & VAN NEST LLP
9

10                                   By:        */s/ Justina Sessions*
                                            Justina Sessions
11

12                                   Robert A. Van Nest
                                     Daniel Purcell
                                     Eugene M. Page
13                                   Justina Sessions
                                     633 Battery Street
14                                   San Francisco, CA  94111
                                     Telephone:  415.381.5400
15                                   Facsimile:  415.397.7188

16                                   *Attorneys for Defendant GOOGLE INC.*

17  Dated:  August 30, 2013          BINGHAM McCUTCHEN LLP

18

19                                   By:        */s/ Frank M. Hinman*
                                            Frank M. Hinman

20                                   Donn P. Pickett
                                     Frank M. Hinman
21                                   Three Embarcadero Center
                                     San Francisco, CA  94111
22                                   Telephone:  415.393.2000
                                     Facsimile:  415.383.2286
23
                                     *Attorneys for Defendant INTEL CORPORATION*
24

25

26                                    **ATTESTATION**

27       Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this

28  document has been obtained from all signatories.

1129242.1                             - 3 -        STIPULATION AND [PROPOSED] ORDER GRANTING
                                                   PLAINTIFFS' ADMINISTRATIVE MOTION;
                                                   CASE NO. 11-CV-2509-LHK

1    IT IS SO ORDERED.

2

3    Dated:                              By: _____
                                              HON. LUCY H. KOH
4                                             UNITED STATES DISTRICT COURT JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28