| | |
|---|---|
| 1 | Joseph R. Saveri (State Bar No. 130064) |
| 2 | Lisa J. Leebove (State Bar No. 186705)<br>James G. Dallal (State Bar No. 277826) |
| 3 | JOSEPH SAVERI LAW FIRM<br>505 Montgomery, Suite 625 |
| 4 | San Francisco, CA 94111<br>Telephone: 415.500.6800 |
| 5 | Facsimile: 415.395.9940 |
| 6 | Richard M. Heimann (State Bar No. 63607)<br>Kelly M. Dermody (State Bar No. 171716) |
| 7 | Eric B. Fastiff (State Bar No. 182260)<br>Brendan P. Glackin (State Bar No. 199643) |
| 8 | Dean M. Harvey (State Bar No. 250298)<br>Lisa J. Cisneros (State Bar No. 251473) |
| 9 | Anne B. Shaver (State Bar No. 255928)<br>LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 10 | 275 Battery Street, 29th Floor<br>San Francisco, California  94111-3339 |
| 11 | Telephone: 415.956.1000<br>Facsimile:  415.956.1008 |
| 12 | *Co-Lead Counsel for Plaintiff Class* |
| 13 | [Additional counsel listed on signature page] |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**CLASS ACTION**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION** |

1  Pursuant to Local Civil Rules 7-3(d) and 7-11, Plaintiffs request permission to file a
2  Statement of Recent Decision, attached hereto as <u>Exhibit 1</u>, to bring to the Court's attention the
3  relevant judicial opinion of the United States District Court for the Eastern District of Michigan,
4  *Cason-Merenda v. VHS of Michigan, Inc.,* Case No. 06-15601 (E.D. Mich. Sept. 13, 2013).
5  Pursuant to Local Rule 7-11(a), this motion is accompanied by a Stipulation and
6  [Proposed] Order Granting Plaintiffs' Administrative Motion to File Statement of Recent
7  Decision.

Respectfully submitted,

Dated: September 19, 2013    JOSEPH SAVERI LAW FIRM

By:  */s/ Joseph R. Saveri*
     Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940

Dated: September 19, 2013    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  */s/ Kelly M. Dermody*
     Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Lisa J. Cisneros (State Bar No. 251473)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from all signatories.