1 [Counsel listed on signature page]

2

3

4

5

6

7

8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
     ANTITRUST LITIGATION
13                                      **CLASS ACTION**

14   THIS DOCUMENT RELATES TO:          **STIPIULATION AND [PROPOSED]
                                        ORDER GRANTING PLAINTIFFS'**
15   ALL ACTIONS                        **ADMINISTRATIVE MOTION TO FILE
                                        STATEMENT OF RECENT DECISION**
16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING
                                                  PLAINTIFFS' ADMINISTRATIVE MOTION
                                                  Master Docket No. 11-CV-2509-LHK

1      Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs and Defendants Adobe Systems,

2   Inc., Apple Inc., Google, Inc. and Intel Corp. ("Defendants") jointly submit this Stipulation and

3   Proposed Order allowing Plaintiffs to file a Statement of Recent Decision.

4      WHEREAS Plaintiffs wish to file a Statement of Recent Decision in order to bring to the

5   Court's attention the decision of the United States District Court for the Eastern District of

6   Michigan, *Cason-Merenda v. VHS of Michigan, Inc.,* Case No. 06-15601 (E.D. Mich., Sept. 13,

7   2013);

8      WHEREAS while Defendants do not stipulate that the decision is relevant, Defendants

9   also do not oppose the filing of Plaintiffs' Statement of Recent Decision;

10      Therefore, subject to the approval of this Court, Plaintiffs and Defendants hereby stipulate

11   and agree to the filing of Plaintiffs' Statement of Recent Decision.

12

13   Dated:  September 19, 2013        JOSEPH SAVERI LAW FIRM

14

15                                    By:      */s/ Joseph R. Saveri*
                                               Joseph R. Saveri

16                                    Joseph R. Saveri (State Bar No. 130064)
                                      Lisa J. Leebove (State Bar No. 186705)
17                                    James G. Dallal (State Bar No. 277826)
                                      JOSEPH SAVERI LAW FIRM
18                                    255 California, Suite 450
                                      San Francisco, CA 94111
19                                    Telephone:  415.500.6800
                                      Facsimile:   415.395.9940
20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING
                                      PLAINTIFFS' ADMINISTRATIVE MOTION
                                      Master Docket No. 11-CV-2509-LHK

1   Dated:  September 19, 2013       LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

2

3                                    By:        */s/ Kelly M. Dermody*
                                                Kelly M. Dermody

4                                    Richard M. Heimann (State Bar No. 63607)
                                     Kelly M. Dermody (State Bar No. 171716)
5                                    Eric B. Fastiff (State Bar No. 182260)
                                     Brendan P. Glackin (State Bar No. 199643)
6                                    Dean M. Harvey (State Bar No. 250298)
                                     Lisa J. Cisneros (State Bar No. 251473)
7                                    Anne B. Shaver (State Bar No. 255928)
                                     275 Battery Street, 29th Floor
8                                    San Francisco, California  94111-3339
                                     Telephone:  415.956.1000
9                                    Facsimile:  415.956.1008

10                                   *Co-Lead Counsel for Plaintiff Class*

11

12  Dated:  September 19, 2013       O'MELVENY & MYERS LLP

13                                   By:        */s/ Michael F. Tubach*
                                                Michael F. Tubach
14

15                                   George Riley
                                     Michael F. Tubach
16                                   Lisa Chen
                                     Christina J. Brown
17                                   Two Embarcadero Center, 28th Floor
                                     San Francisco, CA  94111
18                                   Telephone:   (415) 984-8700
                                     Facsimile:   (415) 984-8701
19
                                     *Attorneys for Defendant APPLE INC.*
20  Dated:  September 19, 2013       JONES DAY

21

22                                   By:        */s/ David C. Kiernan*
                                                David C. Kiernan
23
                                     Robert A. Mittelstaedt
24                                   Craig A. Waldman
                                     David C. Kiernan
25                                   555 California Street, 26th Floor
                                     San Francisco, CA  94104
26                                   Telephone:  (415) 626-3939
                                     Facsimile:   (415) 875-5700
27
                                     *Attorneys for Defendant ADOBE SYSTEMS, INC.*
28

STIPULATION AND [PROPOSED] ORDER GRANTING
                        PLAINTIFFS' ADMINISTRATIVE MOTION
                        Master Docket No. 11-CV-2509-LHK

1   Dated:  September 19, 2013        MAYER BROWN LLP

2

3                                    By:        */s/ Lee H. Rubin*
                                                Lee H. Rubin

4                                    Lee H. Rubin
                                     Edward D. Johnson
5                                    Donald M. Falk
                                     Two Palo Alto Square
6                                    3000 El Camino Real, Suite 300
                                     Palo Alto, CA  94306-2112
7                                    Telephone:  (650) 331-2057
                                     Facsimile:   (650) 331-4557
8
                                     KEKER & VAN NEST LLP
9

10                                   By:        */s/ Daniel Purcell*
                                                Daniel Purcell
11

12                                   John W. Keker
                                     Daniel Purcell
13                                   Eugene M. Page
                                     633 Battery Street
14                                   San Francisco, CA  94111
                                     Telephone:  (415) 381-5400
15                                   Facsimile:   (415) 397-7188

16                                   *Attorneys for Defendant GOOGLE INC.*

17  Dated:  September 19, 2013        BINGHAM McCUTCHEN LLP

18

19                                   By:        */s/ Frank M. Hinman*
                                                Frank M. Hinman

20                                   Donn P. Pickett
                                     Frank M. Hinman
21                                   Three Embarcadero Center
                                     San Francisco, CA  94111
22                                   Telephone:  (415) 393-2000
                                     Facsimile:   (415) 383-2286
23
                                     *Attorneys for Defendant INTEL CORPORATION*
24

25                           **<u>ATTESTATION</u>**

26       Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this

27  document has been obtained from all signatories.

28

1      IT IS SO ORDERED.

2

3    Dated:                        By:   _____

4                                        HON. LUCY H. KOH
                                         United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER GRANTING
                                          PLAINTIFFS' ADMINISTRATIVE MOTION
                                          Master Docket No. 11-CV-2509-LHK