# Joseph Saveri Law Firm

505 Montgomery Street, Suite 625
San Francisco, California  94111
(tel) 415 500 6800
(fax) 415 500 6803

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111-3339
T  415.956.1000
F  415.956.1008

September 19, 2013

<u>VIA ECF</u>

The Honorable Lucy H. Koh
United States District Court
for the Northern District of California
280 South First Street, #4050,
Courtroom 8 – 4th Floor
San Jose, CA 95113

Re:   *In re High-Tech Employee Antitrust Litigation*,
      11-cv-2509-LHK (N.D. Cal.)

Your Honor:

Co-Lead Class Counsel and counsel for Settling Defendants Intuit, Lucasfilm and Pixar write to update the Court on the status of the Motion for Preliminary Approval of Class Action Settlements. Because of unexpected issues we were not able to resolve this evening, we intend to file the Motion tomorrow, or Monday at the latest. We would be happy to discuss the matter with the Court if the Court has any questions.

Respectfully,

/s/ Joseph R. Saveri
Joseph R. Saveri
Joseph Saveri Law Firm, Inc.
Co-Lead Class Counsel

/s/ Kelly M. Dermody
Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein, LLP
Co-Lead Class Counsel

/s/ Emily Henn
Emily Henn
Covington & Burling LLP
Counsel for Lucasfilm, Ltd. and Pixar

/s/ David Kieman
David Kiernan
Jones Day
Counsel for Intuit Inc.

1132441.1