# EXHIBIT 3

1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT

10

NORTHERN DISTRICT OF CALIFORNIA

11

12

13

IN RE DYNAMIC RANDOM ACCESS
MEMORY (DRAM) ANTITRUST
LITIGATION

14

15

16

17

This Document Relates to:

18

ALL DIRECT PURCHASER ACTIONS

Master File No. M-02-1486 PJH (JCS)

MDL No. 1486

**[PROPOSED] ORDER
AUTHORIZING CLASS COUNSEL
TO WITHDRAW SETTLEMENT
FUNDS FOR LITIGATION
EXPENSES**

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Petition of Class Counsel For The Advancement of Litigation Expenses

2  From Settlement Funds submitted to the Court, and the Courts having reviewed Class Counsel's

3  submission,

4    IT IS HEREBY ORDERED that Union Bank of California, as escrow agent, is hereby

5  authorized to disburse the sum of $1,000,000.00 from the Samsung Settlement Fund and

6  $1,000,000.00 from the Hynix Settlement Fund for advancement of litigation expenses of Class

7  Counsel, said sum to be disbursed at the direction of Co-lead Counsel, Guido Saveri, Anthony D.

8  Shapiro and Fred T. Isquith. Said Counsel shall report to the Court, in such manner as the Court

9  shall direct, with respect to monies withdrawn from the fund and expended.

10

11    **IT IS SO ORDERED.**

12

13  Dated: February __14__, 2007

14



15

16

17

18

19

20  Ram.675

21

22

23

24

25

26

27

28

[PROPOSED] ORDER AUTHORIZING CLASS COUNSEL TO WITHDRAW SETTLEMENT FUNDS FOR
LITIGATION EXPENSES – Master File No. M-02-1486 PJH (JCS)

- 1 -