# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

Master File No.: 00 MD 1368 (CLB)

IN RE: HIGH PRESSURE LAMINATES
ANTITRUST LITIGATION

This Document Relates To:
   All Actions

## [PROPOSED] ORDER GRANTING PETITION OF CLASS COUNSEL FOR PARTIAL REIMBURSEMENT OF EXPENSES FROM SETTLEMENT FUND

AND NOW, THIS 14th day of July, 2004, upon consideration of the Petition of Class Counsel for Partial Reimbursement of Expenses from Settlement Fund (the "Petition") and the Affidavit of Vincent J. Esades in Support of Class Counsels' Petition for Partial Reimbursement of Expenses, for the reasons set forth in the foregoing Petition, IT IS HEREBY ORDERED as follows:

The Court hereby grants the Petition. Co-Lead Counsel may, after Final Approval (as that term is defined in the Settlement Agreement), receive a distribution in the amount of four million dollars ($4,000,000.00) from the Settlement Fund to partially reimburse Class Counsel for expenses incurred on behalf of the Class. *and to be incurred*

SO ORDERED

Dated: White Plains, N.Y. July 14, 2004

Charles Brieant
CHARLES L. BRIEANT
UNITED STATES DISTRICT JUDGE

MICROFILM JUL 1 4 2004 USDC SD NY WP