# EXHIBIT 4

Unredacted Version of Motion for
Preliminary Approval Lodged with the Court