# EXHIBIT 5

Unredacted Version of Settlement Agreement
with Intuit Lodged with the Court