# EXHIBIT 6

Unredacted Version of Settlement Agreement with Lucasfilm and Pixar Lodged with the Court