1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan P. Glackin (State Bar No. 199643)
3  Dean M. Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Car No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California 94111-3339
6  Telephone: 415.956.1000
   Facsimile: 415.956.1008

7
   Joseph R. Saveri (State Bar No. 130064)
8  Lisa J. Leebove (State Bar No. 186705)
   James G. Dallal (State Bar No. 277826)
9  JOSEPH SAVERI LAW FIRM
   255 California, Suite 450
10 San Francisco, California 94111
   Telephone: 415.500.6800
11 Facsimile: 415.500.6803

12
   *Co-Lead Counsel for Plaintiff Class*
13

14
                    UNITED STATES DISTRICT COURT
15
                   NORTHERN DISTRICT OF CALIFORNIA
16
                           SAN JOSE DIVISION
17

18 | IN RE: HIGH-TECH EMPLOYEE         | Master Docket No. 11-CV-2509-LHK
   | ANTITRUST LITIGATION              |
19 |                                    | **[PROPOSED] ORDER GRANTING
   | THIS DOCUMENT RELATES TO:         | PLAINTIFFS' ADMINISTRATIVE
20 |                                    | MOTION TO FILE UNDER SEAL
   | All Actions                       | PORTIONS OF PLAINTIFFS' MOTION
21 |                                    | FOR PRELIMINARY APPROVAL OF
   |                                    | CLASS SETTLEMENT**
22
23
                                         Judge:    Honorable Lucy H. Koh
24

25
        Having considered Plaintiffs' September 19, 2013 administrative motion to file under seal
26
   the items identified below pursuant to the Civil Local Rule 79-5, as well as the parties' supporting
27
   declarations, the Court hereby grants the motion as to:
28

1  (1) A portion of Plaintiffs' Motion for Preliminary Approval of Class Settlement
2      Agreement, specifically a figure on line 24 of page 2 and line 13 of page 13;
3  (2) Exhibit E and Attachment 1 to Plaintiffs' Settlement Agreement with Lucasfilm
4      and Pixar.
5  (3) Exhibit D and Attachment 1 to Plaintiffs' Settlement Agreement with Intuit.

**IT IS SO ORDERED.**

Dated: _____        _____
                              LUCY H. KOH
                              United States District Judge