Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415.500.6800
Facsimile:  415.395.9940

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**<u>CLASS ACTION</u>**<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION** |

Pursuant to Local Civil Rules 7-3(d) and 7-11, Plaintiffs request permission to file a Statement of Recent Decision, attached hereto as Exhibit 1, to bring to the Court's attention the relevant decision of Judge Samuel Conti of the Northern District of California, *In re: Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Case No. C-07-5944-SC (September 24, 2013). The decision was published September 24, 2013, after the August 8, 2013 hearing on Plaintiffs' Supplemental Class Certification Motion (Dkt. 418).

Pursuant to Local Rule 7-11(a), this motion is accompanied by a Stipulation and [Proposed] Order Granting Plaintiffs' Administrative Motion to File Statement of Recent Decision.

Respectfully submitted,

Dated: September 25, 2013        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:       */s/ Kelly M. Dermody*
              Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Dated: September 25, 2013        JOSEPH SAVERI LAW FIRM, INC.

By:       */s/ Joseph R. Saveri*
              Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 395.9940

*Co-Lead Counsel for Plaintiff Class*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from all signatories.