1 [Counsel listed on signature page]

2
3
4
5
6
7

8 UNITED STATES DISTRICT COURT

9 NORTHERN DISTRICT OF CALIFORNIA

10 SAN JOSE DIVISION

11

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE STATEMENT OF RECENT DECISION** |

1129242.1

STIPULATION AND [PROPOSED] ORDER GRANTING
PLAINTIFFS' ADMINISTRATIVE MOTION;
CASE NO. 11-CV-2509-LHK

1    Pursuant to Local Civil Rules 7-11 and 7-12, Plaintiffs and Defendants Adobe Systems,
2 Inc., Apple Inc., Google Inc., and Intel Corp. ("Defendants") jointly submit this Stipulation and
3 Proposed Order allowing Plaintiffs to file a Statement of Recent Decision.
4    WHEREAS Plaintiffs wish to file a Statement of Recent Decision in order to bring to the
5 Court's attention the decision of Judge Samuel Conti of the Northern District of California, *In re:*
6 *Cathode Ray Tube (CRT) Antitrust Litigation*, MDL No. 1917, Case No. C-07-5944-SC
7 (September 24, 2013).
8    WHEREAS Defendants do not stipulate that the decision is relevant, Defendants also do
9 not oppose the filing of Plaintiffs' Statement of Recent Decision.
10   Therefore, subject to the approval of this Court, Plaintiffs and Defendants hereby stipulate
11 and agree to the filing of Plaintiffs' Statement of Recent Decision.

Dated:  September 25, 2013        LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                  By:    */s/ Kelly M. Dermody*
                                         Kelly M. Dermody

                                  Richard M. Heimann (State Bar No. 63607)
                                  Kelly M. Dermody (State Bar No. 171716)
                                  Eric B. Fastiff (State Bar No. 182260)
                                  Brendan Glackin (State Bar No. 199643)
                                  Dean Harvey (State Bar No. 250298)
                                  Anne B. Shaver (State Bar No. 255928)
                                  Lisa J. Cisneros (State Bar No. 251473)
                                  275 Battery Street, 29th Floor
                                  San Francisco, California  94111-3339
                                  Telephone:  415.956.1000
                                  Facsimile:  415.956.1008

| | | |
|---|---|---|
| 1 | Dated: September 25, 2013 | JOSEPH SAVERI LAW FIRM, INC. |

By: */s/ Joseph R. Saveri*
 Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 395.9940

*Co-Lead Counsel for Plaintiff Class*

Dated:  September 25, 2013O'MELVENY & MYERS LLP

By: */s/ George A. Riley*
 George A. Riley

George A. Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone: 415.984.8700
Facsimile:  415.984.8701

*Attorneys for Defendant APPLE INC.*

Dated:  September 25, 2013JONES DAY

By: */s/ David C. Kiernan*
 David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone: 415.626.3939
Facsimile:  415.875.5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated:  September 25, 2013   MAYER BROWN LLP

By:    */s/ Lee S. Rubin*
        Lee S. Rubin

Lee S. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  650.331.2057
Facsimile:  650.331.4557

KEKER & VAN NEST LLP

By:    */s/ Justina Sessions*
        Justina Sessions

Robert A. Van Nest
Daniel Purcell
Eugene M. Page
Justina Sessions
633 Battery Street
San Francisco, CA  94111
Telephone:  415.381.5400
Facsimile:  415.397.7188

*Attorneys for Defendant GOOGLE INC.*

Dated:  September 25, 2013   BINGHAM McCUTCHEN LLP

By:    */s/ Frank M. Hinman*
        Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  415.393.2000
Facsimile:  415.383.2286

*Attorneys for Defendant INTEL CORPORATION*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from all signatories.

1    IT IS SO ORDERED.

Dated:                    By: _____
                               HON. LUCY H. KOH
                               UNITED STATES DISTRICT COURT JUDGE