EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:     (650) 632-4700
Facsimile:     (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:     (202) 662-6000
Facsimile:     (202) 662-6291

Attorneys for Defendants
PIXAR and LUCASFILM

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: C 11-CV-2509-LHK<br><br>**NOTICE OF MAILING OF LETTER TO ATTORNEYS GENERAL PURSUANT TO 28 U.S.C. § 1715** |

1   Defendants Pixar and Lucasfilm Ltd. ("Lucasfilm") hereby notify the Court that,
2   pursuant to 28 U.S.C. § 1715, a letter (copy attached) was mailed to the Attorney General of the
3   United States, the Assistant Attorney General in charge of the Antitrust Division and the
4   attorneys general, or equivalent, of all 50 states, the District of Columbia, and Puerto Rico
5   giving notice of the proposed settlement and providing all of the materials and information
6   required by § 1715.

Dated:  September 25, 2013                    Respectfully submitted,

                                              _____/s/_____
                                              EMILY JOHNSON HENN
                                              ehenn@cov.com
                                              COVINGTON & BURLING LLP
                                              333 Twin Dolphin Dr., Suite 700
                                              Redwood Shores, CA  94065
                                              Telephone:    (650) 632-4700
                                              Facsimile:     (650) 632-4800

                                              DEBORAH A. GARZA (*pro hac vice*)
                                              dgarza@cov.com
                                              JOHN W. NIELDS, JR. (*pro hac vice*)
                                              jnields@cov.com
                                              THOMAS A. ISAACSON (*pro hac vice*)
                                              tisaacson@cov.com
                                              CHINUE T. RICHARDSON (*pro hac vice*)
                                              crichardson@cov.com
                                              COVINGTON & BURLING LLP
                                              1201 Pennsylvania Avenue NW
                                              Washington, DC 20004
                                              Telephone:    (202) 662-6000
                                              Facsimile:     (202) 662-6291

                                                *Counsel for Defendants Pixar and Lucasfilm*

NOTICE OF MAILING LETTER TO ATTORNEYS GENERAL PURSUANT TO 28 U.S.C. § 1715 | 2