Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@JonesDay.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:     (415) 626-3939
Facsimile:     (415) 875-5700

Catherine T. Zeng (State Bar No. 251231)
czeng@jonesday.com
JONES DAY
1755 Embarcadero Road
Palo Alto, CA  94303
Telephone:     (650) 739-3939
Facsimile:     (650) 739-3900

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **Case No. 11-CV-2509  LHK**<br><br>**NOTICE OF MAILING OF LETTER TO ATTORNEYS GENERAL PURSUANT TO 28 U.S.C. § 1715** |

1        Defendant Intuit Inc., hereby notifies the Court that, pursuant to 28 U.S.C. § 1715, a letter

2   (copy attached as Exhibit A) was mailed to the Attorney General of the United States, the

3   Assistant Attorney General in charge of the Antitrust Division and the attorneys general, or

4   equivalent thereof, of all 50 states, the District of Columbia, and Puerto Rico giving notice of the

5   proposed settlement and providing all of the materials and information required by § 1715.

6

7

8   Dated: September 25, 2013                 Respectfully submitted,

9                                         /S/ David C. Kiernan

10                                    Robert A. Mittelstaedt
                                  Craig E. Stewart

11                                    David Kiernan

12                                    Counsel for Defendant
                                  INTUIT INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                - 2 -