| | |
|---|---|
| 1 | Robert A. Mittelstaedt (State Bar No. 60359) |
| 2 | ramittelstaedt@jonesday.com<br>Craig A. Waldman (State Bar No. 229943) |
| 3 | cwaldman@jonesday.com<br>David C. Kiernan (State Bar No. 215335) |
| 4 | dkiernan@jonesday.com<br>Lin W. Kahn (State Bar No. 261387) |
| 5 | linkahn@jonesday.com<br>JONES DAY |
| 6 | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 7 | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |

Attorneys for Defendant
Adobe Systems Inc.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**NOTICE OF FILING REVISED REDACTED DOCUMENTS IN RESPONSE TO ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

On September 30, 2013, this Court issued an Order Granting in Part and Denying in Part Motions to Seal ("Sealing Order," ECF No. 509), which granted in part and denied in part defendants' renewed motion to seal documents related to plaintiffs' class certification motion (ECF No. 283).[1]  Pursuant to Local Rule 79-5(f)(3), defendants Adobe Systems Inc., Apple Inc., Google Inc., Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar hereby submit the following revised redacted documents to comport with the Court's Sealing Order:

- Plaintiffs' Motion for Class Certification (ECF No. 187);
- Exhibit 14 to Declaration of Ann B. Shaver in Support of Plaintiffs' Motion for Class Certification ("Shaver Decl.") (ECF No. 188-6);
- Exhibit 4 to Declaration of Dean Harvey in Support of Plaintiffs' Reply ("Harvey Decl.") (ECF No. 248-1);
- Exhibit 26 to Harvey Decl. (ECF No. 248-1); and
- Exhibit 29 to Harvey Decl. (ECF No. 248-1).

Defendants previously filed redacted versions of the following documents, as to which the Court granted their renewed sealing requests in their entirety, along with defendants' renewed motion to seal.  The redacted versions can be located at the ECF numbers indicated below:

- Plaintiffs' Reply (ECF No. 297); and
- Exhibit 27 to Harvey Decl. (ECF No. 297-18).

///

///

---

[1] The Sealing Order also ruled on other motions to seal by Defendants, which are addressed by separate notices.

| | | |
|---|---|---|
| 1 | Dated:  October 7, 2013 | JONES DAY |
| 2 | | |
| 3 | | By:   /s/Lin W. Kahn<br>         Lin W. Kahn |
| 4 | | Robert A. Mittelstaedt |
| 5 | | Craig A. Waldman<br>David C. Kiernan |
| 6 | | Lin W. Kahn<br>555 California Street, 26th Floor |
| 7 | | San Francisco, CA  94104<br>Telephone:  (415) 626-3939 |
| 8 | | Facsimile:  (415) 875-5700 |
| 9 | | *Attorneys for Defendant ADOBE SYSTEMS INC.* |
| 10 | | JONES DAY |
| 11 | | |
| 12 | | By:   /s/Robert A. Mittelstaedt<br>         Robert A. Mittelstaedt |
| 13 | | Robert A. Mittelstaedt |
| 14 | | Craig E. Stewart<br>Catherine T. Zeng |
| 15 | | 555 California Street, 26th Floor<br>San Francisco, CA  94104 |
| 16 | | Telephone:  (415) 626-3939<br>Facsimile:  (415) 875-5700 |
| 17 | | *Attorneys for Defendant INTUIT INC.* |
| 18 | | O'MELVENY & MYERS LLP |
| 19 | | |
| 20 | | By:   /s/ Christina J. Brown<br>         Christina J. Brown |
| 21 | | George Riley |
| 22 | | Michael F. Tubach<br>Christina J. Brown |
| 23 | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA  94111 |
| 24 | | Telephone:  (415) 984-8700<br>Facsimile:  (415) 984-8701 |
| 25 | | *Attorneys for Defendant APPLE INC.* |
| 26 | | |
| 27 | | |
| 28 | | |

KEKER & VAN NEST LLP


By:   /s/Justina K. Sessions
      Justina K. Sessions

Robert A. Van Nest
Daniel Purcell
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 381-5400
Facsimile:   (415) 397-7188

*Attorneys for Defendant LUCASFILM LTD.*

MAYER BROWN LLP


By:   /s/Lee H. Rubin
      Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Anne M. Selin
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

BINGHAM McCUTCHEN LLP


By:   /s/Frank M. Hinman
      Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:   (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

COVINGTON & BURLING LLP

By: /s/Emily Johnson Henn
Emily Johnson Henn

Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA 94065
Telephone: (650) 632-4700

*Attorneys for Defendant PIXAR*

**ATTESTATION**: The filer attests that concurrence in the filing of this document has been obtained from all signatories.