

- Role of FY'05 in larger company direction...
- --What was role of FY'04?
- --When we look back at FY'05 what will we want to say about it?
- --SVP Corporate Development
- --Senior Leaders leverage? (Left message for Donna Morris)

HIGHLY CONFIDENTIAL

AB_CID002783

**ADOBE_002773**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



# Overview

- Sourcing top talent / Talent Target
- Declines and Reasons
- Talent Attraction Challenges
- Next Steps

Adobe Confidential

Adobe

HIGHLY CONFIDENTIAL

AB_CID002784

ADOBE_002774

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Sourcing Top Talent

***focus on senior talent**

- **Focus on "passive" talent**
- **Why "passive" talent?**
  - top performers tend to be entrenched, "heads down" may be "willing to listen" **if the right opportunity** is presented
  - Top stars want an "agent" – our in house team has become "agents"
- **Challenge – top performers carefully consider career choice – content of work, level of impact, reporting relationship, title and compensation are all key factors**

Adobe Confidential

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY



4

HIGHLY CONFIDENTIAL

AB_CID002786

**ADOBE_002776**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



# Criteria Used to Consider Top Talent

- **Qualified**
  - Are they Qualified (skills/knowledge/talents/values)?
  - Can they Scale?
  - Do they have trajectory?

- **Interested**
  - Are they interested in the role ?
  - Do they support Adobe's strategic direction?

- **Attractable**
  - Do we have a compelling offer and opportunity?

*Need to have all three to close a candidate

Adobe

Adobe Confidential

HIGHLY CONFIDENTIAL

AB_CID002787

ADOBE_002777

CONFIDENTIAL - ATTORNEYS' EYES ONLY


# Market Dynamics

- **Competitive Market**
  - more difficult to find (1) qualified (2) interested and (3) attractable "A-Players"
  - All 3 criteria is imperative in making a solid hire
- **Qualified**
  - Limited supply of qualified top talent
- **Interested**
  - needs to be a win/win for candidate
  - right position level, appropriate career move, title are all very important up front
  - Increase in the discussion closing before it opens (i.e. if the position is not at the right level for the candidate the discussion closes before it opens)
- **Attractable**
  - finding a sharp increase to candidate attrition during the interview process
  - total rewards must align to secure candidate

Adobe Confidential



Rejected Offer Overview
Adobe
Adobe Confidential

7

HIGHLY CONFIDENTIAL

AB_CID002789

ADOBE_002779

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Reasons for Declines
Adobe
Adobe Confidential





Closer Look at Declines
Adobe
Adobe Confidential

9

HIGHLY CONFIDENTIAL
AB_CID002791
ADOBE_002781
CONFIDENTIAL - ATTORNEYS' EYES ONLY



10

HIGHLY CONFIDENTIAL

AB_CID002792

**ADOBE_002782**
**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



Declines
Adobe Confidential
Adobe

11

HIGHLY CONFIDENTIAL

AB_CID002793
ADOBE_002783

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Accepts
Adobe
Adobe Confidential

12

HIGHLY CONFIDENTIAL AB_CID002794
ADOBE_002784
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Adobe
Adobe Confidential

13

HIGHLY CONFIDENTIAL
AB_CID002795
**ADOBE_002785**
**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



**What "Top Talent" ask themselves when entertaining an opportunity at Adobe?**

- Is this a lateral move?
- Am I taking a step back?
- What does this say about my career path?
- Does money fix this?
- Why doesn't Adobe think I'm at this level?

Adobe Confidential

Adobe

HIGHLY CONFIDENTIAL

AB_CID002796

ADOBE_002786

CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Declined Offers – Closing Thoughts

- Are we limiting our ability to attract able to attract A's, especially in the Enterprise?
- Do we seek candidates in the comfort zone when top talent tends to want to move to stretch zone
- Can we grow without this talent?
- What is the revenue impact?
- Are we winning the talent war?
- Do we have the best people?
- Are the competitors winning the talent war?
- Do we want the left-overs from Yahoo, Google, Salesforce and Apple, etc.…?

Adobe

Adobe Confidential

HIGHLY CONFIDENTIAL

AB_CID002797

**ADOBE_002787**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



HIGHLY CONFIDENTIAL   AB_CID002798
ADOBE_002788
CONFIDENTIAL - ATTORNEYS' EYES ONLY