# EXHIBIT 4

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: HIGH-TECH EMPLOYEE     )

ANTITRUST LITIGATION          )

                                                           )  No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:     )

ALL ACTIONS.                  )

_____ )

ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL

VIDEO DEPOSITION OF ARNNON GESHURI

AUGUST 17, 2012

Reported by: Rosalie A. Kramm, CSR No. 5469, CRR

| | | |
|---|---|---|
| 10:15:35 | 1 | fill that job through the various methods that you come |
| 10:15:37 | 2 | up with, it's up to that recruiter to get it done. |
| 10:15:42 | 3 |     Q.  And those methods included sourcing, correct? |
| 10:15:46 | 4 |     A.  Those methods included sourcing. |
| 10:15:50 | 5 |     Q.  Do you have any idea in terms of breakdown by |
| 10:15:54 | 6 | time what proportion of time that the recruiting |
| 10:15:59 | 7 | organization spent on the sourcing part of it in terms of |
| 10:16:03 | 8 | relying on that sourcing method. |
| 10:16:05 | 9 |     MR. RUBIN:  You're saying in terms of person |
| 10:16:07 | 10 | hours? |
| 10:16:08 | 11 |     MR. HARVEY:  Yes. |
| 10:16:12 | 12 |     THE WITNESS:  I -- I -- I -- so I'm not quite |
| 10:16:14 | 13 | sure how it's broken down.  I would -- I would -- the |
| 10:16:18 | 14 | recruiters -- one of the things that I mentioned before |
| 10:16:21 | 15 | is that we had over 2 million applications that came in, |
| 10:16:26 | 16 | and a recruiter's pipeline was pretty full.  So their |
| 10:16:33 | 17 | responsibility was to get through that pipeline the |
| 10:16:35 | 18 | majority of the time, and -- and whether that came from |
| 10:16:37 | 19 | the employee referral program or through the extranet |
| 10:16:42 | 20 | website -- so I don't know the exact breakdown. |
| 10:16:46 | 21 | BY MR. HARVEY: |
| 10:16:47 | 22 |     Q.  But the primary responsibility of a recruiter |
| 10:16:50 | 23 | is to find good people, correct? |
| 10:16:52 | 24 |     A.  The primary responsibility is to find good |
| 10:16:54 | 25 | people that will fit the roles within the company, the |

| | | |
|---|---|---|
| 10:16:58 | 1 | company's needs at the time. |
| 10:16:59 | 2 | Q. And so -- okay. That's fine. |
| 10:17:16 | 3 | And the recruiting organization, I believe you |
| 10:17:19 | 4 | said that when you were hired, there were 40 people in |
| 10:17:22 | 5 | this organization, and when you left, there were |
| 10:17:24 | 6 | approximately 900, correct? |
| 10:17:27 | 7 | A. Not exactly. So during the heyday, or as we |
| 10:17:32 | 8 | ramped up, we -- we hit around 850, 900 staffing |
| 10:17:37 | 9 | professionals in the company. But when I left, it was a |
| 10:17:41 | 10 | different number, which I don't -- I don't know, because |
| 10:17:43 | 11 | I was out of that role when I left the company. |
| 10:17:46 | 12 | So -- so basically -- but during its most |
| 10:17:49 | 13 | prolific time, it was around 900 people. |
| 10:17:53 | 14 | Q. And what years fell into this prolific period? |
| 10:17:57 | 15 | A. It was probably the -- well, it wasn't |
| 10:17:59 | 16 | immediate, because I had to build up to that. So it was |
| 10:18:02 | 17 | probably -- maybe my second or third year there, those |
| 10:18:06 | 18 | are the two -- the two years. |
| 10:18:08 | 19 | Q. So 2005, 2006? |
| 10:18:10 | 20 | A. This was -- yeah, and I think that was parallel |
| 10:18:14 | 21 | to the growth of the company. We can look at the |
| 10:18:16 | 22 | headcount numbers of the company, but you can see how it |
| 10:18:19 | 23 | was a pretty big spike in growth. |
| 10:18:21 | 24 | Q. Sure. And let's see. |
| 10:18:24 | 25 | When you became the director of HR, I take it |

| | | |
|---|---|---|
| 10:18:29 | 1 | in approximately the beginning of 2009, roughly how many |
| 10:18:32 | 2 | people worked in the recruiting organization? |
| 10:18:36 | 3 |     A.   I -- I don't -- I actually don't recall. |
| 10:18:39 | 4 |     Q.   Was it more than 500? |
| 10:18:41 | 5 |     A.   Yeah, I -- I don't -- I don't recall.  It was |
| 10:18:43 | 6 | in the hundreds, but I don't -- I don't recall the exact |
| 10:18:46 | 7 | number when I left. |
| 10:18:52 | 8 |     Q.   Did you rely exclusively on Google employees as |
| 10:18:55 | 9 | part of this recruiting function, or did you also |
| 10:18:57 | 10 | occasionally rely on third-party recruiters? |
| 10:19:01 | 11 |         MR. RUBIN:  Objection.  Vague as to "third |
| 10:19:03 | 12 | parties." |
| 10:19:04 | 13 |         THE WITNESS:  Describe third-party recruiters |
| 10:19:06 | 14 | to me, if you don't mind. |
| 10:19:08 | 15 | BY MR. HARVEY: |
| 10:19:08 | 16 |     Q.   Anyone who would recruit on Google's behalf who |
| 10:19:12 | 17 | was not on Google's direct payroll. |
| 10:19:14 | 18 |         MR. RUBIN:  Same objection. |
| 10:19:16 | 19 |         THE WITNESS:  So we -- so -- from my -- from |
| 10:19:22 | 20 | how we structure the organization, just really briefly, |
| 10:19:27 | 21 | is that for very senior level hires, we on occasion would |
| 10:19:32 | 22 | use a search firm that would help us to find very senior |
| 10:19:36 | 23 | people. |
| 10:19:38 | 24 | BY MR. HARVEY: |
| 10:19:40 | 25 |     Q.   Would you use -- well, were there any other |

| | | |
|---|---|---|
| 10:22:57 | 1 | and utilize, and that was -- that was how they structured |
| 10:23:03 | 2 | their organization. |
| 10:23:05 | 3 | Q.  And how many individuals worked in the sourcing |
| 10:23:08 | 4 | team when you were first hired at Google? |
| 10:23:11 | 5 | A.  There were -- if I recall correctly, there were |
| 10:23:14 | 6 | ▮▮▮ at the time.  It was just 40 recruiters when I first |
| 10:23:18 | 7 | started. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10:23:20 | 8 | Q.  And then how did you grow the sourcing team |
| 10:23:23 | 9 | during your time at Google? |
| 10:23:25 | 10 | MR. RUBIN:  Objection.  Vague. |
| 10:23:27 | 11 | THE WITNESS:  So my responsibility was to build |
| 10:23:32 | 12 | the infrastructure for a successful group.  I focused on |
| 10:23:36 | 13 | building recruiters and making sure we had enough volume |
| 10:23:40 | 14 | recruiters to handle the influx of applicants. |
| 10:23:44 | 15 | And then as a need came up where we needed to |
| 10:23:47 | 16 | find diamonds in the rough, great candidates, I created a |
| 10:23:53 | 17 | team of folks doing research in finding excellent talent. |
| 10:23:58 | 18 | BY MR. HARVEY: |
| 10:23:58 | 19 | Q.  And what was the first hire for the sourcing |
| 10:24:00 | 20 | team -- I'm sorry.  When was the first hire? |
| 10:24:03 | 21 | A.  I -- I don't -- I don't recall.  Honestly, |
| 10:24:06 | 22 | again, I don't remember exactly when I first hired a |
| 10:24:08 | 23 | sourcer.  Yeah.  I don't -- I don't recall.  I can't |
| 10:24:12 | 24 | answer.  I don't know exactly when.  It was a -- it |
| 10:24:15 | 25 | was -- I don't know when. |

| | | |
|---|---|---|
| 10:24:18 | 1 | Q. Do you remember whether it was in 2004 or 2005? |
| 10:24:23 | 2 | MR. RUBIN: Objection. Calls for speculation. |
| 10:24:24 | 3 | THE WITNESS: Yeah, I still don't remember |
| 10:24:25 | 4 | exactly when we hired the first sourcer. It's just not |
| 10:24:28 | 5 | specific to me. I can't remember. |
| 10:24:30 | 6 | BY MR. HARVEY: |
| 10:24:30 | 7 | Q. How many people worked in sourcing when it was |
| 10:24:33 | 8 | at its largest size? |
| 10:24:36 | 9 | A. I -- I probably had -- of order of magnitude, |
| 10:24:44 | 10 | probably ▮▮▮▮▮ people doing sourcing, out of a team of |
| 10:24:48 | 11 | 900. |
| 10:24:49 | 12 | Q. Oh, so you're including that within the 900? |
| 10:24:53 | 13 | A. Yeah. |
| 10:24:53 | 14 | Q. In terms of -- |
| 10:24:53 | 15 | A. I said that -- before I mentioned 900 staffing |
| 10:24:55 | 16 | overall. |
| 10:24:56 | 17 | Q. I see. Thank you. |
| 10:25:09 | 18 | And then moving on to your final role at |
| 10:25:11 | 19 | Google, when you were director of HR, could you -- could |
| 10:25:18 | 20 | you kind of describe categories of responsibilities you |
| 10:25:22 | 21 | had in that role. |
| 10:25:24 | 22 | A. Yeah. I -- I was basically responsible for -- |
| 10:25:29 | 23 | for a specific area within -- within the engineering |
| 10:25:32 | 24 | organization to support the employee base. So that means |
| 10:25:35 | 25 | that I handled employee relations issues. I helped to |

| | | |
|---|---|---|
| 10:25:44 | 1 | deal with, you know, personal -- or like ergonomic |
| 10:25:50 | 2 | issues, when people had problems with their work space, |
| 10:25:53 | 3 | or if they had medical problems how they got on |
| 10:25:55 | 4 | disability and things like that.  So I basically just |
| 10:25:57 | 5 | handled a variety of employee issues to help -- to help |
| 10:26:01 | 6 | those groups function within the work environment. |
| 10:26:12 | 7 |     Q.   And did you have any other responsibilities |
| 10:26:14 | 8 | while you were in HR, aside from the ones that you |
| 10:26:18 | 9 | described? |
| 10:26:18 | 10 |     A.   There was a variety -- whatever it was -- there |
| 10:26:19 | 11 | was a variety of roles, but it all focused on -- Dean, it |
| 10:26:23 | 12 | all focused on the -- the interaction of employees, you |
| 10:26:28 | 13 | know, if managers had a low performer, helping them walk |
| 10:26:31 | 14 | through that, how to -- how to help that employee get |
| 10:26:35 | 15 | better or whatever else we need to do.  So that -- so |
| 10:26:38 | 16 | basically I was -- I was responsible for helping managers |
| 10:26:41 | 17 | and employees just deal with the work environment.  But |
| 10:26:44 | 18 | the issues were pretty varied, and I just helped to -- |
| 10:26:47 | 19 | helped them to make it through the -- make it through and |
| 10:26:50 | 20 | be a better -- better person as an outcome. |
| 10:27:37 | 21 |         MR. HARVEY:  I believe this is Exhibit 170.  If |
| 10:27:38 | 22 | you could please mark this and hand it to the witness. |
| 10:27:41 | 23 |         (Exhibit 170 was marked for identification.) |
| 10:27:41 | 24 | BY MR. HARVEY: |
| 10:27:42 | 25 |     Q.   This document is a PDF of the current bios of |

1    I, Rosalie A. Kramm, Certified Shorthand

2  Reporter licensed in the State of California, License No.

3  5469, hereby certify that the deponent was by me first

4  duly sworn and the foregoing testimony was reported by me

5  and was thereafter transcribed with computer-aided

6  transcription; that the foregoing is a full, complete,

7  and true record of said proceedings.

8           I further certify that I am not of counsel or

9  attorney for either of any of the parties in the

10  foregoing proceeding and caption named or in any way

11  interested in the outcome of the cause in said caption.

12           The dismantling, unsealing, or unbinding of the

13  original transcript will render the reporter's

14  certificates null and void.

15           In witness whereof, I have hereunto set my hand

16  this day:   August 24, 2012.

17           ___X____ Reading and Signing was requested.

18           _____ Reading and Signing was waived.

19           _____ Reading and signing was not requested.

20

21                              _____

22                              ROSALIE A. KRAMM

23                              CSR 5469, RPR, CRR

24

25