# EXHIBIT 29

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format

INTUIT_035842
Confidential - Attorneys' Eyes Only

# Pay Decisions 2004

## Communications Session for Senior Leaders (Level 2&3 Managers)

*"Differentiating Performance for Results…*
*Differentiating Pay Decisions for Performance"*

*Jim Grenier*



# Pay Decisions 2004 - Agenda

- **An "Executive Summary"...Highlights**

- **The Framework & Context**
  - Performance Evaluation
  - Retention
  - A Calibration Tool
  - Tips for Gaining Approval
  - Guidelines

- **The Pay Decision Tool (PDT)**

- **Stock Options Focal Review & Tool**

# Headlines

- Calendar

- Compensation Budgets vs. Market

- Other Comp Plans ~ FY04-FY05 Actions

- Stock Options Update

# Focal Pay Decisions and Options Timeline



I n t u i t   C o n f i d e n t i a l

# FY'05 Budget and the Market

The Landscape



# Budget Recommendations are Based On...



I n t u i t   C o n f i d e n t i a l

# Other Actions ~ Compensation Plans



 I n t u i t   C o n f i d e n t i a l

# Stock Options Update



Intuit   Confidential

# Your Action Items...



# The Performance Management Cycle...



Intuit  Confidential



I n t u i t   C o n f i d e n t i a l

# Focal Review – The Framework and Context

- Making Pay Decisions: 6 Steps

- Performance & Retention

- A Calibration Tool

- Tips for Gaining Approval

- Guidelines: Base Pay & IPI

# 6 Steps in Making an Effective Pay Decision



# Performance Rating



I n t u i t   C o n f i d e n t i a l

# Input:  Performance Rating  **http://home.intuit.com/hr/pm**



# Performance Management: Upcoming Events

- **For Managers:**
  - *"Nuts and Bolts of Writing Performance Evaluations"*
    - Download this TPOV from web and share it with your teams.
  - *"Leading Performance Evaluation Discussions"*
    - Bring your most challenging evaluation to this 4 hour training.

- **For Employees**
  - *What's In It For You"*
    - WebEx and classroom, reviews PM cycle and employee roles during evaluation discussion.

**: Finalize Performance Evaluations**

# Assess and Calibrate Across Organization

- Performance

- Retention

- - - - - - - - - - - - - - - - - - - - - - - - -

- Pay Equity – Significant Risks/Exposure

Rationale **AND** Clarity!

# How Do I Think About "Retention?"

- **Whom can I afford least to lose?**
  - Critical capability for growth and/or leadership

- **The "Go-To" person for the most difficult challenges**
  - Talent and initiative

- **Promotability (if appropriate to position)**

- **What is the marketplace for that specific skill/talent?**
  - Value and risk

- **Compare across larger groups focusing on the future**

Segment the population by
"similar" positions...hourly vs salaried vs...



# A Ranking Tool to Help with Rationale and Clarity



I n t u i t   C o n f i d e n t i a l

# 6 Steps in Making an Effective Pay Decision



Introduction

# Pay Decision Guidelines

## What is an Effective Pay Plan?
## Also Known As, "Tips for Gaining Approval."



# Pay Decision Guidelines...Base Pay



# FY04 IPI - Variable Compensation Logic



# Pay Decision Guidelines – IPI Bonus Award





# Pay Decision Process Checklist



 I n t u i t   C o n f i d e n t i a l

# Stock Options Focal Review

## How It Works...

Intuit   Confidential

# How it Works...



# Projected "9-Blocker" for 2004 Stock Options Grant

**(Confidential – Not for Distribution)**



# Guidelines...An Example



I n t u i t   C o n f i d e n t i a l

# Focal Guidelines...An Example for Jan Doe



# Other Considerations



# A Reminder…Role of Manager – New Hires



I n t u i t   C o n f i d e n t i a l

# The Pay Decision Tool (PDT)
# ...A Quick Intro





Intuit Confidential

# PDT Roll-up Calendar



I n t u i t   C o n f i d e n t i a l

# The Pay Decision Tool

- **Web-based Pay application...enables modeling and recommendations for the following actions:**



# Eligibility



Intuit Confidential

# Training Resources

- On-line reference document available through the Manager's Toolbox:
  http://home.intuit.com/hr/pm/pay_decisions/instructions.pdf

**Logging In**

**To access the Pay Decision Tool:**

1. The PDT can only be used in Internet Explorer 5.x and higher.  To determine the version, open Internet Explorer, click on Help, click on About Internet Explorer and confirm your version is 5.0 or higher.  If not, please call your local help desk.
2. Start Internet Explorer
3. Enter https://pdt.intuit.com
   The system will automatically open another browser without the standard Navigation Bar.  The following screen will appear once the Web site is reached.

4. Click Login to enter the Pay Decision Tool.

# Log On



# Log On

**Pay Decision Tool**



Help • Directory • Toolkit • FAQs • Contact Us • Log Out

---

**Hello Joseph Smith ,**

What would you like to do?

- Recommend or review employee merit increases
- Assign a proxy or revoke a proxy
- Log out

---

# Summary for **James Smith**



Intuit Confidential

Individual Worksheet for **Gregory Jones**







Intuit   Confidential







Intuit   Confidential



‹ Back        Save Review ›

# Reports – Individual Worksheet



# Reports – Individual Worksheet

Pay for Performance –
Available in August



# Reports – Manager Summary Screen



# Report - Examples



I n t u i t   C o n f i d e n t i a l

# Submit Review



Intuit   Confidential

# Accept – Reject Review



 Intuit   Confidential

# Stock Options Focal Review

## A Quick Intro to The Tool

Intuit  Confidential

# Access to the Tool

- ██████████████████████████████████████

- ████████████████████████████████████████████████████████████████████████████████████████

# Reports

- █████████████████████████████████████

- ███████████████████████████████████████

████████████████████████████████████████████████

# Focal Pay Decisions and Options Timeline



I n t u i t   C o n f i d e n t i a l

# Stock Tool – Manager Summary Screen



I n t u i t   C o n f i d e n t i a l

# Stock Tool – Grant or Revoke Access



# Stock Tool – Recommend Options



Intuit   Confidential

# Questions?

- **Refer to training materials – hard copy or online via the PDT**

- **Process or PDT question? – Call AccessHR in Tucson at 1-3333 or via email at AccessHR@intuit.com (For PC or directory questions contact your local Help Desk)**

- **Performance management question? – Via website at http://home.intuit.com/hr/pm**

- **Pay-for-performance question? – Contact your HR team**

- ***Stock Options – Your HR Leader or the Compensation Team***

