MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:     (650) 331-2061

*Attorneys for Defendant
Google Inc.*

[Additional counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**NOTICE BY DEFENDANT GOOGLE INC. OF FILING REVISED REDACTED DOCUMENTS IN RESPONSE TO ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL (ECF NO. 509)**<br><br>Courtroom:  8, 4th Floor<br>Judge:          The Honorable Lucy H. Koh |

On September 30, 2013, this Court issued an Order Granting in Part and Denying in Part Motions to Seal ("Sealing Order," ECF No. 509), which granted in part and denied in part Defendant Google Inc.'s ("Google") request to seal portions of Exhibit A to the March 1, 2013 Joint Discovery Status Report (ECF No. 346).[1]  Pursuant to Local Rule 79-5(f), Google submits the revised redacted Exhibit A to the March 1, 2013 Joint Discovery Status Report to comport with the Court's Sealing Order.  ECF No. 509 at 18.

Dated: October 7, 2013            MAYER BROWN LLP

By:     /s/ Anne M. Selin
        Anne M. Selin

Lee H. Rubin
Edward B. Johnson
Donald M. Falk
Anne M. Selin
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

KEKER & VAN NEST LLP
Robert Van Nest
Daniel Purcell
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 381-5400
Facsimile:   (415) 397-7188

*Attorneys for Defendant GOOGLE INC.*

---

[1] The Sealing Order also ruled on other motions to seal filed by Defendants, which are addressed by separately-filed notices.