| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | LEE H. RUBIN (SBN 141331) |
| 2 | lrubin@mayerbrown.com |
| | EDWARD D. JOHNSON (SBN 189475) |
| 3 | wjohnson@mayerbrown.com |
| | DONALD M. FALK (SBN 150256) |
| 4 | dfalk@mayerbrown.com |
| | ANNE M. SELIN (SBN 270634) |
| 5 | aselin@mayerbrown.com |
| | Two Palo Alto Square, Suite 300 |
| 6 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2112 |
| 7 | Telephone:   (650) 331-2000 |
| | Facsimile:    (650) 331-2061 |
| 8 | |
| 9 | *Attorneys for Defendant* <br> *Google Inc.* |
| 10 | [Additional counsel listed on signature page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509 LHK |
| THIS DOCUMENT RELATES TO: <br> ALL ACTIONS | **NOTICE OF FILING REVISED REDACTED DOCUMENTS IN RESPONSE TO ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL (ECF NO. 509)** |
| | Courtroom:   8, 4th Floor <br> Judge:          The Honorable Lucy H. Koh |

On September 30, 2013, this Court issued an Order Granting in Part and Denying in Part Motions to Seal ("Sealing Order," ECF No. 509), which granted in part and denied in part Defendants' Renewed Administrative Motion to Seal (ECF No. 307) portions of documents related to their Opposition to Plaintiffs' Motion for Class Certification.[1]  Pursuant to Local Rule 79-5(f), Defendants Adobe Systems Inc., Apple Inc., Google Inc., Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar hereby submit the following revised redacted documents to comport with the Court's Sealing Order:

- Exhibits 14, 19, 21, 25, 26, and 27 to the Brown Declaration in Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification ("Brown Declaration"); and
- Defendants' Notice of Motion and Motion to Strike the Report of Dr. Edward E. Leamer.

Defendants previously filed redacted versions of the following documents in connection with Defendants' Renewed Administrative Motion to Seal (ECF No. 307), as to which the Court granted their renewed sealing requests in their entirety:

- Exhibit 15 to the Brown Declaration (ECF No. 308-20);
- Exhibit 16 to the Brown Declaration (ECF No. 308-21);
- Exhibit 20 to the Brown Declaration (ECF No. 308-25); and
- Exhibit 22 to the Brown Declaration (ECF No. 312).

Dated:  October 7, 2013        MAYER BROWN LLP

By:     /s/ Anne M. Selin
        Anne M. Selin

Lee H. Rubin
Edward B. Johnson
Donald M. Falk
Anne M. Selin
Two Palo Alto Square
3000 El Camino Real, Suite 300

---

[1] The Sealing Order also ruled on other motions to seal filed by Defendants, which are addressed by separately-filed notices.

Palo Alto, CA 94306-2112
Telephone: (650) 331-2057
Facsimile: (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated: October 7, 2013       O'MELVENY & MYERS LLP

By:   */s/ Christina J. Brown*
         Christina J. Brown

George A. Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated: October 7, 2013       JONES DAY

By:   */s/ Lin W. Kahn*
         Lin W. Kahn

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
Lin W. Kahn
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS INC.*

| | | |
|---|---|---|
| 1 | Dated:  October 7, 2013 | KEKER & VAN NEST LLP |

By:    */s/ Justina K. Sessions*
       Justina K. Sessions

Robert Van Nest
Daniel Purcell
Eugene M. Paige
Justina K. Sessions
633 Battery Street
San Francisco, CA  94111
Telephone:  (415) 381-5400
Facsimile:   (415) 397-7188

*Attorneys for Defendant GOOGLE INC.*

Dated:  October 7, 2013         BINGHAM McCUTCHEN LLP

By:    */s/ Frank M. Hinman*
       Frank M. Hinman

Donn P. Pickett
Frank M. Hinman
Three Embarcadero Center
San Francisco, CA  94111
Telephone:  (415) 393-2000
Facsimile:   (415) 383-2286

*Attorneys for Defendant INTEL CORPORATION*

Dated:  October 7, 2013         JONES DAY

By:    */s/ Robert A. Mittelstaedt*
       Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig E. Stewart
Catherine T. Zeng
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant INTUIT INC.*

Dated: October 7, 2013           COVINGTON & BURLING LLP

By:   */s/ Emily Johnson Henn*
      Emily Johnson Henn

Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

*Attorneys for Defendants PIXAR and LUCASFILM, LTD.*

**ATTESTATION**:  Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.