# EXHIBIT 3



This Document was Produced in Native Format

ADOBE_015059
Confidential - Attorneys' Eyes Only

ADOBE_015059-1



- **Introduce Performance based Restricted Unit Program once and reference as PSU through out the rest of presentation**
- **Talking points from Bruce's presentation in December 2006**

## Agenda

- Total Compensation
- Performance-based Restricted Stock Unit (PSU) Program
- Annual and Quarterly Variable Cash Incentive Plans (AIP and QIP)
- Your Next Steps
- Q&A

2007 Adobe Systems Incorporated.  All Rights Reserved.          2

- **What we're going to cover today....remind them that this is a follow-on from the Dec. 20 Sr. Leader meeting and that this meeting is also being recorded for playback**

- **Housekeeping...how to ask questions via chat/telephone, etc.**

2



- **Introduction: With the importance of compensation and building a performance based culture, there needs to be alignment of goals that drive behaviors which lead to customer satisfaction, which then results in revenue/profit to the company, which then translates to shareholder appreciation and back to business performance**

- *We are committed to the following principles:*
  - We share our success with our employees.
  - **We offer competitive total compensation based upon practices for our industry and local markets in which we compete, while preserving Adobe's financial strength.**
  - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
  - **We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.**
  - **We fairly and regularly assess performance results and differentiate rewards based on performance.**
  - **We recognize and reward results and contributions tied to the success of the company and in support of company values.**
  - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
  - **We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.**
  - **We communicate the goals, features and value of our programs.**

3



















### Adobe's Equity Model



2007 Adobe Systems Incorporated.  All Rights Reserved.



10







## PSU -- FY'07 Criteria



2007 Adobe Systems Incorporated.  All Rights Reserved.



### FY'07 PSU Plan Matrix



2007 Adobe Systems Incorporated.   All Rights Reserved.



## FY'07 PSU Plan Matrix – Overachieve AOP Scenario





FY'07 PSU Plan Matrix – Underachieve AOP Scenario



Summary of
FY07 AIP/QIP
Changes

2007 Adobe Systems Incorporated.  All Rights Reserved.

17





## AIP Goal Setting



2002 Adobe Systems Incorporated.  All Rights Reserved.

**FY'07 AIP/QIP Payout Matrix**



2007 Adobe Systems Incorporated. All Rights Reserved.





FY'07 AIP/QIP Payout Matrix – Scenario A – Overachieve



**FY'07 AIP/QIP Payout Matrix – Scenario A – Overachieve**

2007 Adobe Systems Incorporated.   All Rights Reserved.

22





FY'07 AIP/QIP Payout Matrix – Scenario B -- Underachieve

2007 Adobe Systems Incorporated.  All Rights Reserved.

24

24



## QIP -- Summary Changes



2007 Adobe Systems Incorporated.  All Rights Reserved.

26



- **Follow up email with links to documents and additional resources will be sent this afternoon**





**Revolutionizing**
how the world engages
with ideas and information