# EXHIBIT 5



ADOBE_009295-1 Case 5:11-cv-02509-LHK Document 516-3 Filed 10/07/13 Page 2 of 15

HR Strategic Plan
2010 – 2013
Donna Morris
SVP, Human Resources
Adobe
1
Copyright 2008 Adobe Systems Incorporated. All rights reserved.

ADOBE_009295
Confidential - Attorneys' Eyes Only



Adobe Employee Strategic Objectives
Recognized as a dynamic and agile global organization with exceptional employees who are rewarded based on their embodiment of our values and their contribution to success of the business
Core Values
Talent Management
Total Rewards
Organizational Growth and Development
Performance Management
2
Adobe Confidential

ADOBE_009296
Confidential - Attorneys' Eyes Only

ADOBE 009296-2



# HR Strategic Imperatives and Success Attributes

| Focus Area | Strategic Imperative | Key Success Attributes |
|---|---|---|
| [redacted] | | |

Copyright 2006 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009297
Confidential - Attorneys' Eyes Only

ADOBE_009297-3



Key Workforce Trends
Trends
Organizational Shifts
Copyright 2008 Adobe Systems Incorporated. All rights reserved.
Adobe Confidential
Adobe

ADOBE_009298
Confidential - Attorneys' Eyes Only

ADOBE_009298-4



Key Shifts by Strategic Priority
Strategic Priority
Key Shifts
Copyright 2008 Adobe Systems Incorporated. All rights reserved.
Adobe Confidential
Adobe

ADOBE_009299
Confidential - Attorneys' Eyes Only

ADOBE_009299-5

Talent Acquisition Philosophy
Extend market leadership in our business by identifying and acquiring exceptional talent from university grad to executive level in established and emerging territories, as well as internal movement of great internal talent
Copyright 2008 Adobe Systems Incorporated. All rights reserved.
Adobe Confidential
Adobe

Talent Acquisition Strategic Success
Current
Future
Copyright 2008 Adobe Systems Incorporated. All rights reserved.
Adobe Confidential
Adobe

# Performance Management Philosophy

Continue to evolve culture toward pay for performance where key contributions of employees are recognized and rewarded, and managing performance is a key requirement to growing the business

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential Adobe

ADOBE_009302
Confidential - Attorneys' Eyes Only



Performance Management Strategic Success
Adobe Confidential
Adobe
Copyright 2008 Adobe Systems Incorporated. All rights reserved.

ADOBE_009303
Confidential - Attorneys' Eyes Only

Future State Overview – Managing Performance
Adobe Confidential
Adobe

ADOBE_009304
Confidential - Attorneys' Eyes Only

ADOBE_009304-10

Total Rewards Philosophy
Provide market competitive rewards allowing us to attract and retain great global talent and differentiate based on exceptional company and individual performance
Copyright 2008 Adobe Systems Incorporated. All rights reserved.
Adobe Confidential
Adobe

ADOBE_009305
Confidential - Attorneys' Eyes Only

ADOBE_009305-11

Total Rewards Strategic Success
Provide market competitive rewards allowing us to attract and retain great global talent and differentiate based on exceptional company and individual performance
We are shifting our strategy to align to a pay for performance culture:
Current
Great Place to work
Competitive rewards
Building capabilities specific to performance management and feedback
Future
Place where Great people work
Market competitive rewards with clear market leadership for high performers (individual and company-wide)
Established strong performance management capabilities and transparency
Copyright 2008 Adobe Systems Incorporated. All rights reserved.
Adobe Confidential
Adobe

# Future State Overview – Total Rewards Priorities

- Ensure Total Rewards objectives align with, enable and support the company business strategy
- Actively work on building management capabilities associated with performance management to establish a culture which represents merit based rewards
- Ensure rewards are differentiated based on exceptional company and individual performance for merit, equity and variable compensation
- Market Competitive rewards with clear market leadership for higher performance

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Adobe

Future State Overview – Aligning Pay to Performance
Adobe Confidential
Adobe
Copyright 2008 Adobe Systems Incorporated. All rights reserved.