

Organizational Growth and Development Philosophy

Growing our key talent to provide the internal pipeline for tomorrow

ADOBE_009309
Confidential - Attorneys' Eyes Only

ADOBE_009309-15

# Organizational Growth and Development Strategic Success

- Identify and develop leadership capabilities needed to drive future growth of the business at all levels in the organization



Current | Future

Copyright 2008 Adobe Systems Incorporated. All rights reserved.
Adobe Confidential

ADOBE_009310
Confidential - Attorneys' Eyes Only

ADOBE_009310-16

## HR Operations Philosophy

Recognized for global HR excellence by providing the business with best practice processes and systems that provide high impact to the company leveraging centralization and a cost effective approach to HR and business priorities



Adobe Confidential
Copyright 2008 Adobe Systems Incorporated. All rights reserved.
ADOBE_009311
Confidential - Attorneys' Eyes Only
ADOBE_009311-17



# HR Excellence

Align HR across the function to increase agility and flexibility, building and leveraging capabilities resulting in faster execution and focus on key strategic priorities



Copyright 2003 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

## Future State Overview – Building HR Capabilities

- Build HR capabilities globally to support the business as it continues to evolve and scale



Adobe Confidential
Copyright 2008 Adobe Systems Incorporated. All rights reserved.

ADOBE_009314
Confidential - Attorneys' Eyes Only

ADOBE_009314-20

<5- 

ADOBE_009315
Confidential - Attorneys' Eyes Only

ADOBE_009315-21





ADOBE_009317
Confidential - Attorneys' Eyes Only

ADOBE_009317-23



ADOBE_009318
Confidential - Attorneys' Eyes Only

ADOBE_009318-24



University Recruiting Operating Plan: Key Shifts

ADOBE_009319
Confidential - Attorneys' Eyes Only

ADOBE_009319-25





ADOBE_009321
Confidential - Attorneys' Eyes Only

ADOBE_009321-27



ADOBE_009322
Confidential - Attorneys' Eyes Only

ADOBE_009322-28

