# EXHIBIT 19

# FILED UNDER SEAL

1   Robert A. Mittelstaedt (State Bar No. 60359)
    ramittelstaedt@JonesDay.com
2   Craig E. Stewart (State Bar No. 129530)
    cestewart@JonesDay.com
3   JONES DAY
    555 California Street, 26th Floor
4   San Francisco, CA 94104
    Telephone:    (415) 626-3939
5   Facsimile:    (415) 875-5700

6   Catherine T. Zeng (State Bar No. 251231)
    czeng@jonesday.com
7   JONES DAY
    1755 Embarcadero Road
8   Palo Alto, CA  94303
    Telephone:    (650) 739-3939
9   Facsimile:    (650) 739-3900

10  Attorneys for Defendant
    INTUIT INC.

11

12                      UNITED STATES DISTRICT COURT

13          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

14

15
    **IN RE HIGH-TECH EMPLOYEE**            **Case No. 11-CV-2509  LHK**
16  **ANTITRUST LITIGATION**
                                            **DECLARATION OF MASON**
17                                          **STUBBLEFIELD**
    **THIS DOCUMENT RELATES TO:**
18
    **All Actions**
19

20

21

22

23

24

25

26

27

28
                                              DECLARATION OF MASON STUBBLEFIELD
                                              CASE NO. 11-CV-2509 LHK

I, Mason Stubblefield, declare as follows:

1.      I am employed by Intuit Inc. as the Vice President of Human Resources, Head of Total Rewards. I have been acting in this position since February 2012. From 2008 to 2012, I was employed by Intuit in its Human Resources department in various positions supporting Intuit business units. From 2004 to 2008, I was employed as the Total Rewards Leader in Intuit's compensation department.

2.      I make the statements in this declaration based on my personal knowledge gained during my current and former positions in Intuit's compensation department. As to Intuit's compensation practices described in this declaration during the period in which I was not employed in the compensation department, fulfilling the duties of my current position has required that I be knowledgeable about those practices and I have gained that knowledge by reviewing Intuit's business records and participating in business meetings and discussions with other employees at Intuit.

3.      The information noted in this declaration and the exhibits attached to this declaration are confidential to Intuit. Intuit's salary and compensation data and methodologies are non-public, highly sensitive and confidential, and private to Intuit and its employees. It could cause Intuit competitive harm if this information was publicly known. Public dissemination of this information would deprive Intuit of the investment it has made in developing its compensation structure, practices, and strategies and allow others to unfairly benefit from this information.

4.      Part of my job responsibilities at Intuit is to train Intuit business managers on Intuit's compensation philosophy and its practices and policies for setting compensation for employees. Attached hereto as Exhibit A, is a true and correct copy of a presentation I prepared (along with others in Intuit's compensation department) from May 2007, entitled "Annual Compensation Decisions, 2007" (INTUIT_038812). Attached hereto as Exhibit B, is a true and correct copy of a presentation from July 2009 entitled "Having Effective Performance and Pay Discussions" (INTUIT_018387). Attached hereto as Exhibit C is a true and correct copy of a

- 2 -

presentation from May 2010 entitled "Focal Overview for Leaders" (INTUIT_018398). These presentations were used for training business managers on Intuit's compensation practices. They reflect the policies and practices discussed in following paragraphs and that were in effect during throughout the period plaintiffs allege as the class period in this case.

5.      Intuit currently has approximately 7,800 employees in the United States. Approximately 5,150 of those employees are paid on a salaried basis (*i.e.*, they are not paid by the hour and are classified as exempt from overtime pay). The compensation practices described in this declaration pertain to Intuit's salaried employees.

6.      In general, Intuit's employee compensation consists of three principal components: base compensation, incentives, and equity grants.

7.

8.      During the period from 2005 to the present, Intuit has had more than a dozen different business units and functional groups. These business units and functional groups include: Small Business Group, Financial Management Solutions, Payment Solutions, Employee Management Solutions, Quickbase, Intuit Financial Solutions, Accounting Professionals Division, Global Business Division, Intuit Health, Central Technology, Global Enterprise Systems, Legal, Finance, Sales, Marketing, and Human Resources. In turn, these units employ a variety of positions with widely divergent required skills, including accountants, sales managers, market research analysts, human resources, attorneys, corporate strategy managers, financial analysts, project managers, business analysts, systems architects, tech writers, logistics analysts, supply chain managers, treasury analysts, web developers, internal auditors, tax analysts, benefits managers, payroll mangers, recruiters, governmental relations, creative designer, facilities

DECLARATION OF MASON STUBBLEFIELD
CASE NO. 11-CV-02509 LHK

engineer, and numerous others. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

9. Each of these business units and functional groups has numerous business

managers ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

11. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮

12. Intuit's compensation policies are consistently emphasized in the training given to

business managers. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- 4 -



DECLARATION OF MASON STUBBLEFIELD
CASE NO. 11-CV-02509 LHK

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MASON STUBBLEFIELD
CASE NO. 11-CV-02509 LHK

24. I am aware of news reports that Google gave its employees a ten percent pay raise in November 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed on November 9, 2012 at Mountain View, California.

Mason Stubblefield

SVI-116402v1

- 8 -

Exhibit A

# DOCUMENT

# PLACEHOLDER

This document was produced in native format.

INTUIT_038812
Confidential - Attorneys' Eyes Only

# Annual Compensation Decisions, 2007
## Communications Session for Executives

*"Differentiating Performance for Results...*
*Differentiating Pay Decisions for Performance"*

**Jim Grenier**
**Mason Stubblefield**
**Parrish Pullen**



# What's Important?



Intuit  Confidential
May 7 2007

2

# Differentiating for Performance and Impact…



Intuit Confidential
May 7 2007



# Our Compensation Philosophy... on a page



Intuit Confidential
May 7 2007

# Performance Categories and Expectations





# Process Input: Retention Assessment



Intuit Confidential
May 7 2007



# Process Input: External Market Review



Intuit  Confidential
May 7 2007



# FY'08 Budget (U.S.)



Intuit Confidential
May 7 2007



# Pay Decision Guidelines

**2007 Pay-for-Performance Guide (U.S.)**

Intuit Confidential
May 7 2007



# Applying Judgment to the Pay Decision
## (How do I know my decision is a good one?)

- **Consider trade-offs in your decision making…**
  - Differentiation:  allocating dollars to the highest performers or the talent needed for business growth
  - Closing gaps where desired (skills or pay)
  - Leveraging total compensation …Balance the mix of fixed versus variable
  - Willingness to pay more? …"Market penetration," cost/ROI

- **Two parts to IPI Decision Making:**
  - Executing on the day-to-day
  - Adding value to improve the future

- **Pay Attention to "Year over Year" growth in total cash**

Make the right decisions, with courage, for your business and individual situation

I n t u i t   C o n f i d e n t i a l
May 7 2007



# Rewards Aligned to Build Momentum
## (Also Known As, "Tips for Gaining Approval.")

Intuit Confidential
May 7 2007

# Actions that Raise Eyebrows...and Audits



Intuit Confidential
May 7 2007



# The INTU Approach to Equity Grants



Intuit Confidential
May 7 2007



# Projected "9-Blocker" for 2007 Equity Grants
## (Confidential – Not for Distribution...EXAMPLE only...subject to change)



Intuit Confidential
May 7 2007



# FY08 Equity Strategy



Intuit Confidential
May 7 2007



## 2007 Focal Compensation & Talent Review Process Timeline



Intuit  Confidential
May 7 2007



# The Talent & Pay Tool (TPT)
## ...A Quick Intro





# Eligibility
## (For Pay Decisions within the Tool)



**All Re_ular Em_lo_ees will be Included in the Talent Assessment**

Intuit Confidential
May 7 2007



# TPT Reports

| Report Name | What it shows... | What it tells you... |
| --- | --- | --- |

Intuit Confidential
May 7 2007



# TPT Reports

| Report Name | What it shows... | What it tells you... |
| --- | --- | --- |

May 7 2007

# TPT Reports

| Report Name | What it shows... | What it tells you... |
| --- | --- | --- |

Intuit  Confidential
May 7 2007

# The Stock Tool (TPT/PDT)
## ...A Quick Look





# Stock Tool Summary Page



Intuit  Confidential
May 7 2007



# Finalizing the Stock Recommendations



Intuit Confidential
May 7 2007



# Your Action Items



Intuit Confidential
May 7 2007

# Where can I find this pitch and additional resources?

- Copy of deck to be emailed to exec participants (Mgr version avail online)

- Process, Tools, Benefits question? – Contact AccessHR via online HR Solution Center or at ext. 13333

- Performance management questions…Talent Assessment questions? – Contact your HRBP

- Pay-for-performance question? – Contact your HRBP

- Stock Options/RSUs – Contact your HRBP or the Compensation Team



I n t u i t   C o n f i d e n t i a l
May 7 2007





# Appendix



# "Rules of the Road"
## The How and Why on Prorations



Intuit Confidential
May 7 2007



# Comparing Stock Options to Stock Units



Intuit  Confidential
May 7 2007

# Talent and Pay Tool Log On



1. **Enter Directory Login and Password.  The Directory Login and password are the same Directory Login and password that is used for the Directory Toolbox.**

2. **Click the Sign In button.**

I n t u i t   C o n f i d e n t i a l
May 7 2007



 **Talent and Pay Resource Center**

 **Intuit**

Logged in as **BIJLEVELD,CHRISTIE**, proxy for **ASTON,ASSAF**

Help | Directory | Training | Add'l Resources | FAQs | Contact Us | Log Out

HCMDEV01 v7.0.6

**Hello ASSAF ASTON,**

What would you like to do?

- **Access Talent and Pay Tool**
  Recommend or Review Employee Talent Assessment
  Recommend or Review Employee Pay Decisions
  Recommend or Review Employee Stock Decisions
  Assign or Revoke a Proxy

- **Access External Market Data**
  Total Rewards Job Info Center

- **Update Employee Data**
  Submit an Employee Change Request (ECR)

- **Other Resources**
  Performance Management Home Page
  Leadership Success Profile
  Leadership Model



# Input Talent Ratings First



Intuit Confidential
May 7 2007



# Talent Ratings Input (cont.)

## Talent Assessment Ratings

| | |
|---|---|
| * Performance Rating: | -- Choose one -- ▼ |
| Potential Code: | -- Choose one -- ▼ |
| * Retention Code: | -- Choose one -- ▼ |

## Development Planning

| | |
|---|---|
| Career Development Recommendation: | -- Choose one -- ▼ |
| Next Best Type Of Assignment: (100 character limit - Descriptions will be truncated to 100 characters) | |
| Employee Areas Of Interest (100 character limit - Descriptions will be truncated to 100 characters) | |

Continue >

Intuit Confidential
May 7 2007



# Talent Ratings Summary



Intuit  Confidential
May 7 2007



# Input Pay Increase Recommendations



Intuit Confidential
May 7 2007



# IPI Input



Intuit Confidential
May 7 2007



# Review and Save



Intuit Confidential
May 7 2007







Exhibit B

# DOCUMENT

# PLACEHOLDER

This document was produced in native format.

INTUIT_018387
Confidential - Attorneys' Eyes Only



# Having Effective Performance and Pay Discussions

July 2009



# The Performance Management Wheel



Intuit Confidential

# Session Overview

- Introduction
- The Actual Conversation
  – Pre-Discussion Planning & Activities
  – Opening
  – Performance Discussion
  – Models and Tips for Giving Feedback
  – Compensation Discussion
  – Development Discussion
  – Close
- Tips and Best Practices
- Discussion w/Recently Impacted Employees
- Sample Questions and Talking Points
- Key Dates
- Additional Resources



# Pre-Discussion Planning

# Opening and Welcome

- Provide Context
  - Evaluation is for the <u>entire year</u>, but this discussion is a continuation of the mid-year and other coaching conversations

- Review the agenda for today's discussion

- Share your point of view on performance management

- Brief discussion of the overall BU/FG performance

- Acknowledge any transitions/changes during the year (e.g. manager, role, org, team, self, key strategy)



# Performance Discussion

- State your core message
  - What do you want your employee to walk away knowing
  - Highlight key accomplishments, overall business impact, strengths & opportunities
- Use specific observable examples & feedback
  - What they accomplished (for their role & for bigger team)
  - How they behaved relative to the Leadership Success Profile
  - Summarize feedback from key stakeholders
- Check for understanding of key points
- Share the performance rating
  - Explain how you think about each performance rating category
  - Share the rating for this review
- Ask for questions & support needed

> **Lead your performance discussion with a core message to set you up for a successful discussion.**



# Feedback for a Specific Situation

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

*Situation + Behavior + Impact = Effective Feedback*

Why is this important?

When these 3 elements are included in the feedback, feedback is easy to *understand* and *actionable*.

**Capture the Situation:** Capture and clarify the specific situation in which the behavior occurred.

"In the meeting with the new vice president yesterday..."

**Describe the Behavior:** Capture not only what people do, but also how they do it. Use verbs to describe the behavior.

"While you expressed your point of view – you kept an open mind
You kept your voice at an even tone, even when she questioned
your numbers...."

**Deliver the Impact.** Relay the impact that the other person's behavior had on you.

"I felt really at ease with your delivery"

**Feedback should be timely and actionable to be meaningful for the recipient**



# Sharing the Overall Feedback

A "Start/Stop/More/Less" Grid for Planning Feedback



Intuit Confidential

# Additional Tips for Giving Feedback

- **Give it often.**  Virtually no one thinks they get enough feedback, that's because no one gives enough.

- **Be quick about it.** Give feedback as close to the event as possible.   It's still fresh in everyone's mind and it's easier to learn from it.

- **Put it in context.** "I wanted to talk to you about the report that you wrote yesterday."

- **Be specific.** What went well and what didn't for the individual or the team?

- **Describe actual behaviors.** Avoid the infamous "feedback sandwich", good-bad-good, it comes across as disingenuous and dilutes the impact of good feedback.  Can also be perceived as judgmental.

- **Describe the impact.** Who was affected and why? The impact gives meaning to the feedback.

- **Allow time for reflection.** Give people the chance to respond but don't force them, arrange to talk about it again at a future date.

- **Be constructive.** So that the recipient feels encouraged and motivated to improve their performance



# Compensation Discussion



# Intuit's Compensation Philosophy



Intuit Confidential



# External Market View



# Compensation Key Messages



Intuit Confidential

# Pay for Performance Report from TPT



**INTUIT CONFIDENTIAL**

# Development Discussion

- This development discussion is about how an employee develops in his/her current role vs more aspiration career development
- Discuss a couple areas for development that will help the employee be more successful
- Share that during the goal setting process, you will go into greater detail on development and longer term career planning
- Discuss approach to development
  - Will address current role development needs first, then focus on future role development
  - Mobility can be moving up, laterally or expanding current role
  - Commit to on-going development discussions
- Ask Employees to start creating their individual development plans for FY10
  - Key resource:  Performance Management Form, iKnow Talent Mobility tool and Career Development page of Insight

**Everyone has opportunities for Development!**



# Close the Conversation

- Summarize the discussion, including your core messages
  - Recap the strengths you want to see continue or enhanced
  - Review the most important area for immediate improvement
  - Explain the most important development need
- Ask employees how you can support them
- Talk about next steps; Goal Setting process (August)
- Provide copy of compensation decisions
- Sign and date the evaluation – employee and manager
- Submit performance evaluations to your HRBP, HR coordinator or group admin.



# Tips on Delivering the Pay/Performance Message

## Do...

- Prepare for the discussion. Include an agenda and summary from TPT tool

- Make sure your feedback and observations support your rating

- Be direct, clear and concise with your message and practice the delivery

- Provide concrete ideas of what "better" performance looks like

- Take ownership of decisions around pay and ratings and send a consistent message

- Acknowledge transitions during the year (mgr, org, goals, etc)

- Allow for questions and interactive discussion

- Discuss new performance standards if the employee was promoted

## Don't...

- Schedule too many meetings in one day

- Deliver too many messages...Be concise and allow time for the employee to digest the info

- Focus only on 2nd half of the year. Review is for the full year.

- Miss the deadline to communicate pay/performance decisions or communicate too early

- Blame ratings or pay decisions on your manager or "they"

Intuit Confidential



# Performance and Pay Discussions for Impacted Employees

- Impact employees may want performance feedback as they consider internal & external roles - focus on strengths and contributions

- Prepare yourself to have this conversation by having concrete examples to support your feedback – follow the guide from earlier slide

- Allow time for employees to ask questions



# Tips for Discussions with Impacted Employees

- Keep the conversation short and focused on key feedback

- Focus on strengths and contributions and not on development feedback unless the employees asks for additional information

- Stay focused on the conversation and not the rating.  It's okay to share the rating, but the focus is more on the dialogue

- Schedule the conversation at a time that is convenient for the employee. Many of them may not be in the office.

- Don't create a situation that leads to connecting the conversation to job elimination decisions

- Be open to not having a conversation – some employees will opt out of this process, but you should still have a documented review.



# Sample Questions and Talking Points

| Questions Employees May Ask | Suggested Talking Points |
| --- | --- |
| | |

# Sample Questions & Suggested Talking Points

| Questions  Employees May Ask | Talking Points to Help Your Discussion |
|---|---|
|  |  |

Intuit Confidential

# Resources Available to You

- HR Solution Center through Insight
  - http://insight.intuit.com/TotalRewardsAndCareer/Pages/ContactingIntuitHR.aspx
- Your BU/FG Human Resources Business Partner
- Compensation Team
  - Total rewards email through Outlook
- Performance Management Page on Insight
  - http://insight.intuit.com/TotalRewardsAndCareer/CareerDevelopment/PerformanceManagement/Pages/PerformanceManagement.aspx

# Key Dates

- You will receive an "all clear" message on/around ███████ indicating that you should log into TPT to retrieve final talent and pay decisions and to begin your performance and pay discussions with your team
- Effective Dates



- Total Rewards Statements
  - Updated to reflect focal changes by October 1
  - <u>Click here</u> to view your Total Rewards Statement

Intuit Confidential

# Additional Resources

# Performance Management Modules



# Pay Decision Resources

| | FY10 Allocation |
|---|---|
| | |

**Total Budget is Very Competitive against Market**

Intuit Confidential

# Pay Decision Guidelines – 2009



# From Intuit's Leadership Conference in Aug. '08



# Determining the IPI pool: Guiding Principles

1. How we delivered for employees (engagement)

2. How we delivered for customers (net promoter)

3. How we delivered for shareholders (financial results v. plan)

4. Degree of difficulty...with a realistic perspective on today's marketplace

5. Extent to which the business unit built a foundation for the future to deliver on growth and innovation

**CEO assessed relative performance and decided based on impact**

Intuit Confidential



# Equity: Comparing Stock Options to Stock Units



Intuit Confidential



Exhibit C

# DOCUMENT

# PLACEHOLDER

This document was produced in native format.

INTUIT_018398
Confidential - Attorneys' Eyes Only

# Focal Overview for Leaders

Mason Stubblefield

May 2010



Intuit Proprietary & Confidential

# What We'll Cover Today

- Key Messages
- Your Role
- Talent Assessment
- Compensation Philosophy - Overview
- Pay: The Market View
- Budgets & Guidelines
- Case Study
- Timeline & Tools
- Support & Training
- Appendix: Communication Plan and Timeline

April 2010

Intuit Proprietary & Confidential

# Ke  Messa_es

- We're building on our investment by providing a very competitive pool for performance based increases, mobility… and IPI payouts…and recognition program funding

- Our history of strong performance has put us in a very fortunate position vs. the market …we are pay leaders

- We had a good year in FY10 overall…good business results…opportunities in engagement

- We build momentum by effectively assessing performance and delivering clearly differentiated awards

- There are tools, processes and people to help you

**It's all about remaining focused on outcomes
…for all three stakeholders**

3

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# YOUR ROLE

Intuit Proprietary & Confidential

# Leader Role

- Help reinforce key messages in all interactions with employees

- Collect performance feedback on employees; make talent assessments

- Differentiate pay decisions based on performance results

- Execute within timelines, guideline and budget

# Talent Assessment



Intuit Proprietary & Confidential

# Performance Management Wheel

# Talent Assessment



# Inputs to Performance Assessment and Development



**Focus on the <u>business outcomes of performance</u>, not just effort!**

Intuit Proprietary & Confidential



# Talent Assessment: Performance Rating

## *Measures Performance To Goals*



Intuit Proprietary & Confidential

# Talent Assessment:   Potential Rating



# Talent Assessment:



Intuit Proprietary & Confidential



Pay Decisions
# PHILOSOPHY & MARKET RESEARCH

Intuit Proprietary & Confidential

# Intuit's Compensation Philosophy

Competitive, Performance-based Rewards that Influence the Right Results and
Commitment to Intuit...Aligned with Company Growth



14

# Market Research Recap

# Internal View: Pay vs. Market

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# BUDGETS AND GUIDELINES

17

Intuit Proprietary & Confidential

# Intuit Performance Incentive ꞏIPIꞏ



Intuit Proprietary & Confidential

# FY10 IPI Performance Matrix



Intuit Proprietary & Confidential



# Determining the BU/FG IPI Pool: Guiding Principles

1. How we delivered for employees (engagement)

2. How we delivered for customers (net promoter)

3. How we delivered for shareholders (financial results vs. plan)

4. Degree of difficulty...with a realistic perspective on today's marketplace

5. Extent to which the business unit built a foundation for the future to deliver on growth and innovation

> **CEO assessed relative performance and decided based on impact**

Intuit Proprietary & Confidential



# FY 11 Budgets _all locations exce_ t India_



Intuit Proprietary & Confidential

# Pay Decision Guidelines – 2010



Intuit Proprietary & Confidential

# Pay Decision Guidelines Summary



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# MAKING GOOD PAY DECISIONS

Intuit Proprietary & Confidential

# Wh, Is Differentiation Im,ortant?



Intuit Proprietary & Confidential

# Using Market Data



Intuit Proprietary & Confidential

# How Do I Know I've Made a Good Decision?

## Answer "Yes" to the following:



Intuit Proprietary & Confidential

# Actions that Raise Eyebrows

Intuit Proprietary & Confidential

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# CASE STUDY

April 2010

Intuit Proprietary & Confidential

# Case Study



# What should their merit increase be?



Intuit Proprietary & Confidential

# What should their IPI ¸ a ¸ out be?



# Compensation Decision Checklist



Intuit Proprietary & Confidential



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# EQUITY

Intuit Proprietary & Confidential



# The INTU Approach to Equity Grants



Intuit Proprietary & Confidential

# Stock O̧ tions  RSUs: "9-Blockers"



Intuit Proprietary & Confidential



. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# PROCESS TIMELINE

Intuit Proprietary & Confidential

# High Level 2010 Timeline



Intuit Proprietary & Confidential

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# SUPPORT AND REFERENCE MATERIAL

April 2010

Intuit Proprietary & Confidential

# Support Model

- **For Line Leaders**
  - Insight
  - Email communication from Sr. Leaders
  - HR Connect

- **For HR Business Partners**
  - Insight
  - Email communication from Sr. Leaders
  - HR Connect
  - Assigned Compensation Team Contact

- **For HR Connect**
  - Insight
  - Email communication from Sr. Leaders
  - Assigned Compensation Team Contact

- **For Senior Executives**
  - Insight
  - HRBP (leveraging Compensation Team contact, if needed)

April 2010

Intuit Proprietary & Confidential



# Additional Resources to Help…

- Re-designed Insight pages

- Experienced leader module (key messages, tips & action items)

- New leader module (philosophy, key messages, case studies, tips & action items)

- Brief, single-topic videos

- Blog

Intuit Proprietary & Confidential

# Ke TPT Re orts

| Report Name | What it shows | How to leverage it |
|---|---|---|
| | | |

Intuit Proprietary & Confidential

# Fre uenc  & Timin  of TPT U  dates



Intuit Proprietary & Confidential



Customize this Report

**Function - Desc contains 'Finance and Accounting'**

GRID EDIT | EMAIL | PRINT | OTHER ▼

Results 1 to 103 (out of 103)

Intuit Proprietary & Confidential

# How Restricted Stock Units (RSUs) Work



Intuit Proprietary & Confidential



# Equity: Comparing Stock Options to Stock Units



Intuit Proprietary & Confidential

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

# APPENDIX: COMMUNICATION PLAN & TIMELINE

April 2010

Intuit Proprietary & Confidential

# Communication Timeline

| Date | Comm Activity | Purpose |
|---|---|---|



# Communication Timeline cont'd

| Date | Comm Activity | Purpose |
|------|---------------|---------|



***Note that the calendar of blog posts and topics will be added to this list once finalized***

Intuit Proprietary & Confidential



# Communication Timeline cont'd

| Date | Comm Activity | Purpose |
|------|---------------|---------|



# Communication Timeline cont'd

| Date | Comm Activity | Purpose |
|------|---------------|---------|
|      |               |         |

Intuit Proprietary & Confidential



# What We'll Cover Today

- Key Messages
- Your Role
- Talent Assessment
- Compensation Philosophy – Overview
- Pay: The Market View
- Budgets & Guidelines
- Case Study
- Timeline & Tools
- Support & Training
- Appendix: Communication Plan and Timeline

## Key Messages

- We're building on our investment by providing a very competitive pool for performance based increases, mobility... and IPI payouts...and recognition program funding

- Our history of strong performance has put us in a very fortunate position vs. the market ...we are pay leaders

- We had a good year in FY10 overall...good business results...opportunities in engagement

- We build momentum by effectively assessing performance and delivering clearly differentiated awards

- There are tools, processes and people to help you

**It's all about remaining focused on outcomes ...for all three stakeholders**

3    April 2010                     Intuit Proprietary & Confidential                     intuit



**YOUR ROLE**

4      April 2010                        Intuit Proprietary & Confidential                        intuit

## Leader Role

· Help reinforce key messages in all interactions with employees

· Collect performance feedback on employees; make talent assessments

· Differentiate pay decisions based on performance results

· Execute within timelines, guideline and budget

Intuit Proprietary & Confidential

**intuit**





- [If you spent time on this at mid-year with leaders, then touch on it lightly. Can start off by asking for a volunteer to explain the performance management cycle.]





**Time:**  7 minutes

**Goal:**  Introduce concept of potential assessment





- [Can touch lightly on slide since spoke to inputs on the wheel slide.]







**Time:** 7 minutes

**Goal:** Introduce concept of potential assessment

**Facilitator Note:** **(click once for graphic)** Remember at the beginning of this section we said that there are really 3 dimensions for assessing talent. We have performance covered, now we are going to turn to potential.

**(Click to remove graphic, click again to bring in new graphic.)**



## Talent Assessment:















# BUDGETS AND GUIDELINES

17    April 2010    Intuit Proprietary & Confidential    **intuit**



• This is how the pool is then used, depending on your job level.



**Determining the BU/FG IPI Pool: Guiding Principles**

1. How we delivered for employees (engagement)

2. How we delivered for customers (net promoter)

3. How we delivered for shareholders (financial results vs. plan)

4. Degree of difficulty...with a realistic perspective on today's marketplace

5. Extent to which the business unit built a foundation for the future to deliver on growth and innovation

**CEO assessed relative performance and decided based on impact**

20                        Intuit Proprietary & Confidential                        **intuit**

- This slide shows how Brad thought about determining IPI bonus targets for each of the BU's
- [Touch on each one.]
- The call was Brad's based on his assessment of the BU's performance and impact.











**Pay Decision Guidelines Summary**

Intuit Proprietary & Confidential

intuit





• *Move quickly through slide*









## Actions that Raise Eyebrows



intuit

28



## Case Study



Intuit Proprietary & Confidential

intuit



















# Support Model

- **For Line Leaders**
  - Insight
  - Email communication from Sr. Leaders
  - HR Connect

- **For HR Business Partners**
  - Insight
  - Email communication from Sr. Leaders
  - HR Connect
  - Assigned Compensation Team Contact

- **For HR Connect**
  - Insight
  - Email communication from Sr. Leaders
  - Assigned Compensation Team Contact

- **For Senior Executives**
  - Insight
  - HRBP (leveraging Compensation Team contact, if needed)

40

## Additional Resources to Help...

• Re-designed Insight pages

• Experienced leader module (key messages, tips & action items)

• New leader module (philosophy, key messages, case studies, tips & action items)

• Brief, single-topic videos

• Blog

April 2010                     Intuit Proprietary & Confidential

intuit









## Equity: Comparing Stock Options to Stock Units



46                                    Intuit Proprietary & Confidential                              intuit



APPENDIX:
COMMUNICATION PLAN &
TIMELINE

47       April 2010              Intuit Proprietary & Confidential                    **intuit**









Exhibit D

# DOCUMENT

# PLACEHOLDER

This document was produced in native format.

INTUIT_038789
Confidential - Attorneys' Eyes Only



# Compensation: Exe Comp, Equity, IPI
## June 14, 2010

For Confidential Discussion. Please do NOT Cascade.



*Today...*

1. **Summary of Findings & Direction**
2. **Peer Group**
3. ***Equity Changes for Focal***
4. **FY11 IPI**

# High Level Overview of Findings, Direction...



Intuit Proprietary & Confidential

# Equity Changes: Key Messages



Intuit Proprietary & Confidential

# From/To: FY09 to FY10 Equity Distributions

Intuit Proprietary & Confidential

# <u>Next Steps:</u> What does this mean "post-focal?"



Intuit Proprietary & Confidential



# IPI FY11 Design



Intuit Proprietary & Confidential



# FY11 IPI Approach



Intuit Proprietary & Confidential

# APPENDIX – Peer Group Overview



Intuit Proprietary & Confidential



# Peer Group Composition

Intuit Proprietary & Confidential

# Peer Group – Size Comparisons



Intuit Proprietary & Confidential

# Peer Group – Performance Comparisons



# Peer Company Business Descriptions



Intuit Proprietary & Confidential