# EXHIBIT 25
# (REDACTED)



# Compensation Overview

Understanding and Selling Google Compensation

Google Confidential and Proprietary    1

CONFIDENTIAL ATTORNEYS EYES ONLY



# Agenda

- Introduction

- Google's Compensation Philosophy

- The Elements of New Hire Compensation

- Proposing New Hire Compensation

- How to Sell Compensation Packages to Candidates

- Questions

Google Confidential and Proprietary

2

CONFIDENTIAL ATTORNEYS EYES ONLY



# Introduction

- The goal is to better understand:

  - Google's compensation philosophy and how it maps to proposed compensation for new hires

  - The elements of new hire compensation

  - The Compensation team's involvement in the hiring/offer review process

  - What compensation-related questions to ask candidates

  - How to sell compensation packages to candidates

  - Compensation tools

Google Confidential and Proprietary          3

CONFIDENTIAL ATTORNEYS EYES ONLY



# Google's Compensation Philosophy

*Value Proposition, Leveraged Compensation*

Google Confidential and Proprietary

4

CONFIDENTIAL ATTORNEYS EYES ONLY



# Google's Compensation Philosophy

**Deliver pay in ways that support three primary business objectives:**

✓ **Attract and retain the world's best talent**

✓ **Support the company's culture of innovation and performance**

✓ **Align employee interests with shareholder interests in the overall success of the company**



Pay-for-performance platform



"Leveraged" comp – earning opportunity increases with performance



Equity programs offer stake in company's success

Google Confidential and Proprietary

5

Google Confidential and Proprietary

6

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038369

Google

Evolution of Google's Pay Mix



Google Confidential and Proprietary

7

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038370



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038371



# Elements of New Hire Compensation

*Base, Bonus, Equity, Sign-on and Other Rewards*

Google Confidential and Proprietary

9

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038372

Google

Base Pay

Google Confidential and Proprietary   10

GOOG-HIGH TECH-00038373

Google

# Company Bonus Plan

Google Confidential and Proprietary    11



Company Bonus Plan

CONFIDENTIAL ATTORNEYS EYES ONLY

# Bonus Program Schedule and Payouts



Google Confidential and Proprietary   13

Google

Sales Incentive Program



*(Percentages shown reflect percent of salary)*

Google Confidential and Proprietary    14

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Sales Incentive Program

Google Confidential and Proprietary

15

GOOG-HIGH TECH-00038378



Equity Compensation

We grant equity

Google Confidential and Proprietary    16

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Google Stock Units (GSUs)

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038380

Google Confidential and Proprietary                18

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038381



Google   TSO Program

Google Confidential and Proprietary   19



Google Confidential and Propriety    20

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038383



Google Confidential and Proprietary

21

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00038384



Google Confidential and Proprietary    22

CONFIDENTIAL ATTORNEYS EYES ONLY



# Proposing New Hire Compensation

*Working with Compensation to Create and Extend Offers*

Google Confidential and Proprietary    23

Google

How Comp Review Fits In



Google Confidential and Proprietary   24

CONFIDENTIAL ATTORNEYS EYES ONLY



Google

The Hiring Process

Google Confidential and Proprietary    25

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary    26

    GOOG-HIGH TECH-00038389



Selling Google Comp

Google Confidential and Proprietary    27

CONFIDENTIAL ATTORNEYS EYES ONLY



# Talking about Compensation

- For HR professionals, compensation is analytical; for many candidates, it's emotional

- Many candidates are fixated on base salary, viewing this as the only compensation element indicative of responsibility level, and accordingly may use base salary to chart progress in their careers

- It's important that candidates take into account the total compensation package and are also made aware of how Google pays relative to the market

- Some candidates express risk-aversion, claiming that they can't rely on variable compensation elements

- We've found that a few candidates tend embellish their current compensation figures:

Google Confidential and Proprietary          28

CONFIDENTIAL ATTORNEYS EYES ONLY



Google

# Answering Candidates' Questions

- Q: "Why am I taking a cut in base pay to come to Google?"

- Q: "Why should I value the equity when the stock price keeps falling?"

- Q: "My company offers a refresher program. What does Google offer and what can I expect?"

- Q: "Why is Google's refresher in options and not GSUs?"

- Q: "I'm expecting a 4% salary increase at the end of the year.  What type of increase can I expect at Google?"

Google Confidential and Proprietary          29

# Answering Candidates' Questions (cont.)



- Q: "Compared to my current company,

- Q: "I feel like the only thing I can count on is base salary,

- Q: "I'm working at a pre-IPO startup,

- Q: "If I take this offer, I'll be relocating to an area with a higher cost of living. It looks like my offer doesn't take this into account."

Google Confidential and Proprietary

30

Google

# Tools and Resources

- Access at
  - Available to Recruiters
  - Access at

## Lead Recruiter Section on Staffing Web Page

- Links to new hire offer ranges
- Link to
- Link to equity guidelines
- Access here

## Compensation section on Recruiter Staffing Web Page

- List of active job codes
- Internal transfer policy
- Relocation guidelines (US)

## Compensation webpage for Employees

- Go/compensation



Google Confidential and Proprietary    31



Q&A

Google Confidential and Proprietary    32

GOOG-HIGH TECH-00038395