# EXHIBIT 26

# FILED UNDER SEAL

# Intel U.S. Compensation and Benefits Overview for 2006

The information in this presentation is a summary of Intel benefits and is not intended to take the place of or change official plan documents in any way. In the event of any discrepancy between the information in this presentation and official plan documents, the plan documents will prevail.

Intel reserves the right to modify, change, or discontinue any benefit provided under T-Comp, at its sole discretion, by appropriate action of its board of directors or other persons designated by the board, or their delegates.

1

76597DOC000068
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intel's Mission

**Delight our customers, employees, and shareholders by relentlessly delivering platform and technology advancements that become essential to the way we work and live**

2

**Note to Presenters:**

Please do not make any changes or additions to this presentation without first contacting Cheryl Chedester, WW Compensation & Benefits

.**If you quote any stock or bonus performance history at any point during the presentation, you must indicate that performance history is no indication or guarantee of future results.

-------

Typically the presenter would not talk to Intel's mission in this presentation but rather leave this first slide up as individuals sit down or are waiting for the presentation to begin.

2

76597DOC000068_000002
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Working at Intel

- **Engaging, challenging work**
- **Teams of diverse people**
- **Open communication**
- **Opportunities to explore new careers**
- **Intel values in action**
  - Customer orientation
  - Discipline
  - Risk taking
  - Quality
  - Results orientation
  - Great place to work

3

At Intel, our values provide the roadmap. Our values are put into practice each day by our employees, and govern how we deal with our communities and each of our customers.

•Take your badge with the values written on it and pass it around - this demonstrates how seriously we take our values. It's also an opportunity to discuss different types of employees through their badge types.

Intel Values:

•Customer Orientation

•Discipline

•Quality

•Risk Taking

•Great Place to Work

•Results Orientation

3

76597DOC000068_000003
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Compensation and Benefits (T-Comp) philosophy:

- **Meritocracy**: Reward employees for their personal performance

- **Market Competitive**: Maintain market competitive pay and benefits

- **Share in Intel's success**: Participate in profit sharing programs

- **Mutually Beneficial**: Encourage employees to drive the company's long term growth

- **A Promoter of Health and Welfare**: Promoting health and wealth through innovative benefits and employee choice

4

## Total Compensation Philosophy

Intel's Total Compensation and Benefits (T-Comp) program is designed to attract, retain, and reward the people necessary to create Intel's longer-term growth and profitability. Fundamental to T-Comp is the ability for all employees, where possible, to participate in the wide range of Intel's compensation and benefit programs.

Meritocracy: Your individual performance is another variable that is taken into consideration in determining your compensation. We know that employee performance is the key to Intel's success. We believe in recognizing individual efforts, commitment, and contributions by paying significantly higher rewards to the highest performers.

Market Competitive: Our compensation and benefits philosophy is market driven. We perform annual market surveys and analyses in order to ensure we are meeting our compensation and benefits goals.

Responsive to Business Performance. Our total compensation and benefits philosophy responds to the cyclical nature of our business. Our philosophy is based on creating a pay structure that we can maintain in down cycles while being among the best paying in good times. We accomplish this through a combination of base pay, benefits, and the variable, profit-driven components of the cash, retirement, and stock programs.

Mutually Beneficial. Remaining competitive requires a careful balance between the needs of stockholders for investment earnings and the needs of Intel's employees for equitable and rewarding pay. To achieve this goal, we vary the compensation paid with our profits; the higher our profits the more we can afford to pay. In years when we meet and exceed business targets, your T-Comp increases through payouts of the Employee Cash Bonus Program (ECBP), the Employee Bonus (EB) Program, and the Sheltered Employee Retirement Plan (SERP). Sharing in good and bad times offers an incentive and element of risk for all of us to do our best.

A Promoter of Health and Welfare: While cash compensation is designed to fluctuate with corporate financial performance, many of the benefit elements of T-Comp are designed to promote your well being, now and in the future. Some, such as paid vacation time and sabbaticals, provide you an opportunity to relax and recharge. Some, such as retirement and stock ownership, allow you to plan for a secure future. Others help you and your family cope with the consequences of disastrous events, such as illness, disability or death.

4

76597DOC000068_000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5

76597DOC000068_000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Cash Compensation

## Intel compensates employees based on individual and company performance

- Base Salary – individual performance
- Variable Pay – rewards based on Intel profitability
  - Employee Bonus –company operational and financial performance
  - Employee Cash Bonus Program – company financial performance

6

**Cash Compensation**

Cash compensation at Intel consists of three components. Each component delivers cash compensation at different levels; at the individual and company levels. This way, employees are compensated on all levels of performance and achievement. Let's walk through each of these and discuss how you would be compensated.

6

76597DOC000068_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Base Salary

- Determined by:
  - Market surveys and external benchmarking
  - Internal equity
  - Annual performance review
- Differentials:
  - Work schedule
  - Work shift
  - Geographical location

7

**Base Salary**

Base pay is based on benchmarking, market surveys, and internal equity as well as the candidate's education, skills, and experiences prior to Intel. A candidate's current salary may be higher than an Intel offer because base salary is only one component of Intel's total compensation philosophy

•**Market Surveys-**Intel contracts with a third party vendor to conduct a survey of like technology companies. The survey is usually conducted in the spring and includes ~30 companies. The vendor compiles the data and lets Intel know what the salaries are for similar job titles with appropriate skill sets and experience levels.

•**Benchmarking-**The survey data collected is then used to compare Intel against other high tech companies.

•**Internal Equity-**While formulating offers to new hires, we take into consideration the experience levels of internal employees in the same job code and grade.

•**Annual Review:** A yearly review where an employee's performance is evaluated against their peers. May be eligible for an increase based on performance, and an increase in base, bonus target, and stock may occur as a result of the review.

7

## Differentials

In addition to Base Salary, other pay differentials maybe paid based upon either the schedule worked, the shift worked or the geographical location of the Intel facility in which you work. Please remember that if a employee receives a differential and changes jobs, job schedule or site locations may loose the differential pay.

## Work Schedule

Non-exempt compressed work week employees receive additional pay in addition to base salary. Intel Corporation complies to California overtime pay requirements for all U.S. locations – this means that employees will receive one and one-half times the regular rate pay for all hours worked in excess of:

- 8 hours per day
- 40 hours in one week

## Work Shift

Night shift employees that work later shifts may receive additional differential pay.

## Exempt Geographical Pay Differential

Exempt employees that work in certain high salary geographical locations may be eligible for additional pay differential.

8

76597DOC000068_000008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Employee Bonus (EB)

## Bonus based on company achievement of operational goals and growth in corporate earnings per share

- Paid in February for the previous calendar year
- All employees immediately eligible
  - Pro-rated based on start date

9

**Employee Bonus**

The purpose of the EB plan is to align the employees and the business groups they operate within at Intel around the Corporate Strategic Objectives and provide a financial incentive to our employees to achieve corporate strategic goals. The result is employees having a financial interest in Intel profitability and business performance.

9

76597DOC000068_000009
CONFIDENTIAL - ATTORNEYS' EYES ONLY



10

76597DOC000068_000010
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Employee Cash Bonus Program

## Profit sharing bonus based upon company financial performance

- Paid out twice each year – January and July
- All employees immediately eligible
  - Pro-rated based on start date

11

**Employee Cash Bonus Program**

Now let's talk about cash compensation at the company level. The Employee Cash Bonus Program or ECBP, encourages all Intel employees to focus on company performance and share in Intel's overall financial success by increasing employees annual direct cash compensation.

11

76597DOC000068_000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY



12

76597DOC000068_000012
CONFIDENTIAL - ATTORNEYS' EYES ONLY



13

76597DOC000068_000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY



14

76597DOC000068_000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY



15

76597DOC000068_000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY



16

76597DOC000068_000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



17

76597DOC000068_000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY



18

76597DOC000068_000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY



19

76597DOC000068_000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY



20

76597DOC000068_000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76597DOC000068_000021
CONFIDENTIAL - ATTORNEYS' EYES ONLY



21

76597DOC000068_000022
CONFIDENTIAL - ATTORNEYS' EYES ONLY



22

76597DOC000068_000023
CONFIDENTIAL - ATTORNEYS' EYES ONLY



23

76597DOC000068_000024
CONFIDENTIAL - ATTORNEYS' EYES ONLY



24

76597DOC000068_000025
CONFIDENTIAL - ATTORNEYS' EYES ONLY



25

76597DOC000068_000026
CONFIDENTIAL - ATTORNEYS' EYES ONLY



26

76597DOC000068_000027
CONFIDENTIAL - ATTORNEYS' EYES ONLY



27

76597DOC000068_000028
CONFIDENTIAL - ATTORNEYS' EYES ONLY



28

76597DOC000068_000029
CONFIDENTIAL - ATTORNEYS' EYES ONLY



29

76597DOC000068_000030
CONFIDENTIAL - ATTORNEYS' EYES ONLY



30

76597DOC000068_000031
CONFIDENTIAL - ATTORNEYS' EYES ONLY



31

76597DOC000068_000032
CONFIDENTIAL - ATTORNEYS' EYES ONLY



32

76597DOC000068_000033
CONFIDENTIAL - ATTORNEYS' EYES ONLY



33

76597DOC000068_000034
CONFIDENTIAL - ATTORNEYS' EYES ONLY



34

76597DOC000068_000035
CONFIDENTIAL - ATTORNEYS' EYES ONLY



35

76597DOC000068_000036
CONFIDENTIAL - ATTORNEYS' EYES ONLY



36

76597DOC000068_000037
CONFIDENTIAL - ATTORNEYS' EYES ONLY



37

CONFIDENTIAL - ATTORNEYS' EYES ONLY



38

76597DOC000068_000039
CONFIDENTIAL - ATTORNEYS' EYES ONLY