# EXHIBIT 27

# FILED UNDER SEAL



# Offer Development Overview

1

1

40012DOC000638
CONFIDENTIAL

76512DOC000638
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Topics

- ○ Jobs at Intel
  - ‣ Exempt vs. Nonexempt
  - ‣ Administrative vs. Technical
  - ‣ Grade Level and Leveling Factors
  - ‣ Job Codes
- ○ Offer Development
  - ‣ Grade level
  - ‣ Comparables
  - ‣ Internal Equity and Performance Expectations
  - ‣ Preliminary Offer
  - ‣ New Hire Offers
  - ‣ Current Applicant Compensation
  - ‣ Tools and Support

2

2

40012DOC000639
CONFIDENTIAL

76512DOC000639
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Jobs at Intel

3

3

40012DOC000640
CONFIDENTIAL

76512DOC000640
CONFIDENTIAL - ATTORNEYS' EYES ONLY



4

40012DOC000641
CONFIDENTIAL

76512DOC000641
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Administrative vs Technical Jobs

- Administrative job include Human Resources, Finance, Legal, Production Control, Materials, Logistics, and Purchasing

- Technical jobs include Engineering, Production Supervisors, Programmer/Analysts, and Product Marketing

- Administrative versus Technical jobs are determined by the nature of the job, not the business group in which it is embedded.

5

5

40012DOC000642
CONFIDENTIAL

76512DOC000642
CONFIDENTIAL - ATTORNEYS' EYES ONLY



6

40012DOC000643
CONFIDENTIAL

76512DOC000643
CONFIDENTIAL - ATTORNEYS' EYES ONLY



7

40012DOC000644
CONFIDENTIAL

76512DOC000644
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Leveling Factors

### Individual Contributors

- Knowledge and Skills
- Work Planning and Direction Received
- Problem Solving
- Degree of Impact
- Contacts
- Education & Experience

### Managers

- Knowledge and Skills
- Scope
- Supervisions
- Degree of Impact
- Contacts
- Education & Experience

8

40012DOC000645
CONFIDENTIAL

76512DOC000645
CONFIDENTIAL - ATTORNEYS' EYES ONLY



9

40012DOC000646
CONFIDENTIAL

76512DOC000646
CONFIDENTIAL - ATTORNEYS' EYES ONLY



10

40012DOC000647
CONFIDENTIAL

76512DOC000647
CONFIDENTIAL - ATTORNEYS' EYES ONLY



11

40012DOC000648
CONFIDENTIAL

76512DOC000648
CONFIDENTIAL - ATTORNEYS' EYES ONLY



12

40012DOC000649
CONFIDENTIAL

76512DOC000649
CONFIDENTIAL - ATTORNEYS' EYES ONLY



13

40012DOC000650
CONFIDENTIAL

76512DOC000650
CONFIDENTIAL - ATTORNEYS' EYES ONLY



14

40012DOC000651
CONFIDENTIAL

76512DOC000651
CONFIDENTIAL - ATTORNEYS' EYES ONLY



15

40012DOC000652
CONFIDENTIAL

76512DOC000652
CONFIDENTIAL - ATTORNEYS' EYES ONLY



16

40012DOC000653
CONFIDENTIAL

76512DOC000653
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Offer Development

17

17

40012DOC000654
CONFIDENTIAL

76512DOC000654
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# | Philosophy Statement

○ Staffing works to develop and extend the best possible offer; one that fully comprehends the candidate's position, market competitiveness, and internal equity.

18

18

40012DOC000655
CONFIDENTIAL

76512DOC000655
CONFIDENTIAL - ATTORNEYS' EYES ONLY



19

40012DOC000656
CONFIDENTIAL

76512DOC000656
CONFIDENTIAL - ATTORNEYS' EYES ONLY



20

40012DOC000657
CONFIDENTIAL

76512DOC000657
CONFIDENTIAL - ATTORNEYS' EYES ONLY

 # Internal Equity & Performance Expectations

- Manager looks within own department
- How do backgrounds compare?
- How do expertise and skills compare?
- Where would the manager rank this person within their department based on their expectation of the applicant's contribution and job performance?
- Slot the applicant within the current employees in the group

21

21

40012DOC000658
CONFIDENTIAL

76512DOC000658
CONFIDENTIAL - ATTORNEYS' EYES ONLY



22

40012DOC000659
CONFIDENTIAL

76512DOC000659
CONFIDENTIAL - ATTORNEYS' EYES ONLY



23

40012DOC000660
CONFIDENTIAL

76512DOC000660
CONFIDENTIAL - ATTORNEYS' EYES ONLY



24

40012DOC000661
CONFIDENTIAL

76512DOC000661
CONFIDENTIAL - ATTORNEYS' EYES ONLY



25

40012DOC000662
CONFIDENTIAL

76512DOC000662
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Current Applicant Compensation

- What is their current base?
- Recent bonus payouts?
- Stock Options:  at what price compared to current stock price, vested or unvested?
- Cash profit sharing?  Recent payouts?
- 401K, any matching?
- Pension, retirement, or deferred cash profit sharing? Recent payouts?
- Do they have a sabbatical program?

26

26

40012DOC000663
CONFIDENTIAL

76512DOC000663
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Current Applicant Comp

- How much vacation?

- How many paid holidays?

- Stock purchase program with discount?

- Current company reviewing timing vs. Intel review timing

- Current training and career opportunities?

- What would they lose in making a move to Intel?

27

40012DOC000664
CONFIDENTIAL

76512DOC000664
CONFIDENTIAL - ATTORNEYS' EYES ONLY



28

40012DOC000665
CONFIDENTIAL

76512DOC000665
CONFIDENTIAL - ATTORNEYS' EYES ONLY



29

40012DOC000666
CONFIDENTIAL

76512DOC000666
CONFIDENTIAL - ATTORNEYS' EYES ONLY



30

40012DOC000667
CONFIDENTIAL

76512DOC000667
CONFIDENTIAL - ATTORNEYS' EYES ONLY



31

40012DOC000668
CONFIDENTIAL

76512DOC000668
CONFIDENTIAL - ATTORNEYS' EYES ONLY



32

40012DOC000669
CONFIDENTIAL

76512DOC000669
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Other Things to Consider...

- o   Is this a critical position that we are trying to fill?
- o   Would you consider this a strategic hire?
- o   Are these critical skills to Intel's success?
  - Recognize that we may have to push internal equity for scarce talents and skills
- o   Difficult hiring due to compression may indicate an underlying problem in the work group leveling or the manager's expectations.

33

33

40012DOC000670
CONFIDENTIAL

76512DOC000670
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Offer Hints

- Internal equity:  pay hiring bonuses rather than inflate pay
- Critical skills to Intel's success:  recognize that we might have to push internal equity for scarce talent and skills
- Although may pay more for critical skills, does not mean we will elevate non-critical skilled employees to match
- Difficulty in hiring due to internal equity resulting in below market offer may indicate an underlying problem in the work group leveling or the manager's expectations

34

34

40012DOC000671
CONFIDENTIAL

76512DOC000671
CONFIDENTIAL - ATTORNEYS' EYES ONLY



35

40012DOC000672
CONFIDENTIAL

76512DOC000672
CONFIDENTIAL - ATTORNEYS' EYES ONLY



36

40012DOC000673
CONFIDENTIAL

76512DOC000673
CONFIDENTIAL - ATTORNEYS' EYES ONLY



37

40012DOC000674
CONFIDENTIAL

76512DOC000674
CONFIDENTIAL - ATTORNEYS' EYES ONLY

The Staffing Consultant is the expert in the hiring arena.  In difficult decisions, the Staffing Consultant should solicit the support of the Staffing Manager.

38

38

40012DOC000675
CONFIDENTIAL

76512DOC000675
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Offer Delivery

## Talking to the Candidate

39

39

40012DOC000676
CONFIDENTIAL

76512DOC000676
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Offer Delivery Philosophy Statement

Consistency in the hiring process will ensure a smoother transition of the candidate.  The Staffing Consultant as the pivotal contact, as well as each person throughout the process, needs to understand what has gone on before and needs to communicate what happens next.

40

40

40012DOC000677
CONFIDENTIAL

76512DOC000677
CONFIDENTIAL - ATTORNEYS' EYES ONLY