1  GEORGE A. RILEY (Bar No. 118304)
   griley@omm.com
2  MICHAEL F. TUBACH (Bar No. 145955)
   mtubach@omm.com
3  CHRISTINA J. BROWN (Bar No. 242130)
   cjbrown@omm.com
4  AMANDA R. CONLEY (Bar. No. 281270)
   aconley@omm.com
5  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
6  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
7  Facsimile:    (415) 984-8701

8  Attorneys for Defendant Apple Inc.

9  [Additional counsel listed on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**NOTICE OF FILING REVISED REDACTED DOCUMENTS IN RESPONSE TO ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL**<br><br>Courtroom:    8, 4th Floor<br>Judge:           The Honorable Lucy H. Koh |

On September 30, 2013, this Court issued an Order Granting in Part and Denying in Part Motions to Seal ("Sealing Order," ECF No. 509), which granted in part and denied in part Defendants' Renewed Motion to Seal Expert Reports (ECF No. 394).[1] Pursuant to Local Rule 79-5(f)(3), Defendants Adobe Systems Inc., Apple Inc., Google Inc., Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar hereby submit the following revised redacted documents to comport with the Court's Sealing Order:

- Expert Report of Edward E. Leamer, Ph.D. (ECF No. 190);
- Expert Report of Professor Kevin M. Murphy (ECF No. 230); and
- Reply Expert Report of Edward E. Leamer, Ph.D. (ECF No. 249).

Defendants previously filed redacted versions of the following documents, as to which the Court granted their renewed sealing requests in their entirety, with Defendants' Renewed Motion to Seal Expert Reports at ECF No. 394-6 through 394-9:

- Defendants' Joint Administrative Motion for Leave to Supplement the Record (ECF No. 263);
- Supplemental Declaration of Professor Kevin M. Murphy (ECF No. 263-3);
- Plaintiffs' Opposition to Defendants' Joint Administrative Motion for Leave to Supplement the Record (ECF No. 270); and
- Declaration of Dr. Leamer in Opposition to Defendants' Administrative Motion (ECF No. 270-1).

Dated: October 7, 2013     O'MELVENY & MYERS LLP

By:  /s/ Christina J. Brown
     Christina J. Brown

George A. Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

---

[1] The Sealing Order also ruled on other motions to seal filed by Defendants, which are addressed by separate notices.

| | |
|---|---|
| 1 | JONES DAY |
| 2 | |
| | By: /s/ Lin W. Kahn |
| 3 | Lin W. Kahn |
| 4 | Robert A. Mittelstaedt |
| | Craig A. Waldman |
| 5 | David C. Kiernan |
| | Lin W. Kahn |
| 6 | 555 California Street, 26th Floor |
| | San Francisco, CA  94104 |
| 7 | Telephone:  (415) 626-3939 |
| | Facsimile:   (415) 875-5700 |
| 8 | |
| | *Attorneys for Defendant ADOBE SYSTEMS INC.* |
| 9 | |
| 10 | KEKER & VAN NEST LLP |
| 11 | |
| | By: /s/ Justina K. Sessions |
| 12 | Justina K. Sessions |
| 13 | Robert A. Van Nest |
| | Daniel Purcell |
| 14 | Eugene M. Paige |
| | Justina K. Sessions |
| 15 | 633 Battery Street |
| | San Francisco, CA  94111 |
| 16 | Telephone:  (415) 391-5400 |
| | Facsimile:   (415) 397-7188 |
| 17 | |
| | *Attorneys for Defendant GOOGLE INC.* |
| 18 | |
| 19 | MAYER BROWN LLP |
| 20 | |
| | By: /s/ Lee H. Rubin |
| 21 | Lee H. Rubin |
| 22 | Lee H. Rubin |
| | Edward D. Johnson |
| 23 | Donald M. Falk |
| | Anne M. Selin |
| 24 | Two Palo Alto Square |
| | 3000 El Camino Real, Suite 300 |
| 25 | Palo Alto, CA  94306-2112 |
| | Telephone:  (650) 331-2057 |
| 26 | Facsimile:   (650) 331-4557 |
| 27 | *Attorneys for Defendant GOOGLE INC.* |
| 28 | |

| | |
|---|---|
| 1 | BINGHAM McCUTCHEN LLP |
| 2 | |
| | By:   /s/ Frank M. Hinman |
| 3 |        Frank M. Hinman |
| 4 | Donn P. Pickett |
| | Frank M. Hinman |
| 5 | Three Embarcadero Center |
| | San Francisco, CA 94111 |
| 6 | Telephone: (415) 393-2000 |
| | Facsimile: (415) 383-2286 |
| 7 | |
| | *Attorneys for Defendant INTEL CORPORATION* |
| 8 | |
| 9 | JONES DAY |
| 10 | By:   /s/ Robert A. Mittelstaedt |
| | Robert A. Mittelstaedt |

Robert A. Mittelstaedt
Craig E. Stewart
Catherine T. Zeng
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant INTUIT INC.*

COVINGTON & BURLING LLP

By:   /s/ Emily Johnson Henn
       Emily Johnson Henn

Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA 94065
Telephone: (650) 632-4700

*Attorneys for Defendants PIXAR and LUCASFILM, LTD.*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.