AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

In re: High-Tech Employee Antitrust Litigation
       Plaintiff (s),

V.

       Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: __5:11-cv-2509-LHK__

Notice is hereby given that, subject to approval by the court, __Intel Corporation__ substitutes
                      (Party (s) Name)

__Gregory P. Stone__, State Bar No. __78329__ as counsel of record in
(Name of New Attorney)

place of __Frank Hinman, et al, Bingham McCutchen LLP__.
         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name:  Munger, Tolles & Olson LLP
 Address:   355 S. Grand, 35th Floor, Los Angeles, CA 90071
 Telephone:  (213) 683-9100   Facsimile (213) 687-3702
 E-Mail (Optional): Greg.Stone@mto.com

I consent to the above substitution.
Date: __September 25, 2013__
              /s/ Lawrence S. Achorn
              (Signature of Party (s))

I consent to being substituted.
Date: __9/30/13__
              Frank Hinman
              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: __October 17, 2013__
              /s/ Gregory P. Stone
              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____              _____
                                       Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]