GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
GREGORY M. SERGI (State Bar No. 257415)
gregory.sergi@mto.com
JOHN P. MITTELBACH (State Bar No. 284088)
john.mittelbach@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR INTEL CORPORATION**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2  It is hereby stipulated that Defendant Intel Corporation ("Intel") hereby substitutes:

3  Gregory P. Stone
Bradley S. Phillips
4  Gregory M. Sergi
John P. Mittelbach
5  MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
6  Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
7  Facsimile:     (213) 687-3702

8  as counsel of record for Intel, instead and in place of:

9  Donn P. Pickett
Frank H Busch
10  Frank Hinman
Sujal Shah
11  Krystal N. Bowen
BINGHAM McCUTCHEN LLP
12  Three Embarcadero Center
San Francisco, CA 94111
13  Telephone:     (415) 393-2000
Facsimile:     (415) 383-2286
14

15  Intel, Munger, Tolles & Olson LLP and Bingham McCutchen LLP each consents to this

16  substitution, and Intel consents to Bingham McCutchen LLP's withdrawal as counsel for Intel in

17  this action.

18  DATED:  October 18, 2013                    BINGHAM McCUTCHEN LLP

19

20                                              By:     */s/ Frank Hinman*
21                                                      Frank Hinman

22                                              Donn P. Pickett
                                                Frank H Busch
23                                              Frank Hinman
                                                Sujal Shah
24                                              Krystal N. Bowen
                                                Three Embarcadero Center
25                                              San Francisco, CA 94111
                                                Telephone:     (415) 393-2000
26                                              Facsimile:     (415) 383-2286

27

28

21932350.1                                                      Master Docket No. 11-CV-2509-LHK

STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR INTEL
CORPORATION

1  DATED: October 18, 2013     MUNGER, TOLLES & OLSON, LLP

2

3
                                By:      */s/ Gregory P. Stone*
4                                         Gregory P. Stone

5                               Gregory P. Stone
                                Bradley S. Phillips
6                               Gregory M. Sergi
                                John P. Mittelbach
7                               355 South Grand Avenue, 35th Floor
                                Los Angeles, California 90071-1560
8                               Telephone:   (213) 683-9100
                                Facsimile:   (213) 687-3702
9

10

11 ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the

12 filing of this document has been obtained from all signatories.

13

14     Pursuant to stipulation, IT IS SO ORDERED. Bingham McCutchen LLP is hereby given

15 permission to withdraw as counsel for Intel Corporation in this action.

16

17 DATED:                        By:
                                         HON. LUCY H. KOH
18                                       UNITED STATES DISTRICT JUDGE

19

20

21

22

23

24

25

26

27

28

21932350.1                           -2-                    Master Docket No. 11-CV-2509-LHK
STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR INTEL
                                 CORPORATION