# EXHIBIT C

4/1/8

1   JAMES M. FINBERG (SBN 114850)
    PETER E. LECKMAN (SBN 235721)
2   ALTSHULER BERZON LLP
    177 Post Street, Suite 300
3   San Francisco, California  94108
    Telephone: (415) 421-7151
4   Facsimile: (415) 362-8064
    E-mails: jfinberg@altshulerberzon.com
5          pleckman@altshulerberzon.com

6   KELLY M. DERMODY (SBN 171716)          M. KIRBY C. WILCOX (SBN 78576)
    JAHAN C. SAGAFI (SBN 224887)           JEFFREY D. WOHL (SBN 96838)
7   LIEFF, CABRASER, HEIMANN               MOLLY A. HARCOS (SBN 233556)
    & BERNSTEIN, LLP                       PAUL, HASTINGS, JANOFSKY & WALKER LLP
8   275 Battery Street, 30th Floor         55 Second Street, 24th Floor
    San Francisco, California  94111-3339  San Francisco, California  94105
9   Telephone:  (415) 956-1000             Telephone: (415) 856-7000
    Facsimile: (415) 956-1008              Facsimile: (415) 856-7100
10  E-mails: kdermody@lchb.com             E-mails: kirbywilcox@paulhastings.com
           jsagafi@lchb.com                        jeffwohl@paulhastings.com
11                                                 mollyharcos@paulhastings.com

12  Attorneys for                          Attorneys for
    Plaintiff Ahmed Higazi                 Defendant Cadence Design Systems, Inc.
13

14

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17              SAN JOSE DIVISION

18

19  AHMED HIGAZI, on behalf of himself     No. C-07-2813-JW
    and a class of those similarly situated,
20                                         STIPULATION AND [PROPOSED]
             Plaintiff,                    ORDER TO AMEND CLASS DEFINITION
21                                         AND SETTLEMENT PAYMENT IN JOINT
        v.                                 STIPULATION OF CLASS SETTLEMENT
22                                         AND RELATED DOCUMENTS
    CADENCE DESIGN SYSTEMS, INC.,
23
             Defendant.
24

25

26

27

28

## STIPULATION

Plaintiff Ahmed Higazi and defendant Cadence Systems, Inc. ("Cadence") (collectively the "Parties"), acting through their respective attorneys of record, stipulate as follows:

1.  On March 12, 2008 the Court entered its Order (1) Conditionally Certifying the Class and Collective Action, (2) Granting Preliminary Approval to Proposed Class Action Settlement [("Settlement")] and Plan of Allocation, (3) Directing Dissemination of Notice, and Claim Form to the Class; and (4) Setting Date for Fairness Hearing and Related Dates (the "Preliminary Approval Order").

2.  In the process of reviewing and preparing the class data for the Settlement Administrator following the Court's March 12 order, Cadence's data expert discovered that the following five titles were inadvertently omitted from the Settlement and the data provided to plaintiff's counsel during the mediation: Associate IT Remote Support Specialist, Desktop Systems Specialist, Network Engineer, Senior Database Administrator, and Senior Systems Analyst (collectively, the "Five Titles").

3.  The Five Titles are variations of the class positions included in the Settlement (the "Covered Positions"). Eleven existing class members held one of these Five Titles during the covered period as defined in the Settlement (the "Covered Period"). No non-class member held any of the Five Titles in a pay grade of "T4" or lower during a Covered Period.

4.  After conferring about the matter, the Parties have agreed that the Five Titles should be added to the Settlement's definition of Covered Positions, and that the weeks worked by the Class Members while holding these Five Titles during the Covered Period should be included in the Settlement, both with respect to the scope of the release granted under the Settlement and the payment being made by Cadence under the Settlement.

5.  Accordingly, the parties respectfully request that the Court grant leave to amend the following documents as follows:

   a.  The Joint Stipulation of Class Settlement and Class Settlement Agreement and Release should be amended to add the Five Titles and to provide for the additional amount to be paid by Cadence ($164,856.61). *See* Exhibit 1 to this stipulation (First Amended Joint Stipulation of Class Settlement and Class Settlement Agreement and Release (the "Amended Settlement"), with changes redlined. The

LEGAL_US_W # 58536052.1

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN
JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW

1  additional amount will be paid to class members, and class counsel will not

2  request any fees or costs from the additional amount.

3        b.   The Notice of (1) Proposed Class Settlement and (2) Final Settlement Approval

4  Hearing should be amended to add the Five Titles and to show the additional

5  amount to be paid by Cadence. *See* Exhibit B to Amended Settlement (First

6  Amended Notice of (1) Proposed Class Settlement and (2) Final Settlement

7  Approval Hearing (the "Amended Class Notice"), with changes redlined.

8        c.   The Election Not to Participate in Settlement should be amended to reflect the

9  new settlement amount. *See* Exhibit D to Amended Settlement (First Amended

10  Election Not to Participate in Settlement), with changes redlined.

11        d.   The Preliminary Approval Order should be amended to add the Five Titles. *See*

12  Exhibit F to Amended Settlement (First Amended Order (1) Conditionally

13  Certifying Settlement Class and Collective Action, (2) Granting Preliminary

14  Approval to Proposed Class Action Settlement and Plan of Allocation,

15  (3) Directing Dissemination of Notice, and Claim Form to the Class; and

16  (4) Setting Date For Fairness Hearing and Related Dates (the "Amended

17  Preliminary Approval Order"), with changes redlined.

18  If leave to amend is granted, the Parties will file the Amended Settlement with all exhibits revised as

19  indicated and without the redlining; the Parties will submit for entry by the Court the Amended

20  Preliminary Approval Order revised as indicated and without the redlining; and the class notice and

21  related documents will be sent to class members revised as indicated and without the redlining or any

22  reference to their being "amended" or "revised," so as to avoid class member confusion.

23        6.   The Parties further stipulate that on account of this development, Cadence will have until

24  March 26, 2008, to provide the Settlement Administrator a database that lists, for each class member, the

25  class member's name, Social Security number, last known address, dates and state(s) of employment,

26  and the number of compensable work weeks in a Covered Position during a Covered Period, and the

27  settlement administrator will have until April 5, 2008, to mail the notice materials to all class members.

28  *See* Amended Settlement, § VII(A)(1)-(2); Amended Preliminary Approval Order, § VI(E)(7)-(8).

2

1       7.    Other than as so indicated, all other deadlines under the Settlement will remain

2   unchanged, including but not limited to the date on which interest begins to accumulate on the

3   settlement payment and the date of the final approval hearing.

4       Dated:  March 27, 2007.    JAMES M. FINBERG
                                     PETER E. LECKMAN

5                                          ALTSHULER BERZON LLP

6                                          KELLY M. DERMODY
                                       JAHAN C. SAGAFI

7                                          LEIFF CABRASER HEIMANN & BERNSTEIN LLP

8

9                                          By: /s/ Jahan C. Sagafi (by Jeffrey D. Wohl)
                                                  Jahan C. Sagafi

10                                            Attorneys for Plaintiff Ahmed Higazi

11      Dated:  March 27, 2007.    M. KIRBY C. WILCOX
                                       JEFFREY D. WOHL

12                                         MOLLY A HARCOS
                                       PAUL, HASTINGS, JANOFSKY & WALKER LLP

13

14                                         By: /s/ Jeffrey D. Wohl

15                                                   Jeffrey D. Wohl
                                          Attorneys for Defendant

16                                         Cadence Design Systems, Inc.

17

18

19

20

21

22

23

24

25

26

27

28

LEGAL_US_W # 58536052.1

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN
JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW

**<u>ORDER</u>**

Pursuant to the parties' Stipulation, and good cause shown, it is so ordered.  However, due to the Court's unavailability, the Final Aprroval of Class Settlement hearing is advanced from July 11, 2008 to **July 7, 2008 at 9 a.m.**  All revised Proposed documents shall reflect this change.

Dated:  April 1, 2008

_____

JAMES WARE
United States District Judge

STIP. AND [PROPOSED] ORDER TO AMEND CLASS DEFINITION IN
JOINT STIPULATION OF CLASS SETTLEMENT
U.S.D.C., N.D. Cal., No. C-07-2813-JW