1  GREGORY P. STONE (State Bar No. 78329)
   gregory.stone@mto.com
2  BRADLEY S. PHILLIPS (State Bar No. 85263)
   brad.phillips@mto.com
3  GREGORY M. SERGI (State Bar No. 257415)
   gregory.sergi@mto.com
4  JOHN P. MITTELBACH (State Bar No. 284088)
   john.mittelbach@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
6  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
7  Telephone:   (213) 683-9100
   Facsimile:   (213) 687-3702

Attorneys for Defendant Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR INTEL CORPORATION**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

| | |
|---|---|
| 1 | TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD: |
| 2 | It is hereby stipulated that Defendant Intel Corporation ("Intel") hereby substitutes: |

1 TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2   It is hereby stipulated that Defendant Intel Corporation ("Intel") hereby substitutes:

Gregory P. Stone
Bradley S. Phillips
Gregory M. Sergi
John P. Mittelbach
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

as counsel of record for Intel, instead and in place of:

Donn P. Pickett
Frank H Busch
Frank Hinman
Sujal Shah
Krystal N. Bowen
BINGHAM McCUTCHEN LLP
Three Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 393-2000
Facsimile: (415) 383-2286

Intel, Munger, Tolles & Olson LLP and Bingham McCutchen LLP each consents to this substitution, and Intel consents to Bingham McCutchen LLP's withdrawal as counsel for Intel in this action.

DATED: October 18, 2013            BINGHAM McCUTCHEN LLP

By: */s/ Frank Hinman*
    Frank Hinman

    Donn P. Pickett
    Frank H Busch
    Frank Hinman
    Sujal Shah
    Krystal N. Bowen
    Three Embarcadero Center
    San Francisco, CA 94111
    Telephone: (415) 393-2000
    Facsimile: (415) 383-2286

21932350.1

Master Docket No. 11-CV-2509-LHK

STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR INTEL CORPORATION

| | | |
|---|---|---|
| 1 | DATED: October 18, 2013 | MUNGER, TOLLES & OLSON, LLP |
| 2 | | |
| 3 | | By: _/s/ Gregory P. Stone_ |
| 4 | | Gregory P. Stone |
| 5 | | Gregory P. Stone |
| 6 | | Bradley S. Phillips<br>Gregory M. Sergi |
| 7 | | John P. Mittelbach<br>355 South Grand Avenue, 35th Floor |
| 8 | | Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100 |
| 9 | | Facsimile: (213) 687-3702 |

ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.

Pursuant to stipulation, IT IS SO ORDERED. Bingham McCutchen LLP is hereby given permission to withdraw as counsel for Intel Corporation in this action.

DATED: October 20, 2013    By: _Lucy H. Koh_
HON. LUCY H. KOH
UNITED STATES DISTRICT JUDGE