Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel for Plaintiff Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF FILING REVISED AND SUPPLEMENTAL SETTLEMENT DOCUMENTS** |

Pursuant to the Court's guidance at the October 21, 2013 hearing on Plaintiff's Motion for Conditional Class Certification and Preliminary Approval of Partial Class Action Settlements with Defendants Intuit Inc., Lucasfilm, Ltd., and Pixar, Plaintiffs hereby provide notice that they are attaching the following revised and supplemental Settlement documents:

1. Declaration of Melissa Baldwin, for Heffler Claims Group, Appointed Administrator, attached as Exhibit A.
2. Revised Notice of Settlement (Clean), attached hereto as Exhibit B.
3. Revised Notice of Settlement (Redlined), attached hereto as Exhibit C.
4. Revised Claim Form (Clean), attached hereto as Exhibit D.
5. Revised Claim Form (Redlined), attached hereto as Exhibit E.
6. Revised [Proposed] Order Granting Plaintiffs' Motion for Conditional Class Certification and Preliminary Approval of Partial Class Action Settlements with Defendants Intuit Inc., Lucasfilm, Ltd., and Pixar (Clean), attached as Exhibit F.[1]
7. Revised [Proposed] Order Granting Plaintiffs' Motion for Conditional Class Certification and Preliminary Approval of Partial Class Action Settlements with Defendants Intuit Inc., Lucasfilm, Ltd., and Pixar (Redlined), attached as Exhibit G.

---

[1] This proposed Order will also be emailed to the Court, pursuant to the Local Rules.

Respectfully submitted,

Dated: October 25, 2013          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:  _____/s/ Kelly M. Dermody_____
        Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 500.6803

*Co-Lead Counsel for Plaintiff Class*