# EXHIBIT C

<u>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA</u>

**If you were employed in a technical, creative, or research and development ("Technical") position at Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm, Ltd., or Pixar, Inc. during the time periods set forth below, you could get money from two different class action settlements. Please read this notice carefully.**

*A court authorized this notice. This is not a solicitation from a lawyer.*

- Two settlements, (1) a $9,000,000 settlement with Pixar, Inc. ("Pixar") and Lucasfilm, Ltd. ("Lucasfilm"); and (2) an $11,000,000 settlement with Intuit Inc. ("Intuit"), have been reached in partial settlement of a class action lawsuit involving alleged agreements between and among several high-technology companies not to recruit or "cold-call" each other's employees. For purposes of this notice, Pixar, Lucasfilm and Intuit are referred to collectively as the "Settling Defendants."

- The class action lawsuit claims that Pixar, Lucasfilm, Intuit, Adobe Systems Inc. ("Adobe"), Apple Inc. ("Apple"), Google Inc. ("Google"), and Intel Corp. ("Intel") violated federal and state antitrust laws by allegedly agreeing not to recruit or "cold-call" each other's employees. The Settling Defendants, together with Adobe, Apple, Google and Intel are referred to as the "Defendants." Pixar, Lucasfilm and Intuit deny that they violated any antitrust laws or engaged in any wrongdoing.

- You are included in the $9,000,000 partial settlement with Pixar and Lucasfilm **and** the $11,000,000 partial settlement with Intuit if you were a salaried Technical Employee (as defined below) who worked in the United States for **any** of the Defendants during any portion of the following time periods: (a) for Apple from March 2005 through December 2009; (b) for Adobe from May 2005 through December 2009; (c) for Google from March 2005 through December 2009; (d) for Intel from March 2005 through December 2009; (e) for Intuit from June 2007 through December 2009; (f) for Lucasfilm from January 2005 through December 2009; or (g) for Pixar from January 2005 through December 2009. Excluded from the Class are: retail employees, corporate officers, members of the boards of directors, and senior executives of all Defendants. For a more complete list of job titles included in the Class, please go to www.HighTechEmployeeSettlement.com.

- Please read this Notice carefully. Your legal rights will be affected whether you act or don't act, and you have a choice to make now.

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS | |
|---|---|
| **DO NOTHING** | **Get no payment**. ~~Potentially give~~Give up your rights to ever recover from the Settling Defendants for the legal claims in this case if the Settlement is finally approved. |
| **EXCLUDE YOURSELF** | **Get no payment~~.~~ from this Settlement.** This is the only way that you can file your own lawsuit or ever be part of any other lawsuit about the legal claims in this case against any of the Settling Defendants ~~about the legal claims in this case~~. As described in Question 20, you may exclude yourself from one or both settlements. |
| **SUBMIT A CLAIM FORM** | **The only way to receive money from the settlements when the funds are distributed.** |
| **OBJECT TO OR COMMENT ON THE SETTLEMENT** | ~~Write~~Following the instructions in paragraph 23, write **to the Court about why you like or do not like the settlement~~.~~ by no later than January 28, 2014.** You may also ask to speak to the Court ~~at the hearing on _____, 2013~~about your written comments or objections about the fairness of either or both of the settlements at the "Fairness Hearing" on February 27, 2014, though you do not have to do so. To comment on or object~~.~~ to either or both settlements and request to speak at the "Fairness Hearing," you must act before _____, ~~2013~~**January 28, 2014**. |

DC: 4966114-2   **QUESTIONS? CALL 1-800-000-0000 OR VISIT <u>WWW.HIGHTECHEMPLOYEESETTLEMENT.COM</u>**

1

1132185.~~4~~7

| | |
|---|---|
| **GO TO THE HEARING** | If you would like, you may ask to speak in Court about the fairness of one or both of the settlements ~~,~~ <u>if you follow the instructions in Question 23 of this Notice.</u> You do not need to speak to the Court to receive benefits under either of the settlements. |

- This Notice explains your legal rights and options—and the deadlines to exercise them.
- The Court in charge of this case still has to decide whether to approve the settlement. Payments will be made if the Court approves the settlements, and after appeals, if any, are resolved, and after the Court orders that the settlement funds be distributed. Please be patient.
- This is not a lawsuit against you. Your participation in this lawsuit and acceptance of money from either or both of the settlements will not affect your employment status.

**WHAT THIS NOTICE CONTAINS**

**BASIC INFORMATION** ................................................................................................................................PAGE ~~–~~4
1. Why did I get this Notice?
2. What is this lawsuit about?
3. What is a class action and who is involved?
4. Why are there settlements?
5. Why are the settlements "partial" settlements?
6. Why is the lawsuit continuing if there are settlements?
7. What happens if Plaintiffs later reach a settlement with the Non-Settling Defendants?

**WHO IS IN THE PARTIAL SETTLEMENT?** ....................................................................................................PAGE ~~–~~5
8. Am I part of these partial settlements?
9. I'm still not sure if I am included.
10. What are my rights as a settlement Class member?
11. What do the partial settlements provide?
~~12. How much money can I get from the settlements?~~

**THE SETTLEMENT BENEFITS** ....................................................................................................................PAGE ~~–~~6
   ~~13~~12.  What do the partial settlements provide?
   ~~14~~13.  How much money can I get from the partial settlements?

**SUBMITTING A CLAIM FORM**....................................................................................................................PAGE ~~–~~7
   ~~15~~14.  How can I get money from the partial settlements?
   ~~16~~15.  When will I get my payment(s)?
   ~~17~~16.  What am I giving up to get a payment(s)?

**THE LAWYERS REPRESENTING YOU** ........................................................................................................PAGE ~~–~~8
   ~~18~~17.  Who represents me in this case?
   ~~19~~18.  Should I get my own lawyer?
   ~~20~~19.  How will the lawyers be paid?

**EXCLUDING YOURSELF FROM THE PARTIAL SETTLEMENTS** .......................................................................PAGE ~~–~~9
   ~~21~~20.  How do I get out of the partial settlements?
   ~~22~~21.  If I don't exclude myself, can I sue Lucasfilm and Pixar and Intuit for the same thing later?
   ~~23~~22.  If I exclude myself, can I get money from the partial settlements?

**COMMENTING ON OR OBJECTING TO THE PARTIAL SETTLEMENTS** ............................................................PAGE ~~–~~9
   ~~24~~23.  How do I tell the Court that I like or don't like a partial settlement?

**THE COURT'S FAIRNESS HEARING** .........................................................................................................PAGE ~~–~~10
   ~~25~~24.  When and where will the Court decide whether to approve the partial settlements?

**QUESTIONS?  CALL 1-800-000-0000 OR VISIT WWW.HIGHTECHEMPLOYEESETTLEMENT.COM**

1132185.~~4~~<u>7</u>

      26.25.   Do I have to come to the Fairness Hearing?
      27.  May I speak at the hearing?

**IF YOU DO NOTHING**................................................................................................................**PAGE** –**10**

      28.26.   What happens if I do nothing at all?

**YOUR PRIVACY**........................................................................................................................**PAGE** –**11**

      29.27.   Will my manager know whether or how I respond to this notice?

**GETTING MORE INFORMATION** ...............................................................................................**PAGE** –**11**

      30.28.   Are more details about the partial settlements available?
      31.29.   How do I get more information?

*Formatted: Keep with next*

**BASIC INFORMATION**

| 1. Why did I get this Notice? |
|---|

You have received this Notice because Defendants' records show you may have worked as a salaried Technical Employee in one of the job positions described in Section 7 below during some or all of the following time periods: (a) for Apple from March 2005 through December 2009; (b) for Adobe from May 2005 through December 2009; (c) for Google from March 2005 through December 2009; (d) for Intel from March 2005 through December 2009; (e) for Intuit from June 2007 through December 2009; (f) for Lucasfilm from January 2005 through December 2009; or (g) for Pixar from January 2005 through December 2009.

The Court sent you this notice because you have the right to know about two proposed partial settlements of a class action lawsuit, and about your legal rights and options, before the Court decides whether to approve the settlements. This notice explains the lawsuit, the settlements, and your legal rights. It also explains what benefits are available, who is eligible for them, and how to obtain them. If the Court approves the partial settlements and after any objections and appeals are resolved, upon the Court's order an administrator appointed by the Court will make the payments that the settlement allows.

The Court has preliminarily approved both settlements. If you are a Class Member, you have legal rights and options that you may exercise before the Court considers whether it will grant final approval to the proposed partial settlements at the "Fairness Hearing." The Fairness Hearing is to decide whether the proposed partial settlements are fair, reasonable, and provide adequate compensation and benefits to the members of the Class.

If you wish to comment on (including object to) or exclude yourself from one or both of the settlements, you must do so following the procedures described below. If you do nothing, you will be bound by any final judgment.

Judge Lucy H. Koh, United States District Court for the Northern District of California, San Jose Division, is in charge of this case. The lawsuit is called *In re: High-Tech Employee Antitrust Litigation*, Master Docket No. 11-CV-2509-LHK. The people who sued are called the Plaintiffs, and the companies they sued are called the Defendants.

| 2. What is this lawsuit about? |
|---|

The lawsuit claims that Defendants entered into agreements with each other and with unnamed co-conspirators not to recruit or hire each other's employees in violation of federal and state antitrust laws. Each of the Defendants, including the Settling Defendants Lucasfilm, Pixar, and Intuit, denies that it violated any laws or engaged in any wrongdoing.

Lucasfilm and Pixar have entered into one settlement agreement with Plaintiffs. Intuit has entered into a separate settlement agreement with Plaintiffs. The Defendants other than Lucasfilm, Pixar and Intuit have not entered into any settlements. Those Defendants are referred to as the "Non-Settling Defendants."

To obtain more information about the claims in this lawsuit, you can view the complaint and other court documents in this case at www.HighTechEmployeeSettlement.com.

| 3. What is a class action and who is involved? |
|---|

In a class action lawsuit, one or more people called "Named Plaintiffs" or "Class Representatives" sue on behalf of other people who have similar claims. The people with similar claims together are a "Class" and are called "Class Members." In a class action, the court resolves the issues for all Class Members, except for those who exclude themselves from the Class. The Court appointed Named Plaintiffs Siddarth Hariharan, Mark Fichtner, Brandon Marshall, Daniel Stover, and Michael Devine as Class Representatives in this case.

| 4. Why are there settlements? |
|---|

The Court has not found in favor of Plaintiffs or Defendants. While the lawsuit is still pending before the United States District Court, the Plaintiffs and the Settling Defendants have agreed to settlements which, if they are approved, will bring the claims against Pixar, Lucasfilm, and Intuit to an end. That way, the Plaintiffs and Settling Defendants avoid the uncertainty of continuing the case between them, and avoid the cost of further litigation, and Class Members will get the benefits of the settlements. The Class Representatives and their attorneys think the settlements are best for everyone who allegedly was harmed by Pixar's, Lucasfilm's, and Intuit's alleged agreements not to compete for employees.

**5. Why are the settlements "partial" settlements?**

Although the settlements with Lucasfilm, Pixar, and Intuit fully resolve the Class Members' claims against them as described in Question 16, the settlements only partially resolve the case, which will continue against the Non-Settling Defendants, as discussed in Question 6.  For this reason, the settlements with Lucasfilm, Pixar and Intuit are partial settlements.

**6. Why is the lawsuit continuing if there are Settlements?**

Lucasfilm, Pixar, and Intuit have agreed to settle this case. The Non-Settling Defendants (Adobe, Apple, Google and Intel) have not agreed to settle, so the lawsuit will continue against them. More money may become available in the future as a result of additional settlements with and/or a trial against the Non-Settling Defendants, but there is no guarantee this will happen.

**7. What happens if the Plaintiffs later reach a settlement with the Non-Settling Defendants?**

The lawsuit will continue against the Non-Settling Defendants. It cannot be known whether the Plaintiffs would prevail against the Non-Settling Defendants at a trial. If there are additional settlements in the future, there will be notice of those settlements as well~~.~~.  Depending on the timing of the notice and ~~at that time all~~Fairness Hearing for any such settlements, the settlement funds received from the Settling Defendants and from any other Defendants who have settled may ~~simultaneously~~ be distributed at the same time, in one distribution, to Class members who have submitted claims.

### WHO IS IN THE PARTIAL SETTLEMENTS?

**8. Am I part of the partial settlements?**

In general, individuals who were salaried technical, creative and research and development employees at any one of the Defendant companies may be Class Members who are eligible for a payment from the proposed settlements when the funds are distributed if they met the following definition:

> All natural persons who work in the technical, creative, and/or research and development fields that ~~are~~were employed on a salaried basis in the United States by one or more of the following: (a) Apple from March 2005 through December 2009; (b) Adobe from May 2005 through December 2009; (c) Google from March 2005 through December 2009; (d) Intel from March 2005 through December 2009; (e) Intuit from June 2007 through December 2009; (f) Lucasfilm from January 2005 through December 2009; or (g) Pixar from January 2005 through December 2009.  Excluded from the Class are: retail employees during the Class period; corporate officers, members of the boards of directors, and senior executives of all Defendants.

By way of example, the below technical, creative and/or research and development jobs are included in the Class.  This is not a complete list of job titles.   To see a more complete list of job titles, please go to www.HighTechEmployeeSettlement.com:

| | |
|---|---|
| ● Software Engineers | ● Research and Development |
| ● Hardware Engineers and Component Designers | ● Animators, Digital Artists, Creative Directors and Technical Editors |
| ● Application Developers | ● Graphic Designers and Graphic Artists |
| ● Programmers | ● Web Developers |
| ● Product Developers | ● IT Professionals |
| ● User Interface or User Experience Designers | ● Systems Engineers and Administrators |
| ● Quality Analysts | ● Employees classified as technical professionals by their employers |

QUESTIONS?  CALL **1-800-000-0000** OR VISIT **WWW.HIGHTECHEMPLOYEESETTLEMENT.COM**

1132185.~~4~~7

| 9. I'm still not sure if I am included. |
|---|

If you received this Notice mailed to you, it is because you were listed as a potential Class Member. If you are still not sure whether you are included, you can get help at www.HighTechEmployeeSettlement.com or by calling 1-800-000-0000.

| 10. What if I worked for a Non-Settling Defendant? |
|---|

As long as you fall within the definition of the class in Question 7 above, you can participate in these partial Settlements regardless of which Defendant you work or worked for. Current and former employees of Adobe, Apple, Google, or Intel, if they meet the definition of the class, may receive a payment under the ~~Lucas~~Lucasfilm, Pixar, and Intuit settlements when the funds are distributed. In addition, current and former employees of Intuit who meet the definition of the class may receive a payment under the Lucasfilm and Pixar settlement, and current and former employees of Lucasfilm or Pixar who meet the definition of the class may receive a payment under the Intuit settlement when the funds are distributed.

| 11. What are my rights as a settlement Class Member? |
|---|

You may do nothing. Or, you may exclude yourself from the settlements. Or, you may submit a ~~claim form~~Claim Form for a payment from the Settlement Funds (*see* Question 14). You may also comment on or object to the proposed partial settlements (*see* Question 23), or attend the Court's Fairness Hearing to speak in support of or against the Court's final approval of one or both of the proposed partial settlements.

THE SETTLEMENT BENEFITS

| 12. What do the partial settlements provide? |
|---|

Settling Defendants Pixar and Lucasfilm will pay $9,000,000 into a Settlement Fund (the "Pixar/Lucasfilm Fund"). Settling Defendant Intuit will pay $11,000,000 into a Settlement Fund (the "Intuit Fund"). After deducting attorneys' fees, costs, applicable taxes, and other fees and expenses (*see* Question 19), the Pixar/Lucasfilm Fund and the Intuit Fund will be distributed to Class Members who file valid claims.

As a Settlement Class Member, you will give up, or "release," your claims against Pixar, Lucasfilm and Intuit. Those releases include any claims made or that could have been made arising from the facts alleged in this lawsuit. The releases are described in more detail in the Settlement Agreements and in Question 16 below. You can view or download a copy of both of the Settlement Agreements at the website www.HighTechEmployeeSettlement.com.

| 13. How much money can I get from the partial settlements? |
|---|

Class Members who submit a Claim Form will be eligible to receive a share of the Settlement Funds when they are distributed based on a formula utilizing a Claimant's base salary paid while working in a Class Position during the Class Period as set forth in the Settlement Class definition. In other words, each Class Member's share of the Monetary Fund is a fraction, with the Claimant's total base salary during the Class Period as the numerator and the total base salary during the Class Period of all Claimants as the denominator:

(Approved Claimant's individual total base salary paid in Class Positions during the Class Period) ÷ (Total of base salaries paid to all approved Claimants in Class Positions during the Class Period).

The Claimant's individual fractional amount shall be multiplied against the Settlement Funds net of reductions for court-approved costs, applicable taxes, service awards, and attorneys' fees. Because each Claimant's fractional amount will depend in part on how many other Class Members file Claim Forms, fractional amounts will increase if less than 100% of the Class participates as a Claimant. The proposed Plan of Allocation is available for review at www.HighTechEmployeeSettlement.com, and will be presented for approval by the Court at the Fairness Hearing (*see* Question 24).

**SUBMITTING A CLAIM FORM**

| 14. How can I get money from the settlements? |
|---|

To receive money from the partial settlements, you must complete and submit a Claim Form, either online at www.HighTechEmployeeSettlement.com, or by mail. A copy of the Claim Form is included with this Notice. Please read this Notice and the Claim Form carefully. You must either complete and submit the form online no later than ~~Month 00, 2013~~January 28, 2014, or complete the included form manually, sign it, and mail it postmarked no later than ~~Month 00, 2013~~January 28, 2014, to the Claims Administrator at the address listed in Question ~~30~~29 of this Notice. If necessary, you may download and print out a Claim Form from the website www.HighTechEmployeeSettlement.com. If you have any problems with the Claim Form or questions about how to submit your claim, please call the Claims Administrator at the telephone number printed at the bottom of this page.

If you fall within the class definition, you may receive money from either or both partial settlements. If you submit one completed Claim Form, it will be deemed submitted for both settlements unless you separately have written to exclude yourself from a settlement following the instructions on how to exclude in paragraph 20 below. For example, if you did not submit a written request to be excluded from a settlement and timely submit a completed Claim Form, you will be deemed to have submitted a claim to receive money from both settlements. If you have separately written to exclude yourself from one of the two settlements and you timely submit a completed Claim Form, you will be deemed to have submitted a claim to receive money only under the settlement from which you did not exclude yourself. And if you have separately written to exclude yourself from both settlements and submit a Claim Form, the Claims Administrator will honor your request for exclusion and your Claim Form will be deemed invalid.

| 15. When will I get my payment(s)? |
|---|

The Court will hold a final Fairness Hearing on ~~Month 00, 2013~~February 27, 2014, to decide whether to approve the proposed partial settlements. If the Court approves the settlements, there still may be appeals of that decision. If an appeal is filed, it is hard to estimate how long it might take for it to be resolved, but it can take a lot of time, perhaps more than a year. Settlement payments to Settlement Class Members will be distributed if the settlements are approved, and after ~~any~~ appeals, if any, are resolved~~, at a later date to be ordered by the Court~~.

Updates regarding the partial settlements and when payments may be made will be posted on the settlement website, www.HighTechEmployeeSettlement.com.

| 16. What am I giving up to get a payment(s)? |
|---|

If you are a Class Member, unless you exclude yourself, you are staying in the Class, and that means that you can't sue, continue to sue, or be part of any other lawsuit against Lucasfilm, Pixar, or Intuit about the legal issues in this case. It also means that all of the Court's orders will apply to you and legally bind you, and that you agree to the following "Releases of Claims," which describe exactly the legal claims that you give up if you get settlement benefits:

With respect to Intuit, upon the Settlement Agreement becoming effective, the Named Plaintiffs and Class members (who do not otherwise properly exclude themselves) shall all release and forever discharge Intuit and officers, directors, affiliates and employees (other than employees who are members of the Class) from all manner of claims whether federal or state, known or unknown, asserted or unasserted, regardless of legal theory, arising from the facts, activities or circumstances alleged in the Consolidated Amended Complaint [Dkt. 65] or any other purported restriction on competition for employment of Class members, up to the Effective Date of the Settlement whether or not alleged in the Consolidated Amended Complaint (Dkt. 65). The Settlement Agreement shall not be construed to release any local, state or federal claim arising out of allegations of any product defect, discrimination, or personal or bodily injury, and shall not be construed to release any local, state or federal claim arising out of allegations of. unlawful overtime or violations of ERISA or similar statute that are unrelated to the facts, activities, or circumstances alleged in the Consolidated Amended Complaint or to the payments or distributions made pursuant to this Settlement.

With respect to Pixar and Lucasfilm, upon the Settlement Agreement becoming effective, the named Plaintiffs and Class members (who do not otherwise properly exclude themselves) shall all release and forever discharge Pixar and Lucasfilm together with their parent company The Walt Disney Company and their other past and present parents, subsidiaries, divisions, affiliates, stockholders, officers, directors, insurers, employees, agents, attorneys, and any of their legal representatives (and the predecessors, heirs, executors, administrators, successors, purchasers, and assigns of each of the foregoing) from all manner of claims whether federal or state, known or unknown, asserted or unasserted, regardless of legal theory, arising from the facts, activities or circumstances alleged in the Consolidated Amended

Complaint [Dkt. 65] or any other purported restriction on competition for employment of class members up to the Effective Date of the Settlement whether or not alleged in the Consolidated Amended Complaint (Dkt. 65).  The Settlement Agreement shall not be construed to release any local, state or federal claim arising out of allegations of any product defect, discrimination, or personal or bodily injury, and shall not be construed to release any local, state or federal claim arising out of allegations of unlawful overtime or violations of ERISA or similar statute that are unrelated to the facts, activities, or circumstances alleged in the Consolidated Amended Complaint or to the payments or distributions made pursuant to this Settlement.

By participating in either or both of these partial settlements you are not giving up your right to receive payments from any future settlements or a trial against the Non-Settling Defendants.

### THE LAWYERS REPRESENTING YOU

**17. Who represents me in this case?**

The Court appointed the following law firms as Co-Lead Counsel to represent the Class:

| | |
|---|---|
| Kelly M. Dermody<br>LIEFF CABRASER HEIMANN<br> & BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111<br>(415) 956-1000<br>kdermody@lchb.com | Joseph R. Saveri<br>JOSEPH SAVERI LAW FIRM, INC.<br>505 Montgomery Street, Suite 625<br>San Francisco, CA 94111<br>(415) 500-6800<br>jsaveri@saverilawfirm.com |

These lawyers and law firms are called "Plaintiffs' Counsel."

**18. Should I get my own lawyer?**

You do not need to hire your own lawyer because Plaintiffs' Counsel are working on your behalf. If you want your own lawyer, you may hire one, but you will be responsible for any payment for that lawyer's services. For example, you can ask your lawyer to appear in Court for you if you want someone other than Plaintiffs' Counsel to speak for you. You may also appear for yourself without a lawyer.

**19. How will the lawyers be paid?**

Plaintiffs' Counsel will ask the Court to approve at the Fairness Hearing payment from the Settlement Funds of ~~$4,793,000 in~~out-of-pocket costs not to exceed $4 million, which includes expert and vender costs Plaintiffs' Counsel have incurred prosecuting this case to date~~, as well as projected expenses for the continuing litigation and trial against the Non-Settling Defendants (see Question 6)~~.  Plaintiffs' Counsel will ~~not ask the Court to approve payment of any attorneys' fees at the Fairness Hearing.  Plaintiffs' Counsel will at a later date~~also ask the Court to approve payment of attorneys' fees of up to ~~one-third~~thirty percent of the Settlement Funds ~~to them for attorneys' fees, as well as to reimburse them for any additional, unreimbursed litigation costs they may advance in pursuing the Plaintiffs' claims~~. The fees would compensate Plaintiffs' Counsel for investigating the facts, litigating the case (including through appeals), and negotiating and administering the settlements. Plaintiffs' Counsel will ask the Court to approve at the Fairness Hearing payments of $10,000 to each of the individual Class Representatives as Service Awards for their service to the Class, which shall be paid when the Settlement Funds are distributed to Class members who have submitted valid claims. Plaintiffs' Counsel may seek additional attorneys' fees, costs, and expenses from any future settlement or recovery obtained from non-settling Defendants. The costs of providing this Notice and administering the two settlements are being paid from the Settlement Funds and are estimated to total approximately $200,000.

### EXCLUDING YOURSELF FROM THE SETTLEMENTS

**20. How do I get out of the settlements?**

If you fall within the class definition but don't want a payment from one or both of the partial settlements, and or you want to keep the right to sue or continue to sue Pixar, Lucasfilm or Intuit (on your own at your own expense) about the legal issues in this case, then if you are a Class member you must take steps to get out of one or both of the settlement Classes. This is called excluding yourself from, or opting out of, a proposed settlement Class. Opting out of a proposed settlement Class at this time will not affect your right to remain in the Class for purposes of the continuing litigation against the non-settling Defendants.

**21. How do I get out of the settlements?**

To exclude yourself from (opt out of) one or both of the partial settlements, you must send a letter to the Claims Administrator at the address listed in Section 28 of this notice. saying that you want to be excluded from the settlement Class in *In re: High-Tech Employee Antitrust Litigation*, with your full legal name and address and the dates of your employment with any of the Defendants, and you must include the following statement: "I want to be excluded from the High-Tech Employee Antitrust Litigation class action settlement.  I understand that this means I will not be able to get any money or benefits from the settlement in this case."  You must also specify if you only seek to exclude yourself from the Intuit settlement or only from the Pixar and Lucasfilm settlement.  If you do not specify, your exclusion will be deemed submitted for both settlements.

If you want to exclude yourself from the settlement with Pixar and Lucasfilm you must send a letter to the Claims Administrator saying that you want to be excluded from the Pixar and Lucasfilm settlement Class in *In re: High-Tech Employee Antitrust Litigation,* and that you understand that you will not receive money from the partial settlement with Pixar and Lucasfilm.

If you want to exclude yourself from the settlement with Intuit, you must send a letter to the Claims Administrator saying that you want to be excluded from the Intuit settlement Class in *In re: High-Tech Employee Antitrust Litigation,* and that you understand that you will not receive money from the partial settlement with Intuit.

You must include your name, address, telephone number, and your signature with any request for exclusion. You must submit your Opt-Out Request(s) postmarked no later than _____, 2013**January 28, 2014** (or received by the Claims Administrator by that date if sent by fax or e-mail) at the following address:

Claims Administrator
High Tech Employee Settlement
P.O. Box 0000
City, ST 00000

You cannot exclude yourself (opt out) by telephone. If you ask to be excluded from either of the settlements, you will not get any payment from that settlement, and you cannot object to the that settlement.

If you request to be excluded from the partial settlement with Pixar and Lucasfilm, you will not be legally bound by the settlement with Lucasfilm and Pixar. You may be able to sue (or continue to sue) Lucasfilm and Pixar in the future.

If you request to be excluded from the partial settlement with Intuit, you will not be legally bound by the settlement with Intuit. You may be able to sue (or continue to sue) Intuit in the future.

**22. If I don't exclude myself, can I sue Lucasfilm and Pixar and Intuit for the same thing later?**

No. If you are a Class member, unless you exclude yourself, you give up the right to sue Lucasfilm, Pixar, and Intuit for the claims that the two partial settlements resolve as more fully described in Question 16 above. If you have a pending lawsuit against Lucasfilm, Pixar, or Intuit, speak to your lawyer in that lawsuit immediately, because you may need to exclude yourself from the Class(es) to continue your own lawsuit. The process for excluding yourself from the settlements is described in the preceding section.

**23. If I exclude myself, can I get money from a settlement?**

No.It depends on whether you exclude yourself from both settlements or only one settlement. If you exclude yourself from only one settlement, you may still file a partial settlement, you will Claim Form to receive no money from thatunder the other settlement. But if If you exclude yourself from the partial settlement with Lucasfilm and Pixar, you may sue, continue to sue, or be part of a different lawsuit against Lucasfilm and Pixar; and if you exclude yourself from

**QUESTIONS?  CALL 1-800-000-0000 OR VISIT WWW.HIGHTECHEMPLOYEESETTLEMENT.COM**

9

1132185.47

the partialboth settlements, you will not receive money under either settlement with Intuit, you may sue, continue to sue, or be part of a different lawsuit against Intuiteven if you submit a Claim Form.

### COMMENTING ON OR OBJECTING TO THE SETTLEMENTS

**24. How do I tell the Court that I like or don't like a proposed settlement and may I speak at the hearing?**

If you're a Class Member, you can comment on, including object to, one or both of the proposed partial settlements if you like or don't like any part of it. You can give reasons why you think the Court should or should not approve them. The Court will consider your views.

To comment or to object, you must send a letter to the Claims Administrator with your comment(s) or objection(s) to the proposed settlement(s) in *In re: High-Tech Employee Antitrust Litigation*. Be sure to include:

- Your name, address, telephone number, email address and signature;
- Which of the two settlements you wish to comment or object on—the settlement with Lucasfilm and Pixar, and/or the settlement with Intuit.
- If you object to either proposed partial settlement, a detailed list of any other objections that you or your lawyer have made to any class action settlements submitted to any court in the United States in the previous five (5) years; and
- A detailed statement of your comment(s) or objection(s), including the grounds for your objection(s), if any, together with any documents you think support it.
- You do not need to attend or speak at the Fairness Hearing (described in Question 24 below) in order for your comments or objections to be considered.  If you would like to speak at the Fairness Hearing about your comments or objections to the settlements, you must add to your letter a statement that you intend to appear and speak at the hearing, for example, by stating "This is my Notice of Intention to Appear in *In re: High-Tech Employee Antitrust Litigation.*"

If you wish for the Court to consider your comment(s) or objection(s), you must mail the comment(s) or objection(s)), along with a request to speak at the Fairness Hearing (if any), by First Class U.S. Mail, postmarked no later than Month 00, 2013January 28, 2014, to:

Claims Administrator
High Tech Employee Settlement
P.O. Box 0000
City, ST 00000

**Formatted:** Left

You will have no right to speak at the hearing about a settlement if you choose to exclude yourself from that settlement, because a settlement no longer affects you if you opt out of it.

### THE COURT'S FAIRNESS HEARING

**25. When and where will the Court decide whether to approve the settlement?**

The Court will hold a Fairness Hearing at XX:XX a1:30 p.m. on Month 00, 2013**February 27, 2014** in Courtroom 8 on the 4th Floor of the United States District Court for the Northern District of California, 280 S. First Street, San Jose, California 95113.

At this hearing, the Court will separately consider both proposed settlements and determine whether they are fair, reasonable, and adequate. If there are written comments or objections, the Court will consider them. The Court will decide whether to allow people who have raised objections or comments to speak at the hearing. The Court may also decide how much to award to Plaintiffs' Counsel in attorneys' fees and expenses- and whether to approve the payment of Service Awards to the Named Plaintiffs, to be paid when the Settlement Funds are distributed to Class members who submit claims. After the hearing, the Court will separately decide whether to approve the partial settlement with Pixar and Lucasfilm, and the partial settlement with Intuit. We do not know how long these decisions will take, or whether the Court will issue its decisions about both settlements at the same time.

**QUESTIONS?  CALL 1-800-000-0000 OR VISIT WWW.HIGHTECHEMPLOYEESETTLEMENT.COM**

1132185.47

The Court may reschedule the Fairness Hearing or change any of the deadlines described in this Notice. Be sure to check the website, www.HighTechEmployeeSettlement.com, for news of any such changes.

**26. Do I have to come to the Fairness Hearing?**

No. Plaintiffs' Counsel will be present at the Fairness Hearing to answer any questions the Court may have. You are welcome to come at your own expense. If you send ~~an objection~~comments or objections to the either or both settlements, you don't have to come to Court to talk about it. As long as you mailed your written ~~objection~~comments or objections on time, the Court will consider ~~it~~them. You may also pay your own lawyer to attend, but it is not necessary.

**~~27. May I speak at the hearing?~~**

~~You may ask the Court for permission to speak at the Fairness Hearing. To do so, you must send a letter stating that it is your "Notice of Intention to Appear in *In re: High Tech Employee Antitrust Litigation*." You must mail your Notice of Intention to Appear, postmarked no later than **Month 00, 2013** to the addresses shown in the answer to Question 30, below. Be sure to include your name, address, telephone number, email address and your signature.~~

~~You will have no right to speak at the hearing about a settlement if you choose to exclude yourself that settlement, because a settlement no longer affects you if you do not participate in it.~~

### IF YOU DO NOTHING

**~~28.~~27. What happens if I do nothing at all?**

If you are a Class Member~~,~~ and you do ~~nothing,~~not file a claim (following the instructions in Question 14), you'll get no money from the settlement with Pixar and Lucasfilm or the settlement with Intuit, and any claims you might have against Intuit, Pixar, and Lucasfilm for the allegations in this case will be released unless you separately write to exclude yourself (following the instructions in Question 20), meaning you won't be able to collect any damages from Pixar, Lucasfilm, or Intuit for their alleged unlawful agreements not to compete for employees~~. You must submit a claim form online by Month, Date, Year, or by mail postmarked by Month, Date, Year, in order to~~ in this lawsuit or another. To qualify to receive any money from the settlement with Pixar and Lucasfilm or the settlement with Intuit~~.~~, you must submit a Claim Form following the instructions in Question 14 online or postmarked by mail by **March 19, 2014**.

### YOUR PRIVACY

**~~29.~~28. Will my manager know whether or how I responded to this notice?**

The Court will appoint an independent, experienced professional Claims Administrator. The Claims Administrator will not disclose the identities of Class Members who submit Claim Forms to any Defendant, including Lucasfilm, Pixar, and Intuit (or their managers). The Claims Administrator will establish and follow procedures to protect the confidentiality of the identity of persons submitting claims. The Claims Administrator will process Claim Forms and issue settlement checks. The Claims Administrator will also receive Opt-Out Requests and comments (including objections) not related to claims. As required by the Court, the Claims Administrator will share ~~that~~ the Opt-Out requests and comments or objections on the settlements (non-claims information) with Class Counsel and counsel for the Settling Defendants, as well as with the Court. Lucasfilm, Pixar and Intuit have agreed that no information about Opt-Out Requests and comments (including objections) will be shared within their companies absent some showing of need to implement the settlements.

### GETTING MORE INFORMATION

**~~30.~~29. Are more details about the settlements available?**

Yes. This Notice summarizes the two proposed settlements; more details are in the proposed Settlement Agreements themselves. You can get copies of the Settlement Agreements at www.HighTechEmployeeSettlement.com.

| | |
|---|---|
| ~~31.~~30.   **How do I get more information?** | |

The website www.HighTechEmployeeSettlement.com allows you to complete and submit a Claim Form online, and provides answers to common questions about the Settlements, Claim Forms, and other information to help you determine whether you are a Class Member, whether you are eligible for a payment, and when settlement funds will be distributed. You may also submit a written Claim Form at the address listed below, or call or write to the Claims Administrator with your questions at:

Claims Administrator<br>
High Tech Employee Settlement<br>
P.O. Box 0000<br>
City, ST 00000<br>
Telephone:  XXX-XXX-XXXX

**PLEASE DO NOT CONTACT THE COURT. YOU SHOULD DIRECT ANY QUESTIONS YOU MAY HAVE ABOUT THIS NOTICE OR THE SETTLEMENT TO THE CLAIMS ADMINISTRATOR AND/OR TO PLAINTIFFS' COUNSEL.**

You may also seek the advice and counsel of your own attorney at your own expense, if you desire.

Dated: _____, 2013        By Order of the Court

_____
Judge of the United States District Court
Northern District of California