# EXHIBIT E

IN RE HIGH TECH EMPLOYEE ANTITRUST LITIGATION
United States District Court for the Northern District of California, San Jose Division
Master Docket No. 11-CV-2509-LHK

<u>CLAIM FORM</u>

**PLEASE CAREFULLY READ THE ENCLOSED NOTICE BEFORE COMPLETING THIS CLAIM FORM.**

**DEADLINE:** *To receive a settlement payment, you must either complete and submit a Claim Form online at www.HighTechEmployeeSettlement.com by ~~Month, Day, Year,~~ <u>March 19, 2014,</u> or complete and return this Claim Form postmarked on or before ~~Month, Day, Year,~~ <u>March 19, 2014,</u> to*

In re High-Tech Employee Settlement Claims Administrator
c/o Heffler Claims Group
P.O. Box 58340
Philadelphia, PA  19102-8340

*If you do not submit online or by mail a properly completed Claim Form on or before ~~Month, Day, Year,~~ <u>March 19, 2014,</u> then your claim will be untimely and* ***you will*** ~~*be precluded from any recovery of proceeds*~~<u>***not receive any money***</u> **from the partial settlements** *with the Settling Defendants.*

**YOUR SHARES OF THE PARTIAL SETTLEMENTS:**  Your settlement shares of the partial settlement with Pixar and Lucasfilm, and the partial settlement with Intuit, will be based upon the total base salary you received in a Class Position during the Class Period relative to other Claimants.

<u>NOTES:</u>
1) ~~**NOTE:**~~ This Claim Form is provided to you by the Court-appointed Claims Administrator, Heffler Claims Group~~. Apply for a payment from both the partial settlement with Pixar and Lucasfilm, and the partial settlement with Intuit, by using just one Claim Form.  If you have questions about this Claim Form, contact the Claims Administrator at XXX-XXX-XXXX.~~
2) There are two partial settlements: (a) Lucasfilm and Pixar and (b) Intuit.  If you fall within the class definition, you may receive money from both partial settlements.  You may participate in both settlements, only one settlement, or neither settlement.  You have the following choices:
   a. Receive money from both settlements.  Submit one Claim Form.  It will be deemed filed for both settlements and used to calculate your settlement share of both settlements. DO NOT FILE AN EXCLUSION REQUEST.
   b. Receive money from only one of the settlements. Submit one Claim Form.  It will be used to calculate your settlement share of one of the settlements.  YOU MUST FILE A TIMELY EXCLUSION REQUEST indicating the settlement from which you wish to be excluded. (Instructions in Question 20 of the Notice.)
   c. Get no money under either settlement if you do not file a Claim Form or if you exclude yourself from both settlements. (Instructions in Question 20 of the Notice.) If you separately have written to exclude yourself from both settlements and later submit a Claim Form, your Claim Form will be deemed invalid and you will receive no money.

**SECTION A: CLAIMANT INFORMATION.** Please review, correct, and/or complete your contact information.

Please print clearly. The address listed is where the Claims Administrator will send your Settlement check when the settlement funds are distributed.

Claim #: <<pre-filled>> .  ~~**Note** *This claim number is a unique identifier that you can use together with your Social Security Number to access and complete your claim information online at www.HighTechEmployeeSettlement.com.*~~

Name: <<pre-filled>>

Address (line 1): <<pre-filled>>

Address (line 2:) <<pre-filled>>

<u>Note: This claim number is a unique identifier that you can use together with your Social Security Number to access and complete your claim information online at www.HighTechEmployeeSettlement.com.</u>

_____

_____

_____

City, State, ZIP: <<pre-filled>>                    _____

Last four digits of Social Security Number <<SSN>>:   _____

Please list any other names used while employed by a   _____
Defendant:

> *If your information is different from those shown above left, print corrections on the lines to the right.*
> *If your information changes, you are responsible for updating the Claims Administrator.*

> The following additional information will help the Claims Administrator to reach you if there are any questions or
> difficulties sending you your settlement check:

Daytime telephone number (with area code):          _____

Evening telephone number (with area code):          _____

Email address (at work and/or home):                _____

                                                    _____


**SECTION B: YOUR ESTIMATED SETTLEMENT SHARE, DATES OF EMPLOYMENT, AND RELEVANT JOB
TITLES.**

**1.  Company records show that you may have been employed by one or more of the seven Defendants in a Class
Position during the Relevant Class Period as defined in the Settlement (see ~~Section      ~~Question 8 of the Notice).**
To protect your privacy, a summary of these company records is available for you to view online at the website
www.HighTechEmployeeSettlement.com,  Please log on to www.HighTechEmployeeSettlement.com using your claim
form number (printed on the prior page) and your Social Security Number to view or supply your qualifying positions and
time periods covered by the Settlements as described in ~~Section XX~~Question 8 of the Notice and listed fully on the website.
If you believe any of the information listed there is incorrect or incomplete, you will have an opportunity to submit
corrections online, and to upload copies of any documents (such as employee records, or pay stubs) supporting your
correction(s).

**Note:**   *If you do not submit a correction, you waive your right to challenge the information supplied to the Claims
Administrator and available to you online.  By submitting a correction, you will  authorize  the Claims Administrator to
review company records and make a determination based on company records and the records you submit.  This
determination may increase or decrease the value of your shares of the partial settlements.  All such determinations by the
Claims Administrator are final and binding with no opportunity for further appeal.*

**2. Signature.  *You must sign here to submit your Claim Form by mail.  Claim Forms may also be submitted online with
an electronic signature at www.HighTechEmployeeSettlement.com.***

> I declare that the information set forth above regarding my employment as a Class Member is true and
> correct, to the best of my knowledge.

Dated: _____, _____     Signed: _____

**QUESTIONS**?  If you have questions regarding this Claim Form, how to submit a claim, or the partial Settlements, please
visit the website www.HighTechEmployeeSettlement.com, or contact the Claims Administrator as follows:

In re High Tech Employee Litigation Settlement Administrator
Heffler Claims Group
P.O. Box 58340
Philadelphia, PA  19102-8340 (888) 980-9436
www.HighTechEmployeeSettlement.com

*Please review your claim form to ensure that you have filled it out in its entirety.*

*You must complete and submit your claim form online by **Month, Day, Year,** or mail your completed claim form to the settlement administrator at the address provided above, postmarked no later than **Month, Day, Year**.*

IF YOUR CLAIM FORM IS SUBMITTED ONLINE AFTER *~~MONTH, DAY, YEAR,~~MARCH 19, 2014,* OR POSTMARKED AFTER *~~MONTH, DAY YEAR,~~MARCH 19, 2014, YOU WILL NOT BE ENTITLED TO RECEIVE ANY SETTLEMENT PAYMENT.*
THE CLAIMS ADMINISTRATOR WILL NOTIFY YOU IF YOUR CLAIM FORM IS *INCOMPLETE*.  THEREAFTER IF YOU DO NOT CURE THE DEFICIENCIES WITHIN THE TIME SET BY THE CLAIMS ADMINISTRATOR, *YOU WILL NOT BE ENTITLED TO RECEIVE ANY SETTLEMENT PAYMENT.*

Document comparison by Workshare Compare on Friday, October 25, 2013
5:48:39 PM

| Input: | |
|---|---|
| Document 1 ID | file://H:\Desktop\Kelly\LCHB_iManage_1132186_3.docx |
| Description | LCHB_iManage_1132186_3 |
| Document 2 ID | file://H:\Desktop\Kelly\claim form - oct 24, 2012.docx |
| Description | claim form - oct 24, 2012 |
| Rendering set | Standard |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Statistics: | |
|---|---|
| | Count |
| Insertions | 20 |
| Deletions | 13 |
| Moved from | 0 |
| Moved to | 0 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 33 |