**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**
**Judge Lucy H. Koh, Presiding**
Courtroom 8 - 4th Floor

**Civil Minute Order**

Date: 10/21/13                                          Time in Court: 1 hr 40 min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

---

**TITLE: in Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**
**CASE NUMBER**: C-11-02509 LHK

Plaintiffs Attorneys present: Joseph R. Saveri, Kelly M. Dermody, James Dallal, Brendan P. Glackin, Dean Harvey, Lisa Cisneros, Lisa Leebove, Anne Shaver

Defendants Attorneys present: Robert Van Nest/Daniel Purcell/Lee Rubin for Google
         George Riley/Christina Brown for Apple, Inc.
         David C. Kiernan/Lin Kahn/Chris Steward for Adobe/Intuit
         Gregory P. Stone for Intel
         Emily Henn for Pixar

---

**PROCEEDINGS:** Motion for Preliminary Approval for Intuit and Pixar/Lucas and Further Case Management Conference are held.  The motion is argued and taken under submission.
         The Matter is continued for Final Approval on February 27, 2014 at 1:30 p.m.
         Further Case Management Conference re all remaining defendants and plaintiffs set for December 18, 2013 at 2:00 p.m.