# EXHIBIT 2

## ATTACHMENT 1 TO SETTLEMENT AGREEMENT

The parties have agreed in Section VII.A of the Settlement Agreement that Intuit shall be entitled to a pro rata reduction in the contribution to the Settlement Fund in the event that more than 10% of Class Members properly exclude themselves from the Settlement Class pursuant to the terms approved by the Court and described in the Class Notice. Intuit shall have the option, at its discretion, to withdraw from the Settlement in the event that more than 5% of Class Members properly exclude themselves from the Settlement Class, which decision must be made by Intuit no more than seven (7) days after the later of (a) the opt out deadline or (b) the Claims Administrator having confirmed that a sufficient number of Class Members have properly excluded themselves from the Settlement Class to trigger this provision. This provision is submitted to the Court under seal, and is intended to be kept in confidence.

1132271.1