Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940

*Co-Lead Counsel for Plaintiff Class*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF FILING PURSUANT TO OCTOBER 21, 2013 CASE MANAGEMENT ORDER** |

Pursuant to the Court's October 21, 2013 Case Management Order, Docket No. 527, Plaintiffs file attached hereto, Exhibit 1, which consists of a list of Pixar and Lucasfilm job titles, included as Exhibits D and E to the Plaintiffs' Settlement Agreements with Intuit, and Pixar and Lucasfilm Ltd., respectively.

1

2

3
Dated:  October 28, 2013                    Respectfully Submitted,

4
                                            By: */s/ Lisa J. Cisneros*

5
                                            Richard M. Heimann (State Bar No. 63607)
                                            Kelly M. Dermody (State Bar No. 171716)
6
                                            Eric B. Fastiff (State Bar No. 182260)
7
                                            Brendan Glackin (State Bar No. 199643)
                                            Dean Harvey (State Bar No. 250298)
8
                                            Anne B. Shaver (State Bar No. 255928)
                                            Lisa J. Cisneros (State Bar No. 251473)
9
                                            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                            275 Battery Street, 29th Floor
10
                                            San Francisco, California  94111-3339
                                            Telephone:  415.956.1000
11
                                            Facsimile:  415.956.1008

12
                                            By: */s/ Joseph R. Saveri*

13
                                            Joseph R. Saveri (State Bar No. 130064)
                                            Lisa J. Leebove (State Bar No. 186705)
14
                                            James G. Dallal (State Bar No. 277826)
                                            JOSEPH SAVERI LAW FIRM
15
                                            505 Montgomery Street, Suite 625
16
                                            San Francisco, California 94111
                                            Telephone: (415) 500-6800
17
                                            Facsimile: (415) 500-6803

18
                                            *Co-Lead Class Counsel*

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING PURSUANT TO
OCTOBER 21, 2013 CASE MANAGEMENT ORDER
MASTER DOCKET NO. 11-CV-2509-LHK