GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
GREGORY M. SERGI (State Bar No. 257415)
gregory.sergi@mto.com
JOHN P. MITTELBACH (State Bar No. 284088)
john.mittelbach@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue
Thirty-Fifth Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF FILING REVISED REDACTED INTEL CORP. DOCUMENTS  FILED IN SUPPORT OF DEFENDANT'S JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION IN SUPPORT OF CLASS CERTIFICATION AND RELATED DOCUMENTS**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

Pursuant to Local Rule 79-5(f)(3), Defendant Intel Corporation hereby submits the attached revised redacted versions of documents filed by Plaintiffs on May 10, 2013 in support of Plaintiffs' Supplemental Motion for Class Certification, as discussed in the accompanying declaration of Bradley S. Phillips.

DATED:  October 30, 2013                    MUNGER, TOLLES & OLSON, LLP

By:     */s/ Bradley S. Phillips*
              Bradley S. Phillips

Gregory P. Stone
Bradley S. Phillips
Gregory M. Sergi
John P. Mittelbach
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:     (213) 683-9100
Facsimile:      (213) 687-3702