1  GREGORY P. STONE (State Bar No. 78329)
   gregory.stone@mto.com
2  BRADLEY S. PHILLIPS (State Bar No. 85263)
   brad.phillips@mto.com
3  GREGORY M. SERGI (State Bar No. 257415)
   gregory.sergi@mto.com
4  JOHN P. MITTELBACH (State Bar No. 284088)
   john.mittelbach@mto.com
5  MUNGER, TOLLES & OLSON LLP
   355 South Grand Avenue
6  Thirty-Fifth Floor
   Los Angeles, California 90071-1560
7  Telephone:    (213) 683-9100
   Facsimile:    (213) 687-3702
8
   Attorneys for Defendant Intel Corporation
9

10                    UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

12

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF BRADLEY S. PHILLIPS IN SUPPORT OF NOTICE OF FILING REVISED REDACTED INTEL CORP. DOCUMENTS FILED IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION IN SUPPORT OF CLASS CERTIFICATION AND RELATED DOCUMENTS**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

28  21993751.1                                          Master Docket No. 11-CV-2509-LHK

DECLARATION OF BRADLEY S. PHILLIPS IN SUPPORT OF NOTICE OF FILING REVISED REDACTED
INTEL CORP. DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S JOINT RESPONSE TO PLAINTIFFS'
ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION IN SUPPORT OF CLASS
CERTIFICATION AND RELATED DOCUMENTS

I, Bradley S. Phillips, declare as follows:

1. I am a partner in the law firm of Munger Tolles & Olson LLP and am counsel of record for Defendant Intel Corporation ("Intel") in this lawsuit. I submit this declaration in support of Intel's concurrently filed Notice of Filing Revised Redacted Intel Corp. Documents Filed In Support Of Defendant's Joint Response To Plaintiffs' Administrative Motion To File Under Seal Plaintiffs' Motion In Support Of Class Certification And Related Documents.

2. On May 17, 2013, Intel submitted a declaration from Krystal N. Bowen (Dkt. No. 430) identifying a series of documents that Plaintiffs had submitted in support of the Supplemental Class Certification filings that contained Intel confidential information that should be sealed. Ms. Bowen's declaration identifies the reasons why the information is confidential and should be sealed. A true and correct copy of Ms. Bowen's declaration is attached as Exhibit A.

3. Intel hereby submits revised redacted versions of those documents, which are attached as Exhibit B. The redacted portions of these revised versions of the documents contain confidential Intel information that should be sealed for the reasons described in Ms. Bowen's declaration.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on October 30, 2013 in Los Angeles, California.

                                               /s/ Bradley S. Phillips
                                               Bradley S. Phillips

21993751.1     Master Docket No. 11-CV-2509-LHK

DECLARATION OF BRADLEY S. PHILLIPS IN SUPPORT OF NOTICE OF FILING REVISED REDACTED INTEL CORP. DOCUMENTS FILED IN SUPPORT OF DEFENDANT'S JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION IN SUPPORT OF CLASS CERTIFICATION AND RELATED DOCUMENTS