# EXHIBIT B
# PART 1 OF 10

**EXHIBIT AA TO THE DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL MOTION AND MOTION FOR CLASS CERTIFICATION**

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE | ) |
| | ) |
| ANTITRUST LITIGATION | ) |
| | ) Master Docket |
| THIS DOCUMENT RELATES TO: | ) No. 11-CV-2509-LHK |
| | ) |
| ALL ACTIONS | ) |

VIDEO DEPOSITION OF RENEE JAMES

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

March 22, 2013

Reported by:  Teresa L. Dunn, CSR No. 00-0367

1    levels?  So, for example, is there a salary range for a

2    grade level 10 and a 11 and a 12 and a 13?

3        A.   As I said, they're very wide bands so they

4    range from -- they overlap so it is not

09:26:04  5    strictly -- they don't correlate one to one.

6        Q.   Okay.  And so if I'm understanding you

7    correctly the bottom of the range for a 11 doesn't

8    start where the top of 10 ends?

9        A.   Correct.

09:26:17  10        Q.   Is that what you are trying to --

11        A.   That's what I'm trying to explain, yes.

12        Q.   Okay.  But is it fair to say that for each

13    job -- strike that.

14            Is it fair to say that each Intel person is

09:26:34  15    assigned to a job which is associated with a job level?

16        A.   Everybody has a grade, a job grade.  If by

17    level you mean the grade?

18        Q.   Right.

19        A.   That's what we call it.  If you mean grade,

09:26:49  20    numerical grade, the answer is yes.

21        Q.   And there's a salary range for each of those

22    grades?

23        A.   Again, I caution because the salary ranges are

24    broad and they're only indicators.  They're not

09:26:59  25    absolutes.

1      Q.   Do you have or have you had responsibility for

2   setting compensation for people that report up to you

3   in your organization?

4      A.   I have collaborative, I will say that,

09:27:15  5   compensation setting for only my direct reports which

6   is to say I don't set it.  I advise if it needs

7   adjustments.

8      Q.   Okay.  So let me kind of unpack that.  So how

9   many direct reports do you have?

09:27:31  10      A.   Twelve.

11      Q.   Twelve?

12      A.   Yes.

13      Q.   Okay.  And it is fair to say that there are a

14   number of other people who report up to you in your

09:27:39  15   organization?

16      A.   That's true.

17      Q.   What's your role with respect to setting

18   compensation for them?

19      A.   I have really no role at all.

09:27:46  20      Q.   Okay.  Who sets the compensation for them?

21      A.   Compensation is set by a combination of the

22   comp committee of Intel, the board, and the human

23   resources department.

24           And they make a recommendation to management

09:28:05  25   and we use a pretty elaborate on-line system that makes

1    recommendations based on performance as measured each

2    year, the performance of the employee.

3         Q.    Okay.  So I think you said that the comp

4    committee is involved in that as well as the human

09:28:22  5    resource department; is that right?

6         A.    Right, uh-huh.

7         Q.    First, could you tell me what the role of the

8    comp committee is in that process?

9         A.    I don't think I know their detailed role, just

09:28:32  10   generally speaking they approve the budget for our

11   overall compensation.

12        Q.    And when you say "the comp committee," is this

13   a high-level committee at Intel?  Are these senior

14   people at Intel?

09:28:43  15        A.    I don't know all of the members of the

16   compensation committee of the board.  I certainly know

17   the board members.

18        Q.    Have you ever been on the comp committee?

19        A.    No, I have not.

09:28:53  20        Q.    For example, does Mr. Otellini serve on the

21   comp committee?

22        A.    I don't know.

23        Q.    Okay.  So that's the comp committee and

24   do -- on a -- let me do it this way, is there a regular

09:29:13  25   cycle for setting compensation at Intel?  Is it an

1  annual cycle?  Semiannual?

2      A.  We have an annual review cycle at Intel.

3      Q.  Is that called the focal process?

4      A.  Yes, it is.

09:29:27  5   Q.  Does the focal process produce -- ordinarily

6  produce changes in compensation on an annual basis?

7      A.  The focal process is annual.  It has an annual

8  budget.  It does not produce a change annually.

9      Q.  Okay.

09:29:50  10  A.  The change is based on performance, promotion.

11     Q.  Well, I guess what I'm trying to get at is at

12  Intel, for example, if someone is performing

13  satisfactorily and moving up through the ranks, does a

14  person receive an increase in compensation or an

09:30:14  15  adjustment in compensation once a year?

16     A.  No, they do not.

17     Q.  Okay.  How many times a year?

18     A.  If they're going to receive one it is

19  ordinarily once a year, but being a satisfactory

09:30:26  20  employee does not guarantee you any compensation

21  movement.

22         We have a philosophy of pay for performance

23  which means that being an average performer in a

24  certain year in a tight budgetary year does not mean

09:30:38  25  you are necessarily going to get an increase.

1    in a very obscure part of Russia and in another couple

2    of other very, very, very rare skill-sets in specific

3    areas.

4        Q.    And those other skill-sets, were they people

09:51:31  5    also in Russia or were they in the United States?

6        A.    They were all over the world, predominantly

7    Russia, China, and the United States.

8        Q.    And what was the skill-sets?

9        A.    They varied, but they were compilation skills

09:51:47 10    and some of the more, I don't know how to characterize

11    it, extraordinarily rarified type of computer science.

12        Q.    And were these people that worked with Intel's

13    compilers?

14        A.    They worked not only with the compilers, but

09:52:01 15    the operating systems and some of the other, but, yes.

16        Q.    Okay.  Were these people -- were some of these

17    people based in the United States, though?

18        A.    Yes, some of them were.

19        Q.    In the San Francisco Bay area?

09:52:13 20        A.    Yes.

21        Q.    ███████████████████████████████████

22        A.    ████████████████████████████

23        Q.    Did you lose any of them to VMware?

24        A.    I don't remember that we -- I don't recall

09:52:32 25    that.

1      Q.   Other than Google can you recall or identify

2   particular companies that were ones where you were

3   losing these people to during that abnormal period?

4      A.   No, I don't remember any other companies, no.

09:52:50   5      Q.   So, again, maybe I asked this, but let me make

6   sure, when you were trying to fill job -- open job

7   requisitions and you were working with the human

8   resource folks to do that did you ever identify for

9   them companies to target for their recruiting efforts?

09:53:25  10      A.   I don't remember that I did.  I really don't.

11      Q.   Now, organizationally was the recruiting

12   department within the HR department?

13      A.   That's my understanding.

14      Q.   Were there particular people you would

09:53:44  15   identify as the chief recruiters with whom you worked?

16      A.   Boy, you know, again, I didn't do a lot of

17   this work directly and I don't really know any of the

18   names of the people.  I can't think of any of them.

19      Q.   Now, we talked a few minutes ago about salary

09:54:10  20   ranges associated with new job requisitions?

21      A.   Uh-huh.

22      Q.   Do you know if Intel in setting those or

23   determining those ranges looked at market data?  When I

24   say market data I mean data regarding compensation or

09:54:26  25   compensation levels paid by other technology companies,

1    for example, or other companies in the marketplace.

2        A.   Yes, I believe they did do that and they would

3    share some of it with us in limited ways.

4        Q.   Okay.  Do you know what -- first, do you know

09:54:42  5    what the sources of that data were?

6        A.   I do not.

7        Q.   Well, are you aware that there are companies

8    that provide survey data on compensation rates in the

9    market?

09:54:55 10        A.   Yes, I am aware of that.

11        Q.   Okay.  Are you familiar with or have you heard

12    names like Radford that provide market compensation

13    surveys?

14        A.   Yes, I have.

09:55:06 15        Q.   Or Croner?

16        A.   No.

17        Q.   Do you know if Intel used Radford market

18    survey data in determining salary ranges for jobs?

19        A.   I don't know.

09:55:20 20        Q.   Okay.  Were you ever provided Radford data?

21        A.   I don't know.  I don't think I knew the source

22    of the data of what I saw.

23        Q.   Well, the data that talked about it was it --

24    did it take the form of survey data?

09:55:32 25        A.   It was a form of market survey and comparative

1 ████████████████████████████████████████

2     Q.    Did Intel benchmark its compensation against

3 other technology companies to the best of your

4 knowledge?

09:55:47 5     A.    I don't know how they did it actually.   I

6 mean, again, ███████████████████████████████

7     Q.    Do you know if Intel received that data from

8 surveys or directly from the other technology

9 companies?

09:56:02 10     A.    I do not know.

11     Q.    Okay.  Did Intel to the best of your knowledge

12 have any kind of benchmarking goals with respect to

13 setting compensation levels, for example, we want to

14 pay 50 percent of a competitive benchmark or 60 percent

09:56:21 15 of a competitive benchmark across the board or for

16 particular jobs?

17     A.    I don't know what their -- I don't know that

18 detail.

19     Q.    Okay.  So, for example, there was a period of

09:56:36 20 time I think you identified a few minutes ago where, in

21 fact, your group was losing people to Google?

22     A.    Yes.

23     Q.    And did Intel raise its compensation for

24 people they thought were targets of Google's recruiting

09:56:51 25 efforts in order to retain them?

1    people how to use the tool.

2        Q.    And was there a tool that was available -- an

3    electronic tool that was available at Intel for

4    managing offers to prospective employees?

16:28:02 5       A.    Based on this document I believe so.

6        Q.    And was that a tool that you had access to?

7        A.    It is not something I have access to.

8        Q.    Was this a tool that your reports had access

9    to?

16:28:15 10      A.    I don't think so.  I think this is a staffing

11   only tool.

12       Q.    And so was this --

13       A.    Human resources.

14       Q.    Was this a tool developed and used by people

16:28:25 15  within the HR department?

16       A.    That's what I believe.

17       Q.    Let me just ask you a couple of questions

18   about this.  Throughout this document there are a

19   couple of references to PeopleSoft.  Do you see that?

16:28:42 20      A.    Yes, I saw that.

21       Q.    Do you know what that reference is to?

22       A.    Well, I know what PeopleSoft is.

23       Q.    Okay.  What is PeopleSoft?

24       A.    It was an independent company that ran HR

16:28:55 25  programs, software programs like these which was

1    acquired by Oracle -- by Oracle.

2        Q.    Did Intel use or run PeopleSoft applications

3    in its HR department for use in managing the process of

4    recruiting or extending offers or calculating

16:29:18  5    compensation?

6        A.    I don't know, but the document implies that we

7    did.

8        Q.    So let me just ask you is that -- in doing

9    your job did you access that application?

16:29:36 10        A.    Never.

11        Q.    Do you know if people who reported to you did?

12        A.    No, I don't think so.

13        Q.    On page 8 -- there are a lot of steps in this

14    process.

16:30:01 15        A.    There are, I agree with that.

16        Q.    Let me ask you about Step 14 --

17        A.    Okay.

18        Q.    -- Internal Equity.  Do you see that?

19        A.    Yes, I do.

16:30:09 20        Q.    Have you heard the term "internal equity" used

21    for purposes or with respect to compensation?

22        A.    Yes.

23        Q.    What do you understand it to mean?

24        A.    A set of criteria that we use to in aggregate

16:30:26 25    check between different people in the same grade band

1    across a variety of different metrics, performance,

2    pay, equity.

3         Q.    Now, if you look at Step 14 it says, ▮▮▮

4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

16:30:48  5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

6    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

7         Do you see that?

8         A.    Uh-huh.

9         Q.    Is that consistent with your understanding of

16:30:56 10   the practice at Intel?

11        A.    Candidate profile, I don't know what the

12   candidate profile is.  Pay guidelines, yes, pay

13   guidelines I understand.  Internal equity is

14   information.

16:31:17 15        I think the candidate profile I believe is the

16   piece that's important beyond those two things because

17   it depends on the, you know, experience level, what

18   their current salary ranges are in their current job,

19   that kind of thing.

16:31:36 20        Q.    Okay.  Are you saying that pay guidelines and

21   internal equity are not pieces of information used to

22   compute base salary?

23        A.    No, they are used.  They are used, but it

24   depends on all of those factors in aggregate that you

16:31:51 25   look at.

1      Q.    Okay.  And the next sentence says, Internal

2   equity is defined as a fairness criteria in comparing

3   comparable Intel jobs using education, experience,

4   skill level, performance, and timing of next review

16:32:07  5   period.

6            Do you see that?

7      A.    Yes.

8      Q.    Is that -- based on your experience at the

9   company is that an accurate description of how the

16:32:19 10   concept of internal equity was used at Intel?

11      A.    Well, internal equity is used at Intel past

12   and present tense.  I distinguish the use of it for

13   comparable jobs inside the company versus experienced

14   hiring.  Those are different cases.

16:32:49 15            In comparable jobs inside of the company it is

16   a guideline to help people understand across certain

17   ranges what the collective pool of employees are doing.

18      Q.    Did you think maintaining at some general

19   level principles of internal equity across the

16:33:09 20   workforce at Intel was an important goal?

21      A.    I think internal equity is aspirational.  I

22   think it is a guideline that helps you look at, you

23   know, apples and oranges data and give you a sense of

24   what's going on, but we focus on pay for performance.

16:33:40 25            So the number one criteria is performance and

1    performance to grade, performance versus peers,

2    performance versus the market.  So I would call

3    internal equity a secondary or tertiary tool.

4         Q.   This says, Internal equity is used to

16:34:10  5    determine wage rates for new hires and current

6    employees that correspond to each job's relative value

7    to Intel.

8         Do you see that?

9         MR. PICKETT:  His question is do you see that?

16:34:24  10   Q.   (By Mr. Saveri) I just wanted to make sure you

11   are with me on that paragraph.

12        A.   Yes, I see that.

13        Q.   Does that accurately summarize one use of

14   internal equity at Intel with respect to setting

16:34:40  15   compensation?

16        A.   I think it summarizes it in the broad sense.

17   It is not the only way that this is done.

18        Q.   Okay.  If you look at the last page of the

19   document there's a Revision History.  Do you see that?

16:35:13  20   A.   Yes, I do.

21        Q.   Do you know if this Revision History is the

22   revision history of the manual or of the underlying

23   application?

24        A.   I do not know.

16:35:20  25   Q.   And do you know any of these people?

1          A.    I do not.

2          Q.    Do you know if they work for Intel?

3          A.    I don't.

4          Q.    Okay.  You can put that document aside.  Let

16:35:51  5   me hand you what's been marked as 168.  I'm sorry.

6   This is the Competitive Impact Statement.

7          A.    Okay.  This is different than --

8          Q.    I believe I showed you earlier the Final

9   Judgment.

16:36:12 10         A.    You did show me the Final Judgment.

11         Q.    And so this is a different document.

12              MR. PICKETT:  But they repeat each other.

13              THE WITNESS:  They do so that's why --

14              MR. PICKETT:  So it is -- it includes a lot of

16:36:22 15   the Final Judgment.

16              MR. SAVERI:  That is absolutely the truth.

17              THE WITNESS:  I'm clarifying because it looks

18   very similar so I wanted to make sure if I have seen a

19   different document.  Okay.

16:36:40 20         Q.    (By Mr. Saveri) And I will grant Mr. Pickett's

21   comment about the redundancy between the two documents,

22   but I really just want to ask you a couple of questions

23   about the portion of the document on page 5 that talks

24   about the Google-Intel Agreement, but take whatever

16:37:02 25   time you need to review the document.

1        A.   Whoever the account manager is usually takes

2   the notes of the meeting.

3        Q.   Okay.  And you had business review meetings

4   and other meetings from time to time with Paul

16:53:18  5   Otellini, correct?

6        A.   Yes, I do.

7        Q.   And did you keep notes of those meetings?

8        A.   Actually, I do not keep notes.

9        Q.   Were notes taken of those?

16:53:27 10        A.   Very rarely.  Finance usually will produce the

11   action items, not notes, but just what the follow-up

12   items are out of those meetings.

13             MR. SAVERI:  All right.  I don't have any

14   further questions.  Thank you very much.

16:53:40 15             MR. PICKETT:  Thank you.

16             (Deposition concluded at 4:55 p.m.)

17             (Signature reserved.)

18

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E

 2

 3          I, Teresa L. Dunn, a Certified Shorthand

 4   Reporter for Oregon, do hereby certify that, pursuant

 5   to stipulation of counsel for the respective parties

 6   hereinbefore set forth, RENEE JAMES personally appeared

 7   before me at the time and place set forth in the

 8   caption hereof; that at said time and place I reported

 9   in Stenotype all testimony adduced and other oral

10   proceedings had in the foregoing matter; that

11   thereafter my notes were reduced to typewriting under

12   my direction; and that the foregoing transcript, pages

13   1 to 258, both inclusive, constitutes a full, true and

14   accurate record of all such testimony adduced and oral

15   proceedings had, and of the whole thereof.

16          Witness my hand and CSR stamp at Vancouver,

17   Washington, this 29th day of March, 2013.

18

19                   _____

                     TERESA L. DUNN
20                   Certified Shorthand Reporter
                     Certificate No. 00-0367
21

22

23

24

25
```

```
 1                        RENEE JAMES

 2    I have read the transcript of the deposition taken on
      March 22, 2013, at Portland, Oregon, and make the
 3    following changes:

 4    PAGE    LINE    CHANGE(S) AND REASON FOR CHANGE(S)

 5

 6

 7

 8

 9

10

11

12

13

14
      Subject to the foregoing changes, the transcript is
15    correct.

16                      _____
                              RENEE JAMES
17

18            Subscribed and sworn to before me this ____
      day of _____, 2013.

19                      _____
                        Notary Public for the State
20                      of _____
                        residing at _____
21                      My Commission Expires: ____

22    Re: In Re: High-tech Employee Antitrust Litigation
          US District Court No. 11-CV-2509-LHK
23        TLD

24

25
```

**EXHIBIT BB TO THE DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL MOTION AND MOTION FOR CLASS CERTIFICATION**

```
 1              IN THE UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4   IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
     LITIGATION
 5
     THIS DOCUMENT RELATES TO:     NO:  Master Docket No.
 6   11-CV-2509-LHK

 7   ALL ACTIONS.

 8

 9

10         CONFIDENTIAL  -  ATTORNEYS' EYES ONLY

11

12

13      VIDEOTAPED DEPOSITION OF DANIEL ROBERT McKELL
                     March 20, 2013
14                    10:06 a.m.
                   Hyatt Regency Hotel
15                330 Tijeras, Northwest
                   Albuquerque, New Mexico
16

17

18           PURSUANT TO THE FEDERAL RULES OF CIVIL
     PROCEDURE, this deposition was:

19   TAKEN BY:  MR. SARAH R. SCHALMAN-BERGEN
                  Attorney for Plaintiffs
20
     REPORTED BY: Mary Abernathy Seal, RDR, CRR, NM CCR 69
21                Bean & Associates, Inc.
                  Professional Court Reporting Service
22                201 Third Street, Northwest, Suite 1630
                  Albuquerque, New Mexico 87102
23

24   (6941K) MAS

25
```

| | | |
|---|---|---|
| 10:30 | 1 | A.   I have been in conference rooms where he's |
| | 2 | been in attendance.  I don't know him, he doesn't |
| | 3 | know me, I would say, so... |
| | 4 | Q.   Do you know who Randall Goodwin is? |
| 10:31 | 5 | A.   No. |
| | 6 | Q.   Do you know who Deborah Conrad is? |
| | 7 | A.   Yes. |
| | 8 | Q.   Who is Ms. Conrad? |
| | 9 | A.   She's a senior leader at Intel. |
| 10:31 | 10 | Q.   Do you ever have occasion to speak with |
| | 11 | Ms. Conrad? |
| | 12 | A.   I don't believe I have ever met her. |
| | 13 | Q.   You also have not read her deposition |
| | 14 | transcript; is that fair? |
| 10:31 | 15 | A.   No -- yeah, I haven't read it. |
| | 16 | Q.   Do you know who Patricia Murray is? |
| | 17 | A.   Yes. |
| | 18 | Q.   Who is she? |
| | 19 | A.   She's a senior leader at Intel. |
| 10:31 | 20 | Q.   Did you ever have occasion to speak with |
| | 21 | Ms. Murray? |
| | 22 | A.   Yes. |
| | 23 | Q.   What occasions are those? |
| | 24 | A.   It's been a long time.  She used to be the |
| 10:31 | 25 | head of human resources, so I would have more |

| | | |
|---|---|---|
| 10:31 | 1 | opportunity to meet with her on work-related |
| | 2 | products, things that I was working on, but that's |
| | 3 | been several years. |
| | 4 | Q.   During the period of time when she was the |
| 10:32 | 5 | head of human resources, what types of work-related |
| | 6 | products would you -- would cause you to interact |
| | 7 | with her? |
| | 8 | MR. SHAH:  Object to form. |
| | 9 | A.   Focal budgets, strategy discussions about |
| 10:32 | 10 | programs, compensation programs that we run, changes |
| | 11 | to compensation programs. |
| | 12 | Q.   Have you read any reports that have been |
| | 13 | submitted by experts retained by either party or any |
| | 14 | of the parties in this case? |
| 10:32 | 15 | MR. SHAH:  Object to form. |
| | 16 | A.   No. |
| | 17 | Q.   Do you know who Dr. Kevin Murphy is? |
| | 18 | A.   No. |
| | 19 | Q.   Have you ever spoken with Mr. Murphy? |
| 10:32 | 20 | A.   No, not that I recall. |
| | 21 | Q.   Did you ever speak with an expert that was |
| | 22 | retained by the defendants in this case? |
| | 23 | A.   Not that I recall. |
| | 24 | Q.   You don't recall whether you spoke with |
| 10:33 | 25 | Mr. Murphy on June 19, 2012? |

| | | |
|---|---|---|
| 10:33 | 1 | A.   I had several phone conversations with |
| | 2 | Intel lawyers.  I don't recall who was on those |
| | 3 | sessions, didn't pay attention, I guess; I was |
| | 4 | answering questions.  I wasn't worried about who was |
| 10:33 | 5 | asking me questions. |
| | 6 | Q.   Were you aware that the individual asking |
| | 7 | questions was not an attorney of Intel's? |
| | 8 | A.   I don't recall.  The name isn't familiar |
| | 9 | to me at all, so... |
| 10:34 | 10 | Q.   Does the name Dr. Edward Leamer mean |
| | 11 | anything to you? |
| | 12 | A.   No. |
| | 13 | Q.   You submitted a declaration in this case; |
| | 14 | is that fair? |
| 10:34 | 15 | A.   Yes. |
| | 16 | Q.   Are you aware that other individuals |
| | 17 | working at the other defendants have also submitted |
| | 18 | declarations? |
| | 19 | A.   Could you repeat the question again? |
| 10:34 | 20 | Q.   Sure.  Are you aware that other |
| | 21 | individuals working for different defendants also |
| | 22 | submitted declarations similar to yours? |
| | 23 | MR. SHAH:  Object to form. |
| | 24 | A.   I would assume they would be taking -- |
| 10:35 | 25 | having the same conversations in other companies. |

| | | |
|---|---|---|
| 10:35 | 1 | Q.   Do you know who Donna Morris is? |
| | 2 | A.   Donna -- |
| | 3 | Q.   Morris. |
| | 4 | A.   Morris?  Can you spell the last name? |
| 10:35 | 5 | Q.   M-O-R-R-I-S. |
| | 6 | A.   No.  No.  Sorry. |
| | 7 | Q.   Have you reviewed any declarations that |
| | 8 | anyone else besides yourself submitted in this case? |
| | 9 | A.   No. |
| 10:35 | 10 | Q.   Do you know who Steve Burmeister is? |
| | 11 | A.   No. |
| | 12 | Q.   Do you know who Frank Wagner is? |
| | 13 | A.   Yes. |
| | 14 | Q.   Who is Frank Wagner? |
| 10:35 | 15 | A.   I believe he's the head of compensation at |
| | 16 | Google. |
| | 17 | Q.   How do you know Mr. Wagner? |
| | 18 | A.   I have exchanged e-mails with Frank. |
| | 19 | Q.   What's the nature of the e-mails that |
| 10:36 | 20 | you're exchanging? |
| | 21 | MR. SHAH:  Object to form. |
| | 22 | A.   Market intelligence. |
| | 23 | Q.   What do you mean by market intelligence? |
| | 24 | A.   Questions about company practices.  We |
| 10:36 | 25 | engage in market intelligence.  Like, I mean, Intel |

10:47    1    compensation stuff.

2      Q.    Do your responsibilities differ in any

3    way?

4      A.    Yeah.  We don't -- she -- her -- we had

10:47    5    the change where I became a manager, and she moved

6    from being a manager to being an individual

7    contributor, just a rotation.  So some of the things

8    I do now, she used to do.  Some of the things I used

9    to do, she now does.  So...

10:47   10      Q.    What do you mean by "individual

11    contributor"?

12      A.    An employee that doesn't have any direct

13    reports.

14      Q.    Do you know who Shilo Kuz is?

10:48   15      A.    Yes.

16      Q.    Who is that?

17      A.    She's a worker at Intel.

18      Q.    What's her job title?

19      A.    I don't know her job title.

10:48   20      Q.    Have you ever had any reason to interact

21    with Ms. Kuz?

22      A.    Yeah.  Shilo -- she's in our -- on more

23    the technical side, focal program office.  That's

24    technically her organization.  So I have worked with

10:48   25    her to get material posted on websites for our

| | | |
|---|---|---|
| 10:48 | 1 | managers to help them with their guidelines, pay |
| | 2 | decisions, those types of things. |
| | 3 | Q.   Are you acquainted with any employees who |
| | 4 | work in the compensation offices of any of the other |
| 10:49 | 5 | defendants in this case? |
| | 6 | MR. SHAH:  Object to form. |
| | 7 | A.   Can you repeat the list of defendants? |
| | 8 | Q.   Sure.  So same question, but with respect |
| | 9 | to Apple. |
| 10:49 | 10 | MR. SHAH:  Object to form. |
| | 11 | A.   I used to have a contact with somebody at |
| | 12 | Apple, but it's been five years or so. |
| | 13 | Q.   Who was that person? |
| | 14 | A.   I can't remember the name, off the top of |
| 10:49 | 15 | my head. |
| | 16 | Q.   Was it a man or a woman? |
| | 17 | A.   A woman, I think. |
| | 18 | Q.   How did you become acquainted with that |
| | 19 | person? |
| 10:49 | 20 | A.   We were doing some market intelligence on |
| | 21 | bonus programs, in particular. |
| | 22 | Q.   Were you seeking market intelligence or |
| | 23 | was the person from Apple seeking market |
| | 24 | intelligence? |
| 10:49 | 25 | A.   I was seeking. |

10:49   1        Q.   What types of market intelligence were you

2    seeking?

3             MR. SHAH:   Object to form.

4        A.   Company approaches on base, bonus, stock,

10:50   5    just high-level stuff, not employer job code.   Sort

6    of company strategy.

7        Q.   Did the individual at Apple provide you

8    with the information you were seeking?

9        A.   Yes.

10:50   10       Q.   Do you know any employees who work in

11   compensation at Pixar?

12       A.   No.

13       Q.   Do you know any employees who work in

14   compensation at Lucasfilm?

10:50   15       A.   No.

16       Q.   Do you know any employees who work in

17   compensation at Intuit?

18       A.   No.

19       Q.   Do you know any employees who work in

10:50   20   compensation at Google besides Mr. Wagner?

21       A.   No.   Oh.   Yeah, there's one guy from Intel

22   who left.   I don't know if he's still at Google, but

23   he left Intel to work at Google.

24       Q.   What's the name of that person?

10:51   25       A.   Now my mind goes blank.   Let me think.

| | | |
|---|---|---|
| 10:51 | 1 | Drawing a blank. |
| | 2 | Q.   If you think of it, or the person at Apple |
| | 3 | throughout today, you can feel free to let me know. |
| | 4 | Okay? |
| 10:51 | 5 | A.   Okay. |
| | 6 | Q.   Do you know anyone, any employees, at eBay |
| | 7 | who work in compensation? |
| | 8 | A.   I don't think so. |
| | 9 | Q.   Do you know any employees at Dell who work |
| 10:52 | 10 | in compensation? |
| | 11 | A.   I don't think so. |
| | 12 | Q.   Do you know any employees at Adobe who |
| | 13 | work in compensation? |
| | 14 | A.   I don't think so. |
| 10:52 | 15 | Q.   Did you have any involvement in the |
| | 16 | Department of Justice's investigation of Intel? |
| | 17 | MR. SHAH:   Object to form. |
| | 18 | A.   Not that I know of. |
| | 19 | Q.   Did you ever speak with anyone in the |
| 10:52 | 20 | Department of Justice? |
| | 21 | A.   No, unless they were on the phone call |
| | 22 | with -- when I was meeting with Intel attorneys. |
| | 23 | Q.   Did you provide any information to anyone |
| | 24 | at Intel with respect to the Department of Justice |
| 10:53 | 25 | investigation? |

| | | |
|---|---|---|
| 11:03 | 1 | the HR business partner, were you the person that |
| | 2 | was at the other end of the open door? |
| | 3 | A.   I -- yes. |
| | 4 | Q.   What is Intel University? |
| 11:04 | 5 | A.   It's our internal learning group, so that |
| | 6 | it conducts classes for managers and employees on |
| | 7 | anything from cultural things to technical training. |
| | 8 | Q.   Does the learning group conduct classes |
| | 9 | for managers with respect to compensation? |
| 11:04 | 10 | A.   Yes. |
| | 11 | Q.   Did you have any job responsibilities as |
| | 12 | the HR -- as an HR business partner with respect to |
| | 13 | Intel University dealing with compensation? |
| | 14 | MR. SHAH:  Object to form. |
| 11:04 | 15 | A.   As an HR business partner, I supported |
| | 16 | them -- I wouldn't have done work relative to |
| | 17 | manager training in that role. |
| | 18 | Q.   When you were an HR business partner, who |
| | 19 | did you report to? |
| 11:05 | 20 | A.   I had several managers. |
| | 21 | Q.   What were their names? |
| | 22 | A.   Cecilia Lodico, Mike Fors.  There's one |
| | 23 | more, but I'm forgetting. |
| | 24 | Q.   Hopefully you'll be able to spell those |
| 11:05 | 25 | for the court reporter.  We can do it off the |

| | | |
|---|---|---|
| 11:05 | 1 | record. |
| | 2 | A.   Lodico, last name is L-O-D-I-C-O.  Fors is |
| | 3 | F-O-R-S.  Fors. |
| | 4 | Q.   When you were an HR business partner, did |
| 11:05 | 5 | you have any direct reports? |
| | 6 | A.   No. |
| | 7 | Q.   As an HR business partner, did you get |
| | 8 | reviewed as part of the focal process? |
| | 9 | A.   Did I -- did my manager do a performance |
| 11:06 | 10 | review on me? |
| | 11 | Q.   Yes. |
| | 12 | A.   Yes. |
| | 13 | Q.   Are you familiar with the different types |
| | 14 | of grades that Intel assigns to employees? |
| 11:06 | 15 | A.   Yes. |
| | 16 | Q.   What -- and when I say grades, I'm |
| | 17 | speaking of EE, O. |
| | 18 | A.   Rating? |
| | 19 | Q.   Rating. |
| 11:06 | 20 | A.   Okay. |
| | 21 | Q.   What rating did you receive as the HR |
| | 22 | business partner? |
| | 23 | A.   One time I was successful faster, |
| | 24 | successful equal.  I don't remember all of my |
| 11:07 | 25 | performance rating history. |

| | | |
|---|---|---|
| 11:07 | 1 | Q.   Can you list all of the different ratings |
| | 2 | that Intel uses? |
| | 3 | MR. SHAH:   Object to form. |
| | 4 | A.   Currently the ratings are outstanding, |
| 11:07 | 5 | exceeds expectations, successful, below |
| | 6 | expectations, and improvement required.  Those are |
| | 7 | the five current ratings.  Those haven't always been |
| | 8 | the ratings. |
| | 9 | Q.   How have the ratings changed since you |
| 11:07 | 10 | have joined Intel? |
| | 11 | A.   When I joined, they had three ratings: |
| | 12 | Outstanding, successful, and improvement required. |
| | 13 | And then they had three trends, so you would get a |
| | 14 | rating message and a trend message.  The three trend |
| 11:07 | 15 | labels were faster, equal, slower. |
| | 16 | Q.   What distinctions were meant by faster, |
| | 17 | equal, slower? |
| | 18 | A.   Your growth curve relative to peers doing |
| | 19 | the same job.  So were you growing and improving at |
| 11:08 | 20 | a faster rate, at the same rate, or at a slower rate |
| | 21 | than your peers. |
| | 22 | Q.   So within the O, S, and E -- |
| | 23 | A.   IR. |
| | 24 | Q.   EIR? |
| 11:08 | 25 | A.   Outstanding, successful, improvement |

Deposition of Daniel Robert McKell                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 11:08 | 1 | required.  Sorry. |
| | 2 | Q.   Within O, S, and IR, you could also then |
| | 3 | have a secondary rating of F, E, or S? |
| | 4 | A.   Yes. |
| 11:08 | 5 | MR. SHAH:  Object to form. |
| | 6 | Q.   Would everyone receive an F, E, or S in |
| | 7 | association with their O, S, and R -- and/or R |
| | 8 | rating, IR ratings? |
| | 9 | MR. SHAH:  Object to form. |
| 11:09 | 10 | A.   Yes. |
| | 11 | Q.   When did Intel change from the three |
| | 12 | ratings with three trends to the five current |
| | 13 | ratings? |
| | 14 | A.   I don't recall the specific year. |
| 11:09 | 15 | 2004-ish, somewhere around there. |
| | 16 | Q.   Did you have any involvement with respect |
| | 17 | to making that change? |
| | 18 | A.   In terms of making a recommendation, I |
| | 19 | don't think so.  I may have been asked for my input. |
| 11:09 | 20 | Q.   You were the HR business partner from |
| | 21 | approximately August 1999 to March 2003; is that |
| | 22 | fair? |
| | 23 | MR. SHAH:  Object to form. |
| | 24 | A.   Yeah, that sounds about right. |
| 11:10 | 25 | Q.   Did your job duties change at all |

| | | |
|---|---|---|
| 11:10 | 1 | throughout that time period? |
| | 2 | A.   From 1999 to 2003? |
| | 3 | Q.   Yes. |
| | 4 | A.   Not in material or significant ways.  That |
| 11:10 | 5 | role was largely the same.  And what I might be |
| | 6 | doing in any particular month might be different, |
| | 7 | but... |
| | 8 | Q.   Are you aware that Intel has job grades? |
| | 9 | A.   Yes. |
| 11:11 | 10 | Q.   Is job grade the same as a grade level? |
| | 11 | A.   Yes. |
| | 12 | Q.   What are the job grade ranges that Intel |
| | 13 | currently has? |
| | 14 | MR. SHAH:  Object to form. |
| 11:11 | 15 | A.   Currently the job grades range from grade |
| | 16 | 2 up to 798. |
| | 17 | Q.   Are there 796 different job grades? |
| | 18 | A.   No. |
| | 19 | Q.   How many job grades are there? |
| 11:11 | 20 | A.   I don't know the specific number. |
| | 21 | Q.   Can you give me an estimate? |
| | 22 | A.   Less than -- 100, say. |
| | 23 | Q.   Has the number of job grades changed since |
| | 24 | you joined Intel? |
| 11:12 | 25 | A.   Yes. |

| | | |
|---|---|---|
| 11:12 | 1 | Q.   Can you describe the changes? |
| | 2 | A.   We acquired a company that added in the |
| | 3 | more than 100 job code or job grade levels, so most |
| | 4 | of Intel grades have stayed about the same. |
| 11:12 | 5 | Q.   What company did Intel acquire? |
| | 6 | A.   Infineon.  I-N-F-I-N-E-O-N. |
| | 7 | Q.   When was that acquisition? |
| | 8 | A.   2009, 2010.  It's been a few years. |
| | 9 | Q.   Has there been any other changes to the |
| 11:12 | 10 | job grade structure during the time you have been at |
| | 11 | Intel? |
| | 12 | A.   Yes. |
| | 13 | Q.   What are they? |
| | 14 | A.   We have added some grades for investment, |
| 11:13 | 15 | people who work in investment, Intel capital |
| | 16 | organization.  We've added some grades related to |
| | 17 | internal sales and paralegals.  So just those are |
| | 18 | the main ones that I remember. |
| | 19 | Q.   When you were the HR business partner, |
| 11:13 | 20 | what was your grade? |
| | 21 | A.   I was a grade -- I was hired as a grade 5. |
| | 22 | I was promoted to a grade 6, and I was promoted to a |
| | 23 | grade 7. |
| | 24 | Q.   When were you promoted to grade 6? |
| 11:14 | 25 | A.   May 2000. |

11:14    1        Q.    When were you promoted to grade 7?

         2        A.    April 2001.

         3        Q.    With the promotions to different grades,

         4    did you receive increased total compensation?

11:14    5        A.    ████

         6              MR. SHAH:  Object to form.

         7        Q.    Is "total compensation" a phrase that is

         8    used at Intel?

         9        A.    Yes.

11:14   10        Q.    What does it mean?

        11        A.    The combination of your base pay, bonuses,

        12    stock, benefits, retirement, all of that added

        13    together.

        14        Q.    When you were hired into grade █, in what

11:15   15    quartile of grade █ were you paid?

        16              MR. SHAH:  Object to form.

        17        A.    ██████████████████████  if I

        18    remember right.

        19        Q.    When you were hired, were you aware of the

11:15   20    minimum and maximum in grade █?

        21              MR. SHAH:  Object to form.

        22        A.    I don't recall if it was on the offer

        23    letter or not.

        24        Q.    How did you know you were paid █████

11:15   25    ████████████

Deposition of Daniel Robert McKell                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
11:16   1    grade █?

        2              MR. SHAH:  Object to form.

        3         A.   No.  I think I was promoted before I had

        4    the chance to get a raise at grade █.

11:16   5         Q.   When you were promoted to grade █, did

        6    your job title change?

        7         A.   I don't think so.

        8         Q.   Did your job responsibilities change?

        9         A.   I was given more to do.  My scope of my

11:17  10    job increased.  But it was along the same lines of

       11    work.

       12         Q.   How did the scope of your job increase

       13    when you were promoted to grade █?

       14         A.   More organizations to support were added

11:17  15    to my job.  I was put in charge of small projects to

       16    lead, things like that.

       17         Q.   Which additional organizations to support

       18    were added to your job when you were promoted to

       19    grade █?

11:18  20         A.   I don't remember which specific ones at

       21    that time.

       22         Q.   Do you recall which small projects you

       23    were put in charge of at that time?

       24         A.   Leading voluntary separation programs for

11:18  25    US HR employees.
```

| | | |
|---|---|---|
| 11:18 | 1 | Q.   When you say "voluntary separation |
| | 2 | programs," what do you mean? |
| | 3 | A.   Programs where employees could volunteer |
| | 4 | to leave and receive a severance package, versus |
| 11:18 | 5 | nonvoluntary. |
| | 6 | Q.   After approximately one more year, you |
| | 7 | were promoted to grade █; is that accurate? |
| | 8 | A.   Yes. |
| | 9 | Q.   Within grade █, which quartile were you |
| 11:19 | 10 | paid within the range? |
| | 11 | MR. SHAH:  Object to form. |
| | 12 | A.   I don't remember.  ███████████  I |
| | 13 | don't know.  █████████ |
| | 14 | Q.   Why do you assume below the midpoint? |
| 11:19 | 15 | A.   From each grade, there's what we call a |
| | 16 | progression, midpoint-to-midpoint progression.  And |
| | 17 | usually that would be more than what you would see |
| | 18 | in a typical promotion. |
| | 19 | Q.   Describe what you mean by midpoint-to- |
| 11:19 | 20 | midpoint progression. |
| | 21 | A.   Each grade has a midpoint salary range. |
| | 22 | So a midpoint progression, you take the midpoint of |
| | 23 | the higher grade and divide it by the midpoint of |
| | 24 | the lower grade, subtract 1, and that gives you your |
| 11:19 | 25 | percent progression, midpoint to midpoint. |

Deposition of Daniel Robert McKell                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:19    1         Q.   And in a typical promotion, ███████████

         2    ████████████████████████████████████

         3              MR. SHAH:   Object to form.

         4         A.   ███████████████████████████████████

11:20    5    ████████████████████████████████████████

         6    ████████████████████████████████████████

         7    ████████████████████████

         8         Q.   Does Intel have guidelines about practices

         9    for starting people lower in the range?

11:20   10              MR. SHAH:   Object to form.

        11         A.   We expect employee pay to be across the

        12    entire range. ████████████████████████████████

        13    ████████████████████████   ████████████████

        14    ████████████████████████████████████████

11:21   15    ████████████████████████

        16         Q.   After one year, you were promoted to grade

        17    █; is that accurate?

        18         A.   From the ███████████ yes.

        19         Q.   Did your job responsibilities change when

11:21   20    you were promoted to grade █?

        21         A.   I picked up additional organizations to

        22    support.

        23         Q.   Do you recall which organizations?

        24         A.   I believe that was comp and benefits, and

11:21   25    I don't remember if Intel University was in 2000 or

11:21   1    2001.

2            Q.    While you were in grade █, did you receive

3    reviews as part of the focal process?

4            A.    I received a -- so our review cycles are

11:22   5    April to April, or April to March, so I -- I don't

6    know if you would consider getting a review -- I was

7    one year as a █ and then they moved me to a █.

8            Q.    During that review cycle, what was your

9    rating?

11:22   10           A.    I don't recall.  ██████████████  I

11    think, but that was 12 years ago.

12           Q.    Do you recall who gave you that rating?

13           A.    Cecilia was still my manager at the time.

14           Q.    Were you aware, when you were in grade █,

11:22   15    of what the minimum and maximum of the range in

16    grade 6 were?

17           A.    Yes.

18           Q.    How did you become aware of that?

19           A.    It was printed on the focal pay letter.

11:22   20           Q.    When you were in grade █, did you know

21    what the ranges in any other grades were?

22           A.    I think so.  As somebody supporting HR

23    groups, I had access to more information than most

24    employees, probably.

11:23   25           Q.    During that time period, what information

| | | |
|---|---|---|
| 11:23 | 1 | did most employees who were not working in HR have |
| | 2 | with respect to the grades? |
| | 3 | MR. SHAH:  Object to form. |
| | 4 | A.   Employees can call the HR service center |
| 11:23 | 5 | and ask about the pay range for their current grade |
| | 6 | or the grade one above them.  So any employee can |
| | 7 | get their grade information or one above, if they |
| | 8 | want it. |
| | 9 | Q.   You're speaking in the present tense, so I |
| 11:23 | 10 | just want to make sure that we're clear.  Has that |
| | 11 | policy you just discussed been true throughout the |
| | 12 | entire time you have been at Intel? |
| | 13 | A.   Yes. |
| | 14 | Q.   Has that policy changed at all since you |
| 11:23 | 15 | have been at Intel? |
| | 16 | A.   No -- |
| | 17 | MR. SHAH:  Object to form. |
| | 18 | A.   -- not that I'm aware. |
| | 19 | Q.   You mentioned that your range was on your |
| 11:24 | 20 | pay letter; is that fair? |
| | 21 | A.   At the time when I received the promotion, |
| | 22 | yes. |
| | 23 | Q.   Were the pay ranges printed on pay letters |
| | 24 | for all employees at that time period? |
| 11:24 | 25 | A.   In the US, yes.  I'm not sure outside. |

    

11:24   1     Q.   Has that policy changed since you have

2   been at Intel?

3     A.   Yes.

4     Q.   When did that change?

11:24   5     A.   I don't recall.  Several years ago.

6     Q.   How did the policy change?

7     A.   The pay letters started to describe more

8   of the total compensation that employees would

9   receive.  In the past the pay letters would just

11:25   10   talk about the change in base salary or the change

11   in -- and the change in the bonus target.  As a part

12   of a change to improve perceived value of employees,

13   we added the total expected bonuses that they would

14   receive off of that target, and to try and monetize

11:25   15   the stock grants, so that employees could see the

16   full value of their base, bonus, and stock.

17     Q.   Were you involved in that, the change that

18   you just discussed?

19     A.   Not as a recommender.  I may have had

11:25   20   input into it.

21     Q.   When the pay letter -- when the

22   information on the pay letters changed, did the pay

23   letters still reflect the minimum and maximum of the

24   pay range?

11:26   25     A.   At some point the range information was

Deposition of Daniel Robert McKellIn Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:26   1   removed.  I don't remember when.

2        Q.   Why was the range information removed?

3        A.   Intel's salary ranges are very wide.  We

4   have one range for all jobs in grades, so just

11:26   5   because somebody is below the midpoint or above the

6   midpoint isn't necessarily a good or a bad thing.

7   So it doesn't add a lot of meaning for employees

8   about how well they're paid relative to their

9   specific job.

11:26   10       Q.   I don't want to put words in your mouth.

11   Is it your testimony that Intel removed the pay

12   ranges from the pay letters because the pay ranges

13   lacked meaning for employees?

14            MR. SHAH:  Object to form.

11:27   15       A.   I wasn't directly involved in the

16   decision, so I don't know what all the reasons were

17   for why it was removed.  From a compensation

18   perspective, because the ranges cover all jobs,

19   they're not necessarily relevant to a single job.

11:27   20   So people can misinterpret their pay position

21   relative to a range that covers all jobs.

22       Q.   Is it your understanding that Intel

23   removed the ranges from the pay letters to avoid

24   employees misinterpreting their paid position

11:27   25   relative to the range that covers all jobs?

11:27   1          MR. SHAH:  Object to form.

        2      A.   I can't speculate on -- or I can't tell

        3   you what they -- whoever recommended the decision or

        4   what the main criteria was in the decision.  From my

11:28   5   perspective, I think that might have been part of

        6   it.  I think it was:  What information do we think

        7   is most valuable to the employees, and pay range

        8   wasn't most valuable.  I don't know.

        9      Q.   I just want to make sure I'm clear on the

11:28   10  basis for this knowledge.  Do you have any personal

        11  knowledge as to why Intel removed the pay range from

        12  the pay -- from the pay documents?

        13     A.   No.

        14     Q.   And so the information you have provided

11:29   15  me is based on your understanding as someone who has

        16  worked in compensation?

        17     A.   Yes.

        18     Q.   Do you know who made the decision to

        19  remove the pay ranges from the pay documents?

11:29   20     A.   I don't.

        21          MS. SCHALMAN-BERGEN:  I'm conscious that

        22  we have been going for a while, so why don't we take

        23  a five-minute break?

        24          MR. SHAH:  Okay.

11:29   25          (Recess from 11:29 a.m. to 11:37 a.m.)

| | | |
|---|---|---|
| 11:37 | 1 | Q.   (By Ms. Schalman-Bergen)  Mr. McKell, is |
| | 2 | there any reason why you can't continue to give me |
| | 3 | your best testimony? |
| | 4 | A.   No. |
| 11:37 | 5 | Q.   When you started as HR business partner, |
| | 6 | were there other individuals who held the same job |
| | 7 | title? |
| | 8 | A.   Yes. |
| | 9 | Q.   Who were they? |
| 11:37 | 10 | A.   Hundreds of people. |
| | 11 | Q.   Were you aware of how those individuals |
| | 12 | were paid? |
| | 13 | MR. SHAH:  Object to form. |
| | 14 | A.   As the business partner over HR, I |
| 11:38 | 15 | actually was, which isn't common. |
| | 16 | Q.   And were the other HR business partners -- |
| | 17 | strike that.  In what grades were the other HR |
| | 18 | business partners paid during that time period? |
| | 19 | MR. SHAH:  Object to form. |
| 11:38 | 20 | A.   Grade levels -- most jobs span multiple |
| | 21 | grade levels, so it could have been grade 3 all the |
| | 22 | way to grade 9, for instance, or higher. |
| | 23 | Q.   Would each grade level come with different |
| | 24 | responsibilities? |
| 11:39 | 25 | A.   Yes. |

11:39   1        Q.   Approximately how many HR business

        2   partners were paid in grade █ during the time period

        3   when you were paid in grade █?

        4             MR. SHAH:  Object to form.

11:39   5        A.   I really don't know.  Less than 100.   I

        6   don't know.

        7        Q.   What was the distribution of pay among HR

        8   business partners within grade █ during that time

        9   period?

11:39  10             MR. SHAH:  Object to form.

       11        A.   The range would have -- I don't know the

       12   specific range.  In terms of the practice, it would

       13   have been throughout the range of a grade █ pay

       14   range.  Some low, some middle, some high.

11:39  15        Q.   In your time working at Intel, have you

       16   ever done studies of the distribution of pay within

       17   ranges?

       18             MR. SHAH:  Object to form.

       19        A.   Yes.

11:40  20        Q.   Have you personally conducted those

       21   studies?

       22        A.   Yes.

       23        Q.   How would you characterize the

       24   distribution within grades --

11:40  25             MR. SHAH:  Object to form.

| 11:40 | 1 | Q.   -- at Intel? |
| | 2 | MR. SHAH:  Object to form. |
| | 3 | A.   It varies by job and grade.  Some jobs are |
| | 4 | lower in the range, some jobs are higher in the |
| 11:40 | 5 | range.  In aggregate, I'd say we generally have a |
| | 6 | bell-curve distribution, where most of the employees |
| | 7 | are in the middle quartiles, and a much smaller |
| | 8 | percentage are in the bottom and top quartiles. |
| | 9 | Q.   Has that bell-curve distribution been true |
| 11:41 | 10 | throughout the time you have been at Intel? |
| | 11 | MR. SHAH:  Object to form. |
| | 12 | A.   It changes every year.  It's hard to |
| | 13 | answer. |
| | 14 | Q.   Was there a time period when you would not |
| 11:41 | 15 | characterize the distribution within grades as a |
| | 16 | bell curve? |
| | 17 | MR. SHAH:  Object to form. |
| | 18 | A.   I'd have to look at the data each year to |
| | 19 | be able to answer that.  I don't know. |
| 11:41 | 20 | Q.   Offhand, you can't recall? |
| | 21 | A.   My recollections of when I have seen the |
| | 22 | data is, it has mirrored a bell-curve distribution. |
| | 23 | Q.   Are there specific types of reports that |
| | 24 | contain this information? |
| 11:42 | 25 | A.   Yes. |

11:42    1          Q.    What are those reports called?

         2          A.    There's queries for our HR system record

         3    where you could get that data.  We have our own

         4    system within compensation that's called Reward that

11:42    5    houses employee data, and that would show range

         6    distribution.

         7          Q.    How often are range distribution reports

         8    run?

         9          MR. SHAH:  Object to form.

11:42   10          A.    They can be run by anybody who has access,

        11    so it could be many times a year, could be once a

        12    year.

        13          Q.    Are range distribution reports circulated

        14    internally on a regular basis?

11:43   15          MR. SHAH:  Object to form.

        16          A.    Within compensation, I'd say yes.  Outside

        17    compensation, I'd say it would be more rare.

        18          Q.    Who within compensation receives range

        19    distribution reports on a regular basis?

11:43   20          MR. SHAH:  Object to form.

        21          A.    So we have a group that does the

        22    benchmarking market intelligence work, creation of

        23    salary ranges, that type of thing, within

        24    compensation.  Then we have a group that does -- we

11:44   25    would call them the face -- the business consultants

11:44   1    that support the various business groups around the

        2    company.  So the central group would provide those

        3    range distribution data to share point sites, and

        4    consultants can then go and access the reports and

11:44   5    decide what they share with their -- the managers

        6    they support.  It's kind of up to them.

        7         Q.   Which individuals are part of the central

        8    group you described?

        9         A.   I'm part of the central group.  Claire

11:44  10    Gray runs that central group, so me and my peers.

       11         Q.   How many other individuals work in the

       12    central group currently?

       13         A.   Currently?  Fifteen to twenty.

       14         Q.   Has that number changed throughout your

11:44  15    time at Intel?

       16         A.   Yes.

       17         Q.   How has it changed?

       18         A.   That work used to be done more

       19    decentralized, so it would be -- each country would

11:45  20    run their own analysis.  We changed to a more

       21    centralized model for the benchmarking market

       22    intelligence probably seven years ago.  So we've had

       23    anywhere from 15 to 30, probably, over the last

       24    seven years, depending on the year.

11:45  25         Q.   Just to clarify, did you say seven years

11:45   1     ago or several years ago?

        2            A.    About seven years ago.

        3            Q.    In 2001, you were promoted into range 7?

        4            A.    Grade ■.

11:46   5            Q.    Grade ■.  Excuse me.  Where within the

        6     range in grade ■ were you paid?

        7                  MR. SHAH:  Object to form.

        8            A.    Probably Q1.

        9            Q.    Do you recall whether it was Q1?

11:46  10            A.    I don't recall specifically.  Again,

       11     because of the overlap and not having a lot of time

       12     in grade ■, I would have fallen lower and lower in

       13     the range, so most likely Q1, but I'm not 100

       14     percent sure.

11:46  15            Q.    Did you receive an increase in your total

       16     compensation when you were promoted from grade ■ to

       17     grade ■?

       18            A.    Yes.

       19            Q.    Did you receive any other grade promotions

11:46  20     while you were an HR business partner besides the

       21     ones we've discussed?

       22            A.    No.

       23            Q.    In approximately March 2003, you were

       24     promoted to senior compensation analyst; is that

11:47  25     accurate?

11:47    1           A.    I changed jobs.  I wouldn't say promoted.

         2      It was a lateral move, so I moved organizations, but

         3      I was in the same grade.

         4           Q.    What prompted the move in organizations?

11:47    5           A.    I was bored.  I just wanted something

         6      different to do.  I had some project work as an HR

         7      business partner that related to compensation.

         8      There was an opening.  I applied for it.  I got the

         9      job.

11:48   10           Q.    Was this a job as the compensation and

        11      benefits specialist?

        12           A.    Yes.

        13           Q.    And within that, you had some roles that

        14      we've discussed earlier; is that fair?

11:48   15                 MR. SHAH:  Object to form.

        16           A.    Yeah, I don't know that we talked much

        17      about the compensation and benefits one.

        18           Q.    Okay.  When you first joined the

        19      compensation and benefits specialist, what grade

11:48   20      were you in?

        21           A.    Grade ■.

        22           Q.    Did you receive an increase in your total

        23      compensation when you moved from the HR business

        24      partner to the compensation and benefits specialist

11:48   25      position?

| | | |
|---|---|---|
| 11:54 | 1 | warrant special market adjustment budget pay? |
| | 2 | MR. SHAH:  Object to form. |
| | 3 | A.  Each year it might be different.  Each |
| | 4 | business group, it might be different.  I couldn't |
| 11:55 | 5 | answer specifically. |
| | 6 | Q.  Do you recall any jobs that were |
| | 7 | identified during the time period when you were a |
| | 8 | business consultant? |
| | 9 | A.  Research and development jobs would tend |
| 11:55 | 10 | to be a priority for the business groups that I was |
| | 11 | supporting.  But like I said, you know, it would |
| | 12 | vary from group to group and depend on the |
| | 13 | population.  So you know, I supported some groups |
| | 14 | that did a lot of R&D.  I supported groups that did |
| 11:55 | 15 | materials purchasing, corporate services.  They had |
| | 16 | their own list.  So everybody would have a list of |
| | 17 | "Here's where I'd like more budget, more money to |
| | 18 | spend." |
| | 19 | So I don't know that there's, you know, a |
| 11:56 | 20 | consistent job that I would call out. |
| | 21 | Q.  Besides research and development jobs that |
| | 22 | you have identified, can you identify any other jobs |
| | 23 | that managers brought as a potential concern for -- |
| | 24 | let me try that again.  Besides the research and |
| 11:56 | 25 | development jobs you have identified, can you |

| | | |
|---|---|---|
| 11:56 | 1 | identify any other jobs that managers raised as a |
| | 2 | potential concern for an SMA budget during the time |
| | 3 | period when you were a business consultant? |
| | 4 | MR. SHAH:  Object to form. |
| 11:56 | 5 | A.   Yeah.  Like I said, I mean, every manager |
| | 6 | would have their list of jobs, so... |
| | 7 | Q.   And I'm asking if you can identify any of |
| | 8 | them. |
| | 9 | A.   Materials jobs, purchasing jobs, |
| 11:56 | 10 | construction jobs, process jobs.  You know, to some |
| | 11 | extent, you ask them what they want, and they give |
| | 12 | you their wish list.  So -- |
| | 13 | Q.   With respect to the business -- excuse me, |
| | 14 | the research and development jobs, why did managers |
| 11:57 | 15 | identify those as a particular concern in need for |
| | 16 | an SMA budget? |
| | 17 | MR. SHAH:  Object to form. |
| | 18 | A.   Research and development jobs, |
| | 19 | particularly in the groups I was supporting.  So |
| 11:57 | 20 | they would be doing manufacturing, and since Intel |
| | 21 | has sort of leadership in that space, the types of |
| | 22 | employees that were looking for lots of other |
| | 23 | semiconductor companies are looking for them, too. |
| | 24 | So... |
| 11:57 | 25 | Q.   Managers identified research and |

11:57   1   development jobs as jobs where there was lots of

2   competition and therefore recommended an SMA budget

3   for those jobs; is that fair?

4           MR. SHAH:  Object to form.

11:58   5       A.   It was business priority to get the best

6   talent they could hire in, so the -- since that's --

7   you know, where you're hiring from, that's a lot of

8   times where your concerns are, your -- so I don't

9   know that it's -- you know, if I break jobs into --

11:58  10   we break jobs into one of three categories -- job

11   families, we call them -- R&D, tech, and nontech,

12   there's a lot more -- if I take like HR, IT,

13   finance, those are jobs that exist in all

14   industries.  When you start to limit to R&D within

11:59  15   the semiconductor manufacturing realm, the number of

16   people in those jobs starts to narrow.  So it --

17   different market dynamics based on the job type.  So

18   yeah, there's more competition for R&D jobs than

19   there is for HR jobs.

11:59  20       Q.   ███████████████████████████████████████

21   ███████████████████████████████████████

22           MR. SHAH:  Object to form.

23       A.   ████████████████████████████████████

24   █████████████████████████████████████████████

11:59  25   █████████████████████████████████████████████

12:00    1    for those jobs.

2         Q.    And is the purpose of the SMA budget to

3    help retain and attract talent for the R&D jobs?

4              MR. SHAH:  Object to form.

12:00    5         A.    I'd say it's to pay the goals and to

6    retain on the track side.  Managers -- those hiring

7    decisions are sort of individual negotiations

8    between a candidate and a manager, so I think from

9    our perspective, it's mostly about our employees

12:00   10    that are at Intel.

11         Q.    If an SMA budget is allocated to an R&D

12    job, can the manager offer more compensation to a

13    potential candidate?

14              MR. SHAH:  Object to form.

12:01   15         A.    It doesn't change what a manager can or

16    can't do.  A manager has discretion to bring

17    employees in based on what they feel their value is.

18    Whether that's at the same pay of people who are

19    currently at Intel doing that job or deciding to pay

12:01   20    them more, I mean, that's a manager decision.  To

21    the extent that you're moving the pay for a

22    population and the manager default is to bring

23    people in at the same rate of what they're paying

24    existing employees, then yes, over time, the more

12:02   25    you put in SMA, and that may translate to higher

12:02    1    offers in the future.

         2         Q.    From business consultant at grade 7, did

         3    you -- strike that.  During your focal -- during the

         4    time period when you were a business consultant at

12:02    5    grade ▪, what was your rating?

         6         A.    ████████████████████████████

         7    ██████████████████████    I don't recall which

         8    years and what ratings.

         9         Q.    During that time period, were you aware of

12:02   10    what the ratings were for your peers?

        11         A.    No.

        12         Q.    Were you aware of what percentage of your

        13    peers also received ████████████

        14         A.    Intel has rating distribution guidelines,

12:03   15    expectations of what ratings would be, so

        16    successful, it's assumed that 60 to 70 percent -- so

        17    most employees -- are going to be rated successful.

        18    So if I had to guess what somebody was rated, I

        19    could guess successful and be right 60, 70 percent

12:03   20    of the time.

        21         Q.    Have you ever spoken with your peers about

        22    what their ratings were?

        23         A.    No.

        24         Q.    Never?

12:03   25         A.    No.  I don't want to know.  Better to not

| | | |
|---|---|---|
| 12:03 | 1 | know.  It's personal.  It's between them and their |
| | 2 | manager. |
| | 3 | Q.   Have you ever been made aware that |
| | 4 | employees speak to each other about what their |
| 12:03 | 5 | ratings are? |
| | 6 | MR. SHAH:  Object to form. |
| | 7 | A.   Sure.  That's an individual choice. |
| | 8 | There's nothing that prohibits it.  It's just |
| | 9 | something I'm not personally interested in. |
| 12:04 | 10 | Q.   How did you become aware that employees |
| | 11 | speak to each other about what their ratings are? |
| | 12 | MR. SHAH:  Object to form. |
| | 13 | A.   I don't know that I have witnessed it, but |
| | 14 | people talk, some people more than others.  So I |
| 12:04 | 15 | don't have anything else besides that. |
| | 16 | Q.   At a certain point, were you -- did you |
| | 17 | receive a promotion from business consultant in |
| | 18 | grade ▉? |
| | 19 | MR. SHAH:  Object to form. |
| 12:04 | 20 | A.   Yes, I was promoted to a grade ▉. |
| | 21 | Q.   When was that? |
| | 22 | A.   End of 2006, I think. |
| | 23 | Q.   Prior to being promoted to grade ▉, did |
| | 24 | you receive any increase in compensation or |
| 12:05 | 25 | promotion within grade ▉? |

12:05   1               MR. SHAH:  Object to form.

2      A.  Increase to compensation, not a change to

3  grade.

4      Q.  When you received an increase in

12:05   5  compensation, did that move you to a different

6  quartile within grade ▇?

7               MR. SHAH:  Object to form.

8      A.  Sometimes, yes, sometimes, no.  Because

9  the ranges are wide, the quartiles end up still

12:05  10  being pretty wide, so the pay increase may move you

11  up within a quartile, but not change the quartile.

12      Q.  And you were in grade ▇ between 2003 and

13  2006; is that accurate?

14      A.  Actually, it may have been 2008.  2004,

12:06  15  2005 -- I could look, if it's important.  It was

16  sometime -- I think it was probably more 2008 than

17  2006.

18      Q.  Fair to say between three to five years

19  that you were in grade ▇?

12:06  20      A.  Yeah.  Yeah.

21      Q.  And during that time period, you received

22  compensation increases within grade ▇?

23      A.  Yes.

24      Q.  How often did you receive compensation

12:06  25  increases within grade ▇?

12:06   1          A.   It varies each year.  There was years

2     where we didn't have pay increase budgets, so pay

3     wouldn't increase.  The time I got promoted, I got

4     promoted to what we call midyear, so six months

12:07   5     after the -- when most people are getting the

6     raises.  So typically it's once a year for most

7     employees, you get a pay adjustment once a year, but

8     it could be every six months, it could be more than

9     every year, every other year.

12:07  10          Q.   And just to make sure the record is clear,

11     when you're talking about the midyear promotion, are

12     you talking about the promotion from grade █ to

13     grade █?

14          A.   Yes.

12:07  15          Q.   And also, it seemed like you were speaking

16     generally and I'm just asking a question about you

17     specifically.  So if you can recall -- and if you

18     can't, that's fine -- how frequently did you receive

19     pay raises during the time period when you were in

12:07  20     grade █?

21          A.   Yeah, for me specifically, which applies,

22     as well, more broadly, there were times when I got

23     pay raises in October, there were times when I got

24     pay raises in April.  ███████████████████████████

12:07  25     ████████████   ████████████████████████████████

12:08   1   ███████   It depended on the year, depended on the

2   budget, depended on what was happening in -- within

3   Intel.

4   Q.   When you were promoted from grade █ to

12:08   5   grade █ in what quartile was your compensation

6   within grade █ prior to your promotion?

7   MR. SHAH:  Object to form.

8   A.   I don't recall.   ███████   I don't know.

9   Q.   Were you aware of what the pay range of

12:08  10   grade █ was at that time?

11   A.   Yes.

12   Q.   When you received the promotion to grade

13   █ did your job responsibilities change?

14   A.   Not as much.  I think I -- I was

12:09  15   performing, I think, at a grade █ and since I

16   transferred jobs, again sort of a proving period

17   before sort of formalizing it, so once I had sort of

18   proved myself that I could compete, perform at that

19   level of scope, then my manager promoted me.

12:09  20   Q.   What do you mean by you were performing at

21   a grade █

22   A.   Each grade level has criteria that Intel

23   defines about the job and the level of impact you

24   have, the amount of discretion that you have,

12:09  25   whether you're doing strategic work or tactical

12:10   1    work.  So they have different criteria within each

        2    grade, and so the job I had that I moved to after

        3    the business consultant role had more scope, had

        4    more influence, and the promotion came after I

12:10   5    proved myself, I guess.

        6          Q.   What job did you move to after the

        7    business consultant role?

        8          A.   That was the exec comp program manager.  I

        9    also did the bonus programs, variable pay for Intel.

12:10  10          Q.   When you say the bonus programs, are you

       11    talking about two specific -- two different jobs, or

       12    you worked to do bonus within the executive comp

       13    program manager?

       14          MR. SHAH:  Object to form.

12:11  15          A.   They're two different roles.  I did both

       16    roles.

       17          Q.   You did both roles simultaneously after

       18    the business consultant manager --

       19          A.   Yes.

12:11  20          Q.   Was that considered a promotion?

       21          A.   When I took the job, no.  It would have

       22    been considered a lateral.

       23          Q.   When you took that job -- or strike that.

       24               Did you have to apply for that job?

12:11  25          A.   Yes.

| | | |
|---|---|---|
| 12:11 | 1 | Q.   So you applied for the job and you |
| | 2 | received the job; is that correct? |
| | 3 | A.   Yes. |
| | 4 | Q.   And when you received the job, did that |
| 12:11 | 5 | result in increase in your total compensation? |
| | 6 | A.   No. |
| | 7 | Q.   Did it change your direct report? |
| | 8 | A.   It changed my manager. |
| | 9 | Q.   Who was your manager? |
| 12:11 | 10 | A.   Jodie Hickam. |
| | 11 | Q.   And when you changed to the executive |
| | 12 | compensation program manager, did you have any |
| | 13 | direct reports? |
| | 14 | A.   No. |
| 12:12 | 15 | Q.   How did your job responsibilities change? |
| | 16 | A.   So I wasn't involved with supporting |
| | 17 | business groups anymore.  I was -- my job dealt |
| | 18 | with -- the bonus programs are global in nature, so |
| | 19 | I was responsible for the analysis and communication |
| 12:12 | 20 | of the bonuses.  And in exec comp I was -- instead |
| | 21 | of working on employee compensation things for, you |
| | 22 | know, grade 7 and 8s, it was executives. |
| | 23 | Q.   What grade are executives, typically? |
| | 24 | A.   It depends on how you define "executive." |
| 12:13 | 25 | Q.   How do you define "executive"? |

12:13    1        A.    For -- we have vice presidents that are

2    appointed by the board of directors.  Those start at

3    grade 14.  So those are definitely executives.

4    Underneath that, there are vice presidents that are

12:13    5    appointed by the business groups, so Intel managers,

6    not the board of directors.  I would also consider

7    those executives.  And that would be grade 11, grade

8    12.

9        Q.    Have we discussed your essential job

12:14   10    responsibilities in your position as the executive

11    compensation program manager?

12        A.    In the executive compensation -- for the

13    broad base, the focal cycle is April to April.  For

14    the executives it's January to January.  So the

12:14   15    executives have a different timing, different

16    cadence.  They use a different tool.  Instead of

17    web-based tool, we do things in Excel, because it's

18    a much smaller number that we're dealing with.  So

19    I'd be involved in benchmarking market pricing for

12:14   20    executive-level jobs instead of the broad-based

21    survey jobs that I did when I was in the consultant

22    role.  I'd be responsible for the calendar of the

23    executive focal process when reviews needed to be

24    written, feedback gathered, so more tactical pieces

12:15   25    of the executive focal process.

12:15  1          Q.   The executive compensation program manager

2     was still under the umbrella of compensation and

3     benefits specialist?  Was that --

4          A.   That was still my internal job title, yes.

12:15  5          Q.   You said when you first started the job,

6     you were still paid at grade █ but you were

7     performing at grade █; is that accurate?

8               MR. SHAH:  Object to form.

9          A.   The job, I think -- any job, you can -- a

12:15  10    manager can increase or decrease the scope to

11    reflect a different grade level.  Each job may have

12    a natural grade level.  My version would be, the

13    natural grade level for the jobs I was doing was a

14    grade █   I came over as a grade █, which is fine.

12:16  15    That was part of the my reason for applying for the

16    job.  I knew the job could grow to a higher grade.

17    So the fact that I wasn't promoted at the time I

18    moved to the job wasn't a concern to me.

19         Q.   When you applied for the job, did you have

12:16  20    a discussion about the potential growth in the grade

21    that the job should have?

22         A.   I don't think I had that explicit

23    conversation with my manager.

24         Q.   How did you understand that the job could

12:16  25    grow to a higher grade?

12:16    1          A.   The job was posted in the internal system

         2    as a grade █, so -- but a manager can hire a grade

         3    or a grade above, so I knew what the manager felt

         4    like the job was, so...

12:17    5          Q.   Did the manager feel like the job was a

         6    grade █

         7               MR. SHAH:  Object to form.

         8          A.   I don't know.  I think she felt the grade

         9    █ could do the job and I could prove myself capable

12:17   10    of a grade █

        11          Q.   How long after you began that job were you

        12    promoted to grade █

        13          A.   That's where the 2006/2008 blurs for me.

        14    It might have been a year and a half.  It wasn't --

12:17   15    I don't recall that it was immediate, but I'd have

        16    to look at my records.

        17          Q.   When you were promoted to grade █ did you

        18    receive an increase in your total compensation?

        19          A.   Yes.

12:18   20          Q.   What quartile within grade █ were you paid

        21    when you received your promotion?

        22               MR. SHAH:  Object to form.

        23          A.   I don't recall.  I didn't worry about

        24    quartiles too much.  Most employees, it's how much

12:18   25    is my pay growing, not where I sit.

Deposition of Daniel Robert McKell                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

12:18   1          Q.    Did you know what the minimum and maximum

        2    of the range in grade ▉ were at the time?

        3          A.    I'm sure I did.

        4          Q.    Did you know what the midpoint of grade ▉

12:18   5    was at the time?

        6          A.    I'm sure I did.

        7          Q.    And do you know where you were paid

        8    relative to the midpoint?

        9          A.    I don't know.

12:18   10         Q.    Did you receive any other promotions after

        11   the promotion to grade ▉

        12         A.    ▉

        13         Q.    Are you currently paid at a grade ▉

        14         A.    ▉

12:19   15         Q.    Do you know the current range of grade ▉

        16         A.    By memory, no.  I mean I see the data, but

        17   I don't remember the number.

        18         Q.    Have you received any increases of

        19   compensation within grade ▉

12:19   20         A.    ▉

        21         Q.    How frequently have you received those

        22   increases?

        23         A.    Each April, typically, but we didn't do

        24   pay raises in 2009, so nobody -- most -- not

12:19   25   nobody -- most employees didn't receive a pay raise

KRAMM COURT REPORTING          CONFIDENTIAL - ATTORNEYS' EYES ONLY          Page: 85

12:19   1    in 2009.

        2        Q.   In the focals that you have had since you

        3    have been in grade ▮ what have your ratings been?

        4            MR. SHAH:  Object to form.

12:19   5        A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        6        Q.   Has your manager changed at all since you

        7    have been in grade ▮

        8        A.   Yes.

        9        Q.   How has your manager changed?  Or excuse

12:20  10    me, who are the managers that you have had since you

       11    have been in grade ▮

       12        A.   Jodie Hickam was the one what promoted me

       13    to tactical grade ▮ and Claire Gray has been my

       14    manager since being a grade ▮, after I changed jobs

12:20  15    from the exec comp role into another compensation

       16    role.

       17        Q.   And when did you change jobs from the exec

       18    comp role?  Was that to the compensation manager

       19    job?

12:20  20        A.   No.  I -- I was still comp and benefits

       21    specialist by the official system.  Internally, I

       22    was base pay program manager, and that was in April

       23    2008.

       24        Q.   What were your job responsibilities as

12:20  25    base pay program manager?

12:21   1        A.   Kind of -- well, focal -- a lot of the

2    things with focal budgets, base pay increases.  I

3    worked on projects to share more pay data with

4    managers in tools that they could access so they

12:21   5    could see how their employees were paid relative to

6    market and each other, and their Intel peers.  I

7    have also worked -- excuse me -- I'd also work on

8    special projects that might deal with total

9    compensation design projects.  Kind of a hodgepodge,

12:21  10    I guess, of responsibilities.

11        Q.   Did you spearhead the project to share

12    more pay data with managers?

13        A.   Yes.

14        Q.   When did that project take place?

12:22  15        A.   It evolved over time.  I'd say it started

16    in earnest in late 2009, and is ongoing.

17        Q.   What prompted the project?

18        A.   We have the really wide salary ranges that

19    I talked about.  In the US, for example, where a

12:23  20    grade 8 -- there's one range.  So it covers the pay

21    for all jobs in that grade.

22             Internal to comp and benefits, we

23    benchmark pay against a smaller range, a more job

24    specific range, so the -- my project was basically

12:23  25    to take that data that we use in our back office and

12:23    1    share it with managers without replacing the

         2    existing ranges.

         3         Q.   What do you mean, that internal to comp

         4    and benefits, you benchmark pay against a smaller

12:23    5    range?

         6         A.   So we'll have -- instead of one range for

         7    a grade 8 in a particular country, we could have

         8    ██████████████████, that -- it's a kind of a

         9    subset, I guess, of jobs, and we look at jobs that

12:24   10    are paid similarly.  So to my example before, across

        11    that wide range, if I looked at the ██████████████

        12    their ranges would tend to be in Q1 or Q2 of the

        13    bigger range.  ██████████████ might be around the

        14    middle.  And ██████████████ might be towards the high

12:24   15    end of the range.  So it's that specific -- those --

        16    we called them pay lines, is the term we've used

        17    internally, or external market.  Those are the

        18    ranges that we use to decide SMA, special market

        19    adjustments.  Those are the ones that we use to

12:24   20    measure how well we're paying to our pay goals.

        21              Prior to that, the manager would just see

        22    really the wide range, so this was an opportunity to

        23    share the ranges that we use behind the scenes when

        24    we would talk to them about position of market, POM,

12:25   25    or position of goal, POG, data that we would share

12:25    1    with managers.

          2        Q.   For how long has the compensation and

          3    benefits group been using the smaller pay lines

          4    within the range?

12:25    5        MR. SHAH:  Object to form.

          6        A.   We've always benchmarked to more specific

          7    levels.  Most of the time we match an Intel job code

          8    in grade to a market survey job code in grade.  The

          9    accumulation of those would create the formation of

12:26   10    the wide range, the actual practice of creating

        11    separate market ranges.  I want to say it was

        12    mid-2000, somewhere in there.  I don't know the

        13    exact year.  I wasn't involved in the project.  Like

        14    between 2004, say, and 2006, somewhere around there.

12:26   15        Q.   Is there an expectation that specific job

        16    codes and grades will be paid around the specific

        17    pay lines?

        18        MR. SHAH:  Object to form.

        19        A.   I'm not sure I follow your question.

12:27   20        Q.   You said that compensation and benefits

        21    uses the smaller pay lines to match the job code in

        22    grade to the market survey job code in grade.  Is

        23    that fair?

        24        A.   Yes.

12:27   25        MR. SHAH:  Object to form.

12:27    1        Q.    What does Intel do to ensure that the

2    actual employees within the job code and grade are

3    being paid around those pay lines?

4              MR. SHAH:  Object to form.

12:27    5        A.    So we look at each job code as assigned to

6    a pay line, and so you can measure how each job code

7    is paid relative to that midpoint of the pay line.

8    ████████████████████████████████████████████

9    ████████████████████████████████████████████

12:28   10    ████████████████████████████████████████████

11    ████████████████████████████████████████████

12    ████████████████████████████████████████████

13              Beyond that, there isn't control placed, I

14    guess, on where the manager pays employees relative

12:28   15    to that pay line, or that more specific external

16    market data.  Right now it's given to them as

17    "Here's better data than the wide range, the GENI

18    range," we call them.  How managers act on that is

19    really up to them.

12:28   20        Q.    Since you have been involved in

21    compensation, have you reviewed from time to time

22    reports showing whether Intel's job codes are being

23    paid relative to the midpoint of the pay line?

24              MR. SHAH:  Object to form.

12:29   25        A.    We do that every year.

12:29  1          Q.    That's a regular process?

       2          A.    That's a regular process.

       3          Q.    Who's involved in that process?

       4          A.    There's the central group that does, like

12:29  5     I said, the benchmarking and market pricing.  We

       6     review it.  But the business consultants who support

       7     the various business groups -- they review it, as

       8     well.  I'd say most of the analysis is done by the

       9     business group consultants.

12:29  10         Q.    Has it ever come to your attention that

       11    Intel is paying a specific job code far different

       12    from the midpoint of the pay line?

       13         MR. SHAH:  Object to form.

       14         A.    Jobs are below and above the midpoint all

12:29  15    over the range.  Sometimes that's by intent,

       16    particularly if you have a bunch of employees that

       17    are new to the grade or a hiring ramp where, again,

       18    because they're new, you'd expect them to be lower

       19    in the range.  Sometimes it's because some jobs

12:30  20    are -- you know, there's less supply of some jobs in

       21    the market which supply demand in jobs.  That

       22    impacts it, too.  So it varies.  For the most part,

       23    most jobs, we do a pretty good job of keeping, you

       24    know, plus or minus 5 to 10 percent of our

12:30  25    midpoints.

12:30   1          Q.   When you say ██████████ of the

        2    midpoints, you're talking ██████████ of the

        3    midpoints for the pay lines?

        4          A.   Yes.

12:31   5          Q.   If a report brought to your attention that

        6    a job specific job code was midpointed at more than

        7    ██████████, or exceeded ██████████ of the

        8    midpoint, would Intel take any corrective actions?

        9          MR. SHAH:  Object to form.

12:31  10          A.   Within C&B we might recommend SMA.  But so

       11    that's our normal process, right, we want to keep

       12    the jobs paid close to market, but we don't get

       13    every job there, nor do we cut pay when jobs are

       14    above.  So it's a balance.  You know, some of it

12:31  15    will come down to priorities in what you can afford,

       16    what you can -- the budget you have been given.  So

       17    there have been years when we have not delivered SMA

       18    because we preferred most of the money to go to

       19    merit, so that managers can deliver

12:32  20    meritocratically.

       21          Q.   What's the purpose of the goal of keeping

       22    the jobs paid close to market?

       23          MR. SHAH:  Object to form.

       24          A.   We have pay philosophies, and so we use

12:32  25    merit and SMA to deliver to those pay philosophies.

| | | |
|---|---|---|
| 12:32 | 1 | But it's not a -- it's not like an if/then, or it |
| | 2 | always happens.  It's -- if we're low, within |
| | 3 | compensation we want to be able to deliver to the |
| | 4 | pay goal, whether we can afford to do that and make |
| 12:33 | 5 | that change over a one-year period, a two-year |
| | 6 | period, a three-year period, a five-year period, |
| | 7 | whatever.  Sometimes the horizons are different, so |
| | 8 | by looking at the data we can make the |
| | 9 | recommendation and then, based on manager input and |
| 12:33 | 10 | how much funding we actually get, we can, you know, |
| | 11 | make those decisions how much to deliver. |
| | 12 | Q.   And when you say "deliver to the pay |
| | 13 | goal," you're referring to the pay line for the |
| | 14 | specific job; right? |
| 12:33 | 15 | MR. SHAH:  Object to form. |
| | 16 | A.   The midpoint on the pay line that those |
| | 17 | jobs are assigned to, yes. |
| | 18 | Q.   Well, what is the purpose of trying to |
| | 19 | communicate that pay line information to managers? |
| 12:34 | 20 | MR. SHAH:  Object to form. |
| | 21 | Q.   And strike that.  Let me back up.  You |
| | 22 | testified that one of the projects you took on in |
| | 23 | the base pay program manager was to spearhead a |
| | 24 | project on providing more information to the |
| 12:34 | 25 | managers about the pay lines.  Was that fair? |

| | | |
|---|---|---|
| 12:36 | 1 | managers, A, they could see what our view of the |
| | 2 | market is, you know.  The basic sense was if this |
| | 3 | data is good enough to justify the budgets we |
| | 4 | recommend to executives, it's good enough to be able |
| 12:36 | 5 | to share that with employees. |
| | 6 | So a manager could then see how somebody's |
| | 7 | paid and decide, should I give a bigger or smaller |
| | 8 | increase to that employee, based on where they were |
| | 9 | paid and how their performance is, and how they |
| 12:36 | 10 | stack up relative to their peers doing the same job. |
| | 11 | Basically it became a way to say if the managers |
| | 12 | have more access to the information, will they have |
| | 13 | more trust and confidence in our pay approaches and |
| | 14 | have better conversations with employees who might |
| 12:37 | 15 | have questions about their pay? |
| | 16 | Q.   And was this project implemented? |
| | 17 | A.   We have implemented the project to share |
| | 18 | the data with managers.  We did that in -- my memory |
| | 19 | is bad -- 200- -- we did a pilot with some groups to |
| 12:37 | 20 | test the tool to see what manager receptivity would |
| | 21 | be to it.  That was in 2011, 2012 we shared the data |
| | 22 | with all managers. |
| | 23 | Q.   In your opinion, has the project been |
| | 24 | successful? |
| 12:38 | 25 | A.   Yes, from the standpoint that managers |

| | | |
|---|---|---|
| 12:38 | 1 | appreciate being able to access the data. |
| | 2 | Ultimately, until those pay lines replace the wide |
| | 3 | ranges, it's a work in progress.  Right now, it's |
| | 4 | there as information and context for managers versus |
| 12:38 | 5 | being fully integrated into our pay tools and in |
| | 6 | particular the tool used for the focal increases. |
| | 7 | Q.   Does Intel have plans to replace the |
| | 8 | ranges with pay lines? |
| | 9 | MR. SHAH:  Object to form. |
| 12:39 | 10 | A.   I hope we do.  I don't -- there isn't a -- |
| | 11 | it's -- we're working on it.  I wouldn't say there's |
| | 12 | a definitive plan or commitment in place yet.  We |
| | 13 | hope to replace it, but we'll see. |
| | 14 | Q.   When you say you hope we do, in your mind, |
| 12:39 | 15 | that would be a good -- |
| | 16 | A.   It would be a good thing. |
| | 17 | Q.   And why is that? |
| | 18 | A.   See, we just have one pay range, not two, |
| | 19 | and I think it's easy -- it's confusing for managers |
| 12:39 | 20 | why we have two. |
| | 21 | Q.   While you were base pay program manager, |
| | 22 | you were still in grade 8; yes? |
| | 23 | A.   Yes. |
| | 24 | Q.   And at a certain point, did you change |
| 12:39 | 25 | your job title to compensation manager? |

12:40    1        A.    Yes.

         2        Q.    And that was approximately nine months

         3   ago?

         4        A.    Yes.

12:40    5        Q.    Was that a promotion?

         6        A.    No.  By virtue of being the same grade,

         7   it's lateral.  It's a development opportunity for

         8   me.

         9        Q.    Did you apply for the job?

12:40   10        A.    Yes and no.  My manager asked me if I

        11   would be interested in it.  It was more part of a

        12   reorg than the other jobs where I knew the job was

        13   being open.  So I guess -- I didn't formally

        14   interview, but I agreed with my manager that I would

12:40   15   move to the new job.

        16        Q.    Did you receive any increase in your total

        17   compensation when you moved to the compensation

        18   manager position?

        19        A.    ███

12:41   20        Q.    Did your job responsibilities change?

        21        A.    Yes.

        22        Q.    Describe what your job responsibilities

        23   are as compensation manager.

        24        A.    I manage the work of four other employees

12:41   25   that work on focal budgets and stock programs and

12:41    1    bonus programs.

          2        Q.   What are the names and job titles of those

          3    four other employees?

          4        A.   They're all considered compensation --

12:41    5    comp and benefits specialists.  Tanya Kako is one

          6    we've mentioned before.  Terri DeGroat,

          7    D-E-G-R-O-A-T, is one.  Carol Buck, B-U-C-K, is

          8    another.  And Yamit Liveneh is the fourth.

          9    L-I-V-E-N-E-H, if that helps.

12:42   10        Q.   Do you still report to Ms. Gray?

      11        A.   Yes.

      12        Q.   Is this the first job position where you

      13    have had direct reports?

      14        A.   Yes.

12:42   15        Q.   Is part of your job now to provide focal

      16    reviews to these direct reports?

      17        A.   Yes.

      18        Q.   Have you had an opportunity to do that

      19    since you have been in your new job as compensation

12:42   20    manager?

      21        A.   Yes.

      22        Q.   When was that?

      23        A.   This month.

      24        Q.   What ratings did you give your four

12:42   25    employees, four direct reports?

| 12:42 | 1 | A.   Our business group is running a pilot of |
| | 2 | no ratings, so they didn't get a rating. |
| | 3 | Q.   Did you have responsibility for allocating |
| | 4 | total compensation amongst your four direct reports? |
| 12:43 | 5 | A.   Yes. |
| | 6 | MR. SHAH:  Object to form. |
| | 7 | Q.   Did you have a merit budget for your four |
| | 8 | reports? |
| | 9 | A.   Yes. |
| 12:43 | 10 | Q.   Did you have a promotion budget for your |
| | 11 | four reports? |
| | 12 | A.   Yes. |
| | 13 | Q.   And did you have an SMA budget for your |
| | 14 | four reports? |
| 12:43 | 15 | A.   No. |
| | 16 | Q.   Were there any other compensation pieces |
| | 17 | that you were responsible for allocating to the four |
| | 18 | reports? |
| | 19 | A.   Stock. |
| 12:43 | 20 | Q.   How did you allocate the merit budget to |
| | 21 | your four reports? |
| | 22 | A.   There's a merit matrix in the tool.  So |
| | 23 | even though we didn't give them a successful rating, |
| | 24 | it became the default rates for each of our |
| 12:44 | 25 | employees, so 1 percent, basically. |

12:44    1        Q.    What do you mean by default rates?

         2        A.    The assumption in HR is that even though

         3    they're not being communicated that they have a

         4    rating, all employees would get a -- the raise

12:44    5    associated with a successful rating, and then the

         6    manager could adjust the pay based on their

         7    performance up or down, so they could get more than

         8    ██████████  or get less than ██████████

         9        Q.    And did you give all four of your reports

12:44   10    the same ██████████?

        11        A.    Two of them, yes.  Two others, no.

        12        Q.    For those two, did you give them more or

        13    less than ██████████?

        14        A.    More.  One was promoted.

12:45   15        Q.    When you say the ██████████, does that

        16    include the promotion budget, or is that limited to

        17    the merit budget?

        18        A.    The merit budget was ██████████████

        19    was the average raise for a successful in Q2 or Q3

12:45   20    of the wide range.  If they're in Q1, the tool would

        21    recommend ██████████ or something more.  If they were

        22    in Q4, it would recommend ██████████████

        23        Q.    When you say "the tool," you spoke about

        24    the matrix tool.

12:46   25        A.    The focal tool.  Merit matrix is part of

12:46    1    the focal tool.

         2         Q.   Okay.   Explain to me what the focal tool

         3    is.

         4         A.   It's an Internet-based tool that managers

12:46    5    access to make pay decisions.

         6         Q.   How do they use the focal tool to make pay

         7    decisions?

         8         A.   A manager goes in and sees their

         9    employees, enters a rating, performance rating, or

12:46   10    promotion, demotion, grade level changes, and based

        11    on the employee's rating and their position in the

        12    salary range, the merit -- the tool recommends a

        13    base pay raise associated with that.  The manager

        14    then can change that amount up or down.  Sometimes

12:47   15    they might completely disregard the tool and do 5

        16    percent when the tool recommends 1 percent.  It's up

        17    to the manager.  The tool gives them a -- they can

        18    see how much budget they have to spend, and then

        19    it's up to them whether they spend all that budget,

12:47   20    spend more than that budget, spend less than that

        21    budget.  It's kind of all over the place how they

        22    behave.

        23         Q.   The managers have discretion to spend more

        24    than they're budgeted?

12:47   25         A.   They can overspend their budget.

12:47  1       Q.   Where does that money come from?

       2       A.   For the most part, they'll spend to

       3  budget.  Some will overspend because some groups

       4  underspend.  Some will overspend and then the

12:47  5  decision at the executive level of each group --

       6  they can roll up all the budgets and see, did they

       7  spend to budget, or not.  Most of the time they're

       8  still underbudget.  Sometimes it's overbudget, and

       9  it's up to the executive of that group to decide to

12:48 10  tell people to go back and spend less or to say,

      11  "It's close enough, I'm okay to -- that we spent a

      12  little over our budget."

      13          So it varies by group.  We have some

      14  groups that will overspend and some that underspend.

12:48 15       Q.   Does Intel monitor how often groups

      16  overspend their budget?

      17          MR. SHAH:  Object to form.

      18       A.   We have reports we look at each year, so

      19  each cycle, which groups, where they are spending

12:48 20  relative to budget.  But while most groups and most

      21  managers spend to budget, some over and under, so in

      22  aggregate, most of the time we're about at budget,

      23  but sometimes a little over, sometimes a little

      24  under.

12:49 25       Q.   If a group continuously overspent on their

| 12:49 | 1 | budget, wouldn't that impact Intel's bottom line? |
|---|---|---|
| | 2 | MR. SHAH:  Object to form. |
| | 3 | A.    Yes. |
| | 4 | Q.    Would that be a concern? |
| 12:49 | 5 | MR. SHAH:  Object to form. |
| | 6 | A.    That would be up to the executive to |
| | 7 | decide whether that's a concern or not. |
| | 8 | Q.    Has that circumstance ever been brought to |
| | 9 | your attention? |
| 12:49 | 10 | A.    Where a manager was punished for |
| | 11 | personally overspending? |
| | 12 | Q.    Well, let's start with where a manager, a |
| | 13 | group, was continuously or regularly overspending on |
| | 14 | their budget. |
| 12:49 | 15 | A.    I don't think it's looked at in a |
| | 16 | longitudinal way.  I think the budgets are looked at |
| | 17 | each year in sort of isolation.  It's possible that |
| | 18 | somebody could be disregarding the budget every |
| | 19 | year.  I don't know. |
| 12:50 | 20 | Q.    Has it ever been brought to your attention |
| | 21 | that somebody was disregarding the budget? |
| | 22 | A.    I know people disregard the budget. |
| | 23 | Whether something is done about it is a different |
| | 24 | story.  The HR business partner or the HR business |
| 12:50 | 25 | group, HR -- they support the business and would |

| 12:50 | 1 | decide with their executive whether the spending was |
| | 2 | okay or not.  We have a budget that's been approved |
| | 3 | which we load into the tool and for the most part, |
| | 4 | they spend to about budget.  Sometimes some groups |
| 12:51 | 5 | are a little over, some groups are a little under. |
| | 6 | We don't -- we don't micromanage it. |
| | 7 | Q.   Have you ever been made aware that a |
| | 8 | manager was told to go back and not overspend on the |
| | 9 | budget? |
| 12:51 | 10 | A.   Uh-huh. |
| | 11 | Q.   Is that a yes? |
| | 12 | A.   Yes. |
| | 13 | Q.   And the executive of the business group |
| | 14 | would make that decision? |
| 12:51 | 15 | A.   Yes. |
| | 16 | Q.   And the manager would then have to go back |
| | 17 | and reallocate to stay within budget? |
| | 18 | A.   Yes, if they wanted to do what their |
| | 19 | manager said. |
| 12:51 | 20 | Q.   If they didn't do what their manager said, |
| | 21 | would they face repercussion? |
| | 22 | MR. SHAH:  Object to form. |
| | 23 | A.   I don't know. |
| | 24 | Q.   Have you ever learned that a manager was |
| 12:51 | 25 | punished or disciplined for overspending on their |

12:51   1   budget?

2       A.   No.

3       Q.   Did you use the matrix or the focal tool

4   for determining the pay for your employees this

12:52   5   year, your direct reports?

6       MR. SHAH:  Object to form.

7       A.   Yes.

8       Q.   You mentioned you were part of a pilot

9   program where you weren't using ratings; is that

12:52   10  right?

11      A.   Yes.

12      Q.   And so how did -- strike that.

13      Did that change the way you use the focal

14  tool?

12:52   15      A.   I hadn't used the focal tool before this

16  year, so...

17      Q.   Did that change the way managers -- excuse

18  me.  Did you have to do anything different with

19  respect to the focal tool than managers who use the

12:52   20  rating system?

21      MR. SHAH:  Object to form.

22      A.   Yes.  From the standpoint that the tool

23  doesn't generate an increase until a rating has been

24  in the system.  So within our business group, we had

12:53   25  to load every employee as a rating that they

| | | |
|---|---|---|
| 12:53 | 1 | ultimately wouldn't receive so that the tool could |
| | 2 | generate an increase. |
| | 3 | Q.   And did you do that? |
| | 4 | A.   Yes. |
| 12:53 | 5 | Q.   Did you receive recommendations from the |
| | 6 | tool about pay? |
| | 7 | A.   Yes. |
| | 8 | Q.   Did you follow those recommendations? |
| | 9 | A.   Sometimes. |
| 12:53 | 10 | Q.   When you say "sometimes," you have only |
| | 11 | done this once; is that right? |
| | 12 | A.   I say sometimes relative to the four |
| | 13 | individuals, but yeah, just one time in the tool. |
| | 14 | Q.   So with respect to the four individuals, |
| 12:53 | 15 | how many of those individuals did you accept the |
| | 16 | recommendations from the matrix? |
| | 17 | MR. SHAH:  Object to form. |
| | 18 | A.   Exactly follow the tool recommendation?  I |
| | 19 | probably didn't do it on any of them.  Mostly |
| 12:54 | 20 | because I would just round the numbers, right, |
| | 21 | instead of giving $795 increase to base pay, $800. |
| | 22 | Sort of round up.  Some employees I gave more |
| | 23 | because their performance was better than just |
| | 24 | successful over their peers, so it was a way to |
| 12:54 | 25 | recognize them for what I view as better than normal |

12:54  1    performance, even though I didn't have a label that

2    I attached to it.

3        Q.    Does the matrix give a recommendation for

4    how to spend the entire budget that's been

12:54  5    allocated?

6        A.    The matrix only relates to the merit

7    portion of the budget.  SMA is a set amount, so it

8    varies based on the job code or what the purpose of

9    the SMA is for, so it's not a one-size-fits-all

12:55  10   approach.  And promo looks at the country and grade

11   of the employee being promoted, and where they sit

12   in the salary range, bigger increase recommended for

13   people lower in the range versus higher in the

14   range, type thing.

12:55  15       Q.    Does the focal tool make any

16   recommendations with respect to the promotion

17   budget?

18       A.    Yes.

19       Q.    It's just not within the matrix; is that

12:55  20   right?

21       A.    Right.

22       Q.    And does the focal tool make

23   recommendations with respect to any SMA that may be

24   allocated?

12:56  25       A.    Yes.

12:56    1          Q.    Besides the rounding -- strike that.   When

         2    you made the decision to give certain of your

         3    employees more than was recommended by the focal

         4    tool, did that mean you had to give other employees

12:56    5    less than was recommended by the focal tool?

         6          A.    If I want to stay in budget, yes.

         7          Q.    And did that happen?

         8          A.    It's the little -- I was able to stay

         9    within budget because I didn't have outstanding or

12:56   10    exceeds employees, so I could give more than the

        11    successful recommendation because the successful

        12    recommendation was ████████ , and I had a ████████

        13    merit budget.   So I had some wiggle room, I guess,

        14    or some discretionary space to change.

12:57   15          Every manager has -- they can choose to

        16    accept the tool recommendation or do something else.

        17    It's a starting point.   And then they modify from

        18    the starting point.   In a normal year or for a

        19    manager not doing the pilot without ratings, if I

12:57   20    have more outstanding, if I give more employees a

        21    rating of outstanding or exceeds than what the tool

        22    is expecting me to do, or I give more of an increase

        23    than what the tool is recommending on a consistent

        24    basis, I will either have to overspend or give pay

12:57   25    freezes or reduce the increases to some set of

| | | |
|---|---|---|
| 12:58 | 1 | employees in order to stay within budget. |
| | 2 | Q. Those three items you just mentioned, that |
| | 3 | you would have to overspend, give pay freezes or |
| | 4 | reduce the increases to some of the employees -- |
| 12:58 | 5 | those are not ideal situations, are they? |
| | 6 | MR. SHAH: Object to form. |
| | 7 | A. Actually, they may be ideal. So the |
| | 8 | manager, based on their employees, would know better |
| | 9 | than some formula in a tool whether it should be |
| 12:58 | 10 | bigger or smaller. So by sharing, that was one of |
| | 11 | the reasons to share the pay line information with |
| | 12 | managers, so they had a better data point than the |
| | 13 | wide range to be able to make an informed decision |
| | 14 | whether they should do what the tool recommends, |
| 12:59 | 15 | give more than the tool recommends, give less than |
| | 16 | the tool recommends. So our goal isn't -- we want |
| | 17 | managers to do the right thing for their employees |
| | 18 | based on their performance and the value they bring |
| | 19 | to the organization. |
| 12:59 | 20 | Q. This year, were you under budget? |
| | 21 | A. I either was just under budget or right at |
| | 22 | budget for my four employees. |
| | 23 | Q. Are there any studies or reports done to |
| | 24 | determine how often managers come in under budget? |
| 12:59 | 25 | MR. SHAH: Object to form. |

12:59    1       A.   We look at the data.  I'm having one of my

2    employees look at the data this year.  I don't know

3    how much that's been done in past years.

4       Q.   How often do managers distribute

01:00    5    compensation that leaves them under budget?

6          MR. SHAH:  Object to form.

7       A.   How often?

8       Q.   Yeah.

9       A.   I don't know.

01:00    10       Q.   Why are you having one of your employees

11    look at that data this year?  Or what's the purpose

12    of that?

13       A.   My goal as manager of the group is when

14    the pay lines replace the GENI ranges, that the tool

01:00    15    will make a smarter recommendation of the pay

16    increase off of those more granular ranges than it

17    can off the wide ranges.  And to the extent that

18    managers get to the point where they trust the tool

19    recommendation 100 percent because it's giving them

01:01    20    a smart recommendation, then that means managers are

21    spending less time in the focal tool and more time

22    managing their employees and doing their work.

23    So --

24       Q.   When you say GENI ranges, you mean

01:01    25    G-E-N-I; correct?

02:18   1          Q.    Do you agree that to compete effectively

2      in the modern employment market, Intel strives to

3      offer workplace benefits to their employees on an

4      equitable basis?

02:18   5          MR. SHAH:   Object to form.

6          A.    Yeah, I mean, I think you have to have --

7      I don't think you have to have the same programs as

8      the market.  I don't think you have to -- well, each

9      company has different goals and different strategies

02:18  10      for various components.  And so market-relevant I

11      guess is probably the way I would describe it.  It

12      can't be -- you have to be in the ballpark.  If too

13      many of your things are in left field or out in the

14      parking lot instead of in the play of field, you'll

02:19  15      have more of a challenge.

16              So we benchmark and do market intelligence

17      so we know what's current in the play of field.  You

18      know, magazines that rank best places to work

19      publish things about companies, so, you know, when

02:19  20      companies start to offer some things, other

21      companies will follow suit.  But it doesn't always

22      happen.  You know, Intel does sabbaticals.  A lot of

23      companies have not followed suit on giving

24      sabbaticals.  Some companies do free soda and other

02:19  25      companies will follow suit.  We basically can look

02:20   1    at what do other companies do and decide which

        2    things do we need to adopt that would be good for

        3    our work force, or fit with our culture, or return

        4    some sort of -- may not have to return an investment

02:20   5    exactly, but if we get some value out of it, our

        6    employees get some value out of it, that increases

        7    morale or engagement or satisfaction with the work

        8    force -- or the workplace.

        9        Q.   I'd like to go back.  We talked earlier

02:20  10    about an individual named Dr. Kevin Murphy.  Do you

       11    recall that?

       12        A.   I think you mentioned it, and I didn't

       13    recognize the name.

       14        Q.   I'm going to represent to you that he's an

02:20  15    expert that the defendants have hired in this case.

       16        A.   Okay.

       17        Q.   I'm going to represent to you that he has

       18    represented that he had an interview with you on

       19    June 19th, 2012.

02:21  20        A.   Okay.

       21        Q.   Do you have any reason to believe that

       22    that's not the case?

       23        A.   No.  Like I said, I had several conference

       24    calls with people over the phone.  If I went back

02:21  25    and looked at June 19th, his name might have been on

02:21  1     the distribution list, but I couldn't recognize the

2     voices or describe to you who was asking me

3     questions or who wasn't.  I was on a call with what

4     I thought were -- with Intel attorneys and I knew

02:21  5     other people occasionally were there, but I didn't

6     necessarily get into specifics about -- or remember

7     who was there and what their position was, so...

8          Q.   Thinking to those telephone calls, what

9     was discussed?

02:21  10         A.   Some of the same types of questions you

11    have been asking me today, just how we -- how we do

12    compensation at Intel, what our philosophies and

13    practices are, questions about how we guide

14    managers, so -- pretty similar, I guess.

02:22  15         Q.   And did you explain on that telephone call

16    about the pay ranges that Intel uses?

17              MR. SHAH:   Object to form.

18         A.   I don't recall the specifics we discussed

19    in that meeting on June 19th.  I suspect we talked

02:22  20    about ranges and budgets and things like that, but I

21    don't recall the specific conversation.

22         Q.   Do you recall talking about pay lines

23    during those conversations?

24              MR. SHAH:   Object to form.

02:22  25         A.   I remember having conversations about pay

02:22   1   lines, but like I said, I can't remember the

        2   specifics of the actual conversation.

        3       Q.   You talked about compensation, what the

        4   practices are, talked about guidance given to

02:23   5   managers.  Can you recall any other topics that you

        6   would have discussed on that telephone call?

        7       A.   I was answering questions that they had.

        8   So to the extent that I am forgetting questions they

        9   asked, we could have covered -- I don't remember

02:23  10   having conversations about -- where some of your

       11   questions have been more about me, all those

       12   questions were more about company and philosophy and

       13   guidance we give to managers.  So more at the

       14   company general practice level is what I recall.

02:23  15       Q.   Do you recall how long the telephone

       16   conversation -- that telephone conversation was?

       17       A.   I don't think any of the conversations

       18   extended beyond an hour.  I think they were

       19   generally 30 to 60 minutes in length, if my memory

02:24  20   is right.  Sometimes much shorter.  There were some

       21   calls where it was, you know, like two clarifying

       22   questions, and I think it was in less than a half an

       23   hour.  But I think most of them were scheduled for

       24   half hour to an hour.

02:24  25       Q.   And I just want to be clear.  I'm not

02:24  1    asking about telephone calls where just the

       2    attorneys were on the phone.  Do you recall whether

       3    you had one interview on June 19 with Mr. Murphy and

       4    then some follow-up calls, or do you know who was on

02:24  5    the phone during those conversations?

       6         A.   I don't know who was on -- I couldn't tell

       7    you who was on each of the calls.  I don't --

       8    Mr. Murphy?  Is that his name?

       9         Q.   Dr. Murphy.

02:25 10         A.   Dr. Murphy.  If he was on the call in

      11    June, then yeah.  But I don't specifically remember

      12    it.  And I don't remember him on other calls.  But

      13    it's, you know, four voices on the end of a phone I

      14    have never met, never seen, and to me it didn't

02:25 15    really matter who was asking the question.  It was

      16    more -- I was more focused on providing an answer.

      17         Q.   Did you take any notes in connection with

      18    those telephone conversations?

      19         A.   No.  Or if I did, I don't keep them, you

02:25 20    know.  I might, like, doodle while I'm talking, but

      21    then throw them away.

      22         Q.   But you don't recall taking any notes?

      23         A.   No.  Sorry.

      24              (Exhibit 2030 marked.)

02:26 25         Q.   I'm going to hand you a document that I

02:26  1     have marked Exhibit 2030.  And this is a copy of the

2     declaration of Danny McKell in support of opposition

3     to class certification and exhibits.  I'm going to

4     assume you're familiar with this document, but if

02:26  5     you want to take some time to review, that's fine.

6          A.   Yeah, I'm familiar with this one.

7          Q.   Sir, is this a copy of the declaration

8     that you signed and submitted in this case?

9          A.   Yes.

02:27  10          Q.   If you go to page 5, which is the last

11     page of the declaration before the exhibits --

12          A.   Okay.

13          Q.   -- paragraph 16 reads, "I declare under

14     penalty of perjury that the foregoing is true and

02:27  15     correct."

16               Do you see that?

17          A.   Yep.

18          Q.   And do you agree that everything in your

19     declaration is true and correct?

02:27  20          A.   Yes.

21          Q.   And did you sign this document in

22     Rio Rancho, New Mexico, on November 12, 2012?

23          A.   Yes.

24          Q.   And that's your signature; right?

02:27  25          A.   Yes.

02:40   1   also include benefits and workplace perks.  These

2   are the main items.  So you know, chapter 16 covers

3   the cash side.  There's other chapters for stock,

4   other chapters for retirement and health.  So in the

02:40   5   broadest sense of T-COMP, I would include those

6   other elements relative to chapter 16.  It's more

7   focused on the base and bonus like it's listed in

8   the paragraph.

9       Q.   And when you say "chapter 16," you're

02:40   10  referring to the Exhibit A that's attached to your

11  declaration?

12      A.   Yes.

13      Q.   Generally speaking, if we included

14  benefits and workplace perks, are there any other

02:41   15  elements that constitute total compensation that are

16  not included in this paragraph?

17      A.   There's -- by some definitions you would

18  include training and development, career

19  opportunities.  Total remuneration I think is

02:41   20  labeled some comp forms or things to talk about.  So

21  it can -- it can extend to everything that --

22  involvement in the community.  It can be broad.

23  T-COMP, for the most part, when we have talked about

24  it within Intel, is primarily focused on the

02:41   25  compensation and benefit programs that employees

02:41   1   receive by virtue of their employment.  But it can

        2   be brighter -- or a broader description in different

        3   contexts.

        4        Q.   Then it says, "The same components

02:42   5   comprise Intel compensation during the alleged class

        6   period."

        7             Do you see that?

        8        A.   Yes.

        9        Q.   And is that accurate?

02:42  10        A.   Yes.

       11        Q.   Paragraph 4 says, "Intel assigned each

       12   employee to a 'grade' level and used a broad 'total

       13   pay' range for each grade."

       14             Do you see that?

02:42  15        A.   Yes.

       16        Q.   Is that the ranges that we've been

       17   discussing this morning that you're referring to?

       18             MR. SHAH:  Object to form.

       19        A.   The broad ranges, yeah.  I referred to

02:42  20   these GENI ranges.  Those are the same.

       21        Q.   The mix of -- you then say, "The mix of

       22   compensation components differed across grade

       23   levels, with the bonus component typically

       24   increasing with grade level."

02:42  25             Is that accurate?

Deposition of Daniel Robert McKell                In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
02:42   1        A.   Yes.

        2        Q.   Describe how that worked.

        3        A.   So each grade level will have a -- either

        4   a bonus target percent or a bonus -- a range of

02:43   5   bonus target percents that a manager can apply or

        6   assign to an employee.  ████████████████████████

        7   ████████████████████████████████████████████

        8   █████████████████████.  So higher base pay

        9   equals higher bonus by virtue of the ████████████

02:43  10        At the senior grades, ███████████████████

       11   ██████████████████████████████████████████████

       12   █████████████████████████; and then at the

       13   senior grades, it might be ██████████████████

       14   ████████████████████████████████████  So

02:43  15   each grade has a range that a manager assigns to the

       16   employee based on the value that they think that

       17   employee brings at that grade level.

       18        Q.   And your description of the bonus

       19   component just now, is that the same throughout the

02:44  20   time period from 2005 to 2009?

       21        A.   The bonus targets have been the same.  ████

       22   ██████████████████████████████████████████████

       23   ██████████████████████████████████████

       24   ████████████████████████████  In the

02:44  25   2005 to 2009, I don't believe there were any other
```

Deposition of Daniel Robert McKell  In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

02:44 1  changes relative to the bonuses.

2    Q. Okay.  Going back to paragraph 4, the next

3  sentence, you say, "I refer to base pay plus cash

4  bonuses as 'total pay,' because the two were often

02:45 5  considered together in company-wide compensation

6  analysis, though the relative proportion of those

7  components varied among individuals."

8    Do you see that?

9    A. Uh-huh.

02:45 10    Q. And what do you mean by "the relative

11  proportions varied among individuals"?

12    A. So let's take like a grade 7 as the

13  instance.  You could have one employee that has a ▮

14  ▮▮▮▮▮ bonus target and another employee that has a

02:45 15  ▮▮▮▮▮▮▮▮ bonus target.  Depending on

16  their mix of base to bonus target, their total pay

17  could be about the same.  The one with the ▮▮▮▮

18  target could actually have higher total pay if their

19  base pay was much higher than the employee that had

02:45 20  the ▮▮▮▮▮▮▮▮▮.  So each

21  individual's pay is kind of the manager decision

22  that they make at focal.

23    We look at it, at the data, in aggregate,

24  so we could look at, say, all grade 7s in the US and

02:46 25  say, you know, on average, is our -- is the average

| | | |
|---|---|---|
| 02:46 | 1 | pay and bonus target of our grade 7s -- how well |
| | 2 | does that map to the market in our intended pay |
| | 3 | goal?  But there's a wide range around that average. |
| | 4 | Q.    In paragraph 5, you say, "Attached as |
| 02:46 | 5 | Exhibit B is a true and correct copy of Intel's |
| | 6 | 'Salary Ranges, Merit Matrices, Promo Guidelines and |
| | 7 | Budget' presentation dated June 26, 2007" -- there's |
| | 8 | a Bates number -- "describing the annual process by |
| | 9 | which Intel managers determined employee |
| 02:47 | 10 | compensation." |
| | 11 | Do you see that? |
| | 12 | A.    Uh-huh. |
| | 13 | Q.    If you turn quickly with me to Exhibit B. |
| | 14 | A.    Okay. |
| 02:47 | 15 | Q.    Looking at what you have identified as |
| | 16 | Exhibit B, what is this document? |
| | 17 | A.    This would have been -- it looks to me |
| | 18 | like a training document used to explain exactly |
| | 19 | what the title says, "Salary ranges, merit matrices, |
| 02:47 | 20 | promo guidelines and budget" to other C&B employees. |
| | 21 | Q.    Did you draft this document? |
| | 22 | A.    No. |
| | 23 | Q.    When was the first time you saw this |
| | 24 | document? |
| 02:47 | 25 | A.    I probably saw it back in 2007, Linda's -- |

02:50   1          Q.   Yes.

        2          A.   Could have been Terri DeGroat at the time.

        3     Could have been somebody else.  I'd have to -- more

        4     towards the end of the 2009, more likely to be like

02:51   5     a Terri DeGroat.  2005, it might have been somebody

        6     else.

        7          Q.   Which third-party surveys did you submit

        8     this data to -- excuse me, did Intel submit this

        9     data to?

02:51   10          MR. SHAH:  Object to form.

        11          A.   Radford Aon is one survey that we

        12     submitted to, but there's multiple surveys that we

        13     participated in.  So I don't know exactly how many

        14     they submitted to, but Radford is kind of our

02:51   15     primary.  Towers Perrin is there.  Hewitt is there.

        16     Mersor.  CHiPS.  There's lots of vendors to pick

        17     from.

        18          Q.   I think we'll go over some of those names

        19     at a break.  Did the number of third-party surveys

02:52   20     that Intel submitted data to on an annual basis

        21     change between 2005 and 2009?

        22          A.   I don't know.

        23          Q.   Who would you defer to to answer that

        24     question?

02:52   25          A.   Probably Lisa Yeager.

02:52  1        Q.    Looking more generally at paragraph 5 --

       2    and you can take a second to read through it, if you

       3    need -- is there anything in the description of

       4    Intel's annual process that changed at all between

02:52  5    2005 and 2009?

       6        A.    I wouldn't change anything.  It's an

       7    accurate reflection.

       8        Q.    Going back to -- I'm now at line 3.

       9        A.    Okay.

02:53  10        Q.    "Second, several months later, we obtained

       11    and analyzed survey reports from those vendors to

       12    calculate a 'market rate' for each job based on the

       13    average compensation for benchmark for jobs in each

       14    of the grade and job combinations."

02:53  15            Do you see that?

       16        A.    Yes.

       17        Q.    Is that accurate?

       18        A.    Yes.

       19        Q.    When you say "several months later," what

02:53  20    time period are you speaking about?  What month?

       21        A.    It varies by survey vendor when they

       22    report their data.  Generally speaking, we get those

       23    reports in late summer, early fall, traditionally is

       24    when we're looking at that data.

02:54  25        Q.    When you say -- you see where you say

02:54    1    "each of the grade and job combinations"?

2         Do you see that?

3    A.   Yeah.

4    Q.   What did you mean by "job combinations"?

02:54    5    A.   There are several hundred job codes and

6    titles in our system.  And each job code can have,

7    obviously, multiple grades.  So in the exempt world,

8    most individual contributors, nonmanagers, you know,

9    would be between grade 3 and 10 for the most part.

02:54    10   So I could have a hardware engineer grade 3,

11    hardware engineer grade 5, hardware engineer grade

12    6.  So each of those distinct job and -- job code

13    and grade combinations would constitute a different,

14    you know, market price or market match.  So that's

02:55    15   what I mean by combos.

16    Q.   Does Intel calculate a market rate for

17    each of those job combinations?

18        MR. SHAH:  Object to form.

19    A.   Not necessarily for each and every job.

02:55    20   We don't get market data back for each and every

21    job.  So for most jobs we do.  And so if we have a

22    job where we didn't get a rate back, we can look

23    internally and say, "Where would we slot it?  What

24    would we -- what's a comparable job?"

02:55    25       Typically, it would be in the same job

| | | |
|---|---|---|
| 02:55 | 1 | function.  So if it's an engineering job without an |
| | 2 | engineering rate, you know, we put it in with other |
| | 3 | engineers.  If it's an HR job, you know, put it in |
| | 4 | with other HR jobs.  So that way, every job we try |
| 02:56 | 5 | and assign a market rate to, whether it's from the |
| | 6 | survey or from slotting. |
| | 7 |     Q.   Going back to paragraph 4, the previous |
| | 8 | page, if you look at the first sentence of paragraph |
| | 9 | 4, it doesn't discuss any of the pay lines we talked |
| 02:56 | 10 | about earlier.  Do you see that? |
| | 11 |     A.   Uh-huh. |
| | 12 |     Q.   Is that a yes? |
| | 13 |     A.   Yes. |
| | 14 |     Q.   Why didn't you mention the pay lines? |
| 02:56 | 15 |         MR. SHAH:  Object to form. |
| | 16 |     A.   In this, to the employee view, like every |
| | 17 | employee knows what their -- or can know, should |
| | 18 | know what their grade is, and can know what their |
| | 19 | broad salary range is.  Pay lines are not something |
| 02:57 | 20 | that's shared with employees.  It's shared with |
| | 21 | managers.  So at this point in the process, I didn't |
| | 22 | feel it was relevant to talk about pay lines. |
| | 23 |     Q.   Does paragraph 4 talk about what |
| | 24 | information is shared with employees? |
| 02:57 | 25 |         MR. SHAH:  Object to form. |

02:57   1        A.    I think these are -- for me, paragraph 4

        2   was describing at a high level how the program still

        3   works.  And the market rate that's referenced in

        4   paragraph 5, line 4, you know, then that's where it

02:57   5   was more relevant to start to talk about pay lines

        6   because that's when -- when you start to get into

        7   the budget process, that's when pay lines become

        8   more relevant.

        9        Q.    And so where in paragraph 5 do you discuss

02:58  10   pay lines?

       11        A.    So when it talks about rows, basically 3

       12   through 8 is talking about how the pay lines are

       13   created.  So you have a market rate, jobs are

       14   grouped together based on like pay, aged forward

02:58  15   based on at what point you want to assess your pay

       16   competitiveness, and then the total pay range is

       17   getting adjusted.  Those are both for Intel and the

       18   GENI ranges, sorry, and the pay lines, we still

       19   maintain both ranges.

02:59  20        Q.    Okay.  So if you look at starting at line

       21   5, you say, "Third, because there usually was a rise

       22   in market salaries throughout the year, ████████

       23   ████████████████████████████████████████████████

       24   ████████████████████████████████████

       25   ████████████████████████████████████  of

02:59    1    how much or whether to adjust the total pay ranges

         2    for each grade."

         3            Did I read that accurately?

         4        A.    Yes.

02:59    5        Q.    And so what part of that sentence talks

         6    about benchmarking for pay lines?

         7            MR. SHAH:  Object to form.

         8        A.    That one specifically is more about the

         9    GENI ranges.

02:59   10        Q.    Uh-huh.

        11        A.    The process is similar between the two.  I

        12    mean, you're taking job code rates, and based on

        13    your -- based on how many head count you have in

        14    each job code right then, you come to an average

03:00   15    that you set.  So within the GENI ranges, that's

        16    happening for all the grades -- or all the jobs

        17    across that grade.  In the pay lines, it's happening

        18    for only the subset of jobs that are similarly paid

        19    that you have decided should be paid about the same.

03:00   20        Q.    And is determining the budget for pay

        21    lines part of Intel's process?

        22            MR. SHAH:  Object to form.

        23        A.    There aren't budgets by pay lines.

        24        Q.    Sorry, let me withdraw that question.

03:00   25    That was unclear.

03:00   1          Is determining the market rate for pay

        2   lines part of Intel's yearly process?

        3          MR. SHAH:  Object to form.

        4       A.   Yeah.  Doing the benchmark to establish a

03:01   5   market rate is an important step in the budget

        6   development process.

        7       Q.   Is there some reason why you didn't

        8   mention that in paragraph 5?

        9          MR. SHAH:  Object to form.

03:01   10      A.   It's referenced.  Whether -- as to why I

        11  didn't get into the very specifics of it, no

        12  particular reason.

        13      Q.   And I'm sorry, just point me to where it's

        14  referenced.

03:01   15      A.   The process in terms of the market rate

        16  and the job grade combinations and the aging that's

        17  talked about in rows 3 through 8 that we just talked

        18  about.

        19      Q.   Okay, and in rows 3 through 8 it's talking

03:01   20  about it with respect to grade, but Intel also uses

        21  that process with respect to pay lines; isn't that

        22  accurate?

        23      A.   Yes.

        24          MR. SHAH:  Object to form.

03:02   25      Q.   And when we spoke earlier about your

03:02   1    discussion with Dr. Murphy, you recall discussing

2    pay lines on that conversation; isn't that correct?

3              MR. SHAH:   Object to form.

4        A.   I don't recall the specific conversations

03:02   5    that I had with Dr. Murphy.

6        Q.   But you mentioned speaking about pay

7    lines?

8              MR. SHAH:   Object to form.

9        A.   I remember having conversations on some

03:02  10    conference calls with the attorneys about pay lines,

11    but...

12       Q.   Did anyone ever tell you not to talk about

13    pay lines in your declaration?

14       A.   No.

03:02  15       Q.   If you go back to line 8, you say,

16    "Fourth, we analyzed pay competitiveness for our

17    employees and determined how much of a budget was

18    needed to hit our pay goals in each country and

19    grade."

03:02  20              Do you see that?

21       A.   Yes.

22       Q.   What do you mean by "pay competitiveness"?

23       A.   That's the pay relative to ███████████

24    ████████████, not the GENI range.

03:03  25       Q.   Tell me what you mean by that.

03:03   1        A.   So the GENI ranges are the broad ranges

2   that -- where the midpoint is not relevant to any

3   individual job.  It's relevant to the entire set of

4   jobs.  So when we set -- when we're determining

03:03   5   merit budgets, the size of merit budgets, and the

6   size of SMA or which jobs should get SMA, it's

7   relative to pay -- employee pay versus the pay line

8   midpoint, not the GENI range midpoint.

9        Q.   And describe what you mean by "pay goals."

03:03   10        A.   Pay goals is relative to ███████████

11   ████████████████████████████████████████   For

12   some jobs we have goals to be above market.  █████

13   ██████████████   We have some jobs where our goals are

14   still to be ███████████████ like our old philosophy.

03:04   15   So each -- most -- for most jobs, the goal is to be

16   ████████████████ but there's premiums and discounts

17   that are in place based on job location.

18        Q.   And we talked before about the old

19   philosophy versus the new, and my question is:  Does

03:04   20   this refresh your recollection about when that

21   change was made?

22        A.   The decision to move to base pay being

23   more at ██████████████ I believe was made in 2005.

24   The implementation of that decision spread over

03:05   25   multiple years.

03:05  1          Q.    And so were there any other changes to the

2    pay goals during the time period between 2005 and

3    2009?

4          A.    Yes.

03:05  5          Q.    What were they?

6          A.    That would vary by job, whether some jobs

7    moved from an at-market goal to an above-market goal

8    or moved from an above-market goal to an at-market

9    goal.  So jobs can move up or down based on manager

03:05  10   input, business criticality.  Senior manager input,

11   not your director, first-level manager, but more of

12   your senior manager.

13         Q.    Then you say -- I'm on line 10 now --

14   "Fifth, based on the results of this analysis, along

03:05  15   with Intel-specific factors such as company

16   performance, Intel leaders decided how much or

17   whether merit market adjustment and promotion

18   budgets should be delivered to employees."

19               Do you see that?

03:06  20         A.    Yes.

21         Q.    Did I read that correctly?

22         A.    Yes.

23         Q.    And when you say "market adjustment," are

24   you referring to the SMAs that we've talked about?

03:06  25         A.    Yes.

03:06   1        Q.   You then -- you list -- in that sentence

2   you say, "Intel-specific factors, such as company

3   performance."  Are there any other factors that

4   would be taken into account, Intel-specific factors?

03:06   5            MR. SHAH:   Object to form.

6        A.   Yeah.  There's forecasts about future

7   profitability or strength of the company in terms of

8   are we entering into a growth cycle or a down cycle.

9   2009 would be an example where the markets were

03:07   10   very -- it looked like we were heading into a

11   recession so a decision was made not to deliver pay

12   increases.  Other companies were doing layoffs and

13   pay cuts, and Intel decided to freeze pay for

14   employees, so those are the types of factors that

03:07   15   weigh into the decision.

16        Q.   Are there any other Intel-specific factors

17   you can think of right now?

18        A.   Those are the main ones.

19        Q.   Who are the Intel leaders you're referring

03:07   20   to there?

21        A.   By Intel leaders, typically that's the

22   management committee, so it's the senior leaders of

23   each of the business groups, so the seniormost

24   leader of each business group.  Basically Paul's

03:08   25   management team, the CEO's management team.

03:39   1        A.   We wouldn't put any -- we don't have a lot

2   of trust or confidence -- me -- I, as a compensation

3   professional, do not have a lot of trust in

4   self-reported data.  I trust data that's provided

03:39   5   and vetted by a third-party vendor.

6        Q.   What sort of salary information do

7   employees obtain from cold-calling?

8             MR. SHAH:  Object to form.

9        A.   You'd have to ask those employees.

03:40  10        Q.   Well, I'm asking what you meant by "salary

11   information obtained by employees who were

12   cold-called."

13        A.   My reference to that was relative to the

14   case, and was just informing that cold-call or

03:40  15   employee reported data is not part of what we

16   consider when we make market or pricing decisions or

17   budget decisions.

18        Q.   So do you have an understanding of what

19   salary information would be obtained by employees

03:40  20   who were cold-called?

21             MR. SHAH:  Object to form.

22        A.   Well, if somebody's cold-called and that

23   person who was cold-calling them asked how much they

24   made, then you would have access to supposedly how

03:40  25   much they made.  Like I said, self-reported data

03:41    1    doesn't hold a lot of water, doesn't hold a lot of

         2    credibility with me.  I'd prefer to rely on the data

         3    provided by vendors that's reported by the

         4    companies.

03:41    5        Q.   And so cold-calling would provide a source

         6    of information for the employees with the

         7    understanding that that wouldn't be data you would

         8    rely on.

         9             MR. SHAH:  Object to form.

03:41   10        A.   It is data.  It wouldn't be data I would

        11    rely on, yes.

        12        Q.   Then you say, "Google was added to the

        13    list of peer companies for the first time in the

        14    2006 focal year."

03:41   15             Do you see that?

        16        A.   Yeah.

        17        Q.   And is that accurate?

        18        A.   Yes.

        19        Q.   Were you part of the decision to add

03:41   20    Google to the list of peer companies in 2006?

        21        A.   I provided input to it.  It wasn't my job

        22    to make the decision or the recommendation to who

        23    would have decided.  I remember the conversation,

        24    but...

03:42   25        Q.   What were the conversations about adding

03:42   1   Google to the list of peer companies?

2       A.   Managers were asking, "Where is Google on

3   the list?"  I don't -- I think Google started in

4   2004, maybe, something like that.  So it became --

03:42   5   it was relevant to managers, and so if you would

6   say, "Our pay is competitive and Google wasn't on

7   the list," they would be less trusting of your data

8   than by seeing that Google was included.

9       Q.   What's your understanding of why Google

03:42  10   was relevant to managers?

11       MR. SHAH:  Object to form.

12       A.   They're part of the technology industry

13   that we participate in in terms of -- how do we

14   describe it -- line 23 and 24, the blend of

03:43  15   semiconductor, software, networking, and diversified

16   computer companies.  So they were big enough, I

17   guess, at that point that we viewed them as a

18   relevant competitor for talent and products to be

19   included.

03:43  20       Q.   And why was Apple included on the list of

21   competitors?

22       MR. SHAH:  Object to form.

23       A.   Same reason.  We compete with them for

24   products and for talent, so it's important to have

03:43  25   their data in the salary surveys that we participate

Deposition of Daniel Robert McKell                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

03:43    1      in.

         2             Q.    If you look through paragraph 8 -- do you

         3      see that?

         4             A.    Yeah.

03:44    5             Q.    Is paragraph 8, to the best of your

         6      knowledge, true and accurate?

         7             A.    Yes.

         8             Q.    Okay.  And looking at the first sentence

         9      about employee evaluations, does that reflect or is

03:44   10      that consistent with the conversation we've had this

        11      morning about employee ratings?

        12             A.    Yes, those are the guidelines or the

        13      expectations, the actual practices plus or minus

        14      those.

03:45   15             Q.    And the expectations are that there are

        16      certain percentages of employees that are rated in

        17      each of the different categories?

        18             A.    Yes.

        19             Q.    The last sentence of paragraph 8 you talk

03:45   20      about a ███████████████████████.  Do you

        21      see that?

        22             A.    Yes.

        23             Q.    Can you briefly describe what you mean by

        24      that?

03:45   25             A.    So companies -- or as a compensation

Deposition of Daniel Robert McKell          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

03:45    1    practice, there's two main ways that you can deal

         2    with different job markets within the same country.

         3    You can establish separate market ranges for those

         4    locations, or you can apply a geographical

03:45    5    differential, a premium on top of salary ranges.

         6             Intel prefers to ███████████████████

         7    ████████████████████████████████████████████

         8    ████████████████████████████████████████████

         9    ████████████████████████████████████████████

03:46   10    ████████████████████████████████████████

        11    ████████████████████████████████████████████

        12    ████████████████████████████████████████████

        13    ███████████████████████████████

        14             Q.    If you go to paragraph 9, do you see that?

03:46   15             A.    Uh-huh.  Yes.

        16             Q.    Fair to say in paragraph 9 you're talking

        17    about the wide ranges of total pay available within

        18    each grade?

        19             A.    Yes.

03:47   20             Q.    Is everything in this paragraph accurate?

        21             A.    I was looking at page 19 of Exhibit D.

        22    That's page 20.

        23             Q.    And for the record, we're looking at

        24    Exhibit D, and you have said that actually, the

03:47   25    salary ranges you were referring to are listed on

| 03:47 | 1 | page 20 of that document? |
| | 2 | A.   Right. |
| | 3 | Q.   Besides the difference in page number -- |
| | 4 | A.   But yeah, the other is right; correct. |
| 03:48 | 5 | Q.   Looking at page 20 for a second, which is |
| | 6 | Bates number 76583DOC002007_000020, is this an |
| | 7 | accurate listing of the US salary ranges effective |
| | 8 | January 1, 2007, at Intel? |
| | 9 | MR. SHAH:  Object to form. |
| 03:48 | 10 | A.   I believe so. |
| | 11 | Q.   And does this list all of the different |
| | 12 | grades? |
| | 13 | A.   No, it does not. |
| | 14 | Q.   So there are additional grades that are |
| 03:48 | 15 | not included in these salary ranges? |
| | 16 | A.   That's correct. |
| | 17 | Q.   Where are the salary ranges or the grades |
| | 18 | maintained within Intel? |
| | 19 | MR. SHAH:  Object to form. |
| 03:48 | 20 | A.   The salary ranges are housed in the system |
| | 21 | of records.  GENI is the internal name. |
| | 22 | Q.   And as we discussed earlier, all of the |
| | 23 | salary ranges are not available to employees who |
| | 24 | don't work in compensation or HR; is that accurate? |
| 03:49 | 25 | A.   That's right. |

03:49   1        Q.   Turning back to paragraph 9 of your

        2   declaration, you do some calculations between --

        3   regarding the variation between the total pay within

        4   the grade.  Do you see that?

03:49   5        A.   Uh-huh.

        6        Q.   Is that a yes?

        7        A.   Yes.  Sorry.

        8        Q.   And what was the purpose of listing those

        9   calculations in this declaration?

03:49  10        A.   Just to show that there's a lot of

       11   discretion in what a manager can decide to pay an

       12   employee.  Obviously, not ideal or common to say a

       13   grade 3 is making more than a grade 8, given its

       14   scope, but it's possible.

03:50  15        Q.   Why was it important for you to show that

       16   there was a lot of discretion in what a manager can

       17   decide in your declaration?

       18             MR. SHAH:  Object to form.

       19        A.   I don't know.

03:50  20        Q.   In paragraph 9 there's no mention of the

       21   pay lines for the specific jobs, is there?

       22        A.   No.

       23             MR. SHAH:  Object to form.

       24        Q.   And the pay lines are much narrower than

03:51  25   the ranges; is that accurate?

03:51    1              MR. SHAH:  Object to form.

         2         A.   Generally, yes.

         3         Q.   Is there a reason why you didn't include a

         4    discussion of the variance between pay lines in

03:51    5    paragraph 9?

         6              MR. SHAH:  Object to form.

         7         A.   Pay lines, as we've talked about, is --

         8    particularly in the time frame 2005 to 2009, it was

         9    either just being created or solely an end product

03:51   10    used by C&B.  It wasn't available to managers.  It

        11    wasn't shared with managers.

        12              So what's relevant to managers during the

        13    time frame of 2009 was the GENI ranges, because

        14    that's what they had access to, and that's what the

03:51   15    focal tool used to make merit recommendations and

        16    the merit matrices.  So, you know, references to

        17    GENI ranges or not getting into pay line specifics

        18    was more just a function of did it seem relevant to

        19    the point I was trying to make.

03:52   20         Q.   During this time period, Intel was also

        21    ensuring that specific job grades were benchmarked

        22    around pay lines; is that accurate?

        23              MR. SHAH:  Object to form.

        24         A.   Each -- by virtue of having a grade, each

03:52   25    employee would have a GENI salary range and each

| | | |
|---|---|---|
| 03:52 | 1 | employee would be assigned -- each job code would be |
| | 2 | assigned to a pay line, so employees would have -- |
| | 3 | for purposes of our analysis, employees would have |
| | 4 | pay relative to multiple midpoints, not just one. |
| 03:53 | 5 | Q.   And one of those midpoints is the pay |
| | 6 | line? |
| | 7 | A.   One of those is the pay line. |
| | 8 | Q.   In paragraph 10, you say, "Intel's |
| | 9 | individual employee total pay determinations were |
| 03:53 | 10 | not made company-wide, but were made by thousands of |
| | 11 | business unit managers who had discretion with |
| | 12 | respect to the amount and composition of each |
| | 13 | individual's compensation." |
| | 14 | Do you see that? |
| 03:53 | 15 | A.   Yes. |
| | 16 | Q.   Was that discretion limited by the focal |
| | 17 | tools that we've discussed? |
| | 18 | MR. SHAH:  Object to form. |
| | 19 | A.   Not limited.  Like I said, the tool gives |
| 03:53 | 20 | the managers a recommendation, a starting point, and |
| | 21 | the manager can give ten times that or half that. |
| | 22 | It's up to them.  They can overspend budget, they |
| | 23 | can underspend budget.  We don't exert control at a |
| | 24 | direct manager.  It would be to the discretion of |
| 03:54 | 25 | the executive whether to guide managers to change |

| | | |
|---|---|---|
| 03:54 | 1 | their behavior or not.  That would come from the |
| | 2 | management, not from C&B. |
| | 3 | Q.   What was your purpose in including that |
| | 4 | first sentence of paragraph 10? |
| 03:54 | 5 | MR. SHAH:  Object to form. |
| | 6 | A.   Just that managers make the pay decisions. |
| | 7 | They don't -- we make a recommendation and they |
| | 8 | decide.  And so it's not -- in some companies, |
| | 9 | compensation or HR makes the pay decisions, managers |
| 03:54 | 10 | don't have a say into it.  So it was just clarifying |
| | 11 | within our company the practices.  Managers get to |
| | 12 | make that call. |
| | 13 | Q.   Did you understand that it was important |
| | 14 | to Intel's position in opposition to class |
| 03:55 | 15 | certification to characterize these pay |
| | 16 | determinations as individualized? |
| | 17 | MR. SHAH:  Object to the form of the |
| | 18 | question.  And also I'll instruct you not to answer |
| | 19 | to the extent that it calls for you to describe any |
| 03:55 | 20 | attorney/client communication. |
| | 21 | Q.   And I just want to be fair, so if you |
| | 22 | don't have any information to answer my question |
| | 23 | without disclosing attorney communications, you |
| | 24 | don't have to answer. |
| 03:55 | 25 | A.   No, I think the sentence reflects the |

| | | |
|---|---|---|
| 03:55 | 1 | practice.  We have 10,000 managers at Intel.  We |
| | 2 | load recommendations into a tool, and they decide |
| | 3 | the compensation.  It's a -- so the sentence is a |
| | 4 | reflection of practice.  Whether that's important or |
| 03:55 | 5 | not is irrelevant to me.  It's reality of practice. |
| | 6 | Q.   Have you ever heard anyone use the term |
| | 7 | "peanut butter behavior"? |
| | 8 | A.   Yes. |
| | 9 | Q.   What's your understanding of that term |
| 03:56 | 10 | with respect to compensation at Intel? |
| | 11 | MR. SHAH:  Thanks for that clarification. |
| | 12 | Q.   I don't want to know if you have any other |
| | 13 | understanding of it. |
| | 14 | A.   So within Intel, there's various rewards |
| 03:56 | 15 | that managers can allocate to employees.  There's |
| | 16 | base pay increases, there's bonus target increases, |
| | 17 | ratings, stock share levels, promos, job |
| | 18 | assignments, whatever.  So there's a series of |
| | 19 | goodies that a manager can allocate, and peanut |
| 03:56 | 20 | butter means trying to spread it out as far as it |
| | 21 | can go.  And so that might be I give you the best |
| | 22 | rating and middle stock, and to somebody else I give |
| | 23 | the best rating and, you know -- so they -- by |
| | 24 | virtue of spreading out as many positive messages as |
| 03:57 | 25 | they can, they dilute meritocracy.  And so typically |

03:57  1    to a C&B person, peanut buttering is a negative

2    term.  It's managers trying to pay everybody the

3    same so that they don't have to justify paying

4    somebody more.

03:57  5            Within our tools and guidelines, we

6    encourage less peanut buttering, more

7    differentiation.  So if somebody really is your best

8    performer, it's okay that they get the outstanding

9    stock share level 1, maxed-out EB, promotion.  It's

03:58  10   okay to give all of the best rewards to one person

11   if that's really what they have earned.

12        Q.   Did it ever come your attention that

13   managers at Intel had a tendency to engage in peanut

14   butter behavior?

03:58  15        MR. SHAH:  Object to form.

16        A.   We -- in analyzing the data, you could see

17   when managers would not give the full increase to

18   the employees rated outstanding, and instead, give a

19   little bit more to the employee rated successful --

03:58  20   to the 70 percent of the employees rated successful.

21   Whether that was more or less than other companies,

22   I'd probably say they probably still delivered more

23   meritocracy than most other companies on base pay,

24   based on data I've seen about other company

03:58  25   practices relative to different increases by rating.

| | | |
|---|---|---|
| 03:59 | 1 | That said, because it's one of the five |
| | 2 | key tenets of the T-COMP philosophy, meritocracy, it |
| | 3 | was a high priority for us.  And in the time frame |
| | 4 | of this lawsuit, 2005 to 2009, we took -- we put |
| 03:59 | 5 | extra emphasis on meritocracy to the point of |
| | 6 | changing merit matrices so that the outstanding -- |
| | 7 | the raises to outstanding employees would be even |
| | 8 | higher than what we had historically practiced. |
| | 9 | Q.   Is the impact of peanut butter behavior to |
| 03:59 | 10 | decrease pay differential between employees? |
| | 11 | MR. SHAH:   Object to form. |
| | 12 | A.   Yeah.   The more you peanut butter, the |
| | 13 | less differentiation you have.  Some of that varies |
| | 14 | by -- based on the individual, because an individual |
| 04:00 | 15 | may not get outstanding every single year.   So even |
| | 16 | though a manager could be peanut buttering to |
| | 17 | somebody who's been outstanding, they would still |
| | 18 | have pay differentiation better than the person who |
| | 19 | was always successful.   It would have just been |
| 04:00 | 20 | less.   So our desire was to make sure that truly the |
| | 21 | best performers were getting the best rewards, and |
| | 22 | helping managers to -- encouraging managers to do |
| | 23 | that based on the guidelines that we had and what |
| | 24 | the tool recommended. |
| 04:00 | 25 | Q.   Are you aware of any studies that were |

04:00    1    performed at Intel with respect to pay differential?

          2            MR. SHAH:  Object to form.

          3       A.   Pay differential between -- what pay

          4    differential, sorry, are you talking about?

04:01    5       Q.   Between employees.

          6            MR. SHAH:  Object to form.

          7       A.   We did analysis around this time frame

          8    around what we would call repeat high performers

          9    versus nonhigh performers, or average -- repeat

04:01   10    average performers.  So basically like looking at

         11    does somebody who's received multiple outstanding or

         12    exceeds expectations over a three-year period have

         13    higher pay than somebody who hadn't?  So yes, we did

         14    that analysis.

04:02   15       Q.   Paragraph 11.  You say, "Intel did not

         16    have a company-wide policy for responding to current

         17    employees who had received offers from other

         18    companies."

         19            Do you see that?

04:02   20       A.   Yes.

         21       Q.   Is that accurate?

         22       A.   Yes.

         23       Q.   Did you have any involvement in the

         24    process of responding to current employees who

04:02   25    received offers from other companies?

| | | |
|---|---|---|
| 04:02 | 1 | MR. SHAH:  Object to form. |
| | 2 | A.   In my role as a compensation consultant, I |
| | 3 | don't remember specifics, but that would have been |
| | 4 | in the role where, if an employee was deciding |
| 04:02 | 5 | whether to leave Intel or not, and had communicated |
| | 6 | with his or her manager about that, the manager |
| | 7 | could come to me and ask, "What do you think I |
| | 8 | should do," or, "Here's what I want to do.  Is that |
| | 9 | okay?" type thing. |
| 04:03 | 10 | Q.   And did that ever happen? |
| | 11 | A.   I recall having some of those |
| | 12 | conversations, but I can't remember specifics. |
| | 13 | Q.   The last sentence of paragraph 11 you say, |
| | 14 | "I understand that Intel would make a counteroffer |
| 04:03 | 15 | in hopes of retaining an employee where the |
| | 16 | circumstances warranted." |
| | 17 | Do you see that? |
| | 18 | A.   Uh-huh, yes. |
| | 19 | Q.   What's the basis for your understanding? |
| 04:03 | 20 | A.   I have known managers who make a |
| | 21 | counteroffer to an employee that says, "You're being |
| | 22 | offered 10 percent.  We'll give you an out-of-cycle |
| | 23 | pay adjustment." |
| | 24 | Q.   And how does that counteroffer -- or |
| 04:03 | 25 | strike that.  Does that counteroffer impact the pay |

| | | |
|---|---|---|
| 04:03 | 1 | of any of the other employees? |
| | 2 | A.   No. |
| | 3 | Q.   Does that counteroffer have to be within |
| | 4 | budget? |
| 04:04 | 5 | A.   No. |
| | 6 | Q.   Where does the money come from to get -- |
| | 7 | to give that counteroffer? |
| | 8 | A.   Managers have multiple components of |
| | 9 | things that yield to a total spend for a department. |
| 04:04 | 10 | So salaries is one component.  Travel, |
| | 11 | entertainment, training, head count.  So each group |
| | 12 | has a defined dollar target that they have committed |
| | 13 | to hitting by the end of the year, and like with the |
| | 14 | focal budget, some will be over and some will be |
| 04:04 | 15 | under, and as long as they're at budget, then you |
| | 16 | know people are -- things are okay. |
| | 17 | So a manager who's making a decision to |
| | 18 | raise the pay for one employee out of cycle -- they |
| | 19 | would still have their commitment to meet their |
| 04:05 | 20 | year-end target.  They wouldn't get relief or -- |
| | 21 | there was no bucket of money from which they could |
| | 22 | pull to do those types of things.  They would just |
| | 23 | have to hit their year-end budget. |
| | 24 | Q.   So the money for the counteroffer would |
| 04:05 | 25 | have to come from the total spend? |

04:05   1       A.   Yes.

        2       Q.   And you say in that sentence "where the

        3   circumstances warranted."  Do you see that?

        4       A.   Yeah.

04:05   5       Q.   What do you mean by that?

        6       A.   Not all employees are worth -- just

        7   because you match an offer doesn't mean the employee

        8   is going to stay long-term, or that they're going to

        9   be engaged or committed to the company.  So -- and

04:06  10   just because an employee can go and get money

       11   elsewhere doesn't mean the manager would want to pay

       12   them more to keep them here.  So some employees are

       13   worth letting go, and saying, you know,

       14   "Congratulations, best of luck to you."

04:06  15           Other employees, because of their skill

       16   set or the thing that they're working on, some

       17   critical project, are worth making a counteroffer to

       18   see if it succeeds in keeping them.  So each manager

       19   would have to make those determinations on a

04:06  20   case-by-case basis of, is this employee worth it or

       21   not, and then decide.

       22       Q.   Paragraph 13, you say, "If an individual

       23   employee received greater compensation in response

       24   to an offer from another company," and by that you

04:07  25   mean greater compensation from Intel; is that right?

Deposition of Daniel Robert McKell                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| 04:13 | 1 | MR. SHAH:  Object to form. |
| | 2 | A.   Those are based on the decisions around |
| | 3 | the competitor list, the peer list, the 29 |
| | 4 | companies.  So once you -- once we decided that |
| 04:13 | 5 | that's the peer list, then those are the set of |
| | 6 | companies that we would say we want a cut at least |
| | 7 | of that data, and then we'll typically get like |
| | 8 | this -- in this case, the all tech in row 24, to |
| | 9 | say, every company, just in case we don't get a |
| 04:14 | 10 | market rate for the peer list, it gives us another |
| | 11 | data point from which to -- or to use for our |
| | 12 | analysis purposes. |
| | 13 | Q.   And who is in charge of making those |
| | 14 | requests within Intel? |
| 04:14 | 15 | A.   During the time of this, it would have |
| | 16 | been Lisa Yeager. |
| | 17 | Q.   And in Exhibit F, you just attached the |
| | 18 | June 2009 data.  Are you aware of whether, at any |
| | 19 | point between 2005 and 2009, the Radford report did |
| 04:14 | 20 | not include ███████████████████████████ |
| | 21 | ███████████ |
| | 22 | MR. SHAH:  Object to form. |
| | 23 | A.   I don't know.  You'd have to look at |
| | 24 | each -- at each year and who participated.  Not |
| 04:14 | 25 | every company participates every year, so -- or some |

| | | |
|---|---|---|
| 04:14 | 1 | join a survey like -- I don't know when Google |
| | 2 | started participating in Radford. |
| | 3 | Q.   If you look at paragraph 15, is everything |
| | 4 | in paragraph 15 true and accurate? |
| 04:15 | 5 | A.   Yes. |
| | 6 | Q.   Okay.  If you would look at Exhibit B, |
| | 7 | which is the salary ranges, merit matrices, promo |
| | 8 | guidelines, and budget, and flip to page 8.  Do you |
| | 9 | see that? |
| 04:16 | 10 | A.   Moving salary ranges? |
| | 11 | Q.   Yes.  So there's a slide on page 8 called |
| | 12 | moving salary ranges.  You can take a second and |
| | 13 | read through it, if you want, and let me know when |
| | 14 | you're ready. |
| 04:16 | 15 | A.   Okay.  Okay. |
| | 16 | Q.   And is everything on this slide a fair |
| | 17 | description of the process for moving salary ranges? |
| | 18 | A.   Yeah, I think so. |
| | 19 | Q.   The first sentence says, "Once ranges are |
| 04:17 | 20 | established, they usually must be 'moved' to remain |
| | 21 | competitive with the market." |
| | 22 | Do you see that? |
| | 23 | A.   Yes. |
| | 24 | Q.   And why is it that they must be moved to |
| 04:17 | 25 | remain competitive with the market? |

04:17    1        A.    Because the underlying data that -- so the

2        data we get from salary surveys to establish a

3        range -- then people get raises at other companies,

4        which means your data set has moved, and so you need

04:17    5        to move the ranges each year to reflect what's

6        happened in the market.  In the case where lots of

7        companies don't move ranges, then maybe you don't

8        need to move ranges.  But you at least look at it

9        each year to decide if it needs to happen.

04:17   10        Q.    On the next slide, which is page 9, the

11       top is "Salary range movement process."  Do you see

12       that?

13       A.    Yes.

14       Q.    Is that an accurate description of the

04:18   15       salary range movement process?

16       A.    Yeah.

17       Q.    And what's "range penetration"?

18       A.    Range penetration is how many employees

19       are in each quartile of the range.  So distribution,

04:18   20       range distribution, would be another term.

21       Q.    Why is range penetration important to

22       salary range, salary range movement process?

23       A.    It's a data point around how are your

24       employees situated around what you have defined to

04:18   25       be the midpoint.  It's a consideration, not the

04:19     1    consideration or the main consideration.  So it's

          2    just a data point to look at.

          3        Q.   How would that data point impact whether a

          4    salary range should move?

04:19     5            MR. SHAH:  Object to form.

          6        A.   I don't know that that would -- the

          7    different salary range distribution points would

          8    honestly change your decision that much on what to

          9    move to the midpoints.  To some extent, you want to

04:19    10    make sure the employees have opportunity for pay

         11    growth.  And so within our ranges, because they

         12    cover all those jobs, that's where you might look at

         13    it to say, "Do I want to extend the max a little bit

         14    more than what I have in the past because of

04:20    15    different distributions that exist by business

         16    group?"

         17            But the main point would be the external

         18    data.  It would be your primary consideration in

         19    what to move, how to move the ranges.

04:20    20        Q.   Okay, if you could turn to -- it's not a

         21    page number, but a couple of pages further, the

         22    Bates stamp is 000015.  It says "Merit matrix

         23    example" on it.

         24        A.   Yeah.

04:20    25        Q.   Do you see that?

04:20    1        A.    Yes.

2        Q.    And is that an accurate modeling of what

3    the merit matrix that we have been discussing looks

4    like?

04:20    5        A.    Yeah.  That would be an example of the

6    merit matrix from this particular case, the head

7    count percentage in each quartile at the top.  I

8    don't know which one -- what it's referring to or

9    what population it's referencing, but the model is

04:21   10    accurate.

11        Q.    If you flip back to a couple of pages, the

12    document with the Bates stamp 12 on the bottom, it

13    says "New this focal."

14        A.    Okay.

04:21   15        Q.    You see midway through, there's something

16    called a "target reference range"?

17        A.    Okay.

18        Q.    And are you familiar with the term "target

19    reference range"?

04:21   20        A.    I think that -- I believe that's the same

21    as the pay line.

22        Q.    Okay.  So target reference range, it's

23    your understanding, is similar to pay line?

24        A.    Yeah.

04:22   25            MR. SHAH:  Object to form.

04:22 1   Q. If you flip to Exhibit C, and if you would

2 turn to page 10 -- actually, sorry, turn to page 16.

3    A. Okay.

4    Q. If you look in the slide that's pictured,

04:23 5 it says "Supplemental surveys."  Do you see that?

6    A. Yes.  Yes.

7    Q. And for the record, this is document

8 Bates-stamped 76583DOC007702.  At the bottom it

9 says, "Guidelines for determining a survey's legal

04:23 10 compliance and effectiveness."

11    Do you see that?

12    A. Yes.

13    Q. And it says, "Data cannot reflect any

14 factor that may allow someone to identify a

04:23 15 participating organization."

16    Do you see that?

17    A. Yes.

18    Q. Is that consistent with the restrictions

19 we talked about earlier with respect to sharing of

04:23 20 compensation data between companies?

21    MR. SHAH:  Object to form.

22    A. Some of these I am familiar with.  Other

23 of them I am not as much.

24    Q. Okay.

04:24 25    A. What was your question?

04:24   1         Q.   Are you familiar with the first bullet

2    point?

3         A.   I'm not.

4         Q.   Okay.  Turn to page 26 of that exhibit.

04:24   5    It has a Bates stamp ending in 7712.

6         A.   Okay.

7         Q.   You see this slide is titled "focal budget

8    strategy."  Do you see that?

9         A.   Yes.

04:24   10         Q.   And four bullets points down, it says,

11    "Depending on current year position to market it may

12    take a few years to reach the base pay goals."

13              Do you see that?

14         A.   Yes.

04:25   15         Q.   What does that mean?

16         A.   It means that just because we have a

17    change in strategy doesn't mean we implement it

18    immediately.

19         Q.   So the first bullet point says, "If behind

04:25   20    the goals, a few focal cycles, (e.g., two to three

21    years) to catch the market, i.e., the three-year SMA

22    strategy kicked off in 2006."

23              Do you see that?

24         A.   Yes.

04:25   25         Q.   And what was the SMA strategy kicked off

04:25   1   in 2006?

2       A.   So that was the change in the base pay

3   strategy to be at market versus behind market.  So

4   when they decided to move base pay to market, the

04:25   5   decision was to do that over a three-year period,

6   not do it in a one-year move.

7       Q.   The next bullet point says, "However, hot

8   jobs may require an immediate fix to address market

9   position issues."

04:26   10       Do you see that?

11       A.   Yes.

12       Q.   And is that consistent with your

13   understanding of how SMAs would work?

14       MR. SHAH:   Object to form.

04:26   15       A.   Yeah.  A job where the market for that job

16   was moving faster than other jobs and so our market

17   position was deteriorating.  Those would be

18   candidates for SMA.

19       Q.   We talked about POM, or position of

04:26   20   market, earlier.

21       A.   Yes.

22       Q.   Can you define that?

23       A.   Position of market would be your -- you

24   take the -- let's say I was looking at it for grade

04:27   25   5s in the US.  I would take the average pay of Intel

04:27   1    grade 5s and divide it by the market median to get a

2    position of market.  So 100 percent would be our pay

3    was at market with the midpoint.

4        Q.   You can put this document aside.  Let's go

04:27   5    off the record for five minutes.

6            (A discussion was held off the record.)

7            (Recess from 4:27 p.m. to 4:40 p.m.)

8        Q.   Mr. McKell, is there any reason why you

9    can't continue to give me your best testimony?

04:40   10       A.   No.

11       Q.   Okay.  You use the term "internal equity"

12   at Intel?

13       A.   Yes.

14       Q.   What does it mean?

04:40   15           MR. SHAH:  Object to form.

16       A.   Internal equity means fairness.

17   Typically, when we talk about internal equity, it's

18   how employees are paid relative to each other.  It

19   can also be part of that -- "egalitarian" is another

04:40   20   term that we would say -- so from an internal equity

21   perspective, everybody participates in stock even

22   though they have different grades.  So it has

23   multiple meanings depending on the specific context,

24   but generally it means fairness.

04:41   25       Q.   I hand you a document that has previously

| | | |
|---|---|---|
| 04:41 | 1 | been marked Exhibit 398.  And I'm not going to ask |
| | 2 | you about most of it, but you should feel free to |
| | 3 | make yourself as comfortable with that document as |
| | 4 | you want. |
| 04:41 | 5 | (Exhibit 398 previously marked.) |
| | 6 | Q.   Sir, do you recognize this document? |
| | 7 | A.   It's a staffing document about managers |
| | 8 | using the offer tool for external offers.  So I |
| | 9 | don't -- yeah.  I recognize it. |
| 04:42 | 10 | Q.   What's the purpose of this document? |
| | 11 | MR. SHAH:  Object to form. |
| | 12 | A.   To help managers use the tools that are |
| | 13 | available to develop an offer for somebody coming |
| | 14 | from outside the company. |
| 04:42 | 15 | Q.   Are you familiar with the tools available |
| | 16 | to develop an offer for someone coming outside the |
| | 17 | company? |
| | 18 | A.   Personally, no. |
| | 19 | Q.   In your role in compensation, have you |
| 04:42 | 20 | ever had any involvement with those tools? |
| | 21 | MR. SHAH:  Object to form. |
| | 22 | A.   No. |
| | 23 | Q.   Okay.  Who within Intel helps to create |
| | 24 | policies around developing an offer for someone |
| 04:42 | 25 | coming from outside the company? |

04:42    1              MR. SHAH:  Object to form.

         2          A.   The staffing organization.

         3          Q.   Since you have been at Intel, have you had

         4     any responsibilities with respect to recruiting of

04:43    5     employees?

         6          A.   No.

         7          Q.   Do you have any personal knowledge of

         8     practices of recruiters at Intel?

         9              MR. SHAH:  Object to form.

04:43   10          A.   Can you be more specific?

        11          Q.   Sure.  Do you have any personal knowledge

        12     as to how recruiters at Intel recruit talent?

        13          A.   Yes.

        14          Q.   Okay.  What's your understanding of how

04:43   15     recruiters at Intel recruit talent?

        16          A.   They can go to job fairs, search job

        17     boards, Monster.com, those types of things, to find

        18     candidates who they think might be interested.

        19     There's also employees who submit their resume

04:44   20     straight to Intel that express an interest in

        21     coming.  So they can engage with search firms,

        22     headhunters, to identify, so there's various ways to

        23     do it.

        24          Q.   Do you have any personal knowledge as to

04:44   25     whether recruiters at Intel use cold-calling as one

04:44   1    means of recruiting?

        2          A.   I don't.

        3          Q.   If you turn to page 7 of this document,

        4    398.

04:44   5          A.   Okay.

        6          Q.   The top says, "Step 11, internal equity

        7    report."

        8               Do you see that?

        9          A.   Yes.

04:44   10         Q.   Are you familiar with that type of report?

        11         A.   Yes.

        12         Q.   What is it?

        13         A.   It's a query within our HR system of

        14    record where staffing could identify pay for

04:45   15    employees in -- depending on what criteria they put

        16    into the query, you could get to, you know, grade 5

        17    manufacturing engineer in Santa Clara, to see what

        18    we pay those employees.

        19         Q.   If you turn the page to page 8 of this

04:45   20    document.

        21         A.   Yes.

        22         Q.   You see at step 14, there's a definition

        23    of internal equity?

        24         A.   Yes.

04:45   25         Q.   I want you to read it and ask you if you

Deposition of Daniel Robert McKell            In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

04:45    1    agree with it.

         2            A.   Okay.

         3            Q.   "Internal equity is defined as a fairness

         4    criterion comparing comparable Intel jobs using

04:45    5    education, experience, and skill level and

         6    performance and timing of next review period.

         7    ████████████████████████████████████████████████

         8    ███████████████████████████████████████████

         9    ██████████████████████████  ████████████████

04:45   10    ██████████████████████████████████████████████

        11    ███████████████████████████████████████████████

        12    ████████████████████████████████

        13            Do you see that?

        14            A.   Yes.

04:46   15            Q.   Is that an accurate definition of internal

        16    equity?

        17            MR. SHAH:  Object to form.

        18            A.   I think it's a fair definition.

        19            Q.   Okay.  I'm going to hand you a document

04:46   20    that has been marked Exhibit 2031.

        21            (Exhibit 2031 marked.)

        22            MS. SCHALMAN-BERGEN:  I believe that this

        23    document was also marked as Defendants' 89, but I

        24    don't have that copy with me.

04:46   25            MR. SHAH:  Okay.

| 04:46 | 1 | Q.   (By Ms. Schalman-Bergen)  Why don't you |
| | 2 | take a look at that document again.  I'm not going |
| | 3 | to ask you questions about every page, but you can |
| | 4 | familiarize yourself with it.  For the record, this |
| 04:46 | 5 | document is Bates-stamped 40012DOC000638. |
| | 6 | MR. SHAH:  Actually, just so the record is |
| | 7 | clear, I think you should read the Bates number at |
| | 8 | the bottom left-hand corner. |
| | 9 | MS. SCHALMAN-BERGEN:  Oh, okay. |
| 04:47 | 10 | 76512DOC000638, and it goes through 677. |
| | 11 | Q.   (By Ms. Schalman-Bergen)  Okay? |
| | 12 | A.   Okay. |
| | 13 | Q.   I'm just going to ask you one question |
| | 14 | about this document, which is to turn to page 22 of |
| 04:47 | 15 | the document. |
| | 16 | A.   Okay. |
| | 17 | Q.   Okay?  The title of this slide is |
| | 18 | "Internal equity report example."  Do you see this? |
| | 19 | A.   Yes. |
| 04:47 | 20 | Q.   Okay.  Then it looks like there are some |
| | 21 | names.  Do you see that? |
| | 22 | A.   Yes. |
| | 23 | Q.   Does this look like an example of the |
| | 24 | internal equity report referenced in Exhibit 398? |
| 04:48 | 25 | MR. SHAH:  Object to form. |

Deposition of Daniel Robert McKell        In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| 04:48 | 1 | A. This looks like the data I would expect to |
|---|---|---|
| | 2 | find for somebody looking at internal equity, yes. |
| | 3 | Q. And tell me how to interpret this report |
| | 4 | if you were looking at it. |
| 04:48 | 5 | MR. SHAH: Object to form. |
| | 6 | A. So in this case, the site is Folsom, and |
| | 7 | then you have the employee name, the job title. |
| | 8 | They all share the same job title. They're all in |
| | 9 | the same grade. So obviously, they're looking to |
| 04:48 | 10 | hire a grade 6 CAD engineer into Folsom. |
| | 11 | So then it has each of their -- ▅▅▅ |
| | 12 | ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ ▅▅ |
| | 13 | ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ |
| | 14 | ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ |
| 04:48 | 15 | ▅▅▅▅▅▅▅▅▅ ▅▅▅▅▅▅▅▅▅ |
| | 16 | ▅▅▅ ▅▅▅▅▅▅▅▅ ▅▅▅▅▅▅▅ |
| | 17 | ▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅▅ |
| | 18 | ▅▅▅▅ |
| | 19 | Q. And how would you use this type of report? |
| 04:49 | 20 | MR. SHAH: Object to form. |
| | 21 | A. So I would use this to say I can see that |
| | 22 | the pay range -- the base salary for the grade 6 in |
| | 23 | Folsom ranges from a low of ▅▅▅▅ up to a high of |
| | 24 | ▅▅▅. And that would be a useful benchmark |
| 04:49 | 25 | relative to bringing somebody in, to decide where |

Deposition of Daniel Robert McKell                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 04:49 | 1 | they should be relative to that range.  Should they |
| | 2 | be below it, in the middle of it, above it, |
| | 3 | depending on their experience and skill set and |
| | 4 | those types of things in the interview process. |
| 04:49 | 5 | Q.  ████████████████████████ |
| | 6 | ███████████████████████████ |
| | 7 | ████████ |
| | 8 | A.  ██████████ |
| | 9 | Q.  █████ |
| 04:50 | 10 | A.  ████████████ |
| | 11 | Q.  ████████████████████████ |
| | 12 | ████████████████████ |
| | 13 | A.  ████ |
| | 14 | Q.  You can put that document to the side. |
| 04:50 | 15 | (Exhibit 2032 marked.) |
| | 16 | Q.  I'm handing you a document I have marked |
| | 17 | as Exhibit 2032.  Why don't you take a moment to |
| | 18 | review it.  For the record, this is a document |
| | 19 | Bates-stamped 76657DOC004396 through 98. |
| 04:51 | 20 | MS. SCHALMAN-BERGEN:  While you're |
| | 21 | reviewing, if people want to go off the record for a |
| | 22 | second to get coffee, I would be happy to do that. |
| | 23 | (A discussion was held off the record.) |
| | 24 | (Recess from 4:52 p.m. to 4:54 p.m.) |
| 04:54 | 25 | Q.  While I got my coffee, is there any reason |

| | | |
|---|---|---|
| 04:54 | 1 | that you couldn't continue to give me your best |
| | 2 | testimony? |
| | 3 | A.   No, I'm good. |
| | 4 | Q.   Okay.  Okay.  Have you had a chance to |
| 04:54 | 5 | review this document, Exhibit 2032? |
| | 6 | A.   Yes. |
| | 7 | Q.   Okay.  What do you recognize it to be? |
| | 8 | A.   Sorry, what did you say? |
| | 9 | Q.   What do you recognize this document to be? |
| 04:55 | 10 | A.   An e-mail exchange between several |
| | 11 | individuals, so -- Tom Galvin at the time was the |
| | 12 | VP -- or not VP.  Director of compensation and |
| | 13 | benefits at Intel. |
| | 14 | Q.   This is an e-mail chain.  The top e-mail |
| 04:55 | 15 | is from you; is that accurate? |
| | 16 | A.   Yes. |
| | 17 | Q.   Okay.  And do you send and receive e-mail |
| | 18 | in the ordinary course of your business? |
| | 19 | A.   Yes, all the time. |
| 04:55 | 20 | Q.   More than you want, probably. |
| | 21 | A.   Probably. |
| | 22 | Q.   What's your e-mail address at Intel? |
| | 23 | A.   Danny.McKell@Intel.com. |
| | 24 | Q.   Has that been your e-mail address |
| 04:55 | 25 | throughout the time you have been at Intel? |

04:55    1          A.    Yes.  I think it might have changed at the

         2    start, but yeah, for the last...

         3          Q.    And do you recall sending this e-mail, the

         4    top e-mail, that's in Exhibit 2032?

04:56    5          A.    Prior to your showing it to me, I don't,

         6    but I do now.

         7          Q.    Do you have any reason to believe that you

         8    did not send this e-mail?

         9          A.    No.

04:56   10          Q.    What's the subject matter of this e-mail

        11    chain?

        12          MR. SHAH:  Object to form.

        13          A.    There was some high-level messaging that

        14    was going out to BGHR, business group HR, about

04:56   15    focal budgets and looking for them to support and be

        16    able to articulate why the focal budgets for 2005

        17    were what they were.  And so it was a way to help

        18    BGHR deal with questions that they would get from

        19    managers who would be getting them from employees.

04:57   20    So kind of an education.  That was the initial from

        21    Brent Jensen and Michael Jordan.  Devra Johnson is

        22    an HR manager who obviously had some issues with the

        23    communication, and some confusion around it, which

        24    she sent to Michael Jordan's boss, which was Tom

04:57   25    Galvin, and Gabbi Thompson, Gabriella Thompson, and

04:57   1   at some point I got copied on the exchange and

2   offered my opinion.

3         Q.   I would like to know, but I'm not going

4   to.  Michael Jordan is not the basketball player;

04:57   5   fair?

6         A.   No.

7         Q.   Okay.  An employee at Intel?

8         A.   He's a white guy.

9         Q.   All right.  Devra Johnson is in HR; is

04:58   10   that right?

11        A.   She's an HR manager.

12        Q.   What was your job title in the time of

13   this e-mail exchange?

14        A.   I was a compensation consultant.

04:58   15        Q.   Was this focal prior to the focal where

16   there was a compensation change in base salary that

17   we've discussed?

18        A.   Yeah, this would have been focal 2005, so

19   2006 was where we started the change.

04:58   20        Q.   Okay.  And Ms. Johnson has some concerns

21   about the messaging, is that fair to say?

22        A.   Yes.  Yes.

23        Q.   In this third paragraph, you see she says,

24   "We are not consistent with our philosophies, and

04:59   25   managers and employees, especially in the US, do not

| 04:59 | 1 | get the logic." |
| | 2 | Do you see that? |
| | 3 | A.   Yes. |
| | 4 | Q.   "Additionally, yes, the market says |
| 04:59 | 5 | salaries will increase by ███████ in US, and we |
| | 6 | are delivering ██████.  But what they don't say |
| | 7 | is that they are paying employees to job" -- she |
| | 8 | says "hob" -- ████████ higher.  So the only |
| | 9 | way a US employee can get a raise is to change |
| 04:59 | 10 | jobs." |
| | 11 | Do you see that? |
| | 12 | A.   Yes. |
| | 13 | Q.   Do you think she meant "job hop"? |
| | 14 | A.   I don't know. |
| 04:59 | 15 | MR. SHAH:  Object to form. |
| | 16 | Q.   Okay.  Do you agree with Ms. Johnson's |
| | 17 | assessment that the only way a US employee can get a |
| | 18 | raise is to change jobs? |
| | 19 | MR. SHAH:  Object to form. |
| 04:59 | 20 | A.   I don't. |
| | 21 | Q.   Had you heard that employees would receive |
| | 22 | ████████ increase in pay if they were hired |
| | 23 | somewhere else? |
| | 24 | MR. SHAH:  Object to form. |
| 05:00 | 25 | A.   We had heard anecdotally that some |

| | | |
|---|---|---|
| 05:00 | 1 | employees reported that that's what they had |
| | 2 | received.  Whether that was true or not, I can't |
| | 3 | say. |
| | 4 |     Q.   Do you recall the circumstances of these |
| 05:00 | 5 | anecdotal reports? |
| | 6 |     MR. SHAH:  Object to form. |
| | 7 |     A.   It would be from managers or BGHR who had |
| | 8 | talked to managers, so I wouldn't say it was a |
| | 9 | common occurrence.  We would just hear stories about |
| 05:00 | 10 | it, so it was sort of common knowledge that some |
| | 11 | people would leave for supposedly big raises. |
| | 12 |     Q.   Were those anecdotes parts of the |
| | 13 | consideration that factored into increasing the base |
| | 14 | salary pay? |
| 05:01 | 15 |     MR. SHAH:  Object to form. |
| | 16 |     A.   I don't think so.  An employee -- managers |
| | 17 | would infer from employee reports of the type of pay |
| | 18 | that they were getting at the next company to be a |
| | 19 | sign of underpaying to the market, versus asking, |
| 05:01 | 20 | are they doing the same job at that company that |
| | 21 | they have just moved to?  Or is the ███████ |
| | 22 | increase part of a promotion which would be more in |
| | 23 | line with what they would have received had they |
| | 24 | stayed at Intel? |
| 05:01 | 25 |     So I think there were other more |

05:01   1    compelling reasons why we decided to █████████

2    ████████████████████████████████████████████

3    ████████

4            During this time, again, my recollection

05:02   5    was turnover was low, so if you're ███████████

6    below market, I would expect turnover to be a lot

7    higher.

8        Q.   The next paragraph, she says, "There you

9    have it, the challenge isn't in presenting the

05:02   10   material, it's in our inconsistency in our

11   philosophy.  They get it, they don't like it, don't

12   agree with it, and find it impossible to motivate

13   their solid/successful employees without a fair

14   merit increase."

05:02   15           Do you see that?

16       A.   Yes.

17       Q.   Okay.  Was that consistent with

18   information you were hearing from managers at the

19   time?

05:03   20           MR. SHAH:  Object to form.

21       A.   I think there are some people that would

22   agree with Devra's sentiment.  I don't know how

23   widespread it was.  Yeah.

24       Q.   The next paragraph she says, "Now for my

05:03   25   unemotional input:  We live in a culture where

Deposition of Daniel Robert McKell                     In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

05:04    1    are successfuls and telling them Thank you, and

          2    here's your ██████████ isn't right"?

          3         MR. SHAH:  Object to form.

          4      A.   She's expressing an opinion of senior

05:05    5    managers that she's met with.

          6      Q.   And if those managers had said -- had

          7    articulated that complaint to her, what did you

          8    understand that complaint to mean?

          9         MR. SHAH:  Object to form.

05:05   10      A.   In 2005, everybody was wanting a return to

         11    the budgets we had in the 1990s, where, you know,

         12    the average raise was 4, 5, 6 percent.  The reality

         13    was, markets changed, market in the US in particular

         14    slowed down, and where 5 percent might have been the

05:05   15    norm in the 1990s, 3 percent was the norm in the

         16    2000s.  And a couple of years in there where, at

         17    least within Intel, there weren't raises at all.

         18         So I think it was just managers thinking

         19    that there wasn't a new normal.  They wanted it to

05:06   20    be like it was in the 1990s, and the market wasn't

         21    hot like it was in the 1990s.  It was a different

         22    market, and they just hadn't reset their

         23    expectations.  So that's -- for me, it's -- the

         24    issue isn't whether it was unfair or not.  It was

05:06   25    managers were thinking that the way it used to be

| | | |
|---|---|---|
| 05:06 | 1 | was the way it should be. |
| | 2 | Q.   And what did you understand the complaint |
| | 3 | to be with respect to saying "Most of our workers |
| | 4 | are successfuls"? |
| 05:06 | 5 | MR. SHAH:  Object to form. |
| | 6 | A.   It's -- the guideline distribution assumes |
| | 7 | 60 to 70 percent, so the majority are going to be |
| | 8 | rated successful. |
| | 9 | Q.   And as a consequence, would they be |
| 05:07 | 10 | compensated similarly? |
| | 11 | A.   Yeah. |
| | 12 | MR. SHAH:  Object to form. |
| | 13 | Q.   Okay. |
| | 14 | A.   They would be recommended for smaller |
| 05:07 | 15 | raises than an outstanding or exceeds that I already |
| | 16 | described. |
| | 17 | Q.   If you turn to the first page of this |
| | 18 | document, Tom Galvin, at the bottom of the document, |
| | 19 | writes a response to Michael Jordan, copying you. |
| 05:07 | 20 | Do you see that? |
| | 21 | A.   Yes. |
| | 22 | Q.   And midway through, he -- I'll read it |
| | 23 | starting the second sentence.  Or strike that. |
| | 24 | Let's go back.  Who is Tom Galvin? |
| 05:07 | 25 | A.   He was the director of compensation and |

| | | |
|---|---|---|
| 05:07 | 1 | benefits at Intel at the time. |
| | 2 | Q.   So in the second sentence he says, "Part |
| | 3 | of the issue is that Devra believes that we target |
| | 4 | T-cash to be at market average as opposed to hitting |
| 05:08 | 5 | a particular level of T-cash based on our expected |
| | 6 | financial performance." |
| | 7 | Do you see that? |
| | 8 | A.   Yes. |
| | 9 | Q.   And then he says, "This is Danny's |
| 05:08 | 10 | complaint, too.  They want to know that we are |
| | 11 | targeting a higher level when we are expecting to |
| | 12 | outperform the market financially." |
| | 13 | Do you see that? |
| | 14 | A.   Yes. |
| 05:08 | 15 | Q.   And did you understand "Danny" to be |
| | 16 | referring to you in that sentence? |
| | 17 | A.   Yes. |
| | 18 | Q.   And was that an accurate statement?  Did |
| | 19 | you share that complaint as described by Mr. Galvin? |
| 05:08 | 20 | A.   I had. |
| | 21 | MR. SHAH:  Object to form. |
| | 22 | A.   I had. |
| | 23 | Q.   And what was your complaint? |
| | 24 | A.   At the time we hadn't specified pay goals. |
| 05:08 | 25 | And so absent a specific goal, it was hard to |

05:08   1    communicate to employees what we were trying to

        2    achieve.  And so it was shortly after this that, you

        3    know, we got the executives to agree that ████████

        4    ███████████████████████████████████████████

05:09   5    ████████████████████████████████████████████

        6    ███████████████████, that we had been at a standard

        7    that we could communicate to employees and say,

        8    "This is our goal."

        9         Q.   Thanks.  You can put that document aside.

05:09  10              I'm going to hand you a document I have

       11    marked as Exhibit 2033.

       12              (Exhibit 2033 marked.)

       13         Q.   For the record, this document is Bates

       14    stamped 76657DOC004599.  This is an e-mail between

05:10  15    Danny McKell and Gary Boyle copying Paula Cooney and

       16    Elizabeth Waterman, dated February 22nd, 2005,

       17    subject:  Feb MSR from McKell.  Ready?

       18         A.   Yep.

       19         Q.   Okay.  Have you seen this document before?

05:10  20         A.   Yes.

       21         Q.   Did you write this document?

       22         A.   I did.

       23         Q.   Okay.  What's the -- what do you

       24    understand or what did you mean by Feb MSR?

05:10  25         A.   This was a February monthly status report

05:10   1   that I wrote to my manager.

2        Q.   And would you write monthly status reports

3   on a regular basis at that time?

4        A.   At that time, writing monthly status

05:11   5   reports was an expectation, yes.

6        Q.   There are a couple of different headers.

7   And I want to read from the first bullet point in

8   the second header.

9        A.   Okay.

05:11   10       Q.   So it says, "Worked with CTM to push out

11   the date of recommunicating salary reduction

12   percentages associated with the move to OR."

13            Do you see that?

14       A.   Yes.

05:11   15       Q.   What's CTM?

16       A.   CTM was a business group that I supported.

17       Q.   What does it stand for?

18       A.   California Technology Manufacturing, I

19   think.

05:11   20       Q.   What's OR?

21       A.   Oregon.

22       Q.   Okay.  Then you say, "Since internal

23   equity is the primary concern and most moves likely

24   to happen in Q2/Q3 of each year, we decide to push

05:12   25   the calculations until we have post-focal data for

05:12    1    comparisons."

         2             Do you see that?

         3        A.   Yes.

         4        Q.   What did you mean by "Internal equity was

05:12    5    the primary concern"?

         6        A.   So CTM had a development fab in Santa

         7    Clara, and they were closing it down and offering

         8    the employees a chance to move to Oregon to keep

         9    their jobs.  Within the nonexempts, ███████████

05:12   10    ████████████████    ███████████████████████████

        11    ████████████████████    and so my comment

        12    here was ████████████████████████████████████████

        13    ████████████████████████████████████████

        14    ██████████████████████    It would be better to wait

05:12   15    to see what their focal increases were, which we

        16    would know on April 1st, rather than doing the

        17    analysis now and then having to redo the analysis

        18    after focal increases had become effective.

        19        Q.   And why was internal equity the primary

05:13   20    concern?

        21        A.   They were worried about -- for the

        22    employees that would join from -- who would ███

        23    ██████████████████████████  if they were to -- we

        24    had to set their pay close enough to ███████████

05:13   25             ██████████████████  that it wouldn't cause a lot of

05:13    1    thrash around ███████████████████████████

         2    ███████████████████████████████████████████

         3    So --

         4         Q.   You said "trash"?

05:13    5         A.   Thrash.  T-H-R-A-S-H.  Angst.

         6         Q.   The next bullet point says, "Presented

         7    data to the top technologist team in CTM re: recent

         8    new hire activity and the impact to internal equity.

         9    Surprisingly enough, internal equity looks pretty

05:14   10    good, even though there have been a few offer

        11    exceptions."

        12         Do you see that?

        13         A.   Yes.

        14         Q.   Okay.  What type of data were you

05:14   15    presenting there?

        16         MR. SHAH:  Object to form.

        17         A.   It looks like I was doing analysis based

        18    on people they had just hired in, relative to people

        19    who had been here for some period of time.

05:14   20         Q.   And what did you mean by "Internal equity

        21    looks pretty good"?

        22         A.   That the people that they had brought in

        23    were generally being paid about the same as existing

        24    Intel employees.

05:14   25         Q.   Why was that something you were presenting

| | | |
|---|---|---|
| 05:14 | 1 | to the top technologist team and CTM? |
| | 2 | A.   It probably came as a question about, is |
| | 3 | our pay competitive enough for some certain set of |
| | 4 | jobs or whatever ones they were hiring for.  So I |
| 05:15 | 5 | don't remember the specifics around this particular |
| | 6 | analysis, but that's what I believe I was referring |
| | 7 | to. |
| | 8 | THE VIDEOGRAPHER:  Counsel, I need to |
| | 9 | change tapes real quick. |
| 05:15 | 10 | (Recess from 5:15 p.m. to 5:16 p.m.) |
| | 11 | (Exhibit 2034 marked.) |
| | 12 | Q.   Sir, I have handed you a document marked |
| | 13 | 2034.  For the record, it's a document Bates-stamped |
| | 14 | 76657DOC019280 through 286.  The top is a document |
| 05:17 | 15 | or an e-mail from Gabrielle Thompson forwarding a |
| | 16 | series of e-mails to a number of people that include |
| | 17 | Danny McKell, sent on 4/14/2005, subject:  Forward: |
| | 18 | The compensation debate.  Is that a fair summary of |
| | 19 | the document? |
| 05:17 | 20 | A.   Yes. |
| | 21 | Q.   Okay.  Do you recall reading this |
| | 22 | document? |
| | 23 | A.   I do. |
| | 24 | Q.   Okay.  And what is it? |
| 05:18 | 25 | A.   So it's a series of e-mails between |

05:18  1    members of HR staff, so the senior leaders in the HR

2    organization, about compensation philosophy, work

3    environment, focal pay differentiation that covers

4    all sorts of topics, with -- the first several-page

05:18  5    e-mail was written by Tom Galvin, who was the

6    director of compensation at the time.  And then

7    other -- Patty, Tom's boss, who was the VP of HR,

8    instructed him to share it with other members of HR

9    staff and get their opinions, which they then did.

05:19 10    Q.   Is this debate -- strike that.  This

11    series of e-mails is being exchanged in or around

12    April of 2005?

13    A.   Yes.

14    Q.   Is this discussion -- strike that.

05:19 15    Earlier today you referenced some high-level

16    discussions about Intel's pay philosophy; is that

17    accurate?

18    A.   Yes.

19    Q.   Okay.  And are these discussions the types

05:19 20    of discussions that were going on at the time that

21    you discussed earlier?

22    A.   Yes.

23    Q.   So a very long document.  I'm not going to

24    ask you about most of it.  I do have a question on

05:19 25    the page with the Bates stamp ending in 284.

05:41   1   or being transparent wasn't something we were

2   thinking about relative to benchmarks versus where

3   we are today.

4        Q.    And at that time there was -- strike that.

05:41   5   The employees had less information about

6   compensation at that time period than Intel's

7   compensation and benefits department had?

8             MR. SHAH:   Object to form.

9        A.    They had -- they definitely had less than

05:41   10  what we had within C&B.  In the last exhibits, it

11  mentioned cancelling a personal portrait, which

12  was -- used to be a report that Intel sent to the

13  homes of employees in the US that would show all of

14  the pay they had received.  So base, bonus, stock,

05:42   15  benefits, retirement, all into a nice glossy

16  marketing look-how-wonderful-you-have-it type thing.

17  And from a cost-cutting, we stopped sending that

18  out.

19             And so one of the things that they were

05:42   20  talking about was employees would connect -- whether

21  or not sharing that information because it's bad

22  information, they don't want to us know the truth,

23  when, in fact, it was just to save money.

24        Q.    And in looking back at the employee wall

05:42   25  of pain, one of the factors, "The belief that we

05:42  1   spin the facts to suit our needs," contributed to

2   some of these statements at the bottom?  Is that a

3   fair way to read this chart?

4        MR. SHAH:  Object to form.

05:43  5        A.   I think the bottoms are just outcomes of

6   the full set, not -- I don't think they're actually

7   related to the belief-that-we-spin bullet.  I think

8   it's the pay raise being perceived as being less

9   than inflation, the stock price -- the lack of stock

05:43  10  price valuation, all the other factors that were in

11  there is, like, am I getting ahead?  Do I feel like

12  I'm getting ahead?  And the employee sentiment

13  was -- what they were expressing here was that the

14  employee sentiment is that that wasn't the case.

05:44  15       Q.   Put that document aside.

16            (Exhibit 2037 marked.)

17       Q.   I'll going to hand you a document marked

18  Exhibit 2037.  For the record, this is a document

19  Bates stamped 76657DOC019175.  It is an e-mail from

05:44  20  an individual named Matthew Pera to Danny McKell and

21  others, sent February 9, 2006, subject benchmarking

22  information.  Let me know when you're ready.

23            MS. SCHALMAN-BERGEN:  Will you give me a

24  heads up?  Five minutes to change tape?

05:44  25            THE VIDEOGRAPHER:  No, you're fine on

Deposition of Daniel Robert McKell                In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

05:44   1    tape.  You have got 39 minutes before seven hours.

        2                MS. SCHALMAN-BERGEN:  All right.

        3        A.    Okay.

        4        Q.    (By Ms. Schalman-Bergen)  Do you recognize

05:45   5    this document?

        6        A.    I do.

        7        Q.    Okay.  What is it?

        8        A.    Matt was a peer at the time.  All of the

        9    people on the "to" list, we reported to Jodie

05:45  10    Hickam.  She was the manager of the group.  So Matt

       11    was sharing information from a meeting he attended

       12    with other companies.

       13        Q.    And is this an information about

       14    benchmarking?

05:45  15        A.    Uh-huh.

       16        Q.    Is that a yes?

       17        A.    Yes.

       18        Q.    Okay.  And it lists four companies.

       19    ████████████████    Do you see that?

05:45  20        A.    Yes, uh-huh.

       21        Q.    ██████, yes?

       22        A.    Yes.

       23        Q.    ██████, yes?

       24        A.    Yes.

05:46  25        Q.    ██████████

05:46      1        A.   Yes.

           2        Q.   Okay.  And then I see ███████ at the

           3    bottom.  Is that a different company?

           4        A.   I don't know what that --

05:46      5        Q.   Okay.  The second paragraph that describes

           6    ██████ -- do you see that?

           7        A.   Yes.

           8        Q.   Do you see it says, "This has not been

           9    communicated to employees"?  Do you see that?

05:46     10        A.   Yes.

          11        Q.   And then there's some information about

          12    compensation?

          13        A.   Yes.

          14        Q.   Okay.  Did Intel often receive information

05:46     15    from other companies about compensation that had not

          16    yet been communicated to employees?

          17             MR. SHAH:  Object to form.

          18        A.   "Often"?  I can't answer that.  I would

          19    say it would be an exception more than the rule.

05:47     20        Q.   Okay.  Did you understand -- in this

          21    parenthetical, did you understand that to mean that

          22    the information in the bullet points listed below

          23    with respect to █████ had not yet been communicated

          24    to employees at ██████?

05:47     25             MR. SHAH:  Object to form.

Deposition of Daniel Robert McKell                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

05:47  1          A.   That would have been and is my

       2   interpretation.

       3          Q.   Okay.  Did Intel use the information in

       4   this e-mail as part of benchmarking?

05:47  5               MR. SHAH:  Object to form.

       6          A.   Yeah.  I mean, we take information we can

       7   find, whether it's, in this case, from company

       8   representatives or news stories on Yahoo or CNN, or

       9   wherever, to understand what company practices are

05:47 10   in addition to what we get from the third-party

      11   surveys.

      12          Q.   If you go back to the first exhibit, which

      13   is 2030, that's your declaration.

      14          A.   Okay.

05:48 15          Q.   Paragraph 7.

      16          A.   Yes.

      17          Q.   Do you see where you say, "Of the

      18   defendants in this case, only ██████████ were

      19   used in Intel's benchmarking"?  Do you see that?

05:48 20          A.   Yes.

      21          Q.   Does the e-mail we've marked as

      22   document -- or Exhibit 2037 change your opinion

      23   about whether that statement is true and correct?

      24               MR. SHAH:  Object to form.

05:48 25          A.   Relative to the focal year and pay

Deposition of Daniel Robert McKell          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| 05:49 | 1 | comparisons, paragraph 7 is still accurate.  The |
| | 2 | fact that Matt was in a meeting where |
| | 3 | representatives from ███████████ were there, |
| | 4 | that weren't under our normal list -- I think he was |
| 05:49 | 5 | sharing practices of what's happening in Silicon |
| | 6 | Valley, more than, here's -- we care most about the |
| | 7 | data from our competitor list doesn't mean we don't |
| | 8 | care about what companies are doing outside of our |
| | 9 | competitor list, but our primary concern is what our |
| 05:49 | 10 | competitors are doing. |
| | 11 | So I would say what's happening relative |
| | 12 | to this e-mail, what's happening to ████████████ |
| | 13 | is less relevant, would have been viewed as less |
| | 14 | relevant to us than what was happening at ████████ |
| 05:49 | 15 | ████████████, because ████████████ were part |
| | 16 | of our competitor list. |
| | 17 | Q.   I'm going to hand you a document marked |
| | 18 | Exhibit 2038. |
| | 19 | (Exhibit 2038 marked.) |
| 05:50 | 20 | Q.   And for the record, this is a document |
| | 21 | that's Bates stamped, 76657DOC031597 through 1602. |
| | 22 | This is an e-mail from Danny -- or an e-mail chain. |
| | 23 | The top e-mail is from Danny McKell to Roni Percik, |
| | 24 | P-E-R-C-I-K, and Jodie Hickam, H-I-C-K-A-M, dated |
| 05:50 | 25 | September 6, 2007, subject:  Equity benchmark |

05:51      1      (IQuantic) peer group advice.

           2          A.    Okay.

           3          Q.    Let me know when you're ready.

           4          A.    Sure.

05:51      5          Q.    Do you recognize this document?

           6          A.    Yes.

           7          Q.    What is it?

           8          A.    What's the what?

           9          Q.    What is this document?

05:51     10          A.    So Roni was on our team and was

          11      responsible specifically for stock benchmarking.

          12      And our stock benchmarking didn't necessarily have

          13      the same competitor list as our pay benchmarking.

          14          Q.    Okay.  And was ████████  one of the

05:52     15      companies that was used in the stock benchmarking?

          16          MR. SHAH:  Object to form.

          17          A.    Yeah, I mean, it looks like that was --

          18      ████  was part of the stock benchmarking.

          19          Q.    Okay.  Does this Exhibit 2038 impact your

05:52     20      opinion about whether your statement in paragraph 7

          21      of your declaration, "Of the defendants in this case

          22      only ██████████  were used in Intel's

          23      benchmarking," is true and accurate?

          24          MR. SHAH:  Object to form.

05:52     25          A.    Like I said on the other, the peer

| | | |
|---|---|---|
| 05:52 | 1 | companies that we used for pay -- those were the |
| | 2 | primary ones that were referenced in this document |
| | 3 | as it related to focal budgets, salary ranges, merit |
| | 4 | matrices, those types of things.  The equity had a |
| 05:53 | 5 | different list, a different vendor.  We used |
| | 6 | IQuantic instead of Radford. |
| | 7 | And so I wouldn't view it as a -- for me, |
| | 8 | it doesn't make my declaration untrue.  It's a |
| | 9 | nuance within it of if you just look at stock, then |
| 05:53 | 10 | ▇▇▇▇ would have been part of the set.  But relative |
| | 11 | to pay, ▇▇▇▇ would not have been part of the set. |
| | 12 | Q.   Did you in any of the drafts that you |
| | 13 | prepared of your declaration include any sentences |
| | 14 | about which defendants were part of the stock peer |
| 05:53 | 15 | companies for benchmarking? |
| | 16 | MR. SHAH:  Object to form. |
| | 17 | A.   You're asking if in the declaration I ever |
| | 18 | spelled out that we did do benchmarking for ▇▇▇▇ |
| | 19 | relative to stock? |
| 05:54 | 20 | Q.   If you ever considered spelling that -- |
| | 21 | MR. SHAH:  Object, and instruct you not to |
| | 22 | answer to the extent that would reveal any |
| | 23 | attorney/client communication or attorney work |
| | 24 | product. |
| 05:54 | 25 | A.   Relative to the complaint that was being |

| | | |
|---|---|---|
| 05:54 | 1 | made about pay and not about stock, I guess I didn't |
| | 2 | view the stock peer list as a relevant fact. |
| | 3 | (Exhibit 2039 marked.) |
| | 4 | Q.   I'm going to hand you a document marked |
| 05:55 | 5 | Exhibit 2039.  For the record, this is a document |
| | 6 | Bates stamped 76657DOC031874 to 875.  This is an |
| | 7 | e-mail chain.  The top e-mail is from Danny McKell |
| | 8 | to Jodie Hickam and Sara Holder, subject re: WTK, |
| | 9 | all in caps, response, sent March 28, 2006. |
| 05:55 | 10 | A.   Okay. |
| | 11 | Q.   Do you recognize this e-mail? |
| | 12 | A.   Yes. |
| | 13 | Q.   Did you send at least the top e-mail in |
| | 14 | this document? |
| 05:56 | 15 | A.   Yes. |
| | 16 | Q.   Okay.  And what do you recognize this to |
| | 17 | be? |
| | 18 | A.   Jodie was my manager.  And with the proxy |
| | 19 | statement it was going to show how much Paul |
| 05:56 | 20 | Otellini's compensation had changed in 2005.  And |
| | 21 | she was asking me to proactively write a -- the WTK |
| | 22 | is a write to know.  It's a program that used to |
| | 23 | exist in the company where the employees could ask |
| | 24 | basically any question, and sometimes they would get |
| 05:56 | 25 | published, either just -- they would always -- you |

05:56  1    would always respond to the question.  Sometimes it

2    would be to the employee; sometimes it would be more

3    broadly to the rest of the population if they felt

4    like it was a question that lots of people might

05:56  5    have on their mind.

6         Q.    You said it's a program that used to

7    exist.  When did the write-to-know program stop

8    existing at Intel?

9         A.    I don't recall.  I think it was -- the

05:57  10   practice of responding to e-mails still exists.

11   It's just there's not a program manager to -- a

12   full-time head dedicated to the project -- or the

13   process.

14        Q.    On the second page, the e-mail from Jodie

05:57  15   to you, copy to Sara Holder, do you see that?

16        A.    Yes.

17        Q.    It says, "Hi, Danny.  Now that the proxy

18   is out, I think we might want to draft a WTK

19   response about Paul's compensation.  I haven't

05:57  20   received any WTKs yet, but I expect it is only a

21   matter of time before we do.  An article on the

22   front page of Saturday's business section of the

23   Arizona Republic read, 'Intel CEO's pay jumps,'" and

24   then there's something redacted for privacy.

05:57  25   "'Intel Corp raised CEO Paul Otellini's pay,'"

| | | |
|---|---|---|
| 05:57 | 1 | another redaction, "'last year, as the company's |
| | 2 | profits rose.'" |
| | 3 | Do you see that? |
| | 4 | A.   Uh-huh. |
| 05:57 | 5 | Q.   Was the information about Mr. Otellini's |
| | 6 | compensation public? |
| | 7 | A.   Yeah, the proxy is a publicly available |
| | 8 | document, so as soon as it's out, then anybody can |
| | 9 | access it. |
| 05:58 | 10 | MS. SCHALMAN-BERGEN:  So we'd request that |
| | 11 | you produce this without the privacy redaction. |
| | 12 | MR. SHAH:  I agree that some of the |
| | 13 | privacy redactions should be taken out.  I don't |
| | 14 | know if all of them should, but I agree that some |
| 05:58 | 15 | will, and we can produce -- |
| | 16 | MS. SCHALMAN-BERGEN:  Okay. |
| | 17 | MR. SHAH:  -- an unredacted copy. |
| | 18 | MS. SCHALMAN-BERGEN:  All right. |
| | 19 | Q.   (By Ms. Schalman-Bergen) And why -- or |
| 05:58 | 20 | excuse me, was there a concern about how -- strike |
| | 21 | that. |
| | 22 | Do you know why Ms. Hickam believed that |
| | 23 | there would be WTK questions about this subject? |
| | 24 | MR. SHAH:  Object to form. |
| 05:58 | 25 | A.   In the wall-of-pain exhibit, it talked |

05:59    1    about employees complaining about ███████████

         2    base pay raises.  So to see the CEO get something

         3    much more than what the average employee was getting

         4    was -- she felt like that would cause concerns or

05:59    5    complaints of fairness, and so that we should be

         6    prepared to respond.

         7        Q.    And did you eventually come up with a

         8    final WTK response on this subject?

         9        A.    I don't remember.  I doubt they would have

05:59   10    used mine, because it's probably too wordy for what

        11    they would generally want to respond.  So I suspect

        12    it would have been -- if something was used, it

        13    would have been a lot shorter.

        14        Q.    Do you recall whether any employees

05:59   15    submitted WTK questions on the subject?

        16        A.    I don't actually.  It wouldn't surprise me

        17    if they had.  And if they had, there would have been

        18    a response back, but what that was, or if it

        19    happened, I'm not sure.

06:00   20        Q.    Did you ever hear employees make the

        21    complaint that you thought they might make about

        22    fairness?

        23        A.    It wasn't -- it isn't uncommon for

        24    employees to see what executives at Intel or any

06:00   25    other company make and whether that's fair, whether

Deposition of Daniel Robert McKell                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

06:00    1    they earn it, what they get.

         2         Q.    In this instance, did you hear that

         3    employees had raised that as an issue?

         4              MR. SHAH:  Object to form.

06:00    5         A.    I had seen comments like that in -- or

         6    helped survey comments, heard comments like that

         7    from other people, so...

         8         Q.    Other people within Intel?

         9         A.    Yeah, other people in Intel.

06:01   10         Q.    Is there a period of time in 2006 when

        11    Intel retained an individual named Brian Hall at

        12    Harvard Business School?

        13              MR. SHAH:  Object to form.

        14         A.    Yes.  Well, the compensation committee --

06:01   15    a member of the board of the directors retained

        16    Brian Hall.  To the extent that you consider that

        17    part of Intel, it was not an Intel employee who

        18    contacted with Brian Hall.

        19         Q.    Who was the member of the board of

06:01   20    directors that retained Mr. Hall?

        21         A.    Reed Hundt, I think.

        22         Q.    For what purpose did Mr. Hundt retain

        23    Mr. Hall?

        24         A.    Brian was a professor at Harvard that had

06:02   25    published some articles, written some books, was

| | | |
|---|---|---|
| 06:02 | 1 | known as an expert on stock compensation.  I |
| | 2 | believe -- well, why Reed chose to hire him, I can't |
| | 3 | say, but -- |
| | 4 | Q.   Did you have occasion to work with |
| 06:02 | 5 | Mr. Hall in relation to his work at Intel? |
| | 6 | A.   Yes. |
| | 7 | Q.   Okay.  And on what did you work with him? |
| | 8 | A.   On proposals relative to executive |
| | 9 | compensation, which the board of directors had |
| 06:02 | 10 | decision authority over, I guess.  So we would share |
| | 11 | data between the Intel executive compensation team |
| | 12 | and Brian Hall, and jointly decide what would go in |
| | 13 | front of the compensation committee of the board of |
| | 14 | directors. |
| 06:03 | 15 | Q.   Did Mr. Hall ultimately make any |
| | 16 | recommendations about Intel's compensation system? |
| | 17 | MR. SHAH:  Object to form. |
| | 18 | A.   He had his proposals and recommendations |
| | 19 | and suggestions for things we should do differently. |
| 06:03 | 20 | Q.   Were any of them implemented? |
| | 21 | MR. SHAH:  Object to form. |
| | 22 | A.   Some of them.  Some of them not. |
| | 23 | Q.   Can you briefly describe which ones were |
| | 24 | implemented? |
| 06:03 | 25 | A.   He had input into what we recommended for |

06:11     1     positive."  Do you see that?

          2          A.    Yes.

          3          Q.    Okay.  Why did you believe that the impact

          4     on Intel was slightly positive from sharing that

06:12     5     information?

          6               MR. SHAH:  Object to form.

          7          A.    My view is if we shared it, it's possible

          8     that if the vast majority of people feel they're

          9     underpaid, their reality is, on a statistical

06:12    10     distribution, half are under, half are over.  So to

         11     the extent that employees would believe the data we

         12     shared with them, it could have a positive effect.

         13     But if they didn't believe the data, it might not

         14     have any effect.  So...

06:12    15          Q.    Do you recall receiving the answer to this

         16     mini survey from any of the other companies that

         17     were providing information to Google?

         18               MR. SHAH:  Object to form.

         19          A.    I don't recall.

06:12    20          Q.    Do you know whether -- or what any -- what

         21     Google's practices were with respect to sharing

         22     salary range information with employees?

         23               MR. SHAH:  Object to form.

         24          A.    I don't know.  It says that it was going

06:13    25     to be shared in summary format.  So I wouldn't have

| | | |
|---|---|---|
| 06:13 | 1 | been able to isolate Google relative to anybody else |
| | 2 | who would have participated. |
| | 3 | Q.   And as we sit here today, you don't know |
| | 4 | what Google's practices are? |
| 06:13 | 5 | A.   No. |
| | 6 | (Exhibit 2042 marked.) |
| | 7 | Q.   I'm going to hand you a document marked |
| | 8 | 2042.  This document has a Bates stamp |
| | 9 | 76657DOC057417.  It's an e-mail from Jeri Karges, |
| 06:14 | 10 | K-A-R-G-E-S, to C&B Org All, sent November 11, 2010. |
| | 11 | Subject:  Google announcement to give staff 10 |
| | 12 | percent raise.  Let me know when you're ready. |
| | 13 | A.   Okay. |
| | 14 | Q.   Okay.  Do you recognize this document? |
| 06:15 | 15 | A.   I do. |
| | 16 | Q.   Are you on the CNB Org All distribution |
| | 17 | list? |
| | 18 | A.   I am. |
| | 19 | Q.   Or were you at least on November 11, 2010? |
| 06:15 | 20 | A.   I am, yeah. |
| | 21 | Q.   Okay.  Do you recall Google announcing a |
| | 22 | 10 percent increase to its employees? |
| | 23 | A.   I do. |
| | 24 | Q.   Okay.  Did Intel -- was this a decision of |
| 06:15 | 25 | note to Intel? |

06:15   1                  MR. SHAH:  Object to form.

        2         A.    It was.

        3         Q.    Why was that?

        4         A.    Because managers had obviously heard about

06:15   5    it in the news and were starting to ask questions

        6    about, When can we get our 10 percent raise?  Or why

        7    aren't we doing a 10 percent raise?

        8         Q.    And who is Jeri Karges?

        9         A.    Jeri was a compensation consultant for our

06:16  10    product groups -- our product groups, our engineers.

       11         Q.    And is it fair to describe this e-mail as

       12    a response or Intel's response to Google's

       13    announcement on the 10 percent increase?

       14                  MR. SHAH:  Object to the form.

06:16  15         A.    Yeah.  It was sent to -- most of the

       16    people in C&B wouldn't have been aware of this

       17    detail that Jeri knew, and so she was sharing it

       18    with us so that we had context for what was

       19    happening and why.

06:16  20         Q.    In the second sentence she says, "C&B had

       21    a team in place collecting intelligence on the

       22    potential move."

       23              Do you see that?

       24         A.    I do.

06:16  25         Q.    Are you aware of what intelligence C&B was

| | | |
|---|---|---|
| 06:16 | 1 | collecting? |
| | 2 | MR. SHAH:  Object to form. |
| | 3 | A.   I'm not.  I'm not sure who the team is. |
| | 4 | We do benchmarking and collect market intelligence. |
| 06:17 | 5 | It's a normal course of business.  How they got this |
| | 6 | detail I don't know. |
| | 7 | Q.   Did Intel do anything in response to |
| | 8 | Google's announcement to give the staff a 10 percent |
| | 9 | raise? |
| 06:17 | 10 | MR. SHAH:  Object to form. |
| | 11 | A.   No. |
| | 12 | MS. SCHALMAN-BERGEN:  Okay.  Let's go off |
| | 13 | the record. |
| | 14 | (Recess from 6:17 p.m. to 6:23 p.m.) |
| 06:23 | 15 | Q.   Sir, did you just have a brief |
| | 16 | conversation with Intel's attorney about questions |
| | 17 | that he might ask you? |
| | 18 | MR. SHAH:  I'm going to object and |
| | 19 | instruct you not to answer.  I'll put my mic on. |
| 06:23 | 20 | I'm going to object and ask that -- instruct you not |
| | 21 | to answer on the grounds that it calls for |
| | 22 | attorney/client communication. |
| | 23 | Q.   I'll hand you a document I have marked as |
| | 24 | Exhibit 2043. |
| 06:23 | 25 | (Exhibit 2043 marked.) |

| | | |
|---|---|---|
| 06:24 | 1 | Q.   For the record, this is a document Bates |
| | 2 | stamped 76658DOC016874 to 16887.  It appears to be a |
| | 3 | slide show, or a presentation entitled "Base pay |
| | 4 | management overview" and I'll represent to you, sir, |
| 06:24 | 5 | that -- |
| | 6 | MR. SHAH:  Do you have a copy for me? |
| | 7 | MS. SCHALMAN-BERGEN:  Oh, I'm sorry. |
| | 8 | Excuse me. |
| | 9 | Q.   (By Ms. Schalman-Bergen)  I'll represent |
| 06:24 | 10 | to you that it was indicated in the production that |
| | 11 | this was produced from your file. |
| | 12 | A.   Yes. |
| | 13 | Q.   I just have one question.  Do you |
| | 14 | recognize this document? |
| 06:24 | 15 | A.   I do. |
| | 16 | Q.   Okay.  Is this a document that you |
| | 17 | prepared? |
| | 18 | A.   I did. |
| | 19 | Q.   Is this -- I guess more than one question. |
| 06:24 | 20 | Is this document something you prepared in |
| | 21 | connection with -- or you tell me, what is this |
| | 22 | document? |
| | 23 | A.   Kind of a training material that we could |
| | 24 | use with -- typically it would be more with HR than |
| 06:25 | 25 | with managers, just how we manage base pay within |

Deposition of Daniel Robert McKell                In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

06:26    1    Intuit.

         2          A.    No.

         3          Q.    Same question with respect to Pixar and

         4    Lucasfilm.

06:26    5          A.    No.

         6               MS. SCHALMAN-BERGEN:   I have no further

         7    questions for you.

         8               MR. SHAH:   Okay.  I just have a handful of

         9    questions.

06:26   10                          EXAMINATION

        11    BY MR. SHAH:

        12          Q.    A bit before, you were talking about

        13    whether █████ was included on the list of companies

        14    that you benchmark against for stock grants.  Do you

06:26   15    remember that testimony?

        16          A.    I do.

        17          Q.    Are you -- do you know for sure whether

        18    █████ is included on the list of companies you

        19    benchmarked against?

06:27   20          A.    No.  I don't know for sure.  It was

        21    discussed whether we should add them or include

        22    them.  The document that we reviewed was a

        23    discussion -- I don't -- I can't say with certainty

        24    that █████ was actually added as a result of that

06:27   25    conversation.

06:27  1      Q.   Okay.  Separate, or sort of a different

2      topic, you testified earlier about SMA budgets that

3      are sometimes given to managers.  Do you recall

4      that?

06:27  5      A.   Yes.

6      Q.   Do managers have discretion on how they

7      allocate the SMA budget?

8      A.   The SMA gets loaded into the tool by each

9      individual.  The manager can decide whether to give

06:28  10     that SMA or not.  We instruct managers if -- that

11     they should allocate SMA meritocratically.  So if an

12     employee is eligible for SMA, who is a poor

13     performer by virtue of low expectations or an

14     improvement-required rating, that the manager should

06:28  15     not deliver SMA to that employee, but instead give

16     that to somebody rated outstanding or exceeds

17     expectation who was paid lower than their peers.  So

18     we expect them to spend the full budget.  How they

19     actually allocate that is up to them.

06:28  20     Q.   Okay.  You previously testified about both

21     internal equity and meritocracy.  Do you believe

22     that those two philosophies exist at Intel?

23     A.   They do exist.  I don't believe that

24     they're mutually exclusive.  I think meritocracy

06:29  25     definitely exists in pay raises and grade changes

06:29     1     and stock grants, and that it's effective.

          2              I also think internal equity exists,

          3     because managers look at pay fairness relative to

          4     what each employee is making, and makes decisions

06:29     5     based on that -- whether somebody is too high or too

          6     low relative to their peers.  So I think there are

          7     good checks and balances on each other.

          8              Meritocracy is -- let me say, internal

          9     equity -- you know, do we have it around pay

06:30    10     because -- should employees get the same increases

         11     or be paid the exact same?  No.  For me, internal

         12     equity is -- what I envision it more about is the

         13     opportunity for employees at all grade levels to

         14     participate in the programs.  Everybody has -- all

06:30    15     exempt employees have an opportunity to get stock

         16     share level 1 if their performance warrants it.  HR

         17     employees aren't treated as less important than

         18     engineers in that regard.  So depending on the

         19     aspect, I think both are alive and well, and

06:31    20     important parts of the Intel culture.

         21         Q.   I have one final question regarding -- and

         22     I don't recall what number the exhibit was, but it

         23     was your declaration.  Do you remember what exhibit

         24     number that is?

06:31    25         A.   2030.  2030, I think.

06:31   1        Q.   2030?  I believe plaintiffs' counsel asked

2    you earlier about paragraph 5.  And --

3        A.   Yeah.

4        Q.   -- whether or not the term pay line was in

06:31   5    that paragraph.  Do you remember that?

6        A.   I do.

7        Q.   Do you believe that the concept of pay

8    lines is in that paragraph?

9        A.   For me it is.  On line 4 when it talks

06:31  10    about market rate or the process of making

11   competitive assessments, those competitive

12   assessments are against the pay line, not the broad

13   GENI range.  The job code market rate is a feeder

14   into both sets of ranges that we establish, the GENI

06:32  15   range and the pay line.  It's just they have

16   different populations.  In the GENI it's all jobs in

17   that grade.  In the pay line, it's just the ones

18   that are similarly paid to each other.

19            So I probably could have spelled out that

06:32  20   nuance a little bit more clearly in that paragraph.

21   But you know, when I talk about a specific job

22   market rate and making assessments of

23   competitiveness, it's against that pay line.

24            MR. SHAH:  I have no further questions.

25

06:40    1    recommendation or Intel policy?

         2            MR. SHAH:  Object to form.

         3        A.    I think it was just my -- Intel doesn't

         4    have a policy on that.  It would have just been to

06:41    5    say we'll get better data coverage from bigger

         6    companies, and so that -- we looked at -- you look

         7    at multiple data points to try and decide who's --

         8    nobody's -- nobody's exactly like Intel.  I mean,

         9    that's part of benchmarking; right?  We're the

06:41   10    largest semiconductor company in the world.  So you

        11    know, you can only talk about benchmarking against

        12    ██████  ████████████████████████████████████████████

        13    ████████████████████████████  ██████████████████████

        14    ██████

06:41   15            So we never have perfect comparisons.

        16    It's not like Coke and Pepsi, where they're pretty

        17    similar.  And so our attempt was always to find the

        18    most relevant comparisons, and that was the goal of

        19    the benchmarking, was to try and do that.

06:42   20            MS. SCHALMAN-BERGEN:  I have no more

        21    questions for you.

        22            MR. SHAH:  Thanks.  No more from me.

        23            MS. SCHALMAN-BERGEN:  Thank you very much

        24    for your time.

06:42   25            (The deposition concluded at 6:42 p.m.)

1            IN THE UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4   IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
    LITIGATION
5

6   THIS DOCUMENT RELATES TO:

7   ALL ACTIONS.

8

9        NO:  Master Docket No. 11-CV-2509-LHK

10              REPORTER'S CERTIFICATE

11        I, MARY ABERNATHY SEAL, New Mexico CCR
    #69, DO HEREBY CERTIFY that on March 20, 2013, the
12  Deposition of DANIEL ROBERT McKELL was taken before
    me at the request of, and sealed original thereof
13  retained by:

14            Attorney for the Plaintiffs
              Ms. Sarah R. Schalman-Bergen
15            BERGER & MONTAGUE, P.C.
              1622 Locust Street
16            Philadelphia, Pennsylvania 19103-6365
              (215) 875-3000
17

18        I FURTHER CERTIFY that copies of this
    Certificate have been mailed or delivered to all
19  Counsel, and parties to the proceedings not
    represented by counsel, appearing at the taking of
    the Deposition.
20

21        I FURTHER CERTIFY that examination of this
    transcript and signature of the witness was required
    by the witness and all parties present.
22  On_____ a letter was mailed or delivered to Mr.
    Sujal J. Shah regarding obtaining signature of the
23  witness, and corrections, if any, were appended to
    the original and each copy of the Deposition.

24

25

 1            I FURTHER CERTIFY that the recoverable
    cost of the original and one copy of the Deposition,
 2  including exhibits, to Mr. Sarah R. Schalman-Bergen
    is $_____.

 3

            I FURTHER CERTIFY that I did administer
 4  the oath to the witness herein prior to the taking
    of this Deposition; that I did thereafter report in
 5  stenographic shorthand the questions and answers set
    forth herein, and the foregoing is a true and
 6  correct transcript of the proceeding had upon the
    taking of this Deposition to the best of my ability.

 7

            I FURTHER CERTIFY that I am neither
 8  employed by nor related to nor contracted with
    (unless excepted by the rules) any of the parties or
 9  attorneys in this case, and that I have no interest
    whatsoever in the final disposition of this case in
10  any court.

11

12

13                    _____
                      Mary Abernathy Seal
                      BEAN & ASSOCIATES, INC.
14                    NM Certified Court Reporter #69
                      License Expires: 12/31/13
15
    (6941K) MAS
16  Date taken:  March 20, 2013
    Proofread by:  JB
17

18

19

20

21

22

23

24

25

```
 1   IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

 2          WITNESS SIGNATURE/CORRECTION PAGE

 3          If there are any typographical errors to
     your deposition, indicate them below:

 4

 5   PAGE  LINE

 6   _____ Change to _____

 7   _____ Change to _____

 8   _____ Change to _____

 9   _____ Change to _____

10          Any other changes to your deposition are
     to be listed below with a statement as to the reason
11   for such change.

12   PAGE  LINE  CORRECTION              REASON FOR CHANGE

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19          I, DANIEL ROBERT McKELL, do hereby certify
     that I have read the foregoing pages of my testimony
20   as transcribed and that the same is a true and
     correct transcript of the testimony given by me in
21   this deposition on March 20, 2013, except for the
     changes made.

22

23          _____
                DANIEL ROBERT McKELL

24   (6941K) MAS Proofread by:  JB

25
```