# EXHIBIT B
# PART 3 OF 10

**EXHIBIT 391 TO THE DECLARATION OF
LISA J. CISNEROS IN SUPPORT OF
PLAINTIFFS' NOTICE OF SUPPLEMENTAL
MOTION AND MOTION FOR CLASS
CERTIFICATION**

## Worldwide Focal 2001 Questions and Answers
### Intel Confidential
### Rev 13.  Feb. 26, 2001
### (Q/As in **bold** are not in the Corporate Q/As)

Q1.     What is being announced?

A1.     Employees grade 10 and below will get half their focal increase in April
        2001. They will receive half the increase to base and half the increase
        to EB or Commission. This includes all increase types: merit, special
        market adjustments and promotion increases. We will review business
        conditions in Q3 with the goal to deliver the other half of the planned
        increase in October 2001.

        Focal increases continue to be based on meritocracy incorporating
        accomplishments, performance rating, performance trend and position
        in the pay range.

Q2.     What about my focal stock allocation; will it be reduced by half?

A2.      No. Focal stock allocations are not affected by this decision.

Q3.     Are employees guaranteed the second half of their planned focal
        increase in October 2001?

A3.     While it is our intention at this time to deliver the second half of the
        planned focal increase in October, the final decision will be based on a
        review of internal and external business conditions in Q3.

Q4.     Why do we feel the need to do this?

A4.     We are facing some significant business issues in the first half of the
        year, due to the industry wide economic slowdown and resulting lower
        sales. This has made it necessary to take prudent and targeted steps
        which will assist in reducing certain current expenses, supporting our
        long-term manufacturing and research & development efforts. It is
        hoped this will give us the flexibility to adjust these actions for the
        benefit of the company, our employees and stockholders as the year
        progresses.

Q5.     Who is affected by the delayed focal increases?

A5.     All employees' worldwide, including exempt and non-exempt
        employees, who receive an increase as part of the Focal 2001 process,
        are affected by this decision. The exception is the U.S. non-exempts
        who already received their focal increases in December 2000.



EXHIBIT 391
WIT: Conrad
DATE: 11.21.2012
ANNE TORREANO, CSR #10520

391.1

76583DOC003750
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q6.     Why are U.S. non- exempts not affected?

A6.     The non-exempt focal cycle in the U.S. is different from the focal cycle for all other employees.  The U.S. non-exempt focal cycle runs from December to December.  The U.S. non-exempt focal was approved and implemented before this decision was made.

Q7.     Is it not unfair that the U.S. non-exempts were not affected, but the non-exempts at the international sites were covered by this decision?

A7.     Decisions are made and in this case budgets are approved based on the best available data at the time.  The U.S. non-exempt focal budget was approved in late Q3'2000.  Midyear increases and promotions for U.S. non-exempt employees will be delayed until we have the approval to implement the second half of the remaining focal increases for all other employees

Q8.     How are Sr. Managers impacted by this decision?

A8.     Current Sr. Managers grade 11 and above, and equivalent commission grades, are having their entire focal increase delayed until October 1, 2001, pending a review of business conditions.  Employees being promoted to grade 11 with this Focal will receive half of their focal increase, including promotion, in April.

Q9.     Are employees on commission plans also impacted?

A9.     Yes

Q10.    What about employees in recently acquired companies, are they also impacted by this decision?

A10.    Yes, if they are part of the Focal 2001 process.

Q11.    Were other options considered?

A11.    Yes, a wide range of options was evaluated.  This plan was selected because it met the goal of providing a substantial cost savings while delivering a reasonable focal increase to employees.

Q12     This feels like another U.S. response to a U.S. problem.  The economy and business outlook in my country is still very positive. Why are employees world wide being treated the same?

A12.    Sales of our products are down in every region.  Our margins are under pressure around the world.  Intel is a global organization and this is a global problem requiring a global response.

391.2

76583DOC003751
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q13.    Why are we taking this action when at the same time we continue to spend billions of dollars on a multitude of acquisitions?

A13.    We have and will continue to spend more money on research, development, manufacturing and acquisitions.  We need new products and increased productivity to grow out of any recession.

Q14.    How much do business conditions need to improve in order to implement the other half of the focal increases.

A14.    It is hard to identify one specific set of targets.  Each business group has their own set of revenue, spending and other performance related indicators.  Overall, Intel needs to be meet or exceed these targets. You will be updated regularly through Business Update Meetings (BUMs) and department meetings.

Q15.    The value of our stock options have been reduced by ~ 50%.  Most employees hired in the last 18 months or so are looking at options with grant prices less than price of the stock today.  Isn't this a double hit?

A15.    In the near term it may feel like a double hit.  However, stock options are a long-term incentive requiring a long-term view.  Our industry has a history of going through business cycles. While past performance is no guarantee of future results, Intel has a history of coming out of the economic downturns a stronger company, which is reflected in the long-term historical growth of our stock price.

Q16.    Are we concerned with our ability to continue to attract and retain key employees with critical skills?

A16.    Yes, we always have this concern.  We are not the only company taking this kind of action.  Many other companies in our industry (e.g. HP, LSI Logic, Applied Materials, etc.) are delaying or eliminating planned increases.  Some are also initiating layoffs.

Q17.    In some countries the government has passed legislation requiring increases in minimum wages and or base pay.  Will we comply with these government mandated increases?

A17.    Yes, we will comply and meet our legal obligations.

Q18     What will happen to the EB targets of non- exempt employees and exempt employees in grades 2-6 where the EB target is 1%?

A18     The EB target will be adjusted to reflect the increase in base pay effective April 1, 2001 so the EB target remains at 1%.  When the second half of the focal increase is implemented the EB target will be adjusted again to remain at 1%.

391.3

76583DOC003752
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q19.     What impact will this decision have on EB?

A19.     As part of this focal, if the intention is to increase an employee's EB
         target, only half of the planned increase to the EB target will be effective
         April 1, 2000.  The remaining half of the planned increase to the EB
         target will be implemented when and if the rest of the focal budget is
         implemented later in the year, subject to business conditions.

         In this scenario, and assuming the second half of the focal is
         implemented in October, the employee will have three different EB
         targets:

         EB Target A:   Jan 1, 2001  -  Mar. 31, 2001
         EB Target B:   April 1, 2001 - Sept. 30, 2001
         EB Target C:   Oct. 1, 2001 -  Dec. 31, 2001

         All other things being equal, this will result in a lower EB payout than if
         the full EB increase was implemented in April.

Q20.     What impact will this decision have on ECBP?

A20.     Since we are delaying the full implementation of your focal increase
         your total eligible earnings will be lower, at least for part of the year,
         than if the full focal increase was implemented in April.  This will impact
         (lower) the ECBP payout (all other factors being equal).

**Q21.     My organization has hired a lot of people in the last year and many
         are being paid more than existing employees.  We were told this
         Focal budget would allow managers to address the equity issues
         caused by this pay compression.  Now what?**

**A21.     Managers have had the opportunity to address pay compression
         and internal equity concerns through the Focal planning process.
         One half of these increases will be delivered in April and the other
         half in October, subject to management approval.  The
         combination of these increases should address equity issues.**

Q22.     What will happen if an employee's performance goes from Successful
         to IR or slower between now and October 1, 2001?

A22.     The second half of the planned focal increase will still be delivered in
         October, pending review of internal and external business conditions in
         Q3.

Intel Confidential

                                                      391.4
                                                      76583DOC003753
                                               CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q23.    I am being promoted as part of this focal.  I am already doing the work, why can't I get my full promotion increase?

A23.    All focal increases, including promotions are affected by this decision. You will receive one half of your planned promotion increase in April in recognition of your increased role and contributions.  You will receive the remaining half of your promotion increase when the remainder of the planed focal increases is effective.

Q24.    What if one half of my planned promotion increase does not get me to the range minimum of the new salary grade or within the EB guideline for the new salary grade?

A24.    No additional adjustments will be made.  When the second half of the planned promotion increase is effective you should be within the salary range and EB Guideline of the new grade.

**Q25    If I get promoted in May 2001, will I get a promotional increase at that time?**

**A25.    Employees promoted out of cycle will receive the full promotion increase at the time of the promotion.  There was no perfect solution that treated all scenarios the same. This solution is consistent with our philosophy of raising the bar and encouraging employees to take on new challenging work assignments. Attempting to defer or prorate the increase would have been complex to administer.**

Q26.    Will employees who receive an increase with a lateral transfer continue to be considered for equity based pay adjustments?

A26.    Yes.

Q27.    In many countries, new employees also get a probationary or confirmation increase.  Will these be reduced?

A27.    Any probationary or confirmation increase planned during Focal will be reduced by half.   Consistent with our practice in previous focals, U.S. HRD will be given a report showing probationary employees.  This year the report will show half of the probation increase for each employee. The first half of the increase will be processed by the manager, using the manager on line tools, when the employee completes his or her probationary period.  So no change to the current administrative process.  The second half of the probationary increase will be processed automatically when the remaining Focal increases are processed, pending approval after review of internal and external business conditions.  We are working with appropriate non-U.S. locations to ensure a similar process is in place.

391.5

76583DOC003754
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q28.    Since we are not delivering the full focal increase in April as planned, some employees will fall below the minimum of the salary range for their grade.  Is this okay?

A28.    Yes.

Q29.    If an employee terminates before the second half of the focal increase is delivered, will he or she still get the increase?

A29    No

Q30.    If an employee terminates before the second half of the focal increase is delivered will the department be able to allocate the increase to other employees?

A30.    No.

Q31.    Will employees in redeployment get a focal increase?  What will happen if they are not successful in finding another job with Intel and terminate before the second half of the focal increase is delivered?

A31.    Redeployed employees will receive half of their planned focal increase on April 1, 2001.  Employee's who terminate, whether voluntarily or involuntarily before the second half of the focal increase is delivered will not receive the additional increase.

**Q32    What will be reflected on the Focal 2001 pay letter?**

**A32    Focal 2001 pay letters will reflect half of the planned focal increase.**

**Q33.    What will be reflected in the pay letters for managers who are currently grade 11 and above, including equivalent commission grades?**

**A33.    The Focal pay letter delivered in April will only show additional stock option recommendations.  Any increase to base pay, EB, or commissions will be communicated when we have approval to release the rest of the focal increases.**

**Q34.    My organization did not allocate the full focal budget.  We were saving money for midyear promotions and additional equity adjustments.  Have we lost this remaining budget?**

**A34.    No, the money will still be available to spend at midyear as appropriate.**

391.6

76583DOC003755
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q35. In some cases employees hired externally in Q4 2000 or employees to be hired in Q1 2001 have received offers reflecting the planned focal budget. Will the pay of these employees be adjusted to reflect the delay in implementing the full focal budget?

A35. No, we are not going to reduce new employee pay or modify offers that have been extended and accepted. Going forward, our employment offers will continue to be based on internal equity and external market factors (e.g. supply and demand).

Q36 In many countries, salary ranges were adjusted based on the planned focal budget. Will we now go back and adjust the salary ranges to reflect only spending 50% of the focal budget?

A36. No, we anticipate allocating the remaining focal increases and then the salary ranges will be appropriate.

Q37.

A37. Yes. While the changes to the                     program were communicated as part of the focal budget communication, it is really separate from the focal processes. The changes in the program have already been communicated to recent hires as part of the offer and will be implemented as planned for all eligible employees.

Q38. Are managers promoted with this focal into grade 11 and the equivalent commission grade going to have their entire focal increase delayed until October 1, 2001?

A38. No. Only current grade 11 + and the equivalent commission graded employees will have their entire focal increase delayed until October 1, 2001.

**Q39. Is it ok for a manager to rework his focal now that he or she knows about this decision?**

**A39. No, it would be inappropriate and unethical for a manager to rework his or her focal decisions in order to deliver more money to employees now in light of this decision.**

Rev 13 February 26, 2001

Intel Confidential

391.7

76583DOC003756
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q40.    How does this action fit within our T-Comp philosophy?

A40.    This action is very consistent with Intel's T-Comp philosophy.  Our T-
        Comp philosophy provides that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

        ▮▮▮▮▮▮▮   If overall 2001 financial results are weaker than in past
        years, we can expect returns from these programs to be less.  The
        deferral of half of the planned focal increase provides Intel with an
        immediate cost savings.  Many of our competitors are taking even more
        drastic action.

Q41.    How does this decision compare to actions Intel has taken in previous
        economic downturns?

A41.    Throughout the 1980's we experienced several business cycles.  Our
        actions were tailored to the internal and external conditions at the time.
        In the early '80's we implemented the 125% solution where exempt
        employees were asked to work 25% more without extra pay.  Later in
        the mid '80's we employed a variety of approaches including:  taking a
        week off without pay, delaying all Focal increases for 6 months, and
        involuntary layoffs.  As recently as June 1998, TMG implemented a
        Voluntary Separation Program.

Q42     What if conditions deteriorate?  Will Intel consider layoffs at that point?

A42     We're not going to speculate on the future.  We remain optimistic about
        Intel's long-term growth prospects and the role we play in the expansion
        of the Internet infrastructure. We will continue to invest for future
        growth. But we will also restrict new hiring to essential positions and
        reduce the size of the workforce through normal attrition. We're not
        announcing specific targets regarding the overall size of the workforce.

**Q43.    How will communications around nonU.S. geo-specific issues be
        handled?**

**A43.    Local HR Managers may want to develop their own geo-specific
        communication and Q&As if there is something unique about the
        country or region that needs addressed.  Regional C&B Managers
        and Lauren Griffiths should be consulted and copied on all
        communication.  This is to ensure consistency with the program
        and to ensure all system programming needs are comprehended.**

391.8

76583DOC003757
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Q44.** Why did we choose not to communicate to employees first, prior to a media release?

**A44.** If it is material to the stock price it must be done simultaneously according to SEC rules since you can't advantage one set of stockholders over another.

**Q45.** Will the second half pay increase be retro-active to April 1, 2001?

**A45.** No, the remaining focal increases, if approved for delivery after review of internal and external business conditions in Q3, will not be retroactive to April 1, 2001.

**Q46.** Will U.S. non-exempt employees returning from MLOA after this decision, receive their full focal increase that was approved in late Q4 2000.

**A46.** Yes, this will treat a U.S. non-exempt employee returning from MLOA equitably with the rest of the U.S. non-exempt population. The U.S. non-exempt focal process was completed and approved in Q4 2000, well before this decision was made.

**Q47.** What about U.S. non-exempt employees completing their probationary period in March?  Will they get a full probationary increase?

**A47.** Yes, to be consistent with the other U.S. non-exempt employees who came off probation in January and February.  The U.S. non-exempt focal process was completed and approved in Q4 2000 well before this decision was made.

**Q48.** If someone is given a promotion and only half their increase, can they deny their promo and not feel any retribution?

**A48.** Yes, there would be no retribution for declining the promotion. However, the Focal compensation (money and stock) would need to be appropriately adjusted as it would have been based on equity and guidelines for the higher grade.  The manager would need to re-work the focal increase to remove the promotion portion of the increase so the employee should expect a lower increase for both the portion delivered in April and the second half delivered in October, pending approval after review of internal and external business conditions.   Stock option allocations would also need to be reviewed and adjusted as appropriate based on the stock matrix for the salary grade the employee is in.

Intel Confidential

391.9

76583DOC003758
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Q49.    If someone is promoted to grade with a lower (or zero) geographic
        differential, will they still only get half their Focal increase?

A49.    Yes.  Although the changes to the geographic ('geo') differential
        were communicated with the Focal budget communication it is
        separate from the Focal process.    The geo differential program is
        based on cost of labor, and accordingly, varies by site and job
        grade.

Q50.    If a grade 11+ employee has formally announced his or her
        retirement, and the retirement is before October 1, do they still get
        no increase in April?

A50.    Yes.  All current Sr. Managers grade 11 and above, and equivalent
        commission grades (including employees retiring or resigning for
        any reason) are having their entire focal increase delayed until
        October 1, 2001, pending a review of business conditions.

**EXHIBIT 393 TO THE DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL MOTION AND MOTION FOR CLASS CERTIFICATION**



# FSM
# Pre-Focal Analysis 2007

January 5, 2007
Elizabeth Waterman, Compensation Consultant

393.1

Confidential - Attorneys Eyes Only -
76583DOC002007



EXHIBIT 393
WIT: Conrad
DATE: 11.21.2012
ANNE TORREANO, CSR #10520

1

# 2007 Pre-Focal Prep

## Today's Objective:

Review and educate on '07 Market data, budget and group compensation trends

## Agenda:

- Review Focal budgets
- Review and discuss biz group specific analysis
- SMA Strategy and Priorities
- Grade 11-12 Staff
- Wrap Up

**The data in this presentation provides compensation analysis that may help you when developing your Focal objectives**

393.2

2                              Intel Confidential



Confidential - Attorneys Eyes Only -
76583DOC002007

2

# Focal "Sound bites"

**Merit and promotion budget recommendations track with the market**
– Merit and promotion increases similar to last year

**Intel continues with 3-year SMA strategy**
– ██████████████████████████████████████████████

• **Improving market competitiveness**
– ████████████████████
– ████████████████████
– Salary Ranges

• **Changes to Stock Option program** in line with strategy communicated last year to managers to reduce SOP.
– ████████████████████████
– ████████████████████

• **Apply meritocracy** and "do the right thing"

3     Intel Confidential     (intel)

Confidential - Attorneys Eyes Only -

# FSM WW Focal Budgets

| FSM | Intel Hdcnt (12/19) | TMG Hdcnt | FSM '06 Hdcnt 14,219 | TMG '06 YTD Turnover | FSM 06 YTD Turnover (Nov. 2006) | |
|---|---|---|---|---|---|---|
| USA | 50,712 | 23,949 | 11,411 | 6.1% | 6.1% | |
| Ireland | 6,775 | 1,312 | 1,973 | 10.8% | 12.4% | |
| Israel | 4,144 | 2,378 | 835 | 2.2% | 4.1% | |
| Totals | 61,631 | 27,639 | 14,219 51% | 7.2% | 6.2% | |



Does not include the 13 in Malaysia
Automation Eng., Factory & IT Mgr.

Merit and promotion budget recommendations track with market

- US Merit increases will be ▇▇▇ for successful employees, same as last year. Merit matrix to be set at ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
- 2nd Year of SMA Strategy; SMA budget is ▇▇▇▇ WW SMA
- Promo budget based on historical promo rates & pay delta per grade
- Overall T-Cash Position of Market is Strong for FSM WW @ ▇▇▇▇
- FSM turnover ▇▇▇▇ tracking ▇▇▇▇▇▇▇▇ and ▇▇▇▇▇▇

393.4

4                    Intel Confidential                    (intel)

Confidential - Attorneys Eyes Only -

# Exempt Base POM*

**Key Messages:**

**US**

- 
- 
- 

**Ireland & Israel:**

- 

*Position of Market

393.5

5    Intel Confidential    (intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

5

# US – Base POM by Grade



**Critical Job codes identified**
- 
- 
- 
- 
- 

SMA will help close the gap for
your critical jobs and move closer
to the base POM goals

6

Intel Confidential

(intel)

393.6

Confidential - Attorneys Eyes Only -
76583DOC002007

6

# Non-Exempt Base POM

**Key Messages:**
•Overall, excellent improvement to WW POMs against country goals.
Nonexempt Base POM average at ⬛ in the US. slightly more than
goal of ⬛
•⬛ are well positioned and have exceeded
base pay goals.
•Last year, G56 received SMA, met objectives to move them closer to
market
•Grade 53 are behind base pay goals (⬛
with a few in Oregon = Work Study & ⬛
⬛ to be significantly above market for lower grades
⬛, but lost market position in higher grades compared to last year.

7                                    **Intel Confidential**

(intel)

343.7

Confidential - Attorneys Eyes Only -
76583DOC002007

# SMA Strategy for 2007

## Strategy

* Continue with 3-year SMA strategy, but accelerate the fix for grade ▮▮▮▮▮▮ as these grades are where we have the most significant gaps

## SMA Priorities for 2007:

1. ▮▮▮▮▮▮ fully achieve base pay and total cash goals in 2007
2. ▮▮▮▮▮▮▮ fully achieve base pay goals in 2007
3. Critical jobs, as validated by BGHR and Site GM/staff
4. ▮▮▮▮▮▮▮▮▮▮
   – ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5. Other jobs with gaps ▮▮▮▮

Overall, Intel expects ▮▮▮▮ of the employees will be SMA eligible.

* Actual SMA generated will vary based on business groups

*Higher Performer=An employee who received an "O" or "EE" twice AND received Level 1 or 2 SOP Twice in the last 3 Focals.

8        Intel Confidential        

393.8

Confidential – Attorneys Eyes Only –
76583DOC002007

# SMA by Country <u>Preliminary</u> Overview
## Grade 10 & below

Do not share or forward

**Exempt**

**Non-Exempt**

**Process:**

•Current recommendation for Focal 2007 is for SMA to be used for jobs/grades:

•Jobs with market gaps > 6% are SMA eligible

•Critical jobs with market gaps < 6% may be eligible

•Will consider SMA for sustained high performers to ensure appropriate pay relative to market

**Key Messages:**

Final SMA decisions will depend on available budget. Direct Managers will have access to SMA when the Focal Tool is available.

25% of FSM WW headcount will receive SMA (3,494 Total WW HC)

A total of 60 Job codes will receive SMA (50 for exempts & 10 for non-exempts)

SMA percent varies by job code, grade and country

Any remaining SMA dollars- Apply meritocracy

343.9

9                                    Intel Confidential                                  (intel)

Confidential – Attorneys Eyes Only –
76583DOC002007

# Exempts-SMA Generated by Job Title

**Do not share or forward**



## Key Messages:

Only shows SMA for H/C greater than 4 employees in a job code.

SMA will help close the gaps in

C&B **generates** SMA based on job codes and grades, but the business **allocates** based on internal equity and performance.

C&B will work with HR to develop a watchlist of high performers.

Note: Gov. & Public Affair will now fall under Legal

10    Intel Confidential    (intel)

2094

393.10

Confidential - Attorneys Eyes Only -
76583DOC002007

10

# Non-exempts - SMA Generated by Job Title

Do not share or forward

**Key Messages:**

Very little SMA was generated for ████████  Majority of SMA generated ████████████████

* ███████████████████████ ██ ████████████████████

* █████████████████████████████████████████████

MC receives only SMA for calibration tech and Adm.

11                          Intel Confidential                          (intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

11



# Grade 11-13 SMA for 2007

**Strategy:**

- Deliver SMA to close entire base pay and total cash gaps to market goals in one year

**Allocation Process:**

- ▉▉▉▉▉
  - ▉▉▉

- SMA generated by job code
  - Employees in same grade/job code receive same %
- Shift money around as appropriate to support strategy:
  - Bring high performers above market targets where appropriate
  - Consider job scope and relative experience
  - Zero out or reduce SMA for lower performers
- Allocate SMA to EB targets per grade level guidelines and meritocracy
  - ▉▉▉▉ Allocate accordingly to hit ▉-cash goals.
  - ▉▉▉▉

**U.S. Only**

The new **Base POM goals**

| Grade | Before | New |
|---|---|---|

**Revised EB % Target Guidelines**

| Grade | Before | New |
|---|---|---|

12          Intel Confidential          (intel)

343.12

Confidential - Attorneys Eyes Only -
76583DOC002007

# FSM Grade 11-12 Staff

| Site | Name | Intel Title | Grade | TIG | USD Intel Base Pay | USD Market Base Final | Goal Base POM | Actual Base POM | 2007 - Year 2 SMA % | Adj. POM Tcash | 2006 Rating | 2006 SMA Alloc | 2006 SOP+ |
|------|------|-------------|-------|-----|--------------------|-----------------------|---------------|-----------------|---------------------|----------------|-------------|----------------|-----------|
| | | | | | | | | | | | | | |

| Site | Name | Intel Title | Grade | TIG | USD Intel Base Pay | USD Market Base Final | Goal Base POM | Actual Base POM | 2007 - Year 2 SMA % | Adj. POM TCash | 2006 Rating | 2006 SMA Alloc | 2006 SOP+ |
|------|------|-------------|-------|-----|--------------------|-----------------------|---------------|-----------------|---------------------|----------------|-------------|----------------|-----------|
| | | | | | | | | | | | | | |

13

Intel Confidential

(intel)

393.13

Confidential – Attorneys Eyes Only -
76583DOC002007

13

# FSM Wrap Up

## Focal

- **Merit:  Same message as last year!**
  - Spend all your Focal budget
  - Apply Meritocracy
  - Promo your high performers
  - "Do the Right Thing"
- **Promotions:**
  - Would expect to see more promotions of your higher performers in the lower grades
    - ██████████████████████████████████████
- **SMA:**
  - Redistribute SMA to those higher performing employees who are paid below market goals.
  - No SMA increase to IR employees, BE's may be considered, but should be a lower priority
  - Improve market position for process and software engineers.
  - Do NOT share SMA information – "For Your Eyes" Only

## Next Steps

- January Focal Kick-off
  - Review final budget and any key analysis with your staff

14                    Intel Confidential                    (intel)

Confidential - Attorneys Eyes Only -
76583DOC002007



Confidential - Attorneys Eyes Only -
76583DOC002007

393.15

# US T-Comp Competitors

**US 2007 T-Comp Competitors**

T-Comp Competitors: Companies against which Intel benchmarks compensation:
- 30 tech companies generally considered comparable to Intel
- Blend of semi, software, networking, communications, and diversified computer companies

Competitors may be modified by geo
  - Based on local competition for talent

Competitor companies vary when offline surveys are used for specialized skills.
  - Data is not available for special skills in our normal survey ( ie: legal, vc, client managers, etc)

16                    Intel Confidential                    **intel**

393.16

Confidential - Attorneys Eyes Only -
76583DOC002007

16

# T-Comp Changes in 2007

**2006 Compensation Changes:** Announced that Intel would improve our target for total cash pay from "average" to "above average", and deliver to that target over the course of 3 years. Inject additional focal budget (SMA $) over 3 years to jobs that are below target, resulting in base + bonuses > market when Intel profitability matches or beats industry performance

| Program | What's Changing | Why? |
|---|---|---|
| Base Pay | •Higher POM Base **Goals in the US**<br>- ███<br>- ███<br>- ███<br><br>•In Israel, overall goals were adjusted according to the corporate direction. | Improve our Base pay POM.<br><br>Market competitive |
| EB | •Increase EB max target ranges<br>- ███<br>- ███<br>- ███<br><br>•Changes to Formula | Improve our T-Cash POM.<br><br>Market competitive |
| Salary Ranges | ███<br>- ███ | Market competitive |

17    Intel Confidential    (intel)

Confidential - Attorneys Eyes Only -<br>76583DOC002007

17

# T-Comp Changes in 2007

| Program | What's Changing | Why? |
|---|---|---|
| Stock Grants | Stock grant reductions - Two-step process:<br><br>2007:<br>- ██████████: Eliminate stock options and increase RSUs slightly<br>- ████████ Reduce stock options by 50% and increase RSUs slightly<br>- ████████████: Increase RSUs in the stock mix by 10%<br>    Example:█████████████████████<br>    ████████████████<br><br>2008:<br>- ██████████████████████<br>    ███████████ | ████████████<br>████████<br>██████<br><br>███████<br>████<br>██ |

343.18

18       Intel Confidential       (intel)

# US Salary Ranges
## Effective 1/1/07

| Grade | Average of New MinValue | Average of New MidValue | Average of New MaxValue | Average of Midpoint Move from old to new |
|-------|------|------|------|------|

19                Intel Confidential                            (intel)

393.19

Confidential

# TIG by High Performers (US)

**Key Messages:**

Overall, excellent progress made last year promoting all grades. Majority of grades have TIG <1 year.

Grade 3 may be an opportunity to promote

Grade 54, 5 year + on the high end. Look to promote more.

- [redacted]

**Opportunities:**

Do the Right Thing....Again

Spend all your promo dollars

Apply meritocracy

| | Exempts = High Performers Only | | | |
|---|---|---|---|---|
| Grade | <1yr | 1-3yrs | 3-5yrs | 5+yr |
| [redacted] | | | | |

| | Nonexempts = High Performers Only | | | |
|---|---|---|---|---|
| Grade | <1yr | 1-3yrs | 3-5yrs | 5+yr |
| [redacted] | | | | |

*Higher Performer=An employee who received an "O" or "EE" twice AND received Level 1 or 2 SOP Twice in the last 3 Focals.

393.26

# US Diversity Analysis
## (Exempts Only)



| Key Indicators | Female | Male | Female H/(L) Male | URM | Non-URM | H/(L) Non URM |
|---|---|---|---|---|---|---|
| | | | | | | |

**Key Messages:**
Pay looks good, areas of focus:

- High Performing ratings & stock for Females & URMs

Corporate Diversity Direction:

- Focus is on US diversity with legally mandated diversity audits (performance and pay)
- Audits on rating, trends, etc. will be part of the focal rollup process
- OFCCP pay analysis will occur outside of focal

21     **Intel Confidential**



313.21

Confidential - Attorneys Eyes Only -
76583DOC002007

# Higher Performers by Top 3 HC positions

| RatingTrend | HP |
|---|---|
| Country | USA |
| FLSA | E |

| Count of ID | | TIGGrouping | | | |
|---|---|---|---|---|---|
| IntelTitle | Grade | <1yr | 1-3yrs | 3-5yrs | 5+yr |
| | 3 | | | | |
| | 5 | | | | |
| | 6 | | | | |
| | 7 | | | | |
| | 8 | | | | |
| | 6 | | | | |
| | 7 | | | | |
| | 8 | | | | |
| | 9 | | | | |
| | 10 | | | | |
| | 11 | | | | |
| | 3 | | | | |
| | 5 | | | | |
| | 6 | | | | |
| | 7 | | | | |
| | 8 | | | | |
| | 9 | | | | |

22

Intel Confidential

(intel)

Confidential – Attorneys Eyes Only –
76583DOC002007

# Overview of WW Environment –

| GDP Growth | | After growth in 2006, a slowdown in most parts of the developed world will reduce world GDP growth in 2007.  Despite slowdown, GDP growth is still strong. |
| Inflation | | Global inflation rates will decline only gradually in 2007 |
| Unemployment | | Many countries will experience lower unemployment, although China, US and UK are expected to have slightly higher rates |
| Labor Mkt | | Most countries will continue to experience robust labor market |
| Avg Mkt Salary Movement | | Market movement projected to be equal or slightly up compared to 2005 |
| Mkt Turnover and Intel Turnover | | Intel and market turnover continue upward trend.  Intel turnover increasing more than market, decreasing the gap between market |
| Intel Offer Accept Rates | | Intel Offer accept rates have declined in most major countries |

23                              Intel Confidential                        (intel)

Confidential – Attorneys Eyes Only –
76583DOC002007



# Key Indicators at a Glance

| | 2007 Economic Forecast | | | 2006 Intel Workforce | | 2006 Market |
| --- | --- | --- | --- | --- | --- | --- |
| | GDP | Inflation | UE | Offer Accept Rate | Turnover (Total) | Turnover (Total) |
| USA | 2.2% | 3.3% | 5.2% | | | 14.2% |
| Costa Rica | 4.5% | 11.1% | 6.5% | | | 12.1% |
| Germany | 1.4% | 2.4% | 10.4% | | | 3.1% |
| Ireland | 5.3% | 3.2% | 3.8% | | | 8.0% |
| Israel | 4.1% | 2.4% | 8.0% | | | 11.0% |
| Russia | 5.9% | 9.3% | 6.5% | | | 12.0% |
| UK | 2.3% | 2.1% | 5.7% | | | 5.8% |
| China | 9.8% | 2.3% | 9.3% | | | 17.2% |
| India | 7.4% | 4.9% | 7.4% | | | 18.5% |
| Japan | 2.1% | 1.3% | 4.0% | | | 7.6% |
| Malaysia | 5.4% | 3.9% | 3.6% | | | 18.8% |
| Philippines | 5.0% | 5.2% | 8.3% | | | 21.0% |

Intel Confidential

24

(intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

393.24



Confidential - Attorneys Eyes Only -
76583DOC002007

25

# IRELAND

## Economic Indicators

6%
5%
4%
3%
2%
1%
0%

2005    2006    2007F

## Budget Indicators

## Workforce Indicators

External

Manufacturing industry hit hard by redundancies

Several plant closures

Defined Benefit pension plans being reviewed

Car benefits moving to providing a cash allowance benefit only

Internal

Retention challenges: Manufacturing Supervisors, Grade 3 Engineers.

Concern that low morale, caused by SET actions, could have a knock on effect to attrition.  HR in particular.

26          **Intel Confidential**          (intel)

343.26

Confidential - Attorneys Eyes Only –
76583DOC002007