**EXHIBIT B
PART 4 OF 10**

# ISRAEL

## Economic Indicators



| | 2005 | 2006 | 2007F |

□ GDP Growth   ■ Inflation   ■ Unemployment

## Budget Indicators

## Workforce Indicators

External

High-tech companies continue to add headcount

New design centers being opened (Oracle, Google, Microsoft)

High demand for skilled employees such as sw engineers, algorithm engineer, VLSI, ASIC and RF engineers

Internal

Attraction challenges: RCG design engineers, Manufacturing Engineers

Retention risks: Grade 5&6 Engineers

- Dissatisfaction with salary

27     Intel Confidential

(intel)

343.27

Confidential - Attorneys Eyes Only –
76583DOC002007

# US Focal Budget - Historical

| | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Budget | | | | |

*Actuals in Black*

*Estimates in Blue*

*Forecasts in Green*

\* As reported by Radford Surveys - not intended to be additive of Merit + Promo

28                    Intel Confidential                    (intel)

Confidential - Attorneys Eyes Only –
76583DOC002007

# Ireland Focal Budget - Historical

|  | 2005 | 2006 | 2007 |
|---|---|---|---|
| Budget | | | |

*Actuals in Black*
*Estimates in Blue*
*Forecasts in Green*

29          Intel Confidential          (intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

29

# Israel Focal Budget - Historical

| | 2005 | 2006 | 2007 |
|---|---|---|---|
| Budget | | | |

*Actuals in Black*
*Estimates in Blue*
*Forecasts in Green*

30

Intel Confidential

(intel)

313.30

Confidential - Attorneys Eyes Only -
76583DOC002007

30

**EXHIBIT 398 TO THE DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL MOTION AND MOTION FOR CLASS CERTIFICATION**

# Manage Offer Module

# Develop External Offer

**Document Version 1.3**
**February 13, 2009**



EXHIBIT __398__
WIT: Conrad
DATE: 11.21.2012
ANNE TORREANO, CSR #10520

398.1

76579DOC005956
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Manage Offers**

Develop External Offer

## Contents

Process User Overview..........................................................................................................2
Process Steps ...................................................................................................................2
   Tips - Using the Hiring Tools ..........................................................................................2
   Request for Offer Received .............................................................................................3
   Offer Tool Desktop ........................................................................................................3
   Request for Offer Email .................................................................................................3
   Job Requisition.............................................................................................................4
   Review Required Paperwork............................................................................................4
   Candidate Application ....................................................................................................5
   Apply Direct Log-On Screen ...........................................................................................5
   Check eApplication for Information ...................................................................................6
   Internal Equity Report ...................................................................................................7
   Internal Equity.............................................................................................................8
   Using the Compensation Reference Tool (CRT)..................................................................8
   Formalization of Offer ..................................................................................................10
   Develop Offer in Offer Tool ..........................................................................................10
   Email Notifications ......................................................................................................10
   Offer Pending Approval ...............................................................................................12
Revision History ................................................................................................................13

# Process User Overview

This end user document shows a Staffing Consultant (SC) how to:

- Develop an external offer after they receive the offer request on their Offer Tool work list (and/or the offer request auto-notification in their e-mail).
- Use the tools and processes used in the development of the offer.
- Use the resources/templates that a Staffing Consultant may use.

The offer development process is comprised of a sequence of events organized in three major categories

- **Gather Information** about the candidate and offer
- **Utilize Resources and Data** to develop the offer
- **Consult with the Hiring Manager** and **Obtain Approvals**

**Important**: It is essential that the following process information not be altered in order to ensure the integrity and consistency of this business process and the integrity of any other documentation based on this process.

# Process Steps

## Tips - Using the Hiring Tools

- The Hiring Tools have a 20-minute timeout session for security purposes.
- Use the **Calendar Control** 📅 icon within the tool to select dates.

---

348.2

76579DOC005957
CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Detailed descriptions of each field are provided in the embedded **Help** accessible by clicking on the **Help** Icon in the upper, right corner of each section.
- Fields with an **asterisk \*** are required fields that must be completed before moving on to the next step of creating a job requisition.
- Fields with a double **asterisk \*\*** are required fields that are not editable once the requisition has been submitted.
- Whenever there is a **drop-down arrow** icon or **Search** icon next to a field, you must use it to complete the field.

| Step 1 | **Request for Offer Received** |
|---|---|
| | The offer request is received via email and shows up on the Offer Tool work list. |
| | SLA:  Staffing Consultant (SC) must develop offer in the offer tool within 48 hours of receiving an offer request. Exception to this SLA would be if the e-Application (GAM only) has not been completed, then the SC must contact the Hiring Manager (HM) and update him/her within 48 hours on the status or in the process of obtaining any kind of exception request approval.. |
| | Confirm with HM/HA that information in the offer request is accurate (i.e. **Grade Level**, **Work Location**, **Hiring Manager**, **Org Unit**, **Cost Center**, etc.). |

| Step 2 | **Offer Tool Desktop** |
|---|---|
| |  |

| Step 3 | **Important:** Validate the job requisition and offer request (i.e. FLSA status, internal vs. external offer, employee class (experienced, RCG, ICE), etc.) |
|---|---|
| | External offers with a break in service can NEVER be created on a WWID. If external offer request includes a WWID instead of an AppID, determine if there is to be a break in service and if so, the offer requested must be changed to an AppID. |

| Step 4 | **Request for Offer Email** |
|---|---|
| | 1. The Staffing Consultant will receive the following email indicating that an offer has been requested. |
| |    o   <u>Offer Request (Staffing Consultant auto-notification)</u> |

HR Global Staffing
Develop External Offer

Intel Confidential
Rev: 1.3

Page 3 of 13
Revision Date: 2/26/2009

398.3

76579DOC005958
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Step 5** | **Job Requisition**



**Step 6** | **Review Required Paperwork**

2. Request for Offer

3. Open **Job Requisition** in **PeopleSoft**

   - **Recruiting** > **Job Requisitions/Postings** > **Job Requisitions**
   - Enter requisition

4. Select **Job Requisition Information** tab



Job Requisitions

Enter any information you have and click Search. Leave fields blank for a list of all values

Find an Existing Value / Add a New Value

Job Requisition: begins with ▾ 514102

**Step 7** | 1. Open candidate resume in **PeopleSoft** (can also be accessed in the Offer Tool when developing the offer):

   - **Recruiting** > **Identify Process Applicants** > **Capture Applicant Data** > **Application Data**
   - Select Applicant Application Info tab
   - If resume is not available request it from HM/HA

2. Access e-Application from *Apply Direct* (GAM only)

   - Two blue check marks are required before proceeding
   - If e-Application was never sent to candidate, request link sent from Staffing Services GAM in Outlook

398.4

76579DOC005959
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Step 8**

## Candidate Application (GAM specific)

- Another critical factor in developing an offer is the evaluation of the candidate's profile, which should be completed by the candidate prior to the date of interview via Apply Direct

- Apply Direct is an online tool, which candidates use to submit their application information to Intel. There are required fields, which support specific business needs and Intel legal requirements. As explained in the e-Application training, SC's are able to access candidate applications by going to, and entering their password.

  **Important**: As a reminder, once an offer request has been received, the SC is responsible for HR database verification that the candidate's application has been submitted via the online Apply Direct process.)

**Step 9**

## Apply Direct Log-On Screen (GAM Specific)



348.5

76579DOC005960
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Step 10**

# Check Candidate's Application for Information

If it is a foreign candicate, forward FNOJ form to the HM/HA

In eApplication (GAM specific), check technology transfer information for Foreign National disclosure:

- If candidate answers "No" to 1st question in **Technology Transfer Section**, forward FNOJ form to HM/HA



C:\Documents and
Settings\dlingram\My

Check if candidate has previously worked for Intel.

- If prior employee/contractor, determine rehire eligibility

Check if candidate has worked for an Intel vendor/supplier in the last 12 months.

- If so, additional approvals may be needed.

Check graduation dates for graduate/post graduate school under **Education**

- If graduated within 18 months, recommend RCG offer

   **Important**: PhDs are considered RCG for up to 24 months as long as they have been performing post-doc work).

Self-Disclosure (GAM specific)

- If candidate self-discloses a Pre-BI is required

   o  Send an email to Staffing Services GAM including the candidate's name, **AppID**, and what was self-disclosed

Important note: Offer cannot be delivered until this is cleared

HR Global Staffing

Develop External Offer

Intel Confidential

Rev: 1.3

Page 6 of 13

Revision Date: 2/26/2009

398.6

76579DOC005961

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Step 11 | **Internal Equity Report** |
|---|---|
| |  |

| Step 12 | 3. Navigate to **PeopleSoft** > **Reporting Tools** > **Query** > **Query Viewer** |
|---|---|
| | • Type in IOFF01 |
| | • Click **Search** |
| | • IOFF01 Internal Equity-is the report we want to open, click on the query name to open |
| | • Include as much information as possible to limit the results, recommend: |
| |    ○ **Cost Center** |
| |    ○ **Site** |
| |    ○ **Job Code** |
| |    ○ **Salary Grade** |

HR Global Staffing
Develop External Offer

Intel Confidential
Rev: 1.3

Page 7 of 13
Revision Date: 2/26/2009

391.7

76579DOC005962
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Step 13**



**Step 14**

## Internal Equity

For experienced hires, the candidate profile, pay guidelines, and internal equity are the main pieces of information used to compute the base salary. Internal equity is defined as a fairness criterion comparing comparable Intel jobs using education, experience, skill level and performance and timing of next review period. Internal equity is used to determine wage rates for new hires and current employees that correspond to each job's relative value to Intel. It can also be used to reflect the relationship between one or more individual's base plus EB/commission target based on level of contribution.

- Comparables should include the current compensation of 3-5 employees in the same grade and job family within the hiring department or division

  o How do employees' education and experience backgrounds compare?

  o How do expertise and skills compare?

  o Where would the manager rank this person within their department based on their expectation of the applicant's contribution and job performance? (Hiring Managers should look at their own organization.)

- If there are not enough employees in the same grade, the Staffing Consultant should consider employees in one grade level above and/or below the candidate as appropriate.

Additionally, if appropriate comparables do not exist within the hiring department, identify an alternate department within the organization. Similar information should be provided for the comparison.

398.8

76579DOC005963
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Step 15** | **Using the Compensation Reference Tool (CRT)**



HR Global Staffing
Develop External Offer

Intel Confidential
Rev: 1.3

Page 9 of 13
Revision Date: 2/26/2009

398.9

76579DOC005964
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Step 16** | **Formalization of Offer**



**Step 17** | **Develop Offer in Offer Tool**

All offers must be developed in the Offer Tool as soon as E-Application is completed within 24 hours (showing two blue checkmarks in Apply Direct)

- Search for candidate name on work list
  - Find the correct offer (verify candidate and requisition number)



HR Global Staffing
Develop External Offer

Intel Confidential
Rev: 1.3

Page 10 of 13
Revision Date: 2/26/2009

398.10

76579DOC005965
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Step 18**
- Highlight candidate name and then Click **Offer** and then **Create/Develop** (you can also right click on highlighted name).
- If needed, change the **Work Location, Grade Level, Expected Start Date**, etc. provided by the manager's response to email
- Select a start date based upon individual circumstances or FNOJ requirements
- Select **Former Employee** designation
- At this point you can run the **Internal Equity Report** or pull the candidate's resume if not already done

**Step 19**



$3\,9\,8.\,11$

76579DOC005966
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Step 20 | • **Offer Editor** calculates and displays calculated components applicable for the specific region offer is being developed. |
|---|---|
| |  |

| Step 21 |  |
|---|---|
| | • Verify information was entered correctly and click **Submit Offer** (or **Save for Later** if appropriate). |

| Step 22 | **Offer Pending Approval** |
|---|---|
| | • HM/SC will receive an auto-notification from Employee Services titled **Action Required: Approve Your Offer** |
| | • HM will either approve or deny offer and another auto-notification will be sent to both the HM/SC from Employee Services titled **Action Required: Offer Approval Status has changed** |
| |    ○ SC will redevelop the offer if denied and move forward with the verbal offer if approved. |

## Email Notifications

4. Offer Request (Staffing Consultant auto-notification)


C:\Documents and
Settings\madnan\My

5. Offer Request (Hiring Manger auto-notification)

| HR Global Staffing | Intel Confidential | Page 12 of 13 |
|---|---|---|
| Develop External Offer | Rev: 1.3 | Revision Date: 2/26/2009 |

398.12

76579DOC005967
CONFIDENTIAL - ATTORNEYS' EYES ONLY



C:\Documents and
Settings\madnan\My

## Revision History

Insert a row in the table below to ensure the most current revision is listed first.

| Rev No. | Revision Date | Revision Description | Revised by | Approved by |
|---------|---------------|---------------------|------------|-------------|
| 1.0 | 10/05/2006 | Create first rev of GS Develop External Offer document | Denise Campbell | Phase Owner |
| 1.1 | 01/20/2009 | Updated SO#3 Changes | Marina Scully | 1st review |
| 1.2 | 02/012/2009 | Updated SO#3 Changes | Claire Couzens | 2nd review |
| 1.3 | 02/13/2009 | Updated SO#3 Changes | Marina Scully | Signed Off |

398.13

76579DOC005968
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 399 TO THE DECLARATION OF
LISA J. CISNEROS IN SUPPORT OF
PLAINTIFFS' NOTICE OF SUPPLEMENTAL
MOTION AND MOTION FOR CLASS
CERTIFICATION**



# FY11 Preliminary Pay lines development update
## CPD Analyst staff meeting

Presented by: Cecile Pierrot, Doris Fischbeck

Date: May 5th , 2010

C&B: Compensation Planning & Design
Intel Confidential – Internal Only

1



399.1

76582DOC000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Table of content



1. Decision making
2. Timelines
3. Pay line assignment changes
   1. Considerations for pay line assignment changes
   2. Impact on market rate calculation
4. Pay line movement: preliminary FY11 versus FY10
5. Final FY11 pay lines - expectation setting

2                    C&B. Compensation Planning & Design
                     Intel Confidential – Internal Only

$399.2$

2

76582DOC000004_000002
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Decision making
**aging factor, preliminary pay lines and**
**preliminary Geni ranges**



- Tier 1 countries
  - BPO = "D" and the Regional Manager = "A"
- Tier 2 / 3 countries
  - Regional Manager = "D" and the BPO = "A"
- What does this mean in practical terms?
  - Work ALL your proposals with your manager
  - Once your proposal is ready to be reviewed or at a stage where you look for input / feedback:
    - please post the file on MOSS
    - send a mail to your manager and BPO
- Meetings set for end of next week for tier 1 country approval
- Tier 2/3 countries: review meeting with Lisa and Chris on May 18th/19th

3                      C&B: Compensation Planning & Design
                       Intel Confidential – Internal Only

399.3

76582DOC000004_000003
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# RAPID

(intel) Sponsors of Tomorrow™

| decisions | TIER 1 country | | | | |
|---|---|---|---|---|---|
| | R | A | P | I | D |
| | CPD Analyst | | CPD Analyst | C&B consulting | CPD Regional Manager |
| | CPD Analyst | | CPD Analyst | C&B consulting | CPD Regional Manager |
| | CPD Analyst | | | C&B consulting, CPD Analyst | C&B consulting |
| | Country consulting | | CPD Analyst | Country C&B consulting, BG consulting, biz, CPD | Regional GM or MCM |
| | CPD Analyst | CPD Regional Manager | CPD Analyst | C&B consulting | CPD BPO |
| | CPD Analyst | CPD Regional Manager, HR legal* | CPD Analyst | Country C&B consulting, biz | CPD BPO |
| | CPD Analyst | HR legal* | CPD Analyst | Country C&B consulting, BGHR, BG consulting, biz | Regional C&B Consulting Manager |

\* For countries with works council HR legal = A for Genl range cuts

C&B, Compensation Planning & Design
Intel Confidental – Internal Only

4

3 99.4

76582DOC000004_000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# RAPID

(intel) Sponsors of Tomorrow.™

| decisions | TIER 2 and 3 countries | | | | |
|---|---|---|---|---|---|
| | R | A | P | I | D |
| | CPD Analyst | | CPD Analyst | C&B consulting | CPD Regional Manager |
| | CPD Analyst | | CPD Analyst | C&B consulting | CPD Regional Manager |
| | CPD Analyst | | | C&B consulting, CPD Analyst | C&B consulting |
| | Country consulting | | CPD Analyst | Country C&B consulting, BG consulting, biz, CPD | Regional GM or MCM |
| | CPD Analyst | CPD BPO | CPD Analyst | C&B consulting | CPD Regional Manager |
| | CPD Analyst | CPD BPO, HR legal* | CPD Analyst | Country C&B consulting, biz | CPD Regional Manager |
| | CPD Analyst | HR legal* | CPD Analyst | Country C&B consulting, BGHR, BG consulting, biz | Regional C&B Consulting Manager |

C&B: Compensation Planning & Design
Intel Confidential – Internal Only

5

3 99. 5

76582DOC000004_000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Timelines

| High Level Task | Timeline |
|---|---|
| Pricing complete in Reward for all countries and QC'd | End March |
| Determine 2009 and 2010 aging factor (in Reward approved and QC'd) | by April 12 |
| Central Reward audit to ensure all surveys have an aging factor | 13-Apr |
| Develop 2011 Preliminary Pay line | Apr 5- May 7 |
| 2011 Preliminary Pay lines approved by CPD Regional Manager and Doris | Apr 6 - May 14 |
| **Enter 2011 Preliminary Pay lines in Reward and QC** | **by May 21** |
| Develop Preliminary 2011 Geni ranges | by May 31st |
| 2011 preliminary GENI ranges recommendations approved | by June 4 |
| **Post files for consulting** | **by June 11** |
| Review 2011 GENI ranges recommendations with Country Consulting | Mid June-Aug 2 |
| Collect Consulting feedback on country pay strategy for 2011 Final paylines development | Mid June-Aug 2 |
| Develop 2011 Final Pay line (incl. Survey analysis) | Aug 2-Sept 30 |
| Pay lines approved by CPD Regional Manager and Doris | Sept 17-Oct 5 |
| **2011 Final Pay lines in Reward and QC'd** | **by Oct 8th** |

Build your own work plan to meet the deadlines

399.6

76582DOC000004_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Timelines

- Prioritize tier 1 countries AND countries which have been identified for a MY assessment
- Countries identified for MY assessment:
    - 
    -
- If you have challenges meeting the timelines, raise to your manager and flag to BPO including a proposal
  -> knock on effect on Danny's & Tanya's ability to run POM reports and MY assessment process

C&B: Compensation Planning & Design
Intel Confidential – Internal Only



3 99. 7

76582DOC000004_000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Pay line assignment changes

- A change in pay line assignment should be supported by multiyear trends
  - Market rates for certain job(s) trending / is above or below the pay line tolerance level
  - Collapsing pay lines



  **Exception:**
  - If it was decided to distinguish pay lines due to job assignments: to carve out jobs even if they are paid similarly

- In case you are proposing considerable changes to pay line assignments:
  - save two versions of the preliminary pay line development tool (current and proposal)
  - flag those countries to your manager and BPO as soon as possible

C&B Compensation Planning & Design
Intel Confidential – Internal Only

(intel)

5/8

349.8

76582DOC000004_000008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Considerations for proposing updated pay line assignments

- Jobs within the tolerance level should be assigned to the respective pay line unless the pay strategies advises otherwise
- How to treat outliers:
  If a job is outside the tolerance level, please verify whether this
  - Follows a trend over the time and should therefore be proposed for a different pay line assignment (i.e. there is a trend over the last years that a job tended to be consistently at the lower or the higher end of the tolerance level or even slightly above or below?)
  - due to being a first year outlier (in this case this job should be earmarked for the following year for review)
- **A change in pay line assignment should be supported by multiyear trends**

**Frequency of pay line assignment changes**

- Pay line assignments should not be changed every year as this has an impact on the POM of those jobs. Year on year fluctuation of POM undermines the credibility of our POM data.
- If pay strategies have been changed for some jobs / functions those need to be reflected in the pay line design.
- First year outliers (to the tolerance level) should not be reflected immediately and be monitored until the next year, unless there has been a consistent trend over years for this job to be at the upper or lower end of the tolerance level


Intel Confidential—Internal Only

399.9

9

76582DOC000004_000009
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Pay line assignment changes impact on calculation

- Reassignment due to internal equity:
  - this means we recognize the level this job is being paid in the market, however internally we would like to treat this job equally to jobs assigned to a different pay line->
  - The market data point remains in the market rate calculation of the current pay line, the job gets assigned to a different pay line
  - Please note that you need to keep track of those type of reassignments, in order to ensure that the data point of this job does not get included into the calculation of the pay line midpoint the job is assigned too

- Example 1
  - A job which falls under the low pay line according to market data should be assigned to the main pay line for internal equity considerations.
  - As this "low" market data point should not influence the market reference rate of the main pay line, this job will be assigned to the main pay line however its market rate will not be used to calculate the market reference rate for the main pay line

- Example 2
  - For a tier 3 country all sales jobs should be assigned to the same pay line for internal equity reasons. In this case all jobs get assigned to the one pay line and all market rates will be used for calculating the pay line midpoint except for data outliers.

5/8    C&B Compensation Planning & Design
Intel Confidential – Internal Only


399.10

76582DOC000004_000010
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Pay line assignment changes impact on calculation

- ## Job holds a premium:
    - the market data point stays within the pay line midpoint calculation, as we recognize that this is the market reference rate for this job
    - However we target a more aggressive pay goal; job gets assigned to a premium pay line.
    - Premium pay line creation: the pay line midpoint of the pay line the premium job falls under according to market data will be multiplied with the POM goal reflecting the premium pay goal. The premium job gets assigned to this pay line

- ## Job data is an outlier to the pay line
    - market data for a job are on average above or below the tolerance level **following a multiyear trend** --> this job is being paid similarly to jobs on a different pay line
    - Remove this job from the pay line and recalculate the current pay line midpoint without this market data point. Add the market data point to the pay line midpoint calculation for the new pay line

5/8 — C&B Compensation Planning & Design  Intel Confidential - Internal Only 

399. 11

76582DOC000004_000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Pay line movement
### preliminary FY11 versus FY10

- This movement should on average reflect the market movement of the respective market
  - this can vary by function, grade grouping or grade levels
- Due to the economic crisis and turbulences in the market data (2009 market data and potentially for 2010 market data ) we may see year on year market rate movement which cannot be related to either:
  - market movement based on our survey analysis or
  - Aging factors based on Total market budgets
- Impact on preliminary FY11 pay lines:
  - unless we have a solid rationale for the deviating movement....
  - we should as a default move the preliminary FY11 pay lines by the average country / function market movement
  - Flag this to consulting and
  - Revisit once we obtain updated market data for developing Final FY11 pay lines

5/8    CSB, Compensation Planning & Design
Intel Confidential – Internal Only     (intel)

399.12

76582DOC000004_000012
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Final FY11 pay lines - expectation setting

- Mature and stable countries
  - assuming no major changes to pay strategies or unpredicted market changes
  - Expect Final pay line development to be a light process
  - Potentially course correcting the aging factor and 2010 / 2011 projections
  - Apply (potential) course corrected aging factor to preliminary pay lines and preliminary Geni ranges to develop final pay ranges
  - No major re-work of pay lines or Geni ranges

- Emerging / maturing countries
  - expect course correcting aging factors and 2010 / 2011 projections
  - Apply course corrected aging factors to preliminary pay lines to develop final pay ranges
  - In case there are changes to pay strategies and /or pay line assignments market rates will have to be updated

- Impact on individual workload
  - Your manager will work with you in case there is unequal distribution of "light process" countries versus re-working pay ranges

C&B, Compensation, Planning & Design
Intel Confidential– Internal Only



3/8

399.13

76582DOC000004_000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Reminder on resources

- Reference document for Pay range development steps:
  - CAR Home > Focal > 2011 Focal > CAR Working Files > FY11 Preliminary Pay lines development

- Pay line guidelines 2010:
  - CAR Home > Focal > 2011 Focal > CAR Working Files > FY11 Preliminary Pay lines development

- Weekly OPTIONAL open forums are in your calendars:
  - Forum to ask questions, share BKMs about Preliminary Pay ranges guidelines, tools or templates



5/8     CSB Compensation Planning & Design
Intel Confidential – Internal Only

3 99. 14

76582DOC000004_000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Back up



5/8   C&B  Compensation  Planning & Design
Intel Confidential– Internal Only

(intel)

399.15

76582DOC000004_000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Pay line smoothing

- ███████████████████████████████████████

**Progression:**

- In order to get familiar with the country specific progression type please refer to the survey analysis template and use the raw market data progression of the surveys used for pricing for the country as a guidance.

  Take into consideration:

  - The weighting applied to the different surveys for market pricing – has this been applied consistently across all functions and grades, has this been changed considerably from last year to this year? This could be an explanation if the market rate pay line progression this year varies from the market rate progression last year

- Progression can vary from pay line to pay line within the grade grouping

C&B, Compensation Planning & Design
Intel Confidential – Internal Only



5/8

399.16

76582DOC000004_000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2009 Market data analysis (1)

- Analysis needed to build your pay lines:
    - Market data spread (representing range between P10 and P90)
    - Market Grade progression
    - Geo differential (where applicable)

- **Look at the market data** by job function and for grade grouping (depending on what is the most appropriate for your country)
    - Spread for EB grades. 30s, 50s, 60s, Sales
    - Or spread of functions within the EB grades
    - Analyze any similarities / differences between your main surveys to assess market data spread and progression

- FY11 Market rate Pay line in Reward:
    - Once your market rate PL is created, record the market data spread

5/8    C&B Compensation Planning & Design
Intel Confidential – Internal Only



399.17

76582DOC000004_000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY

399.18

76582DOC000004_000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2009 Market data analysis (3)

- Determine the Spread for FY11 Preliminary pay lines:
  - Compare 2009 market data to FY10 Pay lines spread; compare it to the spread model from 2008 (see back up slide)
  - Adjust FY10 range spread if data/trend supports a change
    - Keep in mind the impact of changing the range spread:
    - Increase / decrease in Min -> potential bring to Min SMA
    - Increase / decrease the Max
    - Employee Pay range distribution change -> i.e. employees in Q4 could be brought to Q3 -> driving more merit budget

- Determine Grade progression for FY11 Preliminary pay lines (see the Pay line guidelines 2010):
  - Compare 2009 market data to the grade progression in the FY11 Preliminary pay line
    PC1
  - *Assess if market data justifies any updates to the grade progression in the pay line*

    Avoid any drastic changes from one year to another if there is no solid



5/8    C&B: Compensation Planning & Design
Intel Confidential– Internal Only

399.19

76582DOC000004_000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Id | Date | Text |
|---|---|---|
| PC1 | 04/14/2010 15:47:51 | Not sure if we should remove this, since there are already enough explanations in the PI guidelines<br>thoughts? |

C&B Compensation Planning & Design
Intel Confidential – Internal Only

(intel)

5/8

399,20

76582DOC000004_000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Next steps

- Get the approval and QC for remaining aging factors
- Reward audit:
    - All jobs are linked to a pay line (structure in FY10 Final PL)
    - All jobs have a grade code
- Create the FY11 Market rate pay lines in Reward
- Complete Market data analysis: range spread, grade progression
- Develop the FY11 Preliminary pay lines: by May 7th



C&B Compensation Planning & Design
Intel Confidential – Internal Only

5/8

399.21

76582DOC000004_000021
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Example**



399.22

76582DOC000004_000022
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT 400 TO THE DECLARATION OF
LISA J. CISNEROS IN SUPPORT OF
PLAINTIFFS' NOTICE OF SUPPLEMENTAL
MOTION AND MOTION FOR CLASS
CERTIFICATION**



# Base Pay Comparison Report Support Overview

Brian Richey

WW 04 2011

Intel Confidential - Internal Only

Confidential - Attorneys Eyes Only - 765825DOC001211

EXHIBIT 400
WIT: Conrad
DATE: 11.21.2012
ANNE TORREANO, CSR #10520

1