# EXHIBIT B
# PART 6 OF 10

**Budget Strategy and Development example – Focal 2006**

8          Intel Confidential

8

781.22

76596DOC017031
Confidential - Attorneys' Eyes Only

## Budget Approval

➤ Budget recommendations go through a multi stage review process:
- C&B management
- Patty Murray & Richard Taylor
- Andy Bryant
- MCM C&B Advisory Board
- Paul Otellini

➤ Stakeholder input is considered

➤ Paul Otellini is the approver

**9**      **Intel Confidential**

Budget proposals put into context given the various business objectives

PSO and CRB sees the summary of internal and external data, summarized market position information, and various budget proposals and spending alternatives

PSO and CRB do not approve/disapprove of specific TMA jobs; he sees the overall spending approach only

9

781.23

76596DOC017032

76596DOC017032
Confidential - Attorneys' Eyes Only

## Budget Implementation

➢ Information loaded into Focal Tool
  • Merit Matrix
  • Merit, Promo, Adjustment, and Stock budgets
  • Salary Ranges
  • Guidelines
    – Stock, EB

➢ Key messages for focal

➢ Focal process begins

**10**      **Intel Confidential**

10

78124

76596DOC017033
Confidential - Attorneys' Eyes Only

## Focal Budget components
### Merit

➢ The main budget element that matches projected market movement of pay

➢ Derived from an assessment of projected labor cost movement for each country and our budget strategy

  • Example – if you want to close the gap for everyone equally, have larger than market merit budget

➢ Not based on Intel's profitability or the cost of living

**11**     **Intel Confidential**

11

781.25

76596DOC017034
Confidential - Attorneys' Eyes Only

## Focal Budget components
### Promotion/Adjust



12          **Intel Confidential**



12

7 81.26
76596DOC017035
Confidential - Attorneys' Eyes Only



**Focal Budget components**
**SMA**
➢<u>**What is SMA and why do we use it?**</u>

**13**    **Intel Confidential**

When we say **job** it is actually the combination of a **job and grade** such as
Software Engineer gr. 3. Prioritization:

13

$7\%{}_{1}27$

76596DOC017036
Confidential - Attorneys' Eyes Only



**SMA – Critical**

14          **Intel Confidential**

14

78ı. 28

76596DOC017037
Confidential - Attorneys' Eyes Only

## SMA - College Compression



**15**      **Intel Confidential**

15

781.29

76596DOC017038
Confidential - Attorneys' Eyes Only



ASSUMES A MERIT BUDGET PROPOSAL OF 4%.

**·GENERAL ASSUMPTIONS ON SETTING TARGETS:**

EMPLOYEES WITH 1 YR OF EXPERIENCE:

EMPLOYEES WITH 2 YRS. OF EXPERIENCE:

THE ADJUSTMENT CALCULATION IS:

16

781.30

76596DOC017039
Confidential - Attorneys' Eyes Only



When we say **job** it is actually the combination of a **job and grade** such as Software Engineer gr. 3. Prioritization: ▮▮▮▮▮▮▮▮▮▮
▮▮▮

17

781.31

76596DOC017040
Confidential - Attorneys' Eyes Only

**Slide 17**

**p12**   Lincoln slide
pbmay, 9/5/2006

781.32

76596DOC017041
Confidential - Attorneys' Eyes Only

## Example: Budget Components

|                      | Market | Intel Budget |
|----------------------|--------|--------------|
| Merit                | 3.5%   | 3.5%         |
| Promotion/Adjustment | 1.0%   | 1.1%         |
| SMA                  |        | 0.5%         |
| Total Focal Budget   | 4.5%   | 5.1%         |

Total Budget is 0.6% higher than market

**18**    **Intel Confidential**

We're leading the market by .6%

What problem are we trying to solve? Get base to our goal for specific jobs with SMA and to address some new hire compression

781.33

76596DOC017042
Confidential - Attorneys' Eyes Only



19

781.31

76596DOC017043
Confidential - Attorneys' Eyes Only



781.35

76596DOC017044
Confidential - Attorneys' Eyes Only



21

781.36

76596DOC017045
Confidential - Attorneys' Eyes Only

**Slide 21**

**p13**     Mike Namie will expand on this and give it to use 9/15 or 9/18.
             pbmay, 9/13/2006

7 81.37

76596DOC017046
Confidential - Attorneys' Eyes Only

**Options and Restricted Stock Units (RSU) mix by Grade**
Beginning April '06

## Option/RSU %  Mix by Grade

|  | Options | RSU |
|---|---|---|
| NEx - Grade 6 | ■ | ▬ |
| Grades 7 - 8 | ▬ | ▬ |
| Grades 9 - 10 | ▬ | ▬ |
| Grade 11 - 13 | ▬ | ▬ |

**Philosophy**: More current cash for those who need it most.
More pay directly dependent on company performance for people at
the higher grade levels

**22**    **Intel Confidential**

Our goal is to deliver a broad-based stock program that provides value
for all employees

The Intel stock program will use a mix of RSU and Options depending on
grade level.

22

781.38

76596DOC017047
Confidential - Attorneys' Eyes Only



**Example Stock Matrix (table)**

23      **Intel Confidential**

23

78139

76596DOC017048
Confidential - Attorneys' Eyes Only

Backup

24        **Intel Confidential**

24

781.40

76596DOC017049
Confidential - Attorneys' Eyes Only



**25**   **Intel Confidential**

7 81.41

76596DOC017050
Confidential - Attorneys' Eyes Only

p10

## Additional Market Position Consideration

- ➢ Year 2 of SMA strategy
- ➢ Critical job / How to determine?
  - primary function of organization
    - – are you primarily design, factory, sales and marketing?
  - most urgent hiring needs, difficult positions to fill, higher turnover, long training time, low supply vs high demand
- ➢ Market Position
  - may consider maintaining a "better" market position for critical jobs than overall population
- ➢ We have limited resources, need to make the *allocation decisions* that best support the strategies of the organization

26          Intel Confidential

**WHAT JOB FAMILY MOST DIRECTLY SUPPORTS YOUR ORGANIZATIONS PRIMARY MISSION?  If you do not know this, where would you get the answer?**

26

7 81.42

76596DOC017051
Confidential - Attorneys' Eyes Only

**EXHIBIT 2030 TO THE DECLARATION OF
LISA J. CISNEROS IN SUPPORT OF
PLAINTIFFS' NOTICE OF SUPPLEMENTAL
MOTION AND MOTION FOR CLASS
CERTIFICATION**

# EXHIBIT 17
# FILED UNDER SEAL

2030.1

EXHIBIT 2030
WIT. McKell
DATE 3-20-13
*KRAMM COURT REPORTING*

1   BINGHAM MCCUTCHEN LLP
    DONN P. PICKETT (SBN 72257)
2   FRANK M. HINMAN (SBN 157402)
    SUJAL J. SHAH (SBN 215230)
3   FRANK BUSCH (SBN 258288)
    Three Embarcadero Center
4   San Francisco, CA  94111-4067
    Telephone:  415.393.2000
5   Facsimile:  415.393.2286
    donn.pickett@bingham.com
6   frank.hinman@bingham.com
    sujal.shah@bingham.com
7   frank.busch@bingham.com

8   Attorneys for Defendant
    Intel Corporation
9
                    UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN JOSE DIVISION
12

13  IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
14
15  THIS DOCUMENT RELATES TO:          **DECLARATION OF DANNY McKELL IN
                                       SUPPORT OF OPPOSITION TO CLASS
16  ALL ACTIONS                        CERTIFICATION**

17
18                                     Date Consolidated Amended Compl. Filed:
                                       September 13, 2011
19
20
21
22
23
24
25
26
27
28

ATTORNEYS' EYES ONLY                                    Master Docket No. ll-CV-2509-LHK

                    DECLARATION OF DANNY McKELL       2030.2

A/75213414.2

1    I, Danny McKell, declare:

2        1.      I am a Compensation and Benefits Specialist at Intel Corporation. I have personal

3    knowledge of the matters stated in this declaration. I make this declaration in support of

4    Defendants' Opposition to Motion for Class Certification. If called and sworn as a witness, I

5    could and would competently testify to the matters stated below.

6        2.      I have been employed by Intel for 13 years and have worked in the Compensation

7    and Benefits group for the last 9 years. I understand that the Plaintiffs in this case have asserted

8    that Intel's compensation for most of its employees (apart from retail employees, corporate

9    officers, members of the board of directors, and senior executives) was suppressed below

10   competitive levels during the alleged class period of 2005-09. In my role as a Compensation and

11   Benefits Specialist, I am generally familiar with the process by which Intel has compensated its

12   employees before, during, and after the alleged class period. The statements below are

13   descriptive of Intel's compensation practices during the alleged class period, and generally

14   extend before and after that period except where noted.

15       3.      Attached as Exhibit A is a true and correct copy of Chapter 16 of the Intel "Total

16   Compensation Handbook," dated January 1, 2010 (76586DOC000445), which outlines the

17   components of Intel compensation: base pay, employee (incentive) bonus, profit sharing bonus,

18   and various forms of equity grants (stock options and restricted stock units) (collectively, "total

19   compensation"). The same components comprised Intel compensation during the alleged class

20   period.

21       4.      Intel assigned each employee to a "grade" level and used a broad "total pay"

22   range for each grade. The mix of compensation components differed across grade levels, with

23   the bonus component typically increasing with grade level. I refer to base pay plus cash bonuses

24   as "total pay" because the two were often considered together in company-wide compensation

25   analysis, though the relative proportions of those components varied among individuals.

26       5.      Attached as Exhibit B is a true and correct copy of Intel's "Salary Ranges, Merit

27   Matrices, Promo Guidelines, and Budget" presentation, dated June 26, 2007

28   (76582DOC000783), describing the annual process by which Intel managers determined

ATTORNEYS' EYES ONLY                          1                    Master Docket No. 11-CV-2509-LHK

DECLARATION OF DANNY McKELL        2030.3

A/75251143.1

1   employee compensation.  The process for determining the annual budget took several steps

2   throughout the year. ████████████████████████████████████████

███████████████████████████████████████████████████

████████████████████████████████████████████████

███████████████████████████████████████████████████████

███████████████████████████████████████████████████████

█████████████████████████████████████████████████████████████

█████████████████████████████████████████████████████

██████████████████████████████████████████████████████████

██████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

████████████████████ █ ████████████████████████████████████

█████████████████████████████████████████████████████████

██████████████████████████████████████████

16        6.       Attached as Exhibit C is a true and correct copy of Intel's "Compensation 201

17   Instructor Guide," dated December 15, 2006 (76583DOC007683-7725), describing, among other

18   things, how Intel used market salary survey data in its compensation benchmarking process.  As

19   explained in the Instructor Guide, Intel learned about salaries paid by competitors primarily

20   through third party market salary surveys such as Radford and Towers Perrin.  The Intel

21   Compensation and Benefits group, with input from the business groups, selected peer companies

22   for comparison based on size, geographic location, and industry. ████████████████████

███████████████████████████████████████████████████████

████████████████████

25        7.       Attached as Exhibit D is a true and correct copy of Intel's "Pre-Focal Analysis

26   2007" presentation, dated January 5, 2007 (76583DOC002007).  At page 16, the document lists

27   the 29 companies against which Intel benchmarked for the 2007 focal year.  Of the defendants in

28   this case, only ████████████ were used in Intel's benchmarking.  The other 27 companies

ATTORNEYS' EYES ONLY                              2                    Master Docket No. ll-CV-2509-LHK

DECLARATION OF DANNY McKELL          2030. 4

A/75251143.1

1 ████████████████████████████████████████████████████

█ ████████████████████████████████████████████████

█ ████████████████████████████████████████████████████

█ ████████████████████████████  Salary information obtained by employees who were

5 "cold-called" was not a source of information and was not considered when analyzing market

6 compensation.  ████████  was added to the list of peer companies for the first time in the 2006

7 focal year.  Attached as Exhibit E is a true and correct copy of Intel's "2006 FSM Pre-Focal

8 Analysis Fab 17," dated December 9, 2005 (76583DOC007082), showing on page 24 that

9 ████████ was added to the 2006 list of benchmark companies.

10      8.      Once total pay ranges were set, Intel's managers throughout the company

11 conducted employee evaluations, and rated employees into five performance categories:

12 approximately ████ of employees were rated outstanding, ██% exceeded expectations, ████

13 succeeded, ████ were below expectations, and ████ required improvement.  Because Intel's

14 compensation philosophy was to pay for performance, these ratings were used, subject to a

15 business unit manager's discretion, to determine base pay raises, bonus target increases and

16 grade level changes or promotions.  Some exempt employees were also eligible for a geographic

17 total pay differential, an additional payment for employees in certain grades at Intel locations

18 where the market pay was substantially above the national average.

19      9.      Page 19 of Exhibit D shows the wide ranges of total pay available within each

20 grade.  For example, total pay for Grade 3 employees varied by ████ or ████  The ranges for

21 the other families are similar.  The maximum ██████████████ —exceeded the

22 minimum ██████████████.  For technical jobs, Grade 3 was assigned to employees

23 with a bachelor's degree and no experience.  Grade 8 was assigned to employees with a

24 bachelor's degree and 6-8 years of experience.  Thus, the ranges were broad enough to allow a

25 new employee to be paid more than one with significant experience.  Total pay ranges and

26 overlaps during other years of the class period were similar.

27      10.     Intel's individual employee total pay determinations were not made company-

28 wide but were made by thousands of business unit managers, who had discretion with respect to

DECLARATION OF DANNY McKELL          2030.5

1    the amount and composition of each individual's compensation.  The Compensation and Benefits

2    group provided managers guidelines and a merit increase budget for determining merit increases

3    based on the rating the manager determined was appropriate for each of their employees.

4    Managers could and did adjust compensation up or down within a broad range for each

5    employee.

6          11.    Compensation increases generally occurred in connection with the annual focal

7    review process, and were rarely negotiated throughout the course of the year.  Intel did not have

8    a company-wide policy for responding to current employees who had received offers from other

9    companies.  Instead, any response was subject to the discretion of each individual employee's

10   manager.  I understand that Intel would make a counteroffer in hopes of retaining an employee

11   where the circumstances warranted.

12         12.    Because each business unit was given a budget for total pay, paying more to some

13   employees meant paying less to others.  For example, if a manager decided to give a larger raise

14   or a promotion to one employee, whether as a result of the merit based annual review process or

15   individual negotiation, he or she would likely have had to decrease the raises given to other

16   employees in his or her group or deny another employee a promotion.

17         13.    If an individual employee received greater compensation in response to an offer

18   from another company, it would not have affected compensation throughout the company, or

19   even within the employee's business unit, job family or grade level.  Rather, compensation was

20   determined by analysis of market compensation, company performance, individual performance

21   and other factors as described in Paragraph 5 above.

22         14.    Attached as Exhibit F is a true and correct copy of a custom compensation report

23   generated by Radford for Intel based upon June 2009 data (76582DOC023919).  It shows, on the

24   "Report Specs" tab, that Intel requested Radford's ████████████ report, which includes

25   data on ████████████████████████████████████████████████████

26   ████████████████████████████████████████  Although this report

27   included ████████████████████, they collectively comprise only 0.6% of the list.

28   Intel requested and used this benchmarking report because ████████████████

DECLARATION OF DANNY McKELL          2030.6

A/75251143.1

15. In 2006, Intel instituted a change to its overall compensation philosophy. Prior to 2006, employee base compensation was targeted to be less than the market average as compared to peer companies, while employee bonuses were targeted to be greater than the market average. Beginning in 2006, Intel changed the targets such that employee base compensation would be equivalent to the market average as compared to peer companies, and employee bonuses would continue to be greater than the market average. In February 2006, Intel temporarily halted new hiring while contemplating a hiring freeze. In April 2006, Intel instituted a full hiring freeze. Two months later, Intel laid off approximately 1,000 manager level employees worldwide. In September 2006, Intel announced that it planned to lay off 10,500 employees by mid-2007, primarily in the marketing and IT departments. In January 2009, Intel suspended promotions and instituted a worldwide salary freeze, in response to the recession and macro-economic environment.

16. I declare under penalty of perjury that the foregoing is true and correct. Executed in Rio Rancho, New Mexico, on November 12, 2012.

DANNY McKELL

2030.7

# Exhibit A

2030-8

**Chapter 16**
**Cash**

| Topic | Page |
|---|---|
| Overview | 16.1 |
| Base pay overview | 16.1 |
| Exempt Pay Ranges | 16.1 |
| Nonexempt Pay Ranges | 16.1 |
| Exempt and Nonexempt Pay Increases | 16.2 |
| Exempt and Nonexempt Pay Practices | 16.2 |
| Nonexempt Classification Compliance Guidelines | 16.8 |
| Exempt Classification Extra Pay Guidelines | 16.13 |
| Exempt and Nonexempt Temporary Shift Changes | 16.15 |
| Nonexempt Compressed Workweek Schedule Premium | 16.16 |
| Employee Bonus | 16.17 |
| Employee Cash Bonus Program | 16.19 |

2030.9

76586DOC000445
Attorneys' Eyes Only

Chapter 16
Cash



Cash 16.1
Jan. 1, 2010

2030.10                    76586DOC000446
Attorneys' Eyes Only



Cash 16.2
Jan. 1, 2010

2030. 11

76586DOC000447
Attorneys' Eyes Only

Call-In Pay (U.S.)



Cash 16.3
Jan. 1, 2010

J 030. 12          76586DOC000448
Attorneys' Eyes Only



Cash 16.4
Jan. 1, 2010

2030.13

76586DOC000449
Attorneys' Eyes Only



Cash 16.5
Jan. 1, 2010

$2 030. 14$

76586DOC000450
Attorneys' Eyes Only



Cash 16.6
Jan. 1, 2010

2030. 15

76586DOC000451
Attorneys' Eyes Only



Cash 16.7
Jan. 1, 2010

2030.16

76586DOC000452
Attorneys' Eyes Only



Cash 16.8
Jan. 1, 2010

2030. 17

76586DOC000453
Attorneys' Eyes Only



Cash 16.9
Jan. 1, 2010

2030.18

76586DOC000454
Attorneys' Eyes Only



Cash 16.10
Jan. 1, 2010

2030.19

76586DOC000455
Attorneys' Eyes Only



Cash 16.11
Jan. 1, 2010

2030.20

76586DOC000456
Attorneys' Eyes Only



Cash 16.12
Jan. 1, 2010

2030.21

76586DOC000457
Attorneys' Eyes Only



Cash 16.13
Jan. 1, 2010

2030.22

76586DOC000458
Attorneys' Eyes Only



Cash 16.14
Jan. 1, 2010

2030. 23

76586DOC000459
Attorneys' Eyes Only



Cash 16.15
Jan. 1, 2010

2030. 24

76586DOC000460
Attorneys' Eyes Only



Cash 16.16
Jan. 1, 2010

2030. 25

76586DOC000461
Attorneys' Eyes Only



Cash 16.17
Jan. 1, 2010

2030.26

76586DOC000462
Attorneys' Eyes Only



Cash 16.18
Jan. 1, 2010

2030.27

76586DOC000463
Attorneys' Eyes Only



Cash 16.19
Jan. 1, 2010

2030.28

76586DOC000464
Attorneys' Eyes Only



Cash 16.20
Jan. 1, 2010

2030. 29

76586DOC000465
Attorneys' Eyes Only



Cash 16.21
Jan. 1, 2010

2030.30

76586DOC000466
Attorneys' Eyes Only



Cash 16.22
Jan. 1, 2010

2030.31

76586DOC000467
Attorneys' Eyes Only

**Example of ECBP Calculation**



Cash 16.23
Jan. 1, 2010

2 030.32

76586DOC000468
Attorneys' Eyes Only

# Exhibit B

2030. 33



2030. 34

76582DOC000783
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Objective of Today

Provide an overview of the following processes:
- Creating and updating **salary ranges**
- Developing **merit matrices**
- Developing **promotion budget and guidelines**

Specific instructions and/or tools for Focal 08 will be provided later in the year.

(intel)

2030.35

2

76582DOC000783_000002
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Salary Ranges

A salary range is a set of established pay limits for a given set of jobs within which we compensate our employees.

Ranges should reflect the *market pay* levels and the *internal value* of the applicable jobs

A *structure* is a set of ranges for an employee category (e.g. technical nonexempt)

"*Salary Admin Plan*" = Geni's term for pay ranges

Intel Salary Ranges include *base plus Incentive Target* (EB or Sales Incentive)*

* The plan is to make Intel ranges base only

(intel)

2030.36

3

76582DOC000783_000003
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030. 37

4

76582DOC000783_000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Ref. Manual
Page 14

2030.38

5

76582DOC000783_000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Salary Range Objectives

Reflects market competitive pay levels for *all jobs* in the grade
    (but not for any job in particular)

Communication tool for managers and employees of market levels

Provide a framework for equitable pay based on job scope and performance

Establish the foundation for merit matrices and offer guidelines

Use as a cost management tool

(intel)

2030.39

6

76582DOC000783_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030.40

7

76582DOC000783_000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY