**EXHIBIT B**
**PART 8 OF 10**

 Compensation

201

## Focal Budget Development, Continued

Slide 28 – SMA
Critical



Slide 29 – SMA
College
Compression



Continued on next page

2030.91

76583DOC007719
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Compensation 201**

## Focal Budget Development, Continued

Slide 30 – Use of
SMA



Slide 31-
Practice
Exercise

**Practice Exercise  - Explain the different factors
used to develop Intel's yearly Focal Budget**

Use the following questions to check your understanding of Intel's
compensation strategies, objectives and timelines. At each table
work as a team t
You will have 5 minutes to complete. Combine your score with your
score  from the previous practice exercise to determine the winning
team.

1. What are the three different types of pay that make up the focal
budget?
2. What are the three main factors that drive each year's focal
budget?
3. At what point in the compensation planning cycle is the optimum
time for BGHR and the business to give input on job roles and the
potential need for salary adjustment?
4. Why is it important to get BGHR and business input and ensure job
code cleanup **prior** to SMA adjustment decisions?
5. What do we mean when we say Total Cash Position-of-Market
(POM)?
6. How is the strategy for SMA determined?

31      Intel Confidential                            (intel)

Divide the class into  the same table groups used in the
previous exercise. Have each group work on the practice
exercise. Allow five minutes for questions. Refer the
participants to page  21 of the Participant Guide.

Answer key is on the next page.

*Continued on next page*

2030.92

76583DOC007720
CONFIDENTIAL - ATTORNEYS' EYES ONLY

 Compensation
201

# Focal Budget Development Practice Exercise

Here are the answers to the practice exercise questions.

1. What are the three different types of pay that make up the focal budget? **Merit pay, Promo dollars, SMA**

2. What are the three main factors that drive each year's focal budget? **External climate, internal climate and cost basis**

3. At what point in the compensation planning cycle is the optimum time for BGHR and the business to give input on job roles and the potential need for salary adjustment? **Not sure what the answer is here... think Q3???**

4. Why is it important to get BGHR and business input and ensure job code cleanup **prior** to SMA adjustment decisions? **Unless accurate job code placement occurs, the SMA adjustments will not accurately reflect Position-of-market.**

5. What do we mean when we say Total Cash Position-of-Market (POM)? **Position of Market (POM) is the *average* Intel pay rate compared to the *average* Market rate for a given position**

6. How is the strategy SMA determined? **SMA is determined by analyzing market data and comparing POM to Intel's pay goals.**

2030.93

76583DOC007721
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Compensation 201**

# BGHR Role in Compensation

Slide 32 – BGHR
Role

> **BGHR Role in Compensation**
>
> Partner effectively with business groups
> to determine when data indicate a need
> to revise business group job role
> benchmarking
>
> 32    Intel Confidential                    

Slide 33 – Next
Steps

> **HRBP's Next Steps**
>
> ➤ What: Use the knowledge gained today to more effectively
>   partner with business groups and Compensation through the
>   Focal process and YRPM.
>   • Refresh on Comp 101 if needed
>   • Look for January focal budget announcements
> ➤ When: Year round, special emphasis during Focal period.
> ➤ How: Utilize the training to identify where BGHR and Comp
>   partner in the Compensation Cycle.
>
> 33    Intel Confidential

*Continued on next page*

2030. 94

76583DOC007722
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Compensation

201

# Back Up Material

Slide 34 – Back
Up



**Backup**

34    Intel Confidential                                    (intel)

Use the back up slides to help answer any questions that might
come up during the class.

Slide 35 – T-
Comp
Competitors



2006 U.S. T-Comp Competitors (peer Companies)
Semiconductors

35    * Added for 2006; dropped 3Com, Ericsson, Lucent, Novell and Peoplesoft    (intel)
      Intel Confidential

*Continued on next page*

2030.95

76583DOC007723
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Compensation 201**

## Back Up Material, Continued

Slide 36 -
Example



Slide 37 –
Implementation
Plan

**Implementation Plan**

| Training Delivery | Instructors | Time Frame | Mandatory-BGHR | Training Maintenance | Content owners | Reviewers/Approvers |
|---|---|---|---|---|---|---|
| Face to Face | Comp Consultants | WW 49-04 '07Dec 1- January 15 | No | Intel U. , BGHR HR ED Portal | J. Turnock, L. Foster | Claire, Mike, Paulette, Gary, Julie, Brad, Melanie, Lisa |
| Teleconference | Comp Consultants | WW 49-04 '07Dec 1- January 15 | No | Intel U. , BGHR HR ED Portal | J. Turnock, L. Foster | Claire, Mike, Paulette, Gary, Julie, Brad, Melanie, Lisa |
| Online | Self Paced | End of Q1 07 | No | Intel U. , BGHR HR ED Portal | J. Turnock, L. Foster | Claire, Mike, Paulette, Gary, Julie, Brad, Melanie, Lisa |
| TTT | Julia and Lincoln | WW 48-49 | Yes for Comp Consultants | Intel U. , BGHR HR ED Portal | J. Turnock, L. Foster | Claire, Mike, Paulette, Gary, Julie, Brad, Melanie, Lisa |

37            Intel Confidential            (intel)

*Continued on next page*

2030. 96

76583DOC007724
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Compensation

201
**Back Up Material,** Continued

Slide 38 – T-
Cash Goals



2030.97

76583DOC007725
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit D

2030.98



# FSM
# Pre-Focal Analysis 2007

January 5, 2007
Elizabeth Waterman, Compensation Consultant

1

2030.99

76583DOC002007
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# 2007 Pre-Focal Prep

**Today's Objective:**

Review and educate on '07 Market data, budget and group compensation trends

**Agenda:**

- Review Focal budgets
- Review and discuss biz group specific analysis
- SMA Strategy and Priorities
- Grade 11-12 Staff
- Wrap Up

> The data in this presentation provides compensation analysis that may help you when developing your Focal objectives

2                                   *Intel Confidential*

2

2030.100

76583DOC002007_000002
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Focal "Sound bites"

**Merit and promotion budget recommendations track with the market**
- Merit and promotion increases similar to last year

**Intel continues with 3-year SMA strategy**
- ███████████████████████████████████████

- **Improving market competitiveness**
  - Base Pay for Grade 11+
  - EB targets for Grade 10-11
  - Salary Ranges
- **Changes to Stock Option program in line with strategy communicated last year to managers to reduce SOP.**
  - ███████████████████████████████████████

- **Apply meritocracy and "do the right thing"**

3                      Intel Confidential

3

2030.101

76583DOC002007_000003
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**FSM WW Focal Budgets**

Intel Confidential

Israel T/O below the Israel market at 11% for overall business.
Change 5.9 to 6%

4

2030·102

76583DOC002007_000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**QUESTION:**

Eng. Managers are benchmarked to the development eng.managers.  Overall POM is higher than in FSM.  Do we want position the eng. mgr to be as high as the product group

Position of Market = Intel divided by the Market

The market is the  denominator, so you determine what is the % to Market.

5

2030.103

76583DOC002007_000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY



| MatchedJobs | MatchedJobsPercent | MatchedEEPercent |
|---|---|---|
| 993 | 0.786 | |
| | 0.965 | |

## T-Comp Companies
Radford – Primary (75%)
Chips – Secondary (25%)

2030·104

76583DOC002007_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY



When you look at Grade 53 for all of FSM- POM is 92%. Includes the Oregon
Work Study technicians

7

CONFIDENTIAL - ATTORNEYS' EYES ONLY



TMG Mfg. Groups

Exempts - from 40% in 2006 to 25% in 2007

Nonexempts – from 32% in 2006 to 13% in 2007


Change due to:

Reduced H/C (Flash)

The market gap was closed for many jobs as a result of identifying them as critical in 2006

8



## SMA by Country Preliminary Overview
### Grade 10 & below

Do not share or forward

Intel Confidential

Data pulled from the MDAT Employee List Report

In 2006, FSM



9



## Exempts-SMA Generated by Job Title
### Grade 2-10
Do not share or forward

10                    Intel Confidential

US Only



10

2030.108

76583DOC002007_000010
CONFIDENTIAL - ATTORNEYS' EYES ONLY



11

2030.109

76583DOC002007_000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Non-exempts - SMA Generated by Job Title

Do not share or forward

[redacted]

12 Intel Confidential

[redacted]

2030.110

- T-Comp Companies used as Benchmark
- Two Surveys used: Radford and Towers Perrin
- Final rate is a weighted average based on survey incumbents
- SMA analysis will be on BASE pay, T-cash used as a check only

**EB Guidelines**

| Grade | Before | New |
|-------|--------|-----|
|       |        |     |

13

2030.111

76583DOC002007_000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**FSM Grade 11-12 Staff**

14                                    Intel Confidential

**Key Messages:**

14

2030. 112

76583DOC002007_000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## FSM Wrap Up

**Focal**
- **Merit:  Same message as last year!**
  - Spend all your Focal budget
  - Apply Meritocracy
  - Promo your high performers
  - "Do the Right Thing"
- **Promotions:**
  - Would expect to see more promotions of your higher performers in the lower grades
    - Process Engineers Gr. 6, Automation Eng., Grade 3 and Eng. Mgr. Gr 6-9
- **SMA:**
  - Redistribute SMA to those higher performing employees who are paid below market goals.
  - No SMA increase to IR employees, BE's may be considered, but should be a lower priority
  - Improve market position for process and software engineers.
  - Do NOT share SMA information – "For Your Eyes" Only

**Next Steps**
- January Focal Kick-off
  - Review final budget and any key analysis with your staff

15                              Intel Confidential

**Challenges facing FSM**

Reduction of POR

Retention

Headcount reductions

Factory Roadmap

Productivity

Keeping employee motivated

Sabbatical Coverage

15

2030.113

76583DOC002007_000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Back-Up

Intel Confidential

16

2030·114

76583DOC002007_000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## US T-Comp Competitors

**US 2007 T-Comp Competitors**

T-Comp Competitors: Companies against
which Intel benchmarks compensation:
* 30 tech companies generally considered
  comparable to Intel
* Blend of semi, software, networking,
  communications, and diversified computer
  companies

Competitors may be modified by geo
  – Based on local competition for talent

Competitor companies vary when offline
surveys are used for specialized skills.
  – Data is not available for special skills in
    our normal survey ( ie: legal, vc, client
    managers, etc)

17            *Intel Confidential*            **CORE or BACK UP FOIL**

17

2030.115
76583DOC002007_000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Key Challenges**

Attracting and retaining talent in the midst of redeployment actions, while competitor companies continue to hire

Low employee morale caused by SET actions resulting in reduced employee engagement

Most markets are seeing increased demand for Engineers

18

ð030.116

76583DOC002007_000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030.117
76583DOC002007_000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Data pulled from Linda Lutter's excel file titled Salary Range Move Summary –
Focal 2007

2030·118

76583DOC002007_000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY





2030.119
76583DOC002007_000021

CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030. 120

76583DOC002007_000022
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030. 121

76583DOC002007_000023
CONFIDENTIAL - ATTORNEYS' EYES ONLY



GDP Growth:

In terms of global GDP growth, 2006 will be an improvement on 2005, with the world economy now estimated to expand by 5.3% (measured using purchasing power parity—PPP—weights). But a slowdown in most parts of the developed world will reduce world GDP growth to 4.7% in 2007 and 2008. Economic expansion over the forecast period as a whole (2007-11) will average about 4.5% per year. While this is almost the same rate as in the previous five years, it is very strong compared with the long-run trend and reflects the increasing weight in the world economy of dynamic emerging markets. China and India, in particular, are helping to lift the global economy as they will continue to expand rapidly. Measured using GDP at market exchange rates (which gives greater emphasis to the OECD countries and reflects the exchange rates at which firms trade and repatriate profits), world GDP growth is forecast to slow from an estimated 4% in 2006 to 3.2% in 2007, a pace that will be maintained in 2009-11.

2030.122

76583DOC002007_000024
CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY
76583DOC002007_000025



► Expectations are for a deceleration of U.S. economic growth in 2007, with some risk of recession present.
► Growth of U.S. labor force expected to be flat for next several years.
► More than half of leading technology companies are currently reporting normal to aggressive hiring patterns in the US
► Intel voluntary turnover is increasing and staffing indicators are deteriorating.

2030.124

76583DOC002007_000026
CONFIDENTIAL - ATTORNEYS' EYES ONLY



▶GDP growth to remain robust over the next year, although 2006 is expected to be the peak.
▶Population growth to exceed that of most prosperous countries, aided by both natural growth and immigration from the EU and Eastern Europe.
▶Manufacturing sector has flourished in recent years, but a pull-back is evidenced by numerous redundancy announcements.
▶Retention issues exist for Mfg Supervisors and Grade 3 engineers.

27

2030.125
76583DOC002007_000027
CONFIDENTIAL - ATTORNEYS' EYES ONLY



►GDP growth expected to slow as a result of the conflict in Lebanon, but it should pick back up in absence further deterioration in the security situation.

►R&D is the primary strength of its high-tech sector, due to having the world's highest proportion of engineers in the workforce.

►Labor force growth is strong, due to increases in female participation and strong immigration trends.

►Strong competition of labor and attrition risk among experienced engineers is high.

28

2030. 124

76583DOC002007_000028
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# US Focal Budget – Historical

| Budget | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Focal budget - MERIT | 3.0% | 2.8% | 3.8% | 4.0% |
| Focal budget - PROMO/ADJ | 0.7% | 0.6% | 1.1% | 1.1% |
| Focal budget - SMA | 0.3% | 0.4% | 2.2% | TBD |
| Focal budget - TOTAL | 4.0% | 3.8% | 7.1% | TBD |
| Market salary increase - MERIT | -- | 3.8% | 4.0% | 4.0% |
| Market salary increase - PROMO/ADJ | -- | 1.2% | 1.4% | 1.1% |
| Market salary increase - OVERALL* | -- | 4.3% | 4.6% | 4.6% |

Actuals in Black
Estimates in Blue
Forecasts in Green

* As reported by Radford Surveys - not intended to be additive of Merit + Promo

29                     Intel Confidential

2030.127
76583DOC002007_000029
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Ireland Focal Budget - Historical

| Budget | 2005 | 2006 | 2007 |
|---|---|---|---|
| Focal budget - MERIT | 5.0% | 4.5% | 4.5% |
| Focal budget - PROMO/ADJ | 1.3% | 1.1% | 1.3% |
| Focal budget - SMA | 4.0% | 2.5% | TBD |
| Focal budget - TOTAL | 10.3% | 8.1% | TBD |
| Market salary increase - TOTAL | 6.0% | 3.6% | 4.1% |

*Actuals in Black*
*Estimates in Blue*
*Forecasts in Green*

30                          Intel Confidential

2030. 128

76583DOC002007_000030
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Israel Focal Budget - Historical

| Budget | 2005 | 2006 | 2007 |
|---|---|---|---|
| Focal budget - MERIT | 3.5% | 5.0% | 5.9% |
| Focal budget - PROMO/ADJ | 1.0% | 1.3% | 1.3% |
| Focal budget - SMA | 0.1% | 2.3% | TBD |
| Focal budget - TOTAL | 4.6% | 8.6% | TBD |
| Market salary increase - TOTAL | 5.0% | 5.4% | 5.9% |

*Actuals in Black*
*Estimates in Blue*
*Forecasts in Green*

31                          Intel Confidential

2030.129

76583DOC002007_000031
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit E

2 03D. 130



2006 FSM Pre-Focal Analysis
Fab 17

Elizabeth Waterman – FSM C&B
December 9, 2005

WW Compensation & Benefits

intel

Intel Confidential

76583DOC007082
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Today's Meeting

## Agenda
- FSM Focal Strategic Direction
- Preliminary 2006 Focal Budget
- Proposed Compensation Changes
- Special Cut Survey Results
- Position of Market
- "Good News" Summary
- Next Steps

WW Compensation & Benefits

intel
Intel Confidential

2

2030.132
2
76583DOC007082_000002
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Point 1:**
**Problem Statements**

- **Employees are unhappy with total compensation**
  **We have listened to employees:** Employees are saying that they are not satisfied with total compensation and they want Intel to do something differently. We know this through Org Health, F2F discussion and demographic data that ~60% of the population who have been at Intel for 5 years or less have seen little to no value from stock options. Employees have said, stock option value is not there, is Intel going to do something about it? This has led to a decline in employee trust.

  **We have listened to investors:** Our investors want the highest gain possible from investing in Intel. Stock option expensing rules and internal controls to sustain stock value, have caused a need for many companies, including Intel to evaluate stock option program. We've determined that our stock option program as designed today must change.

  To determine the appropriate solution to those problems. Paul Otellini lead a 9 month study to determine what the right total compensation solutions are to meet the needs of employees, investors and meet the needs for a growing global company. In that study we benchmarked 40+ company best compensation practices and surveyed 3000 Intel employees globally to determine their preferences in total compensation. Intel employees said they wanted competitive cash compensation and meaningful stock, with less pay at risk. What we concluded in the study is has resulted in our strategic direction.

**Point 2:**
- We found that our **compensation philosophy is sound:** Meritocracy and paying for individual and business performance and balancing employee and investor needs is still right for Intel's future.
- But we need to do a **better job at delivering compensation when we perform better than companies in our market.** We will do this by improving base pay so it matches market and ensure bonuses are greater than market when we perform
  - Actions we will take to achieve this goal is infusing more money into the focal budget process over the next 3 year to address gaps.
  - We will also make significant improvements to our stock plan by introducing Restricted Stock Units to all countries where feasible. There is a definition of Restricted Stock Unit below, but I will provide more information about restricted stock units in the upcoming foils.

Although the programs were evaluated through the 9 month study, there will be **no changes** to Employee Bonus, Employee Cash Bonus Program, or Stock Purchase Plan at this time.

2030.133

3

76583DOC007082_000003
CONFIDENTIAL - ATTORNEYS' EYES ONLY



$2030 \cdot 134$

76583DOC007082_000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Total US FSM Promo spends =$8.3M
FSM will spend $2.33M additional promo dollars
~1400 additional employees will be evaluated for promotion
Addresses OHS survey feedback and concerns with grade level equity/pay and promotion opportunities.


External Data Sources:
Chips Pulse Quarterly Trend Survey (1st and 2nd bullets on hiring)
Radford QSIT Quarterly Trend Survey (3rd bullet on attrition)
Chips Trend Analysis for All Industries (STI)

Hiring rates and turnover rates, continued to rise in 2005. However, turnover continues to match (or exceed) hiring, resulting in no change in overall employment.
More companies are going back to normal hiring

> 34.7% companies reporting normal hiring from 29.0% a year earlier. Of T-Comp companies 62.5% report hiring replacements and critical hires, 29.2% report normal hiring.

> Few hiring restrictions have been implemented in 2005. Only 17% reported some form of hiring freeze in Q3 2005 (as compared to 32% in Q4 2004).

Companies project a slightly higher employment level at the end of 12 months as compared to today.

Attrition, especially voluntary turnover, continues to climb.

Reductions in Force (RIF), which spiked in Q1, continue at the relatively steady pace of 20% of firms per quarter announcing a RIF.

Use of short term incentives is increasing. More employees received awards (64.6% vs 58.3%) and the average award increased from 7.6% to 8.9% of base pay. Participation and award size is increasing at all levels. Target award values are constant year to year (9.4% vs 9.2%). The increase is actual award value is related to firms performing well against their incentive plan goals (versus an increase in target awards).

HC Growth:



76583DOC007082_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030.137
76583DOC007082_000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Special Cut Survey
Manufacturing Technicians

WW
Compensation
& Benefits

intel
Intel Confidential

76583DOC007082_000008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Manufacturing Tech Salary Survey

**Background:**

- Fab 17 is ramping up to achieve increased production goals. Low accept to offer rates have caused management concerns regarding Intel compensation for Manufacturing Technicians.

**Survey Purpose:**

- Fab 17 requested C&B to conduct a special cut survey for the New England region to ensure Intel compensation is competitive.

WW Compensation & Benefits

intel

Intel Confidential

2030. 139

76583DOC007082_000009
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Survey Methodology/Challenges

- **Methodology:**
  - Select companies chosen for special cuts of both Radford and CHIPS surveys by Fab 17
    - Radford: National and Regional cuts (primary survey)
    - CHIPS, National, Regional, and Special / Select company cut
  - Special cuts compared to Regional and National data for each survey

- **Challenges**
  - Radford: No special cut data available.
    - Many of the companies chosen by Fab 17 did not have enough incumbents to be statistically valid.

WW Compensation & Benefits

intel
Intel Confidential

10

2030.140
10
76583DOC007082_00001(
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030. 141

76583DOC007082_000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76683DOC007082_000012
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Fab 17 Environment Scan

| | Non-Exempt G53-57 | Exempt G3-10 | F17 Total | FSM WW | TMG WW |
|---|---|---|---|---|---|
| H/C (current) | | | | | |
| TIG (Avg. Yrs) | | | | | |
| Turnover | | | | | |
| Offer to Accept | | | | | |
| Base Pay POM | 107% | 107% | 107% | | |
| T-Cash POM | 116% | 113% | 111% | | |
| T-Cash POM By Performance | | | | | |
| 2005 Promotions Does not include MY | | | | | |
| Salary Ranges | 24% (24.5) | 24% (24.5) | 38% (24.5) | | |
| Highest Grade % | G55 (11%) | G55 (25%) | N/A | | |

intel
Intel Confidential

WW Compensation & Benefits

13

2030.143

*13*
76583DOC007082_000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76583DOC007082_00001
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030.145

15
76583DOC007082_000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030· 146

16
76583DOC007082_000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Massachusetts population*

████████████████████████████████  ██  ████████████
██  ████████████████████████████████████████  ██
██████████████████████████

**If spend to the Focal Tool merit recommendations, rank groups may have excess money available**

████████████████████████████
████████████████████████████

CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030.148

76583DOC007082_000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# "Good News" Summary



- Completed Special Cut survey for based on Fab 17 criteria
- Moved to national market rates for some technicians to be competitive.

**Pending Approval**
- Non-exempt salary ranges may increase:
  - In MA, the G57 issue will be addressed and reflect higher compensation than other sites.
- Merit budget increased from last year by 1%.
- Promo budget almost twice as much as last year.
  - Do the Right Thing
- SMA budget will be three times larger than last year.
  - Use dollars to close the gaps to improve base market position for both exempts and non-exempts.

WW Compensation & Benefits

intel

Intel Confidential

19

76583DOC007082_000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Next Steps

- **C&B**
  - MCM Ratify and PSO to approve budget (WW51-52)
  - Approve SMA recommendations
  - Approve Non-exempt salary range recommendations

- **F17**
  - Develop strategy for moving long-term TIG employees to next grade.
  - Continue to partner with Staffing:
    - Pre-screen compensation prior to interviewing candidates.
    - Confirm candidates are offered the right grade level to match their experience.
    - Continue to monitor accept/reject rates.

WW Compensation & Benefits

intel.
Intel Confidential

20

2030. 150
20
76583DOC007082_000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY