EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Defendants
PIXAR and LUCASFILM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**REQUEST OF DEFENDANTS PIXAR AND LUCASFILM, LTD. TO APPEAR TELEPHONICALLY AT DECEMBER 18, 2013 CASE MANAGEMENT CONFERENCE**<br><br>Judge: The Honorable Lucy H. Koh<br>Courtroom: 8, 4th Floor<br>Date: December 18, 2013<br>Time: 2:00 p.m. |

Counsel for settling Defendants Pixar and Lucasfilm, Ltd. ("Lucasfilm") respectfully request permission to appear telephonically for the Case Management Conference set for Wednesday, December 18, 2013 at 2:00 p.m. PT, before the Honorable Lucy H. Koh.

1   Counsel for Pixar and Lucasfilm who is local will be on business travel during the week of
2   December 16, 2013 and, therefore, an in-person appearance at the conference would be difficult.
3   Counsel believes that permitting a telephonic appearance will not disrupt or impede the
4   conference.

6   December 11, 2013                    COVINGTON & BURLING LLP

7                                        By /s/ Emily Johnson Henn

8                                            Emily Johnson Henn

10                                       ATTORNEYS FOR DEFENDANTS PIXAR AND
                                         LUCASFILM