EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

Attorneys for Defendants
PIXAR and LUCASFILM

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER RE REQUEST OF DEFENDANTS PIXAR AND LUCASFILM, LTD. TO APPEAR TELEPHONICALLY AT DECEMBER 18, 2013 CASE MANAGEMENT CONFERENCE** |

1    Upon consideration of the request of Defendants Pixar and Lucasfilm, Ltd.

2  ("Lucasfilm") to appear telephonically, and good cause appearing, it is hereby ORDERED that

3  counsel for Pixar and Lucasfilm may appear telephonically at the Case Management Conference

4  set for Wednesday, December 18, 2013 at 2:00 p.m. PT.

5

6    IT IS SO ORDERED.

7

8  Dated: _____    _____
                                        Honorable Lucy H. Koh
9                                       United States District Judge

[PROPOSED] ORDER RE REQUEST OF DEFENDANTS PIXAR AND LUCASFILM, LTD. TO APPEAR TELEPHONICALLY AT DECEMBER 18, 2013 CASE MANAGEMENT CONFERENCE
Master Docket No. 11-CV-2509-LHK

2