
1  Joseph R. Saveri (State Bar No. 130064) (jsaveri@saverilawfirm.com)
   Lisa J. Leebove (State Bar No. 186705) (lleebove@saverilawfirm.com)
2  James G. Dallal (State Bar No. 277826) (jdallal@saverilawfirm.com)
   JOSEPH SAVERI LAW FIRM
3  505 Montgomery Street, Suite 625
   San Francisco, California 94111
4  Telephone: 415.500.6800
   Facsimile: 415.395.9940
5
   Richard M. Heimann (State Bar No. 63607) (rheimann@lchb.com)
6  Kelly M. Dermody (State Bar No. 171716) (kdermody@lchb.com)
   Eric B. Fastiff (State Bar No. 182260) (efastiff@lchb.com)
7  Brendan P. Glackin (State Bar No. 199643) (bglackin@lchb.com)
   Dean M. Harvey (State Bar No. 250298) (dharvey@lchb.com)
8  Anne B. Shaver (State Bar No. 255928) (ashaver@lchb.com)
   Lisa J. Cisneros (State Bar No. 251473) (lcisneros@lchb.com)
9  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
10 San Francisco, California  94111-3339
   Telephone:  (415) 956-1000
11 Facsimile:  (415) 956-1008

12 *Co-Lead Counsel for Plaintiffs and the Class*

13
                    UNITED STATES DISTRICT COURT
14
                    NORTHERN DISTRICT OF CALIFORNIA
15
                    SAN JOSE DIVISION
16

17
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **[PLAINTIFFS' PROPOSED] ORDER MODIFYING ORDER GRANTING PLAINTIFFS' MOTION FOR CONDITIONAL CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF PARTIAL CLASS ACTION SETTLEMENTS WITH DEFENDANTS INTUIT INC., LUCASFILM, LTD., AND PIXAR, APPROVING FORM AND MANNER OF NOTICE, AND SCHEDULING FINAL APPROVAL HEARING (DKT. 540), TO EXTEND DATE FOR DISSEMINATION OF NOTICE OF PROPOSED SETTLEMENTS WITH INTUIT, LUCASFILM LTD., AND PIXAR** |

Having considered Class Counsel's request that the Court continue the December 16, 2013 date previously ordered (*see* Dkt. 540) for dissemination of class notice of the partial settlements with Intuit, Lucasfilm Ltd., and Pixar, and for good cause shown, the Court hereby extends the date for issuance of class notice of the settlements to a date ten (10) days after the Court approves a revised form of notice.  The revised notice will advise class members of the partial settlements with the three settling Defendants and also the continuing litigation on behalf of a certified class against the four non-settling Defendants, with all other dates on the settlement calendar remaining the same.

IT IS SO ORDERED

Dated:  December __, 2013

By:_____
     Hon. Lucy H. Koh
     United States District Judge