UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION </br></br> THIS DOCUMENT RELATES TO: </br> **ALL ACTIONS** | Case No.: 11-CV-02509-LHK </br></br> ORDER VACATING NOTICE MAILING DEADLINE |

The Court VACATES the December 16, 2013, deadline in the preliminary approval order, ECF No. 540, for the mailing and posting of the notice of class action settlements. The Court will set a revised deadline at the December 18, 2013, Case Management Conference

**IT IS SO ORDERED.**

Dated: December 16, 2013

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Case No.: 11-CV-02509-LHK
ORDER VACATING NOTICE MAILING DEADLINE

1