UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Lucy H. Koh, Presiding**
Courtroom 8 - 4th Floor

**Civil Minute Order**

Date: December 18, 2013                                    Time in Court: 1 hr 2 min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

**TITLE: in Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**
**CASE NUMBER**: C-11-02509 LHK

Plaintiffs Attorneys present: Joseph R. Saveri, Kelly M. Dermody, James Dallal, Dean Harvey

Defendants Attorneys present: Robert Van Nest/Justina Sessions/Donald M. Falk for Google
    George Riley/Michael Tubach for Apple, Inc.
    John Mittelstaedt/Lin Kahn/Chris Steward for Adobe
    David Kiernan forIntuit
    Gregory P. Stone for Intel
    Emily Henn/Chinue Richardson for Pixar/LucasFilm

**PROCEEDINGS:** Further Case Management Conference is held.
    Further Case Management Conference set for February 19, 2014 at 2:00 p.m.
    Court is adjourned.