## Joseph Saveri Law Firm

505 Montgomery Street, Suite 625
San Francisco, California 94111
(tel) 415 500 6800
(fax) 415 500 6803

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111-3339
T 415.956.1000
F 415.956.1008

December 23, 2013

<u>VIA ECF</u>

The Honorable Lucy H. Koh
United States District Court
for the Northern District of California
280 South First Street, #4050,
Courtroom 8 – 4th Floor
San Jose, CA 95113

Re: *In re High-Tech Employee Antitrust Litigation*,
11-cv-2509-LHK (N.D. Cal.)

Your Honor:

Pursuant to the Court's December 18, 2013 Case Management Order (Dkt. 547), the attached reflects the agreed-upon notice of the Settling and Non-Settling Parties. Plaintiffs also respectfully request that the Court continue the notice deadline to ten (10) business days from the date the Court approves the notice. Defendants do not oppose the request.

Very truly yours,

Kelly M. Dermody

KMD/CH:lh

cc:
Joseph R. Saveri, C0-lead class counsel
Emily Henn, counsel for Lucasfilm/Pixar
David Kiernan, counsel for Intuit
Counsel for the Non-Settling Defendants

w/attachment
1146827.1