GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE BY STEVEN M. PERRY** |

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2      PLEASE TAKE NOTICE that Steven M. Perry of Munger, Tolles & Olson LLP, 355

3  South Grand Avenue, 35th Floor, Los Angeles, California 90071-1560, hereby enters his

4  appearance on behalf of defendant Intel Corporation.

6  DATED:   January 2, 2014        MUNGER, TOLLES & OLSON, LLP

By:   */s/ Steven M. Perry*
      Steven M. Perry

355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant INTEL CORPORATION