UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>ORDER APPROVING REVISED NOTICE |

The parties have filed a joint revised notice. *See* ECF No. 551. The Court, having considered the notice, has made additional revisions. The Court approves the version of the notice attached to this Order. The Notice and Claims Administrator shall mail the attached notice within ten business days of this order.

**IT IS SO ORDERED.**

Dated: January 7, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge