GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **(PROPOSED) ORDER GRANTING INTEL'S MOTION FOR SUMMARY JUDGMENT** |
| ALL ACTIONS | |

1     After considering all of the arguments and briefing presented by defendant Intel

2  Corporation and oppositions thereto, the Court hereby GRANTS defendant Intel's motion

3  for summary judgment.

4     IT IS SO ORDERED.

5

6  DATED:  _____, 2014

7

8                                              _____

9                                              Hon. Lucy H. Koh
                                               UNITED STATES DISTRICT JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28