| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ROBERT A. VAN NEST - # 84065 |
| 2 | rvannest@kvn.com |
| | DANIEL PURCELL - # 191424 |
| 3 | dpurcell@kvn.com |
| | EUGENE M. PAIGE - # 202849 |
| 4 | epaige@kvn.com |
| | JUSTINA SESSIONS - # 270914 |
| 5 | jsessions@kvn.com |
| | 633 Battery Street |
| 6 | San Francisco, CA 94111-1809 |
| | Telephone: 415 391 5400 |
| 7 | Facsimile: 415 397 7188 |

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No. 5:11-cv-2509-LHK |
| THIS DOCUMENT RELATES TO: | **DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED ON MOTION TO EXCLUDE TESTIMONY OF DR. EDWARD E. LEAMER, PH.D.; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| ALL ACTIONS | |
| | DATE: March 20, 2104 and March 27, 2014 |
| | TIME: 1:30 p.m. |
| | COURTROOM: Courtroom 8, 4th Floor |
| | JUDGE: Hon. Lucy H. Koh |

## DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT BASED ON THE MOTION TO EXCLUDE THE EXPERT TESTIMONY OF EDWARD E. LEAMER, PH.D.

**PLEASE TAKE NOTICE** that on that on March 20, 2014 at 1:30 p.m. and/or March 27, 2104 at 1:30 p.m., or as soon thereafter as this matter may be heard, Defendants Adobe Systems Inc., Apple Inc., Google Inc., and Intel Corp. ("Defendants"), shall and do hereby move this Court for an order entering summary judgment in Defendants' favor pursuant to Federal Rule of Civil Procedure 56.

This motion is based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Notice of Motion and Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D., the accompanying Memorandum of Points and Authorities, the accompanying Declaration of Christina J. Brown in Support of Defendants' Joint Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D. ("Brown Decl.") and exhibits thereto, the accompanying Declaration of Lauren J. Stiroh, Ph.D. in Support of Defendants' Joint Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D. ("Stiroh Decl.") and exhibits thereto, Defendants' Reply Memorandum, the pleadings and files in this action, such arguments and authorities as may be presented at or before the hearing, and such other matters as the Court may consider.

## **MEMORANDUM OF POINTS AND AUTHORITIES**

The defendants jointly move for summary judgment based on their Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D. Without Dr. Leamer's expert report and testimony, plaintiffs have no evidence of class-wide impact or damages and cannot prove the essential elements of their antitrust claims. *See, e.g.*, *In re New Motor Vehicles Canadian Export Antitrust Litig.*, 522 F.3d 6, 19 n.8 (1st Cir. 2008) (listing elements of an antitrust claim); *Heary Bros. Lightning Protection Co. v. Lightning Protection Inst.*, 287 F. Supp. 2d 1038, 1061-62 (D. Ariz. 2003), *aff'd in part and rev'd in part on other grounds*, 262 Fed. App'x 815 (9th Cir. 2008) (simultaneously granting defendants' *Daubert* motion to exclude the plaintiffs' damages expert and defendants' summary judgment motion, because "exclusion of [the expert's] testimony leaves the Plaintiffs with no proof of injury, an essential element of their Sherman Act claim").

In addition to jointly moving for summary judgment based on plaintiffs' lack of evidence of impact or damages, each defendant has filed an individual motion for summary judgment directed to plaintiffs' claim that it joined an overarching conspiracy among all defendants. Plaintiffs must demonstrate that "each defendant," considered individually, made a conscious commitment to join the alleged conspiracy. *AD/SAT, Inc. v. Associated Press, et al.*, 181 F.3d 216, 234 (2d Cir. 1999). Thus, the question whether plaintiffs have made a sufficient showing that any particular defendant joined the alleged conspiracy must be considered separately with respect to each defendant.

//
//
//
//
//
//
//
//

| | | |
|---|---|---|
| 1 | Dated: January 9, 2013 | KEKER & VAN NEST LLP |
| 2 | | |
| 3 | | By: /s/ *Robert A. Van Nest* |
| | | Robert A. Van Nest |
| 4 | | |
| | | Daniel Purcell |
| 5 | | Eugene M. Paige |
| | | Justina Sessions |
| 6 | | 633 Battery Street |
| | | San Francisco, CA 94111 |
| 7 | | Telephone: (415) 391-5400 |
| | | Facsimile: (415) 397-7188 |
| 8 | | |
| | | *Attorneys for Defendant GOOGLE INC.* |
| 9 | Dated: January 9, 2013 | MAYER BROWN LLP |
| 10 | | |
| 11 | | |
| | | By: */s/ Lee H. Rubin* |
| 12 | | Lee H. Rubin |
| 13 | | |
| | | Edward D. Johnson |
| | | Donald M. Falk |
| 14 | | Two Palo Alto Square |
| | | 3000 El Camino Real, Suite 300 |
| 15 | | Palo Alto, CA 94306-2112 |
| | | Telephone: (650) 331-2057 |
| 16 | | Facsimile: (650) 331-4557 |
| 17 | | *Attorneys for Defendant GOOGLE INC.* |
| 18 | | |
| 19 | Dated: January 9, 2013 | O'MELVENY & MYERS LLP |
| 20 | | |
| 21 | | |
| | | By: /s/ *Michael F. Tubach* |
| 22 | | Michael F. Tubach |
| 23 | | George Riley |
| | | Christina J. Brown |
| 24 | | Two Embarcadero Center, 28th Floor |
| | | San Francisco, CA 94111 |
| 25 | | Telephone: (415) 984-8700 |
| | | Facsimile: (415) 984-8701 |
| 26 | | |
| | | *Attorneys For Defendant APPLE INC.* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| Dated: January 9, 2013 | | JONES DAY |

By: /s/ *David C. Kiernan*
David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated: January 9, 2013               MUNGER TOLLES & OLSON LLP

By: */s/ Gregory P. Stone*
Gregory P. Stone

Bradley S. Phillips
Steven M. Perry
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant INTEL CORPORATION*

**ATTESTATION**: The filer attests that concurrence in the filing of this document has been obtained from all signatories.