GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO STRIKE THE IMPROPER REBUTTAL TESTIMONY IN DR. LEAMER'S REPLY EXPERT REPORT OR, IN THE ALTERNATIVE, FOR LEAVE TO SUBMIT A REPLY REPORT OF DR. STIROH**<br><br>Date:      March 20, 2014 and<br>              March 27, 2014<br>Time:      1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:     The Honorable Lucy H. Koh |

Defendants' Joint Motion to Strike the Improper Rebuttal Testimony of Dr. Leamer's Reply Expert Report or, in the Alternative, for Leave to Submit a Reply Report of Dr. Stiroh came for hearing before this Court on March 20 and/or March 27, 2014.  Having considered the motion, together with all papers filed in support of and in opposition thereto and the argument of counsel, Defendants' motion is **GRANTED**.

[ALTERNATIVE 1:]  The following portions of Dr. Leamer's Reply Expert Report shall be stricken and may not be used at trial or otherwise in this case:

| | |
|---|---|
| Paragraphs 75-90 & Figures 15-16 | Entire paragraphs and figures are stricken |
| Paragraphs 108-110 | Entire paragraphs are stricken |
| Paragraphs 115-120 & Figures 17-18: | Entire paragraphs and figures are stricken |

[OR]

[ALTERNATIVE 2:]  Defendants have leave to submit a reply report of Dr. Stiroh that addresses Paragraphs 75-90, 108-110, and 115-120, and the figures included therein of Dr. Leamer's Reply Expert Report.  Defendants shall submit a reply report no later than _____, 2014.

**IT IS SO ORDERED.**

Dated: _____
Honorable Lucy H. Koh
United States District Judge