1   GEORGE A. RILEY (Bar No. 118304)
    griley@omm.com
2   MICHAEL F. TUBACH (Bar No. 145955)
    mtubach@omm.com
3   CHRISTINA J. BROWN (Bar No. 242130)
    cjbrown@omm.com
4   O'MELVENY & MYERS LLP
    Two Embarcadero Center, 28th Floor
5   San Francisco, CA  94111-3823
    Telephone:    (415) 984-8700
6   Facsimile:     (415) 984-8701

7   Attorneys for Defendant Apple Inc.

8

9                  **UNITED STATES DISTRICT COURT**

10               **NORTHERN DISTRICT OF CALIFORNIA**

11                      **SAN JOSE DIVISION**

12

13   IN RE HIGH-TECH EMPLOYEE              Master Docket No. 11-CV-2509-LHK
     ANTITRUST LITIGATION
14                                          **DECLARATION OF CHRISTINA BROWN
                                            IN SUPPORT OF DEFENDANTS' JOINT**
15   THIS DOCUMENT RELATES TO:             **MOTION TO STRIKE THE IMPROPER
                                            REBUTTAL TESTIMONY IN DR.**
16   ALL ACTIONS                           **LEAMER'S REPLY EXPERT REPORT
                                            OR, IN THE ALTERNATIVE, FOR**
17                                          **LEAVE TO SUBMIT A REPLY REPORT
                                            OF DR. STIROH**
18
                                            Date:          March 20, 2014 and
19                                                          March 27, 2014
                                            Time:          1:30 p.m.
20                                          Courtroom:      8, 4th Floor
                                            Judge:         The Honorable Lucy H. Koh
21

22

23

24

25

26

27

28
                                                             BROWN DECL. ISO
                                                             MOTION TO STRIKE
                                                             NO. 11-CV-2509-LHK

1     I, Christina Brown, declare as follows:

2     1.     I am a member of the Bar of the State of California and a counsel of the law firm

3 of O'Melveny & Myers LLP, attorneys for Defendant Apple Inc.  I submit this declaration in

4 support of Defendants' Joint Motion to Strike the Improper Rebuttal Testimony of Dr. Leamer or,

5 in the Alternative, for Leave to Submit a Reply Report of Dr. Stiroh.  I make this declaration

6 based on my own personal knowledge.  If called to testify as a witness, I could and would do so

7 competently.

8     2.     During the class-certification phase of this litigation, Dr. Leamer submitted four

9 expert reports: one on October 1, 2012; one on December 10, 2012; one on May 10, 2013; and

10 one on July 12, 2013.  On October 28, 2013, Dr. Leamer submitted his initial merits expert report,

11 and on December 11, 2013, he submitted a reply expert report.

12     3.     On December 23, 2013, I sent Plaintiffs a letter from Defendants by e-mail,

13 explaining why portions of Dr. Leamer's reply report constituted improper rebuttal and seeking

14 Plaintiffs' agreement to allow Dr. Stiroh to respond to Dr. Leamer's arguments at trial and submit

15 a reply report addressing the new issues raised in his reply.

16     4.     On December 26, 2013, Plaintiffs and Defendants met and conferred by telephone

17 to discuss the issues raised in Defendants' December 23, 2013 letter.

18     5.     On December 28, 2013, I sent Plaintiffs a further letter from Defendants by e-mail,

19 attaching a proposed reply expert report by Dr. Stiroh responding to Dr. Leamer's new arguments

20 and analyses.

21     6.     On January 3, 2014, Plaintiffs responded by e-mail, indicating that Plaintiffs

22 would not agree to the submission of Dr. Stiroh's proposed reply report.

23     7.     Attached hereto as Exhibit 1 is a true and correct copy of an email dated March 13,

24 2013, between Robert Mittelstaedt and Joseph Saveri, Kelly Dermody, and Brendan Glackin,

25 counsel for Plaintiffs.

26     8.     Attached hereto as Exhibit 2 is a true and correct copy of excerpts of the transcript

27 from the April 8, 2013 Case Management Conference.

28

- 1 -

BROWN DECL. ISO
MOTION TO STRIKE
NO. 11-CV-2509-LHK

1        9.      Attached hereto as Exhibit 3 is a true and correct copy of the Initial Class

2    Certification Expert Report of Edward E. Leamer, Ph.D., dated October 1, 2012.

3        10.      Attached hereto as Exhibit 4 is a true and correct copy of the Reply Expert Report

4    of Edward E. Leamer, Ph.D., dated December 10, 2012.

5        11.      Attached hereto as Exhibit 5 is a true and correct copy of the Supplemental Expert

6    Report of Edward E. Leamer, Ph.D., dated May 10, 2013.

7        12.      Attached hereto as Exhibit 6 is a true and correct copy of the Initial Merits Expert

8    Report of Edward E. Leamer, Ph.D., dated October 28, 2013.

9        13.      Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of

10   Lauren J. Stiroh, Ph.D., dated November 25, 2013.

11       14.      Attached hereto as Exhibit 8 is a true and correct copy of the Reply Expert Report

12   of Edward E Leamer, Ph.D., dated December 11, 2013.

13

14       I declare under penalty of perjury under the laws of the United States that the above is true

15   and correct.  Executed on January 9, 2014, in San Francisco, California.

16

17                                      */s/ Christina J. Brown*
                                   Christina J. Brown

18

19

20

21

22

23

24

25

26

27

28

BROWN DECL. ISO
MOTION TO STRIKE
NO. 11-CV-2509-LHK