# EXHIBIT 2

# BROWN DECLARATION IN SUPPORT OF MOTION TO STRIKE

Case 5:11-cv-02509-LHK Document 558-2 Filed 01/09/14 Page 2 of 6
Case 5:11-cv-02509-LHK Document 592 Filed 04/12/13 Page 1 of 32

1

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                          SAN JOSE DIVISION



   IN RE: HIGH-TECH EMPLOYEE          )  C-11-02509 LHK
   ANTITRUST LITIGATION,              )
                                      )  SAN JOSE, CALIFORNIA
                                      )
                                      )  APRIL 8, 2013
   _____        )
                                      )  PAGES 1-31
   THIS DOCUMENT RELATES TO:          )
   ALL ACTIONS                        )
   _____        )



                    TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE LUCY H. KOH
                   UNITED STATES DISTRICT JUDGE

   A P P E A R A N C E S:

   FOR THE PLAINTIFFS:    JOSEPH SAVERI LAW FIRM
                          BY:  JOSEPH SAVERI
                               LISA J. LEEBOVE
                               JAMES G. DALLAL
                          255 CALIFORNIA STREET, SUITE 450
                          SAN FRANCISCO, CALIFORNIA  94111

                          LIEFF, CABRASER,
                          HEIMANN & BERNSTEIN
                          BY:  KELLY M. DERMODY
                               DEAN M. HARVEY
                               ANNE B. SHAVER
                          275 BATTERY STREET, 30TH FLOOR
                          SAN FRANCISCO, CALIFORNIA  94111

                  APPEARANCES CONTINUED ON NEXT PAGE

   OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                               CERTIFICATE NUMBER 9595

        PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
               TRANSCRIPT PRODUCED WITH COMPUTER
```

UNITED STATES COURT REPORTERS

Case5:11-cv-02509-LHK Document558-2 Filed01/09/14 Page 3 of 6
Case5:11-cv-02509-LHK Document392-2 Filed04/12/13 Page18 of 32

18

|     |                                                                      |
| --- | -------------------------------------------------------------------- |
| 1   | SO IF WE COULD, YOUR HONOR, BASED ON THAT, IF WE COULD HAVE          |
| 2   | A COUPLE MORE DAYS TO FILE OUR REPLY, I THINK THAT WOULD BE          |
| 3   | MORE -- THAT WOULD BE BETTER.                                        |
| 4   | THE COURT: I COULD GIVE YOU UNTIL THE 11TH. THAT'S                   |
| 5   | TWO EXTRA DAYS.                                                      |
| 6   | MS. DERMODY: THAT'S GREAT, YOUR HONOR. THANK YOU.                    |
| 7   | MR. SAVERI: THAT'S GREAT, YOUR HONOR. WE APPRECIATE                  |
| 8   | THAT.                                                                |
| 9   | THE COURT: OKAY. BUT NOW IT'S TIGHT ON THE CLOSE OF                  |
| 10  | EXPERT DISCOVERY.                                                    |
| 11  | MR. SAVERI: BUT, YOUR HONOR, THAT'S REALLY PROBABLY                  |
| 12  | JUST DEPOSITIONS OF THE -- OR SOMETHING LIKE THAT. THERE'S           |
| 13  | VERY LITTLE THAT I CAN IMAGINE THAT WOULD HAPPEN BETWEEN --          |
| 14  | MS. DERMODY: IF I MAY SAY, IT'S ACTUALLY A LONGER                    |
| 15  | SCHEDULE THAN WHAT THE PARTIES HAD AGREED TO BETWEEN THOSE           |
| 16  | DATES.                                                               |
| 17  | THE COURT: OH, OKAY. SO -- BUT IS -- THAT'S A                        |
| 18  | LITTLE LESS THAN TWO WEEKS, THE 11TH TO THE 23RD. DOES THAT          |
| 19  | GIVE YOU ENOUGH TIME FOR THE DEPOSITIONS?                            |
| 20  | MR. MITTELSTAEDT: THAT'S FINE.                                       |
| 21  | THE COURT: WE COULD ALSO MOVE THESE DATES UP. I                      |
| 22  | JUST WANT A HEARING DATE ON MARCH 20TH. IF YOU WANT TO MOVE          |
| 23  | DATES AROUND, I'M NOT OPPOSED TO THAT. I JUST NEED TO HAVE           |
| 24  | THIS AMOUNT OF TIME IN BETWEEN --                                    |
| 25  | MR. MITTELSTAEDT: YOUR HONOR, I THINK THAT'S FINE.                   |

Case5:11-cv-02509-LHK Document558-2 Filed01/09/14 Page 4 of 6
Case5:11-cv-02509-LHK Document392-2 Filed04/12/13 Page19 of 32

19

|     |     |
| --- | --- |
| 1   | THE COURT: OKAY. ALL RIGHT. THIS SCHEDULE IS FINE? |
| 2   | OKAY. |
| 3   | SO THEN LET'S KEEP MOVING BACK. SO AUGUST 8TH -- WHEN -- |
| 4   | OKAY. AUGUST 8TH AT 1:30 WILL BE THE NEXT CLASS CERT HEARING, |
| 5   | AND WE ALREADY TALKED ABOUT THE SCHEDULE FOR FILING. |
| 6   | NOW, I AM GOING TO ALLOW A PLAINTIFFS' EXPERT REBUTTAL |
| 7   | REPORT ON THE CLASS CERT ISSUE, BUT LIKE THAT FOOTNOTE, IT |
| 8   | REALLY NEEDS TO BE TRUE REBUTTAL AND NOT INTRODUCING BRAND NEW |
| 9   | THEORIES THAT SHOULD HAVE BEEN RAISED IN THE OPENING. |
| 10  | MS. DERMODY: UNDERSTOOD, YOUR HONOR. THANK YOU. |
| 11  | THE COURT: OKAY. |
| 12  | MS. DERMODY: YOUR HONOR, CAN I ASK ABOUT THE TRIAL, |
| 13  | WHAT YOUR HONOR'S CALENDAR MIGHT BE IN 2014 FOR TRIAL? DO YOU |
| 14  | HAVE DARK DAYS? |
| 15  | THE COURT: YES. SO WE'LL GO MONDAYS, TUESDAYS, AND |
| 16  | FRIDAYS BECAUSE I KEEP MY CRIMINAL AND MY CIVIL CMC AND LAW AND |
| 17  | MOTION CALENDAR GOING, TO THE EXTENT I CAN, ON THOSE TWO DARK |
| 18  | DAYS. |
| 19  | IF THE JURY -- IF YOU COMPLETELY FINISH JURY INSTRUCTIONS, |
| 20  | CLOSINGS AND THEY START DELIBERATING ON A TUESDAY, THEY CAN |
| 21  | DELIBERATE THROUGH A WEDNESDAY AND A THURSDAY. THAT'S OKAY. |
| 22  | BUT I JUST CAN'T HAVE COURT BECAUSE I'M TRYING TO KEEP MY |
| 23  | SPEEDY TRIAL CLOCK RUNNING ON MY OTHER CASES. |
| 24  | MR. SAVERI: IF I MIGHT, YOUR HONOR, CAN I ASK YOU |
| 25  | WHAT TIME YOU START YOUR TRIAL? |

Case5:11-cv-02509-LHK Document558-2 Filed01/09/14 Page 5 of 6
Case5:11-cv-02509-LHK Document592-2 Filed04/12/13/14 Page20 of 32

20

| | |
|---|---|
| 1 | THE COURT: 9:00. SO WE GO FROM 9:00 TO NOON AND |
| 2 | THEN WE GO FROM 1:00 TO 4:30 P.M. |
| 3 | MR. SAVERI: OKAY. |
| 4 | THE COURT: WE'LL TAKE ABOUT A 15 MINUTE BREAK AROUND |
| 5 | 10:30, AND THEN WE TAKE ABOUT A 15 MINUTE BREAK AROUND 2:45. |
| 6 | NOW, WHAT WE DO SOMETIMES IN THE AFTERNOON IS BREAK IT UP |
| 7 | INTO SMALLER BREAKS, BUT MORE FREQUENTLY. IF I START SEEING |
| 8 | JURORS GETTING VERY SLEEPY AND FALLING ASLEEP, THEN WE'LL TAKE |
| 9 | LIKE AN 8 MINUTE BREAK AROUND 2:00 AND WE MIGHT TAKE A 5 MINUTE |
| 10 | BREAK AROUND 3:00. |
| 11 | MS. DERMODY: GREAT. |
| 12 | THE COURT: OKAY. BUT WE TEND TO GET -- IN TERMS OF |
| 13 | ACTUAL TRANSCRIPT, WE GET 5 HOURS AND 15 MINUTES TO -- I THINK |
| 14 | THE MOST WE'VE EVER GOTTEN IN A DAY IS ABOUT 5 HOURS AND 40 |
| 15 | MINUTES. |
| 16 | MS. SHORTRIDGE, DO YOU THINK WE GOT 5 HOURS AND 45 MINUTES? |
| 17 | THE REPORTER: ISH. |
| 18 | MR. SAVERI: THAT'S GREAT. |
| 19 | THE COURT: WE GET A LOT OF TRANSCRIPT TIME IN A DAY. |
| 20 | BUT THAT'S WHEN WE GO. SO WE'LL BE DARK WEDNESDAYS AND |
| 21 | THURSDAYS. |
| 22 | AND THEN YOU'LL HAVE TO WORK OUT YOUR SCHEDULE FOR -- I |
| 23 | LIKE TO HAVE LEAD TRIAL COUNSEL MEET AND CONFER IN PERSON ABOUT |
| 24 | ANY WITNESSES, EXHIBITS, DEMONSTRATIVES, AND THEN BY 8:00 A.M. |
| 25 | THE DAY BEFORE YOU INTEND TO CALL THAT WITNESS, USE THAT |

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: APRIL 12, 2013