# EXHIBIT 3

# FILED WITH DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL