# EXHIBIT 4

# FILED WITH DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL