# EXHIBIT 5

# FILED WITH DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL