# EXHIBIT 6

# FILED WITH DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL