# EXHIBIT 7

# FILED WITH DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL