# EXHIBIT 8

# FILED WITH DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL