GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant Intel Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**(PROPOSED) ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF MATTHEW MARX, PH.D** |

1  Defendants' Joint Motion to Exclude the Expert Testimony of Matthew Marx, Ph.D.
2  pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and Federal Rule
3  of Evidence 702 came on for hearing before this Court on [March 20 and/or March 27], 2014.
4  Having considered the motion, together with all papers filed in support of and in opposition
5  thereto and the argument of counsel, the Court hereby GRANTS the motion.

6  The testimony of Matthew Marx, Ph.D. is hereby excluded in its entirety, and Dr. Marx is
7  precluded from testifying regarding his opinions at trial.

8  IT IS SO ORDERED.

10  DATED: _____, 2014

_____
Hon. Lucy H. Koh
UNITED STATES DISTRICT JUDGE