Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT ADOBE'S MOTION FOR SUMMARY JUDGMENT** |

**[PROPOSED] ORDER**

After considering all of the arguments and briefing presented by Defendant Adobe Systems Inc. and oppositions thereto, the Court hereby GRANTS Defendant Adobe's Motion for Summary Judgment.

**IT IS SO ORDERED.**

DATED: _____, 2014

_____
HONORABLE LUCY H. KOH
United States District Court Judge