GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:     (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**[PROPOSED] ORDER GRANTING APPLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:        March 20, 2104 and March 27, 2014<br>Time:       1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:      The Honorable Lucy H. Koh |

Defendant Apple Inc.'s Motion for Summary Judgment came for hearing before this Court on March 20 and/or March 27, 2014. Having considered the motion, together with all papers filed in support of and in opposition thereto and the argument of counsel, and good cause appearing the Court hereby **GRANTS** the motion.

**IT IS SO ORDERED**.

Dated: _____, 2014

_____
Honorable Lucy H. Koh
United States District Judge