Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANT ADOBE'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:   March 20, 2104 and<br>           March 27, 2014<br>Time:   1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:  The Honorable Lucy H. Koh |

I, Lin Wang Kahn, declare as follows:

1. I am an attorney with the law firm of Jones Day, counsel for Defendant Adobe Systems Inc. ("Adobe") in the above-captioned action. I am admitted to practice law before this Court. I submit this declaration in support of Defendant Adobe's Motion for Summary Judgment. As an attorney involved in the defense of this action, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

**Deposition Testimony**

2. Attached hereto as **Exhibit A** is a true and correct copy of transcript excerpts from the February 5, 2013 deposition of William Campbell.

3. Attached hereto as **Exhibit B** is a true and correct copy of transcript excerpts from the March 15, 2013 deposition of Bruce Chizen.

4. Attached hereto as **Exhibit C** is a true and correct copy of transcript excerpts from the March 1, 2013 deposition of Digby Horner.

5. Attached hereto as **Exhibit D** is a true and correct copy of transcript excerpts from the March 28, 2013 deposition of George Lucas.

6. Attached hereto as **Exhibit E** is a true and correct copy of transcript excerpts from the November 15, 2013 deposition of Matthew Marx.

7. Attached hereto as **Exhibit F** is a true and correct copy of transcript excerpts from the February 28, 2013 deposition of Shantanu Narayen.

8. Attached hereto as **Exhibit G** is a true and correct copy of transcript excerpts from the January 29, 2013 deposition of Paul Otellini.

9. Attached hereto as **Exhibit H** is a true and correct copy of transcript excerpts from the March 22, 2013 deposition of Larry Page.

10. Attached hereto as **Exhibit I** is a true and correct copy of transcript excerpts from the February 20, 2013 deposition of Eric Schmidt.

11. Attached hereto as **Exhibit J** is a true and correct copy of transcript excerpts from the March 29, 2013 deposition of John Warnock.

**Interrogatories**

12. Attached hereto as **Exhibit K** is a true and correct copy of Plaintiffs' Answers and Objections to Defendants' Second Set of Interrogatories.

**Documents**

13. Attached hereto as **Exhibit L** is a true and correct copy of the document produced by Adobe with Bates number ADOBE_000146 to ADOBE_000160.

14. Attached hereto as **Exhibit M** is a true and correct copy of the document produced by Adobe with Bates number ADOBE_001027 to ADOBE_001029.

15. Attached hereto as **Exhibit N** is a true and correct copy of the document produced by Adobe with Bates number ADOBE_001035 to ADOBE_001037.

16. Attached hereto as **Exhibit O** is a true and correct copy of the document produced by Adobe with Bates number ADOBE_017109 to ADOBE_017110.

17. Attached hereto as **Exhibit P** is a true and correct copy of the document produced by Adobe with Bates number ADOBE_047080 to ADOBE_047083.

18. Attached hereto as **Exhibit Q** is a true and correct copy of the document produced by Adobe with Bates number ADOBE_110308 to ADOBE_110356.

**Deposition Exhibits**

19. Attached hereto as **Exhibit 223** is a true and correct copy of Deposition Exhibit 223, with bates number 231APPLE002143 to 231APPLE002144.

20. Attached hereto as **Exhibit 224** is a true and correct copy of Deposition Exhibit 224, with bates number ADOBE_001096 to ADOBE_001097.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of January 2014 in San Francisco, California.

By: */s/ Lin W. Kahn*
Lin W. Kahn