# EXHIBIT 223

Subject: RE: Recruiting
Date: Fri, 27 May 2005 20:53:36 -0700
From: "Bruce Chizen" <bchizen@adobe.com>
To: "Steve Jobs" <sjobs@apple.com>
Message-ID: <D7E5113BC7908A40BE31305B3E63E33A99CD89@sj-mail1.corp.adobe.com>

I'd rather agree NOT to actively solicit any employee from either company. If employee proactively approaches then it's acceptable.

If you are in agreement I will let my folks know.

**From:** Steve Jobs [mailto:sjobs@apple.com]
**Sent:** Thursday, May 26, 2005 6:27 PM
**To:** Bruce Chizen
**Cc:** Steve Jobs
**Subject:** Re: Recruiting

OK, I'll tell our recruiters that they are free to approach any Adobe employee who is not a Sr. Director or VP. Am I understanding your position correctly?

Steve


On May 26, 2005, at 4:15 PM, Bruce Chizen wrote:

I thought we agreed not to recruit any senior level employees (at Adobe this is Sr. Director/VP and represents about 2% of the population). I am pretty sure your recruiters have approached more junior ones.

I would propose we keep it this way. Open to discuss. It would be good to agree.


**From:** Steve Jobs [mailto:sjobs@apple.com]
**Sent:** Thursday, May 26, 2005 9:36 AM
**To:** Bruce Chizen
**Subject:** Recruiting

Bruce,

Adobe is recruiting from Apple. They have hired one person already and are calling lots more. I have a standing policy with our recruiters that we don't recruit from Adobe. It seems you have a different policy. One of us must change our policy. Please let me know who.

Steve


PS: Here's one of the many pings we've gotten from Adobe.

EXHIBIT 223
WIT: Morris
DATE: 8-21-2012
ANNE TORREANO, CSR #10520

CONFIDENTIAL TREATMENT REQUESTED

CONFIDENTIAL

223.1

176APPLE002143
231APPLE002143

**From:** Jerry Sastri <jsastri@adobe.com>
**Date:** May 23, 2005 1:44:33 PM EDT (CA)
**To:** bereskin@apple.com
**Subject: Hello Ken**

Ken,

Hope you are doing well. I am doing an executive search here at Adobe for a Director of Product Marketing. I wanted to see if I could network with you for folks who might be looking for new opportunities.

Sincerely,

Jerry Sastri

Executive Recruiting | **nasdaq: ADBE**

408.536.5180  office

408.537.6313  fax

jsastri@adobe.com

Adobe Enterprise Solutions

www.adobe.com/enterprise/main.html


" #13 of Fortune's 100 Best Companies to Work For in 2005...."

www.fortune.com/fortune/bestcompanies

------ end message ------

CONFIDENTIAL TREATMENT REQUESTED

CONFIDENTIAL

223.2   176APPLE002144
         231APPLE002144

# EXHIBIT 224

| | |
|---|---|
| **From:** | Bruce Chizen |
| **Sent:** | Friday, May 27, 2005 9:27 PM |
| **To:** | Shantanu Narayen <snarayen@adobe.com>; Theresa Townsley <townsley@adobe.com> |
| **Subject:** | RE: Apple recruiting |

Agree. We have lots of companies we can recruit from. Given the reasons that I stated way below, I think we should stay away from Apple unless an Apple employee approaches us.

---

**From:** Shantanu Narayen
**Sent:** Friday, May 27, 2005 9:25 PM
**To:** Theresa Townsley; Bruce Chizen
**Subject:** RE: Apple recruiting

I think the spirit has to be that we don't initiate contact with Apple employees even through our employees. If an Adobe employee is approached by an Apple employee I think it's okay to pass it on ...

---

**From:** Theresa Townsley [mailto:townsley@adobe.com]
**Sent:** Friday, May 27, 2005 9:22 PM
**To:** Shantanu Narayen; Bruce Chizen
**Subject:** RE: Apple recruiting

and if an Adobe employee refers an Apple employee through our referral program are you okay with that?
t

---

**From:** Shantanu Narayen [mailto:snarayen@adobe.com]
**Sent:** Friday, May 27, 2005 8:56 PM
**To:** Bruce Chizen; Theresa Townsley
**Subject:** RE: Apple recruiting

I agree.

---

**From:** Bruce Chizen
**Sent:** Friday, May 27, 2005 8:52 PM
**To:** Theresa Townsley; Shantanu Narayen
**Subject:** RE: Apple recruiting

No active soliciting of any employee. Heads up on senior level approaching either company

---

**From:** Theresa Townsley [mailto:townsley@adobe.com]
**Sent:** Friday, May 27, 2005 8:33 PM
**To:** Shantanu Narayen; Bruce Chizen
**Subject:** RE: Apple recruiting

Just to clarify, are you both saying not to solicit any employee at any level?

Also, what is the agreement between you (Bruce) and Steve if Apple employees come to us directly? There is where I thought you two agreed that you would give each other a call if they were at the senior level.

t

```
EXHIBIT 224
WIT: Morris
DATE: 8-24-2012
ANNE TORREANO, CSR #10520
```

224.1

**HIGHLY CONFIDENTIAL**

AB_CID001096
ADOBE_001096
CONFIDENTIAL

**From:** Shantanu Narayen [mailto:snarayen@adobe.com]
**Sent:** Friday, May 27, 2005 9:42 AM
**To:** Bruce Chizen; Theresa Townsley
**Subject:** RE: Apple recruiting

I agree – that was also my point to you yesterday. I am comfortable with no-solicit. Theresa?

sn

---

**From:** Bruce Chizen
**Sent:** Friday, May 27, 2005 9:29 AM
**To:** Theresa Townsley; Shantanu Narayen
**Subject:** Apple recruiting
**Importance:** High

It would be great if the two of you could discuss and let me know how I should respond.

My feeling is that at this point, if I tell Steve it's open season (other than senior managers), he will deliberately poach Adobe just to prove a point. Knowing Steve, he will go after some of our top Mac talent like Chris Cox and he will do it in a way in which they will be enticed to come (extraordinary packages and Steve wooing).

My opinion it's not worth it and we should agree to to actively solicit employees in both directions. With that said, I will defer to the two of you. Please let me know by ASAP.

HIGHLY CONFIDENTIAL

AB_CID001097
ADOBE_001097
CONFIDENTIAL