GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
VICTORIA L. WEATHERFORD (Bar No. 267499)
vweatherford@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION VICTORIA L. WEATHERFORD IN SUPPORT OF APPLE INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         March 20, 2104 and<br>                  March 27, 2014<br>Time:        1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:       The Honorable Lucy H. Koh |

I, Victoria L. Weatherford, declare as follows:

1. I am a member of the Bar of the State of California and an associate of the law firm of O'Melveny & Myers LLP, attorneys for Defendant Apple Inc. I submit this declaration in support of Defendant Apple Inc.'s Notice of Motion and Motion for Summary Judgment. I make this declaration based on my own personal knowledge. If called to testify as a witness, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Matthew Marx taken November 15, 2013.

3. Attached hereto as Exhibit 2 is a true and correct copy of the Apple Inc.'s Amended Responses to Plaintiffs' Second Set of Interrogatories, dated March 29, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Adobe Systems Inc.'s Amended Response to Plaintiffs' Second Set of Interrogatories, dated March 19, 2012.

6. Attached hereto as Exhibit 4 is a true and correct copy of document produced by Apple Inc., bearing Bates numbers 231APPLE0002143 through 231APPLE0002144.

7. Attached hereto as Exhibit 5 is a true and correct copy of transcript excerpts from the deposition of Danielle Lambert taken October 2, 2012.

8. Attached hereto as Exhibit 6 is a true and correct copy of Plaintiffs' Supplemental Answers and Objections to Defendants' Second Set of Interrogatories, dated May 24, 2013.

9. Attached hereto as Exhibit 7 is a true and correct copy of transcript excerpts from the deposition of Mark Bentley taken August 23, 2012.

10. Attached hereto as Exhibit 8 is a true and correct copy of the Expert Report of Professor Kevin M. Murphy, dated November 25, 2013.

11. Attached hereto as Exhibit 9 is a true and correct copy of transcript excerpts from the deposition of Ann Reeves taken March 29, 2013.

12. Attached hereto as Exhibit 10 is a true and correct copy of transcript excerpts from the deposition of Eric Schmidt taken February 20, 2013.

13.     Attached hereto as Exhibit 11 is a true and correct copy of transcript excerpts from the deposition of William Campbell taken February 5, 2013.

11.     Attached hereto as Exhibit 12 is a true and correct copy of transcript excerpts from the deposition of Ron Okamoto taken February 27, 2013.

12.     Attached hereto as Exhibit 13 is a true and correct copy of transcript excerpts from the deposition of Bruce Chizen taken March 15, 2013.

13.     Attached hereto as Exhibit 14 is a true and correct copy of Defendant Pixar's Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories, dated March 18, 2013.

11.     Attached hereto as Exhibit 15 is a true and correct copy of transcript excerpts from the deposition of Brian Croll taken March 22, 2013.

15.     Attached hereto as Exhibit 16 is a true and correct copy of Google Inc.'s Responses to Plaintiffs' Second Set of Interrogatories, dated April 6, 2012.

16.     Attached hereto as Exhibit 17 is a true and correct copy of transcript excerpts from the deposition of Alan Manning taken November 14, 2013.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 9, 2014, in San Francisco, California.

*/s/ Victoria L. Weatherford*
Victoria L. Weatherford