**EXHIBIT 5**


**WEATHERFORD DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

1              UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

6    IN RE:  HIGH-TECH EMPLOYEE     )

7    ANTITRUST LITIGATION           )

8                                   )   No. 11-CV-2509-LHK

9    THIS DOCUMENT RELATES TO:      )

10   ALL ACTIONS.                   )

11   _____)

12

13

14          CONFIDENTIAL - ATTORNEYS' EYES ONLY

15          VIDEO DEPOSITION OF DANIELLE LAMBERT

16                  October 2, 2012

17

18

19

20   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

21

22

23

24

25

09:21:18  1      Q.  With which companies did Apple have such an

09:21:22  2   agreement?

09:21:26  3      A.  At various times, Apple had agreements with

09:21:31  4   Adobe, who was a key partner of ours, Google, when the

09:21:36  5   companies were working together, I believe Nvidia and

09:21:44  6   ATI who were designing chips for us.  Motorola at the

09:21:52  7   time that we were in partnership over the Rokr phone.

09:22:02  8   I've forgotten who I listed.  I'm sorry.  I said

09:22:06  9   Adobe -- did I mention Google?

09:22:07 10      Q.  You said Adobe, Google, Nvidia, ATI and

09:22:11 11   Motorola.

09:22:12 12      A.  Motorola.

09:22:15 13          Obviously any of the search firms that we

09:22:18 14   worked with, the recruiting firms.

09:22:34 15          I'm trying to think if there were any others.

09:22:36 16   I'm sorry.

09:22:38 17      Q.  How about Pixar?

09:22:39 18      A.  Oh, yes.  I'm sorry.  I didn't....

09:22:54 19      Q.  Did Apple have an agreement with Intuit?

09:23:01 20          MR. RILEY:  Objection.  The question is vague.

09:23:03 21          MR. SAVERI:  Q.  And when I say agreement,

09:23:05 22   I'm talking about an agreement not to cold call each

09:23:08 23   other's employees.

09:23:11 24      A.  With Intuit?

09:23:12 25      Q.  Yes.

09:23:13  1        A.  Not that I can recall.  We didn't have an

09:23:16  2    agreement with Intuit, necessarily.

09:23:18  3        Q.  When you say you didn't have an agreement with

09:23:21  4    Intuit necessarily, what do you mean?

09:23:23  5        A.  Well, the chairman of Intuit, Bill Campbell,

09:23:27  6    was a board member -- is a board member of Apple's, and

09:23:32  7    we had an internal policy not to cold call into members

09:23:41  8    of our board's companies.

09:23:45  9        Q.  And so was Intuit on the do-not-cold-call list

09:23:51 10    as a result of that policy?

09:23:52 11        MR. RILEY:  Objection.  Question is vague.  No

09:23:54 12    foundation.

09:23:58 13        THE WITNESS:  I'm not sure which list you're

09:24:00 14    referring to.

09:24:00 15        MR. SAVERI:  Q.  Well, did Apple maintain a

09:24:02 16    list of the companies with whom -- with whom it would --

09:24:08 17    Apple was not going to cold call?

09:24:15 18        A.  I believe there were a few different lists, not

09:24:19 19    formal lists, but, you know, lists held by the

09:24:22 20    recruiters who worked with various businesses that they

09:24:25 21    knew which companies we were partnering with at

09:24:29 22    different times, which companies to be sensitive to.

09:24:32 23        So if you're asking if Intuit was ever on one

09:24:35 24    of those lists, I would imagine it to be given those

09:24:42 25    positions as the board member.

09:24:43  1      Q.  Was Microsoft on one of those lists?

09:24:48  2          MR. RILEY:  Objection.  The question is vague.

09:24:51  3          THE WITNESS:  You're asking if Microsoft was on

09:24:55  4      one of which lists?  One of a list --

09:24:58  5          MR. SAVERI:  Q.  A do-not-call list.

09:24:59  6      A.  A do-not-call list?

09:25:10  7          I can't recall exactly, but, you know, thinking

09:25:12  8      back, Microsoft had a Mac division that I can't imagine

09:25:15  9      us wanting to cold call into.

09:25:23  10     Q.  Was Garmin on a do-not-cold-call list?

09:25:26  11         Excuse me.  Was Garmin on one of Apple's

09:25:29  12     do-not-cold-call lists?

09:25:32  13     A.  I can't recall.

09:25:38  14     Q.  Was a company called Aspyr on Apple's

09:25:44  15     do-not-cold-call list?

09:25:45  16     A.  I can't recall.

09:25:46  17     Q.  Was Best Buy on an Apple do-not-cold-call list?

09:25:55  18     A.  I can't recall exactly, however, I would not be

09:25:59  19     surprised if it were given they were a very important

09:26:02  20     reseller for us.  We actually had our Apple -- we did a

09:26:06  21     deal with Best Buy where we had Apple badged employees

09:26:10  22     in their stores.

09:26:13  23     Q.  So to -- and I want to get your best

09:26:14  24     recollection.

09:26:15  25         To the best of your recollection, was Best Buy

09:27:48  1     A.  Genentech would have been a company that we

09:27:52  2  were sensitive to and -- from kind of an internal policy

09:27:55  3  standpoint, they fall under our board member's

09:27:58  4  companies.

09:27:58  5     Q.  And that is because Arthur Levinson was on the

09:28:01  6  Apple board?

09:28:02  7     A.  Yes.

09:28:05  8     Q.  Now, we -- you identified Google as one of the

09:28:08  9  companies with whom Apple had an agreement with with

09:28:11 10  respect to do not -- no cold calling, correct?

09:28:15 11     A.  Correct.

09:28:18 12     Q.  Was Ingram Micro on an Apple do-not-cold-call

09:28:23 13  list?

09:28:24 14     A.  I can't recall.

09:28:25 15     Q.  Was Intel on an Apple do-not-cold-call list?

09:28:37 16     A.  I can't recall exactly, but the Intel

09:28:40 17  relationship, that was a very, very important

09:28:42 18  relationship with us -- or for us.  You know, we were

09:28:49 19  importing Intel -- the Intel processer was a big, big

09:28:52 20  deal.

09:28:53 21          We actually -- I think we even had a lab on

09:28:54 22  site where their employees were working with ours in

09:28:57 23  conjunction to develop this technology.  So I could

09:29:01 24  imagine, at that time, we would have had a policy not to

09:29:03 25  call into Intel.

| | | |
|---|---|---|
| 09:29:06 | 1 | Q.  Did Apple have an agreement with Intel not to |
| 09:29:09 | 2 | cold call each other's employees? |
| 09:29:12 | 3 | A.  I don't believe so. |
| 09:29:23 | 4 | Q.  Was J. Crew on Apple's do-not-cold-call list? |
| 09:29:28 | 5 | A.  Also J. Crew had -- you know, their CEO was a |
| 09:29:31 | 6 | board member of ours, so they would have fallen into our |
| 09:29:34 | 7 | internal policy of not cold calling into board member's |
| 09:29:38 | 8 | companies. |
| 09:29:38 | 9 | Q.  And that was because Mickey Drexler was on the |
| 09:29:42 | 10 | Apple board? |
| 09:29:43 | 11 | A.  Yes, it was. |
| 09:29:44 | 12 | Q.  Did Apple have an agreement with J. Crew with |
| 09:29:46 | 13 | respect to no cold calling? |
| 09:29:52 | 14 | A.  No.  Not -- no.  We did not that I can recall. |
| 09:29:58 | 15 | Q.  Was Mac Zone on Apple's do-not-cold-call list? |
| 09:30:04 | 16 | A.  Mac Zone? |
| 09:30:04 | 17 | Q.  Yes. |
| 09:30:05 | 18 | A.  I don't know. |
| 09:30:08 | 19 | Q.  Was Nike on Apple's do-not-cold-call list? |
| 09:30:12 | 20 | A.  Nike -- you know, we had a policy -- they would |
| 09:30:16 | 21 | have fit into kind of the more policy or at least |
| 09:30:19 | 22 | be-very-sensitive-to list.  Because Tim Cook, Apple's -- |
| 09:30:26 | 23 | at the time, COO or, you know, when I was there, at |
| 09:30:29 | 24 | least, a COO, joined the board of Nike, and he chaired |
| 09:30:35 | 25 | their compensation committee.  So there was obviously -- |

09:30:38  1    he didn't want to have the appearance of a conflict of

09:30:41  2    interest.

09:30:42  3           And we also worked tightly with Nike around

09:30:44  4    developing the Nike Plus product line.  And so, at that

09:30:49  5    time, we were just sensitive to the relationship.

09:30:51  6        Q.  So did Apple have an agreement with Nike with

09:30:55  7    respect to no cold calling?

09:30:57  8        A.  No.  Not that I can recall.

09:31:00  9        Q.  And was Nike on Apple's do-not-call list

09:31:09 10    because there was a Nike executive on Apple's board?

09:31:15 11        A.  No.  There was not a Nike executive on Apple's

09:31:19 12    board.

09:31:20 13        Q.  So was Nike on the Apple do-not-call list

09:31:24 14    because an Apple executive, in particular, Mr. Cook, was

09:31:29 15    on Nike's board?

09:31:31 16        A.  Correct.  In addition to our business

09:31:34 17    partnership.

09:31:37 18           The Nike Plus work was kind of a -- it was a

09:31:41 19    big deal at the time.  Nike hadn't really partnered with

09:31:45 20    technology companies before that I was aware of.

09:31:54 21        Q.  Was PC Connection on Apple's do-not-cold-call

09:32:00 22    list?

09:32:01 23        A.  I do not know.

09:32:02 24        Q.  Was PC Mall on Apple's do-not-cold-call list?

09:32:05 25        A.  I don't know.

09:33:10  1          A.   I don't recall.

09:33:14  2          Q.   Okay.  Now, you identified, I believe,

09:33:22  3   Genentech and J. Crew as two companies that were on

09:33:28  4   Apple's do-not-cold-call list by virtue of the fact that

09:33:31  5   one of their executives was on Apple's board.  Did I get

09:33:36  6   that right?

09:33:37  7          A.   Correct.  Yes.

09:33:39  8          Q.   Were there other companies that were on Apple's

09:33:42  9   do-not-cold-call list for a similar reason or for that

09:33:44 10   reason?

09:33:51 11          A.   I have to think through our board members.

09:33:55 12   Excuse me.

09:33:55 13          Q.   Sure.

09:34:09 14          A.   So, I'm sorry, the two that you had listed

09:34:10 15   was -- were Nike -- I'm sorry.  The two that you had

09:34:13 16   listed were J. Crew and Genentech?

09:34:18 17          Q.   Yeah.

09:34:19 18               And let me make sure the question is clear for

09:34:20 19   the record.

09:34:21 20               Other than Genentech and Nike, were there other

09:34:26 21   companies who were on Apple's do-not-cold-call list

09:34:28 22   because the executives of those companies were on the

09:34:33 23   Apple board?

09:34:37 24          A.   Okay.  I thought I heard you say first J. Crew,

09:34:41 25   and then the second time Nike, but I might be wrong.

09:34:45  1        Q.  Excuse me.

09:34:45  2        A.  I'm just trying to understand.

09:34:46  3        Q.  I got -- and I did.  I tried to -- I did get it

09:34:49  4    confused.

09:34:49  5             Let me ask the question again.  Thank you.

09:34:51  6             Other than Genentech and J. Crew, are there

09:34:55  7    other companies who were on Apple's do-not-cold-call

09:34:59  8    list because the executives of those companies were on

09:35:03  9    Apple's board?

09:35:04  10        A.  Yes.

09:35:05  11        Q.  And which companies were those?

09:35:08  12        A.  From the best of my recollection, as I think

09:35:13  13    through the board members, would be Intuit with Bill

09:35:16  14    Campbell.

09:35:18  15        Q.  Okay.

09:35:20  16        A.  Google, at the time that Mr. Eric Schmidt was

09:35:26  17    on the board.

09:35:27  18             I'm trying to think through the board members.

09:35:39  19             There may be one or two others.  I just -- I'm

09:35:42  20    sorry, I can't remember the companies --

09:35:44  21        Q.  Okay.  And now let's --

09:35:44  22        A.  -- of our board members at that time.

09:35:47  23        Q.  Let's talk about kind of the reverse, the Tim

09:35:50  24    Cook situation.

09:35:55  25        A.  Right.

09:35:55  1     Q.  Were there other companies other than Nike that

09:35:57  2  were on Apple's do-not-cold-call list because an

09:36:01  3  Apple -- an Apple executive was on the board of that

09:36:04  4  other company?

09:36:05  5     A.  Yes.

09:36:05  6     Q.  And what companies were those?

09:36:09  7     A.  That would be the boards that Steve Jobs sat

09:36:14  8  on.  So Pixar, Disney, under that umbrella.  And I

09:36:29  9  believe that was it.

09:36:44 10     Q.  With which of those companies that I've just

09:36:50 11  run through did you personally communicate regarding the

09:36:57 12  do-not-cold-call policy?

09:37:00 13     A.  Are you referring to the board member

09:37:02 14  companies?

09:37:03 15     Q.  The whole list.

09:37:03 16     A.  Any of the companies that you --

09:37:05 17     Q.  Yeah.

09:37:06 18     A.  -- listed?

09:37:12 19     The only one that I can recall was -- having a

09:37:16 20  conversation with was Pixar.

09:37:35 21     Q.  Now, when I asked the question, I did not limit

09:37:38 22  it to conversations, you know, speaking.  I just want to

09:37:43 23  make sure that the question is clear.  When I used the

09:37:46 24  word communication, I meant both on the telephone, in

09:37:48 25  person, or by email or other means.

09:37:50  1          With that clarification, does that change your

09:37:54  2   answer?

09:37:54  3       A.  No.

09:37:57  4       Q.  So for example, did you ever communicate with

09:38:00  5   Bill Campbell regarding the subject of Apple's

09:38:06  6   do-not-cold-call list?

09:38:14  7       A.  I don't believe so.

09:38:15  8       Q.  Okay.  And did you ever communicate with any of

09:38:18  9   the folks at Google, Mr. Schmidt, or any of the other

09:38:23 10   people at Google regarding the do-not-cold-call policy?

09:38:29 11       A.  No.

09:38:59 12       Q.  When was the first time you saw a

09:39:02 13   do-not-cold-call list at Apple?

09:39:15 14       A.  I can't recall exactly when it was.

09:39:19 15       Q.  Were you the VP of recruiting --

09:39:21 16       A.  No.

09:39:22 17       Q.  -- when you first saw that -- a

09:39:25 18   do-not-cold-call list at Apple?

09:39:27 19       A.  No.

09:39:29 20       Q.  Was it before?

09:39:36 21       A.  Well, the reason I'm thinking about this is, as

09:39:40 22   a recruiter myself, I kept my own little, you know, hey,

09:39:43 23   be sensitive to these companies just for my own

09:39:46 24   reminding.

09:39:47 25          But in terms of an actual list, I can't recall

| | | |
|---|---|---|
| 10:13:19 | 1 | question.  You have the name Chizen there.  It should be |
| 10:13:22 | 2 | Mr. Cook. |
| 10:13:30 | 3 | THE REPORTER:  I know.  I looks different on my |
| 10:13:30 | 4 | screen. |
| 10:13:30 | 5 | MR. SAVERI:  All right.  All right. |
| 10:13:31 | 6 | THE REPORTER:  It's a different color on my |
| 10:13:33 | 7 | screen. |
| 10:13:34 | 8 | MR. SAVERI:  Fair enough. |
| 10:13:35 | 9 | Q.  Did you have similar discussions with |
| 10:13:37 | 10 | Mr. Moyer, Tom Moyer? |
| 10:13:45 | 11 | MR. RILEY:  Objection.  That calls for |
| 10:13:47 | 12 | attorney-client privileged conversations.  Mr. Moyer was |
| 10:13:51 | 13 | an Apple attorney. |
| 10:13:55 | 14 | MR. SAVERI:  So you're instructing the witness |
| 10:14:08 | 15 | not to answer that question? |
| 10:14:09 | 16 | MR. RILEY:  Yes.  Mr. Moyer was an attorney |
| 10:14:12 | 17 | advising the HR group, and I'll instruct the witness not |
| 10:14:14 | 18 | to answer. |
| 10:14:47 | 19 | MR. SAVERI:  Q.  When did Apple agree with |
| 10:14:50 | 20 | Pixar not to cold call each other's employees? |
| 10:14:57 | 21 | MR. RILEY:  Objection to the form of the |
| 10:14:58 | 22 | question. |
| 10:15:02 | 23 | THE WITNESS:  Could you please rephrase the |
| 10:15:03 | 24 | question. |
| 10:15:03 | 25 | MR. SAVERI:  Just read it back, please. |

| | | |
|---|---|---|
| 10:15:10 | 1 | (Record read as follows: When did Apple agree |
| 10:15:10 | 2 | with Pixar not to cold call each other's |
| 10:15:10 | 3 | employees?) |
| 10:15:23 | 4 | THE WITNESS: I don't know if -- I mean, where |
| 10:15:25 | 5 | I'm tripping up a little bit is, I'm not sure that Apple |
| 10:15:29 | 6 | formally agreed with Pixar not to, you know, cold call |
| 10:15:33 | 7 | each other's employees. |
| 10:15:33 | 8 | I recall a conversation I had with Lori McAdams |
| 10:15:38 | 9 | about executing a gentleman's agreement about Steve |
| 10:15:44 | 10 | Jobs' role within the company in the acquisition of |
| 10:15:49 | 11 | Disney. |
| 10:15:52 | 12 | MR. SAVERI: Q. Did that gentleman's |
| 10:15:53 | 13 | agreement include any understanding regarding an |
| 10:16:00 | 14 | agreement not to cold call each other's employees? |
| 10:16:15 | 15 | A. Yes. I believe we left the conversation that |
| 10:16:19 | 16 | we were not going to cold call each other's employees. |
| 10:16:23 | 17 | Active recruiting would still continue, but there would |
| 10:16:26 | 18 | be no cold calling into each other's employees given the |
| 10:16:31 | 19 | sensitivity between the companies. |
| 10:16:33 | 20 | Q. When you said gentleman's agreement, what did |
| 10:16:35 | 21 | you mean by that? |
| 10:16:38 | 22 | A. A gentleman's agreement, to me, is just kind of |
| 10:16:41 | 23 | a professional business agreement or a common |
| 10:16:45 | 24 | understanding between businesses to act respectively to |
| 10:16:50 | 25 | one another. |

10:16:51  1        Q.  Did that mean, among other things, that the

10:16:53  2    agreement didn't have to be written down?

10:17:00  3        A.  That was never really something that was

10:17:01  4    considered in terms of, like, whether it was written

10:17:05  5    down or not.  Didn't matter.

10:17:14  6        Q.  Now, did the gentleman's agreement that you

10:17:17  7    reached -- strike that.

10:17:18  8            Just so I'm clear, was it you yourself who had

10:17:21  9    discussions with Ms. McAdams about that subject?

10:17:26 10        A.  Yes, it was.

10:17:26 11        Q.  Did you recall when those discussions took

10:17:28 12    place?

10:17:33 13        A.  I don't recall exactly.  I recall it being

10:17:37 14    likely between the 2005-2007 time frame.  I need to....

10:17:44 15        Q.  And did the gentleman's agreement that you

10:17:47 16    reached with Ms. McAdams have other aspects other than

10:17:53 17    an agreement not to cold call each other's employees?

10:17:57 18        A.  No.

10:17:59 19        Q.  To the best of your recollection, that was the

10:18:01 20    subject of the gentleman's agreement between you and

10:18:05 21    Ms. McAdams?

10:18:07 22        A.  Was not to actively cold call each other's

10:18:10 23    employees but to continue to recruit from them.  Yes.

10:18:16 24        Q.  Okay.  And was that agreement tied to any

10:18:25 25    particular collaborations with the company -- excuse me.

10:18:29   1          Was that agreement tied to any particular

10:18:32   2    collaborations between the two companies?

10:18:36   3          A.  Business collaborations you're asking or --

10:18:38   4          Q.  Any collaborations.

10:18:41   5          A.  Well, depends how you look at it, but, you

10:18:43   6    know, with Steve Jobs being the CEO of the two companies

10:18:47   7    and then through the acquisition of Disney and him

10:18:51   8    coming on the board at Disney, that had to do with why

10:18:55   9    we reached that agreement.

10:18:58  10          Q.  Other than with respect to that, were there any

10:19:00  11    other collaborations, any particular collaborations

10:19:03  12    between the two companies that this agreement was tied

10:19:06  13    to?

10:19:08  14          A.  I can't recall exactly, but I don't believe so.

10:19:12  15          Q.  And did the gentleman's agreement that you

10:19:15  16    reached with Ms. McAdams apply to all employees of the

10:19:20  17    two companies?

10:19:25  18          A.  I don't recall exactly, but likely.  Especially

10:19:28  19    through the acquisition, you know, we wouldn't know what

10:19:31  20    kind of legal restrictions might have been put on some

10:19:35  21    of their employees and we wouldn't want our recruiters

10:19:42  22    accidentally violating that.

10:19:44  23          Q.  So is the answer yes?

10:19:46  24          A.  I'm sorry, I need you to repeat the question.

10:19:48  25          Q.  Yes.

| | | |
|---|---|---|
| 10:19:48 | 1 | A.  I'm so sorry. |
| 10:19:49 | 2 | Q.  I'm sorry. |
| 10:19:49 | 3 | Why don't you read the question back, please. |
| 10:20:02 | 4 | (Record read as follows:  And did the |
| 10:20:02 | 5 | gentleman's agreement that you reached with |
| 10:20:02 | 6 | Ms. McAdams apply to all employees of the two |
| 10:20:02 | 7 | companies?) |
| 10:20:03 | 8 | THE WITNESS:  Yes. |
| 10:20:04 | 9 | MR. SAVERI:  Q.  And is it fair to say that |
| 10:20:06 | 10 | the gentleman's agreement was not limited by |
| 10:20:09 | 11 | geography in any way? |
| 10:20:12 | 12 | A.  I can't recall. |
| 10:20:13 | 13 | Q.  One way or the other? |
| 10:20:15 | 14 | A.  No.  I can't recall. |
| 10:20:16 | 15 | Q.  Was the gentleman's agreement limited by the |
| 10:20:20 | 16 | job function of any of the employees of the companies? |
| 10:20:25 | 17 | A.  I can't recall exactly. |
| 10:20:27 | 18 | Q.  Was the gentleman's agreement limited to any |
| 10:20:32 | 19 | particular product group of the two companies? |
| 10:20:38 | 20 | A.  I don't believe so. |
| 10:20:39 | 21 | Q.  Okay.  Was the gentleman's agreement limited to |
| 10:20:41 | 22 | any time period? |
| 10:20:50 | 23 | A.  I don't recall exactly, but I believe it was |
| 10:20:52 | 24 | with respect to the time period around that time frame, |
| 10:20:57 | 25 | 2005-2007, during, you know, the acquisition by Disney |

10:32:17  1          A.  So firstly, I didn't say that I spoke to

10:32:22  2     Mr. Bentley.

10:32:22  3          Q.  Okay.

10:32:22  4          A.  I said it's likely that I would have.

10:32:25  5              And I honestly couldn't tell you if I had

10:32:27  6     spoken with or communicated with any of the other

10:32:30  7     members of the recruiting team.

10:32:35  8          Q.  Did you ever make any written record of the

10:32:38  9     agreement that you had reached with Ms. McAdams?

10:32:44 10              MR. RILEY:  Objection to the form of the

10:32:45 11     question.

10:32:48 12              THE WITNESS:  Well, you're asking if I made a

10:32:50 13     written record of the conversation?

10:32:52 14              MR. SAVERI:  Q.  Yeah.

10:32:54 15          A.  So did I write down I spoke with Lori McAdams,

10:32:56 16     and this happened?  Not that I can recall.

10:33:03 17          Q.  Well, okay.

10:33:04 18              And did you write an email to anyone that said

10:33:06 19     in sum or substance, I spoke with Ms. McAdams and this

10:33:08 20     is what we agreed?

10:33:13 21          A.  As I said, I really can't remember if I spoke

10:33:18 22     with, communicated with, in any form, you know, our head

10:33:23 23     of recruiting or really any members of the recruiting

10:33:26 24     team.

10:33:27 25              It would have been likely that I would have had

10:33:28   1   a conversation of some form with Mr. Bentley, but I

10:33:32   2   cannot recall doing so.

10:33:33   3       Q.  And my question more -- in particular was

10:33:35   4   whether you made any writing where you memorialized or

10:33:40   5   communicated what you and Ms. McAdams had agreed to.

10:33:43   6       A.  Understood.

10:33:44   7           The thing is, I don't know how my form of

10:33:46   8   communication, if I had a conversation, was.  So I don't

10:33:49   9   recall if it was in an email or if it was a lunch

10:33:53  10   meeting.  Not sure.

10:33:57  11       Q.  Is it your recollection that you might have

10:33:58  12   written it down and communicated in writing or not?

10:34:02  13       A.  No.  I have to be candid with you.  I've been

10:34:06  14   away from the company for a long time.  I just honestly

10:34:09  15   can't remember what form of communication I may have

10:34:14  16   used, if I had passed along the details of the

10:34:20  17   conversation.

10:34:47  18       Q.  Now, I asked you earlier this morning about

10:34:49  19   Apple's agreement with Adobe with respect to no cold

10:34:53  20   calling.

10:34:55  21           Do you recall that?

10:34:55  22       A.  Yes.

10:34:56  23       Q.  Now, did Apple have an agreement with Adobe not

10:35:02  24   to cold call each other's employees?

10:35:08  25       A.  At certain times, we had an agreement with

10:35:13  1   Adobe not to cold call each other's employees.  We also

10:35:17  2   generally had a policy not to call -- cold call into

10:35:23  3   Adobe, as they were such an important partner to us.

10:35:29  4       Q.  What was the difference between the agreement

10:35:31  5   and the policy that you just described?

10:35:34  6       A.  Oh, I'm sorry.  So the way that I would define

10:35:37  7   a policy is kind of our -- a unilateral practice within

10:35:42  8   our own company, and an agreement would be, you know,

10:35:46  9   something that two companies have agreed upon.

10:35:50 10       Q.  And with respect to Adobe, Apple and Adobe had

10:35:53 11   entered into that sort of agreement, correct?

10:35:57 12       A.  Yes.  I believe there is one point in time when

10:36:00 13   they did enter into an agreement.  Adobe, as I said, was

10:36:04 14   a very sensitive partner for us and vital to our initial

10:36:10 15   turnaround.

10:36:12 16       Q.  And when was that point in time?

10:36:16 17       MR. RILEY:  Objection.  The question is vague.

10:36:24 18       THE WITNESS:  Are you referring to the time

10:36:25 19   of -- that we had an agreement with Adobe?

10:36:28 20       MR. SAVERI:  Q.  Yeah.

10:36:28 21       You just testified -- testified yes.  I believe

10:36:31 22   there is one point in time when they did enter into an

10:36:34 23   agreement.  Adobe, as I said, was a very sensitive

10:36:37 24   partner for us and vital to our initial turnaround.

10:36:40 25       And then I asked you, and when was that point

10:36:42  1    in time.

10:36:44  2           So my question is, when was that point in time

10:36:46  3    in which Apple and Adobe entered into the agreement not

10:36:49  4    to cold call each other's employees?

10:36:53  5       A.  I can't remember the specific dates, but I

10:36:56  6    believe it to be in the 2005 to 2007 time frame.

10:37:02  7       Q.  And when you say it was in the 2005 to 2007

10:37:05  8    period, do you mean that that's when the agreement was

10:37:08  9    reached or that was the period in time when the

10:37:11 10    agreement was in effect?  Or something else?

10:37:20 11       A.  I believe your question was when was that

10:37:22 12    agreement put in place.

10:37:23 13       Q.  Okay.

10:37:23 14       A.  And so my answer was that the agreement, I

10:37:26 15    believe, was put in place somewhere in that time frame.

10:37:31 16       Q.  Who made the agreement on behalf of Apple?

10:37:37 17       A.  Steve Jobs.

10:37:38 18       Q.  Were you involved in any of the discussions --

10:37:42 19    strike that.

10:37:43 20           Do you know who at Adobe Steve Jobs reached

10:37:47 21    that agreement with?

10:37:49 22       A.  I believe it was Adobe's CEO, Bruce Chizen.

10:37:54 23       Q.  Okay.  Did you participate in any of the

10:37:57 24    discussions regarding that agreement?

10:38:01 25       A.  Did I participate in the discussions between

10:55:29   1        A.   As I believe I said, I don't recall.

10:55:32   2        Q.   Okay.  And did the agreement between Apple and

10:55:35   3   Google not to cold call each other's employees apply to

10:55:45   4   all product groups of the two companies?

10:55:49   5             MR. RILEY:  Objection.  The question's vague

10:55:51   6   and overbroad.

10:55:55   7             THE WITNESS:  Yeah.  I'm not sure exactly what

10:55:57   8   you're referring to.

10:55:58   9             MR. SAVERI:  Q.  Well, did the agreement

10:56:00  10   between Adobe and Google -- did the agreement

10:56:03  11   between Apple and Google -- let's put it the other

10:56:08  12   way.

10:56:08  13             Was the agreement between Apple and Google

10:56:11  14   limited to any particular jobs or job functions of the

10:56:14  15   two companies?

10:56:17  16             MR. RILEY:  Objection.  The question's vague

10:56:18  17   and overbroad.

10:56:20  18             THE WITNESS:  I believe you're saying was the

10:56:22  19   agreement between Apple and Google not to cold call each

10:56:28  20   other's employees, did it relate to all employees?

10:56:33  21             MR. SAVERI:  Q.  Yes.

10:56:33  22        A.   Well, as I said, unfortunately I don't know

10:56:36  23   because I can't recall the geographic location and

10:56:40  24   things like that and, you know, depended on the nature

10:56:41  25   of the agreement and what, you know, what the

10:56:42  1  circumstances were.

10:56:43  2       MR. SAVERI:  Q.  Well, and I'm asking you

10:56:44  3  what the -- what your recollection was of the nature

10:56:46  4  of the agreement and those circumstances.

10:56:48  5     A.  Uh-huh.

10:56:50  6     Q.  So I'm trying to find out if you understood

10:56:51  7  that there were any limitations to the agreement with

10:56:56  8  respect to particular jobs, job functions, job

10:56:59  9  categories.

10:57:03  10     A.  The reason why I'm, you know, hesitating a bit

10:57:05  11  is that, you know, with Google there were kind of two --

10:57:08  12  two situations.  One being our technology collaboration

10:57:11  13  that we had, the other being Eric as a board member.

10:57:16  14       And, you know, certainly we -- with respect to

10:57:24  15  cold calling, during that time of collaboration and

10:57:30  16  trust, we were not going to cold call one another's

10:57:37  17  employees.  Continue to recruit, but I believe the cold

10:57:41  18  calling would refer to -- I guess where I'm tripping up

10:57:46  19  is, cold calling is not normally done with all

10:57:48  20  employees, and so it's difficult to say I would refer to

10:57:53  21  all employees when there's a number of jobs that you

10:57:55  22  would never cold call.

10:57:57  23     Q.  Was there any -- well, did the agreement

10:58:01  24  between Apple and Google have any time limitation?

10:58:13  25     A.  Well, when the agreement was reached, I don't

10:58:16  1   believe it was, they, okay, we're starting now and

10:58:19  2   stopping then.  Because as I said, these things ebbed

10:58:21  3   and flowed.

10:58:24  4          When -- from my recollection, an agreement was

10:58:26  5   reached when the two companies were in strong

10:58:28  6   collaboration with technologies.  Eric was a board

10:58:31  7   member.  Eric was later no longer a board member.  The

10:58:37  8   companies kind of fizzled in their relationships of

10:58:40  9   co-development of products and things and -- as did the

10:58:42 10   agreement.

10:58:42 11       Q.  Well --

10:58:43 12       A.  It wasn't a fixed turn-on, you know,

10:58:46 13   turn-off-type thing.

10:58:48 14       Q.  Well, to the best of your recollection, when

10:58:50 15   did the agreement between Apple and Google end?

10:58:55 16       A.  Again, you know, I'm bad on dates.  I said I

10:58:58 17   believe it's, you know, in the 2005-2007 time frame.  I

10:59:04 18   need to look back as to when it was that Eric stepped

10:59:07 19   down from the board and when the two companies kind of

10:59:09 20   stopped working closely together.

10:59:11 21       Q.  So --

10:59:12 22       A.  But it fizzled around that time.

10:59:15 23       Q.  So when you say -- so it's your testimony that

10:59:16 24   the agreement between Apple and Google ended sometime in

10:59:19 25   the 2005 to 2007 period?

04:09:00  1      A.  Yes, you did, that first paragraph.

04:09:02  2      Q.  Now, did you discuss with Mr. Jobs on or about

04:09:06  3  this time his communication with Mr. Campbell about Eric

04:09:15  4  Schmidt's efforts to stop Google's recruitment of anyone

04:09:22  5  from Apple?

04:09:26  6      A.  Not that I can recall.  I haven't seen this

04:09:28  7  email before, and I don't recall a conversation about

04:09:29  8  it.

04:09:33  9      Q.  Did you ever talk to Mr. Campbell about the

04:09:36 10  subject of Google's recruiting of Apple employees?

04:09:40 11      A.  No.

04:09:41 12      Q.  Do you know --

04:09:42 13      A.  Not that I can recall.

04:09:43 14      Q.  Does this refresh your recollection that

04:09:45 15  Mr. Campbell was involved in communications between

04:09:51 16  Apple and Google regarding recruiting?

04:09:57 17          MR. RILEY:  Objection.  It's been asked and

04:09:57 18  answered.

04:10:00 19          THE WITNESS:  As I said, I unfortunately --

04:10:02 20  this is the first time I've seen this email.  I don't

04:10:04 21  know anything about it, so I can't comment on it.

04:10:08 22          MR. SAVERI:  Q.  And at this time, was

04:10:09 23  Mr. Campbell on Apple's board?

04:10:15 24      A.  Yes.

04:10:35 25      Q.  Now, at this time, did Apple have its policy in

| | | |
|---|---|---|
| 04:10:39 | 1 | place not to cold call the employees of companies where |
| 04:10:47 | 2 | board members worked? |
| 04:10:53 | 3 | A.  No.  I believe that's a misstatement of the |
| 04:10:55 | 4 | policy that I mentioned which was that we had a policy |
| 04:10:59 | 5 | not to recruit from our board members' companies. |
| 04:11:02 | 6 | Q.  Okay.  Was that policy -- |
| 04:11:05 | 7 | A.  I'm sorry, not to cold call into our board |
| 04:11:07 | 8 | members' companies.  We actively did recruit and hired |
| 04:11:12 | 9 | many people from them. |
| 04:11:13 | 10 | Q.  Okay.  Was that policy in place at this time? |
| 04:11:16 | 11 | A.  I don't know for certain.  I believe the range |
| 04:11:18 | 12 | that I had given was 2005 to 2007, but I don't know the |
| 04:11:22 | 13 | exact dates, so it's tough to say. |
| 04:11:25 | 14 | Q.  Do you believe Mr. Campbell was aware of that |
| 04:11:29 | 15 | policy at this time? |
| 04:11:32 | 16 | MR. RILEY:  Objection.  No foundation. |
| 04:11:33 | 17 | THE WITNESS:  I don't know, and I can't |
| 04:11:35 | 18 | speculate on what he knew or didn't know. |
| 04:11:37 | 19 | MR. SAVERI:  Q.  Well, was it a -- was the |
| 04:11:39 | 20 | policy of Apple putting -- of -- was Apple's policy |
| 04:11:45 | 21 | with respect to not cold calling employees from the |
| 04:11:49 | 22 | companies of board members something that was |
| 04:11:53 | 23 | disclosed to board members? |
| 04:11:59 | 24 | A.  I don't know.  I don't remember.  It was, you |
| 04:12:07 | 25 | know -- I don't remember ever having that conversation |

04:12:09  1   with a board member, but, you know, from our perspective

04:12:13  2   it was really more of a -- it's being respectful to

04:12:19  3   them.  It's not putting them in a position of compromise

04:12:22  4   given the information that they know.

04:12:25  5        Q.  Well, my question was, did you advise -- did

04:12:28  6   Apple advise those board members that they were subject

04:12:31  7   to that policy?

04:12:32  8            MR. RILEY:  Objection.  It's been asked and

04:12:33  9   answered.

04:12:35 10            THE WITNESS:  So what I had said is that I

04:12:36 11   didn't say anything to them.  I don't know if anybody

04:12:39 12   else did.  I didn't say anything that I can recall.  And

04:12:42 13   I don't know if any other conversations were had with

04:12:45 14   our board members.

04:12:48 15            MR. SAVERI:  Q.  Do you know if the

04:12:49 16   recruiting staff at the companies of the board

04:12:55 17   members knew that Apple had such a policy?

04:13:00 18        A.  I don't know.

04:13:22 19            (Whereupon, Exhibit 277 was marked for

04:13:22 20            identification.)

04:13:22 21            MR. SAVERI:  Q.  I'm handing you what's

04:13:24 22   been marked as 277 and has the Bates No.

04:13:27 23   231APPLE002149.

04:13:32 24            Do you have that document in front of you?

04:13:33 25        A.  Yes, I do.

04:13:35 1     Q.  At the top of the document is an email from

04:13:39 2  Eric Schmidt to Steve Jobs dated 13 February 2006.

04:13:44 3         Do you have that in front of you?

04:13:45 4     A.  Yes, I do.

04:13:46 5     Q.  At this time, was Mr. Schmidt on the Google --

04:13:49 6  excuse me on the Apple board?

04:13:54 7     A.  Do you mind if I just quickly read this?

04:13:55 8     Q.  Not at all.

04:13:56 9     A.  Thanks.

04:14:09 10        You're asking if I knew if Eric Schmidt was on

04:14:13 11 the board of Apple at that time?

04:14:15 12    Q.  Yeah.

04:14:16 13    A.  I can't recall.

04:14:18 14    Q.  Do you know if Mr. Schmidt was the CEO of

04:14:21 15 Google at this time?

04:14:24 16    A.  I believe he was.

04:14:25 17    Q.  Okay.  Now, Jobs writes to Schmidt on February

04:14:28 18 13th, 2006 at 3:15.  "Eric, I am told that Googles new

04:14:37 19 cell phone software group is relentlessly recruiting in

04:14:40 20 our iPod group.  If this is indeed true, can you put a

04:14:43 21 stop to it?"

04:14:44 22        Do you see that?

04:14:45 23    A.  Yes, I do

04:14:46 24    Q.  Did you tell Mr. Jobs that at that time?

04:14:49 25    A.  I don't recall how that information got to him.

1          I, Gina V. Carbone, Certified Shorthand

2     Reporter licensed in the State of California, License

3     No. 8249, hereby certify that the deponent was by me

4     first duly sworn and the foregoing testimony was

5     reported by me and was thereafter transcribed with

6     computer-aided transcription; that the foregoing is a

7     full, complete, and true record of said proceedings.

8          I further certify that I am not of counsel or

9     attorney for either of any of the parties in the

10    foregoing proceeding and caption named or in any way

11    interested in the outcome of the cause in said caption.

12         The dismantling, unsealing, or unbinding of

13    the original transcript will render the reporter's

14    certificates null and void.

15         In witness whereof, I have hereunto set my

16    hand this day:  October 11, 2012.

17         ___X___ Reading and Signing was requested.

18         _____ Reading and Signing was waived.

19         _____ Reading and signing was not requested.

20

21

22              _____

23              GINA  V. CARBONE

24              CSR 8249, RPR, CCRR

25