# EXHIBIT 9

# WEATHERFORD DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5   IN RE:  HIGH-TECH EMPLOYEE   )

 6   ANTITRUST LITIGATION         )

 7                                )  No. 11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:    )

 9   ALL ACTIONS.                 )

10   _____ )

11

12      HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

13

14            VIDEO DEPOSITION OF ANN REEVES

15

16                   MARCH 29, 2013

17

18      Reported by:  Mary Ann Scanlan-Stone, CSR No. 8875,

19                    RPR, CCRR, CLR

20

21

22

23

24

25
```

| Time | # | |
|---|---|---|
| 10:13:19 | 1 | question. You have the name Chizen there. It should be |
| 10:13:22 | 2 | Mr. Cook. |
| 10:13:30 | 3 | THE REPORTER: I know. I looks different on my |
| 10:13:30 | 4 | screen. |
| 10:13:30 | 5 | MR. SAVERI: All right. All right. |
| 10:13:31 | 6 | THE REPORTER: It's a different color on my |
| 10:13:33 | 7 | screen. |
| 10:13:34 | 8 | MR. SAVERI: Fair enough. |
| 10:13:35 | 9 | Q. Did you have similar discussions with |
| 10:13:37 | 10 | Mr. Moyer, Tom Moyer? |
| 10:13:45 | 11 | MR. RILEY: Objection. That calls for |
| 10:13:47 | 12 | attorney-client privileged conversations. Mr. Moyer was |
| 10:13:51 | 13 | an Apple attorney. |
| 10:13:55 | 14 | MR. SAVERI: So you're instructing the witness |
| 10:14:08 | 15 | not to answer that question? |
| 10:14:09 | 16 | MR. RILEY: Yes. Mr. Moyer was an attorney |
| 10:14:12 | 17 | advising the HR group, and I'll instruct the witness not |
| 10:14:14 | 18 | to answer. |
| 10:14:47 | 19 | MR. SAVERI: Q. When did Apple agree with |
| 10:14:50 | 20 | Pixar not to cold call each other's employees? |
| 10:14:57 | 21 | MR. RILEY: Objection to the form of the |
| 10:14:58 | 22 | question. |
| 10:15:02 | 23 | THE WITNESS: Could you please rephrase the |
| 10:15:03 | 24 | question. |
| 10:15:03 | 25 | MR. SAVERI: Just read it back, please. |

| | | |
|---|---|---|
| 10:12:51 | 1 | between Apple and Garmin that limited hiring or |
| 10:12:53 | 2 | recruiting? |
| 10:12:54 | 3 |     A.  No. |
| 10:12:54 | 4 |     Q.  How about AMD? |
| 10:12:56 | 5 |     A.  No. |
| 10:12:57 | 6 |     Q.  Are you aware of any agreements whatsoever |
| 10:12:59 | 7 | between Apple and any other company that would limit |
| 10:13:02 | 8 | hiring or recruiting of the other's employees? |
| 10:13:05 | 9 |     A.  No, I'm not. |
| 10:13:12 | 10 |     Q.  In your work in recruiting for Apple -- and I |
| 10:13:18 | 11 | intend by that to sweep in all your work for Apple, |
| 10:13:21 | 12 | essentially -- did you ever understand that contact |
| 10:13:26 | 13 | between you or folks in your department and any other |
| 10:13:30 | 14 | company were off limits? |
| 10:13:32 | 15 |     A.  Yes. |
| 10:13:36 | 16 |     Q.  And were there specific companies that you |
| 10:13:38 | 17 | knew were off limits to contact? |
| 10:13:44 | 18 |     A.  For my particular teams, the -- and certainly |
| 10:13:47 | 19 | in sales, more than any of the other groups, we were |
| 10:13:51 | 20 | very cautious of any VARs or resellers of Apple products |
| 10:13:58 | 21 | and felt it probably wasn't in either of our best |
| 10:14:00 | 22 | interests to recruit from each other. |
| 10:14:03 | 23 |     Q.  Did you say buyers or resellers? |
| 10:14:06 | 24 |     A.  VARs -- value added resellers; they're a |
| 10:14:10 | 25 | different level of reseller, V-A-R. |

| | | |
|---|---|---|
| 10:14:13 | 1 | Q.  Who are VARs? |
| 10:14:14 | 2 | A.  Mostly smaller companies, generally, that have |
| 10:14:18 | 3 | had distribution arrangements with Apple for our |
| 10:14:22 | 4 | products.  I'm not sure I can name any specific ones |
| 10:14:25 | 5 | right now, but there -- there are many -- there are |
| 10:14:28 | 6 | hundreds of these throughout the country. |
| 10:14:29 | 7 | Q.  And by resellers, do you mean just retailers? |
| 10:14:34 | 8 | A.  Uh-huh.  Best Buy, Fry's, et cetera. |
| 10:14:42 | 9 | Q.  Was it your understanding that you and the |
| 10:14:44 | 10 | recruiters who worked for you were not to contact value |
| 10:14:48 | 11 | added resellers and resellers generally for recruiting |
| 10:14:54 | 12 | purposes? |
| 10:14:54 | 13 | A.  Not as our first course of recruitment. |
| 10:14:57 | 14 | Certainly we hired people from these companies while I |
| 10:15:00 | 15 | was there.  I'm sure they hired some people from us, but |
| 10:15:03 | 16 | in general, when you have a partner, it's just common |
| 10:15:08 | 17 | sense that you probably don't want to recruit from your |
| 10:15:11 | 18 | partners. |
| 10:15:13 | 19 | Q.  And was this -- was it your decision not to |
| 10:15:20 | 20 | reach out to value added resellers and resellers as your |
| 10:15:24 | 21 | first -- well, was -- who was it -- did anybody explain |
| 10:15:35 | 22 | to you the relationship with Apple and resellers that |
| 10:15:38 | 23 | ought to limit recruiting from them? |
| 10:15:42 | 24 | A.  I suspect meetings with the vice presidents of |
| 10:15:44 | 25 | the respective groups; we would discuss companies that |

| | | |
|---|---|---|
| 10:15:48 | 1 | we felt were the -- the companies we wanted to target |
| 10:15:53 | 2 | versus those we didn't. |
| 10:15:56 | 3 | And again, I think it was just general common |
| 10:15:58 | 4 | sense.  The sales VP would say to you, of course, you |
| 10:16:00 | 5 | know, "Don't recruit from our VARs and resellers.  Don't |
| 10:16:05 | 6 | go after them first.  We can find great people from |
| 10:16:08 | 7 | companies that are not our partners." |
| 10:16:15 | 8 | Q.  Did you understand that Apple had reciprocal |
| 10:16:18 | 9 | agreements with the resellers not to hire each other's |
| 10:16:21 | 10 | employees or -- well, I'll leave the question there. |
| 10:16:26 | 11 | A.  No. |
| 10:16:26 | 12 | MR. TUBACH:  Object to the form. |
| 10:16:27 | 13 | BY MS. LEEBOVE: |
| 10:16:29 | 14 | Q.  Was it your understanding that Apple had a |
| 10:16:31 | 15 | unilateral policy not to contact its resellers for |
| 10:16:35 | 16 | recruiting purposes? |
| 10:16:36 | 17 | A.  No. |
| 10:16:36 | 18 | Q.  So how did -- and what was your understanding |
| 10:16:45 | 19 | of how or why they were off limits? |
| 10:16:47 | 20 | A.  Well, they were selling our products, so it |
| 10:16:49 | 21 | probably doesn't make sense to go after the people to |
| 10:16:52 | 22 | recruit them, when they're helping Apple by selling our |
| 10:16:56 | 23 | products. |
| 10:16:56 | 24 | They're knowledgeable on our products, |
| 10:16:59 | 25 | obviously, and they're an advantage, to have them out |

1    I, Mary Ann Scanlan-Stone, Certified Shorthand
2    Reporter licensed in the State of California, License
3    No. 8875, hereby certify that the deponent was by me
4    first duly sworn and the foregoing testimony was
5    reported by me and was thereafter transcribed with
6    computer-aided transcription; that the foregoing is a
7    full, complete, and true record of said proceedings.
8         I further certify that I am not of counsel or
9    attorney for either of any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12        The dismantling, unsealing, or unbinding of
13   the original transcript will render the reporter's
14   certificates null and void.
15        In witness whereof, I have hereunto set my
16   hand this day: March 13, 2013.
17        _____ Reading and Signing was requested.
18        _____ Reading and Signing was waived.
19        ___X____ Reading and signing was not requested.
20
21                              _____
22                              MARY ANN SCANLAN-STONE
23                              CSR 8875, RPR, CCRR, CLR
24
25