# EXHIBIT 12

# WEATHERFORD DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                  SAN JOSE DIVISION

4

5

6    IN RE:  HIGH-TECH EMPLOYEE      )

7    ANTITRUST LITIGATION            )

8                                    )   No. 11-CV-2509-LHK

9    THIS DOCUMENT RELATES TO:       )

10   ALL ACTIONS.                    )

11   _____)

12

13

14

15          VIDEO DEPOSITION OF RON OKAMOTO

16                February 27, 2013

17

18

19   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25

09:28:33  1  companies were you referring to?

09:28:34  2      A.  The two that I'm referring to would be Adobe

09:28:37  3  and the Mac products unit over at Microsoft.

09:28:59  4      Q.  Who from the developer relations team spoke

09:29:01  5  with the recruiters at Apple regarding the practices of

09:29:04  6  cold calling at Adobe?

09:29:06  7      A.  The only person I'm aware of is myself.

09:29:16  8      Q.  And who within the developer relations team

09:29:19  9  spoke with recruiters about decisions about cold calling

09:29:23 10  regarding Mac products -- excuse me, the Mac products

09:29:26 11  unit at Microsoft; is that what you said?

09:29:31 12      A.  I don't believe there was any others other than

09:29:32 13  myself.

09:29:53 14      Q.  With respect to Adobe, when did you have these

09:29:56 15  conversations with the recruiters?

09:30:00 16      A.  That was quite a while ago.  It may have

09:30:09 17  happened around the 2004/2005 time frame.  I believe the

09:30:14 18  2005 time frame.  But again, as I said, it was a while

09:30:17 19  back.

09:30:19 20      Q.  What led you to initiate those conversations?

09:30:23 21      A.  We were in the midst of working very closely

09:30:28 22  with Adobe to be able to make sure that their most

09:30:31 23  important products -- Photoshop, After Effects, others

09:30:34 24  that were part of the Creative Suite -- were being

09:30:38 25  transitioned over from where we had gone from our old

09:30:44  1   operating system, System 7, System 8 generation, into OS

09:30:49  2   X.  And that transition required a lot of heavy lifting

09:30:52  3   from the engineering teams.

09:30:54  4          What I mean by heavy lifting is that it wasn't

09:30:55  5   a trivial task to make the operating system switch and

09:30:58  6   then have the app support that operating switch.  So it

09:31:00  7   was very important for us that we work closely with

09:31:03  8   Adobe to make sure that their products did get moved

09:31:06  9   over.  And not only did they get moved over, but they

09:31:09 10   were doing certain things, for example, following the

09:31:12 11   new UI conventions that we had established with OS X;

09:31:16 12   that the performance was of a very, very good manner so

09:31:20 13   that people who used performance-critical applications

09:31:24 14   like Photoshop had a great experience on the new

09:31:27 15   hardware and the operating systems; and that the

09:31:28 16   products were very stable so that there weren't a lot of

09:31:31 17   crashes and bugs.

09:31:32 18          And in the process of doing that, we had some

09:31:36 19   instances with our recruiting team cold calling and

09:31:41 20   reaching into other organizations -- not other

09:31:45 21   organizations, but doing some cold calling practices,

09:31:48 22   that made the relationship and the ability to both

09:31:52 23   collaborate and cooperate a little bit sensitive.  And

09:31:54 24   what we wanted to make sure was that our partners were

09:31:59 25   able to be able to give us their best efforts, provide

09:32:02  1  their best people, to make that critical transition

09:32:05  2  without having the noise of cold calling as being part

09:32:08  3  of the things that could potentially hold them back from

09:32:11  4  doing that.

09:32:12  5      Q.  Did you speak with Steve Jobs about the issues

09:32:16  6  that you've been discussing prior to talking to the

09:32:18  7  recruiting team?

09:32:20  8      A.  When you say "the issues," can you please

09:32:24  9  explain.

09:32:25  10     Q.  Sure.  The -- you spoke with recruiters at a

09:32:27  11 certain point about ceasing cold calling practices; is

09:32:30  12 that accurate?

09:32:30  13     A.  What I recall is having a conversation with a

09:32:33  14 gentleman named Mark Bentley where I told him that the

09:32:37  15 cold calling practices was getting in the way or at

09:32:39  16 least, you know, creating a -- not a great atmosphere

09:32:41  17 for us to be able to do this sensitive work.

09:32:43  18     Q.  Did you request that he cease cold calling

09:32:46  19 Adobe employees at that time?

09:32:47  20     A.  I told him it wasn't a good idea.

09:32:50  21     Q.  Did you speak with Steve Jobs about your

09:32:52  22 request prior to speaking to Mark Bentley?

09:32:59  23     A.  I don't recall if I did.

09:33:00  24     Q.  Did you ask Mr. Bentley not to recruit any

09:33:05  25 employees from Adobe?

09:33:06  1        A.   No, I didn't.  What I told -- what I told him

09:33:08  2    is, it was the practice of cold calling that was causing

09:33:11  3    the issues.  Which is pretty much our guys grabbing a

09:33:15  4    phone book and just starting to make calls to people.

09:33:18  5    You know, this was not about not hiring people.  This

09:33:21  6    was not about -- this was about cold calling.  And so

09:33:24  7    that was the thing that was -- that was upsetting.

09:33:32  8        Q.   Which engineering teams at Adobe were working

09:33:35  9    with Apple on these transitions?

09:33:40  10       A.   At the time, I don't think there wasn't a

09:33:43  11   product that Adobe was working on that didn't have to go

09:33:46  12   through the transition.  But, of course, as I mentioned,

09:33:49  13   one of the most important was Photoshop.  So one way or

09:33:53  14   the other, all of Adobe's products that run on the Mac

09:33:57  15   ultimately had to get worked on.

09:33:59  16       Q.   How many engineers were working on the -- on

09:34:00  17   the -- that team at Adobe?

09:34:02  18       A.   I don't know -- I don't know specifically what

09:34:03  19   the number or the count was.

09:34:06  20       Q.   Did you ask Mr. Bentley to limit the practice

09:34:09  21   of cold calling just with respect to the engineers who

09:34:11  22   were working on the Adobe-Apple collaborations?

09:34:14  23       A.   I don't recall if I gave him that specific

09:34:16  24   instruction.

09:34:17  25       Q.   You told him to cease cold calling from Adobe

| | | |
|---|---|---|
| 11:33:43 | 1 | A.  Not the specifics.  What I got was Bruce said |
| 11:33:46 | 2 | it was okay. |
| 11:33:52 | 3 | Q.  Did you speak with Bruce after you learned this |
| 11:33:59 | 4 | in your conversation with Steve? |
| 11:34:00 | 5 | A.  I don't recall if I did or not. |
| 11:34:08 | 6 | Q.  After the telephone call between you and Steve |
| 11:34:25 | 7 | Jobs, did you meet with Steve? |
| 11:34:27 | 8 | A.  Yes, I did. |
| 11:34:28 | 9 | Q.  How long after the telephone call did you meet |
| 11:34:29 | 10 | with him? |
| 11:34:31 | 11 | A.  Again, hard number, it felt relatively close. |
| 11:34:37 | 12 | Q.  Where did you meet? |
| 11:34:38 | 13 | A.  At Apple. |
| 11:34:39 | 14 | Q.  Was anyone else there? |
| 11:34:41 | 15 | A.  No, it was just Steve. |
| 11:34:43 | 16 | Q.  Did you tell anyone at Adobe that you were |
| 11:34:45 | 17 | meeting with Apple about a potential job opportunity? |
| 11:34:53 | 18 | A.  I believe there was one person I had made |
| 11:34:57 | 19 | mention to, and that was a friend of mine. |
| 11:35:00 | 20 | Q.  Who was the friend? |
| 11:35:02 | 21 | A.  A person by the name of Susan McCall. |
| 11:35:07 | 22 | Q.  Did she work -- she worked at Apple? |
| 11:35:08 | 23 | A.  Yes, she did. |
| 11:35:09 | 24 | Q.  What was her job title? |
| 11:35:10 | 25 | A.  She was marketing manager. |

| | | |
|---|---|---|
| 11:35:15 | 1 | Q.  When Steve Jobs told you that he had already |
| 11:35:17 | 2 | asked Bruce permission to call you, were you surprised? |
| 11:35:21 | 3 | MR. RILEY:  Objection to the form. |
| 11:35:30 | 4 | THE WITNESS:  Well, given the fact that Apple |
| 11:35:32 | 5 | and Adobe were working so closely together, and given |
| 11:35:36 | 6 | the fact that I was in the position I was in, which is |
| 11:35:38 | 7 | running some of the, you know, major products that run |
| 11:35:41 | 8 | on the Mac, I think it was appropriate that Steve would |
| 11:35:45 | 9 | have given Bruce a heads-up. |
| 11:35:47 | 10 | MS. SCHALMAN-BERGEN:  Q.  We've talked |
| 11:35:48 | 11 | about your previous jobs, and that was the first |
| 11:35:52 | 12 | time that the CEO of a company had called another |
| 11:35:55 | 13 | CEO to ask permission to make you an offer; is that |
| 11:35:58 | 14 | correct? |
| 11:35:59 | 15 | A.  It wasn't -- well, let's be clear.  It was not |
| 11:36:02 | 16 | to make me an offer, but was merely to say that he was |
| 11:36:05 | 17 | interested in talking to me about a possible opportunity |
| 11:36:07 | 18 | at Apple.  And compared to the other circumstances I was |
| 11:36:11 | 19 | in, when we had spoken about it, there was no situations |
| 11:36:15 | 20 | where any two of the other companies where I went from A |
| 11:36:17 | 21 | to B was there a major -- was there a degree of |
| 11:36:23 | 22 | cooperation that was required for both companies to |
| 11:36:25 | 23 | succeed in a given area.  That was one thing. |
| 11:36:27 | 24 | So the relationship between Apple and Adobe is |
| 11:36:30 | 25 | very close given the fact that at the time Apple's main |

| | | |
|---|---|---|
| 11:36:34 | 1 | business was the creative business, and Adobe created |
| 11:36:37 | 2 | most -- or had most of the creative products available. |
| 11:36:39 | 3 | So that's one thing. |
| 11:36:41 | 4 | And then the second thing is it was a senior |
| 11:36:44 | 5 | position. |
| 11:36:46 | 6 | Q.  Didn't Canon and FirePower also have an |
| 11:36:50 | 7 | intertwined relationship? |
| 11:36:51 | 8 | A.  It was a little bit different there.  So -- |
| 11:36:52 | 9 | Q.  How so? |
| 11:36:54 | 10 | A.  Because Canon and FirePower, FirePower was |
| 11:36:56 | 11 | actually looking for somebody to help them with their |
| 11:36:59 | 12 | product marketing.  And, therefore, for Canon, it was -- |
| 11:37:01 | 13 | it also helped them because that was their investment. |
| 11:37:05 | 14 | Q.  Did anyone at FirePower ask anyone at Canon |
| 11:37:08 | 15 | whether they could explore the possibility of you |
| 11:37:10 | 16 | working for them? |
| 11:37:11 | 17 | A.  No.  As I explained, I was the one who did the |
| 11:37:14 | 18 | outreach to FirePower. |
| 11:37:15 | 19 | Q.  After you made the outreach, did anyone at |
| 11:37:19 | 20 | FirePower explore whether it would be okay to talk to |
| 11:37:21 | 21 | you at Canon? |
| 11:37:24 | 22 | A.  Not -- |
| 11:37:25 | 23 | Q.  Excuse me.  Strike that.  That was an unclear |
| 11:37:26 | 24 | question. |
| 11:37:27 | 25 | After you reached out to FirePower, did anyone |

| | | |
|---|---|---|
| 11:37:30 | 1 | at FirePower ask permission of anyone at Canon to pursue |
| 11:37:36 | 2 | you as a candidate? |
| 11:37:38 | 3 | MR. RILEY:  Objection to the form. |
| 11:37:44 | 4 | THE WITNESS:  When we had spoken about this |
| 11:37:46 | 5 | before, what I had done when I reached out to FirePower |
| 11:37:50 | 6 | is I had already expressed that to Peter Bergman, the |
| 11:37:55 | 7 | guy that I reported to at Canon. |
| 11:37:57 | 8 | MS. SCHALMAN-BERGEN:  Q.  I don't think you |
| 11:37:58 | 9 | answered my question.  Do you want me to read it |
| 11:38:01 | 10 | back to you? |
| 11:38:02 | 11 | A.  Sure.  Please. |
| 11:38:02 | 12 | MS. SCHALMAN-BERGEN:  Can you read back my |
| 11:38:02 | 13 | question. |
| 11:38:14 | 14 | (Record read as follows:  After you reached out |
| 11:38:14 | 15 | to FirePower, did anyone at FirePower ask |
| 11:38:14 | 16 | permission of anyone at Canon to pursue you as |
| 11:38:14 | 17 | a candidate?) |
| 11:38:15 | 18 | THE WITNESS:  Not to my knowledge. |
| 11:38:26 | 19 | MS. SCHALMAN-BERGEN:  Q.  Did the fact that |
| 11:38:28 | 20 | Steve Jobs reached out and spoke with Bruce make you |
| 11:38:32 | 21 | concerned about your current job at Adobe at all? |
| 11:38:38 | 22 | A.  It -- |
| 11:38:39 | 23 | MR. RILEY:  Objection to the form of the |
| 11:38:40 | 24 | question. |
| 11:38:47 | 25 | THE WITNESS:  Again, given what we had -- you |

01:59:21  1   very complex thing.  Again, just using myself as an

01:59:26  2   example, I took a reduction in my title from a VP title

01:59:29  3   to director title because I saw an opportunity.  And I

01:59:33  4   believe that with respect to retention, again, every

01:59:36  5   individual, I think, has their factors of what makes

01:59:39  6   them happy in their job.

01:59:41  7          MS. SCHALMAN-BERGEN:  Q.  But retention

01:59:42  8   would be something that would be considered if -- in

01:59:44  9   that scenario where Apple was compensating its

01:59:47 10   employees at well below market?

01:59:49 11          MR. RILEY:  Object to the form of the question.

01:59:50 12          THE WITNESS:  No.  What I said was is that, you

01:59:51 13   know, you -- that -- what I said was is that when you

01:59:54 14   take a look at this notion of retention, retention is a

01:59:57 15   very -- is a very interesting thing, because every

01:59:59 16   single person has their own motivations and their own

02:00:02 17   factors for why they choose a job, for one instance, and

02:00:05 18   why they stay in the job.  And so when you talk about

02:00:10 19   the reasons for it, you know, it's a multi-factored

02:00:14 20   decision, I believe.

02:01:05 21          MS. SCHALMAN-BERGEN:  Q.  During the time

02:01:07 22   you worked -- you've been working at Apple, we

02:01:11 23   talked a little bit about the collaborations between

02:01:13 24   Apple and Adobe.

02:01:15 25          A.  Uh-huh.

02:01:16  1        Q.  And I want to ask you some questions about what

02:01:18  2   sorts of work has been going on, what kind of

02:01:22  3   collaborations were going on between Apple and Adobe

02:01:24  4   during the time you've worked there.

02:01:26  5        A.  Uh-huh.

02:01:26  6        Q.  Okay?

02:01:27  7             You mentioned two types of events that you'd

02:01:30  8   consider to be major collaborations.  Those were

02:01:33  9   platform changes and integration of operating system.

02:01:37 10   So since you've joined Apple, have Apple and Adobe

02:01:41 11   worked on a platform change together?

02:01:44 12             MR. RILEY:  Objection.  Misstates his prior

02:01:46 13   testimony.

02:01:48 14             THE WITNESS:  The collaboration that we have

02:01:50 15   going on between Apple and Adobe is pretty much ongoing,

02:01:53 16   because they're constantly updating their software,

02:01:57 17   we're constantly updating our operating system and our

02:02:01 18   hardware.  And, therefore, there is multiple instances.

02:02:04 19   It's not just necessarily a platform change.  It could

02:02:06 20   be a software upgrade, it could be going to a different

02:02:10 21   speed range of a CPU inside of a computer.

02:02:12 22             Any one of those events would have the need for

02:02:14 23   collaboration for, you know, what we talked about

02:02:17 24   earlier, which is the -- the products working well,

02:02:21 25   being compatible, and that's an ongoing thing.

02:02:25  1          So in the case of what we did with the two big

02:02:29  2    ones that affected most developers, one, of course, was

02:02:32  3    the switch from OS -- from System 9 over to OS X, and

02:02:35  4    the second, which was the switch from the powered PC CPU

02:02:39  5    architecture to the Intel architecture.

02:02:42  6          MS. SCHALMAN-BERGEN:  Q.  So the answer to

02:02:43  7    my question is yes, there has been collaboration

02:02:48  8    with Adobe that involved a platform change?

02:02:50  9          A.  Yes, there has been collaboration of Adobe

02:02:52 10    involving platform change, but there's also been

02:02:55 11    constant collaboration even between those periods,

02:02:58 12    because, again, as I said, with respect to OS updates,

02:03:02 13    CPU updates, regardless, but that's a change in the -- a

02:03:04 14    major change of the platform, that's an ongoing

02:03:07 15    exercise.

02:03:07 16          MS. SCHALMAN-BERGEN:  I'm going to move to

02:03:09 17    strike that as not responsive.  That's -- was not my

02:03:11 18    question.

02:03:11 19          Q.  Between 2001 --

02:03:12 20          MR. RILEY:  I believe it was responsive to your

02:03:14 21    question.

02:03:14 22          MS. SCHALMAN-BERGEN:  Q.  Between 2001 and

02:03:16 23    2009, there have been platform changes with Apple

02:03:22 24    that involved collaborations with Adobe; is that

02:03:24 25    fair to say?

| | | |
|---|---|---|
| 02:16:28 | 1 | THE WITNESS:  Again, potentially, they could. |
| 02:16:29 | 2 | Depending upon, you know, what were the changes involved |
| 02:16:32 | 3 | with whatever we did with the operating system. |
| 02:16:35 | 4 | MS. SCHALMAN-BERGEN:  Q.  But you're not |
| 02:16:36 | 5 | directly aware of whether there were any |
| 02:16:40 | 6 | collaborations relating to the platform change? |
| 02:16:42 | 7 | MR. RILEY:  Object to the form. |
| 02:16:44 | 8 | MS. SCHALMAN-BERGEN:  Q.  Or, excuse me, |
| 02:16:44 | 9 | relating to OS X? |
| 02:16:44 | 10 | A.  Well -- |
| 02:16:45 | 11 | MR. RILEY:  Object to the form. |
| 02:16:45 | 12 | THE WITNESS:  I'm sorry. |
| 02:16:46 | 13 | Well, Google is like, you know, other |
| 02:16:49 | 14 | developers.  So as far as the collaboration is |
| 02:16:52 | 15 | concerned, remember when I told -- when we talked about |
| 02:16:54 | 16 | what's, you know, what's needed to be done by any |
| 02:16:57 | 17 | developer whenever we go through an OS change, Google |
| 02:17:01 | 18 | would have to go through those things too.  So they |
| 02:17:02 | 19 | would have to run their operating -- not their |
| 02:17:04 | 20 | operating.  So they'd run their software on any changes |
| 02:17:06 | 21 | that we had to OS X, they would have to make sure that |
| 02:17:08 | 22 | it worked right, and if there was any feature adoption, |
| 02:17:12 | 23 | they could take a look at that. |
| 02:17:14 | 24 | So to that extent, the collaboration is like we |
| 02:17:16 | 25 | have with many other companies. |

| | | |
|---|---|---|
| 02:17:18 | 1 | MS. SCHALMAN-BERGEN:  Q.  Would you defer |
| 02:17:19 | 2 | to Phil Schiller about any specifics relating to |
| 02:17:22 | 3 | Google? |
| 02:17:23 | 4 | MR. RILEY:  Object to the form. |
| 02:17:28 | 5 | THE WITNESS:  Again, as I said, there is many |
| 02:17:29 | 6 | people who work on that.  And so whether or not he's the |
| 02:17:32 | 7 | exact right person.... |
| 02:17:34 | 8 | MS. SCHALMAN-BERGEN:  Q.  You didn't |
| 02:17:35 | 9 | directly work on it? |
| 02:17:36 | 10 | A.  No, I didn't. |
| 02:17:37 | 11 | Q.  Okay.  What about Pixar?  Do you -- have you |
| 02:17:45 | 12 | worked with any collaborations between Apple and Pixar |
| 02:17:48 | 13 | since the time you've been there? |
| 02:17:54 | 14 | A.  One of the things that we did with Pixar is |
| 02:17:56 | 15 | they, too, were working on some things with the Mac. |
| 02:18:00 | 16 | They were trying to create a -- they were trying to |
| 02:18:04 | 17 | create a system that supported some of their filmmaking |
| 02:18:07 | 18 | based on our products using OS X.  And so part of the |
| 02:18:11 | 19 | work that our team did was work with the guys over at |
| 02:18:14 | 20 | Pixar on making sure that their software could run on |
| 02:18:18 | 21 | our OS X products and our -- you know, Mac and OS X |
| 02:18:21 | 22 | products. |
| 02:18:22 | 23 | Q.  Do you know during what time period that |
| 02:18:26 | 24 | collaboration occurred? |
| 02:18:33 | 25 | A.  That was earlier in my tenure at Apple, so I'd |

02:18:43  1   have to say it was probably around the 2003, 2004, 2005

02:18:49  2   time frame.  But, again, it's fuzzy because that was --

02:18:53  3   you know, it feels like it was a while ago.

02:18:55  4        Q.   Prior to 2007; is that accurate?

02:18:58  5            MR. RILEY:  Object to the form.

02:18:59  6            THE WITNESS:  Yeah.  I kind of told you the

02:19:01  7   range of where -- where I think it may have been.

02:19:09  8            MS. SCHALMAN-BERGEN:  Q.  What about --

02:19:11  9   well, Intel is a different type of company.  So can

02:19:16 10   you describe what was involved in the collaboration

02:19:18 11   between Apple and Intel with respect to adopting the

02:19:21 12   Intel architecture?

02:19:23 13        A.   One of the things that we did -- the type of

02:19:27 14   things we did with Intel is Intel provided us a lot of

02:19:30 15   the technical feedback that we got so that we could

02:19:34 16   help, you know, educate developers on what it took to

02:19:37 17   make the change.  It was their CPU, they knew best about

02:19:42 18   the architecture.  And one of the other things they did

02:19:43 19   was provide us information about how to make performance

02:19:46 20   optimizations.  That was what they provided for our

02:19:50 21   team.

02:19:51 22        Q.   Were you involved in working on any Intel-Apple

02:19:56 23   collaborations?

02:19:58 24        A.   The Intel transition that we had --

02:20:00 25        Q.   Yes.

02:20:00  1        A.  -- with our entire developer base, that was an

02:20:03  2   Intel-Apple collaboration.

02:20:05  3        Q.  And were you specifically -- strike that.

02:20:07  4            Well, what specifically was your involvement in

02:20:09  5   that collaboration?

02:20:10  6        A.  Is what I mentioned before:  Making sure that

02:20:12  7   our developers could transition all of their current,

02:20:17  8   you know, power PC-based software running on the Intel

02:20:20  9   architecture.

02:20:21 10        Q.  Was there a point person at Intel that you were

02:20:23 11   working with?

02:20:28 12        A.  It seemed to be a bit of a revolving door.  You

02:20:30 13   know, there was a lot of folks that we worked with over

02:20:33 14   there, and they changed from time to time.  So there's

02:20:36 15   not one name that's just sticking in my mind.

02:20:40 16        Q.  During what time period did this collaboration

02:20:43 17   occur?

02:20:47 18        A.  Let's see.  We made the announcement in 2005.

02:20:50 19   So it was pretty much between 2005, and I believe that

02:20:55 20   it lasted for about a year or so.

02:20:59 21        Q.  Prior to 2005, was there some work that Intel

02:21:03 22   and Apple were doing to lead up to that announcement?

02:21:06 23        A.  I wouldn't know with others, but with respect

02:21:08 24   to my team, not yet.  Our team really started working

02:21:12 25   them once we made the announcement.

03:17:05  1    Prescott?

03:17:07  2         A.  With Bryan, I couldn't tell.

03:17:13  3         Q.  Did you speak with Shantanu Narayen about Susan

03:17:17  4    Prescott leaving Adobe?

03:17:20  5         A.  I don't recall if I did or not.

03:17:22  6         Q.  Did you speak with Bruce Chizen about Susan

03:17:26  7    Prescott leaving Adobe?

03:17:27  8         A.  I don't recall if I did or not.

03:18:16  9         Q.  After Apple hired Susan Prescott, did Adobe and

03:18:23  10   Apple enter into an agreement not to solicit each

03:18:28  11   other's senior vice presidents?

03:18:36  12        MR. RILEY:  Object to the form of the question.

03:18:41  13        THE WITNESS:  Well, I don't -- I don't recall

03:18:53  14   if there was any agreement.  I do know, however, that as

03:19:04  15   we were beginning to work -- not as beginning.  As we

03:19:07  16   were continuing to work together, this notion that we

03:19:09  17   had of cold calling into a partner that we're working

03:19:17  18   with, in this case it was Adobe, had the potential to

03:19:21  19   cause some issues of trust that could interfere with the

03:19:26  20   collaboration that we had.

03:19:30  21        But as far as what you were saying earlier

03:19:35  22   about any agreement, I don't recall.

03:19:49  23        MS. SCHALMAN-BERGEN:  Q.  How did you

03:19:50  24   become aware that the practice of cold calling into

03:19:55  25   Adobe had the potential to cause some issues of

03:19:57 1  trust?

03:20:00 2      A.  Well, when our teams are working together, one

03:20:05 3  of the things that we wanted to do was to make sure that

03:20:08 4  we had their full attention and commitment to making the

03:20:14 5  products that we're talking about, that we spent a lot

03:20:16 6  of time talking about.  And we have face-to-face

03:20:19 7  meetings with these people, again, you know, these type

03:20:22 8  of things that we're talking about, you know, there's a

03:20:24 9  lot of work involved and it's complicated.  So it's not

03:20:27 10 nothing that we can do at an arm's length distance.  We

03:20:31 11 have to be very close with the partners that we work

03:20:33 12 with on these type of collaborations.

03:20:35 13        And so if we have a situation where we're

03:20:39 14 working together with an engineer, and then right after

03:20:41 15 we're done, that engineer then gets a call from Apple,

03:20:45 16 from a recruiter, without -- you know, they don't know

03:20:48 17 them from Adam, and saying, hey, you know, is that --

03:20:51 18 you know, are you interested in a job over at Apple?

03:20:53 19 They report back that -- you know, they can report that

03:20:56 20 back to their management, and we might not get their

03:21:00 21 best efforts or we might not get their best engineers

03:21:03 22 because then they would say, well, what's the point of

03:21:05 23 doing that if Apple is just cold calling these guys to

03:21:08 24 try to get them to come over?

03:21:15 25      Q.  Who first made you aware that the practice of

03:21:18 1   cold calling into Adobe had the potential to cause some

03:21:21 2   issues of trust?

03:21:23 3       A.  There was not a person who had made me aware of

03:21:25 4   it.  There were things that we had seen where -- for

03:21:30 5   example, you know, we had talked about Garmin.  We had

03:21:36 6   the situation at Garmin where our recruiting team had

03:21:39 7   sent out a blast email to a bunch of folks in Garmin

03:21:42 8   that included employees at all various levels of the

03:21:45 9   company, including the CEO and several of the e-team

03:21:49 10  members.  And we had a situation where Garmin

03:21:51 11  understandably wasn't too happy about that.  And, you

03:21:53 12  know, to make matters worse, this was in the midst of us

03:21:58 13  trying to make this transition to get their Garmin maps

03:22:01 14  to work on OS X.

03:22:02 15       So as we're taking a look at this in my world,

03:22:05 16  one of the things I wanted to make sure we did is we

03:22:08 17  didn't have that kind of situation so we could get the

03:22:11 18  best cooperation out of Adobe; ergo, we could then get

03:22:15 19  the best products out of them.

03:22:30 20      Q.  Is it your testimony that it was your decision

03:22:33 21  to -- for Apple not to cold call Adobe?

03:22:40 22      A.  No.  It's not -- it wasn't my decision.  I was

03:22:43 23  one of the -- I was one of the people who provided

03:22:46 24  feedback into the HR team about folks that we were

03:22:49 25  working with who were important partners who had the

1        I, Gina V. Carbone, Certified Shorthand

2    Reporter licensed in the State of California, License

3    No. 8249, hereby certify that the deponent was by me

4    first duly sworn and the foregoing testimony was

5    reported by me and was thereafter transcribed with

6    computer-aided transcription; that the foregoing is a

7    full, complete, and true record of said proceedings.

8        I further certify that I am not of counsel or

9    attorney for either of any of the parties in the

10   foregoing proceeding and caption named or in any way

11   interested in the outcome of the cause in said caption.

12       The dismantling, unsealing, or unbinding of

13   the original transcript will render the reporter's

14   certificates null and void.

15       In witness whereof, I have hereunto set my

16   hand this day:  March 11, 2013.

17       _____ Reading and Signing was requested.

18       _____ Reading and Signing was waived.

19       ___X___ Reading and signing was not requested.

20

21

22              _____

23              GINA  V. CARBONE

24              CSR 8249, CRR, CCRR

25