# EXHIBIT 13

# WEATHERFORD DECLARATION IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

```
              UNITED STATES DISTRICT COURT

            NORTHERN DISTRICT OF CALIFORNIA

                    SAN JOSE DIVISION




    IN RE:  HIGH-TECH EMPLOYEE     )

    ANTITRUST LITIGATION           )

                                   )   No. 11-CV-2509-LHK

    THIS DOCUMENT RELATES TO:      )

    ALL ACTIONS.                   )

    _____)



          HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY



                VIDEO DEPOSITION OF BRUCE CHIZEN



                       MARCH 15, 2013



        Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR
```

```
17:28:11  1   fact, I would have agreed -- I believe I would have
17:28:14  2   agreed to meet with him.
17:28:16  3   BY MR. MITTELSTAEDT:
17:28:16  4       Q.   Okay.  Did you ever give Steve Jobs a heads-up
17:28:20  5   that you were recruiting an Apple employee?
17:28:24  6       A.   Never.
17:28:25  7       Q.   Did Steve Jobs ever give you a heads-up like
17:28:28  8   that, that he was meeting or recruiting an Adobe one?
17:28:33  9       A.   After the fact.
17:28:35 10       Q.   Okay.  You were asked some questions about
17:28:37 11   whether there were agreements that limited hiring or
17:28:41 12   recruiting or soliciting.  I want to ask you
17:28:45 13   specifically, did you ever have an agreement that -- with
17:28:51 14   respect to hiring?
17:28:53 15       A.   The agreement was specifically in discussions
17:28:57 16   with specifically around proactively soliciting the other
17:29:02 17   companies' employees, not around hiring, per -- in a
17:29:06 18   broader sense.
17:29:07 19       Q.   And by "proactively soliciting," you mean
17:29:10 20   making the initiative --
17:29:12 21       A.   Cold calls, the initial --
17:29:14 22            MR. SAVERI:  Object -- go ahead.
17:29:15 23   BY MR. MITTELSTAEDT:
17:29:16 24       Q.   Let me ask you, what do you mean by
17:29:17 25   "proactively soliciting"?
```

```
17:29:19  1        A.   Making the initial call to the prospective
17:29:21  2   candidate, taking the first steps.
17:29:23  3        Q.   Okay.  Did your agreement with Steve Jobs, both
17:29:29  4   the oral one that you testified to and then the later one
17:29:33  5   in 2005 that's reflected in the emails, did your decision
17:29:37  6   to agree with Jobs have anything to do with what any
17:29:40  7   other company was doing?
17:29:42  8             MR. SAVERI:  Object to the form.
17:29:43  9             THE WITNESS:  Absolutely not.
17:29:44 10   BY MR. MITTELSTAEDT:
17:29:45 11        Q.   You said that -- you were asked a question
17:29:50 12   whether there was any particularly -- or strike that.
17:29:53 13             You were asked whether there was any particular
17:29:56 14   collaboration that was significant as of May of 2005, and
17:30:00 15   you said you didn't have the slightest idea.  Were there
17:30:06 16   any collaborations in 2005 between Adobe and Apple that
17:30:12 17   you considered significant?
17:30:14 18             MR. SAVERI:  Object to form.  Go ahead.
17:30:17 19   BY MR. MITTELSTAEDT:
17:30:18 20        Q.   Go ahead.
17:30:19 21        A.   We had, throughout my tenure at Adobe, always
17:30:24 22   had significant collaborations with Apple.  It's hard for
17:30:29 23   me to sit here and name each and every one.
17:30:35 24             MR. MITTELSTAEDT:  Okay.  That's all the
17:30:36 25   questions I have.
```

```
17:30:38  1              MR. SAVERI:  I have just one follow-up
17:30:39  2     question.
17:30:39  3
17:30:39  4                      FURTHER EXAMINATION
17:30:39  5     BY MR. SAVERI:
17:30:40  6        Q.    With respect to the 2005 collaborations that
17:30:43  7     Mr. Mittelstaedt was just asking you about, can you
17:30:45  8     identify any of them which you would identify as
17:30:48  9     "significant" that were in place at the time of the 2005
17:30:53 10     discussions with you and Jobs?
17:30:54 11        A.    If you were able to provide me with the
17:30:57 12     different operating system changes and the different
17:31:00 13     hardware changes that Apple was embarking on, and the
17:31:04 14     different product upgrades that Adobe was embarking on at
17:31:08 15     that point in time, I'm sure I could identify numerous
17:31:10 16     significant collaborations that were going on.  But
17:31:12 17     unless I'm able to identify those, I can't do so.
17:31:16 18              MR. SAVERI:  Okay.  I don't have any
17:31:17 19     questions -- I don't have any further questions.  Thank
17:31:19 20     you very much for your time.
17:31:20 21              THE WITNESS:  You're welcome.
17:31:22 22              THE VIDEOGRAPHER:  This is the end of Video 4
17:31:23 23     of 4 and concludes today's proceedings.  The master
17:31:26 24     videos will be retained by Jordan Media.  We are now off
17:31:29 25     the record.  The time is 5:31.
```

```
16:41:10  1            I, Rosalie A. Kramm, Certified Shorthand
16:41:10  2   Reporter licensed in the State of California, License No.
16:41:10  3   5469, hereby certify that the deponent was by me first
16:41:10  4   duly sworn and the foregoing testimony was reported by me
16:41:10  5   and was thereafter transcribed with computer-aided
16:41:10  6   transcription; that the foregoing is a full, complete,
16:41:10  7   and true record of said proceedings.
16:41:10  8              I further certify that I am not of counsel or
16:41:10  9   attorney for either of any of the parties in the
16:41:10 10   foregoing proceeding and caption named or in any way
16:41:10 11   interested in the outcome of the cause in said caption.
16:41:10 12                The dismantling, unsealing, or unbinding of the
16:41:10 13   original transcript will render the reporter's
16:41:10 14   certificates null and void.
16:41:10 15                In witness whereof, I have hereunto set my hand
16:41:10 16   this day:   March 26, 2013.
16:41:10 17            ___X___   Reading and Signing was requested.
16:41:10 18            _____   Reading and Signing was waived.
16:41:10 19            _____   Reading and signing was not requested.
16:41:10 20
16:41:10 21                                 _____
16:41:10 22                                 ROSALIE A. KRAMM
16:41:10 23                                 CSR 5469, RPR, CRR
16:41:10 24
         25
```