# EXHIBIT 15

# FILED WITH DEFENDANTS JOINT ADMINISTRATIVE MOTION TO SEAL