Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS AND MEMORANDUM OF LAW IN SUPPORT**<br><br>Date: March 20 or 27, 2013<br>Time: 1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

1148217.1

CISNEROS DECLARATION
NO. 11-CV-2509-LHK

1  I, Lisa J. Cisneros, declare:

2      I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a
3  member of the State Bar of California, and am admitted to practice before the United States
4  District Court for the Northern District of California.  I am one of the counsel for the Plaintiffs in
5  this action.  I make this declaration based on my own personal knowledge.  If called upon to
6  testify, I could and would testify competently to the truth of the matters stated herein.

7      1.  Attached hereto as Exhibit 1 is a true and correct copy of the excerpts for the
8  March 20, 2013 deposition of Chris Galy.

9      2.  Attached hereto as Exhibit 2 is a true and correct copy of the Expert Report of
10  Lauren J. Stiroh, Ph.D., November 25, 2013.

11      3.  Attached hereto as Exhibit 3 is a true and correct copy of the excerpts for the
12  December 9, 2013 deposition of Lauren Stiroh, Ph.D.

13      4.  Attached hereto as Exhibit 4 is a true and correct copy of the Expert Report of
14  David Lewin, Ph.D., November 25, 2013.

15      5.  Attached hereto as Exhibit 5 is a true and correct copy of the Expert Report of
16  Elizabeth Becker, Ph.D., November 25, 2013.

17      6.  Attached hereto as Exhibit 6 is a true and correct copy of the excerpts for the
18  December 10, 2013 deposition of Elizabeth Becker, Ph.D.

19      7.  Attached hereto as Exhibit 7 is a true and correct copy of the Expert Report of
20  Professor Kevin M. Murphy, November 25, 2013.

21      8.  Attached hereto as Exhibit 8 is a true and correct copy of the Amended Expert
22  Report of Edward A. Snyder, Ph.D., December 6, 2013.

23      9.  Attached hereto as Exhibit 9 is a true and correct copy of the excerpts for the
24  December 7, 2013 Deposition of Edward A. Snyder, Ph.D.

25      10.  Attached hereto as Exhibit 10 is a true and correct copy of the Expert Report of
26  Eric Talley, November 25, 2013.

27      11.  Attached hereto as Exhibit 11 is a true and correct copy of the excerpts for the
28  December 8, 2013 deposition of Eric L. Talley, J.D., Ph.D.

1  12. Attached hereto as Exhibit 12 is a true and correct copy of INTUIT_005692.

2  13. Attached hereto as Exhibit 13 is a true and correct copy of the July 12, 2013
3  Rebuttal Supplemental Expert Report of Edward E. Leamer, Ph.D.

4  14. Attached here to as Exhibit 14 is a true and correct copy of the excerpts for the
5  July 5, 2013 Deposition of Kevin M. Murphy, Ph.D.

6  I declare under penalty of perjury under the laws of the United States that the foregoing is
7  true and correct.

8  Executed January 9, 2014, in San Francisco, California.

/s/ *Lisa J. Cisneros*
Lisa J. Cisneros