Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5 TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS AND DECLARATION OF LISA J. CISNEROS IN SUPPORT THEREOF**<br><br>Judge:   Honorable Lucy H. Koh |

1    Pursuant to Civil Local Rule 7-11 and 79-5(c) and (d), Plaintiffs respectfully request an
2 order from the Court authorizing the filing under seal of (1) the entirety of all exhibits to the
3 Declaration of Lisa J. Cisneros In Support of Plaintiffs' Motion To Exclude Expert Testimony
4 Proffered By Defendants And Memorandum of Law In Support Thereof, as well as (2) portions
5 of Plaintiffs' Motion To Exclude Expert Testimony Proffered By Defendants And Memorandum
6 of Law In Support Thereof ("Plaintiffs' Motion") that cite to such exhibits.  The portions of
7 Plaintiffs' Motion that Plaintiffs seek to seal are identified in the redacted version of the
8 Plaintiffs' Motion, which is attached as Exhibit A to the Declaration of Lisa J. Cisneros In
9 Support of Plaintiffs' Motion to Seal ("Cisneros Declaration").  The unredacted version of the
10 Motion is attached as Exhibit B to the Cisneros Declaration, and contains yellow highlighting to
11 indicate where redactions are proposed.

12    Plaintiffs request that the above noted documents be filed under seal because they are or
13 refer to documents or information that Defendants have designated "CONFIDENTIAL" or
14 "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order
15 (Modified by the Court) (Dkt. No. 107).  None of the information at issue was designated as
16 confidential by Plaintiffs.  Plaintiffs take no position on whether the designated documents satisfy
17 the requirements for sealing, and specifically reserve the right to challenge any
18 "CONFIDENTIAL" or "CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation under
19 the Stipulated Protective Order (Modified by the Court) (Dkt. No. 107) as well as the sealability
20 of these documents under Civil Local Rule 79-5.

21    Rule 26(c) of the Federal Rules of Civil Procedure provides broad discretion for a trial court
22 to permit sealing of court documents for, inter alia, the protection of "a trade secret or other
23 confidential research, development, or commercial information." Fed. R. Civ. P. 26(c)(1)(G).  The
24 Ninth Circuit has "carved out an exception to the presumption of access to judicial records for a
25 sealed discovery document [attached] to a nondispositive motion," where the requesting party shows
26 good cause exists to keep the records under seal.  *Navarro v. Eskanos & Adler*, No. C-06 02231, 2007
27 U.S. Dist. LEXIS 24864, at *6 (N.D. Cal. March 22, 2007) (citing *Kamakana v. City & Cnty. of*
28 *Honolulu*, 447 F.3d 1172, 1180 (9th Cir. 2006) ("[A] 'particularized showing' under the 'good cause'

1  standard of Rule 26(c) will 'suffice[] to warrant preserving the secrecy of sealed discovery material

2  attached to nondispositive motions."); *see also Pintos v. Pacific Creditors Assoc.*, 565 F.3d 1106,

3  1115 (9th Cir. 2009) ("In light of the weaker public interest in nondispositive materials, we apply the

4  'good cause' standard when parties wish to keep them under seal.").

5      Defendants must show good cause for sealing the documents they have placed a

6  confidentiality designation upon by submitting a declaration and proposed order within seven

7  days after the lodging of the designated documents. *See* Civil Local Rule 79-5(d).

Dated:  January 9, 2013          Respectfully Submitted,

By: */s/ Lisa J. Cisneros*
     Lisa J. Cisneros

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri
Lisa J. Leebove
James G. Dallal
JOSEPH SAVERI LAW FIRM, INC.
255 California, Suite 450
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile: (415) 500-6803

*Co-Lead Counsel for Plaintiffs and the Proposed Class*