Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS AND DECLARATION OF LISA J. CISNEROS IN SUPPORT THEREOF**<br><br>Judge:   Honorable Lucy H. Koh |

Having considered Plaintiffs' January 9, 2014 administrative motion to file under seal pursuant to the Civil Local Rule 79-5, as well as the parties' supporting declarations, the Court

hereby grants the motion to file under seal (1) the entirety of all exhibits to the Declaration of Lisa J. Cisneros In Support of Plaintiffs' Motion To Exclude Expert Testimony Proffered By Defendants And Memorandum of Law In Support Thereof, as well as (2) portions of Plaintiffs' Motion To Exclude Expert Testimony Proffered By Defendants And Memorandum of Law In Support Thereof identified in the redacted version of the Motion to Exclude filed on January 9, 2014.

**IT IS SO ORDERED.**

Dated: _____        _____
                              LUCY H. KOH
                              United States District Judge