Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile:  (415) 500-6803

*Interim Co-Lead Counsel for Plaintiff Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' JANUARY 9, 2014 ADMINISTRATIVE MOTION TO SEAL, PURSUANT TO CIVIL LOCAL RULE 79-5** |
|---|---|

1   I, Lisa J. Cisneros, declare:

2   I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a
3   member of the State Bar of California, and am admitted to practice before the United States
4   District Court for the Northern District of California.  I am one of the counsel for Plaintiffs in this
5   action.  I make this declaration based on my own personal knowledge.  If called upon to testify, I
6   could and would testify competently to the truth of the matters stated herein.

7   1.   Attached hereto as **Exhibit A** is a true and correct copy of the redacted version of
8   Plaintiffs' Motion to Exclude Expert Testimony Proffered By Defendants And Memorandum of
9   Law In Support.

10   2.   Attached hereto as **Exhibit B** is a true and correct copy of an unredacted version of
11   Plaintiffs' Motion to Exclude Expert Testimony Proffered By Defendants And Memorandum of
12   Law In Support.

13   3.   Below is a list of the documents that Defendants have designated as confidential
14   material, as well as the identity of the party that has designated the material as confidential.
15   Where Defendants Adobe, Apple, Google and Intel have together designated a document as
16   confidential, I have stated that all Defendants have done so:

17   **I.   Defendants' Expert Reports**

18   4.   All Defendants have designated the Expert Report of Elizabeth Becker, Ph.D.,
19   November 25, 2013 as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

20   5.   Adobe has designated the Expert Report of David Lewin, Ph.D., November 25,
21   2013, as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

22   6.   Apple has designated the Expert Report of Professor Kevin M. Murphy, November
23   25, 2013, as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

24   7.   Intel has designated the Expert Report of Edward A. Snyder, Ph.D., November 25,
25   2013, as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

26   8.   Intel has designated the Amended Expert Report of Edward A. Snyder, Ph.D.,
27   December 6, 2013, as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

28

1  9. All Defendants have designated the Expert Report of Lauren J. Stiroh, Ph.D., November 25, 2013, as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

10. All Defendants have designated the Expert Report of Eric Talley, November 25, 2013, as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

## II. Deposition Testimony

11. Intuit has designated as CONFIDENTIAL – ATTORNEYS' EYES ONLY the March 20, 2013 deposition of Chris Galy.

12. All Defendants have designated the December 10, 2013 deposition of Elizabeth Becker, Ph.D as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

13. All Defendants have designated the July 5, 2013 Deposition of Kevin M. Murphy, Ph.D. as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

14. Apple has designated the December 7, 2013 deposition of Kevin M. Murphy, Ph.D. as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

15. Intel has designated the December 7, 2013 Deposition of Edward A. Snyder, Ph.D. as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

16. All Defendants have designated the December 9, 2013 deposition of Lauren Stiroh, Ph.D. as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

17. Google has designated the December 8, 2013 deposition of Eric L. Talley, J.D., Ph.D. as CONFIDENTIAL – ATTORNEYS' EYES ONLY.

## III. Documents

18. Intuit has designated INTUIT_005692 as CONFIDENTIAL.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 9th day of January, 2014, in San Francisco, California.

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     */s/Lisa J. Cisneros*
          Lisa J. Cisneros