| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 63607) |
| | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | Brendan P. Glackin (State Bar No. 199643) |
| 3 | Dean M. Harvey (State Bar No. 250298) |
| | Anne B. Shaver (State Bar No. 255928) |
| 4 | Lisa J. Cisneros (State Bar No. 251473) |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 5 | 275 Battery Street, 29th Floor |
| | San Francisco, California  94111-3339 |
| 6 | Telephone:  415.956.1000 |
| | Facsimile:  415.956.1008 |
| 7 | |
| | Joseph R. Saveri (State Bar No. 130064) |
| 8 | Lisa J. Leebove (State Bar No. 186705) |
| | James G. Dallal (State Bar No.  277826) |
| 9 | JOSEPH SAVERI LAW FIRM |
| | 255 California, Suite 450 |
| 10 | San Francisco, California 94111 |
| | Telephone: 415.500.6800 |
| 11 | Facsimile: 415.500.6803 |

*Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL** |

**PROOF OF SERVICE BY ELECTRONIC MAIL AND FILE-TRANSFER PROTOCOL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action.

I am readily familiar with Lieff Cabraser Heimann & Bernstein, LLP's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on this Proof of Service.

My business address is Embarcadero Center West, 275 Battery Street, 29th Floor, San Francisco, California 94111-3339.  On January 9, 2014, a true, correct, and unredacted copy of the below documents:

1. **PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS AND MEMORANDUM OF LAW IN SUPPORT;**

2. **DECLARATION OF LISA CISNEROS IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS AND MEMORANDUM OF LAW IN SUPPORT; AND**

3. **PROOF OF SERVICE.**

were delivered via electronic mail to:

See attached list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on January 9, 2014 at San Francisco, California.


*/s/ Lisa J. Cisneros*
Lisa J. Cisneros

**SERVICE LIST**

| | |
|---|---|
| Robert A. Mittelstaedt<br>Craig A. Waldman<br>David Kiernan<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cwaldman@jonesday.com<br>dkiernan@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br>Counsel for Defendant **Adobe Systems Inc.** | George Riley<br>Michael F. Tubach<br>Lisa Chen<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>griley@omm.com<br>mtubach@omm.com<br>lisachen@omm.com<br>cjbrown@omm.com<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br><br>Counsel for Defendant **Apple Inc.** |
| Robert Addy Van Nest<br>Eugene M. Paige<br>Daniel Purcell<br>Justina Sessions<br>KEKER & VAN NEST<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>rvannest@kvn.com<br>epaige@kvn.com<br>dpurcell@kvn.com<br>jsessions@kvn.com<br>Tel.: (415) 391-5400<br>Fax: (415) 397-7188<br><br>Lee H. Rubin<br>Edward D. Johnson<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>lrubin@mayerbrown.com<br>wjohnson@mayerbrown.com<br>Tel.: (650) 331-2000<br>Fax: (650) 331-2060<br><br>Kristen A. Rowse<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-2112<br>krowse@mayerbrown.com<br>Tel.: (213) 229 5137<br>Fax: (213) 576 8139<br><br>Counsel for Defendant **Google Inc.** | Gregory P. Stone<br>Bradley S. Phillips<br>Gregory M. Sergi<br>John P. Mittelbach<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>gregory.stone@mto.com<br>brad.phillips@mto.com<br>gregory.sergi@mto.com<br>john.mittelbach@mto.com<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>Counsel for Defendant **Intel Corp.** |