**EXHIBIT 1**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE:  HIGH-TECH EMPLOYEE      )

ANTITRUST LITIGATION           )

                               )    No.  11-CV-2509-LHK

THIS DOCUMENT RELATES TO:      )

ALL ACTIONS.                   )

_____)


ATTORNEYS' EYES ONLY - HIGHLY CONFIDENTIAL


VIDEO DEPOSITION OF ARNNON GESHURI


AUGUST 17, 2012


Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

```
09:43:37  1   expanded.  So it wasn't actually a change of role.  It
09:43:40  2   was just acknowledgment that I was doing the right -- the
09:43:43  3   right thing in my job.  So my job responsibilities still
09:43:47  4   focused on that -- on that core thing of how do I create
09:43:50  5   infrastructure that will scale with the organization.  So
09:43:53  6   it must have been within the first eight months probably,
09:43:55  7   eight months to a year, I was promoted to the first level
09:44:00  8   director, and then it was -- it was probably, you know, a
09:44:06  9   year, year-and-a-half after that, that I was promoted to
09:44:09 10   senior director of -- of staffing.
09:44:14 11        Q.   Okay.  So -- so after your change in title to
09:44:20 12   first-level director, I believe you said that your
09:44:24 13   responsibilities remained the same.  So would it be
09:44:26 14   correct to say that -- that your staffing
09:44:29 15   responsibilities encompassed your responsibilities as a
09:44:33 16   first level director of staffing?
09:44:35 17        A.   Yes.
09:44:35 18        Q.   So there were no other categories or additional
09:44:38 19   duties that were added at that time?
09:44:39 20        A.   No.  It was just scaling the operations.  So --
09:44:42 21   so the scope of the role expanded, so instead of having
09:44:46 22   the 40 recruiters when I started, you know, I grew the
09:44:50 23   organization to almost 900 staffing professionals.  So
09:44:52 24   you could see the scale of -- of what needed to be done.
09:44:56 25   It just expanded.
```

Deposition of Arnnon Geshuri                          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 09:44:58 | 1 | And then creating the infrastructure that would |
| 09:45:00 | 2 | support all the amazing talent, because we would have |
| 09:45:04 | 3 | over -- every year we'd have over 2 million applications |
| 09:45:07 | 4 | that would come to us.  We would do 160,000 on-site |
| 09:45:12 | 5 | interviews in a year.  We would be hiring 200 people a |
| 09:45:17 | 6 | week.  I mean this was -- it was a grand scale, and it |
| 09:45:20 | 7 | was during the -- the amazing growth of the company.  So |
| 09:45:24 | 8 | my responsibility was -- to solve those goals, to get the |
| 09:45:29 | 9 | talent onboard, it was scaling that operation.  So it -- |
| 09:45:32 | 10 | it provided amazing talent for the company. |
| 09:45:35 | 11 | Q.   Sure.  Okay.  So then your third title, I |
| 09:45:43 | 12 | guess, was senior director of staffing? |
| 09:45:45 | 13 | A.   Uh-huh.  That's correct. |
| 09:45:48 | 14 | Q.   Okay. |
| 09:45:49 | 15 | A.   The same responsibilities. |
| 09:45:50 | 16 | Q.   Right.  And I believe you testified earlier |
| 09:45:55 | 17 | that you had a hybrid -- |
| 09:45:57 | 18 | A.   My last year there. |
| 09:45:58 | 19 | Q.   -- role -- |
| 09:45:59 | 20 | A.   1 -- I did four -- you know, four years in -- |
| 09:46:01 | 21 | in the staffing function and then I wanted to do a |
| 09:46:04 | 22 | little -- something a little bit different, so I did |
| 09:46:06 | 23 | employee relations for the HR -- kind of HR director |
| 09:46:11 | 24 | in -- more generalized for the engineering organization. |
| 09:46:14 | 25 | Q.   Okay.  So that was your fourth title? |

Deposition of Amnon Geshuri

In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1          I, Rosalie A. Kramm, Certified Shorthand

2  Reporter licensed in the State of California, License No.

3  5469, hereby certify that the deponent was by me first

4  duly sworn and the foregoing testimony was reported by me

5  and was thereafter transcribed with computer-aided

6  transcription; that the foregoing is a full, complete,

7  and true record of said proceedings.

8          I further certify that I am not of counsel or

9  attorney for either of any of the parties in the

10  foregoing proceeding and caption named or in any way

11  interested in the outcome of the cause in said caption.

12          The dismantling, unsealing, or unbinding of the

13  original transcript will render the reporter's

14  certificates null and void.

15          In witness whereof, I have hereunto set my hand

16  this day:   August 24, 2012.

17        ___X___ Reading and Signing was requested.

18        _____ Reading and Signing was waived.

19        _____ Reading and signing was not requested.

20

21

22

23            _____

24         ROSALIE A. KRAMM, CSR NO. 5469, CRR

25