**EXHIBIT 3**

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5   IN RE:  HIGH-TECH EMPLOYEE     )

 6   ANTITRUST LITIGATION           )

 7                                  )  No. 11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:      )

 9   ALL ACTIONS.                   )

10   _____

11

12            VIDEO DEPOSITION OF FRANK WAGNER

13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14                      March 7, 2013

15

16      Reported by:  Anne Torreano, CSR No. 10520

17

18

19

20

21

22

23

24

25
```

```
            1      Q.   Is there a date you're sure you were doing
            2  it?  2009?
            3      A.   I'm sure we were doing it in 2009.
            4      Q.   Okay.  So 2009 or earlier?
10:48:55    5      A.   Correct.
            6      Q.   Okay.  What do the summaries of counteroffer
            7  involve?
            8      A.   The summaries of counteroffer involved a
            9  number of people departing for select start-up
10:49:14   10  organizations, the number of counteroffers we made, and
           11  the success rates of the counteroffers.
           12      Q.   And for what purpose were you tracking all of
           13  that information?
           14      A.   We were tracking the number of people who left
10:49:40   15  us for select organizations.
           16      Q.   And why was that?
           17      A.   Because we were concerned about people leaving
           18  us for those organizations.
           19      Q.   Okay.  Let me ask you, in addition to the
10:50:07   20  different categories of information that you have
           21  described being part of the standard reports to the
           22  LDCC, are there any other categories that you can
           23  recall that were standard in the reports?
           24      A.   There were periodic reports.  That means not
10:50:21   25  every quarter.  But there are other topics that were
```

REPORTER'S CERTIFICATE

I, Anne Torreano, Certified Shorthand Reporter licensed in the State of California, License No. 10520, hereby certify that the deponent was by me first duly sworn, and the foregoing testimony was reported by me and was thereafter transcribed with computer-aided transcription; that the foregoing is a full, complete, and true record of said proceedings.

I further certify that I am not of counsel or attorney for either or any of the parties in the foregoing proceeding and caption named or in any way interested in the outcome of the cause in said caption.

The dismantling, unsealing, or unbinding of the original transcript will render the reporter's certificates null and void.

In witness whereof, I have subscribed my name this 18th day of March, 2013.

[ ] Reading and Signing was requested.

[ ] Reading and Signing was waived.

[X] Reading and Signing was not requested.

*Anne*

ANNE M. TORREANO, CSR NO. 10520