**EXHIBIT 7**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: HIGH-TECH EMPLOYEE    )

ANTITRUST LITIGATION         )

                             )   No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:    )

ALL ACTIONS.                 )

_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF SERGEY BRIN

MARCH 19, 2013

Reported by: Rosalie A. Kramm, CSR No. 5469, CRR

| | |
|---|---|
| 11:21:15  1 | now, it's possible there might have been a handful, but |
| 11:21:18  2 | I'm not aware of any examples. |
| 11:21:32  3 | Q.   Was Google's board of directors informed of the |
| 11:21:38  4 | communications with Jobs at Apple about this topic? |
| 11:21:44  5 | A.   My recollection, which was refreshed based on |
| 11:21:49  6 | looking at emails recently, is that we decided, you know, |
| 11:21:53  7 | in order not to, you know, agitate Steve further, that we |
| 11:21:58  8 | wouldn't make such unsolicited calls into his -- into |
| 11:22:03  9 | Apple's employees. |
| 11:22:04 10 | We felt that we should think, you know, are |
| 11:22:05 11 | there other companies where we also don't wish to, you |
| 11:22:09 12 | know, needlessly aggravate the executives, and I believe |
| 11:22:12 13 | that Genentech was an example, and Art Levinson was on |
| 11:22:18 14 | our board, and so was Intel, and Paul Otellini was on our |
| 11:22:23 15 | board.  So I'm sure that we would have mentioned it to at |
| 11:22:29 16 | least those board members, probably might as well the |
| 11:22:32 17 | whole board. |
| 11:22:33 18 | Q.   Did the board of directors approve the policy? |
| 11:22:38 19 | A.   I don't recall there being, you know, sort of |
| 11:22:42 20 | any kind of official approval by the board. |
| 11:22:47 21 | Q.   You say "official approval."  I didn't ask |
| 11:22:50 22 | about official approval.  I asked about approval. |
| 11:22:52 23 | A.   I don't recall -- |
| 11:22:53 24 | MR. RUBIN:  Objection to form. |
| 11:22:54 25 | THE WITNESS:  I don't recall a board approval. |

| | | |
|---|---|---|
| 11:24:30 | 1 | BY MR. HEIMANN: |
| 11:24:31 | 2 | Q. Politeness on Intel's part?  Is that what you |
| 11:24:34 | 3 | mean? |
| 11:24:35 | 4 | A. Politeness on Intel's part or on our part, |
| 11:24:38 | 5 | even, to pretend to care. |
| 11:24:41 | 6 | Q. How about with respect to Genentech, then? |
| 11:24:44 | 7 | A. Once again, I -- actually with respect to |
| 11:24:47 | 8 | Genentech, it probably would be better if, you know, if |
| 11:24:50 | 9 | there was some great person, maybe they should get into |
| 11:24:54 | 10 | Genentech, you know, working on cures for cancer and |
| 11:24:57 | 11 | things like that.  I think it's -- you know, that's one |
| 11:25:00 | 12 | reason why I feel it would be good for us to not solicit |
| 11:25:04 | 13 | needlessly out of Genentech, because I wouldn't want to |
| 11:25:08 | 14 | disrupt that work, and it's, you know, very unrelated to |
| 11:25:12 | 15 | what we do. |
| 11:25:15 | 16 | So anyhow, I -- I don't think it would have |
| 11:25:19 | 17 | mattered to us. |
| 11:25:20 | 18 | Q. I understand you don't think it would have |
| 11:25:22 | 19 | mattered, but the question is whether it would have |
| 11:25:24 | 20 | mattered or not to us, was the understanding or |
| 11:25:26 | 21 | arrangement reciprocal with Genentech so that Genentech |
| 11:25:31 | 22 | also took the position that they wouldn't be recruiting |
| 11:25:33 | 23 | out of Google? |
| 11:25:34 | 24 | A. I -- look, I wasn't in those conversations.  I |
| 11:25:37 | 25 | couldn't tell you.  I could tell you that in my mind, I |

1  I, Rosalie A. Kramm, Certified Shorthand
2  Reporter licensed in the State of California, License No.
3  5469, hereby certify that the deponent was by me first
4  duly sworn and the foregoing testimony was reported by me
5  and was thereafter transcribed with computer-aided
6  transcription; that the foregoing is a full, complete,
7  and true record of said proceedings.

8  I further certify that I am not of counsel or
9  attorney for either of any of the parties in the
10 foregoing proceeding and caption named or in any way
11 interested in the outcome of the cause in said caption.

12 The dismantling, unsealing, or unbinding of the
13 original transcript will render the reporter's
14 certificates null and void.

15 In witness whereof, I have hereunto set my hand
16 this day:    March 30, 2013.

17    ___X___ Reading and Signing was requested.

18    _____ Reading and Signing was waived.

19    _____ Reading and signing was not requested.

*[signature: Rosalie A. Kramm]*

ROSALIE A. KRAMM

CSR 5469, RPR, CRR