**EXHIBIT 11**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE:  HIGH-TECH EMPLOYEE      )

ANTITRUST LITIGATION           )

                               )   No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:      )

ALL ACTIONS.                   )

_____)


CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEO DEPOSITION OF LARRY PAGE


MARCH 22, 2013


Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

| | | |
|---|---|---|
| 13:46:11 | 1 | Q.   Did you ever talk with Mr. Jobs about the |
| 13:46:14 | 2 | companies that Apple had do-not-call agreements with? |
| 13:46:18 | 3 | MR. JOHNSON:  Objection to form. |
| 13:46:22 | 4 | BY MR. HEIMANN: |
| 13:46:22 | 5 | Q.   Let me restate the question. |
| 13:46:24 | 6 | Did you ever talk with Mr. Jobs about that |
| 13:46:26 | 7 | companies Apple had do-not-cold-call agreements with? |
| 13:46:31 | 8 | MR. JOHNSON:  Objection to form. |
| 13:46:36 | 9 | THE WITNESS:  I do not recall talking with |
| 13:46:37 | 10 | Mr. Jobs about cold calling, just in general, as I've |
| 13:46:40 | 11 | already testified. |
| 13:46:56 | 12 | MR. JOHNSON:  Was that a five-minute marker? |
| 13:47:00 | 13 | MR. HEIMANN:  Yes. |
| 13:47:04 | 14 | BY MR. HEIMANN: |
| 13:47:05 | 15 | Q.   Let me ask you to take a look at Exhibit 448. |
| 13:47:09 | 16 | MR. JOHNSON:  Given the marker, would you like |
| 13:47:11 | 17 | to take a break now? |
| 13:47:12 | 18 | MR. HEIMANN:  No, this won't take more than |
| 13:47:14 | 19 | five minutes. |
| 13:48:35 | 20 | Q.   Have you had a chance to look at this? |
| 13:48:37 | 21 | A.   I had a chance to skim it, yes. |
| 13:48:39 | 22 | Q.   All right.  So this is in part a declaration of |
| 13:48:41 | 23 | Edward Colligan, and to it is attached some email |
| 13:48:47 | 24 | exchanges.  The first question is, have you seen this |
| 13:48:50 | 25 | declaration before? |

17:34:26  1          MR. HEIMANN:  Thank you, sir, I have no further

17:34:27  2   questions.

17:34:31  3

17:34:31  4                          EXAMINATION

17:34:31  5   BY MR. MASON:

17:34:32  6       Q.  Hi, Mr. Page, Rowan Mason, counsel for Adobe

17:34:36  7   and Intuit.  I have just a few quick straightforward

17:34:38  8   questions for you.

17:34:39  9          As you may be aware, the other defendant

17:34:41 10   companies in this case are Adobe, Apple, Intel, Intuit,

17:34:46 11   Pixar, and Lucasfilms.  In the 2001 to 2009 period, were

17:34:50 12   you aware of any do-not-call agreements existing between

17:34:54 13   any of those companies with one another?

17:34:59 14       A.  I don't recall being aware of any such

17:35:01 15   agreements between those companies.

17:35:05 16       Q.  Did you ever agree with any other company that

17:35:06 17   it would enter into do-not-cold-call agreements with any

17:35:09 18   of these other companies in the case?

17:35:13 19          MR. JOHNSON:  Objection to form.

17:35:15 20   BY MR. MASON:

17:35:15 21       Q.  Let me try that one again.

17:35:18 22          Did you ever agree with any other company that

17:35:21 23   it would enter into a do-not-cold-call agreement with a

17:35:24 24   different company?

17:35:26 25          MR. JOHNSON:  It's the other company that is

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

|  |  |  |
|---|---|---|
| 41:10 | 1 | I, Rosalie A. Kramm, Certified Shorthand |
| 41:10 | 2 | Reporter licensed in the State of California, License No. |
| 41:10 | 3 | 5469, hereby certify that the deponent was by me first |
| 41:10 | 4 | duly sworn and the foregoing testimony was reported by me |
| 41:10 | 5 | and was thereafter transcribed with computer-aided |
| 41:10 | 6 | transcription; that the foregoing is a full, complete, |
| 41:10 | 7 | and true record of said proceedings. |
| 41:10 | 8 | I further certify that I am not of counsel or |
| 41:10 | 9 | attorney for either of any of the parties in the |
| 41:10 | 10 | foregoing proceeding and caption named or in any way |
| 41:10 | 11 | interested in the outcome of the cause in said caption. |
| 41:10 | 12 | The dismantling, unsealing, or unbinding of the |
| 41:10 | 13 | original transcript will render the reporter's |
| 41:10 | 14 | certificates null and void. |
| 41:10 | 15 | In witness whereof, I have hereunto set my hand |
| 41:10 | 16 | this day:  April 3, 2013. |
| 41:10 | 17 | __X__   Reading and Signing was requested. |
| 41:10 | 18 | _____   Reading and Signing was waived. |
| 41:10 | 19 | _____   Reading and signing was not requested. |
| 41:10 | 20 | |
| 41:10 | 21 | |
| 41:10 | 22 | ROSALIE A. KRAMM |
| 41:10 | 23 | CSR 5469, RPR, CRR |
| 41:10 | 24 | |
|  | 25 | |