**EXHIBIT 12**

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

---------------------------

IN RE: HIGH-TECH EMPLOYEE )

ANTITRUST LITIGATION            ) No. 11-CV-2509-LHK

---------------------------

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF SIDDHARTH HARIHARAN

San Francisco, California

Friday, October 12, 2012

Volume I

Reported by:

ASHLEY SOEVYN

CSR No. 12019

Job No. 1541277

PAGES 1 - 310

|   |   |   |
|---|---|---|
|   |   | Page 174 |
| 1 | A.   There may have been a couple of instances. | 14:21:40 |
| 2 | But I think for the most part they kept pretty | 14:21:42 |
| 3 | private about, you know, getting a cold call from a | 14:21:47 |
| 4 | competing company.  I think they kept it -- I don't | 14:21:50 |
| 5 | know.  I think there might have been a couple -- | 14:21:53 |
| 6 | might have said, "Hey, what do you think about this | 14:21:56 |
| 7 | company" or whatever. | 14:21:58 |
| 8 | Q.   Do you remember any of the companies that | 14:22:00 |
| 9 | were mentioned during these conversations that might | 14:22:02 |
| 10 | have been about cold calls? | 14:22:04 |
| 11 | A.   No. | 14:22:08 |
| 12 | Q.   Going back to the Google cold call you | 14:22:12 |
| 13 | received specifically when the woman called you, | 14:22:14 |
| 14 | what was her pitch to you, what did she say? | 14:22:25 |
| 15 | A.   Oh, she was not -- she initially called me | 14:22:26 |
| 16 | for a reference to a friend of mine who was working | 14:22:28 |
| 17 | at Lucas Arts, and he was going to Google, and he | 14:22:32 |
| 18 | works there right now still.  But he is -- he was | 14:22:36 |
| 19 | going there, and -- yeah, she asked for a reference. | 14:22:43 |
| 20 | She listed me as a reference.  She called me for | 14:22:48 |
| 21 | that.  And then at the end of me giving the | 14:22:49 |
| 22 | reference, she said, "How would you like to work for | 14:22:52 |
| 23 | Google?"  I said, "Well, right now, I'm pretty happy | 14:22:56 |
| 24 | at Lucas."  I think she might have said, "Well" -- I | 14:23:00 |
| 25 | don't know if she gave some kind of way to contact | 14:23:06 |

```
 1   STATE OF CALIFORNIA     ) ss:
 2   COUNTY OF MARIN         )
 3
 4       I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 5   certify:
 6       That the foregoing deposition testimony was
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10       That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me,
13   and were thereafter transcribed under my direction
14   and supervision, and that the foregoing pages
15   contain a full, true and accurate record of all
16   proceedings and testimony to the best of my skill
17   and ability.
18       I further certify that I am neither counsel for
19   any party to said action, nor am I related to any
20   party to said action, nor am I in any way interested
21   in the outcome thereof.
22       IN THE WITNESS WHEREOF, I have transcribed my
23   name this 22nd day of October, 2012.
24
                         _____
25                         ASHLEY SOEVYN, CSR 12019
```

Page 310