**EXHIBIT 15**

Produced in Native

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00433305

# Hiring GBS
## April 20, 2005

Arnnon Geshuri, Judy Gilbert

Contributors: Todd Carlisle



04/19/05

# Agenda

- The Numbers
- "Interview-Free" Hiring Process Pilot
- Grants for Open Source Work
- Hiring Programs in Q2







# Predicting Future Hiring



Three models to understand how full the hiring glass (outlook) is



# OKR Review

**THEME 13:**
Innovate using people & technology structured differently

**OKR:**

██████████████████████████████████████
██████████████████████████████████████
██████████████████████████████████████

**Primary Owner(s):**
 Arnnon Geshuri/Shona Brown

**Status:**

🔴 RED: We won't hit this OKR without significant EMG intervention

🟡 YELLOW: We could hit this OKR if we had [x resources]

🟢 GREEN: We're sitting pretty and we'll will hit this OKR

**Plan of Action:** [if RED/YELLOW, plan to get the resources you need to hit OKR; if GREEN, a couple of lines that discuss what else you need to do to hit the OKR]

# OKR Review

**THEME 13:**
Innovate using people & technology structured differently

**OKR**:
 Hire VP of Corporate Communications, head of European PR, and 5 additional PR people

**Primary Owner(s):**
Arnnon Geshuri/Shona Brown/David Krane

**Status**:

🔴 RED: We won't hit this OKR without significant EMG intervention

🟡 YELLOW: We could hit this OKR if we had [x resources]

🟢 GREEN: We're sitting pretty and we'll will hit this OKR

**Plan of Action:** [if RED/YELLOW, plan to get the resources you need to hit OKR; if GREEN, a couple of lines that discuss what else you need to do to hit the OKR]



04/19/05                              ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL                              8

# Pilot Programs To Increase Candidate Pool

- Interview Free Recruting: The upcoming Eng Open House should provide a good pool of candidates for pilot program to hire Eng candidates without interviewing them





# Streamlined Conversion Process

**Onsite Contingent Workforce Management**

- ███████████████████████████████████████████████████████████ you'll be able to approve temp timecards, access headcount and spend reports for your temporary workforce and, in the near future, initiate compliance evaluations for any of your consultant needs.

- ███████████████████████████████████ this critical business function, we will streamline the complex process of on-boarding, managing, and paying our contingent workers and more effectively managing the risks associated with having a contingent workforce.





04/19/05 ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL 11



04/19/05   ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL   12







04/19/05  ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL  14