**EXHIBIT 16**

**Top 25 New Hire Previous Employers (2007-2008)**
*Sorted by current rank*

| Rank Current | Rank 06-07 | Δ |
|---|---|---|
| 1 | 1 | |
| 2 | 3 | +1 |
| 3 | 2 | -1 |
| 4 | 4 | |
| 4 | 5 | +1 |
| 6 | 10 | +4 |
| 7 | 6 | -1 |
| 8 | 7 | -1 |
| 9 | 7 | -2 |
| 9 | 9 | |
| 11 | 11 | |
| 12 | 15 | +3 |
| 13 | 15 | +2 |
| 14 | 11 | -3 |
| 15 | 26 | +11 |
| 16 | 13 | -3 |
| 17 | 19 | +2 |
| 17 | 24 | +7 |
| 19 | 22 | +3 |
| 20 | 32 | +12 |
| 20 | 22 | +2 |
| 22 | 15 | -7 |
| 22 | 27 | +5 |
| 24 | 13 | -11 |
| 24 | 32 | +8 |

(Remaining columns redacted)

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                          GOOG-HIGH-TECH-00258494