**EXHIBIT 23**

| | |
|---|---|
| **From:** | Shona Brown <shona@google.com> on behalf of Shona Brown |
| **Sent:** | Monday, February 14, 2005 11:30 PM |
| **To:** | Arnnon Geshuri; Judy Gilbert |
| **Cc:** | Stacy Sullivan |
| **Subject:** | Urgent --- APPLE ETC. |

Arnnon and Judy-
We agreed in EMG today that we would treat 3 companies in a special way going forward – Genentech, Intel, and Apple. For each of these companies we agreed:
- not to directly cold call into those companies
- but, we would accept internal or external references that indicated that an individual was "looking"
- and, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us)

A caution about recruiting "batches" of people. Most companies have non-solicit agreements. This means if a candidate is interviewing with us and considering joining, he cannot ask his friend to interview with us as well. On this, Arnnon → please get specific on this with Amy Lambert, so you know and can instruct recruiters accordingly.

URGENT: Arnnon please follow-up with Carrie on the current situation and make sure we have no issues with this non-solicit. It looks like she has been careful about that. But please double check. Thanks.
slb

**From:** Carrie Farrell [mailto:cfarrell@google.com]
**Sent:** Sunday, February 13, 2005 9:38 PM
**To:** 'Arnnon Geshuri'
**Cc:** 'Alan Eustace'
**Subject:** RE: URGENT: Our Recruiting From Apple

I think this is all me.  Alan is cc'ed as he just asked me about this as well.
I have in play for offer review on Monday (referral of Ben Goodger):
David Hyatt - Safari

I have contacted and talked with another referral of Ben's and was planning to schedule an interview for him Tuesday:
Chris Blumberg-Safari

I have another person I have contacted and emailed  (Ben's suggestion at Ken's request); :
Ken Kocienda-Safari

I know that the team is looking at other companies (not just Google).  They are all referrals from an employee of Google with no competitive agreement with Apple.
That is the short story-if you would like more details, please let me know.
Carrie

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                     GOOG-HIGH-TECH-00235168