EXHIBIT 25

| | |
|---|---|
| **From:** | Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill |
| **Sent:** | Thursday, June 07, 2007 2:39 AM |
| **To:** | Shona Brown |
| **Cc:** | Arnnon Geshuri; Laszlo Bock |
| **Subject:** | RE: Changing Intuit's Status on the Do Not Call List |

### Shona/Arnnon/Laszlo

### Thanks so much.

### Bill

---

**From:** Shona Brown [mailto:shona@google.com]
**Sent:** Wednesday, June 06, 2007 2:47 PM
**To:** Campbell, Bill
**Cc:** Arnnon Geshuri; Laszlo Bock
**Subject:** Fwd: Changing Intuit's Status on the Do Not Call List

Bill-
Arnnon took care of it for you.
Shona

---------- Forwarded message ----------
From: **Eric Schmidt** <eschmidt@google.com>
Date: Jun 6, 2007 12:33 PM
Subject: RE: Changing Intuit's Status on the Do Not Call List
To: Arnnon Geshuri <arnnon@google.com>
Cc: Shona Brown < shona@google.com>, Laszlo Bock <laszlo@google.com>

Yes, absolutely. Eric

---

**From:** Arnnon Geshuri [mailto:arnnon@google.com]
**Sent:** Wednesday, June 06, 2007 10:06 AM
**To:** Eric Schmidt
**Cc:** Shona Brown; Laszlo Bock
**Subject:** Changing Intuit's Status on the Do Not Call List

Eric,

During a brief conversation with Shona and Bill Campbell, Bill requested that Intuit be added fully to the Do Not Call list.

Currently, our non-solicit policy covers only 18 Intuit employees who were involved in the partnership discussions last year and therefore leaves the rest of the company's employee population open to our recruiting efforts. However, our staffing team has treated Intuit with great sensitivity because of our relationship and has not been proactively recruiting out of this organization.

The change to our Do Not Call policy will make our hands-off approach to Intuit explicit and ensure clarity.

Please confirm you are okay with the modification to the policy.

1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                      GOOG-HIGH-TECH-00056885

Thanks,
Arnnon

CONFIDENTIAL ATTORNEY'S EYES ONLY                                      GOOG-HIGH-TECH-00056886