EXHIBIT 27

| From: | Arnnon Geshuri. | Sent:4/19/2007 2:04 PM. |
|---|---|---|
| To: [ - ] | Brad Strader. | |
| Cc: [ - ] | . | |
| Bcc: [ - ] | . | |
| Subject: | Fwd: Hiring our guys. | |

Can you help me with this Eric firedrill. Same kind of spreadsheet we created in the past.

Let's check on Sean Berg first to see if he actively came to us or we sourced him.

Thanks.

---------- Forwarded message ----------
From: Laszlo Bock <laszlo@google.com>
Date: Apr 19, 2007 1:50 PM
Subject: Re: Hiring our guys
To: Eric Schmidt < eschmidt@google.com>, Shona Brown <shona@google.com>, Arnnon Geshuri <arnnon@google.com>

(+Arnnon)
Eric,

We'll put Dell on "do not call" for the next 2 months.

Arnnon's team will investigate if this particular one was inbound or if we found him, and do a report of Dell folks in process today. We'll send a summary back to you so you have the facts for your next conversation with Michael.

Best,
-Laszlo

----- Original Message -----
From: Eric Schmidt <eschmidt@google.com>
To: Laszlo Bock; Shona Brown
Sent: Thu Apr 19 15:43:05 2007
Subject: FW: Hiring our guys

Lets put them on the "dont call into Dell" list for a while. Thanks eric

---

From: Pam Shore [mailto: pshore@google.com]
Sent: Thursday, April 19, 2007 10:56 AM
To: Eric Schmidt; Shona Brown
Subject: Fwd: Hiring our guys

---------- Forwarded message ----------
From: Michael@dell.com <Michael@dell.com >
Date: Apr 19, 2007 8:12 AM
Subject: Hiring our guys
To: ericschmidt@google.com

Eric,

I learned recently that Google extend an offer to one of our sales guys, Sean Berg.

Not real happy about this and not the kind of think we would expect given our partnership.

We should discuss next time we are together but I think we should have a general understanding that we are not actively recruiting from each other.

Michael