EXHIBIT 28

| From: | Arnnon Geshuri. | | Sent:12/1/2006 12:38 PM. |
|---|---|---|---|
| To: [ - ] | jennybyrne@google.com; Arnnon Geshuri. | | |
| Cc: [ - ] | . | | |
| Bcc: [ - ] | . | | |
| Subject: | Re: Fwd: Do Not Call List. | | |

Legal does not have to be involved. It is a business decision. Please have Karine remove the companies from the list and repost.

-----Original Message-----
From: jennybyr@google.com
To: Arnnon Geshuri
Sent: Fri Dec 01 12:35:25 2006
Subject: Fwd: Do Not Call List

Arnnon,

We need some guidance on this....

---------- Forwarded message ----------
From: Sarah Ryan <sgryan@google.com <mailto:sgryan@google.com> >
Date: Dec 1, 2006 11:59 AM
Subject: Re: Do Not Call List
To: Karine Karpati <kkarpati@google.com>
Cc: Jenny Byrne < jennybyrne@google.com <mailto:jennybyrne@google.com> >

Just wanted to clarify one point as I was corrected by Jill Hutchital
and Dan Zigmond...

According to Jill, we never actually had an agreement with Invidi. She
and/or Dan asked for their inclusion on the "do not call" list as a
courtesy. They no longer feel this courtesy is necessary as the
relationship has since changed.

At one time, we were in acquisition discussions with Invidi. Even
after the acquisition didn't happen, we were in a technical
partnership for a trial. Invidi is no longer participating in that
trial.

Given this information, is it still necessary to consult Legal to
request removal? And if so, who should present this information to
Legal?

Thanks,

Sarah

On 11/30/06, Karine Karpati <kkarpati@google.com> wrote:
> I think Legal would have to approve removing someone from the list --
> someone like Amy Lambert.
>
>
> On 11/30/06, Sarah Ryan < sgryan@google.com> wrote:
> > Jenny and Karine,
> >
> > I apologize if you've already received this email. I'm sending a new
> > note in case my last email got lost in that long thread we had going.
> >
> > Jenny - Have you been able to make a final determination about
> > Invidi's placement on the Do Not Call list?
> >
> >

> > Karine - What is the procedure for requesting removal of a company
> > from the list? For instance, if the primary Googler involved in
> > creating the agreement with the "do not call" company states that the
> > partnership no longer exists, how can he/she go about having the
> > company removed from the "do not call" list?
> >
> > Thanks,
> >
> > Sarah Ryan
> > Engineering Leadership Recruiting
> > Google, Inc.
> > (650) 253-0012
> > sgryan@google.com
> >
>
>
>
> --
> Karine Karpati
> Staffing Programs Manager
> 1600 Amphitheatre Pkwy
> Mountain View, CA 94043


--
Sarah Ryan
Engineering Leadership Recruiting
Google, Inc.
(650) 253-0012
sgryan@google.com <mailto:sgryan@google.com>


--
Jenny Byrne
Assistant to Arnnon Geshuri
Google Staffing
1550 Plymouth Street
Mountain View, CA 94040
650-253-8880
www.google.com <http://www.google.com>

GOOG-HIGH TECH-00023300