EXHIBIT 29

**From:**            Shona Brown <shona@google.com> on behalf of Shona Brown
**Sent:**              Tuesday, April 24, 2007 1:05 AM
**To:**                Arnnon Geshuri
**Cc:**                Laszlo Bock; Judy Gilbert
**Subject:**        Re: do not call list

pls send me revised when done thx.

On 4/23/07, **Arnnon Geshuri** <arnnon@google.com> wrote:
We are making the changes to the Do Not Call list and the new document will be posted tomorrow.

On your IBM question - we are not targeting IBM or any other company.  We naturally follow-up on leads and conduct research to find passive candidates in many hi-tech firms.  I will connect with Urs to find out where this perception comes from.


On 4/23/07, **Shona Brown** < shona@google.com> wrote:
Arnnon-
We had a good conversation in emg about the lists. Eric appreciated the check-in on the list and agreed periodically reviewing in emg was useful thing to do. Edits made to your lists are as follows:

- Pls remove Ebay from "do not call" list. Treat them like any normal company.
- Pls modify the IBM "do not call" to "do not call Directors and above". In other words calling in for junior hires okay. Can you implement this variation? Also, Urs seemed to think that he had active calling in going on to IBM -- for junior hires -- anyway? Is that true? He seemed pretty certain about it.
- as discussed the Dell name is on there for a two month initial period
- on the sensitive company list, please remove Lycos

Lets plan to review the list again in a couple months at emg.
thx.
slb

1

CONFIDENTIAL ATTORNEY'S EYES ONLY