EXHIBIT 30

| | |
|---|---|
| **From:** | Karine Karpati (קרין) <kkarpati@google.com> on behalf of Karine Karpati (קרין) |
| **Sent:** | Friday, March 23, 2007 8:02 PM |
| **To:** | Arnnon Geshuri |
| **Cc:** | Carson Page; Kristin Kassaei |
| **Subject:** | Re: SWE-TV: Do not Recruit |

It was removed a while back from the list on the Hiring Policies and Protocols doc.

On 3/23/07, **Arnnon Geshuri** <arnnon@google.com > wrote:
Please remove OpenTV.

---------- Forwarded message ----------
From: **Kristin Kassaei** <kkassaei@google.com>
Date: Mar 23, 2007 12:25 PM
Subject: RE: SWE-TV: Do not Recruit
To: Arnnon Geshuri <arnnon@google.com >
Cc: Kimberly Sterling < ksterling@google.com>

Hi Arnnon,


I've checked with Jill and OpenTV can be removed from our Do Not Call list.  We are no longer in talks with them.  Email thread below:


Thanks,
Kristin

..................................................................................................................................................................................

**From:** Dan Zigmond [mailto:djz@google.com]
**Sent:** Thursday, March 08, 2007 5:07 PM
**To:** Jill Huchital
**Cc:** Kristin Kassaei
**Subject:** Re: FW: [Please Read] Important Reminder: Do Not Call Protocol


Yes, there should be no restriction now. Our talks with them ended months ago.

   Dan

On 3/8/07, **Jill Huchital** < jah@google.com> wrote:

1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                                                         GOOG-HIGH-TECH-00059291

That's my recollection. Cc'ing Dan - please wait for him to chime in.

Thanks,

Jill

On 3/8/07, **Kristin Kassaei** < kkassaei@google.com> wrote:

Hey Jill,

Is Open TV still on our list of companies to avoid recruiting from?  My understanding was that this had been lifted.

Thanks!

Kristin

---

**From:** Arnnon Geshuri [mailto:arnnon@google.com]
**Sent:** Thursday, March 22, 2007 9:07 PM
**To:** Kristin Kassaei
**Cc:** Kimberly Sterling
**Subject:** Re: SWE-TV: Do not Recruit

Kristin - can you please check with Jill to see if OpenTV is still a valid name our our do not call list?  Are we engaged in anything that may require us to keep them on the list?

On 1/22/06, **Kristin Kassaei** <kkassaei@google.com> wrote:

Hi Arnnon,

There are two companies that Jill Huchital has established non-recruit agreements with: OpenTV and Invidi.  I'm not sure what our procedures are here – do I need to do anything to make this official?

Thank you,

Kristin

2

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                       GOOG-HIGH-TECH-00059292

**From:** Jill Huchital [mailto: jah@google.com]
**Sent:** Saturday, January 21, 2006 11:46 AM
**To:** Kristin Kassaei
**Subject:** Fwd: FW: contact info


Hi Kristin,


Could we please add Invidi to the "do not recruit" list?


Thanks,


Jill

---------- Forwarded message ----------
From: **Dean A. Gilbert** <deangilbert@sbcglobal.net>
Date: Jan 21, 2006 11:39 AM
Subject: FW: contact info
To: keval <keval@google.com>
Cc: Jill Huchital <jah@google.com>, Sean Dempsey < sdempsey@google.com>


This is the name of the person at Google that was recruiting someone from Invidi. This type of direct contact probably isn't a good idea right now.

........................................................................................................................................................................

**From:** Dave Downey [mailto: downey@invidi.com]
**Sent:** Saturday, January 21, 2006 11:03 AM
**To:** Dean A. Gilbert
**Subject:** contact info


I enjoyed talking to you last night.


Jim Delahan (spelling questionable) 650 253 1837


Enjoy the rest of your weekend.

3

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                              GOOG-HIGH-TECH-00059293

Dave

- - - - - - - Appended by Invidi Technologies Corporation. - - - - - - -

DISCLAIMER:
This email message is for the sole use of the intended recipients and may contain confidential and privileged information.
Any unauthorized review, use, disclosure or distribution is prohibited.


--
Karine Karpati
Staffing Programs Manager
1600 Amphitheatre Pkwy
Mountain View, CA 94043

CONFIDENTIAL ATTORNEY'S EYES ONLY                                GOOG-HIGH-TECH-00059294