**EXHIBIT 34**
**FILED WITH DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL**