**EXHIBIT 36**
**FILED WITH DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL**