GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF EDWARD E. LEAMER, PH.D.**<br><br>Date:   March 20, 2014 and March 27, 2014<br>Time:   1:30 p.m.<br>Courtroom:   8, 4th Floor<br>Judge:   The Honorable Lucy H. Koh |

Defendants' Joint Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D. pursuant to *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and Federal Rule of Evidence 702 came for hearing before this Court on March 20 and/or March 27, 2014.  Having considered the motion, together with all papers filed in support of and in opposition thereto and the argument of counsel, the Court hereby GRANTS the motion.

The testimony of Edward E. Leamer, Ph.D. is hereby excluded in its entirety, and Dr. Leamer is precluded from testifying regarding his opinions at trial.

IT IS SO ORDERED.


Dated:

Honorable Lucy H. Koh
United States District Judge