MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2061

*Attorneys for Defendant
Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTI-TRUST LITIGATION | Master Docket No. 11-CV-2509 LHK |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING GOOGLE'S MOTION FOR SUMMARY JUDGMENT** |
| ALL ACTIONS | |

1    Having considered all of the arguments and briefing presented by defendant Google Inc.

2    and oppositions thereto, the Court hereby GRANTS defendant Google's motion for summary

3    judgment.

4    **IT IS SO ORDERED.**

5

6    Date:_____                              _____

7                                               HONORABLE LUCY H. KOH
                                                United States District Court Judge
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1