GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:   (415) 984-8700
Facsimile:   (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF CHRISTINA BROWN IN SUPPORT OF DEFENDANTS' JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF EDWARD E. LEAMER, PH.D**<br><br>Date:         March 20, 2014 and<br>                   March 27, 2014<br>Time:         1:30 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:        The Honorable Lucy H. Koh |

I, Christina Brown, declare as follows:

1. I am a member of the Bar of the State of California and a counsel of the law firm of O'Melveny & Myers LLP, attorneys for Defendant Apple Inc. I submit this declaration in support of Defendants' Joint Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D. I make this declaration based on my own personal knowledge. If called to testify as a witness, I could and would do so competently.

2. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the deposition of Dr. Edward Leamer taken October 26, 2012.

3. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the deposition of Dr. Edward Leamer taken on June 11, 2013.

4. Attached hereto as Exhibit 3 is a true and correct copy of transcript excerpts from the deposition of Dr. Edward Leamer taken on November 18, 2013.

5. Attached hereto as Exhibit 4 is a true and correct copy of transcript excerpts from the deposition of Dr. Edward Leamer taken on December 19, 2013.

6. Attached hereto as Exhibit 5 is a true and correct copy of the Initial Class Certification Expert Report of Edward E. Leamer, Ph.D., dated October 1, 2012.

7. Attached hereto as Exhibit 6 is a true and correct copy of the Reply Expert Report of Edward E. Leamer, Ph.D., dated December 10, 2012.

8. Attached hereto as Exhibit 7 is a true and correct copy of the Supplemental Expert Report of Edward E. Leamer, Ph.D., dated May 10, 2013.

9. Attached hereto as Exhibit 8 is a true and correct copy of the Initial Merits Expert Report of Edward E. Leamer, Ph.D., dated October 28, 2013.

10. Attached hereto as Exhibit 9 is a true and correct copy of the Reply Expert Report of Edward E Leamer, Ph.D, dated December 11, 2013.

11. Attached hereto as Exhibit 10 is a true and correct copy of an excerpt from Dr. Leamer's book *Specification Searches: Ad Hoc Inference with Nonexperimental Data* (1978).

12. Attached hereto as Exhibit 11 is a true and correct copy of transcript excerpts from the deposition of Deborah Conrad taken on November 21, 2012.

13. Attached hereto as Exhibit 12 is a true and correct copy of transcript excerpts from the deposition of Ranna Prajapati taken on February 21, 2013.

14. Attached hereto as Exhibit 13 is a true and correct copy of a document produce by Google that has been Bates numbered GOOG-HIGH-TECH-00000076 through GOOG-HIGH-TECH00000077.

15. Attached hereto as Exhibit 14 is a true and correct copy of a document produce by Google that has been Bates numbered GOOG-HIGH-TECH-00057353 through GOOG-HIGH-TECH00057354.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on January 9, 2014, in San Francisco, California.

*/s/ Christina J. Brown*
Christina J. Brown

OMM_US:72017657.1

BROWN DECL. ISO MOTION TO EXCLUDE LEAMER TESTIMONY
NO. 11-CV-2509-LHK