# EXHIBIT 1

# BROWN DECLARATION IN SUPPORT OF MOTION TO EXCLUDE

HIGHLY CONFIDENTIAL

```
                                                       Page 1
 1            UNITED STATES DISTRICT COURT
 2     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
 3
 4     ---------------------------
 5     IN RE: HIGH-TECH EMPLOYEE   )
 6     ANTITRUST LITIGATION        ) No. 11-CV-2509-LHK
 7     ---------------------------
 8
 9              HIGHLY CONFIDENTIAL
10
11        VIDEOTAPED DEPOSITION OF EDWARD LEAMER
12               San Francisco, California
13               Friday, October 26, 2012
14                      Volume I
15
16
17
18
19
20    Reported by:
21    ASHLEY SOEVYN
22    CSR No. 12019
23    Job No. 1545691
24
25    PAGES 1 - 476
```

HIGHLY CONFIDENTIAL

Page 43

| | | |
|---|---|---|
| 1 | econometric equation. | 08:41:53 |
| 2 | Q.  But that just -- it shows an average, | 08:41:55 |
| 3 | doesn't it? | 08:41:57 |
| 4 | MR. GLACKIN:  Objection -- | 08:41:58 |
| 5 | BY MR. PICKETT: | 08:41:59 |
| 6 | Q.  Pure regression analysis just shows an | 08:41:59 |
| 7 | average year by year, defendant by defendant? | 08:42:01 |
| 8 | A.  Shows an average?  It's used to compute an | 08:42:03 |
| 9 | average.  It allows you to distinguish the impact by | 08:42:08 |
| 10 | age, for example.  But what I've done is I've | 08:42:14 |
| 11 | computed an impact average across age, so there's a | 08:42:17 |
| 12 | control for difference in age composition of the | 08:42:21 |
| 13 | various defendants. | 08:42:27 |
| 14 | Q.  Does the regression analysis allow you to | 08:42:28 |
| 15 | pinpoint what an individual class member's damages | 08:42:32 |
| 16 | might be? | 08:42:35 |
| 17 | A.  Well, it could, but it would have to be | 08:42:35 |
| 18 | conducted in a much, more complete way.  I will give | 08:42:38 |
| 19 | you an example, which is -- you got to know -- you | 08:42:40 |
| 20 | got to know a lot more details about the individuals | 08:42:43 |
| 21 | than I have in that equation in order to have any | 08:42:47 |
| 22 | kind of sensible statement with regard to individual | 08:42:49 |
| 23 | by individual. | 08:42:51 |
| 24 | For example, let me complete this, please. | 08:42:52 |
| 25 | For example, an education is certainly going to be | 08:42:54 |

HIGHLY CONFIDENTIAL

Page 44

| | | |
|---|---|---|
| 1 | material consideration in talking about the impact | 08:42:58 |
| 2 | of cold calling.  I've studied equations that had | 08:43:00 |
| 3 | the education variables included.  But I think it | 08:43:04 |
| 4 | was Google, we lacked education data from several of | 08:43:08 |
| 5 | the defendants, and therefore, we decided to exclude | 08:43:12 |
| 6 | it.  That's an example of -- of additional | 08:43:15 |
| 7 | information that would be needed in order to do an | 08:43:17 |
| 8 | individual by individual damage analysis, which by | 08:43:22 |
| 9 | the way, I was not instructed to do. | 08:43:25 |
| 10 | Q.  Does your wage suppression regression | 08:43:27 |
| 11 | analysis allow you to figure out which individual | 08:43:29 |
| 12 | class members were not -- were not harmed and which | 08:43:32 |
| 13 | were the most category we went through earlier were | 08:43:36 |
| 14 | harmed? | 08:43:40 |
| 15 | A.  That's a repeat of what I just said.  If | 08:43:41 |
| 16 | you want to talk on an individual by individual | 08:43:43 |
| 17 | basis, you've got to set up this equation so that | 08:43:45 |
| 18 | you include almost all the reasons why people are | 08:43:49 |
| 19 | different.  And the most obvious thing that is not | 08:43:53 |
| 20 | in there is the education variable.  So had I been | 08:43:58 |
| 21 | asked to formulate an individual by individual | 08:44:01 |
| 22 | estimate, I would have -- I supposed would put a | 08:44:04 |
| 23 | subset of defendants for which I had the education | 08:44:07 |
| 24 | variable, and I don't know what I would do with the | 08:44:11 |
| 25 | rest.  But that was not my task. | 08:44:13 |

|   |   | Page 56 |
|---|---|---|
| 1 | order to know who -- what might have been affected. | 08:55:42 |
| 2 | In that sense, you would have to have record of cold | 08:55:46 |
| 3 | calls not made, and we don't have that. | 08:55:49 |
| 4 | So what instead we did is -- well, not | 08:55:52 |
| 5 | instead, we -- having identified the potential of | 08:55:54 |
| 6 | differential impacts depending upon skill sets, and | 08:56:01 |
| 7 | the three frameworks says these guys are all tied | 08:56:04 |
| 8 | together through their internal equity | 08:56:07 |
| 9 | considerations.  And this thing is spread across | 08:56:10 |
| 10 | everybody in the firm.  So in a sense, the market is | 08:56:14 |
| 11 | collectively for everybody. | 08:56:17 |
| 12 | Q.   So the regression -- your regression | 08:56:18 |
| 13 | analysis on wage suppression answers all of that, | 08:56:19 |
| 14 | all of those issues? | 08:56:23 |
| 15 | A.   It speaks to all those issues, yeah. | 08:56:25 |
| 16 | Q.   And your regression -- wage suppression | 08:56:27 |
| 17 | regression analysis can answer on the question | 08:56:30 |
| 18 | whether a sous chef at Intel's wages were suppressed | 08:56:33 |
| 19 | during the class period? | 08:56:37 |
| 20 | A.   No, they're not.  I've already told you | 08:56:38 |
| 21 | that.  It's intended to estimate the conversation | 08:56:40 |
| 22 | suppression by defendant, by year.  And carrying | 08:56:44 |
| 23 | that out, I used as much individual information as I | 08:56:49 |
| 24 | had really, which is the age and -- but the model is | 08:56:53 |
| 25 | not intended to give you an estimate of how the | 08:56:59 |

HIGHLY CONFIDENTIAL

Page 57

| | | |
|---|---|---|
| 1 | damages varied with age, but instead to control for | 08:57:01 |
| 2 | any composition differences between the firms so | 08:57:05 |
| 3 | that you get as accurate as possible an estimate of | 08:57:08 |
| 4 | the firm by firm effect year by year. | 08:57:11 |
| 5 | Q.  But if you look at individual class | 08:57:14 |
| 6 | members, like this sous chef, your regression | 08:57:15 |
| 7 | analysis cannot tell whether there was any | 08:57:17 |
| 8 | suppression of wages for that individual, correct? | 08:57:23 |
| 9 | MR. GLACKIN:  Objection. | 08:57:25 |
| 10 | THE WITNESS:  That's correct.  That was not | 08:57:26 |
| 11 | part of the task that I was assigned. | 08:57:27 |
| 12 | BY MR. PICKETT: | 08:57:37 |
| 13 | Q.  In a competitive market, what does it imply | 08:57:37 |
| 14 | about two products or services if one is able to | 08:57:41 |
| 15 | command double of the price? | 08:57:44 |
| 16 | A.  Now, are you talking about facts now or | 08:57:46 |
| 17 | theory? | 08:57:48 |
| 18 | Q.  Theory. | 08:57:48 |
| 19 | A.  From a conceptual framework, so can you be | 08:57:48 |
| 20 | clear to me what the -- what the -- what do you mean | 08:57:52 |
| 21 | by a competitive model, you mean a simple supply and | 08:57:55 |
| 22 | demand model? | 08:57:58 |
| 23 | Q.  Sure. | 08:58:00 |
| 24 | A.  So can you repeat your question again? | 08:58:00 |
| 25 | Q.  In a competitive market, what does it imply | 08:58:01 |

HIGHLY CONFIDENTIAL

|    |                                                              | Page 328  |
|----|--------------------------------------------------------------|-----------|
| 1  | which one clusters their observations.                       | 15:31:22  |
| 2  | Q.   And do you think that your analysis is                  | 15:31:25  |
| 3  | subject to that criticism?                                   | 15:31:27  |
| 4  |      MR. GLACKIN:  Objection.                                | 15:31:30  |
| 5  |      THE WITNESS:  Well, maybe I misunderstood.              | 15:31:31  |
| 6  | I'm not sure what clustering standard -- clustering          | 15:31:32  |
| 7  | standard errors are.                                         | 15:31:34  |
| 8  | BY MR. PICKETT:                                              | 15:31:35  |
| 9  | Q.   So you -- you don't think -- well, let me               | 15:31:35  |
| 10 | go back.  I'll reask the question.  Are you familiar         | 15:31:37  |
| 11 | with the term "clustering standard error"?                   | 15:31:41  |
| 12 | A.   Well, I know what clustering is.                        | 15:31:44  |
| 13 | Q.   Uh-huh.                                                 | 15:31:46  |
| 14 | A.   And I know what standard of errors are in               | 15:31:46  |
| 15 | the context of your question, which I thought is             | 15:31:49  |
| 16 | what we were talking about.  But I think you're              | 15:31:52  |
| 17 | talking about some kind of standard of errors that           | 15:31:54  |
| 18 | apply to the Figure 23 that you're calling                   | 15:31:57  |
| 19 | clustering standard of errors, which is something            | 15:31:59  |
| 20 | that I'm not familiar with.                                  | 15:32:01  |
| 21 | Q.   Would it be appropriate to use clustering               | 15:32:02  |
| 22 | in performing your regression analysis?                      | 15:32:05  |
| 23 | A.   I don't see why.  I don't see why.  It's                | 15:32:18  |
| 24 | possible that some argument can be made that it              | 15:32:22  |
| 25 | doesn't come to the front of my brain, but off the           | 15:32:24  |

HIGHLY CONFIDENTIAL

|   |   | Page 329 |
|---|---|---|
| 1 | top of my head -- by "clustering," I think you mean | 15:32:27 |
| 2 | using subsets of the data.  And I think that's a | 15:32:32 |
| 3 | consequence of nothing in the air that would rather | 15:32:34 |
| 4 | be built into the model, rather than during | 15:32:37 |
| 5 | progression of subsets. | 15:32:39 |
| 6 |     Q.   Are any of the data series you used | 15:32:42 |
| 7 | correlated? | 15:32:43 |
| 8 |     A.   Every one of these variables is correlated. | 15:32:44 |
| 9 | Every variable in the equation has some degree of | 15:32:46 |
| 10 | correlation. | 15:32:52 |
| 11 |     Q.   Well, why -- okay.  And -- did your conduct | 15:33:16 |
| 12 | regression pick up any lawful agreement -- by | 15:33:16 |
| 13 | "lawful," I mean talking about that unilateral | 15:33:20 |
| 14 | policy, for example, or some joint corroboration | 15:33:23 |
| 15 | that started in 2005? | 15:33:26 |
| 16 |     A.   Yes, it will pick up anything that is | 15:33:32 |
| 17 | applicable to that period of time when the thing is | 15:33:34 |
| 18 | turned on.  So it's turned on for 2005, 2009, a | 15:33:37 |
| 19 | little different for Pixar and Lucasfilm.  But -- | 15:33:41 |
| 20 | but unless you have controls in this equation to | 15:33:43 |
| 21 | eliminate the effects of these other material | 15:33:48 |
| 22 | issues -- | 15:33:51 |
| 23 |     Q.   Okay. | 15:33:51 |
| 24 |     A.   -- they are going to be picked up by that | 15:33:51 |
| 25 | conduct variable. | 15:33:53 |

HIGHLY CONFIDENTIAL

Page 339

| | | |
|---|---|---|
| 1 | THE WITNESS: The answer -- already, we | 15:55:56 |
| 2 | obviously -- if we had the cold calling data, it | 15:55:57 |
| 3 | would be very useful, very interesting, and we could | 15:56:00 |
| 4 | pursue the price discovery model in an interesting | 15:56:02 |
| 5 | and intervening way. Absent that, we've done the | 15:56:06 |
| 6 | very best that can be possibly be done, which is to | 15:56:08 |
| 7 | use the conduct variable. | 15:56:10 |
| 8 | BY MR. PICKETT: | 15:56:13 |
| 9 | Q. And so your conduct regression would pick | 15:56:13 |
| 10 | up any unilateral agreements -- I'm sorry, any | 15:56:15 |
| 11 | unilateral policies that started in 2005 not to cold | 15:56:20 |
| 12 | call, correct? | 15:56:24 |
| 13 | MR. GLACKIN: Objection, asked and answered | 15:56:26 |
| 14 | again. | 15:56:27 |
| 15 | THE WITNESS: To the extent that those | 15:56:28 |
| 16 | unilateral agreements suppress wages, the answer is | 15:56:29 |
| 17 | yes. | 15:56:33 |
| 18 | BY MR. PICKETT: | 15:56:33 |
| 19 | Q. Well, wouldn't they, by your hypothesis? | 15:56:33 |
| 20 | A. Well, you had this hypothesis that the cold | 15:56:36 |
| 21 | call would be going to somebody else. | 15:56:38 |
| 22 | Q. I do, yes. | 15:56:40 |
| 23 | A. So the point is that -- (Cross-talking.) | 15:56:42 |
| 24 | Q. In your world, wouldn't your conduct | 15:56:44 |
| 25 | regression pick up unilateral policies starting in | 15:56:47 |

| | | |
|---|---|---|
| 1 | 2005? | 15:56:52 |
| 2 |     A.   I'll repeat my answer, which is it picks up | 15:56:53 |
| 3 | suppression of compensation during the period of | 15:56:58 |
| 4 | time which the cold call dummy -- the conduct | 15:57:01 |
| 5 | dummies turn it on. | 15:57:03 |
| 6 |     Q.   And if Google had a unilateral policy not | 15:57:05 |
| 7 | to cold call Oracle employees, it would pick that | 15:57:08 |
| 8 | up, too? | 15:57:11 |
| 9 |     A.   To the extent that these are coincident in | 15:57:12 |
| 10 | time with the agreements that they had, these | 15:57:14 |
| 11 | bilateral agreements they had, and to the extent | 15:57:17 |
| 12 | that they suppress wages during that period of time, | 15:57:20 |
| 13 | it's going to be picked up by the conduct variable | 15:57:21 |
| 14 | unless there's some other control in the equation | 15:57:25 |
| 15 | that accounts for that availability. | 15:57:28 |
| 16 |     Q.   So do you know how much of this unilateral | 15:57:30 |
| 17 | activity within the defendants -- or outside of the | 15:57:32 |
| 18 | group of seven defendants is being picked up or | 15:57:35 |
| 19 | not? | 15:57:38 |
| 20 |     A.   I do not know how much.  I've indicated | 15:57:41 |
| 21 | that unless that -- that unilateral -- what you're | 15:57:45 |
| 22 | calling unilateral websites is put in place exactly | 15:57:49 |
| 23 | the same period of time that the bilateral | 15:57:53 |
| 24 | agreements were put in place, called off the same | 15:57:54 |
| 25 | time, if it satisfied that requirement, it's going | 15:57:57 |

Page 341

| | | |
|---|---|---|
| 1 | to be picked up and these equations, except to the | 15:57:59 |
| 2 | extent that is being accounted for by other | 15:58:02 |
| 3 | variables in the equation. | 15:58:06 |
| 4 | Q.   Does that matter to you that you can't pick | 15:58:09 |
| 5 | up some of that activity? | 15:58:12 |
| 6 | A.   Well, I didn't say I couldn't pick it up. | 15:58:15 |
| 7 | I said I could possibly pick it up with some of | 15:58:17 |
| 8 | these other variables in the equation -- | 15:58:20 |
| 9 | (Cross-talking.) | 15:58:20 |
| 10 | Q.   Possibly could, possibly couldn't? | 15:58:21 |
| 11 | A.   Well, you told me a possible this and a | 15:58:24 |
| 12 | possible that, so we've got sequences of possible | 15:58:25 |
| 13 | here, so, yes, the answer is possible. | 15:58:28 |
| 14 | Q.   And does it matter to you that there is a | 15:58:31 |
| 15 | lot of -- or there could be a lot of legitimate | 15:58:34 |
| 16 | activity that's being picked up in your conduct | 15:58:36 |
| 17 | regressions? | 15:58:40 |
| 18 | MR. GLACKIN:   Objection, vague and | 15:58:40 |
| 19 | ambiguous. | 15:58:42 |
| 20 | THE WITNESS:   I believe the conduct | 15:58:43 |
| 21 | variable is defined in a way that allows it to pick | 15:58:45 |
| 22 | up the effects of the these bilateral agreements. | 15:58:49 |
| 23 | BY MR. PICKETT: | 15:58:52 |
| 24 | Q.   Simply by the on-off conduct assumption? | 15:58:52 |
| 25 | A.   Correct. | 15:59:00 |

HIGHLY CONFIDENTIAL

|  |  | Page 412 |
|---|---|---|
| 1 | A.  Well, these -- | 16:00:00 |
| 2 | Q.  -- during the class periods? | 16:00:00 |
| 3 | A.  Those would be anecdotes, rather than a | 16:00:00 |
| 4 | general statement, but -- | 16:00:00 |
| 5 | Q.  It's relevant data, isn't it? | 16:00:00 |
| 6 | MR. GLACKIN:  Please finish your answer. | 16:00:00 |
| 7 | THE WITNESS:  It's relevant, but not | 16:00:00 |
| 8 | decisive. | 16:00:00 |
| 9 | BY MR. PICKETT: | 16:00:00 |
| 10 | Q.  Do you have decisive data? | 16:00:00 |
| 11 | A.  No, I do not. | 16:00:00 |
| 12 | Q.  Let me ask you about paragraph 76 on page | 16:00:00 |
| 13 | 32 of the -- | 16:00:00 |
| 14 | THE REPORTER:  One more time, off the | 16:00:00 |
| 15 | record.  Sorry. | 16:00:00 |
| 16 | THE VIDEOGRAPHER:  Okay.  Off the record. | 16:00:00 |
| 17 | It's 5:47. | 16:00:00 |
| 18 | (Recess taken.) | 17:49:52 |
| 19 | THE VIDEOGRAPHER:  Back on the record. | 17:49:52 |
| 20 | It's 5:50. | 17:50:08 |
| 21 | BY MR. PICKETT: | 17:50:14 |
| 22 | Q.  So looking at paragraph 76, you state that | 17:50:14 |
| 23 | "Agreements that reduce the number of bilateral | 17:50:18 |
| 24 | bargains further slow the price discovery process | 17:50:21 |
| 25 | and effect the whole sequence of actual | 17:50:24 |

HIGHLY CONFIDENTIAL

Page 413

| | | |
|---|---|---|
| 1 | transactions." | 17:50:26 |
| 2 | Is your opinion that the challenged | 17:50:27 |
| 3 | agreements reduced the number of bilateral bargains | 17:50:29 |
| 4 | during the class period? | 17:50:32 |
| 5 | A.   Well, I include bargains, conduct in | 17:50:35 |
| 6 | general.  And my opinion is that the anti-cold | 17:50:38 |
| 7 | calling agreements did reduce the number of | 17:50:43 |
| 8 | contacts. | 17:50:45 |
| 9 | Q.   So a bargain is not an agreement, it's a -- | 17:50:46 |
| 10 | it's a discussion about potential agreements? | 17:50:49 |
| 11 | MR. GLACKIN:  Objection, argumentative, | 17:50:54 |
| 12 | mischaracterizes. | 17:50:55 |
| 13 | THE WITNESS:  It's a communication -- I | 17:50:57 |
| 14 | want it to be defined as a communication that | 17:50:57 |
| 15 | reveals information about possibilities. | 17:51:00 |
| 16 | BY MR. PICKETT: | 17:51:04 |
| 17 | Q.   And -- | 17:51:04 |
| 18 | A.   And the more that that goes on, the more | 17:51:08 |
| 19 | rapidly will be the finding of the equilibrium | 17:51:09 |
| 20 | market. | 17:51:12 |
| 21 | Q.   How do you know that other cold calls to | 17:51:12 |
| 22 | other employers and employees didn't substitute? | 17:51:16 |
| 23 | A.   This one we've been on before, too.  So the | 17:51:23 |
| 24 | answer is, I -- I don't have evidence on that. | 17:51:26 |
| 25 | Q.   So you don't know whether the price | 17:51:30 |

HIGHLY CONFIDENTIAL

Page 414

| | | |
|---|---|---|
| 1 | discovery process was further slowed or not? | 17:51:34 |
| 2 | A.  But we will leave that to the regression. | 17:51:37 |
| 3 | This is -- lays all down the framework, the same | 17:51:39 |
| 4 | thing we've been saying over and over.  It's to set | 17:51:44 |
| 5 | the framework that suggests that there will be an | 17:51:46 |
| 6 | impact on price formation and will go to the data to | 17:51:47 |
| 7 | decide whether it's actually there. | 17:51:52 |
| 8 | MR. GLACKIN:  So I -- since you seem to be | 17:51:54 |
| 9 | moving on, I want to raise something that came up | 17:51:56 |
| 10 | over the break, which is hat Dr. Leamer needs to | 17:51:59 |
| 11 | leave here at 7:00 o'clock, to go on an airplane and | 17:52:02 |
| 12 | go.  And I don't think this deposition needs to go | 17:52:05 |
| 13 | beyond 7:00. | 17:52:07 |
| 14 | MR. PICKETT:  I'll try, but I can't | 17:52:07 |
| 15 | guaranty.  And if we need to adjourn, we can | 17:52:09 |
| 16 | reconvene. | 17:52:10 |
| 17 | MR. GLACKIN:  I just want to be clear, | 17:52:11 |
| 18 | we're going to oppose reconvening after that. | 17:52:13 |
| 19 | MR. PICKETT:  I want to tell you that if I | 17:52:15 |
| 20 | have questions, I'll go to court to try and get the | 17:52:17 |
| 21 | right to do that.  (Cross-talking.) | 17:52:20 |
| 22 | MR. GLACKIN:  Well, we made -- | 17:52:21 |
| 23 | (Cross-talking.) | 17:52:21 |
| 24 | MR. PICKETT:  Let's not waste the time now. | 17:52:22 |
| 25 | MR. GLACKIN:  We made him available for | 17:52:22 |

HIGHLY CONFIDENTIAL

Page 428

| | | |
|---|---|---|
| 1 | Q. Do you know where the new hires came | 18:07:29 |
| 2 | from? | 18:07:31 |
| 3 | A. Well, these new hires came from other | 18:07:31 |
| 4 | defendants. | 18:07:34 |
| 5 | Q. Right. So do you know if they came from an | 18:07:35 |
| 6 | Intel plant in Arizona or they came from someplace | 18:07:38 |
| 7 | else? | 18:07:41 |
| 8 | A. I could determine that, but I'm not so sure | 18:07:43 |
| 9 | that the -- that the moving van is the critical | 18:07:44 |
| 10 | issue, when you say moving cost. So there are a | 18:07:49 |
| 11 | whole lot of other dislocation costs that perhaps | 18:07:51 |
| 12 | are much more important than simply how much it | 18:07:54 |
| 13 | costs to hire a moving van. | 18:07:56 |
| 14 | Q. So at least we can agree on this, the | 18:08:00 |
| 15 | Figures 6 and 7 show that there was movement among | 18:08:02 |
| 16 | the defendants during the class period, right? | 18:08:06 |
| 17 | A. That's true. | 18:08:08 |
| 18 | Q. So the agreements didn't prevent that, | 18:08:10 |
| 19 | right? | 18:08:12 |
| 20 | A. Yes, again. | 18:08:16 |
| 21 | Q. And under your theory, wouldn't these | 18:08:17 |
| 22 | movers affect compensation? | 18:08:19 |
| 23 | A. They would, yes. | 18:08:23 |
| 24 | Q. They would have information about what the | 18:08:24 |
| 25 | other defendants are paying, correct? | 18:08:26 |

HIGHLY CONFIDENTIAL

Page 429

| | | |
|---|---|---|
| 1 | A. They would, yes. | 18:08:29 |
| 2 | Q. And that information flow would generate | 18:08:30 |
| 3 | from these movers, join the other firms, correct? | 18:08:32 |
| 4 | A. There would be information as a consequence | 18:08:38 |
| 5 | of these movers, and as a consequence of the whole | 18:08:40 |
| 6 | bargaining that led up to the move. | 18:08:43 |
| 7 | Q. Right. So did you investigate whether | 18:08:45 |
| 8 | there was enough movement to impact the information | 18:08:46 |
| 9 | flow? | 18:08:51 |
| 10 | MR. GLACKIN: Objection, asked and | 18:08:52 |
| 11 | answered. | 18:08:53 |
| 12 | THE WITNESS: So, again, we're going to | 18:08:54 |
| 13 | rely on the -- on the regression model. These are | 18:08:54 |
| 14 | conceptual possibilities that we're going to have to | 18:08:58 |
| 15 | ultimately fall back on regression models to | 18:08:59 |
| 16 | determine the impact. | 18:09:01 |
| 17 | BY MR. PICKETT: | 18:09:06 |
| 18 | Q. Let me ask you to turn to paragraph 95 on | 18:09:06 |
| 19 | page 39. There you state that, "Cold calling is | 18:09:16 |
| 20 | likely to be most active during the industry | 18:09:22 |
| 21 | expansions in which the industry overall is enjoying | 18:09:25 |
| 22 | rapid growth and facing supply constraints of | 18:09:29 |
| 23 | workers at every level experience." | 18:09:29 |
| 24 | Do you have any support for that, factually | 18:09:34 |
| 25 | or theoretical? | 18:09:37 |

HIGHLY CONFIDENTIAL

Page 476

```
 1   STATE OF CALIFORNIA     ) ss:
 2   COUNTY OF MARIN         )
 3
 4       I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 5   certify:
 6       That the foregoing deposition testimony was
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10       That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me,
13   and were thereafter transcribed under my direction
14   and supervision, and that the foregoing pages
15   contain a full, true and accurate record of all
16   proceedings and testimony to the best of my skill
17   and ability.
18       I further certify that I am neither counsel for
19   any party to said action, nor am I related to any
20   party to said action, nor am I in any way interested
21   in the outcome thereof.
22       IN THE WITNESS WHEREOF, I have transcribed my
     name this 29th day of October, 2012.
23
24
                          _____
25                        ASHLEY SOEVYN, CSR No. 12019
```