# EXHIBIT 2

# BROWN DECLARATION IN SUPPORT OF MOTION TO EXCLUDE

**HIGHLY CONFIDENTIAL**

```
                                              Page 477
 1                UNITED STATES DISTRICT COURT

 2     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4     --------------------------

       IN RE: HIGH-TECH EMPLOYEE )

 5     ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK

       --------------------------

 6

 7                    -HIGHLY CONFIDENTIAL-

 8

 9         VIDEOTAPED DEPOSITION OF EDWARD LEAMER

10               San Francisco, California

11                Tuesday, June 11, 2013

12                      Volume II

13

14

15

16

17

18

19

20

21     Reported by:

       ASHLEY SOEVYN

22     CSR No. 12019

23     Job No. 1682449

24

25     Pages  477 - 856
```

**HIGHLY CONFIDENTIAL**

Page 586

| | | |
|---|---|---|
| 1 | MR. MITTELSTAEDT:  Now Exhibit 91, which | 11:13:13 |
| 2 | I'm handing you. | 11:13:15 |
| 3 |     (Exhibit 91 marked for identification.) | 11:13:24 |
| 4 | BY MR. MITTELSTAEDT: | 11:13:24 |
| 5 |     Q.   It's meant to be the same data, except it | 11:13:24 |
| 6 | -- in three respects, it's -- it's sorted by total | 11:13:30 |
| 7 | employee years.  So you see in column 3 that it's in | 11:13:36 |
| 8 | descending order of total employee years? | 11:13:42 |
| 9 |     A.   Yes. | 11:13:48 |
| 10 |     Q.   And also we've added a section 7 over on | 11:13:49 |
| 11 | the right, which we can talk about later.  Do you | 11:13:51 |
| 12 | see that for the top six jobs in terms of total | 11:14:01 |
| 13 | employee years, none of them have the T-statistic | 11:14:04 |
| 14 | for any of the variables greater than 2?  Do you see | 11:14:10 |
| 15 | that? | 11:14:14 |
| 16 |     A.   I do see that. | 11:14:15 |
| 17 |     Q.   And do you see from the highlighting in | 11:14:17 |
| 18 | section 4 that the vast majority of T-statistics, | 11:14:21 |
| 19 | whether it's for what you call internal or external | 11:14:25 |
| 20 | variables, is less than 2? | 11:14:29 |
| 21 |     MR. GLACKIN:  Could you -- could you | 11:14:34 |
| 22 | clarify what the highlighting is? | 11:14:35 |
| 23 |     MR. MITTELSTAEDT:  The highlighting is less | 11:14:37 |
| 24 | than 2. | 11:14:39 |
| 25 |     MR. GLACKIN:  Okay.  So somebody did that | 11:14:40 |

**HIGHLY CONFIDENTIAL**

Page 592

| | | |
|---|---|---|
| 1 | contemporaneous effect, that this is a title that | 11:21:37 |
| 2 | may be disconnected on a year-by-year basis from the | 11:21:40 |
| 3 | rest of the class.  It is connected intertemporally, | 11:21:44 |
| 4 | meaning when it gets out of line, you get the | 11:21:48 |
| 5 | corrective operating. | 11:21:51 |
| 6 | So my point is you cannot look at the minus | 11:21:53 |
| 7 | .07 without also looking at the .44 phase. | 11:21:55 |
| 8 | Q.   Go back a sec, though.  What does the .07 | 11:21:59 |
| 9 | made -- mean, just looking at it by itself? | 11:21:59 |
| 10 | A.   I told you that.  You can't interpret that | 11:22:05 |
| 11 | by itself.  And the fact that it's a small negative | 11:22:08 |
| 12 | and statistically insignificant, while the other | 11:22:11 |
| 13 | variables are larger positives and not -- not as -- | 11:22:13 |
| 14 | not the true level T, but still a 1.13, I told you | 11:22:17 |
| 15 | my interpretation of those two things together is | 11:22:22 |
| 16 | that the -- the contemporaneous sharing effect is | 11:22:26 |
| 17 | probably small for this particular title.  But the | 11:22:30 |
| 18 | corrective action is important because if this title | 11:22:33 |
| 19 | compensation gets out of line with the rest of the | 11:22:36 |
| 20 | firm, then it's brought back in over time.  Okay. | 11:22:41 |
| 21 | Which is the column 12.  So, again, I'm just trying | 11:22:43 |
| 22 | to make sure that we can't do something which is | 11:22:46 |
| 23 | inappropriate, which is to interpret column 11 all | 11:22:48 |
| 24 | by itself. | 11:22:51 |
| 25 | Q.   When you say small sharing effect, it's | 11:22:51 |

**HIGHLY CONFIDENTIAL**

Page 593

```
 1    negative?                                        11:22:54

 2        A.    Well, it's statistically -- it's not   11:22:59

 3    distinguishable from zero.                       11:23:00

 4        Q.    Okay.  How do you know that?           11:23:02

 5        A.    Because T-stat in this case is minus .14.  11:23:03

 6        Q.    So below 2 or minus 2?                 11:23:07

 7        A.    Yeah, I would say that the better way of  11:23:11

 8    saying this, rather than refer to T-stat is to say  11:23:13

 9    the standard area on this is large.  So the data set  11:23:17

10    allows that coefficient to be a positive number.  11:23:19

11    There's no way to rule it out in the statistical  11:23:22

12    sense.  It's actually a positive number.         11:23:25

13        Q.    Okay.  Look at section 5, which is where  11:23:27

14    you do the net effect of the contemporary and the  11:23:31

15    lag?                                             11:23:34

16        A.    Yes.                                   11:23:35

17        Q.    And the top one is .75 with a T-statistic  11:23:36

18    less tan 2.  Does the size of that coefficient   11:23:40

19    affect your opinion in any way?                  11:23:46

20        A.    This primarily is a question of size.  11:23:48

21    And --                                           11:23:53

22        Q.    I'm asking does the -- does the size of the  11:23:53

23    coefficient affect your opinion in any way?      11:23:56

24        A.    It's primarily a question of size.  Now,  11:24:01

25    let me explain to you why the magnitude may also  11:24:03
```

**HIGHLY CONFIDENTIAL**

Page 594

1   matter, and that has to do with pulling this result      11:24:06

2   across the other titles.  So -- so you've got           11:24:11

3   this -- not just one title, but you have row after      11:24:15

4   row after row.  It all has almost all positive          11:24:18

5   coefficients.  You have to interpret any row in the     11:24:21

6   context of all these other positive coefficients.       11:24:21

7   And the bigger of all the positive coefficients, the    11:24:25

8   greater will be that source of pulling that I'm         11:24:28

9   making a reference to.                                  11:24:30

10      Q.   Did you take into account the size of the       11:24:39

11   coefficient at all?                                     11:24:42

12      A.   Well, I -- I looked over this exhibit.  I        11:24:46

13   studied the exhibit and I -- and I used that as a       11:24:48

14   basis for my conclusion --                              11:24:52

15      Q.   And so when you --                               11:24:56

16      A.   -- which is --                                   11:24:56

17      Q.   You don't need to tell me your conclusion        11:24:56

18   again, sir.  When I get down to a section 5, a          11:24:59

19   coefficient of 2.01, about 10, 11 down.  Do you see     11:25:02

20   that?                                                   11:25:08

21      A.   Yes, I do.                                       11:25:09

22      Q.   And then you go down two more and you get        11:25:09

23   to a negative .05?                                       11:25:12

24      A.   Yes.                                             11:25:16

25      Q.   Does the size of that 2.0 affect your            11:25:18

**HIGHLY CONFIDENTIAL**

Page 856

1  STATE OF CALIFORNIA      ) ss:

2  COUNTY OF MARIN           )

3

4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby

5  certify:

6        That the foregoing deposition testimony was

7  taken before me at the time and place therein set

8  forth and at which time the witness was administered

9  the oath;

10       That the testimony of the witness and all

11  objections made by counsel at the time of the

12  examination were recorded stenographically by me,

13  and were thereafter transcribed under my direction

14  and supervision, and that the foregoing pages

15  contain a full, true and accurate record of all

16  proceedings and testimony to the best of my skill

17  and ability.

18       I further certify that I am neither counsel for

19  any party to said action, nor am I related to any

20  party to said action, nor am I in any way interested

21  in the outcome thereof.

22       IN THE WITNESS WHEREOF, I have transcribed my

23  name this 17th day of June, 2013.

24

                              _____

25                            ASHLEY SOEVYN, CSR 12019