# EXHIBIT 3

# FILED WITH JOINT DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL