# EXHIBIT 4

# BROWN DECLARATION IN SUPPORT OF MOTION TO EXCLUDE

```
                                                         Page 1170
 1            UNITED STATES DISTRICT COURT
 2           NORTHERN DISTRICT OF CALIFORNIA
 3                  SAN JOSE DIVISION
 4
 5
 6   IN RE:  HIGH-TECH EMPLOYEE      )
                                     ) No. 11-CV-2509-LHK
 7   ANTITRUST LITIGATION            )
     _____)
 8
 9
10
11
12
13
14
15
16      VIDEOTAPED DEPOSITION OF EDWARD E. LEAMER Ph.D.
17              San Francisco, California
18             Thursday, December 19, 2013
19                     Volume IV
20
21   Reported by:
     CARLA SOARES
22   CSR No. 5908
23   Job No. 1784254
24
25   Pages 1170 - 1489
```

```
                                                          Page 1255
 1    .05 or .01, you propose as the correct level of        09:15:30
 2    significance a 50 percent level, correct?
 3         A    You say "50 percent" as if you're
 4    astounded by that number.  But the answer is yes.
 5         Q    In fact, you say in paragraph 86 that you    09:15:49
 6    propose a significance level of 50 percent that,
 7    quote, seems to be the correct approach in this
 8    case; is that correct?
 9         A    Well, I have a discussion about the
10    inappropriateness of the 5 percent level and said     09:16:04
11    that one alternative would be 50 percent.  There's
12    other numbers.  It could be 20 percent, 40 percent.
13    But the 50 percent has the feature that the
14    employees are fairly treated.
15         Q    At 50 percent, the likelihood that your     09:16:19
16    hypothesis is actually correct, that there was
17    actually some damage caused by the agreement, is no
18    greater than just flipping a coin; is that correct?
19         A    So it says if the damages are a penny, the
20    total damages are a penny, you and I ought to just    09:16:39
21    get together and flip a coin instead of going to all
22    the trouble of deciding whether there are damages or
23    not.
24              So you're absolutely right, that for tiny,
25    tiny damages, it says that you might as well flip     09:16:50
```

Page 1256

1  the coin.  And that gives you -- having done that,                09:16:53
2  then you have more power at a higher level of
3  damages.  So that if the damages are 10 percent,
4  that means that you only have a 10 percent chance of
5  making an error.  So there's a trade-off between       09:17:08
6  type 1 and type 2 error.
7       Q   Are you aware of any other study or any
8  literature that endorses the use of a significance
9  level of 50 percent for type 1 error?
10      A   Off the top of my head, I'm not familiar       09:17:28
11 with one, no.
12      Q   And, in fact, are you aware of any court
13 decision that says a 50 percent significance level
14 is appropriate for type 1 error?
15      A   I believe we had a ruling in this case         09:17:44
16 that the large standard error on the coefficient
17 isn't a reason to conclude that there are no
18 damages.  So that's an indirect statement.
19      Q   But that was not a statement about a
20 significance level of 50 percent, was it?               09:17:58
21      A   It's tantamount to that.  It's equivalent
22 to that in a statistical sense.
23      Q   So the court's decision in this case you
24 believe is tantamount to saying, we will accept a
25 significance level of 50 percent for type 1 error?     09:18:12

Page 1257

1  A  If we decide that a large standard error                09:18:15
2  is not reason for -- is not a reason for not
3  awarding damages, then that's equivalent to not
4  using a .05 level probability test of a point null
5  hypothesis.                                                09:18:36
6  Q  Dr. Leamer, in any of the reports that you
7  submitted to the court, or in any testimony that
8  you've given in this case prior to today, did you
9  ever suggest that a 50 percent significance level
10 for type 1 error, whether there are any damages at         09:18:49
11 all in this case, was appropriate?
12 A  Well, now your sentence is a little
13 misleading because this is a test of a point null
14 hypothesis of exactly zero, and it has nothing to do
15 with the negatives as opposed to positives.  You           09:19:08
16 want to know whether the coefficient is exactly
17 zero, and this has not come up before.
18 Q  So the answer to my question is no, you
19 did not disclose to the court that in your view the
20 appropriate level of significance for type 1 error         09:19:22
21 was no different than flipping a coin?
22      MR. GLACKIN:  Object to the form.
23      THE WITNESS:  Well, the way I said it was
24 that we have an estimate of the damages, and there's
25 a large standard error associated with that                09:19:36

|   |   |   |
|---|---|---|
|   |   | Page 1258 |
| 1 | estimate.  It could be smaller and it could be | 09:19:38 |
| 2 | larger. | |
| 3 | And I don't think that there's any special | |
| 4 | reason to favor the small as opposed to the large. | |
| 5 | We need to be fair to the employees here.  And the | 09:19:46 |
| 6 | best estimate based on this data is what it is. | |
| 7 | BY MR. RILEY: | |
| 8 | Q   But it's not significant? | |
| 9 | MR. GLACKIN:  Object to the form. | |
| 10 | THE WITNESS:  There's a large sampling | 09:19:56 |
| 11 | error associated with this coefficient.  I | |
| 12 | completely agree with that. | |
| 13 | BY MR. RILEY: | |
| 14 | Q   Thanks. | |
| 15 | In paragraph 85 of your reply report of | 09:20:41 |
| 16 | December 2013, and again, this is in discussion with | |
| 17 | using the conventional statistical significance | |
| 18 | threshold of 5 percent, you write in the penultimate | |
| 19 | sentence, "Even if the first year effect were | |
| 20 | 10 percent, the probability of finding in favor of | 09:21:08 |
| 21 | the employees is still 40 percent compared with a | |
| 22 | type 1 error that's only 5 percent." | |
| 23 | Do you see that? | |
| 24 | A   I see that. | |
| 25 | Q   Is "employees" there meant to be | 09:21:30 |

```
                                                           Page 1259
 1    "employers"?                                         09:21:33
 2         A    I think it is.
 3         Q    So let me read that the way that it was
 4    intended before you made that error.
 5              "Even if the first year effect were        09:21:43
 6    10 percent, the probability of finding in favor of
 7    the employers is still 40 percent compared with a
 8    type 1 error that is only 5 percent."
 9              Is that correct?
10         A    That's correct.                            09:21:53
11              MR. RILEY:  We need to change the DVD, so
12    why don't we take our first break.
13              THE VIDEO OPERATOR:  This marks the end of
14    Volume IV, Media No. 1, of the deposition of
15    Dr. Edward E. Leamer.  The time is 9:22 a.m.  We're  09:22:12
16    off the record.
17              (Recess, 9:22 a.m. - 9:39 a.m.)
18              THE VIDEO OPERATOR:  We are back on the
19    record at 9:39 a.m.  This marks the beginning of
20    Volume IV, Media No. 2, of the deposition of         09:39:33
21    Dr. Edward E. Leamer.
22              Please continue.
23    BY MR. RILEY:
24         Q    Dr. Leamer, again, returning to your
25    opinion in paragraph 86 of the October 2013 reply    09:39:49
```

|  |  |  |
|---|---|---|
|  |  | Page 1260 |
| 1 | report in which you state that the significance | 09:39:56 |
| 2 | threshold for a probability of finding no damage |  |
| 3 | should be set at 50 percent, have you ever used that |  |
| 4 | approach in any of your other work? |  |
| 5 |     A   I don't think I quite endorse the | 09:40:19 |
| 6 | 50 percent, but I illustrate what 50 percent would |  |
| 7 | imply.  And if I had to choose between Figure 15 |  |
| 8 | versus this other figure, then Figure -- versus |  |
| 9 | Figure 16, Figure 16 seems to me to be the better |  |
| 10 | choice. | 09:40:35 |
| 11 |         So I just want to clarify the record.  I'm |  |
| 12 | not necessarily endorsing 50 percent.  But the |  |
| 13 | specific answer to your question is, I don't do |  |
| 14 | point null hypothesis testing.  I can't remember a |  |
| 15 | setting in which the point null hypothesis of zero | 09:40:48 |
| 16 | effect was really material. |  |
| 17 |     Q   In paragraph 86 you write, with regard to |  |
| 18 | the significance level of 50 percent, you say, "This |  |
| 19 | seems to be" -- I'm sorry.  "This seems to me to be |  |
| 20 | the correct approach." | 09:41:08 |
| 21 |         Do you see that? |  |
| 22 |     A   I see that. |  |
| 23 |     Q   Right.  So have you ever used that |  |
| 24 | approach in any other work that you've done? |  |
| 25 |     A   I don't do hypothesis testing.  Most of my | 09:41:19 |

```
                                                           Page 1261
 1    work is about estimation.  And in economics, the      09:41:21
 2    idea of exact zero values is extremely implausible.
 3    So the strict hypothesis testing isn't something
 4    that enters my day-to-day statistical analysis.
 5         Q   Have you ever done any work on, for          09:41:41
 6    example, drug testing for efficacy?
 7         A   No, I have not.
 8         Q   So you've never done any work on
 9    hypothesis testing?
10             MR. GLACKIN:  Object to form.                09:41:54
11             THE WITNESS:  No, but you did bring up a
12    setting in which the point null hypothesis does make
13    sense.
14    BY MR. RILEY:
15         Q   The drug testing?                            09:42:00
16         A   Whether a drug has an impact or not.
17         Q   But I'm not asking about drug testing
18    right now.  I'm asking about the work that you've
19    done as an economist, expert witness, professional
20    expert witness.  You've never done hypothesis         09:42:12
21    testing; is that right?
22         A   We don't have anything in economics that's
23    the equivalent of a drug test.
24         Q   Again, I'm not asking about drug testing.
25    I'm asking about hypothesis testing.  So I just want  09:42:23
```

```
                                                              Page 1262
 1    to close this issue.                                  09:42:29
 2            Dr. Leamer, you have never done hypothesis
 3    testing in any work that you've done?
 4        A   I've done a lot of work over the years,
 5    and as I sit here today, I cannot recall any case in  09:42:39
 6    which I was interested in a point null hypothesis.
 7            I've done hypothesis testing having to do
 8    with signs of coefficients, but not with regard to
 9    the hypothesis of zero coefficient.
10        Q   Dr. Leamer, do you believe that the total     09:43:01
11    hiring by the defendants at any time during the
12    class period decreased as a result of the
13    do-not-cold-call agreements?
14        A   I don't know.
15        Q   Are you aware of any evidence that            09:43:15
16    suggests that total hiring by the defendants
17    decreased due to the agreements?
18        A   No, I'm not.
19        Q   Did any defendant decrease hiring during
20    the class period?                                     09:43:38
21            MR. GLACKIN:  Object to the form.
22            THE WITNESS:  It's not a clear question as
23    it's phrased.  You mean compared to -- do you mean
24    in any given year did a decline occur?  Did it
25    decline relative to what it was before?  I'm not      09:43:54
```

```
                                                          Page 1489
 1              I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4              That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were placed under oath; that a
 8   verbatim record of the proceedings was made by me
 9   using machine shorthand which was thereafter
10   transcribed under my direction; that the foregoing
11   is an accurate transcription thereof; that before
12   completion of the deposition, review of the
13   transcript was not requested.  If requested, any
14   changes made by the deponent (and provided to the
15   reporter) during the period allowed are appended
16   hereto.
17              I further certify that I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney or party to this action.
20              IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22
23   Dated: January 3, 2014
24                            _____
25                            CARLA SOARES
```