# EXHIBIT 5

# FILED WITH JOINT DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL