# EXHIBIT 6

# FILED WITH JOINT DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL