# EXHIBIT 7

# FILED WITH JOINT DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL