# EXHIBIT 9

# FILED WITH JOINT DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL