# EXHIBIT 14

# BROWN DECLARATION IN SUPPORT OF MOTION TO EXCLUDE

**From:** Marcella Butler <marcellab@google.com> on behalf of Marcella Butler
**Sent:** Tuesday, September 29, 2009 8:06 PM
**To:** Anastacia M.P. Flores (Swanson)
**Cc:** Alex Carlson; Linh-Chi Nguyen; Michelle Craig; Yolanda Mangolini; Karen Quinn; Seth
**Subject:** Re: Removal of Do Not Call list !!

Can the list please be redacted anywhere it appears?

On Tue, Sep 29, 2009 at 1:04 PM, Anastacia M.P. Flores (Swanson) <anastacias@google.com> wrote:
+Seth

Do Not Call details are also found here on The Source:

https://sites.google.com/a/google.com/sourcing/Home/helpful-tools

On Tue, Sep 29, 2009 at 1:02 PM, Alex Carlson <alexcarlson@google.com> wrote:

As far as I know and can find, the staffing site and staffing library were the only places where the DNC list appeared. I think we can consider this done unless anyone knows of additional places where this list lives/has lived internally...

Alex

On Tue, Sep 29, 2009 at 12:57 PM, Linh-Chi Nguyen <linhchi@google.com> wrote:
+ Anastacia, Alex

I've just removed the documents from the staffing library. Alex has deleted the links on the staffing site.

Warm Regards,
Linh Chi Nguyen

People Programs
Direct: 650-253-1087
Fax: 650-253-8638
linhchi@google.com

On Tue, Sep 29, 2009 at 12:50 PM, Marcella Butler <marcellab@google.com> wrote:
Linh-Chi,
I have just rec'd approval to remove the Do Not Call list anywhere that it appears. It should be completely redacted/withdrawn from anywhere that it appears. Who should be on point for that, and who can confirm that it has been taken down?

I have already pinged Alex C about this.

Thank you!

--
Marcella Butler



CONFIDENTIAL ATTORNEY'S EYES ONLY 

Director, Finance and People Operations -- Product Management
Director, Central Staffing and Staffing Programs
650-214-5532 (desk) 650-224-5162 (mobile) 650-469-0206 (fax)
marcellab@google.com

Assistant Wendy Jones - 650-214-1529 wjones@google.com

--
Alex Carlson
People Programs Specialist
Google Inc.
alexcarlson@google.com
(650)253-2136

--
Anastacia M.P. Flores | Sourcing Specialist

Google, Inc. | YouTube

650.214.5805 | anastacia@google.com

http://www.linkedin.com/in/anastaciaflores

--
Marcella Butler
Director, Finance and People Operations -- Product Management
Director, Central Staffing and Staffing Programs
650-214-5532 (desk) 650-224-5162 (mobile) 650-469-0206 (fax)
marcellab@google.com

Assistant Wendy Jones - 650-214-1529 wjones@google.com



CONFIDENTIAL ATTORNEY'S EYES ONLY