# EXHIBIT 15

## REDACTED VERSION
## SELIN DECLARATION IN SUPPORT
## OF GOOGLE'S MOTION FOR
## SUMMARY JUDGMENT

# Hiring GBS
## April 20, 2005

Arnnon Geshuri, Judy Gilbert

Contributors:  Todd Carlisle



04/19/05

# Agenda

- The Numbers
- "Interview-Free" Hiring Process Pilot
- Grants for Open Source Work
- Hiring Programs in Q2

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL



2





# Predicting Future Hiring



Three models to understand how full the hiring glass (outlook) is

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL



ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# OKR Review

---

**THEME 13:**
Innovate using people & technology structured differently

**OKR**:

**Primary Owner(s):**
Arnnon Geshuri/Shona Brown

**Status**:

🔴 RED: We won't hit this OKR without significant EMG intervention

🟡 YELLOW: We could hit this OKR if we had [x resources]

🟢 GREEN: We're sitting pretty and we'll will hit this OKR

**Plan of Action:** [if RED/YELLOW, plan to get the resources you need to hit OKR; if GREEN, a couple of lines that discuss what else you need to do to hit the OKR]

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# OKR Review

**THEME 13:**
Innovate using people & technology structured differently

**OKR**:
 Hire VP of Corporate Communications, head of European PR, and 5 additional PR people

**Primary Owner(s):**
Arnnon Geshuri/Shona Brown/David Krane

**Status**:

RED: We won't hit this OKR without significant EMG intervention

YELLOW: We could hit this OKR if we had [x resources]

GREEN: We're sitting pretty and we'll will hit this OKR

**Plan of Action:** [if RED/YELLOW, plan to get the resources you need to hit OKR; if GREEN, a couple of lines that discuss what else you need to do to hit the OKR]

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL



INTERVIEW-FREE HIRING

# Pilot Programs To Increase Candidate Pool

- Interview Free Recruting: The upcoming Eng Open House should provide a good pool of candidates for pilot program to hire Eng candidates without interviewing them



ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL



# Streamlined Conversion Process

**<u>Onsite Contingent Workforce Management</u>**

- ███████████████████████████████████████████
███████████████████████████████████████████
███████████████ you'll be able to approve temp timecards, access
headcount and spend reports for your temporary workforce and, in the
near future, initiate compliance evaluations for any of your consultant
needs.

- ████████████████████████████ this critical business function,
we will streamline the complex process of on-boarding, managing, and
paying our contingent workers and more effectively managing the risks
associated with having a contingent workforce.



ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL



04/19/05

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

11



ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL



ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

13





ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

14