# EXHIBIT C

**EXHIBIT 16**

**Top 25 New Hire Previous Employers (2007-2008)**
*Sorted by current rank*

| Rank | | | % of Reporting | Current Peer |
|---|---|---|---|---|
| Current | 06-07 | | | |
| 1 | 1 | | | |
| 2 | 3 | +1 | | |
| 3 | 2 | -1 | | |
| 4 | 4 | | | |
| 4 | 5 | +1 | | |
| 6 | 10 | +4 | | |
| 7 | 6 | -1 | | |
| 8 | 7 | -1 | | |
| 9 | 7 | -2 | | |
| 9 | 9 | | | |
| 11 | 11 | | | |
| 12 | 15 | +3 | | |
| 13 | 15 | +2 | | |
| 14 | 11 | -3 | | |
| 15 | 26 | +11 | | |
| 16 | 13 | -3 | | |
| 17 | 19 | +2 | | |
| 17 | 24 | +7 | | |
| 19 | 22 | +3 | | |
| 20 | 32 | +12 | | |
| 20 | 22 | +2 | | |
| 22 | 15 | -7 | | |
| 22 | 27 | +5 | | |
| 24 | 13 | -11 | | |
| 24 | 32 | +8 | | |

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00258494