# EXHIBIT 18

# REDACTED VERSION
# SELIN DECLARATION IN SUPPORT
# OF GOOGLE'S MOTION FOR
# SUMMARY JUDGMENT

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024150

# Google

## Sourcing Diagnostic

July 2006

# *DRAFT*



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024151

# Objectives of Today

- Share findings from sourcing diagnostic

- Discuss proposed recommendations to address current challenges

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

# Executive Summary (I)

- The recruiting environment for top talent has become more challenging
  - Increased competition from competitors
  - Greater number of start-up opportunities
  - Talent pools are getting smaller and increasingly harder to find, particularly for women and under-represented minorities

- Passive sourcing will play an increasingly larger role in recruiting as we move forward as a company
  - Efficient and effective sourcing organization critical to acquire top talent in current market landscape

- Sourcing comprised of three primary activities
  - Identifying talent pools and what sourcing tools to use ("Where to look ")
  - Searching and identifying potential leads ("Look and Find")
  - Qualifying leads and converting them into active applicants ("Contact and Cultivate")

- Current sourcing model organized around verticals
  - Central sourcing support provided for diversity talent

- There are five common drivers of sourcing problems …
  - Organization around vertical and geographic silos
  - High share of contract labor in workforce mix
  - Misaligned incentives
  - Deep understanding of unique business dynamics and requirement not widely shared among Staffing team
  - Weak connectivity between Sourcers and Recruiters and Hiring Managers
  - System capability gaps

GOOG-HIGH TECH-00024152

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024153

# Executive Summary (II)

- … which create organizational and process inefficiencies in current sourcing practices
  - Duplication of effort on searches for positions with similar candidate profile
  - Limited business knowledge transferred to recruiting staff
  - Poor connectivity between key roles within Staffing
  - Limited sharing of qualified candidates across the organization

- Key drivers of sourcing problems fall into common themes
  - Organizational structure
  - Training
  - Process improvement
  - Metrics and measurement
  - Technology

- Proposed solutions attempt to close gaps existing in current organization and align with the common themes



*-Privileged and Confidential-*

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024154

# It Will Be Challenging to Achieve Hiring Targets With Existing Recruiting Channels

## Will Need to be Supplemented by Alternative Sources



Hiring gap can be closed in three ways
- Supplement with increased passive sourcing
- Cast wider recruiting net (e.g., expand beyond target schools for campus recruiting)
- Improve pass-through rates

*-Privileged and Confidential-*



5

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024155

## The Recruiting Environment for Top Talent Has Become More Challenging…



Source: ATS

*-Privileged and Confidential-*

Google

6

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024156

# …While Inbound Flow from Job Boards Appears to Be Slowing



**Possible drivers of reduced on-line application flow**

- **Increased number of job opportunities in Bay area competing for similar skill sets**
  - **More start-up opportunities**

- **More aggressive recruiting by traditional competitors**
  - **Microsoft**
  - **EBay**
  - **Yahoo**

- **Candidates self-selecting out of process**
  - **Hesitant to enter process widely known for being extremely selective**

**Efficient and effective sourcing organization critical to acquire top talent in current market landscape**

(1) PSGA and Ops data is illustrative; currently awaiting data
Source: ATS



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024157

# As Hiring Bar Raises, Certain Sources of Talent Will Become Less Important
## Quality of Candidates Differ Significantly by Source



**Few candidates likely to come from job boards, events and advertising**

*Illustrative – Data expected 7/31*

% of total

Categories: Acquisition, Agency, Campus Rctng, EE Referral, Events/Conf., Ext. Sourcer, Faculty Referral, Google-sourced, Job Board, Newpapers/Mags, Google.com, Other

Legend:
- □ "C" Candidates
- ▨ "B" Candidates
- ▩ "A" Candidates

**Critical to find alternative candidate sources**

(1)  Reflects Q1 2006 data
Source:  Compensation team



8

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024158

# Target Hirable Pools for Diverse Talent Available Extremely Small



> **Will need to expand proactive outreach and sourcing to tap into available talent supply**

(1) Reflects Q1 2006 data
Source:  NSF.gov Land of Plenty U.S SET Workforce by sector of employment, 2004 Inside Engineer CS degrees awarded ASEE.org & 2006 University Relations Survey Data

*Privileged and Confidential*



9

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024159



Source:  ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024160





...

(1)  Reflects Q1 2006 data
Source:  ATS analysis

*-Privileged and Confidential-*



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024161

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024162



(1)  Reflects Q1 2006 data
Source:  ATS analysis

-Privileged and Confidential-



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024163



(1) Reflects Q1 2006 data
Source: ATS analysis

*-Privileged and Confidential-*



14

CONFIDENTIAL ATTORNEYS EYES ONLY



(1)  Reflects Q1-Q2 2006 data
Source:  ATS analysis

GOOG-HIGH TECH-00024164

CONFIDENTIAL ATTORNEYS EYES ONLY

# Agencies Continue to Play an Important Role Internationally



**Hires in EMEA from agencies, employee referrals and Google.com are roughly evenly distributed**



(1)  Reflects Q1 2006 data
Source:  ATS analysis

*-Privileged and Confidential-*



16

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024166

# Sourcing Comprised of Three Primary Activities
## Requires Different Skill Sets and Areas of Focus

**Where to Look**

**Look and Find**

**Contact and Cultivate**

| Identifying potential talent pools and sourcing tools | Conducting searches and identifying potential candidates | Conducting outreach to candidates and converting to active applicants |
|---|---|---|

**Skill set**

- Problem-solving facility

- Analytical
- Data mining
- Problem-solving facility
- Resume screening skills

- Communication skills
- Sales ability
- Influence skills

  

**Output**

- Sourcing strategy
- Talent pool map

- Unqualified pipeline of potential candidates

- Qualified pipeline of active applicants

*Create Pipeline*                    *Qualify Pipeline*

> **Tight integration between activities essential for effective and efficient sourcing processes**



17

CONFIDENTIAL ATTORNEYS EYES ONLY



However, current structure results in some process and organizational efficiencies
- Duplication of effort on searches for positions with similar candidate profile
- Weak connectivity between vertical and geographic silos
- Difficult to appropriately identify qualified candidates



18

GOOG-HIGH TECH-00024167

CONFIDENTIAL ATTORNEYS EYES ONLY

# Under Current Google Model, Average Sourcer Time Study is Misleading



| Typical Activities |
|---|
| **Personal** — 5% | • Lunch<br>• Coffee/bathroom breaks |
| **Contact and Cultivate** — 40% | • Phone/e-mail potential candidates<br>• Phone/Technical screens<br>• Conduct periodic "check-in" discussions |
| **Look and Find** — 45% | • Conduct boolean searches on web<br>• Data mine resume databases, ATS, social networking sites, job boards<br>• Attend conferences/events |
| **Where to look** — 10% | • Identify potential talent pools<br>• Brainstorm with peers on potential sources<br>• Identify new sourcing tools |

**Typical Sourcer** [1]

| % candidates sourced | 9% |
|---|---|
| Offer rate % | 5% |

On average, sourcers spends approximately two days a week finding potential candidates and two days building relationships with candidates
  ▪ Less than a day spent identifying new talent pools

(1)  Small sample size (n=20)
Note:  100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization
*-Privileged and Confidential-*

GOOG-HIGH TECH-00024168

Google

19

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024169

# However, the Scope of a Sourcer's Responsibility Varies Significantly Across Verticals and Geography
## Resulting in Varying Degrees of Effectiveness



**Currently no real consistency in Sourcers' role across the Staffing organization**

- Sourcers in PSGA and EngOps tend to be more data miners
  - Limited interaction with candidates
  - Focused more on creating pipeline

- Majority of Sourcer time in EMEA, SRE, QA Diversity spent on developing long-term relationships with candidates and converting to applicants
  - Also allocate time to conducting front-end recruiting activities (e.g., pre-screen)
  - Higher leverage model

May be opportunity to create consistently greater leverage for Sourcers and Recruiters across the organization

(1)  Small sample size (n=20)
Note:  100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization

*-Privileged and Confidential-*



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024170

# There is No Clear Strategy Around Sourcing Tools in Place…
## Over $1MM+ Invested in Sourcing Tools Globally Year-to-Date

| Wide Spectrum of sourcing tools with active contracts |
|---|

- Job Boards
    - Monster.com
    - Hot Jobs
    - CareerBuilder.com
    - Experience
    - Epronet
    - JobsInTheMoney

- Resume databases
    - infoGist
    - NimbleCat
    - MonsterTrak

- Social networking sites
    - LinkedIn
    - OpenVC (Europe)
    - Jobster
    - Facebook.com



We have already spent over $800K and US$300K in US and ROW respectively on various tools during the first half of 2006

Invest-ment ($K)

US
Intl

(1) Reflects data Jan-June 2006
Source: Job boards team

-Privileged and Confidential-

**Source**



21

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024171

# …Resulting in Over-investments in Tools That Have Not Historically Delivered Many Google Hires



*Illustrative – Analysis team current determining whether X-axis data is available at this level of detail*

**Investment ($K)**

Social Networking Sites

Job Boards

Resume Databases

**% of Google Hires**

(1)
Note:
Source: Job Boards team

**Limited accountability or clear idea of return on investment**



22

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024172

# There are Five Common Drivers of Sourcing Problems (I)

| Key Drivers | Problem | | | | |
|---|---|---|---|---|---|
| | Lack "One Google" perspective | Limited sharing of candidates across the organization | Poor lead tracking and follow-up | High variability in quality of passively sourced candidates | Duplicate search efforts for candidates with similar profiles and competencies |
| Silos | ● | ● | ○ | ● | ● |
| Labor force mix | ● | ● | ○ | ● | ◐ |
| Incentive model | ◐ | ● | ○ | ○ | ○ |
| Systems | ○ | ◐ | ● | ○ | ○ |
| Business Knowledge | ○ | ● | ○ | ● | ◐ |

○ Not a driver   ◐ Somewhat of a driver   ● Key driver

*-Privileged and Confidential-*

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024173

# There are Five Common Drivers of Sourcing Problems (II)

| Key Drivers | Problem | | | | |
|---|---|---|---|---|---|
| | High variability in EE referral process and response times | No strategy or accountability around sourcing tools | Sub-optimize efforts around third party research | Limited coordination around conference/ event leads | Lack of calibration b/w Sourcers, Resume Screeners and Recruiters |
| Silos | ● | ● | ● | ● | ● |
| Labor force mix | ○ | ○ | ○ | ○ | ○ |
| Incentive model | ◑ | ○ | ○ | ○ | ○ |
| Systems | ○ | ◑ | ○ | ◑ | ○ |
| Business Knowledge | ○ | ○ | ◑ | ○ | ● |

○ Not a driver    ◑ Somewhat of a driver    ● Key driver

-Privileged and Confidential-

Google

24

CONFIDENTIAL ATTORNEYS EYES ONLY

# There are Five Common Drivers of Sourcing Problems (III)

| Key Drivers | Problem | | |
|---|---|---|---|
| | Inconsistent treatment of diversity-sourced candidates | Inadequate support for international efforts | Limited ability to mine former candidates |
| Silos | ● | ● | ○ |
| Labor force mix | ○ | ○ | ○ |
| Incentive model | ○ | ○ | ○ |
| Systems | ◐ | ○ | ● |
| Business Knowledge | ● | ● | ○ |

○ Not a driver    ◐ Somewhat of a driver    ● Key driver

-Privileged and Confidential-

Google

GOOG-HIGH TECH-00024174

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024175

# Key Drivers of Sourcing Problems Fall into Common Themes
## Proposed Recommendations Attempt to Close Gaps Existing in Current Organization

**Silos**

**Labor force mix**

**Business Knowledge**

**Incentive Model**

**Systems**

**Organizational Structure**
- Centralize all pre-recruitment activities
- Centralize employee referrals
- Expand resume screening beyond Eng
- Develop sourcing and screen capability in EMEA

**Process**
- Rationalize current suite of sourcing tools
- Establish governance model around sourcing tools
- Develop specific job profiles with pre-defined competencies
- Tap into additional talent pools to cast a wider net and increase quality of pipeline
- Create "hot candidate" lists of high priority applicants to be shared weekly

**Training**
- Develop and implement Sourcer training
- Expand new hire Staffing orientation beyond systems training

**Metrics and Measurement**
- Implement metrics to monitor sourcing tool usage and effectiveness
- Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates

**Technology**
- Build out systemic lead management functionality
- Enhance data mining capabilities within ATS
- Develop systemic capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers



26

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Organizational Structure Seeks to Resolve Challenges With Current Organization
## Expect to Achieve a Number of Benefits



**Sourcing Manager** — *Oversees all pre-recruitment activities*

**Lead Recruiters** *(by Vertical)*

**Strategy**
- *Identifies and maps talent pools*
- *Develops sourcing strategy*
- *Evaluates/ monitors tool usage and effectiveness*
- *Coordinates purchase of 3rd party research/ directories*

**Resume Screeners**
*Screens resumes for all active applicants*

**Diversity**
- *Build diversity talent pipeline*
- *Provide front-end sourcing for conferences*
- *Qualify leads sourced from programs*

**Data Miners**
*Conduct searches to generate potential candidate names*

**Sourcers**
*Develop candidate pipeline for Cand. Dvlprs*

**Candidate Developers**
- *Qualify leads*
- *Pre-screen*
- *Convert to active applicants*

**Expected Benefits**
- **More efficient knowledge and best practice sharing**
- **Avoid diluting focus of Sourcers and Candidate Developers**
- **Greater consistency around sourcing tool usage**
- **Enables better sharing of candidates for positions with similar profiles and competencies**
- **Matrixed reporting structure between Sourcers and vertical Candidate Developers helps maintain business connectivity**
- **Centralized pool enables greater fungibility of resources and supports dynamic resource allocation model**
    - **Better able to allocate resources to areas where most needed; dynamic not static**

GOOG-HIGH TECH-00024176

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024177

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (I)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Organizational Structure | • Centralize "Where to Look" and "Look & Find" activities under a Sourcing Manager<br>  - Sourcing strategy<br>  - Tool identification<br>  - Data mining<br>  - Candidate search<br>  - Lead qualification (including leads generated from events/conferences)<br><br>• Central team acts as strategic sourcing arm<br>  - Develops and refines global sourcing strategy<br>  - Identifies, evaluates and monitors sourcing tool usage and effectiveness<br>  - Maps and updates global talent pools<br>  - Coordinates and purchases third party research and directories<br><br>• Two utilities<br>  - One based in MTV, other in EMEA<br>  - Utilities to be aligned with Verticals<br><br>• Maintain distributed models for "Contact & Cultivate", excluding diversity | • No strategy or accountability around sourcing tools<br><br>• Lack "One Google" perspective<br><br>• Limited sharing of candidates across the organization<br><br>• Duplicate search efforts for candidates with similar profiles and competencies<br><br>• Sub-optimize efforts around third party research<br><br>• Inconsistent treatment and limited coordination around conference/ event leads<br><br>• Inconsistent treatment of diversity-sourced candidates |
| | • Centralize ownership of Eng, Ops and PSGA employee referrals<br>  - Create formal service level agreement to establish appropriate response times | • High variability in EE referral process and response times |




28

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (II)

| Theme | Recommendation | | Problem It Will Help Address |
|---|---|---|---|
| Organizational Structure | • **Expand Resume Screening function to include Ops and PSGA**<br> - **Create international resume screening capability in EMEA** | ⇨ | • **Lack of calibration between Sourcers, Resume Screeners and Recruiters** |
| Training | • **Establish formal Sourcer education series**<br> - **New hire orientation**<br> - **Refresher training for existing team members**<br><br>• **Training to include:**<br> - **Business/product overviews**<br> - **Overviews of office locations and specialties**<br> - **Profiles of ideal candidates and key competencies**<br> - **Resume screening skills**<br> - **Overview of sourcing tools** | ⇨ | • **Limited sharing of candidates across the organization**<br><br>• **High variability in quality of passively sourced candidates** |
| Process Improvement | • **Within newly constructed centralized team, align "Look & Find" resources by vertical to ensure appropriate connectivity with business**<br> - **Prior to posting req, conduct 3-way meetings between Sourcer, Candidate Developer, Recruiter and Hiring Manager** | ⇨ | • **High variability in quality of passively sourced candidates** |
| | • **Create weekly "hot candidate" lists for candidates fitting overall Google profile but rejected for specific area** | ⇨ | • **Limited sharing of candidates across the organization** |

GOOG-HIGH TECH-00024178

29

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024179

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (III)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| **Process Improvement** | • Establish specific job profiles with pre-defined competencies for all position families within Google | • High variability in quality of passively sourced candidates |
| | • Establish governance model around sourcing tools with broad representation<br>  - Develop evaluation criteria<br>  - Evaluate current tools<br>  - Rationalize current suite of tools<br>  - Establish on-going governance process | • No strategy or accountability around sourcing tools |
| | • Tap into additional sources of talent in order to cast a wider net and increase quality of pipeline, e.g.,<br>  - Develop University Alumni program<br>  - Cast wider net beyond target schools | • High variability in quality of passively sourced candidates |
| **Metrics and Measurement** | • Develop and implement metrics to monitor usage and track effectiveness (ROI) of sourcing tools | • No strategy or accountability around sourcing tools |
| | • Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates | • Limited sharing of candidates across the organization |
| **Technology** | • Build out systemic lead management functionality integrated with ATS<br>  - Currently in development | • Poor lead tracking and follow-up |

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024180

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (IV)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Technology | • **Develop system-based capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers** | • **Limited sharing of candidates across the organization** |
|  | • **Enhance data mining capabilities within ATS**<br>  - **More searchable database will enable more efficient sourcing of candidates with higher potential of being Google fit, e.g.,**<br>      • **Former decline, Reject from Eng who is appropriate for PM** | • **Limited sharing of candidates across the organization** |

31

CONFIDENTIAL ATTORNEYS EYES ONLY

# Next Steps

**Estimated Timing**

• **Complete outstanding data analysis**                                                        **July 31**

• **Refine organizational and process recommendations**                        **July 31**
- **More clearly articulate roles and responsibilities**
- **Flesh out process flows**

• **Develop implementation and communication strategy**                      **Aug 9**

• **Continue moving forward with key tactical initiatives that will
  help move the needle in the short-term**
- **Work with key Staffing stakeholders to develop and roll out**      **Mid-Sept**
  **Sourcer training by Sept**
- **Rationalize current suite of sourcing tools and develop**               **Mid-Aug**
  **governance model for tool evaluation go-forward**
- **Develop pilot university alumni program**                                          **Mid-Sept**

*-Privileged and Confidential-*

Google

GOOG-HIGH TECH-00024181



CONFIDENTIAL ATTORNEYS EYES ONLY

# APPENDIX

GOOG-HIGH TECH-00024182

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024183

# Size of Hiring Gap Differs by Business Vertical

*Illustrative*







(1)
Note:
Source:



34

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024184



**Enables Recruiters to focus limited bandwidth on only those candidates with the highest probability of being hired**
- **Similar model used in On-line Sales and Product Marketing**

*-Privileged and Confidential-*

Google
35

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024185

# Five Key Staffing Roles
## Scope of Responsibilities Varies Depending on Vertical

**Scope of Responsibilities**

**Role**

### Sourcer
- Mine key data sources for potentially qualified passive candidates
- Convert leads to applicants
- Identify potentially qualified passive candidates and encourage them to attend Google events/conferences *(Diversity only)*
- Pre-screen and qualify leads for specific technical skills *(specific Verticals only)*
- Help shepherd diversity candidates through the application process *(Diversity only)*

### Candidate Developer *(Diversity only)*
- Cold-call identified candidates passed from Diversity sourcers to "sell" them Google and encourage them to apply on-line
- Help shepherd diversity candidates through the application process

### Resume Screener
- Pre-screen Eng-Ops on-line applications and employee referrals to pre-qualify candidates prior to forwarding on to Recruiter

### Recruiting Coordinator
- Schedule phone-screen and on-site interviews
- Manage administrative end of candidate recruiting process

### Recruiter
- Screen resumes in active queues *(PSGA only)*
- Gather interview feedback
- Prepare hiring committee and offer review packages
- Act as primary liaison with candidate

**No real consistency on how various roles are used**
- **In some areas, multiple roles are collapsed into single functions**



36

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024186

# Similar Distribution Exists by Industry Vertical



(1)  Reflects Q1 2006 data
Source:  ATS analysis

*-Privileged and Confidential-*



37

CONFIDENTIAL ATTORNEYS EYES ONLY

# Interview Program Included Key Stakeholders
### Over 35 Sourcers, Recruiters, and Staffing Program Managers Interviewed to Date

**Diversity**



**Engineering**

**Gen'l Eng**:



**SRE**:

**Platforms**:
Brad Strader

**Ops**

**PSGA**

**Enterprise**

**Product Development**

**HR/Finance**

**On-line Sales**

**PSO**

**Staffing Programs**



**International**



**Other**



Note: *Italics* indicate interview scheduled but not yet completed


*-Privileged and Confidential-*



GOOG-HIGH TECH-00024187

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024188

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(I)
## Organization

| | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| **Organization** | Large contingent workforce | • Difficult to attract best recruiting talent who have full-time opportunities<br><br>• High degree of churn creates instability within workforce<br>  - Loss of institutional knowledge<br><br>• 3-month learning curve coupled with 12-month contract<br>  - Releasing talent just as Recruiters/ Sourcers become productive<br><br>• Can foster competitive dynamics<br>  - Focus is on getting converted | • Shift Recruiting and Sourcer team mix towards more full-time resources |
| | Lack of transparency in Contractor conversion process | • Lowers morale among recruiting and sourcing staff<br>  - Decision feels out of their control | • Define clear, explicit selection criteria<br>  - Ensure they are understood by all staff |
| | Recruiters/Sourcers work in vertical silos | • Lack visibility into what fellow team members are working on<br>  - Unable to effectively share qualified candidates<br>  - Qualified candidates can languish in incorrect queues<br><br>• Limited understanding of functions outside immediate area and how roles relate to each other<br><br>• Poor communication between groups | • Implement mechanisms to actively and regularly connect Sourcers/Recruiters across the organization<br><br>• Reinstate centralized training sessions<br><br>• Create on-line resource to provide visibility into searches of other Sourcers/Recruiters |

39

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024189

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(II)

## Organization

| | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| **Organization** | **Weak linkages between Sourcers and Recruiters and Hiring Managers** | • **With some exceptions, general distrust of quality of candidates forwarded from Sourcers**<br><br>• **Sourcers lack sufficient understanding of requirements of specific roles**<br>  - **Difficult to appropriately identify qualified candidates** | • **Where possible, co-locate Sourcers with their recruiting team and specific client groups**<br>  - **Work in small teams**<br><br>• **Conduct 3-way discussions upfront between Sourcer, Recruiter and Hiring Manager**<br>  - **Establish specific position profiles with defined competencies**<br>  - **Communicate desired candidate profile need to discuss upfront together** |
| | **Wide variation in abilities among Recruiters** | • **Inability of some Recruiters to effectively manage full lifecycle, including sourcing**<br>  - **Unable able to carry "fair share" of burden for growth targets** | • **Use more consistency in Recruiter profile hired into Google**<br>  - **Ensure full suite of Recruiting skills**<br><br>• **Expand sourcing skills of existing recruiters** |
| | **Too resource-constrained to adequately manage pace of growth** | • **Latency in early stages of recruiting process**<br>  - **Applicants can languish in long queues**<br><br>• **High risk of burn out or diminishing returns** | • **Thoughtfully add Staffing resources where they are most needed**<br><br>• **Consider expanding roles of more junior staff to alleviate administrative burden of recruiters** |

*-Privileged and Confidential-*

Google

40

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(III)

## Process

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| **Lack coherent strategy and accountability around various sourcing tools, e.g.,**<br>• **Job boards, resume databases, events, conferences, agencies etc.** | • **Lack systemic way to track ROI of various tools employed**<br>  - **Risk over-investing in certain tools and under-investing in others**<br>  - **Unable to accurately track cost/hire** | • **Evaluate each tool individually**<br><br>• **Implement metrics to monitor usage and track effectiveness**<br><br>• **Assign accountability for sourcing tool investments** |
| **Lack robust, systemic lead management capability** | • **No formalized way to capture, track and follow-up on leads**<br>  - **Data scattered among multiple mediums (ATS, Excel spreadsheets, Salesforce.com)**<br>  - **Problematic when Sourcer/Recruiter contract expires** | • **Assign Staffing ownership for allocation of PSGA employee referrals**<br><br>• **Build out lead management functionality** |
| **No formalized, coordinated way to share candidates across functions**<br>  - **Compounded by lack of visibility into what other team members work on** | • **Sub-optimize staffing processes**<br>  - **No incentive to change behavior**<br>  - **Concern more for good of the vertical function vs. the enterprise**<br><br>• **Lose qualified candidates rejected for one area but appropriate for another** | • **Implement mechanisms to regularly connect Sourcers/Recruiters across the organization**<br><br>• **Modify productivity metrics to provide "credit" for sharing candidates**<br><br>• **Consider creating clearinghouse function** |

*Process*

*-Privileged and Confidential-*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024190

Google

41

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(IV)

## Process

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| Limited business knowledge transferred to recruiting staff<br>• No formal training beyond Staffing systems training | • Steepens learning curve for Recruiters and Sourcers<br> - Not as effective initially as could be | • Leverage education series recently launched in Paris, e.g.,<br> - Provides business overviews, ideal candidate profiles, etc.<br>• Create resource for Staffing members to look up roles of others |
| Significant administrative requirements for Recruiters<br>• Particularly internationally | • Limits time available for sourcing for Recruiters needing to supplement their own queues | • Where possible, move more administrative responsibilities to Recruiting Coordinators, e.g.,<br> - Printing and creation of offer packets<br> - New hire set up<br><br>• Add Coordinator role in EMEA |
| Ownership of event attendee lists | • Competition for names results in lack of coordination around candidates qualified for multiple profiles<br> - Lose viable candidate<br>• No resource to follow up on non-diversity leads | • Designate central owner in Staffing or Staffing Programs not aligned with a specific vertical |
| No coordinated way to request and capture research data | • Individual efforts initiated within various Verticals<br> - More expensive than if launched a coordinated effort | • Designate central research owner in Staffing responsible for purchasing research |

*Process*

*-Privileged and Confidential-*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024191

Google

42

CONFIDENTIAL ATTORNEYS EYES ONLY

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(IV)

## Process

| Issue/Challenge | Impact | | Potential Resolution |
|---|---|---|---|
| Employee Referral Program challenges | • SLAs not being met with applicants sitting in Recruiter queues<br>  - Risk losing candidates with highest probability of passing Google bar<br><br>• Lack active owner for PSGA Employee Referral program<br>  - No way to actively enforce SLA because responsibility not centralized | | • Assign Staffing ownership for allocation of PSGA employee referrals |
| Lack of pre-defined job profiles<br>• Particularly on EngOps side | • Makes sourcing for right candidate more challenging<br>  - No clear guidelines | | • Define key competencies for each job profile<br><br>• Re-write job descriptions to ensure understanding by external candidates |

*Process* (vertical label on left side of table)

*-Privileged and Confidential-*

Google

43

GOOG-HIGH TECH-00024192

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024193

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(V)

## Talent Pool

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| No current methodology to map out global talent pools | • No central database or library to enable lead and competitive data to be indexed and retrieved across the organization<br><br>• Inability to be strategic about identifying and attracting high quality talent<br>  - Sub-optimize leverage of costly Staffing resources | • Design and implement process to gather and organize leads and competitive data<br><br>• Develop talent pool mapping strategy and competitive intelligence capability |
| Small, qualified talent pools for certain areas, e.g,<br>  • SRE<br>  • Diversity | • Women and minorities continue to be under-represented within specific technical functions and internationally | • Tap into additional sources of talent in order to cast a wider net and increase potential pipeline, e.g.,<br>  - Consider University Alumni program<br>  - Forge partnerships with diversity alumni groups |
| Overall recruiting environment becoming more challenging | • Active pipelines appear to be shrinking<br>  - Passive sourcing likely to become increasingly more important<br><br>• Current sources becoming even less effective in yielding qualified candidates | • Develop comprehensive sourcing strategy<br>  - Include scenario analysis for different market environments |
| Strict application of hiring bar | • Some pools of talent not at target Tier 1,2 and 3 schools<br>  - Particularly true for diversity and international PSGA candidates | • Cast wider net beyond target schools, e.g.,<br>  - Consortium schools |

*Talent Pool*

*-Privileged and Confidential-*

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024194

# …While Others Challenges are Unique

| Diversity | International |
|---|---|

**Diversity**

- Diversity team-sourced candidates auto-rejecting in resume screen
  - May have slightly different background than typical Google candidate
  - Diversity team having to implement manual work arounds to "revive" candidates and actively engage recruiters

- Latency in recruiting process costing Google to lose talented diversity candidates
  - Diversity team-sourced candidates getting lost in enormous queues as there is currently no way to flag applicants
    - Unable to segregate and work within specific SLAs (similar to EE Referrals)
  - Due to smaller population, latency in process disproportionately negatively impacts diverse applicants than general population
  - Diversity team must individually follow up with lead recruiters as stop-gap

- Lack of clear leadership within Diversity team
  - Separation between Candidate Developers and Program Sourcers somewhat artificial
  - Image issues within broader Staffing team

**International**

- No sourcing capability resident in EMEA
  - Without global sourcing function may not be tapping into all valuable talent pools

- Mountain View-based international allocated resources not effective or tenable
  - EMEA-based staff never been informed of who specific resources in Mountain View are
  - Time zone differences constrain ability to contact candidates
  - Don't adequately understand focus of individual EMEA recruiters and therefore queue candidates incorrectly

- Overly reliant on costly agencies for pipeline creation
  - Accounts for ~33% of all hires

- High hiring bar coupled with the need to recruit for multiple languages creates increasingly challenging environment (support 25 languages)

- Best recruiting talent difficult to convert in EMEA
  - Tend not to have university degrees and therefore fail to meet standard Google bar

*-Privileged and Confidential-*

Google

45

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Header:**

Enter Title of Presentation Here

**Footer:**

Google Confidential

**Slide 1:**

Enter Title of Presentation Here

Google Confidential

**Slide 2:**

Enter Title of Presentation Here

Google Confidential

**Slide 3:**

Enter Title of Presentation Here

Google Confidential

**Slide 4:**

Enter Title of Presentation Here

Google Confidential

**Slide 5:**

Enter Title of Presentation Here

GOOG-HIGH TECH-00024195

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 6:**

Enter Title of Presentation Here

Google Confidential

**Slide 7:**

Enter Title of Presentation Here

Google Confidential

**Slide 8:**

Enter Title of Presentation Here

Google Confidential

**Slide 9:**

Enter Title of Presentation Here

Google Confidential

**Slide 10:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024196

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 11:**

Enter Title of Presentation Here

Google Confidential

**Slide 12:**

Enter Title of Presentation Here

Google Confidential

**Slide 13:**

Enter Title of Presentation Here

Google Confidential

**Slide 14:**

Enter Title of Presentation Here

Google Confidential

**Slide 15:**

Enter Title of Presentation Here

Google Confidential

**Slide 16:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024197

CONFIDENTIAL ATTORNEYS EYES ONLY

**Slide Notes**

**Slide 17:**

Enter Title of Presentation Here

Google Confidential

**Slide 18:**

Enter Title of Presentation Here

Google Confidential

**Slide 19:**

Enter Title of Presentation Here

Google Confidential

**Slide 20:**

Enter Title of Presentation Here

Google Confidential

**Slide 21:**

Enter Title of Presentation Here

Google Confidential

**Slide 22:**

GOOG-HIGH TECH-00024198

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 23:**

Enter Title of Presentation Here

Google Confidential

**Slide 24:**

Enter Title of Presentation Here

Google Confidential

**Slide 25:**

Enter Title of Presentation Here

Google Confidential

**Slide 26:**

Enter Title of Presentation Here

Google Confidential

**Slide 27:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024199

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 28:**

Enter Title of Presentation Here

Google Confidential

**Slide 29:**

Enter Title of Presentation Here

Google Confidential

**Slide 30:**

Enter Title of Presentation Here

Google Confidential

**Slide 31:**

Enter Title of Presentation Here

Google Confidential

**Slide 32:**

Enter Title of Presentation Here

Google Confidential

**Slide 33:**

Enter Title of Presentation Here

GOOG-HIGH TECH-00024200

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024201

**Slide Notes**

**Slide 34:**

Enter Title of Presentation Here

Google Confidential

**Slide 35:**

Enter Title of Presentation Here

Google Confidential

**Slide 36:**

Enter Title of Presentation Here

Google Confidential

**Slide 37:**

Enter Title of Presentation Here

Google Confidential

**Slide 38:**

Enter Title of Presentation Here

Google Confidential

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 39:**

Enter Title of Presentation Here

Google Confidential

**Slide 40:**

Enter Title of Presentation Here

Google Confidential

**Slide 41:**

Enter Title of Presentation Here

Google Confidential

**Slide 42:**

Enter Title of Presentation Here

Google Confidential

**Slide 43:**

Enter Title of Presentation Here

Google Confidential

**Slide 44:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024202

CONFIDENTIAL ATTORNEYS EYES ONLY

**Slide 45:**

Enter Title of Presentation Here

Google Confidential

# Slide Notes

GOOG-HIGH TECH-00024203