# EXHIBIT N

# EXHIBIT 6

# REDACTED VERSION

# BROWN DECLARATION IN SUPPORT OF MOTION TO STRIKE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CONFIDENTIAL – TO BE FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEES ANTITRUST LITIGATION  _____  THIS DOCUMENT RELATES TO:  ALL ACTIONS | No.  11-CV-2509-LHK |

**EXPERT REPORT OF EDWARD E. LEAMER, PH.D.**

October 28, 2013