# EXHIBIT O

# EXHIBIT 7

# REDACTED VERSION
# BROWN DECLARATION IN SUPPORT OF MOTION TO STRIKE



HIGHLY CONFIDENTIAL — ATTORNEYS' EYES ONLY



# Expert Report of Lauren J. Stiroh, Ph.D.

*In re: High-Tech Employee Antitrust Litigation*

November 25, 2013