# EXHIBIT P

# EXHIBIT 8

# REDACTED VERSION
# BROWN DECLARATION IN SUPPORT OF MOTION TO STRIKE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

HIGHLY CONFIDENTIAL – TO BE FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEES ANTITRUST LITIGATION<br><br>_____<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | No.  11-CV-2509-LHK |

**REPLY EXPERT REPORT OF EDWARD E. LEAMER, PH.D.**

December 11, 2013