# EXHIBIT T

# EXHIBIT 8

# REDACTED VERSION
# BROWN DECLARATION IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

CONFIDENTIAL — TO BE FILED UNDER SEAL
SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEES ANTITRUST LITIGATION _____ THIS DOCUMENT RELATES TO: ALL ACTIONS | No.  11-CV-2509-LHK |

**EXPERT REPORT OF EDWARD E. LEAMER, PH.D.**

October 28, 2013