# EXHIBIT Z

# EXHIBIT 114

# REDACTED VERSION
# STIROH DECLARATION IN SUPPORT OF MOTION TO EXCLUDE

