Robert A. Mittelstaedt #60359
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan #215335
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | **Master Docket No. 11-CV-2509-LHK** |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF JEFF VIJUNGCO IN SUPPORT OF MOTION TO SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

I, Jeff Vijungco, declare as follows:

1. I am the Vice President of Worldwide Talent Acquisition at Adobe Systems Inc. ("Adobe"). I have been employed by Adobe for more than 10 years. I have personal knowledge of the matters stated in this declaration, except those matters stated on information and belief. I make this declaration in support of Defendants' Motion to Seal. If called and sworn as a witness, I could and would competently testify to the matters stated below.

2. I have reviewed the following document, which Adobe seeks to redact and file under seal: Expert Report of Professor Kevin M. Murphy, November 12, 2012 ("Murphy Report 11/12/2012"), Appendix 1.

3. Appendix 1 reveals confidential information regarding Adobe's hiring and recruiting data.

4. Through my work in Adobe's Human Resources Department, I am familiar with the data contained in these redacted portions of Appendix 1 and how that information is maintained at Adobe.

5. Adobe's practice is to keep the above information, and other similar information, confidential, for internal use only, and not to disclose such information to the public. I am informed and believe that Adobe has taken reasonable steps to ensure that this data and similar documents and data remain confidential, including designating them "Confidential – Attorneys' Eyes Only" pursuant to the Protective Order in this Action.

6. The public disclosure of this information would competitively harm Adobe, including impairing its competitive position in recruiting and hiring employees, and potentially reveal confidential data used in recruiting and hiring employees. This data reveals information about Adobe's practices, methods, and sources for recruiting and hiring employees. Adobe derives independent economic value from keeping its recruiting and hiring practices, methods, and sources confidential, including keeping it from other persons and entities who could obtain economic value from its disclosure or use.

7. Moreover, the public disclosure of this information, created for internal use, would give third-parties insights into confidential and sensitive aspects of Adobe's operations and

1  deprive Adobe of its investment in developing these practices, methods, and sources. Such
2  disclosure would give other entities an unearned advantage by giving them the benefit of knowing
3  Adobe's recruiting and hiring practices, methods, and sources.

5  I declare under penalty of perjury under the laws of the United States that the foregoing is
6  true and correct. Executed this 9 day of January 2014 in San Jose, California.

By: _____
Jeff Vijungco

SFI-848675v1