Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF ERRATA AND ERRATA TO EXHIBITS N-P, T AND U TO THE DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL** |

On January 10, 2014, Defendants Adobe Systems, Inc., Apple Inc., Google Inc., and Intel Corporation (collectively, "Defendants") filed a Joint Administrative Motion to Seal and the supporting Declaration of Lin W. Kahn ("Kahn Declaration") attaching Exhibits A through Z. ECF No. 577.  Defendant Adobe Systems, Inc. ("Adobe") hereby submits an Errata to the following Exhibits to the Kahn Declaration:

- Exhibit N, the Initial Merits Expert Report of Edward E. Leamer, Ph.D., October 28, 2013 ("Leamer October 2013 Report"), attached as Exhibit 6 to the Declaration of Christina J. Brown in Support of Defendants' Joint Motion to Strike Improper Rebuttal Testimony in Dr. Leamer's Expert Report, or in the Alternative, for Leave to Submit a Reply Report of Dr. Stiroh ("Brown Decl. ISO Motion to Strike");
- Exhibit O, the Expert Report of Lauren Stiroh, November 25, 2013 ("Stiroh Report"), attached as Exhibit 7 to the Brown Decl. ISO Motion to Strike;
- Exhibit P, the Reply Report of Edward E. Leamer, Ph.D., December 11, 2013 ("Leamer December 2013 Report"), attached as Exhibit 8 to the Brown Decl. ISO Motion to Strike;
- Exhibit T, Leamer October 2013 Report, attached as Exhibit 8 to the Declaration of Christina J. Brown in Support of Defendants' Joint Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D. ("Brown Decl. ISO Motion to Exclude"); and
- Exhibit U, Leamer December 2013 Report, attached as Exhibit 9 to the Brown Decl. ISO Motion to Exclude.

Incomplete copies of these exhibits were filed.  Attached hereto are the corrected versions of these exhibits.  For the convenience of the Court, Adobe will submit a courtesy chambers copy of this Errata with attached exhibits, as well as a full and complete set of all exhibits attached to the Kahn Declaration.

| | | |
|---|---|---|
| 1 | Dated: January 10, 2014 | JONES DAY |
| 2 | | |
| 3 | | By:  /s/ Lin W. Kahn  <br> Lin W. Kahn |
| 4 | | Robert A. Mittelstaedt |
| 5 | | David C. Kiernan <br> Lin W. Kahn |
| 6 | | 555 California Street, 26th Floor <br> San Francisco, CA  94104 |
| 7 | | Telephone:  (415) 626-3939 <br> Facsimile:  (415) 875-5700 |
| 8 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 9 | SFI-848800v1 | |

-3-