1   EMILY JOHNSON HENN (S.B. #269482)
    ehenn@cov.com
2   COVINGTON & BURLING LLP
    333 Twin Dolphin Dr., Suite 700
3   Redwood Shores, CA  94065
    Telephone:    (650) 632-4700
4   Facsimile:    (650) 632-4800

5   DEBORAH A. GARZA (*pro hac vice*)
    dgarza@cov.com
6   JOHN W. NIELDS JR. (*pro hac vice*)
    jnields@cov.com
7   THOMAS A. ISAACSON (*pro hac vice*)
    tisaacson@cov.com
8   CHINUE RICHARDSON (*pro hac vice*)
    crichardson@cov.com
9   COVINGTON & BURLING LLP
    1201 Pennsylvania Avenue, NW
10  Washington, DC 20004
    Telephone:    (202) 662-6000
11  Facsimile:    (202) 662-6291

12  Attorneys for Defendants
    PIXAR and LUCASFILM LTD.
13

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: C 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | **AMENDED [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  On January 10, defendants Adobe Systems, Inc., Apple Inc., Google Inc., and Intel
2  Corporation (collectively, "Non-Settling Defendants") filed a Joint Administrative Motion to
3  Seal (Dkt. No. 577).

4  Pixar and Lucasfilm seek to maintain portions of the Expert Report of Lauren Stiroh
5  ("Stiroh Report") (Dkt. No. 574), which was filed in connection with Non-Settling Defendants'
6  Motion To Exclude the Expert Testimony of Edward E. Leamer, Ph.D. ("Leamer *Daubert*
7  Motion") (Dkt. No. 570).  Lucasfilm also seeks to seal portions of Exhibit 32 to the Declaration
8  of Anne Selin (Dkt. No. 569) in support of Google's Motion for Summary Judgment.  Pixar
9  filed the Declaration of James K. Kennedy in support of its request to seal, and Lucasfilm filed
10 the Declaration of Rhonda Hjort in support of its request to seal.

11 Good cause and compelling reasons having been shown, the motion is GRANTED.
12 Portions of the following documents, as described in Pixar and Lucasfilm's supporting
13 declarations, shall be maintained under seal:

14   1.  Portions of Paragraphs 71 and 77 of the Stiroh Report (Dkt. No. 574).
15   2.  Portions of Exhibit 32 to the Selin Declaration (Dkt. No. 569).
16 IT IS SO ORDERED.

                                                  By: _____
                                                  THE HONORABLE LUCY H. KOH
                                                  United States District Judge