MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:   (650) 331-2061

*Attorneys for Defendant
Google Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTI-TRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS** |

1   Having considered Defendants' Joint Response to Plaintiffs' Administrative Motion to
2   Seal Portions of Plaintiffs' Motion to Exclude Expert Testimony Proferred by Defendants and the
3   Declarations submitted in support thereof, GOOD CAUSE HAVING BEEN SHOWN, IT IS
4   HEREBY ORDERED THAT Defendants' Joint Administrative Motion is GRANTED and the
5   following be filed under seal:

| Exhibit to Cisneros Decl. | Title | Filed Under Seal/ Redacted |
|---|---|---|
| 2 | Expert Report of Lauren J. Stiroh, November 25, 2013:<br>• ¶¶ 20-28, pages 10-14;<br>• ¶ 30, page 14;<br>• ¶32, pages 14-15;<br>• Footnote 65, page 14;<br>• Footnote 69, page 15;<br>• ¶¶ 33-36, pages 15-16;<br>• Footnotes 76-79, 81, page 16;<br>• ¶ 38, page 17;<br>• ¶¶ 40-41, page 17;<br>• Footnotes 85-87, pages 17-18;<br>• ¶ 43, page 19;<br>• Footnotes 93-95, 100, page 19;<br>• ¶¶ 45-47, pages 20-21;<br>• Footnotes 102, 104-105, page 20;<br>• ¶¶ 50-67, pages 22-27;<br>• Footnotes 116-117, page 23;<br>• Footnote 130, page 24;<br>• ¶ 71, page 28;<br>• ¶ 77, page 29;<br>• ¶¶ 79-82, pages 30-31;<br>• Footnote 189, page 36;<br>• ¶¶ 111-112, pages 42-43;<br>• Footnotes 206-207, page 42;<br>• Footnote 210, page 43;<br>• ¶ 121-122, page 46;<br>• Footnote 225, page 46;<br>• ¶ 134-140, pages 50-52; | Redacted |

1
[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT
TESTIMONY PROFFERED BY DEFENDANTS;
NO. 11-CV-2509 LHK

| | | | |
|---|---|---|---|
| | | - Footnote 235, page 51;<br>- Footnotes 236-237, page 52;<br>- ¶ 180, page 66;<br>- ¶ 193, page 70;<br>- ¶ 201, page 72;<br>- ¶ 206, page 74;<br>- ¶ 209, page 75;<br>- Exhibit III.3-16, 19-32, 34-55;<br>- Exhibit IV.1, 3-5, 7-16, 19, 20-24, 26-30, 33, 35-37, 39, 40;<br>- Exhibit V.5;<br>- Exhibit VII.3; and<br>- Appendix Exhibit III.1 | |
| | 4 | Expert Report of David Lewin, Ph.D., dated November 25, 2013:<br>- Table of Contents, page 2;<br>- ¶ 28, pages 14-15;<br>- Figure 1, page 15;<br>- ¶ 30, page 16;<br>- Footnote 10, page 16;<br>- ¶ 32, page 18;<br>- Figure 2, page 19;<br>- ¶ 34, pages 19-20;<br>- Figure 3, page 20;<br>- ¶ 46, pages 27-28;<br>- ¶ 51, pages 30-31;<br>- Figures 4-8; pages 31-33;<br>- ¶¶ 52-55, pages 34-37;<br>- Heading C, page 34;<br>- Footnote 52, page 34;<br>- Table 1, page 35;<br>- Footnotes 57-58, pages 35-36;<br>- Figure 9, page 36;<br>- Table 2, page 38;<br>- ¶ 57, page 39;<br>- Figure 10, page 40;<br>- ¶ 59, pages 41-44;<br>- Footnote 64, page 41;<br>- Footnotes 70, 74, page 42;<br>- Footnote 81, page 43;<br>- Footnote 107, page 50;<br>- ¶¶ 71-72, pages 51-53;<br>- Footnote 114, page 53; | Redacted |

2

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF PLAINTIFFS' MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS;
NO. 11-CV-2509 LHK

| | | | |
|---|---|---|---|
| | | <ul><li>¶ 74, page 54;</li><li>Figure 11, page 55;</li><li>¶¶ 83-84, pages 59-60;</li><li>Table 3, page 60;</li><li>Exhibits 1A-1D, 3A-3D, 4A-4B, 5A-5D, 6A-6E, 9A-9E, 10A-10E, 11A-11E, 12, 13B-13C, 14B, 15B-15C, 16B-16C; and</li><li>Appendices 1 and 5</li></ul> | |
| | 5 | Expert Report of Elizabeth Becker, Ph.D, dated November 25, 2013:<ul><li>¶ 26, pages 6-8;</li><li>¶ 34, page 10;</li><li>¶ 35, page 10;</li><li>Footnotes 32-35, page 10;</li><li>¶¶ 38-40, pages 10-11;</li><li>Footnote 38, page 11;</li><li>¶¶ 43-44, page 12;</li><li>¶¶ 50-54, pages 14-15;</li><li>Footnote 48, page 15;</li><li>¶¶ 56-59, pages 16-17;</li><li>¶ 62, pages 17-18;</li><li>¶¶ 64-76, pages 18-21;</li><li>Footnote 59, page 19;</li><li>¶¶ 78-80, pages 21-22;</li><li>Footnote 64, page 21;</li><li>¶¶ 82-84, pages 22-23;</li><li>¶ 86, page 23</li><li>¶ 89, page 24;</li><li>¶ 92, pages 24-25;</li><li>¶ 97, page 26;</li><li>¶ 101, pages 26-27;</li><li>¶¶ 109-118, pages 28-31;</li><li>Footnotes 82-83, page 29-30;</li><li>Footnote 86, page 31;</li><li>¶¶ 120-121, page 32;</li><li>Footnotes 95-96, pages 34-35;</li><li>¶¶ 123-125, page 33;</li><li>¶ 132, page 35;</li><li>¶ 135, page 36;</li><li>¶ 139, page 37;</li><li>¶ 142, page 37;</li><li>¶ 144, page 38;</li></ul> | Redacted |

| | | |
|---|---|---|
| | • ¶¶ 147-149, pages 38-39;<br>• Footnote 111, page 39;<br>• ¶¶ 152-156, pages 40-41;<br>• Footnote 112, page 40;<br>• Footnote 115, page 40;<br>• Footnote 117, page 41;<br>• Exhibits A1-A4, A7-A11, A13-A17, B1-B5, B7-B8, C1-C3, C5, D2, E3, E6, E9, E10;<br>• Appendices: A1, A2, A4-A11, A13-A17, B1-B4, B5-B8, C1-C5, D2, E3, E6, E9, E10; and<br>• Attachment 3 | |
| 7 | Expert Report of Kevin M. Murphy, Ph.D, with revised exhibits, dated August 25, 2013:<br>• Exhibit 1 and ¶ 20, page 8;<br>• Exhibit 2, page 9;<br>• Exhibit 3, page 11;<br>• ¶¶ 47-48, pages 21-22;<br>• Footnote 57, page 22;<br>• ¶ 52, page 24;<br>• Footnote 105, pages 29-30;<br>• Footnote 110, page 33;<br>• ¶86, page 39;<br>• ¶ 88-89, pages 39-40;<br>• Exhibit 4, page 40;<br>• Exhibit 5, page 42;<br>• Footnote 128, page 40;<br>• Footnote 130, page 41;<br>• Exhibits 1A and 1B; and<br>• Appendices C-1, C-2, C-3, D-1, D-2, D-3, and F | Redacted |
| 8 | Amended Expert Report of Edward A. Snyder, Ph.D, dated December 6, 2013:<br>• ¶ 36, pages 17-18;<br>• Footnote 15, page 18;<br>• ¶ 39, pages 19-20;<br>• ¶ 43, page 21; and<br>• Exhibits 3a, 3b, and 4. | Redacted |
| 10 | Expert Report of Eric Talley, Ph.D., dated November 25, 2013:<br>• Footnote 75, page 19. | Redacted |

| | | |
|---|---|---|
| 13 | Rebuttal Supplemental Expert Report of Edward E. Leamer, Ph.D., dated July 12, 2013: Redactions as previously submitted on July 19, 2013 in connection with Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal and Supporting Declarations | Redacted |

**IT IS SO ORDERED.**

Date:_____                                    _____
                                                 HONORABLE LUCY H. KOH
                                                 United States District Court Judge