CISNEROS DECLARATION

EXHIBIT 7

REDACTED VERSION

(Part 3 of 5)



**Exhibit 1A**

**Hires and Separations at Defendant Companies - From/To Other Defendants vs. Overall**

| Year | Hires | Separations | Hires + Separations |
|---|---|---|---|
| 2001 | | | |
| 2002 | | | |
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| 2009 | | | |
| 2010 | | | |
| 2011 | | | |
| **2001-2004 Avg** | | | |
| **2005-2009 Avg** | | | |
| **2010-2011 Avg** | | | |
| **2001-2011 Avg** | | | |
| **2001-2004 Total** | | | |
| **2005-2009 Total** | | | |
| **2010-2011 Total** | | | |
| **2001-2011 Total** | | | |

Notes: This analysis excludes hires indicated as acquisitions, hires showing the same defendant company as their immediate previous employer within one year of the hiring, and separations that appear as immediately rehired by the same defendant company within one year. Number of employees is calculated as average employment in each year.
Source: Dr. Leamer's employee data.

**Exhibit 1B**

## Hires and Separations at Defendant Companies - From/To Other DNCC Defendants vs. Overall

| Year | Hires | Separations | Hires + Separations |
|------|-------|-------------|---------------------|
| 2001 | | | |
| 2002 | | | |
| 2003 | | | |
| 2004 | | | |
| 2005 | | | |
| 2006 | | | |
| 2007 | | | |
| 2008 | | | |
| 2009 | | | |
| 2010 | | | |
| 2011 | | | |
| **2001-2004 Avg** | | | |
| **2005-2009 Avg** | | | |
| **2010-2011 Avg** | | | |
| **2001-2011 Avg** | | | |
| **2001-2004 Total** | | | |
| **2005-2009 Total** | | | |
| **2010-2011 Total** | | | |
| **2001-2011 Total** | | | |

Notes: This analysis excludes hires indicated as acquisitions, hires showing the same defendant company as their immediate previous employer within one year of the hiring, and separations that appear as immediately rehired by the same defendant company within one year.  Number of employees is calculated as average employment in each year.

Source: Dr. Leamer's employee data.

**Exhibit 2A**

## Number of Employees by Defendant and Year
### All Salaried Employee Class

| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | All Defendants |
|---|---|---|---|---|---|---|---|---|
| 2001 | 2,503 | 5,096 | 210 | ▮ | 3,169 | ▮ | ▮ | 66,242 |
| 2002 | 2,226 | 5,255 | 542 | ▮ | 3,982 | ▮ | ▮ | 63,569 |
| 2003 | 2,291 | 5,424 | 1,329 | ▮ | 4,311 | ▮ | ▮ | 62,439 |
| 2004 | 2,508 | 5,684 | 2,346 | ▮ | 4,247 | ▮ | ▮ | 64,172 |
| 2005 | 3,791 | 6,474 | 4,117 | ▮ | 4,418 | ▮ | ▮ | 73,556 |
| 2006 | 3,663 | 6,993 | 6,873 | ▮ | 4,498 | ▮ | ▮ | 74,045 |
| 2007 | 3,951 | 7,951 | 8,768 | ▮ | 5,069 | ▮ | ▮ | 73,247 |
| 2008 | 4,203 | 9,135 | 10,983 | ▮ | 5,081 | ▮ | ▮ | 75,205 |
| 2009 | 4,928 | 10,005 | 11,175 | ▮ | 4,683 | ▮ | ▮ | 75,166 |
| 2010 | 5,010 | 11,655 | 13,988 | ▮ | 4,605 | ▮ | ▮ | 80,193 |
| 2011 | 5,385 | 13,226 | 18,179 | ▮ | 4,770 | ▮ | ▮ | 90,070 |

Source: Dr. Leamer's backup data and materials.

**Exhibit 2B**

## Number of Employees by Defendant and Year
### Technical, Creative, and R&D Class

| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | All Defendants |
|---|---|---|---|---|---|---|---|---|
| 2001 | 1,582 | 2,670 | 101 | ■ | 1,557 | | ■ | 34,484 |
| 2002 | 1,441 | 2,866 | 207 | ■ | 1,977 | ■ | ■ | 33,881 |
| 2003 | 1,450 | 2,954 | 509 | ■ | 1,907 | ■ | ■ | 33,517 |
| 2004 | 1,579 | 2,942 | 1,026 | ■ | 1,829 | ■ | ■ | 33,592 |
| 2005 | 2,205 | 3,358 | 2,258 | ■ | 1,814 | ■ | ■ | 40,479 |
| 2006 | 2,218 | 3,677 | 3,776 | ■ | 1,863 | ■ | ■ | 41,216 |
| 2007 | 2,277 | 4,248 | 5,290 | ■ | 2,244 | ■ | ■ | 42,550 |
| 2008 | 2,400 | 4,950 | 6,388 | ■ | 2,349 | ■ | ■ | 44,243 |
| 2009 | 2,552 | 5,589 | 6,825 | ■ | 2,237 | ■ | ■ | 45,453 |
| 2010 | 2,489 | 6,663 | 8,693 | ■ | 2,308 | ■ | ■ | 48,994 |
| 2011 | 2,639 | 7,582 | 11,139 | ■ | 2,457 | ■ | ■ | 55,338 |

Source: Dr. Leamer's backup data and materials.

# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

**Adobe**



Note: Hires through acquisitions are excluded.  This analysis uses Adobe's compensation data and may not include all internal transfers.

# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

**Apple**



Note: Analysis restricted to hires for job codes provided in the compensation data.

**Exhibit 3**

**Top 20 Previous Employers of Hires by Defendant Companies**

**Google**



**Exhibit 3**

**Top 20 Previous Employers of Hires by Defendant Companies**

Intel



# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

### Intuit

| Rank | Previous Employer | Number of Hires 2006-2012Q2 | Percentage of Total Hires 2006-2012Q2 |
|---|---|---|---|
| | INTUIT | 2,465 | 38.7% |
| 1 | YAHOO | 109 | 1.7% |
| 2 | ICON | 68 | 1.1% |
| 3 | HP | 60 | 0.9% |
| 4 | ORACLE | 56 | 0.9% |
| 5 | EBAY | 54 | 0.8% |
| 6 | MICROSOFT | 44 | 0.7% |
| 7 | SYMANTEC CORP | 29 | 0.5% |
| 8 | CISCO | 24 | 0.4% |
| 9 | WELLS FARGO BANK | 24 | 0.4% |
| 10 | IBM | 22 | 0.3% |
| 11 | SUN MICRO | 22 | 0.3% |
| 12 | QUALCOMM | 18 | 0.3% |
| 13 | ADOBE | 17 | 0.3% |
| 14 | SONY | 17 | 0.3% |
| 15 | BOA | 16 | 0.3% |
| 16 | ACCENTURE | 15 | 0.2% |
| 17 | BOSTON CONSULTING GROUP | 14 | 0.2% |
| 18 | DELOITTE | 14 | 0.2% |
| 19 | BAIN | 13 | 0.2% |
| 20 | INTEL | 13 | 0.2% |
| | Self Employed/Unemployed | 54 | 0.8% |
| | Unknown | 449 | 7.1% |
| | Other (Non-Defendants) | 2,736 | 43.0% |
| | Other Defendants | 15 | 0.2% |
| | All Defendants excluding Intuit | 45 | 0.7% |
| | Intuit Total | 6,368 | 100% |

# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

### Lucasfilm

| Rank | Previous Employer | Number of Hires 2008Q2-2012Q1 | Percentage of Total Hires 2008Q2-2012Q1 |
|---|---|---|---|
| | LUCASFILM | 26 | 7.1% |
| 1 | ELECTRONIC ARTS | 20 | 5.5% |
| 2 | IMAGEMOVERS DIGITAL | 8 | 2.2% |
| 3 | WALT DISNEY | 6 | 1.6% |
| 4 | ACTIVISION | 5 | 1.4% |
| 5 | ORPHANAGE INC | 5 | 1.4% |
| 6 | 2K GAMES | 4 | 1.1% |
| 7 | CBS | 4 | 1.1% |
| 8 | DIGITAL DOMAIN | 4 | 1.1% |
| 9 | PDI | 4 | 1.1% |
| 10 | SONY | 4 | 1.1% |
| 11 | APPLE | 3 | 0.8% |
| 12 | DOUBLE FINE PRODUCTIONS | 3 | 0.8% |
| 13 | DREAMWORKS | 3 | 0.8% |
| 14 | MICROSOFT | 3 | 0.8% |
| 15 | PIXAR | 3 | 0.8% |
| 16 | ZYNGA | 3 | 0.8% |
| 17 | CRYSTAL DYNAMICS | 2 | 0.5% |
| 18 | MUNKYFUN INC | 2 | 0.5% |
| 19 | ADOBE | 1 | 0.3% |
| 20 | EBAY | 1 | 0.3% |
| | Self Employed/Unemployed | 3 | 0.8% |
| | Unknown | 61 | 16.7% |
| | Other (Non-Defendants) | 187 | 51.2% |
| | Other Defendants | 0 | 0.0% |
| | All Defendants excluding Lucasfilm | 7 | 1.9% |
| Lucasfilm Total | | 365 | 100% |

# Exhibit 3

## Top 20 Previous Employers of Hires by Defendant Companies

### Pixar

| Rank | Previous Employer | Number of Hires 2001-2012Q2 | Percentage of Total Hires 2001-2012Q2 |
|---|---|---|---|
| | PIXAR | 5 | 0.6% |
| 1 | LUCASFILM | 22 | 2.5% |
| 2 | BLUE SKY STUDIO | 18 | 2.1% |
| 3 | WALT DISNEY | 16 | 1.8% |
| 4 | PDI | 10 | 1.1% |
| 5 | TIPPETT | 10 | 1.1% |
| 6 | APPLE | 8 | 0.9% |
| 7 | DREAMWORKS | 6 | 0.7% |
| 8 | RHYTHM & HUES | 6 | 0.7% |
| 9 | UC BERKELEY | 5 | 0.6% |
| 10 | WDFA | 5 | 0.6% |
| 11 | ELECTRONIC ARTS | 4 | 0.5% |
| 12 | ESC ENTERTAINMENT | 4 | 0.5% |
| 13 | MICROSOFT | 4 | 0.5% |
| 14 | SONY | 4 | 0.5% |
| 15 | BRIGHAM YOUNG UNIV | 3 | 0.3% |
| 16 | FRAMESTORE | 3 | 0.3% |
| 17 | GOOGLE | 3 | 0.3% |
| 18 | TAMU | 3 | 0.3% |
| 19 | WARNER BRO | 3 | 0.3% |
| 20 | ACTIVISION | 2 | 0.2% |
| | Self Employed/Unemployed | 7 | 0.8% |
| | Unknown | 420 | 48.2% |
| | Other (Non-Defendants) | 294 | 33.7% |
| | Other Defendants | 7 | 0.8% |
| | **All Defendants excluding Pixar** | **40** | **4.6%** |
| **Pixar Total** | | **872** | **100%** |

Note: The lengths of the periods analyzed vary by company based on data availability.
Sources: Recruiting data from Apple, Google, Intel, Intuit, Lucasfilm, and Pixar. Compensation data from Adobe and Apple.



**Exhibit 4A**

## Annual Hires and Separations as a Share of Defendants' Average Total Employment

### All Salaried Employee Class

Notes:
[1] An employee is classified as "To/From a Defendant" if he/she is employed by one Defendant within 12 months of separating from a different Defendant.
[2] Employees who are rehired by the same Defendant within one year of separating are excluded from the counts of hires and separations.

Source: Dr. Leamer's backup data and materials.




**Exhibit 4B**

## Annual Hires and Separations as a Share of Defendants' Average Total Employment

### Technical, Creative, and R&D Class

Notes:
[1] An employee is classified as "To/From a Defendant" if he/she is employed by one Defendant within 12 months of separating from a different Defendant.
[2] Employees who are rehired by the same Defendant within one year of separating are excluded from the counts of hires and separations.

Source: Dr. Leamer's backup data and materials.

# Exhibit 5

## Employment of Software Engineers

**% of Industries of Defendant Companies**

| Year | Adobe | Apple | Google | Intel | Intuit | LucasFilm | Pixar | Defendant Companies | Industries of Defendant Companies | Adobe | Apple | Google | Intel | Intuit | LucasFilm | Pixar | Defendant Companies |
|------|-------|-------|--------|-------|--------|-----------|-------|--------------------|----------------------------------|-------|-------|--------|-------|--------|-----------|-------|--------------------|
| 2002 | 1,165 | | | | 1,263 | | | 8,065 | 79,910 | 1.5% | | | | 1.6% | | | 10.1% |
| 2003 | 1,167 | | | | 1,228 | | | 7,811 | 101,470 | 1.2% | | | | 1.2% | | | 7.7% |
| 2004 | 1,258 | | | | 1,207 | | | 8,317 | 105,160 | 1.2% | | | | 1.1% | | | 7.9% |
| 2005 | 1,694 | | | | 1,336 | | | 10,656 | 106,890 | 1.6% | | | | 1.2% | | | 10.0% |
| 2006 | 1,728 | | | | 1,333 | | | 11,742 | 96,440 | 1.8% | | | | 1.4% | | | 12.2% |
| 2007 | 1,880 | | | | 1,411 | | | 13,907 | 108,650 | 1.7% | | | | 1.3% | | | 12.8% |
| 2008 | 1,958 | | | | 1,425 | | | 15,404 | 122,130 | 1.6% | | | | 1.2% | | | 12.6% |
| 2009 | 1,984 | | | | 1,282 | | | 16,301 | 127,860 | 1.6% | | | | 1.0% | | | 12.7% |
| 2010 | 1,865 | | | | 1,361 | | | 18,728 | 124,910 | 1.5% | | | | 1.1% | | | 15.0% |
| 2011 | 1,939 | | | | 1,475 | | | 22,318 | 134,150 | 1.4% | | | | 1.1% | | | 16.6% |

2002-2004 Average: 8.6%
2005-2009 Average: 12.1%
2010-2011 Average: 15.8%

**% of All Industries**

| | All Industries | Adobe | Apple | Google | Intel | Intuit | LucasFilm | Pixar | Defendant Companies |
|---|----------------|-------|-------|--------|-------|--------|-----------|-------|--------------------|
| | 584,020 | 0.2% | | | | 0.2% | | | 1.4% |
| | 651,740 | 0.2% | | | | 0.2% | | | 1.2% |
| | 717,420 | 0.2% | | | | 0.2% | | | 1.2% |
| | 758,050 | 0.2% | | | | 0.2% | | | 1.4% |
| | 764,430 | 0.2% | | | | 0.2% | | | 1.5% |
| | 834,850 | 0.2% | | | | 0.2% | | | 1.7% |
| | 851,850 | 0.2% | | | | 0.2% | | | 1.8% |
| | 852,670 | 0.2% | | | | 0.2% | | | 1.9% |
| | 868,210 | 0.2% | | | | 0.2% | | | 2.2% |
| | 921,500 | 0.2% | | | | 0.2% | | | 2.4% |

2002-2004 Average: 1.2%
2005-2009 Average: 1.7%
2010-2011 Average: 2.3%

Source: Defendant employment numbers are based on Dr. Leamer's employee data as well as classification of software engineers performed by my staff. Employment of industries of Defendant companies based on BLS OES National Industry Specific Data for the following NAICS codes (based on CapIQ company information):

334100    Computer and Peripheral Equipment Manufacturing
519100    Other Information Services
334400    Semiconductor and Other Electronic Component Manufacturing
511200    Software Publishers
512100    Motion Picture and Video Industries

**Exhibit 6**

**Age Distribution of New Hires**

**2001 through 2011**

**All Salaried Employee Class**

| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 25 and under | 7% | ▮ | ▮ | ▮ | 7% | 6% | 19% |
| 26 to 30 | 19% | ▮ | ▮ | ▮ | 17% | 24% | 30% |
| 31 to 35 | 24% | ▮ | ▮ | ▮ | 24% | 30% | 24% |
| 36 to 40 | 22% | ▮ | ▮ | ▮ | 22% | 22% | 14% |
| 41 and over | 28% | ▮ | ▮ | ▮ | 30% | 17% | 13% |

**Technical, Creative, and R&D Class**

| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 25 and under | 8% | ▮ | ▮ | ▮ | 6% | 7% | 18% |
| 26 to 30 | 20% | ▮ | ▮ | ▮ | 17% | 27% | 32% |
| 31 to 35 | 24% | ▮ | ▮ | ▮ | 26% | 33% | 24% |
| 36 to 40 | 21% | ▮ | ▮ | ▮ | 22% | 21% | 15% |
| 41 and over | 27% | ▮ | ▮ | ▮ | 29% | 12% | 10% |

Source: Dr. Leamer's backup data and materials.



**Exhibit 7A**

Distributions of Annual Changes in Total Compensation

All Salaried Employee Class

Note: Percent changes in total compensation are defined as the log of the current year's total compensation minus the log of the previous year's total compensation multiplied by 100.

Source: Dr. Leamer's backup data and materials.



**Exhibit 7B**

Distributions of Annual Changes in Total Compensation

Technical, Creative, and R&D Class

Note: Percent changes in total compensation are defined as the log of the current year's total compensation minus the log of the previous year's total compensation multiplied by 100.

Source: Dr. Leamer's backup data and materials.



**Exhibit 8A**

Composition of Total Compensation

All Salaried Employee Class

Source: Dr. Leamer's backup data and materials.



**Exhibit 8B**
Composition of Total Compensation
Technical, Creative, and R&D Class

Source: Dr. Leamer's backup data and materials.



**Exhibit 9A**

Composition of Total Compensation for Major Jobs

Top 10 Apple Jobs

Average Annual Compensation ($000s)

Base Salary    Bonuses and Overtime    Stocks and Options

Notes:
[1] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.
[3] Apple's job titles changed in 2005.

Source: Dr. Leamer's backup data and materials.



**Exhibit 9B**

Composition of Total Compensation for Major Jobs

Top 10 Google Jobs

Average Annual Compensation ($000s)

Base Salary     Bonuses and Overtime     Stocks and Options

Notes:
[1] The top 10 jobs are identified using 2005 through 2009 employment—the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.

Source: Dr. Leamer's backup data and materials.



**Exhibit 10**

Average Total Compensation per Employee as Percentage of Revenue per Employee (Dr. Leamer's Figure 9 Data)

Source: Dr. Leamer's backup data and materials (Lucasfilm 2001 and 2007 revenue data not provided). Pixar revenue data after 2005 provided by Pixar. Pixar 2005 revenue estimated by multiplying the reported number (for nine months) by 12/9.

**Exhibit 11A**

Distributions of Annual Changes in Total Compensation

Top 10 Apple Jobs



Change in Total Compensation (%)

— Median   ▮ 25th/75th Percentiles   ▮ 5th/95th Percentiles

Notes:
[1] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.
[3] Percent changes are defined as differences in logs.
[4] Apple's job titles changed in 2005.

Source: Dr. Leamer's backup data and materials.



**Exhibit 11B**

Distributions of Annual Changes in Total Compensation

Top 10 Google Jobs

Change in Total Compensation (%)

— Median        25th/75th Percentiles        5th/95th Percentiles

Notes:
[1] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.
[3] Percent changes are defined as differences in logs.

Source: Dr. Leamer's backup data and materials.

# Exhibit 12

## R-Squareds in Dr. Leamer's "Compensation Structure" Regressions Are Mostly Attributable to Employer and Job Indicators

| | All-Salaried Employee Class | | | Technical, Creative, and R&D Class | | |
|---|---|---|---|---|---|---|
| | R-Squareds in Dr. Leamer's Figure 11 | Including Only Employer and Job Indicators | Excluding Employer and Job Indicators | R-Squareds in Dr. Leamer's Figure 13 | Including Only Employer and Job Indicators | Excluding Employer and Job Indicators |
| 2001 | 95% | 94% | 21% | 89% | 89% | 15% |
| 2002 | 94% | 93% | 21% | 89% | 88% | 16% |
| 2003 | 94% | 93% | 22% | 88% | 88% | 16% |
| 2004 | 93% | 93% | 19% | 88% | 88% | 18% |
| 2005 | 93% | 92% | 20% | 88% | 87% | 16% |
| 2006 | 92% | 92% | 21% | 87% | 87% | 19% |
| 2007 | 91% | 91% | 21% | 85% | 85% | 17% |
| 2008 | 92% | 91% | 20% | 86% | 86% | 19% |
| 2009 | 92% | 92% | 20% | 88% | 88% | 17% |
| 2010 | 90% | 90% | 22% | 84% | 84% | 18% |
| 2011 | 92% | 91% | 24% | 88% | 87% | 21% |

Source: Dr. Leamer's Figure 11 and 13 regressions.

**Exhibit 13A**

## Named Plaintiffs' Actual Total Compensation vs. Predictions
## by Dr. Leamer's Figure 12 Model

| Named Plaintiff | Employer | Year | Actual Total Comp [1] | Total Comp Predicted by Dr. Leamer's Model [2] | Difference [3] = [1]-[2] | % Difference =[3]/[1] |
|---|---|---|---|---|---|---|
| Brandon Marshall | ADOBE | 2006 | $ 73,895 | $ 61,035 | $ 12,860 | 17.4% |
| Michael Devine | ADOBE | 2006 | $ 131,222 | $ 124,424 | $ 6,798 | 5.2% |
| Michael Devine | ADOBE | 2007 | $ 146,540 | $ 135,001 | $ 11,539 | 7.9% |
| Mark Fichtner | INTEL | 2001 | $ 151,712 | $ 133,620 | $ 18,091 | 11.9% |
| Mark Fichtner | INTEL | 2002 | $ 124,426 | $ 120,980 | $ 3,446 | 2.8% |
| Mark Fichtner | INTEL | 2003 | $ 109,352 | $ 109,349 | $ 3 | 0.0% |
| Mark Fichtner | INTEL | 2004 | $ 123,374 | $ 120,221 | $ 3,153 | 2.6% |
| Mark Fichtner | INTEL | 2005 | $ 133,431 | $ 135,403 | $ (1,972) | -1.5% |
| Mark Fichtner | INTEL | 2008 | $ 122,013 | $ 133,469 | $ (11,456) | -9.4% |
| Mark Fichtner | INTEL | 2009 | $ 138,501 | $ 139,125 | $ (624) | -0.5% |
| Mark Fichtner | INTEL | 2010 | $ 152,238 | $ 141,816 | $ 10,422 | 6.8% |
| Daniel Stover | INTUIT | 2006 | $ 79,129 | $ 91,136 | $ (12,007) | -15.2% |
| Daniel Stover | INTUIT | 2007 | $ 103,265 | $ 105,061 | $ (1,796) | -1.7% |
| Daniel Stover | INTUIT | 2008 | $ 175,177 | $ 108,817 | $ 66,361 | 37.9% |
| Daniel Stover | INTUIT | 2009 | $ 132,553 | $ 121,416 | $ 11,137 | 8.4% |
| Siddharth Hariharan | LUCASFILM | 2007 | $ 102,000 | $ 90,819 | $ 11,182 | 11.0% |

Source: Dr. Leamer's Figure 12 regressions.

## Exhibit 13B

## Named Plaintiffs' Actual Total Compensation vs. Predictions
## by Dr. Leamer's Figure 14 Model

| Named Plaintiff | Employer | Year | Actual Total Comp [1] | Total Comp Predicted by Dr. Leamer's Model [2] | Difference [3] = [1]-[2] | % Difference =[3]/[1] |
|---|---|---|---|---|---|---|
| Brandon Marshall | ADOBE | 2006 | $ 73,895 | $ 60,754 | $ 13,141 | 17.8% |
| Michael Devine | ADOBE | 2006 | $ 131,222 | $ 124,661 | $ 6,561 | 5.0% |
| Michael Devine | ADOBE | 2007 | $ 146,540 | $ 134,724 | $ 11,816 | 8.1% |
| Mark Fichtner | INTEL | 2001 | $ 151,712 | $ 135,177 | $ 16,534 | 10.9% |
| Mark Fichtner | INTEL | 2002 | $ 124,426 | $ 121,965 | $ 2,461 | 2.0% |
| Mark Fichtner | INTEL | 2003 | $ 109,352 | $ 109,866 | $ (514) | -0.5% |
| Mark Fichtner | INTEL | 2004 | $ 123,374 | $ 119,152 | $ 4,222 | 3.4% |
| Mark Fichtner | INTEL | 2005 | $ 133,431 | $ 134,261 | $ (830) | -0.6% |
| Mark Fichtner | INTEL | 2008 | $ 122,013 | $ 132,988 | $ (10,974) | -9.0% |
| Mark Fichtner | INTEL | 2009 | $ 138,501 | $ 139,074 | $ (573) | -0.4% |
| Mark Fichtner | INTEL | 2010 | $ 152,238 | $ 141,186 | $ 11,052 | 7.3% |
| Daniel Stover | INTUIT | 2007 | $ 103,265 | $ 105,025 | $ (1,760) | -1.7% |
| Daniel Stover | INTUIT | 2008 | $ 175,177 | $ 108,866 | $ 66,311 | 37.9% |
| Daniel Stover | INTUIT | 2009 | $ 132,553 | $ 122,644 | $ 9,909 | 7.5% |
| Siddharth Hariharan | LUCASFILM | 2007 | $ 102,000 | $ 89,439 | $ 12,561 | 12.3% |

Source: Dr. Leamer's Figure 14 regressions.

**Exhibit 14A**

## Differences between Actual Compensation and Dr. Leamer's Predicted Compensation

### Yearly Hedonic Regressions by Defendant for All Salaried Employee Class



Note: The percent difference is calculated as the residual from Dr. Leamer's Figure 12 regression models multiplied by 100.
Source: Dr. Leamer's backup data and materials.



**Exhibit 14B**

Differences between Actual Compensation and Dr. Leamer's Predicted Compensation

Yearly Hedonic Regressions by Defendant for Technical, Creative, and R&D Class

Note: The percent difference is calculated as the residual from Dr. Leamer's Figure 14 regression models multiplied by 100.
Source: Dr. Leamer's backup data and materials.



**Exhibit 15A**

## Difference between Actual Compensation and Dr. Leamer Predicted Compensation

### Top 10 Apple Jobs

Notes:
[1] The percent difference is calculated as the residual from Dr. Leamer's Figure 12 regression models multiplied by 100.
[2] The top 10 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[3] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.
[4] Apple's job titles changed in 2005.

Source: Dr. Leamer's backup data and materials.

**Exhibit 15B**

Difference between Actual Compensation and Dr. Learner Predicted Compensation

Top 10 Google Jobs



Percent Difference

— Median    ▢ 25th/75th Percentiles    ▢ 5th/95th Percentiles

Notes:
[1] The percent difference is calculated as the residual from Dr. Learner's Figure 12 regression models multiplied by 100.
[2] The top 10 jobs are identified using 2005 through 2009 employment—the same algorithm that Dr. Learner uses in his Figures 15 through 17.
[3] Bars are missing when there are fewer than five employees with the relevant job title in the data in the given year.

Source: Dr. Learner's backup data and materials.

## Exhibit 16

# Dr. Leamer's Model Implies Very Large Differences Over Time in the Compensation of Individuals with Identical Characteristics and Starting Compensation Levels

### (Simulations Based on Dr. Leamer's "Conduct Regression")

|  | Adobe | Apple | Google | Intel | Intuit | All Firms |
|---|---|---|---|---|---|---|
| **Difference in Compensation after Two Years** | | | | | | |
| Average | 15% | 31% | 46% | 11% | 16% | 24% |
| 90th Percentile | 32% | 67% | 100% | 22% | 33% | 56% |
| **Difference in Compensation after Five Years** | | | | | | |
| Average | 29% | 53% | 62% | 16% | 22% | 37% |
| 90th Percentile | 61% | 111% | 135% | 34% | 46% | 86% |

Notes:
[1] Compensation differences are constructed using coefficients and residuals from Dr. Leamer's Figure 20 regression model.
[2] Percent differences are defined as differences in logs.
[3] Based on 50,000 simulations of compensation growth from 2004 through 2009 for each firm.
[4] Lucasfilm and Pixar are excluded because there is insufficient data to do simulations in all years.

Source: Dr. Leamer's backup data and materials.



**Exhibit 17**

Simulated Compensation Dynamics of Two Identically Situated Employees

Distributions of Compensation Differences by Company and Year

Notes:
[1] Compensation differences are constructed using coefficients and residuals from Dr. Leamer's Figure 20 regression model.
[2] Percent differences are defined as differences in logs.
[3] Based on 50,000 simulations for each firm.
[4] Lucasfilm and Pixar are excluded because there is insufficient data to do the simulations in all years.

Source: Dr. Leamer's backup data and materials.



**Exhibit 18A**

Annual Changes in "Constant Attribute Compensation" of Top 25 Job Titles

Base Salary Changes

● Increase   ● Decrease

Notes:
[1] The top 25 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Percent changes in hedonic base salary are defined as differences in logs.
[3] Outliers are capped at +/- 20 percent.

Source: Dr. Leamer's backup data and materials.



**Exhibit 18B**

Annual Changes in "Constant Attribute Compensation" of Top 25 Job Titles

Total Compensation Changes

Notes:
[1] The top 25 jobs are identified using 2005 through 2009 employment--the same algorithm that Dr. Leamer uses in his Figures 15 through 17.
[2] Percent changes in hedonic total compensation are defined as differences in logs.
[3] Outliers are capped at +/- 75 percent.

Source: Dr. Leamer's backup data and materials.

# Exhibit 19

## Average Percent Change in Total Compensation

### Dr. Leamer's Figure 19 Disaggregated by Company    vs.    Dr. Leamer's Figure 19

**Average Change in Total Compensation**

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Pooled |
|------|-------|-------|--------|-------|--------|-----------|-------|--------|
| 2002 | -27.8% |  |  | -2.1% | -27.2% |  |  | -4.7% |
| 2003 | 0.6% |  |  | -5.1% | 8.5% |  |  | -2.3% |
| 2004 | 1.5% |  |  | 13.1% | 8.3% |  |  | 10.3% |
| 2005 | 9.8% |  |  | -1.3% | 5.6% |  |  | 0.5% |
| 2006 | 6.9% |  |  | 10.6% | 13.9% |  |  | 9.1% |
| 2007 | 11.2% |  |  | 4.5% | 8.8% |  |  | 7.4% |
| 2008 | 6.9% |  |  | 12.0% | 8.8% |  |  | 6.8% |
| 2009 | -7.5% |  |  | 2.9% | -0.1% |  |  | 7.4% |
| 2010 | 3.0% |  |  | 7.9% | 12.7% |  |  | 6.5% |
| 2011 | 11.1% |  |  | 8.7% | 1.8% |  |  | 9.7% |

**Estimated Overpayment/Underpayment - Initial**

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Pooled |
|------|-------|-------|--------|-------|--------|-----------|-------|--------|
| 2005 | 3.4% | 4.2% | -8.7% | -12.2% | 0.6% | 2.8% | 35.6% | -9.5% |
| 2006 | 0.6% | 8.8% | -17.2% | -0.4% | 8.9% | 8.5% | 26.8% | -0.9% |
| 2007 | 4.9% | 14.5% | 16.4% | -6.4% | 3.8% | 3.8% | 9.0% | -2.6% |
| 2008 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| 2009 | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |

**Estimated Overpayment/Underpayment - Cumulative**

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Pooled |
|------|-------|-------|--------|-------|--------|-----------|-------|--------|
| 2005 | 3.4% | 4.2% | -8.7% | -12.2% | 0.6% | 2.8% | 35.6% | -9.5% |
| 2006 | 4.0% | 13.0% | -25.9% | -12.5% | 9.5% | 11.4% | 62.3% | -10.3% |
| 2007 | 8.9% | 27.5% | -9.5% | -18.9% | 13.3% | 15.1% | 71.4% | -12.9% |
| 2008 | 8.9% | 27.5% | -9.5% | -18.9% | 13.3% | 15.1% | 71.4% | -12.9% |
| 2009 | 8.9% | 27.5% | -9.5% | -18.9% | 13.3% | 15.1% | 71.4% | -12.9% |

Note: This analysis follows Dr. Leamer's methodology in his Figure 19 of treating 2005 as the first year of the agreements for all Defendants, even though for Intuit, Lucasfilm and Pixar the first alleged agreements started in other years.
Source: Leamer Report backup data and programs.

# Exhibit 20

**"Undercompensation" Estimates Using Defendant-Specific Conduct Variables and Other Defendant-Specific Interactive Effects in Dr. Leamer's Regression**

vs.

**"Undercompensation" Estimates in Dr. Leamer's Figures 22 and 24**

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.82% | -2.54% | 12.73% | 0.51% | | 1.70% | 25.47% |
| 2006 | 4.37% | -0.72% | 26.90% | -1.89% | | 9.59% | 30.64% |
| 2007 | -0.68% | -2.65% | 19.16% | -6.26% | -6.45% | 13.95% | 28.52% |
| 2008 | -2.19% | -4.06% | 5.70% | -8.01% | -10.24% | 14.15% | 36.96% |
| 2009 | -20.26% | -1.53% | -5.43% | -8.96% | -10.02% | 13.79% | 31.11% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.92% | -2.01% | 11.08% | 1.71% | | 6.60% | 28.18% |
| 2006 | 5.82% | -2.95% | 22.47% | 0.62% | | 17.23% | 30.70% |
| 2007 | -0.05% | -5.23% | 13.12% | -3.03% | -6.93% | 23.38% | 36.34% |
| 2008 | -1.29% | -7.33% | -0.88% | -3.44% | -8.59% | 24.38% | 34.92% |
| 2009 | -22.60% | -6.28% | -10.56% | -4.67% | -7.47% | 24.05% | 28.33% |

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.61% | -1.59% | -1.78% | -1.67% | | -12.13% | -10.56% |
| 2006 | -4.28% | -4.43% | -4.44% | -4.70% | | -14.63% | -12.44% |
| 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|------|-------|-------|--------|-------|--------|-----------|-------|
| 2005 | -1.56% | -1.90% | -3.07% | -1.64% | | -10.80% | -9.28% |
| 2006 | -4.29% | -4.96% | -7.23% | -3.06% | | -14.77% | -10.47% |
| 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |

Source: Leamer Figure 20 and 23 regressions including interactions between company indicators and Dr. Leamer's conduct, age, and hiring rate variables. Pixar revenue data after 2005 are included.

# Exhibit 21A

## Dr. Leamer's Figure 20 Regression Using Corrected Standard Errors

## All-Salaried Employee Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---|---|---|---|
| Conduct * Age | 0.0067 | ** | 0.0031 | 2.18 |
| Conduct * Age^2 | -0.0001 | *** | 0.0000 | -2.45 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0028 | | 0.0247 | 0.12 |
| Conduct | -0.1647 | | 0.1269 | -1.30 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6949 | *** | 0.0608 | 11.42 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7404 | *** | 0.0587 | 12.62 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4945 | *** | 0.0530 | 9.33 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6690 | *** | 0.0351 | 19.06 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7090 | *** | 0.0458 | 15.48 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6944 | *** | 0.1840 | 3.77 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8131 | *** | 0.1069 | 7.61 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.2963 | *** | 0.0461 | 6.43 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2610 | *** | 0.0407 | 6.41 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3732 | *** | 0.0453 | 8.25 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3001 | *** | 0.0389 | 7.71 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2551 | *** | 0.0433 | 5.89 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1983 | *** | 0.0780 | 2.54 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1779 | * | 0.0979 | 1.82 |
| Log(Age) (Years) | -0.3591 | ** | 0.1799 | -2.00 |
| Log(Age)^2 | 0.0394 | * | 0.0233 | 1.69 |
| Log(Company Tenure) (Months) | 0.0107 | | 0.0415 | 0.26 |
| Log(Company Tenure)^2 | -0.0012 | | 0.0043 | -0.28 |
| Male | 0.0027 | | 0.0020 | 1.37 |
| DLog(Information Sector Employment in San-Jose) | 1.4353 | *** | 0.3827 | 3.75 |
| Log(Total Number of Transfers Among Defendants) | 0.0961 | ** | 0.0456 | 2.11 |
| Year (trend) | -0.0038 | | 0.0076 | -0.50 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0154 | | 0.0214 | 0.72 |
| Log(Total Number of New Hires) | -0.2485 | *** | 0.0568 | -4.37 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.1070 | | 0.0785 | -1.36 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.2170 | *** | 0.0814 | 2.67 |
| APPLE | 0.0627 | | 0.2642 | 0.24 |
| GOOGLE | 1.0364 | *** | 0.3351 | 3.09 |
| INTEL | 0.1522 | | 0.2431 | 0.63 |
| INTUIT | 0.1462 | | 0.2151 | 0.68 |
| PIXAR | 0.7251 | | 0.6673 | 1.09 |
| LUCASFILM | 0.1352 | | 0.2762 | 0.49 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.926** | | | |
| Observations | **504,897** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Standard errors clustered on employer-year.

# Exhibit 21B

## Dr. Leamer's Figure 23 Regression Using Corrected Standard Errors

## Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---|---|---|---|
| Conduct * Age | 0.0079 | *** | 0.0033 | 2.38 |
| Conduct * Age^2 | -0.0001 | *** | 0.0000 | -2.71 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | -0.0121 | | 0.0281 | -0.43 |
| Conduct | -0.2196 | | 0.1362 | -1.61 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6744 | *** | 0.0650 | 10.38 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7234 | *** | 0.0570 | 12.70 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4367 | *** | 0.0672 | 6.50 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6401 | *** | 0.0325 | 19.67 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.6703 | *** | 0.0486 | 13.81 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6491 | *** | 0.2295 | 2.83 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8462 | *** | 0.0911 | 9.29 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3053 | *** | 0.0523 | 5.83 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2538 | *** | 0.0391 | 6.49 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3659 | *** | 0.0476 | 7.68 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3179 | *** | 0.0353 | 9.00 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2857 | *** | 0.0439 | 6.51 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1045 | | 0.0896 | 1.17 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1448 | * | 0.0805 | 1.80 |
| Log(Age) (Years) | -0.5894 | *** | 0.1877 | -3.14 |
| Log(Age)^2 | 0.0696 | *** | 0.0239 | 2.92 |
| Log(Company Tenure) (Months) | 0.0297 | | 0.0477 | 0.62 |
| Log(Company Tenure)^2 | -0.0025 | | 0.0049 | -0.52 |
| Male | 0.0065 | *** | 0.0024 | 2.64 |
| DLog(Information Sector Employment in San-Jose) | 1.4378 | *** | 0.4146 | 3.47 |
| Log(Total Number of Transfers Among Defendants) | 0.0973 | ** | 0.0493 | 1.98 |
| Year (trend) | -0.0008 | | 0.0080 | -0.10 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0240 | | 0.0241 | 0.99 |
| Log(Total Number of New Hires) | -0.2720 | *** | 0.0617 | -4.41 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0661 | | 0.0853 | -0.78 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.2068 | *** | 0.0869 | 2.38 |
| APPLE | 0.1220 | | 0.2718 | 0.45 |
| GOOGLE | 1.3682 | *** | 0.4309 | 3.18 |
| INTEL | 0.1569 | | 0.2761 | 0.57 |
| INTUIT | 0.1393 | | 0.2268 | 0.61 |
| PIXAR | 1.5864 | | 1.0458 | 1.52 |
| LUCASFILM | 0.0127 | | 0.3184 | 0.04 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.874** | | | |
| Observations | **292,489** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Standard errors clustered on employer-year.

## Exhibit 22A
# Dr. Leamer's Estimates of Undercompensation Are Not Statistically Significant
### All-Salaried Employee Class

|  | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| **Dr. Leamer's Annual Undercompensation Estimates (Figure 22)** | | | | | | | |
| 2005 | -1.61% | -1.59% | -1.78% | -1.67% |  | -12.13% | -10.56% |
| 2006 | -4.28% | -4.43% | -4.44% | -4.70% |  | -14.63% | -12.44% |
| 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |
| **T-Statistics for Annual Undercompensation Estimates** | | | | | | | |
| 2005 | -0.94 | -0.74 | -0.47 | -0.96 |  | -1.17 | -0.91 |
| 2006 | -0.88 | -0.81 | -0.49 | -1.49 |  | -0.98 | -0.86 |
| 2007 | -0.90 | -0.80 | -0.55 | -1.62 | -0.86 | -0.93 | -0.88 |
| 2008 | -0.90 | -0.80 | -0.60 | -1.63 | -0.99 | -0.95 | -0.79 |
| 2009 | -0.94 | -0.82 | -0.64 | -1.62 | -1.04 | -0.96 | -0.72 |
| **P-Values for Annual Undercompensation Estimates** | | | | | | | |
| 2005 | 35.3% | 46.5% | 64.1% | 34.0% |  | 24.9% | 36.8% |
| 2006 | 38.2% | 42.3% | 62.7% | 14.2% |  | 33.0% | 39.3% |
| 2007 | 37.1% | 42.6% | 58.7% | 11.1% | 39.4% | 35.5% | 38.4% |
| 2008 | 37.0% | 42.6% | 55.1% | 10.8% | 32.6% | 34.4% | 43.2% |
| 2009 | 35.0% | 41.7% | 52.3% | 11.2% | 30.1% | 34.3% | 47.7% |

Notes:
[1] Estimates with t-statistics below 1.96 in absolute value (or, equivalently, with p-values greater than 5%) are not statistically significant at the 95% level.
[2] Standard errors are clustered on employer and year.

Source: Dr. Leamer's Figure 20 regression data.

# Exhibit 22B

# Dr. Learner's Estimates of Undercompensation Are Not Statistically Significant
## Technical, Creative, and R&D Class

|  | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| **Dr. Learner's Annual Undercompensation Estimates (Figure 24)** | | | | | | | |
| 2005 | -1.56% | -1.90% | -3.07% | -1.64% |  | -10.80% | -9.28% |
| 2006 | -4.29% | -4.96% | -7.23% | -3.06% |  | -14.77% | -10.47% |
| 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |
| **T-Statistics for Annual Undercompensation Estimates** | | | | | | | |
| 2005 | -0.81 | -0.77 | -0.71 | -0.83 |  | -0.91 | -0.78 |
| 2006 | -0.78 | -0.79 | -0.72 | -0.94 |  | -0.85 | -0.72 |
| 2007 | -0.79 | -0.80 | -0.75 | -0.76 | -0.79 | -0.83 | -0.67 |
| 2008 | -0.79 | -0.80 | -0.77 | -0.81 | -0.83 | -0.83 | -0.61 |
| 2009 | -0.79 | -0.81 | -0.80 | -0.72 | -0.84 | -0.83 | -0.49 |
| **P-Values for Annual Undercompensation Estimates** | | | | | | | |
| 2005 | 42.4% | 44.7% | 48.2% | 40.8% |  | 36.8% | 44.1% |
| 2006 | 43.7% | 43.0% | 47.5% | 35.0% |  | 39.9% | 47.4% |
| 2007 | 43.6% | 43.0% | 45.6% | 44.8% | 43.1% | 41.0% | 50.7% |
| 2008 | 43.5% | 42.8% | 44.3% | 42.4% | 40.9% | 41.0% | 54.1% |
| 2009 | 43.1% | 42.4% | 42.8% | 47.8% | 40.4% | 41.2% | 62.7% |

Notes:

[1] Estimates with t-statistics below 1.96 in absolute value (or, equivalently, with p-values greater than 5%) are not statistically significant at the 95% level.

[2] Standard errors are clustered on employer and year.

Source: Dr. Learner's Figure 23 regression data.

# Exhibit 23

**"Undercompensation" Estimates Using Pre-Conduct Period as Benchmark in Dr. Leamer's Regression**

vs.

**"Undercompensation" Estimates Using Post-Conduct Period as Benchmark in Dr. Leamer's Regression**

## All-Salaried Employee Class (Pre-Conduct Period)

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | -2.71% | -3.61% | -6.33% | -2.81% | | -14.56% | -16.52% |
| 2006 | -7.94% | -9.12% | -15.64% | -3.65% | | -22.11% | -19.53% |
| 2007 | -12.15% | -14.47% | -20.77% | -1.56% | -6.18% | -27.43% | -19.88% |
| 2008 | -16.55% | -19.95% | -25.25% | -2.74% | -9.00% | -30.44% | -23.69% |
| 2009 | -15.87% | -19.92% | -22.16% | -1.37% | -8.34% | -30.04% | -20.65% |

## Technical, Creative and R&D Class (Pre-Conduct Period)

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | -3.46% | -4.70% | -8.39% | -3.54% | | -16.57% | -18.91% |
| 2006 | -10.10% | -11.69% | -20.04% | -3.90% | | -25.84% | -21.64% |
| 2007 | -15.29% | -18.40% | -25.38% | -0.43% | -7.90% | -31.64% | -20.55% |
| 2008 | -20.74% | -25.15% | -29.55% | -1.63% | -10.96% | -34.10% | -24.35% |
| 2009 | -19.53% | -24.64% | -23.64% | 0.33% | -9.96% | -32.41% | -19.40% |

Source: Leamer Figure 20 and 23 regressions estimated using conduct and pre-conduct period data only.

## All-Salaried Employee Class (Post-Conduct Period)

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | 2.35% | 2.55% | 2.76% | 2.29% | | 14.80% | 12.66% |
| 2006 | 6.66% | 6.74% | 6.80% | 5.08% | | 19.72% | 15.17% |
| 2007 | 10.43% | 10.54% | 9.43% | 6.72% | 4.83% | 24.07% | 16.81% |
| 2008 | 14.40% | 14.43% | 11.85% | 9.43% | 8.35% | 27.74% | 19.25% |
| 2009 | 14.55% | 14.49% | 10.20% | 9.05% | 8.51% | 28.06% | 17.56% |

## Technical, Creative and R&D Class (Post-Conduct Period)

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | 2.33% | 2.26% | 1.81% | 2.25% | | 16.28% | 11.56% |
| 2006 | 6.47% | 6.08% | 4.52% | 5.96% | | 20.36% | 13.40% |
| 2007 | 10.17% | 9.38% | 6.50% | 9.12% | 4.58% | 24.38% | 14.99% |
| 2008 | 14.00% | 12.71% | 8.46% | 12.50% | 8.08% | 28.54% | 16.28% |
| 2009 | 14.25% | 12.62% | 7.12% | 12.37% | 8.24% | 29.30% | 14.15% |

Source: Leamer Figure 20 and 23 regressions estimated using conduct and post-conduct period data only.

# Exhibit 24

## "Undercompensation" Estimates Predicted Using Non-Conduct Period Data in Dr. Leamer's Regression   vs.   "Undercompensation" Estimates in Dr. Leamer's Figures 22 and 24

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | 5.01% | 0.84% | 0.72% | -2.96% | | 2.48% | 4.52% |
| 2006 | 2.65% | 5.79% | -5.61% | -2.73% | | 5.99% | 16.84% |
| 2007 | 4.26% | 12.56% | -2.34% | -8.78% | -6.72% | 3.78% | -4.45% |
| 2008 | 4.67% | -0.10% | -18.53% | -7.36% | -10.78% | 3.88% | -29.03% |
| 2009 | 1.00% | 2.21% | -3.13% | -7.87% | -12.05% | 3.93% | -32.40% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | 5.83% | 0.97% | 1.89% | -3.43% | | 3.05% | 11.66% |
| 2006 | 2.05% | 4.03% | -12.09% | -1.29% | | 6.07% | 24.15% |
| 2007 | 5.83% | 9.57% | -7.59% | -5.47% | -6.76% | 1.52% | 6.44% |
| 2008 | 5.18% | -4.33% | -25.03% | -2.56% | -8.81% | 1.86% | -16.70% |
| 2009 | 1.46% | -2.26% | -6.45% | -3.09% | -10.53% | 1.90% | -23.03% |

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | -1.61% | -1.59% | -1.78% | -1.67% | | -12.13% | -10.56% |
| 2006 | -4.28% | -4.43% | -4.44% | -4.70% | | -14.63% | -12.44% |
| 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | -1.56% | -1.90% | -3.07% | -1.64% | | -10.80% | -9.28% |
| 2006 | -4.29% | -4.96% | -7.23% | -3.06% | | -14.77% | -10.47% |
| 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |

Source: Leamer Figure 20 and 23 regressions estimated using non-conduct period data.
Undercompensation calculated using residuals predicted for the conduct period.
Pixar revenue data after 2005 are included.

**Exhibit 25A**

## Mean Difference between Actual and Predicted Real Compensation by Company and Year

### Dr. Leamer's Conduct Regression for the All Salaried Employee Class




Notes:
[1] The percent difference is calculated as the residual from Dr. Leamer's Figure 20 regression model multiplied by 100.
[2] Real compensation, which is the dependant variable in the Dr. Leamer's model, is defined as total annual compensation divided by the consumer price index.

Source: Dr. Leamer's backup data and materials.

**Exhibit 25B**

## Mean Difference between Actual and Predicted Real Compensation by Company and Year

### Dr. Leamer's Conduct Regression for the Technical, Creative, and R&D Class




Notes:
[1] The percent difference is calculated as the residual from Dr. Leamer's Figure 23 regression model multiplied by 100.
[2] Real compensation, which is the dependant variable in the Dr. Leamer's model, is defined as total annual compensation divided by the consumer price index.

Source: Dr. Leamer's backup data and materials.

# Exhibit 26

## "Undercompensation Estimates" Including Change in S&P 500 in Dr. Leamer's Regression  vs.  "Undercompensation" Estimates in Dr. Leamer's Figures 22 and 24

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | -0.11% | -0.06% | -0.17% | -0.17% | | -1.90% | -1.64% |
| 2006 | -0.23% | -0.27% | -0.43% | -0.84% | | -1.83% | -1.83% |
| 2007 | -0.39% | -0.44% | -0.68% | -1.70% | -0.22% | -1.96% | -2.23% |
| 2008 | -0.55% | -0.62% | -1.01% | -2.22% | -0.55% | -2.28% | -2.25% |
| 2009 | -0.66% | -0.66% | -1.01% | -2.32% | -0.61% | -2.31% | -2.14% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | 0.48% | 0.19% | -0.84% | 0.41% | | 3.49% | 1.29% |
| 2006 | 1.20% | 0.69% | -1.82% | 2.12% | | 3.17% | 1.43% |
| 2007 | 1.93% | 1.00% | -1.87% | 4.26% | 0.71% | 3.38% | 2.21% |
| 2008 | 2.64% | 1.32% | -1.74% | 5.59% | 1.59% | 4.37% | 1.86% |
| 2009 | 2.81% | 1.40% | -1.15% | 5.76% | 1.74% | 4.57% | 1.65% |

### Figures 22 and 24

### All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | -1.61% | -1.59% | -1.78% | -1.67% | | -12.13% | -10.56% |
| 2006 | -4.28% | -4.43% | -4.44% | -4.70% | | -14.63% | -12.44% |
| 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |

### Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|
| 2005 | -1.56% | -1.90% | -3.07% | -1.64% | | -10.80% | -9.28% |
| 2006 | -4.29% | -4.96% | -7.23% | -3.06% | | -14.77% | -10.47% |
| 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |

Source: Leamer Figure 20 and 23 regressions including change in S&P 500
Net Total Return Index (Bloomberg).

*Curriculum Vitae*

# Kevin M. Murphy

October 2012

*Business Address:*                                   *Home Address:*

University of Chicago                                  1810 Pennington Court
Booth School of Business                              New Lenox, Illinois 60451
5807 South Woodlawn Avenue                           Phone: (815)463-4756
Chicago, Illinois  60637                              Fax: (815)463-4758
email: kevin.murphy@chicagobooth.edu

## Current Positions

July 2005-Present: George J. Stigler Distinguished Service Professor of Economics, Department of Economics and Booth School of Business, University of Chicago

Faculty Research Associate, National Bureau of Economic Research

## Education

University of California, Los Angeles, A.B., Economics, 1981

University of Chicago, Ph.D., 1986

Thesis Topic: *Specialization and Human Capital*

## Previous Research and Academic Positions

2002-2005: George J. Stigler Professor of Economics, Department of Economics and Booth School of Business, University of Chicago

1993 – 2002: George Pratt Shultz Professor of Business Economics and Industrial Relations, University of Chicago

1989 – 1993: Professor of Business Economics and Industrial Relations, University of Chicago

1988 – 1989: Associate Professor of Business Economics and Industrial Relations, University of Chicago

1986 – 1988: Assistant Professor of Business Economics and Industrial Relations, University of Chicago

1983 – 1986: Lecturer, Booth School of Business, University of Chicago

1982 – 1983: Teaching Associate, Department of Economics, University of Chicago

1979 – 1981: Research Assistant, Unicon Research Corporation, Santa Monica, California

## Honors and Awards

2008: John von Neumann Lecture Award, Rajk College, Corvinus University, Budapest

2007: Kenneth J. Arrow Award (with Robert H. Topel)

October 2005: Garfield Research Prize (with Robert H. Topel)

September 2005: MacArthur Foundation Fellow

1998: Elected to the American Academy of Arts & Sciences

1997: John Bates Clark Medalist

1993: Fellow of The Econometric Society

1989 – 1991: Sloan Foundation Fellowship, University of Chicago

1983 – 1984: Earhart Foundation Fellowship, University of Chicago

1981 – 1983: Fellowship, Friedman Fund, University of Chicago

1980 – 1981: Phi Beta Kappa, University of California, Los Angeles

1980 – 1981: Earhart Foundation Fellowship, University of California, Los Angeles

1979 – 1981: Department Scholar, Department of Economics, University of California, Los Angeles

## Publications

## Books

Social Economics: Market Behavior in a Social Environment with Gary S. Becker, Cambridge, MA: Harvard University Press (2000).

Measuring the Gains from Medical Research: An Economic Approach edited volume with Robert H. Topel, Chicago: University of Chicago Press (2003).

**Articles**

"Government Regulation of Cigarette Health Information," with Benjamin Klein and Lynne Schneider, 24 *Journal of Law and Economics* 575 (1981).

"Estimation and Inference in Two-Step Econometric Models," with Robert H. Topel, 3 *Journal of Business and Economic Statistics* 370 (1985).

"Unemployment, Risk, and Earnings: Testing for Equalizing Wage Differences in the Labor Market," with Robert H. Topel, in Unemployment and the Structure of Labor Markets, pp. 103-139, ed. Kevin Lang and Jonathan S. Leonard. London: Basil Blackwell (1987).

"The Evolution of Unemployment in the United States: 1968-1985," with Robert H. Topel, in NBER Macroeconomics Annual, pp. 11-58, ed. Stanley Fischer. Cambridge, MA: MIT Press (1987).

"Cohort Size and Earnings in the United States," with Mark Plant and Finis Welch, in Economics of Changing Age Distributions in Developed Countries, pp. 39-58, ed. Ronald D. Lee, W. Brian Arthur, and Gerry Rodgers. Oxford: Clarendon Press, (1988).

"The Family and the State," with Gary S. Becker, 31 *Journal of Law and Economics* 1 (1988).

"A Theory of Rational Addiction," with Gary S. Becker, 96 *Journal of Political Economy* 675 (1988).

"Vertical Restraints and Contract Enforcement," with Benjamin Klein, 31 *Journal of Law and Economics* 265 (1988).

"Income Distribution, Market Size, and Industrialization," with Andrei Shleifer and Robert W. Vishny, 104 *Quarterly Journal of Economics* 537 (1989).

"Wage Premiums for College Graduates: Recent Growth and Possible Explanations," with Finis Welch, 18 *Educational Researcher* 17 (1989).

"Industrialization and the Big Push," with Andrei Shleifer and Robert W. Vishny, 97 *Journal of Political Economy* 1003 (1989).

"Building Blocks of Market Clearing Business Cycle Models," with Andrei Shleifer and Robert W. Vishny, in NBER Macroeconomic Annual, pp. 247-87, ed. Olivier Jean Blanchard and Stanley Fischer. Cambridge, MA: MIT Press (1989).

"Efficiency Wages Reconsidered: Theory and Evidence," with Robert H. Topel, in Advances in the Theory and Measurement of Unemployment, pp. 204-240. ed. Yoram Weiss and Gideon Fishelson. London: Macmillan, (1990).

"Empirical Age-Earnings Profiles," with Finis Welch, 8 *Journal of Labor Economics* 202 (1990).

"Human Capital, Fertility, and Economic Growth," with Gary S. Becker and Robert F. Tamura, 98 *Journal of Political Economy*, S12 (1990).

"Accounting for the Slowdown in Black-White Wage Convergence," with Chinhui Juhn and Brooks Pierce, in Workers and Their Wages: Changing Patterns in the United States, pp. 107-143, ed. Marvin Kosters. Washington, D.C.: American Enterprise Institute (1991).

"The Role of International Trade in Wage Differentials," with Finis Welch, in Workers and Their Wages: Changing Patterns in the United States, pp. 39- 69, ed. Marvin Kosters. Washington, D.C.: American Enterprise Institute (1991).

"Why Has the Natural Rate of Unemployment Increased over Time?" with Robert H. Topel and Chinhui Juhn, 2 *Brookings Papers on Economic Activity* 75 (1991).

"The Allocation of Talent: Implications for Growth," with Andrei Shleifer and Robert W. Vishny, 106 *Quarterly Journal of Economics* 503 (1991).

"Rational Addiction and the Effect of Price on Consumption," with Gary S. Becker and Michael Grossman, 81 *American Economic Review* 237 (1991).

"Wages of College Graduates," in The Economics of American Higher Education, pp. 121-40, ed. William E. Becker and Darrell R. Lewis. Boston: Kluwer Academic Publishers (1992).

"Changes in Relative Wages, 1963-1987: Supply and Demand Factors," with Lawrence F. Katz, 107 *Quarterly Journal of Economics* 35 (1992).

"The Structure of Wages," with Finis Welch. 107 *Quarterly Journal of Economics* 285 (1992).

"The Transition to a Market Economy: Pitfalls of Partial Planning Reform," with Andrei Shleifer and Robert W. Vishny, 107 *Quarterly Journal of Economics* 889 (1992).

"The Division of Labor, Coordination Costs, and Knowledge," with Gary S. Becker, 107 *Quarterly Journal of Economics* 1137 (1992).

"Industrial Change and the Rising Importance of Skill" with Finis Welch, in Uneven Tides: Rising Inequality in America, pp. 101-132, ed. Peter Gottschalk and Sheldon Danziger. New York: Russell Sage Foundation Publications (1993).

"Wage Inequality and the Rise in Returns to Skill," with Chinhui Juhn and Brooks Pierce, 101 *Journal of Political Economy* 410 (1993).

"Occupational Change and the Demand for Skill, 1940-1990," with Finis Welch, 83 *American Economic Review* 122 (1993).

"Inequality and Relative Wages," with Finis Welch, 83 *American Economic Review* 104 (1993).

"Why Is Rent-Seeking So Costly to Growth?" with Andrei Shleifer and Robert W. Vishny, 83 *American Economic Review* 409 (1993).

"A Simple Theory of Advertising as a Good or Bad," with Gary S. Becker, 108 *Quarterly Journal of Economics* 941 (1993).

"Relative Wages and Skill Demand, 1940-1990," with Chinhui Juhn, in Labor Markets, Employment Policy, and Job Creation, pp. 343-60, ed. Lewis C. Solmon and Alec R. Levenson. The Milken Institute Series in Economics and Education. Boulder, CO: Westview Press, (1994).

"Cattle Cycles," with Sherwin Rosen and Jose A. Scheinkman, 102 *Journal of Political Economy* 468 (1994).

"An Empirical Analysis of Cigarette Addiction," with Gary S. Becker and Michael Grossman, 84 *American Economic Review* 396 (1994).

"Inequality in Labor Market Outcomes: Contrasting the 1980s and Earlier Decades," with Chinhui Juhn, 1 *Economic Policy Review* 26 (1995).

"Employment and the 1990-91 Minimum Wage Hike," with Donald R. Deere and Finis Welch, 85 *American Economic Review* 232 (1995).

"Examining the Evidence on Minimum Wages and Employment," with Donald R. Deere and Finis Welch, in The Effects of the Minimum Wage on Employment, pp. 26-54, ed. Marvin H. Kosters. Washington, D.C.: The AEI Press, (1996).

"Social Status, Education, and Growth," with Chaim Fershtman and Yoram Weissm, 104 *Journal of Political Economy* 108 (1996).

"Wage Inequality and Family Labor Supply," with Chinhui Juhn, 15 *Journal of Labor Economics* 72 (1997).

"Quality and Trade," with Andrei Shleifer, 53 *Journal of Development Economics* 1 (1997).

"Wage Inequality and Family Labor Supply," with Chinhui Juhn, 15 *Journal of Labor Economics* 72 (1997).

"Vertical Integration as a Self-Enforcing Contractual Arrangement," with Benjamin Klein, 87 *American Economic Review* 415 (1997).

"Unemployment and Nonemployment," with Robert H. Topel, 87 *American Economic Review* 295 (1997).

"Wages, Skills, and Technology in the United States and Canada," with W. Craig Riddell and Paul M. Romen, in General Purpose Technologies and Economic Growth, pp. 283-309, ed. Elhanan Helpman.  Cambridge, MA: M.I.T. Press, (1998).

"Perspectives on the Social Security Crisis and Proposed Solutions," with Finis Welch, 88 *American Economic Review* 142 (1998).

"Population and Economic Growth," with Gary S. Becker and Edward Glaeser, 89 *American Economic Review* 145 (1999).

"A Competitive Perspective on Internet Explorer," with Steven J. Davis, 90 *American Economic Review* 184 (2000).

"Industrial Change and the Demand for Skill" with Finis Welch, in The Causes and Consequences of Increasing Inequality, pp. 263-84, ed. Finis Welch.  Volume II in the Bush School Series in the Economics of Public Policy.  Chicago: University of Chicago Press, (2001).

"Wage Differentials in the 1990s: Is the Glass Half Full or Half Empty?" with Finis Welch, in *The Causes and Consequences of Increasing Inequality*, pp. 341-64, ed. Finis Welch. Volume II in the Bush School Series in the Economics of Public Policy.  Chicago: University of Chicago Press, (2001).

"Economic Perspectives on Software Design: PC Operating Systems and Platforms," with Steven J. Davis and Jack MacCrisken, in Microsoft, Antitrust, and the New Economy: Selected Essays, pp. 361-420, ed. Davis S. Evans. Boston, MA: Kluwer, (2001).

"Current Unemployment, Historically Contemplated," with Robert H. Topel and Chinhui Juhn, 1 *Brookings Papers on Economic Activity* 79 (2002).

"The Economics of Copyright 'Fair Use' in A Networked World," with Andres Lerner and Benjamin Klein, 92 *American Economic Review* 205 (2002).

"The Economic Value of Medical Research" with Robert H. Topel, in Measuring the Gains from Medical Research: An Economic Approach, pp. 41-73, ed. Robert H. Topel and Kevin M. Murphy. Chicago: University of Chicago Press, (2003).

"School Performance and the Youth Labor Market," with Sam Peltzman, 22 *Journal of Labor Economics* 299 (2003).

"Entrepreneurial ability and market selection in an infant industry: evidence from the Japanese cotton spinning industry," with Atsushi Ohyama and Serguey Braguinsky, 7 *Review of Economic Dynamics* 354 (2004).

"Entry, Pricing, and Product Design in an Initially Monopolized Market," with Steven J. Davis and Robert H. Topel, 112 *Journal of Political Economy*: S188 (2004).

"Diminishing Returns: The Costs and benefits of Increased Longevity," with Robert H. Topel, 46 *Perspectives in Biology and Medicine* S108 (2004).

"Persuasion in Politics," with Andrei Shleifer, 94 *American Economic Review* 435 (May 2004).

"Black-White Differences in the Economic Value of Improving Health," with Robert H. Topel, 48 *Perspectives in Biology and Medicine* S176 (2005).

"The Equilibrium Distribution of Income and the Market for Status," with Gary S. Becker and Iván Werning, 113 *Journal of Political Economy* 282 (2005).

"The Market for Illegal Goods: The Case of Drugs," with Gary S. Becker and Michael Grossman, 114 *Journal of Political Economy* 38 (2006).

"Competition in Two Sided Markets: The Antitrust Economics of Payment Card Interchange Fees," with Benjamin Klein, Kevin Green, and Lacey Place, 73 *Antitrust Law Journal* 571 (2006).

"The Value of Health and Longevity," with Robert H. Topel, 114 *Journal of Political Economy* 871 (2006).

"Social Value and the Speed of Innovation," with Robert H. Topel, 97 *American Economic Review* 433 (2007).

"Education and Consumption: The Effects of Education in the Household Compared to the Marketplace," with Gary S. Becker, 1 *The Journal of Human Capital* 9 (Winter 2007).

"Why Does Human Capital Need a Journal?" with Isaac Ehrlich, 1 *The Journal of Human Capital* 1 (Winter 2007).

"Critical Loss Analysis in the *Whole Foods* Case" with Robert H. Topel, 3 (2) *GCP Magazine* (March 2008).

"Exclusive Dealing Intensifies Competition for Distribution," with Benjamin Klein, Antitrust Law Journal, Vol. 75 (October 2008).

"Fertility Decline, the Baby Boom and Economic Growth," with Curtis Simon and Robert Tamura, 2 *The Journal of Human Capital* 3 (Fall 2008).

"The Market for College Graduates and the Worldwide Boom in Higher Education of Women" with Gary S. Becker and William H. J. Hubbard, 100 *American Economic Review: Papers & Proceedings* 229 (May 2010).

"Explaining the Worldwide Boom in Higher Education of Women," with Gary S. Becker & William H. J. Hubbard," *Journal of Human Capital*, University of Chicago Press, vol. 4(3), 203 (2010).

"How Exclusivity is Used to Intensify Competition for Distribution-Reply to Zenger," with Benjamin Klein, *77 Antitrust Law Journal No. 2* (2011).

"Achieving Maximum Long-Run Growth," *forthcoming in the Federal Reserve Bank of Kansas City Proceedings of the Annual Jackson Hole Conference 2011.*

**Selected Working Papers**

"Gauging the Economic Impact of September 11th," with Gary S. Becker, Unpublished Working Paper (October 2001).

"War In Iraq Versus Containment: Weighing the Costs," with Steven J. Davis and Robert H. Topel, *NBER Working Paper No.12092* (March 2006).

"Estimating the Effect of the Crack Epidemic," with Steve Levitt and Roland Fryer, Unpublished Working Paper (September 2006).

"The Interaction of Growth in Population and Income," with Gary S. Becker, Unpublished Working Paper (2006).

"Persuasion and Indoctrination," with Gary Becker (2007).

"The Value of Life Near Its End and Terminal Care," with Gary S. Becker and Tomas Philipson (2007).

"On the Economics of Climate Policy," with Gary S. Becker and Robert H. Topel, Working Paper No. 234 (January 2010, Revised September 2010).

**Selected Comments**

Comment on "Causes of Changing Earnings Equality," by Robert Z. Lawrence. Federal Reserve Bank of Kansas City (1998).

"Comment: Asking the Right Questions in the Medicare Reform Debate," Medicare Reform: Issues and Answers, pp. 175-81, ed. Andrew J. Rettenmaier and Thomas R. Saving. Chicago: University of Chicago Press (2000).

Comment on "Social Security and Demographic Uncertainty," by Henning Bohn in Risk Aspects of Investment-Based Social Security Reform, ed. John Y. Campbell and Martin Feldstein. Chicago: University of Chicago Press (2001.)

Comment on "High Technology Industries and Market Structure," by Hal R. Varian. Federal Reserve Bank of Kansas City (2001).

## Popular Press Articles

"The Education Gap Rap," *The American Enterprise,* (March-April 1990), pp. 62.

"Rethinking Antitrust," with Gary S. Becker, *Wall Street Journal*, (February 26, 2001) pp. pA22.

"Prosperity Will Rise Out of the Ashes," with Gary S. Becker, *Wall Street Journal*, (October 29, 2001) pp. pA22.

"The Economics of NFL Team Ownership" with Robert H. Topel, report prepared at the request of the National Football League Players' Association. (January 2009).

## Articles About Murphy

"Higher Learning Clearly Means Higher Earning," by Carol Kleiman. *Chicago Tribune*, March 12, 1989, Jobs Section pp. 1.  Long article about "The Structure of Wages" with picture of Murphy.

"Why the Middle Class Is Anxious," by Louis S. Richman. *Fortune*, May 21, 1990, pp. 106. Extensive reference to Murphy's work on returns to education.

"Unequal Pay Widespread in U.S.," by Louis Uchitelle., *New York Times,* August 14, 1990, Business Day section pp. 1. Long piece on income inequality.

"One Study's Rags to Riches Is Another's Rut of Poverty," by Sylvia Nasar, *New York Times*, June 17, 1992, Business Section pp. 1. Long piece on the income inequality research.

"Nobels Pile Up for Chicago, but Is the Glory Gone?" by Sylvia Nasar, *New York Times* November 4, 1993, Business Section pp. 1. Long piece on Chicago School of economics. Featured a photo of five of the "brightest stars on the economics faculty" (including Murphy) and a paragraph about Murphy's research.

"This Sin Tax is Win-Win," by Christopher Farrell. *Business Week*, April 11, 1994, pp. 30. Commentary section refers to Murphy, Becker, and Grossman's work on rational addiction.

"Growing inequality and the economics of fragmentation," by David Warsh, *Boston Sunday Globe*, August 21, 1994, pp. A1. Two-page article with picture and biographical details about Murphy and his research; part of a series about "how the new generation replaced the old in economics."

"A Pay Raise's Impact," by Louis Uchitelle. *New York Times*, January 12, 1995, Business Section pp. 1. Article about consequences of proposed increase in the minimum wage. Articles featuring Murphy's comments on the minimum wage appeared in numerous other publications, including the *Chicago Tribune*; in addition, Murphy was interviewed on CNN (January 26, 1995).

"The Undereducated American," *Wall Street Journal*, August 19, 1996, pp. A12. Changes in the rate of returns to education.

"In Honor of Kevin M. Murphy: Winner of the John Bates Clark Medal," by Finis Welch, 14 *Journal of Economic Perspectives* 193 (2000).

**Testimony, Reports, and Depositions (Last 4 Years)**

Deposition of Kevin M. Murphy, January 15-16, 2008, in the Matter of New Motor Vehicles Canadian Export Antitrust Litigation., The United States District Court for the District of Maine.

Expert Report of Kevin M. Murphy, February 1, 2008, in the Matter of Allied Orthopedic Appliances, Inc., v. Tyco Healthcare Group L.P., The United States District Court for the Central District of California Western District.

Declaration of Kevin M. Murphy, February 22, 2008, in the Matter of Novelis Corporation v. Anheuser-Busch, Inc., The United States District Court for the Northern District of Ohio Eastern Division.

Deposition of Kevin M. Murphy, February 28, 2008, in the Matter of Allied Orthopedic Appliances, Inc., v. Tyco Healthcare Group L.P., The United States District Court for the Central District of California Western District.

Expert Report of Kevin M. Murphy, March 7, 2008, in the Matter of Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al. (Consolidated), Unisys Corporation v. Hynix Semiconductor, Inc., et al., Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al., Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al., All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al., DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA Hynix Semiconductor, et al., The United States District Court for the Northern District of California San Francisco Division.

Deposition of Kevin M. Murphy, April 24, 2008, in the Matter of Sun Microsystems, Inc., et al. v. Hynix Semiconductor, Inc., et al. (Consolidated), Unisys Corporation v. Hynix Semiconductor, Inc., et al., Jaco Electronics, Inc. v. Hynix Semiconductor, Inc., et al., Edge Electronics, Inc. v. Hynix Semiconductor, Inc., et al., All American Semiconductor, Inc. v. Hynix Semiconductor, Inc., et al., DRAM Claims Liquidation Trust, by its Trustee Wells Fargo Bank, NA Hynix Semiconductor, et al., The United States District Court for the Northern District of California San Francisco Division.

Initial Submission of Kevin M. Murphy, October 6, 2008, in the 2006 MSA Adjustment Proceeding.

Expert Report of Kevin M. Murphy, October 29, 2008, in the Matter of Fair Issac Corporation; and myFICO Consumer Services, Inc. vs. Equifax, Inc.; Equifax Information Services LLC; Experian Information Solutions Inc.; TransUnion, LLC; VantageScore Solutions LLC; and Does I through X., The United States District Court District of Minnesota.

Expert Report of Kevin M. Murphy, November 21, 2008, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, November 21, 2008, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Deposition of Kevin M. Murphy, December 12, 2008, in the Matter of Fair Issac Corporation; and myFICO Consumer Services, Inc. vs. Equifax, Inc.; Equifax Information Services LLC; Experian Information Solutions Inc.; TransUnion, LLC; VantageScore Solutions LLC; and Does I through X., The United States District Court District of Minnesota.

Deposition of Kevin M. Murphy, December 15, 2008, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Rebuttal Expert Report of Kevin M. Murphy, December 26, 2008, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Final Submission of Kevin M. Murphy, January 16, 2009, in the 2006 MSA Adjustment Proceeding.

Expert Report of Kevin M. Murphy, January 23, 2009, in the Matter of City of New York v. Amerada Hess Corp., et al., The United States District Court for the Southern District of New York. Report submitted on behalf of Citgo Petroleum Corporation.

Declaration of Kevin M. Murphy, January 29, 2009, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Deposition of Kevin M. Murphy, February 10, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Expert Report of Kevin M. Murphy, February 13, 2009, in the Matter of City of New York v. Amerada Hess Corp., et al., The United States District Court for the Southern District of New York. Report submitted on behalf of Citgo Petroleum Corporation regarding Citgo's share of total RFG supply at the New York Harbor.

Expert Report of Kevin M. Murphy, March 3, 2009, in the Matter of St. Francis Medical Center, on behalf of itself and all others similarly situated vs. C.R. Bard, Inc., The United States District Court for the Eastern District of Missouri Southeastern Division.

Deposition of Kevin M. Murphy, March 6, 2009, in the Matter of St. Francis Medical Center, on behalf of itself and all others similarly situated vs. C.R. Bard, Inc., The United States District Court for the Eastern District of Missouri Southeastern Division.

Expert Report of Kevin M. Murphy, March 17, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Deposition of Kevin M. Murphy, April 6, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Declaration of Kevin M. Murphy, April 16, 2009, in the Matter of Sun Microsystems, Inc., a California corporation v. Hynix Semiconductor Inc., et al., The United States District Court Northern District of California San Francisco Division.

Declaration of Kevin M. Murphy, April 23, 2009, in the Matter of Sun Microsystems, Inc., a California corporation v. Hynix Semiconductor Inc., a Korean corporation,  Hynix Semiconductor America Inc., a California corporation, et al., The United States District Court Northern District of California San Francisco Division.

Expert Report of Kevin M. Murphy, May 11, 2009, in the Matter of Jim Hood, Attorney General ex rel State of Mississippi v. Microsoft Corporation., The Chancery Court of Hinds County First Judicial District.

Expert Report of Professor Kevin M. Murphy, June 12, 2009, in the Matter of CITGO Petroleum Corporation v. Ranger Enterprises, Inc., The United States District Court for the Western District of Wisconsin.

Expert Report of Kevin M. Murphy, June 24, 2009, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Trial Testimony of Kevin M. Murphy, July 16, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Declaration of Kevin M. Murphy, August 14, 2009, in the Matter of EBay Seller Antitrust Litigation, The United States District Court for the Northern District of California. Declaration submitted in support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, August 21, 2009, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Deposition of Kevin M. Murphy, September 16, 2009, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Deposition of Kevin M. Murphy, September 21, 2009, in the Matter of Ebay Seller Antitrust Litigation., The United States District Court for the Northern District of California. Deposition in support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, September 29, 2009, in the Matter of Motor Fuel Temperature Sales Litigation, The United States District Court of Kansas.

Trial Testimony of Kevin M. Murphy, October 1, 2009, in the Matter of ZF Meritor LLC and Meritor Transmission Corporation v. Eaton Corporation., The United States District Court of Delaware. Case No. 06-CV-623.

Declaration of Kevin M. Murphy, October 16, 2009, in the Matter of Ebay Seller Antitrust Litigation., The United States District Court for the Northern District of California. Declaration in further support of defendant Ebay Inc.'s motion for summary judgment.

Expert Report of Kevin M. Murphy, October 20, 2009, in the Matter of Advanced Micro Devices, Inc., and AMD International Sales & Service, LTD v. Intel Corporation and Intel Kabushiki Kaisha., The United States District Court for the District of Delaware.

Deposition of Kevin M. Murphy, October 24, 2009, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Deposition of Kevin M. Murphy, October 26, 2009, in the Matter of Motor Fuel Temperature Sales Litigation., The United States District Court of Kansas.

Expert Report of Kevin M. Murphy, December 14, 2009, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation., The United States District Court for the Eastern District of New York.

Supplemental Expert Report of Kevin M. Murphy, December 21, 2009, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Trial Testimony of Kevin M. Murphy, January 11, 2010, in the Matter of Go Computer, Inc., and S. Jerrold Kaplan v. Microsoft Corporation., The Superior Court for the State of California for the City and County of San Francisco.

Supplemental Rebuttal Expert Report of Kevin M. Murphy, January 14, 2010, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Deposition of Kevin M. Murphy, January 26, 2010, in the Matter of Valassis Communications, Inc. v. News America Incorporated, a/k/a News America Marketing Group, News America FSI, Inc. a/k/a News America Marketing FSI, LLC and News America Marketing In-Store Services, Inc. a/a/a News American Marketing In-Store Services, LLC., The United States Third Circuit Court of Michigan Detroit Division. Case No. 07-706645.

Declaration of Kevin M. Murphy, January 28, 2010, in the Matter of Automobile Antitrust Cases I and II., The United States Superior Court of the State of California for the County of San Francisco.

Declaration of Kevin M. Murphy, April 2, 2010, in the Matter of the Application for the Determination of Interim License Fees for The Cromwell Group, Inc. and Affiliates, et al., The United States District Court Southern District of New York.

Deposition of Kevin M. Murphy, April 13-14, 2010, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation., The United States District Court for the Eastern District of New York.

Supplemental Expert Report of Kevin M. Murphy, June 1, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc. (corrected June 8, 2010)., The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, June 21, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Supplement to Expert Report of Kevin M. Murphy, June 24, 2010, in the Matter of Payment Card Interchange Fee and Merchant Discount Antitrust Litigation., The United States District Court for the Eastern District of New York.

Second Supplemental Expert Report of Kevin M. Murphy, July 6, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Deposition of Kevin M. Murphy, July 8, 2010, in the Matter of Insignia Systems, Inc. v. News America Marketing In-Store, Inc., The United States District Court for the District of Minnesota.

Expert Report of Kevin M. Murphy, July 28, 2010, in the Matter of Commonwealth of Pennsylvania by Thomas W. Corbett, Jr., in his capacity as Attorney General of the Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.,  in the Commonwealth Court of Pennsylvania, No. 212 MD 2004.

Response of Kevin M. Murphy to Reply Report of Mark Israel and Michael Katz, August 19, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Expert Report of Kevin M. Murphy, September 14, 2010, in the Matter of City of St. Louis, et al. v. American Tobacco Co., et al., The Circuit Court of the City of St. Louis State of Missouri.

Deposition of Kevin M. Murphy, September 24, 2010, in the Matter of City of St. Louis, et al. v. American Tobacco Co., et al., The Circuit Court of the City of St. Louis State of Missouri.

Supplemental Expert Report of Kevin M. Murphy, September 30, 2010, in the Matter of Commonwealth of Pennsylvania by Thomas W. Corbett, Jr., in his capacity as Attorney General of the Commonwealth of Pennsylvania v. TAP Pharmaceutical Products, Inc., et al.,  in the Commonwealth Court of Pennsylvania, No. 212 MD 2004.

Expert Report of Kevin M. Murphy, October 1, 2010, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Expert Report of Kevin M. Murphy, October 4, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Deposition of Kevin M. Murphy, October 7, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Trial Testimony of Kevin M. Murphy, November 8, 2010, in the Matter of the Arbitration between Cordis Corporation and Abbott Vascular., CPR International Institute for Conflict Prevention & Resolution.

Declaration of Kevin M. Murphy, November 12, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Expert Report of Kevin M. Murphy, November 15, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Expert Report of Kevin M. Murphy, November 19, 2010, in the Matter of Craft, et al., v. Philip Morris Companies, Inc., a corporation, and Philip Morris Incorporated, a corporation, Missouri Circuit Court, Twenty-Second Judicial District (City of St. Louis), Case No. 002-00406-02.

Economic Analysis of Kevin M. Murphy to Guide Interpretation of Provisions of the Dodd-Frank Act Regarding Regulation of Debit Interchange Fees, November 23, 2010, submission on behalf of Bank of America Corporation.

Comments of Kevin M. Murphy on the November 10, 2010 Report of Drs. Mark Israel and Michael L. Katz, November 24, 2010, in the Matter of Applications of Comcast Corporation, General Electric Company and NBC Universal, Inc., for Consent to Assign Licenses or Transfer Control of Licensees., Federal Communications Commission.

Expert Report of Kevin M. Murphy, November 29, 2010, in the Matter of Reggie White, et al., v. NFL: Lockout Insurance & Lockout Loans., The United States District Court District of Minnesota.

Deposition of Kevin M. Murphy, December 3, 2010, in the Matter of Reggie White, et al., v. NFL: Lockout Insurance & Lockout Loans., The United States District Court District of Minnesota.

Deposition of Kevin M. Murphy, December 13, 2010, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Deposition of Kevin M. Murphy, January 17-18, 2011, in the Matter of Craft, et al., v. Philip Morris Companies, Inc., a corporation, and Philip Morris Incorporated, a corporation, Missouri Circuit Court, Twenty-Second Judicial District (City of St. Louis), Case No. 002-00406-02.

Report of Kevin M. Murphy, February 15, 2011, submitted by TCF Financial Corporation on February 16, 2011 to the Subcommittee on Financial Institutions and Consumer Credit of the Committee on Financial Services of the U.S. House of Representatives.

Declaration of Kevin M. Murphy, March 2, 2011, in the Matter of TCF National Bank v. Ben S. Bernanke, Janet L. Yellen, Kevin M. Warsh, Elizabeth A. Duke, Daniel K. Tarullo and Sarah Bloom Raskin, the Board of Governors of the Federal Reserve System, in their official capacities; and John Walsh, Comptroller of the Currency, in his official capacity.

Expert Report of Kevin M. Murphy, April 11, 2011, in the Matter of Datel Holdings, LTD., and Datel Design & Development, Inc., v. Microsoft Corporation., The United States District Court Northern District of California.

Declaration of Kevin M. Murphy, May 26, 2011, filed with the National Labor Relations Board on behalf of the National Basketball Players Association.

Deposition of Kevin M. Murphy, June 14, 2011, in the Matter of Datel Holdings, LTD., and Datel Design & Development, Inc., v. Microsoft Corporation., The United States District Court Northern District of California.

Expert Report of Kevin M. Murphy, July 1, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Expert Report of Kevin M. Murphy, August 17, 2011, in the Matter of American Airlines, Inc. v. Sabre Inc., et al., The Judicial District of Tarrant County, Texas 67th Judicial District.

Expert Report of Kevin M. Murphy, August 19, 2011, in the Matter of Motor Fuel Temperature Sales Litigation., The United States District Court for the District of Kansas.

Deposition of Kevin M. Murphy, September 6, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Expert Report of Kevin M. Murphy, September 9, 2011, in the Matter of State of New York v. Intel Corporation., The United States District Court for the District of Delaware.

Deposition of Kevin M. Murphy, September 14, 2011, in the Matter of Motor Fuel Temperature Sales Litigation., The United States District Court for the District of Kansas.

Direct Testimony of Kevin M. Murphy, September 27, 2011, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Deposition of Kevin M. Murphy, October 8-10, 2011, in the Matter of State of New York v. Intel Corporation., The United States District Court for the District of Delaware.

Report of Kevin M. Murphy, October 10, 2011, in connection with dispute between NRLC and railroad employees, National Mediation Board Case Nos. A-13569; A-13570; A-13572; A-13573; A-13574; A-13575; A-13592, before Emergency Board No. 243.

Hearing Testimony of Kevin M. Murphy, October 13, 2011, in connection with dispute between NRLC and railroad employees, National Mediation Board Case Nos. A-13569; A-13570; A-13572; A-13573; A-13574; A-13575; A-13592, before Emergency Board No. 243.

Expert Report of Kevin M. Murphy, October 17, 2011, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Declaration of Kevin M. Murphy, December 1, 2011, the Matter of Motor Fuel Temperature Sales Litigation., The United States District Court for the District of Kansas.

Expert Report of Kevin M. Murphy, December 5, 2011, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company., The United States District Court for the Eastern District of Texas Marshall Division.

Trial Testimony of Kevin M. Murphy, December 7-8, 2011, in the Matter of Novell, Incorporated v. Microsoft Corporation., The United States District Court Northern District of Maryland.

Trial Testimony of Kevin M. Murphy, December 29, 2011, in the Matter of RWJ Management Company, Inc. v. BP Products North America, Inc., The United States District Court for the Northern District of Illinois Eastern Division.

Supplemental Expert Report of Kevin M. Murphy, January 15, 2012, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company., The United States District Court for the Eastern District of Texas Marshall Division.

Trial Testimony of Kevin M. Murphy, January 18, 2012, in the Matter of Certain Gaming and Entertainment Consoles, Related Software, and Components Thereof., The United States International Trade Commission.

Supplemental Expert Report of Kevin M. Murphy, February 23, 2012, in the Matter of State of New Hampshire v. Hess Corporation, et al., The State of New Hampshire Superior Court.

Affidavit of Kevin M. Murphy, March 12, 2012, in the Matter of Sharon Price and Michael Fruth, Individually and on Behalf of Others Similarly Situated vs. Philip Morris Incorporated, The United States Circuit Court, Third Judicial Court, Madison County, Illinois.

Declaration of Kevin M. Murphy, May 3, 2012, in the Matter of Retractable Technologies, Inc. and Thomas Shaw v. Becton, Dickinson and Company., The United States District Court for the Eastern District of Texas Marshall Division.

Comments of Kevin M. Murphy of DirecTV, LLC, June 22, 2012, in the Matter of Revision of the Commission's Program Access Rules;  News Corporation and the DIRECTV Group, Inc., Transferors, and Liberty Media Corporation, Transferee, for Authority to Transfer Control; Applications for Consent to the Assignment and/or Transfer of Control of Licenses, Adelphia Communications Corporation (and Subsidiaries, Debtors-in-Possession), Assignors, to Time Warner Cable, Inc. (Subsidiaries), Assignees, et al., Federal Communications Commission.

Expert Report of Kevin M. Murphy, July 20, 2012, in the Matter of American Airlines v. Sabre, Inc., Sabre Holdings Corp., and Sabre Travel International Ltd., The United States Judicial District Tarrant County, Texas 67th Judicial District.

Declaration of Kevin M. Murphy, July 21, 2012, in the Matter of Kirk Dahl v. Bain Capital Partners, LLC., The United States District Court District of Massachusetts.

Expert Report of Kevin M. Murphy, July 23, 2012, in the Matter of Kirk Dahl v. Bain Capital Partners, LLC., The United States District Court District of Massachusetts.

Expert Report of Kevin M. Murphy, July 24, 2012, in the Matter of Microsoft Corporation v. Motorola, Inc., The United States District Court Western District of Washington at Seattle.

Deposition of Kevin M. Murphy, August 22, 2012, in the Matter of Microsoft Corporation v. Motorola, Inc., The United States District Court Western District of Washington at Seattle.

"Economic Analysis of the Impact on DIRECTV's Subscribership of Carrying an RSN: Evidence from San Diego," August 31, 2012, submitted in the Matter of Revision of the Commission's Program Access Rules;  News Corporation and the DIRECTV Group, Inc., Transferors, and Liberty Media Corporation, Transferee, for  Authority to Transfer Control; Applications for Consent to the Assignment and/or Transfer of Control of Licenses, Adelphia Communications Corporation (and Subsidiaries, Debtors-in-Possession), Assignors, to Time Warner Cable, Inc. (Subsidiaries), Assignees, et al., Federal Communications Commission.)

Expert Report of Kevin M. Murphy, September 7, 2102, in the Matter of Willard R. Brown, et al. v The American Tobacco Co., Inc., et al.., Superior Court for the State of California for the County of San Diego.

Deposition of Kevin M. Murphy, September 14, 2012, in the Matter of Willard R. Brown, et al. v The American Tobacco Co., Inc., et al.., Superior Court for the State of California for the County of San Diego.

Deposition of Kevin M. Murphy, September 24, 2012, in the Matter of American Airlines Inc.  v Sabre, Inc., Sabre Holdings Corp., and Sabre Travel International  LTD for the State of Texas for the Judicial District of Tarrant County.

Expert Report of Kevin M. Murphy, October 10, 2102, in the Matter of Avery Dennison Corporation v. 3M Innovative Properties and 3M Company, The United States District Court for the District of Minnesota.