MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANTS' NOTICE OF ERRATA AND ERRATA TO CISNEROS DECLARATION EXHIBIT 8 FILED WITH DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

1  On January 13, 2014, Defendants filed a Joint Response to Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Motion to Exclude Expert Testimony Proffered by Defendants (Dkt. 586), seeking to seal portions of certain exhibits to the Declaration of Lisa J. Cisneros ("Cisneros Declaration").  In support thereof, Defendants filed proposed redacted and highlighted versions of those exhibits sought to be filed under seal (Dkt. 592).

Defendants hereby submit an errata to the proposed redacted and highlighted versions of Cisneros Declaration Exhibit 8, the Amended Expert Report of Edward A. Snyder.  The proposed redactions previously submitted were inadvertently made to Dr. Snyder's original expert report, rather than the amended version of his report attached to the Cisneros Declaration.  Attached hereto are corrected versions, reflecting Defendants' proposed redactions to Dr. Snyder's amended expert report.

Dated:  January 14, 2014        MAYER BROWN LLP

By:      */s/ Lee H. Rubin*
                Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

KEKER & VAN NEST LLP

By:      */s/ Robert A. Van Nest*
                *Robert A. Van Nest*

Robert A. Van Nest
Daniel Purcell
Eugene M. Paige
Justina Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone: (415) 391-5400
Facsimile: (415) 397-7188

*Attorneys for Defendants GOOGLE INC.*

| | | |
|---|---|---|
| 1 | Dated: January 14, 2014 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:   */s/ Christina J. Brown*<br>Christina J. Brown |
| 4 | | George Riley |
| 5 | | Michael F. Tubach<br>Christina J. Brown |
| 6 | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 |
| 7 | | Telephone: (415) 984-8700<br>Facsimile: (415) 984-8701 |
| 8 | | *Attorneys for Defendant APPLE INC.* |
| 9 | Dated: January 14, 2014 | MUNGER, TOLLES & OLSON LLP |
| 10 | | |
| 11 | | By:   */s/ Gregory P. Stone*<br>Gregory P. Stone |
| 12 | | Gregory P. Stone |
| 13 | | Bradley S. Phillips<br>Gregory Sergi |
| 14 | | John Mittelbach<br>355 South Grande Ave., 35th Floor |
| 15 | | Los Angeles, CA 90071<br>Telephone: (213) 683-9100 |
| 16 | | Facsimile: (213) 687-3702 |
| 17 | | *Attorneys for Defendant INTEL CORPORATION* |
| 18 | Dated: January 14, 2014 | JONES DAY |
| 19 | | |
| 20 | | By:   */s/ Lin W. Kahn*<br>Lin W. Kahn |
| 21 | | Robert A. Mittelstaedt |
| 22 | | David C. Kiernan<br>Lin W. Kahn |
| 23 | | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 24 | | Telephone: (415) 626-3939<br>Facsimile: (415) 875-5700 |
| 25 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |

26  **ATTESTATION**: The filer attests that concurrence in the filing of this document has been

27  obtained from all signatories.

28