**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JAN 14 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION. _____ SIDDHARTH HARIHARAN; et al.,          Plaintiffs - Respondents,   v. ADOBE SYSTEMS, INC.; et al.,          Defendants - Petitioners. | No. 13-80223  D.C. No. 5:11-cv-02509-LHK Northern District of California, San Jose   ORDER |

Before: TROTT and PAEZ, Circuit Judges.

Petitioners' motion to seal portions of the excerpts of record is granted. Respondents' motion to seal portions of their supplemental excerpts of record is granted. All documents sealed pursuant to the district court's January 24, 2012 protective order and referenced in the parties' motions shall remain under seal.

The motion of the Chamber of Commerce, et al., for leave to file an *amicus curiae* brief in support of petitioners is granted. The Clerk shall file the brief submitted on November 14, 2013.

KS/MOATT

Petitioners' motion for leave to file a reply in support of the petition for permission to appeal is granted. Petitioners' November 25, 2013 reply has been filed.

The court, in its discretion, denies the petition for permission to appeal the district court's October 24, 2013 order granting class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005) (per curiam).