1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
3  Lin W. Kahn (State Bar No. 261387)
   linkahn@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendant
   Adobe Systems Inc.
8

9                    UNITED STATES DISTRICT COURT

10          NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

11

12 | IN RE: HIGH-TECH EMPLOYEE | **Master Docket No. 11-CV-2509-LHK**
   | ANTITRUST LITIGATION     |
13 |                          |
   |                          | **DECLARATION OF LIN W. KAHN**
14 | THIS DOCUMENT RELATES TO: | **IN SUPPORT OF DEFENDANTS'**
   |                          | **JOINT OPPOSITION TO**
15 | ALL ACTIONS              | **PLAINTIFFS' MOTION TO**
   |                          | **EXCLUDE EXPERT TESTIMONY**
16 |                          | **PROFFERED BY DEFENDANTS**

17                           Date:       March 20, 2104 and
                                         March 27, 2014
18                           Time:       1:30 p.m.
                             Courtroom:  8, 4th Floor
19                           Judge:      The Honorable Lucy H. Koh

20

I, Lin W. Kahn, declare as follows:

1. I am an attorney with the law firm of Jones Day, counsel for Defendant Adobe Systems Inc. ("Adobe") in the above-captioned action. I am admitted to practice law before this Court. I submit this declaration in support of Defendants' Joint Opposition to Plaintiffs' Motion to Exclude Expert Testimony Proffered by Defendants. As an attorney involved in the defense of this action, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

**Deposition Testimony**

2. Attached hereto as **Exhibit 2** is a true and correct copy of transcript excerpts from the November 18, 2013 deposition of Edward Leamer.

3. Attached hereto as **Exhibit 5** is a true and correct copy of transcript excerpts from the December 19, 2013 deposition of Edward Leamer.

4. Attached hereto as **Exhibit 6** is a true and correct copy of transcript excerpts from the December 9, 2013 deposition of Lauren Stiroh.

5. Attached hereto as **Exhibit 7** is a true and correct copy of transcript excerpts from the December 10, 2013 deposition of Elizabeth Becker.

**Expert Reports**

6. Attached hereto as **Exhibit 1** is a true and correct copy of Edward Leamer's October 28, 2013 Merits Report, with Exhibits A and C, in redacted form pursuant to a pending motion to seal (*see* Dkt. Nos. 577, 581–9 (Redacted), and 581–10 (Unredacted); 577–37 (Redacted), and 577–38 (Unredacted); 577–41 (Redacted), and 577–42 (Unredacted)). Declarations in support of sealing were filed at Dkt. Nos. 575, 576, 578, 579, 580.

7. Attached hereto as **Exhibit 3** is a true and correct copy of the December 6, 2013 Supplement to David Lewin's Report.

8. Attached hereto as **Exhibit 4** is a true and correct copy of Edward Leamer's December 11, 2013 Merits Reply Report in redacted form pursuant to a pending motion to seal (*see* Dkt. Nos. 577, 581–11 (Redacted), and 581–12 (Unredacted)). Declarations in support of sealing were filed at Dkt. Nos. 575, 576, 578, 579, 580.

9. Attached hereto as **Exhibit 8** is a true and correct copy of Appendix F to Kevin Murphy's November 25, 2013 Report (originally submitted as the June 21, 2013 Report of Kevin Murphy) in redacted form pursuant to a pending motion to seal (*see* Dkt. Nos. 592–22 (Redacted), and 592–24 (Unredacted)). Declarations in support of sealing were filed at Dkt. Nos. 586, 587, 588, 589, 590, 591.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 6th day of February 2014 in San Francisco, California.

By: */s/ Lin W. Kahn*
Lin W. Kahn