# Exhibit 3

Placeholder for Document
to be Submitted Under Seal