# Exhibit 5

1                UNITED STATES DISTRICT COURT

2              NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5

6    IN RE:  HIGH-TECH EMPLOYEE      )

                                     ) No. 11-CV-2509-LHK

7    ANTITRUST LITIGATION            )

     _____)

8

9

10

11

12

13

14

15

16     VIDEOTAPED DEPOSITION OF EDWARD E. LEAMER Ph.D.

17                San Francisco, California

18              Thursday, December 19, 2013

19                     Volume IV

20

21   Reported by:

     CARLA SOARES

22   CSR No. 5908

23   Job No. 1784254

24

25   Pages 1170 - 1489

                                        Page 1170

```
 1    a median wage variable.  Are you familiar with that?     11:28:03
 2         A    Yes, I am.
 3         Q    And you criticize Dr. Stiroh's use of that
 4    because the median wage variable competes with other
 5    industry effect in your model; is that correct?          11:28:15
 6         A    I don't think I criticized it because it
 7    competed with other industry effects.
 8         Q    Let's look at paragraph 127 of your
 9    December 2013 report.
10              You state in paragraph 127, "In summary,        11:28:46
11    I'm extremely doubtful about the usefulness of this
12    median wage variable, and it surely isn't a
13    substitute for the number of new hires which
14    Dr. Stiroh inappropriately omits when she adds this
15    median wage variable.  This median wage variable          11:29:04
16    competes with the other industry effect in my model,
17    employment in the information sector."
18              Isn't that a criticism of using the median
19    wage variable because it competes with another
20    industry effect in your model?                            11:29:23
21         A    No, that's not meant to be.  It's just
22    saying that we already have industry effects in the
23    equation through that San Jose employment variable.
24    And this is another industry effect.  And it should
25    be thought of as another one of the industry             11:29:37
```

```
 1    effects, not as a substitute for this new hire        11:29:40

 2    variable.

 3            This is just a little game that

 4    statisticians play which is indirect ways of

 5    justifying the omission of the most significant       11:29:50

 6    variable in the equation, which in this case it's a

 7    new hire variable.

 8            And that has, as I said in that -- in

 9    reference to that theorem that I published, it has a

10    very predictable effect.  So if you omit the most     11:30:02

11    significant variable, you're going to wreak havoc

12    everywhere else in the equation.  And you can do the

13    omission in lots of different ways, which is what

14    she's done.

15        Q   But you would agree as a general matter if    11:30:17

16    you're troubled by a variable, including the sign of

17    a variable, you should experiment with alternatives,

18    correct?

19        A   You should not -- not eliminate that

20    variable, but you should compete against that         11:30:29

21    variable, adding another variable that knocks that

22    one out, that explains why that's peculiar.  That's

23    what you're obligated to do.

24            If you -- when you estimate a model with a

25    collinearity problem, you're going to have a lot of   11:30:41
```

```
 1    peculiar signs but insignificant coefficients.  Then        11:30:43

 2    if you're trying to get right signs, then you want

 3    to start shrinking the model down, not do it

 4    stepwise because we saw what a terrible error that

 5    was for the age coefficient, but some wisdom with           11:30:54

 6    regard to shrinking the model.  That shrinkage

 7    doesn't apply to the most statistically significant

 8    effect.  You can't override the data.

 9           If you think that's the wrong sign, you

10    have an obligation not to throw that out but to find        11:31:06

11    the variable that when it competes with that

12    variable knocks that one out.  And we have not found

13    that variable yet.

14         Q   The -- what you're referring to as the

15    most significant is the one that we've been                 11:31:18

16    discussing -- we discussed this morning which is the

17    number of new hires, correct?

18         A   That's correct.

19         Q   And the sign on that was the one that

20    caused even you concern, correct?                           11:31:30

21         A   It was both statistically significant and

22    a sign that surprised me.  So it attracted my

23    attention the same way that the age coefficient

24    attracted my attention.

25         Q   And Dr. Stiroh did not throw out that             11:31:40
```

Page 1326

```
 1   variable.  She split it up, correct?              11:31:44

 2        A   Well, she split it up in a way that threw

 3   it out.  That's why I said it's a disguised way of

 4   throwing it out.  The relevant components of

 5   variability in that variable have been eliminated by   11:31:56

 6   the way that she split it up, if you want to put it

 7   your way.

 8             The proof of that is in the equations that

 9   I estimated in which I include her split-up

10   variables and the original variable, the new hire     11:32:06

11   variable.  The new hire variable is as strong  as it

12   ever was, and those other two variables that she's

13   propounding are statistically insignificant.  They

14   don't change the new hire variable at all.

15        Q   If the new hire variable is wrong contrary   11:32:21

16   to your theory of impact, then it should be

17   re-examined and you should experiment with

18   eliminating it, correct?

19        A   You want to find the variables -- if it's

20   some peculiar sign that's legitimately peculiar,      11:32:36

21   which I don't think is the case, you're not allowed

22   to omit this variable.  That's overriding the data.

23             What you want to do is add more variables

24   that will explain -- will capture the component

25   variability that variable is capturing and knock it   11:32:52
```

Page 1327

| | | |
|---|---|---|
| 1 | components, you can't estimate a model that has the | 11:33:50 |
| 2 | two components and the total.  That's what's called | |
| 3 | a proof -- a collinearity problem. | |
| 4 |       If you estimate the two components, then | |
| 5 | you're compelled to eliminate the total, and you | 11:34:00 |
| 6 | want to know what's the relative impact of the two | |
| 7 | components. | |
| 8 |       That's not what's happening here because | |
| 9 | you can still estimate the model, which is my Table | |
| 10 | 11, a model with that new hire variable in there, | 11:34:11 |
| 11 | with additional two variables that Dr. Stiroh has | |
| 12 | used, which creates a legitimate statistical | |
| 13 | horserace between the original variable and these | |
| 14 | two things that she thinks are a better | |
| 15 | characterization of what's going on. | 11:34:27 |
| 16 |       If they're better, they're going to win | |
| 17 | the horserace.  They lost miserably. | |
| 18 |    Q   Dr. Leamer, there's a logic to splitting | |
| 19 | up the new hires between companies that were engaged | |
| 20 | in a do-not-cold-call agreement with the firm and | 11:34:40 |
| 21 | those that were not. | |
| 22 |       MR. GLACKIN:  Object to the form. | |
| 23 | BY MR. RILEY: | |
| 24 |    Q   Do you agree with that? | |
| 25 |    A   Well, there's a surface logic to it, too. | 11:34:46 |

Page 1329

1  But the statistical problem is a little different       11:34:51

2  from what you seem to understand, which is -- shall

3  I complete it or no?

4        Q   Please go ahead.

5        A   This variable that I have, if you say --      11:35:01

6        Q   What table are you referring to?

7        A   Table 10, row 30, is my number of new

8  hires variable.  That variable is common across all

9  the defendants.  It varies only over time.  Common

10  across all the defendants, varies only over time.      11:35:23

11        The two variables that she suggested are

12  in row 28 and 29.  These have a component of

13  variability across firms that my variable doesn't

14  have.

15        Q   I'm sorry.  You said we're in Exhibit 10?     11:35:40

16        A   Exhibit 10 -- I'm sorry.  Table 10.  Table

17  10.  Page 72.

18        Just for the record, what this is is my

19  original estimated model including the total number

20  of new hires variable with Dr. Stiroh's two           11:36:07

21  additional variables.  One is the logarithm of the

22  DNCC new hires, and the other one is the logarithm

23  of the non-DNCC new hires.

24        And the statistical point I'm trying to

25  make is that row 30, which is the number of new       11:36:24

```
 1    hires, has variability only over time and not across        11:36:28

 2    employees -- not across the seven defendants.

 3            These variables that she's added have both

 4    components of variability.  They vary across the

 5    firms because the firms have different agreements,           11:36:40

 6    and they also vary over time.  So these are totally

 7    different kinds of variables.  They're not a

 8    substitute for my variable.

 9            A substitute for my variable would be some

10    other variable that has no employee dependence, that        11:36:54

11    varies across time but not across defendants.

12       Q   Yours is total number of new hires

13    over time or just -- I didn't catch your --

14       A   It's aggregated over all seven defendants.

15    The same variable applies to every defendant so             11:37:14

16    there's no variability across defendants.  There's

17    only variability over time.

18       Q   And so again, this is an example of the

19    aggregation because massive hiring by one defendant

20    and zero hiring by another is attributed to all the         11:37:28

21    defendants.

22            MR. GLACKIN:  Object to the form.

23            THE WITNESS:  I'm trying to talk about the

24    statistical point here.  And as much as you want to

25    disaggregate and you want to think of this                   11:37:38
```

Page 1331

```
 1    compensation at these seven companies would you         12:51:57

 2    expect?

 3         A    Again, I want the record to be clear.

 4    These are not committed opinions that you have.

 5    These are off-the-top-of-the-head opinions.  And if     12:52:06

 6    the statistics grabs me by the neck and say you're

 7    wrong, I'm going to listen to the data.

 8              So this is casual thinking that we're

 9    engaged in here.  So casually, I would have thought

10    that hiring rates would come with higher               12:52:21

11    compensation.

12         Q    And why is that?

13         A    The same thing.  You're sort of measuring

14    the labor market in lots of different ways to see

15    when the labor market is hot and when it's cold.       12:52:30

16         Q    Same thing for the variable in line 28,

17    total number of new hires?

18         A    Correct.

19         Q    Line 29, firm revenue per employee divided

20    by CPI the year before.  What effect would you         12:52:46

21    expect that variable to have on compensation?

22         A    I expected to see a positive impact on

23    that, meaning that when firms are having a good

24    year, they share their revenues with their

25    employees.  But it comes out positive, but only        12:53:01
```

Page 1352

```
1        through the variable after that in row 30.                12:53:04

2              Q    What do you mean?

3              A    Row 30 represents the percent change in

4        the revenue.   You have both variables, the level and

5        the percent change.   If you want to know what the        12:53:22

6        current level effect is, you have to add those two

7        coefficients, and it turns out to be positive.

8                   I'm just saying that the sense of revenue

9        sharing is correctly signed, not wrongly signed,

10       when you consider row 30 in conjunction with row 29.      12:53:38

11             Q    Would you agree that your conduct variable

12       is reflecting in part years when the number of new

13       hires is relatively high and the compensation

14       increase is relatively low compared with the base

15       period?                                                   12:54:09

16             A    I don't know that that's the case.

17             Q    One way or the other?

18             A    Well, this model has a bunch of other

19       variables in there.   You're picking out a couple

20       there and asking me, is that the reason why we had       12:54:20

21       these conduct coefficients?   But those conduct

22       coefficients are dependent on everything that you

23       have here, all 25 variables.

24             Q    Can you tell us how the various conduct

25       variables interact with each other?   Strike that.       12:54:34
```

Page 1353

1      Can you tell us how the various variables                12:54:39

2  that we've just talked about, lines 24 through 30,

3  interact with each other?

4      A    I don't know what you mean by "interact

5  with each other."                                            12:54:51

6      Q    Well, you said that this isn't a simple

7  correlation, it's a partial correlation, and there's

8  interaction between the defendant -- between the

9  variables.

10      A    Between the dependent variable and these           12:55:02

11  variables.  So you're trying to explain the

12  movements in compensation based on things that are

13  happening at the individual level, getting older,

14  more tenure, being male or female, things that are

15  happening at the industry level, and things that are       12:55:17

16  happening at the firm level.

17      So there's a long list of variables that

18  are intended to capture the most significant

19  components of variability and annual compensation.

20      And I would say that everything I've said       12:55:31

21  is contingent on the fact that we have these lag

22  variables that make it very difficult to interpret

23  the coefficients.

24      And as you know, I was very critical of

25  your expert Stiroh who completely misinterpreted row       12:55:41

1   19 as having the wrong sign on the age variable          12:55:47

2   because she didn't understand the role that rows 5

3   to 18 play, and in effect changing the dependent

4   variable in a very complex way.

5        Q    Let me move to strike that last paragraph          12:56:01

6   as nonresponsive.

7              What I'm trying to get at is, can you tell

8   us as you sit here today how these various variables

9   are affecting compensation charged by -- or paid by

10  these seven companies?                                     12:56:18

11             I mean, you've said it's very complex.

12       A    Let's take the age variable then because I

13  know that age has a positive effect on earnings.   I

14  think -- I know that data has a feature, that

15  generally speaking, the older employees are paid          12:56:31

16  more up to about age 55.   And therefore I know the

17  coefficient can't be negative if that variable --

18  that row 19, even though the estimate is negative, I

19  know it can't be negative because the data doesn't

20  have that feature.                                          12:56:47

21             So that's what forced me to understand

22  that that coefficient isn't answering the

23  simple-minded question like the simple-minded

24  questions you're asking me on a variable-by-variable

25  basis.   It's a complex multivariate system that we        12:57:00

Page 1355

```
 1   have here.                                          12:57:05

 2        Q   But my question is, can you explain to us

 3   in words that a jury can understand, for example,

 4   that I could understand, what is driving -- let me

 5   ask you a different question.                       12:57:19

 6            What do you think is driving the results

 7   that you find in your regression?

 8        A   And you won't let me just say the data are

 9   what the data are.

10        Q   If that's the best you can do, that's      12:57:31

11   fine.

12        A   Well, the basic thing I've explained

13   before is, the damages come from a comparison of

14   the -- during the period when the agreements were in

15   effect with the before and after to try to see      12:57:46

16   whether the path of compensation -- the levels of

17   compensation in the during period behaved

18   differently than they did in the before and after.

19            And "differently" doesn't mean

20   simple-minded.  It means controlling for all the    12:58:02

21   other things that might have caused differences in

22   the before and after.

23            So once you control for all those other

24   things, then what's left over is the pure damage

25   estimate.                                           12:58:14
```

Page 1356

```
 1        Q    2003 to 2004.                                13:30:36

 2        A    Well, 2003, 2004, you have to look back at

 3   the behavior of each of these key variables.  The

 4   one that we know, because we've been looking at it

 5   so carefully is that the number of new hire rates,   13:30:50

 6   hiring wasn't that high at that time.

 7             My guess is that revenue was probably

 8   weak; that these firms have not recovered revenues

 9   growth the way they had later on when the tech boom

10   came in 2004 and '5.                                 13:31:07

11             And then the San Jose information sector

12   was still declining at that period of time, very

13   soft.  So 2003 and '4, they're still stuck in the

14   mud as far as the tech sector was concerned.

15        Q    And then from 2004 to 2005, what caused    13:31:32

16   compensation to be relatively flat as shown in

17   Figure 3 at least?

18        A    Again, I can't -- I cannot say for sure.

19   All I can do is fall back into what my model would

20   suggest.  Then I'd have to confirm that, in fact,    13:31:48

21   that was the case.

22        Q    And how would you do that last step?

23        A    Well, you look at the predicted values in

24   the model and you look at the drivers of the

25   predicted values in the model.                       13:32:01
```

Page 1382

```
 1        Q   Can you do that on a per-year basis?          13:32:03

 2        A   You could do that on a per-year basis.

 3        Q   Have you done that on a per-year basis?

 4        A   No, I have not, because I have not thought

 5   that disaggregating by defendant or by year was        13:32:11

 6   going to be a productive activity.

 7        Q   So as you sit here, based on all the work

 8   that you have done, can you tell us what factors

 9   caused compensation to be flat from '04 to '05 as

10   shown on Figure 13?                                     13:32:28

11        A   Well, I could if I had time to go back and

12   see exactly what the model says.  But I can't off

13   the top of my head translate that model into a

14   precise statement about each one of these wiggles in

15   these compensation displays.                            13:32:41

16        Q   I'm not asking about a precise statement.

17   I'm just asking for an explanation.

18            As you sit here now, can you tell us why

19   compensation was relatively flat from '04 to '05 as

20   shown on Figure 3?                                      13:32:58

21            MR. GLACKIN:  Object to the form.

22            THE WITNESS:  All I can do is go back

23   through these variables that are in the equation and

24   talk about what role they're going to have in

25   forming the predicted values for total compensation.   13:33:07
```

Page 1383

```
1    BY MR. MITTELSTAEDT:                                13:33:13

2         Q    If you look at line 24 on Figure 3, the D

3    log of information sector employment in San Jose --

4              MR. GLACKIN:  You mean Exhibit 3?

5              MR. MITTELSTAEDT:  Exhibit 3.  Thank you.   13:33:22

6         Q    -- and you get an estimated coefficient of

7    1.8 something, what does that tell you about 2004

8    and 2005 in particular?

9         A    I thought we were just looking at that

10   San Jose variable.                                  13:33:50

11        Q    That was I think Figure 17, wasn't it?

12   Yes.  Page 63.

13        A    So the -- what period of time are we

14   talking about?  From 2003 to 2004?

15        Q    Yes.                                       13:34:10

16        A    So from 2003 to 2004, that San Jose

17   variable was rising.  And the -- actually, the

18   percent change was -- which was negative was now

19   going positive.  So that would have been a

20   contributor to wage increases during that period of  13:34:30

21   time per the model.

22        Q    And what was causing San Jose employment

23   to increase?

24        A    Well, to me, that's the industry recovery.

25   You had a terrible tech bust.  You had the tech boom  13:34:43
```

Page 1384

```
 1    in 1998, 1999, where every firm in the country,        13:34:48

 2    almost around the world, was trying to produce the

 3    coolest website, and the profitability was very weak

 4    on the web, and the result is you had a tech bust in

 5    2000, 2001.                                            13:35:02

 6         Q   And let's focus on the next years, 2004 to

 7    2005.  What caused the "but for" -- excuse me.  What

 8    caused compensation to remain relatively flat from

 9    '04 to '05 as shown on Figure 3?

10         A   Well, Figure 3 has a different -- has more    13:35:19

11    of a slope in the "but for" world than the actual

12    world.  So part of the actual is a consequence of

13    the agreements.  Part of the weakness in wage

14    formation during that period of time is attributable

15    to the agreements.                                     13:35:39

16           And then otherwise, it's the same sort of

17    variables.  2005 had very high technical class

18    hiring.  You had very strong job growth in the

19    San Jose information sector.  I don't know about the

20    other variable.  The revenue variables I don't see    13:36:00

21    in front of me.

22         Q   Okay.  So your top line on Figure 3 is

23    designed to show what your regression says

24    compensation would have been in the conduct period

25    if compensation had kept the same relationship to      13:36:20
```

Page 1385

```
 1    your other variables during that period that it had        13:36:23

 2    in the before and after period, basically.

 3         A   I'm trying to think if that's right.  I

 4    think that's correct.

 5         Q   So my question is, for that first year        13:36:43

 6    when you show a difference between the actual

 7    compensation and the "but for" compensation, what

 8    variables had the relationship with actual

 9    compensation changed in that time period compared

10    with the base period to account for this difference?    13:37:02

11         A   Well, all the variables together account

12    for this difference.  So then we've got to figure

13    out which one accounts for most of the differences,

14    is what you want me to do.  And that's fraught with

15    difficulty.                                              13:37:16

16            But I was speculating it was the variables

17    that had the biggest T stats, but that may not be

18    the case for this particular year.  It might be

19    something else that was the ultimate driver.

20            But the model embodies the answer to your       13:37:27

21    question in a way that I can't get to as I sit here

22    now.  I'd have to carry out the exercise to find out

23    exactly what it is that produces the outcomes here.

24            In other words, we've got I don't know how

25    many hundred thousands of observations.  We've got     13:37:43
```

Page 1386

```
 1    277,000 observations in this regression.  And in        13:37:46

 2    principle, you're going to have to study all of

 3    those to find out what was different during that

 4    time and compare it to the pre-period and the post

 5    period.                                                  13:38:03

 6        Q   If I ask you the same question for the

 7    other years in the conduct period, the answer would

 8    be the same, I assume.

 9        A   It would be the same, yes.

10        MR. GLACKIN:  I'm sorry, Bob.  If you're            13:38:13

11    moving on, can I get my page back?  Thank you.

12    BY MR. MITTELSTAEDT:

13        Q   So when you say that -- well, you've

14    identified the three variables with the largest T

15    value, and they range from 2.7, 3.9, negative 4.8.      13:38:47

16        Based on those T values, are you

17    comfortable saying which variable had the biggest

18    impact on your regression results?

19        A   No, not on a year-by-year basis, because

20    then you have to look at the coefficients.  And you     13:39:10

21    have to compare the coefficients with the

22    variability in that variable on a year-by-year

23    basis, which you and I can't do by looking at that

24    Exhibit 3.

25        Q   So if I ask you the same types of               13:39:21
```

1           So changing the estimate is changing the          13:45:25

2    conduct coefficients.  So I know, generally

3    speaking, the variables that are going to have the

4    biggest impact on the conduct coefficients are the

5    ones with the biggest Ts.  That's why my mind --       13:45:36

6    that's why I flowed through those.  But it's not a

7    sure thing.

8           Q   I was trying to ask a related question,

9    which is, in identifying the variable that has the

10   greatest impact, in addition to looking at the T       13:45:50

11   value, do you also look at the coefficient?

12          A   Absolutely.

13          Q   And so with total number of new hires

14   having the highest T value, albeit a negative one,

15   does the size of the coefficient change your view on   13:46:09

16   total new hires being the most important variable?

17          A   No.  I don't think you can tell because

18   you have to multiply that coefficient times the

19   relevant data for whatever year you're interested

20   in.                                                    13:46:24

21          So it depends on the level and the change

22   of that variable.  You can't really read too much

23   into coefficients.  That's why --

24          Q   I'm just asking that.  I'm not --

25          A   Okay.                                       13:46:34

                                                 Page 1392

1          Q     What were you going to say?                    13:46:36

2          A     That's why I look at the T stats.  The T

3     stats are designed to be comparable across

4     variables, and the coefficients are not because

5     they're different scales.                                 13:46:44

6          Q     Okay.  So when you look at this, one

7     conclusion you draw is that probably the change in

8     total number of new hires -- the change in the

9     relationship or the association between number of

10    new hires and compensation in the during period, in      13:47:06

11    the conduct period, compared with the base period is

12    the biggest driver of the results of the regression.

13         A     And I mean that in a very specific way,

14    which we've already talked about here this morning,

15    which is that if you omit that new hire variable,        13:47:21

16    you're likely to have a big impact on estimated

17    damages.  You'd have a big impact on these conduct

18    coefficients because that's what happens when you

19    omit the most important variables measured by the T

20    stat.                                                     13:47:35

21              That, by the way, seems like the best way

22    of determining which variables are the most

23    important.

24         Q     I guess what I'm trying to do is go from

25    what I think, with all respect, is a technical          13:47:44

Page 1393

1    explanation and asking whether just in lay terms you                13:47:47

2    can translate that into a conclusion that total new

3    hires -- just what I said -- that the change in

4    relationship between total new hires and

5    compensation in the during period is the biggest                    13:48:02

6    driver of the regression results.

7                MR. GLACKIN:  Object to the form.

8                THE WITNESS:  I hear your questions.  I

9    think they're good questions.  But -- and they may

10   well serve the jury to have them well answered.                     13:48:13

11               But those are not answerable just by

12   reading the Exhibit 3.  I'm speculating as to how it

13   would be carried out.

14               MR. MITTELSTAEDT:  We need to change the

15   tape.                                                               13:48:31

16               THE VIDEO OPERATOR:  This marks the end of

17   Volume IV, Media No. 3, in the deposition of

18   Dr. Edward E. Leamer.  The time is 1:48 p.m.  We're

19   off the record.

20               (Recess, 1:48 p.m. - 2:02 p.m.)                        13:48:40

21               THE VIDEO OPERATOR:  We are back on the

22   record at 2:02 p.m.  This marks the beginning of

23   Volume IV, Media No. 4, of the deposition of

24   Dr. Edward E. Leamer.

25               Please continue.                                       14:02:38

                                                                        Page 1394

```
 1    BY MR. MITTELSTAEDT:                              14:02:41

 2        Q   When we broke, you had just complimented

 3    me on my good question.  You said the jury would be

 4    well served by hearing the answer.  So let me ask it

 5    again.                                            14:02:52

 6            Is it your best conclusion that the

 7    principle driver of your regression results is that

 8    the relationship between total new hires and

 9    compensation changed in the conduct period relative

10    to the before and after period?                   14:03:13

11        A   I think that's a hypothesis that has some

12    merit to it, but I prefer not to say that that's the

13    case.  I'd prefer actually to explore to see if it

14    is indeed the case.

15            And there's reasons to think it would be,  14:03:26

16    which is the big T stat for that new hire variable,

17    and the fact that we already know that if you omit

18    that variable, you have huge impacts on the damages.

19            But still, I'd rather reserve judgment on

20    that, to do the decomposition of this complex       14:03:41

21    equation correctly rather than at a surface level.

22        Q   Just so we're clear, have you done that so

23    far?

24        A   No, I have not.

25        Q   What would you do to do that?              14:03:55
```

Veritext National Deposition & Litigation Services
877-955-3855

```
 1          A    Well, you have the predicted values with        14:03:57

 2    these variables turned on and off to see which one

 3    is the major contributor to the predicted outcomes.

 4          Q    Do you think that would be useful to do?

 5          A    I definitely think it's interesting.  The       14:04:14

 6    usefulness is something that would be determined

 7    later.

 8          Q    How long does it take to do that?

 9          A    Not too long to do that.

10          Q    Any particular reason you haven't done it       14:04:23

11    so far?

12          A    I guess I wasn't adequately thinking

13    exactly what the jury would find most useful.  I was

14    thinking more as a statistician, which is these

15    numerical displays, and not thinking of the most        14:04:35

16    effective visual displays that would be -- that

17    would work best in a jury setting.

18          Q    As an economist, can you think of any

19    reason why the relationship between total new hires

20    and compensation would change from one year to the      14:04:50

21    next?

22          A    I think that change isn't the way to say

23    it.  It's that the -- the relationship could be

24    exactly the same, which would be a different level.

25    It might be a positive relationship in a before and     14:05:11
```

Page 1396

1    after period; in the during period, it's a positive          14:05:13

2    relationship that instead of being the same level,

3    it's lower.  So it's still the same relationship

4    occurring in a during period.  It's just that for

5    any given level of that driver variable, the               14:05:26

6    compensation is lower.

7         Q    Let me see if I understand that.  We're

8    talking about total number of new hires?

9         A    Whichever variable it is, yeah.  That's

10   fine.  Total number of new hires.                           14:05:45

11        Q    Okay.  And so what you're saying is it

12   could be in the base period there's, you know, 100

13   new hires and compensation goes up by $100, and then

14   in the conduct period, there could be 50 new hires

15   and compensation goes up by $50?                            14:06:02

16        A    Yes.  But it's not the -- the coefficient

17   stays the same.  Any one of these variables has the

18   same coefficient in the before, during and after

19   periods.  So it's not like the relationship changed.

20   The relationship is still linear.  It's that the           14:06:23

21   whole level has shifted down.

22        Q    So as you sit here today, based on all the

23   work you've done, can you tell us how the

24   relationship changed or whether it was just the

25   level changed or whatever else happened that was           14:06:40

Page 1397

1   different with respect to that variable and          14:06:44

2   compensation in the during period?

3              MR. GLACKIN:  Objection to form.

4              THE WITNESS:  You can't really do it on

5   that variable, but you can do it on the collective   14:06:52

6   variables, the whole collection.

7              But as I said before, these T stats to

8   some extent tell you which are the most important

9   variables for forming the predicted compensation.

10  BY MR. MITTELSTAEDT:                                  14:07:08

11      Q   Let's try and get at the same thing by

12  using total number of transfers among defendants.

13              Actually, before we do that, Exhibit 114

14  was the chart showing new hires by defendant versus

15  total number of new hires.                            14:07:28

16              You'll see that from 2005 to 2006, the

17  number of new hires by Intel dropped a lot, and

18  number of new hires at Google went the other

19  direction.  Right?

20      A   That's correct.                               14:07:50

21      Q   And why was that?

22      A   Well, Google was an up and coming firm

23  that was expanding throughout this whole period of

24  time.  Intel was more mature, and actually, if I

25  recall correctly, had declining total payrolls.      14:08:02

```
 1        Q    And then from 2007 to 2008, Intel          14:08:05

 2   increased its new hires and Google decreased its new

 3   hires.  Why was that?

 4        A    I can't tell you on a year-by-year basis.

 5        Q    Going to the total number -- excuse me.    14:08:24

 6             Going to the number of transfers among

 7   defendants, your line 25 on Exhibit 3, can you tell

 8   us how the relationship or association between that

 9   variable and compensation changed during the conduct

10   period relative to the base period?                 14:08:46

11        A    Again, it's a shift of the relationship.

12   It's not -- the relationship hasn't changed.  It's

13   shifted up or down.  That's what the regression is

14   looking for.  It's looking for a shift in the

15   relationship.                                        14:09:01

16        Q    And by "shift in the relationship," you

17   mean instead of -- give me an example of how that

18   relationship between those two variables would

19   change.

20        A    This coefficient on -- I forget what       14:09:11

21   variable.  Oh, the poaching variable, which is row

22   25.

23        Q    Have you always called that the poaching

24   variable or is that something new?

25        A    No, I've always --                         14:09:26
```

Veritext National Deposition & Litigation Services
877-955-3855

```
 1     the number that Dr. Stiroh has produced?              15:40:57

 2          Q    Yes.  Or if that's too difficult --

 3          A    I'm not so sure I can do that.

 4          Q    If that's too difficult, let me ask you

 5     this way:  What do you think accounts for the large   15:41:06

 6     change that Stiroh finds?

 7          A    I'd be speculating.  I have not actually

 8     studied that.

 9               One effect is definitely what you

10     describe, which is that in 2005, it was losing        15:41:23

11     damages as a consequence of that.  But I don't think

12     it explains the whole amount.

13               Her number is 1.778 billion compared to

14     3.064 in my model.

15               So it's not just that.  It's somehow the    15:41:40

16     way the model is being estimated, re-estimated, to

17     reduce the impact of damages, reduce the coefficient

18     on the conduct variable.  And that's a complex

19     question.

20               I know that's going on, but I don't know     15:41:53

21     exactly why, what feature is going on that produces

22     that outcome.

23          Q    You know this regression pretty well,

24     right?

25          A    Well --                                     15:42:03
```

Page 1475

```
 1              MR. GLACKIN:  Object to the form.          15:42:07

 2              THE WITNESS:  Like I said --

 3    BY MR. MITTELSTAEDT:

 4         Q    You spent 800 hours on this, right?

 5         A    I did.                                     15:42:12

 6         Q    So you've got an idea how your regression

 7    works, right?

 8              MR. GLACKIN:  Object to the form.

 9              THE WITNESS:  That doesn't give me the

10    ability to know exactly what would happen if I       15:42:18

11    omitted a variable or changed a variable or added a

12    variable.

13    BY MR. MITTELSTAEDT:

14         Q    So what's your best explanation sitting

15    here today as to why moving the Intel agreement back 15:42:31

16    by one year has such a large effect on the damage

17    calculation?

18              MR. GLACKIN:  Object to the form.

19              THE WITNESS:  I prefer not to speculate.

20    BY MR. MITTELSTAEDT:                                 15:42:47

21         Q    Well, I'm asking you to speculate if

22    that's what it takes.  What's your speculation?

23              MR. GLACKIN:  Object to the form.

24              THE WITNESS:  I can't do it.  I think it's

25    too complex a question.  It requires some serious     15:42:57
```

Page 1476

```
 1    work.  You've got to unravel what's going on in the      15:43:00

 2    regression.  And we already know how hard it is to

 3    understand multivariate regressions.  So I just

 4    can't do it.

 5    BY MR. MITTELSTAEDT:                                      15:43:10

 6         Q    Figure 20, page 69, please.  This Figure

 7    20 says Dr. Stiroh's median wage does not track

 8    defendants' compensation closely.

 9              What is the significance of that

10    assertion?                                               15:43:29

11         A    Well, it's an unlikely variable to be

12    added to the equation.

13         Q    Why is that?

14         A    It doesn't track the dependent variable

15    very well.  The dependent variable is not well        15:43:42

16    tracked by this particular median wage variable.

17         Q    How can you tell that?

18         A    The red line represents the national

19    software occupation salary.  I'm sorry.  The blue

20    line is the Stiroh number, and it has this bump up       15:43:59

21    in 2006, a bump down in 2007, a bump up in 2008, and

22    it's flat in 2009.  That's not like the base

23    salaries.

24              By the way, this is -- her number is base

25    salary, not total compensation.  So that's why we're    15:44:18
```

Page 1477

```
 1    comparing it to base salary here, not total comp.        15:44:21

 2         Q   But you've got fluctuations.  I thought

 3    you told me earlier that fluctuations, volatility,

 4    is useful in doing a regression.

 5         A   Only if it conforms with the volatility of      15:44:33

 6    the dependent variable.  So I'm just saying this

 7    image is not very promising with regard to the use

 8    of that median wage.

 9         Q   So which of your variables closely tracks

10    defendants' compensation?                                15:44:47

11         A   Well, they do collectively.  They do

12    collectively but no individual variable does a very

13    good job by itself.

14         Q   How do you know they do it collectively?

15         A   Because the R squared is .868.                  15:45:17

16         Q   Well, but so how can you criticize use of

17    median wage because it individually does not closely

18    track defendants' compensation when your variables

19    individually don't do that, either?

20         A   Well, this is a warm-up to the real test.       15:45:41

21    The real test is putting it into a regression

22    equation and see if it works.

23         Q   Okay.  But I'm still at the warm-up stage.

24         A   So the first step in looking at a new

25    variable is to make a plot like this to see if you       15:45:58
```

Page 1478

```
 1            I, the undersigned, a Certified Shorthand
 2   Reporter of the State of California, do hereby
 3   certify:
 4            That the foregoing proceedings were taken
 5   before me at the time and place herein set forth;
 6   that any witnesses in the foregoing proceedings,
 7   prior to testifying, were placed under oath; that a
 8   verbatim record of the proceedings was made by me
 9   using machine shorthand which was thereafter
10   transcribed under my direction; that the foregoing
11   is an accurate transcription thereof; that before
12   completion of the deposition, review of the
13   transcript was not requested.  If requested, any
14   changes made by the deponent (and provided to the
15   reporter) during the period allowed are appended
16   hereto.
17            I further certify that I am neither
18   financially interested in the action nor a relative
19   or employee of any attorney or party to this action.
20            IN WITNESS WHEREOF, I have this date
21   subscribed my name.
22
23   Dated: January 3, 2014
24                              _____
25                              CARLA SOARES
                                CSR No. 5908
```

Page 1489