# Exhibit 7

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4

 5    IN RE:  HIGH-TECH EMPLOYEE     )

 6    ANTITRUST LITIGATION           )

 7                                   )   No. 11-CV-2509-LHK

 8    THIS DOCUMENT RELATES TO:      )

 9    ALL ACTIONS.                   )

10    _____

11

12        VIDEO DEPOSITION OF ELIZABETH BECKER, Ph.D.

13                     December 10, 2013

14

15    Reported by:  Anne Torreano, CSR No. 10520

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 02:53:28 | 1 | two periods? |
| 02:53:29 | 2 |       MR. KIERNAN:  Object to form. |
| 02:53:31 | 3 |       THE WITNESS:  Well, there are actually two |
| 02:53:35 | 4 | ways to interpret Exhibit A-12. |
| 02:53:38 | 5 |       One is what's shown on those lines, which |
| 02:53:42 | 6 | is just the weighted average base salary of all of |
| 02:53:46 | 7 | the employees that were in any of those selected |
| 02:53:50 | 8 | grades in any one of those years. |
| 02:53:53 | 9 |       So essentially it just takes all of the |
| 02:53:56 | 10 | charts like a -- you know, the -- what we call the |
| 02:54:01 | 11 | box charts.  It just takes all those box charts and |
| 02:54:05 | 12 | takes the averages of them. |
| 02:54:06 | 13 |       The other footnote is a different way of |
| 02:54:08 | 14 | looking at it, that the average growth rate of the |
| 02:54:11 | 15 | average base salary which, instead of measuring the |
| 02:54:16 | 16 | average base salary of the individuals, it takes the |
| 02:54:20 | 17 | average salary of each of those boxes and compares |
| 02:54:22 | 18 | them, which is a slightly different way of looking |
| 02:54:25 | 19 | at it. |
| 02:54:26 | 20 |       So if you look at it that slightly |
| 02:54:28 | 21 | different way, then you would be able to say that |
| 02:54:30 | 22 | you were accounting for the place that the employee |
| 02:54:35 | 23 | was within the structure.  So it would be within the |
| 02:54:38 | 24 | grades at Intel and Apple and within the job codes |
| 02:54:44 | 25 | which have their own salary ranges at Adobe. |

```
02:54:48   1         And so the second way that's really just
02:54:49   2    referenced in the footnote to Exhibit A-12 I think
02:54:54   3    you could say has a control for where the person is
02:55:00   4    in the compensation -- in the compensation
02:55:02   5    structure, and the way that is presented in the line
02:55:07   6    does not -- I would say doesn't have a control.
02:55:10   7    It's just a simple average.
02:55:11   8    BY MS. DERMODY:
02:55:11   9         Q.  Well, isn't it true that if wages are
02:55:14  10    suppressed, hypothetically, that there can still be
02:55:18  11    a period of suppression where wages are going up
02:55:21  12    that is greater wage growth in a period where
02:55:25  13    there's no suppression but wages are stagnant or
02:55:27  14    going down or going up at a lower rate?
02:55:30  15         A.  Well, I think that's --
02:55:30  16             MR. KIERNAN:  Object to form.
02:55:30  17             THE WITNESS:  I think that's what I was
02:55:33  18    trying to explain in my original answer, is that
02:55:37  19    when I use the word "suppression," I'm not trying to
02:55:40  20    represent this as a damages computation or anything
02:55:45  21    beyond a just simple description of they didn't go
02:55:50  22    down and they didn't go up slower.  They went up
02:55:54  23    faster.
02:55:54  24             That's all I'm saying, is that I'm using
02:55:56  25    the word "suppression" only in that descriptive
```

02:56:00  1   sense that's linked to the rest of the language in
02:56:03  2   that paragraph, that they did go up faster measured
02:56:06  3   in these two different ways.
02:56:07  4   BY MS. DERMODY:
02:56:07  5       Q.  And there is no control group outside of
02:56:12  6   these employees, say, software engineers in Silicon
02:56:15  7   Valley or any other measurement, firm profitability,
02:56:18  8   that you looked at to see whether there was a
02:56:20  9   relationship between the conduct period and the
02:56:23 10   nonconduct period?
02:56:25 11       A.  No, it's just the two different ways I've
02:56:27 12   explained.  One is a simple average of people who
02:56:30 13   were in any one of those components of the
02:56:35 14   structures at Intel, Apple and Adobe, and one that
02:56:38 15   actually accounts for where people were within the
02:56:42 16   structure.
02:56:42 17           So to the extent there's any control at
02:56:44 18   all, the only control is where they sat within
02:56:47 19   the -- you know, where the -- where the people were
02:56:49 20   within the structure at any one of those three
02:56:53 21   organizations.
02:56:53 22           And this is conducted for -- I think at
02:56:58 23   other places in the report I've sort of added up the
02:57:02 24   number of people that are encompassed in these
02:57:05 25   grade-by-grade analyses that I've done.  And so the

02:57:08  1  70 percent is roughly the number that were in those
02:57:12  2  grades.  In a year-over-year percent changes a
02:57:14  3  little bit from one year to another as the
02:57:16  4  employee -- the number of employees in each of those
02:57:19  5  components of the various structures changes over
02:57:21  6  time.
02:57:23  7            So "suppression" means literally a
02:57:29  8  description of what's on the beginning part of the
02:57:34  9  paragraph 80.
02:57:35 10       Q.   Okay.  If you wanted to understand whether
02:57:41 11  there was actual suppression of a group during a
02:57:44 12  period, what would be the -- what things might you
02:57:46 13  want to look at in terms of a control group to
02:57:49 14  compare them to?
02:57:51 15            MR. KIERNAN:  Object to form.
02:57:52 16            THE WITNESS:  Well, I think that would be a
02:57:58 17  question that would require a lot of thought.  It's
02:58:05 18  not what I was asked to do here.  And given what I
02:58:07 19  have understood in evaluating, you know, the
02:58:14 20  background information, the documents, the
02:58:16 21  depositions, the data, the voluminous amount of
02:58:19 22  information that I have reviewed, I think that
02:58:24 23  developing -- you know, developing a model of
02:58:29 24  suppression is not something that I would be willing
02:58:32 25  to do on the fly here in the deposition.

Deposition of Elizabeth Becker, Ph.D.                In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1  REPORTER'S CERTIFICATE

2  I, Anne Torreano, Certified Shorthand
3  Reporter licensed in the State of California,
4  License No. 10520, hereby certify that the deponent
5  was by me first duly sworn, and the foregoing
6  testimony was reported by me and was thereafter
7  transcribed with computer-aided transcription; that
8  the foregoing is a full, complete, and true record
9  of said proceedings.

10  I further certify that I am not of counsel
11  or attorney for either or any of the parties in the
12  foregoing proceeding and caption named or in any way
13  interested in the outcome of the cause in said
14  caption.

15  The dismantling, unsealing, or unbinding of
16  the original transcript will render the reporter's
17  certificates null and void.

18  In witness whereof, I have subscribed my
19  name this 20th day of December, 2013.

20  [ ] Reading and Signing was requested.
21  [ ] Reading and Signing was waived.
22  [X] Reading and Signing was not requested.

23
24                                  *anne* (signature)
25                         ANNE M. TORREANO, CSR NO. 10520