Mayer Brown LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant
Google Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTI-TRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO SEAL** |

1  Having considered Google's Administrative Motion to Seal and the Declaration of Anne
2  M. Selin submitted in support of that motion, having determined that public disclosure of the
3  confidential information described therein would cause harm, and finding good cause to seal that
4  information, IT IS HEREBY ORDERED THAT Google's Administrative Motion is GRANTED.
5  Defendants shall file under seal the following:

| Title | Filed Under Seal/ Redacted |
|---|---|
| Exhibit 3 to the Kahn Decl., Supplement to Expert Report of David Lewin, December 6, 2013, Exhibit 14B.1 | Redacted |

**IT IS SO ORDERED.**

Date:_____                    _____
                                 HONORABLE LUCY H. KOH
                                 United States District Court Judge

1
[PROPOSED] ORDER GRANTING GOOGLE'S ADMINISTRATIVE MOTION TO SEAL;
NO. 11-CV-2509 LHK