1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan P. Glackin (State Bar No. 199643)
3   Dean M. Harvey (State Bar No. 250298)
    Anne B. Shaver (State Bar No. 255928)
4   Lisa J. Cisneros (State Bar No. 251473)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5   275 Battery Street, 29th Floor
    San Francisco, California  94111-3339
6   Telephone:  (415) 956-1000
    Facsimile:  (415) 956-1008
7
    Joseph R. Saveri (State Bar No. 130064)
8   James G. Dallal (State Bar No. 277826)
    JOSEPH SAVERI LAW FIRM
9   505 Montgomery Street, Suite 625
    San Francisco, California 94111
10  Telephone:  (415) 500-6800
    Facsimile:   (415) 395-9940
11
    *Co-Lead Class Counsel*
12
    [Additional counsel listed on signature page]
13

14              UNITED STATES DISTRICT COURT

15            NORTHERN DISTRICT OF CALIFORNIA

16                  SAN JOSE DIVISION

17

18  IN RE: HIGH-TECH EMPLOYEE                Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
19                                           **ADMINISTRATIVE MOTION TO
                                             ENFORCE DECEMBER 18, 2013 CASE
20  THIS DOCUMENT RELATES TO:                MANAGEMENT ORDER AND LOCAL
                                             RULE 7-11**
21  ALL ACTIONS

22

23

24

25

26

27

28

1       Without filing an administrative motion as required by Local Rule 7-11, and disregarding

2   this Court's efforts to manage this lawsuit and its docket, Defendants violated the December 18,

3   2013 Case Management Order by filing motions to exclude expert evidence that exceed the

4   Court-ordered 25 page limit.  Dkt. 547 at 2 ("The parties' *Daubert* motions shall be limited to a

5   total of 25 pages per side, with oppositions not to exceed a total of 25 pages per side".)

6   Accordingly, Plaintiffs respectfully request that this Court strike excessive briefing that has

7   violated the applicable page limits and Local Rule 7-11.

8       "A district court possesses inherent power over the administration of its business.  It has

9   inherent authority to regulate the conduct of attorneys who appear before it . . . [and] to

10  promulgate and enforce rules for the management of litigation.  *Spurlock v. FBI*, 69 F.3d 1010,

11  1016 (9th Cir. Cal. 1995) (citing *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43 (1991) and *Thomas*

12  *v. Arn*, 474 U.S. 140, 146 (1985)).  The authority of courts to manage their resources is "governed

13  not by rule or statute but by the control necessarily vested in courts to manage their own affairs so

14  as to achieve the orderly and expeditious disposition of cases." *Chambers*, 501 U.S. at 43.

15      In numerous case management conferences, the Court addressed the parameters for the

16  parties' summary judgment motions and evidentiary motions.  *See* Oct. 21, 2013 Case Mgmt.

17  Conf. Tr., at 70:20-23 ("The reason why I'm also limiting the briefing, number one, is there are

18  going to be so many different motions that it's going to be difficult for my chambers to handle.")

19  (emphasis added); May 15, 2013 Case Mgmt. Conf. Tr., at 28:13-18 ("I want to strongly

20  encourage you to restrict these [*Daubert* motions] further and—and the reason is that, you know,

21  most likely, things are going to weight and not admissibility."); Apr. 8, 2013 Case Management

22  Conf. Tr., at 12:22-13:5 ("If the *Daubert* motions are like the *Daubert* motions I saw on the class

23  cert. motion, I'm going to be disappointed because, you know, ultimately that's really weight and

24  not admissibility and the criticisms that each side raised are really more for cross-examination

25  and for closing argument.  So I really—I just don't want to have to, you know, spend a ton of

26  resources just having to do a bunch of those because those are not going to be granted.").  Thus

27  the Court limited the parties to 25 pages for their challenges to expert evidence.

28      Rather than adhere to this limitation, Defendants filed three motions to exclude expert

1158504.1                                          - 1 -          ADMIN. MOT. PURSUANT TO LOCAL RULE 7-11
                                                                 TO ENFORCE CASE MANAGEMENT ORDER
                                                                 MASTER DOCKET NO. 11-CV-2509-LHK

1  evidence totaling 35 pages (including two separate motions that challenge the same expert).

2  These motions consist of (1) Defendants' Joint Motion To Exclude The Expert Testimony Of

3  Edward E. Leamer, Ph.D. (15 pages); (2) Defendants' Joint Motion To Strike The Improper

4  Rebuttal Testimony In Dr. Leamer's Reply Expert Report (10 pages); and (3) Defendants' Joint

5  Motion to Exclude the Expert Testimony of Matthew Marx, and Memorandum Of Points And

6  Authorities In Support Thereof (10 pages).  As even cursory examination reveals, the motion to

7  strike Dr. Leamer's reply is entirely redundant to and repetitive of the motion to exclude his

8  testimony, and reflects basically extra pages addressing the same issues.

9       Plaintiffs accordingly request that the Court enforce its scheduling order and strike

10  Defendants' Motion To Strike The Improper Rebuttal Testimony In Dr. Leamer's Reply Expert

11  Report.  In the alternative, Plaintiffs respectfully request that the Court consider Plaintiffs'

12  opposition to Defendants' motion to strike, attached as Exhibit A.

13

14  Dated: February 6, 2014             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

15                                      By:  */s/ Kelly M. Dermody*

16                                      Richard M. Heimann (State Bar No. 63607)
                                        Kelly M. Dermody (State Bar No. 171716)
17                                      Eric B. Fastiff (State Bar No. 182260)
                                        Brendan P. Glackin (State Bar No. 199643)
18                                      Dean M. Harvey (State Bar No. 250298)
                                        Anne B. Shaver (State Bar No. 255928)
19                                      Lisa J. Cisneros (State Bar No. 251473)
                                        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
20                                      275 Battery Street, 29th Floor
                                        San Francisco, California  94111-3339
21                                      Telephone:  (415) 956-1000
                                        Facsimile:  (415) 956-1008
22

23                                      Joseph R. Saveri (State Bar No. 130064)
                                        James G. Dallal (State Bar No. 277826)
24                                      JOSEPH SAVERI LAW FIRM
                                        505 Montgomery Street, Suite 625
25                                      San Francisco, California 94111
                                        Telephone:  (415) 500-6800
26                                      Facsimile:   (415) 395-9940

27                                      *Co-Lead Class Counsel*

28

1

2                     Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (800) 424-6690
Facsimile:  (215) 875-4604

Linda P. Nussbaum
Peter A. Barile III
GRANT & EISENHOFER P.A.
485 Lexington Avenue, 29th Floor
New York, NY  10017
Telephone:  (646) 722-8500
Facsimile:  (646) 722-8501

*Class Counsel*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1158504.1

ADMIN. MOT. PURSUANT TO LOCAL RULE 7-11
TO ENFORCE CASE MANAGEMENT ORDER
MASTER DOCKET NO. 11-CV-2509-LHK