1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan P. Glackin (State Bar No. 199643)
3  Dean M. Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  (415) 956-1000
   Facsimile:  (415) 956-1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  James G. Dallal (State Bar No. 277826)
   JOSEPH SAVERI LAW FIRM
9  505 Montgomery Street, Suite 625
   San Francisco, California 94111
10 Telephone:  (415) 500-6800
   Facsimile:   (415) 395-9940
11
   *Co-Lead Class Counsel*
12
   [Additional counsel listed on signature page]
13

14           UNITED STATES DISTRICT COURT

15          NORTHERN DISTRICT OF CALIFORNIA

16                 SAN JOSE DIVISION

17

18 | IN RE: HIGH-TECH EMPLOYEE | Master Docket No. 11-CV-2509-LHK |
   | ANTITRUST LITIGATION | |

19 | | **[PROPOSED] ORDER GRANTING** |
   | | **ADMINISTRATIVE MOTION TO** |
20 | THIS DOCUMENT RELATES TO: | **ENFORCE DECEMBER 18, 2013 CASE** |
   | | **MANAGEMENT ORDER AND LOCAL** |
21 | ALL ACTIONS | **RULE 7-11** |

22

23

24         Having considered Plaintiffs' February 6, 2014, Administrative Motion to Enforce

25 December 18, 2013, Case Management Order and Local Rule 7-11, IT IS THEREFORE

26 ORDERED that Defendants' Joint Motion To Strike The Improper Rebuttal Testimony In Dr.

27 Leamer's Reply Expert Report, Docket No. 557, is hereby STRUCK from the record of this case.

28

1159244.1

[PROPOSED] ORDER GRANTING ADMIN. MOT.
TO ENFORCE CASE MGMT ORD
MASTER DOCKET NO. 11-CV-2509-LHK

1   The Clerk is directed to remove the document and the Declaration of Christina Brown, Docket.

2   No. 558, from the docket and case file.

3

4   **IT IS SO ORDERED.**

5   Dated: _____

6                                          _____
                                           LUCY H. KOH
                                           United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28