1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan Glackin (State Bar No. 199643)
3   Dean Harvey (State Bar No. 250298)
    Anne B. Shaver (State Bar No. 255928)
4   Lisa J. Cisneros (State Bar No. 251473)
    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5   275 Battery Street, 29th Floor
    San Francisco, California  94111-3339
6   Telephone:  415.956.1000
    Facsimile:  415.956.1008
7
    Joseph R. Saveri (State Bar No. 130064)
8   James D. Dallal (State Bar No.  277826)
    JOSEPH SAVERI LAW FIRM
9   255 California, Suite 450
    San Francisco, California 94111
10  Telephone: 415.500.6800
    Facsimile: 415.500.6803
11
    *Co-Lead Class Counsel*
12
                        UNITED STATES DISTRICT COURT
13
                       NORTHERN DISTRICT OF CALIFORNIA
14
                              SAN JOSE DIVISION
15

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' OPPOSITION BRIEFS RE DKTS. 554, 556, 557, 559, 560, 561, 564, 570** |
| All Actions | Date:        March 20 and 27, 2014<br>Time:        1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge:       Honorable Lucy H. Koh |

1  I, Lisa J. Cisneros, declare:

2         I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a

3  member of the State Bar of California, and am admitted to practice before the United States

4  District Court for the Northern District of California.  I am one of the counsel for the Plaintiffs in

5  this action.  I submit the following declaration in support of Plaintiffs' (1) Consolidated

6  Opposition to Defendants' Joint and Individual Motions for Summary Judgment; (2) Combined

7  Opposition to Defendants' Motion to Exclude Testimony of Edward E. Leamer, Ph.D. and

8  Motion For Summary Judgment Based Thereon; (3) Plaintiffs' Opposition to Motion to Strike

9  Reply Report of Edward Leamer, Ph.D; and (4) Plaintiffs' Opposition to Defendants' Joint

10  Motion to Exclude Expert Testimony of Matthew Marx, Ph.D.  I make this declaration based on

11  my own personal knowledge.  If called upon to testify, I could and would testify competently to

12  the truth of the matters stated herein.

13  **I.     Deposition Testimony**

14         **A.     Adobe**

15     1.     Attached hereto as Exhibit A is a true and correct copy of the excerpts for the

16  March 15, 2013 deposition of Bruce Chizen, former Chief Executive Officer.

17     2.     Attached hereto as Exhibit B is a true and correct copy of the excerpts for the

18  March 1, 2013 deposition of Digby Horner, Senior Vice President of Engineering.

19     3.     Attached hereto as Exhibit C is a true and correct copy of the excerpts for the

20  March 28, 2013 deposition of Rosemary Arriada-Keiper, former Manager of Global

21  Compensation.

22     4.     Attached hereto as Exhibit D is a true and correct copy of the excerpts for the

23  August 21, 2012 deposition of Donna Morris, Senior Vice President Global Human Resources.

24     5.     Attached hereto as Exhibit E is a true and correct copy of the excerpts for the

25  February 28, 2013 deposition of Shantanu Narayen, Chief Executive Officer.

26     6.     Attached hereto as Exhibit F is a true and correct copy of the excerpts for the April

27  5, 2013 deposition Debbie Streeter, Vice President, Total Rewards.

28

1158239.3

7.      Attached hereto as Exhibit G is a true and correct copy of the excerpts for the October 5, 2012 deposition of Jeffrey Vijungco, Vice President Worldwide Talent Acquisition.

8.      Attached hereto as Exhibit H is a true and correct copy of the excerpts for the March 29, 2013 depositions of John Warnock, founder of Adobe Systems, Incorporated, co-chairman of the Adobe board; and former Chief Executive Officer and Chief Technical Officer.

**B.      Apple**

9.      Attached hereto as Exhibit I is a true and correct copy of the excerpts for the March 5, 2013 deposition of David Alvarez, Recruiting Manager and former Research Manager.

10.     Attached hereto as Exhibit J is a true and correct copy of the excerpts for the March 1, 2013 deposition of Darrin Baja, former Recruiting Manager.

11.     Attached hereto as Exhibit K is a true and correct copy of the excerpts for the March 7, 2013 deposition of Richard Bechtel, Director of Executive Recruiting.

12.     Attached hereto as Exhibit L is a true and correct copy of the excerpts for the August 23, 2012 deposition of Mark Bentley, former Director of Executive Recruiting and Interim Human Resources Director.

13.     Attached hereto as Exhibit M is a true and correct copy of the excerpts for the February 26, 2013 deposition of Patrick Burke, former Technical Recruiter and Staffing Manager.

14.     Attached hereto as Exhibit N is a true and correct copy of the excerpts for the March 15, 2013 deposition of Steven Burmeister, Senior Director of Compensation.

15.     Attached hereto as Exhibit O is a true and correct copy of the excerpts for the March 21, 2013 deposition of Tim Cook, CEO of Apple

16.     Attached hereto as Exhibit P is a true and correct copy of the excerpts for the March 22, 2013 deposition of Brian Croll, Vice President of OS Product Marketing and former Senior Director of Product Management for Mac OS X.

17.     Attached hereto as Exhibit Q is a true and correct copy of the excerpts for the March 20, 2013 deposition of Tony Fadell former Senior Vice President, Ipod Division, and advisor to Steve Jobs.

1158239.3

CISNEROS DECLARATION
NO. 11-CV-2509-LHK

18.     Attached hereto as Exhibit R is a true and correct copy of the excerpts for the October 2, 2012 deposition of Danielle Lambert, Former Head of Human Resources for Apple.

19.     Attached hereto as Exhibit S is a true and correct copy of the excerpts for the April 11, 2013 deposition of Bob Mansfield, Senior Vice President of Technologies and former Head of Macintosh Product Design Group.

20.     Attached hereto as Exhibit T is a true and correct copy of the excerpts for the February 27, 2013 deposition of Ron Okamoto, Vice President of Developer Relations.

**C.     Google**

21.     Attached hereto as Exhibit U is a true and correct copy of the excerpts for the March 27, 2013 deposition of Laszlo Bock, Senior Vice President of People Operations.

22.     Attached hereto as Exhibit V is a true and correct copy of the excerpts for the March 19, 2013 of deposition of Sergey Brin, Co-Founder.

23.     Attached hereto as Exhibit W is a true and correct copy of the excerpts for the January 30, 2013 deposition of Shona Brown, former Senior Vice President of Business Operations.

24.     Attached hereto as Exhibit X is a true and correct copy of the excerpts for the February 27, 2013 deposition of Alan Eustace, Senior Vice President of Engineering.

25.     Attached hereto as Exhibit Y is a true and correct copy of the excerpts for the April 3, 2013 deposition of Patrick Flynn, former Apple Executive Recruiter (2002 – 2004) and Senior Staffing Manager (2004 – 2006), and former Google Senior Manager (2006 – 2008).

26.     Attached hereto as Exhibit Z is a true and correct copy of the excerpts for the August 17, 2012 deposition of Arnnon Geshuri, former heading of Google Recruiting.

27.     Attached hereto as Exhibit AA is a true and correct copy of the excerpts for the March 11, 2013 deposition of Omid Kordestani, former Vice President and Senior Vice President of Sales and Business Development.

28.     Attached hereto as Exhibit BB is a true and correct copy of the excerpts for the March 13, 2013 deposition of Jonathan Rosenberg, Advisor to the Office of CEO and former Senior Vice President of Product Management (2002 – 2011).

29.     Attached hereto as Exhibit CC is a true and correct copy of the excerpts for the February 20, 2013 deposition Eric Schmidt, Executive Chairman, member of the Board, and former CEO (2001-2011).

30.     Attached hereto as Exhibit DD is a true and correct copy of the excerpts for the March 7, 2013 deposition Frank Wagner, Director of Compensation.

**D.     Intel**

31.     Attached hereto as Exhibit EE is a true and correct copy of the excerpts for the November 21, 2012 deposition of Deborah Conrad, Senior Vice President of Human Resources.

32.     Attached hereto as Exhibit FF is a true and correct copy of the excerpts for the March 15, 2013 deposition of Randall Goodwin, Technology Development Manager.

33.     Attached hereto as Exhibit GG is a true and correct copy of the excerpts for the March 22, 2013 deposition of Renee James, Manager of the Software and Services Group.

34.     Attached hereto as Exhibit HH is a true and correct copy of the excerpts for the March 20, 2013 deposition of Daniel McKell, Compensation and Benefits Specialist.

35.     Attached hereto as Exhibit II is a true and correct copy of the excerpts for the February 14, 2013 deposition of Patricia Murray, Senior Vice President and Director of Leadership Strategy and former President of Human Resources.

36.     Attached hereto as Exhibit JJ is a true and correct copy of the excerpts for the January 29, 2013 deposition of Paul Otellini, Chief Executive Officer of Intel and Member of the Google Board of Directors.

37.     Attached hereto as Exhibit KK is a true and correct copy of the excerpts for the February 21, 2013 deposition of Ranna Prajapati, Business Development Manager and former validation engineer, flash technical marketing engineer, applications engineer, technical consultant, and project manager.

**E.     Intuit**

38.     Attached hereto as Exhibit LL is a true and correct copy of the excerpts for the February 5, 2013 deposition of Bill Campbell, Chairman of Intuit Board of Directors, Co-Lead Director of Apple, and "advisor" to Google.

1158239.3

39.     Attached hereto as Exhibit MM is a true and correct copy of the excerpts for the March 20, 2013 deposition of Chris Galy, Director of Talent Acquisition.

40.     Attached hereto as Exhibit NN is a true and correct copy of the excerpts for the February 2, 2013 deposition of Michael McNeal, Vice President of Talent Development, former Vice President of Talent Strategy (2008 – 2010), Vice President of Talent Acquisition (2007), Director of Talent Acquisition (2006) and Manager of Executive Recruitment (2003 – 2006).

41.     Attached hereto as Exhibit OO is a true and correct copy of the excerpts for the February 14, 2013 deposition of Chuong Nguyen, Executive Recruiter and former Technical Recruiter (2002 – 2006).

42.     Attached hereto as Exhibit PP is a true and correct copy of the excerpts for the March 29, 2013 deposition of Mason Stubblefield, Vice President of Human Resources.

43.     Attached hereto as Exhibit QQ is a true and correct copy of the excerpts for the March 14, 2013 deposition of Sherry Whiteley, Senior Vice President, Chief of Human Resources.

**F.     Lucasfilm**

44.     Attached hereto as Exhibit RR is a true and correct copy of the excerpts for the February 21, 2013 deposition of Micheline Chau, former Chief Financial Officer (1991 – 2003), former President and Member of the Board of Directors (2003 – 2012).

45.     Attached hereto as Exhibit SS is a true and correct copy of the excerpts for the November 1, 2012 deposition of Sharon Coker, former Director and Senior Director of Human Resources.

46.     Attached hereto as Exhibit TT is a true and correct copy of the excerpts for the March 20, 2013 deposition of Steven Condiotti, Finance Manager for Distribution, Corporate Controller, Chief Accounting Officer, Vice President of Finance and Chief Accounting Officer, and VP of Finance and Chief Financial Officer.

47.     Attached hereto as Exhibit UU is a true and correct copy of the excerpts for the March 28, 2013 deposition of George Lucas, former Chairman of the Board, Film Producer and CEO (1971 – 2013).

48.     Attached hereto as Exhibit VV is a true and correct copy the excerpts for the February 12, 2013 deposition of Michelle Maupin, Senior Manager, Compensation

49.     Attached hereto as Exhibit WW is a true and correct copy of the excerpts for the February 5, 2013 deposition of Jan Van der Voort, Chief Administrative Officer.

**G.     Pixar**

50.     Attached hereto as Exhibit XX is a true and correct copy of excerpts for the March 19, 2013 deposition of Dana Batali, Vice President of RenderMan Products.

51.     Attached hereto as Exhibit YY is a true and correct copy of the excerpts for the January 24, 2013 deposition of Edward Catmull, President.

52.     Attached hereto as Exhibit ZZ is a true and correct copy of the excerpts for the August 2, 2012 deposition of Lori McAdams, Vice President of Human Resources and Administration.

53.     Attached hereto as Exhibit AAA is a true and correct copy of excerpts for the August 3, 2012 deposition of James Morris, General Manager and Executive Vice President of Production and former Head of Production.

54.     Attached hereto as Exhibit BBB is a true and correct copy of the excerpts for the November 3, 2012 deposition of Pamela Zissimos, Senior Recruiter.

55.     Attached hereto as Exhibit CCC is a true and correct copy of the excerpts for the March 5, 2013 deposition of Stephanie Sheehy, Manager of Human Resources Analysis.

**H.     Defendants' Experts**

56.     Attached hereto as Exhibit DDD is a true and correct copy of the excerpts for the December 10, 2013 deposition of Elizabeth Becker, Ph.D.

57.     Attached hereto as Exhibit EEE is a true and correct copy of the excerpts for the December 3, 2012 deposition of Dr. Kevin Murphy, Ph.D.

58.     Attached hereto as Exhibit FFF is a true and correct copy of the excerpts for the July 5, 2013 deposition of Dr. Kevin Murphy, Ph.D.

59.     Attached hereto as Exhibit GGG is a true and correct copy of the excerpts for the December 7, 2013 deposition of Dr. Kevin Murphy, Ph.D.

60.     Attached hereto as Exhibit HHH is a true and correct copy of the excerpts for the July 3, 2013 deposition of Kathryn Shaw, Ph.D.

61.     Attached hereto as Exhibit III is a true and correct copy of the excerpts for the December 7, 2013 deposition of Edward A. Snyder, Ph.D.

62.     Attached hereto as Exhibit JJJ is a true and correct copy of the excerpts for the December 9, 2013 deposition of Lauren Stiroh, Ph.D.

63.     Attached hereto as Exhibit KKK is a true and correct copy of the excerpts for the December 8, 2013 deposition of Eric L. Talley, J.D., Ph.D.

**I.      Plaintiffs' Experts**

64.     Attached hereto as Exhibit LLL is a true and correct copy of the excerpts for the October 26, 2012 deposition of Edward Leamer, Ph.D.

65.     Attached hereto as Exhibit MMM is a true and correct copy of the excerpts for the June 11, 2013 deposition of Edward Leamer, Ph.D.

66.     Attached hereto as Exhibit NNN is a true and correct copy of the excerpts for the November 18, 2013 deposition of Edward E. Leamer, Ph.D.

67.     Attached hereto as Exhibit OOO is a true and correct copy of the excerpts for the December 19, 2013 deposition of Edward E. Leamer, Ph.D.

68.     Attached hereto as Exhibit PPP is a true and correct copy of the excerpts for the June 7, 2013 deposition of Dr. Kevin Hallock, Ph.D.

69.     Attached hereto as Exhibit QQQ is a true and correct copy of the excerpts for the November 15, 2013 deposition of Matthew Marx, Ph.D.

**II.     Deposition Exhibits**

70.     Attached hereto as Exhibit 8 is a true and correct copy of Plaintiffs' Exhibit 8, LUCAS00014721.

71.     Attached hereto as Exhibit 119 is a true and correct copy of Plaintiffs' Exhibit 119, PIX00001263.

72.     Attached hereto as Exhibit 122 is a true and correct copy of Plaintiffs' Exhibit 122, LUCAS00184664.

- 8 -

1        73.    Attached hereto as Exhibit 129 is a true and correct copy of Plaintiffs' Exhibit 129,

2  PIX00002262.

3        74.    Attached hereto as Exhibit 131 is a true and correct copy of Plaintiffs' Exhibit 131,

4  PIX00009416.

5        75.    Attached hereto as Exhibit 133 is a true and correct copy of Plaintiffs' Exhibit 133,

6  PIX00002210.

7        76.    Attached hereto as Exhibit 134 is a true and correct copy of Plaintiffs' Exhibit 134,

8  PIX00002214.

9        77.    Attached hereto as Exhibit 137 is a true and correct copy of Plaintiffs' Exhibit 137,

10  PIX00003974.

11        78.    Attached hereto as Exhibit 139 is a true and correct copy of Plaintiffs' Exhibit 139,

12  PIX00004883.

13        79.    Attached hereto as Exhibit 153 is a true and correct copy of Plaintiffs' Exhibit 153,

14  PIX00009216.

15        80.    Attached hereto as Exhibit 154 is a true and correct copy of Plaintiffs' Exhibit 154,

16  PIX00000229.

17        81.    Attached hereto as Exhibit 155, is a true and correct copy of Plaintiffs'

18  Exhibit 155, PIX00000400.

19        82.    Attached hereto as Exhibit 158, is a true and correct copy of Plaintiffs'

20  Exhibit 158, PIX00009242.

21        83.    Attached hereto as Exhibit 159, is a true and correct copy of Plaintiffs'

22  Exhibit 159, PIX00009271.

23        84.    Attached hereto as Exhibit 161, is a true and correct copy of Plaintiffs'

24  Exhibit 161, PIX00003419.

25        85.    Attached hereto as Exhibit 162, is a true and correct copy of Plaintiffs'

26  Exhibit 162, PIX00003600.

27        86.    Attached hereto as Exhibit 163, is a true and correct copy of Plaintiffs'

28  Exhibit 163, PIX00015306.

CISNEROS DECLARATION
NO. 11-CV-2509-LHK

1158239.3

1    87.    Attached hereto as Exhibit 164, is a true and correct copy of Plaintiffs'

2 Exhibit 164, PIX00003898.

3    88.    Attached hereto as Exhibit 166, is a true and correct copy of Plaintiffs'

4 Exhibit 166, Final Judgment, *United States v. Adobe Systems Inc., et al.*, No. 10-cv-1629-RBW

5 (D.D.C. March 17, 2011).

6    89.    Attached hereto as Exhibit 167, is a true and correct copy of Plaintiffs'

7 Exhibit 167,  DOJ Competitive Impact Statement at 8, *United States v. Lucasfilm LTD.*, No. 10-

8 cv-2220-RBW (D.D.C. Dec. 21, 2010).

9    90.    Attached hereto as Exhibit 168, is a true and correct copy of Plaintiffs'

10 Exhibit 168, DOJ Competitive Impact Statement at 3, *United States v. Adobe Systems Inc., et al.*,

11 No. 10-cv-1629-RBW (D.D.C. Sept. 24, 2010).

12    91.    Attached hereto as Exhibit 169, is a true and correct copy of Plaintiffs'

13 Exhibit 169, Certification of James Morris to abide to the Final Judgment of *USA v. Adobe*

14 *Systems, Inc. et al.*

15    92.    Attached hereto as Exhibit 172, is a true and correct copy of Plaintiffs'

16 Exhibit 172, GOOG-HIGH TECH-00024150.

17    93.    Attached hereto as Exhibit 173 is a true and correct copy of Plaintiffs' Exhibit

18 173, GOOG-HIGH-TECH-00193034.

19    94.    Attached hereto as Exhibit 174, is a true and correct copy of Plaintiffs'

20 Exhibit 174, GOOG-HIGH TECH-00007729.

21    95.    Attached hereto as Exhibit 175 is a true and correct copy of Plaintiffs' Exhibit 175,

22 GOOG-HIGH-TECH-00061 040.

23    96.    Attached hereto as Exhibit 176 is a true and correct copy of Plaintiffs' Exhibit 176,

24 GOOG-HIGH TECH-00000004.

25    97.    Attached hereto as Exhibit 177 is a true and correct copy of Plaintiffs' Exhibit 177,

26 GOOG-HIGH-TECH-00058573.

27    98.    Attached hereto as Exhibit 178 is a true and correct copy of Plaintiffs' Exhibit 178,

28 GOOG-H IGH-TECH-00058626.

1    99.    Attached hereto as Exhibit 179 is a true and correct copy of Plaintiffs'

2    Exhibit 179, GOOG-HIGH TECH-00007725.

3    100.    Attached hereto as Exhibit 180 is a true and correct copy of Plaintiffs' Exhibit 180,

4    GOOG-HIGH TECH-00007731.

5    101.    Attached hereto as Exhibit 181 is a true and correct copy of Plaintiffs' Exhibit 181,

6    GOOG-HIGH-TECH-0005841 0.

7    102.    Attached hereto as Exhibit 182 is a true and correct copy of Plaintiffs' Exhibit 182,

8    GOOG-HIGH TECH-00008283.

9    103.    Attached hereto as Exhibit 183 is a true and correct copy of Plaintiffs' Exhibit 183,

10    GOOG-HIGH TECH-00008342.

11    104.    Attached hereto as Exhibit 184 is a true and correct copy of Plaintiffs' Exhibit 184,

12    GOOG-HIGH TECH-00009270.

13    105.    Attached hereto as Exhibit 186 is a true and correct copy of Plaintiffs' Exhibit 186,

14    GOOG-HIGH TECH-00008964.

15    106.    Attached hereto as Exhibit 187 is a true and correct copy of Plaintiffs' Exhibit 187,

16    231APPLE002149.

17    107.    Attached hereto as Exhibit 188 is a true and correct copy of Plaintiffs' Exhibit 188,

18    GOOG-HIGH TECH-00007574.

19    108.    Attached hereto as Exhibit 190, is a true and correct copy of Plaintiffs'

20    Exhibit 190, GOOG-HIGH TECH-00009454.

21    109.    Attached hereto as Exhibit 192 is a true and correct copy of Plaintiffs' Exhibit 192,

22    GOOG-HIGH TECH-00000107.

23    110.    Attached hereto as Exhibit 196 is a true and correct copy of Plaintiffs' Exhibit 196,

24    GOOG-HIGH TECH-00009391.

25    111.    Attached hereto as Exhibit 197 is a true and correct copy of Plaintiffs' Exhibit 197,

26    GOOG-HIGH TECH-00009764.

27    112.    Attached hereto as Exhibit 199 is a true and correct copy of Plaintiffs' Exhibit 199,

28    231APPLE002140.

1158239.3

113.    Attached hereto as Exhibit 200 is a true and correct copy of Plaintiffs' Exhibit 200, GOOG-HIGH-TECH-00056790.

114.    Attached hereto as Exhibit 201 is a true and correct copy of Plaintiffs' Exhibit 201, GOOG-HIGH TECH-00024458.

115.    Attached hereto as Exhibit 202 is a true and correct copy of Plaintiffs' Exhibit 202, 76526DOC000011.

116.    Attached hereto as Exhibit 204 is a true and correct copy of Plaintiffs' Exhibit 204, GOOG-HIGH TECH-00023106.

117.    Attached hereto as Exhibit 206 is a true and correct copy of Plaintiffs' Exhibit 206, GOOG-HIGH TECH-00008249.

118.    Attached hereto as Exhibit 208 is a true and correct copy of Plaintiffs' Exhibit 208, GOOG-HIGH TECH-00023132.

119.    Attached hereto as Exhibit 209 is a true and correct copy of Plaintiffs' Exhibit 209, GOOG-HIGH-TECH-00057353.

120.    Attached hereto as Exhibit 210 is a true and correct copy of Plaintiffs' Exhibit 210, ADOBE_000611.

121.    Attached hereto as Exhibit 211 is a true and correct copy of Plaintiffs' Exhibit 211, ADOBE 012372.

122.    Attached hereto as Exhibit 212 is a true and correct copy of Plaintiffs' Exhibit 212, ADOBE_002773.

123.    Attached hereto as Exhibit 214 is a true and correct copy of Plaintiffs' Exhibit 214, ADOBE_008047.

124.    Attached hereto as Exhibit 216 is a true and correct copy of Plaintiffs' Exhibit 216, ADOBE_050720.

125.    Attached hereto as Exhibit 223 is a true and correct copy of Plaintiffs' Exhibit 223, 231APPLE002143.

126.    Attached hereto as Exhibit 224 is a true and correct copy of Plaintiffs' Exhibit 224, ADOBE_001096.

1158239.3

1      127.    Attached hereto as Exhibit 225 is a true and correct copy of Plaintiffs' Exhibit 225,

2  231APPLE002145.

3      128.    Attached hereto as Exhibit 226 is a true and correct copy of Plaintiffs' Exhibit

4  226, ADOBE_000421.

5      129.    Attached hereto as Exhibit 235 is a true and correct copy of Plaintiffs' Exhibit 235,

6  ADOBE_ 001095.

7      130.    Attached hereto as Exhibit 243 is a true and correct copy of Plaintiffs' Exhibit 243,

8  231 APPLE041661.

9      131.    Attached hereto as Exhibit 248 is a true and correct copy of Plaintiffs' Exhibit 248,

10  231 APPLE042669.

11      132.    Attached hereto as Exhibit 250 is a true and correct copy of Plaintiffs' Exhibit 250,

12  231APPLE006876.

13      133.    Attached hereto as Exhibit 265 is a true and correct copy of Plaintiffs' Exhibit

14  265, 231APPLE085774.

15      134.    Attached hereto as Exhibit 266 is a true and correct copy of Plaintiffs' Exhibit 266,

16  231APPLE095731.

17      135.    Attached hereto as Exhibit 268 is a true and correct copy of Plaintiffs' Exhibit 268,

18  231APPLE009277.

19      136.    Attached hereto as Exhibit 272 is a true and correct copy of Plaintiffs' Exhibit 272,

20  231APPLE002135.

21      137.    Attached hereto as Exhibit 274 is a true and correct copy of Plaintiffs' Exhibit 274,

22  231APPLE002143.

23      138.    Attached hereto as Exhibit 276 is a true and correct copy of Plaintiffs' Exhibit 276,

24  231APPLE002140.

25      139.    Attached hereto as Exhibit 277 is a true and correct copy of Plaintiffs' Exhibit

26  277, 231APPLE002149.

27      140.    Attached hereto as Exhibit 278 is a true and correct copy of Plaintiffs' Exhibit 278,

28  231APPLE002150.

CISNEROS DECLARATION
NO. 11-CV-2509-LHK

1    141.    Attached hereto as Exhibit 279 is a true and correct copy of Plaintiffs' Exhibit 279,

2    231APPLE002151.

3    142.    Attached hereto as Exhibit 280 is a true and correct copy of Plaintiffs' Exhibit 280,

4    231APPLE002153.

5    143.    Attached hereto as Exhibit 281 is a true and correct copy of Plaintiffs' Exhibit

6    281, PALM00024.

7    144.    Attached hereto as Exhibit 295 is a true and correct copy of Plaintiffs' Exhibit 295,

8    Adobe_052076.

9    145.    Attached hereto as Exhibit 299 is a true and correct copy of Plaintiffs' Exhibit 299,

10   INTUIT_018285.

11   146.    Attached hereto as Exhibit 300 is a true and correct copy of Plaintiffs' Exhibit 300,

12   Adobe_013837.

13   147.    Attached hereto as Exhibit 303 is a true and correct copy of Plaintiffs' Exhibit 303,

14   Adobe_052404.

15   148.    Attached hereto as Exhibit 308 is a true and correct copy of Plaintiffs' Exhibit 308,

16   Adobe_051783.

17   149.    Attached hereto as Exhibit 326 is a true and correct copy of Plaintiffs' Exhibit

18   326, LUCAS00062590.

19   150.    Attached hereto as Exhibit 331 is a true and correct copy of Plaintiffs' Exhibit 331,

20   LUCAS00061414.

21   151.    Attached hereto as Exhibit 359 is a true and correct copy of Plaintiffs' Exhibit 359,

22   LUCAS00024981.

23   152.    Attached hereto as Exhibit 360 is a true and correct copy of Plaintiffs' Exhibit 360,

24   LUCAS00188912.

25   153.    Attached hereto as Exhibit 369 is a true and correct copy of Plaintiffs' Exhibit 369,

26   PIX00003599.

27   154.    Attached hereto as Exhibit 387 is a true and correct copy of Plaintiffs' Exhibit

28   387, 76614DOC010212.

CISNEROS DECLARATION
NO. 11-CV-2509-LHK

1158239.3

155.     Attached hereto as Exhibit 388 is a true and correct copy of Plaintiffs' Exhibit 388, 76614DOC020960.

156.     Attached hereto as Exhibit 389 is a true and correct copy of Plaintiffs' Exhibit 389, 76616DOC005974.

157.     Attached hereto as Exhibit 391 is a true and correct copy of Plaintiffs' Exhibit 391, 76583DOC003750.

158.     Attached hereto as Exhibit 392 is a true and correct copy of Plaintiffs' Exhibit 392, 76583DOC003888.

159.     Attached hereto as Exhibit 393 is a true and correct copy of Plaintiffs' Exhibit 393, 76583DOC002007.

160.     Attached hereto as Exhibit 397 is a true and correct copy of Plaintiffs' Exhibit 397, 76583DOC008097.

161.     Attached hereto as Exhibit 398 is a true and correct copy of Plaintiffs' Exhibit 398, 76579DOC005956.

162.     Attached hereto as Exhibit 399 is a true and correct copy of Plaintiffs' Exhibit 399, 76582DOC000004.

163.     Attached hereto as Exhibit 400 is a true and correct copy of Plaintiffs' Exhibit 400, 765825DOC001211.

164.     Attached hereto as Exhibit 403 is a true and correct copy of Plaintiffs' Exhibit 403, 76577DOC000464.

165.     Attached hereto as Exhibit 410 is a true and correct copy of Plaintiffs' Exhibit 410, ADOBE_001096.

166.     Attached hereto as Exhibit 416 is a true and correct copy of Plaintiffs' Exhibit 416, Declaration of Donna Morris of Adobe Systems Inc. In Support of Defendants Opposition to Plaintiffs' Motion for Class Certification.

167.     Attached hereto as Exhibit 420 is a true and correct copy of Plaintiffs' Exhibit 420, PIX00006025.

168.     Attached hereto as Exhibit 421 is a true and correct copy of Plaintiffs' Exhibit 421, PIX00006023.

169.     Attached hereto as Exhibit 424 is a true and correct copy of Plaintiffs' Exhibit 424, PIX00009182.

170.     Attached hereto as Exhibit 458 is a true and correct copy of Plaintiffs' Exhibit 458, 76616DOC007593.

171.     Attached hereto as Exhibit 459 is a true and correct copy of Plaintiffs' Exhibit 459, 76616DOC002617.

172.     Attached hereto as Exhibit 460 is a true and correct copy of Plaintiffs' Exhibit 460, 40026DOC000004.

173.     Attached hereto as Exhibit 463 is a true and correct copy of Plaintiffs' Exhibit 463, 76614DOC023625.

174.     Attached hereto as Exhibit 466 is a true and correct copy of Plaintiffs' Exhibit 466, 76606DOC000420.

175.     Attached hereto as Exhibit 471 is a true and correct copy of Plaintiffs' Exhibit 471, GOOG-HIGH-TECH-00217590.

176.     Attached hereto as Exhibit 472 is a true and correct copy of Plaintiffs' Exhibit 472, GOOG-HIGH-TECH-00195005.

177.     Attached hereto as Exhibit 478 is a true and correct copy of Plaintiffs' Exhibit 478, 76616DOC012164.

178.     Attached hereto as Exhibit 557 is a true and correct copy of Plaintiffs' Exhibit 557, GOOG-HIGH-TECH-00293087.

179.     Attached hereto as Exhibit 563 is a true and correct copy of Plaintiffs' Exhibit 563, 231APPLE073139.

180.     Attached hereto as Exhibit 575 is a true and correct copy of Plaintiffs' Exhibit 575, GOOG-HIGH-TECH-00058850.

181.     Attached hereto as Exhibit 597 is a true and correct copy of Plaintiffs' Exhibit 597, GOOG-HIGH-TECH-00056882.

1          182.    Attached hereto as Exhibit 608 is a true and correct copy of Plaintiffs' Exhibit 608,
2    GOOG-HIGH-TECH-00255349.

3          183.    Attached hereto as Exhibit 614 is a true and correct copy of Plaintiffs' Exhibit 614,
4    GOOG-HIGH-TECH-00379327.

5          184.    Attached hereto as Exhibit 616 is a true and correct copy of Plaintiffs' Exhibit 616,
6    GOOG-HIGH-TECH-00210242.

7          185.    Attached hereto as Exhibit 621 is a true and correct copy of Plaintiffs' Exhibit 621,
8    GOOG-HIGH-TECH-00336877.

9          186.    Attached hereto as Exhibit 625 is a true and correct copy of Plaintiffs' Exhibit
10   625, GOOG-HIGH-TECH-00194721.

11         187.    Attached hereto as Exhibit 626 is a true and correct copy of Plaintiffs' Exhibit
12   626, INTUIT_039098.

13         188.    Attached hereto as Exhibit 635 is a true and correct copy of Plaintiffs' Exhibit
14   635, GOOG-HIGH-TECH-00252681.

15         189.    Attached hereto as Exhibit 648 is a true and correct copy of Plaintiffs' Exhibit 648,
16   GOOG-HIGH-TECH-00265514.

17         190.    Attached hereto as Exhibit 650 is a true and correct copy of Plaintiffs' Exhibit 650,
18   GOOG-HIGH-TECH-00265638.

19         191.    Attached hereto as Exhibit 651 is a true and correct copy of Plaintiffs' Exhibit 651,
20   GOOG-HIGH-TECH-00058868.

21         192.    Attached hereto as Exhibit 653 is a true and correct copy of Plaintiffs' Exhibit 653,
22   GOOG-HIGH-TECH-00058495.

23         193.    Attached hereto as Exhibit 660 is a true and correct copy of Plaintiffs' Exhibit 660,
24   GOOG-HIGH-TECH-00246586.

25         194.    Attached hereto as Exhibit 661 is a true and correct copy of Plaintiffs' Exhibit 661,
26   GOOG-HIGH-TECH-00059839.

27         195.    Attached hereto as Exhibit 666 is a true and correct copy of Plaintiffs' Exhibit 666,
28   GOOG-HIGH-TECH-00248307.

196.    Attached hereto as Exhibit 667 is a true and correct copy of Plaintiffs' Exhibit 667, GOOG-HIGH-TECH-00296236.

197.    Attached hereto as Exhibit 668 is a true and correct copy of Plaintiffs' Exhibit 668, GOOG-HIGH-TECH-00248336.

198.    Attached hereto as Exhibit 669 is a true and correct copy of Plaintiffs' Exhibit 669, 231APPLE065002.

199.    Attached hereto as Exhibit 674 is a true and correct copy of Plaintiffs' Exhibit 674, GOOG-HIGH-TECH-00252601.

200.    Attached hereto as Exhibit 679 is a true and correct copy of Plaintiffs' Exhibit 679, 231APPLE080776.

201.    Attached hereto as Exhibit 690 is a true and correct copy of Plaintiffs' Exhibit 690, LUCAS00013705.

202.    Attached hereto as Exhibit 695 is a true and correct copy of Plaintiffs' Exhibit 695, LUCAS00060611.

203.    Attached hereto as Exhibit 697 is a true and correct copy of Plaintiffs' Exhibit 697, LUCAS00009707.

204.    Attached hereto as Exhibit 708 is a true and correct copy of Plaintiffs' Exhibit 708, LUCAS00122375.

205.    Attached hereto as Exhibit 710 is a true and correct copy of Plaintiffs' Exhibit 710, LUCAS00194841.

206.    Attached hereto as Exhibit 711 is a true and correct copy of Plaintiffs' Exhibit 711, Declaration of Michelle Maupin In Support of Defendants Opposition to Plaintiffs' Motion for Class Certification.

207.    Attached hereto as Exhibit 715 is a true and correct copy of Plaintiffs' Exhibit 715, LUCAS00188708.

208.    Attached hereto as Exhibit 716 is a true and correct copy of Plaintiffs' Exhibit 716, LUCAS00185312.

209.     Attached hereto as Exhibit 727 is a true and correct copy of Plaintiffs' Exhibit 727, LUCAS00201067.

210.     Attached hereto as Exhibit 728 is a true and correct copy of Plaintiffs' Exhibit 728, LUCAS00060705.

211.     Attached hereto as Exhibit 729 is a true and correct copy of Plaintiffs' Exhibit 729, LUCAS00198130.

212.     Attached hereto as Exhibit 730 is a true and correct copy of Plaintiffs' Exhibit 730, LUCAS00199904.

213.     Attached hereto as Exhibit 781 is a true and correct copy of Plaintiffs' Exhibit 781, 76596DOC01701 0.

214.     Attached hereto as Exhibit 861 is a true and correct copy of Plaintiffs' Exhibit 861, 231APPLE095700.

215.     Attached hereto as Exhibit 872 is a true and correct copy of Plaintiffs' Exhibit 872, GOOG-HIGH-TECH-00264994.

216.     Attached hereto as Exhibit 912 is a true and correct copy of Plaintiffs' Exhibit 912, INTUIT_040817.

217.     Attached hereto as Exhibit 914 is a true and correct copy of Plaintiffs' Exhibit 914, INTUIT_001614.

218.     Attached hereto as Exhibit 916 is a true and correct copy of Plaintiffs' Exhibit 916, INTUIT_016652.

219.     Attached hereto as Exhibit 944 is a true and correct copy of Plaintiffs' Exhibit 944 LUCAS00061513.

220.     Attached hereto as Exhibit 945 is a true and correct copy of Plaintiffs' Exhibit 945, LUCAS00189276.

221.     Attached hereto as Exhibit 947 is a true and correct copy of Plaintiffs' Exhibit 947, PIX00003640.

222.     Attached hereto as Exhibit 959 is a true and correct copy of Plaintiffs' Exhibit 959, LUCAS00188708.

1158239.3

223.    Attached hereto as Exhibit 1024 is a true and correct copy of Plaintiffs' Exhibit 1024, 231APPLE061848.

224.    Attached hereto as Exhibit 1025 is a true and correct copy of Plaintiffs' Exhibit 1025, 231APPLE056578.

225.    Attached hereto as Exhibit 1026 is a true and correct copy of Plaintiffs' Exhibit 1026, 231APPLE061813.

226.    Attached hereto as Exhibit 1027 is a true and correct copy of Plaintiffs' Exhibit 1027, 231APPLE056595.

227.    Attached hereto as Exhibit 1028 is a true and correct copy of Plaintiffs' Exhibit 1028, 231APPLE095728.

228.    Attached hereto as Exhibit 1045 is a true and correct copy of Plaintiffs' Exhibit 1045, 231APPLE061357.

229.    Attached hereto as Exhibit 1107 is a true and correct copy of Plaintiffs' Exhibit 1107, INTUIT_007865.

230.    Attached hereto as Exhibit 1130 is a true and correct copy of Plaintiffs' Exhibit 1130, 231APPLE099371.

231.    Attached hereto as Exhibit 1147 is a true and correct copy of Plaintiffs' Exhibit 1147, ADOBE_007249.

232.    Attached hereto as Exhibit 1158 is a true and correct copy of Plaintiffs' Exhibit 1158, ADOBE_005661.

233.    Attached hereto as Exhibit 1159 is a true and correct copy of Plaintiffs' Exhibit 1159, ADOBE_019278.

234.    Attached hereto as Exhibit 1160 is a true and correct copy of Plaintiffs' Exhibit 1160, ADOBE_009652.

235.    Attached hereto as Exhibit 1250 is a true and correct copy of Plaintiffs' Exhibit 1250, ADOBE_011976.

236.    Attached hereto as Exhibit 1304 is a true and correct copy of Plaintiffs' Exhibit 1304, PIX00044219.

1158239.3

237.     Attached hereto as Exhibit 1305 is a true and correct copy of Plaintiffs' Exhibit 1305, PIX00049042.

238.     Attached hereto as Exhibit 1306 is a true and correct copy of Plaintiffs' Exhibit 1306, PIX00012996.

239.     Attached hereto as Exhibit 1307 is a true and correct copy of Plaintiffs' Exhibit 1307, PIX00083583.

240.     Attached hereto as Exhibit 1308 is a true and correct copy of Plaintiffs' Exhibit 1308, Pixar Salary Analysis.

241.     Attached hereto as Exhibit 1309 is a true and correct copy of Plaintiffs' Exhibit 1309, PIX00049648.

242.     Attached hereto as Exhibit 1376 is a true and correct copy of Plaintiffs' Exhibit 1376, 231APPLE039426.

243.     Attached hereto as Exhibit 1600 is a true and correct copy of Plaintiffs' Exhibit 1600, 2004 Google Salary Ranges.

244.     Attached hereto as Exhibit 1606 is a true and correct copy of Plaintiffs' Exhibit 1606, GOOG-HIGH TECH-00036287.

245.     Attached hereto as Exhibit 1609 is a true and correct copy of Plaintiffs' Exhibit 1609, GOOG-HIGH-TECH-004 75237.

246.     Attached hereto as Exhibit 1613 is a true and correct copy of Plaintiffs' Exhibit 1613, GOOG~IGH-TECH-00473658.

247.     Attached hereto as Exhibit 1618 is a true and correct copy of Plaintiffs' Exhibit 1618, GOOG-HIGH-TECH-00474897.

248.     Attached hereto as Exhibit 1625 is a true and correct copy of Plaintiffs' Exhibit 1625, GOOG-HIGH-TECH-00506628.

249.     Attached hereto as Exhibit 1629 is a true and correct copy of Plaintiffs' Exhibit 1629, GOOG-HIGH-TECH-00509662.

250.     Attached hereto as Exhibit 1741 is a true and correct copy of Plaintiffs' Exhibit 1741, GOOG-HIGH-TECH-00194864.

251.     Attached hereto as Exhibit 1753 is a true and correct copy of Plaintiffs' Exhibit 1753, GOOG-HIGH-TECH-00325500.

252.     Attached hereto as Exhibit 1760 is a true and correct copy of Plaintiffs' Exhibit 1760, INTUIT _052803.

253.     Attached hereto as Exhibit 1761 is a true and correct copy of Plaintiffs' Exhibit 1761, INTUIT _049796.

254.     Attached hereto as Exhibit 1808 is a true and correct copy of Plaintiffs' Exhibit 1808, 231APPLE095753.

255.     Attached hereto as Exhibit 1809 is a true and correct copy of Plaintiffs' Exhibit 1809, 231APPLE095737.

256.     Attached hereto as Exhibit 1811 is a true and correct copy of Plaintiffs' Exhibit 1811, 231APPLE002146.

257.     Attached hereto as Exhibit 1812 is a true and correct copy of Plaintiffs' Exhibit 1812, 231APPLE095746.

258.     Attached hereto as Exhibit 1854 is a true and correct copy of Plaintiffs' Exhibit 1854, 2231APPLE100673.

259.     Attached hereto as Exhibit 1855 is a true and correct copy of Plaintiffs' Exhibit 1855, Declaration of Steven Burmeister In Support of Defendants' Opposition to Plaintiffs' Motion for Class Certification.

260.     Attached hereto as Exhibit 1856 is a true and correct copy of Plaintiffs' Exhibit 1856, 231APPLE105342.

261.     Attached hereto as Exhibit 1858 is a true and correct copy of Plaintiffs' Exhibit 1858, 231APPLE098912.

262.     Attached hereto as Exhibit 1859 is a true and correct copy of Plaintiffs' Exhibit 1859, 231APPLE1 05324.

263.     Attached hereto as Exhibit 1868 is a true and correct copy of Plaintiffs' Exhibit 1868, GOOG-HIGH-TECH-00550729.

1    264.    Attached hereto as Exhibit 1869 is a true and correct copy of Plaintiffs' Exhibit

2    1869, GOOG-HIGH-TECH-00550725.

3    265.    Attached hereto as Exhibit 1870 is a true and correct copy of Plaintiffs' Exhibit

4    1870, GOOG-HIGH-TECH-00550726.

5    266.    Attached hereto as Exhibit 1871 is a true and correct copy of Plaintiffs' Exhibit

6    1871, GOOG-HIGH-TECH-00061052.

7    267.    Attached hereto as Exhibit 1872 is a true and correct copy of Plaintiffs' Exhibit

8    1872, GOOG-HIGH-TECH-00550723.

9    268.    Attached hereto as Exhibit 2003 is a true and correct copy of Plaintiffs' Exhibit

10   2003, 231APPLE011767.

11   269.    Attached hereto as Exhibit 2006 is a true and correct copy of Plaintiffs' Exhibit

12   2006, 231APPLE056201.

13   270.    Attached hereto as Exhibit 2030 is a true and correct copy of Plaintiffs' Exhibit

14   2030, Declaration of Danny McKell In Support Of Opposition to Class Certification.

15   271.    Attached hereto as Exhibit 2031 is a true and correct copy of Plaintiffs' Exhibit

16   2031, 40012DOC000638.

17   272.    Attached hereto as Exhibit 2033 is a true and correct copy of Plaintiffs' Exhibit

18   2033, 76657DOC004599.

19   273.    Attached hereto as Exhibit 2035 is a true and correct copy of Plaintiffs' Exhibit

20   2035, 76657DOC019261.

21   274.    Attached hereto as Exhibit 2037 is a true and correct copy of Plaintiffs' Exhibit

22   2037, 76657DOC019175.

23   275.    Attached hereto as Exhibit 2038 is a true and correct copy of Plaintiffs' Exhibit

24   2038, 76657DOC031597.

25   276.    Attached hereto as Exhibit 2040 is a true and correct copy of Plaintiffs' Exhibit

26   2040, 76657DOC075674.

27   277.    Attached hereto as Exhibit 2043 is a true and correct copy of Plaintiffs' Exhibit

28   2043, 76658DOC016874.

1158239.3

278.     Attached hereto as Exhibit 2084 is a true and correct copy of Plaintiffs' Exhibit 2084, LUCAS00218268.

279.     Attached hereto as Exhibit 2088 is a true and correct copy of Plaintiffs' Exhibit 2088, LUCAS00218299.

280.     Attached hereto as Exhibit 2092 is a true and correct copy of Plaintiffs' Exhibit 2092, LUCAS00217253.

281.     Attached hereto as Exhibit 2094 is a true and correct copy of Plaintiffs' Exhibit 2094, LUCAS00218283.

282.     Attached hereto as Exhibit 2096 is a true and correct copy of Plaintiffs' Exhibit 2096, LUCAS00217124.

283.     Attached hereto as Exhibit 2100 is a true and correct copy of Plaintiffs' Exhibit 2100, LUCAS00217547.

284.     Attached hereto as Exhibit 2135 is a true and correct copy of Plaintiffs' Exhibit 2135, INTUIT_034255.

285.     Attached hereto as Exhibit 2140 is a true and correct copy of Plaintiffs' Exhibit 2140, INTUIT_039756.

286.     Attached hereto as Exhibit 2142 is a true and correct copy of Plaintiffs' Exhibit 2142, INTUIT_039793.

287.     Attached hereto as Exhibit 2249 is a true and correct copy of Plaintiffs' Exhibit 2249, 231APPLE132408.

288.     Attached hereto as Exhibit 2262 is a true and correct copy of Plaintiffs' Exhibit 2262, 231APPLE131775.

289.     Attached hereto as Exhibit 2305 is a true and correct copy of Plaintiffs' Exhibit 2305, ADOBE_012654.

290.     Attached hereto as Exhibit 2306 is a true and correct copy of Plaintiffs' Exhibit 2306, ADOBE_013460.

291.     Attached hereto as Exhibit 2356 is a true and correct copy of Plaintiffs' Exhibit 2356, PIX00002094.

CISNEROS DECLARATION
NO. 11-CV-2509-LHK

292.     Attached hereto as Exhibit 2362 is a true and correct copy of Plaintiffs' Exhibit 2362, INTUIT_056426.

293.     Attached hereto as Exhibit 2364 is a true and correct copy of Plaintiffs' Exhibit 2364, INTUIT_056624.

294.     Attached hereto as Exhibit 2366 is a true and correct copy of Plaintiffs' Exhibit 2366, INTUIT_056620.

295.     Attached hereto as Exhibit 2422 is a true and correct copy of Plaintiffs' Exhibit 2422, GOOG-HIGH-TECH-00328300.

296.     Attached hereto as Exhibit 2425 is a true and correct copy of Plaintiffs' Exhibit 2425, GOOG-HIGH TECH-00625147.

297.     Attached hereto as Exhibit 2426 is a true and correct copy of Plaintiffs' Exhibit 2426, GOOG-HIGH-TECH-00281629.

298.     Attached hereto as Exhibit 2486 is a true and correct copy of Plaintiffs' Exhibit 2486, Declaration of Donna Morris of Adobe Systems Inc. In Support of Defendants Opposition to Plaintiffs Motion for Class Certification.

299.     Attached hereto as Exhibit 2487 is a true and correct copy of Plaintiffs' Exhibit 2487, ADOBE_100600.

300.     Attached hereto as Exhibit 2501 is a true and correct copy of Plaintiffs' Exhibit 2501, ADOBE_009425.

301.     Attached hereto as Exhibit 2638 is a true and correct copy of Plaintiffs' Exhibit 2638, 76506DOC000773.

302.     Attached hereto as Exhibit 2735 is a true and correct copy of Plaintiffs' Exhibit 2735, GOOG-HIGH-TECH-00480249.

303.     Attached hereto as Exhibit 2738 is a true and correct copy of Plaintiffs' Exhibit 2738, INTUIT_043557.

304.     Attached hereto as Exhibit 2739 is a true and correct copy of Plaintiffs' Exhibit 2739, INTUIT_043560.

305.     Attached hereto as Exhibit 2740 is a true and correct copy of Plaintiffs' Exhibit 2740, INTUIT _052841.

306.     Attached hereto as Exhibit 2743 is a true and correct copy of Plaintiffs' Exhibit 2743, INTUIT_041933.

307.     Attached hereto as Exhibit 2744 is a true and correct copy of Plaintiffs' Exhibit 2744, INTUIT 052826.

308.     Attached hereto as Exhibit 2788 is a true and correct copy of Plaintiffs' Exhibit 2788, 231APPLE026631.

309.     Attached hereto as Exhibit 2795 is a true and correct copy of Plaintiffs' Exhibit 2795, GOOG-HIGH-TECH-00520168.

310.     Attached hereto as Exhibit 2800 is a true and correct copy of Plaintiffs' Exhibit 2800, ADOBE_068264.

311.     Attached hereto as Exhibit 2810 is a true and correct copy of Plaintiffs' Exhibit 2810, 231APPLE002143.

312.     Attached hereto as Exhibit 2812 is a true and correct copy of Plaintiffs' Exhibit 2812, ADOBE_059513.

313.     Attached hereto as Exhibit 2817 is a true and correct copy of Plaintiffs' Exhibit 2817, ADOBE_059196.

314.     Attached hereto as Exhibit 2823 is a true and correct copy of Plaintiffs' Exhibit 2823, ADOBE_025894.

315.     Attached hereto as Exhibit 2825 is a true and correct copy of Plaintiffs' Exhibit 2825, ADOBE_019192.

316.     Attached hereto as Exhibit 2847 is a true and correct copy of Plaintiffs' Exhibit 2847, Insider Econometrics: A Roadmap with Stops Along the Way, Labour Economics.

317.     Attached hereto as Exhibit 2854 is a true and correct copy of Plaintiffs' Exhibit 2854, Anderson et al., Reaching for the Stars: Who Pays for Talent in Innovative Industries? National Bureau of Economic Research Working Paper 12435 (2006)

CISNEROS DECLARATION
NO. 11-CV-2509-LHK

318.     Attached hereto as Exhibit 2923 is a true and correct copy of Plaintiffs' Exhibit 2923, Model Merger Agreement for the Acquisition of a Public Company.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed February 6, 2014, in San Francisco, California.

/s/ *Lisa J. Cisneros*
Lisa J. Cisneros

1158239.3