# LODGED PURSUANT TO PENDING ADMINISTRATIVE MOTION TO SEAL

# Declaration of Lisa J. Cisneros, All Exhibits Except for Exhibits 166-169, 2854 and 2923.