## Certification

The undersigned hereby certifies as follows:

1. I have received a copy of the Final Judgment (the "Final Judgment") entered by the Court in the case of *United States of America v. Adobe Systems, Inc. et. al.* in the United States District Court for the District of Columbia (Case No.: 1:10-cv-01629-RBW) (the "Action"), and the Competitive Impact Statement "("CIS") filed in connection with the Action.

2. I have read and, to the best of my ability, understand and agree to abide by the terms of the Final Judgment.

3. I am not aware of any violation of the Final Judgment that has not been reported to Pixar.

4. I understand that any person's failure to comply with the Final Judgment may result in an enforcement action for civil or criminal contempt of court against Pixar and/or any person who violates the Final Judgment.

Signed by me this 13 day of April, 2011.

_____
(Signature)

Jim Morris
_____
(Print Name)



EXHIBIT 169
WIT. MORRIS
DATE 8-3-12
KRAMM COURT REPORTING