# LODGED PURSUANT TO PENDING ADMINISTRATIVE MOTION TO SEAL

# Declaration of Dean M. Harvey, Exhibits 2-14, 22-28, 33-187, 190, 195-201, 210