1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: HIGH-TECH EMPLOYEE ) C-11-02509 LHK
ANTITRUST LITIGATION, )
                                      ) SAN JOSE, CALIFORNIA
                                      ) APRIL 8, 2013
_____ )
                                      ) PAGES 1-31
THIS DOCUMENT RELATES TO: )
ALL ACTIONS )
_____ )

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE LUCY H. KOH
UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

FOR THE PLAINTIFFS:   JOSEPH SAVERI LAW FIRM
                                  BY:  JOSEPH SAVERI
                                        LISA J. LEEBOVE
                                        JAMES G. DALLAL
                                  255 CALIFORNIA STREET, SUITE 450
                                  SAN FRANCISCO, CALIFORNIA  94111

                                  LIEFF, CABRASER,
                                  HEIMANN & BERNSTEIN
                                  BY:  KELLY M. DERMODY
                                        DEAN M. HARVEY
                                        ANNE B. SHAVER
                                  275 BATTERY STREET, 30TH FLOOR
                                  SAN FRANCISCO, CALIFORNIA  94111

APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:   LEE-ANNE SHORTRIDGE, CSR, CRR
                                        CERTIFICATE NUMBER 9595

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
TRANSCRIPT PRODUCED WITH COMPUTER

UNITED STATES COURT REPORTERS

---

2

APPEARANCES (CONTINUED)

FOR DEFENDANT        O'MELVENY & MYERS
APPLE:                    BY:  GEORGE A. RILEY
                                  CHRISTINA J. BROWN
                                  TWO EMBARCADERO CENTER
                                  28TH FLOOR
                                  SAN FRANCISCO, CALIFORNIA  94111

FOR DEFENDANT        KEKER & VAN NEST
LUCASFILM:             BY:  DANIEL E. PURCELL
                                  EUGENE M. PAIGE
                                  633 BATTERY STREET
                                  SAN FRANCISCO, CALIFORNIA  94111

FOR DEFENDANT        MAYER BROWN
GOOGLE:                 BY:  LEE H. RUBIN
                                  TWO PALO ALTO SQUARE, SUITE 300
                                  PALO ALTO, CALIFORNIA  94306

FOR DEFENDANTS      JONES DAY
ADOBE AND INTUIT:  BY:  ROBERT A. MITTELSTAEDT
                                  CATHERINE ZENG
                                  555 CALIFORNIA STREET
                                  26TH FLOOR
                                  SAN FRANCISCO, CALIFORNIA  94104

FOR DEFENDANT        BINGHAM MCCUTCHEN
INTEL:                    BY:  KRYSTAL DENLEY BOWEN
                                  1117 S. CALIFORNIA AVENUE
                                  PALO ALTO, CALIFORNIA  94304

FOR DEFENDANT        COVINGTON & BURLING
PIXAR:                   BY:  EMILY J. HENN
                                  JOHN NIELDS
                                  333 TWIN DOLPHIN DRIVE, SUITE 700
                                  REDWOOD SHORES, CALIFORNIA  94065

UNITED STATES COURT REPORTERS

---

3

SAN JOSE, CALIFORNIA            APRIL 8, 2013

P R O C E E D I N G S

10:08AM  (COURT CONVENED AND THE FOLLOWING PROCEEDINGS WERE HELD:)

10:08AM  THE CLERK:  CALLING CASE NUMBER C-11-02509 LHK, IN

10:08AM  RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION.

10:08AM  MR. SAVERI:  GOOD MORNING, YOUR HONOR.

10:08AM  JOSEPH SAVERI, JOSEPH SAVERI LAW FIRM ON BEHALF OF THE

10:08AM  PLAINTIFFS.

10:08AM  THE COURT:  OKAY.  GOOD MORNING.

10:08AM  MS. DERMODY:  GOOD MORNING, YOUR HONOR.

10:08AM  KELLY DERMODY FROM LEIF CABRASER.  WITH ME FROM MY FIRM ARE

10:08AM  DEAN HARVEY AND ANNE SHAVER.

10:08AM  THE COURT:  WHO'S WITH YOU, MR. SAVERI?

10:08AM  MR. MITTELSTAEDT:  WHO'S WITH YOU, JOE?

10:08AM  MR. SAVERI:  OH, LISA LEEBOVE WITH MY OFFICE, AND

10:08AM  JAMES DALLAL.

10:08AM  THE COURT:  OKAY.  THANK YOU.

10:08AM  MR. MITTELSTAEDT:  GOOD MORNING, YOUR HONOR.

10:08AM  BOB MITTELSTAEDT AND KATE ZENG FOR ADOBE AND INTUIT.

10:08AM  THE COURT:  AND THAT'S Z-H-A-N-G?

10:09AM  MR. MITTELSTAEDT:  Z-E-N-G.

10:09AM  THE COURT:  Z-E-N-G.  OKAY, THANK YOU.

10:09AM  MR. RILEY:  GOOD MORNING, YOUR HONOR.  GEORGE RILEY

10:09AM  OF O'MELVENY & MYERS, AND I'M JOINED BY CHRISTINA BROWN.  WE

10:09AM  REPRESENT APPLE.

UNITED STATES COURT REPORTERS

---

4

10:09AM  THE COURT:  OKAY.  GOOD MORNING.

10:09AM  MS. BOWEN:  GOOD MORNING.  KRYSTAL DENLEY BOWEN FROM

10:09AM  BINGHAM MCCUTCHEN REPRESENTING INTEL.

10:09AM  THE COURT:  OKAY.  GOOD MORNING.

10:09AM  MR. RUBIN:  GOOD MORNING.  LEE RUBIN FROM MAYER BROWN

10:09AM  REPRESENTING GOOGLE.

10:09AM  THE COURT:  OKAY, GOOD MORNING.

10:09AM  MR. PURCELL:  DAN PURCELL FROM KEKER & VAN NEST

10:09AM  REPRESENTING LUCASFILM, AND I'M HERE WITH MY PARTNER,

10:09AM  EUGENE PAIGE.

10:09AM  THE COURT:  GOOD MORNING.

10:09AM  MR. NIELDS:  GOOD MORNING, YOUR HONOR.  JOHN NIELDS

10:09AM  AND EMILY HENN FROM COVINGTON REPRESENTING PIXAR.

10:09AM  THE COURT:  AND THE LAST NAME, N-E-I-L --

10:09AM  MR. NIELDS:  N-I-E-L-D-S.

10:09AM  THE COURT:  OKAY, THANK YOU.  GOOD MORNING.

10:10AM  OKAY.  PLEASE TAKE A SEAT.

10:10AM  I WOULD LIKE TO TALK ABOUT A FEW ISSUES AND THE AMENDED

10:10AM  SCHEDULE, AND THEN I'D LIKE TO GIVE YOU AN OPPORTUNITY TO MEET

10:10AM  AND CONFER ABOUT YOUR DISCOVERY DISPUTES AND THEN I'LL COME

10:10AM  BACK OUT AND SEE IF YOU CAN AT LEAST NARROW OR RESOLVE SOME.

10:10AM  IS THAT AN ACCEPTABLE PLAN?

10:10AM  MR. MITTELSTAEDT:  YES.

10:10AM  MR. SAVERI:  YES.

10:10AM  MS. DERMODY:  YES, YOUR HONOR.

UNITED STATES COURT REPORTERS

9

| | |
|---|---|
| 10:16AM 1 | AND THEN IF YOU WOULD, PLEASE, CAN YOU FILE A SETTLEMENT |
| 10:16AM 2 | STATUS REPORT?  WHAT DATE MAKES SENSE IF THE 19TH IS YOUR |
| 10:16AM 3 | DEADLINE? |
| 10:16AM 4 | MR. MITTELSTAEDT:  THE 19TH? |
| 10:16AM 5 | THE COURT:  OKAY, THAT WOULD BE GREAT. |
| 10:16AM 6 | OKAY.  THEN OPENING EXPERT REPORTS, I WANTED TO SEE IF I |
| 10:16AM 7 | COULD SLIGHTLY ADJUST YOUR SCHEDULE.  I'M TRYING TO STAY WITHIN |
| 10:16AM 8 | WHAT YOU'VE PROPOSED, BUT UNFORTUNATELY, I HAVE THE SECOND |
| 10:16AM 9 | CASE, THE SECOND APPLE V. SAMSUNG CASE GOING TO TRIAL |
| 10:16AM 10 | MARCH 31ST OF 2014, AND IT IS SET TO GO TO TRIAL THROUGH |
| 10:16AM 11 | APRIL 25TH. |
| 10:16AM 12 | SO TO THEN TURN AROUND IN FOUR DAYS AND DO YOUR TRIAL, I |
| 10:17AM 13 | THINK WE'LL BE DEAD.  I JUST DON'T THINK WE CAN PROBABLY HANDLE |
| 10:17AM 14 | THAT. |
| 10:17AM 15 | SO I WANTED TO ASK IF WE COULD MOVE YOUR TRIAL DATE TO |
| 10:17AM 16 | MAY 27TH? |
| 10:17AM 17 | MS. DERMODY:  YES, YOUR HONOR. |
| 10:17AM 18 | THE COURT:  OKAY.  DOES THAT -- |
| 10:17AM 19 | MR. MITTELSTAEDT:  YES, YOUR HONOR. |
| 10:17AM 20 | THE COURT:  OKAY.  I APPRECIATE THAT. |
| 10:17AM 21 | SO THEN LET ME WORK BACKWARDS BECAUSE I'M TRYING TO FIT IN |
| 10:17AM 22 | HEARING DATES IN YOUR CASE, WHICH WILL REQUIRE A CONSIDERABLE |
| 10:17AM 23 | AMOUNT OF WORK, SO THAT IT DOESN'T OVERLAP WITH APPLE II, WHICH |
| 10:17AM 24 | IS ALSO AT THE SAME TIME GOING TO BE GOING THROUGH DAUBERTS, |
| 10:17AM 25 | MOTIONS IN LIMINE, SUMMARY JUDGMENT.  IT'S JUST TO -- YOU KNOW, |

UNITED STATES COURT REPORTERS

11

| | |
|---|---|
| 10:18AM 1 | THAT IS -- |
| 10:18AM 2 | MR. MITTELSTAEDT:  HOW ABOUT 20? |
| 10:18AM 3 | THE COURT:  TO MAKE IT A TOTAL OF 20 DAYS? |
| 10:18AM 4 | MR. MITTELSTAEDT:  YES. |
| 10:18AM 5 | THE COURT:  ALL RIGHT.  WE CAN ALWAYS FINE TUNE THIS |
| 10:18AM 6 | LATER, BUT FOR NOW -- WHAT I WILL DO IS IMPOSE TIME LIMITS AND |
| 10:19AM 7 | IT'LL PROBABLY SHRINK THIS NUMBER DOWN.  OKAY? |
| 10:19AM 8 | MR. MITTELSTAEDT:  AND, YOUR HONOR, I'D LIKE -- |
| 10:19AM 9 | THE COURT:  FOR NOW I'M GOING TO PUT -- I'LL PUT -- |
| 10:19AM 10 | I'M GOING TO PUT 17 DAYS FOR NOW AND THEN WE CAN FINE TUNE IT |
| 10:19AM 11 | LATER.  BUT I'M GOING TO IMPOSE TIGHT TIME LIMITS AND TIGHT |
| 10:19AM 12 | LIMITS ON EVERYTHING, SO WE'LL SQUEEZE IT IN.  OKAY.  SO 17 |
| 10:19AM 13 | DAYS STARTING MAY 27. |
| 10:19AM 14 | I WOULD LIKE TO -- BECAUSE THE DAUBERT MOTIONS, THE MOTIONS |
| 10:19AM 15 | IN LIMINE AND THE SUMMARY JUDGMENT TAKE QUITE A BIT OF |
| 10:19AM 16 | RESOURCES, I WOULD LIKE TO CONSIDER MAYBE SPLITTING THAT UP |
| 10:19AM 17 | INTO THREE DIFFERENT HEARINGS. |
| 10:19AM 18 | BUT -- PARDON ME -- LET ME KNOW IF THE DISPOSITIVE MOTIONS |
| 10:19AM 19 | WILL BE CONTINGENT UPON A DAUBERT RULING, BECAUSE THEN I THINK |
| 10:19AM 20 | THOSE WILL NEED TO BE DONE TOGETHER. |
| 10:19AM 21 | BUT IF THERE'S A WAY TO SPLIT IT UP SO THAT WE HAVE A |
| 10:19AM 22 | LITTLE MORE TIME TO GIVE YOU ORDERS AND EVERYTHING -- |
| 10:19AM 23 | MR. SAVERI:  I THINK THE LAST TIME WE WERE OUT HERE, |
| 10:19AM 24 | WE TALKED ABOUT THERE BEING SOME DAUBERT MOTIONS THAT RELATE TO |
| 10:20AM 25 | SUMMARY JUDGMENT AND SOME THAT MAY JUST -- MAY BE MORE GENERAL |

UNITED STATES COURT REPORTERS

10

| | |
|---|---|
| 10:17AM 1 | SO I CAN TRY TO MORE TIMELY GIVE YOU AN ORDER. |
| 10:17AM 2 | SO IF WE WORK BACKWARDS AND WE HAVE THE TRIAL STARTING ON |
| 10:17AM 3 | MAY -- NOW, IS THERE A REASON -- OH, I KNOW WHY WE'RE DOING IT |
| 10:17AM 4 | ON TUESDAY, BECAUSE THAT MUST BE MEMORIAL DAY. |
| 10:17AM 5 | MR. SAVERI:  RIGHT. |
| 10:17AM 6 | THE CLERK:  YES. |
| 10:17AM 7 | THE COURT:  SO THEN THE 26TH IS MEMORIAL DAY.  YOUR |
| 10:17AM 8 | MEMORIAL WEEKEND WILL NOT BE FUN.  WE'LL START TUESDAY AT 9:00. |
| 10:17AM 9 | WHAT DO YOU THINK THE LENGTH OF THE TRIAL IS?  OBVIOUSLY |
| 10:18AM 10 | IT'S GOING TO DEPEND ON WHETHER IT'S A CLASS OR INDIVIDUAL |
| 10:18AM 11 | CLAIMS, BUT WHAT'S YOUR BEST GUESS? |
| 10:18AM 12 | MR. SAVERI:  I THINK WE WERE TALKING ABOUT THREE TO |
| 10:18AM 13 | FOUR WEEKS, BUT 15 COURT DAYS. |
| 10:18AM 14 | MS. DERMODY:  YES, 15 COURT DAYS. |
| 10:18AM 15 | THE COURT:  IS THAT -- DO YOU AGREE WITH THAT? |
| 10:18AM 16 | MR. MITTELSTAEDT:  I THINK THAT'S IN THE RANGE. |
| 10:18AM 17 | THE COURT:  OKAY.  WOULD YOU GO UP OR DOWN? |
| 10:18AM 18 | MR. MITTELSTAEDT:  I WOULD GO -- I WOULD GO UP, IN |
| 10:18AM 19 | PART BECAUSE THERE'S SEVEN DEFENDANTS. |
| 10:18AM 20 | THE COURT:  RIGHT.  OKAY.  HOW MUCH UP WOULD YOU GO? |
| 10:18AM 21 | MR. MITTELSTAEDT:  I'D GO UP TWO WEEKS. |
| 10:18AM 22 | THE COURT:  SO YOU'D GO UP ANOTHER 10 DAYS TO 25 |
| 10:18AM 23 | DAYS? |
| 10:18AM 24 | MR. MITTELSTAEDT:  YES. |
| 10:18AM 25 | THE COURT:  WOW.  I, UNFORTUNATELY, DON'T THINK THAT |

UNITED STATES COURT REPORTERS

12

| | |
|---|---|
| 10:20AM 1 | 702 MOTIONS THAT RELATE TO TRIAL.  SO IT MAY MAKE SENSE TO |
| 10:20AM 2 | DIVIDE THOSE IN SOME FASHION. |
| 10:20AM 3 | THE COURT:  OKAY.  BUT I NEED LIMITS JUST BECAUSE |
| 10:20AM 4 | IT -- |
| 10:20AM 5 | MR. SAVERI:  OKAY. |
| 10:20AM 6 | THE COURT:  -- YOU KNOW -- |
| 10:20AM 7 | MR. SAVERI:  WELL, WE TALKED ABOUT THAT, I THINK, THE |
| 10:20AM 8 | LAST TIME AS WELL. |
| 10:20AM 9 | THE COURT:  OKAY.  WHAT -- I'M SORRY.  I CAN'T |
| 10:20AM 10 | REMEMBER.  WHAT WAS THE CONCLUSION ON THAT? |
| 10:20AM 11 | MR. MITTELSTAEDT:  THE CONCLUSION, I THINK, WAS THAT |
| 10:20AM 12 | WE WOULD HAVE ONE SET OF HEARINGS -- WITH THE RULE 56 MOTIONS, |
| 10:20AM 13 | WE'D FILE RELATED DAUBERT MOTIONS. |
| 10:20AM 14 | THE COURT:  OKAY. |
| 10:20AM 15 | MR. MITTELSTAEDT:  AND THEN THE OTHER DAUBERT OR IN |
| 10:20AM 16 | LIMINE MOTIONS WOULD BE FILED AND HEARD AT THE TIME OF THE |
| 10:20AM 17 | PRETRIAL CONFERENCE I THINK IS WHAT WE TALKED ABOUT. |
| 10:20AM 18 | MR. SAVERI:  RIGHT.  AND THERE WAS SOME DISCUSSION, |
| 10:20AM 19 | AND IT CERTAINLY WASN'T RESOLVED, ABOUT LIMITATIONS ON -- PAGE |
| 10:20AM 20 | LIMITS, I GUESS, ON THE IN LIMINE AND DAUBERT MOTIONS FOR |
| 10:20AM 21 | TRIAL, AND THAT WAS AS FAR AS WE GOT. |
| 10:20AM 22 | THE COURT:  OKAY.  WELL, LET ME -- YOU KNOW, IF THE |
| 10:20AM 23 | DAUBERT MOTIONS ARE LIKE THE DAUBERT MOTIONS I SAW ON THE CLASS |
| 10:21AM 24 | CERT MOTION, I'M GOING TO BE DISAPPOINTED BECAUSE, YOU KNOW, |
| 10:21AM 25 | ULTIMATELY THAT'S REALLY WEIGHT AND NOT ADMISSIBILITY AND THE |

UNITED STATES COURT REPORTERS

13

10:21AM 1  CRITICISMS THAT EACH SIDE RAISED ARE REALLY MORE FOR
10:21AM 2  CROSS-EXAMINATION AND FOR CLOSING ARGUMENT.
10:21AM 3      SO I REALLY -- I JUST DON'T WANT TO HAVE TO, YOU KNOW,
10:21AM 4  SPEND A TON OF RESOURCES JUST HAVING TO DO A BUNCH OF THOSE
10:21AM 5  BECAUSE THOSE ARE NOT GOING TO BE GRANTED.
10:21AM 6      SO I'D LIKE TO IMPOSE A LIMIT ON THE NUMBER OF DAUBERT
10:21AM 7  MOTIONS IN THE CASE JUST BECAUSE, YOU KNOW, WE'RE GOING TO HAVE
10:21AM 8  THE APPLE II TRIAL GOING ON POTENTIALLY AT THE SAME TIME AND
10:21AM 9  OTHER THINGS AND I JUST CAN'T, YOU KNOW, WASTE A LOT OF
10:21AM 10 RESOURCES ON A BUNCH OF MOTIONS THAT I THINK BOTH SIDES REALLY
10:21AM 11 KNOW ARE NOT GOING TO BE GRANTED AND THEY'RE REALLY GOING TO GO
10:21AM 12 TO WEIGHT AND NOT ADMISSIBILITY.
10:21AM 13     SO WHY DON'T YOU --
10:21AM 14     MR. MITTELSTAEDT:  YOUR HONOR, WITH THAT GUIDANCE IN
10:21AM 15 MIND, WOULD IT MAKE SENSE FOR US TO MEET AND CONFER AND SEE IF
10:21AM 16 WE CAN REACH AGREEMENT ON THAT?  WE ARE ON A STREAK OF AGREEING
10:21AM 17 TO THINGS.
10:22AM 18     THE COURT:  OKAY.
10:22AM 19     MR. MITTELSTAEDT:  AND SO --
10:22AM 20     THE COURT:  WELL, THEN, I THINK YOU SHOULD HAVE YOUR
10:22AM 21 ADR RIGHT NOW WHILE THE IRON IS HOT AND THE FEELINGS ARE GOOD
10:22AM 22 AND --
10:22AM 23     MR. SAVERI:  DO YOU HAVE A JURY ROOM?  WE'LL GO OUT
10:22AM 24 AND GET IT RESOLVED BY NOON AND THEN GO HAVE LUNCH.
10:22AM 25     THE COURT:  IF YOU RESOLVE THE CASE, I WILL ORDER

UNITED STATES COURT REPORTERS

14

10:22AM 1  PIZZA.  I MEAN, WHATEVER YOU WANT.  I WILL GO BAKE YOU SOME
10:22AM 2  BROWNIES RIGHT NOW.  I MEAN, WHATEVER IT TAKES.
10:22AM 3      MR. SAVERI:  OKAY.
10:22AM 4      THE COURT:  BUT WHY DON'T WE ADD -- CAN WE ADD THEN
10:22AM 5  LIMITATIONS ON MOTIONS SINCE I WAS HOPING THAT -- WHEN WE
10:22AM 6  FINISH WITH THIS SCHEDULE, I WANT TO GIVE YOU SOME TIME TO SEE
10:22AM 7  IF YOU CAN WORK OUT SOME OF THESE DISCOVERY --
10:22AM 8      MS. DERMODY:  YES, YOUR HONOR.
10:22AM 9      THE COURT:  -- ISSUES THAT ARE IN DISPUTE.  CAN YOU
10:22AM 10 WORK ON LIMITATIONS, BECAUSE THAT WOULD BE VERY HELPFUL -- ON
10:22AM 11 EVERYTHING, ON DAUBERTS, ON MOTIONS IN LIMINE, AND SUMMARY
10:22AM 12 JUDGMENT?
10:22AM 13     YOU KNOW, BECAUSE JUST HUMANLY WITH OUR CASE LOAD AND WITH
10:22AM 14 THE NUMBER OF VACANCIES WE HAVE ON THE DISTRICT COURT RIGHT
10:23AM 15 NOW, I'M NOT GOING TO BE ABLE TO DO EIGHT SUMMARY JUDGMENT
10:23AM 16 MOTIONS.  IT'S JUST NOT GOING TO BE POSSIBLE.
10:23AM 17     SO CAN WE GET SOME DISCUSSION ON THAT AS WELL?
10:23AM 18     MR. MITTELSTAEDT:  YOUR HONOR --
10:23AM 19     THE COURT:  I DON'T WANT TO DEPRIVE ANYONE OF DUE
10:23AM 20 PROCESS AND I DO UNDERSTAND THAT THERE ARE SEVEN INDEPENDENT,
10:23AM 21 TOTALLY SEPARATE DEFENDANTS HERE.
10:23AM 22     BUT WHAT CAN WE DO TO --
10:23AM 23     MR. MITTELSTAEDT:  WHAT I WOULD SUGGEST, YOUR HONOR,
10:23AM 24 IS WE OUGHT TO TALK ABOUT IT AMONG OURSELVES AND WITH THE
10:23AM 25 PLAINTIFFS.

UNITED STATES COURT REPORTERS

15

10:23AM 1      THE COURT:  OKAY.
10:23AM 2      MR. MITTELSTAEDT:  BUT, FRANKLY, WE'VE BEEN FOCUSSING
10:23AM 3  ON THE CLASS MOTION.
10:23AM 4      THE COURT:  SURE.
10:23AM 5      MR. MITTELSTAEDT:  AND I HAVEN'T THOUGHT ABOUT WHAT
10:23AM 6  THE SUMMARY JUDGMENT MOTIONS ARE GOING TO BE, WHAT THE EXPERTS
10:23AM 7  ARE GOING TO BE.
10:23AM 8      THE COURT:  UM-HUM.
10:23AM 9      MR. MITTELSTAEDT:  IF WE COULD HAVE A WEEK OR TWO TO
10:23AM 10 CAUCUS AMONG OURSELVES AND WITH THE PLAINTIFFS AND SEE IF WE
10:23AM 11 CAN COME UP WITH A PROPOSAL FOR THE COURT, RECOGNIZING THAT
10:23AM 12 WE'RE TALKING ABOUT WHAT'S GOING TO HAPPEN --
10:23AM 13     THE COURT:  DOWN THE ROAD.
10:23AM 14     MR. MITTELSTAEDT:  -- DOWN THE ROAD.
10:23AM 15     THE COURT:  OKAY.  MAYBE WE CAN HANDLE THAT AT OUR
10:23AM 16 NEXT CMC, BUT I WOULD -- YOU KNOW, IF YOU REACH ANY AGREEMENTS
10:23AM 17 TODAY, LET ME KNOW.
10:23AM 18     BUT, YOU KNOW, THE LIKELIHOOD THAT THERE'S NOT GOING TO BE
10:24AM 19 A SINGLE MATERIAL FACTUAL DISPUTE IN THIS CASE IS SO UNLIKELY,
10:24AM 20 I THINK, YOU KNOW, JUST BASED ON THE FULLNESS OF THE
10:24AM 21 EVIDENTIARY RECORD THAT I'VE SEEN SO FAR THAT I -- YOU KNOW, IT
10:24AM 22 MAY BE THAT WE JUST SKIP SUMMARY JUDGMENT COMPLETELY.  THE
10:24AM 23 RECORD IS TOO RICH.
10:24AM 24     DO YOU REALLY THINK THERE'S NOT GOING TO BE A SINGLE
10:24AM 25 MATERIAL FACTUAL DISPUTE BASED ON WHAT YOU'VE SEEN SO FAR?

UNITED STATES COURT REPORTERS

16

10:24AM 1      I THINK THAT'S REALLY UNLIKELY, BUT, YOU KNOW, I'LL KEEP AN
10:24AM 2  OPEN MIND AND WE'LL FIGURE IT OUT.
10:24AM 3      BUT IF YOU WOULD PLEASE WORK ON LIMITATIONS?
10:24AM 4      OKAY.  SO THEN WHY DON'T WE SAY, FOR NOW, MAY 8TH WILL BE
10:24AM 5  THE FINAL PRETRIAL CONFERENCE WHERE WE'LL HANDLE MOTIONS IN
10:24AM 6  LIMINE, WHICH I'M GOING TO LIMIT TIGHTLY JUST BECAUSE THERE'S
10:24AM 7  REALLY, I THINK, ONLY A FEW GOOD ONES AND THE REST TEND TO BE
10:24AM 8  LESS USEFUL, AND I GUESS IF WE'RE GOING TO DO ANY DAUBERTS, AND
10:24AM 9  THEN THE HEARING ON MARCH 20TH, 2014 AT 1:30 ON DISPOSITIVE
10:25AM 10 MOTIONS.  HOPEFULLY THERE WILL BE NONE.
10:25AM 11     OKAY?
10:25AM 12     MR. SAVERI:  DO -- I'M SORRY.  DO YOU HAVE A TIME IN
10:25AM 13 MIND?  IS THAT GOING TO BE --
10:25AM 14     THE COURT:  1:30.
10:25AM 15     MR. SAVERI:  OKAY.
10:25AM 16     THE COURT:  SO EVERYTHING -- MARCH 20TH AND MAY 8TH
10:25AM 17 ARE BOTH 1:30.  THEY'LL BE ON MY THURSDAY LAW AND MOTION
10:25AM 18 CALENDARS.  THE TRIAL TUESDAY WILL BE AT 9:00.
10:25AM 19     AND THEN FOR THE REPLIES, FEBRUARY 27TH FOR THE SUMMARY
10:25AM 20 JUDGMENT REPLY; FEBRUARY 6TH FOR THE OPPOSITION; AND
10:25AM 21 JANUARY 9TH FOR THE FILING OF DISPOSITIVE MOTIONS.  OKAY?
10:25AM 22     CLOSE OF EXPERT DISCOVERY, I HAVE DECEMBER 23RD; REPLY
10:25AM 23 REPORTS DECEMBER 9; REBUTTAL EXPERT REPORTS NOVEMBER 25; AND
10:25AM 24 OPENING EXPERT REPORTS ON OCTOBER 28TH.
10:26AM 25     MR. SAVERI:  CAN I READ THAT BACK TO YOU?

UNITED STATES COURT REPORTERS

29

10:48AM 1    IN MAY, JUST GIVE SOME PROPOSAL WHAT THAT MIGHT LOOK LIKE.

10:48AM 2        I DON'T WANT A LONGER HEARING.  WE ALREADY DID -- WHAT? --

10:48AM 3    SEVERAL HOURS, BUT I'M GOING TO HAVE VERY FOCUSSED QUESTIONS

10:48AM 4    AND I WANT WHOEVER CAN GIVE ME THE INFORMATION I NEED TO BE

10:49AM 5    AVAILABLE.  THAT'S ALL.

10:49AM 6        MS. DERMODY:  ALL RIGHT.

10:49AM 7        THE COURT:  OKAY.  NOW, ANOTHER THING THAT I WOULD

10:49AM 8    LIKE YOU TO -- I WOULD REALLY LIKE TO LIMIT THE NUMBER OF

10:49AM 9    MOTIONS TO STRIKE IN THE NEXT ROUND.  I'VE ALREADY SAID BEFORE

10:49AM 10   THAT IF IT'S REALLY JUST WEIGHT AND NOT ADMISSIBILITY, I REALLY

10:49AM 11   DON'T WANT TO SEE A 702 MOTION ON STUFF THAT REALLY SHOULD BE

10:49AM 12   RESERVED FOR CROSS AND FOR CLOSING ARGUMENTS.

10:49AM 13       SO CAN WE HAVE YOU ALL ALSO DISCUSS THAT AS -- I MEAN, IT'S

10:49AM 14   JUST THAT, YOU KNOW, WE'RE GOING THROUGH SEQUESTRATION AND WITH

10:49AM 15   ALL OF THESE CASES, TO THE EXTENT WE CAN AVOID AN OTHERWISE

10:49AM 16   UNNECESSARY MOTION, I'D GREATLY APPRECIATE IT.

10:49AM 17       IF, FOR APPEAL, YOU NEED TO AT LEAST JUST PUT ON THE RECORD

10:49AM 18   THAT, YOU KNOW, THAT YOU BOTH -- BOTH SIDES STIPULATE THAT YOU

10:49AM 19   WOULD HAVE FILED A 702 MOTION TO STRIKE, YOU KNOW, ON THE BASIS

10:49AM 20   OF NOT MEETING THE REQUIREMENTS OF 702, I'M FINE.

10:49AM 21       BUT IF THERE'S SOME WAY -- I HAVE DONE THAT IN OTHER CASES

10:50AM 22   WHERE -- THE PATENT CASE THAT WENT TO TRIAL IN DECEMBER, THE

10:50AM 23   PARTIES JUST STIPULATED THAT THEY WOULD HAVE FILED ALL THESE

10:50AM 24   RULE 50 MOTIONS AND FOR PURPOSES OF APPEAL, THEY RESERVED IT,

10:50AM 25   BUT THEN WE DIDN'T ACTUALLY GO THROUGH ALL OF THE ACTUAL

UNITED STATES COURT REPORTERS

31

10:51AM 1    STUFF.  THIS TIME THE BRIEFING IS GOING TO BE -- YOU WANT IT TO

10:51AM 2    BE MORE THAN 25, 25, AND 15?  OR WHAT?

10:51AM 3        MS. DERMODY:  I THINK THAT'S FINE, YOUR HONOR.

10:51AM 4        THE COURT:  OKAY.

10:51AM 5        ALL RIGHT.  WHAT ELSE?  IS THERE ANYTHING ELSE WE NEED TO

10:51AM 6    COVER TODAY?

10:51AM 7        MR. MITTELSTAEDT:  NOT FROM OUR SIDE.

10:51AM 8        MS. DERMODY:  NOTHING HERE.

10:51AM 9        THE COURT:  NO?  OKAY.  THEN WE'LL SEE YOU ON

10:51AM 10   MAY 15TH.

10:51AM 11       MR. SAVERI:  THANK YOU, YOUR HONOR.

10:51AM 12       MS. DERMODY:  THANK YOU, YOUR HONOR.

10:51AM 13       THE COURT:  WE'LL ISSUE A CASE MANAGEMENT ORDER WITH

10:51AM 14   ALL THE DATES, TOO.  THANK YOU.

10:51AM 15       MR. MITTELSTAEDT:  THANK YOU, YOUR HONOR.

10:51AM 16       MS. DERMODY:  THANK YOU, YOUR HONOR.

10:51AM 17       MR. SAVERI:  THANK YOU, YOUR HONOR.

10:51AM 18       (THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.)

19

20

21

22

23

24

25

UNITED STATES COURT REPORTERS

30

10:50AM 1    MOTIONS.

10:50AM 2        MR. SAVERI:  YOUR HONOR, SO WE WERE THE MOVING PARTY

10:50AM 3    ON A LOT OF THE MOTIONS TO STRIKE.

10:50AM 4        THE COURT:  YEAH.

10:50AM 5        MR. SAVERI:  AND THEY REALLY CAME UP FOR TWO REASONS.

10:50AM 6    ONE WAS IT HAD TO DO WITH THE EXTENT TO WHICH THE EXPERT RELIED

10:50AM 7    ON MATERIALS THAT WE BELIEVED WE DIDN'T GET IN ADVANCE.

10:50AM 8        THE COURT:  RIGHT.  AND THE DECLARATIONS -- I GRANTED

10:50AM 9    IT IN PART.

10:50AM 10       MR. SAVERI:  AND SO --

10:50AM 11       THE COURT:  I'M NOT TALKING ABOUT THAT ONE.

10:50AM 12   BUT I'M TALKING ABOUT JUST THE 702 TYPE DAUBERT OBJECTIONS.

10:50AM 13       MR. SAVERI:  OKAY.

10:50AM 14       THE COURT:  YEAH, NO.  I THOUGHT THAT WAS LEGITIMATE.

10:50AM 15   IF I GRANTED IT, I OBVIOUSLY AGREED WITH YOU.

10:50AM 16       BUT TO THE EXTENT WE CAN AVOID UNNECESSARY DAUBERT MOTIONS,

10:50AM 17   I WOULD GREATLY APPRECIATE IT.

10:50AM 18       MR. MITTELSTAEDT:  YOUR HONOR, WE WILL TAKE THAT INTO

10:50AM 19   ACCOUNT.  WE CAN'T REALLY PROMISE ANYTHING --

10:50AM 20       THE COURT:  SURE, BECAUSE YOU HAVEN'T SEEN IT.

10:50AM 21       MR. MITTELSTAEDT:  -- UNTIL WE SEE --

10:50AM 22       THE COURT:  WELL, I AM GOING TO REQUIRE IF YOU DO DO

10:51AM 23   IT, IT'S GOING TO HAVE TO BE INCLUDED IN YOUR 25 BRIEFING

10:51AM 24   LIMITS PER THE CIVIL LOCAL RULES.  I'M NOT GOING TO GIVE YOU

10:51AM 25   ANY EXTENSIONS THIS TIME AROUND TO INCLUDE A LOT OF OTHER

UNITED STATES COURT REPORTERS

1

2

3                    CERTIFICATE OF REPORTER

4

5

6

7        I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED

8    STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA,

9    280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY

10   CERTIFY:

11       THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS

12   A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE

13   ABOVE-ENTITLED MATTER.

14

15

16                    _____

17                    LEE-ANNE SHORTRIDGE, CSR, CRR
                     CERTIFICATE NUMBER 9595

18                    DATED:  APRIL 12, 2013

19

20

21

22

23

24

25

UNITED STATES COURT REPORTERS