### Page 1

```
                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION


IN RE: HIGH-TECH EMPLOYEE      ) C-11-02509 LHK
ANTITRUST LITIGATION,          )
                               ) SAN JOSE, CALIFORNIA
                               )
                               ) AUGUST 8, 2013
THIS DOCUMENT RELATES TO:      )
ALL ACTIONS                    ) PAGES 1-161
                               )


                     TRANSCRIPT OF PROCEEDINGS
               BEFORE THE HONORABLE LUCY H. KOH
                  UNITED STATES DISTRICT JUDGE

A P P E A R A N C E S :

FOR THE PLAINTIFFS:   JOSEPH SAVERI LAW FIRM
                      BY:  JOSEPH SAVERI
                           LISA J. LEEBOVE
                           JAMES G. DALLAL
                      255 CALIFORNIA STREET, SUITE 450
                      SAN FRANCISCO, CALIFORNIA  94111

                      LIEFF, CABRASER,
                      HEIMANN & BERNSTEIN
                      BY:  KELLY M. DERMODY
                           BRENDAN P. GLACKIN
                           DEAN M. HARVEY
                           ANNE B. SHAVER
                           LISA J. CISNEROS
                      275 BATTERY STREET, 30TH FLOOR
                      SAN FRANCISCO, CALIFORNIA  94111

          APPEARANCES CONTINUED ON NEXT PAGE

OFFICIAL COURT REPORTER:    LEE-ANNE SHORTRIDGE, CSR, CRR
                            CERTIFICATE NUMBER 9595

       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY
              TRANSCRIPT PRODUCED WITH COMPUTER


                     UNITED STATES COURT REPORTERS
```

### Page 2

```
APPEARANCES (CONTINUED)

FOR DEFENDANT       KEKER & VAN NEST
GOOGLE:             BY:  ROBERT A. VAN NEST
                         DANIEL E. PURCELL
                         JUSTINA K SESSIONS
                    633 BATTERY STREET
                    SAN FRANCISCO, CALIFORNIA  94111

                    MAYER BROWN
                    BY:  LEE H. RUBIN
                    TWO PALO ALTO SQUARE, SUITE 300
                    PALO ALTO, CALIFORNIA  94306

FOR DEFENDANT       O'MELVENY & MYERS
APPLE:              BY:  GEORGE A. RILEY
                         MICHAEL F. TUBACH
                         CHRISTINA J. BROWN
                    TWO EMBARCADERO CENTER
                    28TH FLOOR
                    SAN FRANCISCO, CALIFORNIA  94111

FOR DEFENDANTS      JONES DAY
ADOBE AND           BY:  DAVID C. KIERNAN
INTUIT:                  LIN W. KAHN
                         CRAIG E. STEWART
                    555 CALIFORNIA STREET, 26TH FLOOR
                    SAN FRANCISCO, CALIFORNIA  94104

FOR DEFENDANT       BINGHAM MCCUTCHEN
INTEL:              BY:  DONN P. PICKETT
                         FRANK HINMAN
                         SUJAL SHAH
                    THREE EMBARCADERO CENTER
                    SAN FRANCISCO, CALIFORNIA  94111

FOR DEFENDANT       COVINGTON & BURLING
PIXAR:              BY:  EMILY J. HENN
                    333 TWIN DOLPHIN DRIVE, SUITE 700
                    REDWOOD SHORES, CALIFORNIA  94065


                     UNITED STATES COURT REPORTERS
```

### Page 3

SAN JOSE, CALIFORNIA                    AUGUST 8, 2013

P R O C E E D I N G S

01:47PM  (COURT CONVENED AND THE FOLLOWING PROCEEDINGS WERE HELD:)

01:47PM  THE CLERK: CALLING CASE NUMBER C-11-02509 LHK, IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION.

01:48PM  MR. GLACKIN: BRENDAN GLACKIN, LEIFF, CABRASER, HEIMANN & BERNSTEIN ON BEHALF OF THE PLAINTIFFS.

01:48PM  MS. DERMODY: GOOD AFTERNOON, YOUR HONOR. KELLY DERMODY, LEIF, CABRASER. AND THE OTHER LEIF, CABRASER PEOPLE WITH US ARE MY PARTNER, DEAN HARVEY, AND ASSOCIATES ANNE SHAVER AND LISA CISNEROS.

01:48PM  AND ALSO IN THE COURTROOM TODAY ARE NAMED PLAINTIFFS, BRANDON MARSHAL AND MIKE DEVINE.

01:48PM  THE COURT: OKAY.

01:48PM  MR. SAVERI: GOOD AFTERNOON, YOUR HONOR. JOSEPH SAVERI. WITH ME FROM MY OFFICE ARE LISA LEELOVE AND JAMES DALLAL.

01:48PM  THE COURT: OKAY.

01:48PM  MR. VAN NEST: GOOD AFTERNOON, YOUR HONOR. BOB VAN NEST FROM KEKER & VAN NEST FOR GOOGLE. I'M HERE WITH DAN PURCELL AND TINA SESSIONS.

01:48PM  ALSO, LEE RUBIN FROM MAYER BROWN.

01:48PM  AND I'VE BEEN ASKED TO SPEAK ON BEHALF OF ALL DEFENDANTS THIS AFTERNOON.

01:48PM  MR. RILEY: GOOD AFTERNOON, YOUR HONOR. GEORGE RILEY

UNITED STATES COURT REPORTERS

### Page 4

01:48PM  OF O'MELVENY & MYERS FOR APPLE. I'M JOINED BY MY COLLEAGUES CHRISTINA BROWN AND MICHAEL TUBACH.

01:49PM  THE COURT: OKAY. GOOD AFTERNOON.

01:49PM  MR. PICKETT: GOOD AFTERNOON. DONN PICKETT. I'M HERE ALONG WITH FRANK HINMAN AND SUJAL SHAH FOR INTEL.

01:49PM  THE COURT: OKAY. GOOD AFTERNOON.

01:49PM  MR. KIERNAN: GOOD AFTERNOON, YOUR HONOR. DAVID KIERNAN OF JONES DAY ON BEHALF OF ADOBE. HERE WITH ME TODAY IS LIN KAHN. BOB MITTELSTAEDT COULDN'T BE HERE TODAY BECAUSE OF TRIAL ON ANOTHER MATTER.

01:49PM  THE COURT: OKAY. MR. KIERNAN AND? I'M SORRY.

01:49PM  MR. KIERNAN: AND LIN KAHN.

01:49PM  THE COURT: OKAY. THANK YOU.

01:49PM  OKAY. AND THERE'S NO ONE HERE FOR LUCASFILM, PIXAR, AND INTUIT; CORRECT?

01:49PM  MS. HENN: YOUR HONOR, EMILY HENN, COVINGTON & BURLING. I'M HERE FOR THE CMC FOR PIXAR.

01:49PM  THE COURT: OKAY. WOULD YOU MIND IF WE DID THAT AT THE END, OR WOULD YOU LIKE TO DO THAT AT THE BEGINNING? IS THAT OKAY IF IT'S AT THE END?

01:49PM  MS. HENN: YES.

01:49PM  MR. STEWART: YOUR HONOR, CRAIG STEWART. I'M HERE ON BEHALF OF INTUIT.

01:50PM  THE COURT: OKAY. ALL RIGHT. WELL, GOOD AFTERNOON TO EVERYONE.

UNITED STATES COURT REPORTERS

**Page 17**

02:03PM 1  INTUIT? DO WE STILL NEED TO -- I KNOW BOTH SIDES BELIEVE THAT
02:03PM 2  THERE'S NO IMPACT FROM THE THREE DEFENDANTS SETTLING, BUT TELL
02:03PM 3  ME WHAT IS THERE, IF ANY, IMPACT ON WHETHER WE STILL LOOK AT
02:03PM 4  THE DEPOSITION TESTIMONY AND THE EVIDENCE OF THOSE THREE
02:03PM 5  COMPANIES AS PART OF THE ANALYSIS IN THIS MOTION.
02:03PM 6       MR. VAN NEST: I THINK, YOUR HONOR --
02:03PM 7       THE COURT: WHAT DO WE DO WITH THAT?
02:03PM 8       MR. VAN NEST: I THINK THEY ESSENTIALLY DROP OUT.
02:03PM 9  BUT THEY'RE A SMALL PART OF THE GROUP. I MEAN, THE THREE
02:03PM 10 TOGETHER EMPLOY LESS THAN 8 PERCENT OF THE EMPLOYEES IN THE
02:03PM 11 PROPOSED CLASS.
02:04PM 12      SO I THINK THE REAL FOCUS NOW IS ON THE REMAINING
02:04PM 13 DEFENDANTS AND THE -- AND WHATEVER AGREEMENTS THEY'RE ABLE TO
02:04PM 14 PROVE AS BETWEEN AND AMONG THEM.
02:04PM 15      BUT EITHER WAY, I THINK BOTH OF US SAID IN THE STATUS
02:04PM 16 CONFERENCE STATEMENTS, THE SETTLEMENTS DON'T CHANGE ANYTHING,
02:04PM 17 IN PART BECAUSE THE THREE SETTLING DEFENDANTS WERE A VERY SMALL
02:04PM 18 PART OF THIS TO BEGIN WITH. AS I SAID, LESS THAN 8 PERCENT OF
02:04PM 19 CLASS MEMBERS ARE EMPLOYED BY ALL THREE COMBINED.
02:04PM 20      SO THE LARGEST PART OF THE CASE IS STILL BEFORE YOUR HONOR
02:04PM 21 AND THE CONDUCT THAT I THINK YOU'LL BE FOCUSSING ON IS THE
02:04PM 22 CONDUCT OF THE FOUR REMAINING DEFENDANTS, NOT THOSE THAT HAVE
02:04PM 23 SETTLED OUT.
02:04PM 24      ==THE COURT: BUT WHY WOULDN'T THE COMMENTS OF==
02:04PM 25 ==MR. CATMULL AND MR. LUCAS STILL BE RELEVANT TO --==

UNITED STATES COURT REPORTERS

**Page 18**

02:04PM 1       ==MR. VAN NEST: THEY MIGHT HAVE SOME --==
02:04PM 2       ==THE COURT: -- THE ANTITRUST CONSPIRACY, HOW THE==
02:04PM 3  ==AGREEMENTS WERE ENFORCED, HOW THEY WERE IMPLEMENTED?==
02:04PM 4       ==MR. VAN NEST: THEY MIGHT HAVE SOME LIMITED==
02:04PM 5  ==RELEVANCE, YOUR HONOR.==
02:04PM 6       ==BUT ESSENTIALLY YOU'RE LOOKING NOW -- BECAUSE THE NATURE OF==
02:04PM 7  ==THE AGREEMENTS THAT THEY'VE ALLEGED ARE BILATERAL BETWEEN AND==
02:04PM 8  ==AMONG INDIVIDUAL PAIRS OF DEFENDANTS, I THINK THAT EVIDENCE IS==
02:05PM 9  ==GOING TO BE LARGELY RELEVANT BECAUSE THE FOCUS WILL BE ON WHAT,==
02:05PM 10 ==IF ANY, IMPACT WAS THERE FROM THE BILATERAL AGREEMENTS THAT ARE==
02:05PM 11 ==BEING LITIGATED NOW AS BETWEEN THE OTHER FOUR REMAINING==
02:05PM 12 ==DEFENDANTS.==
02:05PM 13      ==SO, AGAIN, I DON'T WANT TO SAY ABSOLUTELY NO RELEVANCE, BUT==
02:05PM 14 ==VERY LIMITED.==
02:05PM 15      THE COURT: OKAY.
02:05PM 16      MR. SAVERI: YOUR HONOR --
02:05PM 17      THE COURT: LET ME HEAR FROM THE PLAINTIFFS. YOU
02:05PM 18 AGREE THAT YOU'RE NOT ADVOCATING AN OVERARCHING CONSPIRACY
02:05PM 19 ANYMORE, IT'S JUST BILATERAL AGREEMENTS AND --
02:05PM 20      MR. SAVERI: NO, YOUR HONOR. I DON'T THINK THAT THE
02:05PM 21 FACT THAT WE'VE -- THAT WE'VE -- NOTHING HAS REALLY CHANGED IN
02:05PM 22 TERMS OF OUR THEORY OF THE CASE. WE ALLEGE -- AND MR. GLACKIN
02:05PM 23 IS GOING TO HANDLE THE SUBSTANCE OF THE ARGUMENT, BUT LET ME
02:05PM 24 JUST SAY THIS.
02:05PM 25      I THINK THAT THE -- AS YOU SAID, THE EVIDENCE OF THE

UNITED STATES COURT REPORTERS

**Page 19**

02:05PM 1  SETTLING DEFENDANTS WITH RESPECT TO THE AGREEMENTS, THE NATURE
02:05PM 2  AND THE SCOPE OF THE AGREEMENTS, IS STILL GOING TO BE RELEVANT
02:05PM 3  IN THIS CASE.
02:05PM 4       AND TO THE EXTENT THAT THERE IS OTHER EVIDENCE THAT HAS TO
02:06PM 5  DO WITH THE BUSINESS PRACTICES OF THOSE COMPANIES THAT WE RELY
02:06PM 6  ON TO SHOW A CLASS-WIDE IMPACT, THE FACT THAT THOSE DEFENDANTS
02:06PM 7  HAVE SETTLED DOESN'T CHANGE THAT FACT.
02:06PM 8       REMEMBER THAT THIS REMAINS A, AN ANTITRUST CLAIM AND ALL
02:06PM 9  THE PARTICIPANTS IN THE CONSPIRACY ARE, AS A MATTER OF LAW,
02:06PM 10 JOINTLY AND SEVERALLY LIABLE.
02:06PM 11      AND SO TO THE EXTENT THAT WE PROVE AN UNDERSTANDING, A
02:06PM 12 COMMON COURSE OF CONDUCT THAT INVOLVES ALL OF THESE COMPANIES,
02:06PM 13 I MEAN, THAT EVIDENCE IS RELEVANT.
02:06PM 14      THE COURT: WHAT IS THE BREAKDOWN OF THE, WHAT IS IT,
02:06PM 15 60,000 THAT YOU'RE ALLEGING ARE IN YOUR TECHNICAL EMPLOYEE
02:06PM 16 CLASS? WHAT'S THE BREAKDOWN AMONGST THE VARIOUS DEFENDANTS,
02:06PM 17 INCLUDING THE ONES WHO ARE NOW OUT OF THE CASE?
02:06PM 18      MR. GLACKIN: WOULD YOU LIKE TO KNOW THE BREAKDOWN ON
02:06PM 19 NUMBER OF CLASS MEMBERS OR -- WELL, I CAN TELL YOU WHERE THAT
02:06PM 20 INFORMATION IS IN THE RECORD ACTUALLY IF THAT WOULD BE HELPFUL.
02:07PM 21      THE COURT: OKAY. THAT'S FINE.
02:07PM 22      MR. GLACKIN: IF YOU GO TO THE OCTOBER 12, 2012
02:07PM 23 REPORT OF DR. LEAMER AND YOU GO TO PAGE 23, WHICH IS BETWEEN
02:07PM 24 PARAGRAPHS 54 AND 55, THERE ARE TWO TABLES THERE THAT -- ONE OF
02:07PM 25 THEM IS FOR THE ALL SALARIED CLASS AND ONE OF THEM IS FOR THE

UNITED STATES COURT REPORTERS

**Page 20**

02:07PM 1  TECHNICAL CLASS, WHICH IS THE SAME CLASS THAT WE'RE NOW SEEKING
02:07PM 2  TO CERTIFY.
02:07PM 3       THE COURT: WHICH REPORT? I HAVE THE MAY 10TH,
02:07PM 4  2013 --
02:07PM 5       MR. GLACKIN: THIS IS LAST YEAR.
02:07PM 6       THE COURT: -- AND JULY 12TH.
02:07PM 7  OH, I DON'T HAVE THAT.
02:07PM 8       MR. GLACKIN: RIGHT. BUT IF YOU WERE TO -- I'D BE
02:07PM 9  HAPPY TO HAND YOU MY PAGE IF IT'S HELPFUL. I SHOWED THIS TO
02:07PM 10 MR. VAN NEST.
02:07PM 11      THE COURT: CAN YOU JUST GIVE ME THE BALLPARKS?
02:07PM 12      MR. GLACKIN: SURE. WELL, BY NUMBER OF EMPLOYEES, I
02:07PM 13 CAN TELL YOU THAT ADOBE IS 3,601; APPLE IS 6,835.
02:07PM 14      THE COURT: 6,000 WHAT?
02:07PM 15      MR. GLACKIN: 835.
02:07PM 16      THE COURT: OKAY. THANK YOU.
02:07PM 17      MR. GLACKIN: GOOGLE IS 7,854.
02:07PM 18      THE COURT: OKAY.
02:07PM 19      MR. GLACKIN: INTEL IS 36,643.
02:07PM 20      THE COURT: OKAY.
02:07PM 21      MR. GLACKIN: INTUIT IS 3,236.
02:08PM 22      THE COURT: OKAY.
02:08PM 23      MR. GLACKIN: LUCAS IS 522; PIXAR IS 859.
02:08PM 24      THE COURT: ALL RIGHT. WHAT ABOUT THE -- HOW MANY
02:08PM 25 JOBS -- WELL, I GUESS THAT'S IN THE CHART THAT YOU PROVIDED,

UNITED STATES COURT REPORTERS

| | | |
|---|---|---|
| 05:31PM | 1 | LET'S SAY NO AND GET ON TO A MORE REASONABLE WAY OF DOING |
| 05:31PM | 2 | THIS AND FIGURE OUT A BETTER WAY TO RESOLVE THESE CLAIMS. |
| 05:31PM | 3 | THANKS FOR YOUR ATTENTION, YOUR HONOR. |
| 05:31PM | 4 | THE COURT: ALL RIGHT. WELL, THANK YOU ALL VERY |
| 05:31PM | 5 | MUCH. I REALLY APPRECIATE IT. THANKS FOR YOUR PATIENCE TODAY. |
| 05:31PM | 6 | MR. GLACKIN: THANK YOU, YOUR HONOR. |
| 05:31PM | 7 | MR. VAN NEST: THANK YOU, YOUR HONOR. |
| 05:31PM | 8 | (THE PROCEEDINGS IN THIS MATTER WERE CONCLUDED.) |

UNITED STATES COURT REPORTERS

CERTIFICATE OF REPORTER

I, THE UNDERSIGNED OFFICIAL COURT REPORTER OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, 280 SOUTH FIRST STREET, SAN JOSE, CALIFORNIA, DO HEREBY CERTIFY:

THAT THE FOREGOING TRANSCRIPT, CERTIFICATE INCLUSIVE, IS A CORRECT TRANSCRIPT FROM THE RECORD OF PROCEEDINGS IN THE ABOVE-ENTITLED MATTER.

_____
LEE-ANNE SHORTRIDGE, CSR, CRR
CERTIFICATE NUMBER 9595

DATED: AUGUST 19, 2013

UNITED STATES COURT REPORTERS