Products | Business solutions | Support & Learning | Download | Company | Buy

Privacy   My cart   Sign in to My Adobe

Home / About Adobe / Investor Relations /

# Adobe to acquire Macromedia

On April 18, 2005 Adobe Systems Incorporated (Nasdaq: ADBE) announced a definitive agreement to acquire Macromedia (Nasdaq: MACR) in an all-stock transaction valued at approximately $3.4 billion. By combining the passion, creativity, and technology of two leading-edge companies, we will continue to drive innovations that help people and organizations everywhere communicate better.

**INVESTOR RELATIONS HOME**
- Corporate governance
- Section 16 reporting
- Financial documents
- Press releases
- Corporate blogs
- Financial calendar
- Analyst coverage
- Frequently asked questions
- Executive profiles
- Investor conferences/webcasts

## Resources

**PRESS RELEASES**

- 12/05/05 Adobe Completes Acquisition of Macromedia (PDF, 48K)
- 10/13/05 Adobe's Proposed Acquisition of Macromedia Clears U.S. Department of Justice Review (PDF, 50K)
- 8/24/05 Adobe and Macromedia Stockholders Approve Acquisition (PDF, 48K)
- 7/20/05 Adobe Sets Date for Special Meeting of Stockholders (PDF, 45K)
- 7/11/05 Adobe and Macromedia Receive Request for Additional Information from the DOJ (PDF, 53K)
- 6/8/05 Adobe Voluntarily Provides DOJ Additional Time for Acquisition Review (PDF, 46K)
- 4/18/05 Adobe to acquire Macromedia press release (PDF, 73K)

**FAQS AND FACT SHEETS**

- Adobe to acquire Macromedia FAQ (PDF, 98K)
- Corporate Facts (PDF, 45K)

**PRESENTATIONS, WEBCASTS, AND TRANSCRIPTS**

- 6/16/05 Adobe Q2 FY2005 earnings conference call transcript (PDF, 73K)
- 5/25/05 UBS Software and IT Conference transcript (PDF, 134K)
- 5/18/05 Macromedia 2005 Annual Financial Analyst Meeting Webcast
- 5/18/05 Macromedia 2005 Annual Financial Analyst Meeting transcript (PDF, 2.2M)
- 5/16/05 JP Morgan conference transcript (PDF, 113K)
- 5/10/05 RW Baird conference transcript (PDF, 94K)
- 5/03/05 Macromedia Q4 FY2005 earnings conference call transcript (PDF, 197K)
- 4/18/05 Adobe to acquire Macromedia conference call Webcast (Requires Windows Media Player)
- 4/18/05 Adobe to acquire Macromedia conference call transcript (PDF, 67K)

**SEC FILINGS**

Adobe SEC filings

Macromedia SEC filings

Adobe is required to include the following legend on any communications that may be deemed to be offering or soliciting material under the applicable SEC rules and regulations:

**ADDITIONAL INFORMATION AND WHERE TO FIND IT**

Adobe Systems Incorporated intends to file a registration statement on Form S-4, and Adobe and Macromedia, Inc. intend to file a related joint proxy statement/prospectus, in connection with the merger transaction involving Adobe and Macromedia. Investors and security holders are urged to read the registration statement on Form S-4 and the related joint proxy/prospectus when they become available because they will contain important information about the merger transaction. Investors and security holders may obtain free copies of these documents (when they are available) and other documents filed with the SEC at the SEC's web site at www.sec.gov. In addition, investors and security holders

may obtain free copies of the documents filed with the SEC by Adobe by contacting Adobe Investor Relations at 408-536-4416. Investors and security holders may obtain free copies of the documents filed with the SEC by Macromedia by contacting Macromedia Investor Relations at 415-252-2106.

Adobe, Macromedia and their directors and executive officers may be deemed to be participants in the solicitation of proxies from the stockholders of Adobe and Macromedia in connection with the merger transaction. Information regarding the special interests of these directors and executive officers in the merger transaction will be included in the joint proxy statement/prospectus of Adobe and Macromedia described above. Additional information regarding the directors and executive officers of Adobe is also included in Adobe's proxy statement for its 2005 Annual Meeting of Stockholders, which was filed with the SEC on March 14, 2005. Additional information regarding the directors and executive officers of Macromedia is also included in Macromedia's proxy statement for its 2004 Annual Meeting of Stockholders, which was filed with the SEC on June 21, 2004 and Macromedia's proxy statement for a Special Meeting of Stockholders, which was filed with the SEC on October 6, 2004. These documents are available free of charge at the SEC's web site at www.sec.gov and from Investor Relations at Adobe and Macromedia as described above.



**Products**
Adobe Creative Cloud
Creative Suite 6
Adobe Marketing Cloud
Acrobat
Photoshop
Digital Publishing Suite
Elements family
SiteCatalyst
For education

Choose your region

**Download**
Product trials
Adobe Reader
Adobe Flash Player
Adobe AIR

**Support & Learning**
Product help
Forums

**Buy**
For personal and professional use
For students, educators, and staff
For small and medium businesses
Volume Licensing
Special offers

**Company**
News room
Partner programs
Corporate responsibility
Career opportunities
Investor Relations
Events
Legal
Security
Contact Adobe

Copyright © 2014 Adobe Systems Incorporated. All rights reserved.
Terms of Use | Privacy (Updated) | Cookies
Ad Choices