

1158055.1