Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: (415) 500-6800
Facsimile: (415) 500-6803

*Interim Co-Lead Counsel for Plaintiff Class*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION, PURSUANT TO LOCAL RULE 79-5(d), TO SEAL FILINGS RELATED TO PLAINTIFFS' OPPOSITION BRIEFS RE DKTS. 554, 556, 557, 559, 560, 561, 564, 570** |

Case 5:11-cv-02509-LHK   Document 608-1   Filed 02/07/14   Page 2 of 7

I, Lisa J. Cisneros, declare:

I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California. I am one of the counsel for Plaintiffs in this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

1. Below is a list of the documents designated as confidential material, as well as the identity of the party that has designated the material as confidential. Where Defendants Adobe, Apple, Google, Intel, Intuit, Lucasfilm and Pixar have designated a document as confidential, I have stated that all Defendants have done so.

**I.    Plaintiffs' Consolidated Opposition to Defendants' Joint and Individual Motions for Summary Judgment**

2. Plaintiffs brief cites among other things, deposition testimony and documentary evidence that all Defendants have designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY.

**II.   Harvey Declaration**

3. Exhibit 2: Declaration of Sheryl Sandberg designated Highly Confidential by Sherly Sandberg.

4. Exhibit 3: Declaration of Lauren Stiroh in Support of Defendants' Joint Motion to Exclude the Expert Testimony of Edward E. Leamer, Dkt. 574, citing data from all Defendants designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY.

5. Exhibits 4-14: Plaintiffs' Expert Reports citing data from all Defendants designated as Confidential or Confidential-For Attorneys' Eyes only.

6. Exhibits 23-28: Defendants' Expert Reports citing data from all Defendants designated as Confidential or Confidential-For Attorneys' Eyes only.

7. Exhibits 33-54: Bates numbered documents designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Adobe.

8. Exhibits 55-75: Bates numbered documents designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Apple.

9. Exhibits 76-139: Bates numbered documents designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Google.

10. Exhibits 140-155: Bates numbered documents designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Intel.

11. Exhibits 156-162: Bates numbered documents designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Intuit.

12. Exhibits 163-171: Bates numbered documents designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Lucasfilm.

13. Exhibits 172-187: Bates numbered documents designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Pixar.

14. Exhibits 195: Apple Inc.'s Amended Responses to Plaintiffs' Second Set of Interrogatories, dated March 29, 2013, designated Confidential-Attorneys' Eyes Only by Apple.

15. Exhibit 196: Adobe Systems Inc.'s Amended Responses to Plaintiffs' Second Set of Interrogatories, dated March 19, 2013, designated CONFIDENTIAL-ATTORNEYS' EYES ONLY by Apple.

16. Exhibit 197: Google Inc.'s Responses to Plaintiffs' Second Set of Interrogatories, dated, April 6, 2012, designated CONFIDENTIAL-ATTORNEYS' EYES ONLY by Apple.

17. Exhibit 198: Intel's Amended and Supplemented Responses to Plaintiffs' Second Set of Interrogatories, dated March 12, 2013, designated CONFIDENTIAL-ATTORNEYS' EYES ONLY by Apple.

18. Exhibit 199: Intuit's Amended and Supplemented Responses to Plaintiffs' Second Set of Interrogatories, dated April 6, 2012, designated CONFIDENTIAL-ATTORNEYS' EYES ONLY by Apple.

19. Exhibit 200: Lucasfilm LTD.'s Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories, dated March 25, 2013, designated CONFIDENTIAL-ATTORNEYS' EYES ONLY by Apple.

20. Exhibit 201: Pixar's Supplemental Objections and Responses to Plaintiffs' Second Set of Interrogatories, dated March 18, 2013, designated CONFIDENTIAL-ATTORNEYS' EYES ONLY by Apple.

### III. Cisneros Declaration

#### A. Deposition Testimony

21. Exhibits A-H: Deposition transcripts designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Adobe.

22. Exhibits I-T: Deposition transcripts designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Apple.

23. Exhibits U-DD: Deposition transcripts designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Google.

24. Exhibits EE-KK: Deposition transcripts designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Intel.

25. Exhibits LL-QQ: Deposition transcripts designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Intuit.

26. Exhibits RR-WW: Deposition transcripts designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Lucasfilm.

27. Exhibits XX-CCC: Deposition transcripts designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Pixar.

28. Exhibit DDD: Transcript of December 10, 2013 deposition of Elizabeth Becker, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

29. Exhibit EEE: December 3, 2012 deposition of Dr. Kevin Murphy, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

30. Exhibit FFF: July 5, 2013 deposition of Dr. Kevin Murphy, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

1  31. Exhibit GGG: December 7, 2013 deposition of Dr. Kevin Murphy, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

32. Exhibit HHH: July 3, 2013 deposition of Kathryn Shaw, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

33. Exhibit III: December 7, 2013 deposition of Edward A. Snyder, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

34. Exhibit JJJ: December 9, 2013 deposition of Lauren Stiroh, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

35. Exhibit KKK: December 8, 2013 deposition of Eric L. Talley, J.D., Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

36. Exhibit LLL: October 26, 2012 deposition of Edward Leamer, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

37. Exhibit MMM: June 11, 2013 deposition of Edward Leamer, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

38. Exhibit NNN: November 18, 2013 deposition of Edward Leamer, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

39. Exhibit OOO: December 19, 2013 deposition of Edward E. Leamer, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

40. Exhibit PPP: June 7, 2013 deposition of Dr. Kevin Hallock, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

41. Exhibit QQQ: November 15, 2013 deposition of Matthew Marx, Ph.D. as designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by all Defendants.

**B.     Deposition Exhibits**

42. The exhibits attached to the Cisneros Declaration are designated as Confidential or Confidential – Attorneys' Eyes Only, as follows.

43. All cardinal numbered exhibits that contain Bates stamp numbers that include "Adobe" are designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Adobe.

44. All cardinal numbered exhibits that contain Bates stamp numbers that include "APPLE" are designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Google.

45. All cardinal numbered exhibits that contain Bates stamp numbers that include "GOOG-HIGH-TECH" are designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Google.

46. All cardinal numbered exhibits that contain Bates stamp numbers that include "DOC" are designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Intel.

47. All cardinal numbered exhibits that contain Bates stamp numbers that include "INTUIT" are designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Intuit.

48. All cardinal numbered exhibits that contain Bates stamp numbers that include "LUCAS" are designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Lucasfilm.

49. All cardinal numbered exhibits that contain Bates stamp numbers that include "PIX" are designated as CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES ONLY by Pixar.

1  I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 6th day of February, 2014, in San Francisco, California.

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Lisa J. Cisneros*
Lisa J. Cisneros