Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**MANUAL FILING NOTIFICATION PURSUANT TO LOCAL RULE 5.1(f)** |

**MANUAL FILING NOTIFICATION**

Plaintiffs hereby submit the following Manual Filing Notification, pursuant to this Court's Local Rule 5.1(f). This notice concerns the manual filing of the following documents:

Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570, all exhibits except for Exhibits 166-169, 2854 and 2923.

Declaration of Dean M. Harvey in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561 564, 570, Exhibits 2-14, 22-28, 33-187, 190, 195-201 and 210.

1  This filing is in physical form only, and is being maintained in the case file in the Clerk's
2  office. If you are a participant on this case, this filing will be served in hard-copy shortly.
3  For information on retrieving this filing directly from the Court, please see the Court's
4  main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).
5  This filing was not efiled for the following reason(s):

6
7  <u>X</u>  Voluminous Document (PDF file size larger than efiling system allowances)
   ___ Unable to Scan Documents
8  ___ Physical Object (description): _____
9  ___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media
   ___ Item Under Seal
10 ___ Conformance with the Judicial Conference Privacy Policy (General Order 53).
11 <u>X</u>  Other (description): <u>Pending Motion to Seal Filed on February 6, 2014</u>

12
13 Dated: February 6, 2014         Respectfully Submitted,

14                                 By: <u>/s/ Lisa J. Cisneros</u>
                                       Lisa J. Cisneros
15
                                   Richard M. Heimann (State Bar No. 63607)
16                                 Kelly M. Dermody (State Bar No. 171716)
                                   Eric B. Fastiff (State Bar No. 182260)
17                                 Brendan Glackin (State Bar No. 199643)
                                   Dean Harvey (State Bar No. 250298)
18                                 Anne B. Shaver (State Bar No. 255928)
                                   Lisa J. Cisneros (State Bar No. 251473)
19                                 LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                   275 Battery Street, 29th Floor
20                                 San Francisco, CA 94111-3339
                                   Telephone: (415) 956-1000
21                                 Facsimile: (415) 956-1008

22                                 Joseph R. Saveri
                                   James G. Dallal
23                                 JOSEPH SAVERI LAW FIRM, INC.
                                   255 California, Suite 450
24                                 San Francisco, CA 94111
                                   Telephone: (415) 500-6800
25                                 Facsimile: (415) 500-6803

26                                 *Co-Lead Class Counsel*

27
28

1159255.1                          - 2 -                MANUAL FILING NOTIFICATION
                                                        NO. 11-CV-2509-LHK

| | |
|---|---|
| 1 | Eric L. Cramer |
| 2 | Sarah Schalman-Bergen<br>BERGER & MONTAGUE, P.C. |
| 3 | 1622 Locust Street<br>Philadelphia, PA 19103 |
| 4 | Telephone: (800) 424-6690<br>Facsimile: (215) 875-4604 |
| 5 | Linda P. Nussbaum |
| 6 | Peter A. Barile III<br>GRANT & EISENHOFER P.A. |
| 7 | 485 Lexington Avenue, 29th Floor<br>New York, NY 10017 |
| 8 | Telephone: (646) 722-8500<br>Facsimile: (646) 722-8501 |
| 9 | *Class Counsel* |