1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  lrubin@mayerbrown.com
   EDWARD D. JOHNSON (SBN 189475)
3  wjohnson@mayerbrown.com
   DONALD M. FALK (SBN 150256)
4  dfalk@mayerbrown.com
   ANNE M. SELIN (SBN 270634)
5  aselin@mayerbrown.com
   Two Palo Alto Square, Suite 300
6  3000 El Camino Real
   Palo Alto, CA 94306-2112
7  Telephone:   (650) 331-2000
   Facsimile:    (650) 331-2061
8
   *Attorneys for Defendant*
9  *Google Inc.*

10 [Additional counsel listed on signature page]

11
12                IN THE UNITED STATES DISTRICT COURT
13              FOR THE NORTHERN DISTRICT OF CALIFORNIA
14                         SAN JOSE DIVISION
15

16 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
   |---|---|
   | THIS DOCUMENT RELATES TO: | **STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 608)** |
   | ALL ACTIONS | |

28  1084549.1

Pursuant to Civil Local Rule 6-1(b) and 6-2, Defendants Adobe Systems, Inc., Apple Inc., Google Inc., Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar ("Defendants") and Plaintiffs, by and through their counsel, jointly submit this Stipulation to Extend the Time for Defendants' Responses to Plaintiffs' Administrative Motion to Seal.

WHEREAS on February 6, 2014, Plaintiffs filed an Administrative Motion Pursuant to Local Rule 79-5(d) to File Under Seal Filings Related to Plaintiffs' Opposition Briefs and Filings Re Dkts. 554, 556, 557, 559, 560, 561, 564, and 570 ("Administrative Motion to Seal") in the above-captioned action. Dkt. No. 608.

WHEREAS Plaintiffs' Administrative Motion to Seal relates to a voluminous amount of materials and exhibits that Plaintiffs filed along with their opposition briefs on February 6, 2014, and many of which Defendants have marked as highly confidential under the Protective Order.

WHEREAS Defendants' Responses to Plaintiffs' Administrative Motion to Seal are due on Monday, February 10, 2014 pursuant to Civil Local Rule 79-5(e).

WHEREAS Defendants need additional time to review and analyze these voluminous materials in order to determine which limited portions they will seek to maintain under seal and make the requisite proposed redactions.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel and subject to the Court's approval that:

1. The deadline for Defendants to file their Responses to Plaintiffs' Administrative Motion to Seal and supporting declarations is extended to February 21, 2014.

Dated:  February 7, 2014          MAYER BROWN LLP

                                  By:      */s/ Lee H. Rubin*
                                          Lee H. Rubin

                                  Lee H. Rubin
                                  Edward D. Johnson
                                  Donald M. Falk
                                  Two Palo Alto Square
                                  3000 El Camino Real, Suite 300
                                  Palo Alto, CA  94306-2112

- 1 -    STIPULATION AND [PROPOSED] ORDER TO
         EXTEND THE TIME FOR DEFENDANTS'
         RESPONSES TO PLAINTIFFS' ADMINISTRATIVE
         MOTION TO SEAL
         Master Docket No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | | Telephone: (650) 331-2057 |
| 2 | | Facsimile: (650) 331-4557 |
| 3 | Dated: February 7, 2014 | KEKER & VAN NEST LLP |
| 4 | | By: */s/ Robert Van Nest* |
| 5 | | Robert Van Nest |
| 6 | | Robert Van Nest |
| | | Eugene M. Paige |
| 7 | | Justina Sessions |
| | | 633 Battery Street |
| 8 | | San Francisco, CA 94111 |
| | | Telephone: (415) 381-5400 |
| 9 | | Facsimile: (415) 397-7188 |
| 10 | | *Attorneys for Defendant GOOGLE INC.* |
| 11 | Dated: February 7, 2014 | JONES DAY |
| 12 | | By: */s/ David C. Kiernan* |
| | | David C. Kiernan |
| 13 | | |
| 14 | | Robert A. Mittelstaedt |
| | | Craig A. Waldman |
| 15 | | David C. Kiernan |
| | | 555 California Street, 26th Floor |
| 16 | | San Francisco, CA 94104 |
| | | Telephone: (415) 626-3939 |
| 17 | | Facsimile: (415) 875-5700 |
| 18 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 19 | | |
| 20 | Dated: February 7, 2014 | O'MELVENY & MYERS LLP |
| 21 | | |
| | | By: */s/ Michael F. Tubach* |
| 22 | | Michael F. Tubach |
| 23 | | George Riley |
| | | Michael F. Tubach |
| 24 | | Christina J. Brown |
| | | Two Embarcadero Center, 28th Floor |
| 25 | | San Francisco, CA 94111 |
| | | Telephone: (415) 984-8700 |
| 26 | | Facsimile: (415) 984-8701 |
| 27 | | *Attorneys for Defendant APPLE INC.* |
| 28 | | - 2 -   STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL<br>Master Docket No. 11-CV-2509-LHK |

| | | |
|---|---|---|
| 1 | Dated:  February 7, 2014 | MUNGER, TOLLES & OLSON LLP |
| 2 | | By:     */s/ Gregory P. Stone* |
| 3 | |         Gregory P. Stone |

Gregory P. Stone
Bradley S. Phillips
Steven M. Perry
Gregory Sergi
355 South Grande Ave., 35th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant INTEL CORPORATION*

Dated:  February 7, 2014        JONES DAY

By:     */s/ Robert A. Mittelstaedt*
            Robert A. Mittelstaedt

Robert A. Mittelstaedt
Craig E. Stewart
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

Catherine T. Zeng
1755 Embarcadero Road
Palo Alto, CA 94303
Telephone:  (650) 739-3939
Facsimile:   (650) 739-3900

*Attorneys for Defendant INTUIT INC.*

Dated:  February 7, 2014        COVINGTON & BURLING LLP

By:     */s/ Emily Johnson Henn*
            Emily Johnson Henn

Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA  94065
Telephone:  (650) 632-4700

Deborah A. Garza
John W. Nields, Jr.
Thomas A. Isaacson

- 3 -

```
                        Chinue Turner Richardson
                        1201 Pennsylvania Ave. NW
                        Washington, DC 20004

                        Attorneys for Defendant LUCASFILM


Dated:  February 7, 2014    COVINGTON & BURLING LLP


                        By:      /s/ Emily Johnson Henn
                                Emily Johnson Henn

                        Robert T. Haslam, III
                        Emily Johnson Henn
                        333 Twin Dolphin Drive, Suite 700
                        Redwood City, CA  94065
                        Telephone:  (650) 632-4700
                        Deborah A. Garza
                        John W. Nields, Jr.
                        Thomas A. Isaacson
                        Chinue Turner Richardson
                        1201 Pennsylvania Ave. NW
                        Washington, DC 20004

                        Attorneys for Defendant PIXAR

Dated:  February 7, 2014    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP


                        By:      /s/ Kelly M. Dermody
                                Kelly M. Dermody

                        Richard M. Heimann (State Bar No. 63607)
                        Kelly M. Dermody (State Bar No. 171716)
                        Eric B. Fastiff (State Bar No. 182260)
                        Brendan Glackin (State Bar No. 199643)
                        Dean Harvey (State Bar No. 250298)
                        Anne B. Shaver (State Bar No. 255928)
                        275 Battery Street, 29th Floor
                        San Francisco, California  94111-3339
                        Telephone:  415.956.1000
                        Facsimile:  415.956.1008

                        Co-Lead Counsel for Plaintiff Class
```

- 4 -

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL
Master Docket No. 11-CV-2509-LHK

Dated: February 7, 2014

JOSEPH SAVERI LAW FIRM

By:  /s/ Joseph R. Saveri
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Counsel for Plaintiff Class*

**ATTESTATION**: The filer attests that concurrence in the filing of this document has been obtained from all signatories.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____

LUCY H. KOH
UNITED STATES DISTRICT JUDGE