MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND THE TIME FOR DEFENDANTS' RESPONSES TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL (DKT. NO. 608)** |

1084549.1

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL
Master Docket No. 11-CV-2509-LHK

Pursuant to Civil Local Rule 6-1(b) and 6-2, Defendants Adobe Systems, Inc., Apple Inc., Google Inc., Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar ("Defendants") and Plaintiffs, by and through their counsel, jointly submit this Stipulation to Extend the Time for Defendants' Responses to Plaintiffs' Administrative Motion to Seal.

WHEREAS on February 6, 2014, Plaintiffs filed an Administrative Motion Pursuant to Local Rule 79-5(d) to File Under Seal Filings Related to Plaintiffs' Opposition Briefs and Filings Re Dkts. 554, 556, 557, 559, 560, 561, 564, and 570 ("Administrative Motion to Seal") in the above-captioned action.  Dkt. No. 608.

WHEREAS Plaintiffs' Administrative Motion to Seal relates to a voluminous amount of materials and exhibits that Plaintiffs filed along with their opposition briefs on February 6, 2014, and many of which Defendants have marked as highly confidential under the Protective Order.

WHEREAS Defendants' Responses to Plaintiffs' Administrative Motion to Seal are due on Monday, February 10, 2014 pursuant to Civil Local Rule 79-5(e).

WHEREAS Defendants need additional time to review and analyze these voluminous materials in order to determine which limited portions they will seek to maintain under seal and make the requisite proposed redactions.

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties through their respective counsel and subject to the Court's approval that:

1. The deadline for Defendants to file their Responses to Plaintiffs' Administrative Motion to Seal and supporting declarations is extended to February 21, 2014.

Dated:  February 7, 2014        MAYER BROWN LLP

                                By:      */s/ Lee H. Rubin*
                                         Lee H. Rubin

                                Lee H. Rubin
                                Edward D. Johnson
                                Donald M. Falk
                                Two Palo Alto Square
                                3000 El Camino Real, Suite 300
                                Palo Alto, CA  94306-2112

- 1 -

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL
Master Docket No. 11-CV-2509-LHK

Telephone: (650) 331-2057
Facsimile: (650) 331-4557

Dated: February 7, 2014	KEKER & VAN NEST LLP

By:	*/s/ Robert Van Nest*
	Robert Van Nest

Robert Van Nest
Eugene M. Paige
Justina Sessions
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant GOOGLE INC.*

Dated: February 7, 2014	JONES DAY

By:	*/s/ David C. Kiernan*
	David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated: February 7, 2014	O'MELVENY & MYERS LLP

By:	*/s/ Michael F. Tubach*
	Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

- 2 -	STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL
Master Docket No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated:  February 7, 2014 | MUNGER, TOLLES & OLSON LLP |
| 2 | | By:    */s/ Gregory P. Stone* |
| 3 | | Gregory P. Stone |
| 4 | | Gregory P. Stone |
| 5 | | Bradley S. Phillips<br>Steven M. Perry |
| 6 | | Gregory Sergi<br>355 South Grande Ave., 35th Floor |
| 7 | | Los Angeles, CA 90071<br>Telephone:  (213) 683-9100 |
| 8 | | Facsimile:   (213) 687-3702 |
|   | | *Attorneys for Defendant INTEL CORPORATION* |
| 9 | | |
| 10 | Dated:  February 7, 2014 | JONES DAY |
| 11 | | By:    */s/ Robert A. Mittelstaedt* |
| 12 | | Robert A. Mittelstaedt |
| 13 | | Robert A. Mittelstaedt |
| 14 | | Craig E. Stewart<br>555 California Street, 26th Floor |
| 15 | | San Francisco, CA  94104<br>Telephone:  (415) 626-3939 |
| 16 | | Facsimile:   (415) 875-5700 |
| 17 | | Catherine T. Zeng<br>1755 Embarcadero Road |
| 18 | | Palo Alto, CA 94303<br>Telephone:  (650) 739-3939 |
| 19 | | Facsimile:   (650) 739-3900 |
|   | | *Attorneys for Defendant INTUIT INC.* |
| 20 | | |
| 21 | Dated:  February 7, 2014 | COVINGTON & BURLING LLP |
| 22 | | By:    */s/ Emily Johnson Henn* |
| 23 | | Emily Johnson Henn |
| 24 | | Emily Johnson Henn<br>333 Twin Dolphin Drive, Suite 700 |
| 25 | | Redwood City, CA  94065<br>Telephone:  (650) 632-4700 |
| 26 | | |
| 27 | | Deborah A. Garza<br>John W. Nields, Jr. |
| 28 | | Thomas A. Isaacson |

- 3 -

STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL
Master Docket No. 11-CV-2509-LHK

Chinue Turner Richardson
1201 Pennsylvania Ave. NW
Washington, DC 20004

*Attorneys for Defendant LUCASFILM*

Dated: February 7, 2014    COVINGTON & BURLING LLP

By:    */s/ Emily Johnson Henn*
　　　　Emily Johnson Henn

Robert T. Haslam, III
Emily Johnson Henn
333 Twin Dolphin Drive, Suite 700
Redwood City, CA 94065
Telephone: (650) 632-4700
Deborah A. Garza
John W. Nields, Jr.
Thomas A. Isaacson
Chinue Turner Richardson
1201 Pennsylvania Ave. NW
Washington, DC 20004

*Attorneys for Defendant PIXAR*

Dated: February 7, 2014    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:    */s/ Kelly M. Dermody*
　　　　Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Counsel for Plaintiff Class*

- 4 -    STIPULATION AND [PROPOSED] ORDER TO
EXTEND THE TIME FOR DEFENDANTS'
RESPONSES TO PLAINTIFFS' ADMINISTRATIVE
MOTION TO SEAL
Master Docket No. 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: February 7, 2014 | JOSEPH SAVERI LAW FIRM |

By: _____/s/ Joseph R. Saveri_____
       Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile:  415. 500.6803

*Co-Lead Counsel for Plaintiff Class*

**ATTESTATION**: The filer attests that concurrence in the filing of this document has been obtained from all signatories.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 2-7-2014

*/s/ Lucy H. Koh*
LUCY H. KOH
UNITED STATES DISTRICT JUDGE