1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan P. Glackin (State Bar No. 199643)
3  Dean M. Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  James G. Dallal (State Bar No.  277826)
   JOSEPH SAVERI LAW FIRM
9  255 California, Suite 450
   San Francisco, California 94111
10 Telephone: 415.500.6800
   Facsimile: 415.500.6803
11

12 *Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL** |

**PROOF OF SERVICE BY ELECTRONIC MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action.

I am readily familiar with Lieff Cabraser Heimann & Bernstein, LLP's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on this Proof of Service.

My business address is Embarcadero Center West, 275 Battery Street, 29th Floor, San Francisco, California 94111-3339.  On February 7, 2014, a true, correct, and unredacted copy of the below documents:

1. **PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(d) TO FILE UNDER SEAL FILINGS RELATED TO PLAINTIFFS' OPPOSITION BRIEFS AND FILINGS RE DKTS. 554, 556, 557, 559, 560, 561, 564, 570**

2. **DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION, PURSUANT TO LOCAL RULE 79-5(d), TO SEAL FILINGS RELATED TO PLAINTIFFS' OPPOSITION BRIEFS RE DKTS. 554, 556, 557, 559, 560, 561, 564, 570.**

3. **DECLARATION OF NON-PARTY SHERYL SANDBERG**

were delivered via electronic mail to counsel for Sheryl Sandberg:

Beatriz Mejia, mejiab@cooley.com;  Candace Jackman, cjackman@cooley.com

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.  Executed on February 7, 2014 at San Francisco, California.

*/s/ Lisa J. Cisneros*
Lisa J. Cisneros