UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | ORDER EXPEDITING BRIEFING ON MOTION TO ENFORCE |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | |

Plaintiffs have filed an Administrative Motion to Enforce this Court's Case Management Order. *See* ECF No. 601. In their motion, Plaintiffs contend that Defendants exceeded the 25-page limit for *Daubert* motions by filing a Motion to Exclude Dr. Leamer (15 pages), a Motion to Strike Improper Rebuttal Testimony in Dr. Leamer's Expert Report (10 pages), and a Motion to Exclude Expert Testimony of Dr. Marx (10 pages). *See id.* at 2. The critical issue is whether the Motion to Strike should be counted as part of the page limits for the *Daubert* briefing.

The Court ORDERS Defendants to file a two-page response to Plaintiffs' motion by February 14, 2014, at 5 p.m. No reply shall be entertained. The Court will resolve this motion at the case management conference set for February 19, 2014, at 2 p.m.

**IT IS SO ORDERED.**

Dated: February 10, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
ORDER EXPEDITING BRIEFING ON MOTION TO ENFORCE