MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant
Google Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF ERRATA AND ERRATA TO EXHIBIT O TO THE DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO SEAL** |
|---|---|

1  On January 10, 2014, Defendants Adobe Systems, Inc., Apple Inc. Google Inc. ("Google"), and Intel Corporation (collectively, "Defendants") filed a Joint Administrative Motion to Seal and the Supporting Declaration of Lin W. Kahn ("Kahn Declaration").  ECF No. 577.  Also on January 10, 2014, Defendant Adobe Systems, Inc. submitted an Errata to certain Exhibits to the Kahn Declaration.  ECF No. 581.  The Errata included Exhibit O, the Expert Report of Lauren J. Stiroh, Ph.D. ("Stiroh Report") (ECF No. 581-3), attached as Exhibit 7 to the Declaration of Christina J. Brown in Support of Defendants' Joint Motion to Strike Improper Rebuttal Testimony in Dr. Leamer's Expert Report, or in the Alternative, for Leave to Submit a Reply Report of Dr. Stiroh.

The Stiroh Report contains confidential information that Defendants have requested to maintain under seal.  Defendants inadvertently filed a redacted version of the Stiroh Report that did not contain all of the redactions that Google seeks to make to the Stiroh Report.  Google hereby submits an errata to the proposed redacted and highlighted version of the Stiroh Report.  Google will submit a courtesy chambers copy of this Errata with the attached corrected version of this exhibit.

Dated: February 10, 2014                                MAYER BROWN LLP

                                                         /s/ Anne M. Selin                              .

                                                        LEE H. RUBIN (Bar No. 141331)
                                                        lrubin@mayerbrown.com
                                                        EDWARD D. JOHNSON (Bar No. 189475)
                                                        wjohnson@mayerbrown.com
                                                        DONALD M. FALK (SBN 150256)
                                                        dfalk@mayerbrown.com
                                                        ANNE M. SELIN (SBN 270634)
                                                        aselin@mayerbrown.com
                                                        MAYER BROWN LLP
                                                        Two Palo Alto Square, Suite 300
                                                        Palo Alto, CA  94306-2112
                                                        Telephone:     (650) 331-2000
                                                        Facsimile:      (650) 331-2060

                                                        Attorneys for Defendant Google Inc.

1