MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **DEFENDANT GOOGLE INC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| ALL ACTIONS | |

1    Defendant Google Inc. ("Google") respectfully requests that Exhibit O to the Declaration

2    of Lin W. Kahn in Support of Defendants' Joint Administrative Motion to Seal (the proposed

3    redacted version of the Expert Report of Lauren J. Stiroh, Ph.D.) (ECF No. 581-3) and the

4    proposed redacted version of Exhibit 2 to the Declaration of Lisa J. Cisneros in Support of

5    Plaintiffs' Motion to Exclude Expert Testimony Proffered by Defendants and Memorandum of

6    Law in Support (also the proposed redacted version of the Expert Report of Lauren J. Stiroh,

7    Ph.D.) (ECF No. 592) be removed from the docket as soon as possible.

8    On January 10 and 13, Defendants filed a proposed public version of the Expert Report of

9    Lauren J. Stiroh, Ph.D. ("Stiroh Report") (ECF No. 581-3 and 592, respectively).  Defendants

10   inadvertently filed a version of the Stiroh Report that did not contain all of the redactions that

11   Google seeks to make to such document.  Because Docket Nos.  581-3 and 592 contain

12   information that Google has requested to maintain under seal, Google requests that 581-3 and

13   592 be removed from the docket as soon as possible.  Google will file corrected redacted

     versions of these documents shortly.

14   Dated:  February 10, 2014                        MAYER BROWN LLP

15

16                                                      _/s/ Anne M. Selin_____.

17

18                                                     LEE H. RUBIN (Bar No. 141331)
                                                       lrubin@mayerbrown.com
19                                                     EDWARD D. JOHNSON (Bar No. 189475)
                                                       wjohnson@mayerbrown.com
20                                                     DONALD M. FALK (SBN 150256)
                                                       dfalk@mayerbrown.com
21                                                     ANNE M. SELIN (SBN 270634)
                                                       aselin@mayerbrown.com
22                                                     MAYER BROWN LLP
                                                       Two Palo Alto Square, Suite 300
23                                                     Palo Alto, CA  94306-2112
                                                       Telephone:     (650) 331-2000
24                                                     Facsimile:     (650) 331-2060

25                                                     Attorneys for Defendant Google Inc.

26

27

28