| | |
|---|---|
| 1 | MAYER BROWN LLP |
| | LEE H. RUBIN (SBN 141331) |
| 2 | lrubin@mayerbrown.com |
| | EDWARD D. JOHNSON (SBN 189475) |
| 3 | wjohnson@mayerbrown.com |
| | DONALD M. FALK (SBN 150256) |
| 4 | dfalk@mayerbrown.com |
| | ANNE M. SELIN (SBN 270634) |
| 5 | aselin@mayerbrown.com |
| | Two Palo Alto Square, Suite 300 |
| 6 | 3000 El Camino Real |
| | Palo Alto, CA 94306-2112 |
| 7 | Telephone:    (650) 331-2000 |
| | Facsimile:    (650) 331-2061 |
| 8 | *Attorneys for Defendant* |
| | *Google Inc.* |

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| ALL ACTIONS | |

1  Now before the Court is Defendant Google Inc.'s Motion to Remove Incorrectly Filed
2  Documents.  The motion is GRANTED.
3  The Court HEREBY ORDERS THE CLERK to remove from the physical and electronic
4  docket Exhibit O to the Declaration of Lin W. Kahn in Support of Defendants' Joint
5  Administrative Motion to Seal (proposed redacted version of the Expert Report of Lauren J.
6  Stiroh, Ph.D.) (ECF No. 581-3) and the proposed redacted version of Exhibit 2 to the Declaration
7  of Lisa J. Cisneros in Support of Plaintiffs' Motion to Exclude Expert Testimony Proffered by
8  Defendants and Memorandum of Law in Support (proposed redacted version of the Expert
9  Report of Lauren J. Stiroh, Ph.D.) (ECF No. 592).

Dated:  February 10, 2014               MAYER BROWN LLP

                                         /s/ Anne M. Selin                .

                                        LEE H. RUBIN (Bar No. 141331)
                                        lrubin@mayerbrown.com
                                        EDWARD D. JOHNSON (Bar No. 189475)
                                        wjohnson@mayerbrown.com
                                        DONALD M. FALK (SBN 150256)
                                        dfalk@mayerbrown.com
                                        ANNE M. SELIN (SBN 270634)
                                        aselin@mayerbrown.com
                                        MAYER BROWN LLP
                                        Two Palo Alto Square, Suite 300
                                        Palo Alto, CA  94306-2112
                                        Telephone:     (650) 331-2000
                                        Facsimile:     (650) 331-2060

                                        Attorneys for Defendant Google Inc.