```
 1  MAYER BROWN LLP
    LEE H. RUBIN (SBN 141331)
 2  lrubin@mayerbrown.com
    EDWARD D. JOHNSON (SBN 189475)
 3  wjohnson@mayerbrown.com
    DONALD M. FALK (SBN 150256)
 4  dfalk@mayerbrown.com
    ANNE M. SELIN (SBN 270634)
 5  aselin@mayerbrown.com
    Two Palo Alto Square, Suite 300
 6  3000 El Camino Real
    Palo Alto, CA 94306-2112
 7  Telephone:    (650) 331-2000
    Facsimile:    (650) 331-2061
 8
    Attorneys for Defendant
 9  Google Inc.
```

*Attorneys for Defendant Google Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF ERRATA AND ERRATA TO PROPOSED REDACTED VERSION OF EXHIBIT 2 TO CISNEROS DECLARATION (STIROH REPORT)** |
|---|---|

On January 9, 2014, Plaintiffs filed an Administrative Motion Pursuant to Local Rule 79-5 to File Under Seal Portions of Plaintiffs' Motion to Exclude Expert Testimony Proffered by Defendants and Declaration in Lisa J. Cisneros in Support Thereof.  ECF No. 567.  On January 13, 2014, Defendants Adobe Systems, Inc., Apple Inc., Google Inc. ("Google"), Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar (collectively, "Defendants") filed a Joint Response to Plaintiffs' Administrative Motion to Seal Portions of Plaintiffs' Motion to Exclude Expert Testimony Proffered by Defendants ("Joint Response to Administrative Motion to Seal"), seeking to seal portions of certain exhibits to the Declaration of Lisa J. Cisneros in Support of Plaintiffs' Motion to Exclude Expert Testimony Proffered by Defendants and Memorandum of Law in Support ("Cisneros Declaration").   ECF No. 586.  In support thereof, Defendants filed proposed redacted and highlighted versions of Exhibit 2 to the Cisneros Declaration, the Expert Report of Lauren J. Stiroh, Ph.D. ("Stiroh Report").  ECF No. 592.

The Stiroh Report contains confidential information that Defendants have requested to maintain under seal.  Defendants inadvertently filed a redacted version of the Stiroh Report that did not contain all of the redactions that Google seeks to make to the Stiroh Report.  Google hereby submits an errata to the proposed redacted and highlighted version of the Stiroh Report.  Google will submit a courtesy chambers copy of this Errata with the attached corrected version of this exhibit.

Dated:  February 10, 2014                    MAYER BROWN LLP

    */s/ Anne M. Selin*                                 .

LEE H. RUBIN (Bar No. 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (Bar No. 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060

Attorneys for Defendant Google Inc.