MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **NOTICE OF ERRATA AND ERRATA TO DECLARATIONS OF ANNE M. SELIN IN SUPPORT OF SEALING REQUESTS (DKT. NOS. 576 AND 587)** |
| ALL ACTIONS | |

1    Defendant Google Inc. ("Google") respectfully submits the following corrections to

2    certain limited portions of the Declaration of Anne M. Selin in Support of Defendants' Joint

3    Administrative Motion to File Under Seal filed on January 10, 2014 (Dkt. No. 576) ("January 10,

4    2014 Selin Declaration") and the Declaration of Anne M. Selin in Support of Defendants' Joint

5    Response to Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Motion

6    to Exclude Expert Testimony Proffered by Defendants filed on January 13, 2014 (Dkt. No. 587)

7    ("January 13, 2014 Selin Declaration") (collectively, "Declarations").  Specifically, Google

8    wishes to correct certain citations in the Declarations that relate to the Expert Report of Lauren J.

9    Stiroh, Ph.D. ("Stiroh Report"), as set forth below.  Because of inadvertent and last minute

10   clerical errors in the compilation of the proposed redactions to the Stiroh Report, the

11   Declarations inadvertently omitted certain text related to the proposed redactions that Google

12   seeks to make to the Stiroh Report.  Google was unaware of the error in these until after the

13   Declarations were filed.

14   **January 10, 2014 Selin Declaration (Dkt. 576)**

15   Specifically, Google wishes to make the following corrections to certain references in the

16   January 10, 2014 Selin Declaration (Dkt. 576):

17       1. On Page 5, Paragraph 12(e), the text should also include "footnote 97"

18       2. On Page 5, Paragraph 12(g), the text should also include "footnotes 109 and 110 (on page

19          21)"

20       3. On Page 5, between Paragraphs 12(g) and 12(h), the text should include "Paragraph 82

21          (percentage figure related to percent increase in Google's compensation during 2003)"

22       4. On Page 5, Paragraph 12(1), the text should also include "portions of subheading d on

23          page 51 and above paragraph 138"

24       5.  On Page 5, Paragraph 12(m), the text should also include "footnote 239"

25       6. On Page 5, Paragraph 12(o), the text should also include "Paragraph 207"

26   **January 13, 2014 Selin Declaration (Dkt. 587)**

27   Specifically, Google wishes to make the following corrections to certain references in

28   the January 13, 2014 Selin Declaration (Dkt. 587):

1

1.  On Page 3, Paragraph 5(e), the text should also include "footnote 97"

2.  On Page 3, Paragraph 5(g), the text should also include "footnotes 109 and 110 (on page 21)"

3.  On Page 3, between Paragraphs 5(g) and 5(h), the text should include "Paragraph 82 (percentage figure related to percent increase in Google's compensation during 2003)"

4.  On Page 3, Paragraph 5(l), the text should also include "portions of subheading d on page 51 and above paragraph 138"

5.  On Page 3, Paragraph 5(m), the text should also include "footnote 239"

6.  On Page 3, Paragraph 5(o), the text should also include "Paragraph 207"

For the convenience of the Court, Google will submit courtesy chambers copies of this Errata, as well as the original Declarations to which this Errata relates.

Dated:  February 10, 2014                 MAYER BROWN LLP


                                          /s/ Anne M. Selin                          .


                                          LEE H. RUBIN (Bar No. 141331)
                                          lrubin@mayerbrown.com
                                          EDWARD D. JOHNSON (Bar No. 189475)
                                          wjohnson@mayerbrown.com
                                          DONALD M. FALK (SBN 150256)
                                          dfalk@mayerbrown.com
                                          ANNE M. SELIN (SBN 270634)
                                          aselin@mayerbrown.com
                                          MAYER BROWN LLP
                                          Two Palo Alto Square, Suite 300
                                          Palo Alto, CA  94306-2112
                                          Telephone:     (650) 331-2000
                                          Facsimile:     (650) 331-2060

                                          Attorneys for Defendant Google Inc.