Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:  415. 500.6803

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:         February 19, 2014<br>Time:        2:00 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:       The Honorable Lucy H. Koh |

The parties submit this joint statement for the February 19, 2014 Case Management Conference. Since the December 18, 2013 Case Management Conference, this action has progressed as follows.

On January 9, 2014, Defendants filed five motions for summary judgment, two *Daubert* motions, and one Motion to Strike the Improper Rebuttal Testimony in Dr. Leamer's Reply Expert Report Or, In The Alternative, For Leave To Submit A Reply Report of Dr. Stiroh. Plaintiffs filed one *Daubert* motion. On February 6, 2014, Plaintiffs opposed Defendants' motions, and Defendants opposed Plaintiffs' *Daubert* motion.[1] Replies in support of the parties' summary judgment and *Daubert* motions are due on February 27, 2014.

On January 15, 2014, the Ninth Circuit denied Defendants' petition for review of the Court's class certification order. (Dkt. 594.)

Mediation is set before Judge Layn Phillips on February 17, 2014, and the parties will advise the Court promptly if any settlements are reached.

There are no other outstanding issues. The parties defer to the Court as to whether a Case Management Conference is needed on February 19, 2014.

---

[1] Plaintiffs assert that Defendants' Motion to Strike the Improper Rebuttal Testimony in Dr. Leamer's Reply Expert Report should be counted in the page limits the Court set for *Daubert* motions in its December 18, 2013 Case Management Order (Dkt. 547). This dispute will be fully briefed as of February 14, 2014, per the Court's February 10, 2014 Order Expediting Briefing on Motion to Enforce (Dkt. 612).

| | | |
|---|---|---|
| 1 | Dated:  February 12, 2014 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 2 | | By:    */s/ Kelly M. Dermody* |
| 3 | | Kelly M. Dermody |

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Co-Lead Class Counsel*

Dated:  February 12, 2014       JOSEPH SAVERI LAW FIRM

By:    */s/ Joseph R. Saveri*
Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 500.6803

*Co-Lead Class Counsel*

Dated:  February 12, 2014       O'MELVENY & MYERS LLP

By:    */s/ Michael F. Tubach*
Michael F. Tubach

George Riley
Michael F. Tubach
Christina J. Brown
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
griley@omm.com
mtubach@omm.com
cjbrown@omm.com
Tel.: (415) 984-8700
Fax: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

| | | |
|---|---|---|
| 1 | Dated: February 12, 2014 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By: _/s/ Gregory P. Stone_<br>Gregory P. Stone |
| 4 | | Gregory P. Stone<br>Bradley S. Phillips |
| 5 | | Gregory M. Sergi<br>John P. Mittelbach |
| 6 | | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 7 | | gregory.stone@mto.com<br>brad.phillips@mto.com |
| 8 | | gregory.sergi@mto.com<br>john.mittelbach@mto.com |
| 9 | | Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100 |
| 10 | | Facsimile: (213) 687-3702 |
| 11 | | *Attorneys for Defendant INTEL CORP.* |
| 12 | Dated: February 12, 2014 | JONES DAY |
| 13 | | By: _/s/ David C. Kiernan_<br>David C. Kiernan |
| 14 | | |
| 15 | | Robert A. Mittelstaedt<br>David Kiernan |
| 16 | | Lin W. Kahn<br>JONES DAY |
| 17 | | 555 California Street, 26th Floor<br>San Francisco, CA 94104 |
| 18 | | ramittelstaedt@jonesday.com<br>dkiernan@jonesday.com |
| 19 | | linkahn@jonesday.com<br>Tel.: (415) 626-3939 |
| 20 | | Fax: (415) 875-5700 |
| 21 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

1159590.2 — - 3 - — JOINT CASE MGMNT CONFERENCE STATEMENT<br>Master Docket No. 11-CV-2509-LHK

Dated: February 12, 2014

KEKER & VAN NEST

By:    */s/ Robert Addy Van Nest*
       Robert Addy Van Nest

Robert Addy Van Nest
Eugene M. Paige
Daniel Purcell
Justina Sessions
KEKER & VAN NEST
633 Battery Street
San Francisco, CA 94111-1809
rvannest@kvn.com
epaige@kvn.com
dpurcell@kvn.com
jsessions@kvn.com
Tel.: (415) 391-5400
Fax: (415) 397-7188

Lee H. Rubin
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
lrubin@mayerbrown.com
wjohnson@mayerbrown.com
Tel.: (650) 331-2000
Fax: (650) 331-2060

Kristen A. Rowse
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-2112
krowse@mayerbrown.com
Tel.: (213) 229 5137
Fax: (213) 576 8139

*Attorneys for Defendant GOOGLE INC.*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.