UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

The Court CONTINUES the Case Management Conference set for February 19, 2014, to March 20, 2014, at 1:30 p.m. The Court will rule on Plaintiff's Administrative Motion to Enforce this Court's Case Management Order, ECF No. 601, on the briefs when the motion has been fully briefed.

**IT IS SO ORDERED.**

Dated: February 13, 2014

LUCY H. KOH
United States District Judge