MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2061

*Attorneys for Defendant Google Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>[~~PROPOSED~~] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS |

1  Now before the Court is Defendant Google Inc.'s Motion to Remove Incorrectly Filed
2  Documents. The motion is GRANTED.
3  The Court HEREBY ORDERS THE CLERK to remove from the physical and electronic
4  docket Exhibit O to the Declaration of Lin W. Kahn in Support of Defendants' Joint
5  Administrative Motion to Seal (proposed redacted version of the Expert Report of Lauren J.
6  Stiroh, Ph.D.) (ECF No. 581-3) and the proposed redacted version of Exhibit 2 to the Declaration
7  of Lisa J. Cisneros in Support of Plaintiffs' Motion to Exclude Expert Testimony Proffered by
8  Defendants and Memorandum of Law in Support (proposed redacted version of the Expert
9  Report of Lauren J. Stiroh, Ph.D.) (ECF No. 592).
10 **IT IS SO ORDERED.**

12 Dated: February 19, 2014

_Lucy H. Koh_
LUCY H. KOH
U.S. District Judge