# EXHIBIT 175 TO CISNEROS DECLARATION REDACTED VERSION

**From:** Shona Brown <shona@google.com> on behalf of Shona Brown
**Sent:** Saturday, January 03, 2004 1:57 AM
**To:** Danny Shader; Jonathan Rosenberg; Omid Kordestani
**Cc:** Bill Campbell (E-mail); Debbie Biondolill; Christi Dunlap - Pop; Stacy Sullivan
**Subject:** RE: Help?

Danny-
Just going through mail and I think this may have gotten buried in the Thksgiven mail bag, sorry.
To clarify, I was not comfortable putting Good on a 'do not call' list. We don't have such a list as we find it is not practical to create nor to manage.
Hope that clarifies. Sorry to be so black and white, but I think it this case that is the right answer.
Regards,
Shona

-----Original Message-----
**From:** Danny Shader [mailto:danny@good.com]
**Sent:** Saturday, November 22, 2003 9:14 AM
**To:** Shona Brown; 'Jonathan Rosenberg'; 'Omid Kordestani'
**Cc:** 'Bill Campbell (E-mail)'; Debbie Biondolill; Christi Dunlap - Pop; 'Stacy Sullivan'
**Subject:** RE: Help?

Hi there,

Thanks for the response.

I think there's a difference between free agents pursuing Google (or Good), and the firms calling into and recruiting out of the other firms. It's unclear from your note, below, if you agree with that point of view so that we we will put each others' firms on our "do not call lists" or not. Could you please clarify that for me?

Thanks
Danny

**From:** Shona Brown [mailto:shona@google.com]
**Sent:** Friday, November 21, 2003 11:47 PM
**To:** Danny Shader; 'Jonathan Rosenberg'; 'Omid Kordestani'
**Cc:** 'Bill Campbell (E-mail)'; Debbie Biondolill; Christi Dunlap - Pop; 'Stacy Sullivan'; shona@google.com
**Subject:** RE: Help?

Danny-
Sorry for delay in responding.

I think that the reality is employees of Google or Good need to be regarded as free agents, so I am not comfortable prohibiting the recruitment of a Good employee to Google (or vis versa). In addition, I am not comfortable betraying individual's privacy by revealing to Good when we are in discussions with them (obviously if the candidate does not ultimately get an offer, and yet it is known they were shopping, the candidates will perceive that negatively).

That said, I think we can be sensitive to the situation.

Here is my suggestion. I will make sure recruiters are aware of our friendly relations with Good technologies and are sensitive to the issue. I will suggest that recruiters encourage candidates, once we have made an offer, to give Good an opportunity to counter before resigning. I'd ask you to do the same.

Thanks,
Shona


EXHIBIT 175
WIT. Gerushi
DATE 8-17-18
KRAMM COURT REPORTING

175.1

1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00061040

-----Original Message-----
**From:** Danny Shader [mailto:danny@good.com]
**Sent:** Saturday, November 15, 2003 11:10 PM
**To:** Jonathan Rosenberg; 'Omid Kordestani'
**Cc:** 'Bill Campbell (E-mail)'; Shona Brown; Debbie Biondolill; Christi Dunlap - Pop
**Subject:** RE: Help?

Hi Shona,

Any thoughts on potential guidelines?

Thanks
Danny

---

**From:** Jonathan Rosenberg [mailto:jonathan@google.com]
**Sent:** Wednesday, November 05, 2003 6:54 AM
**To:** Danny Shader; 'Omid Kordestani'
**Cc:** 'Bill Campbell (E-mail)'; Shona Brown
**Subject:** RE: Help?

Danny,

We have a new vp of business operations and hr. Her name is Shona Brown and I'll copy her. I'm confident we can establish some form of amicable agreement here that is fair to both of us and the employees.

Shona, we're all big fans of Good technologies at Google and have personal ties with their team and a strong connection with them as a another KPCB portfolio company. Can we establish some basic groundrules that don't preclude the outcome of employees migrating to the firm they wish to work for but also minimize sthe degree to which we're proactive with Good solicitations and establish a process that allows for some information exchange at a point that makes the employee comfortable and doesn't violate his/her interests?

Thanks

Jonathan

-----Original Message-----
**From:** Danny Shader [mailto:danny@good.com]
**Sent:** Tuesday, November 04, 2003 10:57 PM
**To:** Omid Kordestani (omid@google.com); Jonathan Rosenberg
**Cc:** Bill Campbell (E-mail)
**Subject:** Help?

Hi Omid and Jonathan,

Congratulations on your continuing amazing success at Google! I, like the rest of the Valley, am cheering for you guys!

I'm writing to ask a favor of you. Google recently recruited one of our key engineers, ▉▉▉▉▉, and also targeted another of our folks. I would appreciate it if you could ask your recruiting teams not to target Good employees. Also, if Good folks contact Google, we would appreciate it if you would not offer jobs to such folks until they first told us they were interviewing, so that we have the opportunity to address whatever concerns they might have. Of course, employees are free agents, and have the right to go where they want... but, we'd like not to be surprised if they're interested in related companies.

Of course, we'll do the same in return.

What do you think?

Thanks
Danny

2

*(1751)*

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                                                    GOOG-HIGH-TECH-00061041

Danny Shader
CEO
Good Technology, Inc.
www.good.com
+1 408 400 4932
danny@good.com

*1753*

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00061042