# EXHIBIT 648 TO CISNEROS DECLARATION REDACTED VERSION

**From:**  Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill
**Sent:**  Saturday, April 08, 2006 12:40 AM
**To:**  Jeff Huber; Campbell, Bill
**Cc:**  Alan Eustace
**Subject:**  RE: FW: Offer

Jeff

I am seeing him on Sunday....

Bill

> -----Original Message-----
> **From:** Jeff Huber [mailto:jhuber@google.com]
> **Sent:** Friday, April 07, 2006 5:35 PM
> **To:** Bill Campbell
> **Cc:** Alan Eustace
> **Subject:** Fwd: FW: Offer

Bill,

Just wanted to close the loop with you...  Were you able to connect with Steve Jobs on ▮▮▮▮▮▮▮▮

Thanks,

-Jeff


---------- Forwarded message ----------
From: **Kim Sterling** <ksterling@google.com>
Date: Apr 7, 2006 4:51 PM
Subject: FW: Offer
To: Jeff Huber < jhuber@google.com>

Jeff

Any word from Bill Campbell?  I'm getting a bit worried about the chance of losing the rest of the team.

Kim

-----Original Message-----
From▮▮▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮
Sent: Wednesday, April 05, 2006 2:17 PM
To: Alan Eustace
Cc: Kim Sterling; ▮▮▮▮▮▮
Subject: Re: Offer

Alan,

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

**PLAINTIFF'S
EXHIBIT**
tabbies
649
Campbell

GOOG-HIGH-TECH-00265514

648.1

I was not expecting this last step to be the easiest one... Let see how it
goes with Bill Campbell's help.

████████████████████████████████████████

██████████ Once again unlikely to get connected to my email or cell phone on
a regular basis.

If there is a positive outcome with Steve during this period - which I hope!
- I suggest you send offers to the other guys as soon as you can without
waiting for me to be back. It has already been a really long stretch from
them between 2 employments and I fear we will start to lose some soon. Let
me know by email as well as soon as you know, I might be able to connect to
the Internet.

I'll leave tomorrow thursday and will be back in Paris on April 22nd.

██████████

On Apr 5, 2006, at 12:29 PM, Alan Eustace wrote:

> ██████████
>
> Steve didn't respond to my email, but Bill Campbell promised to call
> him and verify that we are OK. He's on the board at Apple and Google,
> so Steve will probably return his call :-)  I'm on my way to India
> right now.  This message is brought to you courtesy of wireless
> internet access on my flight.  Now that is progress :-)
>
> Alan
>
> On 4/4/06, Kim Sterling <ksterling@google.com> wrote:
>>
>> ██████████
>>
>> Steve has not responded to Alan's calls.  We are trying another
>> approach and hopefully we'll be successful.  I'll keep you posted.
>>
>> -Kim
>>
>> _____
>>
>> From: ██████████
>> ██████ Tuesday, April 04, 2006 2:22 PM
>> To: Kim Sterling; Alan Eustace
>> Subject: Re: Offer
>>
>>
>> Alan, Kim,
>>

2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00265515

648.2

>>
>> Any update on Steve's reaction?
>>
>>
>> Thanks,
>>
>>
>> ▌
>>

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00265516

L.48.3