# EXHIBIT 1609 TO CISNEROS DECLARATION REDACTED VERSION

Produced in Native

EXHIBIT 1609
WIT: Wagner
DATE: 3.4.2013
ANNE TORREANO, CSR #10520

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00475237

1609.1

Confidential – Please do not distribute

# Salary Planning 2007
# Presentation to Engineering Directors

29 October 2007

Authors: Frank Wagner, Tiffany Wu

# Agenda

- Google's compensation philosophy & background
- Improvements vs. last salary planning cycle
  - Design
  - Process & tools
- Salary planning approach
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
- Appendix: Business rules for 2007 Salary Planning cycle
- Q&A

1609.3

Google Compensation

Confidential – Please do not distribute

2

Google's compensation philosophy

**Google strives to pay Googlers in ways that support three main objectives:**

1. Attract and retain the world's best talent
2. Support Google's culture of innovation and performance
3. Align employee interests with shareholder interests in company success

16094

Confidential – Please do not distribute

Google Compensation



1609.5

## What's our history and where are we today?

Google Compensation

Confidential – Please do not distribute

1609.4

# The application of our compensation philosophy

- Base pay

1604.7

Confidential – Please do not distribute

Google Compensation

Merit and promotional matrices that drive the modeled amounts available to all planners and managers at gComp help website

Better processes – including GHR data freezes, procedure for managing transfers and data audits prior to launch – to ensure inputs used to drive modeled individual increases are accurate; automated process for syncing data between GHR, PERF and gComp

New, internally developed tool, with feature improvements over vendor tool from last cycle:

Notes functionality and audit trail functionality

Supports Firefox 1.5+ on Mac, Linux, and Windows and Mac OS

Loaded on Google production servers and tested internationally

Intuitive, easy-to-use currency conversion interface

Planners are able to recommend changes for employees marked for "zero" increases

Google Compensation

1609.8




Google Compensation

Confidential – Please do not distribute




Compensation

Confidential – Please do not distribute

9



Confidential – Please do not distribute

1609.11

## Budget & Planner Discretion

Confidential – Please do not distribute

1609.12



Google
Compensation

Confidential – Please do not distribute

1609.13

# Questions & Answers

Confidential – Please do not distribute

Google Compensation

13

1609.14

# Thank You!

Google™

Confidential – Please do not distribute

Google™ Compensation

14

1609.15