# EXHIBIT 110 TO HARVEY DECLARATION REDACTED VERSION

| | |
|---|---|
| **From:** | Alan Eustace <eustace@google.com> on behalf of Alan Eustace |
| **Sent:** | Thursday, March 23, 2006 4:03 PM |
| **To:** | |
| **Subject:** | Re: Offer |

Thanks.  We'll take it from here.

Alan

On 3/23/06, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:
> Alan,
>
> Yes as we discussed earlier I don't think it would be appropriate than
> I do it myself.
>
> 1. During all the exit process I have been asked by my former boss
> (Sina Tamaddon) not to engage any discussion with Steve and to keep
> him out of this loop. As a result it is now 5 months I did not
> approach Steve. I don't think it would be the right moment to do it
> now with a specific request concerning me.
>
> 2. From my perspective I did everything I had to do, in order to have
> a clean exit from Apple, getting them to define how and with which
> restrictions (non-compete) they want me to leave. It took time but we
> came to agreement. Now I feel I am not bound to Apple in any manner
> and I have no reason to get to Steve and ask him "permission" to work
> with Google.
>
> 3. For Google the situation is different since there is some kind of
> gentleman agreement regarding hiring employees from each other. It
> seems that Google feels that this gentleman agreement may go even
> beyond and may apply to former employees as well. Thus  Google (not
> me) feels they should get Steve's blessings before going forward.
>
> This is why I think this has to be handled by Google not me.
>
>
> ▮▮▮▮▮▮▮▮▮
>
> On Mar 22, 2006, at 8:40 PM, Alan Eustace wrote:
>
> > Sergey thought that you should call Steve.  My impression from
> > talking to you was that this wasn't what you wanted to do.  I also
> > think that this is a discussion that is best handled from a company
> > > perspective, rather than a conversation between friends.  What are your thoughts?
> >
> > Alan
> >
> > On 3/22/06, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ wrote:

1

> >> Alan & Kim,
> >>
> >> I am back from sout-east asia. Do we have news about what happened
> >> with Steve?
> >>
> >> Thanks,
> >>
> >> ▮▮▮▮▮▮
> >>
> >>
> >> On Mar 12, 2006, at 6:24 PM, Kim Sterling wrote:
> >>
> >>
> >> ▮▮▮▮▮▮
> >>
> >> Wonderful news!
> >>
> >> Just to confirm the numbers, due to the constant fluxation in the
> >> dollar and euro, our comp folks use an annual number for the
> >> conversions hence the
> >> [Redacted] EURO for the sign-on.  I can send more details to help
> >> explain how we do that.
> >>
> >> In terms of the non-solicit header, somehow some of the text was
> >> not included when we converted the document from PDF to Word.  I'll
> >> work to get this correct.
> >>
> >> I hope you have an enjoyable vacation and upon your return, have
> >> positive news on Alan and Steve's conversation.
> >>
> >> -Kim
> >>
> >>  _____
> >>  From: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> >> Sent: Saturday, March 11, 2006 1:22 AM
> >> To: Alan Eustace; Kim Sterling
> >> Cc: ▮▮▮▮▮▮▮▮
> >> Subject: Offer
> >>
> >>
> >>
> >> Alan and Kim,
> >>
> >>
> >> Although?there are?still a couple of mistakes in the soft copy of
> >> the offer (some missing text = copy/paste error I guess + the
> >> conversion issue I already mentioned last time which I detail at
> >> the end of this message), I take those as mistakes and consider
> >> this should not prevent me from accepting the revised offer
> >> (options moved from [Redacted] to [Redacted] rest unchanged as discussed
> >> on the phone with Kim):
> >>

2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00058472

```
> >>
> >> Base?Salary [Redacted] | Target Bonus [Redacted] | Sign-on [Redacted] |
> >> Options
> >> [Redacted]
> >> Base?Salary??[Redacted] |?Target
> >> Bonus?[Redacted] |?Sign-on?[Redacted] |?Options?[Redacted]
> >>
> >>
> >> ?So as long as we agree on the above numbers and fix the mistakes
> >> in the hard copy of the offer I should get soon, I AM GLAD TO
> >> ACCEPT THIS OFFER!
> >>
> >>
> >> As I mentioned to Kim yesterday, all has been 100% finalized with
> >> Apple yesterday and my lawyer (who was keeping both signed copies
> >> of the settlement agreement until I receive the money on my bank
> >> account) sent these copies back to Apple and me. Very good timing,
> >> Google can now go talk to Steve as discussed before.
> >>
> >>
> >> In order to fully refresh my mind after such a long transition
> >> period, I decided to? take real vacations during the next 12 days
> >> and will be?traveling?in Burma, a country with no cell phone and no
> >> email (yes it still exists) leaving today (the 11th) and returning
> >> in Paris on the 22nd.
> >> At that time we may know what came up out of the discussion with
> >> Steve. Just send me email as soon as you have news on that side!
> >>
> >>
> >> Talk to you soon,
> >>
> >>
> >> ███████
> >>
> >>
> >> Description of the mistakes
> >>
> >>
> >> 1. Inconsistency when converting dollars to euros
> >>
> >>
> >> I already mentioned this issue in the first offer, it appears it
> >> has not been fixed.
> >>
> >>
> >> Proposed salary in $ is [Redacted] proposed salary in euros is??
> >> [Redacted] so
> >> you made the conversion with? $1 =??0.835 (which is the right
> >> number):
> >>
> >>
> >>         Redacted
```

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00058473

```
> >>
> >>
> >> The proposed sign-on in $ is [Redacted] so using the same conversion
> >> rate you used for salary (?$1 =??0.835),?it should be?in euros?:
> >>
> >>
> >>    [Redacted]
> >>
> >>
> >> while in the offer left you left [Redacted] which I already mentioned
> >> mentioned as a mistake in my earlier email.
> >>
> >>
> >> 2. Missing text in the non-solicit
> >>
> >>
> >> As you can see after clause 11 (Confidentiality), the header and
> >> beginning of clause 12 (Non-solicit) is missing:
> >>
> >>
> >> <pastedGraphic.png>
> >>
> >>
> >> Based on the previous version I imagine the missing header/
> >> beginning should have been :
> >>
> >>
> >> <pastedGraphic.png>
> >>
>
>
```

4

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00058474