# EXHIBIT 471 TO CISNEROS DECLARATION REDACTED VERSION

**From:** Shannon Deegan <shannondeegan@google.com> on behalf of Shannon Deegan
**Sent:** Tuesday, April 20, 2010 3:48 AM
**To:** Prasad Setty
**Cc:** Yolanda Mangolini; Eric Schaffer; Laszlo Bock
**Subject:** Re: Facebook recruiting update to the OC

[redacted]

========================
Shannon Deegan
Director, People Operations
Google Voice: 408-454-8566
shannondeegan@google.com

On Mon, Apr 19, 2010 at 8:42 PM, Prasad Setty <prasadsetty@google.com> wrote:
Hi Yolanda:

Thx for this update - came in very useful at last week's LDCC meeting. Paul Otellini and John Doerr asked us how our counter-recruiting was progressing and I was able to give them this info.

[redacted]

I'm sure they'll ask us for another update at the next Board meeting, which is on July 14th, so we'll get the latest from you in June.

Laszlo/Eric, anything to add?

Prasad

On Thu, Apr 1, 2010 at 10:59 PM, Yolanda Mangolini <ymangolini@google.com> wrote:
+Prasad

Hi Krystal:

I am including Prasad on this message as well since he also asked me for an update on FB recruiting. This is the latest I have gathered:

EXHIBIT 471
Deponent Otellini
Date 1-29-13
Gina V. Carbone, CSR

471.1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                                  GOOG-HIGH-TECH-00217590



Yolanda Mangolini
Google
Manager, Talent & Outreach Programs
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

On Mon, Mar 29, 2010 at 4:22 PM, Krystal Cope <kcope@google.com> wrote:
Hi Yolanda,

I work with Frank Wagner to send out the monthly update to the OC on our competitive recruiting vs. Facebook and Twitter. For the last few months, we've included some text on our efforts to recruit from Facebook. Linda Veenker let me know that you're the overall project manager for this. Could you send us any text you think we should include in this month's update?

Last month we said:



We'll be sending this out on Friday, so if you could send us any text you want us to include by Thursday afternoon, that would be great.

Please let me know if you need anything or have questions.

Thank you,
Krystal
--
Krystal Cope
Compensation
kcope@google.com
650-214-2355

471.2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00217591

--
Prasad Setty
People Analytics & Compensation
650 353 7921

471.3

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00217592