# EXHIBIT 608 TO CISNEROS DECLARATION REDACTED VERSION

| | |
|---|---|
| From: | Eric Schmidt <eschmidt@google.com> on behalf of Eric Schmidt |
| Sent: | Wednesday, November 14, 2007 12:41 AM |
| To: | Bill Coughran |
| Cc: | EMG |
| Subject: | Re: facebook offers |

Since I announced ▮▮▮▮▮▮▮▮▮ we should be embarrassed and disgusted by this leak. Eric
On Nov 13, 2007, at 4:36 PM, Bill Coughran wrote:

It seems that EMG discussions leak quickly.

Bill

---------- Forwarded message ----------
From: **Vijay Gill** <vgill@google.com>
Date: Nov 13, 2007 1:42 PM
Subject: facebook offers
To: wmc@google.com, Ivan Ernest <ivane@google.com>

Bill, Ivan, this came into my mailbox today.

--beginquote

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

--endquote

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ k.

/vijay

---

Emg mailing list
Emg@google.com
https://mailman.corp.google.com/mailman/listinfo/emg

1

CONFIDENTIAL ATTORNEY'S EYES ONLY


PLAINTIFF'S EXHIBIT
608
S. Brown

GOOG-HIGH-TECH-00255349