# EXHIBIT 621 TO CISNEROS DECLARATION REDACTED VERSION



PLAINTIFF'S EXHIBIT
621
S. Brown

621.1

**From:** Shona Brown <shona@google.com> on behalf of Shona Brown
**Sent:** Friday, October 24, 2008 12:12 AM
**To:** jonathan@google.com
**Cc:** Laszlo Bock; Patrick Pichette; theoc@google.com
**Subject:** Re: Merit and promotional increases for Directors and others -- update to Frank's earlier note
**Attachments:** image002.gif; image001.gif; image003.gif

Look forward to the discussion framed by Laszlo's already helpful facts.

Laszlo-
One additional piece of data to get would be the promotion budgets of comparables, not just merit budgets, as [redacted] we have seen in promotion situations was one point of discussion.

Shona

On Thu, Oct 23, 2008 at 10:26 AM, Jonathan Rosenberg <jonathan@google.com> wrote:

I can defer until a thoughtful discussion at this point with our colleagues on Monday if I must. If there is disagreement here we should drive to closure properly.

jr

---

**From:** TheOC@google.com [mailto:TheOC@google.com] **On Behalf Of** Laszlo Bock
**Sent:** Thursday, October 23, 2008 10:23 AM
**To:** Patrick Pichette
**Cc:** theoc@google.com
**Subject:** RE: Merit and promotional increases for Directors and others -- update to Frank's earlier note

Ideally we would wait, but we start salary planning on 10/30, we are doing Director promo salary planning now, and Product has actually completed the salary planning for their team. -- Laszlo

**From:** Patrick Pichette [mailto:ppichette@google.com]
**Sent:** Thursday, October 23, 2008 9:54 AM
**To:** Laszlo Bock
**Cc:** theoc@google.com
**Subject:** Re: Merit and promotional increases for Directors and others -- update to Frank's earlier note

Laszlo,

I think we should have this debate and information as part of your functional review in the coming weeks, rather than this e-mail process. Alternatively, we could add it to a Monday agenda in the coming weeks.

In all cases, the questions raised and your analyses are useful as part of planing process to ensure we stay competitive, but not overly generous.

I look forward to your recommendations as part of a total conversations in the coming weeks.

Patrick

On Wed, Oct 22, 2008 at 11:52 PM, Laszlo Bock <laszlo@google.com> wrote:

OC folks,

Alan, Jonath [redacted]

Our salary base today is [redacted] and we plan on [redacted]

[redacted]



3

CONFIDENTIAL ATTORNEY'S EYES ONLY GOOG-HIGH-TECH-00336879

[redacted]

Data are below showing our total spend and average position vs. market for context. Does anyone want to revisit our budgets?

Thanks,

Laszlo

**DATA**

[redacted]

4

CONFIDENTIAL ATTORNEY'S EYES ONLY GOOG-HIGH-TECH-00336880

621.5

5

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00336881