# EXHIBIT 635 TO CISNEROS DECLARATION REDACTED VERSION



Board members,

At the Jan 12 Board meeting, Sergey asked that we provide the Board the number of hires we have made from Facebook and Twitter, and that we include those data in the Board materials going forward:

- Facebook: To date, we have hired ▇ former Facebook employees, of whom ▇▇▇▇▇. F▇
- Twitter: We have hired ▇ from Twitter ▇▇▇▇▇▇▇).
- At both FB and Twitter, ▇▇▇▇▇▇▇
- Looked at another way, FB has hired ▇ and we have hired ▇ in the case of Twitter, ▇▇▇.

We continue to look at opportunities to recruit talented individuals from both companies, as we do from all sources of talented employees.

Best,
Laszlo

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

PLAINTIFF'S EXHIBIT
635
S. Brown

GOOG-HIGH-TECH-00252681