# EXHIBIT 1600 TO CISNEROS DECLARATION REDACTED VERSION

## Google 2004 Salary Ranges



GOOGLE CONFIDENTIAL

1600.1
Updated: March 5, 2004

## Google 2004 New Hire Stock Guidelines



GOOGLE CONFIDENTIAL                    Effective: March 12, 2004