GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant Intel Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF TODD CHRISTENSEN IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, Todd Christensen, hereby declare and say:

1. I am a Legal Manager for the PC Client Group at Intel Corporation. I have personal knowledge of the matters stated in this declaration, except those matters identified below as being based on information and belief. I make this declaration in support of Defendants' Joint Administrative Motion to File Under Seal that is being filed concurrently with this declaration. If called and sworn as a witness, I could and would competently testify to the matters stated below.

### *The Intel Confidential Information that Should Be Sealed*

2. I have reviewed portions of Exhibit 148 to the Declaration of Dean M. Harvey in Support of Plaintiffs' Opposition Brief Re Dkts 554, 556, 557, 559, 560, 561, 564, and 570 (Dkt. No. 607-1). I am informed and believe that Harvey Declaration Exhibit 148 is a compilation of a white paper and supporting documents provided by Intel Corporation to the United States Department of Justice on January 25, 2010. Exhibit 148 includes a supporting Exhibit 17, which is a Quarterly Business Review for Intel and Dell Computer Company (the "Quarterly Business Review"). The Quarterly Business Review contains confidential and commercially sensitive Intel information regarding Intel's collaborations and business relationship with Dell. I am informed and believe that Exhibit 148, including the Quarterly Business Review, was produced by Intel and designated "CONFIDENTIAL – ATTORNEY'S EYES ONLY" pursuant to the protective order in this Action (Dkt. 107).

3. Through my experience working at Intel, I am familiar with the type of information reflected in the Quarterly Business Review.

### *The Reasons for Sealing the Redacted Information*

4. The Quarterly Business Review described below contains information reflecting confidential business practices and other confidential information regarding Intel's business relationship with Dell. This information gives Intel a competitive advantage in the marketplace and would cause competitive harm to Intel if the information were disclosed.

5. Intel derives independent economic value from the strategic and/or confidential information contained in the Quarterly Business Review not being known to the public or to the persons who can obtain economic value from its disclosure or use.

6. Specifically, the Quarterly Business Review provides a detailed review of Intel's business relationship, including collaborations, with Dell. The document contains extensive discussion of the individuals involved with the collaborative efforts, marketing activities and analysis, business forecasts, and strategic planning.

7. Intel's practice is to treat specific information regarding its relationship with its business partners, such as the Quarterly Business Review, as confidential and not to disclose that information outside of the company. I am informed and believe that Intel has taken reasonable steps to ensure that these documents remain confidential, including designating them "ATTORNEY'S EYES ONLY" pursuant to the protective order filed in this Action.

### *The Particularized Harm Disclosure Would Cause*

8. Intel would suffer particularized harm if the Quarterly Business Review were disclosed to the public. Disclosure of this information would reveal Intel's confidential business practices and detailed information regarding its business relationship with Dell. Collaborations and business partnerships are a critical component of Intel's business, and public disclosure of the details of Intel's business relationship with Dell would give other companies with which Intel competes an unearned advantage by providing them with access to Intel's product development, marketing, and forecasting strategies. It would also provide details of the types of things that Intel collaborates with Dell on to other Intel customers and third parties. The Quarterly Business Review contains detailed descriptions of technical aspects of Intel's collaborations with Dell and the related products, as well as Intel's sensitive marketing analysis and strategic planning associated with those efforts. Disclosure of this information would deprive Intel of its investment in developing those partnerships and related business strategies, which Intel uses to compete in the marketplace.

1    9.      Because the information redacted in the above-referenced documents cannot
2 be disclosed without causing particularized harm to Intel, it should be protected from
3 public disclosure.

5    I declare under penalty of perjury under the laws of the United States that the
6 foregoing is true and correct.
7    Executed this 21st day of February, 2014 at Portland, Oregon.

*/s/ Todd Christensen*
TODD CHRISTENSEN

**ATTESTATION**

I, John Mittelbach, hereby attest, pursuant to N.D. Cal. Local Rule 5.1, that I have on file the original signature corresponding with the conformed signature (/s/) of Todd Christensen indicated on the e-filed Declaration of Todd Christensen in Support of Defendants' Joint Administrative Motion to File Under Seal

DATED: February 21, 2014

*/s/ John Mittelbach*
JOHN MITTELBACH