GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant Intel Corporation

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF JOHN P. MITTELBACH IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |

I, John P. Mittelbach, hereby declare and say:

1. I am an attorney with Munger, Tolles & Olson LLP, counsel of record for Intel Corporation ("Intel") in this case, and am admitted to practice before this Court. I make this declaration in support of Defendants' Joint Administrative Motion to File Under Seal that is being filed concurrently with this Declaration. On behalf of Intel, I make this declaration pursuant to Local Rules 79-5(d) and 7-11(a) to demonstrate compelling reasons for the portions of the documents described below to be filed under seal. If called and sworn as a witness, I could and would competently testify to the matters stated below.

2. I have reviewed the documents discussed below, and made specific, narrowly tailored redactions where necessary to protect highly confidential and highly sensitive Intel information regarding its compensation, hiring, and recruiting practices.

*The Reasons for Sealing the Redacted Information*

3. Except where explicitly noted, the grounds for Intel's redactions identified below are set forth in the Declaration of Tina M. Evangelista in Support of Plaintiffs' Administrative Motion to File Under Seal Plaintiffs Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support, Docket Item 203 (Oct. 8, 2012) ("Oct. 8, 2012 Evangelista Declaration"). The types of confidential Intel information reflected in the documents at issue here are the same (or substantially similar) to the types of confidential Intel information described in the Oct. 8, 2012 Evangelista Declaration. As explained in the Oct. 8, 2012 Evangelista Declaration, the information at issue here reflects confidential business information that gives Intel a competitive advantage in recruiting, retaining, and compensating employees. Oct. 8, 2012 Evangelista Decl. ¶ 4. As set out in the Oct. 8, 2012 Evangelista Declaration, (1) Intel derives independent economic value from the strategic information and raw data contained in these documents not being generally known to the public or to other persons who can obtain economic value from its disclosure or use, *Id.* ¶ 5; (2) it is Intel's practice to treat these documents and data as confidential, and not to disclose them outside the company. *Id.* ¶ 6; and (3) the information reflected in the documents at issue here quotes from, describes, or reflects

analysis of Intel's documents and data that have been designated "CONFIDENTIAL – ATTORNEYS' EYES ONLY" ("AEO") pursuant to the Protective Order in this Action.

<u>*The Intel Confidential Information that Should be Sealed*</u>

4. Specifically, Intel seeks to seal the following highly confidential, commercially sensitive information:

**Expert Report of Edward E. Leamer, Ph.D. (Oct. 28, 2013):**

The grounds for redactions of Intel confidential information in this document are stated in the Declaration of Gregory Sergi in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal, Docket Item 580 (January 10, 2014) ("Sergi Declaration") ¶ 4 and the referenced Oct. 8, 2012 Evangelista Declaration ¶¶ 3-6, 8-9.

**Rebuttal Supplemental Expert Report of Edward E. Leamer, Ph.D. (July 12, 2013):**

The grounds for redactions of Intel confidential information in this document are stated in the Declaration of Frank Busch in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal, Docket Item 466 (July 19, 2013) ("Busch Declaration") ¶ 8 and the referenced Oct. 8, 2012 Evangelista Declaration ¶¶ 3-6, 8-9.

**Supplemental Expert Report of Edward E. Leamer, Ph.D. (May 10, 2013):**

The grounds for redactions of Intel confidential information in this document are stated in the Declaration of Krystal N. Bowen in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents, Docket Item 430 (May 17, 2013) ¶ 8 and the referenced Oct. 8, 2012 Evangelista Declaration ¶¶ 3-6, 8-9.

**Reply Expert Report of Edward E. Leamer, Ph.D. (Dec. 11, 2013):**

The grounds for redactions of Intel confidential information in this document are stated in the Sergi Declaration ¶4 and the referenced Oct. 8, 2012 Evangelista Declaration ¶¶ 3-6, 8-9.

1 **Expert Report of Edward E. Leamer, Ph.D. (Oct. 1, 2012):**

2 The grounds for redactions of Intel confidential information in this document are
3 stated in the Oct. 8, 2012 Evangelista Declaration ¶¶ 3-9.

4 **Expert Report of Kevin F. Hallock (May 10, 2013):**

5 The grounds for redactions of Intel confidential information in this document are
6 stated in the Bowen Declaration ¶8 and the referenced Oct. 8, 2012 Evangelista
7 Declaration ¶¶ 3-6, 8-9.

8 **Expert Report of Kevin F. Hallock (October 28, 2013):**

9 The redactions relating to Intel confidential information in this expert report are the
10 same information as addressed in Intel's redactions to the Expert Report of Kevin F.
11 Hallock (May 10, 2013).  The grounds for those redactions are stated in the Bowen
12 Declaration ¶8 and the referenced Oct. 8, 2012 Evangelista Declaration ¶¶ 3-6, 8-9.

13 **Expert Report of Dr. Kevin Murphy, Ph.D. (Nov. 25, 2013):**

14 The grounds for redactions of Intel confidential information in this document are
15 stated in the Busch Declaration ¶¶ 4-9 and the referenced Oct. 8, 2012 Evangelista
16 Declaration ¶¶3-6, 8-9.

17 **Expert Report of David Lewin, Ph.D. (Nov. 25, 2013):**

18 The grounds for redactions of Intel confidential information in this document are
19 stated in the Declaration of John Mittelbach in Support of Defendants' Joint Response to
20 Plaintiffs' Administrative Motion to File Under Seal Portions of Plaintiffs' Motion To
21 Exclude Expert Evidence Proffered by Defendants, Docket Item 588, (January 13, 2014)
22 ("Mittelbach Declaration") ¶4 and the referenced Oct. 8, 2012 Evangelista Declaration
23 ¶¶3-6, 8-9.

24 **Expert Report of Elizabeth Becker, Ph.D. (Nov. 25, 2013):**

25 The grounds for redactions of Intel confidential information in this document are
26 stated in the Mittelbach Declaration ¶4 and the referenced Oct. 8, 2012 Evangelista
27 Declaration ¶¶3-6, 8-9.

28

**Amended Expert Report of Edward Snyder (Dec. 6, 2013):**

The grounds for redactions of Intel confidential information in this document are stated in the Mittelbach Declaration ¶4 and the referenced Oct. 8, 2012 Evangelista Declaration ¶¶3-6, 8-9.

**Expert Report of Lauren J. Stiroh, Ph.D., (Nov. 25, 2013):**

The grounds for redactions of Intel confidential information in this document are stated in the Sergi Declaration ¶4 and the referenced Oct. 8, 2012 Evangelista Declaration ¶¶3-6, 8-9.

**Harvey Declaration:**  Ex. 140 (76512DOC000927):  The document contains confidential Intel information regarding Intel's recruiting and hiring practices, including detailed instructions on Intel's policies and practices for making job offers.

**Harvey Declaration:**  Ex. 142 (76545DOC000022):  The grounds for redactions of Intel confidential information in this document are stated in the Oct. 8, 2012 Evangelista Declaration ¶¶3-9.  This document was sealed in its entirety pursuant to this Court's order dated January 15, 2013, Docket Item 273.

**Harvey Declaration:**  Ex. 143 (76550DOC000015):  The grounds for redactions of Intel confidential information in this document are stated in the Oct. 8, 2012 Evangelista Declaration ¶¶3-9.  This document was sealed in its entirety pursuant to this Court's order dated January 15, 2013, Docket Item 273.

**Harvey Declaration:**  Ex. 145 (76566DOC000006):  The grounds for redactions of Intel confidential information in this document are stated in the Oct. 8, 2012 Evangelista Declaration ¶¶3-9.  This document was sealed in its entirety pursuant to this Court's order dated January 15, 2013, Docket Item 273.

**Harvey Declaration:**  Ex. 146 (76566DOC000086):  The grounds for redactions of Intel confidential information in this document are stated in the Oct. 8, 2012 Evangelista Declaration ¶¶3-9.  This document was sealed in its entirety pursuant to this Court's order dated January 15, 2013, Docket Item 273.

1  **Harvey Declaration:** Ex. 148 (76577DOC000219): The document, which is a
2  white paper and supporting documents, contains confidential Intel information regarding
3  Intel's recruiting and hiring practices, including specific data on Intel's hiring from
4  particular companies. The confidential Intel information contained in the supporting
5  exhibits is addressed in the concurrently filed Declaration of Kasia Hanson ¶¶ 4-8 and
6  Declaration of Lawrence Achorn ¶¶ 4-10.

7  **Harvey Declaration:** Ex. 149 (76579DOC000715): The document contains
8  confidential Intel information regarding Intel's recruiting and hiring practices, including
9  detailed instructions on Intel's policies and practices for making job offers.

10 **Harvey Declaration:** Ex. 150 (76579DOC002324): The grounds for redactions
11 of Intel confidential information in this document are stated in the Oct. 8, 2012 Evangelista
12 Declaration ¶¶3-9. This document was sealed in its entirety pursuant to this Court's order
13 dated January 15, 2013, Docket Item 273.

14 **Harvey Declaration:** Ex. 152 (76582DOC000903): The document contains
15 confidential information regarding Intel's compensation practices, including detailed
16 discussion of Intel's methods for setting compensation, with specific examples applying
17 Intel's confidential pay methods to particular jobs.

18 **Harvey Declaration:** Ex. 153 (76592DOC015614): The grounds for redactions
19 of Intel confidential information in this document are stated in the Declaration of Tina
20 Evangelista in Support of Defendants' Renewed Administrative Motion to Seal, Docket
21 Item 287 (January 22, 2013) ("Jan. 22, 2013 Evangelista Declaration") ¶¶4-9. This Court
22 approved these redactions in its Order dated September 30, 2013, Docket Item 509.

23 **Cisneros Declaration:** Ex. 391 (76583DOC003750): The grounds for redactions
24 of Intel confidential information in this document are stated in the Declaration of Bradley
25 S. Phillips in Support of Notice of Filing Revised Redacted Intel Corp. Documents Filed in
26 Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under
27 Seal Plaintiffs' Motion in Support of Class Certification and Related Documents, Docket
28

Item 538 (January 22, 2014) (the "Phillips Declaration") and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:**  Ex. 393 (76583DOC002007):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:**  Ex. 398 (76579DOC005956):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:**  Ex. 399 (76582DOC000004):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:**  Ex. 400 (765825DOC001211):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:**  Ex. 478 (76616DOC12164):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:**  Ex. 781 (76596DOC017010):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:**  Ex. 2030 (McKell Declaration):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:**  Ex. 2031 (76512DOC000638):  The grounds for redactions of Intel confidential information in this document are stated in the Oct. 8, 2012 Evangelista Declaration ¶¶3-9.  This document was sealed in its entirety pursuant to this Court's order dated January 15, 2013, Docket Item 273.

1  **Cisneros Declaration:** Ex. 2033 (76657DOC004599):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:** Ex. 2035 (76657DOC019261):  The grounds for redactions of Intel confidential information in this document are stated in the Phillips Declaration and the referenced Bowen Declaration ¶¶4-10.

**Cisneros Declaration:** Ex. 2043 (76657DOC016874):  The document contains confidential information describing in detail Intel's compensation practices, including the manner in which it makes compensation decisions and establishes salary ranges.

**Cisneros Declaration:** Ex. HH (Deposition Testimony of Daniel McKell):  The grounds for redactions of Intel confidential information in this document are stated in the Bowen Declaration ¶ 4-10.

*The Particularized Harm Disclosure Would Cause*

5.  According to the Oct. 8, 2012 Evangelista Declaration, which addresses the same (or substantially similar) types of information as that which is redacted in the above-referenced documents, Intel would suffer particular harm if the redacted information is disclosed to the public.  As stated in the Oct. 8, 2012 Evangelista Declaration, (1) disclosure of such information would put Intel at a significant competitive disadvantage in terms of its ability to identify, recruit, and compensate employees.  Evangelista Decl. ¶ 8; (2) disclosure of such information would deprive Intel of its investment in developing strategies for recruiting and compensation.  *Id*.; and (3) disclosure of such information would give Intel's competitors an unearned advantage by informing them of Intel's compensation strategies, compensation levels, and other related information.  *Id*.

6.  Because the information redacted in the above-referenced documents cannot be disclosed without causing particularized harm to Intel, it should be protected from public disclosure.

-7-   Master Docket No. 11-CV-2509-LHK
MITTELBACH DECL. ISO OF ADMINISTRATIVE MOTION TO FILE UNDER SEAL

1    I declare under penalty of perjury under the laws of the United States that the
2 foregoing is true and correct.

3

4    Executed this 21st day of February, 2014 at Los Angeles, California.

							*/s/ John P. Mittelbach*
							John P. Mittelbach