# EXHIBIT 1625 TO CISNEROS DECLARATION REDACTED VERSION

# Produced in Native



EXHIBIT 1625
WIT: Wagner
DATE: 3.7.2013
ANNE TORREANO, CSR #10520

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00506628

1625.1

# Project Big Bang

## Revised Comp Proposal – 9/7/2010

Authors: Frank Wagner, Jason Grishkoff, John Schirm, Mike Xing, Monica Davis, Prasad Setty, Stephanie Tietbohl

### *INTRO*

We agreed to the following goals at the Aug 31 OC meeting:

[redacted]

### *1. TOTAL COMPENSATION PROPOSAL*

[redacted]

### *2. ENHANCEMENTS TO CURRENT EQUITY PROGRAMS*

Optimize current equity spend [redacted]

[redacted]

1625.2



1625.3

APPENDIX

1625.4