# EXHIBIT 1741 TO CISNEROS DECLARATION REDACTED VERSION



# Hiring Policies and Protocols

## Table of Contents

### Overview

- Google's Hiring Guidelines
- Hiring "Do's and Don'ts"

### Legal Compliance and Protocols



- ▬▬▬▬▬▬▬
- Special Agreement (a.k.a. "Do Not Touch" list)

### General Guidelines and Policies



Revision 0908.2005   **Google Staffing – Attorney-Client Privileged & Confidential**

EXHIBIT 1741
WIT: Kordestani
DATE: 3. 11. 2013
ANNE TORREANO, CSR #10520

1741.1

CONFIDENTIAL ATTORNEY'S EYES ONLY          GOOG-HIGH-TECH-00194864



**Hiring Policies and Protocols**

# Overview

CONFIDENTIAL ATTORNEY'S EYES ONLY                    /74).2              GOOG-HIGH-TECH-00194865



# Google's Hiring Guidelines



Revision 0908.2005      **Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.3

GOOG-HIGH-TECH-00194866



## Hiring Do's and Don'ts



Revision 0908.2005      **Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY      1741.4      GOOG-HIGH-TECH-00194867



Staffing

## Hiring Policies and Protocols

# Legal Compliance
# and Protocols

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00194868

1741.5





CONFIDENTIAL ATTORNEY'S EYES ONLY                    1741.6          GOOG-HIGH-TECH-00194869



## Special Agreements – a.k.a. "Do Not Touch List"
## Effective March 6, 2005

We have a special agreement with three companies going forward – Genentech, Intel, and Apple:

For each of these companies, we agreed:

- Not to directly cold call into those companies.
- But, we would accept internal or external references that indicated that an individual was "looking.
- And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us).

And please be cautious when recruiting teams from any company to keep our candidates and potential employees safe from legal action.  Most companies have non-solicit agreements which would limit or prohibit a candidate from asking a coworker to interview with us as well.

CONFIDENTIAL ATTORNEY'S EYES ONLY        | 7 4 I. 7        GOOG-HIGH-TECH-00194870





Revision 0629.2005          **Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.8



CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.9

GOOG-HIGH-TECH-00194872



## Non-Disclosure Guidelines



Revision 0418.2005                    **Google Inc.**

CONFIDENTIAL ATTORNEY'S EYES ONLY                    1791.10                    GOOG-HIGH-TECH-00194873



Non-Disclosure Agreement

Revision 0727.2005          Google Inc.

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.11



To:      Prospective Googlers
From:    Google Staffing



Google Staffing

Revision 0418.2005                              Google Inc.

CONFIDENTIAL ATTORNEY'S EYES ONLY                              GOOG-HIGH-TECH-00194875



## Hiring Policies and Protocols

# General Guidelines and Policies

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.13

GOOG-HIGH-TECH-00194876



## Extending an Offer Guidelines for Recruiters



CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.14

GOOG-HIGH-TECH-00194877



## Offer Process Roles & Responsibilities



**Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY                  1741.15                  GOOG-HIGH-TECH-00194878



## Standard Document Distribution Protocol to New Hires



CONFIDENTIAL ATTORNEY'S EYES ONLY                    |741.16                    GOOG-HIGH-TECH-00194879



## Temporary Requisition Guidelines and Protocol



CONFIDENTIAL ATTORNEY'S EYES ONLY                    1741.17          GOOG-HIGH-TECH-00194880



Google Staffing – Attorney-Client Privileged & Confidential

1741.18

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**INTERNAL USE ONLY**
Updated: May 27, 2005

## FREQUENTLY ASKED QUESTIONS

This internal document is intended to offer guidance to U.S. Managers and Recruiters on how to address questions about Google's new Long-term Incentive programs. Separate materials have been prepared for external use. Please contact David Rolefson (drolefson@google.com) for additional information or program materials.

**General Questions on Google Stock Units (GSUs):**

**What's a GSU?**
A GSU is an award that entitles the holder to a share of Google stock when the unit vests. One GSU equals one share of Google Class A common stock.



Google Staffing – Attorney-Client Privileged & Confidential

Page 1 of 5

GOOGLE CONFIDENTIAL
U.S. Equity Programs

INTERNAL USE ONLY
Updated: May 27, 2005



CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00194883

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**INTERNAL USE ONLY**
Updated: May 27, 2005



Google Staffing – Attorney-Client Privileged & Confidential          Page 3 of 5

CONFIDENTIAL ATTORNEY'S EYES ONLY          1741.21          GOOG-HIGH-TECH-00194884

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**INTERNAL USE ONLY**
Updated: May 27, 2005



**Google Staffing – Attorney-Client Privileged & Confidential**                    **Page 4 of 5**

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.22

GOOG-HIGH-TECH-00194885

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**INTERNAL USE ONLY**
Updated: May 27, 2005



Google Staffing – Attorney-Client Privileged & Confidential

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.23

GOOG-HIGH-TECH-00194886



Google Stock Units

## What is a Google Stock Unit (GSU)?

A GSU is an award that entitles the holder to a share of Google stock when the unit vests. One vested GSU equals one share of Google Class A common stock.

Google Staffing – Attorney-Client Privileged & Confidential

Google



**Google Staffing – Attorney-Client Privileged & Confidential**



CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.25

GOOG-HIGH-TECH-00194888



## Candidate Reimbursement Policy (Domestic)



CONFIDENTIAL ATTORNEY'S EYES ONLY            1741.24            GOOG-HIGH-TECH-00194889



## Candidate Reimbursement Policy (International)



Revision 0401.2005                         Google Inc                              - 1 -

CONFIDENTIAL ATTORNEY'S EYES ONLY                     1741.27                 GOOG-HIGH-TECH-00194890



## Domestic Relocation Policy Plan B – U.S. Regional Moves



CONFIDENTIAL ATTORNEY'S EYES ONLY                    1741.28                    GOOG-HIGH-TECH-00194891



# Domestic Relocation Policy Plan B – U.S. Regional Moves



**Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.29

GOOG-HIGH-TECH-00194892



## Domestic Relocation Policy Plan B – U.S. Regional Moves



CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.30

GOOG-HIGH-TECH-00194893



## Domestic Relocation Policy Plan C – U.S./Canada Coastal Moves



CONFIDENTIAL ATTORNEY'S EYES ONLY     1741.31     GOOG-HIGH-TECH-00194894



## Domestic Relocation Policy Plan C – U.S./Canada Coastal Moves



1741.32

CONFIDENTIAL ATTORNEY'S EYES ONLY     GOOG-HIGH-TECH-00194895



## Domestic Relocation Policy Plan C – U.S./Canada Coastal Moves

11.



CONFIDENTIAL ATTORNEY'S EYES ONLY          1741.33          GOOG-HIGH-TECH-00194896