# EXHIBIT 23

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

Part 3 of 4

Highly Confidential

**Exhibit A1**
**Google - Base Salary by Grade**
**Technical, Creative, and R&D Class**
**2004**

Notes:   Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup and Dr. Hallock's backup.

**Exhibit A2**
**Number of Employees and New Hires by Defendant and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Defendant | Number of Employees | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| ADOBE | 1,582 | 1,441 | 1,450 | 1,579 | 2,205 | 2,218 | 2,277 | 2,400 | 2,552 | 2,489 | 2,639 |
| APPLE | 2,670 | 2,866 | 2,954 | 2,942 | 3,358 | 3,677 | 4,248 | 4,950 | 5,589 | 6,663 | 7,582 |
| GOOGLE | 101 | 207 | 509 | 1,026 | 2,258 | 3,776 | 5,289 | 6,387 | 6,824 | 8,693 | 11,139 |
| INTEL | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| INTUIT | 1,554 | 1,973 | 1,904 | 1,826 | 1,809 | 1,859 | 2,233 | 2,317 | 2,208 | 2,278 | 2,429 |
| LUCASFILM | 57 | 65 | 72 | 80 | 134 | 274 | 335 | 320 | 348 | 338 | 320 |
| PIXAR | 372 | 411 | 413 | 435 | 476 | 548 | 564 | 661 | 700 | 746 | 765 |
| **Total** | **34,479** | **33,874** | **33,511** | **33,586** | **40,470** | **41,208** | **42,529** | **44,202** | **45,238** | **48,948** | **55,285** |

| Defendant | Number of New Hires | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
| ADOBE | 214 | 120 | 131 | 215 | 724 | 331 | 311 | 258 | 382 | 297 | 348 |
| APPLE | 542 | 354 | 302 | 339 | 643 | 589 | 752 | 859 | 819 | 1,331 | 1,508 |
| GOOGLE | 44 | 109 | 294 | 537 | 1,263 | 1,550 | 1,717 | 1,387 | 653 | 2,138 | 2,788 |
| INTEL | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ | ■ |
| INTUIT | 299 | 397 | 245 | 263 | 360 | 373 | 652 | 373 | 234 | 293 | 329 |
| LUCASFILM | 18 | 6 | 7 | 9 | 36 | 127 | 81 | 50 | 43 | 57 | 23 |
| PIXAR | 103 | 71 | 45 | 45 | 62 | 97 | 48 | 134 | 84 | 83 | 81 |
| **Total** | **4,371** | **2,031** | **1,865** | **3,239** | **7,649** | **4,742** | **4,753** | **4,996** | **2,981** | **5,930** | **8,512** |

Notes:  The following employees are dropped: interns, part-time employees, senior executives, retail employees,
non-U.S. employees, and hourly employees.

■■■■■■■■■■■■■■■■■■■■■■■■.

New hires are defined as employees who have their first observed record within 12 months after their current hire date.
Employees with first observed records on January 2001 need to have been hired in that month in order to be counted as
a new hires.

Source:  Dr. Leamer's backup.

**Exhibit A3**
**Intel - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Grade Level | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



Source:  Dr  Leamer's backup

Highly Confidential

**Exhibit A4**
**Intel ▮▮▮▮ - Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
         Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.

**Exhibit A5**
**Apple - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Grade Level | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



Source:  Dr  Leamer's backup

Highly Confidential

**Exhibit A6**
**Apple ████ - Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2005 - 2011**



| Base Salary - between the 5th and 95th percentiles | Base Salary - below 5th and above 95th percentiles | • New Hire's Base Salary |

Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

**Exhibit A7**
**Select Adobe Job Code Years With Multipe Salary Ranges**
**Technical, Creative, and R&D Class**

| Job Code | Job Title | Year | Minimum | Middle | Maximum |
| --- | --- | --- | --- | --- | --- |



Source: Dr. Leamer's backup.

Highly Confidential

# Exhibit A8
## Adobe - Number of Employees by Job Code and Year
## Technical, Creative, and R&D Class
## 2001 - 2011

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Exhibit A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Exhibit A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|------|------|------|------|------|



**Exhibit A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Exhibit A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|------|------|------|------|------|



**Exhibit A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



Highly Confidential

**Exhibit A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|------|------|------|------|------|

Highly Confidential

**Exhibit A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|------|------|------|------|------|



Source: Dr. Leamer's backup.

**Exhibit A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**
**2005**



Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit A10**
**Adobe Job Code ▮▮▮▮▮▮ - Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit A11**
**Adobe Job Code [REDACTED] - Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 – 2011**



Base Salary ($)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

| | Base Salary - between the 5th and 95th percentiles | | Base Salary - below 5th and above 95th percentiles |
|---|---|---|---|
| • | New Hire's Base Salary | ◦ | Named Plaintiff's Base Salary |

Notes:  Number of employees in each year is shown on top of each box.
        Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential

**Exhibit A12**
**Adobe, Apple, Intel - Weighted Average Base Salary of Selected Grades**
**Technical, Creative and R&D Class**
**2001 - 2011**



Notes:  Number of employees in each year is shown in black.
        Average base salary is calculated by year and includes Intel employees in grades 5 to 11, Adobe employees in job codes 3001078, 3001498, 3001077, 3001079 and
        Apple employees in grades 1080, 1082, 1084, 1086, and 1088.
        The average growth rate of the average base salary is 4.5% during the alleged conduct period, and 3.5% outside of the alleged conduct period.
        Alternatively, the average growth rate of the average base salary is 3.0% during the alleged conduct period, and 2.3% outside of the alleged conduct period
        when growth is first calculated by grade and then averaged across the year.
Source:  Dr. Leamer's backup.

**Exhibit A13**
**Google - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Grade Level | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit A14**
**Google ▆▆▆▆▆▆ - Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit A15**
**Google ▮▮▮▮ - Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit A16**
**Google - ▮▮▮▮▮**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit A17**
**Google - ▮▮▮▮▮▮**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit A18**
**Intuit Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit A19**
**Pixar Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit A20**
**Lucasfilm Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes:  Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.

Highly Confidential

**Exhibit B1**
**Adobe, Apple, Intel, and Google**
**Separation Rates Comparison Between Employees with Some and Zero Equity Grants**
**Technical, Creative and R&D Class**



Source:   Dr. Leamer's backup.

**Exhibit B2**
**Adobe, Apple, Intel, and Google**
**Retention of Employees with Some and Zero Equity Grants**
**Technical, Creative and R&D Class**
**2001 - 2011**



Source: Dr Leamer's backup

Highly Confidential

**Exhibit B3**
**Adobe -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit B3**
**Apple -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit B3**
**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit B3**
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit B3**
**Intuit -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit B3**
**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Notes:    Excludes a total of    5 employee(s) with no equity grants.
          Excludes a total of    8 employee(s) with a ratio greater than 2.
          Includes    551 employee(s) in the class.
Source:    Dr. Leamer's backup.

Highly Confidential

**Exhibit B4**
**Share of Workforce Which was Awarded Some Equity Grants**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit B5**
**Intel -** ████████
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit B6**
**Apple -** 
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2005 - 2011**

Source:   Dr. Leamer's backup.

**Exhibit B7**
**Intel - Santa Clara, CA Location**

Job Title

**Total Compensation Relative to Performance Rating**
**Technical, Creative and R&D Class**



Source:  Dr. Leamer's backup.

**Exhibit B8**
**Intel - Santa Clara, CA Location**

**Job Title**

**Equity Grants Relative to Performance Rating**
**Technical, Creative and R&D Class**



Source:  Dr. Leamer's backup.

Highly Confidential

**Exhibit C1**
**Average Equity Grants by Defendant and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source:   Dr. Leamer's backup.

Highly Confidential

**Exhibit C2**
**Adobe - San Jose Location**

**Job Title**
**Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers**
**Technical, Creative and R&D Class**
**2001-2011**



Equity Grants ($)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

○  Uniquely Rewarded Members        □  Other Members

Notes:  Uniquely rewarded members are defined as employees with total compensation greater than $120,000
        and more than 15% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit C2**
**Apple - Santa Clara Valley Location**

**Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers**
**Technical, Creative and R&D Class**
**2005-2011**



Notes:  Uniquely rewarded members are defined as employees in ICT grade level with total compensation greater than $200,000
        and more than 40% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit C2**
**Google - Mountain View Location**

**Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers**
**Technical, Creative and R&D Class**
**2002-2011**



Notes:  Uniquely rewarded members are  defined as employees with total compensation greater than $200,000
          and more than 60% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit C2**
**Intel - Santa Clara Location**
**████████████████████████████ Department**
**Job Title ████████████████████████**
**Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers**
**Technical, Creative and R&D Class**
**2005-2011**



Notes:  Uniquely rewarded members are defined as employees with total compensation greater than $150,000
        and more than 15% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit C3**
**Google - Mountain View Location -** ▮▮▮▮▮▮▮▮▮
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



**Ratio of Equity Grants Relative to Base Salary**

Notes:  Excludes a total of    29 employee(s) with no equity grants.
           Excludes a total of     0 employee(s) with a ratio greater than 4.
           Includes   222 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit C4**

**Apple -** ███████████████████████
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



**Ratio of Equity Grants Relative to Base Salary**

Notes:   Excludes a total of 1,239 employee(s) with no equity grants.
         Excludes a total of    9 employee(s) with a ratio greater than 4.
         Includes 1,951 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit C4**
**Apple -** ████████████████████████████
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



**Ratio of Restricted Stock and Stock Options Relative to Base Salary**

Notes:   Excludes a total of 1,239 employee(s) with no stock or option grant.
          Excludes a total of     9 employee(s) with a ratio greater than 4.
          Includes 1,951 employee(s) in the class.
Source: Dr. Leamer's backup.

**Exhibit C5**
**Intel - Santa Clara, CA Location**

Job Title

**Performance Rating by Year for Uniquely Rewarded
Class Members and Their Peers**

**Technical, Creative and R&D Class**



Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit D1**
**Hires from Other Defendants as a Share of All Hires**
**Technical, Creative and R&D Class**
**2001 - 2011**

| Year | New Hires From Other Defendants | All New Hires | New Hires from Other Defendants as a Share of All New Hires |
|---|---|---|---|
| 2001 | 20 | 4,215 | 0.5 % |
| 2002 | 12 | 2,259 | 0.5 |
| 2003 | 14 | 2,032 | 0.7 |
| 2004 | 21 | 3,871 | 0.5 |
| 2005 | 53 | 7,576 | 0.7 |
| 2006 | 57 | 5,517 | 1.0 |
| 2007 | 76 | 5,039 | 1.5 |
| 2008 | 57 | 5,187 | 1.1 |
| 2009 | 42 | 2,775 | 1.5 |
| 2010 | 116 | 6,114 | 1.9 |
| 2011 | 109 | 8,125 | 1.3 |
| **Total** | **577** | **52,710** | **1.1 %** |

Source:  Dr. Leamer's backup.

**Exhibit D2**
**Adobe Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 – 2011**



Source: Dr. Leamer's backup.

**Exhibit D2**
**Apple Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 – 2011**



Source: Dr. Leamer's backup.

**Exhibit D2**
**Google  Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**



Source: Dr. Leamer's backup.

Highly Confidential

**Exhibit D2**
**Intel Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**



Source: Dr. Leamer's backup.

**Exhibit D2**
**Intuit Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**



Source: Dr. Leamer's backup.

Highly Confidential



**Exhibit D2**
**Lucasfilm Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**

Source: Dr. Leamer's backup.

Highly Confidential



**Exhibit D2**
**Pixar Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**

Source: Dr. Leamer's backup.



**Exhibit E1**
**Employee Concentration by Core-Based Statistical Area**
**Adobe, Apple, Google, Intel, Intuit, Lucasfilm, and Pixar**
**Technical, Creative and R&D Class**
**2007**

**Core-Based Statistical Area (CBSA)**

- Bay Area: 44.90%
- Portland-Vancouver-Hillsboro, OR-WA: 21.15%
- Phoenix-Mesa-Scottsdale, AZ: 12.83%
- Seattle-Tacoma-Bellevue, WA: 3.51%
- Boston-Cambridge-Newton, MA-NH: 2.93%
- Albuquerque, NM: 2.65%
- Austin-Round Rock, TX: 1.69%
- San Diego-Carlsbad, CA: 1.37%
- Los Angeles-Long Beach-Anaheim, CA: 1.31%
- New York-Newark-Jersey City, NY-NJ-PA: 1.21%
- Fort Collins, CO: 0.93%
- Other: 5.45%

Non-Bay Area: 55.10%

Notes: California CBSAs Sacramento (10.73%), San Francisco (4.36%), San Jose (29.76%), and Santa Rosa (0.05%) are combined into "Bay Area."
CBSAs with less than 0.50% share and employees without an identified CBSA are combined into "Other."

Source: Dr. Leamer's backup.



**Exhibit E2**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**USA, 2001-2011**

Note: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

**Exhibit E3**
**Defendants Base Salary vs. Average Annual Wages**
**in Technical, Creative, and R&D Occupations**
USA, 2001–2011



Notes:  Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.

Sources:  Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.



**Exhibit E4**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**Bay Area, 2001-2011**

Notes:  Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
        Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City, CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources:  Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
        Dr. Leamer's backup.



**Exhibit E5**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**Bay Area, 2001-2011**

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
   Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City, CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
   Dr. Leamer's backup.

## Exhibit E6
## Defendants Base Salary vs. Average Annual Wages
## in Technical, Creative, and R&D Occupations
## Bay Area, 2001-2011



Notes:  Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.

Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.

Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.

Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City, CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources:  Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.



**Exhibit E7**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**Portland Area, 2001-2011**

Notes:  Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024. Portland Area comprised of Portland-Vancouver, OR-WA PMSA, Portland-Vancouver-Beaverton, OR-WA, and Portland-Vancouver-Hillsboro, OR-WA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.



**Exhibit E8**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**Phoenix Area, 2001-2011**

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024. Phoenix Area comprised of Phoenix-Mesa, AZ MSA, Phoenix-Mesa-Scottsdale, AZ, and Phoenix-Mesa-Glendale, AZ.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

**Exhibit E9**
**Defendants Base Salary vs. Average Annual Wages**
**in Technical, Creative, and R&D Occupations**
**Portland Area, 2001-2011**



Notes:  Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
Portland Area comprised of Portland-Vancouver, OR-WA PMSA, Portland-Vancouver-Beaverton, OR-WA, and Portland-Vancouver-Hillsboro, OR-WA.

Sources:  Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

### Exhibit E10
### Defendants Base Salary vs. Average Annual Wages
### in Technical, Creative, and R&D Occupations
### Phoenix Area, 2001-2011



Notes:  Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
Phoenix Area comprised of Phoenix-Mesa, AZ MSA, Phoenix-Mesa-Scottsdale, AZ, and Phoenix-Mesa-Glendale, AZ.

Sources:  Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.