# EXHIBIT 23

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

Part 4 of 4



### Appendix A1
### Google - Base Salary by Grade
### Technical, Creative, and R&D Class
### 2004

Grade Level

Base Salary ($)

| | Base Salary - between the 5th and 95th percentiles | | Base Salary - below 5th and above 95th percentiles |
| Guideline Base Salary Range | | | New Hire's Base Salary |

Notes:   Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup and Dr. Hallock's backup.

Highly Confidential

**Appendix A2**

## Number of Employees and New Hires by Defendant and Year
### Technical, Creative, and R&D Class
### 2001 – 2011

**Number of Employees**

| Defendant | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOBE | 1,582 | 1,441 | 1,450 | 1,579 | 2,205 | 2,218 | 2,277 | 2,400 | 2,552 | 2,489 | 2,639 |
| APPLE | 2,670 | 2,866 | 2,954 | 2,942 | 3,358 | 3,677 | 4,248 | 4,950 | 5,589 | 6,663 | 7,582 |
| INTUIT | 1,554 | 1,973 | 1,904 | 1,826 | 1,809 | 1,859 | 2,233 | 2,317 | 2,208 | 2,278 | 2,429 |
| LUCASFILM | 57 | 65 | 72 | 80 | 134 | 274 | 335 | 320 | 348 | 338 | 320 |
| PIXAR | 372 | 411 | 413 | 435 | 476 | 548 | 564 | 661 | 700 | 746 | 765 |
| **Total** | **34,479** | **33,874** | **33,511** | **33,586** | **40,470** | **41,208** | **42,529** | **44,202** | **45,238** | **48,948** | **55,285** |

**Number of New Hires**

| Defendant | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ADOBE | 214 | 120 | 131 | 215 | 724 | 331 | 311 | 258 | 382 | 297 | 348 |
| APPLE | 542 | 354 | 302 | 339 | 643 | 589 | 752 | 859 | 819 | 1,331 | 1,508 |
| INTUIT | 299 | 397 | 245 | 263 | 360 | 373 | 652 | 373 | 234 | 293 | 329 |
| LUCASFILM | 18 | 6 | 7 | 9 | 36 | 127 | 81 | 50 | 43 | 57 | 23 |
| PIXAR | 103 | 71 | 45 | 45 | 62 | 97 | 48 | 134 | 84 | 83 | 81 |
| **Total** | **4,371** | **2,031** | **1,865** | **3,239** | **7,649** | **4,742** | **4,753** | **4,996** | **2,981** | **5,930** | **8,512** |

Notes:   The following employees are dropped: interns, part-time employees, senior executives, retail employees,
non-U.S. employees, and hourly employees.

235 Intel's employees with home country other than the U.S. in 2009 are dropped.

New hires are defined as employees who have their first observed record within 12 months after their current hire date.
Employees with first observed records on January 2001 need to have been hired in that month in order to be counted as
a new hires.

Source:   Dr. Leamer's backup.

Highly Confidential

Highly Confidential

**Appendix A3**
**Intel - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Note:   235 employees with home country other than the U S  in 2009 are dropped

Source:   Dr  Leamer's backup

Highly Confidential

**Appendix A4**
**Intel ▮▮▮ - Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Base Salary ($)

2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011

▮ Base Salary - between the 5th and 95th percentiles    ▮ Base Salary - below 5th and above 95th percentiles    • New Hire's Base Salary

Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
         Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.

Source:  Dr. Leamer's backup.

Highly Confidential

Appendix A4
Inte[  ] - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011

Base Salary ($)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

New Hire's Base Salary

Notes:  235 employees with home country other than the U.S. in 2009 are dropped.
Mean base salary in each grade is shown in white.
Number of employees in each year is shown on top of each box.

Source:  Dr. Leamer's backup.



Appendix A4
Intel — Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011

Highly Confidential

Base Salary ($)

| Base Salary - between the 5th and 95th percentiles | Base Salary - below 5th and above 95th percentiles |
| New Hire's Base Salary | Named Plaintiff's Base Salary |

Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
         Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix A4
Intel ▮ - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011



Base Salary (\$)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

| Base Salary - between the 5th and 95th percentiles | Base Salary - below 5th and above 95th percentiles |
| --- | --- |
| New Hire's Base Salary | Named Plaintiff's Base Salary |

Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
         Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A4**

Intel ▪ – Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011

Base Salary ($)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Base Salary - between the 5th and 95th percentiles ▪ Base Salary - below 5th and above 95th percentiles ● New Hire's Base Salary

Notes:  235 employees with home country other than the U.S. in 2009 are dropped.
Mean base salary in each grade is shown in white.
Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A4**

**Intel ▮ - Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Base Salary ($)

2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011

| Base Salary - between the 5th and 95th percentiles | Base Salary - below 5th and above 95th percentiles | • New Hire's Base Salary |

Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
Mean base salary in each grade is shown in white.
Number of employees in each year is shown on top of each box.

Source:   Dr. Leamer's backup.

Highly Confidential

Appendix A4
Intel - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011



Base Salary ($)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Base Salary - between the 5th and 95th percentiles    Base Salary - below 5th and above 95th percentiles    ● New Hire's Base Salary

Notes:    235 employees with home country other than the U.S. in 2009 are dropped.
          Mean base salary in each grade is shown in white.
          Number of employees in each year is shown on top of each box.

Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix A5**
**Apple - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source:  Dr. Leamer's backup

Appendix A6
Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011

Base Salary ($)

2005    2006    2007    2008    2009    2010    2011

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

• New Hire's Base Salary

Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.

Source:  Dr. Leamer's backup.

Highly Confidential

Appendix A6
Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011

Highly Confidential

Base Salary ($)



Notes:  Number of employees in each year is shown on top of each box.
        Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

New Hire's Base Salary

Appendix A6
Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011

Base Salary ($)

2005   2006   2007   2008   2009   2010   2011

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

New Hire's Base Salary

Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential

Highly Confidential

Appendix A6
Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011



Base Salary ($)

2005   2006   2007   2008   2009   2010   2011

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

New Hire's Base Salary

Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Appendix A6
Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011

Base Salary ($)

2005    2006    2007    2008    2009    2010    2011

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

New Hire's Base Salary

Notes:   Number of employees in each year is shown on top of each box.
          Mean base salary in each grade is shown in white.

Source:  Dr. Leamer's backup.

Highly Confidential

Highly Confidential

**Appendix A7**

**Select Adobe Job Code Years With Multipe Salary Ranges**

**Technical, Creative, and R&D Class**



| Job Code | Job Title | Year | Minimum | Middle | Maximum |
|---|---|---|---|---|---|

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Page 1 of 8

**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Highly Confidential

**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Highly Confidential

**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Page 4 of 8

Highly Confidential



**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Highly Confidential

Page 5 of 8

**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Highly Confidential

Highly Confidential

**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|

Highly Confidential

**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**

Number of Employees in Job Code

Count of Adobe Job Codes

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**

Number of Employees in Job Code

Count of Adobe Job Codes

Highly Confidential

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Number of Employees in Job Code

Count of Adobe Job Codes

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**

Number of Employees in Job Code

Count of Adobe Job Codes

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

Highly Confidential

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**

Number of Employees in Job Code

Count of Adobe Job Codes

Source: Dr. Leamer's backup.

Highly Confidential

# Appendix A9
## Count of Adobe Job Codes
## By Number of Employees in Job Code
## Technical, Creative, and R&D Class

[redacted]

Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

Highly Confidential

# Appendix A9
## Count of Adobe Job Codes
## By Number of Employees in Job Code
## Technical, Creative, and R&D Class

**Number of Employees in Job Code**

Count of Adobe Job Codes

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

Highly Confidential



**Appendix A10**
**Adobe ▮ Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

• New Hire's Base Salary

Notes: Number of employees in each year is shown on top of each box.
Mean base salary in each grade is shown in white.

Source: Dr. Leamer's backup.

Base Salary ($)

Appendix A10
Adobe [ ] - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011

Base Salary ($)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

New Hire's Base Salary

Named Plaintiff's Base Salary

Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential



Appendix A10

Adobe ▮▮▮▮ - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011

Base Salary ($)

Base Salary - between the 5th and 95th percentiles    Base Salary - below 5th and above 95th percentiles    • New Hire's Base Salary

Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential



Highly Confidential

Highly Confidential

Appendix A11
Adobe ████ - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011



Base Salary ($)

Base Salary - between the 5th and 95th percentiles

Base Salary - below 5th and above 95th percentiles

New Hire's Base Salary

Named Plaintiff's Base Salary

Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential



**Appendix A12**
**Adobe, Apple, Intel - Weighted Average Base Salary of Selected Grades**
**Technical, Creative and R&D Class**
**2001 - 2011**

Notes:   Number of employees in each year is shown in black.
         Average base salary is calculated by year and includes Intel employees in grades 5 to 11, Adobe employees in job codes 3001078, 3001498, 3001077, 3001079 and
         Apple employees in grades 1080, 1082, 1084, 1086, and 1088.
         The average growth rate of the average base salary is 4.5% during the alleged conduct period, and 3.5% outside of the alleged conduct period.
         Alternatively, the average growth rate of the average base salary is 3.0% during the alleged conduct period, and 2.3% outside of the alleged conduct period
         when growth is first calculated by grade and then averaged across the year.

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A13**
**Google - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source:  Dr. Leamer's backup.

Highly Confidential

Google

**Appendix A14**
**Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



2001 2002 2003 2004 2005 2006 2007 2008 2009 2010

ENTERPRISE_TECH_SOLUTIONS_ENGINEER_I_SPEC
MEMBER_OF_TECH_STAFF_ENGINEERING
RESEARCH_ENGINEER_I
SOFTWARE_ENGINEER_I
SOFTWARE_TEST_ENGINEER
TECH_SOLUTIONS_ENGINEER_I
WEB_APPLICATIONS_ENGINEER

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A14**
**Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Google



Legend:

- ASSOCIATE_BUSINESS_PRODUCT_MGR_I
- ASSOCIATE_PSO_TECH_SOLUTIONS_ENGINEER_II
- HARDWARE_ENGINEER_II
- MEMBER_OF_TECH_STAFF_ENGINEERING
- SOFTWARE_ENGINEER_PARTNER_SOLUTIONS_II
- TECH_SOLUTIONS_ENGINEER_II
- ASSOCIATE_BUSINESS_PRODUCT_MGR_II
- ENTERPRISE_APPLICATIONS_ENGINEER_II
- L&D_APPLICATIONS_ENGINEER_II
- SOFTWARE_ENGINEER_II
- SR_WEB_APPLICATIONS_ENGINEER
- ASSOCIATE_PRODUCT_MGR
- ENTERPRISE_TECH_SOLUTIONS_ENGINEER_II_SPEC
- MEMBER_OF_TECH_STAFF
- SOFTWARE_ENGINEER_IN_TEST_II
- SWE_SRE_II

Source: Dr. Leamer's backup.

Highly Confidential

Source: Dr. Leamer's backup.

**Appendix A14**

**Google ▯ - Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**



Legend:

- BUSINESS_PRODUCT_MGR
- HARDWARE_ENGINEER_III
- PSO_TECH_SOLUTIONS_ENGINEER_III
- SECURITY_MGR
- SOFTWARE_ENGINEER_ORACLE
- TECH_SOLUTIONS_ENGINEER_III
- ENTERPRISE_APPLICATIONS_ENGINEER_III
- MEMBER_OF_TECH_STAFF_ENGINEERING
- RESEARCH_SCIENTIST
- SOFTWARE_ENGINEER_III
- SWE_SRE_III
- ENTERPRISE_TECH_SOLUTIONS_ENGINEER_III_SPEC
- PRODUCT_MGR
- RESEARCH_STATISTICIAN
- SOFTWARE_ENGINEER_IN_TEST_III
- TECH_LEAD_WEB_APPLICATIONS_ENGINEERING

Highly Confidential

Google

**Appendix A14**
**- Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



BUSINESS_PRODUCT_MGR

ENTERPRISE_SR_APPLICATIONS_ENGINEER

MGR_I_SWE_SRE

MTS_SR_HARDWARE_ENGINEER

MTS_SR_SOFTWARE_ENGINEER_IN_TEST

PSO_SR_TECH_SOLUTIONS_ENGINEER

SR_PROJECT_ENGINEER

SR_SOFTWARE_ENGINEER_IN_TEST

YET_TO_ASSIGN_T5_LEVEL

ECONOMIST_II

ENTERPRISE_SR_TECH_SOLUTIONS_ENGINEER_SPEC

MGR_SOFTWARE_ENGINEERING_I

MTS_SR_RESEARCH_SCIENTIST

MTS_SR_SWE_SRE

SR_HARDWARE_ENGINEER

SR_RESEARCH_SCIENTIST

SR_SOFTWARE_ENGINEER_PARTNER_SOLUTIONS

ENGINEERING_MGR_I

MGR_I_ENTERPRISE_TECH_SOLUTIONS_ENGINEER_SPEC

MTS_SR_APPLICATIONS_ENGINEER

MTS_SR_SOFTWARE_ENGINEER

PRODUCT_MGR

SR_INDUSTRIAL_ENGINEER

SR_SOFTWARE_ENGINEER

SR_SWE_SRE

Source:   Dr. Leamer's backup.

Highly Confidential

Google

**Appendix A14**
**- Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**



BUSINESS_PRODUCT_MGR
MGR_II_ENTERPRISE_APPLICATIONS_ENGINEER
MGR_II_SWE_SRE
MTS_STAFF_RESEARCH_SCIENTIST
MTS_STAFF_SWE_SRE
PSO_TECH_SOLUTIONS_ENGINEERING_MGR_I
STAFF_RESEARCH_SCIENTIST
STAFF_SOFTWARE_ENGINEER_PARTNER_SOLUTIONS

ENGINEERING_MGR_II
MGR_II_ENTERPRISE_TECH_SOLUTIONS_ENGINEER_SPEC
MGR_SOFTWARE_ENGINEERING_II
MTS_STAFF_SOFTWARE_ENGINEER
PRODUCT_MGR
STAFF_HARDWARE_ENGINEER
STAFF_SOFTWARE_ENGINEER
STAFF_SWE_SRE

ENTERPRISE_STAFF_TECH_SOLUTIONS_ENGINEER_SPEC
MGR_II_SOFTWARE_ENGINEERING_PARTNER_SOLUTION
MTS_STAFF_HARDWARE_ENGINEER
MTS_STAFF_SOFTWARE_ENGINEER_IN_TEST
PSO_STAFF_TECH_SOLUTIONS_ENGINEER
STAFF_INDUSTRIAL_ENGINEER
STAFF_SOFTWARE_ENGINEER_IN_TEST

Source:   Dr. Leamer's backup.

Highly Confidential

**Google**

**Appendix A14**
**- Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

BUSINESS_PRODUCT_MGR
MGR_III_ENTERPRISE_TECH_SOLUTIONS_ENGINEER_SPEC
MGR_SWE_SRE_III
MTS_SR_STAFF_RESEARCH_SCIENTIST
SR_STAFF_HARDWARE_ENGINEER
SR_STAFF_SOFTWARE_ENGINEER_PARTNER_SOLUTIONS

ENGINEERING_MGR_III
MGR_III_SOFTWARE_ENGINEERING_PARTNER_SOLUTIONS
MGR_TECH_OPS
MTS_SR_STAFF_SOFTWARE_ENGINEER
SR_STAFF_RESEARCH_SCIENTIST
SR_STAFF_SWE_SRE

ENGINEERING_SITE_DIR
MGR_SOFTWARE_ENGINEERING_III
MTS_SR_STAFF_HARDWARE_ENGINEER
PRODUCT_MGR
SR_STAFF_SOFTWARE_ENGINEER

Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix A14**
**Google - Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source:  Dr. Leamer's backup.

Highly Confidential

**Google**

**Appendix A14
- Number of Employees by Job Title Over Time
Technical, Creative, and R&D Class**



2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Legend:

- DIR_RESEARCH_II
- DIR_SOFTWARE_ENGINEERING_II
- DIR_SWE_SRE_II
- DIR_TECH
- DISTINGUISHED_RESEARCHER
- DISTINGUISHED_SOFTWARE_ENGINEER
- MTS_DISTINGUISHED_SOFTWARE_ENGINEER

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A15**

**Google** █ **- Number of Employees by Job Title Over Time**
**Technical, Creative, and R&D Class**



Legend:

- ASSOCIATE_BUSINESS_PRODUCT_MGR_I
- ASSOCIATE_PSO_TECH_SOLUTIONS_ENGINEER_II
- HARDWARE_ENGINEER_II
- MEMBER_OF_TECH_STAFF_ENGINEERING
- SOFTWARE_ENGINEER_PARTNER_SOLUTIONS_II
- TECH_SOLUTIONS_ENGINEER_II
- ASSOCIATE_BUSINESS_PRODUCT_MGR_II
- ENTERPRISE_APPLICATIONS_ENGINEER_II
- L&D_APPLICATIONS_ENGINEER_II
- SOFTWARE_ENGINEER_II
- SR_WEB_APPLICATIONS_ENGINEER
- ASSOCIATE_PRODUCT_MGR
- ENTERPRISE_TECH_SOLUTIONS_ENGINEER_II_SPEC
- MEMBER_OF_TECH_STAFF
- SOFTWARE_ENGINEER_IN_TEST_II
- SWE_SRE_II

Source: Dr. Leamer's backup.



Highly Confidential

Highly Confidential



Appendix A16
Google –
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011

Average Base Salary    Average Bonus    Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix A16
Google -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011

Average Base Salary

Average Bonus

Average Equity Grants

Notes:    Excludes over-time and LTI compensation.
Source:    Dr. Leamer's backup.

Highly Confidential



**Appendix A16**
**Google –**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**

Average Base Salary   Average Bonus   Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix A16**
**Google –**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**

Average Base Salary    Average Bonus    Average Equity Grants

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Notes:   Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.



Appendix A16
Google -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011

Average Base Salary   Average Bonus   Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential

Highly Confidential



Appendix A16
Google -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011

Average Base Salary | Average Bonus | Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.



Appendix A16
Google -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011

Average Equity Grants

Average Bonus

Average Base Salary

Notes:  Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.

Highly Confidential

Highly Confidential

**Appendix A17**
**Google -**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



2002   2003   2004   2005   2006   2007   2008   2009   2010

Employees New to Grade     Employees Previously in Grade

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A17**
**Google -**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**



2002 2003 2004 2005 2006 2007 2008 2009 2010 2011

Employees New to Grade

Employees Previously in Grade

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A17**
**Google -**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



| Employees New to Grade | | Employees Previously in Grade |

2002 2003 2004 2005 2006 2007 2008 2009 2010 2011

Source:  Dr. Leamer's backup.

Highly Confidential



**Appendix A17**
**Google -**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 – 2011**

Employees New to Grade

Employees Previously in Grade

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A17**
**Google -**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Employees New to Grade    Employees Previously in Grade

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A17**
**Google -**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



| 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |

Employees New to Grade

Employees Previously in Grade

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A17**
**Google -**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Employees New to Grade    Employees Previously in Grade

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A17**
**Google -**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**

Share of Employees in Grade (%)

2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Employees New to Grade    Employees Previously in Grade

Source:  Dr. Leamer's backup.



**Appendix A18**
**Intuit Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Share of Total Compensation (%)

Average Base Salary

Average Bonus

Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix A19**
**Pixar Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Share of Total Compensation (%)

Average Base Salary    Average Bonus    Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.

Highly Confidential

Highly Confidential



**Appendix A20**
**Lucasfilm Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Share of Total Compensation (%)

Average Base Salary

Average Bonus

Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.



**Appendix B1**
**Adobe, Apple, Intel, and Google**
**Separation Rates Comparison Between Employees with Some and Zero Equity Grants**
**Technical, Creative and R&D Class**

Seperation Rates (%)

2001   2002   2003   2004   2005   2006   2007   2008   2009   2010

Some Equity Grants   No Equity Grants

Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B2**
**Adobe, Apple, Intel, and Google**
**Retention of Employees with Some and Zero Equity Grants**
**Technical, Creative and R&D Class**
**2001 - 2011**

Note: Stayers are defined as employees at year-end that are also present in the next year-end data for the defendant
      Leavers are defined as employees at year-end that are not present in the next year-end data for the defendant

Source: Dr. Leamer's backup

Highly Confidential



**Appendix B3**
**Adobe –Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  140 employee(s) with no equity grants.
          Excludes a total of   30 employee(s) with a ratio greater than 2.
          Includes  1,412 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:    Excludes a total of 1,013 employee(s) with no equity grants.
          Excludes a total of  12 employee(s) with a ratio greater than 2.
          Includes   416 employee(s) in the class.
          Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   680 employee(s) with no equity grants.
         Excludes a total of     6 employee(s) with a ratio greater than 2.
         Includes   764 employee(s) in the class.
Source:  Dr. Learner's backup.

Highly Confidential

**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**



Notes:   Excludes a total of  810 employee(s) with no equity grants.
         Excludes a total of  4 employee(s) with a ratio greater than 2.
         Includes  765 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   607 employee(s) with no equity grants.
         Excludes a total of   7 employee(s) with a ratio greater than 2.
         Includes 1,591 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**



Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of  666 employee(s) with no equity grants.
         Excludes a total of  11 employee(s) with a ratio greater than 2.
         Includes  1,541 employee(s) in the class.
Source:   Dr. Leamer's backup.





**Appendix B3**
**Adobe – Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:    Excludes a total of  724 employee(s) with no equity grants.
          Excludes a total of   21 employee(s) with a ratio greater than 2.
          Includes  1,532 employee(s) in the class.
Source:   Dr. Leamer's backup.





**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:    Excludes a total of  713 employee(s) with no equity grants.
          Excludes a total of  15 employee(s) with a ratio greater than 2.
          Includes  1,672 employee(s) in the class.
  Source:   Dr. Leamer's backup.





**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Highly Confidential

Notes:    Excludes a total of 1,088 employee(s) with no equity grants.
          Excludes a total of   62 employee(s) with a ratio greater than 2.
          Includes 1,402 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,062 employee(s) with no equity grants.
        Excludes a total of   24 employee(s) with a ratio greater than 2.
        Includes 1,403 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,122 employee(s) with no equity grants.
         Excludes a total of 42 employee(s) with a ratio greater than 2.
         Includes 1,475 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of    23 employee(s) with no equity grants.
         Excludes a total of    2 employee(s) with a ratio greater than 4.
         Includes  2,645 employee(s) in the class.
Source:  Dr. Leamer's backup.



**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**

Highly Confidential

Notes:   Excludes a total of 2,559 employee(s) with no equity grants.
         Excludes a total of  1 employee(s) with a ratio greater than 4.
         Includes  306 employee(s) in the class.
Source:  Dr. Leamer's backup.





**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:    Excludes a total of 1,435 employee(s) with no equity grants.
          Excludes a total of    0 employee(s) with a ratio greater than 4.
          Includes  1,519 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 2,002 employee(s) with no equity grants.
         Excludes a total of   1 employee(s) with a ratio greater than 4.
         Includes   939 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:    Excludes a total of 1,951 employee(s) with no equity grants.
          Excludes a total of    8 employee(s) with a ratio greater than 4.
          Includes  1,399 employee(s) in the class.
Source:   Dr. Leamer's backup.





**Appendix B3**

**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**

**Technical, Creative and R&D Class**

**2006**

**Share of Workforce (%)**

**Ratio of Equity Grants Relative to Base Salary**

Notes:   Excludes a total of 1,988 employee(s) with no equity grants.
         Excludes a total of  13 employee(s) with a ratio greater than 4.
         Includes  1,676 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Highly Confidential



**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,797 employee(s) with no equity grants.
         Excludes a total of  39 employee(s) with a ratio greater than 4.
         Includes 2,412 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of 1,695 employee(s) with no equity grants.
          Excludes a total of   33 employee(s) with a ratio greater than 4.
          Includes  3,222 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,866 employee(s) with no equity grants.
         Excludes a total of  45 employee(s) with a ratio greater than 4.
         Includes  3,678 employee(s) in the class.
Source:   Dr. Leamer's backup.





Appendix B3
Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class

Highly Confidential

Notes:   Excludes a total of 1,679 employee(s) with no equity grants.
Excludes a total of   76 employee(s) with a ratio greater than 4.
Includes 4,908 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,523 employee(s) with no equity grants.
         Excludes a total of  74 employee(s) with a ratio greater than 4.
         Includes 5,985 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2001**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   52 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 4.
         Includes   49 employee(s) in the class.
Source:   Dr. Leamer's backup.





**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:    Excludes a total of  172 employee(s) with no equity grants.
          Excludes a total of   0 employee(s) with a ratio greater than 4.
          Includes    5 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential





Appendix B3

**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:   Excludes a total of   150 employee(s) with no equity grants.
        Excludes a total of   51 employee(s) with a ratio greater than 4.
        Includes   308 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**



**Share of Workforce (%)**

**Ratio of Equity Grants Relative to Base Salary**

Notes:   Excludes a total of   459 employee(s) with no equity grants.
        Excludes a total of   99 employee(s) with a ratio greater than 4.
        Includes   468 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Notes: Excludes a total of 456 employee(s) with no equity grants.
Excludes a total of 296 employee(s) with a ratio greater than 4.
Includes 1,506 employee(s) in the class.
Source: Dr. Leamer's backup.





Appendix B3

**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:   Excludes a total of   477 employee(s) with no equity grants.
         Excludes a total of   64 employee(s) with a ratio greater than 4.
         Includes 3,235 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  207 employee(s) with no equity grants.
Excludes a total of 198 employee(s) with a ratio greater than 4.
Includes  4,884 employee(s) in the class.
Source:   Dr. Leamer's backup.



Highly Confidential

**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,054 employee(s) with no equity grants.
         Excludes a total of  43 employee(s) with a ratio greater than 4.
         Includes  5,290 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  131 employee(s) with no equity grants.
Excludes a total of  396 employee(s) with a ratio greater than 4.
Includes  6,297 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  776 employee(s) with no equity grants.
Excludes a total of  356 employee(s) with a ratio greater than 4.
Includes  7,561 employee(s) in the class.
Source:   Dr. Leamer's backup.





**Appendix B3**
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:    Excludes a total of 1,523 employee(s) with no equity grants.
          Excludes a total of 142 employee(s) with a ratio greater than 4.
          Includes 9,474 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Highly Confidential

**Appendix B3**

**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**

**Technical, Creative and R&D Class**

**2001**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  418 employee(s) with no equity grants.
Excludes a total of  583 employee(s) with a ratio greater than 2.
Includes 27,142 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**

**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   518 employee(s) with no equity grants.
Excludes a total of   165 employee(s) with a ratio greater than 2.
Includes 26,228 employee(s) in the class.
Source:   Dr. Leamer's backup.




Highly Confidential

**Appendix B3**
**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 2,404 employee(s) with no equity grants.
Excludes a total of   82 employee(s) with a ratio greater than 2.
Includes 23,723 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**

**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**

**Technical, Creative and R&D Class**

**2004**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

0.0  0.1  0.2  0.3  0.4  0.5  0.6  0.7  0.8  0.9  1.0  1.1  1.2  1.3  1.4  1.5  1.6  1.7  1.8  1.9  2.0

Notes:   Excludes a total of 2,248 employee(s) with no equity grants.
         Excludes a total of 174 employee(s) with a ratio greater than 2.
         Includes 23,276 employee(s) in the class.
Source:   Dr. Leamer's backup.





**Appendix B3**

**Intel – Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**

**Technical, Creative and R&D Class**

**2005**

Highly Confidential

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of 2,968 employee(s) with no equity grants.
          Excludes a total of   0 employee(s) with a ratio greater than 2.
          Includes 7,262 employee(s) in the class.
Source:   Dr. Leamer's backup.





**Appendix B3**
**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:   Excludes a total of 1,675 employee(s) with no equity grants.
Excludes a total of   6 employee(s) with a ratio greater than 2.
Includes 27,175 employee(s) in the class.
Source:   Dr. Leamer's backup.

**Appendix B3**
**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,821 employee(s) with no equity grants.
         Excludes a total of   3 employee(s) with a ratio greater than 2.
         Includes 25,759 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Highly Confidential

**Appendix B3**
**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of 1,715 employee(s) with no equity grants.
         Excludes a total of   6 employee(s) with a ratio greater than 2.
         Includes 25,446 employee(s) in the class.
Source:   Dr. Leamer's backup.





**Appendix B3**

**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**

**Technical, Creative and R&D Class**

**2009**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  712 employee(s) with no equity grants.
        Excludes a total of  20 employee(s) with a ratio greater than 2.
        Includes 26,285 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:   Excludes a total of 2,262 employee(s) with no equity grants.
         Excludes a total of   4 employee(s) with a ratio greater than 2.
         Includes 25,475 employee(s) in the class.
Source:  Dr. Leamer's backup.



Highly Confidential

**Appendix B3**
**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 3,247 employee(s) with no equity grants.
Excludes a total of   1 employee(s) with a ratio greater than 2.
Includes 27,163 employee(s) in the class.
Source:   Dr. Leamer's backup.





Appendix B3

**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2001**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:   Excludes a total of  200 employee(s) with no equity grants.
         Excludes a total of  14 employee(s) with a ratio greater than 2.
         Includes  1,340 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**



Notes:   Excludes a total of 1,416 employee(s) with no equity grants.
         Excludes a total of   1 employee(s) with a ratio greater than 2.
         Includes   556 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential





**Appendix B3**

**Intuit -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**

**Technical, Creative and R&D Class**

**2003**

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of   864 employee(s) with no equity grants.
         Excludes a total of   1 employee(s) with a ratio greater than 2.
         Includes  1,039 employee(s) in the class.
Source:  Dr. Leamer's backup.





**Appendix B3**

**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of   756 employee(s) with no equity grants.
         Excludes a total of   1 employee(s) with a ratio greater than 2.
         Includes  1,069 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential





Highly Confidential

**Appendix B3**
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**

Ratio of Equity Grants Relative to Base Salary

Notes:    Excludes a total of   614 employee(s) with no equity grants.
Excludes a total of     0 employee(s) with a ratio greater than 2.
Includes  1,195 employee(s) in the class.
Source:    Dr. Leamer's backup.



**Appendix B3**

**Intuit -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:   Excludes a total of  117 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes  1,742 employee(s) in the class.
Source:   Dr. Leamer's backup.





Appendix B3
Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2007

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Highly Confidential

Notes:   Excludes a total of  414 employee(s) with no equity grants.
         Excludes a total of    0 employee(s) with a ratio greater than 2.
         Includes  1,819 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**

Notes:   Excludes a total of   161 employee(s) with no equity grants.
Excludes a total of     0 employee(s) with a ratio greater than 2.
Includes  2,156 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**

**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  120 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes  2,088 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential



**Appendix B3**

**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**

**Technical, Creative and R&D Class**

**2010**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   142 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes  2,136 employee(s) in the class.
Source:  Dr. Leamer's backup.



Highly Confidential

**Appendix B3**
**Intuit -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  203 employee(s) with no equity grants.
        Excludes a total of   0 employee(s) with a ratio greater than 2.
        Includes  2,226 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix B3

Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2001

Notes:   Excludes a total of   304 employee(s) with no equity grants.
         Excludes a total of     0 employee(s) with a ratio greater than 2.
         Includes    68 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**

Notes:   Excludes a total of  334 employee(s) with no equity grants.
         Excludes a total of  25 employee(s) with a ratio greater than 2.
         Includes     52 employee(s) in the class.
Source:  Dr. Leamer's backup.



Appendix B3
Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2003

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:    Excludes a total of   355 employee(s) with no equity grants.
          Excludes a total of   51 employee(s) with a ratio greater than 2.
          Includes   7 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix B3
Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2004

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  387 employee(s) with no equity grants.
         Excludes a total of  20 employee(s) with a ratio greater than 2.
         Includes  28 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Highly Confidential



**Appendix B3**

**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**

**Technical, Creative and R&D Class**

**2005**

Notes:   Excludes a total of  158 employee(s) with no equity grants.
         Excludes a total of   23 employee(s) with a ratio greater than 2.
         Includes   295 employee(s) in the class.
Source:   Dr. Leamer's backup.



Highly Confidential

**Appendix B3**
**Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**

Notes:   Excludes a total of  136 employee(s) with no equity grants.
         Excludes a total of   13 employee(s) with a ratio greater than 2.
         Includes  399 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**

Notes:   Excludes a total of    5 employee(s) with no equity grants.
         Excludes a total of    8 employee(s) with a ratio greater than 2.
         Includes    551 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential



**Appendix B3**
**Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**

Notes:   Excludes a total of   32 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes   629 employee(s) in the class.
Source:   Dr. Learner's backup.

Highly Confidential



**Appendix B3**
**Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**

Notes:   Excludes a total of   660 employee(s) with no equity grants.
          Excludes a total of   0 employee(s) with a ratio greater than 2.
          Includes   40 employee(s) in the class.
          Source:   Dr. Leamer's backup.



Highly Confidential



Highly Confidential

Highly Confidential



**Appendix B4**
**Share of Workforce Which was Awarded Some Equity Grants**
**Technical, Creative, and R&D Class**
**2001 - 2011**

Adobe | Apple | Google | Intel
Intuit | Lucasfilm | Pixar

Source:  Dr. Leamer's backup.



Highly Confidential



**Appendix B5**
**Intel –**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**

Share of Total Compensation (%)

Average Base Salary
Average Bonus
Average Equity Grants

2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011

Notes:    Excludes over-time and LTI compensation.
          235 employees with home country other than the U.S. in 2009 are dropped.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix B5
Intel -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011

Average Base Salary   Average Bonus   Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
235 employees with home country other than the U.S. in 2009 are dropped.
Source:   Dr. Leamer's backup.

Highly Confidential



**Appendix B5**
**Intel -**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**

Notes:   Excludes over-time and LTI compensation.
235 employees with home country other than the U.S. in 2009 are dropped.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix B5
Intel -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011

Average Base Salary    Average Bonus    Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
         235 employees with home country other than the U.S. in 2009 are dropped.
Source:  Dr. Leamer's backup.

Highly Confidential



**Appendix B5**
**Intel -**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**

Average Base Salary    Average Bonus    Average Equity Grants

Notes:    Excludes over-time and LTI compensation.
          235 employees with home country other than the U.S. in 2009 are dropped.
Source:   Dr. Leamer's backup.



**Appendix B5**
**Intel -**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**

Average Base Salary | Average Bonus | Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
         235 employees with home country other than the U.S. in 2009 are dropped.
Source:  Dr. Leamer's backup.

Highly Confidential

Highly Confidential



Appendix B5
Intel -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011

Notes:   Excludes over-time and LTI compensation.
         235 employees with home country other than the U.S. in 2009 are dropped.
Source:  Dr. Leamer's backup.

Highly Confidential



Appendix B6
Apple -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2005 - 2011

Share of Total Compensation (%)

Average Base Salary
Average Bonus
Average Equity Grants

Notes:   Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.



Appendix B6
Apple -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2005 - 2011

Share of Total Compensation (%)

Average Base Salary   Average Bonus   Average Equity Grants

2005   2006   2007   2008   2009   2010   2011

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential

Highly Confidential



Appendix B6
Apple -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2005 - 2011

Share of Total Compensation (%)

Average Base Salary    Average Bonus    Average Equity Grants

Notes:  Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.



Highly Confidential

Highly Confidential



**Appendix B6**
**Apple -**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2005 - 2011**

Share of Total Compensation (%)

2005  2006  2007  2008  2009  2010  2011

Average Base Salary   Average Bonus   Average Equity Grants

Notes: Excludes over-time and LTI compensation.
Source: Dr. Leamer's backup.

Highly Confidential

**Appendix B7**
**Intel - Santa Clara, CA Location**
**Digital Enterprise Group Department**
**Job Title Component Design Engineer 8**
**Total Compensation Relative to Performance Rating**
**Technical, Creative and R&D Class**

| Year | Performance Rating | Total Compensation | | | No. of Employees |
|---|---|---|---|---|---|
| | | Minimum | Median | Maximum | |

Note:  Key talent is defined as employees with total compensation greater than $150,000 and more than 15% in equity grants.

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix B8**
**Intel - Santa Clara, CA Location**
**Digital Enterprise Group Department**
**Job Title Component Design Engineer 8**
**Equity Grants Relative to Performance Rating**
**Technical, Creative and R&D Class**



| Year | Performance Rating | Equity Grants | | | No. of Employees |
|---|---|---|---|---|---|
| | | Minimum | Median | Maximum | |

Note:  Key talent is defined as employees with total compensation greater than $150,000
and more than 15% in equity grants.

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix C1**
**Average Equity Grants by Defendant and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



| Adobe | Apple | Google | Intel |
| Intuit | Lucasfilm | Pixar | |

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Source:  Dr. Leamer's backup.



**Appendix C2**
**Adobe – San Jose Location**
**FTG: Core Technology Department**
**Job Title [REDACTED]**
**Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers**
**Technical, Creative and R&D Class**

Equity Grants ($)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Uniquely Rewarded Members    Other Members

Notes:  Uniquely rewarded members are defined as employees with total compensation greater than $120,000
        and more than 15% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential

Highly Confidential



Appendix C2
Apple - Santa Clara Valley Location
Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers
Technical, Creative and R&D Class
2005-2011

○ Uniquely Rewarded Members      □ Other Members

Equity Grants ($)

2005   2006   2007   2008   2009   2010   2011

Notes:   Uniquely rewarded members are defined as employees in ICT grade level with total compensation greater than $200,000
and more than 40% earned in equity grants.
Source: Dr. Leamer's backup.



**Appendix C2**
**Google - Mountain View Location**
**Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers**
**Technical, Creative and R&D Class**
**2002-2011**

○ Uniquely Rewarded Members          □ Other Members

Equity Grants ($)

2002   2003   2004   2005   2006   2007   2008   2009   2010   2011

Notes:  Uniquely rewarded members are defined as employees with total compensation greater than $200,000
        and more than 60% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential

Highly Confidential

Appendix C2
Intel - Santa Clara Location

Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers
Technical, Creative and R&D Class
2005-2011



Equity Grants ($)

2005   2006   2007   2008   2009

○ Uniquely Rewarded Members      □ Other Members

Notes: Uniquely rewarded members are defined as employees with total compensation greater than $150,000
and more than 15% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C3**
**Google - Mountain View Location -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of    3 employee(s) with no equity grants.
Excludes a total of    0 employee(s) with a ratio greater than 4.
Includes    0 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C3**
**Google - Mountain View Location –**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of    7 employee(s) with no equity grants.
         Excludes a total of    5 employee(s) with a ratio greater than 4.
         Includes   10 employee(s) in the class.
         Source: Dr. Learner's backup.

Highly Confidential



**Appendix C3**
**Google - Mountain View Location -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   25 employee(s) with no equity grants.
         Excludes a total of    2 employee(s) with a ratio greater than 4.
         Includes    1 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C3**
**Google - Mountain View Location -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   38 employee(s) with no equity grants.
         Excludes a total of    7 employee(s) with a ratio greater than 4.
         Includes   29 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



Appendix C3
Google - Mountain View Location -
Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2006

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   14 employee(s) with no equity grants.
         Excludes a total of    2 employee(s) with a ratio greater than 4.
         Includes   91 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C3**
**Google - Mountain View Location -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of    4 employee(s) with no equity grants.
         Excludes a total of   34 employee(s) with a ratio greater than 4.
         Includes  156 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



Appendix C3
Google - Mountain View Location -
Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2008

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of   29 employee(s) with no equity grants.
Excludes a total of    0 employee(s) with a ratio greater than 4.
Includes  222 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C3**
**Google - Mountain View Location -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of    2 employee(s) with no equity grants.
         Excludes a total of  101 employee(s) with a ratio greater than 4.
         Includes  240 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential

**Appendix C3**

**Google - Mountain View Location -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   20 employee(s) with no equity grants.
         Excludes a total of   63 employee(s) with a ratio greater than 4.
         Includes  353 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C3**
**Google - Mountain View Location –**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**

Notes:   Excludes a total of   27 employee(s) with no equity grants.
Excludes a total of   13 employee(s) with a ratio greater than 4.
Includes   528 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C4**

**Apple -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of 1,198 employee(s) with no equity grants.
         Excludes a total of    0 employee(s) with a ratio greater than 4.
         Includes  805 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C4**

**Apple –**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,383 employee(s) with no equity grants.
Excludes a total of    0 employee(s) with a ratio greater than 4.
Includes   953 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

**Appendix C4**

**Apple -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**



**Share of Workforce (%)**

**Ratio of Equity Grants Relative to Base Salary**

Notes:   Excludes a total of 1,271 employee(s) with no equity grants.
        Excludes a total of    0 employee(s) with a ratio greater than 4.
        Includes 1,473 employee(s) in the class.
        Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C4**
**Apple –**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**

**Share of Workforce (%)**

**Ratio of Equity Grants Relative to Base Salary**

Notes:   Excludes a total of 1,239 employee(s) with no equity grants.
         Excludes a total of    9 employee(s) with a ratio greater than 4.
         Includes 1,951 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C4**
**Apple -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**

Notes:   Excludes a total of 1,392 employee(s) with no equity grants.
Excludes a total of    8 employee(s) with a ratio greater than 4.
Includes 2,350 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



Appendix C4

**Apple -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**

Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:   Excludes a total of 1,288 employee(s) with no equity grants.
         Excludes a total of     5 employee(s) with a ratio greater than 4.
         Includes 3,244 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C4**

**Apple -**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,134 employee(s) with no equity grants.
         Excludes a total of    4 employee(s) with a ratio greater than 4.
         Includes 3,988 employee(s) in the class.
         Source: Dr. Leamer's backup.



Appendix C4

Apple -
Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary
Technical, Creative and R&D Class
2005

Percent (%)

Ratio of Restricted Stock and Stock Options Relative to Base Salary

Notes:   Excludes a total of 1,198 employee(s) with no stock or option grant.
         Excludes a total of   0 employee(s) with a ratio greater than 4.
         Includes  805 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential

Highly Confidential



Appendix C4

**Apple -**
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**

Percent (%)

Ratio of Restricted Stock and Stock Options Relative to Base Salary

Notes:   Excludes a total of 1,383 employee(s) with no stock or option grant.
Excludes a total of   0 employee(s) with a ratio greater than 4.
Includes  953 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



Appendix C4

**Apple -**
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**

Ratio of Restricted Stock and Stock Options Relative to Base Salary

Percent (%)

Notes:   Excludes a total of 1,271 employee(s) with no stock or option grant.
         Excludes a total of   0 employee(s).
         Includes 1,473 employee(s) with a ratio greater than 4.
         Includes 1,473 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C4**

**Apple -**
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**

Notes:   Excludes a total of 1,239 employee(s) with no stock or option grant.
         Excludes a total of    9 employee(s) with a ratio greater than 4.
         Includes 1,951 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C4**

**Apple –**
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**

Ratio of Restricted Stock and Stock Options Relative to Base Salary

Percent (%)

Notes:   Excludes a total of 1,392 employee(s) with no stock or option grant.
         Excludes a total of    8 employee(s) with a ratio greater than 4.
         Includes 2,350 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential



Appendix C4

Apple -
Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary
Technical, Creative and R&D Class
2010

Ratio of Restricted Stock and Stock Options Relative to Base Salary

Percent (%)

Notes:   Excludes a total of 1,288 employee(s) with no stock or option grant.
Excludes a total of    5 employee(s) with a ratio greater than 4.
Includes 3,244 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C4**

**Apple -**
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**

Ratio of Restricted Stock and Stock Options Relative to Base Salary

Percent (%)

Notes:   Excludes a total of 1,134 employee(s) with no stock or option grant.
         Excludes a total of 4 employee(s) with a ratio greater than 4.
         Includes 3,988 employee(s) in the class.
         Source: Dr. Leamer's backup.

Highly Confidential

**Appendix C5**

**Intel -**

**Performance Rating by Year for Uniquely Rewarded
Class Members and Their Peers
Technical, Creative and R&D Class**



Note: Uniquely rewarded members are defined as employees with total compensation
greater than $150,000 and more than 15% in restricted stock and options

Source: Dr. Leamer's backup.

**Appendix D1**

**Hires from Other Defendants as a Share of All Hires**

**Technical, Creative and R&D Class**

**2001 - 2011**

| Year | New Hires From Other Defendants | All New Hires | New Hires from Other Defendants as a Share of All New Hires |
|------|---------------------------------|---------------|-------------------------------------------------------------|
| 2001 | 20 | 4,215 | 0.5 % |
| 2002 | 12 | 2,259 | 0.5 |
| 2003 | 14 | 2,032 | 0.7 |
| 2004 | 21 | 3,871 | 0.5 |
| 2005 | 53 | 7,576 | 0.7 |
| 2006 | 57 | 5,517 | 1.0 |
| 2007 | 76 | 5,039 | 1.5 |
| 2008 | 57 | 5,187 | 1.1 |
| 2009 | 42 | 2,775 | 1.5 |
| 2010 | 116 | 6,114 | 1.9 |
| 2011 | 109 | 8,125 | 1.3 |
| **Total** | **577** | **52,710** | **1.1 %** |

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix D2**
**Adobe Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**



Number of Employees

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

New Hires
Sum of Hires & Leavers
Leavers
Stayers
Hired & Left within Year
Stayers without class movement

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix D2**
**Apple Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**



Number of Employees

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

New Hires     Leavers     Hired & Left within Year
Stayers     Sum of Hires & Leavers     Stayers without class movement

Source: Dr. Leamer's backup.

Highly Confidential

Appendix D2

**Google  Retained Employees, New Hires, and Departures Ever in Technical, Creative, and R&D**

**2001 – 2011**



Number of Employees

2001   2002   2003   2004   2005   2006   2007   2008   2009   2010   2011

— New Hires
— Stayers
— Leavers
— Sum of Hires & Leavers
— Hired & Left within Year
— Stayers without class movement

Source: Dr. Leamer's backup.

Highly Confidential

## Appendix D2
## Intel Retained Employees, New Hires, and Departures
## Ever in Technical, Creative, and R&D
## 2001 - 2011



Number of Employees

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

New Hires          Leavers          Hired & Left within Year
Stayers          Sum of Hires & Leavers          Stayers without class movement

Source: Dr. Learner's backup.

Highly Confidential



Highly Confidential

**Appendix D2**
**Lucasfilm Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**

Source: Dr. Leamer's backup.

Highly Confidential



Highly Confidential



## Appendix E1
## Employee Concentration by Core-Based Statistical Area
## Adobe, Apple, Google, Intel, Intuit, Lucasfilm, and Pixar
## Technical, Creative and R&D Class
## 2007

**Core-Based Statistical Area (CBSA)**

- Bay Area: 44.90%
- Portland-Vancouver-Hillsboro, OR-WA: 21.15%
- Phoenix-Mesa-Scottsdale, AZ: 12.83%
- Seattle-Tacoma-Bellevue, WA: 3.51%
- Boston-Cambridge-Newton, MA-NH: 2.93%
- Albuquerque, NM: 2.65%
- Austin-Round Rock, TX: 1.69%
- San Diego-Carlsbad, CA: 1.37%
- Los Angeles-Long Beach-Anaheim, CA: 1.31%
- New York-Newark-Jersey City, NY-NJ-PA: 1.21%
- Fort Collins, CO: 0.93%
- Other: 5.45%

Non-Bay Area: 55.10%

Notes: California CBSAs Sacramento (10.73%), San Francisco (4.36%), San Jose (29.76%), and Santa Rosa (0.05%) are combined into "Bay Area."
CBSAs with less than 0.50% share and employees without an identified CBSA are combined into "Other."

Source: Dr. Leamer's backup.

Highly Confidential



Appendix E2
Defendants Employment vs. Total Employment
in Technical, Creative, and R&D Occupations
USA, 2001-2011

Note: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 17-2014, and 27-1024. Dr. Leamer's backup.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.

Highly Confidential



## Appendix E3
## Defendants Base Salary vs. Average Annual Wages
## in Technical, Creative, and R&D Occupations

Notes: Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty
pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1104, 15-
1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential

Highly Confidential

## Appendix E3
## Defendants Employment vs. Average Annual Wages
## in Technical, Creative, and R&D Occupations
## USA, 2001–2011



Defendants Average Annual Wage

Average Annual Wage

Adobe Average Annual Wage

Apple Average Annual Wage

Google Average Annual Wage

Intel Average Annual Wage

Intuit Average Annual Wage

Lucasfilm Average Annual Wage

Pixar Average Annual Wage

Defendants / Average Annual Wage

Average Annual Wage (Thousands of Dollars)

Notes:   Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty
pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-
1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1179, 15-1122, 15-1134, 15-1143, 15-1081, 15-1099, 15-1799, 15-1199, 17-2061, 17-1014, and 27-1024.

Sources:  Bureau of Labor Statistics, Occupational Employment Survey 2001–2011 accessed on November 15, 2013.
Dr. Leamer's backup.



**Appendix E4**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**Bay Area, 2001-2011**

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1104, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 17-2061, 17-1014, and 27-1024. Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City, CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential



**Appendix E5**
**Defendants Employment vs. Total Employment in Technical, Creative, and R&D Occupations Bay Area, 2001-2011**

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1104, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1143, 15-1099, 15-1799, 17-2061, 27-1014, and 27-1024. Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City, CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential

## Appendix E6
## Defendants Base Salary vs. Average Annual Wages
## in Technical, Creative, and R&D Occupations



Average Annual Wage (Thousands of Dollars)

Notes: Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1141, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 17-2061, 27-1014, and 27-1024.
Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City, CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential



**Appendix E7**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**Portland Area, 2001-2011**

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1104, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 17-2011, and 27-1024. Portland Area comprised of Portland-Vancouver, OR-WA PMSA, Portland-Vancouver-Beaverton, OR-WA and Portland-Vancouver-Hillsboro, OR-WA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential



Appendix E8
Defendants Employment vs. Total Employment
in Technical, Creative, and R&D Occupations
Phoenix Area, 2001–2011

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1104, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1199, 17-2061, 27-1014, and 27-1024.
Phoenix Area comprised of Phoenix-Mesa, AZ MSA, Phoenix-Mesa-Scottsdale, AZ, and Phoenix-Mesa-Glendale, AZ.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential

Highly Confidential

# Appendix E9
## Defendants Base Salary vs. Average Annual Wages in Technical, Creative, and R&D Occupations Portland Area, 2001-2011

[redacted]

2001
2002
2003
2004
2005
2006
2007
2008
2009
2010
2011
Defendants Average Annual Wage
Average Annual Wage
Defendants / Average Annual Wage

Notes: Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
Portland Area comprised of Portland-Vancouver, OR-WA PMSA, Portland-Vancouver-Beaverton, OR-WA, and Portland-Vancouver-Hillsboro, OR-WA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential

# Appendix E10
## Defendants Base Salary vs. Average Annual Wages in Technical, Creative, and R&D Occupations Phoenix Area, 2001-2011

2001 2002 2003 2004 2005 2006 2007 2008 2009 2010 2011

Defe

Defendants Average Annual Wage | Average Annual Wage | Defendants / Average Annual Wage

Notes: Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
Phoenix Area comprised of Phoenix-Mesa, AZ MSA, Phoenix-Mesa-Scottsdale, AZ, and Phoenix-Mesa-Glendale, AZ.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.