# EXHIBIT 2425 TO CISNEROS DECLARATION REDACTED VERSION

EXHIBIT 2425
WIT: Bock
DATE: 3.27.2013
ANNE TORREANO, CSR #10520

Salary Guidelines (Local Currency)

| US | USD | USD | USD | USD | USD | US | USD | USD | USD |
|---|---|---|---|---|---|---|---|---|---|
| USA - PREMIUM REGIONS (MV, NYC, SMO-LA, BOS, SEA/KIRK, AUS, CHI) | | | | | | USA - NATIONAL STRUCTURE (ATL, DAL, DEN, DET, | | | |

2123.1

24252

CONFIDENTIAL ATTORNEYS EYES ONLY     GOOG-HIGH TECH-00625147.002



2425.3

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.003

2425.4

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00625147.004

| EUR | EUR | EUR | EUR | IN | INR | INR | INR | INR | INR |
|-----|-----|-----|-----|----|-----|-----|-----|-----|-----|
|     |     |     |     | INDIA |  |  |  |  |  |



2425.5

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.005**

2425.6

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00625147.006



2425.7

CONFIDENTIAL ATTORNEYS EYES ONLY     GOOG-HIGH TECH-00625147.007

2425.8

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.008



CONFIDENTIAL ATTORNEYS EYES ONLY

2425.10

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.010



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.011

2425.12

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.012



| CH | CHF | CHF | CHF | CHF | CHF | CA | CAD | CAD | CAD |
|---|---|---|---|---|---|---|---|---|---|
| SWITZERLAND | | | | | | CANADA | | | |

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00625147.013

24 25.14

CONFIDENTIAL ATTORNEYS EYES ONLY      GOOG-HIGH TECH-00625147.014



2425.15

CONFIDENTIAL ATTORNEYS EYES ONLY        GOOG-HIGH TECH-00625147.015

2425.16

CONFIDENTIAL ATTORNEYS EYES ONLY



| JPY | JPY | JPY | JPY | KR | KRW | KRW | KRW | KRW | KRW |
|-----|-----|-----|-----|-----|------|------|------|------|------|
|     |     |     |     | SOUTH KOREA | | | | | |

2425.18



2425.20

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.020**



2425.21

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.021

2425.22

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.022

| DKK | DKK | DKK | DKK | HU | HUF | HUF | HUF | HUF | HUF |
|---|---|---|---|---|---|---|---|---|---|
| | | | | HUNGARY | | | | | |

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00625147.023

2425.24

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.024



| IL | NIS | NIS | NIS | NIS | NIS | NO | NOK | NOK | NOK |
|---|---|---|---|---|---|---|---|---|---|
| ISRAEL | | | | | | NORWAY | | | |

2425.25

CONFIDENTIAL ATTORNEYS EYES ONLY        GOOG-HIGH TECH-00625147.025

2425.26

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.026



2425.27

CONFIDENTIAL ATTORNEYS EYES ONLY

2425.28

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.028**



2425.2f

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.029

2425.30

**CONFIDENTIAL ATTORNEYS EYES ONLY**        **GOOG-HIGH TECH-00625147.030**



| TR | TRL | TRL | TRL | TRL | TRL | CN | CNY | CNY | CNY |
|----|-----|-----|-----|-----|-----|----|----|----|----|
| TURKEY | | | | | | CHINA | | | |

2425.31

2425.32

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.032**



2425.33

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.033

_____
_____

2425.34

**CONFIDENTIAL ATTORNEYS EYES ONLY**      **GOOG-HIGH TECH-00625147.034**