# EXHIBIT 170

# REDACTED PUBLIC VERSION



Confidential
LUCAS00035991



Confidential

LUCAS00035992