# EXHIBIT 359

# REDACTED PUBLIC VERSION

| | |
|---|---|
| From: | Michelle Maupin |
| Sent: | Monday, November 27, 2006 4:46 PM |
| To: | Sharon Coker |
| Subject: | Comp Presentation |

Here you go.



Lucasfilm 2006
Comp Executive ...

Michelle Maupin
Compensation Manager
Lucasfilm, Ltd.
415-746-5254

1



EXHIBIT 359
WIT: Coker
DATE: 11.1.2012
ANNE TORREANO, CSR #10520

359.1

Confidential                                      LUCAS00024981

# Lucasfilm Ltd.

## Compensation Projects Status
### Executive Review

December 7, 2006

3591.2

Confidential - Attorneys Eyes Only - LUCAS00027982

# Compensation Projects – Base Pay

- Internal Job Structure
- External Market Analysis
- Salary Range Structure and Hiring Ranges
- Comp Reviews
- FLSA Reviews

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

2

# Internal Job Structure

- Reviewing internal job structure with management team of each organization

- Validating the internal job relationship in the structure

- Gathering input on comp issues
  - Recruiting/Hiring Challenges
  - Internal Equity
  - Jobs paid at ▮▮▮▮▮▮▮ vs ▮▮▮▮▮▮▮

- Target Completion Date: December 2006

- Singapore Job & Salary Range Structure Complete
  - Salary Range Structure to be updated for 2007

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

# External Market Analysis

- Market Survey Resources
  - Radford Associates – Executive/IT/Administrative
  - Dunlap - Production: ILM/Animation/LFL
  - Croner – Gaming: LEC

- Recruiting Data
  - Collect recent salary requirements from recruiters
  - Data will be an additional market data point along with data from surveys

- Survey data being used for selected segments:
  - Hi-Tech Industry
  - Entertainment Industry
  - Gaming Industry
  - S.F. Bay Area
  - Executive

- Market Average Base Pay
  - ▮▮▮▮▮ is default benchmark based on current comp philosophy
  - ▮▮▮▮▮ is default for Studio positions, selected critical talent and senior management

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

4

## Salary Range Structure and Hiring Ranges

- Developed preliminary Salary Range Structure in December 2005

- Update Salary Ranges in preparation for Performance Review cycle
  - Based on Internal Job Structure review
  - New market data from survey sources
  - Salary requirements from recruiter data

- Salary Range will be determined based on midpoint representing either the [REDACTED] of market depending on the job family

- Hiring Ranges
  - Hiring ranges will be a subset within the Salary Range Structure
  - Currently, 82% of our jobs have an approved hiring range.

September 27, 2006

Confidential - Attorneys Eyes Only - LUCAS00027982

5

# Compensation Approval Guidelines (Option 1)

| Actions | Established Guideline | Approval within Established Guidelines — Business Unit Exec | Approvals outside of Established Guidelines — Compensation | HR Director | Comp Committee | Mich |
|---|---|---|---|---|---|---|
| **New Hires** | Up to Salary Range Midpoint | Review & Approval Required | Analysis & Recommendation | Up to 10% over Midpoint | 10 to 15% over Midpoint | 15% and above over Midpoint |
| **New Positions** | | | | | | |
| New Positions/Change in Position/Re-orgs | New Positions Need Comp Review | Recommendation Approval Required | Analysis & Recommendation | | Must be reviewed and hiring range determined at Comp Committee | For Director positions and above |
| **Transfers** | | | | | | |
| Lateral (w/in same grade) | All Lateral Transfers | Review & Approval Required | | | | |
| Lateral (w/in same grade w/ salary adjustment | Up to 5% Salary Adjustment | Review & Approval Required | Analysis & Recommendation | 5% to 10% Salary Adjustment | 10 to 15% Salary Adjustment | 15% and above Salary Adjustments + all Director and above transfers |
| **Promotions** | | | | | | |
| Promotion (increase in grade) | Promotions Need Comp Review | Recommendation Approval Required | Analysis & Recommendation | Review Required | Review & Approval Required | Review & Approval Required |
| **Equity Adjustments** | | | | | | |
| Adjustments based on market/internal issues | Up to 5% Salary Adjustment | Review & Approval Required | Analysis & Recommendation | 5% to 10% Salary Adjustment | 10 to 15% Salary Adjustment | 15% and above Salary Adjustments + all Director and above adjustments |
| **Title Change - No Pay or Grade Change** | | | | | | |
| Below Director | All Job Title Changes | Review & Approval Required | Review and Approval Required | | | |
| Director and Above | All Director & Above Job Title Changes | Recommendation Approval Required | Analysis & Recommendation | Review Required | | Review & Approval Required |

September 27, 2006

354.7

Confidential - Attorneys Eyes Only - LUCAS00027982

# Compensation Approval Guidelines (Option 2)

| Actions | Established Guideline | Approval within Established Guidelines | | Approvals outside of Established Guidelines | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | | HRM & Comp | Business Unit Exec | Compensation | HR Director | Comp Committee | Mich |
| **New Hires** | Up to 10% over Midpoint | Review & Approval Required | Review & Approval Required | Analysis & Recommendation | 10% to 15% over Midpoint | 15% to 20% over Midpoint | 20% and above over Midpoint |
| **New Positions** | | | | | | | |
| New Positions/Change in Position/Re-orgs | New Positions Need Comp Review | Recommendation | Recommendation Approved Required | Analysis & Recommendation | | Must be reviewed and hiring range determined at Comp Committee | For Director positions and above |
| **Transfers** | | | | | | | |
| Lateral (w/in same grade) | All Lateral Transfers | Review & Approval Required | Review & Approval Required | | | | |
| Lateral (w/in same grade w/ salary adjustment | Up to 10% Salary Adjustment | Review & Approval Required | Review & Approval Required | Analysis & Recommendation | 10% to 15% Salary Adjustment | 15% to 20% Salary Adjustment | 20% and above Salary Adjustments + all Director and above transfers |
| **Promotions** | | | | | | | |
| Promotion (increase in grade) | Promotions Need Comp Review | Recommendation | Recommendation Approved Required | Analysis & Recommendation | Review Required | Review & Approval Required | Review & Approval Required |
| **Equity Adjustments** | | | | | | | |
| Adjustments based on market/internal issues | Up to 10% Salary Adjustment | Review & Approval Required | Review & Approval Required | Analysis & Recommendation | 10% to 15% Salary Adjustment | 15% to 20% Salary Adjustment | 20% and above Salary Adjustments + all Director and above adjustments |
| **Title Change - No Pay or Grade Change** | | | | | | | |
| Below Director | All Job Title Changes | Review & Approval Required | Review & Approval Required | | | | |
| Director and Above | All Director & Above Job Title Changes | Recommendation | Recommendation Approved Required | Analysis & Recommendation | Review Required | | Review & Approval Required |

September 27, 2006

3598

Confidential - Attorneys Eyes Only - LUCAS00027982

# Current Reviews

- Job Reviews
    - ILM – Union position, VFX Supervisor
    - LAL – Feature Film positions – Character Rigging Supervisor, Creature TD, Digital Modeler, RnD TD, Resource Mgr, Shot TD, Slim TD, Storyboard Artists
    - LFL – Registrars

- FLSA Reviews
    - LAL – Artists, Animators
    - LEC – Animators, Artists
    - ILM – Production Manager, Mid-Level RnD Engineer
    - JAK
    - HR Recruiting – Recruiter, Sourcer, Recruting Coordinator
    - Computer Programmers – Review against new state guidelines

September 27, 2006

359.9

Confidential - Attorneys Eyes Only - LUCAS00027982

# Next Steps

- Market Analysis – Complete

- Division Functional Job Matrix
    - LAL – Complete: will have final review in January
    - LEC – Target Date 12/9/06
    - LFL – Target Date 12/15/06
    - LECL – Target Date 12/15/06
    - ILM – Target Date 12/20/06
    - SS – Target Date 12/6/06

- Finalize 2007 Salary Structure – Target Date 1/5/07

September 27, 2006

359.10

Confidential - Attorneys Eyes Only - LUCAS00027982

9