# EXHIBIT 360

# REDACTED PUBLIC VERSION

Lucas Companies Base Pay Structure

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | | | 2006 Proposed Salary Structure | | | |
| 2 | Salary Grade | Minimum | Midpoint | Maximum | Structure Width | Structure Midpoint Differential |
| 3 | 1 | | | | 60.0% | |
| 4 | 2 | | | | 60.0% | 12.0% |
| 5 | 3 | | | | 60.0% | 12.0% |
| 6 | 4 | | | | 60.0% | 12.0% |
| 7 | 5 | | | | 60.0% | 12.0% |
| 8 | 6 | | | | 60.0% | 12.0% |
| 9 | 7 | | | | 60.0% | 12.0% |
| 10 | 8 | | | | 60.0% | 12.0% |
| 11 | 9 | | | | 60.0% | 12.0% |
| 12 | 10 | | | | 60.0% | 12.0% |
| 13 | 11 | | | | 60.0% | 12.0% |
| 14 | 12 | | | | 60.0% | 12.0% |
| 15 | 13 | | | | 60.0% | 12.0% |
| 16 | 14 | | | | 60.0% | 12.0% |
| 17 | 15 | | | | 60.0% | 12.0% |
| 18 | 16 | | | | 60.0% | 12.0% |
| 19 | 17 | | | | 60.0% | 12.0% |
| 20 | 18 | | | | 60.0% | 12.0% |
| 21 | 19 | | | | 60.0% | 12.0% |
| 22 | 20 | | | | 60.0% | 12.0% |
| 23 | 21 | | | | 60.0% | 12.0% |

EXHIBIT 360
WIT: Coker
DATE: 11.1.2012
ANNE TORREANO, CSR #10520

11.17.05

Lucas Confidential
Salary Structure

Confidential - Attorneys' Eyes Only

LUCAS00188912