# EXHIBIT 727

# REDACTED PUBLIC VERSION

**From:** Michelle Maupin
**Sent:** Friday, May 09, 2008 11:27 PM
**To:** Jan van der Voort
**Cc:** Della Berger
**Subject:** RE: FYI - ▓▓▓ has given her notice!

It wouldn't be with the intent of increasing the comp more than ▓▓▓. Della was thinking it might be an attraction from a job content standpoint.

-----Original Message-----
From: Jan van der Voort
Sent: Friday, May 09, 2008 3:54 PM
To: Michelle Maupin
Cc: Della Berger
Subject: Re: FYI - ▓▓▓ has given her notice!

▓▓Redacted▓▓ LAS ▓▓Redacted▓▓
▓▓Redacted▓▓

----- Original Message -----
From: Michelle Maupin
To: Jan van der Voort
Cc: Della Berger
Sent: Fri May 09 15:50:54 2008
Subject: RE: FYI - ▓▓▓ has given her notice!

Jan,

I know you are in a meeting right now so I am writing to you. I just got off the phone with Della discussing options with ▓▓▓. ▓▓Redacted▓▓

▓▓Redacted▓▓

▓▓Redacted▓▓ Her response wasn't yippee, sounds great but more ok and what did I think would happen beyond that. Della and I agree that we can't say what more there will be as we all don't know what the next turn will be. ▓▓Redacted▓▓
▓▓Redacted▓▓ Would this plus the higher salary be enough for her to stay.....not sure

Thoughts?

-----Original Message-----
From: Della Berger
Sent: Friday, May 09, 2008 1:33 PM
To: Michelle Maupin; Jan van der Voort
Subject: Re: FYI - ▓▓▓ has given her notice!

Sometimes it takes the full package to turn the tide... And cash is usually a good selling point at this stage in her csreer. I hate to keep going back with one more thing rather than a comprehensive deal. Can you call me on my cell.... ▓▓Redacted▓▓

----- Original Message -----

EXHIBIT 727
Deponent Maupin
Date 2-12-13
Gina V. Carbone, CSR

727.1

Confidential - Attorney's Eyes Only

LUCAS00201067

From: Michelle Maupin
To: Jan van der Voort; Della Berger
Sent: Fri May 09 13:06:07 2008
Subject: RE: FYI - [redacted] has given her notice!

We met at 11:00 and just got done.

Her biggest reason for thinking this would be a good opportunity is the international component. [Redacted] Singapore [Redacted] [Redacted] Singapore. It does interest her but there are other things that long term we may not be able to meet - she is looking at systems capabilities (perf review system, salary planning system, a more robust HRIS system) that is available already at Wind River. Also, our business decision timing - when would we be doing some of these things...is it really in the plan, etc.

Jan/Della - I can inform you more in person as I need to head off to a meeting. It might be helpful for [redacted] to speak with either or both of you for long term direction on some things but I know she sees the timing will happen more slowly here.

I did not share any counter offer with her as I really want her to be happy with the job content. I did mention I would be interested in exploring that opportunity.

Michelle

-----Original Message-----
From: Jan van der Voort
Sent: Friday, May 09, 2008 12:45 PM
To: Della Berger; Michelle Maupin
Subject: RE: FYI - [redacted] has given her notice!

Michelle, how did your conversation with [redacted] go?

-----Original Message-----
From: Della Berger
Sent: Friday, May 09, 2008 12:40 PM
To: Jan van der Voort; Michelle Maupin
Subject: Re: FYI - [redacted] has given her notice!

I am sorry to hear this. Can we spice this up by [redacted]? We are doing the job families with [redacted] and maybe she can work with [redacted] as well? Della

----- Original Message -----
From: Jan van der Voort
To: Michelle Maupin
Cc: Della Berger
Sent: Thu May 08 13:55:50 2008
Subject: RE: FYI - [redacted] has given her notice!

I am comfortable going to [redacted].

---

From: Michelle Maupin
Sent: Thursday, May 08, 2008 1:54 PM
To:   Jan van der Voort

Confidential - Attorney's Eyes Only

727.2
LUCAS00201068

Cc: Della Berger
Subject: RE: FYI - ▮ has given her notice!

I don't think we would have to match it but I think we have to come close. I think we have to at least go to ▮ (I haven't even broached this subject with her so I am thinking of it just by the numbers), here are a couple of scenarios:

|  | Base Salary | Bonus | Total Target Comp | % Increase |
|---|---|---|---|---|
| Offer: | ▮ | 7.5% | ▮ | |
| Counter Options: | ▮ | 10.0% | ▮ | 12.5% |
|  | | 10.0% | ▮ | 15.0% |

| Comp Title | Last Name | First Name | FLSA | Std Hrs | Annual Salary | Jobcode | Job |
|---|---|---|---|---|---|---|---|

[table data redacted]

Internal equity is a concern, although we just hired ▮ at ▮ which is in the same Grade 12 range. She is project but does get benefits. I don't know that we'd have to go higher than ▮ because the benefits are not as good from a cost standpoint. As an employee only, she would have to contribute and she would have the cost of commuting.

So, I wanted her to think a bit about the job content and have scheduled a meeting with her tomorrow at 10:30 to see if what, from a job content, perspective it would take for her to stay.

Thoughts?
Michelle

---

From: Jan van der Voort
Sent: Thursday, May 08, 2008 12:30 PM
To: Michelle Maupin
Cc: Della Berger
Subject: RE: FYI - ▮ has given her notice!

What do you think it would take to keep her? And is there more challenge we can throw her way to make the job more enticing? I would like to try if we can....
Jan

---

From: Michelle Maupin

727.3
Confidential - Attorney's Eyes Only
LUCAS00201069

```
Sent:    Thursday, May 08, 2008 11:03 AM
To:      Jan van der Voort
Cc:      Della Berger
Subject: FYI - ███ has given her notice!
```

Hi Jan,



```
Job Code    Job Title           Base Salary : Employee (Weighted Average) : ███
            Base Salary : Employee (Weighted Average) : 65th Percentile    Target Total Cash
Compensation : All Employees : ███              Target Total Cash Compensation : All
Employees : ███
6242    COMPENSATION ANALYST 2
6243    COMPENSATION ANALYST 3
6244    COMPENSATION ANALYST 4
6245    COMPENSATION ANALYST 5
```

We might be able to keep her but I also wonder for how long. This was my concern when we created the job and were doing the recruiting. Could we find someone for a year or two before they might want to move on and broaden their experience. I was hoping for more than 4 months!! Darn that manager! She wanted to know how much notice I wanted - 6 months ok? Just kidding. She was thinking of ███ but would push it out. She is just about done with the Radford Benchmarked and Croner AVE survey which she would finish by then and I don't have any critical project that would require we ask her to stay longer.

Confidential - Attorney's Eyes Only

727.4
LUCAS00201070

Let me know what you think.  I am just a bit numb so I may not have thought of all the angles on this yet.

Michelle

Confidential - Attorney's Eyes Only

727.5
LUCAS00201071