# EXHIBIT 729

# REDACTED PUBLIC VERSION

**From:** Jan van der Voort
**Sent:** Thursday, November 04, 2010 10:23 PM
**To:** Michelle Maupin
**Subject:** Re: Comp Committee - Additional Items

Got it - thanks

---

**From:** Michelle Maupin
**Sent:** Thursday, November 04, 2010 03:19 PM
**To:** Jan van der Voort
**Cc:** Amber Remaley
**Subject:** RE: Comp Committee - Additional Items

Just a heads up - David Anderman will be joining the meeting to put forth his recommendation that ▇▇▇ ( who is on the agenda to be promoted to an Exec Assistant) salary be increased to ▇▇▇. I told Janetta is was ok only if he comes in and makes his pitch and then he needs to leave so you and Steve can make your decision. Janetta has already told him I don't agree with the ▇▇ salary and I don't want you to feel pushed into approving ▇▇. In looking at the comp sheet, she would be at the top other than ▇▇ (who doesn't get OT) and ▇▇ who has been here 20 years. She is the second "newest" employee in the EA group. We are proposing ▇▇ which would put her mid pack. Unless we want to raise the salaries of the other EA's, I think this is fair. David is basing his recommendation of ▇▇ on his opinion of the market but doesn't have anything to substantiate it.

---

**From:** Jan van der Voort
**Sent:** Thursday, November 04, 2010 2:34 PM
**To:** Michelle Maupin
**Cc:** Amber Remaley
**Subject:** Re: Comp Committee - Additional Items

Sounds like a good approach - thx

---

**From:** Michelle Maupin
**Sent:** Thursday, November 04, 2010 02:29 PM
**To:** Jan van der Voort
**Cc:** Amber Remaley
**Subject:** Comp Committee - Additional Items

Hi Jan,

We hope you are feeling a little better and that at least you are home and more comfortable.

I am sending you two items for the comp meeting today and one item will come off of the agenda. The Technical Ops Specialist job is coming off the agenda. Much more information is needed before it can be presented. I am sending you the comp sheet for the ▇▇▇▇▇▇▇ - LFS Trainer and the comp sheet for a Singapore Primrose Lead Compositing Artist Offer. I am attaching the comp sheets and they are pasted in below. There is no other supporting documents for these items.

Confidential - Attorney's Eyes Only

EXHIBIT 729
Deponent Maupin
Date 2-12-13
Gina V. Carbone, CSR

729.1
LUCAS00198130

▓ Kate really liked this option so unless you have any concerns, that is how I'll propose it at the meeting. If you do have concerns, let me know and I can address them or we can get approval for this when everyone is in agreement.

Let me know if you have any questions.

Take Care,
Michelle

**Singapore** ⟨ Redacted ⟩

**MERCER BENCHMARK MARKET DATA**

[Redacted content]

729.2

Confidential - Attorney's Eyes Only

LUCAS00198131

**NOTE:**
Sr Technical Trainer is a ███████████████ ███

███████████████████████████████████
[ Redacted ]

███████████████████████████████████
[ Redacted ]

**RECOMMENDATION:**

| | Min | Mid |
|---|---|---|
| Range: Grade Level: | Redacted | |

| 2010 LAS Salary Structure | | | |
|---|---|---|---|
| Salary Grade | Minimum | Midpoint | Maximum |
| S12 | | | |
| S13 | | | |
| S14 | | | |
| S15 | | Redacted | |
| S16 | | | |
| S17 | | | |
| S18 | | | |
| S19 | | | |
| S20 | | | |

| Talent 1 | |
|---|---|
| Talent 2 | |
| Talent 3 | Redacted |
| Talent 4 | |
| Talent 5 | |

**Singapore** | Redacted |

**MARKET DATA**

**Job Code   Job Title**   ██████████████████

NO MARKET DATA

**PEER RELATIONSHIP:**

| Co. | Last Name | First Name | | Grade | Rate 1 | Salary | Job Code | Job Title |
|---|---|---|---|---|---|---|---|---|

729.3

Confidential - Attorney's Eyes Only

LUCAS00198132

LAS
LAS
LAS
LAS
LAS
LAS
LAS

LAS
LAS
LAS

LAS
LAS
LAS
LAS
LAS
LAS
LAS
LAS
LAS



**MANAGER REQUEST:**

**Redacted**

**NOTE:**
Has approval from Colum, Jeff and Sarah

**RECOMMENDATION:**

|  | Min | Mid |
|---|---|---|
| Range: | | |
| Workweek | **Redacted** | |
| Grade Level: | | |

Primrose approved use of upper half of salary range

| Salary Grade | Minimum | Midpoint | Maximum |
|---|---|---|---|
| S14 | | | |
| S15 | | | |
| S16 | **Redacted** | | |
| S17 | | | |
| S18 | | | |
| S19 | | | |
| S20 | | | |

729.4

Confidential - Attorney's Eyes Only

LUCAS00198133