# EXHIBIT U TO CISNEROS DECLARATION REDACTED VERSION

```
 1              UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5   IN RE:  HIGH-TECH EMPLOYEE     )

 6   ANTITRUST LITIGATION           )

 7                                  )   No. 11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:      )

 9   ALL ACTIONS.                   )

10   _____

11

12           VIDEO DEPOSITION OF LASZLO BOCK

13        HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14                   March 27, 2013

15

16        Reported by:  Anne Torreano, CSR No. 10520

17

18

19

20

21

22

23

24

25
```

10:54:13  1    who contacted you?

10:54:14  2        A.    I do.

10:54:14  3        Q.    What is it?

10:54:15  4        A.    Egon Zender.

10:54:16  5        Q.    And who did you interview with at Google?

10:54:22  6        A.    I don't remember everyone I interviewed with,

10:54:26  7    but the list included Alan Eustace, Omid Kordestani,

10:54:33  8    Shona Brown, Jonathan Rosenberg, George Reyes.  Oh, and

10:54:46  9    members of what would eventually be my staff.  So Stacy

10:54:49 10    Sullivan, Judy Gilbert, Arnnon Geshuri, Liane Hornsey,

10:54:55 11    which was a phone interview, Sue Wuthrich.

10:55:00 12            There were others.  I don't recall who they

10:55:01 13    were.

10:55:01 14        Q.    Okay.  I'd like to ask you some questions

10:55:26 15    about Google's compensation system.

10:55:29 16        A.    Okay.

10:55:33 17            THE WITNESS:  Could I grab a little water?

10:55:35 18            MS. SHAVER:  Sure.

10:55:35 19            Why don't we go off the record for a few

10:55:37 20    minutes?

10:55:37 21            THE WITNESS:  Is that -- I just -- okay.

10:55:40 22    Thanks.

10:55:40 23            THE VIDEOGRAPHER:  We're off the record at

10:55:41 24    10:54.

10:56:43 25            (RECESS TAKEN.)

```
11:04:25   1              THE VIDEOGRAPHER:  We're back on the record at

11:04:52   2    11:03.

11:04:54   3    BY MS. SHAVER:

███████  █  ██  ████████████████████████████████

███████  █  ████████████████████████████████████

███████  █  ███████████████████████

███████  █  ██  █████

11:05:09   8         Q.   And do you recall approximately when that

11:05:11   9    happened?

11:05:11  10         A.   I don't.  It was sort of mid to lateish 2000s,

11:05:15  11    but I don't recall specifically when.

11:05:16  12         Q.   Okay.  And do you remember -- were you

11:05:18  13    involved in that decision?

11:05:20  14         A.   Yes.

███████  ██  ████████████████████████████

███████  ██  ████

███████  ██  █████

███████  ██  ██████████████████████████████

███████  ████████████████████  ████████████████

███████  █████████████████████████████████████

███████  ████████████████████████████████████

███████  ████████████████████████████████████

███████  █████████████████████  ████████████████

███████  ███████████████████

███████  ████████████████████████████████
```

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Laszlo Bock                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

███████  █      ████████████████████████████

███████  █         █    ██████

11:08:00  3          MS. SHAVER:  I'd like to mark this as an

11:08:03  4   exhibit.

11:08:03  5          (DEPOSITION EXHIBIT 2418 MARKED.)

11:08:03  6   BY MS. SHAVER:

11:08:03  7      Q.   This document is Bates-stamped

11:08:08  8   GOOG-HIGH-TECH-329873.

11:08:11  9          Mr. Bock, throughout the day I'm going to be

11:08:13 10   putting documents in front of you which are what we

11:08:16 11   call exhibits.

11:08:16 12      A.   Okay.

11:08:17 13      Q.   You are always welcome to read as much of the

11:08:20 14   exhibit as you like.  Frequently I will be asking you a

11:08:23 15   question about a specific part of it, and if so, I'll

11:08:25 16   point you to it.  But you can always say, "Hey, I'd

11:08:28 17   like more time to get the full context."

11:08:31 18          Okay?

11:08:31 19      A.   Okay.  Thank you.

11:08:33 20      Q.   So in this document I'm just interested in the

11:08:35 21   very first sentence where you -- well, first of all, do

11:08:37 22   you recognize this document?

11:08:38 23      A.   I don't remember this one specifically, but it

11:08:41 24   says it's from me, so I believe it's from me.

████████████      █    ███████████████

Deposition of Laszlo Bock

| | | |
|---|---|---|
| 11:10:26 | 1 | Q.   Okay.   Thanks. |
| 11:10:36 | 2 | A.   Oh, but one other thing.   It may not be from |
| 11:10:39 | 3 | me because it says, "Let me or Laszlo know if you have |
| 11:10:43 | 4 | any further questions" on the bottom, so the "From" is |
| 11:10:46 | 5 | a little confusing to me, but ... |

███████   █     █    ████████████████

███████   █     █    █████████████████

███████         █████████████████████

███████   █     █████████████   ███████████

█████████       █████████████████

█████████       █    █████████████████████

█████████       █████████████████████████

█████████       █████████████████████

| | | |
|---|---|---|
| 11:11:33 | 14 | A.   No, that's not correct. |
| 11:11:34 | 15 | MR. RUBIN:   Objection. |
| 11:11:35 | 16 | Give me one second. |
| 11:11:37 | 17 | THE WITNESS:   Oh, sorry. |
| 11:11:37 | 18 | MR. RUBIN:   Objection.   Form. |
| 11:11:39 | 19 | THE WITNESS:   No. |
| 11:11:40 | 20 | MR. RUBIN:   Now you can answer. |
| 11:11:41 | 21 | THE WITNESS:   That is not correct. |
| 11:11:43 | 22 | BY MS. SHAVER: |

███████     █    ███    ████████████████████

███████          █████████████████████

███████          ████████

11:11:54  1              MR. RUBIN:  Objection.  Form.

11:12:04  5    BY MS. SHAVER:

11:12:09  7              MR. RUBIN:  Objection.  Form.

Deposition of Laszlo Bock                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



11:14:19   2              MR. RUBIN:  Objection.  Form.

11:14:51  11     BY MS. SHAVER:

11:15:53  24              MR. RUBIN:  Objection.  Form.

11:16:45 24            MR. RUBIN:  Objection.  Form.

Deposition of Laszlo Bock

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Laszlo Bock                                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:19:53   1              MR. RUBIN:  Objection.  Form.

Deposition of Laszlo Bock                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 11:23:21 | 1 | where everybody else's is. |
| 11:23:24 | 2 | At Google what we do, which is a little |
| 11:23:26 | 3 | different -- so to be more precise, ▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮ | ▮ | ▮▮▮▮▮▮▮▮▮▮ |
| 11:23:51 | 9 | MS. SHAVER:  I'd like to mark this as the next |
| 11:23:53 | 10 | exhibit. |
| 11:23:53 | 11 | (DEPOSITION EXHIBIT 2419 MARKED.) |
| 11:24:02 | 12 | BY MS. SHAVER: |
| 11:24:02 | 13 | Q.   This document is Bates-stamped |
| 11:24:05 | 14 | GOOG-HIGH-TECH-195260. |
| 11:24:10 | 15 | Mr. Bock, do you recognize this document? |
| 11:24:12 | 16 | A.   Let me just look at it. |
| 11:24:36 | 17 | Okay. |
| 11:24:36 | 18 | Q.   Do you recognize this document? |
| 11:24:37 | 19 | A.   I do. |
| 11:24:38 | 20 | Q.   What is it? |
| 11:24:39 | 21 | A.   It's a correspondence between Eric and me that |
| 11:24:45 | 22 | I then forwarded to the folks on the benefits and |
| 11:24:51 | 23 | compensation teams. |
| 11:24:51 | 24 | Q.   And in the first e-mail from Eric Schmidt, |
| 11:24:57 | 25 | he's -- he asks you to do another survey of benefits in |

11:47:29  1    no impact at all.

11:47:29  2          In a handful of cases, some people talked

11:47:31  3    about it and heard about it, and a few Googlers, you

11:47:34  4    know, didn't like that, but it had no real impact.

11:48:17  5    BY MS. SHAVER:

11:48:17  6        Q.   I believe you testified earlier that while

11:48:19  7    individual managers at Google may be concerned with pay

11:48:22  8    fairness on their team, that wasn't the overall

11:48:24  9    perspective of the company.

11:48:26 10          Is that a fair characterization of what you

11:48:28 11    said?

11:48:28 12        A.   Roughly, yeah.

11:48:29 13        Q.   Okay.  Does this e-mail from Sergey Brin, one

11:48:31 14    of the founders of the company, specifically inquiring

11:48:33 15    about internal equity change your testimony at all?

11:48:36 16          MR. RUBIN:  Objection.  Form.

11:48:37 17          THE WITNESS:  No.  I don't know why it would.

11:48:43 18          The -- I mean, one thing to understand here,

11:48:45 19    too, is that as we develop these programs, there was

11:48:49 20    some people who thought it would be a good idea and

11:48:51 21    some people thought it would be a bad idea.  Sergey

11:48:54 22    here is asking a question about, you know, why are we

11:48:56 23    doing this and what is the advantage to it?

11:48:58 24          ███████████████████████████████████████

          ██████████  ████████████████████████████████████

Deposition of Laszlo Bock                          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

███████ ▇  ████████████████████████

███████ ▇        ██████

11:49:25  3   BY MS. SHAVER:

███████ ▇   ██   ██████████████████████

███████ ▇   ██   ██████████████████████

11:49:55  6            MS. SHAVER:  Can I have 39?

11:50:10  7            Please mark this as the next exhibit.

11:50:11  8            (DEPOSITION EXHIBIT 2422 MARKED.)

11:50:20  9   BY MS. SHAVER:

11:50:20 10       Q.   This document is Bates-stamped

11:50:25 11   GOOG-HIGH-TECH-328300.

11:50:29 12            Mr. Bock, do you recognize this document?

11:50:36 13       A.   I don't remember it, but, you know, it's an

11:50:44 14   e-mail that I'm on.

11:50:46 15       Q.   Okay.  If you look at the chart that's on page

11:50:59 16   1, can you explain to me what this chart reflects?

11:51:03 17       A.   Yeah, let me look at this more broadly and see

11:51:08 18   what this is.

11:51:16 19            Okay.  Sorry.  Your question again?  I

11:51:54 20   apologize.

11:51:54 21       Q.   The question was about what the chart

11:51:58 22   reflects.

11:51:59 23       A.   ████████████████████████

███████     ████████████████████████

███████     ████████████████████████

KRAMM COURT REPORTING      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY                    Page: 71

Deposition of Laszlo Bock

11:58:18  1        A.   No, no, no.  I wrote, how do we address

11:58:20  2   Sheryl's concern it sends a bad message?  I didn't say

11:58:23  3   anything about whether I agree or what I think.  That's

11:58:25  4   what Sheryl said.

11:58:26  5            If -- you should ask Sheryl.  I don't know

11:58:28  6   what she meant.

11:58:29  7        Q.   Yeah, my question is a little bit different.

11:58:32  8   It's not what she meant.  It's the words you chose to

11:58:35  9   use in your e-mail.

11:58:36  10           MR. RUBIN:  Objection.  Well, objection.  No

11:58:38  11  question.  So to form, to the extent there's not a

11:58:42  12  question.

11:58:42  13  BY MS. SHAVER:

11:58:42  14       Q.   Did you do anything to address Sheryl's

11:58:44  15  concern?

11:58:45  16       A.   I asked Allan and Jon for context.

11:58:51  17       Q.   And was there any outcome to that discussion?

11:58:54  18  Did you end up addressing it in any way?

11:58:56  19       A.   I don't recall, but I don't think we did.  I

11:58:58  20  don't recall specifically, but I don't think we did.

11:59:00  21           Allan's right.  I mean, I want to be precise.

11:59:09  22  I'm confident we didn't make any substantial changes as

11:59:12  23  a result of that request.

11:59:15  24           MS. SHAVER:  Can I have 41, please?

11:59:51  25           Actually, hold off.

Deposition of Laszlo Bock                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Laszlo Bock                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



12:05:34 17              MS. SHAVER:  Let's take a break.

12:05:35 18              THE VIDEOGRAPHER:  We're going off record at

12:05:40 19    12:04.

12:05:43 20              (RECESS TAKEN.)

12:25:57 21              THE VIDEOGRAPHER:  We're back on the record at

12:26:24 22    12:25.  This is the beginning of video No. 2.

12:26:35 23              MS. SHAVER:  I'd like to mark the next

12:26:38 24    exhibit, please.

12:26:39 25              (DEPOSITION EXHIBIT 2423 MARKED.)

```
12:26:48  1    BY MS. SHAVER:

12:26:48  2        Q.    This exhibit is Bates-stamped

12:26:51  3    GOOG-HIGH-TECH-210276.

12:26:56  4            Mr. Bock, do you recognize this document?

12:26:57  5        A.    It's an e-mail that I'm on.

12:27:01  6        Q.    Okay.  If you'll look in the middle of the

12:27:05  7    page, it's an e-mail sent from you to Kent Walker,

12:27:10  8    David Drummond, Laszlo Bock, Shona Brown, Becky Bucich

12:27:13  9    on June 26th, 2008.

12:27:16 10            Do you see that?

12:27:16 11        A.    Mm-hmm.
```

12:34:58  3       A.    Okay.  Good.

12:34:59  4            MS. SHAVER:  I'd like to introduce the next

12:35:01  5    exhibit, please.

12:35:02  6            (DEPOSITION EXHIBIT 2425 MARKED.)

12:35:11  7            MR. RUBIN:  Just to be clear, you weren't

12:35:12  8    suggesting I -- I didn't interpret it that way, but

12:35:14  9    just so it's clear in the transcript, you weren't

12:35:16 10    suggesting I didn't produce them before.  You just have

12:35:18 11    it today?

12:35:19 12            MS. SHAVER:  That's correct, yeah.

12:35:20 13            THE WITNESS:  You're not going to make me read

12:35:22 14    this whole thing; right?

12:35:24 15            MS. SHAVER:  I'm not.

12:35:25 16            THE WITNESS:  Okay.

12:35:26 17    BY MS. SHAVER:

Deposition of Laszlo Bock

Deposition of Laszlo Bock

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Laszlo Bock

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

12:41:52   6           (DEPOSITION EXHIBIT 2426 MARKED.)

12:43:13  1    finalizing."

12:43:13  2            Do you see that?

12:43:14  3        A.   I do.

12:43:14  4        Q.   Does this refresh your recollection that you

12:43:16  5    did share compensation and salary budget information

12:43:21  6    with competitors?

12:43:22  7            MR. RUBIN:  Objection.  Form.

12:43:24  8            THE WITNESS:  It doesn't change my perspective

12:43:27  9    at all.  As I said, I have not shared any information

12:43:29 10    of this kind with other companies.

12:43:32 11    BY MS. SHAVER:

12:43:32 12        Q.   Has Google shared that information, to your

12:43:34 13    knowledge?

12:43:35 14        A.   ███████████████████████████████

███████    ██████████████████████████████████████

███████    ██████████████████████████████████████

███████    █████████████████████████████████████

███████    ████████████████████████████████████████

███████    ███████████████

12:43:51 20            And in fact, since our number wasn't

12:43:54 21    determined, it would be hard -- and the point of the

12:43:56 22    e-mail is to discuss what it should be, I'm not sure we

12:44:00 23    would have anything to share.

12:44:01 24            The other point I'd make is that the companies

12:44:05 25    run different cycles and the timing is different.  So

Deposition of Laszlo Bock

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

Deposition of Laszlo Bock

In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
 1                    REPORTER'S CERTIFICATE

 2         I, Anne Torreano, Certified Shorthand

 3   Reporter licensed in the State of California, License

 4   No. 10520, hereby certify that the deponent was by me

 5   first duly sworn, and the foregoing testimony was

 6   reported by me and was thereafter transcribed with

 7   computer-aided transcription; that the foregoing is a

 8   full, complete, and true record of said proceedings.

 9         I further certify that I am not of counsel or

10   attorney for either or any of the parties in the

11   foregoing proceeding and caption named or in any way

12   interested in the outcome of the cause in said

13   caption.

14         The dismantling, unsealing, or unbinding of

15   the original transcript will render the reporter's

16   certificates null and void.

17         In witness whereof, I have subscribed my name

18   this 9th day of April, 2013.

19

20             [ ] Reading and Signing was requested.

21             [ ] Reading and Signing was waived.

22             [X] Reading and Signing was not requested.

23

24                     _____

25                     ANNE M. TORREANO, CSR No. 10520
```

## CORRECTIONS TO DEPOSITION TRANSCRIPT OF
## LASZLO BOCK, DATED MARCH 27, 2013
*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 22:20 | Replace: "Degan"<br>With: "Deegan" | correction to transcript error |
| 27:11-12 | Replace: "Stacy and"<br>With: "Stacy who" | correction and clarification |
| 29:7 | Replace: "Degan"<br>With: "Deegan" | correction to transcript error |
| 34:25 | Replace: "executive office"<br>With: "executive offers" | correction and clarification |
| 36:5 | Replace: "recollection on"<br>With: "recollecting" | correction to transcript error |
| 50:10 | Replaced: "comp-out comps"<br>With: "comp outcomes" | correction to transcript error |
| 65:5 | Replace: "contemporaneous"<br>With: "contemporaneously" | correction to transcript error |
| 71:2 | Delete "So yeah" | correction and clarification |
| 75:1 | Replace: "Alan"<br>With: "Allan" | correction to transcript error |
| 75:10 | Replace: "manager"<br>With: "major" | correction to transcript error |
| 75:16 | Replace: "are"<br>With: "have" | correction and clarification |
| 88:23 | Replace: "what guidelines" | correction and clarification |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| | With: "the guidelines" | |
| 111:8 | Replace: "on the press"<br>With: "in the press" | correction to transcript error |
| 111:9-10 | Replace: "what else would they look at."<br>With: "what else would they look at?" | correction to transcript error |
| 141:10 | Replace: "has not"<br>With: "doesn't have" | correction and clarification |
| 148:5 | Replace: "get"<br>With: "got" | correction to transcript error |
| 156:20 | Insert "more" after "Certainly" | correction and clarification |

Subject to the above changes, I certify that the transcript is true and correct.

_____          5/6/13
Signature                                         _____
                                                        Date

2