# EXHIBIT X TO
# CISNEROS DECLARATION
# REDACTED VERSION

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3              SAN JOSE DIVISION

4

5   IN RE:  HIGH-TECH EMPLOYEE  )

6   ANTITRUST LITIGATION         )

7                                )  No. 11-CV-2509-LHK

8   THIS DOCUMENT RELATES TO:   )

9   ALL ACTIONS.                 )

10  _____)

11

12     HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

13

14         VIDEO DEPOSITION OF ALAN EUSTACE

15

16              FEBRUARY 27, 2013

17

18     Reported by:  Mary Ann Scanlan-Stone, CSR No. 8875,

19              RPR, CCRR, CLR

20

21

22

23

24

25

10:28:48  1   so...

10:28:49  2        Q.  Right.

10:28:49  3        Now, when you became a senior VP of

10:28:52  4   engineering, how did your duties change?

10:28:55  5        A.  Not at all.  That was a straight title change.

10:29:02  6        Q.  Once you were senior VP, all of the VPs

10:29:05  7   reported in to you?

10:29:06  8        A.  No, no.  Even when I was a VP, the VPs

10:29:10  9   reported in to me.

10:29:11  10       Actually mostly I -- when I first -- I was the

10:29:13  11  first -- besides Wayne Rosing, I was the first VP of

10:29:16  12  engineering at Google.

10:29:17  13       So after that, after he left, I was still a VP

10:29:21  14  of engineering.  At that point, I had mostly directors

10:29:24  15  of engineering reporting in to me but later on, I had

10:29:27  16  VPs of engineering reporting in to me even though I was

10:29:30  17  still a VP of engineering.  We weren't hung up on, you

10:29:33  18  know, the VPs can't report in to other VPs.

10:29:36  19       Q.  Did the headcount change by the time you were

10:29:38  20  a senior VP of engineering?

10:29:40  21       A.  The headcount went up.  Every year, headcount,

10:29:44  22  you know, went up dramatically.  Essentially for many

10:29:48  23  years, it doubled every year.

10:29:50  24       Q.  So if you could ballpark what your groups

10:29:55  25  looked like by the time you were senior VP?

10:29:59  1          A.  I think the peak reporting that I ever had was

10:30:02  2    about 16,000 people.

10:30:03  3          Q.  That is a lot.

10:30:06  4          A.  That is a lot.

10:30:08  5          Q.  Is that when you were senior VP of

10:30:09  6    engineering?

10:30:10  7          A.  Yes.  That wasn't at the beginning when I was

10:30:11  8    a senior VP but right before the reorganization, I think

10:30:15  9    it was probably about 16,000, roughly half the company.

10:30:21 10          Q.  So that was in the 2008 era?

10:30:24 11          A.  Yeah -- well, no.  That was right before the

10:30:26 12    reorganization, which happened in 2011 so...

10:30:29 13          Q.  Okay.

10:30:29 14          A.  Yeah.

10:30:29 15          Q.  And that was when you were changed to senior

10:30:32 16    VP of knowledge?

10:30:33 17          A.  Yes.

10:30:34 18          Q.  Right before that?

10:30:35 19          A.  Right before that.

10:30:36 20          Q.  Okay, got it.

10:30:37 21          A.  It is a complicated picture.

10:30:39 22          Q.  In the -- if you can think back to the 2009

10:30:45 23    era, what was your headcount then?

10:30:51 24          A.  Essentially we doubled almost every year, so I

10:30:53 25    would say if you had looked at the headcount, it was

10:30:58  1    probably somewhere in the range of 5,000 at that point.

10:31:09  2         Q.  When you were senior VP of engineering, did

10:31:10  3    you have --

10:31:11  4         A.  Actually, let me change that.  The headcount

10:31:13  5    was doubling, then it slowed down over the last, you

10:31:16  6    know, few years.  You can't double every year at very

10:31:20  7    large numbers.

10:31:20  8              So, you know, I think it might have been lower

10:31:23  9    than that then.  It might have been -- or it might have

10:31:29 10    been slightly higher than that.  It might have been

10:31:32 11    10,000 rather than 5,000.

10:31:34 12         Q.  Okay, thank you.

10:31:36 13              When you were senior VP of engineering, did

10:31:39 14    you have a role at that point in policy development

10:31:41 15    around recruiting?

10:31:42 16         A.  No.

10:31:43 17         Q.  How about in terms of policy around

10:31:45 18    compensation?

10:31:48 19         A.  I mean in both these, obviously people

10:31:51 20    solicited my inputs on things like, you know,

10:31:53 21    recruiting, I need more systems people, I need --

10:31:57 22    obviously I need to go in that.

10:31:59 23              I saw compensation on a daily basis so, you

10:32:02 24    know, every offer -- the way that we make offers at the

10:32:05 25    company, which is different than most companies, is

Deposition of Alan Eustace                          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



10:33:21 20          Q.  And now that you are senior VP of knowledge,

10:33:23 21   have your duties changed yet again?

10:33:27 22          A.  Oh, yeah.  That was a dramatic change.  That

10:33:30 23   was -- before, we were organized functionally where

10:33:32 24   engineering basically was in one large organization and

10:33:36 25   now we're organized by product areas and so each product

10:33:41  1    area has a different leader and has both product and

10:33:46  2    engineering underneath it.

10:33:48  3             It doesn't have horizontal functions like

10:33:52  4    sales and things like that.  It's not like GM style

10:33:55  5    role, but, yes, it changed, it changed dramatically.

10:33:59  6             Most of the company that I used to manage, I

10:34:01  7    no longer manage and Search and what Search is becoming

10:34:05  8    was underneath me.

10:34:06  9        Q.  Okay.

10:34:07 10        A.  I also as an anomaly had responsibility for

10:34:11 11    international offices, although many of the

10:34:15 12    international offices, now the heads reported directly

10:34:18 13    in to product areas, but nominally, I still have

10:34:21 14    responsibility for making sure that the health of our

10:34:23 15    international offices continued.

10:34:28 16        Q.  When you were first hired as VP of

10:34:30 17    engineering, to whom did you report?

10:34:33 18        A.  Wayne Rosing.

10:34:34 19        Q.  And who was Mr. Rosing's supervisor?

10:34:38 20        A.  Excuse me.  When I was hired as director of

10:34:40 21    engineering, is that what you said?

10:34:41 22        Q.  Yes.

10:34:43 23             MR. RUBIN:  I think it is Rosing, R-O-S-I-N-G.

10:34:47 24             MS. DERMODY:  Rosing.  Thank you.

10:34:48 25             MR. RUBIN:  Sure.

10:43:53  1  would be -- you know, we would spend four or five hours

10:43:56  2  together every Monday.  I wasn't going to add another

10:43:59  3  meeting on top of that, but we did regularly talk about

10:44:02  4  topics.

10:44:02  5          If something came up, we would create a

10:44:05  6  meeting for it.  You know, a few of those people, if I

10:44:07  7  look at where most of my emails went back and forth,

10:44:10  8  they were to those people.  So, no, but we did not have

10:44:14  9  a separate meeting.

10:44:15  10         We did have a separate meeting for things like

10:44:18  11  when we would review the packets that we were going to

10:44:21  12  do, that was a separate meeting where we all got

10:44:23  13  together.  We had stacks of packets.

10:44:25  14         We would go through it individually and, you

10:44:27  15  know, talk about particular issues that we would see

10:44:30  16  coming up or particular things we wanted or how to

10:44:32  17  handle this particular case.

10:44:33  18         Or maybe, you know, Urs might have known more

10:44:38  19  about this particular person than I did because he has a

10:44:41  20  compiler background, for instance, so that was the only

10:44:44  21  other time we got together in a meeting was that.

10:44:46  22     Q.  And when you say "packets," just to be clear

10:44:49  23  for the record, you mean offer, letters?

10:44:51  24     A.  Offer -- the entire, what we call an offer

10:44:53  25  packet, which includes here is the resume, here is the



10:45:21  9        Q.  And in that same time period, that is when you

10:45:24 10   were VP or senior VP of engineering, was there a

10:45:28 11   compensation committee of the company?

10:45:32 12              MR. RUBIN:  Of the board you mean?

10:45:33 13              MS. DERMODY:  Of the company.

10:45:35 14              MR. RUBIN:  Oh, the company.

10:45:37 15              THE WITNESS:  There was a compensation

10:45:38 16   committee on the board.  I don't recall a compensation

10:45:41 17   committee other than the board.

10:45:43 18   BY MS. DERMODY:

10:45:43 19        Q.  And was there a group of people at the company

10:45:46 20   level who were dedicated to reviewing compensation

10:45:49 21   issues in an organized way?

10:45:52 22        A.  Yes.  In the HR organization, there was a

10:45:55 23   group in HR, what we call People Ops that was

10:46:00 24   responsible for compensation across the company.

10:46:08 25        Q.  In that same time period when you were VP or

10:46:11  1    senior VP of engineering, who was the leader or leaders

10:46:14  2    of that group?

10:46:18  3        A.   The leader right now is Frank, I don't

10:46:20  4    remember his last name, and there was somebody before

10:46:21  5    that that handled compensation and I'm sorry, I just

10:46:26  6    don't recall the name.

10:46:34  7        Q.   And what was, as far as you know, the role of

10:46:37  8    that group in terms of establishing compensation for the

10:46:39  9    company, if any?

10:46:41 10        A.   They were responsible for making sure that we,

10:46:43 11    you know, have, you know, a total comp across, you know,

10:46:47 12    engineering and product and, you know, sales and

10:46:50 13    marketing and legal.

10:46:51 14            So their responsibility was to take a global

10:46:55 15    look at compensation across the company.

10:46:56 16        Q.   But I think that we've lost a word in your

10:47:00 17    answer.  Let's make sure.

10:47:01 18            You said they were responsible for making sure

10:47:04 19    that we have something in engineering and product.

10:47:08 20        A.   I have no idea what that word might have been.

10:47:10 21    I mean, they were responsible for compensation across

10:47:12 22    the company.

10:47:13 23        Q.   Okay.

10:47:14 24        A.   It included, you know -- if you're not

10:47:19 25    careful, compensation will drift across different

10:47:21  1   companies and you will end up with inequities across the

10:47:25  2   company and, you know, they're responsible for coming up

10:47:28  3   with a compensation plan which is inclusive of all the

10:47:31  4   different groups in the company.

10:47:34  5        Q.  Okay.

10:47:34  6            Was that to make sure that directors in one

10:47:38  7   area of the company weren't being paid vastly different

10:47:41  8   than directors in a different part of the company,

10:47:44  9   people with equivalent talents were paid similarly?

10:47:47  10       A.  No, I wouldn't say that.  You know, we're an

10:47:49  11  engineering company, right, so Larry has always said and

10:47:53  12  Eric has always said that the engineering side of the

10:47:55  13  organization from a compensation point of view and

10:47:57  14  engineering and product actually get treated differently

10:48:01  15  than the rest of the company, and I think that was well

10:48:03  16  known in the company.

10:48:04  17           So, you know, we're building great products.

10:48:07  18  We want to make sure we get the best possible people

10:48:10  19  building those great products and so, you know, maybe

10:48:13  20  it's just my own view but I thought engineering got

10:48:16  21  treated -- engineering and product were treated

10:48:18  22  differently.

10:48:19  23           Actually I know that's true, that compensation

10:48:22  24  systems were set up to compensate engineers and product

10:48:25  25  managers differently than the rest of the company.  A

10:48:28  1   director is not a director, is not -- a director is not

10:48:31  2   a director is not a director across the company.

10:48:34  3        Q.  Okay.

10:48:44  4            In terms of the compensation committee of the

10:48:48  5   board, did you ever participate in those meetings?

10:48:52  6        A.  Not a single time.

10:48:54  7        Q.  Okay.

10:48:54  8        A.  As a matter of fact, I try to avoid board

10:48:57  9   meetings completely.  I was very successful for many

10:49:00 10   years.

10:49:02 11        Q.  Have you ever participated in any board

10:49:05 12   meeting where the issue of recruiting or the issue of

10:49:08 13   compensation was discussed?

10:49:17 14        A.  Any board meeting where -- I don't believe so.

10:49:22 15        Q.  Okay.

10:49:24 16        A.  I mean, we would have a conversation about

10:49:28 17   some area that we were going to get into, say, you know,

10:49:33 18   we really feel like we need more machine learning people

10:49:36 19   or, you know, this particular technology is really, you

10:49:38 20   know, dedicated to that.

10:49:39 21            And so in the course of that, I might say, you

10:49:41 22   know, this is an area that we're going to focus on, this

10:49:44 23   is an area we're going to recruit in but no recruiting

10:49:48 24   strategy, just letting them know areas of the company

10:49:51 25   that I felt we needed to invest in.

| | | |
|---|---|---|
| 10:55:53 | 1 | You mentioned Intel as one of the companies |
| 10:55:55 | 2 | that you knew there was a cold calling issue with.  What |
| 10:55:59 | 3 | is the -- what is it that you understand affected cold |
| 10:56:04 | 4 | calling with respect to Intel? |
| 10:56:06 | 5 | MR. RUBIN:  Objection.  Misstates the prior |
| 10:56:07 | 6 | testimony. |
| 10:56:12 | 7 | THE WITNESS:  So I phrase it differently. |
| 10:56:14 | 8 | So there are two companies that are really |
| 10:56:15 | 9 | important to us, Apple and Intel.  So the overriding |
| 10:56:23 | 10 | thing is I don't want to upset those CEOs.  It's not |
| 10:56:27 | 11 | about recruiting, about anything, you know. |
| 10:56:29 | 12 | I don't want to upset, you know, Paul |
| 10:56:32 | 13 | Otellini, you know, about, say, some issue that's having |
| 10:56:38 | 14 | to do with, you know, Intel chips, or I don't want to |
| 10:56:41 | 15 | upset him by not sharing information that I thought |
| 10:56:45 | 16 | would be helpful for their company, like a processor |
| 10:56:48 | 17 | change that would be really helpful to us and |
| 10:56:51 | 18 | potentially other companies. |
| 10:56:53 | 19 | Same thing with Apple.  I don't want to upset |
| 10:56:55 | 20 | Steve Jobs.  No one wants to upset Steve Jobs, including |
| 10:56:59 | 21 | people at Apple.  And, you know, so my behaviors across |
| 10:57:01 | 22 | all those things are trying to make sure that I foster a |
| 10:57:03 | 23 | great relationship between those. |
| 10:57:07 | 24 | And policy or no policy, you know, if I try to |
| 10:57:10 | 25 | steal the best person that he has in a particular area, |

| | | |
|---|---|---|
| 10:57:12 | 1 | he'll be upset.  Same thing with Paul Otellini, so I try |
| 10:57:18 | 2 | not to do that. |
| 10:57:19 | 3 | MS. DERMODY:  Okay. |
| 10:57:19 | 4 | Q.  So as you understand it, at some point Google |
| 10:57:21 | 5 | had an agreement that it would not cold call Intel |
| 10:57:24 | 6 | employees; is that correct? |
| 10:57:26 | 7 | MR. RUBIN:  Objection.  Lacks foundation. |
| 10:57:29 | 8 | THE WITNESS:  This -- I don't know anything |
| 10:57:30 | 9 | about any agreement.  I know about a policy associated |
| 10:57:33 | 10 | with cold calling.  And even then, you know, it wasn't a |
| 10:57:37 | 11 | part of my day-to-day life.  I didn't have a set of, you |
| 10:57:40 | 12 | know, policies, you are not allowed to do this, that and |
| 10:57:43 | 13 | the other thing.  I had a general overriding concern |
| 10:57:45 | 14 | that I want to maintain the relationship with these |
| 10:57:48 | 15 | different companies. |
| 10:57:49 | 16 | And, you know, I remember, you know, there was |
| 10:57:53 | 17 | an email where I -- you know in 2008 where I actually |
| 10:57:55 | 18 | asked, what is the policy associated with this because I |
| 10:58:00 | 19 | didn't know. |
| 10:58:01 | 20 | MS. DERMODY:  Right. |
| 10:58:02 | 21 | Q.  Mr. Eustace, what do you understand the policy |
| 10:58:04 | 22 | to have been with Intel and cold calling? |
| 10:58:08 | 23 | A.  My understanding was that the policy was not |
| 10:58:11 | 24 | to cold call, you know, people in those organizations. |
| 10:58:16 | 25 | Q.  And the same is true with Apple; is that |

10:58:19  1    correct?

10:58:19  2         A.  That was my understanding of the policy.

10:58:21  3         Q.  And did you also understand that the -- that

10:58:23  4    Intel was not to call Google employees during that time?

10:58:26  5         A.  No.  I actually don't know anything about

10:58:29  6    repre -- reciprocity?

10:58:34  7         Q.  Reciprocity.

10:58:34  8         A.  Reciprocity.

10:58:35  9             MR. RUBIN:  Reciprocity.

10:58:36  10            THE WITNESS:  Reciprocity.  I do not know

10:58:38  11   anything about that.  I do not know what their

10:58:40  12   instructions to their employees were.

10:58:42  13   BY MS. DERMODY:

10:58:42  14        Q.  And you were not aware that Apple had also

10:58:44  15   entered into agreement not to cold call Google

10:58:47  16   employees?

10:58:48  17            MR. RUBIN:  Objection.  Lacks foundation.

10:58:50  18            THE WITNESS:  I was not aware of that.

10:58:51  19            My goal is not to upset Steve.  You know,

10:58:53  20   that's the goal in that relationship, is to maintain

10:58:55  21   that partnership.

10:58:56  22            Same thing with Paul Otellini.  Him upsetting

10:58:59  23   me is a different problem, which I am also not happy

10:59:02  24   about potentially, but that wasn't my goal in that

10:59:04  25   relationship.

| | | |
|---|---|---|
| 11:02:33 | 1 | Q.  When did those start getting added? |
| 11:02:35 | 2 | A.  Those were coincident with the iPhone launch. |
| 11:02:40 | 3 | Q.  Roughly what year, do you know? |
| 11:02:41 | 4 | A.  I don't know. |
| 11:02:42 | 5 | What year was iPhone launched? |
| 11:02:45 | 6 | Oh, you can't say? |
| 11:02:48 | 7 | MR. RUBIN:  And we couldn't. |
| 11:02:49 | 8 | THE WITNESS:  Four years ago, five years ago, |
| 11:02:50 | 9 | something like that. |
| 11:02:51 | 10 | BY MS. DERMODY: |
| 11:02:51 | 11 | Q.  Okay.  So 2009, 2008? |
| 11:02:53 | 12 | A.  Maybe even a little bit before that.  Before |
| 11:02:55 | 13 | the launch, we were actually involved in, for instance, |
| 11:02:58 | 14 | Maps and other things, so the partnership was -- went a |
| 11:03:03 | 15 | little bit even before that. |
| 11:03:04 | 16 | Q.  So in terms of your actual commercial |
| 11:03:09 | 17 | relationship, that was around the phone and the phone |
| 11:03:16 | 18 | apps? |
| 11:03:17 | 19 | A.  I think we had a relationship before that. |
| 11:03:18 | 20 | The phone was part of the relationship, obviously, but I |
| 11:03:21 | 21 | think the Search deal predated that.  So on the Safari |
| 11:03:25 | 22 | browser, there was a Google search box there, and I |
| 11:03:29 | 23 | believe that they added that, you know, way prior to the |
| 11:03:31 | 24 | iPhone introduction. |
| 11:03:33 | 25 | So I think that might have been the first case |

11:03:35 1  where we had a strong partnership on both sides.  And

11:03:37 2  there was a revenue sharing relationship associated with

11:03:40 3  the search box, so I think that was the first time and I

11:03:43 4  think that predated the iPhone.

11:03:47 5       Q.  So besides the Safari browser and the iPhone,

11:03:50 6  were there any other commercial relationships between

11:03:54 7  the two companies that you are aware of?

11:03:56 8       A.  I can't recall any.  Doesn't mean they're not

11:04:00 9  there but I just don't remember all the relationships.

11:04:02 10 Other people at Google would be much better to tell what

11:04:05 11 the exact relationships were.

11:04:09 12      Q.  As a senior VP of engineering, would you have

11:04:11 13 been aware at the time of those relationships, even if

11:04:14 14 you can't remember them now?

11:04:19 15      A.  So my relationship with Apple came when the

11:04:26 16 relationship was falling apart, so there was a -- there

11:04:35 17 was a set of relationship managers over time and/or, you

11:04:39 18 know, diffused responsibility for relationships.

11:04:42 19           And before me was Vic Gundotra talking about

11:04:48 20 the mobile relationship and I think he might have been

11:04:50 21 responsible for the Safari deal.  But when I took over,

11:04:54 22 the relationship between Steve and Phil Schiller and Vic

11:04:58 23 was not very strong at that point and Larry asked me to

11:05:03 24 step in in terms of a relationship and try to work on

11:05:06 25 that.

| | | |
|---|---|---|
| 11:05:06 | 1 | And at the time, you know, there were lots of |
| 11:05:08 | 2 | things that were going wrong in the partnership and my |
| 11:05:11 | 3 | job was to try to save the situation.  So I came in in |
| 11:05:14 | 4 | kind of a desperate time in the period of the |
| 11:05:18 | 5 | partnership. |
| 11:05:18 | 6 | Before that, I had literally no contact with |
| 11:05:21 | 7 | Apple.  I never met Steve, I never exchanged email |
| 11:05:25 | 8 | messages with Steve.  I didn't know him at all or |
| 11:05:27 | 9 | anybody else at Apple. |
| 11:05:28 | 10 | Q.  And what was the time period you came into |
| 11:05:30 | 11 | that relationship, year? |
| 11:05:42 | 12 | A.  Boy, I can't really even guess.  I mean maybe |
| 11:05:44 | 13 | 2007, something like that.  I don't remember the exact |
| 11:05:47 | 14 | timing. |
| 11:05:47 | 15 | Q.  So before the recession? |
| 11:05:51 | 16 | A.  You know, I have no -- I can't really tie it |
| 11:05:53 | 17 | into a particular -- |
| 11:05:54 | 18 | Q.  I think the recession, election, you know, |
| 11:05:56 | 19 | sometimes that helps. |
| 11:05:59 | 20 | MR. RUBIN:  You are using before fall '08 I |
| 11:06:02 | 21 | think Kelly is saying. |
| 11:06:06 | 22 | THE WITNESS:  I don't remember the exact time. |
| 11:06:07 | 23 | I'm sure I could find it. |
| 11:06:12 | 24 | BY MS. DERMODY: |
| 11:06:12 | 25 | Q.  And were you introduced to Steve by someone in |

11:06:14 1   the company?

11:06:15 2        A.  I believe my first interaction with Steve was

11:06:17 3   an email message to him.  We were -- I think we were

11:06:21 4   interacting over a particular hire and so I think I sent

11:06:27 5   him an email, but that was the first time I ever

11:06:30 6   talked -- I ever exchanged email with him.

11:06:33 7            And he had my cell phone number so he could

11:06:36 8   call me after that, but our relationship kind of

11:06:39 9   deepened over time as we worked through a lot of

11:06:42 10  different issues in the relationship.

11:06:46 11           MR. RUBIN:  Kelly, any time convenient for

11:06:48 12  you, it would be good to take a break?

11:06:51 13           MS. DERMODY:  Sure.

11:06:51 14           MR. RUBIN:  Is that okay?

11:06:52 15           THE WITNESS:  Any time you want.

11:06:54 16           MS. DERMODY:  Fine.

11:06:55 17           MR. RUBIN:  Why don't we take a short one?

11:06:57 18           THE WITNESS:  Okay.

11:06:58 19           THE VIDEOGRAPHER:  We're off the record, the

11:06:59 20  time is 11:06 a.m.

11:07:02 21               (Recess taken.)

11:21:08 22           THE VIDEOGRAPHER:  We're back on the record,

11:21:09 23  the time is 11:21 a.m.

11:21:11 24  BY MS. DERMODY:

11:21:14 25        Q.  Mr. Eustace, before we broke you had mentioned

| | | |
|---|---|---|
| 11:21:17 | 1 | a couple of names.  I want to make sure I understood who |
| 11:21:21 | 2 | they were.  Vic Gundotra? |
| 11:21:25 | 3 | A.  Gundotra. |
| 11:21:26 | 4 | Q.  How do you spell that? |
| 11:21:28 | 5 | A.  G-U-N-D-O-T-R-A, I believe. |
| 11:21:37 | 6 | THE REPORTER:  D-U-N or G-U-N? |
| 11:21:40 | 7 | THE WITNESS:  G.  Gundotra. |
| 11:21:42 | 8 | BY MS. DERMODY: |
| 11:21:42 | 9 | Q.  And was he at Google or was he at Apple? |
| 11:21:45 | 10 | A.  He was at Google. |
| 11:21:46 | 11 | Q.  Google, okay. |
| 11:21:48 | 12 | And Phil Schiller? |
| 11:21:49 | 13 | A.  Apple. |
| 11:21:50 | 14 | Q.  At Apple, okay. |
| 11:21:59 | 15 | In 2007, I think you said you took over from |
| 11:22:02 | 16 | Mr. Gundotra the primary relationship with Mr. Jobs; is |
| 11:22:05 | 17 | that correct? |
| 11:22:06 | 18 | A.  With Apple, not Jobs. |
| 11:22:07 | 19 | Q.  With Apple.  Excuse me, with Apple. |
| 11:22:09 | 20 | How frequently would you say you communicated |
| 11:22:11 | 21 | with Mr. Jobs from that point forward? |
| 11:22:13 | 22 | A.  It was very rare.  Mostly I communicated with |
| 11:22:16 | 23 | people on his team, Phil, Scott Forstall. |
| 11:22:22 | 24 | THE REPORTER:  Who? |
| 11:22:23 | 25 | THE WITNESS:  Scott Forstall, |

| | | |
|---|---|---|
| 11:22:23 | 1 | F-O-R-E-S-T-A-L-L [sic]. |
| 11:22:27 | 2 | THE REPORTER:  Thank you. |
| 11:22:32 | 3 | BY MS. DERMODY: |
| 11:22:33 | 4 | Q.  And did you speak with people on Mr. Jobs' |
| 11:22:34 | 5 | team at Apple about recruiting issues? |
| 11:22:37 | 6 | A.  No. |
| 11:22:38 | 7 | Q.  Only Mr. Jobs? |
| 11:22:42 | 8 | A.  I only recall one conversation with Steve on |
| 11:22:44 | 9 | recruiting.  It wasn't even a conversation actually.  I |
| 11:22:46 | 10 | recall an email exchange on recruiting. |
| 11:22:49 | 11 | Q.  Okay. |
| 11:22:49 | 12 | A.  But he and I never talked about recruiting. |
| 11:22:51 | 13 | Q.  And was this about a Paris employee? |
| 11:22:53 | 14 | A.  Yes, it was. |
| 11:23:24 | 15 | Q.  What do you recall about the situation with |
| 11:23:26 | 16 | the Paris employee? |
| 11:23:28 | 17 | A.  We were starting an engineering office in |
| 11:23:32 | 18 | Paris and we were looking for a leader for the |
| 11:23:35 | 19 | engineering office in Paris.  One of the applicants was |
| 11:23:42 | 20 | ▉, I can't remember his last name, and he had |
| 11:23:45 | 21 | applied, we interviewed, we liked him. |
| 11:23:50 | 22 | He had told me he was a personal friend of |
| 11:23:53 | 23 | Steve Jobs, that his -- his project was getting moved |
| 11:24:01 | 24 | out of Paris to Cupertino and that he was, you know, |
| 11:24:06 | 25 | then potentially freed up and would consider a job with |

13:36:09  1    relationship with Intel since 2005?

13:36:12  2         A.  Absolutely.

13:36:13  3         Q.  Okay.

13:36:16  4              Describe for me in the 2005 era what shared

13:36:19  5    business relationship you had?

13:36:21  6         A.  They were our largest supplier.  We had -- we

13:36:29  7    obviously bought an incredible amount of their products.

13:36:32  8    We used it for lots of our systems, along with AMD as

13:36:37  9    well.  Every system, every chip that they built, we

13:36:40  10   tested.  We have a strong partnership in testing with

13:36:43  11   them.

13:36:43  12             We would get parts before everybody else did.

13:36:48  13   We would -- we interacted very carefully with their

13:36:52  14   architects, some of which came from Digital, so we had a

13:36:56  15   strong, long-lasting relationship with their

13:36:58  16   architectural organization.

13:37:00  17             And so our senior people would go to Intel and

13:37:04  18   actually tell them the kinds of things that we expected

13:37:07  19   out of our chips, what are the issues with performance.

13:37:10  20             We shared performance benchmarks between the

13:37:13  21   companies and what kinds of things that we needed them

13:37:15  22   to run fast on and why.  We looked at future

13:37:20  23   architectures.  I mean, we had a very long relationship

13:37:24  24   with them.

13:37:25  25        Q.  Do you know if these, we will call them

| | | |
|---|---|---|
| 13:37:27 | 1 | collaborations, were documented in some way? |
| 13:37:30 | 2 | MR. RUBIN:  Objection.  Vague. |
| 13:37:31 | 3 | THE WITNESS:  I don't know. |
| 13:37:32 | 4 | BY MS. DERMODY: |
| 13:37:32 | 5 | Q.  You don't know? |
| 13:37:34 | 6 | A.  No. |
| 13:37:35 | 7 | Q.  Okay.  Let me ask about Apple. |
| 13:37:46 | 8 | You testified earlier today about some shared |
| 13:37:49 | 9 | business initiatives with Apple.  Do you recall that? |
| 13:37:52 | 10 | A.  Yes, I do. |
| 13:37:53 | 11 | Q.  Do you know if any of those collaborations |
| 13:37:55 | 12 | were documented? |
| 13:38:01 | 13 | A.  We're not a documentation rich company as you |
| 13:38:04 | 14 | probably know.  I do not know if there was specific |
| 13:38:08 | 15 | documentation on specific relationships with Apple. |
| 13:38:15 | 16 | Q.  And at the time you, I will say, took over the |
| 13:38:19 | 17 | Apple relationship for Google -- |
| 13:38:20 | 18 | A.  Yeah. |
| 13:38:20 | 19 | Q.  -- were there contracts that were being |
| 13:38:23 | 20 | negotiated with Apple on any topic? |
| 13:38:25 | 21 | A.  Yes. |
| 13:38:25 | 22 | Q.  And what were the topics? |
| 13:38:29 | 23 | A.  I think the first one I was involved in was a |
| 13:38:32 | 24 | Maps contract. |
| 13:38:33 | 25 | Q.  Okay.  What else? |

| | | |
|---|---|---|
| 13:38:37 | 1 | A.  After Maps, it became Search.  Eventually, I |
| 13:38:39 | 2 | was involved in some of the YouTube discussions. |
| 13:38:44 | 3 | Q.  Was YouTube documented? |
| 13:38:46 | 4 | MR. RUBIN:  Objection -- withdraw that. |
| 13:38:49 | 5 | BY MS. DERMODY: |
| 13:38:49 | 6 | Q.  I mean the process. |
| 13:38:50 | 7 | A.  I do not know. |
| 13:38:52 | 8 | Q.  Don't know, okay. |
| 13:38:53 | 9 | A.  I did not negotiate that one. |
| 13:38:55 | 10 | Q.  Okay. |
| 13:38:56 | 11 | So other than Maps and Search, were there any |
| 13:38:58 | 12 | others that you were aware of being put down to a |
| 13:39:01 | 13 | writing? |
| 13:39:05 | 14 | A.  Those are the two contracts that I read |
| 13:39:06 | 15 | myself. |
| 13:39:12 | 16 | Q.  In the Maps contract, was that something that |
| 13:39:14 | 17 | was in the 2007 era? |
| 13:39:20 | 18 | A.  I believe the relationship dated back to 2007, |
| 13:39:23 | 19 | maybe even 2006.  I think I became involved in maybe |
| 13:39:27 | 20 | 2008 or something like that. |
| 13:39:29 | 21 | Q.  Do you know when the first contract was |
| 13:39:31 | 22 | entered into involving Maps? |
| 13:39:33 | 23 | A.  No.  This is way before my time. |
| 13:39:37 | 24 | Q.  So you don't know the date? |
| 13:39:38 | 25 | A.  No, I don't. |

13:39:42   1        Q.   The Map --

13:39:43   2        A.   These contracts had lots of amendments over

13:39:45   3   time.  We redid a lot of these contracts, so you need to

13:39:48   4   go back into the contract record to find the first one.

13:39:51   5        Q.   Okay.

13:39:52   6             In the Maps contracts that you reviewed, was

13:39:55   7   there a time period duration to the contract?

13:39:59   8        A.   Yes, there was.

13:40:01   9        Q.   What was the duration?

13:40:17  10        A.   It varied from contract to contract and

13:40:19  11   provision to provision.  I don't remember -- I remember

13:40:21  12   the last version that we did and when that expired but I

13:40:24  13   don't remember what the expiration terms are on the

13:40:27  14   other contracts.  Generally, it was a couple of years.

13:40:29  15        Q.   Okay.

13:40:30  16        A.   Maybe four years.

13:40:36  17        Q.   And within these contracts was -- were there

13:40:42  18   terms involving no solicitation of employees?

13:40:45  19        A.   No.

13:40:54  20        Q.   Was that part of the discussion during the

13:40:55  21   negotiations for those contracts?

13:40:57  22        A.   No.

13:40:58  23             MR. RUBIN:  Objection.  Lacks foundation.

13:41:02  24   BY MS. DERMODY:

13:41:11  25        Q.   Let me ask the same question for Search.

13:41:13  1          You had a contract that you said that you

13:41:14  2  reviewed the Search collaboration with Apple; is that

13:41:17  3  correct?

13:41:17  4          A.  Uh-huh, that's correct.

13:41:20  5          Q.  Do you recall the time period that those

13:41:23  6  contracts came into existence?

13:41:25  7          A.  The contracts predated me.  We were

13:41:27  8  renegotiating a Search contract, so probably in the

13:41:32  9  2009, 2010 time frame.

13:41:35 10          Q.  When you were renegotiating?

13:41:37 11          A.  Yes.  The contracts went back before that.

13:41:40 12          Q.  Do you recall if the Search contract had a

13:41:43 13  term, a duration or end period in it?

13:41:46 14          A.  Yes, it did.

13:41:47 15          Q.  And do you know what the terms were?  Was it

13:41:51 16  similar to Maps?

13:41:56 17          A.  It was similar to Maps.  I don't remember.  I

13:41:58 18  don't recall the specific durations.

13:42:01 19          Q.  Do you recall if there was a no cold calling

13:42:04 20  provision or no solicitation provision contained within

13:42:08 21  the Search contract?

13:42:10 22          A.  No.

13:42:10 23          Q.  There wasn't?

13:42:11 24          A.  No.

13:42:12 25          Q.  Was there ever a no cold calling, no

13:42:16  1   solicitation provision in the prior iterations of the

13:42:19  2   Search contract that were negotiated by someone else

13:42:22  3   that you were amending?

13:42:23  4        A.  I did not see one.

13:42:36  5        Q.  And I apologize if I didn't get my notes down

13:42:39  6   right here.  For YouTube, was that a contract that you

13:42:43  7   were not part of, you didn't review?

13:42:46  8        A.  That contract predated me.  I did have

13:42:52  9   discussions with Apple about that contract but not

13:42:54 10   during the period of this lawsuit.

13:42:56 11        Q.  Do you recall if in negotiating the Search

13:43:01 12   contract, there was a discussion of no cold calling or

13:43:03 13   no solicitation of employees?

13:43:06 14             MR. RUBIN:  Search or YouTube?

13:43:08 15             MS. DERMODY:  Search.

13:43:09 16             THE WITNESS:  I do not recall any provision

13:43:11 17   that had anything to do with cold calling in that

13:43:13 18   agreement.

13:43:13 19   BY MS. DERMODY:

13:43:14 20        Q.  I'm just talking about the discussion during

13:43:15 21   negotiations.

13:43:17 22        A.  It was not a part of those discussions.

13:43:22 23        Q.  And same for YouTube.

13:43:23 24             Do you recall in talking to Apple about the

13:43:25 25   YouTube collaboration if no cold calling of employees or

13:43:29   1   no solicitation of employees was ever a part of that

13:43:31   2   discussion?

13:43:32   3       A.  I never saw that agreement and the discussions

13:43:33   4   that I had about that contract came after the terms of

13:43:37   5   the lawsuit.  They were probably in 2011.

13:43:40   6       Q.  Okay.

13:43:41   7       A.  And I never saw that contract.

13:43:50   8       Q.  Who were the people that were involved in

13:43:52   9   the --

13:43:52  10       A.  Let me amend that.  I believe it was in 2012

13:43:55  11   that I had the conversation with Apple about YouTube.

13:43:57  12       Q.  Okay, fair enough.

13:44:02  13           Who was involved on Google's behalf in

13:44:05  14   negotiating collaborations with Apple?

13:44:12  15       A.  I would say the primary person was Joan

13:44:14  16   Braddi.

13:44:15  17       Q.  Can you spell the last name?

13:44:16  18       A.  B-R-A-D-D-I.

13:44:21  19       Q.  Braddi?

13:44:22  20       A.  Braddi.

13:44:23  21       Q.  Excuse me.  Thanks.

13:44:24  22           And how about on the Apple side, do you know?

13:44:29  23       A.  Generally, it's Phil Schiller.

13:44:37  24       Q.  And was Ms. -- is it Ms.?

13:44:40  25       A.  Yes.

13:57:22  1   do not call Intel.  It was part of my practice, not

13:57:25  2   because of something that the company had told me or

13:57:28  3   that Eric had told me but that the company didn't have

13:57:32  4   the right expertise.

13:57:37  5            They were building chips and we were building

13:57:40  6   systems and those two expertise actually have very

13:57:43  7   little intersection.  So this is kind of meaningless to

13:57:46  8   me from an engineering point of view.

13:57:48  9            I would never have asked about what the policy

13:57:51  10  is toward Intel because I would not have actively, you

13:57:55  11  know, tried to recruit executives from Intel.

13:57:59  12            MS. DERMODY:  Okay.

13:58:00  13       Q.  And in looking at this document, where there

13:58:03  14  is a reference to Google's commitment to terminate a

13:58:10  15  recruiter that calls into Intel, does that refresh your

13:58:13  16  recollection about any conversations you might have had

13:58:15  17  about the commitment that Google had to not let that

13:58:19  18  happen?

13:58:20  19            MR. RUBIN:  Objection.  Lacks foundation.

13:58:23  20            THE WITNESS:  I never knew about this policy.

13:59:31  21  BY MS. DERMODY:

13:59:32  22       Q.  Do you know if Google's commitment not to cold

13:59:37  23  call other companies was shared with the companies that

13:59:42  24  were the subject of that decision?

13:59:45  25            MR. RUBIN:  Objection.  Lacks foundation.

13:59:49   1          THE WITNESS:  I do not know.

13:59:56   2          MS. DERMODY:  Okay.

13:59:56   3      Q.  Do you know if Google's board of directors was

13:59:58   4  ever advised that Google had made a decision not to cold

14:00:02   5  call the employees of certain companies?

14:00:11   6      A.  I do not know.

14:00:23   7      Q.  Do you have an awareness of how compensation

14:00:25   8  was set at Google in the time period where you were a VP

14:00:30   9  and a senior VP in the company?

14:00:33  10          MR. RUBIN:  Objection.  Vague.

14:00:36  11          THE WITNESS:  I have -- you know, as the VP of

14:00:39  12  engineering, I know broadly how we -- how compensation

14:00:45  13  was set but I don't know the details.

14:00:47  14          MS. DERMODY:  Okay.

14:00:48  15      Q.  Let's start with engineering.  How was it set

14:00:51  16  there?

14:00:51  17      A.  ████████████████████████████████████████████

████████████  ████████████████████████████████████████████████

████████████  ████████████  ██████████████████████████████████

████████████  ████████████████████████  They would carefully try to make

14:01:07  21  sure that the job descriptions were, you know,

14:01:10  22  comparable because levels and things varied between

14:01:14  23  companies.

14:01:15  24          They would try to make sure that they were

14:01:18  25  matching against comparable companies because many times



14:01:21  1   the job descriptions are very different. ▮▮▮▮

14:02:13 17   so I think that's the -- at my level, that's how I

14:02:16 18   looked at how compensation was set.

14:02:22 19        Q.  And in terms of all of that, are we talking

14:02:26 20   about base salary or are you including bonus and equity

14:02:29 21   as well?

14:02:30 22        A.  I believe it's everything.

14:02:31 23        Q.  Okay.

14:02:31 24        And was that true for 2005 and 2006 and '07

14:02:40 25   and '08 and '09?

Deposition of Shona Brown                          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 01:37:57 | 1 | If you could please take a moment and examine |
| 01:37:58 | 2 | what's been previously marked as Plaintiffs' |
| 01:38:00 | 3 | Exhibit 176. |
| 01:39:32 | 4 | A.  Okay. |
| 01:39:33 | 5 | Q.  If you could start on the second to last page, |
| 01:39:40 | 6 | which appears to be an email that Danny Shader wrote to |
| 01:39:45 | 7 | Omid Kordestani and Jonathan Rosenberg cc'ing Bill |
| 01:39:53 | 8 | Campbell on November 4th, 2003. |
| 01:39:55 | 9 | Mr. Shader wrote in the second paragraph here, |
| 01:39:58 | 10 | "I'm writing to ask a favor of you.  Google recently |
| 01:40:03 | 11 | recruited one of our key engineers, ▇▇▇▇▇▇, and |
| 01:40:06 | 12 | also targeted another of our folks.  I would appreciate |
| 01:40:08 | 13 | if you could ask your recruiting teams not to target |
| 01:40:11 | 14 | Good employees.  Also, if Good folks contact Google, we |
| 01:40:15 | 15 | would appreciate it if you would not offer jobs to such |
| 01:40:18 | 16 | folks until they first told us they were interviewing, |
| 01:40:20 | 17 | so that we have the opportunity to address whatever |
| 01:40:24 | 18 | concerns they might have." |
| 01:40:29 | 19 | That email was then forwarded to you.  It looks |
| 01:40:35 | 20 | like Jonathan Rosenberg added you to the copy list the |
| 01:40:40 | 21 | next day, correct? |
| 01:40:42 | 22 | A.  It's -- yes, it appears that email is from |
| 01:40:46 | 23 | November 4th, 2003, is then forwarded by Jonathan.  I |
| 01:40:54 | 24 | guess he's responding to Danny Shader and Omid, and then |
| 01:41:01 | 25 | he copies Bill and I, but the original email you were |

14:04:58  1        Q.   Fair enough.

14:05:00  2

14:07:33 1        Q.   Okay.

14:07:50 2             You said that Google has participated in

14:07:52 3    salary surveys, correct?

14:07:54 4        A.   I assume.  I don't know whether we just found

14:07:57 5    out information from other companies and didn't

14:07:59 6    participate ourselves or whether they participated.

14:08:03 7        Q.   Okay.  So you are not sure?

14:08:04 8        A.   No, I do not know.

14:08:06 9        Q.   Okay.

14:08:11 10       A.   I've had discussions about which companies are

14:08:13 11   in the salary survey and whether they're reflective of

14:08:16 12   the engineers that we have so I know there are some

14:08:19 13   surveys, but I didn't -- I have never seen a survey.

14:08:24 14       Q.   And I think you mentioned that Google makes

14:08:27 15   some attempt to ascertain salary structures or salary

14:08:31 16   levels at other competitors; is that right?

14:08:35 17            MR. RUBIN:  Objection.  Mischaracterizes prior

14:08:36 18   testimony.

14:08:38 19            THE WITNESS:  For you to do a salary

14:08:40 20   comparison, you have to match up titles, like a staff

14:08:43 21   engineer at Google is equivalent to what title at, I

14:08:48 22   don't know, Intel.

14:08:49 23            So for you to do that, you have to do that

14:08:53 24   matching, so they were involved in trying to understand

14:08:55 25   what the matching is.

Deposition of Alan Eustace

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

15:20:55   1



15:22:50  17            In your experience, has Google periodically

15:22:54  18  considered increasing compensation company-wide?

15:22:57  19        A.  Yes.

15:22:57  20        Q.  And under what circumstances?

15:23:05  21        A.  There was a program called Big Bang.  I'm sure

15:23:10  22  you know that there was an attempt for us to not

15:23:12  23  increase compensation but to move compensation around,

15:23:16  24  to change the mix of compensation to make us more

15:23:22  25  attractive versus potentially other companies with

15:23:25  1    different mixes.

15:23:28  2         Q.   Have there been other occasions?

| | | |
|---|---|---|
| 15:24:31 | 1 | The argument was that we really are trying to |
| 15:24:33 | 2 | hire the best people and we should be prepared to |
| 15:24:35 | 3 | compensate them more. |
| 15:24:37 | 4 | Q.  And can you recall the specific times or the |
| 15:24:42 | 5 | specific decisions to increase based on a, you know, |
| 15:24:46 | 6 | percentage of where you were in the market?  You said |
| 15:24:51 | 7 | ████ percentile but -- |
| 15:24:52 | 8 | A.  I don't remember the exact times. |
| 15:24:53 | 9 | Q.  Do you remember the decisions that were made? |
| 15:24:58 | 10 | A.  I'm not sure what you mean, "the decisions |
| 15:25:00 | 11 | that were made." |
| 15:25:01 | 12 | Q.  ████████████████████████████ |
| 15:25:03 | 13 | A.  I have no idea.  I know they increased.  I |
| 15:25:05 | 14 | know they increased over time.  I don't know what the |
| 15:25:08 | 15 | specific increments were. |
| 15:25:11 | 16 | Q.  Do you know roughly how many times, let's say |
| 15:25:13 | 17 | between 2005, 2009? |
| 15:25:15 | 18 | A.  No. |
| 15:25:16 | 19 | Q.  Do you recall if cost of living adjustments |
| 15:25:19 | 20 | were part of the mix in terms of determining every -- |
| 15:25:24 | 21 | all employees' compensation annually? |
| 15:25:28 | 22 | MR. RUBIN:  Objection.  Foundation. |
| 15:25:30 | 23 | THE WITNESS:  Every location basically did |
| 15:25:32 | 24 | a -- did -- every location in which we operated |
| 15:25:39 | 25 | determined the -- the compensation determined a |

15:45:35  1            THE WITNESS:  Yes.

15:45:36  2    BY  MS. DERMODY:

15:45:37  3        Q.  And what was the gist of that conversation or

15:45:41  4    those conversations in this time period?

15:45:47  5        A.  I don't know about this time period but the

15:45:49  6    philosophy I think that I remember is we're not going to

15:45:54  7    let individual people get picked off by Facebook and

15:45:58  8    that ██████████████████████████████.

15:46:02  9        Q.  And do you recall there being some -- let me

15:46:09  10   ask you this.  Who is ███████████

15:46:12  11       A.  I don't know.  He's just an engineer.

15:46:16  12       Q.  Okay.

15:46:17  13       A.  As far as I know.  I don't know him

15:46:18  14   personally.

15:46:18  15       Q.  And do you recall there being some reaction

15:46:22  16   from at least one person, if not more, that people that

15:46:27  17   were getting counteroffers were being treated

15:46:29  18   differently than the people that weren't making

15:46:31  19   themselves available to Facebook?

15:46:34  20       A.  Yes, there was a reaction.  I mean, I wouldn't

15:46:39  21   say it was widespread but there were individuals that

15:46:46  22   expressed concern about our aggressive counteroffer

15:46:51  23   strategy.

15:46:51  24       Q.  And do you recall what the thrust of the

15:46:58  25   concern was that was being expressed about that?

15:47:03  1        A.   I mean, the concern was that we would -- that

15:47:09  2    by staying at Google and being loyal to Google, that you

15:47:13  3    would be disadvantaged versus people that are actively

15:47:19  4    shopping themselves around and trying to get the best

15:47:22  5    salary and then coming back and asking for Google to

15:47:25  6    match it.

15:47:26  7             And if that strategy plays out poorly, then

15:47:29  8    you would be encouraging somebody to interview in other

15:47:33  9    places in order to increase their compensation.  That

15:47:35 10    was their argument.

15:47:39 11        Q.   Were there any steps that you're aware that

15:47:43 12    Google took to counter that concern or address that

15:47:46 13    concern?

15:47:49 14             MR. RUBIN:  Objection.  Foundation.

15:47:56 15             THE WITNESS:  I mean, I know that, you know,

15:47:58 16    the question was asked for me, I'm sure it was asked to

15:48:01 17    other people to explain why this is.  I feel like we

15:48:06 18    have a responsibility to answer that question.

15:48:09 19    BY  MS. DERMODY:

15:48:09 20        Q.   Do you know if Google or individuals within

15:48:12 21    Google took steps to increase the compensation of

15:48:16 22    coworkers around an employee who received a counteroffer

15:48:20 23    in order to address the concerns that that employee was

15:48:23 24    being treated differently truly because they were

15:48:25 25    disloyal enough to be solicited?



15:49:15  12            MS. DERMODY:  Can I have 626?

15:49:35  13            MR. HARVEY:  (Complies.)

15:49:35  14    BY  MS. DERMODY:

15:49:36  15        Q.  So I've passed you the document --

15:49:38  16        A.  What perfect timing.

15:49:41  17        Q.  Sometimes you get it right.

15:49:44  18            -- marked as Plaintiff's Exhibit 626

15:49:48  19    previously and this document appears to be an email from

15:49:51  20    you from October 14th, 2010 to Shona Brown.

15:49:57  21            Do you recognize this document?

15:50:00  22        A.  Yes.

15:50:08  23            Can I go ahead and read it?

15:50:10  24        Q.  Sure, yes.

15:51:11  25        A.  (Reviews document.)

15:52:04  1          Okay.  I have completed it.  Thank you.

15:52:08  2      Q.  Sure.

15:52:08  3          This is a series of emails that's discussing

15:52:12  4  the counteroffer issue again; is that correct?

15:52:15  5      A.  That is correct.

15:52:16  6      Q.  And once again, there is some feedback from

15:52:19  7  the field of concern that counteroffers end up rewarding

15:52:23  8  the people that are not the loyal employees but who end

15:52:27  9  up getting paid more through the dumb luck of being

15:52:31 10  recruited; is that right?

15:52:34 11          MR. RUBIN:  Objection.  Mischaracterizes this

15:52:35 12  document.  Let it speak for itself, but if you can

15:52:37 13  answer, Alan.

15:52:39 14          THE WITNESS:  I don't think it is a dumb luck

15:52:41 15  situation.  I think as I said in the previous question

15:52:46 16  people that are incredibly loyal and never look outside,

15:52:49 17  you know, potentially have -- are disadvantaged.  That's

15:52:56 18  true across the board with all companies.

15:52:58 19          I mean, the people that are constantly

15:53:01 20  shopping themselves around with other companies, happens

15:53:04 21  to lawyers, happens in every place, there is potentially

15:53:07 22  an advantage to them over the long term of changing from

15:53:11 23  firm to firm and basically picking up the highest title

15:53:14 24  or highest salary.

15:53:15 25          Over the long term, that may or may not be the

Deposition of Alan Eustace                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
15:39:20  1            I, Mary Ann Scanlan-Stone, Certified Shorthand

15:39:20  2    Reporter licensed in the State of California, License

15:39:20  3    No. 8875, hereby certify that the deponent was by me

15:39:20  4    first duly sworn and the foregoing testimony was

15:39:20  5    reported by me and was thereafter transcribed with

15:39:20  6    computer-aided transcription; that the foregoing is a

15:39:20  7    full, complete, and true record of said proceedings.

15:39:20  8            I further certify that I am not of counsel or

15:39:20  9    attorney for either of any of the parties in the

15:39:20 10    foregoing proceeding and caption named or in any way

15:39:20 11    interested in the outcome of the cause in said caption.

15:39:20 12            The dismantling, unsealing, or unbinding of

15:39:20 13    the original transcript will render the reporter's

15:39:20 14    certificates null and void.

15:39:20 15            In witness whereof, I have hereunto set my

15:39:20 16    hand this day: March 3, 2013.

15:39:20 17            _____ Reading and Signing was requested.

15:39:20 18            _____ Reading and Signing was waived.

15:39:20 19            ___X___ Reading and signing was not requested.

15:39:20 20

15:39:20 21                       _____

15:39:20 22                       MARY ANN SCANLAN-STONE

15:39:22 23                       CSR 8875, RPR, CCRR, CLR

         24

         25
```

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF ALAN EUSTACE, DATED FEBRUARY 27, 2013**

*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 12:7 | Replace: "I can recall"<br><br>With: "I can't recall" | correction to transcript error |
| 18:7 | Replace: "and steady state"<br><br>With: "and at its steady state" | correction to transcript error |
| 18:9 | Replace: "responsibilities to me"<br><br>With: "responsibilities for me" | correction to transcript error |
| 18:21 | Replace: "VP -- VP of engineering but I was a VP in engineering and reported to the VP of engineering"<br><br>With: "VP -- I was a VP in engineering and reported to the VP of engineering" | clarification |
| 20:10 | Replace: "needed done"<br><br>With: "needed to be done" | correction to transcript error |
| 22:6 | Replace: "tell me what I thought"<br><br>With: "tell him what I thought" | correction to transcript error |
| 22:7 | Replace: "merits of what other people were"<br><br>With: "merits of what other people were doing" | correction to transcript error |
| 27:12 | Replace: "reported"<br><br>With: "report" | correction to transcript error |
| 27:15 | Replace: "continued"<br><br>With: "continues" | correction to transcript error |

**Error! Document Variable not defined.**
**Error! Document Variable not defined.**

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 29:2 | Replace: "it's is"<br><br>With: "it is" | correction to transcript error |
| 32:8 | Replace: "with"<br><br>With: "within" | correction to transcript error |
| 37:25-38:1 | Replace: "drift across different companies"<br><br>With: "drift across different groups" | correction to transcript error |
| 38:1 | Replace: "companies"<br><br>With: "groups" | correction to transcript error |
| 40:22 | Replace: "there have been"<br><br>With: "there may have been" | correction to transcript error |
| 64:3 | Replace: "There's's"<br><br>With: "There's" | correction to transcript error |
| 66:15 | Replace: "backup"<br><br>With: "backend" | correction to transcript error |
| 95:5 | Replace: "Those companies"<br><br>With: "Those people" | correction to transcript error |
| 133:16 | Replace: "what the correct bands would go"<br><br>With: "what the correct bands would be" | correction to transcript error |
| 139:5 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:9 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:14 | Replace: "two" | correction to transcript error |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| | With: "II" | |
| 142:6 | Replace: "I'm not even near." <br><br> With: "It's not very clear." | correction to transcript error |
| 154:12 | Delete: "but I think I really remember the stock grants" | correction to transcript error |
| 167:5 | Replace: "versions" <br><br> With: "inversions" | correction to transcript error |
| 178:2 | Delete: "Brand" | correction to transcript error |
| 180:3 | Replace: "cache" <br><br> With: "cachet" | correction to transcript error |
| 192:7 | Replace: "I changed" <br><br> With: "a change" | correction to transcript error |
| 194:9 | Replace: "Crous" <br><br> With: "Cos" | correction to transcript error |

Subject to the above changes, I certify that the transcript is true and correct.

_____          _____
Signature                                                       Date