# EXHIBIT 78 TO HARVEY DECLARATION REDACTED VERSION

| | | |
|---|---|---|
| From: | Mario Queiroz | Sent:5/8/2006 5:32 PM |
| To: [ - ] | sheryl@google.com; shona@google.com; arnnon@google.com | |
| Cc: [ - ] | jonathan@google.com | |
| Bcc: [ - ] | | |
| Subject: | Re: People from Intuit? | |

This would effectively be a cold call, so I'll ask martha j not to contact him.

Thanks for the quick responses.

Mario Queiroz

-----Original Message-----
From: Sheryl Sandberg <sheryl@google.com>
To: 'Shona Brown' <shona@google.com>; Mario Queiroz <marioq@google.com>; 'Arnnon Geshuri' <arnnon@google.com>
CC: 'Jonathan Rosenberg' <jonathan@google.com>
Sent: Mon May 08 16:24:53 2006
Subject: RE: People from Intuit?

The Intuit agreement is only that we do not call the people we meet. However, we are at a critical stage in this deal so I would prefer to not call this person since he is so senior unless he has expressed interest as Shona says below.

_____

From: Shona Brown [mailto:shona@google.com]
Sent: Monday, May 08, 2006 3:44 PM
To: Mario Queiroz; Arnnon Geshuri
Cc: Jonathan Rosenberg; Sheryl Sandberg
Subject: Re: People from Intuit?


Arnnon - did we add Intuit to the list?
slb

Mario- I believe we recently added Intuit to the list at Sheryl's request (Arnnon pls confirm). It is not a "do not solicit" though, it is a do not cold call in. So if the candidate has expressed interest in looking for other jobs (to us, or to third parties) it is okay for us to approach.
slb


On 5/8/06, Mario Queiroz <marioq@google.com> wrote:

Shona, the person Martha Josephson brought to me as a potential candidate for the Director of PM IS is ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Is he on the Intuit "do not solicit" list?

Martha J. will contact him if it is OK to do so.

Thanks,

mario


---------- Forwarded message ----------
From: Jonathan Rosenberg < jonathan@google.com <mailto:jonathan@google.com> >
Date: May 8, 2006 3:06 PM
Subject: RE: People from Intuit?
To: Mario Queiroz < marioq@google.com <mailto:marioq@google.com> >, Shona Brown < shona@google.com <mailto:shona@google.com> >

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00007696

we have short do not solicit list ...shona knows what it is.

_____

From: Mario Queiroz [mailto:marioq@google.com]
Sent: Monday, May 08, 2006 2:19 PM
To: Jonathan Rosenberg
Subject: People from Intuit?


Jonathan, Martha Josephson brought forward a potential candidate from Intuit for the IS-PM director job. I told her that I thought we should not talk to anyone at Intuit given Bill Campbell's relationship with Google and his position at Intuit.

We should keep our hands off, right?

mq

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007697