# EXHIBIT 80 TO
# HARVEY DECLARATION
# REDACTED VERSION

GOOG-HIGH TECH-00007950

CONFIDENTIAL ATTORNEYS EYES ONLY

# Further Refinement of Curriculum

Version 1.3   7/14/06

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007951



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007952



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007953

# General Categories Covered

- ▮

- **Google**-Staffing Overview, ATS, etc.

- **Technology**-Operating Systems, Languages, etc.

- **Strategy**-Boolean, Networking, etc.

- **Processes**-ATS, Documents used,etc.

- **Staffing/HR**-Types of Recruiters, Positions in Recruiting, Etiquette, etc.

- **Candidate Development**-Cold calling, Screening, etc.

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007954

# Topics by Category



Topics are still a work in progress

| Google | Tech/Industry | Process | Strategies/Search | HR/Staffing | Candidate Development |

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007955

# Under the category of HR/Staffing:

The following two slideshows will cover the lesson plans for these two topics:

a) Types of Recruiters

b) Positions in Recruiting

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007956

# Types of Recruiters

Version 1.0

7/7/06



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007957

# Types

1) Corporate/Internal
2) Contract Agency
3) Contingency Agency
4) Retainer Agency
5) Individual Recruiter (1099)
6) Researcher

Note: U.S. specific terms only

CONFIDENTIAL ATTORNEYS' EYES ONLY

GOOG-HIGH TECH-00007958

# Corporate/Internal Recruiting

◆ An Internal Recruiter generally works in the HR department of a company

**Google's Corporate Structure:**

◆ 1099s–only a few

◆ Contractors/Temps–Employed by a co-employment service (WFL)

◆ Full-time regulars (FTR)–Employed by Google

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007959

# Contract Agency

- ◆ A Contract Agency distribute their employees to a corporation for the company's temporary hiring needs

- ◆ A corporation pays the employee a regular pay in addition to a mark-up fee charged by a Contract Agency

- ◆ The employee is employed through the Contract Agency, who pays all wages, taxes, insurance and benefits.

- ◆ The corporation pays a premium hourly rate for the employee



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007960

# Contingency Agency

◆ A Contingency Agency performs an employee search for a company on a contingency basis, meaning the Contingent recruiter only receives payment when the candidate is hired

◆ A Company pays a Contingency Agency either a flat fee or a percentage of the hired employee's base salary

◆ The Contingent recruiter is responsible for the initial recruiting, screening and interviewing

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007961

# Retainer Agency

◆ A Retainer Agency networks with higher-level executives

◆ These Agencies are generally selected based on their merit of finding higher-level executives

◆ The Retainer Agency is paid an up-front fee by a company to perform a specific candidate search

◆ The remaining amount of what the Agency charges a company is due upon a successful hire

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007962

# Container Agency

◆ A Container Recruiting Agency is a combines both features of a Retainer and a Contingency Agency

◆ In this, a Container Agency charges a company an upfront fee for a more personal candidate search, but don't limit their search to just higher-level executives

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007963

# Individual Recruiter(1099)

◆ An Individual Recruiter, or a 1099 operates as an independent business, in that they pay their own taxes and obtain their own benefits

◆ A 1099 is paid directly by the corporation for their services



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007964

# Researcher

◆ A Researcher finds relevant names and telephone numbers of higher level employees working for a corporation

◆ They charge other companies a set fee for each contact that they find and sell

◆ A Researcher also sell profiles of and other pre-negotiated data to corporations such as a resume

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007965



Q&A

END



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007966

# Positions in Recruiting

7/7/06   Version 1.0



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007967

# Positions

1) Resume Screener

2) Data Miner

3) Candidate Developer

4) Sourcer

5) Recruiter

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007968

# Resume screener

- A Resume screener searches resumes of active candidates in ATS (Tend to work for the tech-side of Google)

- They partner with staffing recruiters and hiring managers to define skill sets in an applicant

- A screener also finds potential candidates through internal postings, external online postings, and networking and referral sources

- A screener's job includes a lot of data gathering, analysis, management and retrieval.

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007969

# Data miners

- A Data miner is responsible for finding names of people and their current job positions, etc. (passive candidates/leads) and filter them into a database

- Methods of identifying patterns:

    Association

    Sequence

    Classification

    Clustering

    Forecasting

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007970

# Candidate developers

- A Candidate developer analyzes both the raw data from data miners and the resumes from a Screener

- The developer contacts potential Google candidates via e-mail and/or telephone

- Candidate developers are generally are contractors with a sales background

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007971

# Sourcer

- A Sourcer essentially finds qualified and interested candidates for a specific position within a company

- Their functions include sourcing passive candidates through networking, cold calling, complex internet searches, and research

- A Sourcer's resources include on-line databases, contact lists, internal databases (ATS), and employee referrals

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007972

# Recruiters

- Recruiters evaluate the skill level of a candidate, manage the offer process, offer letter generation, and offer acceptance

- Negotiate offer packages in a hiring committee

- Compile and update reports for job openings, and hires/post-hire summaries for hiring managers.

- A Recruiter's most important job is to convince a candidate to take up a job position

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00007973



Q&A

END