# EXHIBIT 210
to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**



# Adobe® Q1 Workforce Metrics

## As of 4 March 2005

**Theresa Townsley**
SVP, Human Resources

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID000611
ADOBE_000611
2004 Adobe Systems Incorporated. All Rights Reserved.   Adobe Confidential

# Talent Acquisition
## Regular Reqs Filled Last 4 Quarters

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID000612
ADOBE_000612

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential    Adobe

# Talent Acquisition
## Average Days to Fill - Last 4 Quarters

HIGHLY CONFIDENTIAL

210.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID000613
ADOBE_000613

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential

3



# Talent Acquisition – Sources for Filled Regular Requisitions



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID000614
ADOBE_000614

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential

4





## By E Team Member
## Regular & Intern Employees Worldwide



HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID000616
ADOBE_000616
2005 Adobe Systems Incorporated. All Rights Reserved.
Adobe Confidential
Adobe

6

## By Geography
## Regular & Intern Employees



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000617
ADOBE_000617

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential

# Full Years Since Hired by Adobe
## Regular Employees – as of Q1 2005

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID000618
ADOBE_000618

2005 Adobe Systems Incorporated. All Rights Reserved.   8   Adobe Confidential   Adobe

# Worldwide Worker Trend
# Last 4 Quarters

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000619
ADOBE_000619

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential



9

## Worldwide Voluntary Attrition
### Regular Employees – Last 3 Years



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY   AB_CID000620
ADOBE_000620



# Worldwide Attrition
## Regular Employees – Last 12 Months

Worldwide Regular Attrition Data as of March 4, 2005



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000621
ADOBE_000621

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential

11



# Worldwide Attrition – Last 4 Qtrs
## Regular Employees By Ranking



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID000622
ADOBE_000622

2/16/12

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential



# Reasons for Leaving
## Voluntary Terminations Last 4 Quarters



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000623
ADOBE_000623

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential

210.13

13

