# EXHIBIT 211
to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Natalie Kessler
**Sent:** Monday, December 17, 2007 2:12 PM
**To:** Jeff Vijungco
**Subject:** RE: 2007 - Executive Search Summary

This is great, Jeff.

~~~~~~~~~~~~~~~~~~~~~~~~~~~~
Natalie Kessler
Talent Operations
Adobe Systems Incorporated
345 Park Avenue, MS A11-429
San Jose, CA 95110-2704 USA

408.536-4530 p, 408.537.4010 f
nkessler@adobe.com

If you are a North America-based employee and have an HR-related question, you now have a centralized resource to help you find the answers. Contact the HR Information Center (HRIC) at x6-HELP (4357) and follow the prompts, or email them at hric@adobe.com


-----Original Message-----
From: Jeff Vijungco
Sent: Monday, December 17, 2007 1:38 PM
To: Natalie Kessler
Subject: Fw: 2007 - Executive Search Summary


----- Original Message -----
From: Jeff Vijungco <vijungco@adobe.com>
To: ops-staff@adobe.com <ops-staff@adobe.com>
Cc: Donna Morris; Karen Klingler; Antoinette Pedroza; jeffv@adobe.com <jeffv@adobe.com>
Sent: Mon Dec 17 13:33:36 2007
Subject: 2007 - Executive Search Summary

Hello Ops Team

Attached you will find a summary of the key Director-to-SVP executive searches completed in 2007.

Net-net: it was a competitive year and came across the same repeat competitors for talent: Google, Microsoft, Apple, Yahoo, Cisco, Intuit, Autodesk, etc. Overall, we competed very well as Adobe continues to be positioned as a great place to work.

1

211.1

EXHIBIT 211
WIT: Morris
DATE: 8-21-2012
ANNE TORREANO, CSR #10520

ADOBE_012372
Confidential

However, 5 things remained constant despite the level or type of job when competing for top talent:



QUICK STATS BELOW

Positions by Level



Positions by BU/Function & Level_ (Note, please see positions filled by SVP on slides 7-9)

- Page 7     - Senior Director-to-SVP
- Page 8-9     - Director Level

New vs. Replacement Vacancies:

211.2

ADOBE_012373
Confidential

- ▮ New
- ▮ Replacement

Technical (Engineering) vs. Non-Technical

- ▮ Non-Technical
- ▮ Technical (Engineering)

Gender Mix:

- ▮ Male
- ▮ Female

Source of Hire:

- ▮ ▬▬▬▬▬▬▬▬▬▬▬▬
- ▮ ▬▬▬▬▬▬▬▬
- ▮ ▬▬▬
- ▮ ▬▬▬▬▬
- ▮ ▬
- ▮ ▬▬▬▬▬▬▬▬▬▬
- ▮ ▬▬▬▬▬▬▬▬▬▬

. . . . . . . .

Jeff Vijungco | NASDAQ: ADBE

Adobe Systems Incorporated

WW Talent Acquisition

(408) 536-2079 office

3

211.3

ADOBE_012374
Confidential

(415) 640-0343 mobile

jeff@adobe.com


Learn more.   http://www.adobe.com/aboutadobe/careeropp/college/index.html
<http://www.adobe.com/aboutadobe/careeropp/college/index.html>

4

211.4   ADOBE_012375
Confidential