# EXHIBIT 212

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**



# Global Talent
## Attracting Senior Talent
Donna Morris
Jeff Vijungco
March 2005

Adobe Confidential



EXHIBIT 212
WIT: Morris
DATE: 8.21.2012
ANNE TORREANO, CSR #10520

ADOBE_002773



# Overview

- **Sourcing top talent / Talent Target**
- **Declines and Reasons**
- **Talent Attraction Challenges**
- **Next Steps**

Adobe Confidential


Adobe



# Sourcing Top Talent
*focus on senior talent*

- **Focus on "passive" talent**
- **Why "passive" talent?**
  - top performers tend to be entrenched, "heads down" may be "willing to listen" **if the right opportunity** is presented
  - Top stars want an "agent" – our in house team has become "agents"
- **Challenge – top performers carefully consider career choice – content of work, level of impact, reporting relationship, title and compensation are all key factors**

Adobe Confidential


Adobe





# Criteria Used to Consider Top Talent

- ## Qualified
  Are they Qualified (skills/knowledge/talents/values)?
  Can they Scale?
  Do they have trajectory?

- ## Interested
  Are they interested in the role ?
  Do they support Adobe's strategic direction?

- ## Attractable
  Do we have a compelling offer and opportunity?

  *Need to have all three to close a candidate


Adobe

Adobe Confidential



# Market Dynamics

- **Competitive Market**
  - more difficult to find (1) qualified (2) interested and (3) attractable "A-Players"
  - All 3 criteria is imperative in making a solid hire
- **Qualified**
  - Limited supply of qualified top talent
- **Interested**
  - needs to be a win/win for candidate
  - right position level, appropriate career move, title are all very important up front
  - Increase in the discussion closing before it opens (i.e. if the position is not at the right level for the candidate the discussion closes before it opens)
- **Attractable**
  - finding a sharp increase to candidate attrition during the interview process
  - total rewards must align to secure candidate



Adobe Confidential



Adobe Confidential

# Reasons for Declines



Adobe Confidential



# Closer Look at Declines

Adobe Confidential



# Sample Profiles of Offer Declines



Adobe Confidential



Adobe Confidential



Adobe Confidential



**What "Top Talent" ask themselves when entertaining an opportunity at Adobe?**

- Is this a lateral move?
- Am I taking a step back?
- What does this say about my career path?
- Does money fix this?
- Why doesn't Adobe think I'm at this level?

Adobe Confidential





# Declined Offers – Closing Thoughts

- Are we limiting our ability to attract able to attract A's, especially in the Enterprise?
- Do we seek candidates in the comfort zone when top talent tends to want to move to stretch zone
- Can we grow without this talent?
- What is the revenue impact?
- Are we winning the talent war?
- Do we have the best people?
- Are the competitors winning the talent war?
- Do we want the left-overs from Yahoo, Google, Salesforce and Apple, etc….?


Adobe

Adobe Confidential



212.16