# EXHIBIT 214

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Donna Morris [dcmorris@adobe.com]
**Sent:** Monday, July 12, 2004 8:09 PM
**To:** 'ellens@adobe.com'
**Subject:** RE: ▓▓▓▓▓▓▓▓▓

Ellen – I am more than happy to meet, and think it would be good to establish our practices, including ▓▓▓▓▓▓▓▓▓

Look forward to our discussion and my thanks for being a champion to this happening.


Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities

-----Original Message-----
**From:** Ellen Swarthhout [mailto:ellens@adobe.com]
**Sent:** Monday, July 12, 2004 5:49 PM
**To:** Donna Morris (E-mail)
**Subject:** FW: ▓▓▓▓▓▓▓

Hi Donna -- here is the report for employees ▓▓▓▓▓▓▓▓▓▓▓▓. I know you are busy this week. Perhaps we can meet next week or the one thereafter. Can you have Anita schedule something for us.

Thanks,

Ellen


-----Original Message-----
**From:** Bernadette Arriada [mailto:barriada@adobe.com]
**Sent:** Monday, July 12, 2004 10:45 AM
**To:** ellens@adobe.com
**Subject:** RE: ▓▓▓▓▓▓▓

Hi Ellen-

Here is an updated report showing ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. In the case of ▓▓▓▓ and a few others that I took off the list, the error was in the data entry in SAP. These employees were showing two job codes on their record. The field that the report was pulling from was showing the job that happened to be over the salary range when in fact the real job was not over the max.

Please let me know if you need more clarifcation.

EXHIBIT 214
WIT: Morris
DATE: 8.24.2012
ANNE TORREANO, CSR #10520

214.1

ADOBE_008047
Confidential - Attorneys' Eyes Only

Regards,

---

Bernadette Arriada
Adobe Systems Compensation
408-536-6336

> -----Original Message-----
> **From:** Ellen Swarthhout [mailto:ellens@adobe.com]
> **Sent:** Friday, July 02, 2004 10:57 AM
> **To:** barriada@adobe.com
> **Subject:** RE: ▮▮▮▮▮▮▮▮▮
>
> Bernadette -- this is interesting. When I looked at the list, ▮▮▮▮ name jumped out. We did not hire her as a ▮▮▮▮▮▮▮ but as an ▮▮▮▮▮▮. Could you review this and also check if others are in the right classifications.
>
> Thank you very much for pulling this together!
>
> Ellen
>
> > -----Original Message-----
> > **From:** Bernadette Arriada [mailto:barriada@adobe.com]
> > **Sent:** Thursday, July 01, 2004 5:20 PM
> > **To:** ellens@adobe.com
> > **Cc:** barriada@adobe.com
> > **Subject:** RE ▮▮▮▮▮▮▮▮▮
> >
> > Hi Ellen-
> >
> > Here is the report that you requested. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
> >
> > Regards,
> >
> > ---
> > Bernadette Arriada
> > Adobe Systems Compensation
> > 408-536-6336
> >
> > > -----Original Message-----
> > > **From:** Ellen Swarthhout [mailto:ellens@adobe.com]
> > > **Sent:** Monday, June 28, 2004 2:16 PM
> > > **To:** barriada@adobe.com
> > > **Subject:** RE: ▮▮▮▮▮▮▮▮▮
> > >
> > > Thanks Bernadette -- this is not a rush project. So if I receive it later this week, that would be fine. Sorry for not mentioning that in my email.
> > >
> > > Ellen
> > >
> > > > -----Original Message-----
> > > > **From:** Bernadette Arriada [mailto:barriada@adobe.com]
> > > > **Sent:** Monday, June 28, 2004 12:23 PM
> > > > **To:** ellens@adobe.com
> > > > **Subject:** RE: ▮▮▮▮▮▮▮▮▮
> > > >
> > > > Hi Ellen-

Confidential - Attorneys' Eyes Only

There is no direct report that I can run that would show this data, however I will work on pulling this together from multiple sources.  I will try to get this to you in the next couple of hours.

--------------------------------
Bernadette Arriada
Adobe Systems Compensation
408-536-6336

> -----Original Message-----
> From: Ellen Swarthhout [mailto:ellens@adobe.com]
> Sent: Monday, June 28, 2004 11:50 AM
> To: Bernadette Arriada (E-mail)
> Subject: ▇▇▇▇▇▇▇▇
>
> Bernadette -- can you run me a report showing ▇▇▇▇▇▇▇
> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Data fields included at a
> minimum should be:
>
> Name
> Organization
> Title
> Range Max
> Employee salary
>
> Thanks,
> Ellen

214.3

ADOBE_008049
Confidential - Attorneys' Eyes Only