# EXHIBIT 216

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# Retention/Transition Guidelines

Human Resources

Compensation

June 2008



Copyright 2007 Adobe Systems Incorporated.


Adobe

ADOBE_050720
Confidential - Attorneys' Eyes Only

216.1



EXHIBIT 216
WIT: Morris
DATE: 8.21.2012
ANNE TORREANO, CSR #10520

# Objectives

- **Provide clarity on the various guidelines: retention, transition, counter offer programs and other one-off situations**
    - What are they
    - When should they be used

- **Provide a framework for consistency (not necessarily equality) across the company**
    - Develop clear guidelines and documents that can be referenced

Copyright 2007 Adobe Systems Incorporated.

ADOBE_050721
Confidential - Attorneys' Eyes Only

2


Adobe

# Definitions

- Transition





Copyright 2007 Adobe Systems Incorporated.    3    Adobe

ADOBE_050722
Confidential - Attorneys' Eyes Only   216.3

## Definitions

- Retention



Copyright 2007 Adobe Systems Incorporated.

ADOBE_050723
Confidential - Attorneys' Eyes Only

# Definitions

- **Counter Offer**

  [REDACTED]

- **Other**

  - Other one-off situations that do not fall into one of the above 3 categories will be handled on a case by case basis

ADOBE_050724
Confidential - Attorneys' Eyes Only

## Next Steps

- Gain agreement on objectives/definitions (Donna and Debbie by 5/31/08)
- Test with HR leadership (Donna's Staff by 6/15/08)
- Develop a detailed matrix and process document for review and approval (Kim by end of Q3)



Copyright 2007 Adobe Systems Incorporated.

ADOBE_050725
Confidential - Attorneys' Eyes Only




Revolutionizing how the world engages with ideas and information

Adobe

ADOBE_050726
Confidential - Attorneys' Eyes Only
216.7