# EXHIBIT 303

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Antoinette Pedroza |
| **Sent:** | Tuesday, April 07, 2009 8:24 AM |
| **To:** | Jeff Vijungco |
| **Cc:** | Karen Prince; Antoinette Pedroza |
| **Subject:** | FW: Updated TA All Hands slides |
| **Attachments:** | TA-AllHands-Q1FY09-FINAL.pptx |

**Importance:**      High

Jeff,

This is the final deck for the meeting this morning.

This e-mail may contain confidential information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**Antoinette Pedroza**
Talent Coordinator - Executive Search
Adobe Systems, Incorporated
151 Almaden Boulevard
San Jose, CA 95110-2704 USA
408-536-6364 Direct
408-472-9714 Cell
408.537-4519 FAX
apedroza@adobe.com

**From:** Karen Prince
**Sent:** Monday, April 06, 2009 5:43 PM
**To:** Jeff Vijungco; Peppi Nitta; Kim Hoffman; Stuart Rowland
**Cc:** Antoinette Pedroza
**Subject:** Updated TA All Hands slides
**Importance:** High

Hi, Everyone,

I fixed up the Candidate/Hiring Manager slides, so that they are hopefully easier to explain.  Please take a look and let me know if you want any changes before tomorrow morning.

Stu....no changes to any of your slides in this version.

Antoinette...please use this file in the room tomorrow.

Thanks!
Karen



303.1

Adobe_052404
Confidential

If you are a North America-based Adobe employee and have an HR-related question, you now have a centralized resource to help you find the answer. Contact the HR Information Center (HRIC) at x6-HELP (4357), and follow the prompts, or email them at hric@adobe.com.
****************************

Karen Prince (formerly Ota)
Manager, WW Talent Operations
Human Resources
Adobe Systems Incorporated
345 Park Avenue, M/S-A11
San Jose, California  95110-2704
408.536.3219
**************************

This e-mail may contain confidential information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

303.2     Adobe_052405
Confidential



*Talent Acquisition*
# All-Hands Meeting
*US & EMEA*

*April 2009*

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012

# Agenda

| Welcome | Jeff and Donna | 9:00 – 9:10 am |
|---|---|---|
| Q1 Global Overview | Jeff | 9:10 – 9:30 am |
| Q1 EMEA Overview | Stuart | 9:30 – 9:40 am |
| Q1 Candidate & Hiring Manager Experience Survey Results | Kim and Peppi | 9:40 – 10:00 am |
| Taleo Update | Karen and Natalie | 10:00 – 10:15 am |
| Q1 Talent Acquisition Excellence Award | Kim and Peppi | 10:00 – 10:15 am |
| Talent Trends | Jeff | 10:15 – 11:00am |

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

2.

303.Y



# Q1-FY09 Overview

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Confidential - Attorneys' Eyes Only - ADOBE_052406

303.5



303.6

Confidential - Attorneys' Eyes Only - ADOBE__052406



303.7

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.8

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

7

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

8

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10

10/3/2012



303.13

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012

303.14



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012

303.15



Confidential - Attorneys' Eyes Only - ADOBE_052406



# Q1 EMEA Overview

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

Confidential - Attorneys' Eyes Only - ADOBE_052406

303.16

10/3/2012



303.17

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.18

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.20

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012

303.21



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.22

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.24

Confidential - Attorneys' Eyes Only - ADOBE_052406

22

10/3/2012



303.25

Confidential - Attorneys' Eyes Only - ADOBE_052406



303.24

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.27

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.29

Confidential - Attorneys' Eyes Only - ADOBE_052406

27

10/3/2012



303.30

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



10/3/2012



303.32

Confidential - Attorneys' Eyes Only - ADOBE_052406

30

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303. 34

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.35

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.34

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.37

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.38

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.39

Confidential - Attorneys' Eyes Only - ADOBE_052406

37

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406