# EXHIBIT 1158

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Donna Morris |
| **Sent:** | Sunday, March 4, 2007 4:36 PM |
| **To:** | Shantanu Narayen <snarayen@adobe.com> |
| **Cc:** | Donna Morris <dcmorris@adobe.com> |
| **Subject:** | confidential - compensation - ▪▪▪ |
| **Attach:** | ValueMatrix for ▪▪▪.pdf |

Shantanu – I wanted to provide to you an overview of ▪▪▪ current compensation (cash / incentive / stock) and a potential framework should we move forward in terms of an offer and approval of the terms by the Comp Committee.

Upon reviewing the framework some background:



- ▪▪▪
- ▪▪▪
- ▪▪▪

I will bring along tomorrow in the event we have a moment to discuss. – He will be interviewing tomorrow with the SF team of BU's and Tuesday with those of us in SJ.

Thanks Donna


Donna Morris
SVP Human Resources

Adobe Systems Incorporated
North American employees with HR-related questions can contact the HR Information Center (HRIC) at x6-HELP (4357), option 5, or at hric@adobe.com



HIGHLY CONFIDENTIAL

AB_CID005671
ADOBE_005661
CONFIDENTIAL - ATTORNEYS' EYES ONLY