# EXHIBIT 1159

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Donna Morris |
| **Sent:** | Saturday, June 05, 2010 9:49 AM |
| **To:** | Shantanu Narayen |
| **Cc:** | Donna Morris |
| **Subject:** | T&C'c - confidential |
| **Attachments:** | Value Matrix-█████████.pdf; Executive Pay Recv21xls.pdf; Value Matrix-█████████.pdf |

Shantanu – Please find attached proposed promotional compensation packages for ██ and ██ taking into account market and internal equity, a high level summary is below. You will also find attached for your reference the January 2010 compensation for all of Ops Staff.

██

Current:

██  ████
██  ██████
██  ██  ███
████████  ███

Proposed:

██  ██████████████
██  █████████████
██  ████
████████████████████████████

Equity: ████████████████████████████████████
   █ ██████████████████████████████████████
   █ ████████████████████████  █████
   █ ████████████████

██

Current:

██  ████
██  ██████
██  ██
████████

Proposed:

██  ████████████
██  ████████
██  ████

Equity: ███████████████████████
   █ ██████████████

Feel free to call to discuss – or we can connect Monday morning, donna



ADOBE_019278
Confidential - Attorneys' Eyes Only