# EXHIBIT 86 TO
# HARVEY DECLARATION
# REDACTED VERSION

| From: | Yolanda Mangolini | Sent:10/18/2008 9:35 PM |
|---|---|---|
| To: [ - ] | Linh-Chi Nguyen | |
| Cc: [ - ] | | |
| Bcc: [ - ] | | |
| Subject: | Re: Uploading Former Employees into Leads | |

Thanks for remembering Linh Chi. This had fallen off my radar. I actually thought I had already responded. If what you say about Individual Contributors not being included, then I think what you have written is fine.

Yolanda Mangolini
Google
Manager, Central Staffing
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

On Fri, Oct 17, 2008 at 5:33 PM, Linh-Chi Nguyen <linhchi@google.com> wrote:

Hi Yolanda,

Sara's question regarding the DNC list is still outstanding. Below is her question and here is my stab at it :

Based upon the directions set forth on the list, it would be ok to invite individual contributor level employees of the companies to our events. The list outlines that we cannot pursue manager level and above candidates for companies on the "Restricted Hiring list"; for product, sales or G & A to get them into the Hiring Process-even if they have applied to Google. No restrictions for individual contributor level for these groups and no restrictions at any level for engineering.

For companies on the DNC list- Although we cannot cold call employees of these companies, we can accept internal and external referrals and direct solicitation from a candidate.

Please see updated DNC for list of companies and their subsidiaries.

Sara: "Yolanda- is there any restriction in inviting people from the Do Not Call list to our events? Often they are referrals by other Googlers. No specific company, but we've probably hit most of them at some point. On our registration forms we usually ask for company and we ask them to opt-in for contact about opportunities. So we should catch people one of those two ways."

Warm Regards,
Linh Chi Nguyen

People Programs Coordinator
Direct: 650-253-1087
Fax: 650-253-8638
linhchi@google.com

---------- Forwarded message ----------
From: Yolanda Mangolini <ymangolini@google.com>

Date: Fri, Sep 19, 2008 at 8:44 PM
Subject: Fwd: Uploading Former Employees into Leads
To: Linh Nguyen <linhchi@google.com>

CONFIDENTIAL ATTORNEYS EYES ONLY

Here's the whole thread.

Yolanda Mangolini
Google
Manager, Central Staffing
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

---------- Forwarded message ----------
From: Yolanda Mangolini <ymangolini@google.com>
Date: Wed, Sep 17, 2008 at 1:54 PM
Subject: Re: Uploading Former Employees into Leads
To: Sara Pelosi <spelosi@google.com>

Personally, I would exclude those people since you can't tell if they are regretted or non-regretted. If they're regretted attrition, then hopefully Randy Reyes' alumni program would capture them.

Yolanda Mangolini
Google
Manager, Central Staffing
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

On Wed, Sep 17, 2008 at 1:51 PM, Sara Pelosi <spelosi@google.com> wrote:

Is there a policy for former employees who attend an event? The status only says "Terminated" regardless of whether the person resigned or was fired.

Thanks!
Sara

On Wed, Sep 17, 2008 at 1:49 PM, Yolanda Mangolini <ymangolini@google.com> wrote:

Hi Sara:

It really depends on why the person was rejected and for what group. If the person is an SRE reject, they actually might be a great fit for SWE or in a tool developer role say, OSO. In that case a sourcer might reach out to them pretty quickly. Similarly, if the person was rejected for headcount reasons but the interview feedback was generally strong, we would reach out sooner rather than later. But if the person was rejected based on strength of skills, 6 months is not really enough time for that person to show improvement in their skills. In that case, I would wait at least a year if not more depending on what they have been doing workwise since we last interviewed. The only exception I would make to this is if you thought the person was a fit for another role where the skill set didn't need to be as a strong. But if you were considering them for the same role, then at least 12-months needs to have passed if not more.

Hope that helps!

Yolanda Mangolini
Google

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023501

Manager, Central Staffing
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com


On Tue, Sep 16, 2008 at 3:25 PM, Sara Pelosi <spelosi@google.com> wrote:

Hi Yolanda,

Question for you about Leads. My team is going to start uploading attendee lists into Leads. We're getting reports from HRIS about whether the attendees are in ATS, Leads, and/or GHR. Some attendees in GHR have a Terminated status (which appears to be the case whether the person was fired or resigned). Is there any rule around whether we can upload the new lead information? Is there a 6-month rule like re-engaging recently rejected candidates or should we just leave them alone?

Thanks!
Sara

CONFIDENTIAL ATTORNEYS EYES ONLY

| From: | Carson Page | Sent: 4/8/2008 3:35 PM |
|-------|-------------|------------------------|
| To: [ - ] | ymangolini@google.com | |
| Cc: [ - ] | Karine Karpati (????) | |
| Bcc: [ - ] | | |
| Subject: | Document Responsibilities | |

Hi Yolanda,

Karine mentioned that the ownership of several of our documents would be shifting to your team. We have found homes for some of the others (Application, VSID), but the two other main docs are the Hiring Policies & Protocols, as well as the Do Not Call List (part of the HP&P).

Both docs are attached.

Once you have determined who the new doc owner should be, I would be more than happy to sit down with them and show them my current system, and let them run with it. It also might make sense for me to transfer the Staffing Library ownership of the docs to them.

Please let me know if you have any additional questions, and thank you so much for taking this on!

Take care,


~Carson Page

Carson Page
People Programs Coordinator

(650) 253-7245
Jobs@Google

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

GOOG-HIGH TECH-00023504



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

The following companies (and by association, their subsidiaries listed in Appendix A) have a special restriction as part of the **"Restricted Hiring"** list.

**Parent Companies:**
- Microsoft
- Novell
- Oracle
- Sun Microsystems

For each of these **"Restricted Hiring"** companies, Google has agreed to the following protocol:

1. Not to pursue manager level and above candidates for Product, Sales, or G&A roles – even if they have applied to Google;
2. However, there are <u>no</u> restrictions to our recruiting from these companies at individual contributor levels for PSG&A;
3. Additionally, there are <u>no</u> restrictions at <u>any</u> level for engineering candidates.

The following companies (and by association, their subsidiaries listed in Appendix A) have special agreements with Google and are part of the **"Do Not Cold Call"** list.

**Parent Companies:**
- Apple, Inc.
- Comcast Corporation
- DoubleClick
- Genentech
- IBM Corporation (Junior hires okay – also applies to subsidiaries)\
- Illumita
- Intel Corporation
- Intuit
- Microsoft
- Ogilvy
- WPP

For each of these **"Do Not Cold Call"** companies, Google has agreed to the following protocol:

4. Not to directly cold call into those companies (this also applies to their subsidiaries listed above);
5. But, we would accept internal or external references that indicated that an individual was "looking;"
6. And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us).

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023505



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

Due to our partnerships, the following companies (and by association, their subsidiaries listed in Appendix B) fall under the **"Sensitive"** companies list:

**Parent Companies:**
- AOL, Inc.
- Ask.com
- Clear Channel Communications, Inc.
- Dell, Inc.
- Earthlink, Inc.
- Virgin Media, Inc. (Formerly NTL, Inc.)

For each of these **"Sensitive"** companies we agreed to the following protocol:

1. Executive Recruiting:  Inform EMG of any Director level or above candidate who we have engaged and who is starting the interview process at Google
2. Executive Recruiting:  If we go to offer with a Director or above candidate, Staffing should inform EMG and EMG will designate a senior exec to place a courtesy call into the Sensitive company to let them know we have **made** an offer;
   a. And by exception, when EMG deems necessary, calling into a Sensitive company to indicate we will be **making** an offer.
3. General Recruiting:  For any non-exec position, we should be aware the company is on the Sensitive Company list but there are no restrictions to our recruiting from these companies at junior levels.

Please be cautious when recruiting teams from any company to keep our candidates and potential employees safe from legal action.  Most companies have non-solicit agreements which would limit or prohibit a candidate from asking a coworker to interview with us as well.

### Recruiting from Staffing Agencies / Partners

As a general rule, we should not be recruiting staffing talent from any of our approved staffing partners.  The lists on the following page outline these partners for both U.S. and International staffing.

CONFIDENTIAL ATTORNEYS EYES ONLY                                      GOOG-HIGH TECH-00023506



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| U.S. Staffing Partners | | |
|---|---|---|
| **Vendor Name** | **Location** | **Specialty** |
| Accounting Network | Bay Area | Finance |
| Accountants Plus | Bay Area | Finance |
| Adecco | All U.S. | All |
| Career Group | Bay Area, New York, Los Angeles | G&A, Marketing |
| CDI Business Solutions | All U.S. | Eng, Ops |
| Core Staffing | New York | G&A |
| Duran HCP, Inc. | Bay Area | G&A (HR/Staffing), Eng, Ops |
| Globe Consultants | Bay Area | Eng, Ops |
| Hicks Consulting | All U.S. | All |
| Indosys | Bay Area | Eng, Ops, Sales, Marketing |
| IT Ascent | All U.S. | All |
| Kelly Services | All U.S. | All |
| Kforce | All U.S. | Eng, Ops, Finance |
| Mainz Brady Group | Bay Area, Portland | Eng, Ops, Product, Sales, SalesOps, Recruiting |
| Mindsource | Bay Area | Eng, Ops, Product |
| Modis IT | All U.S. | Eng, Ops |
| Nelson Staffing Solutions | Bay Area | G&A, Sales, Marketing |
| TechSource | Bay Area | Eng, Ops |

| International Staffing Partners | |
|---|---|
| **Vendor Name** | **Location** |
| Kelly Services | Australia |
| Tradicao (Kelly Partner) | Brazil |
| Kelly Services | France |
| Kelly Services | Germany |
| Kelly Services | Hungary |
| Kelly Services | Italy |
| Kelly Services | Netherlands |
| Kelly Services | Norway |
| Kelly Services | Russia |
| Kelly Services | Spain |
| Kelly Services | Sweden |
| Kelly Services | Switzerland |
| Intelligent Manpower (Kelly Partner) | Taiwan |
| Kelly Services | UK |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023507



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

**Appendix A**

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| American FundWare | Intuit | June 5, 2007 | |
| 24/7 Real Media, Inc. | WPP | September 14, 2007 | |
| Apple | N/A | March 6, 2005 | |
| aQuantive, Inc. | Microsoft | May 18, 2007 | |
| AZN Television | Comcast | March 6, 2005 | |
| Cambridge Technology | Novell | May 10, 2007 | |
| Carleton Corporation | Oracle | May 10, 2007 | |
| CBC | Comcast | March 6, 2005 | |
| Chili!Soft, Inc. | Sun | May 10, 2007 | |
| Claris | Apple | March 6, 2005 | |
| Clever Media | WPP | September 14, 2007 | |
| Comcast Corporation | N/A | March 6, 2005 | |
| Computer Software Group, Plc | IBM | March 26, 2007 | |
| Computing Resources, Inc. | Intuit | June 6, 2007 | |
| Daksh | IBM | March 26, 2007 | |
| Dascom | IBM | March 26, 2007 | |
| Delaware Planet, Inc. | Novell | May 10, 2007 | |
| Delphion Corporation | IBM | March 26, 2007 | |
| DesktopStandard | Microsoft | May 10, 2007 | |
| Digital Insight | Intuit | June 7, 2007 | |
| Digital Research, Inc. | Novell | May 10, 2007 | |
| DoubleClick | N/A | May 17, 2007 | |
| E! | Comcast | March 6, 2005 | |
| e-Travel, Inc. | Oracle | May 10, 2007 | |
| FileMaker | Apple | March 6, 2005 | |
| FirstPerson, Inc. | Sun | May 10, 2007 | |
| Frontbridge | Microsoft | May 10, 2007 | |
| FRx Software Corporation | Microsoft | May 10, 2007 | |
| G4 Media, Inc. | Comcast | March 6, 2005 | |
| Genentech | N/A | March 6, 2005 | |
| Global Spectrum | Comcast | March 6, 2005 | |
| Golf Channel, The | Comcast | March 6, 2005 | |
| Great Plains Software, Inc. | Microsoft | May 10, 2007 | |
| Green Acquisition Corporation | Genentech | March 6, 2005 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023508



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| Green Merger Sub, Inc. | Genentech | March 6, 2005 | |
| Grey Global Group, Inc. | WPP | September 14, 2007 | |
| Groove Networks | Microsoft | May 10, 2007 | |
| H&B Finance, Inc. | Microsoft | May 10, 2007 | |
| Hill & Knowlton, Inc. | WPP | September 14, 2007 | |
| Hotrod Acquisition Corporation | Oracle | May 10, 2007 | |
| Hyperion Solutions | Oracle | May 10, 2007 | |
| IBM Corporation | N/A | March 26, 2007 | Junior hires okay |
| IBM Research Center—Haifa, Israel | IBM | March 6, 2007 | |
| Illulmita | N/A | January 7, 2008 | Until December 31, 2008 |
| Income Dynamics, Inc. | Intuit | June 5, 2007 | |
| Intel Corporation | N/A | March 6, 2005 | |
| Interactive Insurance Services | Intuit | June 5, 2007 | |
| Internet Security Systems, Inc. | IBM | March 26, 2007 | |
| Intuit | N/A | June 5, 2007 | |
| ISM Canada | IBM | March 26, 2007 | |
| iView Multimedia Ltd. | Microsoft | May 10, 2007 | |
| J. Walter Thompson Company, Inc. | WPP | September 14, 2007 | |
| Lotus Development Corporation | IBM | March 26, 2007 | |
| Management Reports, Inc. | Intuit | June 5, 2007 | |
| Mando Corporation Limited | WPP | September 14, 2007 | |
| Massive, Inc. | Microsoft | May 10, 2007 | |
| MDTVISION | IBM | March 26, 2007 | |
| Microsoft, Inc. | N/A | May 10, 2007 | |
| MRI Real Estate Solutions | Intuit | June 5, 2007 | |
| MRO, Inc. | IBM | March 26, 2007 | |
| MyCorporation Business Services, Inc. | Intuit | June 5, 2007 | |
| Mylex Corporation | IBM | March 26, 2007 | |
| NetSol (Network Solutions, India) | IBM | March 26, 2007 | |
| Network Computer, Inc. | Oracle | May 10, 2007 | |
| Novell | N/A | May 10, 2007 | |
| Object Technology International | IBM | March 26, 2007 | |
| Ogilvy | WPP | September 14, 2007 | |
| The Ogilvy Group Inc. | WPP | September 14, 2007 | |
| OnCall | WPP | September 14, 2007 | |
| Oracle | N/A | May 10, 2007 | |
| Parity Software | Intel | March 6, 2005 | |
| PeopleSoft | Oracle | May 10, 2007 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023509



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| PlaceWare, Inc. | Microsoft | May 10, 2007 | |
| Portal Software, Inc. | Oracle | May 10, 2007 | |
| Potter Acquisition Corporation | Oracle | May 10, 2007 | |
| ProClarity | Microsoft | May 10, 2007 | |
| Proxima Informatica Srl | IBM | March 26, 2007 | |
| Quicken Investment Services, Inc. | Intuit | June 5, 2007 | |
| Quinn Gillespie & Associates | WPP | September 14, 2007 | |
| ScreenTonic SA | Microsoft | May 10, 2007 | |
| SeeBeyond Technology | Sun | May 10, 2007 | |
| Sequent Computer Systems | IBM | March 26, 2007 | |
| SerCon | IBM | March 26, 2007 | |
| Siebel Systems, Inc. | Oracle | May 10, 2007 | |
| SilverStream Software | Novell | May 10, 2007 | |
| Softek | IBM | March 26, 2007 | |
| Softricity, Inc. | Microsoft | May 10, 2007 | |
| SoftSolutions Technology | Novell | May 10, 2007 | |
| Sprout | Comcast | March 6, 2005 | |
| Star Acquisition Corporation | Oracle | May 10, 2007 | |
| Stellent, Inc. | Oracle | May 10, 2007 | |
| StorageTek | Sun | May 10, 2007 | |
| Style | Comcast | March 6, 2005 | |
| Sun Microsystems | N/A | May 10, 2007 | |
| Sun Microsystems Federal | Sun | May 10, 2007 | |
| SunExpress, Inc. | Sun | May 10, 2007 | |
| SunSoft | Sun | May 10, 2007 | |
| SuSE Linux, GmbH | Novell | May 10, 2007 | |
| Susquehanna Communications | Comcast | March 6, 2005 | |
| Sybari Software | Microsoft | May 10, 2007 | |
| Taligent, Inc. | IBM | March 26, 2007 | |
| Tally Systems Corporation | Novell | May 10, 2007 | |
| Tanox | Genentech | March 6, 2005 | |
| Technology Service Solutions | IBM | March 26, 2007 | |
| Tellme | Microsoft | May 10, 2007 | |
| Tivoli Systems | IBM | March 26, 2007 | |
| Transarc Corporation | IBM | March 26, 2007 | |
| TS Transaction, Inc. | WPP | September 14, 2007 | |

CONFIDENTIAL ATTORNEYS EYES ONLY      GOOG-HIGH TECH-00023510



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---------|----------------|----------------|-------------|
| UNIX Systems Laboratories, Inc. | Novell | May 10, 2007 | |
| Vermeer Technologies | Microsoft | May 10, 2007 | |
| Versus | Comcast | March 6, 2005 | |
| Volera | Novell | May 10, 2007 | |
| Waveset Technologies | Sun | May 10, 2007 | |
| WebTV Networks, Inc. | Microsoft | May 10, 2007 | |
| Whale Communications | Microsoft | May 10, 2007 | |
| Whistle Communications, Inc. | IBM | March 26, 2007 | |
| Winternals | Microsoft | May 10, 2007 | |
| WordPerfect | Novell | May 10, 2007 | |
| WPP | N/A | September 14, 2007 | |
| Ximian | Novell | May 10, 2007 | |
| Young and Rubicam, Inc. | WPP | September 14, 2007 | |
| Zarlink Semiconductor | Intel | March 6, 2005 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                          GOOG-HIGH TECH-00023511



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

### Appendix B

| Company | Parent Company | Other Notes |
|---|---|---|
| Advertising.com | AOL | |
| Alabama Radio Network | Clear Channel | |
| Alienware Corp., Inc. | Dell | |
| Aluria Software, LLC | EarthLink | |
| AOL, Inc. | N/A | |
| Ask.com | N/A | |
| Bloglines | Ask.com | |
| Bravo | Flextech | |
| Capstar | Clear Channel | |
| CCE Spinco, Inc. | Clear Channel | |
| Cidco, Inc. | EarthLink | |
| Clear Channel Communications, Inc. | N/A | |
| CompuServe Interactive Services, Inc. | AOL | |
| Dell, Inc. | N/A | |
| Digital City, Inc. | AOL | |
| Digital Marketing Services, Inc. | AOL | |
| Direct Hit / Teoma | Ask.com | |
| EarthLink, Inc. | N/A | |
| Eastern Group Telecoms | Virgin Media | |
| Eller Media Company | Clear Channel | |
| Excite | Ask.com | |
| Flextech Television | Virgin Media | |
| Florida's Radio Networks | Clear Channel | |
| Helio | Earthlink | |
| ICQ, Inc. | AOL | |
| ImagiNation Network, Inc. | AOL | |
| Instant Live, LLC | Clear Channel | |
| Interactive Search Holdings | Ask.com | |
| iWon.com | Ask.com | |
| Johnson-Grace | AOL | |
| LIVINGtv | Flextech | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023512



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Other Notes |
|---|---|---|
| MapQuest | AOL | |
| Mindspring | EarthLink | |
| MyWay.com | Ask.com | |
| Netscape Communications | AOL | |
| New Edge Networks | EarthLink | |
| NSN Network Services | Clear Channel | |
| Nullsoft | AOL | |
| PeoplePC | EarthLink | |
| Premiere Radio Networks, Inc. | Clear Channel | |
| Premium TV Ventures, Ltd. | Virgin Media | |
| SFX Sports Group | Clear Channel | |
| Shoreline Amphitheater Partners | Clear Channel | |
| Tegic Communications | AOL | |
| Telewest Global, Inc. | Virgin Media | |
| Tennessee Radio Networks | Clear Channel | |
| Virgin Media, Inc. (NTL, Inc.) | N/A | Changed from NTL in 2007 |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023513



Staffing

# Hiring Policies and Protocols

## Table of Contents

### Overview

- Google's Hiring Guidelines . . . . . . . . . . . . . . . . . . . 3
- Hiring "Do's and Don'ts" . . . . . . . . . . . . . . . . . . . 4

### Legal Compliance and Protocols

. . . . . . . . . . . . . . . . . . . 6
- Special Agreement (a.k.a. "Do Not Touch" list) . . . . . . . . . . . . . . . . . . . 7

. . . . . . . . . . . . . . . . . . . 16
. . . . . . . . . . . . . . . . . . . 17
. . . . . . . . . . . . . . . . . . . 18
. . . . . . . . . . . . . . . . . . . 19

. . . . . . . . . . . . . . . . . . . 20

. . . . . . . . . . . . . . . . . . . 22

. . . . . . . . . . . . . . . . . . . 27

### General Guidelines and Policies

. . . . . . . . . . . . . . . . 32
. . . . . . . . . . . . . . . . 33
. . . . . . . . . . . . . . . . 34
. . . . . . . . . . . . . . . . 35
. . . . . . . . . . . . . . . . 36
. . . . . . . . . . . . . . . . 37
. . . . . . . . . . . . . . . . 38
. . . . . . . . . . . . . . . . 39
. . . . . . . . . . . . . . . . 40
. . . . . . . . . . . . . . . . 42
. . . . . . . . . . . . . . . . 48
. . . . . . . . . . . . . . . . 50
. . . . . . . . . . . . . . . . 52
. . . . . . . . . . . . . . . . 54
. . . . . . . . . . . . . . . . 61
. . . . . . . . . . . . . . . . 70
. . . . . . . . . . . . . . . . 78
. . . . . . . . . . . . . . . . 83
. . . . . . . . . . . . . . . . 85
. . . . . . . . . . . . . . . . 88

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023514



**Hiring Policies and Protocols**

# Overview

CONFIDENTIAL ATTORNEYS EYES ONLY                                              GOOG-HIGH TECH-00023515



# Google's Hiring Guidelines



CONFIDENTIAL ATTORNEYS EYES ONLY GOOG-HIGH TECH-00023516



# Hiring Do's and Don'ts



CONFIDENTIAL ATTORNEYS EYES ONLY        GOOG-HIGH TECH-00023517



**Hiring Policies and Protocols**

# Legal Compliance and Protocols

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023518





CONFIDENTIAL ATTORNEYS EYES ONLY     GOOG-HIGH TECH-00023519



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

The following companies (and by association, their subsidiaries listed in Appendix A) have a special restriction as part of the **"Restricted Hiring"** list.

**Parent Companies:**
- Microsoft
- Novell
- Oracle
- Sun Microsystems

For each of these **"Restricted Hiring"** companies, Google has agreed to the following protocol:

1. Not to pursue manager level and above candidates for Product, Sales, or G&A roles – even if they have applied to Google;
2. However, there are <u>no</u> restrictions to our recruiting from these companies at individual contributor levels for PSG&A;
3. Additionally, there are <u>no</u> restrictions at <u>any</u> level for engineering candidates.

The following companies (and by association, their subsidiaries listed in Appendix A) have special agreements with Google and are part of the **"Do Not Cold Call"** list.

**Parent Companies:**
- Apple, Inc.
- Comcast Corporation
- DoubleClick
- Genentech
- IBM Corporation (Junior hires okay – also applies to subsidiaries)\
- Illumita
- Intel Corporation
- Intuit
- Microsoft
- Ogilvy
- WPP

For each of these **"Do Not Cold Call"** companies, Google has agreed to the following protocol:

4. Not to directly cold call into those companies (this also applies to their subsidiaries listed above);
5. But, we would accept internal or external references that indicated that an individual was "looking;"
6. And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us).

CONFIDENTIAL ATTORNEYS EYES ONLY     GOOG-HIGH TECH-00023520



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

Due to our partnerships, the following companies (and by association, their subsidiaries listed in Appendix B) fall under the **"Sensitive"** companies list:

**Parent Companies:**
- AOL, Inc.
- Ask.com
- Clear Channel Communications, Inc.
- Dell, Inc.
- Earthlink, Inc.
- Virgin Media, Inc. (Formerly NTL, Inc.)

For each of these **"Sensitive"** companies we agreed to the following protocol:

1. Executive Recruiting:  Inform EMG of any Director level or above candidate who we have engaged and who is starting the interview process at Google
2. Executive Recruiting:  If we go to offer with a Director or above candidate, Staffing should inform EMG and EMG will designate a senior exec to place a courtesy call into the Sensitive company to let them know we have **made** an offer;
   a. And by exception, when EMG deems necessary, calling into a Sensitive company to indicate we will be **making** an offer.
3. General Recruiting:  For any non-exec position, we should be aware the company is on the Sensitive Company list but there are no restrictions to our recruiting from these companies at junior levels.

Please be cautious when recruiting teams from any company to keep our candidates and potential employees safe from legal action.  Most companies have non-solicit agreements which would limit or prohibit a candidate from asking a coworker to interview with us as well.

**Recruiting from Staffing Agencies / Partners**

As a general rule, we should not be recruiting staffing talent from any of our approved staffing partners.  The lists on the following page outline these partners for both U.S. and International staffing.

CONFIDENTIAL ATTORNEYS EYES ONLY       GOOG-HIGH TECH-00023521



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| U.S. Staffing Partners | | |
|---|---|---|
| **Vendor Name** | **Location** | **Specialty** |
| Accounting Network | Bay Area | Finance |
| Accountants Plus | Bay Area | Finance |
| Adecco | All U.S. | All |
| Career Group | Bay Area, New York, Los Angeles | G&A, Marketing |
| CDI Business Solutions | All U.S. | Eng, Ops |
| Core Staffing | New York | G&A |
| Duran HCP, Inc. | Bay Area | G&A (HR/Staffing), Eng, Ops |
| Globe Consultants | Bay Area | Eng, Ops |
| Hicks Consulting | All U.S. | All |
| Indosys | Bay Area | Eng, Ops, Sales, Marketing |
| IT Ascent | All U.S. | All |
| Kelly Services | All U.S. | All |
| Kforce | All U.S. | Eng, Ops, Finance |
| Mainz Brady Group | Bay Area, Portland | Eng, Ops, Product, Sales, SalesOps, Recruiting |
| Mindsource | Bay Area | Eng, Ops, Product |
| Modis IT | All U.S. | Eng, Ops |
| Nelson Staffing Solutions | Bay Area | G&A, Sales, Marketing |
| TechSource | Bay Area | Eng, Ops |

| International Staffing Partners | |
|---|---|
| **Vendor Name** | **Location** |
| Kelly Services | Australia |
| Tradicao (Kelly Partner) | Brazil |
| Kelly Services | France |
| Kelly Services | Germany |
| Kelly Services | Hungary |
| Kelly Services | Italy |
| Kelly Services | Netherlands |
| Kelly Services | Norway |
| Kelly Services | Russia |
| Kelly Services | Spain |
| Kelly Services | Sweden |
| Kelly Services | Switzerland |
| Intelligent Manpower (Kelly Partner) | Taiwan |
| Kelly Services | UK |

CONFIDENTIAL ATTORNEYS EYES ONLY                                        GOOG-HIGH TECH-00023522



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

### Appendix A

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| American FundWare | Intuit | June 5, 2007 | |
| 24/7 Real Media, Inc. | WPP | September 14, 2007 | |
| Apple | N/A | March 6, 2005 | |
| aQuantive, Inc. | Microsoft | May 18, 2007 | |
| AZN Television | Comcast | March 6, 2005 | |
| Cambridge Technology | Novell | May 10, 2007 | |
| Carleton Corporation | Oracle | May 10, 2007 | |
| CBC | Comcast | March 6, 2005 | |
| Chili!Soft, Inc. | Sun | May 10, 2007 | |
| Claris | Apple | March 6, 2005 | |
| Clever Media | WPP | September 14, 2007 | |
| Comcast Corporation | N/A | March 6, 2005 | |
| Computer Software Group, Plc | IBM | March 26, 2007 | |
| Computing Resources, Inc. | Intuit | June 6, 2007 | |
| Daksh | IBM | March 26, 2007 | |
| Dascom | IBM | March 26, 2007 | |
| Delaware Planet, Inc. | Novell | May 10, 2007 | |
| Delphion Corporation | IBM | March 26, 2007 | |
| DesktopStandard | Microsoft | May 10, 2007 | |
| Digital Insight | Intuit | June 7, 2007 | |
| Digital Research, Inc. | Novell | May 10, 2007 | |
| DoubleClick | N/A | May 17, 2007 | |
| E! | Comcast | March 6, 2005 | |
| e-Travel, Inc. | Oracle | May 10, 2007 | |
| FileMaker | Apple | March 6, 2005 | |
| FirstPerson, Inc. | Sun | May 10, 2007 | |
| Frontbridge | Microsoft | May 10, 2007 | |
| FRx Software Corporation | Microsoft | May 10, 2007 | |
| G4 Media, Inc. | Comcast | March 6, 2005 | |
| Genentech | N/A | March 6, 2005 | |
| Global Spectrum | Comcast | March 6, 2005 | |
| Golf Channel, The | Comcast | March 6, 2005 | |
| Great Plains Software, Inc. | Microsoft | May 10, 2007 | |
| Green Acquisition Corporation | Genentech | March 6, 2005 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023523



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| Green Merger Sub, Inc. | Genentech | March 6, 2005 | |
| Grey Global Group, Inc. | WPP | September 14, 2007 | |
| Groove Networks | Microsoft | May 10, 2007 | |
| H&B Finance, Inc. | Microsoft | May 10, 2007 | |
| Hill & Knowlton, Inc. | WPP | September 14, 2007 | |
| Hotrod Acquisition Corporation | Oracle | May 10, 2007 | |
| Hyperion Solutions | Oracle | May 10, 2007 | |
| IBM Corporation | N/A | March 26, 2007 | Junior hires okay |
| IBM Research Center—Haifa, Israel | IBM | March 6, 2007 | |
| Illulmita | N/A | January 7, 2008 | Until December 31, 2008 |
| Income Dynamics, Inc. | Intuit | June 5, 2007 | |
| Intel Corporation | N/A | March 6, 2005 | |
| Interactive Insurance Services | Intuit | June 5, 2007 | |
| Internet Security Systems, Inc. | IBM | March 26, 2007 | |
| Intuit | N/A | June 5, 2007 | |
| ISM Canada | IBM | March 26, 2007 | |
| iView Multimedia Ltd. | Microsoft | May 10, 2007 | |
| J. Walter Thompson Company, Inc. | WPP | September 14, 2007 | |
| Lotus Development Corporation | IBM | March 26, 2007 | |
| Management Reports, Inc. | Intuit | June 5, 2007 | |
| Mando Corporation Limited | WPP | September 14, 2007 | |
| Massive, Inc. | Microsoft | May 10, 2007 | |
| MDTVISION | IBM | March 26, 2007 | |
| Microsoft, Inc. | N/A | May 10, 2007 | |
| MRI Real Estate Solutions | Intuit | June 5, 2007 | |
| MRO, Inc. | IBM | March 26, 2007 | |
| MyCorporation Business Services, Inc. | Intuit | June 5, 2007 | |
| Mylex Corporation | IBM | March 26, 2007 | |
| NetSol (Network Solutions, India) | IBM | March 26, 2007 | |
| Network Computer, Inc. | Oracle | May 10, 2007 | |
| Novell | N/A | May 10, 2007 | |
| Object Technology International | IBM | March 26, 2007 | |
| Ogilvy | WPP | September 14, 2007 | |
| The Ogilvy Group Inc. | WPP | September 14, 2007 | |
| OnCall | WPP | September 14, 2007 | |
| Oracle | N/A | May 10, 2007 | |
| Parity Software | Intel | March 6, 2005 | |
| PeopleSoft | Oracle | May 10, 2007 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023524



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| PlaceWare, Inc. | Microsoft | May 10, 2007 | |
| Portal Software, Inc. | Oracle | May 10, 2007 | |
| Potter Acquisition Corporation | Oracle | May 10, 2007 | |
| ProClarity | Microsoft | May 10, 2007 | |
| Proxima Informatica Srl | IBM | March 26, 2007 | |
| Quicken Investment Services, Inc. | Intuit | June 5, 2007 | |
| Quinn Gillespie & Associates | WPP | September 14, 2007 | |
| ScreenTonic SA | Microsoft | May 10, 2007 | |
| SeeBeyond Technology | Sun | May 10, 2007 | |
| Sequent Computer Systems | IBM | March 26, 2007 | |
| SerCon | IBM | March 26, 2007 | |
| Siebel Systems, Inc. | Oracle | May 10, 2007 | |
| SilverStream Software | Novell | May 10, 2007 | |
| Softek | IBM | March 26, 2007 | |
| Softricity, Inc. | Microsoft | May 10, 2007 | |
| SoftSolutions Technology | Novell | May 10, 2007 | |
| Sprout | Comcast | March 6, 2005 | |
| Star Acquisition Corporation | Oracle | May 10, 2007 | |
| Stellent, Inc. | Oracle | May 10, 2007 | |
| StorageTek | Sun | May 10, 2007 | |
| Style | Comcast | March 6, 2005 | |
| Sun Microsystems | N/A | May 10, 2007 | |
| Sun Microsystems Federal | Sun | May 10, 2007 | |
| SunExpress, Inc. | Sun | May 10, 2007 | |
| SunSoft | Sun | May 10, 2007 | |
| SuSE Linux, GmbH | Novell | May 10, 2007 | |
| Susquehanna Communications | Comcast | March 6, 2005 | |
| Sybari Software | Microsoft | May 10, 2007 | |
| Taligent, Inc. | IBM | March 26, 2007 | |
| Tally Systems Corporation | Novell | May 10, 2007 | |
| Tanox | Genentech | March 6, 2005 | |
| Technology Service Solutions | IBM | March 26, 2007 | |
| Tellme | Microsoft | May 10, 2007 | |
| Tivoli Systems | IBM | March 26, 2007 | |
| Transarc Corporation | IBM | March 26, 2007 | |
| TS Transaction, Inc. | WPP | September 14, 2007 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023525



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| UNIX Systems Laboratories, Inc. | Novell | May 10, 2007 | |
| Vermeer Technologies | Microsoft | May 10, 2007 | |
| Versus | Comcast | March 6, 2005 | |
| Volera | Novell | May 10, 2007 | |
| Waveset Technologies | Sun | May 10, 2007 | |
| WebTV Networks, Inc. | Microsoft | May 10, 2007 | |
| Whale Communications | Microsoft | May 10, 2007 | |
| Whistle Communications, Inc. | IBM | March 26, 2007 | |
| Winternals | Microsoft | May 10, 2007 | |
| WordPerfect | Novell | May 10, 2007 | |
| WPP | N/A | September 14, 2007 | |
| Ximian | Novell | May 10, 2007 | |
| Young and Rubicam, Inc. | WPP | September 14, 2007 | |
| Zarlink Semiconductor | Intel | March 6, 2005 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023526



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

### Appendix B

| Company | Parent Company | Other Notes |
|---|---|---|
| Advertising.com | AOL | |
| Alabama Radio Network | Clear Channel | |
| Alienware Corp., Inc. | Dell | |
| Aluria Software, LLC | EarthLink | |
| AOL, Inc. | N/A | |
| Ask.com | N/A | |
| Bloglines | Ask.com | |
| Bravo | Flextech | |
| Capstar | Clear Channel | |
| CCE Spinco, Inc. | Clear Channel | |
| Cidco, Inc. | EarthLink | |
| Clear Channel Communications, Inc. | N/A | |
| CompuServe Interactive Services, Inc. | AOL | |
| Dell, Inc. | N/A | |
| Digital City, Inc. | AOL | |
| Digital Marketing Services, Inc. | AOL | |
| Direct Hit / Teoma | Ask.com | |
| EarthLink, Inc. | N/A | |
| Eastern Group Telecoms | Virgin Media | |
| Eller Media Company | Clear Channel | |
| Excite | Ask.com | |
| Flextech Television | Virgin Media | |
| Florida's Radio Networks | Clear Channel | |
| Helio | Earthlink | |
| ICQ, Inc. | AOL | |
| ImagiNation Network, Inc. | AOL | |
| Instant Live, LLC | Clear Channel | |
| Interactive Search Holdings | Ask.com | |
| iWon.com | Ask.com | |
| Johnson-Grace | AOL | |
| LIVINGtv | Flextech | |

CONFIDENTIAL ATTORNEYS EYES ONLY                         GOOG-HIGH TECH-00023527



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Other Notes |
|---|---|---|
| MapQuest | AOL | |
| Mindspring | EarthLink | |
| MyWay.com | Ask.com | |
| Netscape Communications | AOL | |
| New Edge Networks | EarthLink | |
| NSN Network Services | Clear Channel | |
| Nullsoft | AOL | |
| PeoplePC | EarthLink | |
| Premiere Radio Networks, Inc. | Clear Channel | |
| Premium TV Ventures, Ltd. | Virgin Media | |
| SFX Sports Group | Clear Channel | |
| Shoreline Amphitheater Partners | Clear Channel | |
| Tegic Communications | AOL | |
| Telewest Global, Inc. | Virgin Media | |
| Tennessee Radio Networks | Clear Channel | |
| Virgin Media, Inc. (NTL, Inc.) | N/A | Changed from NTL in 2007 |

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023528



CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023529



CONFIDENTIAL ATTORNEYS EYES ONLY



# Non-Disclosure Guidelines



CONFIDENTIAL ATTORNEYS EYES ONLY                              GOOG-HIGH TECH-00023531



**NON-DISCLOSURE AGREEMENT**



19

CONFIDENTIAL ATTORNEYS EYES ONLY



To: Prospective Googlers
From: Google Staffing



CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023533





Google Staffing

CONFIDENTIAL ATTORNEYS EYES ONLY                              GOOG-HIGH TECH-00023534



# FAQ: Employee Intellectual Property Rights



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023535



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023536



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023537



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023538



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023539



# FAQ: Non-Compete and Non-Solicit and
# Confidentiality Agreements

Background: Many of you get questions from candidates about the scope and application of non-compete or non-solicit agreements or issues relating to a candidate's confidentiality obligations. You also know that many of our competitors closely scrutinize our hiring practices, so we take special precautions when hiring at certain levels from those companies.



CONFIDENTIAL ATTORNEYS EYES ONLY





CONFIDENTIAL ATTORNEYS EYES ONLY                                        GOOG-HIGH TECH-00023541



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023542



CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023543



## Hiring Policies and Protocols

# General Guidelines
# and Policies

CONFIDENTIAL ATTORNEYS EYES ONLY                                                    GOOG-HIGH TECH-00023544



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023545





CONFIDENTIAL ATTORNEYS EYES ONLY                                          GOOG-HIGH TECH-00023546



## Extending an Offer Guidelines for Recruiters



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00023547



# Offer Process Roles & Responsibilities



CONFIDENTIAL ATTORNEYS EYES ONLY



# Process for Sharing Candidates – "Rules of Engagement"



CONFIDENTIAL ATTORNEYS EYES ONLY     GOOG-HIGH TECH-00023549



## Standard Document Distribution Protocol to New Hires



CONFIDENTIAL ATTORNEYS EYES ONLY      GOOG-HIGH TECH-00023550



## Temporary Requisition Guidelines and Protocol



CONFIDENTIAL ATTORNEYS EYES ONLY                                         GOOG-HIGH TECH-00023551

39

CONFIDENTIAL ATTORNEYS EYES ONLY

## Company Bonus Plan Overview



40

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023553



41

CONFIDENTIAL ATTORNEYS EYES ONLY

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**FREQUENTLY ASKED QUESTIONS**

This internal document is intended to offer guidance to U.S. Managers and Recruiters on how to address questions about Google's new Long-term Incentive programs.  Separate materials have been prepared for external use.  Please contact David Rolefson (drolefson@google.com) for additional information or program materials.

**General Questions on Google Stock Units (GSUs):**

**What's a GSU?**
A GSU is an award that entitles the holder to a share of Google stock when the unit vests.  One GSU equals one share of Google Class A common stock.



CONFIDENTIAL ATTORNEYS EYES ONLY                                            GOOG-HIGH TECH-00023555

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023556

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00023557

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



CONFIDENTIAL ATTORNEYS EYES ONLY GOOG-HIGH TECH-00023558

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



**Google Staffing – Client Privileged & confidential**

CONFIDENTIAL ATTORNEYS EYES ONLY GOOG-HIGH TECH-00023559

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00023560



## What is a Google Stock Unit (GSU)?

A GSU is an award that entitles the holder to a share of Google stock when the unit vests.  One vested GSU equals one share of Google Class A common stock.



GOOG-HIGH TECH-00023561



CONFIDENTIAL ATTORNEYS EYES ONLY



**Domestic Reimbursement Policy**

50

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023563



51

GOOG-HIGH TECH-00023564



# International Reimbursement Policy

52

GOOG-HIGH TECH-00023565





53



Global Mobility
POLICIES AND PROCEDURES

**SUBJECT: North America Core Relocation Policy**
EFFECTIVE DATE:  January 1, 2007

**North America Core Relocation Policy**



54

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023567



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023568



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023569



57

CONFIDENTIAL ATTORNEYS EYES ONLY



58

CONFIDENTIAL ATTORNEYS EYES ONLY



59

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023572



60

CONFIDENTIAL ATTORNEYS EYES ONLY



## Global Mobility
## POLICIES AND PROCEDURES



61

GOOG-HIGH TECH-00023574



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023575



63

CONFIDENTIAL ATTORNEYS EYES ONLY

64

CONFIDENTIAL ATTORNEYS EYES ONLY



65

GOOG-HIGH TECH-00023578



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023579



67

CONFIDENTIAL ATTORNEYS EYES ONLY                                          GOOG-HIGH TECH-00023580



68

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023581



69

CONFIDENTIAL ATTORNEYS EYES ONLY



Global Mobility
POLICIES AND PROCEDURES

**SUBJECT: North America Homeowner Relocation Policy**
EFFECTIVE DATE:  January 1, 2007

**North America Homeowner Relocation Policy**



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023583



71

GOOG-HIGH TECH-00023584



72

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023585



73

 GOOG-HIGH TECH-00023586



74

CONFIDENTIAL ATTORNEYS EYES ONLY



75

CONFIDENTIAL ATTORNEYS EYES ONLY



76

CONFIDENTIAL ATTORNEYS EYES ONLY



77

GOOG-HIGH TECH-00023590



Global Mobility
POLICIES AND PROCEDURES

**SUBJECT: International Relocation Policy**
EFFECTIVE DATE: September 15, 2005

**International Relocation Policy**



78

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023591



79

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023592



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023593



81

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023594



82

 GOOG-HIGH TECH-00023595



## Background Check Guidelines for US Employees



---

[1] Employees who operate motor vehicles as a part of their job responsibilities should ensure that their driving information is in on record with Google Risk Management.

[2] This screening searches for restricted parties within a compilation of more than seventy international data sources from all major sanctioning bodies (i.e. UN, OFAC, European Union, Bank of England), law enforcement agencies (i.e. Interpol, FBI) and financial regulators (i.e. SEC, OCC, FINCEN, OFAC, Lloyds, Isle of Man) around the world.

CONFIDENTIAL ATTORNEYS EYES ONLY                                        GOOG-HIGH TECH-00023596



**GUIDELINES FOR EMPLOYMENT ELIGIBILITY**

The following provides a guideline for how decisions are made in the presence of background irregularities.



Updated 111706     84

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023597



## Export Control Questionnaire

Pursuant to the U.S. Department of Commerce Export Administration Regulations, Google is subject to export and re-export controls for certain technologies. Positions that permit access to Google's controlled technology may require prior approval from the U.S. Government in the form of an export license. As such, employment at Google, including any subsidiary of the Company, may be subject to export or re-export control verification.   This requirement may cause delay in processing your offer or require us to decline to offer you employment.

If you are hired at Google, you may be given access to certain technology or software that is subject to export controls. For purposes of determining whether you are required to have an export license to work on or access such technology or software, or if other restrictions may apply, we are required by law to ask:

Name (Please Print): _____

| 1.  Are you any of the following: <br><br> (a) a United States citizen or national, or <br><br> (b) a lawful permanent resident of the United States (i.e., "Green Card" holder), or <br><br> (c) an INS-approved refugee or asylum holder who has applied for naturalization within six months of the date you first become eligible, and if not yet accepted, are actively pursuing naturalization after 2 years from the date of your application. | ☐ Yes    ☐ No <br><br><br> (If your response is "Yes", please sign below without completing the remainder of the questionnaire.) |
|---|---|
| 2.  What is your country of citizenship or permanent residency?  If more than one applies, list all and identify which was obtained most recently.  For purposes of this question, "permanent residency" is obtained in a country when: (a) the country legally recognizes your immigration status as that of a permanent resident; <u>and</u> (b) you may remain in the country of permanent residency indefinitely. | Most Recent ☐ <br><br> ☐ <br><br> ☐ |

Revision 06.28.2007

85

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023598

NOTE:  In the event there is a change in your immigration status that alters your answer above, you are obligated to inform Google immediately and re-execute this form with the most current information.  Any falsification of the information provided above will result in your immediate disqualification from any further consideration for employment with Google, and if already employed, for immediate termination, subject to the laws of your local country of employment.

Any offer of employment made to you will be conditional upon Google securing any necessary export license.  In addition, prior to employment, Google may request Immigration Status Documentation that determines your country of permanent residency or citizenship to satisfy export licensing requirements. This information will be kept confidential.

I declare that the foregoing is true and correct.

Name (Please Print): _____     Date: _____

Signature: _____

Upon accepting Google's offer, please complete the information above and provide a signature. You may either send via fax to (650) 644-0152 or scan and email a copy to backgroundchecks@google.com.

Please note that start dates will be delayed for candidates who do not complete the questionnaire.

Revision 06.28.2007

86

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023599

## Pre-Offer Background & Export Control Communication
## (US Candidates Only)

The following is a script you may choose to use in describing our standard background check and export control questionnaire to your candidates. As you know, communicating next steps appropriately sets their expectations and avoids potential confusion and concern.

Please contact Sandra Benavidez if you have any feedback and/or questions.



87



## Candidate Rejection Guidelines



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023601