# EXHIBIT 87 TO
# HARVEY DECLARATION
# REDACTED VERSION
# (Part 1 of 2)

| From: | Yolanda Mangolini | Sent:4/19/2007 4:13 PM |
|---|---|---|
| To: [ - ] | Carrie Laureno | |
| Cc: [ - ] | | |
| Bcc: [ - ] | | |
| Subject: | Re: diagnostic on sourcing... | |

Sorry about that! I completely forgot to send it to you. Here you go...The first deck is the overall diagnostic. Some of the graphs in it are illustrative as I was awaiting data. After I reviewed this deck with Shona, she told me she didn't need me to get the data since the qualitative info was strong enough to support the case. My thinking around the recommendation also evolved and the second deck shows how the collaborative sourcing team works. The last slide just depicts what's in my organization.


On 4/19/07, Carrie Laureno <claureno@google.com> wrote:

Hi Yolanda!

When you get a chance, I would love to look at your Hiring Diagnostic. Hope you are having a good Thursday.

Thanks,

Carrie

_____
Carrie Laureno
Staffing Programs Manager
Google, Inc.
direct: 650.214.4094
mobile: 917.607.3555



--
Yolanda Mangolini
Google
Staffing Programs Manager
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

CONFIDENTIAL ATTORNEYS EYES ONLY





Google

Sourcing Diagnostic

July 2006

*DRAFT*

CONFIDENTIAL ATTORNEYS EYES ONLY

# Objectives of Today

- Share findings from sourcing diagnostic

- Discuss proposed recommendations to address current challenges

*-Privileged and Confidential-*

Google



# Executive Summary (I)

- The recruiting environment for top talent has become more challenging
  - Increased competition from competitors
  - Greater number of start-up opportunities
  - Talent pools are getting smaller and increasingly harder to find, particularly for women and under-represented minorities

- Passive sourcing will play an increasingly larger role in recruiting as we move forward as a company
  - Efficient and effective sourcing organization critical to acquire top talent in current market landscape

- Sourcing comprised of three primary activities
  - Identifying talent pools and what sourcing tools to use ("Where to look ")
  - Searching and identifying potential leads ("Look and Find")
  - Qualifying leads and converting them into active applicants ("Contact and Cultivate")

- Current sourcing model organized around verticals
  - Central sourcing support provided for diversity talent

- There are five common drivers of sourcing problems ...
  - Organization around vertical and geographic silos
  - High share of contract labor in workforce mix
  - Misaligned incentives
  - Deep understanding of unique business dynamics and requirement not widely shared among Staffing team
  - Weak connectivity between Sourcers and Recruiters and Hiring Managers
  - System capability gaps

*-Privileged and Confidential-*

# Executive Summary (II)

- ... which create organizational and process inefficiencies in current sourcing practices
  - Duplication of effort on searches for positions with similar candidate profile
  - Limited business knowledge transferred to recruiting staff
  - Poor connectivity between key roles within Staffing
  - Limited sharing of qualified candidates across the organization

- Key drivers of sourcing problems fall into common themes
  - Organizational structure
  - Training
  - Process improvement
  - Metrics and measurement
  - Technology

- Proposed solutions attempt to close gaps existing in current organization and align with the common themes

Google

*-Privileged and Confidential-*

4

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY

# The Recruiting Environment for Top Talent Has Become More Challenging…



Source: ATS

-Privileged and Confidential-

Google

GOOG-HIGH TECH-00024155

# ...While Inbound Flow from Job Boards Appears to Be Slowing

**Possible drivers of reduced on-line application flow**

- Increased number of job opportunities in Bay area competing for similar skill sets
  - More start-up opportunities

- More aggressive recruiting by traditional competitors
  - Microsoft
  - EBay
  - Yahoo

- Candidates self-selecting out of process
  - Hesitant to enter process widely known for being extremely selective

Google

7

Efficient and effective sourcing organization critical to acquire top talent in current market landscape

*-Privileged and Confidential-*

(1) PSGA and Ops data is illustrative; currently awaiting data

Source: ATS

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024156



Source:  Compensation team

GOOG-HIGH TECH-00024157

# Target Hirable Pools for Diverse Talent Available Extremely Small



Google

Will need to expand proactive outreach and sourcing to tap into available talent supply

(1) Reflects Q1 2006 data
Source: NSF.gov Land of Plenty U.S SET Workforce by sector of employment and commission Engineer CS degrees awarded
ASEE.org & 2006 University Relations Survey Data

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024158



Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024159



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024160



Google

12

-Privileged and Confidential-

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024161



Google

13

*-Privileged and Confidential-*

(1) Reflects Q1 2006 data
Source:  ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024162



Google

*-Privileged and Confidential-*

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024163



Google™

(1) Reflects Q1-Q2 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024164



Source: AHS analysis

16

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024165

# Sourcing Comprised of Three Primary Activities
Requires Different Skill Sets and Areas of Focus

**Where to Look**

**Look and Find**

**Contact and Cultivate**

Identifying potential talent pools and sourcing tools

Conducting searches and identifying potential candidates

Conducting outreach to candidates and converting to active applicants

**Skill set**

- Problem-solving facility

- Analytical
- Data mining
- Problem-solving facility
- Resume screening skills

- Communication skills
- Sales ability
- Influence skills

**Output**

- Sourcing strategy
- Talent pool map

- Unqualified pipeline of potential candidates

- Qualified pipeline of active applicants

*Create Pipeline*

*Qualify Pipeline*

Tight integration between activities essential for effective and efficient sourcing processes

Google

17

GOOG-HIGH TECH-00024166

However, current structure results in some process and organizational efficiencies
- Duplication of effort on searches for positions with similar candidate profile
- Weak connectivity between vertical and geographic silos
- Difficult to appropriately identify qualified candidates

Google

18

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024167

# Under Current Google Model, Average Sourcer Time Study is Misleading

**Typical Activities**

| Category | Value | Typical Activities |
|---|---|---|
| *Personal* | 5% | • Lunch<br>• Coffee/bathroom breaks |
| *Contact and Cultivate* | 40% | • Phone/e-mail potential candidates<br>• Phone/Technical screens<br>• Conduct periodic "check-in" discussions |
| *Look and Find* | 45% | • Conduct boolean searches on web<br>• Data mine resume databases, ATS, social networking sites, job boards<br>• Attend conferences/events |
| *Where to look* | 10% | • Identify potential talent pools<br>• Brainstorm with peers on potential sources<br>• Identify new sourcing tools |

Typical Sourcer [1]

| | |
|---|---|
| % candidates sourced | 9% |
| Offer rate % | 5% |

On average, sourcers spends approximately two days a week finding potential candidates and two days building relationships with candidates
  ▪ Less than a day spent identifying new talent pools

-Privileged and Confidential-

(1) Small sample size (n=20)
Note: 100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization

Google

19



CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY



...Resulting in Over-investments in Tools That Have Not Historically Delivered Many Google Hires

*Illustrative – Analysis team current determining whether X-axis data is available at this level of detail*

**Investment ($K)**

60 · 50 · 40 · 30 · 20 · 10 · 0

Social Networking Sites

Job Boards

Resume Databases

0   20   40   60   80   100

**% of Google Hires**

Limited accountability or clear idea of return on investment

(1)
Note:
Source: Job Boards team

Google

22

# There are Five Common Drivers of Sourcing Problems (I)

**Key Drivers**

*Problem*

| Key Drivers | Lack "One Google" perspective | Limited sharing of candidates across the organization | Poor lead tracking and follow-up | High variability in quality of passively sourced candidates | Duplicate search efforts for candidates with similar profiles and competencies |
|---|---|---|---|---|---|
| Silos | ● | ● | ○ | ● | ● |
| Labor force mix | ● | ● | ○ | ● | ◐ |
| Incentive model | ◐ | ● | ○ | ○ | ○ |
| Systems | ○ | ◐ | ● | ○ | ○ |
| Business Knowledge | ○ | ● | ○ | ● | ◐ |

Legend:
- ○ Not a driver
- ◐ Somewhat of a driver
- ● Key driver

-Privileged and Confidential-

Google

23

# There are Five Common Drivers of Sourcing Problems (II)

**Key Drivers** | **Problem**

| Key Drivers | High variability in EE referral process and response times | No strategy or accountability around sourcing tools | Sub-optimize efforts around third party research | Limited coordination around conference/ event leads | Lack of calibration b/w Sourcers, Resume Screeners and Recruiters |
|---|---|---|---|---|---|
| Silos | ● | ● | ● | ● | ● |
| Labor force mix | ○ | ○ | ○ | ○ | ○ |
| Incentive model | ◐ | ○ | ○ | ○ | ○ |
| Systems | ○ | ◐ | ○ | ◐ | ○ |
| Business Knowledge | ○ | ○ | ◐ | ○ | ● |

○ Not a driver   ◐ Somewhat of a driver   ● Key driver

-Privileged and Confidential-

Google

24

# There are Five Common Drivers of Sourcing Problems (III)

Google

25

*Problem*

|  | Inconsistent treatment of diversity-sourced candidates | Inadequate support for international efforts | Limited ability to mine former candidates |
|---|---|---|---|
| *Key Drivers* |  |  |  |
| Silos | ● | ● | ○ |
| Labor force mix | ○ | ○ | ○ |
| Incentive model | ○ | ○ | ○ |
| Systems | ◐ | ○ | ● |
| Business Knowledge | ● | ● | ○ |

○ Not a driver    ◐ Somewhat of a driver    ● Key driver

*-Privileged and Confidential-*

CONFIDENTIAL ATTORNEYS EYES ONLY

# Key Drivers of Sourcing Problems Fall into Common Themes
Proposed Recommendations Attempt to Close Gaps Existing in Current Organization



**Silos**

**Organizational Structure**
- Centralize all pre-recruitment activities
- Centralize employee referrals
- Expand resume screening beyond Eng
- Develop sourcing and screen capability in EMEA

**Labor force mix**

**Process**
- Rationalize current suite of sourcing tools
- Establish governance model around sourcing tools
- Develop specific job profiles with pre-defined competencies
- Tap into additional talent pools to cast a wider net and increase quality of pipeline
- Create "hot candidate" lists of high priority applicants to be shared weekly

**Business Knowledge**

**Training**
- Develop and implement Sourcer training
- Expand new hire Staffing orientation beyond systems training

**Incentive Model**

**Metrics and Measurement**
- Implement metrics to monitor sourcing tool usage and effectiveness
- Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates

**Systems**

**Technology**
- Build out systemic lead management functionality
- Enhance data mining capabilities within ATS
- Develop systemic capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers

Google

26

# Proposed Organizational Structure Seeks to Resolve Challenges With Current Organization

Expect to Achieve a Number of Benefits



**Sourcing Manager**

*Oversees all pre-recruitment activities*

**Strategy**
- *Identifies and maps talent pools*
- *Develops sourcing strategy*
- *Evaluates/ monitors tool usage and effectiveness*
- *Coordinates purchase of 3rd party research/ directories*

**Resume Screeners**
- *Screens resumes for all active applicants*

**Diversity**
- *Build diversity talent pipeline*
- *Provide front-end sourcing for conferences*
- *Qualify leads sourced from programs*

**Data Miners**
- *Conduct searches to generate potential candidate names*

**Sourcers**
- *Develop candidate pipeline for Cand. Dvlprs*

**Lead Recruiters** *(by Vertical)*

**Candidate Developers**
- *Qualify leads*
- *Pre-screen*
- *Convert to active applicants*

## Expected Benefits

- More efficient knowledge and best practice sharing
- Avoid diluting focus of Sourcers and Candidate Developers
- Greater consistency around sourcing tool usage
- Enables better sharing of candidates for positions with similar profiles and competencies
- Matrixed reporting structure between Sourcers and vertical Candidate Developers helps maintain business connectivity
- Centralized pool enables greater fungibility of resources and supports dynamic resource allocation model
  - Better able to allocate resources to areas where most needed; dynamic not static

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (I)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Organizational Structure | • Centralize "Where to Look" and "Look & Find" activities under a Sourcing Manager<br>  - Sourcing strategy<br>  - Tool identification<br>  - Data mining<br>  - Candidate search<br>  - Lead qualification (including leads generated from events/conferences)<br><br>• Central team acts as strategic sourcing arm<br>  - Develops and refines global sourcing strategy<br>  - Identifies, evaluates and monitors sourcing tool usage and effectiveness<br>  - Maps and updates global talent pools<br>  - Coordinates and purchases third party research and directories<br><br>• Two utilities<br>  - One based in MTV, other in EMEA<br>  - Utilities to be aligned with Verticals<br><br>• Maintain distributed models for "Contact & Cultivate", excluding diversity<br><br>• Centralize ownership of Eng, Ops and PSGA employee referrals<br>  - Create formal service level agreement to establish appropriate response times | • No strategy or accountability around sourcing tools<br><br>• Lack "One Google" perspective<br><br>• Limited sharing of candidates across the organization<br><br>• Duplicate search efforts for candidates with similar profiles and competencies<br><br>• Sub-optimize efforts around third party research<br><br>• Inconsistent treatment and limited coordination around conference/ event leads<br><br>• Inconsistent treatment of diversity-sourced candidates<br><br>• High variability in EE referral process and response times |

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024177

28

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (II)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Organizational Structure | • Expand Resume Screening function to include Ops and PSGA<br>  - Create international resume screening capability in EMEA | • Lack of calibration between Sourcers, Resume Screeners and Recruiters |
| Training | • Establish formal Sourcer education series<br>  - New hire orientation<br>  - Refresher training for existing team members<br><br>• Training to include:<br>  - Business/product overviews<br>  - Overviews of office locations and specialties<br>  - Profiles of ideal candidates and key competencies<br>  - Resume screening skills<br>  - Overview of sourcing tools | • Limited sharing of candidates across the organization<br><br>• High variability in quality of passively sourced candidates |
| Process Improvement | • Within newly constructed centralized team, align "Look & Find" resources by vertical to ensure appropriate connectivity with business<br>  - Prior to posting req, conduct 3-way meetings between Sourcer, Candidate Developer, Recruiter and Hiring Manager<br><br>• Create weekly "hot candidate" lists for candidates fitting overall Google profile but rejected for specific area | • High variability in quality of passively sourced candidates<br><br>• Limited sharing of candidates across the organization |

29

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (III)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Process Improvement | • Establish specific job profiles with pre-defined competencies for all position families within Google | • High variability in quality of passively sourced candidates |
| | • Establish governance model around sourcing tools with broad representation<br>  - Develop evaluation criteria<br>  - Evaluate current tools<br>  - Rationalize current suite of tools<br>  - Establish on-going governance process | • No strategy or accountability around sourcing tools |
| | • Tap into additional sources of talent in order to cast a wider net and increase quality of pipeline, e.g.,<br>  - Develop University Alumni program<br>  - Cast wider net beyond target schools | • High variability in quality of passively sourced candidates |
| Metrics and Measurement | • Develop and implement metrics to monitor usage and track effectiveness (ROI) of sourcing tools | • No strategy or accountability around sourcing tools |
| | • Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates | • Limited sharing of candidates across the organization |
| Technology | • Build out systemic lead management functionality integrated with ATS<br>  - Currently in development | • Poor lead tracking and follow-up |

30

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (IV)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Technology | • Develop system-based capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers | • Limited sharing of candidates across the organization |
| | • Enhance data mining capabilities within ATS<br>– More searchable database will enable more efficient sourcing of candidates with higher potential of being Google fit, e.g.,<br>  • Former decline, Reject from Eng who is appropriate for PM | • Limited sharing of candidates across the organization |

31

CONFIDENTIAL ATTORNEYS EYES ONLY

# Next Steps

| | Estimated Timing |
|---|---|
| • Complete outstanding data analysis | July 31 |
| • Refine organizational and process recommendations | July 31 |
|   - More clearly articulate roles and responsibilities | |
|   - Flesh out process flows | |
| • Develop implementation and communication strategy | Aug 9 |
| • Continue moving forward with key tactical initiatives that will help move the needle in the short-term | |
|   - Work with key Staffing stakeholders to develop and roll out Sourcer training by Sept | Mid-Sept |
|   - Rationalize current suite of sourcing tools and develop governance model for tool evaluation go-forward | Mid-Aug |
|   - Develop pilot university alumni program | Mid-Sept |

Google

32

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY

**APPENDIX**

CONFIDENTIAL ATTORNEYS EYES ONLY
GOOG-HIGH TECH-00024182



CONFIDENTIAL ATTORNEYS EYES ONLY