# EXHIBIT 87 TO
# HARVEY DECLARATION
# REDACTED VERSION
# (Part 2 of 2)



Google 35

Enables Recruiters to focus limited bandwidth on only those candidates with the highest probability of being hired
- Similar model used in On-line Sales and Product Marketing

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY

# Five Key Staffing Roles
## Scope of Responsibilities Varies Depending on Vertical

### Scope of Responsibilities

**Sourcer**
- Mine key data sources for potentially qualified passive candidates
- Convert leads to applicants
- Identify potentially qualified passive candidates and encourage them to attend Google events/conferences *(Diversity only)*
- Pre-screen and qualify leads for specific technical skills *(specific Vertical/s only)*
- Help shepherd diversity candidates through the application process *(Diversity only)*

**Candidate Developer**
*(Diversity only)*
- Cold-call identified candidates passed from Diversity sourcers to "sell" them Google and encourage them to apply on-line
- Help shepherd diversity candidates through the application process

**Resume Screener**
- Pre-screen Eng-Ops on-line applications and employee referrals to pre-qualify candidates prior to forwarding on to Recruiter

**Recruiting Coordinator**
- Schedule phone-screen and on-site interviews
- Manage administrative end of candidate recruiting process

**Recruiter**
- Screen resumes in active queues *(PSGA only)*
- Gather interview feedback
- Prepare hiring committee and offer review packages
- Act as primary liaison with candidate

**Role**

No real consistency on how various roles are used
- In some areas, multiple roles are collapsed into single functions

Google
36

CONFIDENTIAL ATTORNEYS EYES ONLY

# Similar Distribution Exists by Industry Vertical

Google

37

-Privileged and Confidential-

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024186

# Interview Program Included Key Stakeholders

Over 35 Sourcers, Recruiters, and Staffing Program Managers Interviewed to Date



*-Privileged and Confidential-*

Note: *Italics* indicate interview scheduled but not yet completed

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024187

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(I)

Organization

| Organization | | | |
|---|---|---|---|
| **Issue/Challenge** | **Impact** | | **Potential Resolution** |
| Large contingent workforce | • Difficult to attract best recruiting talent who have full-time opportunities<br><br>• High degree of churn creates instability within workforce<br>- Loss of institutional knowledge<br><br>• 3-month learning curve coupled with 12-month contract<br>- Releasing talent just as Recruiters/Sourcers become productive<br><br>• Can foster competitive dynamics<br>- Focus is on getting converted | → | • Shift Recruiting and Sourcer team mix towards more full-time resources |
| Lack of transparency in Contractor conversion process | • Lowers morale among recruiting and sourcing staff<br>- Decision feels out of their control | → | • Define clear, explicit selection criteria<br>- Ensure they are understood by all staff |
| Recruiters/Sourcers work in vertical silos | • Lack visibility into what fellow team members are working on<br>- Unable to effectively share qualified candidates<br>- Qualified candidates can languish in incorrect queues<br><br>• Limited understanding of functions outside immediate area and how roles relate to each other<br><br>• Poor communication between groups | → | • Implement mechanisms to actively and regularly connect Sourcers/Recruiters across the organization<br><br>• Reinstate centralized training sessions<br><br>• Create on-line resource to provide visibility into searches of other Sourcers/Recruiters |

39

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(II)

Organization

| Issue/Challenge | Impact | | Potential Resolution |
|---|---|---|---|
| Weak linkages between Sourcers and Recruiters and Hiring Managers | • With some exceptions, general distrust of quality of candidates forwarded from Sourcers<br><br>• Sourcers lack sufficient understanding of requirements of specific roles<br>- Difficult to appropriately identify qualified candidates | ⟶ | • Where possible, co-locate Sourcers with their recruiting team and specific client groups<br>- Work in small teams<br><br>• Conduct 3-way discussions upfront between Sourcer, Recruiter and Hiring Manager<br>- Establish specific position profiles with defined competencies<br>- Communicate desired candidate profile need to discuss upfront together |
| Wide variation in abilities among Recruiters | • Inability of some Recruiters to effectively manage full lifecycle, including sourcing<br>- Unable able to carry "fair share" of burden for growth targets | ⟶ | • Use more consistency in Recruiter profile hired into Google<br>- Ensure full suite of Recruiting skills<br><br>• Expand sourcing skills of existing recruiters |
| Too resource-constrained to adequately manage pace of growth | • Latency in early stages of recruiting process<br>- Applicants can languish in long queues<br><br>• High risk of burn out or diminishing returns | ⟶ | • Thoughtfully add Staffing resources where they are most needed<br><br>• Consider expanding roles of more junior staff to alleviate administrative burden of recruiters |

Organization

*-Privileged and Confidential-*

Google

40

GOOG-HIGH TECH-00024189

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(III)

## Process

| | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| **Process** | Lack coherent strategy and accountability around various sourcing tools, e.g.,<br>• Job boards, resume databases, events, conferences, agencies etc. | • Lack systemic way to track ROI of various tools employed<br>  - Risk over-investing in certain tools and under-investing in others<br>  - Unable to accurately track cost/hire | • Evaluate each tool individually<br>• Implement metrics to monitor usage and track effectiveness<br>• Assign accountability for sourcing tool investments |
| | Lack robust, systemic lead management capability | • No formalized way to capture, track and follow-up on leads<br>  - Data scattered among multiple mediums (ATS, Excel spreadsheets, Salesforce.com)<br>  - Problematic when Sourcer/Recruiter contract expires | • Assign Staffing ownership for allocation of PSGA employee referrals<br>• Build out lead management functionality |
| | No formalized, coordinated way to share candidates across functions<br>  - Compounded by lack of visibility into what other team members work on | • Sub-optimize staffing processes<br>  - No incentive to change behavior<br>  - Concern more for good of the vertical function vs. the enterprise<br>• Lose qualified candidates rejected for one area but appropriate for another | • Implement mechanisms to regularly connect Sourcers/Recruiters across the organization<br>• Modify productivity metrics to provide "credit" for sharing candidates<br>• Consider creating clearinghouse function |



41

*-Privileged and Confidential-*

GOOG-HIGH TECH-00024190

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(IV)

Process

| | Issue/Challenge | Impact | | Potential Resolution |
|---|---|---|---|---|
| Process | Limited business knowledge transferred to recruiting staff <br> • No formal training beyond Staffing systems training | • Steepens learning curve for Recruiters and Sourcers <br> - Not as effective initially as could be | | • Leverage education series recently launched in Paris, e.g., <br> - Provides business overviews, ideal candidate profiles, etc. <br> • Create resource for Staffing members to look up roles of others |
| | Significant administrative requirements for Recruiters <br> • Particularly internationally | • Limits time available for sourcing for Recruiters needing to supplement their own queues | | • Where possible, move more administrative responsibilities to Recruiting Coordinators, e.g., <br> - Printing and creation of offer packets <br> - New hire set up <br> • Add Coordinator role in EMEA |
| | Ownership of event attendee lists | • Competition for names results in lack of coordination around candidates qualified for multiple profiles <br> - Lose viable candidate <br> • No resource to follow up on non-diversity leads | | • Designate central owner in Staffing or Staffing Programs not aligned with a specific vertical |
| | No coordinated way to request and capture research data | • Individual efforts initiated within various Verticals <br> - More expensive than if launched a coordinated effort | | • Designate central research owner in Staffing responsible for purchasing research |



42

-Privileged and Confidential-

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(IV)

Process

| | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| **Process** | Employee Referral Program challenges | • SLAs not being met with applicants sitting in Recruiter queues<br>  - Risk losing candidates with highest probability of passing Google bar<br><br>• Lack active owner for PSGA Employee Referral program<br>  - No way to actively enforce SLA because responsibility not centralized | • Assign Staffing ownership for allocation of PSGA employee referrals |
| | Lack of pre-defined job profiles<br>• Particularly on EngOps side | • Makes sourcing for right candidate more challenging<br>  - No clear guidelines | • Define key competencies for each job profile<br><br>• Re-write job descriptions to ensure understanding by external candidates |

Google

43

-Privileged and Confidential-

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(V)

## Talent Pool

| Talent Pool | Issue/Challenge | Impact | | Potential Resolution |
|---|---|---|---|---|
| | No current methodology to map out global talent pools | • No central database or library to enable lead and competitive data to be indexed and retrieved across the organization<br><br>• Inability to be strategic about identifying and attracting high quality talent<br> - Sub-optimize leverage of costly Staffing resources | ⇨ | • Design and implement process to gather and organize leads and competitive data<br><br>• Develop talent pool mapping strategy and competitive intelligence capability |
| | Small, qualified talent pools for certain areas, e.g,<br>• SRE<br>• Diversity | • Women and minorities continue to be under-represented within specific technical functions and internationally | ⇨ | • Tap into additional sources of talent in order to cast a wider net and increase potential pipeline, e.g.,<br> - Consider University Alumni program<br> - Forge partnerships with diversity alumni groups |
| | Overall recruiting environment becoming more challenging | • Active pipelines appear to be shrinking<br> - Passive sourcing likely to become increasingly more important<br><br>• Current sources becoming even less effective in yielding qualified candidates | ⇨ | • Develop comprehensive sourcing strategy<br> - Include scenario analysis for different market environments |
| | Strict application of hiring bar | • Some pools of talent not at target Tier 1,2 and 3 schools<br> - Particularly true for diversity and international PSGA candidates | ⇨ | • Cast wider net beyond target schools, e.g.,<br> - Consortium schools |



44

-Privileged and Confidential-

GOOG-HIGH TECH-00024193

# ...While Others Challenges are Unique



**Diversity**



**International**

- Diversity team-sourced candidates auto-rejecting in resume screen
  - May have slightly different background than typical Google candidate
  - Diversity team having to implement manual work arounds to "revive" candidates and actively engage recruiters
- Latency in recruiting process costing Google to lose talented diversity candidates
  - Diversity team-sourced candidates getting lost in enormous queues as there is currently no way to flag applicants
    - Unable to segregate and work within specific SLAs (similar to EE Referrals)
  - Due to smaller population, latency in process disproportionately negatively impacts diverse applicants than general population
  - Diversity team must individually follow up with lead recruiters as stop-gap
- Lack of clear leadership within Diversity team
  - Separation between Candidate Developers and Program Sourcers somewhat artificial
  - Image issues within broader Staffing team

- No sourcing capability resident in EMEA
  - Without global sourcing function may not be tapping into all valuable talent pools
- Mountain View-based international allocated resources not effective or tenable
  - EMEA-based staff never been informed of who specific resources in Mountain View are
  - Time zone differences constrain ability to contact candidates
  - Don't adequately understand focus of individual EMEA recruiters and therefore queue candidates incorrectly
- Overly reliant on costly agencies for pipeline creation
  - Accounts for ~33% of all hires
- High hiring bar coupled with the need to recruit for multiple languages creates increasingly challenging environment (support 25 languages)
- Best recruiting talent difficult to convert in EMEA
  - Tend not to have university degrees and therefore fail to meet standard Google bar

*-Privileged and Confidential-*

Google

45

# Slide Notes

**Header:**

Enter Title of Presentation Here

**Footer:**

Google Confidential

**Slide 1:**

Enter Title of Presentation Here

Google Confidential

**Slide 2:**

Enter Title of Presentation Here

Google Confidential

**Slide 3:**

Enter Title of Presentation Here

Google Confidential

**Slide 4:**

Enter Title of Presentation Here

Google Confidential

**Slide 5:**

Enter Title of Presentation Here

# Slide Notes

Google Confidential

**Slide 6:**

Enter Title of Presentation Here

Google Confidential

**Slide 7:**

Enter Title of Presentation Here

Google Confidential

**Slide 8:**

Enter Title of Presentation Here

Google Confidential

**Slide 9:**

Enter Title of Presentation Here

Google Confidential

**Slide 10:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024196

# Slide Notes

**Slide 11:**

Enter Title of Presentation Here

Google Confidential

**Slide 12:**

Enter Title of Presentation Here

Google Confidential

**Slide 13:**

Enter Title of Presentation Here

Google Confidential

**Slide 14:**

Enter Title of Presentation Here

Google Confidential

**Slide 15:**

Enter Title of Presentation Here

Google Confidential

**Slide 16:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00024197

# Slide Notes

**Slide 17:**

Enter Title of Presentation Here

Google Confidential

**Slide 18:**

Enter Title of Presentation Here

Google Confidential

**Slide 19:**

Enter Title of Presentation Here

Google Confidential

**Slide 20:**

Enter Title of Presentation Here

Google Confidential

**Slide 21:**

Enter Title of Presentation Here

Google Confidential

**Slide 22:**

# Slide Notes

Enter Title of Presentation Here

Google Confidential

**Slide 23:**

Enter Title of Presentation Here

Google Confidential

**Slide 24:**

Enter Title of Presentation Here

Google Confidential

**Slide 25:**

Enter Title of Presentation Here

Google Confidential

**Slide 26:**

Enter Title of Presentation Here

Google Confidential

**Slide 27:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00024199

# Slide Notes

**Slide 28:**

Enter Title of Presentation Here

Google Confidential

**Slide 29:**

Enter Title of Presentation Here

Google Confidential

**Slide 30:**

Enter Title of Presentation Here

Google Confidential

**Slide 31:**

Enter Title of Presentation Here

Google Confidential

**Slide 32:**

Enter Title of Presentation Here

Google Confidential

**Slide 33:**

Enter Title of Presentation Here

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024200

# Slide Notes

Google Confidential

**Slide 34:**

Enter Title of Presentation Here

Google Confidential

**Slide 35:**

Enter Title of Presentation Here

Google Confidential

**Slide 36:**

Enter Title of Presentation Here

Google Confidential

**Slide 37:**

Enter Title of Presentation Here

Google Confidential

**Slide 38:**

Enter Title of Presentation Here

Google Confidential

                GOOG-HIGH TECH-00024201

# Slide Notes

**Slide 39:**

Enter Title of Presentation Here

Google Confidential

**Slide 40:**

Enter Title of Presentation Here

Google Confidential

**Slide 41:**

Enter Title of Presentation Here

Google Confidential

**Slide 42:**

Enter Title of Presentation Here

Google Confidential

**Slide 43:**

Enter Title of Presentation Here

Google Confidential

**Slide 44:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024202

# Slide Notes

**Slide 45:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024203





Google

Collaborative Sourcing Model

Engineering Leads Meeting

April 3, 2007

*DRAFT*

CONFIDENTIAL ATTORNEYS EYES ONLY



# Objectives of Today's Discussion

- Recap collaborative sourcing approach
  - Review rationale, team structure and roles, and expected benefits
  - Brief overview of job profiles
  - Proposed process approach

- Solicit feedback on proposed rules of engagement

- Discuss proposed productivity targets

- Share results-to-date

*-Privileged and Confidential-*

# Collaborative Sourcing Model Grounded in Belief that Many Talent Profiles Are Shared Across Verticals

Overview of Collaborative Sourcing Team



**Team Structure**

**Responsibilities/ Role**

**Expected Benefits**

We are proactively taking steps to bring team up the learning curve and ensure calibration with expectations of Verticals
- Hosted 1:1 discussions with Technical Lead Recruiters/Sourcers to better understand hiring needs, specific hiring bars and nuances of particular job requisitions
- Participate in weekly Gen Eng resume reviews
- Plans to attend various hiring committees

3

GOOG-HIGH TECH-00024206

# Collaborative Sourcing Team Will Be Organized Around Twelve Defined Shared Profiles (I)

| | 1 Program Mgmt | 2 Analyst | 3 Client Svcs/ Customer Support | 4 Sales | 5 Marketing | 6 Strategy Development |
|---|---|---|---|---|---|---|
| **Technical** | • Systems Project Manager<br>• Proj Manager - Network Ops<br>• Technical Engineering Project Manager<br>• Engineering Project Manager<br>• Global Deployment Project Manager<br>• Integration Program Manager (Search Svcs)<br>• Engineering Program Manager | • Data Analyst - Tech Ops<br>• Global Infrastructure Research Analyst<br>• Supply Chain Cost Analyst (Platforms) | • Front-end Enterprise Technical Support Engineer<br>• PSO Sales Engineer<br>• OSO Technical Solutions Specialist<br>• Ad Operations Specialist (Technical Support)<br>• API Support Engineer (OSO) | • Enterprise Sales Engineer<br>• Enterprise On-line Technical Sales Rep<br>• Technical Account Managers<br>• Sales Engineer - Technical Operations<br>• Customer Solutions Engineer (Ad Sales) | — | • Technology Program Manager (PSO)<br>• Product Manager |
| **Non-Technical** | • Staffing Program Associate/Manager<br>• Program Manager – Staffing Systems<br>• Acquisition Integration Manager | • Staffing Analyst<br>• Technical Sales Analyst (OSO)<br>• Customer Analytics Associate (Product Mktg)<br>• Business Analyst (Sales/Finance)<br>• Business Risk Analyst<br>• Financial Analyst<br>• HRIS Analyst<br>• Marketing Analyst<br>• Business Analyst - Compensation<br>• Decision Support Analyst (Marketing)<br>• Account Strategist<br>• Sr. Sales Operations Specialist (NASO) | • On-line Product Support Coordinator<br>• On-line Operations Coordinator<br>• On-line Sales Support<br>• Google Checkout Strategic Partner Coordinator | • Google Business Solutions<br>• Account Manager - Ad sales<br>• Inside Sales Rep (Enterprise)<br>• Enterprise Sales Manager<br>• Strategic Partnership Development Manager | • Industry Marketing Manager<br>• Country Marketing Manager<br>• Product Marketing Manager | • Business Operations Associate/Project Manager<br>• Business Development Associate/Manager<br>• Strategic Partnership Developers<br>• Product Marketing Manager - Enterprise Field Marketing<br>• Corporate Development Manager/Principal<br>• Senior Business Analyst (OSO) |

CONFIDENTIAL ATTORNEYS EYES ONLY

# Collaborative Sourcing Team Will Be Organized Around Twelve Defined Shared Profiles (II)

| | 7 Software Engineer | 8 User Experience/ Researcher | 9 Systems Stability/Security | 10 Core Infrastructure | 11 Team Managers | 12 Supply Chain |
|---|---|---|---|---|---|---|
| **Technical** | • SWEs<br>• SWEs Test<br>• SW Quality Assurance Engineer<br>• UI Engineer<br>• Systems Software Engineer (Platforms)<br>• Associate Product Manager/Product Manager<br>• Software Engineer – Kernel (Platforms)<br>• Technical Solutions Engineer (PSO)<br>• Site Reliability Engineer<br>• Back-end Technical Support Engineer (Enterprise)<br>• Web Application Engineer (Internal Applications)<br>• Web Application Engineer (Enterprise)<br>• Web Application Engineer (PSO)<br>• Web Application Engineer (Ad Sales)<br>• Web Developer (UX) | • User Interface Designer<br>• UI Design Lead<br>• User Experience Researcher<br>• Visual Designer<br>• Interaction Designer | • System Administrators (Windows, Macs, Linux)<br>• Systems Security Engineer<br>• Information Security Engineer<br>• Technical Solutions Engineer – Partner<br>• Reliability Engineer (PSO)<br>• Site Reliability Engineer | • Hardware Engineer<br>• Hardware System Engineer<br>• Hardware Testing Engineer<br>• Networking Hardware Engineer<br>• System Infrastructure Engineer<br>• Site Reliability Engineer | • Technical Lead Manager<br>• Engineering Director<br>• Hardware Operations Manager<br>• Network Operations Manager | – |
| **Non-Technical** | – | – | – | – | • On-line Operations Manager<br>• Staffing Manager<br>• Team Manager - NASO | • Supply Chain Project Manager (Platforms)<br>• Manufacturing Project Manager<br>• Supply Chain Program Manager (Google.com Eng)<br>• Book Search Production Specialist |

Will source against only ten of the profiles since our hiring needs are not great enough around the other two to warrant centralized sourcing resources

Google 5

GOOG-HIGH TECH-00024208



# Although We Initially Planned to Leverage a "Pull" Strategy to Align Leads With Business Verticals…

ILLUSTRATIVE

*Embedded Sourcers/CES*

- PSO
- Enterprise
- Gen Eng
- OSO
- …etc

*Grab Bag*

- Analyst
- Technical Sales
- Program Management
- Customer Support
- SWE

*Collaborative Sourcing Team*

- Sourcers A & B
- Sourcers C, D & E
- Sourcers F & G
- Sourcers H, I & J
- …etc

Pull strategy requires embedded resources to actively leverage grab bag as an additional candidate source

Note: There could be multiple levels within a profile

Google
6

CONFIDENTIAL ATTORNEYS EYES ONLY



...We Have Decided to Accelerate a Transition to a "Push" Strategy to Optimize Efficiency

ILLUSTRATIVE

Embedded Sourcers/CES

PSO
Enterprise
Gen Eng
OSO
...etc

Profiles

Analyst
Technical Sales
Program Management
Customer Support
SWE

Collaborative Sourcing Team

Sourcers A & B
Sourcers C, D & E
Sourcers F & G
Sourcers H, I & J
...etc

Note: There could be multiple levels within a profile

Privileged and Confidential

Google 7

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Rules of Engagement

Google[8]

**Sourcing**

**Clearinghouse**

-*Privileged and Confidential-*

GOOG-HIGH TECH-00024211

# Will Establish Clear Targets To Ensure Appropriate Pipeline Generation



Proposed Minimum Per Month Targets[1]

- Generated Leads — 100-150
- Resumes in ATS/Applicants[2] — 50-75
- Phone Screens[3] — 25-35
- On-site interviews[3] — 5-8
- Offer Extends[3] — 1-2

Note: Targets are per Sourcer
(1) Assumes full productivity reached after 3 months
(2) Assumes a 40-50% fall out rate of generated leads to contacts and an additional 40-50% from contacts to qualified applicant
(3) Assumes similar productivity levels to top quartile Gen Eng sourcers

Google

CONFIDENTIAL ATTORNEYS EYES ONLY



# Results-To-Date

Note: Reflects combined results for team of two Sourcers
(1) Reflects offer extends to one Zurich-SWE hire and two non-eng hires
(2) Includes Boston, Chicago, Pittsburgh and Dallas
(3) Includes UX, Product Management, Business Development

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Header:**

Enter Title of Presentation Here

**Footer:**

Google Confidential

**Slide 1:**

Enter Title of Presentation Here

Google Confidential

**Slide 2:**

Enter Title of Presentation Here

Google Confidential

**Slide 3:**

Enter Title of Presentation Here

Google Confidential

**Slide 4:**

Enter Title of Presentation Here

Google Confidential

**Slide 5:**

Enter Title of Presentation Here

GOOG-HIGH TECH-00024214

# Slide Notes

Google Confidential

**Slide 6:**

Enter Title of Presentation Here

Google Confidential

Allows time for calibration

**Slide 7:**

Enter Title of Presentation Here

Google Confidential

**Slide 8:**

Enter Title of Presentation Here

Google Confidential

**Slide 9:**

Enter Title of Presentation Here

Google Confidential

**Slide 10:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00024215

# Slide Notes

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024216



CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Header:**

Enter Title of Presentation Here

**Footer:**

Google Confidential

**Slide 1:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY