# EXHIBIT 142 TO HARVEY DECLARATION REDACTED VERSION

# EXHIBIT 142

# FILED UNDER SEAL