# EXHIBIT 143 TO HARVEY DECLARATION REDACTED VERSION

# EXHIBIT 143

# FILED UNDER SEAL