# EXHIBIT 145 TO
# HARVEY DECLARATION
# REDACTED VERSION

# EXHIBIT 145

# FILED UNDER SEAL