# EXHIBIT 146 TO
# HARVEY DECLARATION
# REDACTED VERSION

# EXHIBIT 146

# FILED UNDER SEAL