# EXHIBIT 2084

# REDACTED PUBLIC VERSION

DEPOSITION EXHIBIT 2084 Condiotti 3/20/13
PENGAD 800-631-6989

**From:** Michelle Maupin
**Sent:** Friday, October 12, 2007 8:13 PM
**To:** Jan van der Voort; Steve Condiotti
**Subject:** [redacted] - Salary Increase
**Attachments:** LECL IT - IT Project Manager - [redacted] 10.07.xls

Jan and Steve,

I know you both have received information on a request for a salary increase [redacted].

Please let me know if you approve or if you have any questions.

Thanks, Michelle

-----Original Message-----
From: Vanessa Hall
Sent: Thursday, October 11, 2007 9:50 AM
To: Michelle Maupin
Cc: Jan van der Voort; Lori Gianino
Subject: FW: HR

Hi Michelle,

With Steve C's approval, Lori would like to pursue an out-of-cycle equity adjustment for [redacted]!

Can you guide me/us on what we need to do from here?

Thanks in advance for your help,

V.

-----Original Message-----
From: Lori Gianino
Sent: Wednesday, October 10, 2007 7:26 PM
To: Vanessa Hall
Subject: FW: HR

Looks like we are good to go on [redacted] The other one is just a new hire, I'll work with Rick on that.

[redacted]

Let me know what I need to do.
And thank you!

Lori

-----Original Message-----
From: Steve Condiotti
Sent: Wednesday, October 10, 2007 3:54 PM
To: Lori Gianino
Subject: Re: HR

Yes I am fine with both, you need to work with Vanassa on this.

Steve
--------------------------
Sent from my BlackBerry Wireless Device

-----Original Message-----
From: Lori Gianino
To: Steve Condiotti
Sent: Wed Oct 10 15:26:32 2007
Subject: HR

Hi Steve -
I hate to bother you on your trip, but if you happened to be checking mail, a few quick things:

1. We found a potential support to Java hire. He has some good experience - not enough to hire as a full blown developer, but enough that we'd want to offer him a little more than the level one salary. [redacted]

2. [redacted]

Thanks Steve -
We can talk more when you get back, but I wanted to at least see if you were comfortable with me getting these balls rolling.

We miss you!
Lori

&[FILE]

2084.3

&[FILE]

2084.4

Lucasfilm Ltd. Confidential &[DATE] Page 2

Confidential - Attorney's Eyes Only LUCAS00218271