# EXHIBIT 2088

# REDACTED PUBLIC VERSION

**DEPOSITION EXHIBIT**
2088
Condiotti 3/20/13

| | |
|---|---|
| **From:** | Blaire Chaput |
| **Sent:** | Tuesday, August 14, 2007 12:43 AM |
| **To:** | Steve Condiotti |
| **Subject:** | FW: Counter offer to ▮ |

One thought has popped up – is there a possibility to offer ▮ counter along <u>with</u> a spot bonus of some sorts ▮. I ran this by Jim and he is fine with it but obviously wanted me to get your thoughts.

I know you're on vacation but am hoping you're checking email. ▮ ▮ is trying to eek out one more day.

Let me know – thanks.

---

**From:** Steve Condiotti
**Sent:** Friday, August 10, 2007 12:06 PM
**To:** Melissa Galicia
**Cc:** Jim Ward; Blaire Chaput; Jan van der Voort
**Subject:** RE: Counter offer to ▮

**Hi Melissa,**

[redacted]

1

**Melissa,** █████████████████████████████████████
████████████████████████████████████████████████

**We can talk more this afternoon,**

**Steve**

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

---

**From:** Melissa Galicia
**Sent:** Thursday, August 09, 2007 4:18 PM
**To:** Steve Condiotti
**Cc:** Jim Ward; Blaire Chaput
**Subject:** Counter offer to ████

Hi Steve,

Blaire forwarded me your counter offer of ████████████████████
████████████████████████████████████████████████

The first analysis I prepared tries to show that each time we have gone out on the current market to replace someone we have had to pay much more than the prior employee was making. The second analysis I prepared shows the salaries within the department and where ████ falls in relation to other positions. ████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

I would be happy to discuss further at your convenience or answer any additional questions you may have.

Thank you,
Melissa

2

Confidential                                                                 2088.2          LUCAS00218300