# EXHIBIT 2092

# REDACTED PUBLIC VERSION

**From:** Steve Condiotti
**Sent:** Wednesday, March 16, 2011 11:24 PM
**To:** Michelle Maupin; Jan van der Voort
**Cc:** Vanessa Hall; Amber Remaley
**Subject:** RE: Comp Request - Counter Offer for ███

Ok

Steve

---

**From:** Michelle Maupin
**Sent:** Wednesday, March 16, 2011 3:00 PM
**To:** Jan van der Voort; Steve Condiotti
**Cc:** Vanessa Hall; Amber Remaley
**Subject:** Comp Request - Counter Offer for ███
**Importance:** High

Hello,

We have a request for a counter offer to be approved for ███████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████

I have attached a comp sheet and it is pasted in the email below.

Please let me know if you have any questions or need additional information.

Thanks, Michelle



Confidential - Attorney's Eyes Only          2092.1          LUCAS00217253

<a>



Confidential - Attorney's Eyes Only  2092.2  LUCAS00217254
</a>