# EXHIBIT 2094

# REDACTED PUBLIC VERSION

| From: | Michelle Maupin |
|---|---|
| Sent: | Friday, September 14, 2007 11:56 PM |
| To: | Jan van der Voort; Steve Condiotti |
| Subject: | Salary Review - ▮▮▮▮ |

Hello,





LECL IT - Internet
Developer 8...

Let me know what your thoughts.  The comp sheet is attached.

Michelle Maupin
Compensation Manager
Lucasfilm Entertainment Company, Ltd.
415-746-5254



Confidential - Attorney's Eyes Only                    2094.1              LUCAS00218283



&[FILE]

2094.2

Lucasfilm Ltd. Confidential     &[DATE]     Page 1

Confidential - Attorney's Eyes Only     LUCAS00218284

&[FILE]



Lucasfilm Ltd. Confidential     &[DATE]     Page 2

Confidential - Attorney's Eyes Only     LUCAS00218285