# EXHIBIT 2096

# REDACTED PUBLIC VERSION

**From:** Michelle Maupin
**Sent:** Friday, June 18, 2010 3:45 AM
**To:** Jan van der Voort
**Cc:** Steve Condiotti; Della Berger; Amber Remaley
**Subject:** Comp Request - Engineering ███ ██ ███ Offer

Hi Jan,

We have a candidate for the Engineering Manager position. ████████████ is the candidate.  Her most recent job was

████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████ (not

including the cost of the Dir, R&D Dev impact).  Steve approved the offer from both his R&D role and his CC role.

I have attached both the comp sheet and her resume and the comp sheet is pasted in below.

Please let me know if you approve the offer.  If you have any questions or need further info, just let me know.

Thanks, Michelle



DEPOSITION
EXHIBIT
2096
Condiotti 3/20/13
PENGAD 800-631-6989

2096.1



2096.2

Confidential - Attorney's Eyes Only

LUCAS00217125

&[FILE]



2096.3

**Lucasfilm Ltd. Confidential**

&[DATE]

Confidential - Attorney's Eyes Only

LUCAS00217126

&[FILE]





Confidential - Attorney's Eyes Only    LUCAS00217127



2045.5

Confidential - Attorney's Eyes Only

LUCAS00217128

2076.6

&[FILE]



&[DATE]

Lucasfilm Ltd. Confidential

Page 1

Confidential - Attorney's Eyes Only

LUCAS00217129

&[FILE]



Lucasfilm Ltd. Confidential

&[DATE]

Confidential - Attorney's Eyes Only

LUCAS00217130



2096.9

Confidential - Attorney's Eyes Only

LUCAS00217131