# EXHIBIT 2100

# REDACTED PUBLIC VERSION

**From:** Steve Condiotti
**Sent:** Wednesday, January 03, 2007 6:32 PM
**To:** Steve Sullivan
**Cc:** Michelle Maupin
**Subject:** RE: ▓▓▓▓ offer?

Steve

By copy of this I will ask Michael to look at the R&D rates.

Steve

---

**From:** Steve Sullivan
**Sent:** Sunday, December 24, 2006 3:55 PM
**To:** Steve Condiotti
**Subject:** RE: ▓▓▓▓ offer?

Any ideas? We're consistently below market rate, especially for a few years experience. We can usually reel 'em in when the gap's ▓▓ or less, but not uncommon for us to be ▓▓▓▓ under.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Given the incredible recruting (and retention) pressure this year, I think we gotta revisit our rates using real rate data accumulated from recent recruiting. Not just our offers, but internal equity/ranking, and comp across departments/divisions for similar jobs (e.g. ILM vs LEC engineers). We don't have to beat or even match market rate, just gotta stay close.

later,
steve

---

From: Steve Sullivan
Sent: Sat 12/23/2006 3:42 PM
To: Rob Levine
Subject: RE: ▓▓▓▓ offer?

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thanks
steve

---

From: Rob Levine
Sent: Sat 12/23/2006 1:12 PM
To: Steve Sullivan
Subject: RE: ▓▓▓▓ ...offer?

Steve,

DEPOSITION EXHIBIT 2100
Condiotti 3/20/13

Confidential - Attorney's Eyes Only          2100.1          LUCAS00217547

[REDACTED]

:)

Rob
[REDACTED]

---

From: Steve Sullivan
Sent: Thursday, December 21, 2006 12:24 PM
To: Rob Levine
Cc: Cynthia Montgomery; Candace Harvey
Subject: RE: [REDACTED]...offer?

Yep, go for it. Given the strength of the references, our good impressions, and the difficulty finding strong core people, we may be able to go a little higher if needed.
Lemme know how it goes,
steve

P.S. Any word from [REDACTED]?

---

From: Rob Levine
Sent: Thursday, December 21, 2006 11:29 AM
To: Steve Sullivan
Cc: Cynthia Montgomery; Candace Harvey
Subject: RE: [REDACTED]...offer?

OK, are you good with offering him the [REDACTED], immediate processing of his green card?

:)

Rob
[REDACTED]

---

From: Steve Sullivan
Sent: Monday, December 18, 2006 4:29 PM
To: Rob Levine
Cc: Candace Harvey
Subject: RE: [REDACTED]...

[REDACTED]

▬▬▬▬▬▬▬▬

Thanks
steve

--------------------------------------------------------------------------------

From: Rob Levine
Sent: Monday, December 18, 2006 2:39 PM
To: Steve Sullivan
Cc: Candace Harvey
Subject: ▬▬▬▬▬▬...

Steve,

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Once you've gathered feedback from the team, let me know how you'd like to proceed.

J

Rob
▬▬▬

11/30/2006 - rlevine: Thanks, Steve.

Kelly / Sherri,

I spoke with ▬▬▬ reviewed our interview format and he's expecting your follow-up to coordinate his interview.

--------------------------------------------------------------------------------

From: Steve Sullivan
Sent: Wednesday, November 29, 2006 9:03 PM
To: Rob Levine
Subject: RE: feedback re: ▬▬▬▬▬▬▬▬▬

Sorry, yeah, we'd like to bring him in for an onsite

▬▬▬
▬▬▬
▬▬▬▬▬▬▬▬▬
▬▬▬
▬▬▬▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬

--------------------------------------------------------------------------------

From: Candace Harvey
Sent: Wednesday, November 08, 2006 2:41 PM
To: Rob Levine; Steve Sullivan; Cynthia Montgomery

Confidential - Attorney's Eyes Only

2100.3   LUCAS00217549

Cc: Jennifer Suter
Subject: RE: Follow-up on our conversation.. ▓▓▓▓▓ - green card application status and question...

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11/8/2006 - rlevine: Candy,

Have we processed any green card applications prior to an employee's first year on the job?

Steve / Jennifer,

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Cynthia,

FYI.

From: Rob Levine
Sent: Wednesday, November 08, 2006 2:18 PM
To: ▓▓▓▓▓▓
Subject: RE: Follow-up on our conversation...

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Sent: Tuesday, November 07, 2006 8:33 PM
To: Rob Levine
Subject: Re: Follow-up on our conversation...

Thanks Rob.

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

11/7/2006 - rlevine: ▓▓▓▓

Confidential - Attorney's Eyes Only            2100.4            LUCAS00217550

▮▮▮▮▮▮▮▮▮▮

From: ▮▮▮▮▮▮▮▮▮▮
Sent: Tuesday, November 07, 2006 8:59 AM
To: Rob Levine
Subject: Re: Follow-up on our conversation...

Thanks Rob, that is good to hear.

11/6/2006 1:12:10 PM - rlevine: Forwarded resume...Steve,

▮▮▮▮▮▮▮▮▮▮

From: ▮▮▮▮▮▮▮▮▮▮
Sent: Monday, October 30, 2006 9:02 PM
To: Rob Levine
Subject: Re: Career opprotunities with ILM R&D...

Hi Rob,

▮▮▮▮▮▮▮▮▮▮

10/25/2006 - ▮▮▮▮▮▮▮▮▮▮

Email of LECL: Let's talk sent on 10/25/2006 by rlevine...Career opprotunities with ILM R&D...

10/25/2006 - rlevine: Might have some potential. I'll give him a call.

From: Amir Dramen

Confidential - Attorney's Eyes Only

2100.5    LUCAS00217551

Sent: Wednesday, October 25, 2006 2:47 PM
To: Rob Levine
Cc: Nathalie Lang
Subject: FW: ▮▮▮▮▮ / 3D grapics

Rob, see attached...

Nathalie, you haven't talked to ▮▮▮ right?

thanks,
amir

---

From: Nathalie Lang
Sent: Wednesday, October 25, 2006 2:21 PM
To: Amir Dramen
Subject: ▮▮▮▮▮ / 3D grapics
I think this candidate might be a better fit for R&D.

▮▮▮▮▮▮▮

:)

Rob
▮▮▮▮ ▮▮▮▮▮▮

Confidential - Attorney's Eyes Only

2100.6    LUCAS00217552