EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:   (650) 632-4700
Facsimile:    (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:   (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Defendants
PIXAR and LUCASFILM LTD.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No.: C 11-CV-2509-LHK<br><br>**DECLARATION OF JAMES M. KENNEDY SUBMITTED IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL FILED FEBRUARY 7, 2014** |

### DECLARATION OF JAMES M. KENNEDY

I, James M. Kennedy, declare as follows:

1. I am the Senior Vice President, Business Strategy and Chief Legal Counsel for Pixar, and I am an attorney licensed to practice law in the State of California.  The matters set forth herein are true and correct of my own personal knowledge and information provided to me.  If called as a witness, I could and would testify competently thereto.

2. I submit this declaration pursuant to Civil Local Rule 79-5 and this Court's Standing Order with respect to documents that the parties request be maintained under seal. *See* Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal, to be filed on February 21, 2014. Pixar requests that certain information designated as confidential by Pixar and lodged under seal be sealed pursuant to Civil Local Rule 79-5. In particular, Pixar requests that the Court maintain under seal portions of certain expert reports filed as Exhibits 3 (Stiroh Report), 4 (Leamer 10-1-12 Report), 5 (Leamer 12-10-12 Reply Report), 6 (Leamer 5-10-13 Supplemental Report), 7 (Hallock 5-10-13 Report), 8 (Leamer 7-12-13 Report), 10 (Hallock 10-28-13 Report), and 23 (Becker Report) to the Declaration of Dean M. Harvey ("Harvey Declaration") (Dkt. No. 607); portions of Exhibits 172, 177, 178, 179, 180, and 184 to the Harvey Declaration; portions of deposition transcripts attached as Exhibits XX, YY, ZZ, AAA, BBB, and CCC to the Declaration of Lisa J Cisneros ("Cisneros Declaration") (Dkt. No. 605); and portions of Exhibits 129, 134, 420, 421, 424, 947, 1304, 1306, 1307, 1308, 1309, and 2356 to the Cisneros Declaration, all of which were filed in connection with Plaintiffs' opposition briefs.

3. I have reviewed the expert reports attached as exhibits to the Harvey Declaration. Compelling reasons exist to file under seal:

- Portions of Lines 2 and 4 of paragraph 77 of Exhibit 3 to the Harvey Declaration (Stiroh Report);
- Figures 3 and 4 of Exhibit 4 to the Harvey Declaration (Leamer 10-1-12 Report);
- Figures 1, 6, 7, 8, and 9 of Exhibit 5 to the Harvey Declaration (Leamer 12-10-12 Reply Report);
- Figure 19 of Exhibit 6 to the Harvey Declaration (Leamer 5-10-13 Supplemental Report);
- Portions of paragraphs 100, 107, and 223 of Exhibit 7 to the Harvey Declaration (Hallock 5-10-13 Report);

DECLARATION OF JAMES M. KENNEDY SUBMITTED IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No.: C 11-CV-2509-LHK

2

1    - The compensation information on page 10 of Exhibit 8 to the Harvey Declaration
2      (Leamer 7-12-13 Rebuttal Supplemental Leamer Report);
3    - Portions of paragraphs 88, 95 and 216 of Exhibit 10 to the Harvey Declaration
4      (Hallock 10-28-13 Report); and
5    - Portions of lines 4 and 6 of paragraph 92 and of lines 5 and 6 of footnote 95 of
6      Exhibit 23 to the Harvey Declaration (Becker Report).

The information reflects highly confidential and competitively sensitive information regarding Pixar's compensation structure and strategies, benchmarking targets, cost structure, and specific salary levels for particular job titles. Disclosure would create substantial risk of serious competitive harm to Pixar because its competitors would gain detailed insight into Pixar's competitive and proprietary compensation practices and strategies, including specific salary levels for particular job titles. Pixar would be placed at a significant competitive disadvantage with respect to its compensation strategies and would therefore be prejudiced if the information were made available to the general public.

4.    I have also reviewed the Pixar deposition transcripts attached as Exhibits XX, YY, ZZ, AAA, BBB, and CCC to the Cisneros Declaration. Compelling reasons exist to file under seal portions of those documents:

- Page 66 (lines 17 and 18-19) and page 67 (lines 2-3) of Exhibit XX (Batali);
- Page 101 (lines 19-21), page 134 (line 21), page 137 (line 9), page 140 (lines 14-15), page 142 (line 25), page 201 (lines 3-page 143 (line 1), page 160 (lines 21-22), 163 (lines 9-18), page 209 (line 2) through page 210 (line 16), page 211 (lines 20-22), page 214 (line 25), page 218 (lines 2, 21) of Exhibit YY (Catmull);
- Page 28 (lines 2-9), page 32 (lines 2-8), page 59 (line 8), page 135 (line 22), page 136 (line 1, 23, 25), page 137 (line 2, 6, 17, 19), page 140 (line 8), and page 150 (lines 4, 8, and 15) of Exhibit ZZ (McAdams);
- Page 134 (line 2) of Exhibit AAA (Morris);
- Page 129 (lines 17 and 18) of Exhibit BBB (Zissimos);

DECLARATION OF JAMES M. KENNEDY SUBMITTED IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No.: C 11-CV-2509-LHK

3

1    • Page 88 (lines 20-25), page 89 (lines 9-16), page 105 (lines 8-9), page 106 (line
2        11) through page 107 (line 20), page 124 (line 20) through page 126 (line 6), and
3        page 187 (line 5) of Exhibit CCC (Sheehy).

4    Some of this information reflects highly confidential and competitively sensitive
5 information about Pixar's cost structure and compensation levels, including information related
6 to base salary determinations and specific salary increases and guidelines.  Disclosure of that
7 information would create a substantial risk of serious competitive harm to Pixar because its
8 competitors would gain detailed insight into Pixar's competitive and proprietary compensation
9 practices.  Pixar would be placed at a significant competitive disadvantage with respect to its
10 compensation strategies and would therefore be prejudiced if the information were made
11 available to the general public.  Other information in these exhibits reflects highly confidential
12 information about individuals' compensation, hiring, candidacy, or employment and
13 performance history.  The exhibits also contain confidential personal identifying information.
14 Disclosure could cause annoyance, embarrassment and/or substantial professional and personal
15 harm to those individuals.

16    5.    I have also reviewed Exhibits 172, 177, 178, 179, 180, and 184 to the Harvey
17 Declaration and Exhibits 129, 134, 420, 421, 424, 947, 1304, 1306, 1307, and 1309 to the
18 Cisneros Declaration.  Compelling reasons exist to file under seal the redacted portions of these
19 documents.  Those portions reflect highly confidential and competitively sensitive information
20 about Pixar's cost structure and compensation levels including information related to base salary
21 determinations and specific salary increases and guidelines.  Disclosure of that information
22 would create a substantial risk of serious competitive harm to Pixar because its competitors
23 would gain detailed insight into Pixar's competitive and proprietary compensation practices.
24 Pixar would be placed at a significant competitive disadvantage with respect to its compensation
25 strategies and would therefore be prejudiced if the information were made available to the
26 general public.  Other information in these exhibits reflects highly confidential information
27 about individuals' compensation, hiring, candidacy, or employment and performance history.
28

DECLARATION OF JAMES M. KENNEDY SUBMITTED IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No.: C 11-CV-2509-LHK

4

1 The exhibits also contain confidential personal identifying information.  Disclosure could cause annoyance, embarrassment and/or substantial professional and personal harm to those individuals.

6. Compelling reasons also exist to seal in its entirety Exhibit 1308.  The exhibit, titled Salary Analysis, reflects highly confidential and competitively sensitive information about Pixar's cost structure and compensation practices and strategies.  It also includes competitively sensitive information related to Pixar base salaries and turnover activity.  Disclosure would create a substantial risk of serious competitive harm to Pixar because its competitors would gain extensive, detailed insight into Pixar's competitive and proprietary compensation and hiring practices and strategies.  Competitors would also gain insight into Pixar's cost structure and related highly confidential information.  Pixar would be placed at a significant disadvantage with respect to its hiring, compensation and employee retention strategies.  Pixar would therefore be prejudiced if the information were made available to the general public.

7. Compelling reasons also exist to seal portions of Exhibit 2356 to the Cisneros Declaration.  The redacted portions reflect highly confidential and competitively sensitive information about a collaboration between Intel and Pixar.  Disclosure would create a substantial risk of serious competitive harm to Pixar because other companies would gain extensive, detailed insight into the collaboration's technical objectives and accomplishments.  Pixar would be placed at a significant disadvantage in the future development of its tools' architecture and design and would therefore be prejudiced if the information were made available to the general public.

8. I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.

DECLARATION OF JAMES M. KENNEDY SUBMITTED IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No.: C 11-CV-2509-LHK

5

Executed on February 21, 2014, in Emeryville, CA.

_____
James M. Kennedy

DECLARATION OF JAMES M. KENNEDY SUBMITTED IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL
Case No.: C 11-CV-2509-LHK

6