# EXHIBIT 92 TO
# HARVEY DECLARATION
# REDACTED VERSION



Google Confidential and Proprietary

# Compensation Basics

*Building a foundation of knowledge*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036370

Google

# Objectives



1) Provide recruiters with a strong foundational knowledge of compensation at Google

2) Prepare recruiters for common comp-related questions, objections and circumstances that they may encounter while working with a candidate

3) Increase transparency of Google's compensation philosophy and processes

4) Encourage broader recruiter collaboration with compensation team

Google Confidential and Proprietary



Google

Google Confidential and Proprietary

# Agenda

- Compensation Philosophy
- Compensation Components
- Comping an Offer
- Managing Objections
- TBD

GOOG-HIGH TECH-00036372

Google

## Compensation Philosophy



**Deliver pay in ways that support three primary business objectives:**

✓ Attract and retain the world's best talent

✓ Support the company's culture of innovation and performance

✓ Align employee interests with shareholder interests in the overall success of the company.

Pay-for-performance platform

"Leveraged" comp with increasing levels of leadership

Incentive programs offer opportunity to earn above-market total pay

Google Confidential and Proprietary



# Total Reward Value Proposition

## Google designs competitive total reward packages

| TOTAL REWARD | | | REWARD ELEMENT | OBJECTIVE |
|---|---|---|---|---|
| | | | WORK CONTENT, ENVIRONMENT & CULTURE | Build one of the most intelligent, highly motivated groups of employees in the world and foster a flat, collaborative work environment. Provide ongoing exposure to interesting and challenging work |
| | TOTAL REMUNERATION | | BENEFITS | Be a market leader in indirect awards in a way that adds meaningful value to employees' personal and professional lives |
| | | TOTAL DIRECT PAY | EQUITY | Provide all employees with an ownership stake in the company's future performance, AND "meaningful" future value at grant |
| | | | TOTAL CASH | BONUS | Above-market highly leveraged short-term cash incentives that reward individual contributions rather than tenure or roles |
| | | | BASE | Competitive base salaries |



Google Confidential and Proprietary

Google



What's our pay history?

*Target pay rates have changed over time*



**Percentile Rank**

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



# Target vs. Actual Total Compensation

## Total Compensation = Salary + Bonus + Stock

### *as % of salary*



CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Google Confidential and Proprietary

# Compensation Philosophy - Application

- Level of salary / market reference points

- Size of targets / awards

- Leverage for top performers

- "Cascading" value with refresh grants and vesting equity



Google Confidential and Proprietary

# Compensation Philosophy - Roadblocks

- Misunderstandings of Programs

- Expectations (e.g. GSU's, TSO's)

- Perception of value (e.g. Refresh grants)

- Talent Pool



Google Confidential and Proprietary

# Compensation Components

*Setting a Base Salary*

Google

# Job Ladders

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Process



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Sample Job Family - SWE

Google Confidential and Proprietary



Google

Sample Job Family - PSG&A

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Google Confidential and Proprietary

Sample Job Family - PSG&A

GOOG-HIGH TECH-00036384



Google

# Benchmarking Overview

What is Google's intended position relative to market (non-sales)?

for each element of pay (base, bonus, equity)

How do we measure the market?

How do we compare jobs to the market?

Comp team has nice slides to illustrate some of this

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Benchmarking Process

You'll have to explain this well



Google Confidential and Proprietary

GOOG-HIGH TECH-00036386



Benchmarking Philosophy



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036387




Google

# Leveling New Jobs

Not sure where
this goes

When leveling a job Google aims to be internally consistent and externally competitive.  Google levels jobs, not people.

• Factors

– Specialized Skills or Knowledge

– Education/Experience

• Recruiter works with Hiring Manager to determine level -- Comp Team advises



Google Confidential and Proprietary

GOOG-HIGH TECH-00036388



Google Confidential and Proprietary

# Compensation Components

## *Bonus Programs*



# Company Bonus Program

Google offers above-market target cash incentives and an opportunity to earn





*(Percentages shown reflect percent of salary)*

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Company Bonus Program

**Company Bonus Plan Mechanics:**

**Calculation Detail:**



Google Confidential and Proprietary

Google

Company Bonus Payout



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036392

Google

Sales Incentive Program



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036393

Google

# Sales Incentive Program

**Legend:**

 = Communicated up front      = Communicated after performance period

**Sales Incentive Plan Mechanics:**

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Compensation Components

*Long Term Incentives*

Google

Google Confidential and Proprietary

# Stock Options: Overview

- A stock option is a securities contract that gives the holder (the "Optionee") the right to purchase a set number of shares of the Company's Common Stock at a fixed price  (the "strike price").

- There are two primary kinds of stock options:

  - Non-statutory stock option (NSO)

  - Restricted Stock Option (RSO)

- The **strike price**, or exercise price, is based on the value of the stock on the day the option was granted.

- You don't own any stock until you exercise your Stock Options, which means that you have purchased the shares.



# Example of Stock Appreciation



Google Confidential and Proprietary

GOOG-HIGH TECH-00036397



# New Hire Grants: Stock Options & GSUs

## Stock Options

- Value derived from an increasing stock price over time; intended to provide upside leverage and some downside risk

- Granted at Fair Market Value (closing price on the date of grant)

- Vest over four years: 1/4th after year one, and 1/48th per month thereafter

## GSUs

- Offer employees almost immediate "value" and "downside protection"

- Vest over four years: 1/4th per year

- Performance contingent nature allows to calibrate value delivery on an after-the-fact basis

**Note that programs may vary by country**

Google Confidential and Proprietary



# Stock Options vs. GSUs

## Stock Options

$500 Stock Price at Grant

$25 Appreciation

**$25** Total Value "Gain" to Employee

$500 Share value not transferred to Employee

Grant Date — Vest Date

Stock Price / Time

- **Stock price must go up for employee to realize a "gain"**
- **Gain is equal to the future stock price minus the stock price at grant**

## GSUs

$500 Stock Price at Grant

$25 Appreciation

$500 Share value transferred to Employee

$25
+
$500 =
$525
Total Value "Gain" to Employee

Grant Date — Vest Date

- **No stock price movement is necessary for employee to realize a "gain"**
- **Gain is equal to the full price of the stock on the day of vest**

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



# Stock Options vs. GSUs: Tax Implications

**Note:  Tax treatment varies by country**

| Stock Options | • **Gain to the employee is taxed as ordinary income** <u>when the options are exercised</u><br>• **Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates** |
| --- | --- |
| GSUs | • **Gain to the employee (i.e., full share value + appreciation/depreciation) is taxed as ordinary income** <u>when the units vest</u><br> ➢ Shares are granted net of tax withholding as shown:<br><br>Total GSUs Vested = Gross Shares Granted − Employee Income Taxes Withheld = Final Shares Acquired<br><br>**25 GSUs** = **25 Class A Google Shares** − **11 Class A Google Shares** (Rate = 42.93%) = **14 Class A Google Shares**<br><br>• **Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates** |

*... however, Google cannot offer tax advice and managers should direct candidates to their own tax advisors*

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

New Hire Grant Program



**Don't let candidates get caught in the trap of comparing number of options/units alone!**

Google Confidential and Proprietary

Google

TSO Program: Overview



Google Confidential and Proprietary

Google

Google Confidential and Proprietary

TSO Program: How are options valued?



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036403



Google

TSO Program

**How might TSO values look to employees?**



Google

TSO Program: How much are they selling for?

Sample trading data from Q2:

| | | TSO Trading History Data as of 24-Apr-07 | | | |
|---|---|---|---|---|---|
| Option Strike Price | n | Intrinsic Option Value | TSO Option Value | Additional Value from TSOs | % |
| | | | | | |

Google Confidential and Proprietary

Google

TSO Example



May not be necessary

Google Confidential and Proprietary



Google

# TSO Resources

MOMA:  Frequently Asked Questions

Video:  TSO Video

Blog: TSO Blog

Marketwatch: Examples

May not be necessary – should be part of toolkit

Google Confidential and Proprietary

Google

Refresher Grants Overview



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036408

Google

# Determining Refresher Grant Payouts

Need to
explain well

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY
GOOG-HIGH TECH-00036411



Google Confidential and Proprietary

# Compensation Components

*Sign-on Bonus and Relocation*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036413



Google

Relocation Packages (U.S)



** Plan should be noted in OWF **

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036414

Google

International Relocation

Google Confidential and Proprietary



CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Google Confidential and Proprietary

# Comping an Offer



# Roles and Responsibilities

Google Confidential and Proprietary

- **Compensation Team's role**
  - Communicate offer parameters by level, role
  - Establish a "Service Level Agreement" for offer turnaround and volume
  - Train Lead Recruiters on Compensation design and offer process, and maintain training materials
  - Comp offers for non-standard Jobs
  - Be a consultant on challenging circumstances and questions
  - Provide analytic work for variance from guidelines and quality assurance

- **Lead Recruiter's role**
  - Responsible for training Recruiters and meeting guidelines
  - Recruiter adherence to process, parameters and guidelines
  - Point of contact for compensation communications

- **Recruiter's role**
  - Understand offer process and systems
  - Make offers by applying rules set by Compensation
  - Understand Google's Compensation philosophy and practices
  - Sell the offer: our value proposition is not solely compensation



Google

Base Salary

ogle Confidential and Proprietary



Factors in determining Compensation



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY





Google Confidential and Proprietary



Google Confidential and Proprietary



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036421



Google

Google Confidential and Proprietary



Recruiter comps
Standard offers

Recruiter
gathers
relevant
candidate info

GOOG-HIGH TECH-00036422

Google



What is it?

Why do we have it?

How do you use?

Google Confidential and Proprietary



"Exploding" Offers and Offline Approvals

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036424



# Example/Scenario – Creating an offer

- Tommy Candidate
  - B.S and M.S. from Stanford University in Computer Science
  - 3 years experience at IBM
  - Specialized in _____
  - Current base salary is $72,000
  - Competing Offer

Google Confidential and Proprietary

Google

Google Confidential and Proprietary

# Example/Scenario – Selling an offer

Google Confidential and Proprietary

# Other Programs

GOOG-HIGH TECH-00036427

Google

Annual Review



- Time Line

  – When do bonuses and merits/promo get paid?

  – When must someone start to be eligible.

Google Confidential and Proprietary



Google Confidential and Proprietary



Promotion?

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036429

Google

Executive Candidates

Unique Factors for Execs:



What can you do?

Google Confidential and Proprietary

Google Confidential and Proprietary



Google Confidential and Proprietary



Google Confidential and Proprietary

 GOOG-HIGH TECH-00036433



CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Offer Extended

Google

## Objection

> "I recognize that your overall package is great, but I can't afford to take this cut in my salary.  I have certain ongoing expenses I need to meet NOW, and your bonuses and stock aren't payable until a year from now."

Recruiters meet in a group to discuss responses or discuss good vs. bad answer

Google Confidential and Proprietary

Google

Objection

"I know for a fact that my friends received a better base salary when they were hired. Why aren't I getting the same package?"

Google Confidential and Proprietary



Google Confidential and Proprietary

"I feel that there's some real risk involved in your bonus program considering the impact company performance has on payouts. I would prefer the security of a higher base salary"

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036438



Google Confidential and Proprietary

"I'm taking a massive base pay and title cut. What kind of assurance can I have that this performance-based philosophy will really pay out?"

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036439

Google

## Objection

(for E2 --> N2 roles in US) "Why is this position non-exempt? Please give more details on how it impacts my compensation (e.g., how will my bonus work)."

Google Confidential and Proprietary

GOOG-HIGH TECH-00036440

Google

Google Confidential and Proprietary

# Objection

## Cost of living changes?

GOOG-HIGH TECH-00036441

Google

Google Confidential and Proprietary

# Candidate Renegotiation

- "Candidate Request Revision" in OWF

- Work with Comp Analysts to propose new offer

    •

Google

Google Confidential and Proprietary

# Contacts

Google

Who's Who?

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

## Contacts

| Region | Function/ region |
|--------|------------------|
| US | Eng & Ops |
| US | Sales |
| US | PM, G&A |
| US | backup |
| US | backup |
| US | backup |
| US | backup |
| EMEA | all |
| EMEA | backup |
| APAC | India, Singapore, Korea, Japan |
| APAC | backup for Barun |
| APAC | Greater China |
| APAC | Australia, New Zealand (Greater China backup) |
| LatAm | Sales |
| LatAm | Eng |
|  | backup |
| LatAm | PSGA |

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Questions?

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Leveling: Add as notes to comp practice



Google Confidential and Proprietary

GOOG-HIGH TECH-00036447

Google

Leveling and Titles

Google Confidential and Proprietary

GOOG-HIGH TECH-00036448

Google

Determining Base Comp

Google Confidential and Proprietary



CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**<u>Slide 3:</u>**

Philosophy

Pay History

Total Renumeration Value Proposition

Components

Base Salary

Benchmarking

Leveling

Setting Base

Bonus Programs

Company Bonus Program

Sales Incentive Program

Long Term Incentives

Stock Options

GSUs

TSO Program

Sign-on Bonus and Relocation

Comping an Offer

Process

Application/Example

Executive Review (equity changes)

Roles and Responsibilities

Miscellaneous

Annual Review

International Comp

Candidate Renegotiation

Exploding Offers

Executive Candidates

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036450

# Slide Notes



Objections and Rebuttals

Contacts

Questions

### Slide 4:

Why did we establish this policy?

We want to reward high performers – incentive for hard work and great achievements

Share in the success of Google as a company – people are given agency

Tied to the culture – very little micromanagement.

If there was just a base salary people may not work has hard.  What is pay designed to do?  Pay as motivation.

Mixed arrangement of stock options and GSUs offer downside protection

Through equity employees are tied into the success of Google

Aligns employee and company success

We give equity to everyone.  Rare – Most companies just give equity to manager level and above -- inclusion

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00036451

# Slide Notes

80% of US companies have bonus programs for employees

We can afford to pay this way.

We want to promote innovation and performance

Companies that pay high base, low bonus want to attract a stable workforce that will stay until retirement – we aren't attracting those kinds of people

### Slide 5:

Google aims to be very competitive on total reward – most people experience a change in pay mix, resulting in larger total remuneration packages

### Slide 6:

Our compensation philosophy today (for non-Sales) is to target compensation at the ▮▮▮h ▮▮▮▮▮▮ile ▮▮ each of salary, total cash, and stock compensation.

What does this mean?

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

It doesn't mean we target our compensation to be the highest.  If you compare your salary with enough of your friends doing similar work at other companies, ▮▮▮ ▮▮▮▮▮ ▮▮▮▮▮ ▮▮ ▮▮▮ ▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮▮ ▮▮▮▮▮s

However, if you were to compare actual total compensation, you might find Google compensation to be much higher, or even highest

Our compensation philosophy has been evolving as we have been evolving

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036452

# Slide Notes



### Slide 7:

Compensation at Google is a lot more than just salary. When we talk about compensation we mean *total* compensation. When you add in bonuses and annual stock vesting, compensation at Google becomes more and more competitive. So if you're going to compare Google compensation to compensation at other companies, add all the pieces together.

One thing that's uncommon about Google's compensation is what we mean by target. When other companies say target they mean max. When we say target we mean target – and we expect there's a very strong chance you will be paid above target in your *actual* compensation. Actuals shown here are averages for the last year, but actual bonuses and stock compensation can vary dramatically based on both your performance and the company's performance.

### Slide 10:

Base Salary

Benchmarking

Leveling

Proposing a Base

Bonus Programs

Company Bonus Program

Sales Incentive Program

Long Term Incentives

Stock Options

Google Stock Units (GSUs)

Sign-on Bonus and Relocation

# Slide Notes

**Slide 12:**


**Slide 16:**

Cost of Living vs. Cost of Labor

We set our pay levels consistent with our philosophy based on the role at Google and the local market. Essentially, we pay for cost of labor NOT cost of living.

What is Google's intended position relative to market (non-sales)?

How do we measure the market?

How do we compare jobs to the market?

Functionally

Scope factors (role complexity, domain expertise, span of control, etc.)

Geographically

CONFIDENTIAL ATTORNEYS EYES ONLY                     GOOG-HIGH TECH-00036454

# Slide Notes

**Slide 19:**

When confirming the candidate's level, consider how they compare against our Google incumbents.

How does this candidate's education and experience compare to their Google peers?

What specialized skills or critical knowledge might they bring?

Use this information about the candidate to determine where they should be placed in our nine tier system of salary levels, which we review in Staffing Orientation.


LEVELING: Job vs. candidate


Many Lead Recruiters have a good sense of prototypical employees per level or job type. Asking the hiring manager these questions too might be a useful way to ensure that you're leveling this candidate correctly.


Upon leveling the job, consider the following when determining the actual compensation:




Let's talk about the actual steps involved and what to think about when determining an appropriate offer…


**Slide 22:**

Historical payouts have been

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036455

# Slide Notes

Larger payouts are possible, but few in number

**Slide 26:**

Google Equity Programs

Stock Options & Google Stock Units (GSUs)

Transferable Stock Options

Special Programs



**Slide 32:**

Candidates should consider growth scenarios and compare offers on that basis

We have provided recruiters with a modeling tool to facilitate these comparisons

Candidates must make their OWN growth assumptions; Google cannot offer guidance on probable growth rates for any company

**Slide 33:**

# Slide Notes



This is a program for rank and file employees to understand and access the real value of their options.

The beauty of it is that it's simple. We know that investment banks are providing bids everyday on Google options in the public options markets, so we asked some of them to point their bidding engines over to our auction and provide our employees with bids in a similar manner. These banks use their own algorithms to stream bids in real time to a clearing engine that identifies the highest bid and shows it to employees through an interface that works like a personal brokerage account. When employees login to the auction site they can look at the prices moving up and down throughout the day and decide if they want to sell or continue to hold their options. Either way, we've succeeded in making the intangible time value tangible; and we've simplifed the communication of option value.



**Slide 34:**

In an indirect way, we've actually made B-S relevant to employees. Now even though employees can't hedge their options, they can sell them to investors who can. Because banks can hedge options, they are willing to pay the full fair value today for the rights to purchase both the instrinsic value of the options that employees could always monetize and also a premium on top of that for the rights to continue holding the options -- and that's the time value of the options that employees couldn't monetize before the TSO program.

There's just one catch -- they can't monetize the whole time value by selling all of the remaining option life through the TSO program.  As soon as an employee option is transferred to a bank it becomes a maximum 2-year option and any remaining life is cut off.  If less than two years remain on the employee option, then we start rounding down the  remaining transferable life to the nearest six months so that the life that an employee holds is always greater than the life that an employee can sell. We grant 10-year options to employees and we want them to have an incentive to be long-term stakeholders.  If they want

CONFIDENTIAL ATTORNEYS EYES ONLY GOOG-HIGH TECH-00036457

# Slide Notes

the full 10-year time value they should hold them the full 10-years.  If they want to cash out earlier they'll still have to leave some of their time value on the table.

Let's take a look at how TSO values look to employees...

<u>**Slide 35:**</u>

On the next slide, we've extrapolated a hypothetical TSO value curve (pink) based on Q2 actual trading data.  We compared it to the value proposition of traditional options (blue).  The green shaded area between the two curves is the additional value available through the TSO program at any point in time. As you would expect, similar to any Black-Scholes model calculations, the program has the least incremental value for options that significantly underwater or significantly in the money and the most value for near-the-money options.

Let's take a look at some actual transaction data on the next slide...

<u>**Slide 36:**</u>

The auction is working very efficiently as the values employees are getting are similar to what you would expect to see in the public options market or a Black-Scholes calculation.

I think it's clear that Google's TSO program is great for employees, but what does it mean for the company...?

<u>**Slide 39:**</u>

Rewards high performers with an additional stake in the company's future performance in the form of stock options

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036458

# Slide Notes

Motivates high performers' contributions to Google's long-
term growth rather than provide immediate value for
contributions already made (cash incentive plans do that)

Creates an incentive for all employees to reach high performance levels on an ongoing basis



**Slide 44:**

                                                  GOOG-HIGH TECH-00036459

# Slide Notes



How much should a sign on be?

Depends on the package and what needs to be done

**Slide 59:**

Salary Increases

Google awards salary increases based on a variety of factors

Additionally, your salary increase will be contingent on other factors,

The salary review process, though still developing, is designed to be fair, consistent, and to clearly promote the link between pay and performance. The following factors will be taken into consideration in determining the amount of a salary increase:

GOOG-HIGH TECH-00036460

# Slide Notes

**Slide 61:**

Executive Candidates generally follow the same process as all other Googlers.  However, there are some unique factors to consider:

**Slide 63:**



**Slide 79:**

Egalitarian Culture

Example – SVP's being kicked out of a conference room because it was reserved by lower level employees and it was their time to use the room

CONFIDENTIAL ATTORNEYS EYES ONLY