# EXHIBIT 172

# REDACTED PUBLIC VERSION

**From:** Josh Hollander <hollander@pixar.com>
**Sent:** Wednesday, November 16, 2005 9:56 PM
**To:** Greg Brandeau <brandeau@pixar.com>
**Subject:** Re: ▓▓▓▓▓▓▓▓

Maybe just bumping up the number to 53 or 54 would do it, which we had already discussed. Karen wasn't comfortable going up to 55 but was ok with 53, so I think that's what we'll do.

I left a message for ▓▓▓▓ so I imagine either this evening or tomorrow morning the offer will be made.

Stay tuned...

On Nov 15, 2005, at 10:58 PM, Greg Brandeau wrote:

> i'm open to that. what are you thinking?
>
> -gtb
>
> Josh Hollander wrote: We may be in a similar situation as we were with ▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓ has been loaded up lately with lots of new responsibilities and we should consider the possibility that she'll receive a counter from her manager at ILM.
>
>> I tried to get a sense of how she's feeling when I talked to her earlier. I told her our number would be in roughly the same range as what she makes now and she said she was fine with that. She stated pretty strongly that she's not interested in staying there, and she sees the benefits, security, and future potential of Pixar as a bigger draw than more money at ILM...but we've heard that before.
>>
>> If I understand correctly, we can't counter an ILM counter so we only have one shot. Should we up our number slightly just in case?
>>
>> Just a thought.
>>
>> Thanks.
>>
>>
>> Begin forwarded message:
>>
>>> **From:** Lori McAdams <lmcadams@pixar.com>
>>> **Date:** November 15, 2005 7:31:11 PM PST
>>> **To:** Karen Chelini <kchelini@pixar.com>, Josh Hollander <hollander@pixar.com>
>>> **Cc:** Greg Brandeau <brandeau@pixar.com>
>>> **Subject: Re:** ▓▓▓▓▓▓▓▓
>>>
>>> Cool. Please go ahead and extend her the offer, and I'll put a call into Sharon Coker (my counterpart at LFL) that we're making it (we don't provide details of course, just a heads up that the offer is out). That'll fulfill our obligation, and hopefully ▓▓▓▓ will happily accept. Thanks,

and good luck!

On Nov 15, 2005, at 7:23 PM, Josh Hollander wrote:

> ███ has let her managers know that she's expecting an offer from us so we're ready for the next step.
>
> Thanks.
>
> ---
> josh x3096

---
josh x3096

---
josh x3096

CONFIDENTIAL  PIX00000039