# EXHIBIT 178

# REDACTED PUBLIC VERSION

| From: | Dawn Haagstad <dawn@pixar.com> |
|---|---|
| Sent: | Wednesday, February 7, 2007 3:08 PM |
| To: | ▮▮▮▮▮▮▮▮▮▮ |
| Subject: | Re: :-) !!! |

You probably heard our huge sigh of relief all the way across the Bay!  Congratulations!

Starting on March 12 sound perfect and will work well with the production schedule.  I will hold off on having our VP of Human Resources contact ILM until you let me know it's okay.  That way we make sure the lines of communication aren't crossed.  Once our VP contacts ILM and everything is official, we will mail you your "new hire" packet.

We've very excited to have you join Pixar!!

All the best,
Dawn

On Feb 7, 2007, at 10:33 AM ▮▮▮▮▮▮▮▮▮▮ wrote:

Dawn,

Thank you for the bonus info, that's what I thought just wanted to confirm it.

So the official word is YES! I would like to accept the offer and take the motion graphics artist position. :-) !!!!

There's 2 procedural things I would like to talk with you about. The first is start date. i believe you mentioned to me the second week in March as a potential start. I was wondering if we might move that just a little forward to March
12th Monday. I will be out of town the 5th, 6th, and 7th of March and unfortunately can't change those plans.

The second and this is a big one, I'm not sure how ILM higher up will react to my departure. They can be kind of fickle about these things, i could get a "good luck we're happy for you" or a visit from security the moment they hear.

My managers and colleagues here in the art department do know and couldn't be happier for me, I'm just not sure if that sentiment will be shared. That being said I would like to have some time to get things in order before you tell them you've made me an offer. Seven years is a long time to become entrenched and I have alot of thisis and that's that I need to clean up and take home.

So, we are in a pretty tight spot, with the 14th being next Wednesday. What I would like to propose is that we make the official word to ILM on Monday. That way I have this weekend to pack up my nick nacks and such and prepare goodbyes. Let me know if all that sounds ok. my endless thanks I can't wait to make the trip over :-)

▮▮▮▮

-------------- Original message ----------------------
From: Dawn Haagstad <dawn@pixar.com>

I forgot to write about show bonuses so I apologize for the delay.
Historically, we've always received film bonuses and we're all hoping
that practice continues.  In the past, everyone in the Studio has
been eligible for film bonuses because they believe it takes everyone
to make a film (regardless of if you're in Accounting, working on
another film, Security, etc.).  If they continue this practice using
the same guidelines as before, you would need to be a current Pixar
employee (run-of-show is okay) at the time the bonuses are
distributed.  For example, if we receive bonuses for RAT before

CONFIDENTIAL

PIX00002349

February 2008, judging by past practices, you would be eligible. If someone has worked at the Studio for less than one year, we're prorated the film bonus.

Hope that helps!

Talk to you soon,
Dawn

On Feb 6, 2007, at 5:25 PM, ███████████ wrote:

> Dawn,
>
> How about the end of show bonuses? How does that work? Do you have to be on premise when those go
> out or does it go to the crew, etc etc. That whole idea is new to me since George hasn't shared with us :-) well
> maybe that's not totally fair he built us a nice place to work.
> Anyway, just let me know.
>
> ███
>
> -------------- Original message ----------------------
> From: Dawn Haagstad <dawn@pixar.com>
>
>> Hi ███
>>
>> Don't worry about asking too many questions. Making career decisions
>> can be very overwhelming and you are smart to explore and understand
>> all the details.
>>
>> Regarding stock options: The stock vests over 4 years, which means
>> that after you pass your anniversary date, you have the option to
>> "exercise" 25% of your total grant (in this case, the total grant is
>> ███ Every year someone works at Pixar, they are 25% more vesting,
>> meaning they have access to an additional 25% of the ███ shares.
>> Basically, ███ divided by 4 equals the amount you are able to
>> exercise each year. You don't have to exercise your shares and can
>> continue to stock pile (no pun intended) your shares.
>>
>> I will probably be on email until 6:30 so if anything else comes up
>> this evening, just let me know. I'm now holding my breath AND
>> crossing my fingers.
>>
>> Take care,
>> Dawn
>>
>> On Feb 6, 2007, at 4:57 PM ███████████ wrote:
>>
>>> Dawn,
>>>
>>> This all looks great! I will talk this through with my wife one
>>> last time and have a final answer for you tomorrow. Thank you
>>> so
>>> much for taking the time to go back and fourth with me
>>> regarding
>>> all the details.
>>>
>>> Not to drag this on any further I just have 2 more little

informational type questions. Will I be eligible for any end of
show bonus?

In regards to the options, the vesting period is 12 months but I
remember speaking with you about them vesting in 4
increments. Is
that to say then that the offer of ▮▮▮ options, I would have to
stay a full 4 years to realize all those? Or are they all available
at the 12 month mark but I can only exercise 25% per year?

I am sooooo sorry that all this conversation revolves around
money.
Its just if I don't ask now I won't be able to ask later. I can't
express to you how excited I am about this. Its difficult to start
over but the prospect of working with such talented people on
something so exciting is really awesome!

Thank you again

▮▮▮

-------------- Original message ---------------------
From: Dawn Haagstad <dawn@pixar.com>

Hello ▮▮▮

We've looked at everything further and here's the
latest and
greatest.  With regard to salary, in comparing your
skill set with
internal artists, we're honestly not able to increase
the salary
and
continue to be consistent with existing Pixar
employees.  You are
amazingly talented and we truly recognize this
talent, which is why
we would love to have you at the Studio.  One
option that we're
hoping will be feasible on your end is a signing
bonus.

We would like to offer you a ▮▮▮ signing bonus,
which you would
receive the first pay check after your start date (we
are paid on a
weekly basis).  This will help add to your base
salary and
hopefully
will help alleviate some of the salary concerns.  As
we also
discussed, you'll be eligible for the 401K plan,
vacation, family
coverage for medical/dental/vision at only $90
p/month, classes
through Pixar University, etc.

We completely understand the needs of your family
and are
desperately

                                                          PIX00002351

keeping our fingers crossed that everything will
selfishly work in
our favor :-)  I'm in a number of meetings this
afternoon and
will be
difficult to reach via telephone.  I apologize for
sending this via
email but  I wanted to get this information to you as
soon as
possible.

Please don't hesitate to contact me with any
questions.

Talk to you soon,
Dawn

On Feb 5, 2007, at 9:47 AM,
█████████████████ wrote:

> Dawn,

> Thank you for getting back to me so
> quickly and I certainly
> appreciate your candor. I feel the exact
> same way as PIXAR does
> about having artist that are there for the
> work and not the
> salary.
> I want to assure you that each time I
> think about the prospect of
> working there my primary motivation
> is working on "W-e" with Ralph
> and Ellen and all the amazing talented
> people at PIXAR, not
> salary.
> As I am sure you can appreciate I need
> to think of my other two
> important productions (mom and
> baby) ;-) and what is best for
> them.

> I have the utmost respect for Jim
> having worked for him on several
> occasions before he left ILM. I
> certainly appreciate you taking
> this matter up with him and anything
> you can do will be greatly
> appreciated. I look forward
> to hearing back from you.

> ████

> -------------- Original message -----------
> -----------
> From: Dawn Haagstad
> <dawn@pixar.com>

> Hello ████

I was in late meetings
Friday evening so didn't
receive your
email
until this morning.  I
understand your concerns
regarding salary
but
in all honesty, I don't
know how much flexibility
we will have.
Pixar is a studio that offers
employees an opportunity
to work
creatively with the
knowledge that new hires
are brought on
board and
paid fairly compared to
existing Pixar employees.
We always
try to
put our best offer out
initially because it's
important to
recognize
one's talent from the start -
so that artists don't feel the
need to
go back and forth
regarding money.  This is
also one of the
reasons
that we don't operate on a
contract basis...it's
paramount that
artists are here because
they enjoy the
collaborative work
environment while being
paid a fair and respectable
salary.

If I could extend the run-
of-show duration of the
project, I
would be
more than willing but
unfortunately, that's not in
our control.
The
production schedules are
relatively set and we try to
estimate
the
approximate work load to
the best of our ability.
There is
always
the possibility that a "wrap

CONFIDENTIAL

PIX00002353

date" will run longer, but
we can't
make
that guarantee.

You are, without a doubt,
incredibly talented and I
know the show
feels you would be a good
fit. We also can respect
your
concerns and
understand leaving a
regular full-time position
can be very
daunting. It's important
that you feel you're being
paid fairly
and
within a comfortable
range. As I mentioned
before, we don't have
much flexibility regarding
salary but I will check
with Jim
Morris,
(VP of Production) and
share your concerns.
While we might
not be
able to increase the salary
by any great amounts,
perhaps we can
consider a sign on bonus.

Jim's schedule can be
rather hectic but I will get
time on his
calendar as soon as
possible. I should be able
to touch base
with
you within the next couple
days. Hope you had a nice
weekend!

Take care,
Dawn

On Feb 2, 2007, at 3:20
PM,

wrote:

Dawn,

First and
foremost, I
want to thank

CONFIDENTIAL

PIX00002354

you for your time and this incredible opportunity to work with PIXAR. It has been my career goal to work with such a collaborative and creative studio. I have reviewed the offer and want to discuss some concerns.

My first concern is that the offer is substantially less than my current earnings (my salary plus my contract work). It was my hope that I could put aside my contract work and focus completely on the position at PIXAR. Considering my discussions with Ellen, I feel that my skills and past experience uniquely qualify me for this project, and that the breadth of my proficiency will prove valuable to the production as a whole and PIXAR into

PIX00002355

the future.

My second concern is that the duration of the position is run-of-show. Although I completely understand that PIXAR makes no discernment between run-of-show employees and regular employees, the difference for me are my fiscal responsibilities and the longer term health of my career.

I appreciate the production's need for this particular skill set and the uncertainty of whether this need will extend past the production. I came to ILM seven years ago with a similar scenario, as a web designer. However, since I've been at ILM, I have learned, worked, and excelled in every aspect of shot production. This is work that I am proud of and

PIX00002356

confident in
and it is easy
for me
leveraging it
to a
long future
with PIXAR.

In my
previous
email to you, I
mentioned
that this
opportunity
was a
close second
to my
marriage and
birth of our
first child.
This
is an
honest
comparison
for me, as it
has been my
history to pour
just as
much passion
into my
profession. I
would like to
contribute this
same
passion and
professionalis
m to PIXAR.
Do you have
flexibility
in the
offer to either
bring the run-
of-show
compensation
up to
███████ or
make the offer
a contract
position with
a duration
longer than
a 11
months? I'm
confident
we'll be able
to meet in the
middle.
Please
give
me a call so
we can

CONFIDENTIAL

discuss this
further.

Sincerely,



-------------
Original
message -------
-------------
From: Dawn
Haagstad
<dawn@pixar.
com>

Hi



As
I
m
en
tio
ne
d
du
rin
g
ou
r
ph
on
e
co
nv
er
sat
io
n,
att
ac
he
d
is
an
ex
pl
an
ati
on
of
Pi
xa
r's
sta
nd

CONFIDENTIAL

PIX00002358

ard benefits, which will help give you an idea of the overall compensation package. Please review this information and don't hesitate to cont

CONFIDENTIAL

PIX00002359

act me with any questions.

We're all very excited about the prospect of you joining Pixar and I look forward to speaking with you soon.

CONFIDENTIAL

PIX00002360

Ta
ke
ca
re,
D
a
w
n

From: Dawn
Haagstad
<dawn@pixar.
com>
Date:
February 1,
2007 5:04:28
PM PST
To:

█████████

Subject:
Pixar's
Benefits
Information

<Benefits
Form .doc>

From: Dawn Haagstad
<dawn@pixar.com>
Date: February 5, 2007 9:22:12 AM
PST
To █████████
Subject: Re: Pixar's Benefits
Information

Hello █████

I was in late meetings Friday evening
so didn't receive your email
until this morning. I understand your
concerns regarding salary
but in all honesty, I don't know how
much flexibility we will
have. Pixar is a studio that offers
employees an opportunity to
work creatively with the knowledge
that new hires are brought on
board and paid fairly compared to
existing Pixar employees. We
always try to put our best offer out

CONFIDENTIAL

PIX00002361

initially because it's
important to recognize one's talent
from the start - so that
artists don't feel the need to go back
and forth regarding money.
This is also one of the reasons that we
don't operate on a
contract
basis...it's paramount that artists are
here because they enjoy
the
collaborative work environment while
being paid a fair and
respectable salary.

If I could extend the run-of-show
duration of the project, I would
be more than willing but unfortunately,
that's not in our control.
The production schedules are relatively
set and we try to estimate
the approximate work load to the best
of our ability.  There is
always the possibility that a "wrap
date" will run longer, but we
can't make that guarantee.

You are, without a doubt, incredibly
talented and I know the show
feels you would be a good fit.  We also
can respect your concerns
and understand leaving a regular full-
time position can be very
daunting.  It's important that you feel
you're being paid fairly
and within a comfortable range.  As I
mentioned before, we don't
have much flexibility regarding salary
but I will check with Jim
Morris, (VP of Production) and share
your concerns.  While we
might
not be able to increase the salary by
any great amounts,
perhaps we
can consider a sign on bonus.

Jim's schedule can be rather hectic but
I will get time on his
calendar as soon as possible.  I should
be able to touch base with
you within the next couple days.  Hope
you had a nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,
                            wrote:

CONFIDENTIAL

PIX00002362

Dawn,

First and foremost, I want
to thank you for your time
and this
incredible opportunity to
work with PIXAR. It has
been my career
goal
to work with such a
collaborative and creative
studio. I have
reviewed
the offer and want to
discuss some concerns.

My first concern is that the
offer is substantially less
than my
current earnings (my
salary plus my contract
work). It was my
hope
that I could put aside my
contract work and focus
completely
on the
position at PIXAR.
Considering my
discussions with Ellen, I
feel
that
my skills and past
experience uniquely
qualify me for this
project,
and that the breadth of my
proficiency will prove
valuable to the
production as a whole and
PIXAR into the future.

My second concern is that
the duration of the position
is run-of-
show.
Although I completely
understand that PIXAR
makes no discernment
between run-of-show
employees and regular
employees, the
difference
for me are my fiscal
responsibilities and the
longer term health
of my
career.

I appreciate the

CONFIDENTIAL

PIX00002363

production's need for this
particular skill set
and
the uncertainty of whether
this need will extend past
the
production.
I came to ILM seven years
ago with a similar
scenario, as a web
designer. However, since
I've been at ILM, I have
learned,
worked,
and
excelled in every aspect of
shot production. This is
work that
I am
proud of and confident in
and it is easy for me
leveraging it
to a
long future with PIXAR.

In my previous email to
you, I mentioned that this
opportunity
was a
close second to my
marriage and birth of our
first child. This
is an
honest comparison for me,
as it has been my history
to pour
just as
much passion into my
profession. I would like to
contribute this
same
passion and
professionalism to PIXAR.
Do you have flexibility in
the
offer to either bring the
run-of-show compensation
up to
████████ or
make the offer a contract
position with a duration
longer than
a 11
months? I'm confident
we'll be able to meet in the
middle. Please
give
me a call so we can
discuss this further.

Sincerely,

PIX00002364

■■■■■■

-------------- Original
message ---------------------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ■■■

As I
mentioned
during our
phone
conversation,
attached is an
explanation of
Pixar's
standard
benefits,
which will
help give
you an
idea of the
overall
compensation
package.
Please review
this
information
and don't
hesitate to
contact me
with any
questions.

We're all very
excited about
the prospect
of you joining
Pixar
and I
look forward
to speaking
with you soon.

Take care,
Dawn

From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007
5:04:28 PM PST
To:
■■■■■■
Subject: Pixar's Benefits
Information

CONFIDENTIAL

<Benefits Form .doc>

From: Dawn Haagstad <dawn@pixar.com>
Date: February 6, 2007 4:13:15 PM PST
To: ▮▮▮▮▮▮▮▮▮▮
Subject: Re: Pixar's Benefits Information

Hello ▮▮▮▮

We've looked at everything further and here's the latest and
greatest. With regard to salary, in comparing your skill set with
internal artists, we're honestly not able to increase the salary
and continue to be consistent with existing Pixar employees.
You
are amazingly talented and we truly recognize this talent, which
is
why we would love to have you at the Studio. One option that
we're
hoping will be feasible on your end is a signing bonus.

We would like to offer you a ▮▮▮▮ signing bonus, which you
would
receive the first pay check after your start date (we are paid on a
weekly basis). This will help add to your base salary and
hopefully will help alleviate some of the salary concerns. As we
also discussed, you'll be eligible for the 401K plan, vacation,
family coverage for medical/dental/vision at only $90 p/month,
classes through Pixar University, etc.

We completely understand the needs of your family and are
desperately keeping our fingers crossed that everything will
selfishly work in our favor :-) I'm in a number of meetings this
afternoon and will be difficult to reach via telephone. I
apologize for sending this via email but I wanted to get this
information to you as soon as possible.

Please don't hesitate to contact me with any questions.

Talk to you soon,
Dawn

On Feb 5, 2007, at 9:47 AM, ▮▮▮▮▮▮▮▮▮▮ wrote:

> Dawn,
>
> Thank you for getting back to me so quickly and I
> certainly
> appreciate your candor. I feel the exact same way
> as PIXAR does
> about having artist that are there for the work and
> not the
> salary. I want to assure you that each time I think

about the
prospect of working there my primary motivation is
working on "W-
e" with Ralph and Ellen and all the amazing
talented people at
PIXAR, not salary. As I am sure you can appreciate
I need to think
of my other two important productions (mom and
baby) ;-) and what
is best for them.

I have the utmost respect for Jim having worked for
him on several
occasions before he left ILM. I certainly appreciate
you taking
this matter up with him and anything you can do
will be greatly
appreciated. I look forward
to hearing back from you.

█████

-------------- Original message ----------------------
From: Dawn Haagstad <dawn@pixar.com>

Hello █████

I was in late meetings Friday evening
so didn't receive your email
until this morning.  I understand your
concerns regarding
salary but
in all honesty, I don't know how much
flexibility we will have.
Pixar is a studio that offers employees
an opportunity to work
creatively with the knowledge that new
hires are brought on board
and
paid fairly compared to existing Pixar
employees.  We always
try to
put our best offer out initially because
it's important to
recognize
one's talent from the start - so that
artists don't feel the
need to
go back and forth regarding money.
This is also one of the
reasons
that we don't operate on a contract
basis...it's paramount that
artists are here because they enjoy the
collaborative work
environment while being paid a fair
and respectable salary.

If I could extend the run-of-show

PIX00002367

duration of the project, I
would be
more than willing but unfortunately,
that's not in our
control. The
production schedules are relatively set
and we try to estimate the
approximate work load to the best of
our ability. There is always
the possibility that a "wrap date" will
run longer, but we can't
make
that guarantee.

You are, without a doubt, incredibly
talented and I know the show
feels you would be a good fit. We also
can respect your concerns
and
understand leaving a regular full-time
position can be very
daunting. It's important that you feel
you're being paid
fairly and
within a comfortable range. As I
mentioned before, we don't have
much flexibility regarding salary but I
will check with Jim
Morris,
(VP of Production) and share your
concerns. While we might not be
able to increase the salary by any great
amounts, perhaps we can
consider a sign on bonus.

Jim's schedule can be rather hectic but
I will get time on his
calendar as soon as possible. I should
be able to touch base with
you within the next couple days. Hope
you had a nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,
█████████████ wrote:

Dawn,

First and foremost, I want
to thank you for your time
and this
incredible opportunity to
work with PIXAR. It has
been my career
goal
to work with such a
collaborative and creative

CONFIDENTIAL

studio. I have
reviewed
the offer and want to
discuss some concerns.

My first concern is that the
offer is substantially less
than my
current earnings (my
salary plus my contract
work). It was my
hope
that I could put aside my
contract work and focus
completely
on the
position at PIXAR.
Considering my
discussions with Ellen, I
feel
that
my skills and past
experience uniquely
qualify me for this
project,
and that the breadth of my
proficiency will prove
valuable to the
production as a whole and
PIXAR into the future.

My second concern is that
the duration of the position
is run-of-
show.
Although I completely
understand that PIXAR
makes no discernment
between run-of-show
employees and regular
employees, the
difference
for me are my fiscal
responsibilities and the
longer term health
of my
career.

I appreciate the
production's need for this
particular skill set
and
the uncertainty of whether
this need will extend past
the
production.
I came to ILM seven years
ago with a similar
scenario, as a web
designer. However, since
I've been at ILM, I have

CONFIDENTIAL

PIX00002369

learned,
worked, and
excelled in every aspect of
shot production. This is
work that
I am
proud of and confident in
and it is easy for me
leveraging it
to a
long future with PIXAR.

In my previous email to
you, I mentioned that this
opportunity
was a
close second to my
marriage and birth of our
first child. This
is an
honest comparison for me,
as it has been my history
to pour
just as
much passion into my
profession. I would like to
contribute this
same
passion and
professionalism to PIXAR.
Do you have flexibility in
the
offer to either bring the
run-of-show compensation
up to
████████  or
make the offer a contract
position with a duration
longer than
a 11
months? I'm confident
we'll be able to meet in the
middle.
Please give
me a call so we can
discuss this further.

Sincerely,

████████████

-------------- Original
message ---------------------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ████

As I
mentioned

PIX00002370

during our
phone
conversation,
attached is an
explanation of
Pixar's
standard
benefits,
which will
help give
you an
idea of the
overall
compensation
package.
Please review
this
information
and don't
hesitate to
contact me
with any
questions.

We're all very
excited about
the prospect
of you joining
Pixar
and I
look forward
to speaking
with you soon.

Take care,
Dawn


From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007
5:04:28 PM PST
To:

Subject: Pixar's Benefits
Information


<Benefits Form .doc>


From: Dawn Haagstad <dawn@pixar.com>
Date: February 5, 2007 9:22:12 AM PST
To
Subject: Re: Pixar's Benefits Information

Hello ▮

I was in late meetings Friday evening so didn't
receive your email
until this morning. I understand your concerns
regarding salary
but in all honesty, I don't know how much
flexibility we will
have. Pixar is a studio that offers employees an
opportunity to
work creatively with the knowledge that new hires
are brought on
board and paid fairly compared to existing Pixar
employees. We
always try to put our best offer out initially because
it's
important to recognize one's talent from the start -
so that
artists don't feel the need to go back and forth
regarding money.
This is also one of the reasons that we don't operate
on a
contract basis...it's paramount that artists are here
because they
enjoy the collaborative work environment while
being paid a fair
and respectable salary.

If I could extend the run-of-show duration of the
project, I would
be more than willing but unfortunately, that's not in
our
control. The production schedules are relatively set
and we try
to estimate the approximate work load to the best of
our ability.
There is always the possibility that a "wrap date"
will run
longer, but we can't make that guarantee.

You are, without a doubt, incredibly talented and I
know the show
feels you would be a good fit. We also can respect
your concerns
and understand leaving a regular full-time position
can be very
daunting. It's important that you feel you're being
paid fairly
and within a comfortable range. As I mentioned
before, we don't
have much flexibility regarding salary but I will
check with Jim
Morris, (VP of Production) and share your
concerns. While we
might not be able to increase the salary by any great
amounts,
perhaps we can consider a sign on bonus.

Jim's schedule can be rather hectic but I will get
time on his

PIX00002372

calendar as soon as possible. I should be able to touch base with
you within the next couple days. Hope you had a nice weekend!

Take care,
Dawn

On Feb 2, 2007, at 3:20 PM,
████████████████ wrote:

Dawn,

First and foremost, I want to thank you for your time and this
incredible opportunity to work with PIXAR. It has been my career goal
to work with such a collaborative and creative studio. I have reviewed
the offer and want to discuss some concerns.

My first concern is that the offer is substantially less than my
current earnings (my salary plus my contract work). It was my hope
that I could put aside my contract work and focus completely on the
position at PIXAR. Considering my discussions with Ellen, I feel that
my skills and past experience uniquely qualify me for this project,
and that the breadth of my proficiency will prove valuable to the
production as a whole and PIXAR into the future.

My second concern is that the duration of the position is run-of-
show.
Although I completely understand that PIXAR makes no discernment
between run-of-show employees and regular employees, the difference
for me are my fiscal responsibilities and the longer term health of my
career.

I appreciate the production's need for this particular skill set and
the uncertainty of whether this need

PIX00002373

will extend past the
production.
I came to ILM seven years ago with a
similar scenario, as a web
designer. However, since I've been at
ILM, I have learned,
worked, and
excelled in every aspect of shot
production. This is work that
I am
proud of and confident in and it is easy
for me leveraging it to a
long future with PIXAR.

In my previous email to you, I
mentioned that this opportunity
was a
close second to my marriage and birth
of our first child. This
is an
honest comparison for me, as it has
been my history to pour
just as
much passion into my profession. I
would like to contribute this
same
passion and professionalism to PIXAR.
Do you have flexibility
in the
offer to either bring the run-of-show
compensation up to
▮▮▮▮▮▮ or
make the offer a contract position with
a duration longer than
a 11
months? I'm confident we'll be able to
meet in the middle. Please
give
me a call so we can discuss this further.

Sincerely,

▮▮▮▮▮▮▮

-------------- Original message -----------
-----------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ▮▮▮▮

As I mentioned during our
phone conversation,
attached is an
explanation of Pixar's
standard benefits, which
will help give
you an
idea of the overall
compensation package.

CONFIDENTIAL

Please review this
information and don't
hesitate to contact me with
any questions.

We're all very excited
about the prospect of you
joining Pixar
and I
look forward to speaking
with you soon.

Take care,
Dawn


From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM
PST
To: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Pixar's Benefits Information


<Benefits Form .doc>


From: Dawn Haagstad <dawn@pixar.com>
Date: February 6, 2007 5:20:42 PM PST
To ▮▮▮▮▮▮▮▮▮▮▮▮▮
Subject: Re: Pixar's Benefits Information


Hi ▮▮▮▮

Don't worry about asking too many questions.  Making career
decisions can be very overwhelming and you are smart to explore and
understand all the details.

Regarding stock options:  The stock vests over 4 years, which means
that after you pass your anniversary date, you have the option to
"exercise" 25% of your total grant (in this case, the total grant
is ▮▮▮▮  Every year someone works at Pixar, they are 25% more
vesting, meaning they have access to an additional 25% of the ▮▮▮▮
shares.  Basically, ▮▮▮ divided by 4 equals the amount you are
able to exercise each year.  You don't have to exercise your shares
and can continue to stock pile (no pun intended) your shares.

I will probably be on email until 6:30 so if anything else comes up
this evening, just let me know.  I'm now holding my breath AND
crossing my fingers.

Take care,
Dawn

CONFIDENTIAL

On Feb 6, 2007, at 4:57 PM, █████████████ wrote:

Dawn,

This all looks great! I will talk this through with my wife one last time and have a final answer for you tomorrow. Thank you so much for taking the time to go back and fourth with me regarding all the details.

Not to drag this on any further I just have 2 more little informational type questions. Will I be eligible for any end of show bonus?

In regards to the options, the vesting period is 12 months but I remember speaking with you about them vesting in 4 increments. Is that to say then that the offer of █ options, I would have to stay a full 4 years to realize all those? Or are they all available at the 12 month mark but I can only exercise 25% per year?

I am sooooo sorry that all this conversation revolves around money. Its just if I don't ask now I won't be able to ask later. I can't express to you how excited I am about this. Its difficult to start over but the prospect of working with such talented people on something so exciting is really awesome!

Thank you again

█████

-------------- Original message ----------------------
From: Dawn Haagstad <dawn@pixar.com>

Hello █████



We've looked at everything further and here's the latest and greatest. With regard to salary, in comparing your skill set with internal artists, we're honestly not able to increase the salary and continue to be consistent with existing Pixar employees. You are
amazingly talented and we truly recognize this talent, which is why
we would love to have you at the Studio. One option that we're hoping will be feasible on your end is a signing bonus.

We would like to offer you a $█ signing bonus, which you would
receive the first pay check after your start date (we are paid on a weekly basis). This will help add to your base salary and hopefully
will help alleviate some of the salary concerns. As we also discussed, you'll be eligible for the 401K plan, vacation, family coverage for medical/dental/vision at only $█ p/month, classes through Pixar University, etc.

We completely understand the needs of your family and are desperately
keeping our fingers crossed that everything will selfishly work in our favor :-) I'm in a number of meetings this afternoon and

will be
difficult to reach via telephone. I apologize for sending this via
email but I wanted to get this information to you as soon as
possible.

Please don't hesitate to contact me with any questions.

Talk to you soon,
Dawn

On Feb 5, 2007, at 9:47 AM, ▓▓▓▓▓▓▓▓▓▓ wrote:

Dawn,

Thank you for getting back to me so quickly and I
certainly
appreciate your candor. I feel the exact same way
as PIXAR does
about having artist that are there for the work and
not the salary.
I want to assure you that each time I think about the
prospect of
working there my primary motivation is working
on "W-e" with Ralph
and Ellen and all the amazing talented people at
PIXAR, not salary.
As I am sure you can appreciate I need to think of
my other two
important productions (mom and baby) ;-) and what
is best for them.

I have the utmost respect for Jim having worked for
him on several
occasions before he left ILM. I certainly appreciate
you taking
this matter up with him and anything you can do
will be greatly
appreciated. I look forward
to hearing back from you.

�nicholas▓

-------------- Original message ----------------------
From: Dawn Haagstad <dawn@pixar.com>

Hello ▓▓

I was in late meetings Friday evening
so didn't receive your email
until this morning. I understand your
concerns regarding
salary but
in all honesty, I don't know how much
flexibility we will have.
Pixar is a studio that offers employees
an opportunity to work
creatively with the knowledge that new
hires are brought on
board and

paid fairly compared to existing Pixar
employees.  We always
try to
put our best offer out initially because
it's important to
recognize
one's talent from the start - so that
artists don't feel the
need to
go back and forth regarding money.
This is also one of the
reasons
that we don't operate on a contract
basis...it's paramount that
artists are here because they enjoy the
collaborative work
environment while being paid a fair
and respectable salary.

If I could extend the run-of-show
duration of the project, I
would be
more than willing but unfortunately,
that's not in our
control.  The
production schedules are relatively set
and we try to estimate the
approximate work load to the best of
our ability.  There is always
the possibility that a "wrap date" will
run longer, but we
can't make
that guarantee.

You are, without a doubt, incredibly
talented and I know the show
feels you would be a good fit.  We also
can respect your
concerns and
understand leaving a regular full-time
position can be very
daunting.  It's important that you feel
you're being paid
fairly and
within a comfortable range.  As I
mentioned before, we don't have
much flexibility regarding salary but I
will check with Jim
Morris,
(VP of Production) and share your
concerns.  While we might not be
able to increase the salary by any great
amounts, perhaps we can
consider a sign on bonus.

Jim's schedule can be rather hectic but
I will get time on his
calendar as soon as possible.  I should
be able to touch base with
you within the next couple days.  Hope
you had a nice weekend!

CONFIDENTIAL

PIX00002378

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,
wrote:

Dawn,

First and foremost, I want
to thank you for your time
and this
incredible opportunity to
work with PIXAR. It has
been my career
goal
to work with such a
collaborative and creative
studio. I have
reviewed
the offer and want to
discuss some concerns.

My first concern is that the
offer is substantially less
than my
current earnings (my
salary plus my contract
work). It was my
hope
that I could put aside my
contract work and focus
completely
on the
position at PIXAR.
Considering my
discussions with Ellen, I
feel
that
my skills and past
experience uniquely
qualify me for this
project,
and that the breadth of my
proficiency will prove
valuable to the
production as a whole and
PIXAR into the future.

My second concern is that
the duration of the position
is run-of-
show.
Although I completely
understand that PIXAR
makes no discernment
between run-of-show
employees and regular
employees, the

CONFIDENTIAL

PIX00002379

difference
for me are my fiscal
responsibilities and the
longer term health
of my
career.

I appreciate the
production's need for this
particular skill
set and
the uncertainty of whether
this need will extend past
the
production.
I came to ILM seven years
ago with a similar
scenario, as a web
designer. However, since
I've been at ILM, I have
learned,
worked, and
excelled in every aspect of
shot production. This is
work that
I am
proud of and confident in
and it is easy for me
leveraging it
to a
long future with PIXAR.

In my previous email to
you, I mentioned that this
opportunity
was a
close second to my
marriage and birth of our
first child. This
is an
honest comparison for me,
as it has been my history
to pour
just as
much passion into my
profession. I would like to
contribute this
same
passion and
professionalism to PIXAR.
Do you have flexibility
in the
offer to either bring the
run-of-show compensation
up to
$         or
make the offer a contract
position with a duration
longer than
a 11
months? I'm confident

   PIX00002380

we'll be able to meet in the middle. Please give me a call so we can discuss this further.

Sincerely,



-------------- Original message ----------------------
From: Dawn Haagstad
<dawn@pixar.com>

Hi

As I mentioned during our phone conversation, attached is an explanation of Pixar's standard benefits, which will help give you an idea of the overall compensation package. Please review this information and don't hesitate to contact me with any questions.

We're all very excited about the prospect of you joining Pixar and I look forward to speaking with you soon.

Take care,
Dawn

From: Dawn Haagstad

PIX00002381

<dawn@pixar.com>
Date: February 1, 2007
5:04:28 PM PST
To:
████████████
Subject: Pixar's Benefits
Information

<Benefits Form .doc>

From: Dawn Haagstad <dawn@pixar.com>
Date: February 5, 2007 9:22:12 AM PST
To ████████████
Subject: Re: Pixar's Benefits Information

Hello ████

I was in late meetings Friday evening so didn't
receive your email
until this morning. I understand your concerns
regarding salary
but in all honesty, I don't know how much
flexibility we will
have. Pixar is a studio that offers employees an
opportunity to
work creatively with the knowledge that new hires
are brought on
board and paid fairly compared to existing Pixar
employees. We
always try to put our best offer out initially because
it's
important to recognize one's talent from the start -
so that
artists don't feel the need to go back and forth
regarding money.
This is also one of the reasons that we don't operate
on a contract
basis...it's paramount that artists are here because
they enjoy the
collaborative work environment while being paid a
fair and
respectable salary.

If I could extend the run-of-show duration of the
project, I would
be more than willing but unfortunately, that's not in
our control.
The production schedules are relatively set and we
try to estimate
the approximate work load to the best of our
ability. There is
always the possibility that a "wrap date" will run
longer, but we
can't make that guarantee.

You are, without a doubt, incredibly talented and I
know the show
feels you would be a good fit.  We also can respect
your concerns
and understand leaving a regular full-time position
can be very
daunting.  It's important that you feel you're being
paid fairly
and within a comfortable range.  As I mentioned
before, we don't
have much flexibility regarding salary but I will
check with Jim
Morris, (VP of Production) and share your
concerns.  While we might
not be able to increase the salary by any great
amounts, perhaps we
can consider a sign on bonus.

Jim's schedule can be rather hectic but I will get
time on his
calendar as soon as possible.  I should be able to
touch base with
you within the next couple days.  Hope you had a
nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,
wrote:

Dawn,

First and foremost, I want to thank you
for your time and this
incredible opportunity to work with
PIXAR. It has been my
career goal
to work with such a collaborative and
creative studio. I have
reviewed
the offer and want to discuss some
concerns.

My first concern is that the offer is
substantially less than my
current earnings (my salary plus my
contract work). It was my hope
that I could put aside my contract work
and focus completely on
the
position at PIXAR. Considering my
discussions with Ellen, I
feel that
my skills and past experience uniquely
qualify me for this
project,
and that the breadth of my proficiency
will prove valuable to the

production as a whole and PIXAR into
the future.

My second concern is that the duration
of the position is run-of-
show.
Although I completely understand that
PIXAR makes no discernment
between run-of-show employees and
regular employees, the
difference
for me are my fiscal responsibilities
and the longer term health
of my
career.

I appreciate the production's need for
this particular skill
set and
the uncertainty of whether this need
will extend past the
production.
I came to ILM seven years ago with a
similar scenario, as a web
designer. However, since I've been at
ILM, I have learned, worked,
and
excelled in every aspect of shot
production. This is work that
I am
proud of and confident in and it is easy
for me leveraging it to a
long future with PIXAR.

In my previous email to you, I
mentioned that this opportunity
was a
close second to my marriage and birth
of our first child. This
is an
honest comparison for me, as it has
been my history to pour
just as
much passion into my profession. I
would like to contribute
this same
passion and professionalism to PIXAR.
Do you have flexibility
in the
offer to either bring the run-of-show
compensation up to
$▮▮▮▮  or
make the offer a contract position with
a duration longer than
a 11
months? I'm confident we'll be able to
meet in the middle. Please
give
me a call so we can discuss this further.

Sincerely,

■■■■■■■

-------------- Original message -----------
-----------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ■■■

As I mentioned during our
phone conversation,
attached is an
explanation of Pixar's
standard benefits, which
will help give
you an
idea of the overall
compensation package.
Please review this
information and don't
hesitate to contact me with
any questions.

We're all very excited
about the prospect of you
joining Pixar
and I
look forward to speaking
with you soon.

Take care,
Dawn


From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM
PST
To ■■■■■■■■■■■■■
Subject: Pixar's Benefits Information

<Benefits Form .doc>


From: Dawn Haagstad <dawn@pixar.com>
Date: February 6, 2007 4:13:15 PM PST
To ■■■■■■■■■■
Subject: Re: Pixar's Benefits Information

Hello ■■■

PIX00002385

We've looked at everything further and here's the latest and greatest. With regard to salary, in comparing your skill set with internal artists, we're honestly not able to increase the salary and continue to be consistent with existing Pixar employees. You are amazingly talented and we truly recognize this talent, which is why we would love to have you at the Studio. One option that we're hoping will be feasible on your end is a signing bonus.

We would like to offer you a $▮▮ signing bonus, which you would receive the first pay check after your start date (we are paid on a weekly basis). This will help add to your base salary and hopefully will help alleviate some of the salary concerns. As we also discussed, you'll be eligible for the 401K plan, vacation, family coverage for medical/dental/vision at only $90 p/month, classes through Pixar University, etc.

We completely understand the needs of your family and are desperately keeping our fingers crossed that everything will selfishly work in our favor :-) I'm in a number of meetings this afternoon and will be difficult to reach via telephone. I apologize for sending this via email but I wanted to get this information to you as soon as possible.

Please don't hesitate to contact me with any questions.

Talk to you soon,
Dawn

On Feb 5, 2007, at 9:47 AM, ▮▮▮▮▮▮▮▮ wrote:

> Dawn,
>
> Thank you for getting back to me so quickly and I certainly appreciate your candor. I feel the exact same way as PIXAR does
> about having artist that are there for the work and not the salary. I want to assure you that each time I think about the prospect of working there my primary motivation is working on "W-
> e" with Ralph and Ellen and all the amazing talented people at PIXAR, not salary. As I am sure you can appreciate I need to think of my other two important productions (mom and baby) ;-
> )
> and what is best for them.
>
> I have the utmost respect for Jim having worked for him on several occasions before he left ILM. I certainly appreciate you taking this matter up with him and anything you can do will be greatly appreciated. I look forward
> to hearing back from you.
>
> ▮▮▮▮
>
>
> -------------- Original message ---------------------
> From: Dawn Haagstad <dawn@pixar.com>
>
> Hello ▮▮▮▮

PIX00002386

I was in late meetings Friday evening so didn't receive your email
until this morning.  I understand your concerns regarding salary
but
in all honesty, I don't know how much flexibility we will have.
Pixar is a studio that offers employees an opportunity to work
creatively with the knowledge that new hires are brought on
board and
paid fairly compared to existing Pixar employees.  We always try to
put our best offer out initially because it's important to
recognize
one's talent from the start - so that artists don't feel the
need to
go back and forth regarding money.  This is also one of the reasons
that we don't operate on a contract basis...it's paramount that
artists are here because they enjoy the collaborative work
environment while being paid a fair and respectable salary.

If I could extend the run-of-show duration of the project, I
would be
more than willing but unfortunately, that's not in our control.
The
production schedules are relatively set and we try to estimate the
approximate work load to the best of our ability.  There is always
the possibility that a "wrap date" will run longer, but we can't
make
that guarantee.

You are, without a doubt, incredibly talented and I know the show
feels you would be a good fit.  We also can respect your
concerns and
understand leaving a regular full-time position can be very
daunting.  It's important that you feel you're being paid fairly
and
within a comfortable range.  As I mentioned before, we don't have
much flexibility regarding salary but I will check with Jim Morris,
(VP of Production) and share your concerns.  While we might not be
able to increase the salary by any great amounts,

CONFIDENTIAL                                                              PIX00002387

perhaps we can
consider a sign on bonus.

Jim's schedule can be rather hectic but I will get
time on his
calendar as soon as possible.  I should be able to
touch base with
you within the next couple days.  Hope you had a
nice weekend!

Take care,
Dawn

On Feb 2, 2007, at 3:20 PM,
                               wrote:

Dawn,

First and foremost, I want to thank you
for your time and this
incredible opportunity to work with
PIXAR. It has been my
career goal
to work with such a collaborative and
creative studio. I have
reviewed
the offer and want to discuss some
concerns.

My first concern is that the offer is
substantially less than my
current earnings (my salary plus my
contract work). It was my hope
that I could put aside my contract work
and focus completely on
the
position at PIXAR. Considering my
discussions with Ellen, I
feel that
my skills and past experience uniquely
qualify me for this
project,
and that the breadth of my proficiency
will prove valuable to the
production as a whole and PIXAR into
the future.

My second concern is that the duration
of the position is run-
of-show.
Although I completely understand that
PIXAR makes no discernment
between run-of-show employees and
regular employees, the
difference
for me are my fiscal responsibilities
and the longer term
health of my
career.

PIX00002388

I appreciate the production's need for
this particular skill
set and
the uncertainty of whether this need
will extend past the
production.
I came to ILM seven years ago with a
similar scenario, as a web
designer. However, since I've been at
ILM, I have learned,
worked, and
excelled in every aspect of shot
production. This is work that
I am
proud of and confident in and it is easy
for me leveraging it to a
long future with PIXAR.

In my previous email to you, I
mentioned that this opportunity
was a
close second to my marriage and birth
of our first child. This
is an
honest comparison for me, as it has
been my history to pour
just as
much passion into my profession. I
would like to contribute
this same
passion and professionalism to PIXAR.
Do you have flexibility
in the
offer to either bring the run-of-show
compensation up to
$▮▮▮▮▮ or
make the offer a contract position with
a duration longer than
a 11
months? I'm confident we'll be able to
meet in the middle.
Please give
me a call so we can discuss this further.

Sincerely,

▮▮▮▮▮▮▮▮▮▮▮▮

-------------- Original message -----------
-----------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ▮▮▮▮

As I mentioned during our
phone conversation,
attached is an
explanation of Pixar's

CONFIDENTIAL

standard benefits, which
will help give
you an
idea of the overall
compensation package.
Please review this
information and don't
hesitate to contact me with
any questions.

We're all very excited
about the prospect of you
joining Pixar
and I
look forward to speaking
with you soon.

Take care,
Dawn


From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM
PST
To█████████████████
Subject: Pixar's Benefits Information


<Benefits Form .doc>




From: Dawn Haagstad <dawn@pixar.com>
Date: February 5, 2007 9:22:12 AM PST
To: █████████████████
Subject: Re: Pixar's Benefits Information


Hello █████

I was in late meetings Friday evening so didn't receive your
email until this morning. I understand your concerns regarding
salary but in all honesty, I don't know how much flexibility we
will have. Pixar is a studio that offers employees an
opportunity to work creatively with the knowledge that new
hires
are brought on board and paid fairly compared to existing Pixar
employees. We always try to put our best offer out initially
because it's important to recognize one's talent from the start -
so that artists don't feel the need to go back and forth
regarding money. This is also one of the reasons that we don't
operate on a contract basis...it's paramount that artists are
here because they enjoy the collaborative work environment
while
being paid a fair and respectable salary.

PIX00002390

If I could extend the run-of-show duration of the project, I
would be more than willing but unfortunately, that's not in our
control. The production schedules are relatively set and we try
to estimate the approximate work load to the best of our
ability. There is always the possibility that a "wrap date" will
run longer, but we can't make that guarantee.

You are, without a doubt, incredibly talented and I know the
show
feels you would be a good fit. We also can respect your
concerns
and understand leaving a regular full-time position can be very
daunting. It's important that you feel you're being paid fairly
and within a comfortable range. As I mentioned before, we
don't
have much flexibility regarding salary but I will check with Jim
Morris, (VP of Production) and share your concerns. While we
might not be able to increase the salary by any great amounts,
perhaps we can consider a sign on bonus.

Jim's schedule can be rather hectic but I will get time on his
calendar as soon as possible. I should be able to touch base
with you within the next couple days. Hope you had a nice
weekend!

Take care,
Dawn

On Feb 2, 2007, at 3:20 PM,                                    wrote:

Dawn,

First and foremost, I want to thank you for your
time and this
incredible opportunity to work with PIXAR. It has
been my career
goal
to work with such a collaborative and creative
studio. I have
reviewed
the offer and want to discuss some concerns.

My first concern is that the offer is substantially
less than my
current earnings (my salary plus my contract work).
It was my hope
that I could put aside my contract work and focus
completely on the
position at PIXAR. Considering my discussions
with Ellen, I feel
that
my skills and past experience uniquely qualify me
for this project,
and that the breadth of my proficiency will prove
valuable to the
production as a whole and PIXAR into the future.

My second concern is that the duration of the
position is run-of-

show.
Although I completely understand that PIXAR
makes no discernment
between run-of-show employees and regular
employees, the difference
for me are my fiscal responsibilities and the longer
term health
of my
career.

I appreciate the production's need for this particular
skill set
and
the uncertainty of whether this need will extend
past the
production.
I came to ILM seven years ago with a similar
scenario, as a web
designer. However, since I've been at ILM, I have
learned,
worked, and
excelled in every aspect of shot production. This is
work that I am
proud of and confident in and it is easy for me
leveraging it to a
long future with PIXAR.

In my previous email to you, I mentioned that this
opportunity
was a
close second to my marriage and birth of our first
child. This
is an
honest comparison for me, as it has been my history
to pour just as
much passion into my profession. I would like to
contribute this
same
passion and professionalism to PIXAR. Do you
have flexibility in
the
offer to either bring the run-of-show compensation
up to
███████ or
make the offer a contract position with a duration
longer than a 11
months? I'm confident we'll be able to meet in the
middle.
Please give
me a call so we can discuss this further.

Sincerely,

████████

-------------- Original message ---------------------
From: Dawn Haagstad <dawn@pixar.com>

Hi ████

As I mentioned during our phone
conversation, attached is an
explanation of Pixar's standard
benefits, which will help give
you an
idea of the overall compensation
package.  Please review this
information and don't hesitate to
contact me with any questions.

We're all very excited about the
prospect of you joining Pixar
and I
look forward to speaking with you
soon.

Take care,
Dawn

From: Dawn Haagstad <dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM PST
To:
Subject: Pixar's Benefits Information

<Benefits Form .doc>

**From:** Dawn Haagstad <dawn@pixar.com>
**Date:** February 7, 2007 8:42:37 AM PST
**To:**
**Subject: Re: Pixar's Benefits Information**

I forgot to write about show bonuses so I apologize for the delay.  Historically, we've always received film
bonuses and we're all hoping that practice continues.  In the past, everyone in the Studio has been eligible for film
bonuses because they believe it takes everyone to make a film (regardless of if you're in Accounting, working on
another film, Security, etc.).  If they continue this practice using the same guidelines as before, you would need to
be a current Pixar employee (run-of-show is okay) at the time the bonuses are distributed.  For example, if we
receive bonuses for RAT before February 2008, judging by past practices, you would be eligible.  If someone has
worked at the Studio for less than one year, we're prorated the film bonus.

Hope that helps!

Talk to you soon,
Dawn

On Feb 6, 2007, at 5:25 PM                              wrote:

Dawn,

How about the end of show bonuses? How does that work? Do you have to be on premise when those
go

                                                                          PIX00002393

out or does it go to the crew, etc etc. That whole idea is new to me since George hasn't shared with us :-) well
maybe that's not totally fair he built us a nice place to work. Anyway, just let me know.

███

-------------- Original message --------------------
From: Dawn Haagstad <dawn@pixar.com>

> Hi ███
>
> Don't worry about asking too many questions.  Making career decisions
> can be very overwhelming and you are smart to explore and understand
> all the details.
>
> Regarding stock options:  The stock vests over 4 years, which means
> that after you pass your anniversary date, you have the option to
> "exercise" 25% of your total grant (in this case, the total grant is
> ███ Every year someone works at Pixar, they are 25% more vesting,
> meaning they have access to an additional 25% of the ███ shares.
> Basically, ███ divided by 4 equals the amount you are able to
> exercise each year.  You don't have to exercise your shares and can
> continue to stock pile (no pun intended) your shares.
>
> I will probably be on email until 6:30 so if anything else comes up
> this evening, just let me know.  I'm now holding my breath AND
> crossing my fingers.
>
> Take care,
> Dawn
>
>
> On Feb 6, 2007, at 4:57 PM, ███ wrote:
>
>> Dawn,
>>
>> This all looks great! I will talk this through with my wife one
>> last time and have a final answer for you tomorrow. Thank you so
>> much for taking the time to go back and fourth with me regarding
>> all the details.
>>
>> Not to drag this on any further I just have 2 more little
>> informational type questions. Will I be eligible for any end of
>> show bonus?
>>
>> In regards to the options, the vesting period is 12 months but I
>> remember speaking with you about them vesting in 4 increments. Is
>> that to say then that the offer of ███ options, I would have to
>> stay a full 4 years to realize all those? Or are they all available
>> at the 12 month mark but I can only exercise 25% per year?
>>
>> I am sooooo sorry that all this conversation revolves around money.
>> Its just if I don't ask now I won't be able to ask later. I can't
>> express to you how excited I am about this. Its difficult to start
>> over but the prospect of working with such talented people on
>> something so exciting is really awesome!
>>
>> Thank you again
>>
>> ███

PIX00002394

-------------- Original message ---------------------
From: Dawn Haagstad <dawn@pixar.com>

Hello █████

We've looked at everything further and here's the latest and
greatest. With regard to salary, in comparing your skill set with
internal artists, we're honestly not able to increase the salary and
continue to be consistent with existing Pixar employees. You
are
amazingly talented and we truly recognize this talent, which is
why
we would love to have you at the Studio. One option that we're
hoping will be feasible on your end is a signing bonus.

We would like to offer you a $███ signing bonus, which you
would
receive the first pay check after your start date (we are paid on a
weekly basis). This will help add to your base salary and
hopefully
will help alleviate some of the salary concerns. As we also
discussed, you'll be eligible for the 401K plan, vacation, family
coverage for medical/dental/vision at only $90 p/month, classes
through Pixar University, etc.

We completely understand the needs of your family and are
desperately
keeping our fingers crossed that everything will selfishly work in
our favor :-) I'm in a number of meetings this afternoon and
will be
difficult to reach via telephone. I apologize for sending this via
email but I wanted to get this information to you as soon as
possible.

Please don't hesitate to contact me with any questions.

Talk to you soon,
Dawn

On Feb 5, 2007, at 9:47 AM █████████████████ wrote:

Dawn,

Thank you for getting back to me so quickly and I
certainly
appreciate your candor. I feel the exact same way
as PIXAR does
about having artist that are there for the work and
not the salary.
I want to assure you that each time I think about the
prospect of
working there my primary motivation is working
on "W-e" with Ralph
and Ellen and all the amazing talented people at
PIXAR, not salary.
As I am sure you can appreciate I need to think of
my other two
important productions (mom and baby) ;-) and what
is best for them.

CONFIDENTIAL                                                    PIX00002395

I have the utmost respect for Jim having worked for
him on several
occasions before he left ILM. I certainly appreciate
you taking
this matter up with him and anything you can do
will be greatly
appreciated. I look forward
to hearing back from you.



-------------- Original message ---------------------
From: Dawn Haagstad <dawn@pixar.com>

Hello 

I was in late meetings Friday evening
so didn't receive your email
until this morning.  I understand your
concerns regarding salary
but
in all honesty, I don't know how much
flexibility we will have.
Pixar is a studio that offers employees
an opportunity to work
creatively with the knowledge that new
hires are brought on
board and
paid fairly compared to existing Pixar
employees.  We always try to
put our best offer out initially because
it's important to
recognize
one's talent from the start - so that
artists don't feel the
need to
go back and forth regarding money.
This is also one of the reasons
that we don't operate on a contract
basis...it's paramount that
artists are here because they enjoy the
collaborative work
environment while being paid a fair
and respectable salary.

If I could extend the run-of-show
duration of the project, I
would be
more than willing but unfortunately,
that's not in our control.
The
production schedules are relatively set
and we try to estimate the
approximate work load to the best of
our ability.  There is always
the possibility that a "wrap date" will
run longer, but we can't
make

CONFIDENTIAL

that guarantee.

You are, without a doubt, incredibly
talented and I know the show
feels you would be a good fit. We also
can respect your
concerns and
understand leaving a regular full-time
position can be very
daunting. It's important that you feel
you're being paid fairly
and
within a comfortable range. As I
mentioned before, we don't have
much flexibility regarding salary but I
will check with Jim Morris,
(VP of Production) and share your
concerns. While we might not be
able to increase the salary by any great
amounts, perhaps we can
consider a sign on bonus.

Jim's schedule can be rather hectic but
I will get time on his
calendar as soon as possible. I should
be able to touch base with
you within the next couple days. Hope
you had a nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,
████████████████████ wrote:

Dawn,

First and foremost, I want
to thank you for your time
and this
incredible opportunity to
work with PIXAR. It has
been my career
goal
to work with such a
collaborative and creative
studio. I have
reviewed
the offer and want to
discuss some concerns.

My first concern is that the
offer is substantially less
than my
current earnings (my
salary plus my contract
work). It was my hope
that I could put aside my
contract work and focus

CONFIDENTIAL

PIX00002397

completely on
the
position at PIXAR.
Considering my
discussions with Ellen, I
feel
that
my skills and past
experience uniquely
qualify me for this
project,
and that the breadth of my
proficiency will prove
valuable to the
production as a whole and
PIXAR into the future.

My second concern is that
the duration of the position
is run-of-
show.
Although I completely
understand that PIXAR
makes no discernment
between run-of-show
employees and regular
employees, the
difference
for me are my fiscal
responsibilities and the
longer term health
of my
career.

I appreciate the
production's need for this
particular skill
set and
the uncertainty of whether
this need will extend past
the
production.
I came to ILM seven years
ago with a similar
scenario, as a web
designer. However, since
I've been at ILM, I have
learned,
worked, and
excelled in every aspect of
shot production. This is
work that
I am
proud of and confident in
and it is easy for me
leveraging it to a
long future with PIXAR.

In my previous email to
you, I mentioned that this
opportunity

CONFIDENTIAL

was a
close second to my
marriage and birth of our
first child. This
is an
honest comparison for me,
as it has been my history
to pour
just as
much passion into my
profession. I would like to
contribute this
same
passion and
professionalism to PIXAR.
Do you have flexibility
in the
offer to either bring the
run-of-show compensation
up to
████████ or
make the offer a contract
position with a duration
longer than
a 11
months? I'm confident
we'll be able to meet in the
middle. Please
give
me a call so we can
discuss this further.

Sincerely,

████████

-------------- Original
message ---------------------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ████ 

As I
mentioned
during our
phone
conversation,
attached is an
explanation of
Pixar's
standard
benefits,
which will
help give
you an
idea of the
overall
compensation
package.

CONFIDENTIAL

Please review
this
information
and don't
hesitate to
contact me
with any
questions.

We're all very
excited about
the prospect
of you joining
Pixar
and I
look forward
to speaking
with you soon.

Take care,
Dawn


From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007
5:04:28 PM PST
To:
█████████████████
Subject: Pixar's Benefits
Information


<Benefits Form .doc>


From: Dawn Haagstad <dawn@pixar.com>
Date: February 5, 2007 9:22:12 AM PST
To █████████████████
Subject: Re: Pixar's Benefits Information


Hello █████

I was in late meetings Friday evening so didn't
receive your email
until this morning. I understand your concerns
regarding salary
but in all honesty, I don't know how much
flexibility we will
have. Pixar is a studio that offers employees an
opportunity to
work creatively with the knowledge that new hires
are brought on
board and paid fairly compared to existing Pixar
employees. We

CONFIDENTIAL

always try to put our best offer out initially because
it's
important to recognize one's talent from the start -
so that
artists don't feel the need to go back and forth
regarding money.
This is also one of the reasons that we don't operate
on a contract
basis...it's paramount that artists are here because
they enjoy the
collaborative work environment while being paid a
fair and
respectable salary.

If I could extend the run-of-show duration of the
project, I would
be more than willing but unfortunately, that's not in
our control.
The production schedules are relatively set and we
try to estimate
the approximate work load to the best of our
ability. There is
always the possibility that a "wrap date" will run
longer, but we
can't make that guarantee.

You are, without a doubt, incredibly talented and I
know the show
feels you would be a good fit. We also can respect
your concerns
and understand leaving a regular full-time position
can be very
daunting. It's important that you feel you're being
paid fairly
and within a comfortable range. As I mentioned
before, we don't
have much flexibility regarding salary but I will
check with Jim
Morris, (VP of Production) and share your
concerns. While we might
not be able to increase the salary by any great
amounts, perhaps we
can consider a sign on bonus.

Jim's schedule can be rather hectic but I will get
time on his
calendar as soon as possible. I should be able to
touch base with
you within the next couple days. Hope you had a
nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,
███████████████ wrote:

    Dawn,

First and foremost, I want to thank you for your time and this
incredible opportunity to work with PIXAR. It has been my career goal
to work with such a collaborative and creative studio. I have reviewed
the offer and want to discuss some concerns.

My first concern is that the offer is substantially less than my
current earnings (my salary plus my contract work). It was my hope
that I could put aside my contract work and focus completely on the
position at PIXAR. Considering my discussions with Ellen, I feel that
my skills and past experience uniquely qualify me for this project,
and that the breadth of my proficiency will prove valuable to the
production as a whole and PIXAR into the future.

My second concern is that the duration of the position is run-of-
show.
Although I completely understand that PIXAR makes no discernment
between run-of-show employees and regular employees, the difference
for me are my fiscal responsibilities and the longer term health of my
career.

I appreciate the production's need for this particular skill set and
the uncertainty of whether this need will extend past the production.
I came to ILM seven years ago with a similar scenario, as a web
designer. However, since I've been at ILM, I have learned, worked, and
excelled in every aspect of shot production. This is work that I am
proud of and confident in and it is easy for me leveraging it to a
long future with PIXAR.

In my previous email to you, I mentioned that this opportunity was a
close second to my marriage and birth of our first child. This

CONFIDENTIAL

is an
honest comparison for me, as it has
been my history to pour just as
much passion into my profession. I
would like to contribute this
same
passion and professionalism to PIXAR.
Do you have flexibility in
the
offer to either bring the run-of-show
compensation up to
███████ or
make the offer a contract position with
a duration longer than a 11
months? I'm confident we'll be able to
meet in the middle. Please
give
me a call so we can discuss this further.

Sincerely,

██████████

-------------- Original message -----------
-----------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ████

As I mentioned during our
phone conversation,
attached is an
explanation of Pixar's
standard benefits, which
will help give
you an
idea of the overall
compensation package.
Please review this
information and don't
hesitate to contact me with
any questions.

We're all very excited
about the prospect of you
joining Pixar
and I
look forward to speaking
with you soon.

Take care,
Dawn

From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM

CONFIDENTIAL

PST
To█████████████████
Subject: Pixar's Benefits Information

<Benefits Form .doc>

From: Dawn Haagstad <dawn@pixar.com>
Date: February 6, 2007 4:13:15 PM PST
To:█████████████
Subject: Re: Pixar's Benefits Information

Hello █████

We've looked at everything further and here's the latest and
greatest. With regard to salary, in comparing your skill set with
internal artists, we're honestly not able to increase the salary
and continue to be consistent with existing Pixar employees. You
are amazingly talented and we truly recognize this talent, which is
why we would love to have you at the Studio. One option that we're
hoping will be feasible on your end is a signing bonus.

We would like to offer you a $10K signing bonus, which you would
receive the first pay check after your start date (we are paid on a
weekly basis). This will help add to your base salary and
hopefully will help alleviate some of the salary concerns. As we
also discussed, you'll be eligible for the 401K plan, vacation,
family coverage for medical/dental/vision at only $90 p/month,
classes through Pixar University, etc.

We completely understand the needs of your family and are
desperately keeping our fingers crossed that everything will
selfishly work in our favor :-) I'm in a number of meetings this
afternoon and will be difficult to reach via telephone. I
apologize for sending this via email but I wanted to get this
information to you as soon as possible.

Please don't hesitate to contact me with any questions.

Talk to you soon,
Dawn

On Feb 5, 2007, at 9:47 AM█████████████ wrote:

Dawn,

Thank you for getting back to me so quickly and I certainly
appreciate your candor. I feel the exact same way as PIXAR
does
about having artist that are there for the work and not the
salary. I want to assure you that each time I think about the
prospect of working there my primary motivation is working
on "W-
e" with Ralph and Ellen and all the amazing talented people at

PIXAR, not salary. As I am sure you can appreciate I need to think
of my other two important productions (mom and baby) ;-) and what
is best for them.

I have the utmost respect for Jim having worked for him on several
occasions before he left ILM. I certainly appreciate you taking
this matter up with him and anything you can do will be greatly appreciated. I look forward
to hearing back from you.

-------------- Original message ----------------------
From: Dawn Haagstad <dawn@pixar.com>

Hello 

I was in late meetings Friday evening so didn't receive your email
until this morning.  I understand your concerns regarding salary but
in all honesty, I don't know how much flexibility we will have.
Pixar is a studio that offers employees an opportunity to work
creatively with the knowledge that new hires are brought on board
and
paid fairly compared to existing Pixar employees. We always try to
put our best offer out initially because it's important to recognize
one's talent from the start - so that artists don't feel the need to
go back and forth regarding money.  This is also one of the reasons
that we don't operate on a contract basis...it's paramount that
artists are here because they enjoy the collaborative work
environment while being paid a fair and respectable salary.

If I could extend the run-of-show duration of the project, I
would be
more than willing but unfortunately, that's not in our control.  The
production schedules are relatively set and we try to estimate the
approximate work load to the best of our ability. There is always
the possibility that a "wrap date" will run longer, but we can't
make
that guarantee.

CONFIDENTIAL                                                         PIX00002405

You are, without a doubt, incredibly talented and I know the show
feels you would be a good fit. We also can respect your concerns
and
understand leaving a regular full-time position can be very
daunting. It's important that you feel you're being paid fairly and
within a comfortable range. As I mentioned before, we don't have
much flexibility regarding salary but I will check with Jim Morris,
(VP of Production) and share your concerns. While we might not be
able to increase the salary by any great amounts, perhaps we can
consider a sign on bonus.

Jim's schedule can be rather hectic but I will get time on his
calendar as soon as possible. I should be able to touch base with
you within the next couple days. Hope you had a nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,
▬▬▬▬▬▬▬▬ wrote:

> Dawn,
>
> First and foremost, I want to thank you for your time and this
> incredible opportunity to work with PIXAR. It has been my career
> goal
> to work with such a collaborative and creative studio. I have
> reviewed
> the offer and want to discuss some concerns.
>
> My first concern is that the offer is substantially less than my
> current earnings (my salary plus my contract work). It was my hope
> that I could put aside my contract work and focus completely on the
> position at PIXAR. Considering my discussions with Ellen, I feel
> that
> my skills and past experience uniquely qualify me for this project,
> and that the breadth of my proficiency will prove valuable to the

PIX00002406

production as a whole and PIXAR into
the future.

My second concern is that the duration
of the position is run-of-
show.
Although I completely understand that
PIXAR makes no discernment
between run-of-show employees and
regular employees, the difference
for me are my fiscal responsibilities
and the longer term health
of my
career.

I appreciate the production's need for
this particular skill set
and
the uncertainty of whether this need
will extend past the
production.
I came to ILM seven years ago with a
similar scenario, as a web
designer. However, since I've been at
ILM, I have learned,
worked, and
excelled in every aspect of shot
production. This is work that I am
proud of and confident in and it is easy
for me leveraging it to a
long future with PIXAR.

In my previous email to you, I
mentioned that this opportunity
was a
close second to my marriage and birth
of our first child. This
is an
honest comparison for me, as it has
been my history to pour just as
much passion into my profession. I
would like to contribute this
same
passion and professionalism to PIXAR.
Do you have flexibility in
the
offer to either bring the run-of-show
compensation up to
$██████ or
make the offer a contract position with
a duration longer than a 11
months? I'm confident we'll be able to
meet in the middle.
Please give
me a call so we can discuss this further.

Sincerely,

██████████

CONFIDENTIAL

-------------- Original message -----------
-----------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ▮▮▮

As I mentioned during our
phone conversation,
attached is an
explanation of Pixar's
standard benefits, which
will help give
you an
idea of the overall
compensation package.
Please review this
information and don't
hesitate to contact me with
any questions.

We're all very excited
about the prospect of you
joining Pixar
and I
look forward to speaking
with you soon.

Take care,
Dawn

From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM
PST
To: ▮▮▮▮▮▮▮▮▮▮
Subject: Pixar's Benefits Information

<Benefits Form .doc>

From: Dawn Haagstad <dawn@pixar.com>
Date: February 5, 2007 9:22:12 AM PST
To ▮▮▮▮▮▮▮
Subject: Re: Pixar's Benefits Information

Hello ▮▮▮

I was in late meetings Friday evening so didn't receive your
email
until this morning. I understand your concerns regarding salary
but in all honesty, I don't know how much flexibility we will
have. Pixar is a studio that offers employees an opportunity to

PIX00002408

work creatively with the knowledge that new hires are brought
on
board and paid fairly compared to existing Pixar employees.
We
always try to put our best offer out initially because it's
important to recognize one's talent from the start - so that
artists don't feel the need to go back and forth regarding
money.
This is also one of the reasons that we don't operate on a
contract basis...it's paramount that artists are here because they
enjoy the collaborative work environment while being paid a
fair
and respectable salary.

If I could extend the run-of-show duration of the project, I
would
be more than willing but unfortunately, that's not in our
control. The production schedules are relatively set and we try
to estimate the approximate work load to the best of our
ability.
There is always the possibility that a "wrap date" will run
longer, but we can't make that guarantee.

You are, without a doubt, incredibly talented and I know the
show
feels you would be a good fit. We also can respect your
concerns
and understand leaving a regular full-time position can be very
daunting. It's important that you feel you're being paid fairly
and within a comfortable range. As I mentioned before, we
don't
have much flexibility regarding salary but I will check with Jim
Morris, (VP of Production) and share your concerns. While we
might not be able to increase the salary by any great amounts,
perhaps we can consider a sign on bonus.

Jim's schedule can be rather hectic but I will get time on his
calendar as soon as possible. I should be able to touch base
with
you within the next couple days. Hope you had a nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,                          wrote:

    Dawn,

    First and foremost, I want to thank you for your
    time and this
    incredible opportunity to work with PIXAR. It has
    been my career
    goal
    to work with such a collaborative and creative
    studio. I have
    reviewed
    the offer and want to discuss some concerns.

    My first concern is that the offer is substantially

CONFIDENTIAL

less than my
current earnings (my salary plus my contract work).
It was my hope
that I could put aside my contract work and focus
completely on the
position at PIXAR. Considering my discussions
with Ellen, I feel
that
my skills and past experience uniquely qualify me
for this project,
and that the breadth of my proficiency will prove
valuable to the
production as a whole and PIXAR into the future.

My second concern is that the duration of the
position is run-of-
show.
Although I completely understand that PIXAR
makes no discernment
between run-of-show employees and regular
employees, the difference
for me are my fiscal responsibilities and the longer
term health
of my
career.

I appreciate the production's need for this particular
skill set and
the uncertainty of whether this need will extend
past the
production.
I came to ILM seven years ago with a similar
scenario, as a web
designer. However, since I've been at ILM, I have
learned,
worked, and
excelled in every aspect of shot production. This is
work that I am
proud of and confident in and it is easy for me
leveraging it to a
long future with PIXAR.

In my previous email to you, I mentioned that this
opportunity was a
close second to my marriage and birth of our first
child. This is an
honest comparison for me, as it has been my history
to pour just as
much passion into my profession. I would like to
contribute this
same
passion and professionalism to PIXAR. Do you
have flexibility in the
offer to either bring the run-of-show compensation
up to $      or
make the offer a contract position with a duration
longer than a 11
months? I'm confident we'll be able to meet in the
middle. Please
give
me a call so we can discuss this further.


Sincerely,

-------------- Original message ---------------------
From: Dawn Haagstad <dawn@pixar.com>

Hi

As I mentioned during our phone
conversation, attached is an
explanation of Pixar's standard
benefits, which will help give
you an
idea of the overall compensation
package. Please review this
information and don't hesitate to
contact me with any questions.

We're all very excited about the
prospect of you joining Pixar
and I
look forward to speaking with you
soon.

Take care,
Dawn

From: Dawn Haagstad <dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM PST
To
Subject: Pixar's Benefits Information

<Benefits Form .doc>

**From:** Dawn Haagstad <dawn@pixar.com>
**Date:** February 6, 2007 5:20:42 PM PST
**To:**
**Subject: Re: Pixar's Benefits Information**

Hi 

Don't worry about asking too many questions. Making career decisions can be very overwhelming
and you are smart to explore and understand all the details.

Regarding stock options: The stock vests over 4 years, which means that after you pass your
anniversary date, you have the option to "exercise" 25% of your total grant (in this case, the total
grant is        Every year someone works at Pixar, they are 25% more vesting, meaning they have
access to an additional 25% of the        shares. Basically,        divided by 4 equals the amount you

CONFIDENTIAL

Case 5:11-cv-02509-LHK   Document 648-8   Filed 02/21/14   Page 65 of 78

are able to exercise each year. You don't have to exercise your shares and can continue to stock pile (no pun intended) your shares.

I will probably be on email until 6:30 so if anything else comes up this evening, just let me know. I'm now holding my breath AND crossing my fingers.

Take care,
Dawn

On Feb 6, 2007, at 4:57 PM, ▮▮▮▮▮▮▮▮▮▮ wrote:

> Dawn,
>
> This all looks great! I will talk this through with my wife one last time and have a final answer for you tomorrow. Thank you so much for taking the time to go back and fourth with me regarding all the details.
>
> Not to drag this on any further I just have 2 more little informational type questions. Will I be eligible for any end of show bonus?
>
> In regards to the options, the vesting period is 12 months but I remember speaking with you about them vesting in 4 increments. Is that to say then that the offer of ▮▮ options, I would have to stay a full 4 years to realize all those? Or are they all available at the 12 month mark but I can only exercise 25% per year?
>
> I am sooooo sorry that all this conversation revolves around money. Its just if I don't ask now I won't be able to ask later. I can't express to you how excited I am about this. Its difficult to start over but the prospect of working with such talented people on something so exciting is really awesome!
>
> Thank you again
>
> ▮▮▮▮
>
>
> -------------- Original message ---------------------
> From: Dawn Haagstad <dawn@pixar.com>
>
>> Hello ▮▮▮▮
>>
>> We've looked at everything further and here's the latest and greatest. With regard to salary, in comparing your skill set with internal artists, we're honestly not able to increase the salary and continue to be consistent with existing Pixar employees. You are amazingly talented and we truly recognize this talent, which is why we would love to have you at the Studio. One option that we're hoping will be feasible on your end is a signing bonus.
>>
>> We would like to offer you a $▮▮ signing bonus, which you would receive the first pay check after your start date (we are paid on a weekly basis). This will help add to your base salary and hopefully will help alleviate some of the salary concerns. As we also discussed, you'll be eligible for the 401K plan, vacation, family coverage for medical/dental/vision at only $▮▮ p/month, classes through Pixar University, etc.
>>
>> We completely understand the needs of your family and are desperately keeping our fingers crossed that everything will selfishly work in our favor :-) I'm in a number of meetings this afternoon and will be difficult to reach via telephone. I apologize for sending this via

CONFIDENTIAL                                                                                    PIX00002412

email but  I wanted to get this information to you as soon as possible.

Please don't hesitate to contact me with any questions.

Talk to you soon,
Dawn

On Feb 5, 2007, at 9:47 AM, ███████████████ wrote:

Dawn,

Thank you for getting back to me so quickly and I certainly
appreciate your candor. I feel the exact same way as PIXAR
does
about having artist that are there for the work and not the
salary.
I want to assure you that each time I think about the prospect of
working there my primary motivation is working on "W-e" with
Ralph
and Ellen and all the amazing talented people at PIXAR, not
salary.
As I am sure you can appreciate I need to think of my other two
important productions (mom and baby) ;-) and what is best for
them.

I have the utmost respect for Jim having worked for him on
several
occasions before he left ILM. I certainly appreciate you taking
this matter up with him and anything you can do will be greatly
appreciated. I look forward
to hearing back from you.

███

-------------- Original message ---------------------
From: Dawn Haagstad <dawn@pixar.com>

Hello 

I was in late meetings Friday evening so didn't
receive your email
until this morning.  I understand your concerns
regarding salary but
in all honesty, I don't know how much flexibility
we will have.
Pixar is a studio that offers employees an
opportunity to work
creatively with the knowledge that new hires are
brought on board and
paid fairly compared to existing Pixar employees.
We always try to
put our best offer out initially because it's important
to recognize
one's talent from the start - so that artists don't feel
the need to
go back and forth regarding money.  This is also
one of the reasons
that we don't operate on a contract basis...it's
paramount that

artists are here because they enjoy the collaborative
work
environment while being paid a fair and respectable
salary.

If I could extend the run-of-show duration of the
project, I would be
more than willing but unfortunately, that's not in
our control. The
production schedules are relatively set and we try to
estimate the
approximate work load to the best of our ability.
There is always
the possibility that a "wrap date" will run longer,
but we can't make
that guarantee.

You are, without a doubt, incredibly talented and I
know the show
feels you would be a good fit. We also can respect
your concerns and
understand leaving a regular full-time position can
be very
daunting. It's important that you feel you're being
paid fairly and
within a comfortable range. As I mentioned before,
we don't have
much flexibility regarding salary but I will check
with Jim Morris,
(VP of Production) and share your concerns. While
we might not be
able to increase the salary by any great amounts,
perhaps we can
consider a sign on bonus.

Jim's schedule can be rather hectic but I will get
time on his
calendar as soon as possible. I should be able to
touch base with
you within the next couple days. Hope you had a
nice weekend!

Take care,
Dawn

On Feb 2, 2007, at 3:20 PM,
▓▓▓▓▓▓▓▓▓▓▓ wrote:

Dawn,

First and foremost, I want to thank you
for your time and this
incredible opportunity to work with
PIXAR. It has been my career
goal
to work with such a collaborative and
creative studio. I have
reviewed
the offer and want to discuss some

concerns.

My first concern is that the offer is
substantially less than my
current earnings (my salary plus my
contract work). It was my hope
that I could put aside my contract work
and focus completely on the
position at PIXAR. Considering my
discussions with Ellen, I feel
that
my skills and past experience uniquely
qualify me for this project,
and that the breadth of my proficiency
will prove valuable to the
production as a whole and PIXAR into
the future.

My second concern is that the duration
of the position is run-of-
show.
Although I completely understand that
PIXAR makes no discernment
between run-of-show employees and
regular employees, the difference
for me are my fiscal responsibilities
and the longer term health
of my
career.

I appreciate the production's need for
this particular skill set and
the uncertainty of whether this need
will extend past the
production.
I came to ILM seven years ago with a
similar scenario, as a web
designer. However, since I've been at
ILM, I have learned,
worked, and
excelled in every aspect of shot
production. This is work that I am
proud of and confident in and it is easy
for me leveraging it to a
long future with PIXAR.

In my previous email to you, I
mentioned that this opportunity was a
close second to my marriage and birth
of our first child. This is an
honest comparison for me, as it has
been my history to pour just as
much passion into my profession. I
would like to contribute this
same
passion and professionalism to PIXAR.
Do you have flexibility in the
offer to either bring the run-of-show
compensation up to          or
make the offer a contract position with
a duration longer than a 11

months? I'm confident we'll be able to
meet in the middle. Please
give
me a call so we can discuss this further.

Sincerely,

▮▮▮▮▮▮

-------------- Original message -----------
-----------
From: Dawn Haagstad
<dawn@pixar.com>

Hi ▮▮▮

As I mentioned during our
phone conversation,
attached is an
explanation of Pixar's
standard benefits, which
will help give
you an
idea of the overall
compensation package.
Please review this
information and don't
hesitate to contact me with
any questions.

We're all very excited
about the prospect of you
joining Pixar
and I
look forward to speaking
with you soon.

Take care,
Dawn

From: Dawn Haagstad
<dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM
PST
To: ▮▮▮▮▮▮
Subject: Pixar's Benefits Information

<Benefits Form .doc>

From: Dawn Haagstad <dawn@pixar.com>
Date: February 5, 2007 9:22:12 AM PST
To: ▮▮▮▮▮

Subject: Re: Pixar's Benefits Information

Hello█████

I was in late meetings Friday evening so didn't receive your email
until this morning.  I understand your concerns regarding salary
but in all honesty, I don't know how much flexibility we will
have.  Pixar is a studio that offers employees an opportunity to
work creatively with the knowledge that new hires are brought on
board and paid fairly compared to existing Pixar employees.  We
always try to put our best offer out initially because it's
important to recognize one's talent from the start - so that
artists don't feel the need to go back and forth regarding money.
This is also one of the reasons that we don't operate on a contract
basis...it's paramount that artists are here because they enjoy the
collaborative work environment while being paid a fair and
respectable salary.

If I could extend the run-of-show duration of the project, I would
be more than willing but unfortunately, that's not in our control.
The production schedules are relatively set and we try to estimate
the approximate work load to the best of our ability.  There is
always the possibility that a "wrap date" will run longer, but we
can't make that guarantee.

You are, without a doubt, incredibly talented and I know the show
feels you would be a good fit.  We also can respect your concerns
and understand leaving a regular full-time position can be very
daunting.  It's important that you feel you're being paid fairly
and within a comfortable range.  As I mentioned before, we don't
have much flexibility regarding salary but I will check with Jim
Morris, (VP of Production) and share your concerns.  While we might
not be able to increase the salary by any great amounts, perhaps we
can consider a sign on bonus.

Jim's schedule can be rather hectic but I will get time on his
calendar as soon as possible.  I should be able to touch base with
you within the next couple days.  Hope you had a nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM,█████████████████ wrote:

PIX00002417

Dawn,

First and foremost, I want to thank you for your time and this
incredible opportunity to work with PIXAR. It has been my career goal
to work with such a collaborative and creative studio. I have
reviewed
the offer and want to discuss some concerns.

My first concern is that the offer is substantially less than my
current earnings (my salary plus my contract work). It was my hope
that I could put aside my contract work and focus completely on the
position at PIXAR. Considering my discussions with Ellen, I feel that
my skills and past experience uniquely qualify me for this project,
and that the breadth of my proficiency will prove valuable to the
production as a whole and PIXAR into the future.

My second concern is that the duration of the position is run-of-
show.
Although I completely understand that PIXAR makes no discernment
between run-of-show employees and regular employees, the difference
for me are my fiscal responsibilities and the longer term health
of my
career.

I appreciate the production's need for this particular skill set and
the uncertainty of whether this need will extend past the production.
I came to ILM seven years ago with a similar scenario, as a web
designer. However, since I've been at ILM, I have learned, worked,
and
excelled in every aspect of shot production. This is work that I am
proud of and confident in and it is easy for me leveraging it to a
long future with PIXAR.

In my previous email to you, I mentioned that this opportunity was a
close second to my marriage and birth of our first child. This is an
honest comparison for me, as it has been my history to pour just as
much passion into my profession. I would like to contribute this same
passion and professionalism to PIXAR. Do you

PIX00002418

have flexibility in the
offer to either bring the run-of-show compensation
up to ▮▮▮▮  or
make the offer a contract position with a duration
longer than a 11
months? I'm confident we'll be able to meet in the
middle. Please
give
me a call so we can discuss this further.

Sincerely,

▮▮▮▮▮▮▮▮

-------------- Original message ---------------------
From: Dawn Haagstad <dawn@pixar.com>

Hi ▮▮▮▮

As I mentioned during our phone
conversation, attached is an
explanation of Pixar's standard
benefits, which will help give
you an
idea of the overall compensation
package.  Please review this
information and don't hesitate to
contact me with any questions.

We're all very excited about the
prospect of you joining Pixar and I
look forward to speaking with you
soon.

Take care,
Dawn

From: Dawn Haagstad <dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM PST
To: ▮▮▮▮▮▮▮▮▮▮▮
Subject: Pixar's Benefits Information

<Benefits Form .doc>

From: Dawn Haagstad <dawn@pixar.com>
Date: February 6, 2007 4:13:15 PM PST
To: ▮▮▮▮▮▮▮▮
Subject: Re: Pixar's Benefits Information

Hello ▮▮▮▮

PIX00002419

We've looked at everything further and here's the latest and greatest. With regard to salary, in comparing your skill set with internal artists, we're honestly not able to increase the salary and continue to be consistent with existing Pixar employees. You are amazingly talented and we truly recognize this talent, which is why we would love to have you at the Studio. One option that we're hoping will be feasible on your end is a signing bonus.

We would like to offer you a $1██ signing bonus, which you would receive the first pay check after your start date (we are paid on a weekly basis). This will help add to your base salary and hopefully will help alleviate some of the salary concerns. As we also discussed, you'll be eligible for the 401K plan, vacation, family coverage for medical/dental/vision at only $90 p/month, classes through Pixar University, etc.

We completely understand the needs of your family and are desperately keeping our fingers crossed that everything will selfishly work in our favor :-) I'm in a number of meetings this afternoon and will be difficult to reach via telephone. I apologize for sending this via email but I wanted to get this information to you as soon as possible.

Please don't hesitate to contact me with any questions.

Talk to you soon,
Dawn

On Feb 5, 2007, at 9:47 AM ████████████████ wrote:

> Dawn,
>
> Thank you for getting back to me so quickly and I certainly appreciate your candor. I feel the exact same way as PIXAR does about having artist that are there for the work and not the salary. I want to assure you that each time I think about the prospect of working there my primary motivation is working on "W-e" with Ralph and Ellen and all the amazing talented people at PIXAR, not salary. As I am sure you can appreciate I need to think of my other two important productions (mom and baby) ;-) and what is best for them.
>
> I have the utmost respect for Jim having worked for him on several occasions before he left ILM. I certainly appreciate you taking this matter up with him and anything you can do will be greatly appreciated. I look forward to hearing back from you.
>
> ████
>
>
> -------------- Original message ----------------------
> From: Dawn Haagstad <dawn@pixar.com>
>
> > Hello ████
> >
> > I was in late meetings Friday evening so didn't receive your email
> > until this morning. I understand your concerns regarding salary but
> > in all honesty, I don't know how much flexibility we will have.
> > Pixar is a studio that offers employees an opportunity to work creatively with the knowledge that new hires are brought on board and
> > paid fairly compared to existing Pixar employees. We always

CONFIDENTIAL

try to
put our best offer out initially because it's important to recognize
one's talent from the start - so that artists don't feel the need to go back and forth regarding money. This is also one of the reasons
that we don't operate on a contract basis...it's paramount that artists are here because they enjoy the collaborative work environment while being paid a fair and respectable salary.

If I could extend the run-of-show duration of the project, I would be
more than willing but unfortunately, that's not in our control. The
production schedules are relatively set and we try to estimate the
approximate work load to the best of our ability. There is always
the possibility that a "wrap date" will run longer, but we can't make
that guarantee.

You are, without a doubt, incredibly talented and I know the show
feels you would be a good fit. We also can respect your concerns and
understand leaving a regular full-time position can be very daunting. It's important that you feel you're being paid fairly and
within a comfortable range. As I mentioned before, we don't have
much flexibility regarding salary but I will check with Jim Morris,
(VP of Production) and share your concerns. While we might not be
able to increase the salary by any great amounts, perhaps we can
consider a sign on bonus.

Jim's schedule can be rather hectic but I will get time on his calendar as soon as possible. I should be able to touch base with
you within the next couple days. Hope you had a nice weekend!

Take care,
Dawn


On Feb 2, 2007, at 3:20 PM, ▮▮▮▮▮▮▮▮▮▮▮ wrote:

Dawn,

First and foremost, I want to thank you for your time and this
incredible opportunity to work with PIXAR. It has been my career goal
to work with such a collaborative and creative studio. I have reviewed
the offer and want to discuss some concerns.

PIX00002421

My first concern is that the offer is substantially less than my
current earnings (my salary plus my contract work). It was my hope
that I could put aside my contract work and focus completely on the
position at PIXAR. Considering my discussions with Ellen, I feel that
my skills and past experience uniquely qualify me for this project,
and that the breadth of my proficiency will prove valuable to the
production as a whole and PIXAR into the future.

My second concern is that the duration of the position is run-of-show.
Although I completely understand that PIXAR makes no discernment
between run-of-show employees and regular employees, the difference
for me are my fiscal responsibilities and the longer term health of my
career.

I appreciate the production's need for this particular skill set and
the uncertainty of whether this need will extend past the production.
I came to ILM seven years ago with a similar scenario, as a web
designer. However, since I've been at ILM, I have learned, worked, and
excelled in every aspect of shot production. This is work that I am
proud of and confident in and it is easy for me leveraging it to a
long future with PIXAR.

In my previous email to you, I mentioned that this opportunity was a
close second to my marriage and birth of our first child. This is an
honest comparison for me, as it has been my history to pour just as
much passion into my profession. I would like to contribute this same
passion and professionalism to PIXAR. Do you have flexibility in the
offer to either bring the run-of-show compensation up to $███████ or
make the offer a contract position with a duration longer than a 11
months? I'm confident we'll be able to meet in the middle. Please give
me a call so we can discuss this further.

Sincerely,

███████████

-------------- Original message ----------------------
From: Dawn Haagstad <dawn@pixar.com>

Hi █████

As I mentioned during our phone
conversation, attached is an
explanation of Pixar's standard
benefits, which will help give you an
idea of the overall compensation
package. Please review this
information and don't hesitate to
contact me with any questions.

We're all very excited about the
prospect of you joining Pixar and I
look forward to speaking with you
soon.

Take care,
Dawn

From: Dawn Haagstad <dawn@pixar.com>
Date: February 1, 2007 5:04:28 PM PST
To: ████████████████
Subject: Pixar's Benefits Information

<Benefits Form .doc>

From: Dawn Haagstad <dawn@pixar.com>
Date: February 5, 2007 9:22:12 AM PST
To ████████████████
Subject: Re: Pixar's Benefits Information

Hello █████

I was in late meetings Friday evening so didn't receive your email until this
morning. I understand your concerns regarding salary but in all honesty, I
don't know how much flexibility we will have. Pixar is a studio that offers
employees an opportunity to work creatively with the knowledge that new
hires are brought on board and paid fairly compared to existing Pixar
employees. We always try to put our best offer out initially because it's
important to recognize one's talent from the start - so that artists don't feel
the need to go back and forth regarding money. This is also one of the
reasons that we don't operate on a contract basis...it's paramount that artists
are here because they enjoy the collaborative work environment while being
paid a fair and respectable salary.

If I could extend the run-of-show duration of the project, I would be more
than willing but unfortunately, that's not in our control. The production
schedules are relatively set and we try to estimate the approximate work load
to the best of our ability. There is always the possibility that a "wrap date"
will run longer, but we can't make that guarantee.

You are, without a doubt, incredibly talented and I know the show feels you would be a good fit. We also can respect your concerns and understand leaving a regular full-time position can be very daunting. It's important that you feel you're being paid fairly and within a comfortable range. As I mentioned before, we don't have much flexibility regarding salary but I will check with Jim Morris, (VP of Production) and share your concerns. While we might not be able to increase the salary by any great amounts, perhaps we can consider a sign on bonus.

Jim's schedule can be rather hectic but I will get time on his calendar as soon as possible. I should be able to touch base with you within the next couple days. Hope you had a nice weekend!

Take care,
Dawn

On Feb 2, 2007, at 3:20 PM,                         wrote:

Dawn,

First and foremost, I want to thank you for your time and this incredible opportunity to work with PIXAR. It has been my career goal
to work with such a collaborative and creative studio. I have reviewed
the offer and want to discuss some concerns.

My first concern is that the offer is substantially less than my current earnings (my salary plus my contract work). It was my hope
that I could put aside my contract work and focus completely on the
position at PIXAR. Considering my discussions with Ellen, I feel that
my skills and past experience uniquely qualify me for this project,
and that the breadth of my proficiency will prove valuable to the production as a whole and PIXAR into the future.

My second concern is that the duration of the position is run-of-show.
Although I completely understand that PIXAR makes no discernment
between run-of-show employees and regular employees, the difference
for me are my fiscal responsibilities and the longer term health of my
career.

I appreciate the production's need for this particular skill set and the uncertainty of whether this need will extend past the production.
I came to ILM seven years ago with a similar scenario, as a web designer. However, since I've been at ILM, I have learned, worked, and
excelled in every aspect of shot production. This is work that I am
proud of and confident in and it is easy for me leveraging it to a

CONFIDENTIAL

long future with PIXAR.

In my previous email to you, I mentioned that this opportunity was a
close second to my marriage and birth of our first child. This is an
honest comparison for me, as it has been my history to pour just as
much passion into my profession. I would like to contribute this same
passion and professionalism to PIXAR. Do you have flexibility in the
offer to either bring the run-of-show compensation up to
$███████ or
make the offer a contract position with a duration longer than a 11
months? I'm confident we'll be able to meet in the middle. Please give
me a call so we can discuss this further.

Sincerely,

████████████

-------------- Original message ---------------------
From: Dawn Haagstad <dawn@pixar.com>

Hi ██████

As I mentioned during our phone conversation,
attached is an
explanation of Pixar's standard benefits, which will
help give you an
idea of the overall compensation package.  Please
review this
information and don't hesitate to contact me with
any questions.

We're all very excited about the prospect of you
joining Pixar and I
look forward to speaking with you soon.

Take care,
Dawn

**From:** Dawn Haagstad <dawn@pixar.com>
**Date:** February 1, 2007 5:04:28 PM PST
**To** ██████████████████
**Subject: Pixar's Benefits Information**

<Benefits Form .doc>

PIX00002425