# EXHIBIT 179

# REDACTED PUBLIC VERSION

**From:** Howard Look <howard@pixar.com>
**Sent:** Wednesday, August 24, 2005 8:07 PM
**To:** Robin McDonald <rmcdonald@pixar.com>
**Cc:** Gareth Davis <gdavis@pixar.com>
**Bcc:** Howard Look <howard@pixar.com>
**Subject:** Fwd ▮▮▮▮

Hi Robin,

We had the discussion about recruiting at VP lunch today. With Lori, Simon, Lois, and Ed all present, we agreed that it was fine for us to proactively recruit out of companies as long as those companies aren't Apple, Disney, ILM, any other studio, or anyone that might be a customer of ours (i.e. buys Renderman).

Macromedia, Adobe, Ofoto, Google, or any other random Silicon Valley company are fair game to proactively recruit from. Given our steep hiring ramp, I think we need to take that step.

With that in mind, could you please see if you can contact ▮▮ ▮▮▮▮ at Ofoto and see if he is interested in the program management position. See the thread below.

Thanks!
Howard

Begin forwarded message:

> From: Gareth Davis <gdavis@pixar.com>
> Date: August 17, 2005 7:09:06 PM PDT
> To: Howard Look <howard@pixar.com>
> Subject: Re: ▮▮ ▮▮▮▮▮▮
>
> It was a direct crib from Allan's Job Description, I think to convey
> that this is an entry level position. Your point is well taken. I'll
> change it. Might be a few days for it to manifest on the web-page.
>
> -Gareth
>
> On Aug 16, 2005, at 10:49 AM, Howard Look wrote:
>
>> Sure. Before I do - I just looked at the job description again,
>> and saw the line:
>> The Program Management Team is looking for a junior level
>> Project Manager to help manage the creation of new software for the
>> studio.
>>
>> I'm curious about your rationale for including "junior level" ?
>>
>> This seems like it would scare some program managers away, worrying
>> them that they would get pidgeon-holed and not get career advancement
>> opportunities.
>>
>> Instead, why not take that out, which may increase the resume flow,
>> and then we can decide what is appropriate based on the candidate?
>>
>> Thanks,
>> H
>>
>> On Aug 16, 2005, at 10:29 AM, Gareth Davis wrote:

CONFIDENTIAL                                                                                        PIX00003610

```
>>
>>> Can we ask him to look at the job listing on the Pixar website and
>>> if he is interested submit his resume through the website?
>>>
>>> On Aug 15, 2005, at 2:31 PM, Howard Look wrote:
>>>
>>>> Let me know if you want me to contact ■ via LinkedIn.
>>>>
>>>> H
>>>>
>>>> Begin forwarded message:
>>>>
>>>>> Howard...
>>>>>
>>>>> ■ worked for me at Liquid Audio.  He started out as a manager
>>>>> for online services (web site, store, etc.).   I had him promoted
>>>>> to Director to take over this part of my department so that I
>>>>> could focus on technology development, making him my peer.
>>>>>
>>>>> ■ is very capable and organized and has strong communication
>>>>> skills.  He would do well as a program manager.  He will need some
>>>>> time to come up to speed on the specifics of your tools and
>>>>> priorities, but he will contribute.  He is reliable and is able
>>>>> to follow direction and can be counted on to perform the details,
>>>>> including documentation and reports.
>>>>>
>>>>> His personal expertise is databases, but has been able to work
>>>>> with creative staff (primarily web based) as well as software
>>>>> engineers.  I don't think that he has experience with 3D.
>>>>>
>>>>> -dan
>>>>>
>>>>>
>>>>
>>>
>>
>
```

CONFIDENTIAL                                                                                           PIX00003611