# EXHIBIT 421

# REDACTED PUBLIC VERSION

**From:** EC
**Sent:** Wednesday, February 18, 2004 1:19 AM
**To:** Steve Jobs <sjobs@apple.com>
**Subject:** Sony

Sony has approached all of our producers trying to hire them. They all just
ignored Sony, although ▮ forwarded on the email from the recruiter.

Today, ▮, one of our department managers told me that she was offered a position as producer for Sony's first CG film and is likely to accept. If so, she would report to ▮

▮ was a very good department manager who some day will probably make the leap to producer, although ▮ do not think
that she is ready yet. She has not had any experience with any of the shot
departments which is the bulk of production.

The director of the movie is ▮ who started off as head of story on Monsters
but burnt out. She is good but fragile. The movie is about animals that turn the
table on hunters. ▮

▮ will talk with her. She isn't so great that we have to keep her, and she isn't so
bad that she would hurt Sony.

We don't have a no raid arrangement with Sony. We have set up one with ILM and
Dreamworks which has worked quite well. I probably should go down and meet
▮ and Sony to reach some agreement. Our people are become really desirable and we need to nip this in the bud.

EXHIBIT 421
Deponent Catmull
Date 1-24-13
Gina V. Carbone, CSR

CONFIDENTIAL                                                                                       PIX00006023