# EXHIBIT 424

# REDACTED PUBLIC VERSION

**From:** Steve Jobs <sjobs@apple.com>
**Sent:** Monday, October 31, 2005 7:17 PM
**To:** Ed Catmull
**Subject:** Re: Apple employee seeking a job at PIxar

Go ahead and talk with him.

Steve


On Oct 31, 2005, at 9:34 AM, Ed Catmull wrote:

Several months ago an Apple employee named ▮▮▮▮▮ applied for a job with us as a test automation engineer. I believe that he is happy with Apple but lives in San Francisco and wants something closer.

We declined.

He called recently and said that he has another offer and still plans to leave. Do you object if we talk with him? I think he is in the Java build group.

1

EXHIBIT 424
Deponent Catmull
Date 1-24-13
Gina V. Carbone, CSR

CONFIDENTIAL                                                                 PIX00009182