# EXHIBIT 947

# REDACTED PUBLIC VERSION

**From:** Lori McAdams <lmcadams@pixar.com>
**Sent:** Wednesday, February 9, 2005 6:54 PM
**To:** Lisa Dennis <ldennis@pixar.com>
**Subject:** Lucas candidates

I know our records can be hard to access and our reporting is sketchy, but can you tell me (even roughly)

* how many current Lucas/ILM employees we have under real consideration for employment (i.e. we're interviewing them, or have screened their materials and plan to interview them)
* how many former Lucas/ILM employees we have under real consideration
* how many of our new hires over the past six months have been former Lucas/ILM employees

Ed & Simon need to talk with Mich Chau (the LFL President) and possibly George about this (they got really mad that we've hired ▮▮▮▮▮) and I want to give Ed some info.

Please call me so I can explain in more detail what I'm thinking.

Thanks!

EXHIBIT 947
WIT. CHAU
DATE 2-21-13
KRAMM COURT REPORTING

CONFIDENTIAL                                PIX00003640