# EXHIBIT 149 TO
# HARVEY DECLARATION
# REDACTED VERSION



## Internal Offers Training

Sheryl Mott

76579DOC000714
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Agenda

- Internal Offers Account
- Templates
- US External Hiring Support
- Relocation
- Automated Lateral
- Internal Equity
- Field to Factory
- Non-exempt to Exempt Promos
- Queries

2

76579DOC000714_000002
CONFIDENTIAL - ATTORNEYS' EYES ONLY



3

76579DOC000714_000003
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Templates

76579DOC000714_000008
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579D0000007714_000009
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000010
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Relocation

Mailbox: Relocation US Domestic
Process Variance from normal internal offers

76579DOC000714_000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Lateral Automated Offers Maintenance

76579DOC000714_000012
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Field/ Factory Grade Conversion

| Factory Grade | U.S. Grade 80 Series | |
|---|---|---|
| 2 | | |
| 3 | 80 | |
| 5 | 81 | |
| 6 | 82 | |
| 7 | 83 | |
| 8 | 84 | |
| 9 | 85/86 | |
| 10 | 87 | |
| 11 | 88 | |

76579DOC000714_000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Non-Exempt Site to Site

76579DOC000714_000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC000714_000021
CONFIDENTIAL - ATTORNEYS' EYES ONLY