# EXHIBIT 150 TO
# HARVEY DECLARATION
# REDACTED VERSION

# EXHIBIT 150

# FILED UNDER SEAL