# EXHIBIT 153 TO
# HARVEY DECLARATION
# REDACTED VERSION



(Biz Group Name)
Staffing Plan

(Date)
(Name and/or Owner's of Plan)

Intel Confidential                                    1

76592DOC015613
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Staffing Plan Components

- Staffing Customer Support Model  - (Ramp and Non-Ramp)
  – Org Chart
  – Staffing Customer Support
  – Business Group Support
  – Recruiting Resources/Headcount Algorithm
- Biz Group Ramp Plan/POR (Ramp and Non-Ramp)
  – Hiring Algorithm (Ramp)
  – Weekly Drum Beat (Ramp)
  – Success Metrics and Reporting (Ramp and Non-Ramp)
- Sourcing Plan (Ramp and Non-Ramp)
  – Recruiting Methodology
  – Priority Hiring Needs (By Quarter)
  – Targeted Sources by Skill Type
  – Planned Activities / Key Events Calendar
  – Diversity Plan
  – Projected Recruiting Costs/ROI
- Key Challenges (Ramp and Non-Ramp)
- Recommendations/Help Needed Moving Forward (Ramp/Non-Ramp)
- Back-Up

Intel Confidential                                    2

76592DOC015614
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76592DOC015615
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Staffing Customer Support

**STAFFING ACCOUNT MANAGEMENT**
- Manages Global Staffing account, staffing strategies current/forecasted needs, WFP, emerging needs, roadmaps, PLAN

**STAFFING OPERATIONS MANAGEMENT**
- Manages day to day Staffing Operations for a given geography --- execution, resources, tactics to meeting hiring plans/strategies. Drive efficiencies and effectiveness to the hiring process.

**RECRUITERS**
- Generate and present prescreened qualified candidates
- Coordinate additional resources as needed (i.e. contract recruiters, #hiring events, advertising, headhunters etc.)

**STAFFING CONSULTANTS**
- Timely candidate offer- development and delivery
- Consultant on all compensation, immigration and relocation questions/inquiries

**FIRST LINE HIRING TOOL SUPPORT FOR MGRS**
- On line tutorial on hiring tool: http://circuit.intel.com/Circuit/Index/Employee+Services/People+Management/Hiring/Hiring+at+Intel+%28HAI%29+Clinics.htm
- HM phone support to address complex issues
  - (801) 445-2150
- ASK ES
  - Circuit > Quick Links > Ask ES > Select the "Hiring" category
- Intact Team training as requested
- Consultant an Expert Program that encourages HMs to schedule time with an expert before they start the process
- Live Chat will be linked to the tool so you will have immediate answers to your questions.
- Resources are being added provide assistance
  - 6 team members to customer support
  - 15 team members as Staffing Consultants/Staffing Specialist

Intel Confidential                                                                                              4

76592DOC015616
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Business Group Support

- Hiring Managers
  - Engage us early to support your existing and/or changing hiring needs
  - Provide detailed job profiles to recruiter --- know what it is you're looking for and provide that detail to the recruiter --- add search request form as an example?
  - Provide timely feedback on candidate submittals
  - Sense of urgency with interviews and offers --- competition is fierce
  - Facilitate success of strategic programs; diversity, college programs etc
  - Follow the hiring process; use the tools

- Hiring Champion/Coordinator-Point of Contact for Group
  - Facilitate proper hiring process from req open to fill
    - Inform staffing on changing hiring targets, candidate quality and help needed
    - Insure proper interview/offer documentation and coordination (critical to indicator reporting)

76592DOC015617
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Recruiting Resources – Headcount Algo



Intel Confidential

6

76592DOC015618
CONFIDENTIAL - ATTORNEYS' EYES ONLY

F4
# Biz Group Ramp Plan/POR



Intel Confidential                                           7



76592DOC015619
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Slide 7**

---

f4      template should come from Rafa Forecast Tool --- Felicia to work with Rafa
         fmthigpe, 9/22/2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY



76592DOC015621
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Slide 8**

f5        template to come from forecast tool

fmthigpe, 9/22/2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Hiring Algorithm



Intel Confidential                                                                                    9

• Talk to our readiness to do this work from a resource perspective

76592DOC015623
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Weekly Hiring Drumbeat



Intel Confidential                                                                10

76592DOC015624
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Success Metrics and Reporting

- Weekly Reporting
  - PAS to POR
  - Open Reqs
  - On Boards
  - Future Starts
  - Pending Offers/Accepts
  - Resume Pipeline
  - Candidate Quality Ratio's

Intel Confidential                                                                        11

76592DOC015625
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Sourcing Plan Components

- Talent Generation/Recruiting Methodology
- Priority Hiring Needs (By Quarter)
- Targeted Sources by Skill Type
- Planned Activities / Key Events Calendar
- Diversity Plan
- Projected Recruiting Costs/ROI

Intel Confidential                                    12

76592DOC015626
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Recruiting Methodology



Intel Confidential                                                14

76592DOC015628
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# (Quarterly) Priority Hiring Needs
**(should include skill type and quantity where possible)**

| CEG |
| --- |
| Sr. Video Engineer |
| Sr. Staff Systems Architect |
| Post Silicon Debug Engineer |
| Verification Engineer |

| CSG |
| --- |
| Content Dist. Program Director |
| Content Usage Initiation Director |
| Smart Client Architect |
| Content Services Architect |
| Factory Engineering Communications Infrastructure |
| Content Solutions Architect XML |
| Factory Engineering Client Tools (1) |
| Factory Engineering Client Tools (2) |
| Factory Engineer Web Services Architect |

| CCG |
| --- |
| Software Engineers |

Intel Confidential                    15

76592DOC015629
CONFIDENTIAL - ATTORNEYS' EYES ONLY



-Remind managers that we need to use them to identify people at the technical
events. Get cards and names of people

76592DOC015630
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Historical Staffing Sourcing Yields



Intel Confidential                                    17

76592DOC015631
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Calendar of Events / Key Activities



Intel Confidential                                                    18

76592DOC015632
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Diversity - Recruiting Conferences and Events

- We attend national, regional and local conferences and events staged by diversity-based organizations such as:
  - Women in Technology Institute (WITI)
  - National Hispanic MBA Assn
  - Urban League
- Typical Intel presence:
  - Team of recruiters
  - Intel Corporate Diversity presence
  - Advertising support in national and event media
  - Reception or other sponsored event
- What's different
  - Ability to make on-the-spot offers
  - More contemporary ads
  - Warmer ads with more appeal
  - Diversity recruiting brochure (avail 6/05)

Intel Confidential

19

76592DOC015633
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Recommendations/Help Needed Moving Forward

**Help Needed**
- Need to ensure "system of record" reflects true need
- Need to ensure we get timely feedback on candidates provided
- May require funding for Ad copy, conference attendance, HH support --- if needed

Intel Confidential                                                          20

-Send talent to Justin and Hiring Champions to make sure they get them placed.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## BACK - UP

Intel Confidential                                                                 21

76592DOC015635
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Recruiting Process With a Requisition



76592DOC015636
CONFIDENTIAL - ATTORNEYS' EYES ONLY