# EXHIBIT 1304

# REDACTED PUBLIC VERSION



13 or. 1

CONFIDENTIAL

EXHIBIT 1304
Deponent sheehy
Date 3-5-13
Gina V. Carbone, CSR

Page 1

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044219



1304.2

CONFIDENTIAL                                                Page 2

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044220



CONFIDENTIAL

Page 3

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044221



CONFIDENTIAL

Page 4

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044222



CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044223

13041.7

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044224

1304.7

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044225



13<sub></sub>

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044226



1304.9

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044227

13 04 10

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044228



1304.11

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

Page 11

PIX00044229



1304.12

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044230