# EXHIBIT 1308

# REDACTED PUBLIC VERSION

13081

EXHIBIT 1308
Deponent Sheehy
Date 3-5-13
Gina V. Carbone, CSR

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.2

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.3

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



13081.7

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



13087

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.11

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.12

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.13

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.15

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.16

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.17

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



1308.23

CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY



CONFIDENTIAL-ATTORNEYS'
EYES ONLY

CONFIDENTIAL-ATTORNEYS'
EYES ONLY

1308.31