# EXHIBIT 1309

# REDACTED PUBLIC VERSION

| | |
|---|---|
| **From:** | Erica Perkins-Youman <ericapy@pixar.com> |
| **Sent:** | Wednesday, August 23, 2006 1:08 PM |
| **To:** | Howard Look |
| **Subject:** | Re: New Tools Leveling, and Salary Proposals |

Hi Howard,

Just wanted to let you know that I will be meeting with Lori later today and will bring this topic up with her for review. We'll get back to you be the end of the week (at the latest).

Thanks!
Erica


On Aug 16, 2006, at 5:22 PM, Howard Look wrote:

> Hi Erika,
>
> Sending this to you as well, since it looks like Lori is out.
>
> Thanks,
> Howard
>
> Begin forwarded message:
>
>> From: Howard Look <howard@pixar.com>
>> Date: August 16, 2006 5:16:29 PM PDT
>> To: Lori McAdams <lmcadams@pixar.com>
>> Subject: New Tools Leveling, and Salary Proposals
>>
>> Hi Lori,
>>
>> As requested, here are the new Tools Software Engineer leveling
>> matrix, as well as our proposal to do some out-of-cycle adjustment
>> for our under-paid engineers.
>>
>> The goal of the leveling matrix is to give us a consistent
>> framework for evaluating the expected contribution of our software
>> engineers. It also makes it much easier to compare ourselves
>> against the Radford survey.
>>
>> The goal of the new salary proposals is compensate the lowest paid
>> team-members who are performing at the highest levels. This is a
>> "pre-emptive strike." We want to send a clear message to these
>> engineers that we value them at least as much as some new hires
>> who are seeing much more competitive offers from other companies.

1

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIX00049648

EXHIBIT 1309
Deponent Sheehy
Date 3-5-13
Gina V. Carbone, CSR

1309.1

```
>>
>> ███████████████████████████████████
   ███████████████████████████████████
   ███████████████████████████████████
   ███████████████████████████████████
   ███████████████████████████████████
   ██████████
>>
>> Finally, here is a short paragraph for each engineer that I hope
>> will justify these moves.
>>
>> The password on the salary spreadsheet is ███████. I'd love to
>> make these retroactive to July 1.
>>
>> Please let me know if there's anything else you need.
>>
>> Thanks for you help and support!
>>
>> Howard
>>
   ████████
>> Since ██████ was hired at the start of 2006 he has done an
>> exceptional job as a TD using and extending Menv30 to perform real-
>> world Production tasks, creating scripts that exercise the
>> functionality of the system and demoing them to the studio as part
>> of the Summer Pitch.  ███████ has enhanced the software by writing
>> custom plug-ins and editors in Python and C++.  Given his enormous
>> impact on the project we have transferred him into the engineering
>> group where he is now coding C++ full-time.  His skill-set,
>> knowledge and performance are at the level of a highly competent
>> junior software engineer and we'd like to adjust his salary in
>> line with his new position.
>>
   ████████
   ██████ stepped up during the C++ port to emerge as a lead of that
>> project, delivering a world-class implementation in a short
>> timeframe.  He has assumed responsibility for much of the internals
>> work of Menv30, becoming an expert in that domain and serving as a
>> point person for other engineers.  He continually identifies and
>> implements improvements to our software to ensure we have a
>> robust, reliable and elegant infrastructure.  He has clearly moved
>> up a level in terms of his expertise and contribution to the project.
>>
   ████████
   ██████ was hired at the start of 2006 as an entry level engineer
>> and has exceeded our expectations.  We hold him up as the standard
>> for all new hires.  In a short space of time he has ramped up on
>> our complex project and engineered large parts of our Graphical
>> User Interface (GUI) such as the Browser and the Strip.  He has
>> become to go-to guy for GUI engineering, collaborating with other
>> engineers to design, implement and debug our GUI layer.  He's
>> clearly operating at a level above and beyond an entry level
```

2

```
>> position and we'd like to adjust his compensation accordingly.
>>
> ▇
> ▇      is an incredibly versatile engineer who has worked in
>> tools and production for several years.  He is able to quickly
>> and effectively work on any aspect of the system to develop new
>> functionality and fix difficult bugs.  He has performed
>> exceptionally well overseeing the migration of code from the
>> existing Menv2X code-base, cleaning it up to conform to modern
>> Menv30 conventions and ensuring compatibility with legacy code.
>> He is currently our lowest paid engineer and someone we feel is
>> contributing at a higher level.
>>
▇
▇       started with Tools several years ago as an entry level
>> engineer and has developed his knowledge to the point where he is
>> able to handle jobs of high complexity with limited supervision.
>> He rewrote mdt for Menv21 and is leveraging his knowledge of
>> Pixar's animation pipeline to implement Menv30's animation
>> editors so they will be familiar to users and yet more powerful.
>> He's now working closely with the Story and Design teams to build
>> a world-class GUI framework and animation interface.  His
>> compensation should be adjusted to reflect his new level of
>> expertise and contribution to the group and project.
>>
>>
> <Tools Engr Leveling Matrix.doc>
> <2006.08.16 Tools Engr Salary.xls>
>>
>
```

3

CONFIDENTIAL – ATTORNEYS' EYES ONLY

PIX00049650

1309.3