# EXHIBIT ZZ

# REDACTED PUBLIC VERSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE:  HIGH-TECH EMPLOYEE       )

ANTITRUST LITIGATION            )

                                )   No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:       )

ALL ACTIONS.                    )

_____ )


CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEO DEPOSITION OF LORI McADAMS


AUGUST 2, 2012


Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

```
09:25:55  1    is hourly.

09:26:00  2         Q.   So  ███████████  is hourly, and the  ███████████  is

09:26:03  3    paid a base salary?

09:26:05  4         A.   Well, an hourly employee has a base hourly

09:26:09  5    rate, so I'm not distinguishing between a salaried

09:26:11  6    employee and a non-exempt employee.

09:26:14  7         Q.   I see.  Okay.  So  ███████████  of Pixar's

09:26:21  8    employees earn a base hourly rate, and the  ███████████

09:26:25  9    approximately earns a base annual salary.

09:26:29 10         A.   We quote it weekly, but, yes, a weekly salary.

09:26:33 11         Q.   Okay.

09:26:34 12         A.   They don't, you know, get paid by the hour.

09:26:37 13         Q.   Right.  Are there particular job categories at

09:26:43 14    Pixar that tend to fall into the category of either

09:26:46 15    hourly work or salaried work?

09:26:51 16         A.   Well, we follow the Fair Labor Standards Act

09:26:53 17    and wage laws of California, and so, yes, the -- the

09:26:56 18    positions are determined to be hourly or salaried based

09:26:59 19    on those rules.

09:27:04 20         Q.   So there is not -- are there particular kinds

09:27:07 21    of job tasks that tend to be performed by people who earn

09:27:11 22    a salary as opposed to people who earn an hourly wage?

09:27:16 23         A.   It all depends on the job description.  Again,

09:27:19 24    we -- we have a job description that -- that we will

09:27:21 25    evaluate against the rules of wage and hour law, and that
```

| | | |
|---|---|---|
| 09:27:25 | 1 | determines what -- whether it's a salaried position or an |
| 09:27:30 | 2 | hourly position. |
| 09:27:32 | 3 | Q.   Okay.  So focusing -- I think we're probably |
| 09:27:35 | 4 | going to spend most of the day talking about salaried |
| 09:27:38 | 5 | employees, but focusing on the salaried employees, how |
| 09:27:41 | 6 | does Pixar determine what salary to pay an employee -- a |
| 09:27:46 | 7 | salaried employee? |
| 09:27:50 | 8 | A.   We establish salary ranges for each of our |
| 09:27:54 | 9 | positions, and an employee is offered or paid usually |
| 09:28:01 | 10 | within that salary range. |
| 09:28:09 | 11 | Q.   Who -- are those salary ranges -- when you say |
| 09:28:14 | 12 | a -- for positions, who -- how are the salary ranges |
| 09:28:20 | 13 | determined for -- how is the salary range determined for |
| 09:28:22 | 14 | a particular position? |
| 09:28:25 | 15 | A.   We participate in salary surveys in the |
| 09:28:31 | 16 | industry and -- and in -- in various fields, and use that |
| 09:28:37 | 17 | information to determine the appropriate salary range. |
| 09:28:41 | 18 | Q.   Who -- who is "we" at Pixar?  Who makes the |
| 09:28:44 | 19 | decision about salary range? |
| 09:28:47 | 20 | A.   It depends on the position, but I do or one of |
| 09:28:52 | 21 | the people on my team who handle compensation. |
| 09:28:57 | 22 | Q.   Is there a process by which that determination |
| 09:29:04 | 23 | takes place?  I mean, for example, does this happen every |
| 09:29:06 | 24 | year?  Does it happen every six months?  Does it happen |
| 09:29:09 | 25 | irregularly? |

09:29:10   1        A.   Well, we receive our salary surveys that we

09:29:14   2    participate in.  We get results of that on an annual

09:29:17   3    basis.  And so within HR we review our salary ranges

09:29:21   4    relative to that data to determine if we should modify

09:29:26   5    our salary ranges at all.

09:29:28   6        Q.   Can you tell me, like, approximately what time

09:29:30   7    of year that happens?

09:29:33   8        A.   It happens in the summer for the more

09:29:37   9    entertainment industry-related positions, and it -- the

09:29:42  10    technology survey we can get anytime we want, so we tend

09:29:45  11    to do it about the same time, in the summer or fall.

09:29:49  12        Q.   And within Pixar, do you have the final

09:29:53  13    authority with respect to setting salary ranges, or do

09:29:56  14    they have to be approved by someone else?

09:29:58  15        A.   I have the final authority.

09:30:04  16        Q.   Are there other staff members who participate

09:30:06  17    in that process with you?

09:30:08  18        A.   Yes.

09:30:09  19        Q.   Who are they?

09:30:11  20        A.   My compensation manager, Stephanie Sheehy,

09:30:14  21    handles a number of the tasks for already-established

09:30:21  22    positions.

09:30:24  23        Q.   And has she done that since you joined the

09:30:26  24    company in 2004?

09:30:29  25        A.   She joined a little bit later than I did, but

09:30:31  1    she's been there for probably seven years or so.

09:30:47  2        Q.   What determines how an employee is paid within

09:30:51  3    the range of salary?  What determines where they fall in

09:30:56  4    that range?

09:30:58  5        A.   Do you mean for a new employee or an existing

09:31:01  6    employee?

09:31:03  7        Q.   Well, let's -- if there is a difference, then

09:31:06  8    why don't we start out with an existing employee.  How do

09:31:09  9    you know where they fall in that range?

09:31:10 10        A.   With an existing employee we evaluate

09:31:13 11    performance, and we look at contributions to the studio

09:31:18 12    as well, the number of projects; not really tenure, but

09:31:23 13    by the nature of, you know, how our projects worked.

09:31:27 14    That comes into play.  And then we look at where they are

09:31:31 15    in the range relative to those things and determine

09:31:34 16    whether they're in the right place of -- of the range,

09:31:37 17    given their performance.

09:31:39 18        Q.   Will the -- are the ranges typically broken

09:31:42 19    down into different grades?

09:31:45 20        A.   No.  Salary -- some would call a salary range a

09:31:48 21    grade.  We don't use that naming convention, but there

09:31:51 22    is -- it's a range.

09:31:53 23        Q.   So a given employee could fall anywhere in that

09:31:57 24    range.  It is not like every 10, $5,000, or something.

09:32:01 25        A.   Correct.

09:32:01  1          Q.    Okay.

09:32:02  2          A.    There is a percentile, a 50th percentile or

09:32:05  3    25th percentile, but we don't have a measurement of where

09:32:09  4    they fall based on percentiles.

09:32:12  5          Q.    How wide do those ranges tend to be?

09:32:14  6          A.    It varies.  The lower, more entry-level

09:32:17  7    positions have about a 40 to 50 percent range, and the

09:32:20  8    more senior positions can have a 60 to 80 percent range.

09:32:32  9          Q.    Now, how is the compensation of a new

09:32:37 10    employee -- how is the base salary of a new salaried

09:32:41 11    employee determined?

09:32:42 12          A.    We look at their experience and education and

09:32:49 13    how we evaluate them against existing employees and --

09:32:53 14    and make them an offer relative to their experience

09:32:56 15    and -- and our existing talent.

09:33:05 16          Q.    Other than the annual review, if that's the

09:33:09 17    right term, that takes place following the results of the

09:33:14 18    survey, are there ever other adjustments that are made to

09:33:19 19    the salary ranges?

09:33:23 20                MS. HENN:  Objection.

09:33:28 21                THE WITNESS:  Yeah, can you -- can you ask that

09:33:29 22    again?  Because --

09:33:31 23    BY MR. GLACKIN:

09:33:31 24          Q.    Sure.

09:33:32 25          A.    Yeah.

09:33:34  1      Q.   So putting aside the process you just

09:33:35  2   described, where you receive the results of the survey

09:33:39  3   and then make adjustments to the -- evaluate your salary

09:33:42  4   ranges, putting aside that process --

09:33:44  5      A.   Uh-huh.

09:33:44  6      Q.   -- has Pixar ever adjusted salary ranges

09:33:48  7   outside of that process, for example, at a different time

09:33:51  8   of year?

09:33:54  9      A.   Not generally.  We -- we tend to do that

09:33:57 10   evaluation once a year.

09:34:00 11      Q.   Has it ever happened, to your knowledge?

09:34:04 12      A.   There has been a time where we will look at the

09:34:08 13   salary survey at a different time of year because we --

09:34:11 14   we believe the market might be changing, and so we'll

09:34:16 15   look and see that the salary ranges have moved, and we

09:34:20 16   may make adjustments to, you know, a particular position

09:34:23 17   or group of positions in terms of the salary range if we

09:34:26 18   think the data has changed, or we see that the data has

09:34:32 19   changed.

09:34:34 20      Q.   And how -- how often has that happened during

09:34:36 21   the time you've been at Pixar?

09:34:40 22      A.   Not often.  I don't recall specifically, but

09:34:41 23   not very often.

09:34:52 24      Q.   When you are conducting the annual review of

09:34:55 25   salary ranges, do you consider turnover rate or employee

09:43:49  1      A.    Usually a combination of me and Jim Morris, our

09:43:53  2  general manager, and our VP of finance.

09:43:59  3      Q.    Is that something that happens a few times a

09:44:02  4  year?  Once a year?  Every few years?

09:44:04  5      A.    It probably happens a dozen times a year,

09:44:09  6  perhaps.

09:44:14  7      Q.    What are some of the things that might cause an

09:44:16  8  employee to be paid a performance based -- a bonus-based

09:44:20  9  on their individual performance?

09:44:22 10      A.    If someone performs a job that is higher than

09:44:26 11  theirs, for example, if a coordinator ends up stepping

09:44:30 12  into the role of a leader of a group, because the leader

09:44:33 13  is absent on a leave or something, we don't promote them

09:44:38 14  because it's a temporary situation, but we might give

09:44:42 15  them a bonus at the end of the period that they were

09:44:46 16  stepping into that role to thank them and recognize their

09:44:49 17  work.

09:44:50 18      Q.    Are those kinds of bonuses only paid to

09:44:53 19  salaried employees, or are they also sometimes paid to

09:45:00 20  hourly employees?

09:45:01 21      A.    They are paid to hourly as well, any employee

09:45:04 22  we may want to.

09:45:05 23      Q.    Does Pixar ever give its employees raises?

09:45:08 24      A.    Yes.

09:45:09 25      Q.    How is the decision made to give an employee a

09:45:12 1    raise?

09:45:13 2        A.   We have an annual program where raises are

09:45:16 3    given to all eligible employees.

09:45:19 4        Q.   Is that the same thing as the review of base

09:45:23 5    salary ranges, or is it something different?

09:45:26 6        A.   It's something different.

09:45:28 7        Q.   Okay.  So how does that process work?

09:45:31 8        A.   Well, once a year a pool is established.  We

09:45:34 9    determine what our salary percentage increase will be for

09:45:37 10   the studio.  And each manager is given a pool of money

09:45:44 11   and guidelines to distribute that pool to their employees

09:45:49 12   for their annual increases.

09:45:51 13       Q.   And those increases are distributed on an

09:45:53 14   employee-by-employee basis by the managers?

09:45:56 15       A.   They are.

09:45:58 16       Q.   How is the total salary increase pool

09:46:02 17   determined?

09:46:05 18       A.   We look at what we can afford, and we also look

09:46:11 19   at the salary survey data on what increases are trending,

09:46:18 20   have been trending to be.  We also look at the cost of

09:46:22 21   labor or living in the Bay Area.

09:46:28 22       Q.   So why have two processes?  Why -- why is it

09:46:40 23   that Pixar both adjusts base salary ranges and also has a

09:46:45 24   process by which it gives raises to individual employees?

09:46:49 25       A.   Well, the salary range adjustments is something

09:46:51  1   that's done by human resources so that we have ranges for

09:46:55  2   all of our established positions.  And then the managers

09:46:59  3   are provided any updated salary range information so that

09:47:03  4   when they are distributing their salary increase pool,

09:47:06  5   they know if someone is below -- you know, they know

09:47:11  6   where their people are in those salary ranges and can

09:47:14  7   provide, you know -- can spend their pool accordingly.

09:47:21  8        Q.   So is the -- are the salary range -- are the

09:47:23  9   salary ranges determined first and then the pool is

09:47:27 10   distributed, so to speak?

09:47:29 11        A.   Yes.

09:47:33 12        Q.   Who has the final decision about the size of

09:47:38 13   the salary increase pool?

09:47:42 14        A.   I do, and -- with Jim Morris, our general

09:47:47 15   manager, and our VP of finance.

09:47:49 16        Q.   So the three of you make the decision together?

09:47:52 17        A.   Yes.  Ed Catmull is also part of the

09:47:55 18   conversation, but, generally, the three of us make the

09:47:58 19   determination.

09:48:04 20        Q.   Okay.  Does Pixar ever provide or pay bonuses

09:48:11 21   or profit sharing that's based on the overall performance

09:48:14 22   of the company?

09:48:15 23        A.   We pay bonuses to our employees, yes.

09:48:18 24        Q.   So how does -- what kind of bonuses does Pixar

09:48:22 25   pay to its employees that are different than what we've

09:48:24  1    already talked about?

09:48:25  2        A.   We have a film bonus program that after the

09:48:28  3    completion of our film, then we can assess the

09:48:32  4    profitability over time.  We have a practice -- I

09:48:36  5    wouldn't say it's a policy, but have a practice of paying

09:48:39  6    bonuses to all employees in the company based on that

09:48:44  7    profitability.

09:48:45  8        Q.   And how are those bonuses for profitability

09:48:50  9    determined for individual employees?

09:48:53 10        A.   Well, all individuals receive the same number

09:48:58 11    of weeks of pay.  So we determine, based on

09:49:01 12    profitability, how many weeks of pay we will pay to

09:49:04 13    everyone, and then the employees will receive that same

09:49:09 14    number, with an exception for those who have joined the

09:49:12 15    company more recently, they get a pro rata amount.

09:49:15 16        Q.   So essentially you get -- you get -- every

09:49:20 17    employee gets the same fixed percentage of their annual

09:49:22 18    salary as a bonus?

09:49:24 19        A.   Correct.

09:49:24 20        Q.   Prorated based on how long they have been there

09:49:26 21    that year.

09:49:27 22        A.   Yes.  Everybody gets a -- a -- you know, a

09:49:30 23    percentage of their salary.

09:49:32 24        Q.   Right.

09:49:32 25        A.   And then if -- but if they are a newer

10:23:19  1        Q.    Okay.  Can you give me some examples of when

10:23:22  2    that has happened in the past?

10:23:27  3        A.    There was a time I remember a recruiter

10:23:31  4    directly soliciting our employees, and she had worked at

10:23:34  5    Pixar, and so she knew who she wanted to call.  I

10:23:40  6    remember that happening.

10:23:42  7        Q.    What was her name?

10:23:43  8        A.    I think it was ████████████

10:23:47  9        Q.    Is that the only time you can recall?

10:23:54 10        A.    That's the only time I remember, yeah.

10:23:59 11        Q.    Are there any particular kinds of employees

10:24:03 12    that Pixar is particularly concerned about losing?  Are

10:24:08 13    there some employees that are harder to replace than

10:24:11 14    others, another way to put it?

10:24:14 15        A.    There are employees who are harder to replace

10:24:16 16    than others, but I wouldn't say there are any specific

10:24:19 17    kinds of employees we don't want to lose.  We don't want

10:24:22 18    to lose any valuable employee.

10:24:25 19        Q.    Okay.  So I'd like to ask you some questions

10:24:30 20    now about information about salaries.  You mentioned a

10:24:37 21    few times salary surveys --

10:24:43 22        A.    Uh-huh.

10:24:43 23        Q.    -- that Pixar participates in.  Can you tell us

10:24:47 24    more about those, please?

10:24:48 25        A.    Sure.  There are two surveys that we generally

| | | |
|---|---|---|
| 10:24:50 | 1 | participate in.  The Croner Company sponsors or runs one |
| 10:24:56 | 2 | of them, and Radford Associates handles the other. |
| 10:25:02 | 3 | Q.   How long has Pixar been participating in the |
| 10:25:06 | 4 | Croner Survey? |
| 10:25:07 | 5 | A.   Since I've been there. |
| 10:25:08 | 6 | Q.   What about Radford? |
| 10:25:10 | 7 | A.   Since I've been there as well, perhaps before, |
| 10:25:13 | 8 | but I don't know for sure. |
| 10:25:14 | 9 | Q.   So let's start with the Croner Survey.  What is |
| 10:25:16 | 10 | the Croner Survey? |
| 10:25:17 | 11 | A.   The Croner Survey is an industry specific |
| 10:25:19 | 12 | survey that surveys positions in the animation and visual |
| 10:25:23 | 13 | effects industry. |
| 10:25:25 | 14 | Q.   How many companies does it survey? |
| 10:25:29 | 15 | A.   It varies, I believe, from year to year, but |
| 10:25:32 | 16 | somewhere, 20 to 30, I think. |
| 10:25:35 | 17 | Q.   How does that survey process work? |
| 10:25:39 | 18 | A.   Well, the -- the Croner Company sponsors a |
| 10:25:43 | 19 | meeting where the participating companies come and |
| 10:25:46 | 20 | determine what positions we will put in the survey.  I |
| 10:25:50 | 21 | haven't attended this meeting in a number of years, but I |
| 10:25:53 | 22 | used to.  I believe it still happens the same way. |
| 10:25:56 | 23 | And the -- it's discussed what positions are |
| 10:26:00 | 24 | going to be included, because we need to make sure that |
| 10:26:03 | 25 | there are enough matches, that enough companies would |

| | | |
|---|---|---|
| 10:26:06 | 1 | have that position in order to be able to report out on |
| 10:26:08 | 2 | the data. |
| 10:26:09 | 3 | And then the Croner Company compiles the survey |
| 10:26:13 | 4 | and sends it to all the companies who participate.  And |
| 10:26:17 | 5 | in Pixar's case, we compile our data on what we pay those |
| 10:26:21 | 6 | positions, and submit it to Croner, and then Croner |
| 10:26:25 | 7 | compiles the information from all of the companies, and |
| 10:26:28 | 8 | if it's, you know, statistically significant, and |
| 10:26:34 | 9 | confidentiality can be maintained, they include |
| 10:26:36 | 10 | information on the position or the positions and send us, |
| 10:26:40 | 11 | all of the participants, back the survey results. |
| 10:26:44 | 12 | Q.   Is there a minimum number of companies that |
| 10:26:48 | 13 | have to be included in any aggregate data that is |
| 10:26:53 | 14 | provided by Croner? |
| 10:26:54 | 15 | A.   Yes. |
| 10:26:54 | 16 | Q.   What is that minimum number? |
| 10:26:56 | 17 | A.   I think it's five. |
| 10:26:57 | 18 | Q.   Why -- has anybody ever explained to you why |
| 10:26:59 | 19 | there is a minimum number? |
| 10:27:02 | 20 | A.   In order to maintain confidentiality and keep |
| 10:27:04 | 21 | the statistical significance, I believe. |
| 10:27:14 | 22 | Q.   Why is it important to maintain |
| 10:27:16 | 23 | confidentiality? |
| 10:27:20 | 24 | A.   Because compensation is a confidential matter, |
| 10:27:23 | 25 | and you wouldn't -- I wouldn't want what our employees |

| | | |
|---|---|---|
| 10:27:27 | 1 | make being shared outside of our studio or with the |
| 10:27:31 | 2 | wrong -- you know, with anyone but the employees or the |
| 10:27:34 | 3 | management. |
| 10:27:35 | 4 | Q.   Why -- why is five a better number than four? |
| 10:27:38 | 5 | A.   I don't know. |
| 10:27:41 | 6 | Q.   Did anybody ever tell you that one reason for |
| 10:27:44 | 7 | having a minimum number of companies included in the |
| 10:27:47 | 8 | aggregate data would be to avoid non-compliance with the |
| 10:27:53 | 9 | antitrust laws? |
| 10:27:54 | 10 | MS. HENN:  I'll just object here for a minute |
| 10:27:56 | 11 | that if this question is calling for privileged |
| 10:27:58 | 12 | information, you should not -- you should so indicate and |
| 10:28:01 | 13 | not provide that information.  If what he is asking you |
| 10:28:03 | 14 | has to do with something you were told by a lawyer -- |
| 10:28:05 | 15 | THE WITNESS:  Yeah. |
| 10:28:05 | 16 | MS. HENN:  -- you shouldn't say. |
| 10:28:07 | 17 | THE WITNESS:  Yeah, I -- I won't answer that |
| 10:28:08 | 18 | question. |
| 10:28:08 | 19 | BY MR. GLACKIN: |
| 10:28:09 | 20 | Q.   Okay.  So the answer is somebody -- you -- the |
| 10:28:12 | 21 | answer is you can't answer that question because it would |
| 10:28:14 | 22 | require you to divulge privileged information? |
| 10:28:16 | 23 | A.   Because I might have -- yes.  Yes. |
| 10:28:18 | 24 | Q.   Okay.  Just to be clear, that would be |
| 10:28:21 | 25 | information that you received -- or information contained |

| | | |
|---|---|---|
| 12:54:01 | 1 | reciprocal, right? |
| 12:54:04 | 2 | A.   I don't know for sure.  I -- you know, I -- I |
| 12:54:08 | 3 | don't know. |
| 12:54:09 | 4 | Q.   Well, didn't you have -- you had no expectation |
| 12:54:13 | 5 | at all about how Lucasfilm -- about whether or not |
| 12:54:17 | 6 | Lucasfilm would behave in a reciprocal fashion? |
| 12:54:20 | 7 | A.   I -- I thought they would behave in the same |
| 12:54:22 | 8 | fashion, but I don't know for sure if they did or not. |
| 12:54:25 | 9 | Q.   You're saying you don't know if they actually |
| 12:54:27 | 10 | abided by the agreement, but you thought you had an |
| 12:54:29 | 11 | agreement with them to that effect, to that reciprocal |
| 12:54:33 | 12 | effect, correct? |
| 12:54:34 | 13 | A.   I thought we had an understanding of -- of the |
| 12:54:37 | 14 | gentleman's agreement, and so, yes, I thought they |
| 12:54:39 | 15 | followed it, but I don't know if they did or not. |
| 12:54:42 | 16 | Q.   Okay.  Now, how was -- were you the person who |
| 12:54:49 | 17 | reached this agreement with some counterpart at |
| 12:54:53 | 18 | Lucasfilm, or did someone else at Pixar do it and tell |
| 12:54:56 | 19 | you about it? |
| 12:54:57 | 20 | A.   I was not the person who reached this |
| 12:55:00 | 21 | agreement, and -- and I don't know who did. |
| 12:55:03 | 22 | Q.   Well, how did you first come to learn, then, |
| 12:55:06 | 23 | that there was such an agreement? |
| 12:55:09 | 24 | A.   I don't remember how I learned of the |
| 12:55:11 | 25 | understanding. |

12:55:14  1      Q.   When did you learn of the understanding?

12:55:17  2      A.   During my time at Lucasfilm.

12:55:20  3      Q.   So when would that have been, again?

12:55:23  4      A.   Well, I was at Lucasfilm from 1984 through

12:55:26  5  1998, and that understanding was in place at that time.

12:55:32  6      Q.   Can you tell me approximately when?  I mean

12:55:34  7  going all the way -- there was no Pixar in 1984, was

12:55:37  8  there?

12:55:38  9      A.   Correct.  That was our computer division.

12:55:40 10      Q.   Right.  So refresh my memory.  When did Pixar

12:55:43 11  become its own independent company?

12:55:45 12      A.   Pixar was sold in February of 1986.

12:55:49 13      Q.   Okay.  So did the agreement -- how soon after

12:55:54 14  that sale did this agreement come into being?

12:55:58 15      A.   I -- it was a -- I don't remember when the

12:56:00 16  understanding or gentleman's agreement came to be.

12:56:03 17      Q.   You just came -- you just became aware of it at

12:56:06 18  some point during your 14 years at Lucasfilm?

12:56:10 19      A.   Correct.

12:56:11 20      Q.   Can you remember who told you about it?

12:56:13 21      A.   I don't.

12:56:16 22      Q.   When you were at Lucasfilm, were you the

12:56:20 23  director of HR or was there somebody over you in an HR

12:56:23 24  capacity?

12:56:25 25      A.   Both.  It varied in my time there.

12:56:28  1      Q.   Okay.  By the time you left, were you the

12:56:29  2  director of HR?

12:56:30  3      A.   I was the director of HR for one of the Lucas

12:56:33  4  entities.  There were multiple Lucas entities.

12:56:36  5      Q.   Which Lucas entity?

12:56:38  6      A.   Lucas Digital.

12:56:39  7      Q.   What is the business of Lucas Digital?

12:56:42  8      A.   At that time -- I'm not sure what it is today,

12:56:45  9  but at that time it was Industrial Light and Magic, the

12:56:50  10  visual effects business, and Skywalker Sound, the sound

12:56:54  11  business.

12:56:55  12      Q.   When you became the director of HR for Lucas

12:56:57  13  Digital, to whom did you report?

12:57:02  14      A.   I had a mult- -- multiple bosses in my time in

12:57:06  15  that role.

12:57:07  16      Q.   Was there a -- was it a particular position

12:57:09  17  that you reported to?  Did you report to the president?

12:57:11  18  Did you report to the chairman?

12:57:13  19      A.   I --

12:57:14  20      Q.   The CEO?

12:57:15  21      A.   I don't remember the -- yeah, I don't remember

12:57:16  22  the positions, but it was usually the -- the general

12:57:21  23  manager or the person who was in charge of the operation.

12:57:32  24      Q.   Did you -- while you were at Lucasfilm, did you

12:57:35  25  ever talk to anybody at Pixar about this agreement or

Deposition of Lori McAdams                          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

13:00:32  1    more senior executives of Lucasfilm?

13:00:36  2        A.   Not that I remember.

13:00:37  3        Q.   Did you ever talk about it with George Lucas?

13:00:39  4        A.   No.

13:00:57  5        Q.   Who was the name of the person you talked

13:00:59  6    about -- I'll -- let me rephrase it differently.

13:01:03  7             Who -- what is the name of the person you spoke

13:01:05  8    with about this agreement, who was the head of the

13:01:08  9    computer graphics division?

13:01:09 10        A.   That was Gail Curry.

13:01:12 11        Q.   And she was the -- what exactly was her

13:01:14 12    position?

13:01:15 13        A.   I don't remember specifically what her position

13:01:18 14    was, but she oversaw the computer graphics division of

13:01:21 15    ILM.

13:01:22 16        Q.   Okay.  Did this come up in the context of

13:01:28 17    somebody actually wanting to hire somebody from Pixar or

13:01:32 18    somebody -- or Pixar hiring somebody from Lucasfilm?

13:01:36 19        A.   I -- I think so.  Yeah.  I think it -- think it

13:01:41 20    came up with someone on her team.  And that's when we

13:01:47 21    discussed it.

13:01:55 22        Q.   Did you ever become aware either at

13:01:59 23    Lucasfilm -- while you were at Lucasfilm or while you

13:02:02 24    were at Pixar that this agreement was known to the most

13:02:09 25    senior executives of both companies?

| | | |
|---|---|---|
| 13:02:13 | 1 | MS. HENN:  Sorry.  Could you read back that |
| 13:02:24 | 2 | question? |
| 13:02:25 | 3 | (Record was read as follows:  "Did you ever |
| 13:02:25 | 4 | become aware either at Lucasfilm -- while you were at |
| 13:02:25 | 5 | Lucasfilm or while you were at Pixar that this agreement |
| 13:02:25 | 6 | was known to the most senior executives of both |
| 13:02:25 | 7 | companies?") |
| 13:02:26 | 8 | THE WITNESS:  No. |
| 13:02:28 | 9 | BY MR. GLACKIN: |
| 13:02:36 | 10 | Q.   Did anyone at Pixar ever tell you the reason |
| 13:02:38 | 11 | that this agreement was reached? |
| 13:02:42 | 12 | A.   Not that I remember. |
| 13:02:46 | 13 | Q.   So you don't know why the agreement was |
| 13:02:47 | 14 | reached. |
| 13:02:50 | 15 | A.   It had always been there, so I don't remember |
| 13:02:53 | 16 | anyone telling me why it was there for so long. |
| 13:02:58 | 17 | Q.   Did you ever discuss this agreement with Sharon |
| 13:03:01 | 18 | Coker while you -- to be clear, while you were at Pixar |
| 13:03:07 | 19 | and Sharon Coker was at Lucasfilm, did you ever discuss |
| 13:03:12 | 20 | this agreement with her? |
| 13:03:13 | 21 | A.   I don't remember specifically, but I may have. |
| 13:03:17 | 22 | Q.   Did this ever -- did this agreement ever come |
| 13:03:21 | 23 | into effect?  Did you ever have to have a conversation |
| 13:03:23 | 24 | with Lucasfilm about enforcing it? |
| 13:03:27 | 25 | A.   I don't remember having a conversation with |

13:03:29  1    Lucasfilm to enforce the gentleman's agreement.  I did

13:03:35  2    make calls to Lucasfilm occasionally to tell them that we

13:03:38  3    had made an offer to someone, yes.

13:03:40  4        Q.   Okay.  About how many times did that happen?

13:03:43  5        A.   Not frequently.  A few times a year, maybe.  I

13:03:51  6    couldn't say.

13:03:57  7        Q.   Was this agreement -- did you ever tell anyone

13:04:02  8    else in -- at Pixar about the existence of this

13:04:05  9    agreement?

13:04:08 10        A.   I would have explained to the recruiters what

13:04:11 11    our gentleman's agreement and understanding was with

13:04:14 12    Lucasfilm, yes.

13:04:17 13        Q.   Did Pixar ever announce the existence of this

13:04:19 14    agreement to its employees?

13:04:22 15        A.   To the employees as a whole?

13:04:24 16        Q.   Correct.

13:04:27 17        A.   Not that I remember.

13:04:31 18        Q.   Did you ever tell any -- can you tell me about

13:04:33 19    any occasion in which you explained this agreement to

13:04:36 20    some employee of Pixar who was not a recruiter or in HR?

13:04:44 21        A.   I don't remember specifically discussing it

13:04:46 22    with an employee, but if an employee had come to me and

13:04:50 23    said they were interested in a job at Lucasfilm, I would

13:04:53 24    have explained to them that eventually we would get a

13:04:57 25    call to know they were made an offer.

13:05:03  1        Q.   Do you think that this kind of agreement -- or

13:05:07  2   would you agree that this kind of agreement would

13:05:09  3   actually tend to discourage people from even making job

13:05:12  4   applications?

13:05:13  5        A.   No.

13:05:13  6        Q.   No?

13:05:14  7        A.   I don't agree with that.

13:05:17  8        Q.   Okay.  Well, I mean, couldn't this agreement

13:05:19  9   kind of put a candidate in an awkward spot?

13:05:26 10             Do we need to stop?

13:05:27 11        A.   What do you mean by that?

13:05:32 12        Q.   Well, wouldn't it put the candidate in the

13:05:35 13   position of having to tell their current employer that

13:05:37 14   they were seeking employment elsewhere before they had

13:05:41 15   actually reached a formal agreement of employment with

13:05:44 16   their new employer?

13:05:46 17        A.   They didn't have to tell us before they -- they

13:05:49 18   didn't have to tell us ever.  So, no, I don't -- I don't

13:05:52 19   think so.  They -- we would know about it when they were

13:05:55 20   made an offer.

13:05:56 21        Q.   Because Lucasfilm would tell you.

13:05:58 22        A.   Correct.

13:06:02 23        Q.   If a Lucasfilm employee submitted an

13:06:05 24   application to you for a job at Pixar, did you tell them

13:06:09 25   about the agreement?

| | | |
|---|---|---|
| 13:06:12 | 1 | A.   Yes, I did. |
| 13:06:16 | 2 | Q.   At what point did you tell them about it? |
| 13:06:18 | 3 | A.   At the -- the recruiters would do it, not me, |
| 13:06:21 | 4 | unless it was a job I was filling, but would tell them |
| 13:06:24 | 5 | initially, in the initial conversation, that we had an |
| 13:06:27 | 6 | understanding with Lucasfilm. |
| 13:06:43 | 7 | MR. GLACKIN:  Can I have Tab 5, please.  This |
| 13:06:52 | 8 | will be Exhibit 127. |
| 13:06:53 | 9 | (Exhibit 127 was marked for identification.) |
| 13:07:36 | 10 | THE WITNESS:  Okay. |
| 13:07:37 | 11 | BY MR. GLACKIN: |
| 13:07:37 | 12 | Q.   Do you agree with me that this is an email that |
| 13:07:39 | 13 | you sent on or around February 9th, 2005, in the ordinary |
| 13:07:43 | 14 | course of your business as a Lucas -- excuse me, as a |
| 13:07:44 | 15 | Pixar employee? |
| 13:07:46 | 16 | A.   Yes.  I don't remember it, but based on this, I |
| 13:07:48 | 17 | believe I did send it. |
| 13:07:49 | 18 | Q.   Okay.  So can you give me any background for |
| 13:07:55 | 19 | this?  Were there any particular events that gave rise to |
| 13:07:58 | 20 | you making the requests that are outlined in this email? |
| 13:08:01 | 21 | A.   I don't remember this situation from this.  I |
| 13:08:06 | 22 | think it was that we had hired ███████, and that's |
| 13:08:09 | 23 | why the question came up. |
| 13:08:11 | 24 | Q.   So when you say "the question came up," you |
| 13:08:16 | 25 | mean, like, somebody at Lucasfilm complained to Pixar |

13:08:19  1    about the fact that Pixar hired ███████████?

13:08:23  2         A.    I think Ed asked me for -- for some information

13:08:26  3    on Lucasfilm hires.

13:08:28  4         Q.    And what did Ed tell you about why he needed

13:08:30  5    this information?

13:08:31  6         A.    I don't remember the conversation with Ed.

13:08:34  7         Q.    Well, it says, "Ed and" -- your email says, "Ed

13:08:37  8    and Simon need to talk with Mich Chau."

13:08:41  9         A.    Uh-huh.

13:08:42  10        Q.    Is that the -- is he the Lucasfilm president?

13:08:45  11        A.    She --

13:08:46  12        Q.    She.

13:08:46  13        A.    -- was at the time, or is, I think, yes.

13:08:48  14        Q.    And "Ed" would be Ed Catmull.  That would be

13:08:51  15    the president of Pixar, correct?

13:08:53  16        A.    Uh-huh.

13:08:53  17        Q.    And "Simon" would be --

13:08:55  18        A.    He was our chief financial officer.

13:08:57  19        Q.    "And possibly George."  So what George are we

13:09:00  20    talking about there?

13:09:01  21        A.    I assume George Lucas I was referring to.

13:09:04  22        Q.    About this.  "They got really mad that we've

13:09:07  23    hired ████████.  I want to give Ed some info."

13:09:11  24              So you don't -- do you remember anything about

13:09:13  25    why hiring ██████████ made them really mad?

13:09:17  1        A.    I don't remember.

13:09:18  2        Q.    What position was ▮▮▮▮▮▮ hired for?

13:09:21  3        A.    He was hired by us as an associate general

13:09:25  4    counsel.

13:09:27  5        Q.    And were you involved in the process of hiring

13:09:32  6    ▮▮▮▮▮▮?

13:09:34  7        A.    At the end, yes.

13:09:36  8        Q.    When you say "at the end," what do you mean?

13:09:38  9        A.    I helped his -- schedule his interviews and

13:09:43  10   prepare his offer letter.

13:09:45  11       Q.    After the offer was made, did Pixar communicate

13:09:50  12   to Lucasfilm that the offer had been made pursuant to the

13:09:53  13   agreement that Pixar had with Lucasfilm?

13:09:57  14       A.    I don't know.  I didn't do it.  So I don't

13:09:59  15   know.

13:10:02  16       Q.    Do you know if Lucasfilm made a counter-offer

13:10:05  17   to ▮▮▮▮▮▮?

13:10:06  18       A.    I don't know.

13:10:09  19       Q.    Does ▮▮▮▮▮▮ still work at Pixar?

13:10:12  20       A.    He does.

13:10:14  21       Q.    Did you ever hear anything further from

13:10:16  22   Mr. Catmull about his conversation with Mich Chau and

13:10:22  23   possibly George Lucas about this issue?

13:10:24  24       A.    No, not that I remember.

13:10:28  25       Q.    Do you remember, was this a big deal?

13:10:33 1      A.   What do you mean by "big deal"?

13:10:39 2      Q.   Well, I just -- I noticed that these are the

13:10:40 3   presidents of these two fairly substantial companies.

13:10:44 4   They are getting together to discuss this.  It seems to

13:10:46 5   me like it was a matter of some importance to these

13:10:49 6   companies, and I'm curious if you share that opinion.

13:10:51 7      A.   I don't know that they got together to discuss

13:10:53 8   it.  I -- I only know I wanted to provide Ed some

13:10:55 9   information in the event he needed it or wanted it.

13:10:57 10     Q.   What was the purpose, if any, for him to have

13:11:00 11  this information to use in that conversation?  What good

13:11:02 12  was this information to him?

13:11:03 13     A.   I just -- I don't know how he might have used

13:11:06 14  it.  I just wanted him to have the information on

13:11:09 15  Lucasfilm employees or candidates with Pixar.

13:11:12 16     Q.   Did he ask you for this specific information or

13:11:15 17  was it your idea to give it to him?

13:11:17 18     A.   I don't remember specifically.

13:11:24 19     Q.   Why would it be relevant for him to know, for

13:11:27 20  example, "how many of our new hires over the past six

13:11:30 21  months have been former Lucas/ILM employees"?

13:11:37 22     A.   I think I wanted to just give him context on

13:11:39 23  how many people had come from Lucasfilm recently.

13:11:43 24     Q.   So he could give them some assurance that Pixar

13:11:47 25  was living up to its agreement?

| | | |
|---|---|---|
| 13:11:49 | 1 | A.   I don't know that. |
| 13:11:58 | 2 | MR. GLACKIN:  All right.  Can we have Tab 34, |
| 13:12:05 | 3 | please.  This is going to be Exhibit 128. |
| 13:12:13 | 4 | (Exhibit 128 was marked for identification.) |
| 13:12:13 | 5 | BY MR. GLACKIN: |
| 13:15:22 | 6 | Q.   Are you waiting for a question from me, or do |
| 13:15:24 | 7 | you need more time -- |
| 13:15:25 | 8 | A.   No, I'm sorry.  I'm still reading it.  I'm |
| 13:15:28 | 9 | trying to put myself back in this time. |
| 13:15:31 | 10 | MS. HENN:  Take your time. |
| 13:16:28 | 11 | BY MR. GLACKIN: |
| 13:16:28 | 12 | Q.   Well, let's start out here, do you see your -- |
| 13:16:31 | 13 | at the very top of page 1, do you see your email address |
| 13:16:34 | 14 | as the recipient of this last email? |
| 13:16:36 | 15 | A.   Yes. |
| 13:16:36 | 16 | Q.   It was sent by Mary Conlin.  Who is Mary |
| 13:16:39 | 17 | Conlin? |
| 13:16:40 | 18 | A.   Mary Conlin was the head of our marketing |
| 13:16:43 | 19 | department at Pixar. |
| 13:16:44 | 20 | Q.   And so do you agree with me that you received |
| 13:16:46 | 21 | this email from Ms. Conlin in the ordinary course of your |
| 13:16:49 | 22 | business on or around March 10th, 2005? |
| 13:16:52 | 23 | A.   I don't remember it, but, yes, I think I must |
| 13:16:54 | 24 | have. |
| 13:16:54 | 25 | Q.   Okay.  So if I could direct you down to the -- |

13:16:59  1    well, let me back up.

13:17:01  2            Can you tell us anything about the events that

13:17:03  3    led up to this exchange of emails between yourself and

13:17:05  4    other employees of Pixar?

13:17:07  5       A.   No, I don't remember this situation.

13:17:09  6       Q.   So this is about two months after the last

13:17:12  7    email we looked at -- or excuse me -- about a month after

13:17:15  8    the last email we looked at which concerned ████████

13:17:19  9    right?

13:17:20 10       A.   Okay.  Uh-huh.  Okay.

13:17:23 11       Q.   And if you look down at the bottom of the first

13:17:25 12    page you see it says, "When I last spoke to Ed about the

13:17:28 13    conversation with George (which was a week or so ago when

13:17:31 14    we discussed the two Lucas hires we just made - Tanaka &

13:17:36 15    Rankin) he said that he & Steve are still thinking about

13:17:39 16    a way to approach George on this subject."

13:17:41 17            Can you tell me anything about what you meant

13:17:43 18    when you wrote that, or what you were referring to about,

13:17:48 19    for example, "this subject"?

13:17:53 20       A.   I don't remember specifically.  From this it

13:17:58 21    seems as though Ed was thinking about talking to George

13:18:01 22    about Lucasfilm employees leaving to come to Pixar.

13:18:08 23       Q.   And do you remember the hiring of Tanaka and

13:18:12 24    Rankin?

13:18:13 25       A.   I remember those individuals, but I don't

13:25:10  1      Q.    And I believe you said she had joined the

13:25:12  2    company sometime in 2007, replacing Ms. Coker?

13:25:16  3      A.    I don't know when she joined, but she replaced

13:25:19  4    Sharon Coker.

13:25:20  5      Q.    Okay.  So directing your attention to the

13:25:23  6    second page which says, "Lucasfilm candidate process," it

13:25:27  7    says, "Our gentleman's agreement with the Lucas companies

13:25:29  8    has been as follows."  Did you create this page?

13:25:32  9      A.    I did.

13:25:33  10     Q.    PIX00002263?

13:25:35  11     A.    I did.

13:25:36  12     Q.    When did you create this?

13:25:39  13     A.    I don't remember specifically.

13:25:41  14     Q.    Okay.  Why did you create it?

13:25:48  15     A.    I think I created it to give to the recruiting

13:25:54  16    team so they would know what the gentleman's agreement

13:25:56  17    was.

13:25:57  18     Q.    Where did you obtain this information about the

13:26:00  19    terms of the gentleman's agreement?  Did you get it from

13:26:02  20    Mr. Catmull?

13:26:04  21     A.    I don't remember getting it from Ed.  I don't

13:26:06  22    remember where I got it.  I could have gotten it from one

13:26:08  23    of the recruiters who was there before I got there, who

13:26:11  24    told me what the practice was.

13:26:13  25     Q.    I see.  And, to your knowledge, does this

| | | |
|---|---|---|
| 13:26:16 | 1 | accurately summarize the terms of that gentleman's |
| 13:26:18 | 2 | agreement? |
| 13:26:19 | 3 | A.   I think so. |
| 13:26:21 | 4 | MR. GLACKIN:  Okay.  I'm going to show you now |
| 13:26:27 | 5 | 40.  You can put that aside.  There should be an |
| 13:26:28 | 6 | attachment with it.  We'll skip this.  We have an |
| 13:26:55 | 7 | attachment issue.  We'll skip that one. |
| 13:26:58 | 8 | MS. HENN:  If there is something you need to |
| 13:26:59 | 9 | print, perhaps I can -- |
| 13:27:02 | 10 | MR. GLACKIN:  Maybe at a break.  That would be |
| 13:27:03 | 11 | great.  Thanks, Emily. |
| 13:27:26 | 12 | 26?  This will now be Exhibit 130. |
| 13:27:32 | 13 | (Exhibit 130 was marked for identification.) |
| 13:28:43 | 14 | THE WITNESS:  Okay. |
| 13:28:45 | 15 | BY MR. GLACKIN: |
| 13:28:46 | 16 | Q.   So, first of all, is this an email at the top |
| 13:28:48 | 17 | that you sent to Ms. Fisher and some other recipients on |
| 13:28:51 | 18 | or around December 11th of 2007? |
| 13:28:54 | 19 | A.   I don't remember it, but, yes, I think I would |
| 13:28:57 | 20 | have sent it. |
| 13:28:58 | 21 | Q.   And you sent it in the ordinary course of your |
| 13:29:00 | 22 | business as a Pixar employee? |
| 13:29:01 | 23 | A.   Yes. |
| 13:29:03 | 24 | Q.   Did you write there -- you see where you wrote |
| 13:29:06 | 25 | there in the very -- the very top, "FYI, We have an |

13:22:06  1      A.   I don't remember specifically, but I -- but I

13:22:08  2  may have.  But I don't remember discussing it with him.

13:22:13  3      Q.   Did you ever talk with any other executives

13:22:14  4  at -- other than the recruiting and HR personnel who had

13:22:18  5  to know about it, did you talk to any other executives at

13:22:21  6  Pixar about the existence of this agreement?

13:22:23  7      A.   I don't remember discussing it with any of the

13:22:25  8  other executives.  I remember the one conversation with

13:22:28  9  Lois and Ed, but I don't remember discussing it with

13:22:30 10  anyone else.

13:22:32 11          MR. GLACKIN:  Can I have Tab 27, please.

13:22:34 12  No. 27.  This will be Exhibit 129.

13:24:05 13          (Exhibit 129 was marked for identification.)

13:24:06 14          MR. GLACKIN:  For the record this is an email

13:24:08 15  dated December 11, 2007, Bates number PIX00002262.

13:24:52 16          THE WITNESS:  Okay.

13:24:52 17  BY MR. GLACKIN:

13:24:52 18      Q.   So first off, would you agree with me that this

13:24:54 19  is an email that you sent on or around December 11, 2007,

13:24:58 20  to Ms. Van der Voort at Lucasfilm?

13:25:01 21      A.   Yes.

13:25:02 22      Q.   And Ms. Van der Voort was the director of HR at

13:25:05 23  Lucasfilm?

13:25:06 24      A.   I believe so.  I don't know what her title was,

13:25:08 25  but, yes, she was the head of HR.

13:30:11  1  that you would not engage in iterative bidding with one

13:30:15  2  another for the services of an employee?  You'd stop it?

13:30:21  3      A.    Part of our gentleman's agreement was that we

13:30:23  4  didn't counter, as a normal course of practice, that's

13:30:27  5  correct.

13:30:27  6      Q.    That would --

13:30:27  7      A.    I can't speak to whether that, you know,

13:30:30  8  prevents bidding wars or not.

13:30:32  9      Q.    Well, if the two employees were countering back

13:30:35 10  and forth, making better and better offers to the

13:30:37 11  employee, that would be a bidding war, wouldn't it?

13:30:40 12      A.    It depends on how you define "bidding war."  If

13:30:43 13  it would go back and forth -- you know, it just never

13:30:45 14  happened, so I don't know.

13:30:47 15      Q.    Well, how do you define "bidding war"?

13:30:49 16      A.    Well, I generally don't think about bidding

13:30:52 17  wars or -- or the definition of bidding wars.

13:30:56 18      Q.    What did you mean when you wrote "bidding wars"

13:30:58 19  in this email?

13:30:59 20      A.    I -- I don't know, actually.  I don't -- I'm

13:31:02 21  surprised to see that, frankly.  It was not my -- it was

13:31:09 22  not my belief or is not my belief that the gentleman's

13:31:11 23  agreement was there to prevent bidding wars.

13:31:16 24      Q.    Did someone else at Pixar use that terminology

13:31:18 25  around you that caused you to put it into this email?

| | | |
|---|---|---|
| 13:31:21 | 1 | A. Not that I remember. |
| 13:31:29 | 2 | Q. Well, if the purpose of the agreement wasn't to |
| 13:31:31 | 3 | prevent bidding wars, what was the purpose of the |
| 13:31:34 | 4 | agreement? |
| 13:31:36 | 5 | A. I don't know specifically, but I -- I think |
| 13:31:39 | 6 | that, you know, Lucasfilm gave birth to Pixar, and we |
| 13:31:44 | 7 | were on friendly terms with them, and we shared a campus |
| 13:31:47 | 8 | for a time with them, and I think we were just, you know, |
| 13:31:52 | 9 | not competing with them in that way. |
| 13:32:07 | 10 | MR. GLACKIN: Okay. We can move on. |
| 13:32:15 | 11 | 32, please. |
| 13:32:40 | 12 | THE REPORTER: This is Exhibit 131. |
| 13:32:43 | 13 | MR. GLACKIN: 131, right. |
| 13:32:44 | 14 | (Exhibit 131 was marked for identification.) |
| 13:32:59 | 15 | THE WITNESS: Okay. |
| 13:33:00 | 16 | BY MR. GLACKIN: |
| 13:33:01 | 17 | Q. Is this an email that you received from Sharon |
| 13:33:03 | 18 | Coker at Lucasfilm on or around July 28th of 2005? |
| 13:33:08 | 19 | A. I don't remember receiving it, but based on |
| 13:33:11 | 20 | this, I assume I did. |
| 13:33:13 | 21 | MR. GLACKIN: Okay. And for the record, this |
| 13:33:14 | 22 | is Bates numbered PIX00009416. |
| 13:33:21 | 23 | Q. Is this an example of the kind of notification |
| 13:33:23 | 24 | that would have been made or that was made about employee |
| 13:33:29 | 25 | applications pursuant to your gentleman's agreement with |

13:33:31  1   Lucasfilm?

13:33:32  2        A.   No.   This isn't normally what would have

13:33:36  3   happened.

13:33:37  4        Q.   Okay.   Well, can you tell us anything about the

13:33:39  5   circumstances that gave rise to this email?

13:33:41  6        A.   No, I'm sorry, I don't remember this situation.

13:33:44  7        Q.   Okay.   You don't remember the offer being

13:33:46  8   extended to ████████████?

13:33:48  9        A.   I do not.

13:33:50 10        Q.   Well, and do you see here Ms. Coker writes,

13:33:52 11   "And can I also confirm your understanding that once you

13:33:55 12   have extended an offer, you will not counter?   Thanks."

13:33:58 13             That was the agreement with Lucasfilm, right,

13:34:02 14   that if you -- you would not counter their counter.   You

13:34:05 15   were going to make one offer only to ████████████,

13:34:08 16   correct?

13:34:08 17        A.   I don't know if I would have spoken to Sharon

13:34:12 18   to say that was part of the agreement, but I may have

13:34:15 19   said, our practice is not -- is to make a good offer

13:34:19 20   upfront and -- and to not change it.

13:34:21 21        Q.   Well --

13:34:24 22        A.   So I don't know that I said this to her in the

13:34:25 23   context of the agreement.

13:34:27 24        Q.   I understand there is nothing in here about you

13:34:28 25   saying anything to her at all.   This is an email from her

13:34:31  1    to you.  What I'm asking you is, at the time, in 2005,

13:34:35  2    was that, in fact, your understanding, that once Pixar

13:34:39  3    made an offer, they would not counter?  In other words,

13:34:42  4    they would not make another offer to ▮▮▮▮▮▮▮▮ if Lucas

13:34:47  5    made some kind of counter-offer.

13:34:49  6             That was the understanding at the time, right?

13:34:51  7        A.   We had a practice of not making an additional

13:34:54  8    offer to someone, that's correct.

13:34:55  9        Q.   Okay.

13:34:55 10        A.   At that time.

13:34:56 11        Q.   I'm just not really clear.  Was that a part of

13:34:59 12    the understanding or was that just your unilateral

13:35:02 13    practice?

13:35:03 14        A.   Both.

13:35:04 15        Q.   Okay.

13:35:04 16        A.   I think it was a part of the gentleman's

13:35:06 17    agreement, yes.

13:35:08 18        Q.   Okay.  So was this a typical kind of

13:35:11 19    notification that you would have received from Ms. Coker,

13:35:14 20    or was this unusual?

13:35:15 21        A.   This was unusual, because if we made an offer

13:35:17 22    to someone, we would usually make the call, that we had

13:35:21 23    made the offer, and this is her saying she believes

13:35:23 24    someone got an offer, which would not normally be the way

13:35:27 25    it would go.

| | | |
|---|---|---|
| 13:35:28 | 1 | Q.   I see.  Okay. |
| 13:35:30 | 2 | How often did you talk to Sharon Coker about |
| 13:35:32 | 3 | this gentleman's understanding or gentleman's agreement? |
| 13:35:36 | 4 | A.   I don't remember.  Not frequently. |
| 13:35:39 | 5 | Q.   A few times a year? |
| 13:35:40 | 6 | A.   No.  I wouldn't think so. |
| 13:35:43 | 7 | Q.   Less than that? |
| 13:35:45 | 8 | A.   Maybe once, and then there wouldn't be reason |
| 13:35:48 | 9 | to discuss it. |
| 13:35:51 | 10 | MR. GLACKIN:  Okay.  Could I have 12, please. |
| 13:35:55 | 11 | (Exhibit 132 was marked for identification.) |
| 13:36:12 | 12 | MR. GLACKIN:  This will be Exhibit 132. |
| 13:36:40 | 13 | THE WITNESS:  Okay. |
| 13:36:42 | 14 | MR. GLACKIN:  So first off, this is a document |
| 13:36:44 | 15 | that is Bates numbered PIX00009490. |
| 13:36:49 | 16 | Q.   Do you agree with me that this is an email |
| 13:36:51 | 17 | that -- or an email exchange between yourself and Karen |
| 13:36:55 | 18 | Chelini on or around November 16, 2005, that you sent in |
| 13:36:59 | 19 | the ordinary course of your business? |
| 13:37:00 | 20 | A.   I don't remember it, but, yes, I think this is |
| 13:37:03 | 21 | something I sent. |
| 13:37:05 | 22 | Q.   Can you tell us anything about the background |
| 13:37:06 | 23 | of this email? |
| 13:37:09 | 24 | A.   No, I don't remember this situation. |
| 13:37:11 | 25 | Q.   You don't remember the hiring or any offer |

13:43:18   1          A.    I don't really remember a specific candidate,

13:43:21   2     but we were cautious with Apple employees.

13:43:24   3          Q.    What if somebody just wanted to make more

13:43:26   4     money, isn't that a legitimate reason to want to go work

13:43:31   5     at a different company?

13:43:32   6          A.    Sure, it can be.

13:43:33   7          Q.    I mean, are there any other companies that you

13:43:34   8     can think of in the world that are great places to work

13:43:37   9     besides Apple?

13:43:37  10          A.    Sure, there must be.

13:43:39  11          Q.    I mean Google has a reputation for being a

13:43:42  12     pretty good place --

13:43:42  13          A.    Yes.

13:43:42  14          Q.    -- to work, right?

13:43:43  15          A.    Yeah, of course.

13:43:43  16          Q.    Do you have a practice -- does Pixar have a

13:43:45  17     practice of being suspicious or cautious about people who

13:43:48  18     would apply to work at Pixar from Google?

13:43:53  19          A.    No, but we don't share a CEO with Google.  So

13:43:56  20     I -- I -- we didn't -- I didn't want to anger or

13:43:57  21     frustrate my CEO by hiring -- by -- by hiring or -- or

13:44:04  22     acting on an Apple employee if I didn't think -- because

13:44:09  23     they may not have been a strong one.

13:44:12  24          Q.    Isn't it true that you had to get Steve  obs'

13:44:14  25     approval to hire somebody from Apple?

13:44:17  1     A.   I don't remember that.  I -- I didn't.  I

13:44:20  2  didn't interact with Steve.  So I don't remember needing

13:44:23  3  to get his approval.  But it -- it really didn't come up.

13:44:26  4     Q.   So what caused you to believe that your CEO

13:44:29  5  would become angry or frustrated if you hired someone

13:44:33  6  from Apple?

13:44:34  7     A.   I had just heard stories about Steve's behavior

13:44:38  8  or getting angry about different things, and that that

13:44:41  9  might be something he would be angry about.

13:44:44 10     Q.   Who did you hear that from?

13:44:46 11     A.   I don't remember specifically.

13:44:51 12     Q.   So are you -- were you aware that there was a

13:44:56 13  formal practice in place that an Apple employee could not

13:45:02 14  be hired without clearing the hire through Mr.  obs?

13:45:04 15     A.   I don't remember a formal practice like that.

13:45:08 16     Q.   Okay.  Did you ever discuss -- so this was --

13:45:13 17  you just thought that this was going to make Mr.  obs

13:45:15 18  upset.  That was your --

13:45:18 19     A.   That was primarily my motivation, yes.

13:45:22 20     Q.   Would anyone else have been upset?

13:45:26 21     A.   That we would hire an Apple person?

13:45:28 22     Q.   Yes, anybody else at Pixar.

13:45:29 23          Would Mr. Catmull have cared, for example?

13:45:32 24     A.   I don't know.

13:45:33 25     Q.   Did you ever talk to Mr. Catmull about this

13:45:35 1  belief/practice?

13:45:37 2       A.   Not that I remember specifically.  I may have,

13:45:39 3  but I don't remember talking to him about it.

13:45:41 4       Q.   Did you talk to anybody else at Pixar about it?

13:45:45 5       A.   I heard it somewhere, so I -- or, you know -- I

13:45:48 6  heard it somewhere, but I don't remember who I spoke to

13:45:51 7  about it.

13:45:57 8       Q.   Did this -- did you ever actually -- are you

13:46:02 9  aware of ever actually having to obtain Mr.  obs'

13:46:06 10 approval to hire someone from Apple?

13:46:08 11      A.   Not that I remember.

13:46:12 12      Q.   Did there come a time when you were no longer

13:46:14 13 concerned about this?

13:46:16 14      A.   Yes.

13:46:17 15      Q.   When was that?

13:46:19 16      A.   Sometime after Steve  obs was no longer our

13:46:22 17 CEO.

13:46:30 18      Q.   Did -- did this work both ways?  Were you --

13:46:35 19 did -- did Apple ever hire Pixar employees?

13:46:39 20      A.   I don't remember.  But I -- I don't know that

13:46:42 21 it worked both ways.  It was -- we just were cautious

13:46:47 22 with Apple employees.  I don't know if Apple was similar.

13:46:54 23      Q.   Was it -- was this belief/practice limited to

13:46:56 24 any particular categories of Apple employees?

13:47:00 25      A.   Not -- no, I don't think so.

| | | |
|---|---|---|
| 13:47:03 | 1 | MR. GLACKIN:  Let's do No. 10.  Wait.  Hold on. |
| 13:47:42 | 2 | Let's do No. 11.  What will this be? |
| 13:47:55 | 3 | THE REPORTER:  Exhibit 133. |
| 13:47:56 | 4 | (Exhibit 133 was marked for identification.) |
| 13:48:45 | 5 | THE WITNESS:  Okay. |
| 13:48:45 | 6 | BY MR. GLACKIN: |
| 13:48:46 | 7 | Q.   So your -- this is a document that is Bates |
| 13:48:48 | 8 | numbered PIX00002210.  It is an email exchange between |
| 13:48:54 | 9 | Mr. Look and Mr. Catmull.  Who is Mr. Look? |
| 13:48:57 | 10 | A.   Howard Look was the head of our Studio Tools |
| 13:49:00 | 11 | Group. |
| 13:49:03 | 12 | Q.   Mr. Catmull apparently writes to Mr. Look, "If |
| 13:49:06 | 13 | I talk to Steve, he will want the name of the guy.  My |
| 13:49:09 | 14 | guess is that Steve will approve it if he knows that he's |
| 13:49:12 | 15 | going to lose him, but we'll have to go through the step |
| 13:49:16 | 16 | of Apple knowing what is happening." |
| 13:49:18 | 17 | Are you aware that there was a practice or |
| 13:49:20 | 18 | understanding that if an Apple employee wanted to work at |
| 13:49:24 | 19 | Pixar, Apple needed to be informed? |
| 13:49:26 | 20 | A.   I don't remember that, no. |
| 13:49:28 | 21 | Q.   Nobody ever talked to you about that? |
| 13:49:30 | 22 | A.   Not that I ever recall. |
| 13:49:32 | 23 | MR. GLACKIN:  Okay.  You can put that aside. |
| 13:49:42 | 24 | No. 15.  Is this Exhibit 134? |
| 13:49:56 | 25 | THE REPORTER:  Yes. |

| | | |
|---|---|---|
| 14:32:56 | 1 | your subordinates with respect to any companies other |
| 14:32:59 | 2 | than Apple? |
| 14:33:02 | 3 | A.  I don't think so. |
| 14:33:06 | 4 | Q.  Why Apple, then?  Why did you want Pixar to |
| 14:33:12 | 5 | operate this way with respect to Apple and Lucasfilm, but |
| 14:33:15 | 6 | not any other company? |
| 14:33:16 | 7 | A.  Because Apple -- Steve Jobs and Apple were a |
| 14:33:20 | 8 | very important part of Pixar, and I felt like we should |
| 14:33:25 | 9 | be respectful that way. |
| 14:33:28 | 10 | Q.  Did you discuss this policy or practice of |
| 14:33:32 | 11 | yours with anyone else at Pixar, other than the |
| 14:33:36 | 12 | recruiters to whom you conveyed it? |
| 14:33:39 | 13 | A.  Not that I remember. |
| 14:33:39 | 14 | Q.  You didn't talk to any of your superiors about |
| 14:33:43 | 15 | it? |
| 14:33:43 | 16 | A.  Not that I remember. |
| 14:33:44 | 17 | Q.  Did you talk to anybody at Apple about it? |
| 14:33:46 | 18 | A.  At Apple? |
| 14:33:47 | 19 | Q.  At Apple.  Aside from Ms. Lambert.  I |
| 14:33:50 | 20 | understand you say you didn't talk to her about it.  Di |
| 14:33:52 | 21 | you talk to anybody else about it? |
| 14:33:54 | 22 | A.  No, not that I remember. |
| 14:33:55 | 23 | MR. GLACKIN:  Okay.  Can we have Tab 23, |
| 14:34:10 | 24 | please.  So this will be Exhibit 139. |
| 14:34:41 | 25 | (Exhibit 139 was marked for identification.) |

| | | |
|---|---|---|
| 14:35:00 | 1 | THE WITNESS:  Okay. |
| 14:35:00 | 2 | MR. GLACKIN:  For the record, this is a |
| 14:35:01 | 3 | document Bates numbered PI 00004883. |
| 14:35:08 | 4 | BY MR. GLACKIN: |
| 14:35:09 | 5 | Q.   This is an email, dated April 30th, 2007. |
| 14:35:13 | 6 | Ms. McAdams, do you agree that this is an email |
| 14:35:15 | 7 | that you sent in the ordinary course of your business on |
| 14:35:18 | 8 | or around April 30th of 2007? |
| 14:35:20 | 9 | A.   I don't remember this email, but I have seen it |
| 14:35:23 | 10 | in the course of this case or situation.  And, yes, I |
| 14:35:27 | 11 | believe I sent it. |
| 14:35:28 | 12 | Q.   That's your email address in the "From" field, |
| 14:35:30 | 13 | right? |
| 14:35:30 | 14 | A.   Yes.  Uh-huh. |
| 14:35:32 | 15 | Q.   And the prime recipient is -- appears to be a |
| 14:35:35 | 16 | distribution list "recruiting divas." |
| 14:35:38 | 17 | A.   Uh-huh. |
| 14:35:38 | 18 | Q.   Who is that? |
| 14:35:39 | 19 | A.   That was my recruiting team. |
| 14:35:43 | 20 | Q.   No "divos" on that team? |
| 14:35:47 | 21 | A.   It's not called that anymore.  I inherited |
| 14:35:49 | 22 | that.  I changed it. |
| 14:35:52 | 23 | Q.   And then there is a few other people who are |
| 14:35:55 | 24 | copied on it, Ms. Perkins-Youman, Ms. Hemphill, |
| 14:36:00 | 25 | Ms. Sheehy. |

14:36:01  1          A.   Uh-huh.

14:36:02  2          Q.   You already told us who Ms. Sheehy is.  Were

14:36:04  3     those other two women also part of your team?

14:36:07  4          A.   In HR, correct.

14:36:10  5          Q.   You see the subject is "Apple gentleman's

14:36:12  6     agreement," right?

14:36:14  7          A.   Uh-huh.  Yes.

14:36:14  8          Q.   And you wrote that, right?

14:36:15  9          A.   I did.

14:36:16  10         Q.   And then you say, "Hi, all, I just got off the

14:36:19  11    phone with Danielle Lambert, and we agreed that effective

14:36:22  12    now, we'll follow a gentleman's agreement with Apple that

14:36:24  13    is similar to our Lucasfilm agreement."

14:36:27  14              Now, is this -- does this relate to the

14:36:29  15    conversation you were just testifying about?

14:36:31  16         A.   I don't remember that this is tied to that

14:36:35  17    conversation, but it says that.

14:36:36  18         Q.   Well, did you talk to Ms. Lambert on or around

14:36:39  19    April 30th of 2007?

14:36:40  20         A.   I don't remember when I spoke to her, but I

14:36:43  21    remember speaking to her.

14:36:44  22         Q.   Have you -- how many times in your life have

14:36:45  23    you talked to Ms. Lambert?

14:36:47  24         A.   Oh, I can count on one hand, probably.

14:36:50  25         Q.   Well, you've told us about two.

14:36:51 1     A.    Yeah.

14:36:52 2     Q.    Are there any other times you've talked to her?

14:36:54 3     A.    Not that I remember.

14:36:55 4     Q.    So as far as you know, this relates to the

14:36:58 5   conversation you were just testifying about?

14:37:00 6     A.    I think so.

14:37:01 7     Q.    Okay.  So are you now willing to admit that you

14:37:06 8   agreed with Ms. Lambert that effective April 30th of

14:37:10 9   2007, "we'll follow a gentleman's agreement with Apple

14:37:14 10  that is similar to our Lucasfilm agreement"?

14:37:18 11           MS. HENN:  Objection.  Argumentative.

14:37:19 12           THE WITNESS:  I don't remember coming to an

14:37:21 13  agreement of any sort with Danielle Lambert to follow a

14:37:26 14  gentleman's agreement.

14:37:27 15  BY MR. GLACKIN:

14:37:27 16    Q.    You don't remember today ever doing that.

14:37:29 17    A.    I don't.

14:37:30 18    Q.    Do you think you were -- do you agree with me

14:37:33 19  that this is completely inconsistent with your testimony,

14:37:37 20  this email is completely inconsistent with your testimony

14:37:40 21  that there was no such agreement?

14:37:42 22           MS. HENN:  Same objection.

14:37:43 23           THE WITNESS:  I -- I don't remember that --

14:37:47 24  that I -- I had any form of an agreement with Apple or

14:37:51 25  that I had a conversation about a gentleman's agreement

ERRATA SHEET

Witness:  Lori McAdams                    Date of Deposition:  August 2, 2012

| Page | Line | | |
|------|------|---|---|
| 13 | 3-4 | Change: | Capitalize "Vice President of Human Resources and Administration |
| | | Reason: | Capitalization |
| 23 | 3 | Change: | Change "benefit employees" to "benefitted employees |
| | | Reason: | Transcription error |
| 37 | 12 | Change: | delete the word "a" before "turnover" |
| | | Reason: | Transcription error |
| 57 | 15 | Change: | Change the phrase "search for" to "search firm" |
| | | Reason: | Transcription error |
| 71 | 3 | Change: | Change "requested" to "requesting" |
| | | Reason: | Transcription error |
| 75 | 19 | Change: | Change "Jo DiCenzo" to "Jodi DiCenzo" |
| | | Reason: | Misspelling |
| 79 | 3 | Change: | Insert "person" between "compensation" and "at Sony Pictures." |
| | | Reason: | Transcription error |
| 131 | 10 | Change: | Change "Curry" to "Currey" |
| | | Reason: | Misspelling |
| 167 | 21 | Change: | Change "Andre and" to "angering" |
| | | Reason: | Transcription error |
| 171 | 1 | Change: | Capitalize "The" in "the Walt Disney Company" |
| | | Reason: | Capitalization |
| 173 | 25 | Change: | "Jeremy" to "Jerremy" |

DC: 4534909-1

|     |   | Reason: | Misspelling |
|-----|---|---------|-------------|
| 174 | 1 | Change: | "Jeremy" to "Jerremy" |
|     |   | Reason: | Misspelling |
| 174 | 3 | Change: | "Jeremy" to "Jerremy" |
|     |   | Reason: | Misspelling |
| 214 | 7 | Change: | Change "here" to "her" |
|     |   | Reason: | Typo |

✓_____ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made.  I certify that the transcript is true and correct.


_Jori McAdams_____          _9-10-12_____
(signature)                                        (date)