# EXHIBIT 98 TO
# HARVEY DECLARATION
# REDACTED VERSION



Life of an Offer Workshop

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042588



# Today's Agenda

- Offer Process Overview
- The Offer Workflow System
- Preparing Offer Packets
- Internal Transfers & Conversions
- Comping an Offer
- Extending an Offer
- The Noogler Admin System

Google Confidential

2

# Part 1: Offer Process Overview

Google

Google Confidential

3

**Offer Process**

Google™

4

Google Confidential

**Critical Dates:** Overview



5

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

**Critical Dates:** Hiring Committee Decision



**Objective**

Google Confidential

6

CONFIDENTIAL ATTORNEYS EYES ONLY

# Critical Dates: Preparing the Offer

**Things to Remember........**



Google Confidential

7

# Critical Dates: Sparrow Page & Packet Audit



**Engineering & Operations Offers**

**PSG&A Offers**

Google

8

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042595

# Critical Dates: Pre-EMG Offer Review

## What is Pre-EMG?



Google

9

Google Confidential



# Pre-EMG Offer Review: Outcomes & Actions

| PRE-EMG DECISIONS | WHAT DO I DO NEXT? |
| --- | --- |

10

Google Confidential

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

# Critical Dates: Comp Review

## What is Comp Review?

## Engineering & Operations Offers

## PSG&A Offers

Google

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042598



**Critical Dates:**

**Objectives**

12

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



**Offer Review:** Outcomes & Actions

WHAT DO I DO NEXT?

13

Google Confidential

GOOG-HIGH TECH-00042600

# Part 2:  Offer Workflow

Google

14

Google Confidential

GOOG-HIGH TECH-00042601

# The Offer Workflow System

## SYSTEM HIGHLIGHTS....



Google

15

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# The Offer Workflow Process

Google

16

Google Confidential

GOOG-HIGH TECH-00042603

# Part 3: Offer Packets

Google

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# Crucial Elements of the Offer

**International Offers**



**Required Fields**



Google

18

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# The Perfect Offer Packet: Essential Documents

**Including these Essential Supporting Documents ensures your packet is stronger and complete....**

Check out the "perfect packet" to see what a strong offer packet looks like!

Google

19

Google Confidential

# Part 4: Internal Transfers & Conversions

Google

20

Google Confidential

GOOG-HIGH TECH-00042607

# Specific Offer Types: Internal Transfers



21

Google Confidential

GOOG-HIGH TECH-00042608





# Part 5:  Comping an Offer

23

Google Confidential

# Our Compensation Philosophy



Deliver pay in ways that support three primary business objectives:

✓ Support the company's culture of innovation and performance,

✓ Attract and retain the world's best talent, and

✓ Align employee interests with shareholder interests in the overall success of the company.

Pay-for-performance platform

"Leveraged" comp with increasing levels of leadership

Incentive programs offer opportunity to earn above-market total pay

Google

24

Google Confidential

# Compensation Guidelines



| Offer Component | Guideline | Standard/Non-Standard |
|---|---|---|
| BASE | | |
| BONUS | | |
| EQUITY | | |
| SIGN ON | | |
| RELOCATION | | |

25

Google Confidential

GOOG-HIGH TECH-00042612

# Leveling the Job: New & Existing Positions

## BRAND NEW POSITIONS

## EXISITING POSITIONS

Google Confidential

26

Google

GOOG-HIGH TECH-00042613

# Comping an Offer: Assessing Level & Base

**When confirming a candidate's level, it's important to consider:**

**When determining appropriate base salary, consider**:

Important!

Gather as much data as possible on the candidate's current or competing offers. It is extremely useful information when comping an offer!



27

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Part 6: Extending an Offer

28

Google Confidential

GOOG-HIGH TECH-00042615

# Extending the Offer: Things to Remember



- ❑ Do's and Don'ts

- ❑ Candidate negotiation

- ❑ Guidelines and approvals

- ❑ Closing the candidate (selling the offer)

- ❑ Candidate decline

Google Confidential

29

CONFIDENTIAL ATTORNEYS EYES ONLY

# Setting Candidate expectations: Post Hire

## January – Annual Performance Reviews

- ❑ Bonus Payments
- ❑ Salary Adjustments
- ❑ Promotions
- ❑ Slotting
- ❑ Annual Performance Review

## July – Mid Year Performance Reviews

- ❑ 
- ❑ Promotions
- ❑ Slotting
- ❑ Lightweight Performance Review

## Quarterly OKRs

Google

Google Confidential

GOOG-HIGH TECH-00042617

# Generating Offer Letters: Timing and Content

**Timing:** When should I send the offer letter?

**Offer Letter content and clauses**



31

Google Confidential



# Part 7:  The Noogler Admin System

32

Google Confidential

GOOG-HIGH TECH-00042619

# The Noogler Admin System: Deadlines & Documents



**USE THE NEWHIRE CHECKLIST HANDOUT FOR YOUR REFERENCE**



Google Confidential

33

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042620

# Next Steps: Important Things to Remember

- Notify Keith Wolfe regarding candidate accepts who require immigration and relocation assistance

- Ensure **background check** is run well in advance of the start date



Google

34

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY                                                       GOOG-HIGH TECH-00042622

# Slide Notes

**Slide 1:**

Welcome to the fourth and last Staffing Training Module. Today's workshop will provide a high level overview of the offer review and approval process at Google, and how to successfully manage your candidates through this process.

**Slide 2:**

Agenda:

Offer Process Overview: We will review today who is involved in the Offer review process, and why it is the way it is, including key deadlines to meet

The Offer Workflow System: We will go over at a high level how the system works, it's purpose, and how it supports the management of the Offer Review Approval process at Google

Preparing Offer Packets: How to prepare the perfect packet and use the Offer Packet Quality Checklist; the audit process and key deadlines

Specific Types of Offers: We will review the process for conversion and internal transfer hires

Comping an Offer: Review the Compensation Philosophy  and how to level and comp an offer

Extending the Offer: Selling the candidate and Dos & Don'ts

The Noogler Admin System: When and What you need to enter for the candidate

**Slide 4:**

Let's Recap the Life Cycle of a candidate here at Google:



                    GOOG-HIGH TECH-00042623

# Slide Notes



**Slide 5:**

Process and Critical Dates Overview:

Your preparation for this process will begin early the week before. Let's now look at the WED – FRI timeline for offers

This varies among teams and departments;

Wednesday:

Thursday:

Friday:

**Slide 6:**

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes



**Slide 7:**



How many of you have already attended the OWF Workshop?

Review the purpose of the system. Does anyone know what the other systems are?

**Slide 8:**

Let's talk more about the purpose of the Sparrow Page and the Audit Process:

GOOG-HIGH TECH-00042625

# Slide Notes



**Slide 9:**

What is Pre-EMG?



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042626

# Slide Notes



**Slide 10:**



**Slide 11:**



**Slide 12:**

CONFIDENTIAL ATTORNEYS EYES ONLY                              GOOG-HIGH TECH-00042627

# Slide Notes



**Slide 13:**



Approve



GOOG-HIGH TECH-00042628

# Slide Notes



Reject

**Slide 15:**

**Slide 16:**



CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 18:**

Important Tools to Remember for International Offers:

**Slide 19:**



A Note about requesting transcripts and Test Scores from candidates:



Perfect Offer Packet - handout

A perfect offer packet was created as a reference for recruiters and hiring managers.

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 21:**



**Slide 22:**

Google has different types of conversion programs across the organization

GOOG-HIGH TECH-00042631

# Slide Notes

Examples:



**Slide 24:**

Let's review Google's Compensation philosophy again, which was first presented in Staffing Orientation. Our comp programs support 3 business goals, and our philosophy of a pay for performance platform.

To achieve these objectives, Google has developed its compensation programs on a pay-for-performance platform intended to provide "start-up-like" reward opportunities for strong performance as well as downside exposure with underperformance. This philosophy applies to all Google employees, with increasing proportions of "leveraged" or "at-risk" compensation with increasing levels of leadership and responsibility.

While Google's base salaries are competitive with market, our incentive programs (e.g., bonus, stock) offer opportunities to earn above-market total pay.

**Slide 25:**



                                        GOOG-HIGH TECH-00042632

**Slide Notes**



# Slide Notes

**Slide 26:**

Brand New Jobs

When defining a new job, it is important to:

Existing Positions

Review sample job matrix. Add bonus slide.

**Slide 27:**

# Slide Notes



Gather data! Everything you can about the candidates current compensation, target/actual bonuses, vested/unvested equity, equity type, guaranteed bonuses, etc (I should create a checklist for this!)


Let's talk about the actual steps involved and what to think about when determining an appropriate offer...


**Slide 29:**

Do's and Don'ts: refer to handout


Candidate Negotiation:



Guidelines and Approvals:

# Slide Notes

Guideline for comp changes

Closing the Candidate:

Candidate Decline

Role Play??? Don't want too many role plays.

Develop a few scenarios for the role play:

**Slide 30:**

Salary Adjustments

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

Promotions

Bonus Program Handout □ Dave Rolefson (need to talk to him)

How are they prorated?

Do you have to be employed at the date the bonus is paid out?

GOOG-HIGH TECH-00042637

# Slide Notes

**Slide 31:**

Roles and Responsibilities

When to send the offer letter

Electronic (PDF) vs. fax vs. hardcopy

Supplemental Info in Offer Packets

# Slide Notes

**Slide 33:**

Roles and Responsibilities

Required Info:

**Slide 34:**

# Slide Notes

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042640