# EXHIBIT 103 TO HARVEY DECLARATION REDACTED VERSION



SWE Value Propositions and Google Talking Points
Competitive Intelligence Group TiP Number 1, December 2007

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00054905



SWE Value Propositions and Google Talking Points

Do Not Forward

CONFIDENTIAL

2

CONFIDENTIAL ATTORNEY'S EYES ONLY        GOOG-HIGH-TECH-00054906



SWE Value Propositions and Google Talking Points
Competitive Intelligence Group TIP Number 1, December 2007

Do Not Forward

4

CONFIDENTIAL ATTORNEY'S EYES ONLY

CONFIDENTIAL

GOOG-HIGH-TECH-00054908







CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00054911

...



SWE Value Propositions and Google Talking Points
Competitive Intelligence Group TIP Number 1, December 2007

Do Not Forward

CONFIDENTIAL

8

CONFIDENTIAL ATTORNEY'S EYES ONLY                               GOOG-HIGH-TECH-00054912



SWE Value Propositions and Google Talking Points
Competitive Intelligence Group TiP Number 1, December 2007

Do Not Forward

CONFIDENTIAL

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00054913