# EXHIBIT 114 TO
# HARVEY DECLARATION
# REDACTED VERSION



# Startup Talent Competition

Authors: Cooper Greene and Katie Temple
Contributor: Alex Carney

## OVERVIEW

In Q4, we continued our ▮
For these key talent competitors, our strategy includes counteroffers of up to ▮ the competing equity offer, in addition to offering aggressive compensation to head-to-head candidates.

▮

## FACEBOOK TALENT COMPETITION

### Facebook Results vs. Forecast

Since Q4 2010, we have forecasted exits to Facebook based on actual results and press / analyst reports of Facebook recruiting and growth. We measure our success based on actual Facebook exits vs. our forecast. In Q4, we lost ▮ Googlers to Facebook, ▮ than our quarterly forecast of ▮ and a ▮ in YoY exits. ▮

This data suggests ▮ The chart below illustrates historical Facebook offers to Googlers and exits to Facebook:

---

[1] Note, as exits to our key competitors decline we expect quarterly statistics to become more volatile as n-count decreases (i.e., small change in n-count can cause a large change in win rate percentages)

[2] Significant offer activity is defined as either (1) Offer extended to a VP or above or (2) 2x quarter-over-quarter increase in exits

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00193406



Quarterly # of Facebook Offers to Googlers and Exits to Facebook

We have also updated our forecast of 2012 Facebook exits. ▇

For our 2012 forecast, we assumed a similar pattern ▇

## Counteroffers vs. Facebook

Our QoQ win rate remained stable at ▇% in Q4 (vs ▇ in Q3). ▇

For Facebook cases resolved in Q4 2011, we granted ▇ in counteroffer equity and ▇ In addition to compensation, ▇

Note, as Facebook's offers to Googlers have ▇ since Q4 2010, we expect quarterly statistics to become more volatile as n-count decreases (i.e., small change in n-count can cause a large change in win rate percentages).

Additional detail on Q4 Facebook counteroffer activity can be found in Attachment A.

## Facebook Head-to-Head Candidate Update

In Q4, we extended ▇ new candidate offers. Of these candidates, ▇ received a competing Facebook offer and ▇ resolved cases accepted Google's offer ▇

Additional head-to-head candidate details are provided in Attachment A.

---

[3] "Facebook to Open New York Engineering Office as Web Site Prepares for IPO" www.bloomberg.com (2-Dec-11)
[4] Multiple determined by (Google equity counteroffer + Googler's five-year unvested equity at time of counter) / competing organization's total equity offer
[5] ▇

## TWITTER TALENT COMPETITION

**Twitter Results vs. Forecast**

There were ▮ total exits to Twitter in 2011 ▮ below our annual forecast of ▮. In Q4, we had ▮ exits to Twitter, ▮ greater than our forecast of ▮. Note, of the ▮ exits to Twitter in Q4 ▮ were ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

For our 2012 forecast, we assume Twitter will have ▮ YoY headcount growth (similar to headcount growth from 2009 to 2010), with ▮ of their 2012 hires coming from Google (consistent with our 2010 estimate). This implies ▮ exits in 2012 (vs. ▮ in 2011). We will measure our 2012 success based on actual 2012 exits to Twitter vs. this updated forecast.

**Counteroffers vs. Twitter**

In Q4 we observed a ▮ YoY ▮ in the number of incoming Twitter offers and a ▮ YoY ▮ in the number of Googlers exiting to Twitter (▮ exits). Our Q4 win rate was ▮ (vs. ▮ in Q3; Q4 win rate reflects ▮▮▮▮ )[6].

Our decreased Q4 counteroffer win rate reflects ▮▮▮ who was not ▮▮▮ and ▮ Googlers who wanted to experience roles outside of Google. Additionally, we hypothesize Twitter's Dec-11 site redesign and brand pages launch[7] may have increased Twitter's attractiveness as an employer. To support our talent retention strategy, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Additional detail on Q4 Twitter counteroffer activity can be found in Attachment B.

## OTHER STARTUP TALENT COMPETITORS

**Square and Groupon**

In Q4, Square made ▮ offers to Googlers (vs. ▮ in Q3). We countered ▮ and ▮ accepted our counteroffer to remain at Google. Groupon made ▮ offers to Googlers in Q4 ▮ VP-level Googler [Redacted - Not Responsive] **Redacted** ▮▮▮▮ and ▮▮▮▮▮▮▮ We will continue to monitor these organizations' recruiting trends. However, going forward we will only report these results if significant offer activity[9] occurs.

---

[6] Note, as exits to our key competitors decline we expect quarterly statistics to become more volatile as n-count decreases (i.e., small change in n-count can cause a large change in win rate percentages)
[7] "Twitter simplifies to find new users" www.businessweek.com (8-Dec-11)
[8] Spend includes resolved counteroffers and preemptive grants made vs. Twitter from 5-Oct-11 to 7-Dec-11
[9] Significant offer activity is defined as either (1) Offer extended to a VP or above or (2) 2x quarter-over-quarter increase in exits

### All Other Startup Talent Competitors

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

In Q4, we made ███ counteroffers (average equity counteroffer value = ██████) to other non-key startup competitors and won ████. For cases resolved in Q4, we granted ██████ in counteroffer equity to non-key startup competitors and ████████████████████████████████████████ ████████████
████████████████.

---

[10] For non-key startup competitors, Googlers must meet the following guidelines to be eligible for a counteroffer: ████████████
████████████

[11] ████████████████████████████████████████████████

**ATTACHMENT A**

## Facebook Counteroffer Update

| Date | Facebook Offer to Googler | Google Made Counteroffer | Google Won Counteroffer | Googler Re-hired from Facebook[1] | Google Win Rate as % of Resolved Counteroffers |
|---|---|---|---|---|---|
| Prior to 2010 | | | | | |
| Q1 2010 | | | | | |
| Q2 2010 | | | | | |
| Q3 2010 | | | | | |
| Q4 2010 | | | | | |
| Q1 2011 | | | | | |
| Q2 2011 | | | | | |
| Q3 2011 | | | | | |
| Q4 2011 | | | | | |
| Total Number | | | | | |
| % of Total Facebook Offers | | | | | |

Note: sorted by date; data as of 31-Dec-11
1) Rehires categorized based on date of original resignation (as opposed to date of rehire)

## Facebook Head-to-Head Candidate Update

| Date | Head-to-Head Candidates | Google Won Candidate | Google Win Rate as % of Resolved Candidates |
|---|---|---|---|
| Prior to 2010 | | | |
| Q1 2010 | | | |
| Q2 2010 | | | |
| Q3 2010 | | | |
| Q4 2010 | | | |
| Q1 2011 | | | |
| Q2 2011 | | | |
| Q3 2011 | | | |
| Q4 2011 | | | |

Note: sorted by date; data as of 31-Dec-11
1) Q4 2011: ▮ offers pending candidate decision

CONFIDENTIAL ATTORNEY'S EYES ONLY　　　　GOOG-HIGH-TECH-00193410

**ATTACHMENT B**

**Twitter Counteroffer Update**

| Date | Twitter Offer to Googler | Google Made Counteroffer | Google Won Counteroffer | Googler Re-hired from Twitter[1] | Google Win rate as % of Resolved Counteroffers |
|---|---|---|---|---|---|
| Prior to 2010 | | | | | |
| Q1 2010 | | | | | |
| Q2 2010 | | | | | |
| Q3 2010 | | | | | |
| Q4 2010 | | | | | |
| Q1 2011 | | | | | |
| Q2 2011 | | | | | |
| Q3 2011 | | | | | |
| Q4 2011 | | | | | |
| Total Number | | | | | |
| % of Total Twitter Offers | | | | | |

Note: sorted by date; data as of 31-Dec-11
1) Rehires categorized based on date of original resignation (as opposed to date of rehire)
2) Q4 2011: ▮ counter pending Googler decision

**Twitter Head-to-Head Candidate Update**

| Date | Head-to-Head Candidates | Google Won Candidate | Google Win rate as % of Resolved Counteroffers[1] |
|---|---|---|---|
| Prior to 2010 | | | |
| Q1 2010 | | | |
| Q2 2010 | | | |
| Q3 2010 | | | |
| Q4 2010 | | | |
| Q1 2011 | | | |
| Q2 2011 | | | |
| Q3 2011 | | | |
| Q4 2011 | | | |
| Total Number | | | |

Note: sorted by date| data as of 31-Dec-11
1) Q4 2011: ▮ offers pending candidate decision

CONFIDENTIAL ATTORNEY'S EYES ONLY    GOOG-HIGH-TECH-00193411