# EXHIBIT 118 TO HARVEY DECLARATION REDACTED VERSION

**From:** Prasad Setty <prasadsetty@google.com> on behalf of Prasad Setty
**Sent:** Saturday, September 18, 2010 3:09 AM
**To:** Laszlo Bock
**Cc:** Matt Kunzweiler; Eric Schaffer; Monica Davis; Jason Grishkoff
**Subject:** Re: Draft Outline of Big Bang Proposal for LDCC

Laszlo:

Agree with your bullets #2 and #3 - we can add #3 explicitly and we have #2 captured in the last point under rationale.

We deliberately underplayed #1 (attrition angle) in case the LDCC asked us to have attrition ▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ We might get questions around how much attrition benefit we'd get from a ▓▓▓▓ increase, etc, and whether we'd stop our counteroffer practice once we do this, etc.

It seemed like a cleaner logic to assert that we're paying Googlers what they're worth.

Should we add in attrition mgmt as a secondary reason?

Prasad

On Fri, Sep 17, 2010 at 4:26 PM, Laszlo Bock <laszlo@google.com> wrote:
Rationale should also include some form of:



We should also reference that we're looking at other levers (org structure, roles, leadership, career development, excitement/vision of products, etc) and that it's not just a comp solution. Also needs a distinct piece about VP+ which will I think be as we last discussed with Shona. I wouldn't mention that Googlers feel entitled.

On Fri, Sep 17, 2010 at 4:04 PM, Matt Kunzweiler <mattk@google.com> wrote:
Hi Laszlo,

Pasted below the signature line is our high-level draft outline of the Big Bang proposal for the LDCC. This version frames the proposal as a change in our compensation philosophy to ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ Note we are still calculating post-BB market targets, which should be ready by mid-next week. The figures in the outline are rough estimates and may change.

This outline only covers the "Overview" section of the proposal doc. We'll delve into full detail in the rest of the doc (e.g., mechanics, accounting/earnings impact, disclosure requirements, exec participation), but wanted to get your reaction to the framing sooner versus later.

Any edits/feedback would be greatly appreciated. And please let us know if you have any questions.

Thanks,
Matt

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00194984

--



--
Prasad Setty
People Analytics & Compensation
650 353 7921

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00194985