# EXHIBIT 120 TO HARVEY DECLARATION

# REDACTED VERSION

Produced in Native

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00196108



# Proposal of New Google Compensation Philosophy

Summary for Google's Board of Directors
13-Oct-2010

**Authors**
Eric Schaffer
Jason Grishkoff
Matt Kunzweiler

# Broad Employee Base
## Summary



Google has historically hired top-of-market talent, but we have targeted the market ████████ for base salary and target total cash. We successfully attracted and retained this talent at a "discount" based on our brand premium and strong growth.



1. Salary competitiveness based on 2009 Googlegeist
2. Relative comp. element value based on 2008 conjoint study: equity valued at ███, bonus valued at ███ of base pay
3. Shifting the company multiplier to salary achieves the ██████  An additional ███ increase is required to achieve our target
4. Based on 2010 Are You Fiscally Fit survey. Googlers adjust personal cost structure proportionally with salary increase/decrease

# Broad Employee Base
## Detail: Proposed changes to cash compensation



**Proposal**

- Target top-of-market pay levels for salary and total cash ████████████████████████
- Employees would forfeit company multiplier to partially fund increases

**Rationale**

- Google hires top-of-market talent, but historically we have targeted the market ██████████ for base salary and target total cash.  Increasing cash compensation levels will support our goal of attracting and retaining the world's best talent

**Program Mechanics**



# Broad Employee Base
## Detail: Proposed changes to equity compensation



**Proposal**

[redacted]

**Rationale**

- Googlers currently discount the value of equity due to the infrequency of vesting and lack of understanding of stock options

**Program Mechanics**

[redacted]

DOES THIS NEED TO BE REVIEWED BY THE FULL BOARD?

# Appendix:
## Examples of Impact on Salary and Bonus



The following examples illustrate the impact of our proposal for 2010 vs. 2011 cashflows of US-based software engineering and direct ad sales populations:

*(values in $000s)*

| Title | Current Target with CM=1.0 | | | | Current Target with CM=2.0 | | | | Post-Adjustment Target (No CM)[1] | | | | | % TCC Δ from Curr. CM=2.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Base | Bonus % | Bonus $ | TCC | Base | Bonus % | Bonus $ | TCC | Base | Base Δ | % | Bonus % | Bonus $ | TCC |
| **Software Engineer Ladder, US** | | | | | | | | | | | | | | |
| **Direct Ad Sales Ladder, US** | | | | | | | | | | | | | | |

Note: CM = Company Multiplier

Google Confidential and Proprietary    5