# EXHIBIT 122 TO HARVEY DECLARATION REDACTED VERSION

# Produced in Native

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00196687

**Executive Sponsor:** Laszlo Bock

**Authors:** Eric Schaffer, Frank Wagner, Jason Grishkoff, Monica Davis, Prasad Setty, Stephanie Tietbohl

**WORK IN PROGRESS**



# Project Big Bang:
# Compensation Levers to Address Attrition

**OC Meeting #2:** August 31, 2010

### Agenda

███████████████████████████████
███████████████████████████████

Google Confidential and Proprietary

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY - OUTSIDE COUNSEL REVIEW:

# Attrition remains a growing concern



**Overall quarterly attrition is increasing**

Trailing 4Q total attrition:
Trailing 4Q regretted attrition:

**Forever attrition generally tracks to broad regretted attrition**

Trailing 4Q forever attrition:



2Q06 3Q06 4Q06 1Q07 2Q07 3Q07 4Q07 1Q08 2Q08 3Q08 4Q08 1Q09 2Q09 3Q09 4Q09 1Q10 2Q10

Facebook counteroffer wins

1Q07 2Q07 3Q07 4Q07 1Q08 2Q08 3Q08 4Q08 1Q09 2Q09 3Q09 4Q09 1Q10 2Q10
-5

**OC Discussion:**

What is an acceptable level of regretted attrition?



READY FOR REVIEW

# Attrition could be partially mitigated through compensation levers



1. Conjoint 2008  2. Googlegeist 2009  3. Ruff 2010 - Employees on average save ~25%, independent of current base pay (true across all levels)  4. Sales critical talent program made increases on 1-Jan-10 to 149 participants; ▮ retention to date (4 attrites)

# New proposal may reduce attrition and provides meaningful salary increases while limiting margin impact and keeping cost neutral ($6B)

READY FOR REVIEW





| | Salary | Bonus | Equity Refresh | "Wow" Factor | Total Comp |
|---|---|---|---|---|---|
| OC Ask | | | | | |
| Proposal | | | | | |
| Spend & Op Margin Impact | | | | | |
| Googler Impact | | | | | |

1. Operating margin impact reflects 2010 forecast as of July 7; revenue ▇▇▇, non-GAAP operating margin = ▇▇▇, operating margin = ▇▇▇   2. Subject to Board approval

# Example compensation mechanics impact under cash and equity bang to SWE ladder (US - individual contributor)



**NOT READY FOR REVIEW:**
Break out annual vs. discretionary vs. mega
Build in new equity %s

## Equity Bang



## Current Compensation

*(cashflows in $000s)*

| | Estimated Annual Compensation | Proposed Annual Compensation | % Δ |
|---|---|---|---|

## Performance differentiation



Insert three charts to show comp impact under three perf scenarios (3.0, 3.4, 4.0)

# Considerations to address during future OC meetings

**NOT READY FOR REVIEW:**
Update bullets
Add text on EE+ contract idea





# Appendix

## Equity Impact

**NOT READY FOR REVIEW:**
Need to add chart

INSERT CHART WITH NEW EQUITY INFO: CURRENT VS. NEW BY ████████████████████

# Dilution

**NOT READY FOR REVIEW:**
Need to add charts



INSERT DILUTION IMPACT

INSERT PEER DILUTION %S

# Both proposals are total spend cost-neutral ($6.1B); however, cash spend and margin impact varies



**NOT READY FOR REVIEW:** Numbers need to be updated

| Component | Current | Equity Bang |
|---|---|---|
| Salary | | |
| Bonus | | |
| Discretionary Bonus | | |
| **Total Cash** | | |
| **Op Margin Impact**[1] | | |
| Equity Budget[2] | | |
| **Total** | | |

1. Operating margin impact reflects 2010 forecast as of July 7; revenue ▇, non-GAAP operating margin = ▇ operating margin = ▇
2. 2010 actual dilution estimated ▇
3. Subject to Board approval

# Slide Graveyard

# Two proposals address attrition via compensation, but the primary pay vehicle (cash, equity) varies for each

| |
|---|
| "Wow" Factor |
| Salary |
| Bonus Targets |
| Company Multiplier |
| Equity Refresh |
| Total Cost |
| Op Margin Impact |
| Improve Pay Predictability |
| Implementation |