# EXHIBIT 2487

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION



# 2010 Annual Performance Review

# Compensation Training for Managers

# December 2009

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

EXHIBIT 2487
Deponent Keiper
Date 3-28-13
Gina V. Carbone, CSR

2487.1

ADOBE_100600
Confidential - Attorneys' Eyes Only

# Agenda

1. Key Underlying Philosophies & Total Rewards Overview

2. Refresh on the Performance Levels & Ranking Process

3. Cash Compensation

4. Equity Compensation

5. High Level Timeline

6. Next Steps

7. Resources

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

ADOBE_100601
Confidential - Attorneys' Eyes Only

# Performance Management Strategy

Continue to evolve culture toward pay for performance where key contributions of employees are recognized and rewarded, and managing performance is a key requirement to growing the business



ADOBE_100602
Confidential - Attorneys Eyes Only

2481.3

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

# Performance Management Framework



Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

ADOBE_100603
Confidential - Attorneys' Eyes Only

# Total Rewards Overview

2481.5

Confidential - Attorneys' Eyes Only

ADOBE_100604

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

# Ranking Definition

* Ranking is a process to identify levels of performance across the company

Confidential - Attorneys' Eyes Only   ADOBE_100605

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

# Ranking Process

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.



2481.7

Confidential - Attorneys' Eyes Only

ADOBE_100606



# Performance Levels

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

ADOBE_100607
Confidential - Attorneys' Eyes Only

# Leading to Win





Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential.

2481.9
Confidential - Attorneys' Eyes Only          ADOBE_100608

# Annual Review: Cash and Equity Compensation

- **Cash Compensation**
  - Salary Budget Methodology and Overview
  - Budgets by Country
  - Salary Increase Matrix and Considerations
  - Salary Tool

- **Equity Compensation**
  - Equity Budget Methodology and Overview
  - Equity Grant Considerations
  - Stock Tool



Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential

Confidential - Attorneys' Eyes Only

ADOBE_100609

3 v 871.10

# Annual Review Salary Budget Methodology

2481.11

Confidential - Attorneys Eyes Only

ADOBE_100610

Copyright 2009 Adobe Systems Incorporated. All rights reserved   Adobe Confidential.



# Salary Budget Overview

[redacted]

Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

Adobe



# Salary Budgets by Country*

Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential.

ADOBE_100612
Confidential - Attorneys' Eyes Only

# Salary Increase Considerations for Managers



Confidential - Attorneys' Eyes Only   ADOBE_100613

Copyright 2009 Adobe Systems Incorporated.   All rights reserved   Adobe Confidential.



# Salary Increase Matrices

3487.15

ADOBE_100614
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.



# Annual Review Salary Tool

- Annual Review Salary Tool will be open starting December 14 for all managers to enter preliminary salary and performance level recommendations

- Refer to the Adobe Presenter available on the Managers' Annual Review website or within the Salary Tool for help using the tool



Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

ADOBE_100615
Confidential - Attorneys' Eyes Only

# Annual Review Equity Budget Methodology

ADOBE_100616
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.



# Equity Overview

Confidential - Attorneys' Eyes Only

3481.18

ADOBE_100617

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.



# Equity Grant Considerations for Senior Leaders

Confidential - Attorneys' Eyes Only

ADOBE_100618

2781.19

Copyright 2009 Adobe Systems Incorporated. All rights reserved   Adobe Confidential.



# Annual Review Stock Summary



Confidential - Attorneys' Eyes Only    ADOBE_100619

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

# Annual Performance Review

ADOBE_100620
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.



## Next Steps

- If asked, participate in Ranking sessions for your organization

- In the Salary Tool, enter your salary and performance level recommendations for each of your employees by January 6

- Write reviews via Appraisal Form for each employee
  - If you choose, as an FYI, send a copy of the appraisal via Workspace to your manager

- ███████████████████████████████████████████████████

- Review resources for delivering effective feedback

Confidential - Attorneys' Eyes Only    ADOBE_100621    3Y87.22

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

# Cash & Equity Compensation Resources

- Phase 2 Compensation Summary

- Annual Review Salary Tool training

  - Click the "Training" button in the Salary Tool or on the Manager's Annual Review website

  - For New Managers:  Instructions on how to download the SAP GUI to access the Salary Tool

- Job/Salary Range Website

  - ███████████████████████████████████████████████

- Performance Shares and Restricted Stock Units (RSU) Training

- Total Rewards Overview (online module)

  - Part 1 - Total Rewards Overview

  - Part 2 - Compensation Fundamentals

  - Part 3 - Compensation Programs

- General Compensation Info (pdf)

  - Note : There have been Total Reward Program changes not reflected within this

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

Confidential - Attorneys' Eyes Only

ADOBE_100622

3481.23

# General Resources

- ## 2010 Managers' Annual Performance Review Website
  - Reference documents, trainings, communications, Appraisal Form
- ## 2010 Employees' Annual Performance Review Website
  - Trainings, Appraisal Form, communications
- ## Managing at Adobe Website
- ## If you have questions about…
  - The Appraisal Form:  contact the IT Service Desk at x6HELP
  - Annual Performance Review timeline, process or tools:
    - In North America and India:  contact the HRIC at x6HELP or hric@adobe.com
    - In all other geos:  contact your local HR Manager
  - An employee issue:  contact your HR Manager
  - Evaluating performance, ranking, department specific dates:  contact your manager

Confidential - Attorneys' Eyes Only

ADOBE_100623

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.



2181.25   ADOBE_100624
Confidential - Attorneys' Eyes Only