# EXHIBIT 2823

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Gloria Stinson
**Sent:** Thursday, November 11, 2010 3:09 PM
**To:** Melissa Daimler; Debbie Streeter
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News
**Attachments:** image001.png

Don't we need to be careful on how we position this given our stock performance? Would employees think we should be doing the same thing as Google?

**From:** Melissa Daimler
**Sent:** Thursday, November 11, 2010 3:01 PM
**To:** Debbie Streeter; Andrea Brant; Jennifer Pasqualini
**Cc:** Gloria Stinson; Kari Bratzler; Angela Szymusiak
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

I think it's a great point as I know HRBPs are already concerned about how to address this issue next week when they're in front of employees so I'm glad we raised it here so we can all share consistent message. Andrea/Holly, I'm also copying Gloria and Kari, Angela. Thinking we should include this in the materials somewhere.

Kari/Holly, do you have a suggestion of how to get this out to the HRBPs? Perhaps an email that highlights the below wording?



| | |
|---|---|
| Melissa Daimler | |
| Director | 408.536.5802 (tel)    345 Park Avenue |
| Global Learning | 415.533.5277 (cell)   San Jose, California, USA |
| Adobe Systems | mdaimler@adobe.com    www.adobe.com |

**From:** Debbie Streeter
**Sent:** Thursday, November 11, 2010 2:15 PM
**To:** Andrea Brant; Jennifer Pasqualini
**Cc:** Melissa Daimler
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

I was referencing all companies have to change their philosophy time to time when your philosophy isn't working anymore. That is what Google is doing. They paid lower base and bonus since stock was so high value. Now that stock will not deliver the same high value they need to go back and change their base and bonus philosophy to attract and retain talent. Their motivator is not having to switch. We did this years ago at Adobe as well



| | |
|---|---|
| **Debbie Streeter** | |
| VP, Total Rewards | 408.536.4768 (tel)    345 Park Avenue |
| Adobe Systems | 408.410.5890 (cell)   San Jose, CA, 95110 |
| | streeter@adobe.com    www.adobe.com |

**If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.**

**From:** Andrea Brant
**Sent:** Thursday, November 11, 2010 1:17 PM
**To:** Debbie Streeter; Jennifer Pasqualini

1

2 123.1



EXHIBIT 2823
WIT: Streeter
DATE: 4.5.2013
ANNE TORREANO, CSR #10520

ADOBE_025894
Confidential - Attorneys' Eyes Only

**Cc:** Melissa Daimler
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

Whew! Glad we're not changing our philosophy. Must have been a typo in your previous note.

With respect to the training and AR comms, we are planning to include the info about this year's merit budget being above market, which is a great message. Question for you about your reference to monitoring our programs: are we setting our targets above market or at market? I might be confused, but the statement "Provide **market competitive rewards** allowing us to attract and retain great global talent and differentiate based on exceptional company and individual performance" seems different than "continuing to monitor our TR programs to ensure we continue to **set our targets above market**".

Debbie, I know you're out today so Jennifer, if it's easier to discuss this over the phone, please let me know. I just want to make sure we're providing HRBPs with the right talking points.

**From:** Debbie Streeter
**Sent:** Thursday, November 11, 2010 12:39 PM
**To:** Andrea Brant; Jennifer Pasqualini
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

Our philosophy is not changing but we want to ensure we continue to educate our employees on what our philosophy is and the market etc. This is part of our Ops Plan for FY11 is to partner with Marketing on communicating the Adobe Value Proposition which total rewards is a part of but is not the entire proposition. This is not any different than what you have heard me say I want her at Adobe for the past year or two ☺ The difference this year if Ann has said she will help HR do it this year. Starting at the high level company strategy and going to the other pieces like TR etc as part of that overall marketing pitch to internal employees.

If someone brings up the topic at the training- I think I would have the HRBPs say that Adobe believes in our Total Rewards Philosophy of pay for performance and to Provide market competitive rewards allowing us to attract and retain great global talent and differentiate based on exceptional company and individual performance.

If people have follow up questions, they can email or call me.

We should though add verbiage into our AR communications that help educate employees/mgrs that we are happy to report that our corp merit budget this year is above market and that we continue to monitor our TR programs to ensure we continue to set our targets above market.  What Google is doing is not market and we are starting to hear now that not all employees will actually be getting the 10% increase due to performance etc.

Thanks



**Debbie Streeter**          408.536.4768 (tel)          345 Park Avenue
VP, Total Rewards            408.410.5890 (cell)         San Jose, CA. 95110
Adobe Systems               streeter@adobe.com          www.adobe.com

**If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.**

**From:** Andrea Brant
**Sent:** Thursday, November 11, 2010 8:52 AM
**To:** Debbie Streeter; Jennifer Pasqualini
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

2823.2

ADOBE_025895
Confidential - Attorneys' Eyes Only

We were not suggesting this get proactively addressed. We were just hoping to arm the HRBPs in case they got questions. I'd prefer we give them an A rather than have them make something up on the fly. So, if the question comes up, (might be something like "I heard Google... Are we considering anything like this?") how do you want them to respond?

Definitely would like to sit down with you guys to understand the direction we're headed; especially our philosophy will be changing. What's the timing on these changes?

**From:** Debbie Streeter
**Sent:** Wednesday, November 10, 2010 9:06 PM
**To:** Jennifer Pasqualini; Andrea Brant
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

Donna and I would prefer we don't look like we are reacting but instead take the time to build out a communication plan on how we continue to educate our employees. We want to do this communication/education right and not quickly to react to a move by Google that is probably not as WOW as it sounds. The devil is in the details and while it sounds good- it's most likely a switch in their pay philosophy since they don't project the big stock growth anymore. We all have to change our philosophy and a 10% increase is positioned lower in the market is just merit with an adj. to move people to where they should be positioned as part of their new market philosophy.



**Debbie Streeter**
VP, Total Rewards
Adobe Systems

408.536.4768 (tel)
408.410.5890 (cell)
streeter@adobe.com

345 Park Avenue
San Jose, CA, 95110
www.adobe.com

**If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.**

**From:** Jennifer Pasqualini
**Sent:** Wednesday, November 10, 2010 9:01 PM
**To:** Andrea Brant
**Cc:** Debbie Streeter
**Subject:** FW: Response/Talking Points: Google Raise/Bonus News

Andrea,
Please see below from Debbie and Donna. While we all agree that we want to educate employees on their benefits and compensation package at Adobe, and also respond to news in the industry, this is probably not the best forum to do so. How about if we brainstorm about a way to respond to the media but through another means? Thanks for your understanding.

Jennifer Pasqualini

If you are a North America-based Adobe employee and have an HR-related question, you now have a centralized resource to help you find the answer. Contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.

**From:** Debbie Streeter
**Sent:** Wednesday, November 10, 2010 8:56 PM
**To:** Jennifer Pasqualini
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

2823.3

ADOBE_025896
Confidential - Attorneys' Eyes Only

Donna agrees we should focus on the training and not react to the Google issue. This is not the forum and not appropriate team to address comp topics other than the tool training



**Debbie Streeter**  408.536.4768 (tel)   345 Park Avenue
VP, Total Rewards  408.410.5890 (cell)   San Jose, CA, 95110
Adobe Systems   streeter@adobe.com   www.adobe.com

**If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.**

**From:** Andrea Brant
**Sent:** Wednesday, November 10, 2010 5:04 PM
**To:** Jennifer Pasqualini; Holly Parker-Coney; Ilene Milne; Karen Doris-Hampton
**Cc:** Shane Koller; Sara Shoys
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

We're not expecting the HRBPs to answer in detail about survey data, we are hoping to provide some positioning with respect to our philosophy on TDC and our merit budget vis a vie what we're seeing in the market. (See Holly's specific questions below, which I've highlighted.) That way, if a manager raises the point about the decisions Google has made, HRBPs can provide more color around what Adobe's doing and why. I think the short answer is we have moved to pay for performance and ███████████████████████████████████████████████████. That said, it would be nice if we could add some more "color" with respect to what other companies are doing. For example, right now, the deck has ███████████████████████████████████████████████████████ which is the part we were hoping to add given the announcement from Google.

**From:** Jennifer Pasqualini
**Sent:** Wednesday, November 10, 2010 4:07 PM
**To:** Holly Parker-Coney; Ilene Milne; Karen Doris-Hampton
**Cc:** Andrea Brant
**Subject:** RE: Response/Talking Points: Google Raise/Bonus News

Hi everyone,
I do not think that this is the appropriate forum to discuss this. The HRBPs will be presenting the training and do not have insight to survey data or survey information related to compensation to this level of detail. Perhaps there is a way to send these questions to be addressed offline?

Jennifer Pasqualini

If you are a North America-based Adobe employee and have an HR-related question, you now have a centralized resource to help you find the answer.
Contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.

**From:** Holly Parker-Coney
**Sent:** Wednesday, November 10, 2010 1:54 PM
**To:** Jennifer Pasqualini; Ilene Milne; Karen Doris-Hampton
**Cc:** Andrea Brant
**Subject:** Response/Talking Points: Google Raise/Bonus News
**Importance:** High

4

2823.4

ADOBE_025897
Confidential - Attorneys' Eyes Only

Hi Jennifer, Ilene and Karen,
As you know, Google is generating some buzz with their <u>10 percent raise and bonus announcement</u> (I see 468 news articles on it!) Since we are hosting live training sessions with managers next week on the Annual Performance Review/Compensation topic, we should be prepared with a response if questions come up about this. I offered to help develop some talking points for trainers and HRBPs, but need your help on gathering the data points.

I had a few questions that I'm hoping you can answer so that we can start to develop some talking points:

- The team has heard Google tends to be lower in salary than competitors and they make up for it through benefits. One idea was Google is using this raise to come more in-line with competitors. Do you have any data to support this?
- I know we want employees to think about compensation from a holistic standpoint (not just salary), but in general is our philosophy around TDC to be market-leading?
- Do we have any data points that characterize Adobe's TDC is market-leading?
- What is the average merit increase in the market right now (globally)?
- Is there anything we are doing from compensation standpoint that helps Adobe stands out above the rest?

Perhaps we could have a quick call on this? Do you have any availability this afternoon or tomorrow? Let me know your thoughts.

Thanks!
Holly



**Holly Parker-Coney**          408.536.6618 (tel)          345 Park Ave
HR Communications Program Manager   408.203.9102 (cell)          San Jose, Ca, 95110
Adobe Systems              hparkerc@adobe.com          www.adobe.com

2823.5

ADOBE_025898
Confidential - Attorneys' Eyes Only