# EXHIBIT 123 TO HARVEY DECLARATION REDACTED VERSION

Produced in Native

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00196689



Executive Sponsor: Laszlo Bock

Authors: Eric Schaffer, Frank Wagner, Jason Grishkoff, Monica Davis, Prasad Setty, Stephanie Tietbohl

**WORK IN PROGRESS**

# Project Big Bang:
# Compensation Levers to Address Attrition

OC Meeting #2: August 31, 2010

**Agenda**

[redacted]

Google Confidential and Proprietary



## Attrition could be partially mitigated through compensation levers

| Compensation Lever | Guiding Principles Discussion | Proposal & Rationale |
|---|---|---|

1. Conjoint 2008  2. Googlegeist 2009  3. Ruff 2010: Employees on avg save ~25%, independent of current salary, across all levels  4. Post Jul19 aggressive FB strategy; n =16  5. Sales critical talent program made increases on 1-Jan-10 to 149 participants; ▮ retention to date (4 attrites)

Google Confidential and Proprietary   3





## For call discussion – not for OC deck

**2010 Equity Spend[1]**

| Equity Program | Vehicle (ratios in options : GSUs) | YTD Spend | Remaining Dilution[2] | Expected Spend[3] | Surplus Dilution | Surplus Value[4] |
|---|---|---|---|---|---|---|
| ███████ | ███████ | ███████ | ███████ | ███████ | ███████ | ███████ |

1) Dilution assumes total common stock outstanding of ▇▇▇▇ shares at the end of 2010
2) Assuming a stock price of ▇▇▇ and all remaining grants are in GSUs, ▇▇▇▇ remains in the equity budget
3) Expected spend from August 18, 2010 to December 31, 2010
4) Expected surplus at the end of the year given proforma projection of equity spend through 12/31/2010

# Example compensation mechanics impact under cash and equity bang to SWE ladder

*Software Engineer*
*US Premium, Individual Contributor*

## TODAY vs. PROPOSED: Annual Compensation (excl. Equity)

*(cashflows in $000s)*

## TODAY vs. PROPOSED: Annual Compensation (including ▮▮▮▮)

*(cashflows in $000s)*

1. CM of ▮ reflects lowest historical Company Multiplier; Individual Multiplier = ▮

Google Confidential and Proprietary    7

TBD: New IM curve

Pay is skewed towards exceptional performers with discretionary cash and equity opportunity (                              )



Google Confidential and Proprietary    8





# Appendix

# Our proposed equity guidelines are changing by the same percent consistently by function



The chart below highlights impact of proposed guideline targets on each of Google's current US equity guideline families



*(values in $000s)*

Google's equity dilution sensitivity to stock price and headcount growth

**NOT READY FOR REVIEW:**
Need to add charts



TBD: INSERT DILUTION IMPACT OF EQUITY BANG

DO WE WANT TO INCLUDE THIS SLIDE IN THE APPENDIX WE HAND OUT TO OC?

# The median annual dilution of our competitors is ~1.65%



**Competitor Business Performance & Equity Dilution Detail**

| Company[1] | Last 1-Year Growth | | | Fair Value Transfer | | | | Market Assessment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | EEs | Revenue | Mkt Cap | Total Value | Last 1-Year Growth | % Options | % RSUs | FVT as % of Mkt Cap | Annual Dilution | FVT per EE (Broad) | FVT per EE (New Hire) |
| Amazon | 22% | 29% | (43%) | $374.3 M | (47%) | 0% | 100% | 1.70% | 1.70% | $18.1 k | $33.3 k |
| Apple | 48% | 35% | (25%) | $1,146.0 M | 77% | 51% | 49% | 1.13% | 1.61% | $35.8 k | $65.9 k |
| Cisco | 7% | 13% | (27%) | $1,768.3 M | 6% | 86% | 14% | 1.37% | 2.89% | $26.7 k | $49.2 k |
| Dell | (7%) | (0%) | (55%) | $247.3 M | (59%) | 31% | 69% | 1.33% | 1.59% | $3.2 k | $5.9 k |
| eBay | 5% | 11% | (59%) | $504.3 M | (4%) | 34% | 66% | 2.82% | 3.66% | $31.1 k | $57.3 k |
| EMC | 12% | 12% | (46%) | $309.2 M | (13%) | 56% | 44% | 1.47% | 2.44% | $7.3 k | $13.5 k |
| Hewlett Packard | 87% | 13% | (30%) | $988.4 M | 46% | 17% | 83% | 1.07% | 1.34% | $3.1 k | $5.7 k |
| Intel | (3%) | (2%) | (47%) | $625.2 M | (39%) | 23% | 77% | 0.77% | 1.04% | $7.5 k | $13.7 k |
| IBM | 3% | 5% | (25%) | $386.0 M | (31%) | 0% | 100% | 0.34% | 0.34% | $1.0 k | $1.8 k |
| Microsoft | 15% | 18% | (9%) | $2,475.9 M | 24% | 0% | 100% | 0.99% | 1.10% | $27.2 k | $50.1 k |
| Oracle | 2% | 4% | (17%) | $547.2 M | 19% | 100% | 0% | 0.56% | 1.38% | $6.4 k | $11.7 k |
| Qualcomm | 20% | 26% | 3% | $822.4 M | 45% | 100% | 0% | 1.16% | 3.10% | $53.4 k | $98.3 k |
| Sun Microsystems | 2% | 0% | (56%) | $312.5 M | 14% | 62% | 38% | 3.81% | 4.12% | $9.0 k | $16.5 k |
| Yahoo! | (5%) | 3% | (45%) | $270.2 M | (62%) | 25% | 75% | 1.59% | 1.82% | $19.9 k | $36.6 k |
| 90th Percentile | 40% | 28% | (11%) | $1,581.6 M | 46% | 96% | 100% | 2.48% | 3.49% | $34.4 k | $63.3 k |
| 75th Percentile | 19% | 17% | (25%) | $946.9 M | 22% | 60% | 82% | 1.56% | 2.78% | $27.1 k | $49.8 k |
| 50th Percentile | 6% | 12% | (37%) | $525.7 M | 1% | 33% | 67% | 1.25% | 1.65% | $13.5 k | $24.9 k |
| 25th Percentile | 2% | 3% | (47%) | $327.9 M | (37%) | 18% | 40% | 1.01% | 1.35% | $6.6 k | $12.2 k |

1) All peer market data as of last FYE

** New Hire FVT per EE not publicly available on a per company basis. Per Radford LTI data and Buck Consulting's 2006 Long-term Incentive Survey, Custom Peer Company Cut, a ratio of 1.84x new hire to ongoing equity applied



## Both proposals are total spend cost-neutral ($6.1B); however, cash spend and margin impact varies

**NOT READY FOR REVIEW:** Numbers need to be updated

| Component | Current | Equity Bang |
|---|---|---|
| Salary | | |
| Bonus | | |
| Discretionary Bonus | | |
| Total Cash | | |
| Op Margin Impact[1] | | |
| Equity Budget[2] | | |
| Total | | |

1. Operating margin impact reflects 2010 forecast as of July 7; revenue = ▓, non-GAAP operating margin = ▓, operating margin = ▓
2. 2010 actual dilution estimated at ▓
3. Subject to Board approval

## Who is leaving? 

- Regretted attrition generally increases with tenure; there appears to be opportunity at the 2 year mark
- With the exception of G&A, there is not a marked difference in overall attrition by job level



Source: PeopleView Attrition Dashboard  Includes voluntary regretted terms from 7/31/09 – 7/31/10.
People Analytics                                                                 Google Confidential and Proprietary

# Where are they going?



- In the past year, the majority of Eng/Ops and Product regretted exits left for small companies or start ups
- This is the case irrespective of the profile of hire (whether they joined Google from a small, med, or large company)

**Option after Leaving Google**
7/31/09 – 7/31/10 regretted terms

**Eng/Ops & Product Regretted Exits**
where they came from & left to by company size

Source: PeopleView Attrition Dashboard  Includes voluntary regretted terms from 7/31/09 – 7/31/10.
People Analytics

Google Confidential and Proprietary      17

## Two proposals address attrition via compensation, but the primary pay vehicle (cash, equity) varies for each



| | |
|---|---|
| "Wow" Factor | |
| Salary | |
| Bonus Targets | |
| Company Multiplier | |
| Equity Refresh | |
| Total Cost | |
| Op Margin Impact | |
| Improve Pay Predictability | |
| Implementation | |