# EXHIBIT 125 TO
# HARVEY DECLARATION
# REDACTED VERSION

CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00625160



CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625161



CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625162

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625163

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625164

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625165



CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625166

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625167



CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625168

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-006625169

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625170

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625171

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625172



CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 14

GOOG-HIGH-TECH-00625173

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625174

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625175

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625176

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625177

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625178

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625179

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625180

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625181

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625182

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625183

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625184

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625185

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625186

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625187



CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 29

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625189

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625190

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625191

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625192

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625193

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625194

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625195

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625196

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625197

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625198

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625199