# EXHIBIT 126 TO
# HARVEY DECLARATION
# REDACTED VERSION

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625200

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625201

CONFIDENTIAL – ATTORNEY'S EYES ONLY

Page 5

GOOG-HIGH-TECH-00625202

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625203

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625204

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625205

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625206

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625207

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625208

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625209

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625210

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625211

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625212

Google Census Data

[redacted]

| Scenario #1 (10 Grade T Structure) | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | Scenario #2 (Combined Structure) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| New Midpoint | New Maximum | New Mid as a % of Target Market Base | Cost to Minimum | Cost to Midpoint | Range Location of Current Pay | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | New Grade | New Minimum | New Midpoint | New Maximum | Google Base as % of New Mid | New Mid as a % of Target Market Base | Cost to Minimum | Cost to Midpoint | Cost Above Max | Range Location of Current Pay |

[redacted]

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625213

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625214

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625215

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625216

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625217

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625218

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625219

CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00625220

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625221

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625222

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625223