# EXHIBIT 2030, PART 3 TO CISNEROS DECLARATION REDACTED VERSION



Israel T/O below the Israel market at 11% for overall business.
Change 5.9 to 6%

2030·102

76583DOC002007_000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**QUESTION:**

Eng. Managers are benchmarked to the development eng.managers.  Overall POM is higher than in FSM.  Do we want position the eng. mgr to be as high as the product group

Position of Market = Intel divided by the Market

The market is the  denominator, so you determine what is the % to Market.

5

2030.103

76583DOC002007_000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY



| MatchedJobs | MatchedJobsPercent | MatchedEEPercent |
|---|---|---|
| 993 | 0.786 | |
| | 0.965 | |

**T-Comp Companies**
Radford – Primary (75%)
Chips – Secondary (25%)

6

2030·104

76583DOC002007_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY



When you look at Grade 53 for all of FSM- POM is 92%.  Includes the Oregon
Work Study technicians

2030.105

76583DOC002007_000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY



TMG Mfg. Groups

Exempts - from 40% in 2006 to 25% in 2007

Nonexempts – from 32% in 2006 to 13% in 2007

Change due to:

Reduced H/C (Flash)

The market gap was closed for many jobs as a result of identifying them as critical in 2006

2030. 106

76583DOC002007_000008
CONFIDENTIAL - ATTORNEYS' EYES ONLY



### SMA by Country Preliminary Overview
### Grade 10 & below

Do not share or forward

Intel Confidential

Data pulled from the MDAT Employee List Report

In 2006, FSM



9

2030.107

76583DOC002007_000009
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Exempts-SMA Generated by Job Title
## Grade 2-10

**Do not share or forward**

10          Intel Confidential

**US Only**

| Job Title | | | |
|---|---|---|---|
| US | | IR | ISR |
| MYS | | | |

10

2030.108

76583DOC002007_000010
CONFIDENTIAL - ATTORNEYS' EYES ONLY



11

2030.109
76583DOC002007_000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Non-exempts - SMA Generated by Job Title
Do not share or forward

12                                    Intel Confidential

12

2030.110

76583DOC002007_000012
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Grade 11-13 SMA for 2007

**Strategy:**

**Allocation Process:**

- T-Comp Companies used as Benchmark
- Two Surveys used: Radford and Towers Perrin
- Final rate is a weighted average based on survey incumbents
- SMA analysis will be on BASE pay, T-cash used as a check only

**EB Guidelines**

| Grade | Before | New |
|-------|--------|-----|
|       |        |     |

13

2030.111

76583DOC002007_000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**FSM Grade 11-12 Staff**

14                               Intal Confidential

**Key Messages:**

14

$2030.112$

76583DOC002007_000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# FSM Wrap Up

**Focal**
- **Merit:  Same message as last year!**
  - Spend all your Focal budget
  - Apply Meritocracy
  - Promo your high performers
  - "Do the Right Thing"
- **Promotions:**
  - Would expect to see more promotions of your higher performers in the lower grades
    - Process Engineers Gr. 6, Automation Eng., Grade 3 and Eng. Mgr. Gr 6-9
- **SMA:**
  - Redistribute SMA to those higher performing employees who are paid below market goals.
  - No SMA increase to IR employees, BE's may be considered, but should be a lower priority
  - Improve market position for process and software engineers.
  - Do NOT share SMA information – "For Your Eyes" Only

**Next Steps**
- January Focal Kick-off
  - Review final budget and any key analysis with your staff

15                            *Intel Confidential*

**Challenges facing FSM**

Reduction of POR

Retention

Headcount reductions

Factory Roadmap

Productivity

Keeping employee motivated

Sabbatical Coverage

2030.113

76583DOC002007_000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Back-Up

Intel Confidential

16

2030.114

16

76683DOC002007_000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# US T-Comp Competitors

**US 2007 T-Comp Competitors**

T-Comp Competitors: Companies against which Intel benchmarks compensation:
- 30 tech companies generally considered comparable to Intel
- Blend of semi, software, networking, communications, and diversified computer companies

Competitors may be modified by geo
- Based on local competition for talent

Competitor companies vary when offline surveys are used for specialized skills.
- Data is not available for special skills in our normal survey ( ie: legal, vc, client managers, etc)

17          Intel Confidential          **CORE or BACK UP FOIL**

17

2030.115

76583DOC002007_000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**T-Comp Changes in 2007**

**2006 Compensation Changes:** Announced that Intel would improve our target for total cash pay from "average" to "above average", and deliver to that target over the course of 3 years. Inject additional focal budget (SMA $) over 3 years to jobs that are below target, resulting in base + bonuses > market when Intel profitability matches or beats industry performance

| Program | What's Changing | Why? |
|---|---|---|

16                              Intel Confidential

**Key Challenges**

Attracting and retaining talent in the midst of redeployment actions, while competitor companies continue to hire

Low employee morale caused by SET actions resulting in reduced employee engagement

Most markets are seeing increased demand for Engineers

2030. 116

76583DOC002007_000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY



19

2030.117

76583DOC002007_000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Data pulled from Linda Lutter's excel file titled Salary Range Move Summary —
Focal 2007

2030.118

76583DOC002007_000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# TIG by High Performers (US)

**Key Messages:**

Overall, 'excellent' progress made last year promoting all grades. Majority of grades have TIG <1 year.

Grade 3 may be an opportunity to promote

Grade 54, 5 year + on the high end.  Look to promote more.

- • AZ = 74%
- • CS = 36%
- • MC = 33%
- • NM = 84%
- • OR = 41%

**Opportunities:**

Do the Right Thing....Again

Spend all your promo dollars

Apply meritocracy

*Higher Performer=An employee who received an "O" or "EE" twice AND received Level 1 or 2 SCP Twice in the last 3 Focals.

21                              Intel Confidential

| Level 6 | | | Total | | % of Total |
|---|---|---|---|---|---|
| | Promo/ | | | Focal | Pop. |
| | | Non-Promo | | Promotions | |
| | Increase Ratio | Total Employees | | # of NE to Exempt Promos | |



21

2030.119
76583DOC002007_000021
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030. 120

76583DOC002007_000022
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030.121

76583DOC002007_000023
CONFIDENTIAL - ATTORNEYS' EYES ONLY



GDP Growth:

In terms of global GDP growth, 2006 will be an improvement on 2005, with the world economy now estimated to expand by 5.3% (measured using purchasing power parity—PPP—weights). But a slowdown in most parts of the developed world will reduce world GDP growth to 4.7% in 2007 and 2008. Economic expansion over the forecast period as a whole (2007-11) will average about 4.5% per year. While this is almost the same rate as in the previous five years, it is very strong compared with the long-run trend and reflects the increasing weight in the world economy of dynamic emerging markets. China and India, in particular, are helping to lift the global economy as they will continue to expand rapidly. Measured using GDP at market exchange rates (which gives greater emphasis to the OECD countries and reflects the exchange rates at which firms trade and repatriate profits), world GDP growth is forecast to slow from an estimated 4% in 2006 to 3.2% in 2007, a pace that will be maintained in 2009-11.

24

2030.122

76583DOC002007_000024
CONFIDENTIAL - ATTORNEYS' EYES ONLY



25

76583DOC002007_000025
CONFIDENTIAL - ATTORNEYS' EYES ONLY



▶ Expectations are for a deceleration of U.S. economic growth in 2007, with some risk of recession present.
▶ Growth of U.S. labor force expected to be flat for next several years.
▶ More than half of leading technology companies are currently reporting normal to aggressive hiring patterns in the US
▶ Intel voluntary turnover is increasing and staffing indicators are deteriorating.

2030.124

76583DOC002007_000026
CONFIDENTIAL - ATTORNEYS' EYES ONLY



►GDP growth to remain robust over the next year, although 2006 is expected to be the peak.
►Population growth to exceed that of most prosperous countries, aided by both natural growth and immigration from the EU and Eastern Europe.
►Manufacturing sector has flourished in recent years, but a pull-back is evidenced by numerous redundancy announcements.
►Retention issues exist for Mfg Supervisors and Grade 3 engineers.

2030.125
76583DOC002007_000027
CONFIDENTIAL - ATTORNEYS' EYES ONLY



▶GDP growth expected to slow as a result of the conflict in Lebanon, but it should pick back up in absence further deterioration in the security situation.

▶R&D is the primary strength of its high-tech sector, due to having the world's highest proportion of engineers in the workforce.

▶Labor force growth is strong, due to increases in female participation and strong immigration trends.

▶Strong competition of labor and attrition risk among experienced engineers is high.

2030. 124

76583DOC002007_000028
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# US Focal Budget – Historical

| Budget | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Focal budget - MERIT | 3.0% | 2.8% | 3.8% | 4.0% |
| Focal budget - PROMO/ADJ | 0.7% | 0.6% | 1.1% | 1.1% |
| Focal budget - SMA | 0.3% | 0.4% | 2.2% | TBD |
| Focal budget - TOTAL | 4.0% | 3.8% | 7.1% | TBD |
| Market salary increase - MERIT | -- | 3.8% | 4.0% | 4.0% |
| Market salary increase - PROMO/ADJ | -- | 1.2% | 1.4% | 1.1% |
| Market salary increase - OVERALL* | -- | 4.3% | 4.6% | 4.8% |

Actuals in Black
Estimates in Blue
Forecasts in Green

* As reported by Radford Surveys - not intended to be additive of Merit + Promo

Intel Confidential

29

2030.127

76583DOC002007_000029
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Ireland Focal Budget - Historical

| Budget | 2005 | 2006 | 2007 |
|---|---|---|---|
| Focal budget - MERIT | 5.0% | 4.5% | 4.5% |
| Focal budget - PROMO/ADJ | 1.3% | 1.1% | 1.3% |
| Focal budget - SMA | 4.0% | 2.5% | TBD |
| Focal budget - TOTAL | 10.3% | 8.1% | TBD |
| *Market* salary increase - TOTAL | 6.0% | 3.6% | 4.1% |

*Actuals in Black*
*Estimates in Blue*
*Forecasts in Green*

30                    Intel Confidential

2030. 128

76583DOC002007_000030
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Israel Focal Budget - Historical

| Budget | 2005 | 2006 | 2007 |
|---|---|---|---|
| Focal budget - MERIT | 3.5% | 5.0% | 5.9% |
| Focal budget - PROMO/ADJ | 1.0% | 1.3% | 1.3% |
| Focal budget - SMA | 0.1% | 2.3% | TBD |
| Focal budget - TOTAL | 4.6% | 8.6% | TBD |
| Market salary increase - TOTAL | 5.0% | 5.4% | 5.9% |

*Actuals in Black*
*Estimates in Blue*
*Forecasts in Green*

31     Intel Confidential

2030.129

76583DOC002007_000031
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Exhibit E

2 030. 130

2006 FSM Pre-Focal Analysis
Fab 17

Elizabeth Waterman – FSM C&B
December 9, 2005

WW Compensation & Benefits

intel

Intel Confidential

2 03D. 131



2006 FSM Pre-Focal Analysis
Fab 17

Elizabeth Waterman – FSM C&B
December 9, 2005

WW Compensation & Benefits

intel

Intel Confidential

2 03D. 131

1

76583DOC007082
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Today's Meeting

## Agenda
- FSM Focal Strategic Direction
- Preliminary 2006 Focal Budget
- Proposed Compensation Changes
- Special Cut Survey Results
- Position of Market
- "Good News" Summary
- Next Steps

WW
Compensation
& Benefits

intel
Intel Confidential

2



**Point 1:**
**Problem Statements**

- **Employees are unhappy with total compensation**

  **We have listened to employees:** Employees are saying that they are not satisfied with total compensation and they want Intel to do something differently. We know this through Org Health, F2F discussion and demographic data that ~60% of the population who have been at Intel for 5 years or less have seen little to no value from stock options. Employees have said, stock option value is not there, is Intel going to do something about it? This has led to a decline in employee trust.

  **We have listened to investors:** Our investors want the highest gain possible from investing in Intel. Stock option expensing rules and internal controls to sustain stock value, have caused a need for many companies, including Intel to evaluate stock option program. We've determined that our stock option program as designed today must change.

  To determine the appropriate solution to those problems. Paul Otellini lead a 9 month study to determine what the right total compensation solutions are to meet the needs of employees, investors and meet the needs for a growing global company. In that study we benchmarked 40+ company best compensation practices and surveyed 3000 Intel employees globally to determine their preferences in total compensation. Intel employees said they wanted competitive cash compensation and meaningful stock, with less pay at risk. What we concluded in the study is has resulted in our strategic direction.

**Point 2:**
- We found that our **compensation philosophy is sound:** Meritocracy and paying for individual and business performance and balancing employee and investor needs is still right for Intel's future.
- But we need to do a **better job at delivering compensation when we perform better than companies in our market.** We will do this by improving base pay so it matches market and ensure bonuses are greater than market when we perform
  - Actions we will take to achieve this goal is infusing more money into the focal budget process over the next 3 year to address gaps.
  - We will also make significant improvements to our stock plan by introducing Restricted Stock Units to all countries where feasible. There is a definition of Restricted Stock Unit below, but I will provide more information about restricted stock units in the upcoming foils.

Although the programs were evaluated through the 9 month study, there will be **no changes** to Employee Bonus, Employee Cash Bonus Program, or Stock Purchase Plan at this time.



2030· 134
4
76583DOC007082_000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## FSM WW Focal Budgets

| FSM | 05 Hdcnt | 05 YTD Turnover | Pre-Focal POM Base | Pre-Focal POM T-Cash | Merit Market Mvmt | Intel Merit | Intel Promo | Intel Focal Budget |
|---|---|---|---|---|---|---|---|---|
| USA | 10,574 | 3.3% | 97% | 101% | 3.3% | 3.5% | 1.1% | 4.9% |
| Ireland | 3,608 | 7.1% | 95% | 41.5% | 4.5% | 4.5% | 1.1% | 5.6% |
| Israel | 2,155 | 4.8% | 86% | 101% | 5.0% | 5.0% | 1.2% | 6.2% |

**WW Compensation & Benefits**

**Key Messages:**
- **Preliminary budget, *subject to change.***
  - Final approval in December MCM meeting WW51 and PSO WW52
- **2006 Budget process simplified due to T-Comp Design**
  - Merit budget to move equal to market
  - Israel TMG budget is aggressive within the market movement range and is aligned with the R&D market movement in Israel
- **Promo budget based on historical promo rates & pay delta per grade**
  - Change from last year; prior years based on affordability
- **$100M WW SMA, year one of three, to support T-Comp design**

intel

Intel Confidential

6

Total US FSM Promo spends=$8.3M
FSM will spend $2.3M additional promo dollars
~1400 additional employees will be evaluated for promotion
Addresses OHS survey feedback and concerns with grade level equity/pay and promotion opportunities.


External Data Sources:
Chips Pulse Quarterly Trend Survey (1st and 2nd bullets on hiring)
Radford QSIT Quarterly Trend Survey (3rd bullet on attrition)
Chips Trend Analysis for All Industries (STI)

Hiring rates and turnover rates, continued to rise in 2005. However, turnover continues to match (or exceed) hiring, resulting in no change in overall employment.

More companies are going back to normal hiring

> 34.7% companies reporting normal hiring from 29.0% a year earlier. Of T-Comp companies 62.5% report hiring replacements and critical hires, 29.2% report normal hiring.

> Few hiring restrictions have been implemented in 2005. Only 17% reported some form of hiring freeze in Q3 2005 (as compared to 32% in Q4 2004).

Companies project a slightly higher employment level at the end of 12 months as compared to today.

Attrition, especially voluntary turnover, continues to climb.

Reductions in Force (RIF), which spiked in Q1, continue at the relatively steady pace of 20% of firms per quarter announcing a RIF.

Use of short term incentives is increasing. More employees received awards (64.6% vs 58.3%) and the average award increased from 7.6% to 8.9% of base pay. Participation and award size is increasing at all levels. Target award values are constant year to year (9.4% vs 9.2%). The increase is actual award value is related to firms performing well against their incentive plan goals (versus an increase in target awards).

HC Growth:

2030.135

76583DOC007082_000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2 030. 136

76583DOC007082_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030.137
76583DOC007082_000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Special Cut Survey
# Manufacturing Technicians

WW
Compensation
& Benefits

intel
Intel Confidential

76683DOC007082_000008
2030.138
8
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Manufacturing Tech Salary Survey

**WW Compensation & Benefits**

## Background:
- Fab 17 is ramping up to achieve increased production goals. Low accept to offer rates have caused management concerns regarding Intel compensation for Manufacturing Technicians.

## Survey Purpose:
- Fab 17 requested C&B to conduct a special cut survey for the New England region to ensure Intel compensation is competitive.

intel

Intel Confidential

76583DOC007082_000009
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Survey Methodology/Challenges

- **Methodology:**
  - Select companies chosen for special cuts of both Radford and CHIPS surveys by Fab 17
    - Radford: National and Regional cuts (primary survey)
    - CHIPS, National, Regional, and Special / Select company cut
  - Special cuts compared to Regional and National data for each survey

- **Challenges**
  - Radford: No special cut data available.
    - Many of the companies chosen by Fab 17 did not have enough incumbents to be statistically valid.

WW
Compensation
& Benefits

intel

Intel Confidential

10

2030.140

10

76583DOC007082_000010

CONFIDENTIAL - ATTORNEYS' EYES ONLY



76583DOC007082_000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76683DOC007082_000012
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Fab 17 Environment Scan

| | Non-Exempt G53-57 | Exempt G3-10 | F17 Total | FSM WW | TMG WW |
|---|---|---|---|---|---|
| H/C (current) | | | | | |
| TIG (Avg. Yrs) | | | | | |
| Turnover | | | | | |
| Offer to Accept | | | | | |
| Base Pay POM | | | | | |
| T-Cash POM | | | | | |
| T-Cash POM By Performance | | | | | |
| 2005 Promotions Does not include MY | | | | | |
| Salary Ranges | | | | | |
| Highest Grade % | | | | | |

WW Compensation & Benefits

intel

Intel Confidential

13

CONFIDENTIAL - ATTORNEYS' EYES ONLY



## US FSM Exempt
## T-Cash Position to Market (POM)

Assumptions
3.8X EB and 7% for ECBP

| T-Cash | New Mexico | | Arizona | | MA | Oregon | | CO | |
|---|---|---|---|---|---|---|---|---|---|
| Grade | Feb 11 | Feb 11X | Feb 12 | Feb 22 | Feb 17 | Feb 20 | AFO | Feb 23 | |
| H/C | 552 | 606 | 564 | 382 | 279 | 279 | 142 | 256 | 3269 |

Key Findings:



2030.145

15
76583DOC007082_000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY



ᒍ030· 146

76583DOC007082_000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Massachusetts population**

**If spend to the Focal Tool merit recommendations, rank groups may have excess money available**

76583DOC007082_000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2030.148
76583DOC007082_000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# "Good News" Summary



- Completed Special Cut survey for based on Fab 17 criteria
- Moved to national market rates for some technicians to be competitive.

**Pending Approval**
- Non-exempt salary ranges may increase:
  - In MA, the G57 issue will be addressed and reflect higher compensation than other sites.
- Merit budget increased from last year by 1%.
- Promo budget almost twice as much as last year.
  - Do the Right Thing
- SMA budget will be three times larger than last year.
  - Use dollars to close the gaps to improve base market position for both exempts and non-exempts.

WW Compensation & Benefits

intel

Intel Confidential

19

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Next Steps

- **C&B**
  - MCM Ratify and PSO to approve budget (WW51-52)
  - Approve SMA recommendations
  - Approve Non-exempt salary range recommendations

- **F17**
  - Develop strategy for moving long-term TIG employees to next grade.
  - Continue to partner with Staffing:
    - Pre-screen compensation prior to interviewing candidates.
    - Confirm candidates are offered the right grade level to match their experience.
    - Continue to monitor accept/reject rates.

WW
Compensation
& Benefits

intel.
Intel Confidential

20

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Backup

WW
Compensation
& Benefits

intel.
Intel Confidential

2030.151
76583DOC007082_000021
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# FSM Environmental Scan

**Beat on the Street**
- *Frustration over small merit increases, variable pay
  - Billion $ revenues vs. 2% merit
  - Not valued or rewarded for hard work through merit and promotions
- Managers frustrated with loss of equity line
- Job dissatisfaction due to time constraints on critical projects
- Focal process to timing consuming
- Work/Life balance

**FSM Data Analysis**
- Significant Growth in AZ, New Mexico ramps up in 2006
- Turnover: Overall, holding steady at 4.7%, and below Intel's goal of 5.8% and market. Need to watch Ireland for any trends. Currently at 7.1%
- TIG:  Focus Area for Promotions/Growth
  - Grades 5-6 across FSM; Grade 54-55 in AZ.
- Diversity:  Overall, quite healthy
- Hiring:  Offer/Accept ratios healthy
  - Reasons for offer decline show issues with Compensation
  - Lower accept rates in Fab 17 & Fab 23 for grades 55-57
- Grade Distributions:
  - Exempts behind TMG grade distribution, opportunity for growth
  - 300mm factories moving to higher grade distribution.  Significant shift to reduce lower grades.

WW Compensation & Benefits

intel

Intel Confidential

22

2030. 152
76583DOC007082_000022
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Purpose: Compare Intel pay rates to Market
  Identify gaps and areas of concern
  Fund budgets to close gaps

Market analysis is an "Art", not a "Science", although it is based on data
  Quality & reliability is dependent on job matching process and competencies of our non-Intel colleagues
  "Market average" = range of performance, experience levels, and management discretion applied to individuals

Each year, Compensation evaluates which competitors best represent our market:
  Leading, proven technology companies
  Competitors for people & products
  Competitors with comparable HR programs, jobs and business environment

Validate list annually to ensure a relevant mix of competitors across our business segments
  Blend of semiconductor, software, networking, and diversified computer companies

2030.153
23
76583DOC007082_000023
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Added more semiconductor companies to reflect our businesses

No companies removed from list

Generally we don't compare ourselves to small companies (those with less than 1,000 employees):

- the job scope and complexity does not compare to Intel's jobs

- they may pay a premium for some individuals or jobs that are particularly critical to their companies' success and is not representative of a broader market

- we compare to other companies that provide a similar array of t-comp programs (e.g. versus trying to compare our stock plan to a pre-IPO situation)

CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY





76583DOC007082_000026
CONFIDENTIAL - ATTORNEYS' EYES ONLY

J030.156



| Country* USA | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Intel | | | | | | | | | |
| Market | | Flat | 14.0% / 11.9% | 3.7% | 4.3% | | | | |
| Ireland | | | | | | | | | |
| Intel | | | | | | | | | |
| Market | | Flat | 7.0% | 3.5% | 4.5% | | | | |
| Israel | | | | | | | | | |
| Intel PG | | | | | | | | | |
| TMG\FES | 3,319 | Ramp | % | PG 6% | PG 2% | $ 100 | 90.5% | 105.2% | $6.2 |
| Market | | Growth | 7% / 8.0% | TMG\FES – 4% | TMG\FES – 5% | | | | |

External Data Sources:

Chips Pulse Quarterly Trend Survey (1st and 2nd bullets on hiring)

Radford QSIT Quarterly Trend Survey (3rd bullet on attrition)

Chips Trend Analysis for All Industries (STI)

Hiring rates and turnover rates, continued to rise in 2005. However, turnover continues to match (or exceed) hiring, resulting in no change in overall employment.

More companies are going back to normal hiring

> 34.7% companies reporting normal hiring from 29.0% a year earlier. Of T-Comp companies 62.5% report hiring replacements and critical hires, 29.2% report normal hiring.

> Few hiring restrictions have been implemented in 2005. Only 17% reported some form of hiring freeze in Q3 2005 (as compared to 32% in Q4 2004).

Companies project a slightly higher employment level at the end of 12 months as compared to today.

Attrition, especially voluntary turnover, continues to climb.

Reductions in Force (RIF), which spiked in Q1, continue at the relatively steady pace of 20% of firms per quarter announcing a RIF.

Use of short term incentives is increasing. More employees received awards (64.6% vs 58.3%) and the average award increased from 7.6% to 8.9% of base pay. Participation and award size is increasing at all levels. Target award values are constant year to year (9.4% vs 9.2%). The increase is actual award value is related to firms performing well against their incentive plan goals (versus an increase in target awards).

**HC Growth:**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# U.S. External Environment*

| | | | | |
|---|---|---|---|---|
| | 3.0% | 3.7% | 3.3% | 2.9% |
| | 1.9% | 3.5% | 2.7% | 2.9% |
| | 6.0% | 5.6% | 5.0% | 4.9% |
| | 3.8% | 3.9% | 3.7% | 3.8% |
| | 3.1% | 3.5% | 3.7% | 4.3% |
| | 2.0% | 3.6% | 3.6% | |
| | 1.00 | 1.00 | 1.00 | 1.00 |

WW
Compensation
& Benefits

intel.
Intel Confidential

*Centrally collected data: all cells except those coded in yellow

28

Question on currency devaluation / appreciation: put the note

Collect data: Mercer in GAR

US: Radford

ISR: from internet

Delete currency devaluation

28
76583DOC007082_000028
CONFIDENTIAL - ATTORNEYS' EYES ONLY

2030.158



Question on currency devaluation / appreciation: put the note

Collect data: Mercer in GAR

US: Radford

ISR: from internet

Delete currency devaluation

76583DOC007082_000029
CONFIDENTIAL - ATTORNEYS' EYES ONLY

POM by Performance

76583DOC007082_000030
CONFIDENTIAL - ATTORNEYS' EYES ONLY

2030.160

# Salary Range Breakdown

| Count of QrtCurrent | | QrtCurrent | | | | | |
|---|---|---|---|---|---|---|---|
| Site | Grade | Q1 | Q2 | Q3 | Q4 | Q5 | Grand Total |
| MC | 3 | | 8 | 22 | 2 | | 32 |
| | 5 | 1 | 22 | 31 | 20 | | 75 |
| | 6 | | 7 | 47 | 20 | | 74 |
| | 7 | | 14 | 31 | 19 | | 64 |
| | 8 | | 3 | 19 | 7 | | 29 |
| | 9 | | 4 | 12 | | | 16 |
| | 10 | | | 3 | | | 3 |
| | 53 | | | 8 | 7 | | 16 |
| | 54 | 1 | 31 | 122 | 68 | 20 | 242 |
| | 55 | | 27 | 121 | 93 | 19 | 260 |
| | 56 | | 12 | 39 | 54 | 18 | 123 |
| | 57 | | 1 | 8 | 13 | 3 | 25 |
| MC Total | | 2 | 129 | 463 | 303 | 62 | 959 |
| Grand Total | | 2 | 129 | 463 | 303 | 62 | 959 |

**Massachusetts population**

**If spend to the Focal Tool merit recommendations, rank groups may have excess money available**

76583DOC007082_000031
CONFIDENTIAL - ATTORNEYS' EYES ONLY