# EXHIBIT 2031 TO CISNEROS DECLARATION REDACTED VERSION

# EXHIBIT 2031

# FILED UNDER SEAL