# EXHIBIT 2043 TO
# CISNEROS DECLARATION
# REDACTED VERSION



# Base Pay Management Overview

Intel Confidential



EXHIBIT 2043
WIT. McKell
DATE 3-20-13
KRAMM COURT REPORTING

1

2043.1

76658DOC016874
Confidential - Attorneys' Eyes Only





76658DOC016875
Confidential - Attorneys' Eyes Only





76658DOC016876
Confidential - Attorneys' Eyes Only



2043.4

76658DOC016877
Confidential - Attorneys' Eyes Only



2043.5

76658DOC016878
Confidential - Attorneys' Eyes Only





2043.6

76658DOC016879
Confidential - Attorneys' Eyes Only



Intel Confidential



76658DOC016880
Confidential - Attorneys' Eyes Only



8

2043.8

76658DOC016881
Confidential - Attorneys' Eyes Only



9

2043.9

76658DOC016882
Confidential - Attorneys' Eyes Only



2043.10

76658DOC016883
Confidential - Attorneys' Eyes Only



2043.11

76658DOC016884
Confidential - Attorneys' Eyes Only



2043.12

76658DOC016885
Confidential - Attorneys' Eyes Only



13

2043.13

76658DOC016886
Confidential - Attorneys' Eyes Only



2043.14

76658DOC016887
Confidential - Attorneys' Eyes Only