# EXHIBIT 2366 TO CISNEROS DECLARATION REDACTED VERSION

April 12, 2006

Re:   **Confidentiality Agreement**

Ladies and Gentlemen:



1



INTUIT_056620
Confidential



2

2360.2
INTUIT_056621
Confidential



3

2366.3
INTUIT_056622
Confidential



Please confirm your agreement with the foregoing by signing and returning to the undersigned the duplicate copy of this letter enclosed herewith.

INTUIT INC.

By: _____
Name: Randy Tinsley
Title: VP, Corporate Development

ACCEPTED AND AGREED as of
the date first written above:

GOOGLE INC.

By: _____
Name: Shailesh Rao
Title: Director, Google

4

23606.4
INTUIT_056623
Confidential