# EXHIBIT 91 TO
# HARVEY DECLARATION
# REDACTED VERSION

Google

# Staffing Orientation

Staffing Orientation_Overview_060805

CONFIDENTIAL ATTORNEYS EYES ONLY



# Introductions

- Name
- Experience in recruiting
- Role & area of recruiting at Google
- Time with Google
- One thing you want to get out of the class

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

# What we will be covering

- How is Recruitment Different at Google
- The Recruitment Process
- Google Comp & Equity
- Benefits, Immigration and Relocation



Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Part I

## How is recruitment different at Google?

Google

CONFIDENTIAL ATTORNEYS EYES ONLY



# Google Mission:

Organize the world's information and make it universally accessible and useful



# What sort of person can achieve a mission like that?

- Innovative
- High quality implementers
- Talented generalists
- Strong analytical skills
- Solution oriented mindset – You CAN get there from here

Google

Google Confidential

GOOG-HIGH TECH-00028986

# Google Culture Fit

- Enthusiastic
- Self motivated
- Passionate
- Well rounded with outside interests
- Ethical
- Communicate openly, clearly



Google Confidential



# Recruiter's Key Responsibilities

- Manage the hiring process

- Limit corporate liability to non-solicit agreements

- Interview selection and guidance

- Influence Hiring Committee to make well-informed decisions in a timely manner

- Ensure candidate has a good experience



Google Confidential

GOOG-HIGH TECH-00028988



# A successful recruiter at Google is...

- Smart
- Resourceful
- Sees both the big picture & detail
- Efficient
- Strong interpersonal skills
- Able to handle stressful situations
- Lets go of "preconceived" ideas

Google

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Ways to be successful

- Attend all five Staffing Trainings (Orientation, ATS Workshop, Day in the Life of a Recruiting Coordinator, Life of an Offer, OWF Workshop)

- Review the new recruiter orientation checklist

- Become familiar with the organization, Google functions and products

- Be resourceful. Many of the best recruiters create their own reference tools and learn to network with each other

- MOMA and the Staffing Website



Google Confidential



# Part II

## The Recruitment Process and Other Resources

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

# Who else is on the Recruiting Team?



- Screeners
- Sourcers
- Candidate Engagement Specialists
- Recruiters
- Coordinators
- Interviewers
- Hiring Committees
- EMG & Larry
- Staffing Programs

Google

Google Confidential

GOOG-HIGH TECH-00028992





Google

Recruitment Process

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Things to Remember

- Identify superstars early in the process

- Follow up for phone screen and interview feedback

- Keep employees appraised of where referral is in the recruiting process

- Document all actions in ATS

- Never inflate an existing offer

- Use the Higher Education Database

- Never promise anything that you can't deliver



Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Recruitment Resources

- Google's Online Application
- www.google.com/jobs
- Internet job boards
- Research companies
- Communities
- Associations
- Employee referrals
- Conferences & Diversity Events

Google Confidential

Google



# Programs Groups

- Judy Gilbert, Director of Staffing Programs
- College relations
- Staffing analytics
- Event planning and conference support
- Training
- Special projects (code jam, marketing, etc.)
- Diversity programs
- Process improvement

Google

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Diversity at Google

Google aspires to be an organization that reflects the globally diverse audience that our search engine and tools serve. We believe that in addition to hiring the best talent, the diversity of perspectives, ideas, and cultures leads to the creation of better products and services.

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028997



# Diversity at Google

- Employee Network Groups (such as the Google Women Engineers)
- Professional Development Series
- Domestic partner benefits
- Volunteering and support of external organizations
- K – 12 Program
- Scholarship programs for university students

**You have a role to play too…by sourcing/recruiting a diverse talent pool**



Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# Candidate Development

- Engagement philosophy

- When do we engage with a prospect?

- Focusing on (skills, experience, accomplishments)

- Handling passive candidates

- Creating & maintaining a positive candidate experience

- Steering clear from issues (please refer to diversity tab on our staffing website if you have questions regarding our do's and don'ts).



Google Confidential



# Best Practices

- Recognize candidates first and foremost for their skills, experience, abilities, accomplishments, and potential.
- Handle candidates with care
  - Coach them through the process, and set appropriate expectations
  - Watch for latency (especially with ER's and passively sourced candidates)
  - If they don't fit your role, try to map them to another role that may be more appropriate (when in doubt send to Anand or Kishore anandb@google.com or kishore@google.com)
- Understand Google's requirements, and what others are recruiting for
- Think creatively (Diversity Workshop, Rock Star, AdWords campaign, etc.)
- Partner with Staffing Programs & Events Team
- Maintain a percentage of your time diversifying your candidate sourcing by focusing on passive URM (under represented minority) candidates



Google Confidential



# Part III

## Comp & Equity

Google

CONFIDENTIAL ATTORNEYS EYES ONLY



# Google™

# Employee Value Proposition

| | Reward Element | Objective | Details |
|---|---|---|---|
| **INDIRECT** | Work Environment & Culture | Build one of the most intelligent, highly motivated groups of employees in the world and foster a flat, collaborative work environment | |
| | Work Content | Provide ongoing exposure to interesting and challenging work | |
| | Benefits & Perquisites | Be a market leader in indirect awards in a way that adds meaningful value to employees' personal and professional lives | |
| **DIRECT** | Cash | Offer competitive compensation with a high degree of "at-risk" pay based on performance | |
| | Equity | Provide all employees with an ownership stake in the company | |

Confidential – Internal Use Only

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029002



# Training Objective

**Google™**

Today we will address the following



- **Google's compensation philosophy**
- **Google's company bonus program**
- **Google's equity program**

23

Confidential – Internal Use Only



Google™

## Compensation Philosophy

primary business

✓ Support the company's culture of innovation and performance,

✓ Attract and retain the world's best talent, and

✓ Align employee interests with shareholder interests in the overall success of the company.

Pay-for-performance platform

"Leveraged" comp with increasing levels of leadership

Incentive programs offer opportunity to earn above-market total pay

24

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029004

# Google™

## Cash Compensation: Base Salary

"Competitive" doesn't have to mean higher salaries than everyone else

*Google targets competitive market salaries and above-market variable pay*

Salaries are just **part** of an overall pay program that delivers above-market rewards for performance



Illustration: Target Total Direct Compensation

| | Options | | Options |
| Bonus | | Bonus | |
| Base | | Base | |

Sample Google Pay

Sample Competitor w/ Above-Market Salary

25

Confidential – Internal Use Only

CONFIDENTIAL ATTORNEYS EYES ONLY

How are jobs categorized at Google?



26

Confidential – Internal Use Only

GOOG-HIGH TECH-00029006

# Google™

## Cash Compensation: Company Bonus Plan

Google offers above-market target cash incentives and an opportunity to earn



... *"market" maximum payouts are typically 1.5x – 2x target*

27

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029007



Cash Compensation: Company Bonus Plan

Company Bonus Plan Mechanics:

Calculation Detail:

28

Confidential – Internal Use Only



Google™

Long Term Incentive Program

| Program | Award Vehicle | Vesting | Expected Participaton | Grant Timing |

**Today's Focus**

*Note that equity programs may differ by country

29

Confidential – Internal Use Only

GOOG-HIGH TECH-00029009



# Google™

# Introducing GSUs

## What is a Google Stock Unit (GSU)?

**Definition:** An award that entitles the holder to a share of Google stock when the unit vests

**Example:**

| Initial Grant | | Vesting at One Year | | GSUs Vested | | Shares Granted | | Stock Price FMV at Vest | | Total Gain to Employee at Vest |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 GSUs | × | 25% | = | 25 GSUs | = | 25 Class A Google Shares | × | $400 | = | $10,000 |

- The shares are granted **_automatically_** upon vest; no "exercise" by the holder is required

- GSU value = GOOG stock price value (i.e., 1 GSU = value of 1 share of stock)

Confidential – Internal Use Only

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029010



# Google™

## Options vs. GSUs

### What is the difference between stock options and GSUs?



**Stock Options**

$400 Stock Price at Grant

Stock Price

$0

Grant Date — Vest Date — Time

$25 Appreciation

$25 Total Value "Gain" to Employee

$400 Share value not transferred to Employee

- Stock price must go up for employee to realize a "gain"
- Gain is equal to the future stock price minus the stock price at grant

**GSUs**

$400 Stock Price at Grant

Stock Price

$0

Grant Date — Vest Date — Time

$25 Appreciation

$25 + $400 = $425

Total Value "Gain" to Employee

$400 Share value transferred to Employee

- No stock price movement is necessary for employee to realize a "gain"
- Gain is equal to the full price of the stock on the day of vest

**Note:  Growth scenario is shown as illustrative only and is not intended to be predictive**

Confidential – Internal Use Only

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029011

# Google™

## Options vs. GSUs

### What about U.S. tax treatment?

| | |
|---|---|
| **Stock Options** | • Gain to the employee is taxed as ordinary income **when the options are exercised** <br><br> • Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates |
| **GSUs** | • Gain to the employee (i.e., full share value + appreciation/depreciation) is taxed as ordinary income **when the units vest** <br> ➢ Shares are granted net of tax withholding as shown: <br><br> • Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates |



Total GSUs Vested

25 GSUs

=

Gross Shares Granted

25 Class A Google Shares

−

Employee Income Taxes Withheld

11 Class A Google Shares (Rate = 42.93%)

=

Final Shares Acquired

14 Class A Google Shares

**Note:  Tax treatment varies by country**

*... however, Google cannot offer tax advice and managers should direct candidates to their own tax advisors*

Confidential – Internal Use Only



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029012

# New Hire Grant Program

**Google**™

Google's new hire grants will be a combination of **_both_** stock options and GSUs

**Why?**



\* Note that programs may vary by country

Confidential – Internal Use Only

33

# Google™

## New Hire Grant Program

Google's new grant program positions us very favorably against competitors



- Don't let candidates get caught in the trap of comparing number of options/units alone!
- Candidates should consider *growth scenarios* and compare offers on that basis
  - **We have provided recruiters with a modeling tool to facilitate these comparisons**
  - Candidates must make their **OWN** growth assumptions; Google cannot offer guidance on probable growth rates for any company

Confidential – Internal Use Only

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029014

Google™

New Hire Grant Program

How do GSU performance features work?



35

Confidential – Internal Use Only

GOOG-HIGH TECH-00029015



GSU Features

36

Confidential – Internal Use Only

Google™

Key Communication Messages

Google's compensation programs support its pay-for-performance philosophy

- **Base salaries are competitive**
- **Above-market total cash is available through cash incentives, with exponentially higher payouts for higher performers**
- **Google's New Hire equity program was designed to offer candidates BOTH:**
  - An equity stake in the company's future performance, AND
  - "Meaningful" future value at grant
- **Fairness is a cornerstone of the equity program**
  - Initial grant levels are intended to be fair
  - GSU performance and fairness adjustments allow us to "correct" for unintended inequities
- **Once on board, employees will have opportunities to renew their equity stakes in Google** (through Refresher Grants and Founders' Awards)

Confidential – Internal Use Only

37

Compensation Contact List





| AREA | CONTACT | EMAIL/PHONE |
|---|---|---|
| Comping Offers | | |
| All Other Comp Guidance and Support | | |
| India (All functions) | | |
| Rest of Asia Pacific (Sales) | | |
| Rest of Asia Pacific (EngOps, PSGA) | | |

38

Confidential – Internal Use Only

GOOG-HIGH TECH-00029018



# Part IV

## Benefits, Immigration and Relocation

Google

CONFIDENTIAL ATTORNEYS EYES ONLY



# Health Benefits

- **Medical Insurance:**
  Blue Shield PPO
  Blue Shield OOA (outside CA)
  Blue Shield HMO (CA only)
  Cigna PPO
  Cigna HMO
  Kaiser HMO (CA only)

- **Dental Insurance:**
  Delta Dental
- **Vision Insurance:**
  VSP

Google

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Financial Benefits

- 401(k) Plan through Vanguard
  - Employee contributes with a Google match up to $2200 per year.
  - 14 investment options available.
  - 529 College Savings Investment Plan
- Flex Spending Account Plan
  - Health Spending Account
  - Dependent Care Account
  - Qualified Transportation Benefit
- 529 College Savings Plan
- Group Life Insurance
- Voluntary Life Insurance
- Short Term Disability insurance
- Long Term Disability Insurance
- Adoption assistance
- Tuition Reimbursement



Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Time Off

- Vacation:

| 1st Year | 4th Year | 6th Year |
|----------|----------|----------|
| 15 days | 20 days | 25 days |

- **Holidays:** 10 paid holidays per year
- **Sick time:** Days taken as necessary
- **Outings:** Company outings have included all-staff ski, and summer picnic

- **Maternity leave**
- **Parental Leave**

Google

Google Confidential



# Perks

- Recreational facility, including pools and aerobic classes
- Healthy breakfast, lunch and dinner
- Shuttle services
- Fuel-Efficient Vehicle Incentive Program
- Gift matching
- Purchasing discounts

Onsite Services
- Carwash and oil change
- Massage
- Dry cleaning
- Hair cuts
- Doctor
- Dentist

Google

Google Confidential



# Immigration – Visas

- H-1Bs
  - Technical positions and some others
  - Degree required
  - H-1B Cap for NEW H-1B petitions
  - Backfill possibilities
- TN (Canada and Mexico)
  - Technical positions
  - Degree required
- J-1 (Exchange)
  - For short-term stays of 18 months or less
  - 2 year foreign residency requirement
- Must be noted in offer workflow
- Notify Keith Wolfe upon candidate acceptance

Google

Google Confidential



# Relocation: In-Country

- Some work experience is required to receive relocation package
- Cost to Google is between $15-30K
- Includes:
  - Area orientation and house hunting
  - Movement of goods and car
  - Temporary housing
  - Tax gross-up
  - No financial home sale or purchase assistance
  - $3500 lump sum bonus (paid in first paycheck minus taxes)
- Must be noted in Offer Workflow including lump sum amount
- Notify Keith Wolfe upon candidate acceptance



Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029025



# Relocation: International

- Some work experience is required
- Cost to Google is between $20-40K
- Includes:
  - Area orientation and house hunting
  - Movement of goods
  - Temporary housing
  - Tax gross-up
  - No financial home sale or purchase assistance
  - $5000 lump sum bonus (paid in first paycheck minus taxes)
- Must be noted in Offer Workflow including lump sum amount
- Notify Keith Wolfe upon candidate acceptance



Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Welcome to Google!