# EXHIBIT 127 TO HARVEY DECLARATION REDACTED VERSION

## AGREEMENT FOR EVALUATION AND TRIAL OF SOFTWARE

THIS AGREEMENT FOR EVALUATION AND TRIAL OF SOFTWARE ("Agreement") is entered into this 8th day of May 2002, by and between Google, Inc. having a place of business at 2400 Bayshore Parkway, Mountain View, California 94043 (hereinafter referred to as "GOOGLE") and Intel Corporation, a Delaware corporation with offices at 2200 Mission College Blvd., Santa Clara, CA 95054-1549, on behalf of itself and its affiliates worldwide (hereinafter referred to as "INTEL").

WHEREAS, GOOGLE is the owner of certain proprietary computer software referred to as the Google Enterprise Search product Version 3.2 (hereinafter referred to as the "Software"); and

WHEREAS, GOOGLE is the owner of certain proprietary computer hardware on which the Software will be installed (the hardware and Software hereinafter referred to collectively as the "Appliance"); and

WHEREAS, INTEL may be interested in licensing the Software or the Appliance but desires first to evaluate the Appliance on a trial basis; and

NOW, THEREFORE, in consideration of the covenants and mutual promises set forth above and for other good and valuable considerations, the parties agree as follows:



CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625224



-3-

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625225

| | |
|---|---|
| If to INTEL: | Intel Corp.<br>Attn: Stan Lovric<br>M/S: FM3-146<br>1900 Prairie City Rd<br>Folsom, CA 95630 |
| If to GOOGLE: | Google, Inc.<br>Attn: Kulpreet Rana<br>cc: Joan Braddi<br>2400 Bayshore Parkway<br>Mountain View, California  94043 |



GOOGLE: Google, Inc.

By: _____
(Authorized Signature)

~~Joan Braddi~~
~~VP Sales Development Support~~
~~Google, Inc.~~
Title: ~~2400 Bayshore Parkway~~
~~Mountain View, CA 94043~~

Date: 5/9/02

INTEL: Intel Corporation

By: _____
(Authorized Signature)

Brent Magnuson
(Print Name)

Title: Senior Buyer

Date: May 8, 2002

-3-

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625226