# EXHIBIT 128 TO HARVEY DECLARATION REDACTED VERSION

**GOOGLE INC.**

**APPLIANCE EVALUATION AGREEMENT**

Google Search Appliance ™

This Appliance Evaluation Agreement for the Google Search Appliance ™ (the "Agreement") is between Google, Inc. and is entered into this **28th** day of **January, 2004** by and between Google Inc., 2400 Bayshore Parkway, Mountain View, California 94043 ("**Google**") and **Intel**, a Delaware corporation with offices at **Santa Clara, CA**, ("**Evaluator**" or "**You**").



Search_Appliance_Eval_Commercial_10.3.03.doc     Page 1 of 4

CONFIDENTIAL-ATTORNEYS' EYES ONLY     GOOG-HIGH-TECH-00625227



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625228



Search_Appliance_Eval_Commercial_102803.doc    Page 3 of 4

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625229

████████████████████████████

Google, Inc.
By: _____
(Authorized Signature)
Joan Braddi
(Print Name)
Title: VP, Search Services & Support
Date: 02/04/2004

Evaluator: Intel Corporation
By: _____
(Authorized Signature)
Paul S. Scholz
(Print Name)
Title: Supplier Manager
Date: 1/28/2004

CONFIDENTIAL-ATTORNEYS' EYES ONLY                           GOOG-HIGH-TECH-00625230

[Redacted block]

Google, Inc.
By: _____ (Authorized Signature)
Joan Braddi (Print Name)
Title: VP, Search Services & Support
Date: 02/04/2004

Evaluator: Intel Corporation
By: _____ (Authorized Signature)
Paul S. Scholz (Print Name)
Title: Supplier Manager
Date: 1/28/2004

CONFIDENTIAL-ATTORNEYS' EYES ONLY          GOOG-HIGH-TECH-00625230