# EXHIBIT 129 TO HARVEY DECLARATION REDACTED VERSION

GOOGLE INC.

APPLIANCE EVALUATION AGREEMENT

Google Search Appliance ™

This Appliance Evaluation Agreement for the Google Search Appliance (the "Agreement") is entered into this  1st  day of April, 2005   by and between Google Inc., 1600 Amphitheatre Parkway, Mountain View, California 94043 ("**Google**") and Intel Corporation , a Delaware corporation with offices at  5000 W. Chandler Blvd.  Chandler, AZ 85226, ("**Evaluator**" or "You").



Search_Appliance_Eval_Commercial_040504 (2).rtf        Page 1 of 4

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**              **GOOG-HIGH-TECH-00625235**



Search_Appliance_Eval_Commercial_040504 (2).rtf          Page 2 of 4

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**          **GOOG-HIGH-TECH-00625236**



Search_Appliance_Eval_Commercial_040504 (2).rtf    Page 3 of 4

CONFIDENTIAL-ATTORNEYS' EYES ONLY    GOOG-HIGH-TECH-00625237

[REDACTED]

GOOG-HIGH-TECH-00625238

Google Inc.

By: _____
    (Authorized Signature)

David Girouard
(Print Name)

Title: General Manager, Enterprise

Date: 4/14/05

Evaluator: _Intel Corporation_

By: _____
    (Authorized Signature)

Paul S. Scholz
(Print Name)

Title: Supplier Manager

Date: April 1st, 2005