# EXHIBIT 131 TO HARVEY DECLARATION REDACTED VERSION

**GOOGLE INC.**

## BETA EVALUATION AGREEMENT
## Google Search Appliance™ Pre-release Version

This Beta Evaluation Agreement for the Google Search Appliance™ Pre-release Version (the "**Agreement**") is entered into this __10__ day of _May___, 2009_____, by and between Google Inc., 1600 Amphitheatre Parkway, Mountain View, California 94043 ("**Google**") and Intel Corporation_____, a _Delaware_____ corporation with offices at _____2200 Mission College Blvd, Santa Clara, CA 95054_____ ("**Evaluator**" or "You"). By accepting this Agreement You enroll in the Google beta program for the Google Search Appliance Pre-release Version (the "**Beta Program**").





Google Search Appliance
Beta Evaluation Agreement

Page 1 of 1

03/09/2007

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

**GOOG-HIGH-TECH-00625264**



Google Search Appliance
Beta Evaluation Agreement

Page 2 of 2

03/09/2007

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625265



| Google Inc. | Evaluator: ____Intel Corporation____ |
|---|---|
| By: _____<br>(Authorized Signature) | By: __Scott Wheeler_____<br>(Authorized Signature) |
| _____<br>(Print Name) | __Scott Wheeler_____<br>(Print Name) |
| Title: _____ | Title: _Global Supplier Mgr_ |
| Date: _____ | Date: _4/30/07_ |

CONFIDENTIAL-ATTORNEYS' EYES ONLY                         GOOG-HIGH-TECH-00625266