# HARVEY DECLARATION
# EXHIBIT 59
# REDACTED VERSION



# FY07 U.S. Base Pay Salary Structures



Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          231APPLE007258



Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                          231APPLE007259