# HARVEY DECLARATION

# EXHIBIT 60

# REDACTED VERSION



# Base Salary Structures



Apple Need to Know Confidential
July 2007

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE008537



Apple Need to Know Confidential
July 2007

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE008538