# HARVEY DECLARATION

# EXHIBIT 61

# REDACTED VERSION



# Base Salary Structures



Apple Need to Know Confidential
Effective July 15, 2008

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE008912



Apple Need to Know Confidential
Effective July 15, 2008

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE008913