# HARVEY DECLARATION
# EXHIBIT 62
# REDACTED VERSION

# Base Pay Salary Structures
## Compensation Framework FY06



Apple Confidential
Summer 2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY							231APPLE011618

## National Markets (Austin, Miami)
Comp Plan 3



Apple Confidential
Summer 2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                     231APPLE011619