# HARVEY DECLARATION
# EXHIBIT 63
# REDACTED VERSION

**Subject:** Re: RSUs to an ICT2 -
**From:** brent batis <batis@apple.com>
**Received(Date):** Fri, 21 May 2010 13:47:27 -0700
**Cc:** Mark Bentley <mbentley@apple.com>, Felipe Barraza <fbarraza@apple.com>
**To:** Patrick Burke <pburke@apple.com>

I am fine with it..

Brent

On May 21, 2010, at 1:41 PM, Patrick Burke wrote:

> Mark and Brent,
> This iPhone HW Systems Integrator candidate has an offer from Cisco ($103k) and Palm trying to keep him.
>
> Are you ok with this? Thanks.
>
> -- Patrick
>
> Begin forwarded message:
>
> > **From:** Jose Cong <jcong@apple.com>
> > **Date:** May 21, 2010 1:27:01 PM PDT
> > **To:** Patrick Burke <pburke@apple.com>
> > **Subject: RSUs to an ICT2**
> >
> > 
> >
> > Thanks,
> >
> > -jose
> > x47952
> >
> > <pastedGraphic.tiff>

---

**Patrick Burke**
Staffing Manager, iPhone / iPod Engineering
Apple, Inc.
Work: 408-974-9037
iPhone: 408-621-0936

CONFIDENTIAL - ATTORNEYS' EYES ONLY 231APPLE056386