# HARVEY DECLARATION

# EXHIBIT 64

# REDACTED VERSION



# Human Resources Manager Briefing

Fall 2005
Apple Need to Know Confidential

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Agenda

Part 1

- Timeline
- Performance Reviews
- FY06 Merit
- Compensation Framework
- Training Reminder-Harassment Prevention

Part 2

- Review of Tips and Tools
  - Merlin Demo
  - Performance review tools
  - Performance management
- Q & A

2

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094042

# Performance Review Timeline



Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094043

# This year's performance reviews

Managers need to complete an employee performance review for all eligible employees.

This means both:

- Conducting a performance review and merit increase conversation
- Completing review form
  - Review period is 12/10/04 - 12/10/05

4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094044

# Performance review: eligible employees



5

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094045

# Performance review preparation

- Review last year's performance
- Evaluate goal achievement and progress



6

Wednesday, June 13, 2012

Handout example of 360 feedback email

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094046

# Complete Review Form



7

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094047

# Performance review conversation

Once review is approved in Merlin, you can communicate to the employee.  The increase cannot be communicated until we receive approval from Compensation.

Review past year and progress towards goals:

- Share your view of successes
- Share your view of areas for improvement
- Ask for employee's perspective

Discuss rating and merit increase

Discuss Comp Framework: New level and title

Set new goals

8

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094048

# Merit increase eligibility

Eligible:



Ineligible:



9

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094049

# Making merit decisions

Determine each employee's merit increase based on:

- Employee's performance
- Market competitiveness
- Internal equity
- Use guidelines as a tool

Concentrate larger increases among best performers



10

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094050

All reviews must be entered and approved in Merlin before you discuss them with employees.  Increases can be discussed after we receive notification from Compensation.

1!

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094051

# Compensation Framework

12

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094052

# Compensation Framework
US Salary Structure



13

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094053

# Training Reminder
# Preventing Harassment

## Required course for managers

- All US-based employees with supervisory responsibilities are required to complete the training program

- 2-hour web-based training

- Required completion by January 1, 2006

- Training is completion/no-completion (not pass/fail)

14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094054

# Part 2

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094055

# Tips and Tools

Merlin Demo Performance Management

Performance Review Tools Performance Management

Performance Management

16

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094056

# Merlin Demo

17

Wednesday, June 13, 2012

Demo the review process and planning tool

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE094057

# Performance Review Tools

HRWeb

- Performance Review Templates
- "Managing Performance"
  - Preparing for Reviews
  - Avoiding Rating Errors
  - Delivering Reviews
  - "Ask the Experts"
  - Setting Goals
  - Providing Feedback
- MyPlan

18

Wednesday, June 13, 2012

hrweb.apple.com

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094058

# Performance management vs. performance review

## Performance management:

- Continuous process—not a once-a-year event
- Ongoing updates and modifications to goals
- Ongoing feedback, coaching, and documentation

## Performance review:

- Isolated conversation—a once-a-year event
- Formal "bookend" for performance management cycle
- The performance review = a conversation about performance; not merely completing a form

19

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094059

# Performance management process



20

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094060

# Performance management begins with goals

Goals can be about both:

- What the employee gets done (projects, products, services)
- How the employee gets it done (communication, customer focus, organization)

Goals should:

- Link employees' goals to department and organization goals
- Be flexible enough to be modified as circumstances change
- Be motivating
- Be clear, specific, and measurable
- Be agreed to by employee and manager

21

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094061

# Give feedback on progress towards goals

Depending on the situation, feedback can be:

- Formal or informal
- Focused or comprehensive

Feedback should always be:

- Fair, relevant, and connected
- Delivered at the right time and place
- A dialogue between employee and manager

22

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094062

# Evaluate

Regularly revisit goals based on:

- Changing business conditions
- New projects
- And more

Take action:

- Provide coaching and ongoing feedback
- Provide training and other development opportunities
- Recognize and reward high performance
- And—complete yearly performance review for employees

23

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094063

# Performance management helps employees

- Know what's expected of them

- Know on a regular basis how they're doing

- Identify opportunities for development

- Understand the objective basis for their yearly performance review

- Receive recognition for high performance

24

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094064

# Performance management helps you

- Focus employees' efforts

- Link individual efforts to group and organizational goals

- Increase your team's skills

- Build your bench

- Develop objective means for evaluating employees

- Recognize high performance

25

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094065

# Questions?

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094066



TM and © 2005 Apple Computer, Inc. All rights reserved.

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE094067