# HARVEY DECLARATION

# EXHIBIT 66

# REDACTED VERSION



# Base Salary Structures



Apple Need to Know Confidential
Effective August 17, 2009

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                             231APPLE100713



Apple Need to Know Confidential
Effective August 17, 2009