# HARVEY DECLARATION
# EXHIBIT 67
# REDACTED VERSION



## Base Salary Structures



Apple Need to Know Confidential
Effective August 17, 2009

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                  231APPLE105340



Apple Need to Know Confidential
Effective August 17, 2009

CONFIDENTIAL - ATTORNEYS' EYES ONLY