# HARVEY DECLARATION

# EXHIBIT 68

# REDACTED VERSION



**Subject:** Re: ▮▮▮▮▮
**From:** "Mark Bentley" <mbentley@apple.com>
**To:** "bob mansfield" <bobmans@apple.com>
**Cc:** "Cheryl Smith" <ch.smith@apple.com>, "Jeff Dauber" <dauber@apple.com>
**Date:** Wed, 09 May 2007 04:31:35 +0000

Bob,

Darrin & I met with Jeff this afternoon and are in the process of putting a game plan together for him.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮

Thanks-Mark

On May 8, 2007, at 8:46 AM, bob mansfield wrote:

> ▮▮▮▮▮▮▮▮▮▮
>
> Bob
>
> Begin forwarded message:
> From: Jeff Dauber <dauber@apple.com>
> Date: May 8, 2007 7:50:28 AM PDT
> To: bob mansfield <bobmans@apple.com>
> Subject: Re: ▮▮▮▮▮
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> Jeff

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE108086

> On May 8, 2007, at 7:47 AM, bob mansfield wrote:
> Where are we against this plan?
>
> Bob

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                    231APPLE108087