# HARVEY DECLARATION

# EXHIBIT 69

# REDACTED VERSION

## CONFIDENTIAL INFORMATION TRANSMITTAL RECORD
## FOR RESTRICTED SECRET INFORMATION ("RS-CITR")

RS-CITR DATE:   August 8   .   2005   RS-NDA #   RS 58744
(Fill in Number from Executed RSNDA)

Recipient's Name:   Apple Computer Corp.
(Use Same Name as on RSNDA)

1 Infinite Loop

(Location of Disclosure)
Cupertino   CA   95014

City   State   Zip Code

This RS-CITR covers the Restricted Secret Information (described below) the disclosure of which is intended to c ommence on or after the RS-CITR Date stated above. Recipient agrees that the Restricted Secret Information described below shall be kept confidential by Recipient. This RS-CITR incorporates all the terms and conditions of the Non-Disclosure Agreement for Restricted Secret Information ("RSNDA") executed by the parties.

1. Describe Restricted Secret Information disclosed by Intel. (Be specific. Include subject or product, any document title, drawing/document number, date, rev., etc.) Identify visuals, foils, and verbal disclosures. (Use additional sheets if necessary).
   Intel Restricted Secret Information: ███████████

2. List Names of Recipient's representatives receiving Intel Restricted Secret Information (Use additional sheets if necessary):
   Robert Abeles, Bill Angell, Michael Brouwer, Art Cabral, Hope Chambers, Mike Culbert, Jeff Gonion, Jerry Hauck, Perry Kiehtreiber, Jim Mensch, Richard Murphy, Chris Peak, Michael Smith, Tim Swihart, John Wright, Martin Scheinberg, François Barbou-des-Places, Matt Watson, Simon Patience, Mike Bell

3. Intel may at any time request in writing the immediate return of all or part of its Restricted Secret Information disclosed hereunder, and   all copies thereof, and Recipient shall promptly comply with such request.

4. The Restricted Secret Information may be controlled by U.S. Export Regulations, and export, re-export or foreign disclosure (including to subsidiary employees) may require U.S. Government approval. The Recipient shall not use, export, transfer, make available or otherwise disclose any Restricted Secret Information in violation of U.S. Export Regulations, including any use or development in nuclear, missile, chemical and/or biological weapons activities.

5. All other terms and conditions of the executed RSNDA shall remain in full force and effect. Nothing contained herein shall be construed as amending or modifying the terms of the RSNDA referenced above.

6. Recipient understands and acknowledges that no license under any Intel patent, copyright, maskwork, trade secret (except as expressly provided in Section 2 of the RSNDA), or other intellectual property right is granted to or conferred upon Recipient in this RS-CITR or by th e disclosure of any information by Intel to Recipient as contemplated hereunder, either expressly, by implication, inducement, estoppel or otherwise, and that any further license under such intellectual property rights must be express and in writing.

7. List names of Intel representatives disclosing the Intel Restricted Secret Information:   George Chen

RECIPIENT:   Represented By:

Apple Computer Corp.
(Company name, division/sub, if applicable)   Signature
1 Infinite Loop
Street Address   Printed Name
Cupertino, CA 95014
City, State, Zip Code, Country   Title

PLEASE SEND THIS COPY OF THE RS-CITR TO: INTEL CORPORATION; ATTN: Post Contract Mgmt; JF3-149
JF3-149, 2111 N.E. 25th Avenue, Hillsboro, OR 97124-5961   Rev: 10/03

CONFIDENTIAL - ATTORNEYS' EYES ONLY   231APPLE116655

Date

PLEASE SEND THIS COPY OF THE RS-CITR TO: INTEL CORPORATION; ATTN: Post Contract Mgmt; FM6-03
1900 Prairie City Road, Folsom, CA 95630-9598

330-1000-11 (06-98)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE116656

# Amendment #1 to Exhibit 5 of Key Terms & Principles

This Amendment ("Amendment #1"), made effective _____, 2005, is an amendment to Exhibit 5 ("Exhibit 5") of the Agreement dated March 13, 2005 and titled "Key Terms & Principles" ("Corporate Agreement") between Apple Computer, Inc, a California corporation, with offices at 1 Infinite Loop, Cupertino, CA 95014 ("Apple") and the Intel Corporation, a Delaware corporation, with offices at 2200 Mission College Blvd., Santa Clara, CA 95052-8119 ("Intel").

1.    PURPOSE

Apple and Intel have been, and will be, exchanging software for use in furthering Apple's future use of Intel Products and introducing Intel microprocessors into Apple's computer product line beginning in 2006.  The parties intend that this Amendment # 1 to Exhibit 5 govern the warranty and indemnity provided for any software exchanged or licensed between the Parties.

2.



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL – ATTORNEYS' EYES ONLY

231APPLE116719



3.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE116720



Acknowledged and agreed by their duly authorized representatives.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE116721

Apple Computer, Inc.                    Intel Corporation

By:_____           By:_____

Name:_____           Name:_____

Title:_____           Title:_____

Date:_____           Date:_____

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE116722

Intel-Apple Confidential Final

## MASTER DEVELOPMENT LICENSE AGREEMENT
## BETWEEN INTEL CORPORATION
## AND APPLE COMPUTER, INC.

This Master Development License Agreement ("Agreement") is made this 26th day of August, 2005 ("Effective Date") between Apple Computer Inc. and its Subsidiaries (collectively "Apple") a California corporation having a place of business at One Infinite Loop, Cupertino, CA 95014; and Intel Corporation and its Subsidiaries (collectively "Intel") a Delaware corporation having a place of business at 2200 Mission College Blvd., Santa Clara, CA 95052-8119. Under this Agreement, Apple may license to Intel and Intel may license to Apple certain Licensed Materials (as defined in Section 1 below). This Agreement and the Product Attachment(s) executed hereunder will govern the licensing of such Licensed Materials as described herein.

1.    **Definitions**

The capitalized terms as used within this Agreement shall have the same meaning as ascribed to the terms below.



1.1.

1.2.

1.3.

1.4.

1.5.

1.6.

1.7.

1.8.

1.9.

1.10.

1.11.

1.12.

1.13.

1.14.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        231APPLE116788

Intel-Apple Confidential Final



1.15.

1.16.

1.17.

1 18.

1.19.

2.

2.1.

2.2.

2.3.

2.4.

2.5.

Master Development License Agmt                    Page 2 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE116789

Intel-Apple Confidential Final



2.6.

2.7.

3,

4,
4.1.

4.2.

4.3.

4.3.1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE116790

Intel-Apple Confidential Final



4.3.2.

4.3.3

Master Development License Agmt                    Page 4 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE116791

Intel-Apple Confidential Final



4.3.4.

4.3.5.

Master Development License Agmt                    Page 5 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE116792

Intel-Apple Confidential Final



4.4.
4.4.1.

4.4.2.

4.4.8

4.4.9.

4.4.3.

4.4.4.

4.4.5.

4.4.6.

4.4.7.

Master Development License Agmt.                    Page 6 of 14

CONFIDENTIAL – ATTORNEYS' EYES ONLY                    231APPLE116793

Intel-Apple Confidential Final



4.5.

4.6.

4.6.1.

4.6.2.

4.6.3.

4.6.4.

4.6.5.

4.7.

4.8.

Master Development License Agmt                    Page 7 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE116794

Intel-Apple Confidential Final



4.9

5.

6.

6.1.

4.10.

Master Development License Agmt                    Page 8 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE116795

Intel-Apple Confidential Final



6.2.

6.3.

6.4.

7.

7.1.

7.2.

7.3.

Master Development License Agmt

Page 9 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE116796

Intel-Apple Confidential Final



7.4.

7.5.

8.

8.1.

8.2.

8.3.

8.4.

Master Development License Agmt                    Page 10 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE116797

Intel-Apple Confidential Final

8.5.

8.6.

8.7.

8.8.

8.9.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their duly authorized representatives and made effective as of the Effective Date.

**APPLE COMPUTER, INC.**                    **INTEL CORPORATION**

By:      Tim D. Cook                         By:

Name:                                         Name:

Title:    EVP, HW Sales & Ops               Title:

Date:    Aug 26 2005                         Date:

Master Development License Agmt                    Page 11 of 14

231APPLE116798

**Exhibit A-1 SAMPLE PRODUCT ATTACHMENT (For Software & Documentation)**

Product Attachment
To the Master Development License Agreement between Intel and Apple

This Product Attachment is subject to the terms and conditions of the Master Development License Agreement between Intel and Apple dated August 26, 2005 (the "Agreement") and is effective upon the earlier of: (i) execution by both parties; or (ii) delivery of the Licensed Materials described below. Capitalized terms used but not defined in this Product Attachment will have the meanings ascribed to them in the Agreement.  The parties wish to license the source code, object code, hardware and/or documents described below on the terms and conditions set forth below and in the Agreement.

Licensor: _____     Licensee: _____

[Licensor is company giving software]          Licensee is company receiving software]

| Type | Name or Description | Revision | License Category | Target Product | Grant Back | RSNDA |
|------|--------------------|----------|------------------|----------------|------------|-------|

Acknowledged and agreed by their duly authorized representatives:

Apple Computer, Inc.                    Intel Corporation

By:_____          By:_____
Name:_____          Name:_____
Title:_____          Title:_____
Date:_____          Date:_____

And by their Authorizing Executives (if required):

By:_____          By:_____
Name:_____          Name:_____
Title:_____          Title:_____
Date:_____          Date:_____

Master Development License Agmt          Page 12 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE116799

**Exhibit A-2 SAMPLE PRODUCT ATTACHMENT (For Hardware)**

Product Attachment
To the Master Development License Agreement between Intel and Apple

This Product Attachment is subject to the terms and conditions of the Master Development License Agreement between Intel and Apple dated August 26, 2005 (the "Agreement") and is effective upon the earlier of: (i) execution by both parties; or (ii) delivery of the Licensed Materials described below. Capitalized terms used but not defined in this Product Attachment will have the meanings ascribed to them in the Agreement.  The parties wish to license the source code, object code, hardware and/or documents described below on the terms and conditions set forth below and in the Agreement.

Licensor:                                              Licensee:


| Name or Description | Quantity | Fee/Unit | Ship To Address | Licensee's Contact |
|---|---|---|---|---|
| | | | | |


Acknowledged and agreed by their duly authorized representatives:

Apple Computer, Inc.                        Intel Corporation

By:_____    By:_____

Name:_____    Name:_____

Title:_____    Title:_____

Date:_____    Date:_____

And by their Authorizing Executives (if required):

By:_____    By:_____

Name:_____    Name:_____

Title:_____    Title:_____

Date:_____    Date:_____


Master Development License Agmt                    Page 13 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE116800

**EXHIBIT B**
**MINIMUM LICENSE TERMS FOR OBJECT CODE**



Master Development License Agmt                    Page 14 of 14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE116801

**DRAFT ONLY**

### Amendment Five to Information Services Agreement
### between
### Google, Inc.
### and
### Apple Inc. ("Amendment 5")

The Information Services Agreement dated December 20, 2002 (the "Agreement") entered into between Apple Inc. (formerly doing business as "Apple Compute r, Inc.", "Apple") and Google, Inc. (formerly doing business as Google Technology, Inc.) ("Google"), including Amendments 1, 2, 3, and 4, is hereby amended, effective as of _____ , 2009 (the "Amendment 5 Effective Date"), as follows:



CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**DRAFT ONLY**



3.  Except as expressly set forth herein, the Agreement as previously amended will remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Amendment through their duly authorized representatives.

GOOGLE, INC.:                           APPLE INC.:

By:                                     By:
        (signature)                             (signature)

Printed Name:                           Printed Name:

Title:                                  Title:

Date:                                   Date:

CONFIDENTIAL

CONFIDENTIAL  - ATTORNEYS' EYES ONLY

**Amendment Three to License Agreement**
**between**
**Google, Inc.**
**and**
**Apple Inc. ("Amendment 3")**

The License Agreement entered into between Apple Inc. ("Apple") and Google, Inc. ("Google"), dated January 3, 2007, as previously amended by Amendment One, dated January 14, 2008   and Amendment Two, dated _____ 2009   (collectively, the "Agreement"), is hereby amended, effective as of _____ , 2009 (the "Amendment 3 Effective Date"), as follows:



*Confidential*                                    - 1 -

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE131831

7. Except as expressly set forth herein, the Agreement will remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Amendment Three through their duly authorized representatives.

| **APPLE INC.** | **GOOGLE INC.** |
| --- | --- |
| BY:_____ | BY:_____ |
| NAME:_____ | NAME:_____ |
| TITLE:_____ | TITLE:_____ |
| DATE:_____ | DATE:_____ |

*Confidential*                                   - 2 -

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE131832

**DRAFT ONLY**

### Amendment Five to Information Services Agreement
### between
### Google, Inc.
### and
### Apple Inc. ("Amendment 5")

The Information Services Agreement dated December 20, 2002 (the "Agreement") entered into between Apple Inc. (formerly doing business as "Apple Computer, Inc.", "Apple") and Google, Inc. (formerly doing business as Google Technology, Inc.) ("Google"), including Amendments 1, 2, 3, and 4, is hereby amended, effective as of    August 1, 2009 (the "Amendment 5 Effective Date"), as follows:



CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE131861

**DRAFT ONLY**



3.  Except as expressly set forth herein, the Agreement as previously amended will remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Amendment through their duly authorized representatives.

GOOGLE, INC.:

By:
        (signature)

Printed Name:

Title:

Date:

APPLE INC.:

By:
        (signature)

Printed Name:

Title:

Date:

CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Amendment One to License Agreement
between
Google, Inc.
and
Apple Inc. ("Amendment 1")**

The License Agreement entered into between Apple Inc. ("Apple") and Google, Inc.
("Google"), dated January 3, 2007 (the "Agreement"), is hereby amended, effective as of
the date signed by Google below (the "Amendment 1 Effective Date"), as follows:



CONFIDENTIAL                          - 1 -

6. Except as expressly set forth herein, the Agreement will remain in full force and effect.

IN WITNESS WHEREOF, the parties have executed this Amendment through their duly authorized representatives.

GOOGLE:                                APPLE:

By: _____                    By: _____
    (signature)                            (signature)

Printed Name: _____          Printed Name: _____

Title: _____                 Title: _____

Date: _____                  Date: _____

CONFIDENTIAL                    - 2 -

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125054