# HARVEY DECLARATION

# EXHIBIT 70

# REDACTED VERSION

# Google Mutual Non-Disclosure Agreement
V032404C.1

This Mutual Non-Disclosure Agreement ("Agreement") is made and entered into between Google Inc., for itself and its subsidiaries and affiliates ("Google"), and "Participant" identified below, individually referred to as a "Party" and collectively referred to as the "Parties". The Parties wish to exchange Confidential Information (as defined below in Section 2) for the following purpose(s): a) to evaluate whether to enter into a contemplated business transaction; and b) if the Parties enter into an agreement related to such business transaction, to fulfill each Party's confidentiality obligations to the extent the terms set forth below are incorporated therein (the "Purpose"). The Parties have entered into this Agreement to protect the confidentiality of information in accordance with the following terms:

1. The Effective Date of this Agreement is  2/11/05

---

**Google Inc.**

By: _George Reyes_ (signature)
Name: George Reyes
Title: CFO
Address: 1600 Amphitheatre Parkway, Mountain View, CA 94043
Date: 2/11/05

**Participant:** Apple Computer, Inc.

By: (signature)
Name: Preston Patton
Title: Senior Manager
Address: 1 Infinite Loop, Mail Stop 38-3CM, Cupertino, CA 95014
Date: 2/8/05

(Rev. 032404)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE123280