# HARVEY DECLARATION

# EXHIBIT 71

# REDACTED VERSION

## LICENSE AGREEMENT
### between
### Google Inc.
### and
### Apple Computer, Inc.

This License Agreement ("Agreement") is entered into, effective as of January 3, 2007 (the "Effective Date"), by and between Apple Computer, Inc., a California corporation having its principal place of business at One Infinite Loop, Cupertino, California 95014 ("Apple"), and Google Inc., a Delaware corporation having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA, 94043 ("Google").

### RECITALS

The parties desire to enter into an Agreement to license certain software from Google to Apple in source code form pursuant to the terms and conditions set forth below.

### AGREEMENT

### 1. DEFINITIONS



Confidential

 Page 1

CONFIDENTIAL - ATTORNEYS' EYES ONLY



*Confidential*                                          *Page 2*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE124989



2    LICENSE

*Confidential*                                                      *Page 1*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE124990



2.4   Trademark License.

*Confidential*                                                                 *Page 4*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      231APPLE124991



**1    RESPONSIBILITIES OF THE PARTIES**

3.1    Apple Responsibilities

*Confidential*                                                                 *Page 5*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE124992



*Confidential*                                                    *Page 6*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE124993



*Confidential*

*Page 7*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE124994

**3.2   Google Responsibilities**



*Confidential*                                                          *Page 8*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE124995



**4. MISCELLANEOUS**

CONFIDENTIAL · ATTORNEYS' EYES ONLY　　　　　　　　231APPLE124996



**5.    OWNERSHIP**

*Confidential*                                                        *Page 10*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE124997

**6.    REPRESENTATIONS AND WARRANTIES**



**7.    INDEMNIFICATION**

*Confidential*                                                  *Page 11*



*Confidential*

*Page 12*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE124999



**8.   DISCLAIMERS AND LIMITATION OF LIABILITY**

*Confidential*                                                    *Page 13*



**9.   CONFIDENTIALITY**

*Confidential*                                                   *Page 14*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE125001



10.   **TERM**

11.   **TERMINATION**

11.2   Effect of Termination.

*Confidential*                                                      *Page 15*



*Confidential*                                                      *Page 16*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE125003



13.   GENERAL

13.1

13.2

13.3

13.4

13.5

*Confidential*                                                    *Page 17*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125004



13.6

13.7

13.8

13.9

13.10

13.12

Confidential                                          Page 18

CONFIDENTIAL - ATTORNEYS' EYES ONLY                      231APPLE125005

duly authorized representative of both parties.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their duly authorized representatives:

**APPLE COMPUTER, INC.**         **GOOGLE INC.**

BY: _Phil. Schill_               BY: _Marissa Mayer_

NAME: Philip W. Schiller         NAME: Marissa A Mayer

TITLE: SVP WWPM                  TITLE: VP, Search & User Experience

*Confidential*                                    *Page 19*





*Confidential*

*Page 20*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE125007



*Confidential*                                          *Page 21*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125008



Confidential                                                              Page 22

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE125009



*Confidential*

*Page 21*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125010

**Exhibit B**
Apple Trademarks and Google Trademarks



*Confidential*                                      *Page 24*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                231APPLE125011

**Exhibit C**
Server Protocol

*Confidential*                                                    *Page 25*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125012



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125013



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125014



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125015



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125016



CONFIDENTIAL · ATTORNEYS' EYES ONLY

231APPLE125017




CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125018



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125019



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125020



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125021



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125022



[redacted]

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125024



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125025



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125026



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125027



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125028



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125029

**Exhibit D**
Apple Subsidiaries

*Confidential*                                                    *Page 26*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE125030