# HARVEY DECLARATION

# EXHIBIT 72

# REDACTED VERSION

JAN-02-2007 17:04 From:                    To:1 650 618 1806        P.2

# LICENSE AGREEMENT
### between
### Google Inc.
### and
### Apple Computer, Inc.

This License Agreement ("Agreement") is entered into, effective as of _____,
2007 (the "Effective Date"), by and between Apple Computer, Inc., a California
corporation having its principal place of business at One Infinite Loop, Cupertino,
California 95014 ("Apple"), and Google Inc., a Delaware corporation having its principal
place of business at 1600 Amphitheatre Parkway, Mountain View, CA, 94043
("Google").

## RECITALS

The parties desire to enter into an Agreement to license certain software from Google to
Apple in source code form pursuant to the terms and conditions set forth below.

## AGREEMENT

## 1. DEFINITIONS



*Confidential*                                                    *Page 1*



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130883

JAN-02-2007 17:04 From:                    To:1 650 618 1806        P.3



*Confidential*                                              *Page 2*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130884



2   LICENSE



*Confidential*                                              *Page 3*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE130885

JAN-02-2007 17:04 From: To:1 650 618 1986 P.5/27



2.4     Trademark License.



*Confidential* *Page 4*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                231APPLE130886

JAN-02-2007 17:05 From:                                        To:1 650 618 1906      P.6/27



**3      RESPONSIBILITIES OF THE PARTIES**

   **3.1      Apple Responsibilities**



*Confidential*                                                                      *Page 5*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      231APPLE130887

JAN-02-2007 17:05 From:                                    To:1 650 618 1806        P.7/27



*Confidential*                                                      *Page 6*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                            231APPLE130888

JAN-02-2007 17:05 From:                              To:1 650 610 1006      P.8/27



*Confidential*                                                      *Page 7*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE130889

JAN-02-2007 17:06 From:                    To:1 650 618 1806        P.9/27

### 3.2    Google Responsibilities



*Confidential*                                                                 *Page 8*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE130890

JAN-02-2007 17:06 From:          To:1 650 618 1806          P.10/27



**4. MISCELLANEOUS**



*Confidential*                                                    *Page 9*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130891



**5.    OWNERSHIP**



*Confidential*                                          *Page 10*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE130892

JAN-02-2007 17:07 From:                              To:1 650 610 1606        P.12/27

6.    **REPRESENTATIONS AND WARRANTIES**



7.    **INDEMNIFICATION**





CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE130893

JAN-02-2007 17:07 From:                    To:1 650 618 1006      P.13/27



Confidential                                        Page 12



CONFIDENTIAL - ATTORNEYS' EYES ONLY                      231APPLE130894



8.    **DISCLAIMERS AND LIMITATION OF LIABILITY**



*Confidential*                                              *Page 13*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE130095



9.   **CONFIDENTIALITY**



*Confidential*                                              *Page 14*



CONFIDENTIAL · ATTORNEYS' EYES ONLY                      231APPLE130696



**10.   TERM**



**11.   TERMINATION**



**11.2  Effect of Termination.**

*Confidential*                           *Page 15*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                       231APPLE130897



12.

*Confidential*                                                        *Page 16*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE130898



**13.   GENERAL**

13.1

13.2

13.3

13.4

13.5

*Confidential*                                              *Page 17*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE130899



13.6

13.7

13.8

13.9

13.10

13.12

*Confidential*                                                    *Page 18*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE130900

duly authorized representative of both parties.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their duly authorized representatives:

APPLE COMPUTER, INC.                    GOOGLE INC.

BY: _____                    BY: _____

NAME: Philip W. Schiller               NAME: Marissa A. Mayer

TITLE: Sr VP AkuPM                     TITLE: VP, Search & User Experience

Confidential                                          Page 19



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130901



Confidential                                                    Page 20



CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE130902

JAN-02-2007 17:10 From:                          To:1 650 618 1806        P.22/27



*Confidential*                                          *Page 21*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                      231APPLE130903



*Confidential*                                                   *Page 22*



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130904

JAN-02-2007 17:11 From:                                          To:1 650 618 1806        P.24/27



*Confidential*                                          *Page 23*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE130905

**Exhibit B**
**Apple Trademarks and Google Trademarks**



*Confidential*                                             *Page 24*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE130906

**<u>Exhibit C</u>**
Server Protocol

*Confidential*                                              *Page 25*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE130907



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130908



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130909



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130910



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130911





CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130912



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130913



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130914



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130915



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130918



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130917



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130918



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130919



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130920



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130921



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130922



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130923



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130924

**Exhibit D**
Apple Subsidiaries



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE130925