# HARVEY DECLARATION

# EXHIBIT 73

# REDACTED VERSION

# My Location Protocol Terms of Service

Defined terms shall have the meaning as defined in the GMM License Agreement dated January 3, 2007 by and between the parties.

1. **Service.**

**1.2 Appropriate Conduct and Prohibited Uses.**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE131137

2. **Google Proprietary Rights.**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE131138

3. **Privacy Policy**.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE131139



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE131140