# HARVEY DECLARATION

# EXHIBIT 74

# REDACTED VERSION

## INFORMATION SERVICES AGREEMENT

This Information Services Agreement (the "Agreement") is entered into by and between Apple Computer, Inc. ("Apple") and Google Technology Inc., ("Google") regarding Apple's use of the Services (defined below). This Agreement, dated **Dec. 20, 2002** (the "Effective Date"), sets forth the terms and conditions under which Google makes the Services available to Apple.

1. <u>Definitions</u>. For purposes of this Agreement, the following terms will have the indicated meanings:



2. <u>Services/Licenses</u>.

CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132590



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132591

This Agreement may be executed in counterparts, including facsimile counterparts.

**Google Technology Inc.**

By: _____

Print Name: _Joan Braddi_

Title: _VP Search Services_

Date: _12-20-02_

2400 Bayshore Parkway
Mountain View, CA  94043
Tel:  (650) 330-0100
Fax:  (650) 618-1711

**Apple Computer, Inc.**

By: _____

Print Name: _Philip Schiller_

Title: _Sr. VP WWPM_

Date: _12-19-02_

1 Infinite Loop, MS 301-4GC
Cupertino, CA  95014
Tel:  (408) 996-1010
Fax:  (408) 996-0275

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**EXHIBIT A – APPLE END USER AGREEMENT**

**ENGLISH**

**APPLE COMPUTER, INC.**
**SOFTWARE LICENSE AGREEMENT FOR MAC OS X**
**SINGLE USE LICENSE**



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY 231APPLE132594



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132595



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132596

**EXHIBIT B**

**Google Standard Mutual Non-Disclosure Agreement**

This Mutual Non-Disclosure Agreement ("Agreement") is made and entered into between Google Technology Inc., for itself and its subsidiaries ("Google"), and Apple Computer, Inc. ("Apple") for itself and its subsidiaries ("Apple"), individually referred to as a "Party" and collectively referred to as the "Parties". The Parties wish to explore a business opportunity in the field of evaluating the possibility of Apple using Google's Internet search services (the "Purpose"). In connection with this opportunity, each party may disclose to the other party certain confidential technical and business information. The parties have entered into this Agreement to assure the confidentiality of such information is maintained, in accordance with the following terms of this Agreement:



231APPLE132597

**EXHIBIT C**

**Google and Apple Brand Features**

**Google Brand Features:**

**Apple Brand Features:**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                         231APPLE132598