# EXHIBIT A

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:  HIGH-TECH EMPLOYEE        )

ANTITRUST LITIGATION             )

                                 )   No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:        )

ALL ACTIONS.                     )

_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF BRUCE CHIZEN

MARCH 15, 2013

Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

| | | |
|---|---|---|
| 09:25:09 | 1 | given up the CEO and president's jobs. |
| 09:25:12 | 2 | A.   That's correct. |
| 09:25:20 | 3 | Q.   So after May of 2008, did you -- did you or |
| 09:25:24 | 4 | have you done any work for Adobe? |
| 09:25:26 | 5 | A.   No. |
| 09:25:34 | 6 | Q.   How long did you work for Bill Campbell? |
| 09:25:36 | 7 | A.   I worked for Mr. Campbell from -- are you |
| 09:25:41 | 8 | asking directly or within his organization? |
| 09:25:44 | 9 | Q.   Well, I -- fair enough. |
| 09:25:47 | 10 | How -- where -- at what company did you and |
| 09:25:52 | 11 | Mr. Campbell work together? |
| 09:25:53 | 12 | A.   Claris Corporation. |
| 09:25:55 | 13 | Q.   And at that time was Mr. Campbell CEO of the |
| 09:25:58 | 14 | company? |
| 09:25:58 | 15 | A.   Yes. |
| 09:25:58 | 16 | Q.   And how long did you work for Claris? |
| 09:26:00 | 17 | A.   From -- these are approximate dates. |
| 09:26:04 | 18 | Q.   Right. |
| 09:26:04 | 19 | A.   The fall of 1987 until 19- -- until February of |
| 09:26:13 | 20 | 1994.  I believe Mr. Campbell left either 1990 or '91. |
| 09:26:19 | 21 | So it would have been three to four years. |
| 09:26:21 | 22 | Q.   And was there a point in time when you worked |
| 09:26:23 | 23 | directly for Mr. Campbell? |
| 09:26:25 | 24 | A.   There was a short period of time prior to him |
| 09:26:27 | 25 | leaving where I worked directly for Mr. Campbell. |

| | | |
|---|---|---|
| 09:26:30 | 1 | Q.   Do you still see Bill Campbell? |
| 09:26:32 | 2 | A.   I still stay in touch with Mr. Campbell. |
| 09:26:35 | 3 | Q.   Would you say he's a friend of yours? |
| 09:26:40 | 4 | A.   It's -- it's hard to define the word "friend." |

He's somebody I respect.  He's somebody who has helped

build my career.  He has been a great mentor and I try to

stay in touch with him.  Do I celebrate birthdays with

him?  Typically not.  Do I go on vacation with him and

his partner?  No.  Do I go out with, do I see him 10

times or 12 times a year?  No.

          So, you know, it all depends on definition of

"friend."  But do I see him once or twice a year?  Yes.

Do I have an occasion drink with him?  Yes.  Well, there

would be a quick email exchange on some -- some business

issue.  Yes.

          Q.   Were you in more regular contact with

Mr. Campbell when you were working for Adobe?

          A.   Perhaps, but I'm not sure.  It was never to the

degree in which I just defined "friend," 10, 12 times a

year and all that.

          Q.   Did -- so you came to Adobe as part of the

acquisition or merger between Adobe and Aldus?

          A.   Aldus, yes.

          Q.   Okay.  And when you became the CEO in 2000, did

you take that job over from Mr. Warnock?

| | | |
|---|---|---|
| 09:28:46 | 1 | A.    From Dr. Warnock, yes. |
| 09:28:49 | 2 | Q.    And, again, just so we're clear, when we're |
| 09:28:53 | 3 | saying Dr. Warnock, we're referring to John Warnock? |
| 09:28:58 | 4 | A.    Yes. |
| 09:28:58 | 5 | Q.    Who was one of the founders of the company? |
| 09:29:00 | 6 | A.    Yes. |
| 09:29:06 | 7 | Q.    When you took over as CEO, what was |
| 09:29:08 | 8 | Mr. Geschke's job? |
| 09:29:11 | 9 | A.    He had retired. |
| 09:29:12 | 10 | Q.    Okay. |
| 09:29:13 | 11 | A.    And he was co-chair of the board. |
| 09:29:16 | 12 | Q.    And when you took over the CEO job -- |
| 09:29:19 | 13 | A.    Let me restate that.  He -- there were two |
| 09:29:21 | 14 | chairs.  I used the title co-chair.  He was chair. |
| 09:29:26 | 15 | Q.    So when you took over as the CEO, Mr. Geschke |
| 09:29:29 | 16 | and Dr. Warnock were the co-chairs of the Adobe board? |
| 09:29:32 | 17 | A.    They were the chairs of the Adobe board, |
| 09:29:35 | 18 | technically. |
| 09:29:36 | 19 | Q.    Did they continue to serve in that role or job |
| 09:29:38 | 20 | throughout the entirety of the period of time that you |
| 09:29:40 | 21 | were the CEO of Adobe? |
| 09:29:42 | 22 | A.    Yes. |
| 09:30:12 | 23 | MR. SAVERI:  I need some exhibit tabs. |
| 09:30:14 | 24 | (Exhibit 1800 was marked for identification.) |
| | 25 | // |

| | | |
|---|---|---|
| 09:52:56 | 1 | I do remember focusing on the two objectives I |
| 09:53:02 | 2 | had in mind, which I suspect at that time was making sure |
| 09:53:07 | 3 | that I didn't confuse the customer at the same time I |
| 09:53:10 | 4 | made sure that the Department of Justice got the right |
| 09:53:13 | 5 | message. |
| 09:53:14 | 6 | BY MR. SAVERI: |
| 09:53:14 | 7 | Q.   Now, did you believe, though, at the time that |
| 09:53:25 | 8 | Apple and Adobe were competitors? |
| 09:53:36 | 9 | A.   In 2005 we were more collaborators than we were |
| 09:53:45 | 10 | competitors.  We competed in niche areas of our product |
| 09:53:51 | 11 | lines.  I always believed that Apple could potentially be |
| 09:53:58 | 12 | a very big threat to Adobe, either by alienating us, not |
| 09:54:07 | 13 | giving us what we needed to optimize our products for |
| 09:54:10 | 14 | their architecture, their software, their hardware; or |
| 09:54:15 | 15 | competing aggressively against us.  I always believed |
| 09:54:18 | 16 | that and was always concerned about that. |
| 09:54:20 | 17 | If you looked at the facts at the time, I |
| 09:54:23 | 18 | believe the areas in which we competed were few -- few |
| 09:54:28 | 19 | areas and not really material. |
| 09:54:30 | 20 | However, because we were undergoing the |
| 09:54:34 | 21 | discovery of the Department of Justice, I wanted to make |
| 09:54:37 | 22 | sure they understood not only the potential threat that |
| 09:54:40 | 23 | Apple would -- could be, but also the areas in which they |
| 09:54:44 | 24 | were already a threat even though they were relatively |
| 09:54:49 | 25 | immaterial, I believe, at the time. |

09:54:50  1    Q.   Well, so I -- I guess I'm trying to -- to focus

09:54:54  2    in and get your best recollection.

09:54:59  3         At the time -- well --

09:55:01  4    A.   And -- and I'll add, if you go back and look at

09:55:04  5    our SEC filings at the time, we always talked about Apple

09:55:09  6    and the point -- some of the point products being

09:55:11  7    competitive.

09:55:12  8    Q.   So is it fair to say that at -- well, let me

09:55:16  9    just ask the question.

09:55:17 10         This article -- this interview was given in

09:55:19 11    about -- in April of 2005.

09:55:21 12    A.   That's right before we received approval from

09:55:24 13    the Department of Justice.

09:55:26 14    Q.   Was there friction in the Apple/Adobe

09:55:30 15    relationship at that time?

09:55:31 16    A.   There was always -- for as long as I was CEO,

09:55:35 17    there was always friction between Apple and Adobe.

09:55:40 18    Q.   Were you the CEO when Warnock and Jobs and Bill

09:55:51 19    Gates were all on the stage together at the Seybold

09:55:55 20    conference?

09:55:56 21    A.   I was not at Aldus or Adobe.  I was not with

09:56:02 22    the company at that point in time.

09:56:03 23    Q.   Do you remember that event?

09:56:04 24    A.   No.

09:56:06 25    Q.   Now, at this time, and by "this time," April

| | | |
|---|---|---|
| 09:56:11 | 1 | 2005, did you view Microsoft as a competitor of Adobe? |
| 09:56:16 | 2 | A.   Yes. |
| 09:56:17 | 3 | Q.   And -- |
| 09:56:18 | 4 | A.   As well as a partner. |
| 09:56:24 | 5 | Q.   Okay.  Did -- in -- in what way was Microsoft a |
| 09:56:30 | 6 | competitor at this time? |
| 09:56:35 | 7 | A.   They -- I'm not sure of the time frame, but |
| 09:56:42 | 8 | they were competing around that time frame aggressively |
| 09:56:48 | 9 | in a digital imaging space against products in the |
| 09:56:54 | 10 | category of Adobe Photoshop, which was a major revenue |
| 09:57:00 | 11 | contributor. |
| 09:57:01 | 12 | They were also working on ways to undermine our |
| 09:57:05 | 13 | Acrobat business and our PDF franchise, which was a |
| 09:57:12 | 14 | significant revenue contributor to Adobe. |
| 09:57:17 | 15 | And there were a number of other areas. |
| 09:57:20 | 16 | They were much more of a competitor than |
| 09:57:25 | 17 | somebody like Apple.  At the same time, we needed to |
| 09:57:30 | 18 | collaborate with them because we wanted to optimize our |
| 09:57:33 | 19 | software for their operating system, for Microsoft |
| 09:57:36 | 20 | Windows. |
| 09:57:40 | 21 | Q.   Well, in 2005, at this time in 2005, did Adobe |
| 09:57:47 | 22 | and Microsoft collaborate on a number of products? |
| 09:57:54 | 23 | A.   I'm -- I would assume so, because we had no |
| 09:57:58 | 24 | choice, since our products worked on Microsoft Windows. |
| 09:58:02 | 25 | Also somewhere around that time frame I was |

| | | |
|---|---|---|
| 10:53:46 | 1 | Q.   Did you trust him personally? |
| 10:53:56 | 2 | A.   In regards to what? |
| 10:53:58 | 3 | Q.   Well, when did you first meet Steve Jobs? |
| 10:54:03 | 4 | A.   My first interaction with Steve Jobs is when he |
| 10:54:07 | 5 | first came back to Apple, and I was still -- I was off |
| 10:54:12 | 6 | running the graphics business, so it must have been in |
| 10:54:16 | 7 | mid-19 -- late '90s. |
| 10:54:19 | 8 | Q.   So when you first met Jobs, were you working |
| 10:54:21 | 9 | for Adobe? |
| 10:54:22 | 10 | A.   I was working for Adobe, yes. |
| 10:54:24 | 11 | Q.   And when you first met Mr. Jobs, was Mr. Jobs |
| 10:54:27 | 12 | working for Apple? |
| 10:54:28 | 13 | A.   Yeah.  Let me -- let me correct one thing.  I |
| 10:54:30 | 14 | worked at Microsoft in the years of 1983 to 1987, and I |
| 10:54:35 | 15 | might have had an interaction with Mr. Jobs.  But I |
| 10:54:38 | 16 | certainly don't remember it specifically, and he |
| 10:54:41 | 17 | certainly wouldn't have remembered me. |
| 10:54:44 | 18 | Q.   So the first time you -- you remember meeting |
| 10:54:48 | 19 | Mr. Jobs was at a time that you were at Adobe. |
| 10:54:50 | 20 | A.   Yes. |
| 10:54:51 | 21 | Q.   And Mr. Jobs was -- |
| 10:54:53 | 22 | A.   Again, I -- I -- I was -- somewhere between |
| 10:54:56 | 23 | 1983 and 1987 I was at a press conference with Mr. Gates |
| 10:55:00 | 24 | and Mr. Jobs, and somebody might have introduced me to |
| 10:55:03 | 25 | Mr. Jobs, but I don't specifically -- but I did see him |

10:55:06   1   and I was in the same room with him.

10:55:08   2        Q.   And I was just trying to figure out, I think

10:55:10   3   you said that you -- when you first met Mr. Jobs in kind

10:55:14   4   of a significant way you were working at Adobe?

10:55:16   5        A.   Yes.

10:55:17   6        Q.   And he had returned to Apple.

10:55:18   7        A.   Yes.

10:55:19   8        Q.   So had he -- was Bill Amelio still running

10:55:23   9   Apple, or had he left?

10:55:25  10        A.   He had left.

10:55:26  11        Q.   So that just kind of helps me place it.

10:55:30  12             How many -- from that point in time did you

10:55:34  13   regularly communicate with Steve Jobs?

10:55:36  14        A.   No.  My communication with Steve Jobs didn't

10:55:39  15   start occurring until Dr. Geschke resigned as president,

10:55:43  16   which was approximately 2000.

10:55:46  17        Q.   From that point forward, though, did you speak

10:55:48  18   or communicate with Mr. Jobs on a regular basis?

10:55:51  19        A.   Yes, more so when I took over as CEO in later

10:55:54  20   2000.

10:55:55  21        Q.   Did you like him?

10:55:58  22        A.   I respected him.

10:55:59  23        Q.   Okay.  Did you like him?

10:56:03  24        A.   It didn't make a difference.

10:56:07  25        Q.   Did you think he was a tough businessman?

```
10:56:11  1        A.   Absolutely.

10:56:12  2        Q.   Did you think he was ruthless?

10:56:14  3        A.   Absolutely.

10:56:16  4        Q.   Do you think he was honest when he spoke to

10:56:18  5    you?

10:56:35  6        A.   Sometimes.

10:56:36  7        Q.   Sometimes not?

10:56:37  8        A.   Sometimes not.

10:57:04  9        Q.   Did you ever talk to Dr. Warnock about Steve

10:57:07 10    Jobs?

10:57:08 11        A.   Yes.

10:57:09 12        Q.   Did Dr. Warnock share your views of Mr. Jobs?

10:57:17 13    Do you know?

10:57:21 14        A.   I don't think so.

10:57:23 15        Q.   Okay.  In what way?  How were they -- excuse

10:57:26 16    me.  Let me ask a better question.

10:57:28 17             How were Dr. Warnock's views of Steve Jobs

10:57:33 18    different than yours?

10:57:34 19             MR. MITTELSTAEDT:  Objection to form.

10:57:35 20             THE WITNESS:  I can't -- I don't want to -- am

10:57:36 21    unable to tell you how Dr. Warnock thinks about Steve

10:57:42 22    Jobs.  I think Dr. Warnock is in the best position to do

10:57:45 23    that.

10:57:45 24             MR. SAVERI:  Fair enough.

10:57:46 25        Q.   Did he ever tell you he thought Steve Jobs was
```

| | | |
|---|---|---|
| 11:16:29 | 1 | that he was displeased? |
| 11:16:31 | 2 | A.  Yes. |
| 11:16:42 | 3 | Q.  Did you understand that at some point in time |
| 11:16:43 | 4 | Steve Jobs came to believe that Adobe was not a partner |
| 11:16:46 | 5 | of Apple's? |
| 11:16:48 | 6 | MR. MITTELSTAEDT:  Object to form. |
| 11:16:49 | 7 | THE WITNESS:  I don't know what Steve believed |
| 11:16:51 | 8 | or didn't believe. |
| 11:16:52 | 9 | BY MR. SAVERI: |
| 11:16:53 | 10 | Q.  Did he ever express that to you?  That is that |
| 11:16:56 | 11 | he had come to the conclusion that Adobe was no longer a |
| 11:17:01 | 12 | partner of -- |
| 11:17:02 | 13 | A.  No. |
| 11:17:03 | 14 | Q.  -- of Apple's? |
| 11:17:04 | 15 | A.  Not that I recall, no. |
| 11:17:17 | 16 | Q.  Can you recall or identify a decision that you |
| 11:17:19 | 17 | made as CEO of Adobe that caused the most friction |
| 11:17:24 | 18 | between the two companies? |
| 11:17:27 | 19 | A.  I can recall a number of decisions I made.  I |
| 11:17:29 | 20 | don't know which one was the most decisive. |
| 11:17:34 | 21 | Q.  Can you describe those for me, please. |
| 11:17:36 | 22 | A.  One was the decision to optimize for OS X |
| 11:17:47 | 23 | around our product LiveCycle, so in conjunction with |
| 11:17:54 | 24 | product feature additions, as opposed to just doing OS X |
| 11:17:59 | 25 | only -- |

11:17:59  1      Q.   Right.

11:17:59  2      A.   -- additions.  Steve was not happy with that.

11:18:10  3           Steve showed me some prototypes of a Macintosh

11:18:15  4   computer on the Intel architecture before they were

11:18:19  5   publicly announced, and we had just gotten done

11:18:23  6   completing our OS X initiatives, which were painful and

11:18:27  7   hard, and it would have been a lot of work to now port

11:18:30  8   them to an Intel architecture, and I told him that, and

11:18:33  9   he didn't like that.

11:18:35 10      Q.   Okay.

11:18:36 11      A.   Those are two examples of things that he didn't

11:18:38 12   like.  He didn't like that the products on Windows looked

11:18:45 13   and felt like the products on Macintosh, thereby not

11:18:52 14   differentiating the two platforms, which was upsetting to

11:18:56 15   him.

11:18:57 16      Q.   Anything else that you would identify as

11:18:59 17   particular decisions that you made that --

11:19:02 18      A.   There would be product features that we

11:19:04 19   weren't -- I don't recall which one, because the list

11:19:07 20   would go on and on -- that we were implementing that

11:19:11 21   didn't take full advantage of the unique capabilities of

11:19:16 22   his hardware and software.

11:19:26 23      Q.   When -- when Steve Jobs was displeased with any

11:19:31 24   of these decisions that you made, how did he express that

11:19:33 25   to you?

11:19:36   1      A.   It's hard for me to tell whether he expressed

11:19:39   2   all his displeasure on each of my decisions, but many of

11:19:43   3   his -- many of the decisions that I made he would

11:19:47   4   typically pick up the phone and start screaming at me.

11:19:51   5      Q.   Okay.  So he had -- he had your cell phone

11:19:55   6   number?

11:19:55   7      A.   He probably had my cell phone number.  He

11:19:58   8   definitely had my home number.  And he had my office

11:20:01   9   number.

11:20:01  10      Q.   So he would call you from time to time and

11:20:04  11   express his displeasure in -- in no uncertain terms; is

11:20:08  12   that fair?

11:20:09  13      A.   That is very fair.

11:20:10  14      Q.   Would he also -- did he also send you emails,

11:20:12  15   too, sometimes?

11:20:18  16      A.   On the bigger issues he typically picked up on

11:20:21  17   the phone.  On the ones that were just slightly annoying,

11:20:24  18   he'd send me an email.  He was much more effective on the

11:20:29  19   phone.

11:20:35  20      Q.   During the time that you were CEO, do you think

11:20:38  21   that the relationship between the two companies, that is

11:20:40  22   Adobe and Apple, got worse?

11:20:42  23      A.   Yes.

11:20:42  24      Q.   Were there particular points in time or

11:20:44  25   milestones in that arc where you -- where you think the

11:20:51  1  relationship did get significantly worse?

11:20:55  2      A.   Yeah, again, I'm recalling, so I -- you know,

11:21:00  3  my timetables could be off.  I might miss some events.

11:21:06  4          Certainly when he introduced -- again, I think

11:21:09  5  it was Final Cut, which was the video editing solution,

11:21:13  6  he had purchased that solution from Macromedia, this is

11:21:17  7  way before we acquired them, and he told me that he was

11:21:19  8  purchasing it at the time to go into the consumer market,

11:21:24  9  and he ended up going into the professional market.

11:21:27 10      Q.   Right.

11:21:27 11      A.   So that -- that was a disturbing situation, and

11:21:33 12  we discussed it, and he said, yeah, we had to change our

11:21:37 13  direction because of a whole bunch of reasons, which I

11:21:41 14  clearly understood.  That doesn't mean I liked it.

11:21:47 15          The not getting to OS X as quickly as he wanted

11:21:52 16  us to across the product line was painful for the

11:21:58 17  relationship from his perspective.

11:22:04 18          Him launching Aperture, which was a digital

11:22:09 19  imaging product, which did compete direct -- didn't

11:22:14 20  compete directly with Adobe Photoshop, but we thought it

11:22:19 21  infringed on our franchise and hurt our partnership.

11:22:23 22          Those are the ones that stood out for me while

11:22:25 23  I was there.

11:22:27 24      Q.   Did he pick up the phone and call you about all

11:22:29 25  of those things?

11:22:33  1        A.    OS X, yes; Final Cut, that was me calling him.

11:22:41  2        Q.    Okay.

11:22:43  3        A.    And then Aperture, I think he called me to tell

11:22:46  4    me that he was introducing the product, and it didn't

11:22:50  5    compete.

11:22:52  6        Q.    So when he called you, and you had these

11:22:58  7    spirited discussions, do you think he was angry from time

11:23:04  8    to time?

11:23:05  9        A.    I -- I don't know.  I have no way of knowing

11:23:10 10    what his feelings were.  I believed that everything that

11:23:15 11    Steve did was in the best interest of Apple computer, as

11:23:24 12    I believe that everything that I did was in the best

11:23:26 13    interest of Adobe Systems.  And that was the way I

11:23:29 14    approached Steve Jobs.

11:23:31 15            So I don't know whether he was angry, whether

11:23:34 16    he was sad, whether he liked me, whether he disliked me,

11:23:37 17    nor did it matter.

11:23:38 18        Q.    Well, did he ever tell you that he thought you

11:23:40 19    had been untruthful to him?

11:23:45 20        A.    I -- I don't recall.

11:23:46 21        Q.    Did he ever tell you that he thought you were a

11:23:48 22    liar?

11:23:50 23        A.    I don't recall him ever telling -- I suspect he

11:23:53 24    would have liked to tell me that, but I don't think he

11:23:57 25    ever said that.

Deposition of Bruce Chizen                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:23:59   1        Q.    Okay.

11:23:59   2        A.    At least I don't recall it.

11:24:01   3        Q.    And do you recall if he ever said he couldn't

11:24:03   4    trust you anymore?

11:24:05   5        A.    I don't recall him saying that.

11:24:06   6        Q.    Okay.  Let me just go back for a second.

11:24:13   7              When you talk -- I asked you some questions

11:24:15   8    about companies that -- that Adobe collaborated with.

11:24:20   9    Prior to the acquisition of Macromedia, did you view

11:24:25  10    Macromedia as a company that Adobe collaborated with?

11:24:30  11        A.    No.

11:24:31  12        Q.    Was there -- prior to the acquisition of

11:24:34  13    Macromedia by Adobe, was there a business relationship

11:24:38  14    between the two companies, licensing, products,

11:24:43  15    development agreements, that sort of thing?

11:24:45  16        A.    If there was, it was because we had no choice,

11:24:47  17    but we were busy suing each other in the courts.

11:24:51  18        Q.    Right.  Okay.  Let me switch subjects a little

11:26:19  19    bit.  During the time that you were the CEO of Adobe, how

11:26:22  20    many people worked for Adobe?

11:26:25  21        A.    ███████████████████████████████████████████

        ███████████        ███████████████████████████████████████

11:26:32  23        Q.    How many physical locations did Adobe operate

11:26:35  24    in?

11:26:38  25        A.    I -- I don't recall.

| | | |
|---|---|---|
| 11:26:40 | 1 | Q.   Well, were there several? |
| 11:26:41 | 2 | A.   Yes. |
| 11:26:44 | 3 | Q.   Did Adobe operate across -- across the world? |
| 11:26:48 | 4 | A.   Yes. |
| 11:26:53 | 5 | Q.   Can you tell me how significant were labor |
| 11:26:59 | 6 | costs for Adobe? |
| 11:27:02 | 7 | A.   Very significant. |
| 11:27:03 | 8 | Q.   Is there some metric you -- we could use to |
| 11:27:06 | 9 | talk about that in terms of the budget? |
| 11:27:08 | 10 | A.   I don't -- I don't -- I don't have specific |
| 11:27:12 | 11 | data that I can recall.  It's certainly a -- probably |
| 11:27:18 | 12 | available through some of the SEC filings.  I just don't |
| 11:27:21 | 13 | know. |
| 11:27:22 | 14 | Q.   But would you agree with me that labor costs |
| 11:27:24 | 15 | were a significant part of Adobe's costs? |
| 11:27:28 | 16 | A.   Yes. |
| 11:27:30 | 17 | Q.   Can you identify any -- any item of cost that |
| 11:27:34 | 18 | was more significant at Adobe? |
| 11:27:40 | 19 | A.   Not off the top of my head. |
| 11:27:44 | 20 | Q.   So as you sit here today, can you give me any |
| 11:27:46 | 21 | sense of what percentage of Adobe's costs were labor |
| 11:27:49 | 22 | costs?  It is a long time ago. |
| 11:27:52 | 23 | A.   A long time ago, I forgot that P&L. |
| 11:27:55 | 24 | Q.   Congratulations. |
| 11:27:56 | 25 | When you were the CEO, though, did you see that |

11:27:59  1     kind of information?

11:28:00  2         A.    Yes.

11:28:05  3         Q.    As the CEO, did you have responsibility for

11:28:08  4     setting a budget for labor costs?

11:28:13  5         A.    The way we did budgeting at Adobe was more on

11:28:17  6     the departmental side, so the -- the labor costs were the

11:28:24  7     result of how we allocated the expenditures.  So I didn't

11:28:28  8     specifically say, let's allocate X percent towards labor

11:28:32  9     or towards personnel.

11:28:34 10              It was the aggregate of that that I would look

11:28:36 11     at after the business planning was done.

11:28:39 12         Q.    So could you give me -- could you describe for

11:28:41 13     me what your regular role was as CEO with respect to

11:28:46 14     setting compensation levels at Adobe.

11:28:49 15         A.    Yes.  I set the compensation philosophy of the

11:28:53 16     company.  I had to approve and wanted to approve the

11:28:58 17     total merit increases.  I would review at a certain level

11:29:04 18     the merit increases by function and by title.  I would

11:29:10 19     look at the external data to make sure that we were

11:29:16 20     staying within our compensation philosophy.  ████████████

██████████           ███████████████████████████████████████████████

██████████           ███████████████████

██████████                       ██████████████████████████████████████

██████████           █████████████████████████████████████████████

██████████           ████████████████████████████████████████████

11:29:44  2      Q.   When you say a range, what do you mean?

11:29:46  3      A.   For every position, we would have a salary

11:29:50  4  range.  So depending on a person's individual experience,

11:29:58  5  their role and responsibility, the job would pay

11:30:02  6  externally between X and Y according to the data we had,

11:30:06  7  and we said philosophically we wanted to pay within the X

11:30:11  8  percent and the Y percent of that range.

11:30:14  9      Q.   Right.

11:30:14 10      A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  There were always

11:30:21 12  exceptions.  Acquisitions, people who had incredible

11:30:27 13  talent that were really providing a bigger role than

11:30:30 14  their title did, so there were always exceptions.  But

11:30:33 15  for the most part, I took responsibility philosophically

11:30:40 16  to comply to what I believed to be the right thing to do.

11:30:44 17      Q.   Was everybody who worked at Adobe assigned a

11:30:47 18  job title?

11:30:50 19      A.   I think so.

11:30:51 20      Q.   And was every -- so was everybody at Adobe

11:31:00 21  assigned or put into a job title with which a salary

11:31:05 22  range was associated?

11:31:07 23      A.   I think so.  But the details for how that

11:31:13 24  philosophy got executed, I don't know the tactical

11:31:17 25  systems around it.

11:31:18  1    Q.   Well, and I'm just trying to find out what your

11:31:20  2  involvement is in this structure and this system.  Do

11:31:23  3  you -- did you have any role in, using your kind of

11:31:26  4  terminology, in setting the X and the Y of a salary

11:31:29  5  range?

11:31:30  6    A.   Yes.

11:31:31  7    Q.   And what was your role?

11:31:32  8    A.   At a -- at a functional -- as a company-wide,

11:31:38  9  we would say, for specific functions we wanted to pay

11:31:41 10  within this range.  For other functions, we were willing

11:31:44 11  to go within a different range depending on the function

11:31:47 12  of the job.  I would not get involved in the details of

11:31:52 13  an individual's salary unless -- two reasons:  They were

11:31:58 14  a certain level and above, some -- what we -- I think it

11:32:04 15  was either director or senior director.  I forget the

11:32:07 16  titles at the time.  ████████████████████████████████

███████████  ████████████████████████████████████████████

███████████  ████████████████████████

11:32:17 19    Q.   Were the ranges set based in part on market

11:32:20 20  metrics or -- or market surveys?

11:32:23 21    A.   We -- we relied heavily on external data.  So

11:32:26 22  it -- I don't -- I don't know which ones, but Radford

11:32:29 23  would be an example of that, the Radford data.

11:32:32 24    Q.   Did you yourself review or were you presented

11:32:34 25  Radford surveys as part of your review of the

11:32:37 1    compensation?

11:32:38 2         A.   At a summary level.

11:32:39 3         Q.   Okay.  And were there particular market targets

11:32:45 4    that Adobe used as benchmarks or guidelines for setting

11:32:49 5    salary ranges?

11:32:51 6         A.   Yes.

11:32:51 7         Q.   And what were they?

11:32:53 8         A.   I don't know specifics, but they tended to be

11:32:56 9    software, high-tech, those that were geographically

11:33:03 10   similar to wherever the position existed.

11:33:06 11        Q.   And would -- was it your practice or your

11:33:09 12   philosophy to set those salary ranges at a certain

11:33:14 13   percentage or at a certain level based on what your --

11:33:17 14   what Adobe understood the market to be, based on Radford

11:33:21 15   data or other information?

11:33:23 16        A.   Yeah, if I understand your question, correctly,

11:33:25 17   yes.

11:33:26 18        Q.   Okay.  The -- and so from time to time did the

11:33:32 19   X and Y of a salary range change?

11:33:35 20        A.   Yes.  So depending on the market data -- and --

11:33:39 21   typically, it would be reviewed once a year during

11:33:42 22   planning process.

11:33:43 23        Q.   And would you have a role in -- or did you

11:33:45 24   approve that on a regular basis?

11:33:49 25             Let me ask a better question.

11:33:51  1            Was it part of your job to approve changes to

11:33:54  2    those salary ranges?

11:33:57  3        A.    No.  I would approve the annual merit

11:34:00  4    increases.  I would review the bonuses paid out to the

11:34:06  5    top percentage of the company, so it tended to be --

11:34:10  6        Q.    Right.

11:34:10  7        A.    -- management positions, above.  I don't

11:34:13  8    believe I would look at the salary range data.  I just

11:34:15  9    wanted to know that -- I relied on the HR department to

11:34:19 10    tell me they were complying with our philosophy, which

11:34:22 11    was to pay within a range, and if we -- if we were going

11:34:28 12    to move a complete function to a different range, then I

11:34:33 13    would get involved.

11:34:34 14            So, for example, if we were paying engineers in

11:34:37 15    the 40 to 60 percentile, and if there was a proposal to

11:34:46 16    start paying at a higher range, 70 to 90 percent, that

11:34:49 17    would come to my attention, I believe.

11:34:52 18        Q.    Okay.  But -- did Adobe, for example, use these

11:35:06 19    to set salary ranges for particular job titles or job

11:35:10 20    categories at a range that was calculated at 40 percent

11:35:13 21    or 60 percent of market?

11:35:14 22        A.    I -- again, at a high level, I know what we

11:35:19 23    did.  I don't know what we did for a specific position

11:35:22 24    and -- that's a level of detail I -- I -- I don't -- I

11:35:26 25    don't recall getting involved in.

11:35:28   1          Q.   Okay.  Fair enough.  But if -- if there had

11:35:30   2   been a salary range established, and let's just say

11:35:35   3   hypothetically it was 40 percent to 60 percent of market

11:35:38   4   based -- for a particular job, like a software engineer,

11:35:45   5   if the Radford Survey data came back and said, the market

11:35:53   6   has gone up 5 percent, did you -- did you decide whether

11:36:05   7   that 40 to 60 percent would be raised 5 percent to

11:36:10   8   reflect the Radford data or market information, or was

11:36:14   9   that something that the HR compensation folks did?

11:36:16  10          MR. MITTELSTAEDT:  Object to form.

11:36:19  11          THE WITNESS:  Typically, the HR people would

11:36:21  12   come to me and say, we really need to move the ranges on

11:36:25  13   this based on the Radford data.  Here is the Radford

11:36:28  14   data.  So it would be me approving a recommendation.

11:36:33  15          Again, the philosophy of the company, which I

11:36:38  16   said, we're going to pay within this percentile for

11:36:41  17   these -- at a high level --

11:36:42  18   BY MR. SAVERI:

11:36:43  19          Q.   Right.

11:36:43  20          A.   -- for, you know, engineering product, we'll

11:36:45  21   pay this, for the rest of the organization we're paying

11:36:47  22   this within the Radford, so if Radford moved

11:36:51  23   automatically, the -- that would move.

11:36:53  24          Q.   And that was my question, whether in order for

11:36:55  25   the compensation for any particular people who fell

11:36:58 1   within that range to move, did you have -- did you have

11:37:01 2   to validate Radford's conclusion that it moved --

11:37:04 3        A.   No.

11:37:04 4        Q.   -- 5 percent or that was just something --

11:37:06 5        A.   That was typically -- no, with one caveat, we

11:37:10 6   also had to live within our budget.  So if Radford moved

11:37:14 7   20 percent, and we can only afford to do a merit increase

11:37:19 8   for the company of 5 percent, we had to make a conscious

11:37:22 9   decision of which positions we were going to let go to

11:37:26 10  the 20 percent versus which ones we were going to keep at

11:37:30 11  2 percent.  That's when I would get involved.

11:37:32 12       Q.   Did that ever happen from time to time, that

11:37:33 13  the market data came back in a way that you couldn't

11:37:37 14  afford?

11:37:38 15       A.   Typically not.  Adobe was such a cash rich

11:37:44 16  company, expense was not my number one concern.

11:37:48 17       Q.   Okay.

11:37:49 18       A.   I was more concerned about revenue growth.  So

11:37:51 19  I didn't -- I wasn't -- I wanted to pay in a way where we

11:37:56 20  paid fairly, where we weren't losing people, we weren't

11:38:03 21  able to attract people within appropriate fair

11:38:09 22  compensation.  If somebody wanted to get rich, if it was

11:38:12 23  all about compensation, Adobe would have been a terrible

11:38:14 24  place for them to come.  Because philosophically, we

11:38:19 25  weren't high payers, we weren't extreme.  We didn't -- we

11:38:22  1    didn't do what some of the other companies were doing.

11:38:25  2    We wanted people to come to Adobe who were passionate

11:38:28  3    about our mission.  We wanted to pay them fairly, and my

11:38:31  4    definition of "fairly" was within the Radford ranges.

11:38:35  5         Q.   Well, was recruiting and retention important to

11:38:39  6    you as the CEO --

11:38:41  7         A.   Yes.

11:38:41  8         Q.   -- of Adobe?

11:38:43  9         A.   Yes.

11:38:45 10         Q.   Was it important to the business success of

11:38:48 11    Adobe?

11:38:49 12         A.   Yes.

11:38:50 13         Q.   Was there ever a time when recruiting and

11:38:53 14    retention was not important to the business success of

11:38:56 15    Adobe while you were CEO?

11:38:58 16         A.   No.

11:38:59 17         Q.   Now, was setting appropriate levels of

11:39:05 18    compensation an important component to the successful

11:39:11 19    recruiting and retention of talent at Adobe?

11:39:14 20         A.   Yes.

11:39:37 21         Q.   I'm going to change subjects again.

11:39:39 22              Did there come a point in time when you became

11:39:41 23    aware that the Department of Justice was investigating

11:39:44 24    Adobe's recruiting practices, in particular its agreement

11:39:49 25    with -- with Apple?

11:39:52  1        A.   I think it was after I left.

11:39:54  2        Q.   Okay.

11:39:55  3        A.   And that's when I got a call from Adobe's

11:40:01  4   counsel.

11:40:01  5        Q.   Well, just so we're clear, there is no

11:40:04  6   particular -- at least I understand that the Department

11:40:06  7   of Justice investigation began with civil investigative

11:40:11  8   demands in March of 2009.

11:40:14  9        A.   I -- I left in 2007.  So I was long gone.

11:40:17 10        Q.   So to the best of your recollection, did you

11:40:22 11   learn about the Department of Justice investigation that

11:40:26 12   I've been discussing after you left Adobe?

11:40:29 13        A.   Yes.

11:40:30 14        Q.   Now, did you, in connection, though, with

11:40:33 15   Adobe's response to the Department of Justice

11:40:35 16   investigation -- were you asked to provide any

11:40:38 17   information to lawyers about discussions you had made or

11:40:46 18   discussions you'd had with Steve Jobs?

11:40:47 19        A.   I was asked a number of questions, yes.

11:40:49 20        Q.   Were you asked those by Adobe lawyers?

11:40:52 21        A.   Adobe's counsel.  Adobe's external counsel.

11:40:54 22        Q.   Fair enough.  Did you speak with the Department

11:41:00 23   of Justice in connection with that investigation?

11:41:05 24        A.   No.

11:41:06 25        Q.   So, for example, were you ever -- did you ever

| | | |
|---|---|---|
| 11:43:40 | 1 | just mentioned? |
| 11:43:44 | 2 | MR. MITTELSTAEDT:  The what? |
| 11:43:45 | 3 | BY MR. SAVERI: |
| 11:43:45 | 4 | Q.  The provision that you just mentioned. |
| 11:43:48 | 5 | Mr. Chizen, I think you just told me that in preparation |
| 11:43:51 | 6 | for the deposition today, you looked at some -- a section |
| 11:43:54 | 7 | of a larger document. |
| 11:43:55 | 8 | A.  Yes. |
| 11:43:56 | 9 | Q.  And my question is, does this document which |
| 11:43:57 | 10 | I've handed to you contain that -- the section that you |
| 11:44:00 | 11 | just referred to? |
| 11:44:02 | 12 | A.  If I could go to the bathroom, first -- |
| 11:44:05 | 13 | MR. SAVERI:  Please.  Let's take a break. |
| 11:44:08 | 14 | THE WITNESS:  Yes. |
| 11:44:14 | 15 | THE VIDEOGRAPHER:  We are now off the record at |
| 11:44:17 | 16 | 11:44. |
| 11:44:18 | 17 | (Recess was taken.) |
| 11:47:23 | 18 | THE VIDEOGRAPHER:  We are now on the record at |
| 11:47:23 | 19 | 11:47. |
| 11:47:25 | 20 | BY MR. SAVERI: |
| 11:47:26 | 21 | Q.  Let me withdraw the last question I asked and |
| 11:47:28 | 22 | let me ask you this question. |
| 11:47:29 | 23 | Do you have Exhibit 1147 in front of you? |
| 11:47:31 | 24 | A.  Yes, I do. |
| 11:47:32 | 25 | Q.  Did you have any role in its preparation? |

11:47:38  1       A.   Other than a quick conversation with Adobe's

11:47:42  2   outside legal firm on just -- in general, but not in the

11:47:51  3   preparation of this document.

11:47:52  4       Q.   So did you see this -- review this document in

11:47:56  5   any fashion before it was submitted to the Department of

11:47:58  6   Justice?

11:47:59  7       A.   No, I did not.

11:48:07  8       Q.   I'm going to come back to that.  You can put it

11:48:10  9   aside for now.

11:48:16 10            Let me hand you what has previously been marked

11:48:20 11   as Exhibit 1016 in this case.  This is Apple's submission

11:48:26 12   to the Department of Justice in connection with the

11:48:30 13   Department of Justice's investigation.

11:48:32 14            The question I have for you is, have you ever

11:48:34 15   seen this before?

11:48:35 16       A.   Unless it was the brief document in which I

11:48:37 17   looked at, no.

11:48:38 18       Q.   Okay.  Did you provide any information to any

11:48:50 19   Apple lawyers in connection with their preparation of

11:48:52 20   submission -- in the preparation of their submission to

11:48:55 21   the DOJ?

11:48:56 22       A.   No, I did not.

11:48:58 23       Q.   You can put that aside.

11:49:23 24            Did Apple and Adobe have an agreement that

11:49:27 25   limited the hiring of those -- of the two companies'

11:49:34  1    employees or vice versa?

11:49:36  2        A.   Steve Jobs and I had a verbal understanding.

11:49:41  3        Q.   Did -- did Bell Canada and Adobe have an

11:49:47  4    agreement that limited the hiring of those companies'

11:49:52  5    employees or vice versa?

11:49:55  6        A.   As I now understand it, yes.

11:49:57  7        Q.   Did you have any role in reaching that

11:49:58  8    agreement?

11:49:59  9        A.   I -- in reaching the agreement, no; approving

11:50:01 10    them on a list, yes.

11:50:11 11        Q.   Now, we talked about EFI a little bit earlier.

11:50:16 12    But let me make sure it's clear.  Did Adobe have an

11:50:19 13    agreement with EFI that limited the hiring of those

11:50:22 14    companies' employees or vice versa?

11:50:25 15        A.   I agreed to a non-solicitation with the CEO.

11:50:33 16        Q.   And did Adobe and EMC have an agreement that

11:50:36 17    limited the hiring of those companies' employees or vice

11:50:39 18    versa?

11:50:40 19        A.   I verbally agreed with the CEO not to solicit

11:50:46 20    their employees actively.

11:50:48 21        Q.   Did Adobe have an agreement with Four Points

11:50:53 22    Solutions, Limited that limited the hiring of Adobe and

11:50:56 23    that company's employees?

11:50:59 24        A.   If they are on the list, yes, but I'm not even

11:51:01 25    sure who they are.

11:51:02  1        Q.   Did Adobe have a similar -- or strike that.

11:51:04  2             Did Adobe have an agreement with the New

11:51:07  3   Toronto Group that limited the hiring of those company's

11:51:11  4   employees or vice versa?

11:51:13  5        A.   I don't know who they are, but if they are on

11:51:14  6   the list, then I -- then they did.

11:51:16  7        Q.   How about Oracle, did Adobe and Oracle have an

11:51:20  8   agreement that limited the hiring of those companies'

11:51:21  9   employees?

11:51:22  10       A.   Not that I'm aware of.

11:51:27  11       Q.   Service Source, did Adobe and Service Source

11:51:29  12  have an agreement that limited the hiring of those

11:51:32  13  companies's employees or vice versa?

11:51:37  14       A.   To the best of my knowledge, yes.

11:51:38  15       Q.   How about SyncroQuest, did Adobe and

11:51:41  16  SyncroQuest have an agreement that limited the hiring of

11:51:44  17  those companies' employees?

11:51:44  18       A.   I don't know who they are.  But if they are on

11:51:47  19  the list, I suspect so.

11:51:48  20       Q.   Okay.  How about the University of

11:51:50  21  San Francisco, did Adobe and the University of

11:51:54  22  San Francisco have an agreement?

11:51:55  23       A.   Not that I'm aware of.

11:51:58  24       Q.   Do you know if Dr. Geschke made such an

11:52:00  25  agreement?

Deposition of Bruce Chizen                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:53:39 1      A.    Yes.

11:53:39 2      Q.    And with whom did you make it?

11:53:41 3      A.    With Guy Gecht, the chief executive officer.

11:53:45 4      Q.    And do you recall when you made that agreement?

11:53:47 5      A.    No.

11:53:51 6      Q.    And what was the agreement?

11:53:52 7      A.    That we would not actively solicit his

11:53:55 8   employees.

11:53:59 9      Q.    And when you say "not actively solicit" their

11:54:01 10  employees, what does that mean?

11:54:04 11     A.    Our recruiters would keep them -- would not

11:54:06 12  proactively call an EFI employee to see if they were

11:54:10 13  interested in working for Adobe.

11:54:12 14     Q.    Did Adobe from time to time maintain a list of

11:54:16 15  the companies with whom there were recruiting

11:54:22 16  restrictions?

11:54:23 17     A.    There was one list that was put together to

11:54:25 18  clarify all the different discussions we might have had.

11:54:28 19     Q.    Did that -- was that referred to as a

11:54:31 20  do-not-call list?

11:54:32 21     A.    I don't know the -- I'd have to see the list to

11:54:35 22  see what it --

11:54:36 23     Q.    Okay.  Let me just -- let me show you what's

11:54:55 24  been marked previously as Exhibit 226.

11:55:00 25           Do you have that in front of you?

| | | |
|---|---|---|
| 11:55:01 | 1 | A.   Yes, I do. |
| 11:55:02 | 2 | Q.   And Exhibit 226 is a two-page document.  The |
| 11:55:11 | 3 | first page is an email from someone named Natalie Kessler |
| 11:55:14 | 4 | to a number of individuals.  On the back of it there is a |
| 11:55:20 | 5 | list that is entitled, "Talent acquisition, companies |
| 11:55:23 | 6 | that are off-limits, updated June 17, 2008." |
| 11:55:28 | 7 | Do you have that in front of you? |
| 11:55:29 | 8 | A.   Yes, I do. |
| 11:55:30 | 9 | Q.   Is that the list that you were referring to? |
| 11:55:32 | 10 | A.   I was already gone at this point in time. |
| 11:55:34 | 11 | Q.   Okay.  Was there a -- do you recall a list, a |
| 11:55:39 | 12 | similar list having been prepared while you still were |
| 11:55:44 | 13 | the CEO of the company? |
| 11:55:45 | 14 | A.   There was a similar list.  I'm not sure if the |
| 11:55:48 | 15 | names would have been the same. |
| 11:55:50 | 16 | Q.   Just in terms of your recollection, do you |
| 11:55:51 | 17 | recall a list that -- that resembled this, the way it |
| 11:55:56 | 18 | looked? |
| 11:55:56 | 19 | A.   Yes, I did. |
| 11:55:57 | 20 | Q.   And it had identified companies and some |
| 11:56:02 | 21 | description of the agreements. |
| 11:56:04 | 22 | A.   Yes. |
| 11:56:04 | 23 | Q.   Did you help prepare that list? |
| 11:56:06 | 24 | A.   I approved the list. |
| 11:56:08 | 25 | Q.   Who prepared the list? |

11:56:14  1       A.   I don't know.  I'm assuming the HR department.

11:56:16  2       Q.   Do you recall when that list was first

11:56:18  3   prepared?

11:56:18  4       A.   No.

11:56:20  5       Q.   Was it a list that was updated on a regular

11:56:23  6   basis?

11:56:25  7       A.   I only recall reviewing one list once.

11:56:28  8       Q.   Do you recall when you -- when that was?

11:56:30  9       A.   No.

11:56:31 10       Q.   And do you recall who prepared it?

11:56:34 11       A.   It would have been -- it -- I don't recall who.

11:56:38 12       Q.   Was it Theresa Townsley?

11:56:40 13       A.   I don't -- it could have been Theresa, could

11:56:44 14   have been Donna Morris, it all depended on the timing.

11:56:46 15   It -- I would have expected it to come from the HR

11:56:49 16   organization.

11:56:49 17       Q.   So is it fair to say that your recollection is

11:56:51 18   it was generated somewhere within the -- the HR

11:56:54 19   organization?

11:56:56 20       A.   That would have been -- that's my expectation.

11:56:58 21       Q.   And you're not sure, as you sit here today,

11:57:02 22   whether it was Theresa Townsley or Donna Morris --

11:57:06 23       A.   No.

11:57:06 24       Q.   -- who was the head of the -- that organization

11:57:08 25   at that time that it was prepared?

12:18:38  1   we're recruiting Ron Okamoto?

12:18:43  2       A.   Not that I recall.  It would surprise me if

12:18:46  3   Steve would tell me ahead of time he was recruiting

12:18:49  4   somebody.

12:18:49  5       Q.   So, for example, he -- Steve Jobs didn't -- did

12:18:52  6   Steve Jobs call you and ask your permission to recruit or

12:18:55  7   hire Ron Okamoto?

12:18:57  8       A.   Not that I recall.

12:18:58  9       Q.   Okay.  Did -- to the best of your knowledge,

12:19:02 10   did anybody at Apple talk to anybody at Adobe and ask for

12:19:06 11   permission to hire Ron Okamoto?

12:19:08 12       A.   It's possible.  I don't know.

12:19:09 13       Q.   But you have no personal knowledge of that.

12:19:11 14       A.   No personal recollection.

12:19:13 15       Q.   Did -- did Jeff -- did Steve Jobs call you and

12:19:18 16   let you know that they were recruiting Susan Prescott?

12:19:21 17       A.   I don't know.

12:19:22 18       Q.   Did he ask you for permission to speak with

12:19:26 19   Susan Prescott?

12:19:27 20       A.   I do not know.

12:19:28 21       Q.   Okay.  Did he ask you permission to hire Susan

12:19:31 22   Prescott?

12:19:32 23       A.   I do not remember.

12:19:33 24       Q.   Do you know if anybody who worked for Steve

12:19:34 25   Jobs at Apple talked to anybody at Adobe and discussed

12:19:38 1    the hiring of Susan Prescott?

12:19:39 2        A.   I do not know.

12:19:43 3        Q.   And do you recall whether -- whether either of

12:19:47 4    those individuals left before you reached the agreement

12:19:50 5    with Mr. Jobs?

12:19:53 6        A.   I don't know.

12:19:54 7        Q.   Okay.

12:19:59 8        A.   This was early.  When did Ron Okamoto and Susan

12:20:04 9    Prescott?

12:20:05 10       Q.   It's not -- it's not altogether clear to me,

12:20:08 11   but it is, like, 2002, 2003, and the agreement was 2005.

12:20:13 12       A.   Yeah.

12:20:14 13       Q.   So I was just trying to get the sequence right.

12:20:17 14            MR. MITTELSTAEDT:  I object as to form.

12:20:18 15            THE WITNESS:  Yeah, because at least --

12:20:20 16            MR. SAVERI:  I'll show you some documents.  I

12:20:25 17   shouldn't have a conversation with you about that.  So

12:20:26 18   let me -- let me respect that and follow the rules.

12:20:28 19            THE WITNESS:  Thank you.

12:20:36 20   BY MR. SAVERI:

12:20:39 21       Q.   Who first broached the subject of an agreement

12:20:42 22   regarding recruiting between Apple and Adobe?

12:20:47 23       A.   I believe that would be Mr. Jobs.

12:20:48 24       Q.   Okay.  And can you tell me what happened.  Did

12:20:53 25   he call you?

12:20:54  1       A.   Yeah, I -- I don't remember.  It would have

12:20:56  2   been a phone call.  It was not something that was high on

12:20:59  3   my radar.  When Susan and Ron left, I understood why they

12:21:03  4   were leaving, and I was -- I didn't like the fact they

12:21:06  5   were leaving, but I -- well, I understood why they were

12:21:11  6   leaving; and it was in their best interests and their

12:21:15  7   careers.

12:21:17  8           I would have never called Steve and said, let's

12:21:19  9   put an agreement in place.  That would have been Steve

12:21:22 10   calling me.

12:21:23 11       Q.   Okay.  So was the agreement between Adobe and

12:21:32 12   Apple Steve Jobs' idea?

12:21:34 13       A.   Yes.

12:21:43 14       Q.   In that first phone call, what did Steve Jobs

12:21:47 15   tell you?

12:21:47 16       A.   I don't remember the phone call.

12:21:49 17       Q.   Okay.  Do you remember there was a phone call?

12:21:53 18       A.   I'm speculating that the way -- in answering

12:21:57 19   your question before, you asked me, how did Steve

12:22:00 20   approach me?  I said, probably by phone, because it

12:22:03 21   wouldn't have been Steve's style to send me an email

12:22:07 22   starting with that conversation.

12:22:11 23       Q.   What -- what led to that phone call?

12:22:13 24       A.   I don't know.  I -- I can certainly speculate.

12:22:19 25       Q.   Well, tell me your best recollection.

12:22:20  1            MR. MITTELSTAEDT:  Objection to form.

12:22:22  2            THE WITNESS:  Speculation, not recollection; he

12:22:24  3    probably wanted to hire Ron Okamoto and Susan Prescott,

12:22:28  4    so he wanted to feel me out as to that, but I don't know.

12:22:32  5    Or maybe it was right after.  I -- I don't know.

12:22:37  6    BY MR. SAVERI:

12:22:38  7        Q.   So in the first conversation where the subject

12:22:40  8    of the agreement came up between you and Steve Jobs, did

12:22:45  9    you and he discuss any particular persons?

12:22:49 10        A.   I don't know.  I don't remember.

12:22:53 11        Q.   Now, at the -- well, let me go through the

12:23:10 12    sequence.  After you received the phone call from Steve

12:23:19 13    Jobs, what did you do?

12:23:26 14            MR. MITTELSTAEDT:  Object to form.

12:23:27 15            THE WITNESS:  I don't know.  I suspect I agreed

12:23:30 16    to it.

12:23:30 17    BY MR. SAVERI:

12:23:31 18        Q.   Did you -- before you agreed to it, did you

12:23:33 19    talk with anybody at Adobe?

12:23:36 20        A.   I -- I don't recall.

12:23:37 21        Q.   Okay.  So at that time, what was Mr. Narayen's

12:23:42 22    job?  Was he the president?

12:23:43 23        A.   I don't know the timing of the first call, so I

12:23:47 24    don't know whether he was president, whether he was head

12:23:49 25    of engineering at that time.  I -- I don't recall.

| | | |
|---|---|---|
| 12:29:50 | 1 | Q.   Okay.  So you don't recall whether he said it |
| 12:29:55 | 2 | was a good idea or a bad idea or he was indifferent? |
| 12:30:00 | 3 | A.   No. |
| 12:30:02 | 4 | Q.   And did you also speak on the telephone to |
| 12:30:05 | 5 | Theresa Townsley? |
| 12:30:07 | 6 | A.   I don't know. |
| 12:30:08 | 7 | Q.   Okay.  One way or the other. |
| 12:30:10 | 8 | A.   I just don't remember. |
| 12:30:12 | 9 | Q.   Did you -- did you speak on the telephone with |
| 12:30:14 | 10 | anybody else -- |
| 12:30:15 | 11 | A.   I don't remember. |
| 12:30:16 | 12 | Q.   -- at Adobe? |
| 12:30:17 | 13 | A.   I don't remember. |
| 12:30:18 | 14 | Q.   Okay.  Did you talk with any of the lawyers? |
| 12:30:20 | 15 | A.   That would be attorney-client privilege. |
| 12:30:22 | 16 | Q.   Well, I'm just asking whether you talked with |
| 12:30:24 | 17 | an attorney at Adobe after you received the email. |
| 12:30:28 | 18 | A.   I always speak to the attorneys at Adobe. |
| 12:30:32 | 19 | MR. MITTELSTAEDT:  I'm going to instruct him |
| 12:30:33 | 20 | not to answer, move to strike the answer on the grounds |
| 12:30:36 | 21 | of attorney-client privilege. |
| 12:30:38 | 22 | BY MR. SAVERI: |
| 12:30:45 | 23 | Q.   Let me make sure the record is clear about |
| 12:30:47 | 24 | this. |
| 12:30:48 | 25 | After you received the email from Mr. Jobs, did |

12:30:52  1    you consult with Adobe in-house attorneys?

12:30:55  2        A.   I didn't --

12:30:56  3             MR. MITTELSTAEDT:  Just a second.  I instruct

12:30:57  4    you not to answer.  Attorney-client privilege.

12:30:59  5             MR. SAVERI:  That's fine.

12:31:00  6             THE WITNESS:  Okay.

12:31:00  7    BY MR. SAVERI:

12:31:14  8        Q.   After you received the email from Steve Jobs,

12:31:17  9    did you speak to anybody else at Adobe?

12:31:21 10        A.   I do not recall who I spoke with.

12:31:23 11        Q.   Okay.  Did you ever speak with Dr. Warnock or

12:31:27 12    Dr. Geschke about this agreement after you had received

12:31:30 13    the email from Steve Jobs?

12:31:32 14        A.   If I did, I don't remember.

12:31:33 15        Q.   Okay.  What happened next?  After you spoke

12:31:41 16    with Mr. Narayen, did you communicate again with Mr. Jobs

12:31:46 17    about this?

12:31:46 18        A.   There was a series of emails that I reviewed,

12:31:52 19    and that was the discussion I had with him, the email

12:31:55 20    discussion back and forth.

12:31:57 21        Q.   Did you communicate orally with Steve Jobs

12:32:04 22    about the agreement after you received the email from --

12:32:08 23        A.   I don't remember.

12:32:11 24        Q.   How many telephone calls or conversations do

12:32:14 25    you recall having with Steve Jobs about this subject in

12:32:18  1   2005?

12:32:19  2        A.   I don't know.

12:32:21  3        Q.   I think you said you remember there was --

12:32:23  4   there was one.

12:32:24  5        A.   There was -- I said -- it was not 2005.  I said

12:32:30  6   there was a -- we had a verbal agreement.

12:32:32  7        Q.   Okay.

12:32:33  8        A.   Sometime prior to the email exchange.  I do not

12:32:35  9   recall when that was --

12:32:37 10        Q.   Okay.

12:32:37 11        A.   -- and the form in which it took place.

12:32:40 12        Q.   Okay.  And so when -- there was a point in 2005

12:32:43 13   when you received an email from Steve Jobs.

12:32:46 14        A.   That's correct.

12:32:47 15        Q.   And -- that referred to the --

12:32:51 16        A.   Agreement we had.

12:32:53 17        Q.   Did -- did you at that time have any telephone

12:32:57 18   conversations with Steve Jobs?

12:32:59 19        A.   I might have.  But I don't remember.

12:33:01 20        Q.   And as you sit here today, do you recall

12:33:03 21   whether it was one or more or anything about --

12:33:07 22        A.   I don't recall any, but there could have been a

12:33:10 23   phone call.  I tried to forget the phone calls with Steve

12:33:16 24   Jobs.

12:33:23 25             MR. MITTELSTAEDT:  Let the record reflect

12:33:24  1    laughter.

12:33:26  2              MR. SAVERI:  And some -- some modicum of mirth.

12:33:30  3    Okay.

12:33:40  4              MR. MITTELSTAEDT:  I'm told the food is here,

12:33:41  5    whenever you want to break.

12:33:43  6              MR. SAVERI:  Let me just do a couple of other

12:33:44  7    things, and then we'll take a break.

12:33:46  8              THE WITNESS:  Yes.

12:33:46  9    BY MR. SAVERI:

12:33:54 10         Q.   Did the agreement that you reached with Steve

12:33:56 11    Jobs provide that neither company would recruit or

12:34:00 12    solicit each other's employees?

12:34:04 13         A.   Would actively, proactively recruit or solicit.

12:34:10 14         Q.   And was the agreement mutual?

12:34:16 15         A.   That was my understanding.

12:34:18 16         Q.   And did the agreement that you reached apply to

12:34:21 17    all employees at Adobe and Apple?

12:34:27 18         A.   The email communication clarified what we

12:34:31 19    agreed to, which was all employees at Apple and Adobe.

12:34:36 20         Q.   Regardless of job title, function, role, or

12:34:39 21    salary?

12:34:40 22         A.   That was my understanding of what I agreed to.

12:34:42 23         Q.   And it was not limited to any particular

12:34:44 24    projects on which Adobe and Apple were collaborating.

12:34:48 25         A.   That is correct.

12:34:50  1      Q.    And the agreement wasn't limited by geography.

12:34:53  2      A.    That is correct.

12:34:54  3      Q.    And therefore applied to both companies'

12:34:57  4  worldwide operations in total?

12:35:01  5      A.    That was my understanding in my agreement with

12:35:03  6  Steve.

12:35:04  7      Q.    And to your knowledge, did that agreement that

12:35:05  8  you reached with Steve Jobs have any time limitation?

12:35:14  9      A.    It was, we agreed, and that was the extent of

12:35:17 10  the conversation.

12:35:17 11      Q.    And so that agreement -- strike that.

12:35:32 12            Who did you tell at Adobe about the agreement

12:35:35 13  you reached?

12:35:38 14      A.    At a minimum Shantanu Narayen and head of HR.

12:35:42 15      Q.    Okay.  Anybody else that you recall?

12:35:43 16      A.    I don't recall.

12:35:54 17      Q.    Well, is there anybody else that you recall

12:35:57 18  communicating it to, either by name or by job title or

12:36:00 19  description?

12:36:01 20      A.    No.

12:36:02 21      Q.    Okay.  Did you tell, for example, the people

12:36:10 22  who were collaborating with Apple?

12:36:12 23      A.    I -- I don't remember.

12:36:14 24      Q.    Well, did you broadly disseminate or inform

12:36:33 25  people at Adobe of the agreement you reached with Steve

12:36:36  1    Jobs?

12:36:40  2        A.   I didn't keep it a secret.  I'm not sure what

12:36:46  3    the definition of the word "broad" is.  I would tell

12:36:49  4    whoever asked me, do we have an agreement with Apple not

12:36:52  5    to proactively solicit employees, and vice versa, and I

12:36:56  6    would be very open and upfront about it.

12:36:59  7        Q.   So if someone asked you about it, you -- you'd

12:37:01  8    give them the correct information.

12:37:03  9        A.   That's correct.

12:37:03 10        Q.   But if they didn't ask you, you didn't provide

12:37:06 11    that information.

12:37:07 12        A.   I didn't send out a broad communication, if

12:37:10 13    that's what you're asking.

12:37:12 14        Q.   That's right.  But you did inform at least the

12:37:14 15    top of the HR organization --

12:37:16 16        A.   Yes.

12:37:16 17        Q.   -- at the company?

12:37:17 18        A.   And it's -- yes, I did, and it's possible they

12:37:20 19    did a broad communication.

12:37:21 20        Q.   Well, did you -- you informed the person who

12:37:26 21    was at the top of the HR operation in order that she,

12:37:30 22    because it was either she --

12:37:31 23        A.   Both shes.

12:37:32 24        Q.   -- both shes, so that -- because in order that

12:37:33 25    she would know about the agreement, correct?

13:08:42  1    on or about May 31st --

13:08:45  2        A.   I do not know.

13:08:45  3        Q.   -- 2005?

13:08:46  4        A.   I just do not know.

13:08:52  5        Q.   Well, do you recall a meeting that you attended

13:08:55  6    with Shantanu Narayen with Steve Jobs and others at

13:08:59  7    Apple's offices, and with Mr. Schiller, Mr. Okamoto on or

13:09:09  8    about this time?

13:09:11  9        A.   I remember a meeting with Shantanu, Steve Jobs

13:09:15 10    where Steve Jobs did not want Shantanu in the meeting.

13:09:19 11    That's the only meeting I recall over at Apple's

13:09:22 12    facilities with Shantanu, but there could have been

13:09:26 13    others.  I just don't know which meetings Shantanu

13:09:30 14    attended at their location.

13:09:32 15        Q.   Did -- okay.  Let me ask a couple questions

13:09:34 16    about that.

13:09:35 17             Do you recall a meeting -- well, first, why

13:09:38 18    didn't Jobs want Mr. Narayen to attend?

13:09:42 19        A.   A lot of times he would want to show me some

13:09:44 20    proprietary things, and he didn't have a relationship

13:09:47 21    with Shantanu, and he wanted to keep it as exclusive and

13:09:51 22    restricted as possible.

13:09:52 23        Q.   Did you meet with Ron Okamoto and Phil Schiller

13:09:59 24    and Steve Jobs at Apple's facilities on or about this

13:10:03 25    time?  Do you have a --

13:10:04  1      A.   I don't recall.

13:10:05  2      Q.   Do you recall a meeting -- an in-person meeting

13:10:13  3  on or about this time where the subject of recruiting was

13:10:19  4  discussed?

13:10:19  5      A.   I don't recall.

13:10:29  6      Q.   Now, in May of 2005, were there particular

13:10:38  7  collaborations or projects between Apple and Adobe that

13:10:42  8  were significant?

13:10:47  9      A.   I don't have the slightest idea.

13:10:53 10      Q.   How many -- how many -- strike that.

13:10:56 11           Was it a relatively rare event for you to go

13:10:59 12  visit Steve Jobs at -- at Apple?

13:11:03 13      A.   No.

13:11:03 14           (Exhibit 1804 was marked for identification.)

13:11:04 15  BY MR. SAVERI:

13:11:23 16      Q.   Let me show you Exhibit 1804, which is another

13:11:27 17  email.  This one has the Bates number 231APPLE100128.

13:11:37 18  This is another Apple document, but it refers to a June 2

13:11:40 19  meeting with you and Mr. Narayen listed as Adobe

13:11:47 20  attendees, and the Apple attendees that are listed are

13:11:51 21  Steve, Phil, I guess that is Phil Schiller, and Ron

13:11:54 22  Okamoto.  Do you see that?

13:11:56 23      A.   Yes.

13:11:56 24      Q.   Did that meeting happen?

13:11:59 25      A.   I don't know.

13:12:00  1        Q.    Okay.  We'll put that aside.

13:12:36  2              I've handed you what has been previously marked

13:12:38  3    as Exhibit 224.  Will you take a moment to review that,

13:12:45  4    please.

13:13:13  5        A.    Okay.

13:13:14  6              MR. MITTELSTAEDT:  Wait.  There is writing on

13:13:15  7    the back, too.

13:13:16  8              THE WITNESS:  Oh.  Thank you.  Hang on a

13:13:46  9    second.  So this is not -- oh, I see.  Okay.

13:13:51 10    BY MR. SAVERI:

13:13:52 11        Q.    Have you had a chance to review it?

13:13:53 12        A.    Yes, I have.

13:13:55 13        Q.    First, let me draw your attention to the top of

13:13:58 14    the very first page.  Do you see that?

13:13:59 15        A.    Yes.

13:14:12 16        Q.    The top of the first page appears to be an

13:14:14 17    email from you to Shantanu Narayen and Theresa Townsley

13:14:20 18    dated May 27, 2005.  Do you see that?

13:14:23 19        A.    Yes.

13:14:24 20        Q.    Let me ask you first.  Did you write the -- did

13:14:29 21    you write this email to Mr. Narayen and Theresa Townsley

13:14:33 22    on or about the date that's indicated here, May 27, 2005?

13:14:38 23        A.    It appears that I did.

13:14:39 24        Q.    Okay.  Now, let me just kind of take you

13:14:47 25    through this chronologically, so that means we start at

13:18:11  1    you were the CEO at Adobe?

13:18:13  2        A.   I think so.

13:18:13  3        Q.   Did you have any other email address that you

13:18:15  4    used for business?

13:18:16  5        A.   I don't believe so.

13:18:17  6        Q.   Do you recognize Steve Jobs' email address?

13:18:19  7        A.   Yes.

13:18:19  8        Q.   And was that the email address you used to

13:18:22  9    communicate with him via email?

13:18:24 10        A.   Yes.

13:18:24 11        Q.   Okay.  Now, if you look at Exhibit 223, it

13:18:30 12    looks like the first time you appear in this chain of

13:18:34 13    communication is the email from Mr. Jobs to you, which is

13:18:38 14    at the bottom of the first page, dated May 26, 2005, at

13:18:42 15    9:36 a.m.  Do you see that?

13:18:46 16        A.   Yes.

13:18:50 17        Q.   Now, let me read it to you.  He writes,

13:18:52 18    "Bruce," that is you, right?

13:18:54 19        A.   That is me.

13:18:54 20        Q.   Okay.  "Adobe is recruiting from Apple.

13:18:57 21    They've hired one person already and are calling lots

13:19:00 22    more.  I have a standing policy with our recruiters that

13:19:04 23    we don't recruit from Adobe.  Seems you have a different

13:19:08 24    policy.  One of us must change our policy.  Please let us

13:19:12 25    know who.  Steve."

13:19:15  1         And then he writes, "Here is one of the many

13:19:17  2  pings we've gotten from Adobe."  If you turn over to the

13:19:21  3  next page, it looks like he at that point is attaching

13:19:25  4  something from somebody named Jerry Sastri to somebody

13:19:29  5  named bereskin@apple.  Are you with me?

13:19:34  6         A.   Yeah, I see it.

13:19:35  7         Q.   So let me ask you first, the email from

13:19:37  8  Mr. Jobs to you on May 26, 2005, was that the first email

13:19:40  9  communication you received from him regarding the

13:19:49 10  recruiting policy or recruiting policy agreement between

13:19:56 11  Adobe and Apple?

13:19:57 12         A.   No.  As you can see in the above sentence, I

13:20:00 13  talk about what I thought we agreed to previously.

13:20:04 14         Q.   Okay.  So it's your recollection that -- that

13:20:08 15  there was another email communication that preceded this.

13:20:12 16         A.   Not necessarily email.  A communication which

13:20:16 17  could have been verbal.

13:20:18 18         Q.   Okay.  So just so I'm clear, it's your

13:20:21 19  recollection that there was a communication between you

13:20:23 20  and Mr. Jobs about this subject.

13:20:26 21         A.   About which subject?

13:20:27 22         Q.   About the -- was there a communication -- prior

13:20:30 23  to May 26, 2005, Thursday, 9:36 a.m., did you communicate

13:20:36 24  with Mr. Jobs regarding an agreement between Apple and

13:20:43 25  Adobe not to recruit each others employees?

13:20:47  1       A.   I believe so, yes.

13:20:49  2       Q.   And as you sit here today, do you recall

13:20:51  3   whether that communication, that prior communication, was

13:20:54  4   oral, by telephone, or in writing?

13:20:58  5       A.   It was probably oral.

13:21:00  6       Q.   Okay.  And just so I can try to place it, do

13:21:02  7   you recall how -- by how much -- let me ask a better

13:21:07  8   question.

13:21:08  9            Do you recall when that communication was, now

13:21:11 10   that you've had a chance to look at this?

13:21:13 11       A.   It was -- it was probably right prior to when

13:21:19 12   Ron Okamoto and then Susan Prescott left, because I

13:21:22 13   remember how angry I was that he had recruited them,

13:21:27 14   which I felt violated at the time, because I thought we

13:21:31 15   had an agreement in place.  So I suspect it was right

13:21:34 16   prior to that time whenever that was.

13:21:40 17       Q.   Okay.  Now, do you know who Jerry Sastri is?

13:21:51 18       A.   No.

13:21:55 19       Q.   At this time, did you know that there were

13:21:59 20   folks at Apple -- excuse me -- that there were folks at

13:22:02 21   Adobe recruiting into Apple?

13:22:06 22       A.   I wasn't aware of it.  I wasn't aware of it,

13:22:10 23   nor did I care.

13:22:11 24       Q.   Okay.  Well, but my question was whether you

13:22:13 25   were aware of that.

13:22:14  1          A.    I was not aware of it one way or the other.

13:22:18  2          Q.    And it looks like from the prior communication

13:22:21  3    that Theresa Townsley was the head of HR at the time.

13:22:26  4          A.    Yes.

13:22:26  5          Q.    Did -- prior to this communication with

13:22:28  6    Mr. Jobs, did Theresa Townsley ever advise you that there

13:22:31  7    were people in her organization that were recruiting into

13:22:34  8    Apple?

13:22:35  9          A.    It's possible.

13:22:36  10         Q.    But my question is, do you have any

13:22:38  11   recollection?

13:22:39  12         A.    I have no recollection.

13:22:40  13         Q.    Okay.  So focusing on Exhibit 223 again, when

13:22:47  14   you received the email from -- from Mr. Jobs on May 26th,

13:22:50  15   at 9:36 in the morning, when you received that email,

13:23:03  16   what did you do?

13:23:03  17         A.    The first thing I did was to think about how am

13:23:05  18   I going to placate this guy and get him off my back so he

13:23:13  19   doesn't call me again.

13:23:15  20         Q.    Okay.

13:23:15  21         A.    That was the first thing.

13:23:16  22         Q.    Did you come up with a plan for accomplishing

13:23:19  23   that?

13:23:23  24         A.    I probably had a discussion with Shantanu

13:23:27  25   and/or Theresa about it.

| | |
|---|---|
| 14:14:07 | 1 | Narayen or Theresa Townsley tell you that they supported |
| 14:14:11 | 2 | the proposal that you had made to Steve Jobs which was a |
| 14:14:14 | 3 | more limited agreement that had to do only with the more |
| 14:14:19 | 4 | senior folks? |
| 14:14:25 | 5 |     A.   Based on what Theresa -- based on Theresa |
| 14:14:34 | 6 | Townsley's email to Shantanu and myself, it sounded like |
| 14:14:38 | 7 | Shantanu was in complete agreement with me of no active |
| 14:14:41 | 8 | soliciting of any employee. |
| 14:14:43 | 9 |     Q.   Okay. |
| 14:14:45 | 10 |     A.   With a heads-up on senior level approaching |
| 14:14:48 | 11 | either company. |
| 14:14:49 | 12 |     Q.   So Shantanu wrote to you, and then shortly |
| 14:14:52 | 13 | thereafter -- well, not shortly thereafter, later in the |
| 14:15:06 | 14 | day on the 27th, Theresa Townsley writes back to you, and |
| 14:15:09 | 15 | writes, "Just to clarify, are you both saying not to |
| 14:15:13 | 16 | solicit any employees at any level?"  Right? |
| 14:15:15 | 17 |     A.   Right.  Yes. |
| 14:15:15 | 18 |     Q.   I won't read the -- okay.  Then she writes, |
| 14:15:22 | 19 | "Also, what is the agreement between you, Bruce, and |
| 14:15:25 | 20 | Steve if Apple employees come to us directly?  This is |
| 14:15:28 | 21 | where I thought you two agreed that you would give each |
| 14:15:30 | 22 | other a call if they were at the senior level."  Do you |
| 14:15:34 | 23 | see that? |
| 14:15:35 | 24 |     A.   Yes. |
| 14:15:35 | 25 |     Q.   At this time had you reached an agreement with |

14:15:37  1   Apple, or Steve Jobs in particular, to do that, that is

14:15:41  2   that you would give each other a call if the -- the

14:15:45  3   recruited employees were at the senior level?

14:15:49  4        A.   Yes.  I don't think neither one of us thought

14:15:51  5   through or discussed the details of what that would look

14:15:54  6   like.

14:15:54  7        Q.   Okay.  But your answer was yes?

14:15:57  8        A.   Yes.  Yes.

14:15:58  9        Q.   Okay.  Now, then, at 8:52 p.m. you wrote back

14:16:04 10   Theresa Townsley and Shantanu Narayen, "No active

14:16:07 11   soliciting of any employees, heads up on senior level

14:16:10 12   approaching either company."  Do you see that?

14:16:12 13        A.   Yes.

14:16:13 14        Q.   Okay.  And so that was your understanding of

14:16:19 15   what -- well, does that email accurately record what

14:16:25 16   you --

14:16:27 17        A.   And Steve agreed to.

14:16:29 18        Q.   Yes.  Now, Shantanu then writes back and says,

14:16:38 19   "I agree," at 8:56.  Do you see that?

14:16:43 20        A.   Yes.

14:16:43 21        Q.   Now, let's go to Exhibit 223.  Are you with me?

14:16:51 22        A.   Yes.

14:16:51 23        Q.   Up at the top of -- on the first page, there is

14:16:55 24   an email that you wrote to Steve Jobs.  Do you see that?

14:16:58 25        A.   Yes.

14:16:59  1          Q.    And if the date stamps are correct, you wrote

14:17:02  2    that on Friday, May 27th, 2005, at approximately 8:53 in

14:17:07  3    the evening.

14:17:08  4          A.    Correct.

14:17:09  5          Q.    Okay.  And you write, "I'd rather agree not to

14:17:12  6    actively solicit any employee from either company.  If

14:17:15  7    employee proactively approaches then it's acceptable.  If

14:17:19  8    you are in agreement, I will let my folks know."

14:17:22  9                Did you write that?

14:17:22 10          A.    Yes.

14:17:23 11          Q.    Is that an accurately -- well, does that

14:17:26 12    indicate your assent to that agreement?

14:17:28 13          A.    Yes.

14:17:28 14          Q.    Okay.  Now, if you flip to Exhibit 224 --

14:17:37 15          A.    I'm with you.

14:17:37 16          Q.    -- do you recall if you had received Shantanu's

14:17:41 17    email to you before you had gotten back to Steve?  And I

14:17:45 18    ask that because the time stamp indicates it is slightly

14:17:48 19    later.

14:17:49 20          A.    I don't know.

14:17:51 21          Q.    Okay.  Now, going to Exhibit 223, which was

14:18:04 22    your -- which concludes with your email to Steve Jobs, do

14:18:08 23    you see that?

14:18:08 24          A.    Yes.

14:18:09 25          Q.    Did he respond in writing to that?

14:18:13  1         A.   If he did, it should have been on the server.

14:18:17  2         Q.   Okay.

14:18:19  3         A.   But I don't know.

14:18:20  4         Q.   Well --

14:18:24  5         A.   I don't know.

14:18:25  6         Q.   Okay.  Now, going back to Exhibit 223, there

14:18:38  7   are some additional communications between you,

14:18:40  8   yourself -- I mean you, Shantanu Narayen and Theresa

14:18:44  9   Townsley.  Do you see that?

14:18:45 10         A.   Yes.

14:18:46 11         Q.   Okay.  First Theresa Townsley writes, "And if

14:18:56 12   an Adobe employee refers" --

14:18:57 13              MR. MITTELSTAEDT:  Excuse me.  224?

14:18:58 14   BY MR. SAVERI:

14:18:59 15         Q.   Excuse me.  Exhibit 224, thank you.

14:19:01 16              Theresa writes, "And if an Adobe employee

14:19:04 17   refers an Apple employee through a referral program, are

14:19:07 18   you doing -- are you okay with that?"  Do you see that?

14:19:10 19         A.   Yes.

14:19:11 20         Q.   And then -- and then Shantanu says, "I think

14:19:13 21   the spirit has to be that we don't initiate contact with

14:19:17 22   Apple employees even through our employees.  If an Adobe

14:19:21 23   employee is approached by an Apple employee, I think it's

14:19:24 24   okay to pass it on."  Do you see that?

14:19:26 25         A.   Yes.

14:28:35   1        Q.    Now, Exhibit 1805 is a document that Adobe

14:28:38   2    produced, it has the Bates number Adobe_00853 to 854.

14:28:43   3    I'd like to take -- I'd like you to take a moment to read

14:28:48   4    it.  I'm really go to just ask you to focus in particular

14:28:51   5    on the part of the email that begins in the -- towards

14:28:53   6    the bottom of the first page, which is the -- the email

14:28:57   7    from owner E-Team to E-Team, and the attached email from

14:29:03   8    Theresa Townsley to Donna Morris, Mr. Narayen, yourself,

14:29:08   9    and Gloria Stinson.  But please take a moment to look at

14:29:13  10    the email.

14:29:31  11        A.    Okay.

14:29:32  12        Q.    Okay.  So first, the email from Theresa

14:29:35  13    Townsley to Donna Morris, Friday, May 27th, 2005, which

14:29:40  14    is at the bottom of the email, is the email that you

14:29:43  15    edited before sending it to Steve Jobs, correct?

14:29:45  16        A.    It looks that way, yes.

14:29:47  17        Q.    Is the email that is at the bottom of this

14:29:49  18    document the full and complete email that you received

14:29:51  19    from Theresa Townsley, to the --

14:29:54  20        A.    To the best of my knowledge --

14:29:55  21        Q.    -- best of your recollection?

14:29:55  22        A.    -- yes.

14:29:56  23        Q.    And now, Theresa Townsley writes, "Bruce and

14:30:22  24    Steve Jobs are in agreement that we are not to solicit

14:30:24  25    ANY," all caps, "Apple employees and vice versa."  Do you

14:30:28 1   see that?

14:30:29 2        A.   Yes.

14:30:30 3        Q.   Does that correctly summarize the agreement you

14:30:32 4   described to them?

14:30:32 5        A.   Yes.

14:30:33 6        Q.   And then it also says, "It is okay if they come

14:30:35 7   to us through our referral program."  That -- does that

14:30:37 8   refer to the referral program you discussed a few minutes

14:30:40 9   ago?

14:30:40 10       A.   That is correct.

14:30:41 11       Q.   And then she goes on to say, "However, if it

14:30:44 12  looks like we have an Apple employee as a candidate for a

14:30:47 13  senior role at Adobe, director and VP, we need to let

14:30:52 14  Bruce know so he can talk to Steve."  Does that last

14:30:55 15  sentence accurately describe --

14:30:56 16       A.   Yes.

14:30:56 17       Q.   -- the agreement that you had with Steve?

14:30:58 18       A.   Yes.

14:30:59 19       Q.   Now, the -- the -- that email is attached by --

14:31:04 20  it look like Shantanu Narayen to the E-Team.  Do you see

14:31:09 21  that?

14:31:10 22       A.   Yes.

14:31:11 23       Q.   And did you receive that email from him --

14:31:16 24       A.   I was on the -- the E-Team email alias.  I

14:31:20 25  would have received it, yes.

14:31:33 1      Q.   Was that email the first time that the entire

14:31:36 2   E-Team was informed of the agreement you had reached with

14:31:40 3   Jobs?

14:31:40 4      A.   I don't know, given that my E-Team meetings

14:31:43 5   tended to be on Monday mornings, and this all transpired

14:31:47 6   at the end of the previous week, I could speculate that

14:31:50 7   this was the first communication.  But I don't know.

14:31:53 8      Q.   Okay.  Did you subsequently follow up with your

14:32:08 9   own email and correct anything about the way Shantanu

14:32:12 10  Narayen described the agreement?

14:32:14 11     A.   Not that I recall.

14:32:22 12     Q.   Now, subsequent to that email, if you look at

14:32:24 13  this document, there is a series of emails between Donna

14:32:27 14  Morris, Theresa Townsley, Gloria Stinson, and Jeff

14:32:31 15  Vijungco.  Do you see that?

14:32:32 16     A.   Yes.

14:32:33 17     Q.   Did you talk to any of these folks over the

14:32:34 18  weekend about their reactions to the agreement or any

14:32:37 19  steps they were taking to enforce it?

14:32:39 20     A.   I don't believe so.

14:33:26 21     Q.   As of this time, were you aware that Adobe was

14:33:28 22  in discussions with someone named Frank Casanova from

14:33:32 23  Apple?

14:33:33 24     A.   As of which time?

14:33:34 25     Q.   As of this time, May of 2005.

14:33:37 1      A.    I -- I have vague memories of the name.  I have

14:33:41 2  no idea where the name comes from, who he worked for, who

14:33:45 3  was recruiting him.  I don't remember.

14:33:47 4      Q.    Well, prior to May of 2005, did you have any

14:33:49 5  discussions with Steve Jobs about Adobe's efforts to hire

14:33:54 6  Frank Casanova?

14:33:56 7      A.    Not that I remember or recall.

14:33:58 8      Q.    For example, did Steve Jobs call you or send

14:34:01 9  you an email telling you, "stop it," or --

14:34:04 10     A.    Not --

14:34:05 11     Q.    -- or complaining about Frank -- what you were

14:34:06 12 doing with Frank Casanova?

14:34:08 13     A.    Not that I recall.

14:34:21 14     Q.    Did Adobe cease its efforts to recruit Frank

14:34:27 15 Casanova after you reached the agreement with Steve Jobs?

14:34:32 16     A.    I don't remember who Frank Casanova is.  I

14:34:35 17 don't recall who he is.  I don't recall his situation.

14:34:39 18 So by no means can I answer that question.

14:34:41 19     Q.    Okay.  Subsequent to your agreement with Steve

14:34:57 20 Jobs, did you receive confirmation that you recall from

14:35:04 21 Theresa Townsley, Donna Morris, or anybody in that

14:35:07 22 organization that they had ceased their efforts with

14:35:10 23 respect to recruiting of Apple employees?

14:35:14 24     A.    Are you talking about other than what's stated

14:35:16 25 in documents --

14:35:18  1        Q.    Correct.

14:35:18  2        A.    -- that you've already presented?

14:35:20  3        Q.    Yeah.

14:35:20  4        A.    Not that I recall.

14:35:21  5        Q.    So for example, did it come up at an E-Team

14:35:24  6    meeting?

14:35:24  7        A.    If it did, I don't recall it.

14:35:35  8        Q.    Were there notes taken at E-Team meetings?  Let

14:35:37  9    me ask a better question.

14:35:39 10              Were there minutes of E-Team meetings prepared?

14:35:41 11        A.    There was a period of time where my assistant

14:35:44 12    would take notes of E-Team meetings.

14:35:47 13        Q.    Okay.  Do you know if this -- that period of

14:35:50 14    time included the period of time that --

14:35:54 15        A.    I do not remember.

14:35:55 16        Q.    Okay.  I've handed you what has been previously

14:36:26 17    marked as Exhibit 230.  Will you take a moment to review

14:36:34 18    that, please.

14:36:53 19        A.    I've read it.

14:36:54 20        Q.    Now, have you ever seen -- well, this document

14:37:00 21    appears to be an email from Jeff Vijungco to an email

14:37:09 22    distribution list or alias called "hire@adobe.com."  Do

14:37:13 23    you see that?

14:37:14 24        A.    Yes.

14:37:15 25        Q.    Were you part of that alias or that list?

14:37:17  1      A.    No.

14:37:17  2      Q.    Okay.  Now, this is dated Tuesday, May 21st,

14:37:23  3  2005.  Do you see that?

14:37:24  4      A.    Yes.

14:37:24  5      Q.    And he writes --

14:37:27  6            MR. MITTELSTAEDT:  May 31st.

14:37:29  7            MR. SAVERI:  May 31st.  Excuse me.

14:37:30  8  BY MR. SAVERI:

14:37:31  9      Q.    "Hi, all, in recent discussions between our

14:37:34 10  E-Team and Apple's E-Team, the topic of recruiting one

14:37:38 11  another came up.  Given our relationship with Apple, and

14:37:39 12  assuming our partnership may grow stronger, we have

14:37:43 13  reiterated the importance of not poaching from Apple

14:37:46 14  directly.  Accordingly, this is increasingly more

14:37:49 15  sensitive for candidates at the director to VP level."

14:37:53 16            Do you see that?

14:37:54 17      A.    Yes.

14:38:00 18      Q.    Now, did Adobe's E-Team and Apple's E-Team

14:38:11 19  discuss this subject at this time, to the best of your

14:38:13 20  recollection?

14:38:13 21      A.    I don't believe, other than Mr. Jobs and

14:38:16 22  myself, there was not a discussion between Adobe and

14:38:19 23  Apple regarding this matter.

14:38:22 24      Q.    Okay.

14:38:22 25      A.    During this time period.

14:38:23   1        Q.    So you believe Mr. Vijungco is being inaccurate

14:38:29   2    when he talks about recent discussions between Adobe's

14:38:35   3    E-Team and Apple's E-Team?

14:38:38   4        A.    Inaccurate?

14:38:39   5        Q.    Inaccurate, yes.

14:38:40   6        A.    Inaccurate.

14:38:43   7        Q.    Did you tell Mr. Vijungco to send this email

14:38:46   8    describing the -- the agreement?

14:38:49   9        A.    I do not believe so.

14:38:51  10        Q.    Okay.  Do you know if -- do you know if someone

14:38:57  11    else on the E-Team, for example, anybody that was

14:39:02  12    responsible for the HR function, instructed Mr. Vijungco

14:39:05  13    to send this?

14:39:06  14        A.    I do not know.

14:39:08  15        Q.    Do you know why he inaccurately described the

14:39:11  16    genesis of the agreement between you and Mr. Jobs?

14:39:16  17        A.    I don't have the slightest idea.

14:39:19  18        Q.    Okay.  Did you tell him or anybody else at

14:39:22  19    Adobe to conceal that?

14:39:26  20        A.    No.

14:39:27  21        Q.    Okay.  Did -- well, did you want the agreement

14:39:39  22    known outside of the HR department that was responsible

14:39:45  23    for enforcing the agreement?

14:39:47  24        A.    I didn't care.

14:39:49  25        Q.    You didn't care one way or the other.

14:39:51  1       A.   I didn't care one way or the other.  All I

14:39:53  2    wanted was to placate Steve.

14:39:57  3       Q.   Well, you did care about following your

14:40:05  4    agreement with Mr. Jobs, didn't you?

14:40:07  5       A.   I cared about him believing I was following the

14:40:11  6    agreement, not necessarily following the agreement.

14:40:14  7       Q.   Okay.  But if he learned that you were not

14:40:17  8    following the agreement, you expected to hear about it,

14:40:20  9    didn't you?

14:40:21 10       A.   As long as I didn't know about it, and it came

14:40:28 11    to my attention afterwards, I was comfortable with him

14:40:31 12    finding out, because I could take the same tactic that he

14:40:35 13    would take with me, which is, I'll look into it and have

14:40:39 14    it stopped immediately.

14:40:40 15       Q.   So if -- if you didn't -- you were comfortable

14:40:45 16    with maintaining a position of plausible deniability with

14:40:52 17    respect to this if Mr. Jobs subsequently found out about

14:40:55 18    it and you didn't know anything about what was going on?

14:40:59 19       A.   To Mr. Jobs, yes.

14:41:14 20       Q.   But you did expect and knew that if Mr. Jobs

14:41:18 21    did find out about it -- find out that Adobe was not

14:41:19 22    living up to its agreement, that you would hear about it

14:41:22 23    from him?

14:41:22 24       A.   If he found out about it, yes.

14:41:25 25       Q.   Was it your belief that he was particularly

14:41:29  1   sensitive to this issue?

14:41:33  2        A.   It was always difficult to figure out what he

14:41:35  3   was particularly sensitive to on any given day or time.

14:41:38  4        Q.   But -- but based on your communications with

14:41:40  5   him, the recruiting of talent from -- by other technology

14:41:45  6   companies away from Apple was something that he cared a

14:41:48  7   lot about.  You knew that, didn't you?

14:41:50  8        A.   Again, he was sensitive about many, many

14:41:53  9   topics, and it would vary on any given date and time.  So

14:41:57 10   I can't tell you what he was overly sensitive to or not.

14:42:02 11   During that time period, between Wednesday, Thursday,

14:42:06 12   when he got the email, he reacted and responded -- and --

14:42:09 13   and contacted me, and you've seen the subsequent

14:42:14 14   communications between the two of us.

14:42:17 15             Whether that was a hot button for him or not, I

14:42:19 16   don't know.

14:42:20 17        Q.   Well, was there ever a time that you can

14:42:23 18   remember where Steve Jobs was insensitive to other

14:42:26 19   companies' recruiting Apple folks away from Apple?

14:42:31 20             MR. MITTELSTAEDT:  Object to form.

14:42:33 21             THE WITNESS:  I don't know how to answer that

14:42:34 22   question.  So can you try repeating it?  I don't

14:42:39 23   understand it.

14:42:41 24   BY MR. SAVERI:

14:42:48 25        Q.   Well, did you know that Steve Jobs believed

15:51:50   1   you to Jobs.  Do you see that?

15:51:51   2        A.   Yes.

15:51:52   3        Q.   Did you write that to Mr. Jobs on or about the

15:51:53   4   date that's indicated here?

15:51:55   5        A.   I assume so.

15:51:56   6        Q.   Now, when you wrote to Mr. Jobs, you forwarded

15:52:04   7   an email that you had received from someone named Nabil

15:52:08   8   Hireche.

15:52:08   9        A.   Hireche, yes.

15:52:11  10        Q.   What was that -- is Nabil a man or a woman?

15:52:15  11        A.   A man.

15:52:17  12        Q.   What was Nabil Hireche's job at this time?

15:52:24  13        A.   I don't know.

15:52:25  14        Q.   Okay.  Now, you forwarded to Jobs the email

15:52:30  15   that you received from Mr. Hireche.  Do you see that?

15:52:33  16        A.   Yes.

15:52:33  17        Q.   And he writes about someone named D'Apra, or

15:52:38  18   "D'Apra."  Do you see that?

15:52:40  19        A.   Yes.

15:52:41  20        Q.   And at this time in 2006 had the -- has the

15:52:46  21   acquisition of Macromedia closed?

15:52:50  22        A.   I believe so.

15:52:51  23        Q.   Okay.  So at this time, if -- at this time the

15:52:57  24   Macromedia folks had been absorbed into Adobe, right?  So

15:53:02  25   this person, Alessandro D'Apra was an employee of Adobe

15:53:08  1   at this time, right?

15:53:09  2        A.   Assuming my dates are correct, yes.

15:53:11  3        Q.   So did you understand that your agreement with

15:53:12  4   Jobs with respect to recruiting, if followed, applied to

15:53:19  5   people like Mr. D'Apra who worked in Italy?

15:53:23  6        A.   I believe that the verbal agreement I had with

15:53:26  7   Steve applied to any Adobe employee, regardless of where

15:53:29  8   they came from.

15:53:30  9        Q.   And so when you wrote to him and said, "Please

15:53:33 10   remind your folks of our arrangement," were you asking

15:53:38 11   him to follow the agreement he had reached with you?

15:53:42 12        A.   Yes.

15:53:46 13        Q.   Did you ever speak to him -- I'm sorry.

15:53:49 14             Did you ever speak on the telephone with Jobs

15:53:52 15   about this?

15:53:52 16        A.   Not that I recall.

15:53:53 17        Q.   Did he write back, do you recall?

15:53:54 18        A.   Unless you have the email.

15:53:55 19        Q.   I do not.

15:53:56 20        A.   Then I do not believe he wrote back.

15:53:58 21        Q.   Okay.  I'm changing subjects.  So I'm happy to

15:54:05 22   keep going forward or take a break.

15:54:07 23        A.   Keep going.

15:54:08 24        Q.   Okay.  I don't -- frankly, I don't recall

15:54:26 25   whether I gave you another copy of this previously.  But

15:54:29  1   this is Exhibit 1147, which is the white paper.

15:54:34  2               MR. MITTELSTAEDT:  You did.  We've been over

15:54:36  3   this.

15:54:43  4               MR. SAVERI:  Well, okay.  I've shown it to him.

15:54:44  5   I've got some more questions about it.

15:54:46  6               MR. MITTELSTAEDT:  It is 1147.

15:54:47  7               MR. SAVERI:  It still is.  So either one you

15:54:48  8   want to use.  I just had an extra copy of it.

15:54:51  9               MR. MITTELSTAEDT:  Okay.

15:54:52  10  BY MR. SAVERI:

15:54:53  11       Q.   I have some particular questions about some of

15:54:55  12  the -- the factual statements in here.  Let me draw your

15:55:14  13  attention to the first -- bottom of the first page.

15:55:16  14  There is a footnote here that says, "We note," and

15:55:18  15  this -- again, this was submitted by Adobe, okay?

15:55:21  16            "We note, however, that the extent to which

15:55:23  17  this arrangement was filed has ebbed and flowed with the

15:55:29  18  company's relationship over time."

15:55:31  19            And, again, let me just make sure you have the

15:55:36  20  full context in mind.  If you look at the second

15:55:39  21  paragraph that begins, "As we describe below," do you see

15:55:42  22  that?

15:55:43  23       A.   Yes.

15:55:43  24       Q.   It says, "As we describe below, the Adobe/Apple

15:55:46  25  non-solicitation agreement flowed from and furthered a

| | | |
|---|---|---|
| 16:05:42 | 1 | A.   I do not know. |
| 16:05:43 | 2 | Q.   Okay.  There is a reference in this paragraph |
| 16:05:48 | 3 | to something called Adobe's Illustrator product. |
| 16:05:51 | 4 | Do you see that? |
| 16:05:52 | 5 | A.   Yes. |
| 16:05:52 | 6 | Q.   Do you know when that was introduced? |
| 16:05:55 | 7 | A.   I'd be guessing. |
| 16:05:56 | 8 | Q.   Was it before you got to the company? |
| 16:05:57 | 9 | A.   Yes. |
| 16:05:58 | 10 | Q.   Was it long before you came to the company? |
| 16:05:59 | 11 | A.   There was a product called Adobe Illustrator |
| 16:06:03 | 12 | 88, based on 1988, so I'm assuming, yes. |
| 16:06:07 | 13 | Q.   Now, there is also a reference to Photoshop. |
| 16:06:10 | 14 | A.   Yes. |
| 16:06:10 | 15 | Q.   That is another Adobe product? |
| 16:06:12 | 16 | A.   It was acquired before I got there. |
| 16:06:14 | 17 | Q.   Do you recall when? |
| 16:06:15 | 18 | A.   No, but all of this information is available on |
| 16:06:27 | 19 | Google. |
| 16:06:28 | 20 | Q.   On the next page there is a reference to Mac OS |
| 16:06:30 | 21 | X.  Do you see that? |
| 16:06:32 | 22 | A.   Yes. |
| 16:06:32 | 23 | Q.   When was Mac OS X introduced? |
| 16:06:35 | 24 | A.   I don't know, but it was during my time frame. |
| 16:06:44 | 25 | Q.   Now, on the next page, on page 7, there is a |

16:06:46   1    paragraph that begins, "All told."  Do you see that?

16:06:50   2         A.   On -- this page.

16:06:51   3         Q.   Page 7.

16:06:52   4         A.   Yes.

16:06:53   5         Q.   It says, "Adobe and Apple" -- it says, "All

16:06:58   6    told, Adobe and Apple have executed over 200 cooperative

16:07:02   7    agreements."  Do you see that?

16:07:04   8         A.   Yes.

16:07:04   9         Q.   Do you know if the subject of recruiting each

16:07:07  10    other's employees came up in the negotiation of any of

16:07:10  11    those agreements?

16:07:12  12         A.   I do not know, and I didn't realize that Adobe

16:07:16  13    even had that many written agreements with Apple.

16:07:19  14         Q.   Well, do you know whether or not this statement

16:07:22  15    in fact is true or not?

16:07:24  16         A.   I would have no way of knowing.

16:07:28  17         Q.   Did you negotiate yourself any of those

16:07:30  18    agreements?

16:07:30  19         A.   I don't believe I negotiated any written

16:07:33  20    agreement between myself and Apple.

16:07:36  21         Q.   And do you know if any of those written

16:07:38  22    agreements say anything about recruiting?

16:07:41  23         A.   I do not know.

16:07:47  24         Q.   Now --

16:07:48  25         A.   Other than what we talked about previously,

| | | |
|---|---|---|
| 16:07:50 | 1 | which was I think I looked at a document that showed a |
| 16:07:53 | 2 | paragraph in an earlier Adobe agreement. |
| 16:07:56 | 3 | Q.   Now, a little bit farther down in this -- on |
| 16:07:58 | 4 | this page -- let me -- let me just focus you.  There is a |
| 16:08:04 | 5 | paragraph that begins, "At times."  Do you see that? |
| 16:08:07 | 6 | A.   Yes. |
| 16:08:07 | 7 | Q.   Then it says, "The relationship temporarily |
| 16:08:09 | 8 | cooled when Steve Jobs left Apple and the company briefly |
| 16:08:14 | 9 | joined forces with Microsoft during the infamous font |
| 16:08:18 | 10 | wars."  Do you see that? |
| 16:08:19 | 11 | A.   Yes. |
| 16:08:20 | 12 | Q.   What were the font wars? |
| 16:08:22 | 13 | A.   Hard for me to describe, since I wasn't there |
| 16:08:23 | 14 | at the time. |
| 16:08:24 | 15 | Q.   Do you know when the font wars began? |
| 16:08:26 | 16 | A.   Before I got there. |
| 16:08:27 | 17 | Q.   Did they end before you got there? |
| 16:08:29 | 18 | A.   Yes. |
| 16:08:37 | 19 | MR. SAVERI:  Let's take a break. |
| 16:08:39 | 20 | THE VIDEOGRAPHER:  This is the end of Video |
| 16:08:39 | 21 | No. 3.  We are now off the record at 4:08. |
| 16:19:04 | 22 | (Recess was taken.) |
| 16:19:27 | 23 | THE VIDEOGRAPHER:  We are now on the record at |
| 16:19:28 | 24 | 4:19.  This is the beginning of Video No. 4. |
| 16:19:32 | 25 | MR. MITTELSTAEDT:  I'm going to designate the |

16:28:36  1        Q.    Are you familiar with term "vaporware"?

16:28:39  2        A.    I am familiar with the term "vaporware."

16:28:39  3        Q.    What do you understand the term "vaporware" to

16:28:40  4    mean?

16:28:41  5        A.    The way I interpret the term "vaporware" is

16:28:43  6    something that gets announced but is not ready for market

16:28:46  7    availability, and never becomes available.

16:28:50  8        Q.    Do you recall a Microsoft -- in connection with

16:28:52  9    the government case against Microsoft being accused of

16:28:56  10   adopting a -- a business practice of vaporware in order

16:29:00  11   to protect its monopoly?

16:29:02  12       A.    If you could refresh my memory.

16:29:04  13       Q.    Well, are you aware that Microsoft was accused

16:29:08  14   by the government of announcing products before they were

16:29:11  15   ready in order to foreclose competition and disadvantage

16:29:16  16   competitors?

16:29:16  17       A.    Yes, I do recall that.

16:29:18  18       Q.    Now, did -- while you were at Adobe --

16:29:27  19       A.    Yes.

16:29:28  20       Q.    -- did Adobe ever announce a product before the

16:29:31  21   product existed?

16:29:36  22       A.    Probably.

16:29:38  23       Q.    Were any of those products that Adobe and Apple

16:29:42  24   collaborated on?

16:29:46  25       A.    We might have announced the OS X versions of

| | | |
|---|---|---|
| 16:29:52 | 1 | our applications to help our customers understand that we |
| 16:29:55 | 2 | were actually working on them.  We also showed a version |
| 16:29:58 | 3 | of InDesign before it was available in the marketplace at |
| 16:30:02 | 4 | the Mac World Exposition. |
| 16:30:16 | 5 | Q.   Now, this goes on to say, "The ATM announcement |
| 16:30:20 | 6 | could be interpreted as an offensive move to try to |
| 16:30:23 | 7 | dissuade Apple from going a separate route with different |
| 16:30:27 | 8 | display technologies." |
| 16:30:28 | 9 | Do you see that? |
| 16:30:29 | 10 | A.   I see that. |
| 16:30:29 | 11 | Q.   Did Apple announce ATM before the product |
| 16:30:32 | 12 | existed in order to try and dissuade Apple from going a |
| 16:30:35 | 13 | separate route with different display technology? |
| 16:30:38 | 14 | A.   I wasn't with the company.  I wasn't aware of |
| 16:30:40 | 15 | what Adobe or Apple's intent was at the time. |
| 16:30:51 | 16 | Q.   From your perspective, as the CEO of Adobe -- |
| 16:30:56 | 17 | A.   Yes. |
| 16:30:57 | 18 | Q.   -- when did the font wars end? |
| 16:30:59 | 19 | A.   Before I became the CEO of Adobe. |
| 16:31:06 | 20 | Q.   When did Apple and Adobe start to squabble |
| 16:31:11 | 21 | about the implementation of Flash on Apple devices? |
| 16:31:23 | 22 | A.   I believe it was after my departure from Adobe |
| 16:31:30 | 23 | Systems. |
| 16:31:32 | 24 | Q.   So just so I am clear, to the best of your |
| 16:31:34 | 25 | recollection, the squabbling or friction between Apple |

16:31:38  1    and Adobe about the implementation of Flash on Apple

16:31:42  2    devices, including their -- their computers or their

16:31:48  3    hand-helds, hand-held devices, occurred after you left

16:31:54  4    Adobe?

16:31:54  5         A.   It depends on what your definition is of

16:31:56  6    "squabble."  We worked with Apple to encourage them to

16:32:00  7    implement Flash on their iPhone.  I'm not sure that was

16:32:06  8    squabble or --

16:32:06  9         Q.   That's fair.

16:32:08  10        A.   So -- and at the time Apple believed that Flash

16:32:11  11   was not of the size and performance that they really

16:32:14  12   needed for the iPhone.  Adobe didn't like that decision.

16:32:18  13   I certainly didn't like that decision.  But it was their

16:32:21  14   choice.

16:32:21  15        Q.   But you were the CEO of the company when that

16:32:23  16   happened.

16:32:24  17        A.   That is correct.

16:32:25  18        Q.   Now, did you discuss that with Jobs --

16:32:28  19        A.   I probably did.

16:32:29  20        Q.   -- yourself?

16:32:30  21        A.   Yes.

16:32:30  22        Q.   And what -- when did you discuss that with

16:32:32  23   Jobs?

16:32:34  24        A.   I don't know.

16:32:35  25        Q.   Okay.  Did you --

16:32:41  1      A.   It was after the Macromedia acquisition and

16:32:44  2  before November 2007 -- or -- and before November 2007.

16:32:49  3      Q.   Did you communicate with Mr. Jobs about that

16:32:52  4  subject?

16:32:53  5      A.   About Flash?

16:32:54  6      Q.   Yes.

16:32:54  7      A.   Yes.

16:32:55  8      Q.   On many occasions?

16:32:57  9      A.   I'm not sure if it was many occasions.

16:32:59 10      Q.   On more than one?

16:33:02 11      A.   At least one, I feel comfortable saying.

16:33:05 12      Q.   Is there a particular one that you have in

16:33:06 13  mind?

16:33:10 14      A.   I called him up and asked him why he wasn't

16:33:13 15  interested in implementing Flash.

16:33:15 16      Q.   And when was that?

16:33:17 17      A.   Sometime between the post acquisition of

16:33:19 18  Macromedia and before November 2007.

16:33:23 19      Q.   And what did he tell you?

16:33:25 20      A.   He didn't really like the performance he wasn't

16:33:29 21  able to get.  And I offered to help.  And he didn't take

16:33:33 22  up -- take us up on the help.

16:33:37 23      Q.   Did you communicate with him via email or in

16:33:40 24  writing about that subject subsequent to that telephone

16:33:44 25  conversation?

16:33:45  1      A.   I don't know if I communicated with him.  There

16:33:48  2  were certainly communications within Adobe, the email

16:33:52  3  about what Steve had said or what Apple's opinion is.

16:33:55  4      Q.   During this period of time, was there a

16:33:57  5  particular person at Adobe who was responsible for

16:34:00  6  developing the Flash product?

16:34:04  7      A.   There were a group of people.  I don't know who

16:34:08  8  in retrospect.  It could have been a combination of Digby

16:34:12  9  Horner, Kevin Lynch, and others, but I'm not sure.

16:34:15 10      Q.   Okay.

16:34:16 11      A.   Al Ramadan, who headed up the mobile stuff.

16:34:19 12      Q.   I'm sorry.  Your voice kind of trails off.

16:34:21 13      A.   Oh, I'm sorry.

16:34:21 14      Q.   Could you identify the people that you would --

16:34:23 15      A.   I don't know who was specifically responsible

16:34:25 16  for it.  It would have been either, or the likes of, a

16:34:31 17  Digby Horner, Kevin Lynch, and/or Al Ramadan and the

16:34:36 18  people within their organizations.

16:34:38 19      Q.   Okay.  Did they have -- communicate with

16:34:44 20  counterparts at Apple?

16:34:48 21      A.   There were people at Adobe that communicated

16:34:50 22  with counterparts at Apple, yes.

16:34:52 23      Q.   And so I'm just trying to get a sense of

16:34:55 24  whether the communication between the two entities, Apple

16:34:58 25  and Adobe, about that subject, was a communication

16:55:26  1      A.   I don't know.

16:55:27  2      Q.   So in terms of the development and the -- these

16:55:29  3   code names, do you recall Jaguar preceded Tiger?

16:55:33  4      A.   There's lots of big cats.  I don't know.

16:55:36  5      Q.   Okay.  So do you know, as you sit here today,

16:55:40  6   whether Tiger was version 10.4 of OS X?

16:55:43  7      A.   I have no idea.

16:55:43  8      Q.   Or whether Jaguar was version 10.2?

16:55:47  9      A.   I have no idea.  But I'm sure you could find

16:55:50 10   all this information available elsewhere.

16:55:52 11      Q.   Now, there is an email from someone named

16:55:54 12   Bertrand -- I don't even know how to pronounce his name,

16:55:57 13   Serlet?

16:55:59 14      A.   Yes.

16:55:59 15      Q.   Do you know that person?

16:56:00 16      A.   I've met him a number of times, yes.

16:56:02 17      Q.   Okay.  Did he work on the collaboration between

16:56:05 18   Adobe and Apple?

16:56:06 19      A.   I don't know if he worked directly on the

16:56:08 20   collaboration, but he was responsible, I believe, for a

16:56:10 21   lot of the software engineering at Apple.

16:56:13 22      Q.   Now, you see his email, dated February 1, 2005,

16:56:17 23   that begins, "Yes, Christine's team is working in concert

16:56:20 24   with Ryan"?

16:56:22 25      A.   I see it.

16:56:24 1      Q.   And then it refers to a Jaguar crisis.

16:56:29 2           Do you see that?

16:56:29 3      A.   I see that.

16:56:30 4      Q.   Do you know what he's referring to?

16:56:32 5      A.   I have no idea.

16:56:33 6      Q.   Were there particular problems between Apple

16:56:35 7 and Adobe with respect to the development of Jaguar or --

16:56:39 8 or versions of OS X at this time?

16:56:42 9      A.   There were always challenges in developing

16:56:45 10 software for any operating system in my 20, 30-plus-year

16:56:50 11 experience in the software business.

16:56:52 12     Q.   Well, was there a particular big one with

16:56:54 13 respect to Jaguar?

16:56:55 14     A.   I don't remember when Jaguar was, so I'm not

16:56:58 15 sure which version it was, whether it was the first

16:57:01 16 version or the second version.

16:57:03 17     Q.   Well, you -- you write this email on

16:57:07 18 February 17th, 2005, to Jobs following up on a Tiger

16:57:14 19 compatibility report.  Do you see that?

16:57:17 20     A.   I see that.

16:57:18 21     Q.   Was that usual?  I mean did you regularly

16:57:20 22 follow up directly with Steve Jobs about compatibility

16:57:24 23 reports with respect to OS X versions?

16:57:26 24     A.   Anytime I had good news on something that

16:57:28 25 concerned Steve I liked to pass it on to him so he would

16:57:31 1   believe that we were collaborating and cooperating to

16:57:34 2   maintain the support that we needed.

16:57:40 3        Q.   Now, at the top of the email, Schiller writes

16:57:44 4   to Bertrand.  Do you see that?

16:57:47 5        A.   I see that.

16:57:47 6        Q.   And he says, "I'll add it was a fight with

16:57:49 7   Adobe to get this relationship to this state.  It was

16:57:52 8   much harder than with Panther."

16:57:55 9             Do you see that?

16:57:55 10       A.   I see that.

16:57:56 11       Q.   Do you know what he's talking about?

16:57:57 12       A.   No, because I don't remember what version of

16:57:59 13  the operating system was Panther or which one was Tiger

16:58:03 14  and which one was Jaguar.  So without understanding that,

16:58:07 15  I really -- it is hard for me to put this in context.

16:58:11 16       Q.   Now, he refers to someone named Bryan Lamkin.

16:58:14 17            Do you see that?

16:58:15 18       A.   Yes, I do see that.

16:58:17 19       Q.   What was Bryan Lamkin's job at this time at

16:58:20 20  Adobe?

16:58:20 21       A.   I believe he was a senior vice president in one

16:58:23 22  of our product groups.

16:58:24 23       Q.   Did he work with Ron Okamoto with respect to

16:58:28 24  Apple, Adobe?

16:58:29 25       A.   Ron Okamoto worked for him when Ron Okamoto was

16:58:32 1    with Adobe.

16:58:33 2         Q.    Did Lamkin work with Okamoto after Okamoto went

16:58:37 3    to work for Apple?

16:58:38 4         A.    Based on this email, I would assume so.

16:58:41 5         Q.    Okay.  And do you know whether either Lamkin or

16:58:47 6    Okamoto said to Apple, as indicated here, in no uncertain

16:58:54 7    terms that we, that is Apple, are now, quote, like

16:58:57 8    Microsoft to them, that is Adobe, and they trust our OS

16:59:01 9    team less this year than last?  Do you know if that was

16:59:06 10   said to these individuals at Apple by people who reported

16:59:09 11   to you at Adobe?

16:59:10 12        A.    I don't know if they said it.

16:59:13 13        Q.    Well, do you know if that was true?

16:59:17 14        A.    I have heard -- I heard people at Adobe say

16:59:20 15   that.  But I don't know if they particularly said it and

16:59:24 16   who they said it to.

16:59:25 17        Q.    So even though -- whether that thought or

16:59:29 18   belief expressed internally was communicated to the folks

16:59:33 19   at Apple.

16:59:34 20        A.    I do not know.

16:59:35 21        Q.    Did you ever discuss that with Jobs?

16:59:37 22        A.    No.

16:59:54 23              MR. MITTELSTAEDT:  By my count -- we've got

16:59:56 24   until -- we've got about until 5:36.  And it is 5:02 now.

17:00:05 25              MR. SAVERI:  Let's go off the record.

17:30:38   1              MR. SAVERI:  I have just one follow-up

17:30:39   2   question.

17:30:39   3

17:30:39   4                    FURTHER EXAMINATION

17:30:39   5   BY MR. SAVERI:

17:30:40   6       Q.   With respect to the 2005 collaborations that

17:30:43   7   Mr. Mittelstaedt was just asking you about, can you

17:30:45   8   identify any of them which you would identify as

17:30:48   9   "significant" that were in place at the time of the 2005

17:30:53  10   discussions with you and Jobs?

17:30:54  11       A.   If you were able to provide me with the

17:30:57  12   different operating system changes and the different

17:31:00  13   hardware changes that Apple was embarking on, and the

17:31:04  14   different product upgrades that Adobe was embarking on at

17:31:08  15   that point in time, I'm sure I could identify numerous

17:31:10  16   significant collaborations that were going on.  But

17:31:12  17   unless I'm able to identify those, I can't do so.

17:31:16  18              MR. SAVERI:  Okay.  I don't have any

17:31:17  19   questions -- I don't have any further questions.  Thank

17:31:19  20   you very much for your time.

17:31:20  21              THE WITNESS:  You're welcome.

17:31:22  22              THE VIDEOGRAPHER:  This is the end of Video 4

17:31:23  23   of 4 and concludes today's proceedings.  The master

17:31:26  24   videos will be retained by Jordan Media.  We are now off

17:31:29  25   the record.  The time is 5:31.

```
16:51:38   1              (The deposition ended at 5:31 p.m.)

16:51:38   2                            *  *  *

16:51:38   3

16:51:38   4                       _____

16:51:38   5                            BRUCE CHIZEN

           6

           7

           8

           9

          10

          11

          12

          13

          14

          15

          16

          17

          18

          19

          20

          21

          22

          23

          24

          25
```

16:41:10 1          I, Rosalie A. Kramm, Certified Shorthand

16:41:10 2   Reporter licensed in the State of California, License No.

16:41:10 3   5469, hereby certify that the deponent was by me first

16:41:10 4   duly sworn and the foregoing testimony was reported by me

16:41:10 5   and was thereafter transcribed with computer-aided

16:41:10 6   transcription; that the foregoing is a full, complete,

16:41:10 7   and true record of said proceedings.

16:41:10 8          I further certify that I am not of counsel or

16:41:10 9   attorney for either of any of the parties in the

16:41:10 10  foregoing proceeding and caption named or in any way

16:41:10 11  interested in the outcome of the cause in said caption.

16:41:10 12         The dismantling, unsealing, or unbinding of the

16:41:10 13  original transcript will render the reporter's

16:41:10 14  certificates null and void.

16:41:10 15         In witness whereof, I have hereunto set my hand

16:41:10 16  this day:   March 26, 2013.

16:41:10 17         ___X___   Reading and Signing was requested.

16:41:10 18         _____   Reading and Signing was waived.

16:41:10 19         _____   Reading and signing was not requested.

16:41:10 20

16:41:10 21                    _____

16:41:10 22                    ROSALIE A. KRAMM

16:41:10 23                    CSR 5469, RPR, CRR

16:41:10 24

         25