# EXHIBIT B

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

5

6   IN RE:  HIGH-TECH EMPLOYEE      )

7   ANTITRUST LITIGATION            )

8                                   )   No. 11-CV-2509-LHK

9   THIS DOCUMENT RELATES TO:       )

10  ALL ACTIONS.                    )

11  _____ )

12

13

14               ATTORNEYS' EYES ONLY

15           VIDEO DEPOSITION OF DIGBY HORNER

16                  March 1, 2013

17

18

19  REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25

10:03:59  1    all right, that's the kind of stuff that has to be done

10:04:01  2    for every product, or similar.

10:04:03  3          And so to get back to your specific question on

10:04:05  4    performance, what I'm talking about here is, you know,

10:04:09  5    when somebody interacts with one of our applications,

10:04:12  6    they use a mouse or they use the keypad, they perform

10:04:16  7    certain operations, maybe in PhotoShop it might be that

10:04:18  8    there's a photographic image and they're going to apply

10:04:23  9    a filter to that image, and it's going to take some

10:04:25  10   amount of time for the algorithm that lives behind

10:04:29  11   that -- that request that the user has made to sort of

10:04:32  12   visit every pixel and perform both analysis and

10:04:35  13   manipulation on that pixel.  That's super compute

10:04:41  14   intensive type of stuff.

10:04:42  15         And so when I talk about performance, what I'm

10:04:45  16   talking about is needing to get together with Apple's

10:04:48  17   engineers to really understand, you know, what are the

10:04:51  18   best APIs within their operating system that we should

10:04:55  19   be calling to ensure that we can perform those

10:04:59  20   algorithms with the highest performance, because it was

10:05:01  21   very much the desire of both companies to, you know,

10:05:04  22   offer a product that was exceptional on their platform.

10:05:10  23         There were many examples where, you know, the

10:05:12  24   APIs that they provided in the operating system had not

10:05:17  25   really been designed with the kinds of operations in

10:05:19  1    mind that -- that our applications required and --

10:05:24  2         MS. SCHALMAN-BERGEN:  Q.  I don't mean to

10:05:25  3    interrupt you.  Can you just clarify what API's are and

10:05:28  4    then you can go on.

10:05:30  5         A.  Application programming interface.

10:05:32  6         Q.  Okay.

10:05:32  7         A.  Yeah.

10:05:32  8         So that's -- that's what I mean by -- by an

10:05:34  9    example of the kind of collaboration that would be

10:05:37 10    necessary in PhotoShop in the category of performance.

10:05:42 11         Q.  Thank you --

10:05:43 12         A.  And that's true for Premier.  It's true for

10:05:47 13    After Effects and -- and -- and many of the other

10:05:49 14    products.  Although the nature of that may be different

10:05:51 15    in each of those applications.

10:05:53 16         Q.  Are you finished?

10:05:54 17         A.  Yes.

10:05:58 18         Q.  Did collaborations relating to the performance

10:06:00 19    of Adobe's products on the Apple platform begin in 2005?

10:06:04 20         A.  No.

10:06:06 21         Q.  When did they begin?

10:06:08 22         A.  Difficult for me to give you an exact answer on

10:06:10 23    that.  Almost, you know -- I mean, certainly, I would

10:06:13 24    say, right from when those applications first came to

10:06:16 25    life.

10:06:18  1      Q.  So the collaborations that you've been

10:06:20  2   describing, is it fair to describe them as ongoing?

10:06:24  3      A.  Yes.

10:06:26  4      Q.   In any of the collaborations that you've

10:06:29  5   mentioned so far, were any of them collaborations that

10:06:34  6   began in or around 2005?

10:06:38  7      A.  I don't recall.  I mean, they were definitely

10:06:42  8   underway in 2005, but I don't -- it's difficult for me

10:06:47  9   to, you know, think -- I mean, short of some of the --

10:06:50 10   the big OS transformations, like the move to OS X or the

10:06:56 11   power PC transformation, those kinds of things, maybe

10:07:01 12   it's best -- certainly the way I think about this is

10:07:04 13   that with every significant release of Mac -- of the

10:07:08 14   Macintosh OS, which, you know, occurred about every 18

10:07:13 15   months to two years, typically, there was, you know,

10:07:16 16   several months of -- of pretty deep collaboration that

10:07:19 17   was necessary to make sure that our products would

10:07:21 18   continue to run, you know, appropriately.

10:07:26 19      Q.  When was OS X released?

10:07:28 20      A.  I don't remember the exact time frame of that.

10:07:30 21      Q.  Was it prior to 2005?

10:07:31 22      A.  It was, I believe.

10:07:44 23      Q.  In your meeting with Bruce, the eteam meeting

10:07:48 24   we've been talking about, which specific collaborations

10:07:52 25   did Bruce identify as being important to starting this

| | | |
|---|---|---|
| 10:07:57 | 1 | no solicitation agreement? |
| 10:08:00 | 2 | A.  He didn't talk about specific collaborations, |
| 10:08:03 | 3 | but I -- I definitely interpreted this to be, you know, |
| 10:08:10 | 4 | largely instigated as a result of our need to have these |
| 10:08:15 | 5 | engineering, development-driven collaborations.  So that |
| 10:08:20 | 6 | was my interpretation. |
| 10:08:22 | 7 | Q.  Did engineering development-driven |
| 10:08:25 | 8 | collaborations begin with Apple shortly prior to the |
| 10:08:29 | 9 | eteam meeting that you had? |
| 10:08:30 | 10 | A.  No. |
| 10:08:40 | 11 | Q.  What did he say about why collaborations |
| 10:08:43 | 12 | required Adobe and Apple to enter into the agreement |
| 10:08:46 | 13 | you've discussed? |
| 10:08:49 | 14 | MR. KIERNAN:  Assumes facts not in evidence. |
| 10:08:50 | 15 | Objection to the extent it misstates his prior |
| 10:08:53 | 16 | testimony. |
| 10:08:56 | 17 | THE WITNESS:  I'm sorry, can you repeat the |
| 10:08:57 | 18 | question for me. |
| 10:08:58 | 19 | MS. SCHALMAN-BERGEN:  Can you read it back, |
| 10:08:59 | 20 | please. |
| 10:09:06 | 21 | (Record read as follows:  What did he say about |
| 10:09:06 | 22 | why collaborations required Adobe and Apple to |
| 10:09:06 | 23 | enter into the agreement you've discussed?) |
| 10:09:08 | 24 | MR. KIERNAN:  Assumes facts not in evidence. |
| 10:09:08 | 25 | And to the extent it misstates his prior testimony about |

10:09:11  1    what Bruce Chizen said at the meeting.

10:09:14  2              THE WITNESS:  Yeah.  I'm sorry, I'm having kind

10:09:17  3    of a hard time parsing the question.  Can you repeat it

10:09:20  4    one more time.

10:09:32  5              (Record read as follows:  What did he say about

10:09:32  6              why collaborations required Adobe and Apple to

10:09:32  7              enter into the agreement you've discussed?)

10:09:33  8              MR. KIERNAN:  Same objections.

10:09:34  9              THE WITNESS:  Yeah.  I think the -- you know,

10:09:36 10    my recollection was that, you know, Bruce fully

10:09:40 11    understood that we had, you know, that we had this

10:09:44 12    ongoing need to have a low level of collaboration with

10:09:47 13    Apple that had been going on for years, really right

10:09:50 14    almost from the start of the company's inception.  So I

10:09:55 15    think Bruce didn't really state anything explicitly

10:09:59 16    about that.  It was just an assumption.  I mean, that's

10:10:01 17    just the way we'd been working for years.  And it was

10:10:04 18    necessary.

10:10:08 19              MS. SCHALMAN-BERGEN:  Q.  It was your

10:10:09 20    assumption that the ongoing need to have a low level

10:10:12 21    of collaboration with Apple required Bruce to enter

10:10:15 22    into an agreement with Steve not to recruit each

10:10:17 23    other's employees?

10:10:19 24         A.  Well, I think, you know, I guess, so my answer

10:10:21 25    is yes.

12:25:29  1        Q.  Did we talk about After Effects?

12:25:31  2             MR. KIERNAN:  Yes.

12:25:32  3             THE WITNESS:  You did mention After Effects.

12:25:34  4             MS. SCHALMAN-BERGEN:  Q.  What's Flash?

12:25:36  5        A.  So Flash is the technology that is designed to

12:25:43  6   support interactivity in the context of Web pages.

12:25:51  7        Q.  Have Adobe and Apple collaborated with respect

12:25:53  8   to Flash?

12:25:54  9        A.  They have.  They have.

12:25:56 10        Q.  Can you describe the nature of their

12:25:59 11   collaborations.

12:26:00 12        A.  Well, I -- I wasn't involved firsthand, but I

12:26:03 13   know that, again, one of the things that Flash is

12:26:06 14   extremely sensitive to is performance.  And so that's

12:26:11 15   certainly an area where I know collaboration occurred

12:26:15 16   between the two companies.

12:26:16 17             The other big area of concern with technologies

12:26:20 18   like Flash is security and making sure that, you know,

12:26:24 19   little programs that are essentially representations of

12:26:32 20   this interactivity, they're -- it's much like that page

12:26:34 21   description language we talked about earlier that

12:26:38 22   outputs a printed page.  In this case, it's a little

12:26:40 23   language that outputs a little piece of interactivity

12:26:43 24   within the context of a Web page.

12:26:45 25             So security was a big issue that we worked

12:26:48  1   closely with Apple on to assure that somebody wouldn't

12:26:53  2   introduce, you know, any sort of unexpected side effects

12:26:59  3   as a result of running these little action scripts that

12:27:02  4   are the basis of Flash.

12:27:11  5        Q.  Has there been any tension between Adobe and

12:27:13  6   Apple with respect to adoption of Flash?

12:27:16  7        A.  Yes, there has.

12:27:18  8        Q.  Can you describe that tension for me.

12:27:20  9        A.  Yeah.  I think it's, you know, it's been pretty

12:27:22 10   much in the news.  Everybody knows about it.  You know,

12:27:25 11   Apple really felt fairly strongly that the use of Flash,

12:27:30 12   particularly in the context of mobile applications,

12:27:33 13   really did not meet Apple's expectations.  They didn't

12:27:39 14   feel it was performing enough.  They felt that it's, you

12:27:43 15   know, the sort of requirements that they put on

12:27:46 16   batteries associated with these devices, all these

12:27:48 17   things were, you know, not where Apple expected them to

12:27:54 18   be.  And that was the source of the tension.

12:27:59 19        Q.  And Apple decided not to use Flash on its

12:28:03 20   mobile applications; is that accurate?

12:28:05 21        A.  That's accurate.

12:28:07 22        Q.  Was that a source of concern at Adobe?

12:28:11 23        A.  Absolutely.

12:28:14 24        Q.  How would you describe the nature of the

12:28:16 25   relationship between Adobe and Apple during that time

12:28:21  1   period?

12:28:21  2        A.  Well, I think it was at a low point.  I mean,

12:28:24  3   the relationship ebbed and flowed and there were, you

12:28:27  4   know, points in time that -- the TrueType Microsoft

12:28:30  5   thing is another example of one of those where we were

12:28:32  6   at a low point in our relationship.

12:28:35  7        But I still feel like, you know, even -- even

12:28:38  8   while that was happening, there still, you know,

12:28:40  9   many, many examples where the companies needed to

12:28:44 10   collaborate and -- and were dependent upon one another.

12:28:49 11        Q.  Okay.  Have I missed any major collaborations

12:28:54 12   that Apple and Adobe have had to work on during the

12:29:01 13   course of their histories?

12:29:02 14        A.  We've talked primarily about the engineering

12:29:04 15   collaborations, but there were a whole range of kind of

12:29:06 16   go-to-market collaborations that were equally impactful.

12:29:11 17        Q.  Tell me what you mean by "go to market."

12:29:15 18        A.  What I mean by that is, since we serve largely

12:29:18 19   the exact same customer segment, or we have for many

12:29:21 20   years of our combined history, creative professionals,

12:29:25 21   you know, as we introduced a new important product like

12:29:29 22   InDesign, we would frequently collaborate with Apple to

12:29:31 23   put together a marketing campaign that would make

12:29:35 24   available InDesign plus a new Apple device, for example.

12:29:40 25   So that's what I mean by go to market.  And there were

| | | |
|---|---|---|
| 12:29:42 | 1 | many, many examples of that. |
| 12:29:43 | 2 | Q.  Can you list a few of those examples. |
| 12:29:45 | 3 | A.  Yeah.  So there were pro- -- there were |
| 12:29:46 | 4 | campaigns that we would jointly run that targeted the |
| 12:29:52 | 5 | educational vertical, so back-to-school kinds of |
| 12:29:54 | 6 | experiences where we would offer discounted software in |
| 12:29:57 | 7 | conjunction with Apple's hardware.  The bundling of our |
| 12:30:01 | 8 | products on Apple software, frequently.  So those are |
| 12:30:03 | 9 | examples. |
| 12:30:04 | 10 | Q.  Are there any other examples of major |
| 12:30:09 | 11 | collaborations that we now have not discussed that -- |
| 12:30:12 | 12 | between Adobe and Apple? |
| 12:30:14 | 13 | A.  I don't think so. |
| 12:30:16 | 14 | Q.  Okay.  If you think of any, will you let me |
| 12:30:18 | 15 | know? |
| 12:30:18 | 16 | A.  I will. |
| 12:30:19 | 17 | MS. SCHALMAN-BERGEN:  I think now would be a |
| 12:30:20 | 18 | good time to take a lunch break. |
| 12:30:22 | 19 | MR. KIERNAN:  Okay. |
| 12:30:23 | 20 | THE VIDEOGRAPHER:  This is the end of video |
| 12:30:25 | 21 | No. 3.  The time is 12:30 p.m. |
| 12:30:28 | 22 | We're off the record. |
| 12:30:29 | 23 | (Recess taken.) |
| 01:13:04 | 24 | THE VIDEOGRAPHER:  This is the beginning of |
| 01:13:06 | 25 | video No. 4 in the deposition of Digby Horner.  The time |

01:50:37  1      A.  Adobe and Microsoft or Adobe and Apple?

01:50:39  2      Q.  Microsoft.

01:50:41  3      A.  Adobe and Microsoft.  I'm sure there are

01:50:46  4  others, but I think we've talked about the ones that I

01:50:48  5  can recall at this point.

01:50:55  6          And I know, by the way, that you asked me, you

01:50:57  7  know, could I think of any others with respect to Adobe

01:50:59  8  and Apple.  And I did think of a couple more.

01:51:02  9      Q.  Okay.  Go ahead.

01:51:04 10      A.  We talked a bit about OSF -- OS X and Steve's

01:51:08 11  sort of concern that, you know, we weren't moving fast

01:51:11 12  enough on OS X.  Well, one of the collaborations I

01:51:13 13  didn't mention was the Illustrator product.  Adobe

01:51:16 14  Illustrator.  And we put a huge amount of effort in --

01:51:20 15  in, you know, making Illustrator run well on OS X.

01:51:24 16          And, in fact, it was such a significant

01:51:26 17  investment that it took almost -- not almost, it took

01:51:29 18  the entire team almost two full product cycles, so

01:51:32 19  almost three years, to rewrite major portions of that

01:51:35 20  application to work properly on OS X.  And that

01:51:40 21  involved, you know, lots and lots of hours of

01:51:43 22  collaboration with -- with Apple.

01:51:44 23          And another big one I missed was when Apple

01:51:48 24  moved to the power PC architecture.  You know, the Intel

01:51:51 25  architecture.  That was one that was very interesting

01:51:55  1    because it -- it was really foundational and it had a

01:52:00  2    dramatic impact on performance.  So we had to go back

01:52:03  3    and really retune performance in all of our applications

01:52:06  4    as a result of that architectural change.

01:52:09  5          So those were two big ones that I -- I didn't

01:52:11  6    mention.  Just -- just to be clear, those are the only

01:52:15  7    ones I remember right now.

01:52:18  8          Q.  Thank you.

01:52:19  9          With respect to Illustrator, during what time

01:52:22 10    period were Apple and Adobe collaborating the way that

01:52:25 11    you just discussed?

01:52:27 12          A.  Well, this was -- this was right prior to

01:52:28 13    OS X being released, so I think that was 2001-ish or

01:52:32 14    thereabouts.  And -- and it went on for -- for a good

01:52:37 15    long while.

01:52:37 16          And remember, like I said earlier, OS X was

01:52:39 17    really a series of releases on -- that -- that took, you

01:52:43 18    know, really a five- or six-year period to realize, and

01:52:46 19    so there were four or five different releases.

01:52:48 20          Q.  Would you describe the 2001 time period as a

01:52:51 21    period of intense collaboration between Adobe and Apple

01:52:54 22    with respect to Illustrator?

01:52:56 23          A.  I would.

01:53:02 24          MR. KIERNAN:  I think -- I should note for the

01:53:03 25    record, Sarah, that the -- I think some -- as I'm

01:53:05  1   listening to this right now, some of the confusion I

01:53:07  2   think was you're asking this morning about only

01:53:11  3   collaborations when he was an individual contributor.

01:53:14  4          And I don't know if for now we're going into

01:53:17  5   the manager side, and if you are going to get into that

01:53:20  6   at all or not, but....

01:53:21  7          MS. SCHALMAN-BERGEN:  That's a good

01:53:22  8   clarification.

01:53:23  9      Q.  And so when I was asking if you remembered any

01:53:26  10  other collaborations, I would like to know the full list

01:53:29  11  of collaborations, so if there are any from your entire

01:53:32  12  time period working at Adobe, so if there's anything so

01:53:35  13  far that you have not mentioned, now would be a good

01:53:37  14  time to tell me about those collaborations.

01:53:39  15     A.  Yeah.  So I -- I think we talked about the

01:53:41  16  shift to the Intel architecture.  We talked about

01:53:44  17  Illustrator.  We've talked about PhotoShop and After

01:53:48  18  Effects and InDesign.  So I think that's a pretty good

01:53:52  19  laundry list.  And -- and again, I'll reserve the right

01:53:55  20  to say that those are the ones I remember right now.

01:54:00  21  I'm sure on my drive home I'll think of several more.

01:54:04  22     Q.  That's fair.

01:54:04  23          With respect to the collaborations involving

01:54:07  24  the Intel architecture, during what time period would

01:54:10  25  you say those collaborations occurred?

03:02:23  1   this guy really a rock star and are we willing to make

03:02:27  2   an exception here because this is an infrequent

03:02:29  3   occurrence.

03:02:30  4        Q.  And is some of the information in this chart

03:02:32  5   related to the compensation of his peers?

03:02:38  6        A.  Well, I think that in this chart right here, I

03:02:41  7   don't see anything -- well, yeah.  They do have the base

03:02:44  8   salaries in here.  And so I think that the way you would

03:02:51  9   correlate this is that you would look at the salary

03:02:57 10   range that's characterized on page 1.

         11        A rather large range.

03:03:06 12        And what you see on the second page is sort of

03:03:09 13   a subset of 5163s.  Probably doesn't include

03:03:13 14   localization, engineers and some other categories that

03:03:16 15   aren't good compares and tries to give you a sense of

03:03:19 16   what the distribution of salaries is across those.

03:03:23 17        Q.  What is the -- do you see the first column that

03:03:25 18   says comp ratio, I think?

03:03:27 19        A.  Yeah.  My understanding of comp ratio is where

03:03:33 20   are those folks in the range.  So we -- when we bring

03:03:38 21   somebody in as a new hire, you know, we -- we -- we have

03:03:44 22   a particular target in that range that -- that we hire

03:03:48 23   sort of on average against, and Donna Morris would be

03:03:51 24   able to give you tons more detail than I can here, but

03:03:55 25   I'll try to give you the details as I understand them.

Deposition of Digby Horner                          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

03:03:58   1



03:04:37  12          I know that's complicated, but....

03:04:40  13          Q.  Is it fair to say that you want to consider how

03:04:44  14          peers are being compensated to make sure

03:04:48  15  that the compensation he receives is fair in comparison

03:04:52  16  to them?

03:04:54  17              MR. KIERNAN:  Argumentative.

03:04:55  18              THE WITNESS:  Yeah.  What I would -- what I

03:04:57  19  would say here is that, you know, the primary thing I

03:04:59  20  look at is -- so that -- that's a term that we use

03:05:03  21  internally, which is internal equity.

03:05:06  22          Q.  Okay.

03:05:06  23          A.  And, you know, at the end of the day, I -- we

03:05:08  24  do care about that.  I mean, one of the things that I

03:05:11  25  would look at is, you know, is the -- is the proposal

| | | |
|---|---|---|
| 03:05:15 | 1 | that John's making something that's likely to put this |
| 03:05:18 | 2 | employee outside of the range.  That would, of course, |
| 03:05:20 | 3 | be a concern for me. |
| 03:05:22 | 4 | But really, for me, it's less about the equity |
| 03:05:27 | 5 | with respect to these folks.  You know, I don't want |
| 03:05:31 | 6 | them to be out of the range, but it's more about his |
| 03:05:34 | 7 | performance and being able to say, well, what has he |
| 03:05:37 | 8 | done in comparison to some of these other folks, |
| 03:05:40 | 9 | particularly the one on the list here who is a ▮▮▮ |
| 03:05:45 | 10 | You know, explain to me what kinds of |
| 03:05:46 | 11 | contributions -- what I would ask Jocelyn is, is help me |
| 03:05:48 | 12 | understand the kinds of things that ▮▮▮▮▮ has |
| 03:05:51 | 13 | done over the last couple of years and let me just make |
| 03:05:55 | 14 | sure I can calibrate those against the things John has |
| 03:05:58 | 15 | called out and just be confident from a data perspective |
| 03:06:00 | 16 | that we're making an as -- an appropriate exception |
| 03:06:02 | 17 | here. |
| 03:06:03 | 18 | Q.  Thank you. |
| 03:06:04 | 19 | If you look at the email above the one we were |
| 03:06:07 | 20 | just looking at, there's an email from John Farmer to |
| 03:06:10 | 21 | you, and that's dated October 25th, 2010.  Do you see |
| 03:06:12 | 22 | that? |
| 03:06:13 | 23 | A.  Yes. |
| 03:06:13 | 24 | Q.  Okay.  And Rick Waters and Jocelyn Vosburgh are |
| 03:06:18 | 25 | copied on that.  Do you see that? |

04:35:13  1    context, you have the time to do it.

04:35:22  2            THE WITNESS:  I mean, first off, I agree with

04:35:24  3    this statement and I think the context that I would

04:35:27  4    share here is that, you know, it's similar to, again, a

04:35:33  5    theme that we've touched on a number of times today.  I

04:35:35  6    think that if the trust had eroded, we would not have

04:35:44  7    given up in trying to, you know, continue to offer our

04:35:46  8    applications on that platform.

04:35:48  9            But I just -- I think we would have been far

04:35:51 10    less successful at being able to, you know, between the

04:35:53 11    two companies, deliver really world class products that

04:35:57 12    benefited both companies.

04:35:59 13            MS. SCHALMAN-BERGEN:  Q.  Are you aware of

04:36:00 14    any instance in which a cold call actually impacted

04:36:06 15    collaborations?

04:36:08 16            MR. KIERNAN:  Objection to the extent it calls

04:36:09 17    for speculation.

04:36:10 18            THE WITNESS:  Yeah.  I -- I am not aware of

04:36:13 19    anything in sort of my immediate sphere.

04:36:34 20            MS. SCHALMAN-BERGEN:  You can put that document

04:36:35 21    away.

04:36:53 22        Q.  Sir, can you identify any ways consumers of

04:36:57 23    Apple products are being hurt -- or excuse me -- of

04:36:58 24    Adobe's products are being hurt because Adobe is no

04:37:01 25    longer adhering or entering into the kinds of

| | |
|---|---|
| 04:37:04 1 | nonsolicitation agreements that the DOJ Final Judgment |
| 04:37:07 2 | barred? |
| 04:37:08 3 | MR. KIERNAN:  Objection to the extent it calls |
| 04:37:09 4 | for speculation.  Ambiguous and assumes facts not in |
| 04:37:14 5 | evidence. |
| 04:37:17 6 | THE WITNESS:  Yeah.  I mean, it's pretty early |
| 04:37:19 7 | since the DOJ, you know, change is upon us now.  So I |
| 04:37:26 8 | guess what I fear, and this is, again, just -- you're |
| 04:37:28 9 | asking for my opinion here, so.... |
| 04:37:31 10 | What I fear is something we've touched on a few |
| 04:37:34 11 | times today, which is just that there are going to be, |
| 04:37:37 12 | you know, features that we are not able to implement to |
| 04:37:40 13 | the same level on the Apple platform versus the |
| 04:37:46 14 | Microsoft platform.  So that's the sort of thing that I |
| 04:37:49 15 | fear. |
| 04:37:52 16 | MS. SCHALMAN-BERGEN:  Q.  Which specific |
| 04:37:52 17 | features do you fear you will not be able to |
| 04:37:55 18 | implement on the same level of the Apple platform as |
| 04:38:00 19 | a result of not being enter -- able to enter into |
| 04:38:06 20 | nonsolicitation agreements? |
| 04:38:06 21 | A.  Well, I'm -- I'm sort of offering up a |
| 04:38:08 22 | generalization, but I think the sorts of features that |
| 04:38:13 23 | I -- I think would be at risk are features that are, you |
| 04:38:19 24 | know, highly performance sensitive.  And -- and a lot of |
| 04:38:24 25 | PhotoShop and -- and the video product features, you |

04:38:29  1    know, one of the trends in those products is the ability

04:38:32  2    to make transformations on images or clips of video and

04:38:36  3    sort of see the effects of those things happening in

04:38:38  4    real time.  And that takes a tremendous amount of

04:38:41  5    compute time and -- and a -- and very fine tuning that

04:38:45  6    takes advantage of a lot of graphics code processors and

04:38:51  7    things of that nature.

04:38:52  8            And those are examples of the sorts of things

04:38:57  9    that we really require Apple's collaboration to make

04:38:59 10    sure that we're taking advantage of in the proper way.

04:39:02 11    So that's an example of the sort of thing that I think

04:39:05 12    could degrade.

04:39:07 13        Q.  Have you expressed this fear to anyone within

04:39:10 14    Adobe?

04:39:11 15        A.  Well, I have a team that works on these, you

04:39:16 16    know, enabling our applications to talk to these graphic

04:39:20 17    processing units so, yeah, it's a fear that we talk

04:39:24 18    about internally.  I know Apple knows that we're

04:39:27 19    concerned about that.  We haven't seen any signs of

04:39:30 20    noncollaboration with them as a result of the DOJ

04:39:34 21    settlement.  So that's good.

04:39:36 22        Q.  How do you know that Apple knows you're

04:39:38 23    concerned about it?

04:39:39 24        A.  Oh, we talk with them.

04:39:41 25        Q.  Who do you talk to?

04:39:42  1      A.  Well, it's, again, one of these examples of --

04:39:45  2   of collaboration.  I mean, somebody in -- there's a

04:39:47  3   couple of people in my core technology group that are

04:39:51  4   responsible for -- they're responsible for some

04:39:56  5   libraries that we build that are incorporated into all

04:39:59  6   of Adobe's products that sort of provide an interface to

04:40:02  7   these graphic processing units.

04:40:04  8          And they have counterparts at Apple.  I don't

04:40:07  9   know their exact names.  But folks that they talk to on

04:40:10 10   a regular basis to try to stay abreast of any changes

04:40:14 11   that might be coming as a result of OS improvements or

04:40:19 12   OS releases.  And so I'm -- I'm sort of assuming -- I

04:40:22 13   know that those conversations happen on a pretty regular

04:40:24 14   basis.

04:40:25 15      Q.  Which employee within Adobe told you that they

04:40:28 16   had a conversation with Apple about a fear that

04:40:35 17   nonsolicitation agreements would prevent future

04:40:37 18   collaborations?

04:40:39 19      A.  Which Adobe employee.  Well, if I said that, I

04:40:42 20   meant that, you know, again, this is kind of one of

04:40:45 21   those things where in team meetings with some of my

04:40:50 22   subgroups we talk about these kinds of things.  So I

04:40:52 23   can't name a specific individual.  It's more like the

04:40:56 24   buzz that I hear from my team that's quite intimately

04:40:59 25   involved in this area.

04:41:01  1      Q.  Can you identify a single individual who has

04:41:03  2  told you that they have spoken with someone at Apple

04:41:06  3  about a fear that collaborations would be hindered as a

04:41:10  4  result of that --

04:41:11  5      A.  Well, I didn't say spoken with Apple.  I said

04:41:15  6  spoken with -- you know, you asked me if I had heard --

04:41:17  7  my interpretation was has anybody expressed that concern

04:41:20  8  with me.

04:41:21  9      Q.  Who has expressed the concern to you?

04:41:23 10      A.  Yeah.  I can get you a name if I need to.  I'm

04:41:25 11  not prepared to give it to you right now, but I'll have

04:41:28 12  to go back and do some research.

04:41:29 13      Q.  What would you do to research to get me a name?

04:41:31 14      A.  I'd go talk to my GPU group.

04:41:34 15      Q.  Who's in your GPU group?

04:41:37 16      A.  Well, it's run by a gal by the name or Dahlia

04:41:39 17  Ackner.  So I assume it's either her or somebody on her

04:41:43 18  team.  But I would like to get the right contact,

04:41:47 19  somebody that is in regular communication with Apple,

04:41:48 20  and it would be somebody on her team.

04:41:50 21      Q.  How do you spell her last name?

04:41:52 22      A.  A-C-K-N-E-R.

04:41:57 23      Q.  As we sit here today, you can't identify a

04:41:59 24  single individual --

04:42:00 25      A.  That's correct.

04:47:29  1   call, solicit or hire?

04:47:30  2         MR. KIERNAN:  Objection.  Form.

04:47:31  3         THE WITNESS:  I can only answer in the context

04:47:33  4   of my job and what I actually know.  And that's --

04:47:35  5   that's the context within which I'm answering.

04:47:38  6         MS. SCHALMAN-BERGEN:  Q.  So is the answer

04:47:39  7   to my question, no, you don't have any basis?

04:47:41  8      A.  Well, I think I do have a basis.  I mean, I

04:47:43  9   manage roughly a thousand people at the company, so, you

04:47:45 10   know, I -- I think if -- I think it's -- I mean, it's

04:47:49 11   not a guarantee, but I think it's reasonable that if

04:47:52 12   there were other agreements, I might know about them.

04:47:56 13      Q.  You think it's reasonable that if there were

04:47:58 14   agreements between other defendants you might know of

04:48:00 15   them?

04:48:01 16      A.  Hard to say.

04:48:03 17         MS. SCHALMAN-BERGEN:  Thank you.

04:48:06 18         THE VIDEOGRAPHER:  This is the end of video

04:48:07 19   No. 6 and the conclusion of today's proceeding.  The

04:48:11 20   time is 4:48 p.m.

04:48:12 21         We're off the record.

04:48:14 22         (The deposition concluded at 4:48 PM)

04:48:15 23

04:48:15 24

04:48:15 25

1         I, Gina V. Carbone, Certified Shorthand

2    Reporter licensed in the State of California, License

3    No. 8249, hereby certify that the deponent was by me

4    first duly sworn and the foregoing testimony was

5    reported by me and was thereafter transcribed with

6    computer-aided transcription; that the foregoing is a

7    full, complete, and true record of said proceedings.

8         I further certify that I am not of counsel or

9    attorney for either of any of the parties in the

10   foregoing proceeding and caption named or in any way

11   interested in the outcome of the cause in said caption.

12         The dismantling, unsealing, or unbinding of

13   the original transcript will render the reporter's

14   certificates null and void.

15         In witness whereof, I have hereunto set my

16   hand this day:  March 13, 2013.

17         ___X___ Reading and Signing was requested.

18         _____ Reading and Signing was waived.

19         _____ Reading and signing was not requested.

20

21

22         _____

23         GINA  V. CARBONE

24         CSR 8249, CRR, CCRR

25