# EXHIBIT C

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

1              UNITED STATES DISTRICT COURT

2             NORTHERN DISTRICT OF CALIFORNIA

3                   SAN JOSE DIVISION

4

5

6   IN RE:  HIGH-TECH EMPLOYEE     )

7   ANTITRUST LITIGATION           )

8                                  )   No. 11-CV-2509-LHK

9   THIS DOCUMENT RELATES TO:      )

10  ALL ACTIONS.                   )

11  _____)

12

13

14              ATTORNEYS' EYES ONLY

15      VIDEO DEPOSITION OF ROSEMARY ARRIADA-KEIPER

16                  March 28, 2013

17

18

19  REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25

| | | |
|---|---|---|
| 09:25:59 | 1 | financial analyst in 1998, was there a salary grade |
| 09:26:04 | 2 | associate -- was there a salary range or salary grade |
| 09:26:07 | 3 | associated with your position? |
| 09:26:08 | 4 | A.  Yes. |
| 09:26:09 | 5 | Q.  What was that? |
| 09:26:09 | 6 | A.  I don't know. |
| 09:26:11 | 7 | Q.  Do you know what your salary range was at the |
| 09:26:14 | 8 | time? |
| 09:26:14 | 9 | A.  No. |
| 09:26:15 | 10 | Q.  Do you know what your job level or what your |
| 09:26:17 | 11 | job grade was? |
| 09:26:18 | 12 | A.  At that time? |
| 09:26:19 | 13 | Q.  Yes. |
| 09:26:20 | 14 | A.  No. |
| 09:26:23 | 15 | Q.  Did you receive promotions or -- well, did you |
| 09:26:27 | 16 | receive any promotions during your time as an analyst? |
| 09:26:30 | 17 | A.  I did. |
| 09:26:31 | 18 | Q.  What promotions did you receive? |
| 09:26:33 | 19 | A.  I moved from a career level analyst to a senior |
| 09:26:37 | 20 | level analyst, and eventually to a program manager. |
| 09:26:49 | 21 | Q.  Did your salary increase with each of those |
| 09:26:51 | 22 | moves? |
| 09:26:54 | 23 | A.  Yeah.  I mean, I don't recall specifically, |
| 09:26:56 | 24 | but.... |
| 09:26:59 | 25 | Q.  Did your compensation increase -- well, did |

09:27:03  1   your base salary increase with each of those moves

09:27:06  2   within the analyst position?

09:27:08  3        A.  Yes.

09:27:16  4        Q.  What were your job responsibilities as a

09:27:18  5   compensation analyst?

09:27:20  6        A.  So we supported different business units within

09:27:24  7   the organization.  So it consisted of things like

09:27:27  8   participating in surveys; doing benchmarking; doing

09:27:30  9   analysis, you know, both at a company level as well as

09:27:35 10   an organizational level; designing compensation programs

09:27:38 11   and plans.

09:27:45 12        Q.  You mentioned that as a compensation analyst

09:27:48 13   you participated in surveys?

09:27:50 14        A.  Yes.

09:27:50 15        Q.  Can you tell me more about that.

09:27:52 16        A.  Yeah.  So as a company, we participate in

09:27:56 17   surveys that third-party vendors host.  Radford is the

09:28:00 18   primary source that we use.  And so what that entails is

09:28:04 19   having to provide information about our compensation

09:28:08 20   practices and ranges that we develop.  And as part of

09:28:13 21   that, there is lots of different companies that

09:28:15 22   participate in that.  And as a result of us

09:28:18 23   participating and providing our data, we're then able to

09:28:21 24   get aggregated output data so we use that information as

09:28:25 25   we're determining kind of our market practices and

| | | |
|---|---|---|
| 09:28:28 | 1 | compensation practices that we want to apply internally. |
| 09:28:32 | 2 | Q.  Do you know whether Adobe used any third-party |
| 09:28:36 | 3 | surveys other than Radford? |
| 09:28:37 | 4 | A.  Yeah.  We had a number of different ones. |
| 09:28:40 | 5 | Q.  Which surveys did you subscribe to or |
| 09:28:42 | 6 | participate in? |
| 09:28:42 | 7 | A.  The ones that come to mind for me would have |
| 09:28:44 | 8 | been Radford, we used iPass, I'm sure there were others. |
| 09:28:52 | 9 | I can't recollect their names.  But our primary has |
| 09:28:55 | 10 | always been Radford.  The others were more secondary |
| 09:28:59 | 11 | sources. |
| 09:29:01 | 12 | Q.  You mentioned that you did benchmarking work as |
| 09:29:04 | 13 | a compensation analyst? |
| 09:29:05 | 14 | A.  Uh-huh. |
| 09:29:05 | 15 | Q.  What do you mean by "benchmarking"? |
| 09:29:07 | 16 | A.  Looking at market data to analyze how our |
| 09:29:11 | 17 | salary ranges, practices and processes compare to the |
| 09:29:13 | 18 | market. |
| 09:29:18 | 19 | Q.  Was benchmarking an ongoing project for you as |
| 09:29:20 | 20 | a compensation analyst? |
| 09:29:23 | 21 | A.  So yeah, I guess I don't understand what you |
| 09:29:26 | 22 | mean by "ongoing." |
| 09:29:28 | 23 | Q.  It's my understanding, and we can talk about |
| 09:29:31 | 24 | this a bit later, that Adobe benchmarks against the |
| 09:29:35 | 25 | surveys on an annual basis? |

09:29:36  1          A.   Correct.

09:29:38  2          Q.   Did -- so when you were doing your benchmarking

09:29:41  3    work as a compensation analyst, were you involved in

09:29:43  4    that annual process?

09:29:44  5          A.   Yes, I was.

09:29:50  6          Q.   And can you describe the annual benchmarking

09:29:53  7    process?

09:29:53  8          A.   Yeah.  So it kind of kicks off with the survey

09:29:58  9    participation, and we typically do that in the

09:30:01  10   summertime period.  We then get output back from the

09:30:08  11   third-party vendors in terms of by job, what specific

09:30:12  12   compensation elements look like.  And they provide in

09:30:15  13   percentiles so you get the 25th, 50th, you know, 75th,

09:30:19  14   90th.

09:30:20  15



```
09:31:05   1
           2
           3
           4
           5
           6
           7
           8
           9
          10
          11
09:31:37  12      A.   We have thousands of jobs at Adobe.
09:31:41  13      Q.   What is TTC?
09:31:44  14      A.   Total target compensation.  So we define that
09:31:46  15  as your base salary plus your cash incentive.
09:31:57  16      Q.   And when you say "cash incentive," are you
09:31:59  17  referring to the incentive payments that we just
09:32:01  18  discussed?
09:32:01  19      A.   Either the sales commissions or the variable.
09:32:06  20      Q.
          21
          22
          23
          24
          25
```

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

09:32:14   1   ▮  ▮▮▮

▮▮▮ ▮  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ ▮  ▮▮▮▮▮▮▮▮▮

▮▮▮ ▮  ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ ▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ ▮  ▮▮▮▮  ▮▮▮▮▮  ▮▮▮▮▮

▮▮▮ ▮  ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮ ▮  ▮▮▮▮▮▮▮▮

▮▮▮ ▮  ▮▮▮▮▮▮▮▮▮▮▮▮

09:32:43  10   And we have a specific percentile that we're targeting

09:32:46  11   within that market data.  It's the 65th percentile.

09:32:49  12   ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮  ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮  ▮▮▮▮▮

▮▮▮  ▮▮▮▮

▮▮▮  ▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮  ▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮  ▮▮▮▮▮▮  ▮▮▮▮





09:33:33  1

09:33:55  8        Q.   So you -- if you review the survey data and

09:33:59  9   determine that Adobe is paying behind the 65th

09:34:04 10   percentile -- and when you say "65th percentile," are

09:34:06 11   you trying to target the midpoint of each salary range

09:34:10 12   of the 65th percentile?

09:34:11 13        A.   Yeah.   The midpoint of each salary range.

09:34:14 14   Correct.

09:34:17 15        Q.   And if you believe that Adobe needs more money

09:34:23 16   to pay salaries in order to hit that 65th percentile --

09:34:27 17        A.   On an aggregate level.

09:34:28 18        Q.   -- on an aggregate level, you need to go to the

09:34:31 19   finance organization?

Deposition of Rosemary Arriada-Keiper                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



09:34:43  1

09:35:43 23             THE VIDEOGRAPHER:  Excuse me.  Can you avoid of

09:35:45 24    touching the cable.

09:35:48 25             THE WITNESS:  I'm sorry.  I do a lot with my

```
09:35:49  1    hands.  I'll try to keep them up here.

09:35:52  2            THE VIDEOGRAPHER:  It makes a noise --

09:35:53  3            THE WITNESS:  I use my hands a lot.

09:35:57  4            MS. LEEBOVE:  Q.  ████████████████████

          5    ████████  █    ████████████████████████████████

          6    ████████  █    ████████████████████████████████

          7    ████████  █    ███████

          8    ████████  █        █    ████████████████████

          9    ████████  █        █    ██████████████████████████

         10    ████████             █    ███████

         11    ████████             █    ████████████████████████

         12    ████████        █████████████████████████████

         13    ████████             █    ██████████    ████████

         14    ████████        ████████████    █████████

         15    ████████             █    ███████████████████████

         16    ████████        █████████████████

         17    ████████             █    █████████████████████████

         18    ████████        ████████

         19    ████████             █    █████████████████████

         20    ████████        ███████████████████████

         21    ████████             █    ████████

09:36:49 22    Q.  That's about all the math I can do right there.

09:36:51 23    A.  That's good.  That's really good.

09:36:54 24    Q.  ████████████████████████████████████████

         25    ████████             █    ████
```

```
09:36:58   1        Q.  How do --

09:37:00   2        A.  ███████████████████████
```

Deposition of Rosemary Arriada-Keiper    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



09:38:38  7      Q.  As a compensation analyst, did you ever study

09:38:44  8  whether employees were -- how many employees were being

09:38:47  9  paid below the range for their job?

09:38:50 10      A.  It's part of the reporting.  So we'll look at

09:38:52 11  how many employees are below the minimum, we'll look at

09:38:55 12  how many are above the maximum, we'll look at how many

09:38:58 13  are targeted, you know, in what percentile.  So, yeah,

09:39:00 14  we definitely look at that information.

09:39:06 15      Q.  Has that been true for -- if I use the term

09:39:09 16  "class period," do you understand what I would be --

09:39:13 17  what I'm referring to?

09:39:14 18      A.  No.

09:39:15 19      Q.  So the class period -- and we'll talk about

09:39:19 20  your declaration a little bit later.

09:39:20 21      A.  Okay.

09:39:21 22      Q.  But when I refer to the class period, I'm

09:39:24 23  talking about the period of time between January 1st,

09:39:27 24  2005 and December 31st, 2009.

09:39:29 25      A.  Okay.

09:39:31   1          Q.   So do you know whether for the entire -- for

09:39:34   2    the entire class period it's been Adobe's policy to

09:39:41   3    review whether employees are being paid in or out of

09:39:44   4    range?

09:39:45   5          A.   So yeah.  So it's always been a part of the

09:39:48   6    process to kind of look at where employees are

09:39:50   7    positioned relative to the ranges that we're developing.

09:39:57   8          Q.   And has this process of -- and has Adobe

09:40:01   9    participated in surveys for the whole class period?

09:40:04  10          A.   As long as I can remember, yeah.

09:40:06  11          Q.   And has Adobe engaged in this annual process of

09:40:09  12    comparing its salaries to market on an annual basis --

09:40:12  13          A.   Yes.

09:40:12  14          Q.   -- throughout the class period?

09:40:13  15          A.   Yeah.

09:40:23  16               (Discussion off the record.)

09:40:33  17               MS. LEEBOVE:   Q.   So we were talking about

09:40:34  18    your job duties as a compensation analyst, and you

09:40:36  19    mentioned surveys, benchmarking, analysis.  And was

09:40:41  20    the analysis that we just discussed the analysis

09:40:44  21    that you were talking about when you referred to

09:40:48  22    doing analysis as a compensation analyst?

09:40:50  23          A.   That's one of them.

09:40:51  24          Q.   What other sorts of analyses did you do as a

09:40:54  25    compensation analyst?

| | | |
|---|---|---|
| 09:44:41 | 1 | moved from a career compensation analyst to a senior |
| 09:44:45 | 2 | compensation analyst? |
| 09:44:49 | 3 | A.  I would say it's more about the types of |
| 09:44:52 | 4 | projects, and kind of from a support perspective, the |
| 09:44:57 | 5 | type of visibility you get in terms of who you are |
| 09:44:59 | 6 | interfacing with from a client support perspective. |
| 09:45:03 | 7 | The core of the work is still the same, you are |
| 09:45:06 | 8 | doing analyzing and benchmarking and a lot of that. |
| 09:45:09 | 9 | It's just the types of programs are more highly visible. |
| 09:45:11 | 10 | So from that perspective, no.  When I made the jump from |
| 09:45:16 | 11 | an individual contributor to a manager, then I would say |
| 09:45:18 | 12 | yeah, much more significant.  Because now I'm all of a |
| 09:45:21 | 13 | sudden having to manage people which adds a whole |
| 09:45:24 | 14 | different dynamic. |
| 09:45:24 | 15 | Q.  So you became a manager in 2006-ish? |
| 09:45:27 | 16 | A.  Yeah.  I should have looked up my chronology. |
| 09:45:34 | 17 | Q.  And you moved from -- and I just want to make |
| 09:45:37 | 18 | sure that I'm getting this straight because I've -- |
| 09:45:41 | 19 | A.  I don't know if I remember it either.  I have |
| 09:45:43 | 20 | to go look it up, it's been so long.  But yeah. |
| 09:45:46 | 21 | Q.  But you moved from an analyst role to a manager |
| 09:45:48 | 22 | of global compensation role? |
| 09:45:50 | 23 | A.  I did, yeah. |
| 09:45:51 | 24 | Q.  And what did your job as a senior manager -- or |
| 09:45:56 | 25 | were you a manager first and then a senior -- |

09:45:58  1      A.  And then a senior manager.  Yeah.

09:46:02  2           MR. KIERNAN:  So were you the program manager?

09:46:05  3           THE WITNESS:  So no, it was -- analyst, senior

09:46:08  4  analyst, program manager, career level manager, senior

09:46:12  5  level manager, director.  So just moving up in levels,

09:46:16  6  right?  We have lots of levels at Adobe.

09:46:21  7           MR. KIERNAN:  I hope you got that.

09:46:25  8           THE WITNESS:  Again, analyst, senior analyst,

09:46:27  9  career level manager, senior level manager -- I forgot

09:46:33 10  the program in between the manager and the senior

09:46:35 11  analyst.

09:46:41 12           MS. LEEBOVE:  Q.  When you were a program

09:46:43 13  manager, were you still working functionally as an

09:46:48 14  analyst?

09:46:49 15      A.  It was definitely functionally as an analyst.

09:46:52 16  My audience there, though, was I was doing executive

09:46:55 17  comp.  So the programs that I was supporting were the

09:46:58 18  board of directors, the officers of the company, and

09:47:01 19  kind of VP level and above.  So again, just same kind of

09:47:06 20  concepts, but a different audience.

09:47:12 21      Q.  And then when you became -- the career level

09:47:15 22  manager position was the manager of global compensation,

09:47:17 23  am I right?

09:47:18 24      A.  Exactly.  Yeah.

09:47:20 25      Q.  And what were your job duties as the manager of

09:47:23  1  global compensation?

09:47:24  2      A.  So, you know, we tend to be working managers,

09:47:26  3  so I did some level of analysis and benchmarking, some

09:47:32  4  of that other stuff.  But my primary focus, I would say

09:47:35  5  about 70 percent of my time, was more directing the

09:47:38  6  projects, you know, and disbursing them on the team and

09:47:41  7  doing check-ins with my team, providing guidance.  That

09:47:45  8  sort of thing.  So it was more managing people as

09:47:48  9  opposed to doing the actual work.

09:47:53  10     Q.  How many reports did you have as the manager of

09:47:55  11 global compensation?

09:47:56  12     A.  Oh, my God.  We'd have to go back.  We've had

09:48:00  13 so many fluctuations.  I would say between three and

09:48:05  14 five.

09:48:06  15     Q.  Okay.  As the manager of global compensation,

09:48:12  16 were you responsible for allocating your focal budget to

09:48:17  17 your three to five direct reports?

09:48:20  18     A.  Yeah.  Just like a manager.  Yeah.

09:48:29  19     Q.  Was your -- was it when you assumed the title

09:48:32  20 of manager of global compensation that you first were

09:48:35  21 responsible for allocating a focal budget among reports?

09:48:39  22     A.  For making recommendations, yeah.  As an

09:48:41  23 individual contributor I was never responsible for

09:48:43  24 making recommendations.

09:48:46  25     Q.  And did you directly allocate the focal budget,

| | | |
|---|---|---|
| 10:46:11 | 1 | Q.  Roughly? |
| 10:46:12 | 2 | A.  Roughly about 12,000 globally. |
| 10:46:18 | 3 | Q.  Do you know how many of the roughly 12,000 jobs |
| 10:46:21 | 4 | globally are in the United States? |
| 10:46:25 | 5 | A.  12,000 employees. |
| 10:46:26 | 6 | Q.  Of the -- right.  Do you know of the -- of |
| 10:46:30 | 7 | Adobe's roughly 12,000 employees, do you know how many |
| 10:46:33 | 8 | reside in the United States? |
| 10:46:34 | 9 | A.  Roughly 6,000. |
| 10:46:40 | 10 | Q.  Is it fair to say that throughout the class |
| 10:46:41 | 11 | period, approximately half of Adobe's employees have |
| 10:46:44 | 12 | been located in the U.S.? |
| 10:46:48 | 13 | A.  I don't know.  Our distribution has shifted |
| 10:46:51 | 14 | over the years, so I don't know that it's always been |
| 10:46:54 | 15 | half. |
| 10:46:55 | 16 | Q.  Okay.  Do you know how many job categories |
| 10:46:58 | 17 | Adobe has currently? |
| 10:47:03 | 18 | A.  No. |
| 10:47:10 | 19 | Q.  Do you know whether there have been efforts |
| 10:47:12 | 20 | over time to reduce or streamline Adobe's job |
| 10:47:16 | 21 | categories? |
| 10:47:18 | 22 | A.  We have tried to consolidate the number of jobs |
| 10:47:21 | 23 | we utilize, yes. |
| 10:47:26 | 24 | Q.  How so? |
| 10:47:28 | 25 | A.  So as I mentioned earlier, every job has a |



10:47:33  1    discrete salary range, ████████████████

10:48:19 11         Q.  Further down in paragraph 4 of Donna Morris'

10:48:22 12    declaration, and I'm picking up just at the very last

10:48:25 13    line of page 1, she states, "████████████████

."

10:48:52 18         Did I get that right?

10:48:54 19         A.  Yep.

10:48:59 20         Q.  What is the purpose -- or what purpose is

10:49:02 21    served by helping to guide compensation decisions?

10:49:09 22         A.  What purpose is served?  Kind of -- can you

10:49:12 23    help me understand your question?

10:49:14 24         Q.  Well, why -- why does Adobe want to -- or why

10:49:25 25    has Adobe wanted to help guide compensation decisions as

10:49:33  1    Ms. Morris states in her declaration?

10:49:38  2         A.  ████████████████████████████████

        ████    ████████████████████████████████████

        ████    ████████████████████████████████████████

        ████    █████████████████  ████████████████████████

        ████    ████████████████████████████████████████

        ████    ██████████████████████

10:50:01  8         Q.  Well, in what -- Ms. Morris states, "to help

10:50:13  9    guide compensation decisions."  I guess my question is,

10:50:15 10    to help guide compensation decisions in what direction

10:50:20 11    or --

10:50:21 12         A.  Probably in any direction.  So as a manager we

10:50:24 13    make decisions around new hires, we make decisions

10:50:27 14    around annual review, we make decisions around

10:50:30 15    promotions.  And so, you know, a salary range, you know,

10:50:35 16    helps you from the perspective of identifying kind of

10:50:38 17    what the appropriate level of pay could be for a

10:50:42 18    particular job.

10:50:46 19         You know, a job description helps in ensuring

10:50:48 20    that you are kind of looking at the right kind of job

10:50:50 21    and the right, you know, pay information as it relates

10:50:54 22    to your job.

10:50:59 23         Q.  So did -- or does Adobe assign each employee a

10:51:04 24    job code -- well, let me back up.

10:51:10 25         Does each job code have a salary range

| | | |
|---|---|---|
| 10:51:13 | 1 | associated with it? |
| 10:51:13 | 2 | A.   It does.   Correct. |
| 10:51:21 | 3 | Q.   And so by assigning each employee a job code |
| 10:51:25 | 4 | and a salary range, is Adobe trying to guide |
| 10:51:28 | 5 | compensation decisions into the salary range? |
| 10:51:35 | 6 | MR. KIERNAN:  Objection to form. |
| 10:51:38 | 7 | THE WITNESS: ████ ██████████████ |

████████ █  ████████████████████████ ███████

████████ █  ████████████████████████

████████  ████████████████████████████

████████  ████████████████████████████

████████      ████████████████████████

████████  ████████████████████████████

████████  ████████████████████████████

████████  ██████████████████████ ██████

████████  ████████████████████

████████  ████████████████████████████

████████  ████  ██████████████████████

████████  ████████████████████████████

████████  ████████████████████████████

████████  ██████████████

| | | |
|---|---|---|
| 10:52:29 | 22 | MS. LEEBOVE:  Q.  Is the purpose of the |
| 10:52:32 | 23 | salary ranges that are associated with job codes to |
| 10:52:36 | 24 | guide managers to compensate employees within the |
| 10:52:41 | 25 | salary range assigned to their job code? |

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
10:52:44  1          MR. KIERNAN:  Object to form.

10:52:49  2          THE WITNESS: ███████████████████
```

███████████  █   ████████████████████████████

███████████  █   █████████████  ████████████████

███████████  █   █████████████████████████████

███████████  █   ████████████████████████████

██████████   █   ████████████████

██████████   █        ████████████████████████

██████████   █   ██████████████████████

████████████     ██████████████████████

████████████     ████████████████  ████████████

```
10:53:31 12          MS. LEEBOVE:  Q.  Does Adobe generally

10:53:46 13     believe that employees should be paid within the

10:53:49 14     salary range assigned to their job code?

10:53:53 15          A. ████████████████  ████████████████
```

███████████      ████████████████████████████████

███████████      ███████████████████████████

███████████      █████████████████████████████

███████████      ██████████████  █████████████████

███████████      ████████████████████

███████████          ███████████████████████████

████████████     ████████████████████████  ███████

████████████     ████████████████████████████████

████████████     ████████████████

```
10:54:24 25          Q.  Does Adobe do any studies as to whether
```

10:54:26  1    employees are being paid in or out of range?

10:54:29  2        A.  We do.  We not only look at those below, but we

10:54:33  3    look at those above, we look at people where they're

10:54:36  4    positioned within the actual range.  So we do look at

10:54:40  5    that information.

10:54:49  6        Q.  Is it the compensation analysts who look at

10:54:51  7    that information and make those determinations?

10:54:53  8        A.  It is the compensation analyst that does that.

10:55:02  9        Q.  Do the salary ranges associated with each job

10:55:06 10    code generally -- well, are they -- do they exist in

10:55:10 11    part to make compensation decisions more expedient?

10:55:15 12        A.  I wouldn't say it's an expedient issue.  It's

10:55:20 13    more of a, you know, what do we need to be targeting in

10:55:25 14    order to be competitive.

10:55:27 15        Q.  What would happen if there were no salary

10:55:32 16    ranges associated with each job code?  How would

10:55:35 17    compensation be determined then?

10:55:37 18            MR. KIERNAN:  Object to form.

10:55:39 19            THE WITNESS:  I don't know.

10:55:48 20            MS. LEEBOVE:  Q.  Did you say you didn't

10:55:49 21    know?

10:55:49 22        A.  Yeah.  Don't know.

10:55:53 23        Q.  Continuing on with paragraph 4 of Ms. Morris'

10:55:58 24    declaration, the very last phrase in paragraph 4, which

10:56:03 25    appears on page 2 says, "██████████████████████

Deposition of Rosemary Arriada-Keiper                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 10:56:07 | 1 | ███████████████████████████████ |
| 10:56:10 | 2 | ████████████████████." Do you see that? |
| 10:56:14 | 3 | A. Yeah. |
| 10:56:15 | 4 | Q. Is that true? |
| 10:56:15 | 5 | A. Yeah. Roughly. |
| 10:56:20 | 6 | Q. And how have the job codes changed over time? |
| 10:56:24 | 7 | A. I think we -- you can see fluctuations, right? |
| 10:56:30 | 8 | With the acquisition of new companies, you bring in some |
| 10:56:34 | 9 | new jobs, because sometimes we inherit talent that are |
| 10:56:40 | 10 | in roles that we may not have had previously. We add. |
| 10:56:44 | 11 | So as we expand into different geographies, you've got |
| 10:56:48 | 12 | to create job codes for, you know, roles in those |
| 10:56:50 | 13 | geographies. So we tend to see those numbers fluctuate |
| 10:56:56 | 14 | up or down. Or if we close offices or close a |
| 10:56:59 | 15 | particular geography, then you might see them go away. |
| 10:57:04 | 16 | Q. And has there been an effort within Adobe to |
| 10:57:07 | 17 | reduce the number of job codes Adobe uses for its |
| 10:57:09 | 18 | employees? |
| 10:57:11 | 19 | A. ███████████████████████████████ |
| 10:57:13 | 20 | ████████████████████ |
| 10:57:22 | 21 | Q. Do you know how many unique job codes Adobe |
| 10:57:25 | 22 | currently uses? |
| 10:57:26 | 23 | A. I don't. |
| 10:57:29 | 24 | Q. Do you know whether Adobe has tracked the |
| 10:57:30 | 25 | number of job codes that have been in use throughout the |

Deposition of Rosemary Arriada-Keiper          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:07:56 1        A.  Yes, I did.

11:07:56 2        Q.  When did that happen?

11:07:57 3        A.  In January of 2012 -- or '13.  I'm sorry.

11:08:03 4        Q.  Had Debbie Streeter disagreed with your salary

11:08:06 5   recommendations for your four reports, would she have --

11:08:10 6   would her opinion have prevailed over yours?

11:08:14 7        A.  I don't know.

11:08:19 8        Q.  Have you ever disagreed with your supervisor --

11:08:22 9        A.  I have.

11:08:24 10       Q.  -- over -- well, let me ask the whole question.

11:08:31 11           Have you ever disagreed with your supervisor

11:08:33 12  over compensation decisions for your reports?

11:08:35 13       A.  I have.

11:08:41 14       Q.  When did you -- when did the disagreement

11:08:43 15  occur?

11:08:45 16       A.  It -- well, there has been several.  I couldn't

11:08:49 17  remember exactly when.

11:08:50 18       Q.  Did you have any disagreements over the most

11:08:52 19  recent focal review in January?

11:08:53 20       A.  No.

11:09:03 21       Q.  Can you remember the most recent instance when

11:09:05 22  you disagreed with your manager over salary decisions

11:09:08 23  you made with -- salary decisions you wanted to make

11:09:11 24  with respect to your reports?

11:09:14 25       A.  I don't remember the specifics, ████████████

Deposition of Rosemary Arriada-Keiper     In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



11:10:02 17      A.  Oh, we have a salary tool where managers go in

11:10:06 18 and make their salary recommendations.

11:10:14 19      Q.  Is this salary tool, is it a software tool --

11:10:17 20      A.  It is.

11:10:17 21      Q.  -- that is part of the focal review process?

11:10:20 22      A.  It is.  It's an online tool that's home grown,

11:10:23 23 developed internally.

11:10:29 24      Q.  Do you know who developed -- what is it called,

11:10:31 25 the salary -- just the salary tool?

11:10:33   1        A.   Salary planning tool.

11:10:34   2        Q.   Okay.  Has the salary planning tool existed for

11:10:41   3   the -- did the salary planning tool exist for the entire

11:10:43   4   class period?

11:10:44   5        A.   No.

11:10:45   6        Q.   When did the salary planning tool come into

11:10:48   7   being?

11:10:49   8        A.   This one was built for this particular review

11:10:53   9   process.  So it officially went live in December of

11:10:58  10   2012.

11:11:04  11        Q.   Was there a prior iteration of the salary

11:11:06  12   planning tool before the December '12 rollout that you

11:11:11  13   just mentioned?

11:11:12  14        A.   Several during the class period.

11:11:17  15        Q.   So let me step back and rephrase my question.

11:11:19  16   Has there been a salary planning tool for the entire

11:11:25  17   class period?

11:11:28  18        A.   No.

11:11:29  19        Q.   Can you tell me more about the several salary

11:11:32  20   planning tools that have existed at Adobe?

11:11:34  21        A.   Yeah.  So this latest one was home grown tool.

11:11:38  22   From -- for kind of the 2000 -- and I guess -- 12 review

11:11:46  23   period, we used Taleo.   I can't remember the exact

11:11:54  24   dates, but we used Taleo.  And prior to Taleo we used

11:11:57  25   SAP.

11:12:02  1        Q.  Let me get this straight.  So now Adobe uses --

11:12:05  2   let's just call it the salary planning tool.  Prior to

11:12:08  3   the salary planning tool, Adobe used Taleo?

11:12:10  4        A.  Taleo had a salary planning tool.  So they have

11:12:13  5   many products, they had a salary planning tool that we

11:12:15  6   used.

11:12:17  7        Q.  When did Adobe use Taleo's salary planning

11:12:20  8   pool?  For what time period?

11:12:22  9        A.  It was definitely before this one, but I can't

11:12:25 10   remember -- we used it for two years.  So two years

11:12:28 11   prior to this last one we used Taleo.

11:12:36 12        Q.  And what is SAP?

11:12:38 13        A.  Yeah.  I don't know what it's specifically --

11:12:41 14   but SAP salary planning tool would have been what we

11:12:44 15   used prior to Taleo's salary planning tool.

11:12:55 16        Q.  What was the function of the SAP salary

11:12:59 17   planning tool?

11:13:00 18        A.  Same function as the Taleo and the one we have

11:13:04 19   now.  Essentially a mechanism for managers to go online,

11:13:09 20   make salary recommendations, bonus recommendations, and

11:13:14 21   submit them.

11:13:20 22        Q.  Have these three -- is it fair to call all

11:13:24 23   three of these tools the salary planning tool, the SAP,

11:13:27 24   and the Taleo, salary planning tools?

11:13:29 25        A.  Yes.

11:13:29 1      Q.  Okay.  Can we refer to them generally as salary

11:13:34 2  planning tools?

11:13:36 3      A.  Yes.

11:13:37 4      Q.  Have the salary planning tools also helped

11:13:40 5  managers to stay within their merit increase budgets?

11:13:43 6      A.  Yes.

11:13:49 7      Q.  Does the salary -- has the salary planning tool

11:13:54 8  helped -- well, scratch that.

11:13:56 9          Has the salary planning tool proposed merit

11:14:06 10  increases to particular employees?  How does -- well,

11:14:08 11  can you tell me how the salary planning tool has worked?

11:14:11 12      A.  Yeah.  So essentially the salary planning tool

11:14:16 13  is populated with employee information for a particular

11:14:21 14  manager, so the employees on their team.  You have the

11:14:24 15  ability to kind of look at their current compensation.

11:14:28 16  It shows them what the range is for the current role

11:14:34 17  that they're in.  It provides information around what

11:14:39 18  their budget is in terms of what they can spend to do

11:14:43 19  the annual review, and then it's got some other detailed

11:14:46 20  information like, you know, what's the job they're in,

11:14:48 21  the level they're in, some personal data.  So managers

11:14:54 22  essentially use that to provide recommendations.

11:14:59 23          The tool also has the ability to provide kind

11:15:03 24  of the guidelines that we recommend in terms of how

11:15:09 25  managers might want to think about spending their

11:15:13   1   allocated budget.

11:15:15   2       Q.  Does -- or has the salary planning tool had a

11:15:18   3   function that a manager could input an employee's

11:15:23   4   performance rating --

11:15:27   5       A.  Previously --

11:15:27   6       Q.  -- and then --

11:15:30   7       A.  Go ahead.  I'll let you finish.

11:15:32   8       Q.  We can make that one question.

11:15:33   9           Has the salary planning tool had a function

11:15:35  10   that a manager could input an employee's performance

11:15:38  11   rating and that the tool would generate a recommendation

11:15:40  12   about a salary increase?

11:15:42  13       A.  So the tool prior to this year has had the

11:15:47  14   ability for us to input a performance rating because we

11:15:51  15   required managers to kind of assess performance.  We no

11:15:54  16   longer are requiring a specific label around a rating.

11:16:00  17           So for this year, that wouldn't have been

11:16:02  18   applicable.  But in prior years, yes.  In terms of, you

11:16:06  19   know, that performance rating automatically generating a

11:16:10  20   salary recommendation, no.

11:16:17  21       Q.  During the class period, did whichever

11:16:21  22   performance tool Adobe was using generate a salary

11:16:24  23   recommendation for each employee?

11:16:26  24       A.  No.  You have the ability -- so you have this

11:16:30  25   guideline, and you have the ability to kind of key in

Deposition of Rosemary Arriada-Keiper       In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:16:34  1   what percentage increase or what dollar value increase

11:16:37  2   you want to give.  But it doesn't automatically do that

11:16:41  3   for you.

11:16:43  4       Q.  So the salary planning tool did not provide a

11:16:46  5   function where a manager could enter in additional

11:16:50  6   employee information beyond what was already populated

11:16:53  7   there?

11:16:53  8       A.  Correct.

11:16:54  9       Q.  And the planning tool would spit out a proposed

11:16:59 10   merit increase percentage or dollar figure?

11:17:01 11           MR. KIERNAN:  Object to form.

11:17:05 12           THE WITNESS:  So what the tool would do is, as

11:17:07 13   a manager I would go in, make my recommendation.  It

11:17:12 14   would store that information.  And then as an

11:17:16 15   administrator or as a manager, I could then run a report

11:17:21 16   that would show me the recommendations I had inputed

11:17:25 17   into the tool.

11:17:35 18           MS. LEEBOVE:  Q.  As a manager using the

11:17:36 19   salary tools, did you have to propose the amount by

11:17:43 20   which you wanted to increase an employee's

11:17:46 21   compensation?

11:17:46 22       A.  Yes.  You had two ways to do that.  You could

11:17:49 23   either propose a percentage increase and just say I want

11:17:52 24   to give this person 3 percent, or you could go in and

11:17:56 25   input a dollar value.  And it would calculate either

11:20:39  1        Q.  Do you mean if Adobe programmed the tool to

11:20:42  2    default as a matter of Adobe policy?

11:20:44  3            MR. KIERNAN:  Object to form.

11:20:45  4            THE WITNESS:  No.  Your question to me was, you

11:20:47  5    know, does the software, you know, provide a mechanism

11:20:49  6    for the lazy manager to go ahead and input a ranking and

11:20:53  7    then automatically recommend an increase?  And I'm

11:20:55  8    saying unless -- I don't think that would have been the

11:20:58  9    case, I can't remember, because we had a range typically

11:21:03 10    for any performance level.  It wasn't like a flat

11:21:05 11    amount.

11:21:06 12            And so unless we programmed to some sort of

11:21:10 13    default within that range, it wouldn't have known what

11:21:13 14    to pick, right?  So I guess I'm telling you I don't know

11:21:17 15    because I don't remember what was programmed.

11:21:19 16            MS. LEEBOVE:  Q.  Okay then, I'll stick

11:21:21 17    with the "I don't know."

11:21:29 18            So I'm turning to paragraph 7, back to

11:21:33 19    paragraph 7 of Donna Morris' declaration.  And the first

11:21:38 20    sentence states, "Adobe did not determine compensation

11:21:41 21    for individual employees on a company-wide basis."

11:21:44 22            Did I read that right?

11:21:45 23        A.  Yeah.

11:21:46 24        Q.  And is that your understanding -- do you

11:21:48 25    believe that to be true?

11:21:50  1         A.   I do.

11:21:58  2         Q.   And Ms. Morris continues, "Instead, managers

11:22:01  3    determine the compensation for individual employees

11:22:03  4    within a business unit, and were required to

11:22:06  5    differentiate compensation among employees based on

11:22:09  6    performance levels, performance reviews, and the

11:22:12  7    manager's assessment of the employee's expected future

11:22:15  8    contribution to the company."

11:22:17  9         Did I get that right?

11:22:18 10         A.   Correct.

11:22:19 11         Q.   Do you agree with that as well?

11:22:20 12         A.   I do.

11:22:21 13         Q.   ████████████████████████████████████████████

████████████  ██████████████████████████████████

████████████    ██  ██████████████████████████████████

████████████  ██████████████  ████████████████████████████

████████████  █████████████████████████████████████████

████████████  ██████████████████████████████████████████

████████████  ██████████████████████  ███████████████████

████████████  █████████████████████████████████████

████████████  ██████████████████████████████████████████

████████████    ████████████████████████████████████████

████████████  ████████████████████████████████  ████████

████████████  ██████████████████████████████████████████

████████████  ████████████████████

11:23:10  1        Q. ▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬ ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬ ▬   ▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬ ▬   ▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬ ▬   ▬▬▬▬▬▬▬▬▬▬▬▬▬

▬▬▬▬▬ ▬   ▬▬▬▬▬

▬▬▬▬▬ ▬   ▬▬ ▬▬ ▬▬▬▬▬▬▬

▬▬▬▬▬ ▬   ▬▬ ▬▬▬▬▬▬▬▬

▬▬▬▬▬ ▬   ▬▬▬▬▬▬▬▬

▬▬▬▬▬     ▬▬ ▬▬

11:23:42 11        Q.  How does Adobe go about differentiating

11:23:45 12    compensation based on performance?

11:23:48 13            MR. KIERNAN:  Object to form.

11:23:50 14            THE WITNESS:  Again, we put the onus on the

11:23:52 15    manager, you know, through our trainings.  And we're

11:23:57 16    pretty transparent with this with our employees too.  We

11:24:00 17    constantly talk about the fact that we are a pay for

11:24:02 18    performance company that, you know, we expect that

11:24:07 19    employees that are contributing at a higher level are

11:24:10 20    going to realize higher compensation in general.

11:24:15 21            But it's also very individual, right?  And

11:24:19 22    managers kind of make those assessments and judgments on

11:24:22 23    an individualized basis.  It can be very different, but

11:24:25 24    from a framework and a guidelines perspective, a lot of

11:24:28 25    the education and the discussions and the information

11:24:29 1   that we share, we kind of keep hounding that notion in,

11:24:32 2   right?  Pay for performance, make sure we're

11:24:35 3   differentiating.  This is not a "everybody gets paid the

11:24:40 4   same" environment.

11:24:46 5       Q.  Do you know when Adobe started using the term

11:24:49 6   "pay for performance" to describe its compensation

11:24:52 7   philosophy?

11:24:53 8       A.  Yeah.  I'd have -- I don't know exactly when.

11:24:55 9   I'd have to go look at our documents, you know.  It's

11:25:00 10  very prevalent in the world of compensation.  So I feel

11:25:03 11  like it's been around forever, but I'd have to go back

11:25:10 12  and look at Adobe's documentation to see when we started

11:25:14 13  marketing it that way.

11:25:16 14      Q.  Do you know when Adobe started using the term

11:25:18 15  "differentiating" to describe its -- or differentiating

11:25:20 16  based on performance?

11:25:21 17      A.  No.  I don't remember exactly when.

11:25:33 18      Q.  Is it fair to say that Adobe has aspired to pay

11:25:35 19  for performance and differentiate salaries based on

11:25:38 20  performance throughout the class period?

11:25:40 21      A.  Yes.

11:25:51 22          MR. KIERNAN:  Can we take a short break if you

11:25:52 23  are going into another paragraph?

11:25:54 24          MS. LEEBOVE:  Uh-huh.

11:25:55 25          MR. KIERNAN:  Just five minutes.

| | | |
|---|---|---|
| 11:40:34 | 1 | Job Leveling. |
| 11:40:36 | 2 | A.  Okay. |
| 11:40:37 | 3 | Q.  Just let me know when you've had a chance to |
| 11:40:39 | 4 | review it or if you are already familiar with it. |
| 11:41:07 | 5 | MR. KIERNAN:  You should feel free to read the |
| 11:41:08 | 6 | entire email too.  She didn't mean to suggest that you |
| 11:41:11 | 7 | only have to read the attachment. |
| 11:41:13 | 8 | THE WITNESS:  Okay. |
| 11:41:19 | 9 | MS. LEEBOVE:  Certainly take all the time you |
| 11:41:20 | 10 | need to review the entire document.  My questions, |
| 11:41:23 | 11 | though, are going to be about the attachment. |
| 11:43:26 | 12 | MR. KIERNAN:  While she's reviewing that, I |
| 11:43:27 | 13 | just noticed that it looks like the document has two |
| 11:43:30 | 14 | attachments.  Do you know if the exhibit only had one? |
| 11:43:35 | 15 | See the -- if you look at the attachments, one refers to |
| 11:43:40 | 16 | job leveling and then there is an HR Omniture offer. |
| 11:43:47 | 17 | MS. LEEBOVE:  I can tell you that we had -- |
| 11:43:48 | 18 | typically the way the documents have been produced -- |
| 11:43:50 | 19 | MR. KIERNAN:  Yeah. |
| 11:43:50 | 20 | MS. LEEBOVE:  -- we have to find the exhibit |
| 11:43:53 | 21 | separate from -- |
| 11:43:55 | 22 | MR. KIERNAN:  The attachment? |
| 11:43:56 | 23 | MS. LEEBOVE:  The attachment is usually |
| 11:43:57 | 24 | separate from the exhibit.  Sometimes it's noted, |
| 11:44:01 | 25 | sometimes it's not.  I know that these pages -- |

| | | |
|---|---|---|
| 11:44:03 | 1 | MR. KIERNAN:  This was the entire exhibit? |
| 11:44:05 | 2 | MS. LEEBOVE:  -- constitute the entire Vijungco |
| 11:44:07 | 3 | exhibit.  I don't know what appears to be the second |
| 11:44:10 | 4 | attachment. |
| 11:44:10 | 5 | MR. KIERNAN:  Okay. |
| 11:44:11 | 6 | MS. LEEBOVE:  I don't know where that is. |
| 11:44:14 | 7 | Q.  Have you had a chance to review Exhibit 300? |
| 11:44:17 | 8 | A.  Yes, I have. |
| 11:44:18 | 9 | Q.  Okay.  Turning to the attachment -- well, do |
| 11:44:25 | 10 | you recognize the document attached to -- well, first of |
| 11:44:28 | 11 | all, have you ever seen this document before? |
| 11:44:34 | 12 | A.  I don't remember seeing it, no. |
| 11:44:40 | 13 | Q.  When you say you haven't seen this document |
| 11:44:42 | 14 | before, are you referring to the email messages, or the |
| 11:44:44 | 15 | attachment, or both? |
| 11:44:46 | 16 | A.  Both. |
| 11:44:48 | 17 | Q.  Having now reviewed the attachment, which |
| 11:44:54 | 18 | begins at page ADOBE_013839, you'll see that item No. 1 |
| 11:45:02 | 19 | says, "How does Adobe determine job levels and salary |
| 11:45:06 | 20 | ranges." |
| 11:45:06 | 21 | A.  Yes. |
| 11:45:07 | 22 | Q.  And then the document, I guess, purports to |
| 11:45:09 | 23 | answer that question. |
| 11:45:10 | 24 | A.  Uh-huh. |
| 11:45:12 | 25 | Q.  Does the information provided on this document |

| | | |
|---|---|---|
| 11:45:14 | 1 | about how Adobe determines job levels and salary ranges |
| 11:45:18 | 2 | appear accurate to you? |
| 11:45:19 | 3 | A.  It does. |
| 11:45:20 | 4 | Q.  Okay.  And did Adobe determine job levels and |
| 11:45:27 | 5 | salary ranges in the manner described on page 013839 |
| 11:45:32 | 6 | throughout the class period? |
| 11:45:36 | 7 | A.  Roughly.  That's the approach that we take.  I |
| 11:45:43 | 8 | don't know if every single person is following it |
| 11:45:45 | 9 | exactly, but that's the approach we take. |
| 11:45:48 | 10 | Q.  And has this been -- does this document reflect |
| 11:45:51 | 11 | the approach that Apple -- that Adobe took throughout |
| 11:45:53 | 12 | the class period? |
| 11:45:54 | 13 | A.  It does. |
| 11:45:59 | 14 | Q.  Okay.  Turning to page 2 of the attachment, |
| 11:46:04 | 15 | it's the page marked ADOBE_013840.  Do you see that |
| 11:46:12 | 16 | where it says item No. 5, "How is pay differentiated at |
| 11:46:16 | 17 | Adobe"? |
| 11:46:16 | 18 | A.  Yes. |
| 11:46:17 | 19 | Q.  Have you read that paragraph? |
| 11:46:18 | 20 | A.  I did. |
| 11:46:19 | 21 | Q.  Is that accurate?  Is paragraph No. 5 accurate? |
| 11:46:23 | 22 | A.  Not entirely.  It may have been accurate for |
| 11:46:27 | 23 | this period of time, although I'm not sure what exact |
| 11:46:31 | 24 | period of time this alludes to, but we've not always had |
| 11:46:36 | 25 | four performance levels. |

11:46:37  1      Q.  Does it currently have four performance levels?

11:46:39  2      A.  We currently have no performance levels.

11:46:41  3      Q.  When were performance levels eliminated?

11:46:45  4      A.  For this year.  For the 2012 review period.

11:46:55  5      Q.  Do you know why performance levels were

11:46:57  6  eliminated for the 2012 review period?

11:47:01  7      A.  ███████████████████████████████████████████

████████  ██  ███████████  ████████████████████████████

████████  ██  ███████████████████████████████████████████

████████      ███████████████████████████████████████████

████████      ████  ████████████████████████████████████

████████      ███████████████████████████████████████████

████████      ██████████████████████  ████████████████████

████████      ███████████████████████████████████████████

████████      ████████████████████████████████

████████      ███████████████████████████████████████████

████████      ██████████  ████████████████  ████████████

████████      ███████████████████████████████████████████

11:47:48 19      Q.  Prior to the 2012 focal review period, did

11:47:51 20  Adobe use performance ratings to assess employee

11:47:57 21  performance for purposes of the focal review?

11:47:58 22      A.  It was one of the things they were asked to do,

11:48:00 23  yes.

11:48:01 24      Q.  Were managers asked to assess employee

11:48:03 25  performance according to these -- according to

11:48:05 1   performance levels throughout the class period?

11:48:08 2       A.   Yes.  I don't know if there were always four

11:48:12 3   throughout that period.  At some point we went from

11:48:14 4   three to four.

11:48:17 5       Q.   So is it fair to say that for purposes of

11:48:24 6   allocating -- well, is it fair to say that when

11:48:29 7   manager -- for purposes of allocating their annual focal

11:48:33 8   review budget during the class period, managers were

11:48:36 9   required to assign their employees performance levels?

11:48:39 10      A.   Yes.

11:48:40 11      Q.   But at some point -- at one point there were

11:48:43 12  three performance levels, then there were four

11:48:45 13  performance levels?

11:48:46 14      A.   Correct.

11:48:48 15      Q.   But throughout the class period, Adobe used

11:48:50 16  performance levels as part of the review process?

11:48:52 17      A.   That's correct.

11:48:55 18      Q.   What were the three performance levels when

11:48:57 19  there were three?

11:48:58 20      A.   So it was HI, solid, and low.

11:49:06 21      Q.   And then at some point there were four

11:49:08 22  performance levels, and they're listed here; HI, strong,

11:49:12 23  solid and low?

11:49:13 24      A.   Correct.

11:49:21 25      Q.   Beyond those changes that we've just discussed

11:49:23  1   in terms of just the number and type of performance

11:49:29  2   levels, does paragraph 5 accurately describe how pay was

11:49:34  3   differentiated at Adobe during the class period?

11:49:37  4       A.   Yep.

11:49:46  5       Q.   Was there a ratings curve that managers were

11:49:52  6   given by Adobe?

11:49:55  7       A.



11:50:27  16      Q.   Okay.  Are you aware whether Adobe has ever

11:50:35  17  studied the actual pay differentiation among employees

11:50:39  18  of different performance levels?

11:50:44  19      A.   Help me understand your question.

11:50:45  20      Q.   So I'm trying to understand whether Adobe ever

11:50:49  21  attempted to ascertain that pay was actually different

11:50:56  22  for employees who were ranked HI versus employees who

11:51:00  23  were ranked solid.

11:51:02  24      A.   Oh, yeah.  So, you know, typically what we do

11:51:06  25  is we do kind of a prefocal analysis and a postfocal

11:51:15 1    analysis.  So, you know, some of the reporting back that

11:51:17 2    we do is, you know, did the company stay within their

11:51:19 3    overall budget pools, did we hold to the distributions,

11:51:26 4    did we, in fact, see differentiation?

11:51:31 5         Q.  And has Adobe ever studied or attempted to

11:51:35 6    quantify the pay differentiation among employees of

11:51:40 7    different performance levels?

11:51:44 8         A.  Quantify in what way?

11:51:46 9         Q.  In determining the amount by which

11:51:48 10   high-performing employees were compensated relative to

11:51:53 11   low-performing employees, or even solid-performing

11:51:57 12   employees?

11:51:59 13        A.  So what I would say is we've typically produced

11:52:02 14   information that says on average an HI received

11:52:05 15   X-percent increase.  On average, a solid received this.

11:52:12 16        Q.  Were there reports run about actual pay

11:52:21 17   differentiation among employees of different performance

11:52:24 18   levels?

11:52:25 19        A.  So we had the ability to run a report that

11:52:27 20   tells us what rating and what increase each individual

11:52:34 21   gets.  And yes, there is reports that aggregate that

11:52:36 22   data and report out averages, the highs, the lows, there

11:52:42 23   is a number of different ways you can look at it.

11:52:51 24        Q.  How -- just -- I know that we're outside the

11:52:54 25   class period at this point, but how does Apple -- Apple.

| | | |
|---|---|---|
| 11:52:58 | 1 | How does Adobe currently differentiate among employees |
| 11:53:02 | 2 | for pay purposes in the absence of performance level |
| 11:53:06 | 3 | assignments? |
| 11:53:08 | 4 | A.   Yeah, that's a great question.  You know, I |
| 11:53:14 | 5 | think what we typically will do is we'll look again at |
| 11:53:17 | 6 | kind of aggregated distributions, like what percentage |
| 11:53:20 | 7 | of the population is sitting, you know, maybe between |
| 11:53:23 | 8 | this level and that level.  But beyond that, I don't |
| 11:53:26 | 9 | know that there is necessarily a direct correlation to a |
| 11:53:32 | 10 | particular label like we've had in the past. |
| 11:53:35 | 11 | Q.   Okay.  And do you know -- I think you |
| 11:53:37 | 12 | mentioned, and I'm not purporting to repeat back word |
| 11:53:43 | 13 | for word what you said.  But you said something about |
| 11:53:46 | 14 | the message given to employees about why performance |
| 11:53:50 | 15 | levels were eliminated.  Is there a different message |
| 11:53:52 | 16 | that's been given to employees versus to managers -- |
| 11:53:55 | 17 | A.   No. |
| 11:53:55 | 18 | Q.   -- about eliminating performance levels? |
| 11:53:58 | 19 | A.   No.  It's the same messaging.  There has been |
| 11:54:01 | 20 | lots of debates around that, but the messaging has been |
| 11:54:06 | 21 | consistent. |
| 11:54:07 | 22 | Q.   Okay.  So it's not as if employees have been |
| 11:54:10 | 23 | told that rankings -- or that the performance ratings |
| 11:54:13 | 24 | went away, but in actuality their managers are still |
| 11:54:16 | 25 | using them and they just don't know? |

| | | |
|---|---|---|
| 12:15:40 | 1 | constitutes an adequate differentiation based on |
| 12:15:44 | 2 | performance? |
| 12:15:44 | 3 | I know your attorney is going to object to this |
| 12:15:47 | 4 | question. |
| 12:15:50 | 5 | MR. KIERNAN:  As soon as I start looking out |
| 12:15:51 | 6 | and gazing out the window. |
| 12:15:56 | 7 | MS. LEEBOVE:  Q.  But I think your earlier |
| 12:15:59 | 8 | testimony has been that Adobe makes no effort to |
| 12:16:02 | 9 | equalize pay. |
| 12:16:03 | 10 | A.  Correct. |
| 12:16:04 | 11 | Q.  And so just assuming that every employee is |
| 12:16:14 | 12 | already paid differently, how does -- what does a |
| 12:16:23 | 13 | successful -- what is successful pay differentiation |
| 12:16:27 | 14 | based on performance? |
| 12:16:31 | 15 | MR. KIERNAN:  Object to form. |
| 12:16:33 | 16 | THE WITNESS:  Yeah.  So it's hard to answer |
| 12:16:34 | 17 | that question, right?  Because it's so unique and |
| 12:16:38 | 18 | individualized.  But, you know, from a compensation |
| 12:16:41 | 19 | practice perspective, you are taking a snapshot in time. |
| 12:16:44 | 20 | And our snapshot generally tends to be the annual focal |
| 12:16:48 | 21 | review, right? |
| 12:16:48 | 22 | So the correlation there is as you start to |
| 12:16:51 | 23 | kind of roll up all this information, what you want to |
| 12:16:54 | 24 | see is that generally an HI is getting, on average, a |
| 12:16:58 | 25 | greater increase than somebody who is a strong, than |

| | | |
|---|---|---|
| 12:17:00 | 1 | somebody who is an SC, right? |
| 12:17:08 | 2 | (Reporter clarification.) |
| 12:17:08 | 3 | THE WITNESS:  Than somebody who is a solid |
| 12:17:10 | 4 | contributor.  An SC.  Sorry.  We have all of these |
| 12:17:11 | 5 | acronyms. |
| 12:17:13 | 6 | So high impact, strong contributor, solid |
| 12:17:16 | 7 | contributor and a low performer.  So on an |
| 12:17:22 | 8 | individualized basis, you may or may not find that |
| 12:17:25 | 9 | people fall into that constraint.  But on an aggregate |
| 12:17:28 | 10 | level is what we're really striving for, you want to see |
| 12:17:31 | 11 | that, right?  And if you go back and you look at the |
| 12:17:33 | 12 | data, you'll see examples of that. |
| 12:17:37 | 13 | Q.  Did Adobe ever target a particular percentage |
| 12:17:40 | 14 | difference in compensation between high performers and |
| 12:17:47 | 15 | strong performers? |
| 12:17:49 | 16 | A.  ███████████████████   █████████████ |
| | | ██████████   ████████████████████████████████ |
| | | ██████████   ███████████████████████████████ |
| | | ██████████   ████████████████████████████ |
| | | ██████████   █████████████████████████ |
| | | ██████████   ██████████████ |
| 12:18:16 | 22 | Again, managers ultimately have the discretion, |
| 12:18:19 | 23 | but the way we set up the guidelines, they're structured |
| 12:18:22 | 24 | in such a way that the guidelines actually encourage |
| 12:18:25 | 25 | that differentiation. |

12:18:30  1          Q.  And are there guidelines that recommend, by

12:18:33  2   percentage, particular -- are there guidelines that

12:18:36  3   recommend to managers a particular percentage salary

12:18:39  4   increase based on an employee's performance ranking?

12:18:43  5          A.  ████████████████████  ████████████████████

              ████████  █    ██  ███████████████████████████████████

              ████████  █    ████████████████████████████████████

              ████████  █    ██████████████████  ██████████████████

              ████████  █    ████████████████████████████████████████

              ████████       ███████

              ████████       ██████████████████████████████████

              ████████       ████████████████████████████████████████

              ████████       ██████████  ██████████████████████

              ████████       ███████████  ███████████████████  ██

              ████████       ████████████████████████████████

              ████████       ████████████████████████

12:19:33 17          Q.  Have there been percentage range guidelines for

12:19:38 18   salary increases according to performance rating

12:19:41 19   throughout the class period?

12:19:43 20          A.  Say that again.  Sorry.

12:19:45 21          Q.  I don't know if I can.

12:19:49 22              ██████████████████████████████████

              ████████       ██████████████████████████████████████████

              ████████       ████████████████████████████████████

              ████████       ████████████████████████████████████

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



12:20:16  1  ███████████████████████████████

           2  ██████  ██  ████████████████████████████

           3  ██████  ██  ██████        Let me back up.

12:20:28  4  ████████████████████████████████

           5  ██████  ██  ████████████████████████

           6  ██████  ██  ████████████████████████

           7  ██████  ██  ██  ████

           8  ██████  ██  ██  ████  █████████████████████

           9  ██████  ██  ████████████████████████████████

          10  ██████████  ██████████████████████████

          11  ██████████  ████████████████

          12  ██████████  ██  ████

12:21:09 13       Q.  Are you familiar with the term "midpoint

12:21:12 14  compression"?

12:21:13 15       A.  I am not familiar with midpoint compression.

12:21:16 16  I'm familiar with midpoint and compression.

12:21:21 17       Q.  Well, what is -- are you familiar with use of

12:21:26 18  the term "compression" in compensation speak?

12:21:29 19       A.  Yes.

12:21:30 20       Q.  And what does the term "compression" mean in

12:21:32 21  compensation language?

12:21:33 22       A.  Yeah.  So compression essentially means, are

12:21:37 23  you creating kind of an issue -- we typically use it in

12:21:40 24  the context of new hires.  So what happens is the

12:21:45 25  external market is moving at a pace that's more

12:21:49  1  accelerated than internal focal budgets allow.

12:21:53  2          So you could have a position where kind of the

12:21:56  3  market value for a new hire coming into the organization

12:21:59  4  is higher than the existing employees and what they're

12:22:04  5  making, right?  Because once you are an employee and

12:22:10  6  positioned within a range, your ability to kind of see

12:22:17  7  pay change is typically done through the annual focal

12:22:21  8  process.  And those budgets are typically around, you

12:22:27  9  know, 5 percent.

12:22:32 10      Q.  And in the world of compensation, is

12:22:39 11  compression a good thing --

12:22:42 12          MR. KIERNAN:  Object --

12:22:42 13          MS. LEEBOVE:  Q.  -- or a bad thing?

12:22:45 14          MR. KIERNAN:  Object to form.

12:22:46 15          THE WITNESS:  Yeah.  I don't know if it's a

12:22:47 16  good thing or a bad thing.

12:22:50 17          MS. LEEBOVE:  Q.  Is compression something

12:22:53 18  that Adobe has sought to avoid?

12:22:56 19      A.  No.  We haven't sought to avoid it.  It's

12:22:59 20  something that a manager needs to be aware of, right?

12:23:01 21  And again, if you think about it in the context of a new

12:23:06 22  hire, you are going to have kind of what the market

12:23:09 23  values for a particular role, right?

12:23:12 24          But as a manager, as   I'm thinking about my

12:23:15 25  particular offer, I need to also think about the

12:23:18  1    contributions of the folks on my team, right?  And what

12:23:21  2    they're performing at and where they're at.  So

12:23:25  3    oftentimes if I've got high performing employees on my

12:23:30  4    team that are sitting at X range, you know, it's going

12:23:33  5    to be very awkward for me potentially as a manager if I

12:23:36  6    bring in an unknown entity who hasn't really had time to

12:23:40  7    display, you know, their ability to perform within the

12:23:43  8    company at a higher range, right?

12:23:46  9          So it's just something that we ask a manager to

12:23:48  10   consider among a number of different, you know, options.

12:23:52  11   Ultimately they have to make that decision, but it's

12:23:53  12   just something that we ask them to think about so they

12:23:56  13   can make an informed decision.

12:23:58  14        Q.  Why would it be awkward for a manager to bring

12:24:01  15   in an unknown entity at a higher range than a performing

12:24:09  16   employee?

12:24:11  17        A.  Because employees talk all the time, and they

12:24:13  18   share that level of information.  And so it necessarily

12:24:17  19   won't be one, it's just how comfortable is the manager

12:24:21  20   in defending the decision that they made, right?

12:24:26  21          So it's not a bad or a good thing, but it's

12:24:28  22   just a matter of they need to be prepared to articulate

12:24:31  23   why they're making the decisions that they will.

12:24:39  24        Q.  Okay.  If you -- well, I want to turn back to

12:25:05  25   the Morris declaration.

12:25:10  1         A.   Okay.

12:25:17  2         Q.   And I'm looking at the last sentence in

12:25:21  3    paragraph 7 on page 3.

12:25:26  4         A.   Okay.

12:25:28  5         Q.   And it states "█████████████████

12:25:32  6    ██████████████████████████████████████████████

12:25:35  7    █████████████████████████████████

12:25:37  8    █████████████████."

12:25:43  9         A.   Uh-huh.

12:25:44 10         Q.   I'm curious about the word determinations here.

12:25:48 11    Who ultimately makes a compensation determination as

12:25:51 12    opposed to a compensation recommendation?

12:25:54 13         A.   So to me I guess, you know, I use that

12:25:58 14    terminology interchangeably.  So a manager ultimately

12:26:01 15    owns the recommendation, right?  You know, my next level

12:26:06 16    manager, you know, always has the ability to kind of

12:26:10 17    review and, you know, discuss with me if they feel that

12:26:13 18    something should be different.  But from an

12:26:16 19    accountability and final decision, it's generally the

12:26:19 20    manager.

12:26:29 21         Q.   And so is it true that ultimately, then, an

12:26:36 22    employee's manager has final say over what that

12:26:38 23    employee's salary will be?

12:26:39 24         A.   Yeah.  Yeah.

12:26:55 25              MS. LEEBOVE:  So I can go into more documents

01:31:23  1      A.  Not really, because I can't read it very well.

01:31:32  2   Yeah, no.

01:31:37  3      Q.  What, if anything, do you understand Delia was

01:31:40  4   referring to when she says that the midpoint compression

01:31:52  5   can -- well, she says, "The midpoint compression is a

01:31:57  6   reality."

01:31:59  7          And then skipping down, "It is not necessarily

01:32:01  8   a bad thing (in the future a role like this can bring

01:32:06  9   more stability to our internal equity), but the

01:32:08 10   implementation now is completely affecting our internal

01:32:11 11   equity."

01:32:12 12          Do you understand what she means by that?

01:32:13 13      A.  I don't know exactly what she means by that.

01:32:20 14      Q.  What do you understand this to mean?

01:32:25 15      A.  So what -- I understand compression, and I know

01:32:29 16   Romania is a market where volatility with the labor

01:32:33 17   market is really high, and the rates move quite a bit.

01:32:37 18   So they are challenged, oftentimes with compression

01:32:40 19   issues as an organization, because there is such a high

01:32:46 20   demand in the market, and the internal pay rates aren't

01:32:50 21   aligning to the market.

01:32:53 22          So I'm guessing it has something to do with

01:32:55 23   that.  But I don't really know what she means by

01:32:57 24   simulation of the -- I don't know what she's doing here.

01:33:00 25      Q.  Okay.  And so what is it -- is it fair to say

01:33:04   1   that Delia, based on her Friday, January 8th message at

01:33:10   2   8:26 p.m., and her earlier message at 12:40 p.m. on that

01:33:17   3   same date, it's -- does it seem fair to say that she

01:33:26   4   believes that the compression issue is -- what -- well,

01:33:32   5   what do you understand her to mean by internal equity?

01:33:34   6   That it's affecting -- compression is affecting Adobe's

01:33:39   7   internal equity or badly affecting internal equity?

01:33:45   8        A.  I don't -- I'm not sure what she's referencing

01:33:47   9   here.

01:33:52   10       Q.  Have you used the term "internal equity" in

01:33:54   11  your work in compensation?

01:33:56   12       A.  Yep.

01:33:57   13       Q.  What does internal equity mean?

01:33:58   14       A.  So we use internal equity primarily in the

01:34:01   15  capacity of looking at, again, typically new hires.  So

01:34:09   16  what we try to do is similar to when I talked about this

01:34:12   17  notion around compression, it's kind of the same

01:34:17   18  concept.  When you are bringing somebody in at a higher

01:34:20   19  rate than everybody else in your organization, you want

01:34:22   20  to be cognizant of why you are doing that.

01:34:25   21            There is a number of reasons.  Sometimes it's

01:34:25   22  compression, sometimes it's because you've got a star

01:34:27   23  player, you may have a team of individuals that aren't

01:34:30   24  high impact employees.  There is a variety of reasons.

01:34:34   25  But as managers kind of consider their decisions, we do

01:34:37  1    ask them to kind of think about the pay of their team

01:34:39  2    members, right?

01:34:41  3         Q.  And why, though?

01:34:44  4         A.  Because it can, again, from a management

01:34:48  5    perspective, just create some opportunities for

01:34:51  6    discussions with managers because employees talk about

01:34:53  7    their compensation.  So if a manager can clearly

01:34:58  8    articulate it, then great, right?

01:35:00  9         But we just want them to be aware that if

01:35:02 10    you've got a high impact employee in your organization,

01:35:05 11    and you are now bringing somebody in from the outside

01:35:07 12    that's not proven themselves, you might have to explain

01:35:10 13    why.  And so, you know, you have the right to do that,

01:35:13 14    just make sure that you understand why you are making

01:35:15 15    the decisions that you are making.

01:35:18 16         Q.  Does -- is there a fear within Adobe that

01:35:23 17    internal inequity would affect employee morale?

01:35:27 18         MR. KIERNAN:  Objection to form.

01:35:30 19         THE WITNESS:  Yeah.  No.  How can I explain

01:35:35 20    internal equity?  Internal equity is, again, just

01:35:39 21    another factor that we ask kind of managers to think

01:35:43 22    about as they're making decisions relative to people's

01:35:47 23    salaries.  It's, you know, often looked at as kind of a

01:35:51 24    factor that you think about, but it doesn't really

01:35:57 25    dictate anything, it just kind of informs, right?

01:36:01  1          So myself, as an example, if I'm bringing in

01:36:03  2   somebody from the outside and I'm thinking about what's

01:36:06  3   this offer that I want to make to this individual, I

01:36:08  4   will generally look at my team and see where they're

01:36:12  5   positioned, you know, and kind of make a judgment call

01:36:15  6   there.  Because I do know that these individuals are

01:36:16  7   going to be working side by side, and, you know, it can

01:36:22  8   potentially have implications for me as a manager if

01:36:26  9   they're performing exactly the same way and they feel

01:36:29 10   like there is not a perceived fairness in terms of their

01:36:32 11   pay, right?

01:36:32 12          MS. LEEBOVE:  Q.  I'm sorry, did I

01:36:33 13   interrupt you?

01:36:34 14      A.  No.

01:36:34 15      Q.  So what would the implications be for you as a

01:36:39 16   manager?

01:36:40 17      A.  A conversation to have to explain to the

01:36:42 18   individual why I made the decision that I did, right?

01:36:45 19   And there may be reasons for why I do that, and I'm

01:36:48 20   perfectly comfortable with it.

01:36:50 21          And in other instances, I may say you know

01:36:54 22   what?  It's not worth it to me.  I don't want to create

01:36:56 23   an issue where five people are going to be pissed off

01:36:59 24   because this person, you know, makes more than them and

01:37:01 25   haven't been here to prove themselves.  So I have to

01:37:05  1   rationalize that as a manager.

01:37:07  2        Q.  So why would you not want to have your

01:37:09  3   employees pissed off?

01:37:10  4        A.  Why would I not want to have them pissed off?

01:37:15  5   You know, I generally like a happy environment.  People

01:37:18  6   are more productive when they're not angry.

01:37:21  7        Q.  And then is there -- could it -- is there a

01:37:23  8   concern that the lack of internal equity might affect

01:37:32  9   employee attrition?

01:37:32 10        A.  No.

01:37:40 11        Q.  Have you ever had an experience as a manager

01:37:42 12   where you did pay a team member disproportionately

01:37:49 13   compared to other team members and those who were not

01:37:52 14   paid highly complained to you?

01:37:54 15        A.  Yeah.

01:37:55 16        Q.  And what was the -- what happened?

01:37:58 17        A.  ██████████████████████████████████████████

██████████   ███████████████████████████████████████████████

██████████   ██████████████████████   ████████████████████████

██████████   ████████████████████████████████████████████

██████████   ███████████████████████████████████████████████

██████████   █████████████████████████████████████████████████

██████████   ██████████████████████████████████████   ████████████

██████████   ██████████████████.  So those are easy.

01:38:23 25        Q.  And then is there a way for employees who are

01:38:25  1   being paid less than a peer to increase their

01:38:32  2   compensation to match their peer's compensation?

01:38:36  3        A.  Themselves, no.  I mean, an employee can always

01:38:39  4   a conversation with their manager around the

01:38:43  5   dissatisfaction they have around their pay.  Manager may

01:38:45  6   or may not do anything about that.  But they can't say I

01:38:48  7   want this and get it.

01:38:50  8        Q.  Is there anything -- what capability do

01:38:53  9   managers have to address an employee's dissatisfaction

01:38:55 10   with his or her pay?

01:38:56 11        A.  You have lots of capabilities.  So, you know,

01:38:58 12   as a manager, I think you need to think about, you know,

01:39:01 13   whether there is justification and warrant whether you

01:39:04 14   want to do it.  There is always the mitigating factor,

01:39:06 15   though, which is your budget, right?  And so that's

01:39:09 16   probably the thing that acts as our constraint.

01:39:12 17        So, you know, I've been -- it's not like we

01:39:14 18   give a corporate budget to managers to manage, you know,

01:39:17 19   employees who want higher pay increases, right?  So if a

01:39:21 20   manager feels pretty strongly they that they want to do

01:39:24 21   this for whatever reasons they feel are justified, and

01:39:26 22   oftentimes they have to find that money.

01:39:28 23        So like myself as a manager, I might dip into

01:39:31 24   my, you know, T&E and say you know what?  I'm not going

01:39:35 25   to take this travel, I'm going to use this money instead

01:39:38  1    to reward everyone.  So I've got to make trade-offs as a

01:39:42  2    manager because there is no corporate funding to handle

01:39:44  3    those types of situations outside of annual review.

01:39:47  4         Q.  You mentioned T&E; what's that?

01:39:49  5         A.  Travel and expense.  My travel budget.

01:39:52  6         Q.  And managers are free to take travel and

01:39:54  7    expense money that they're not going to use and spend it

01:39:56  8    on employee compensation instead?

01:39:58  9         A.  It's not necessarily money that they're not

01:40:00 10    going to use.  You usually make the decision I'm not

01:40:02 11    going to make this trip because I'm going to use it

01:40:05 12    instead to fund this.  But yeah, we have a line item in

01:40:07 13    there for travel.

01:40:08 14         Q.  Okay.  Have you ever, as a manager, taken money

01:40:28 15    out of your travel and expense budget or some -- or --

01:40:31 16    well, have you ever taken money out of your travel

01:40:34 17    expense budget to use for employee salaries?

01:40:36 18         A.  Not for salaries, but I've done it to reward

01:40:38 19    people with a bonus.

01:40:41 20         Q.  Are you aware of any managers who have asked

01:40:44 21    for increases to members of their teams based on their

01:40:49 22    dissatisfaction with their salary compared to another

01:40:52 23    team member's salary?

01:40:54 24         A.  No.

01:41:52 25              MS. LEEBOVE:  May I have this marked as the

01:41:53   1   next exhibit, please.

01:41:54   2        (Whereupon, Exhibit 2491 was marked for

01:41:54   3        identification.)

01:42:14   4        MS. LEEBOVE:  Q.  Ms. Arriada-Keiper,

01:42:14   5   you've been handed Exhibit 2491 that starts on a

01:42:17   6   page marked ADOBE_067124 and runs through 067128 --

01:42:21   7   or actually 067129.

01:42:29   8        If you would take the time that you need to

01:42:31   9   have a look at that.

01:46:01 10       A.  Okay.

01:46:02 11       Q.  Are you ready?

01:46:03 12       A.  Yes.

01:46:03 13       Q.  You've had a chance to review Exhibit 2491?

01:46:06 14       A.  Yes.

01:46:12 15       Q.  And do you recognize this document?

01:46:13 16       A.  I do.

01:46:14 17       Q.  What is it?

01:46:15 18       A.  It's an exchange between Teresa, myself and

01:46:19 19   Debbie where we're trying to determine what to include

01:46:22 20   in our newsletter.

01:46:24 21       Q.  How frequently -- or how frequently does or did

01:46:28 22   you issue a newsletter?

01:46:29 23       A.  We issue it quarterly.

01:46:33 24       Q.  Whose job is it to issue the quarterly

01:46:35 25   newsletter?

01:58:56  1            MR. KIERNAN:  Maybe ask the question then she

01:58:57  2   can see if she needs to read more.

01:59:00  3            THE WITNESS:  That's a lot to read.

01:59:01  4            MR. KIERNAN:  There is a lot going on here.

01:59:03  5            MS. LEEBOVE:  There is a lot going on here.

01:59:05  6       Q.  I guess my first question is, do you recognize

01:59:07  7   these -- the emails that are reflected on this document?

01:59:09  8       A.  Yeah.

01:59:09  9       Q.  Okay.  And do you have any reason to believe

01:59:13 10   that whether or not you were included as an addressee on

01:59:18 11   a particular message, that the message was sent -- do

01:59:20 12   you have any reason to believe the messages weren't sent

01:59:22 13   or received at the dates and times reflected --

01:59:24 14       A.  No.

01:59:24 15       Q.  -- by the people reflected on the messages

01:59:27 16   themselves?

01:59:27 17       A.  No, I don't.

01:59:29 18       Q.  So I'm looking at the top of page 108280, about

01:59:41 19   "Determine matrix and process for merit increases."

01:59:43 20       A.  Uh-huh.

01:59:45 21       Q.  And I'm wondering whether the proposal here, it

01:59:57 22   says, "████████████████████████████████████████

01:59:59 23   ████████████████████."

02:00:02 24            Partly I'm wondering what this bullet point

02:00:05 25   means, and then I'm wondering whether it was

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

02:00:07   1   implemented.

02:00:08   2        A.  Yeah.  So whether it was implemented or not, I

02:00:09   3   can't tell you without going back and checking stuff.

02:00:13   4   But let me see if I can tell you what I think it means.

02:00:24   5



02:00:54  11   document).

02:01:12  12        Yeah.  So my sense here is we were trying to

02:01:15  13   look at kind of the different populations of people that

02:01:18  14   we had based on their contribution levels and see kind

02:01:21  15   of where they were positioned within their ranges.  So

02:01:27  16   it looks like we were doing that -- that analysis.

02:01:31  17        Q.  Were you discussing, in these email messages,

02:01:32  18   the review process that would happen at the end of 2008

02:01:38  19   that would affect salaries for 2009?

02:01:41  20        A.  Correct.  Yeah.  So engaging this, we were kind

02:01:44  21   of trying to determine what our parameters or guidelines

02:01:47  22   were going to be for salaries that would go into effect

02:01:51  23   in 2009.  Yes.

02:01:52  24        Q.  Okay.

02:01:55  25        A.  So it looks like we were trying to do some

02:01:58  1    modeling around HIs and currently where they were

02:02:01  2    positioned against their range.

02:02:05  3         Q.  What does compa-ratio mean?

02:02:08  4         A.  Compa-ratio is where your base salary is

02:02:12  5    relative to the midpoint of the range.  So somebody who

02:02:15  6    is around the midpoint of the range would have a

02:02:17  7    compa-ratio of a hundred percent.  If you are above the

02:02:21  8    midpoint of the range you would have a hundred plus.

02:02:22  9    And if you are below the midpoint of the range, you are

02:02:25 10    going to be less than a hundred percent.  So it just

02:02:28 11    tells people where you are relative to the midpoint of a

02:02:30 12    range.

02:02:31 13         Q.  Okay.

02:02:32 14             And are the -- wherever on this document I see

02:02:38 15    the initials RAK --

02:02:39 16         A.  Yeah.

02:02:39 17         Q.  -- is that your --

02:02:41 18         A.  My response.

02:02:42 19         Q.  Does that reflect your inserts to the text

02:02:44 20    here?

02:02:45 21         A.  Yes.

02:02:45 22         Q.  What did you mean when you said, "████████

████████        ████████████████████████████████████████████████

████████        ████████████████████████████████████████████████

████████        ████████████.  "

02:02:57  1     A.   So generally speaking, when you are  kind of

02:03:00  2  looking at differentiation and you are looking at kind

02:03:04  3  of where people should be positioned within the range,

02:03:07  4  one of the things that you look at is somebody that's a

02:03:10  5  high contributor, ████████████████████████████

02:03:13  6  ████████████████████, you know, from a differentiation

02:03:17  7  perspective.  So that's what that statement means.  On

02:03:21  8  aggregate, right?

02:03:22  9          Again, individuals fluctuate up and down for a

02:03:24 10  number of reasons, but when we look at it from an

02:03:26 11  aggregate level, we try to see that generally speaking,

02:03:29 12  ██████████████████████████████.

02:03:37 13     Q.   Skipping down to your comments in the center of

02:03:42 14  page 108280 where we see your initials colon, "In the

02:03:48 15  past the philosophy."

02:03:49 16     A.   Yeah.

02:03:53 17     Q.   Could you review that paragraph there and tell

02:03:56 18  me what you meant?

02:03:58 19     A.   Yeah.  Yeah.  I think what this statement is

02:04:15 20  around is the fact that we never had any formal

02:04:19 21  guidelines around a promotion.  So what we did is we had

02:04:23 22  conversations with managers who were interested in

02:04:26 23  promoting somebody.  We would advise them of different

02:04:29 24  things that they should consider when looking at that,

02:04:32 25  position in the range, their contribution level, but we

02:04:37  1   never really dictated to them a particular guideline

02:04:39  2   like we did for annual review that says you should give

02:04:43  3   X percent.  So what we did is we created some guidelines

02:04:46  4   around, you know, what they should consider when doing

02:04:49  5   this.

02:04:50  6       Q.  And when doing what?

02:04:53  7       A.  Making a promotion.

02:04:55  8       Q.  Does this paragraph here specifically refer to

02:04:57  9   making promotions?

02:04:58  10      A.  Yeah.

02:04:59  11      Q.  Okay.

02:05:00  12          MR. KIERNAN:  See the bullet right above it.

02:05:03  13          THE WITNESS:  "Provide you a few options

02:05:04  14   for '09 promo guidelines."

02:05:10  15          MS. LEEBOVE:  Q.  So what did you mean here

02:05:12  16   when you said, ███████████████████████████████

02:05:14  17   ██████████████████████████████████████████████

02:05:17  18   ███████████?

02:05:18  19      A.  So oftentimes managers will use the annual

02:05:23  20   review process as a -- an opportunity to promote people.

02:05:27  21   So they just kind of condensed it into one process.  So

02:05:31  22   what we would typically do is a promotion should be

02:05:35  23   additive to their merit.  Because merit you are looking

02:05:38  24   at the performance based on the job they did, a

02:05:41  25   promotion is now rewarding them for something they are

02:13:35  1   have to be treated separately and distinctly kind of

02:13:38  2   operating under their own kind of rules and as

02:13:43  3   independent companies.

02:13:43  4          So the timing of the Omniture acquisition came

02:13:45  5   at a point in time when we finally integrated as a

02:13:48  6   company right in the midst of annual review.  ███

███████ ██    ████████████████████████████████████████████

███████ ██    ███████████████████████████████████████

███████ ██    ███████   ██████████████████████████████

███████       ████████████████████████████████

███████               █████████████████████████████

███████       ████████████████████████████████████████

███████       █████████████████████████████████████████

███████       ████████████  they had only been planning for a 3 and a

02:14:11  15  half percent.  And so it changed, kind of.  ████████

███████       ██████████████████████████████████████

███████       ████████████████████████████████████████████

███████       █████████████████████████████████████

███████       █████████████████████████

02:14:23  20          Q.  And Donna Morris wrote here, it says, net --

02:14:34  21  I'm not sure who that refers to.

02:14:36  22          A.  I don't know either.

02:14:37  23          Q.  "████████████████████████████████████████████

███████       ████████████████████████████████████

███████       ██████████████████  ████████████████████████████

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
02:14:48  1                                      ."

02:14:51  2              What does that mean?

02:14:53  3       A.  I'm not sure what she's referring to.
```



```
02:15:40 16       Q.  So was there -- is she -- does Donna Morris

02:15:55 17  appear to be suggesting that Adobe needs a matrix that

02:16:04 18  will increase base salaries?

02:16:12 19              MR. KIERNAN:  Object to form.

02:16:13 20              THE WITNESS:  Yeah.  It's really hard for me to

02:16:16 21  understand what she meant.  Pretty cryptic.

02:16:29 22              MS. LEEBOVE:  Q.  Did Adobe ever adjust

02:16:35 23  base salaries versus base salary ranges?

02:16:42 24       A.  So we --

02:16:45 25              MR. KIERNAN:  Hang on.  Object to form.
```

02:16:47  1          Go ahead.

02:16:48  2          THE WITNESS:  So we, as part of our annual

02:16:51  3  review, adjust salary ranges.  That's what we do.  They

02:16:54  4  either go up or they go down.  Salary ranges, Adobe does

02:16:59  5  not adjust.  The managers do that based on any types of

02:17:04  6  budgets that we give to them.

02:17:05  7          MS. LEEBOVE:  Q.  I think you just meant

02:17:07  8  salaries.

02:17:08  9      A.  I mean salaries.  Correct.

02:17:18 10      Q.  But does it appear that Donna Morris is

02:17:20 11  suggesting that Adobe needs to provide market

02:17:25 12  competitive base salary adjustments?

02:17:28 13      A.  I'm not sure what she's getting at.  That's,

02:17:30 14  you know, not how I would interpret this.

02:17:41 15      Q.  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮    ▮▮  ▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮    ▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮    ▮▮▮▮  ▮▮▮▮

02:18:06 21      Q.  Is AIP in the -- there is a -- there are two

02:18:09 22  sets of bullet points.  There is a first set that has

02:18:12 23  three bullet points and a second set of bullet points

02:18:15 24  are just two.

02:18:16 25      A.  Yeah.

Deposition of Rosemary Arriada-Keiper          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

02:18:16  1          Q.   Is AIP referring to the annual incentive plan?

02:18:19  2          A.   It is.

02:18:19  3          Q.   What does that sentence mean, that AIP is used

02:18:22  4     in?

02:18:22  5          A.   "███████████████████████████████████████

02:18:25  6     ████████████████████████████."  So....

02:18:34  7               MR. KIERNAN:   Let me object to form.

02:18:38  8               THE WITNESS:   So I'm not exactly sure what

02:18:39  9     she's trying to say here, to be honest with you.   "██e

02:18:47 10     ███████████████████████████████████████████████."

02:18:57 11          Yeah.   I guess I need more context.   I don't

02:18:59 12     know what she's trying to do or say here.

02:19:04 13               MS. LEEBOVE:   Q.   Well, if you don't, I

02:19:05 14     don't.

02:19:07 15          A.   Sorry.

02:19:08 16          Q.   No, no.   You only know what you know.

02:19:12 17          A.   Okay.

02:19:14 18          Q.   Nobody can make you know more.

02:19:20 19               Our next exhibit, I believe, it's Exhibit 2493.

02:19:34 20               (Whereupon, Exhibit 2493 was marked for

02:19:34 21               identification.)

02:20:28 22               MR. KIERNAN:   Actually, sorry, any time you see

02:20:30 23     highlights, they're her highlights.

02:20:34 24               MS. LEEBOVE:   I'm sorry.   How have I done this

02:20:36 25     again?   Yet again.   Thank you.

02:26:38  1        Q.   Did I read that right?

02:26:39  2        A.   Yes.

02:26:40  3        Q.   What's the Ops Staff?

02:26:42  4        A.   At that point in time it would have been any

02:26:45  5    individuals that were direct reports of Shantanu

02:26:48  6    Narayen.

02:26:51  7        Q.   Does Ops staff -- has Ops Staff historically

02:26:54  8    referred to the CEO's --

02:26:57  9        A.   Direct reports?  Yeah.

02:27:08 10        Q.   And the reference to human resources, are the

02:27:09 11    human resources folks referred to here different than

02:27:14 12    compensation --

02:27:15 13        A.   It could be --

02:27:16 14        Q.   -- team members?

02:27:18 15        A.   Yeah.  It could be.  There is a number of

02:27:19 16    people that review it.  So compensation would definitely

02:27:22 17    be included in the human resources population, but it

02:27:24 18    could also include business partners.

02:27:27 19        Q.   And does it appear to you that for this year,

02:27:30 20    for a Total Rewards Approach 2009, that human resources

02:27:37 21    reviewed the actual salaries --

02:27:41 22        A.   Uh-huh.

02:27:41 23        Q.   -- of high performing employees versus the

02:27:44 24    salary ranges of high performing employees?

02:27:46 25             MR. KIERNAN:  Object to form.

02:27:47  1          THE WITNESS:  So in 2009, or any year, we

02:27:49  2    always look at the range and the salaries.  So that's no

02:27:52  3    different.

02:27:55  4          MS. LEEBOVE:  Q.  Does Adobe always review

02:27:56  5    the salaries of high performing employees to ensure

02:27:59  6    base pay is positioned within the market competitive

02:28:01  7    range?

02:28:02  8       A.  We look at all salaries and where they're

02:28:06  9    positioned.  Not just high impact.

02:28:15  10       Q.  And is the purpose of looking at all salaries

02:28:20  11    to ensure that base pay is positioned within the market

02:28:23  12    competitive range?

02:28:23  13

```
02:29:08  1  ████████████████████████████████████

████████  ██  ███████████████████████  ██████████████

02:29:16  3        A.  I --

02:29:18  4            MR. KIERNAN:  Object to form.

02:29:21  5            THE WITNESS:  Yeah.  We go through an exercise

02:29:25  6  of having to label employees, and I think we continued

02:29:34  7  to do that.  So every manager had to go in and kind of

02:29:37  8  assess their employees and give them a ranking.

02:29:40  9            MS. LEEBOVE:  Q.  But were managers not

02:29:42 10  required to adhere to the ranking curve in 2009?

02:29:47 11            MR. KIERNAN:  Object to form.

02:29:48 12            THE WITNESS:  Yeah.  It's hard for me to kind

02:29:50 13  of understand what Donna was getting at here.

02:29:53 14            Again, the distribution has always been a

02:29:56 15  guideline, right?  So whether we actually stay or not

02:30:02 16  within that distribution has always been up to kind of

02:30:04 17  the discretion of the manager.  So --

02:30:09 18            MS. LEEBOVE:  Q.  And subject to budget

02:30:10 19  restraints?

02:30:11 20        A.  Yeah.  Yeah.

02:30:33 21        Q.  You can set that aside.  I'll hand you

02:30:36 22  something new, and unhighlighted hopefully.

02:30:47 23            Mark that the next in order, please.

02:30:58 24            (Whereupon, Exhibit 2494 was marked for

02:30:58 25            identification.)
```

02:37:19  1      A.   For promotions and specific to markets.  So

02:37:23  2  mature markets would have been something like the United

02:37:27  3  States, the UK, then you have your growth markets and

02:37:31  4  you have your high growth market.  So it would have been

02:37:33  5  based on geography.

02:37:36  6      Q.   There is a sentence here that reads -- it's

02:37:40  7  under salary increases and promotional budgets, and I

02:37:43  8  think it's the penultimate sentence.  It says, "We have

02:37:46  9  also provided promotional guidelines to assist in making

02:37:49 10  salary recommendations and ensure equity across the

02:37:53 11  company."

02:37:57 12      A.   Uh-huh.

02:37:59 13      Q.   Was ensuring equity across the company one of

02:38:03 14  Adobe's compensation goals?

02:38:04 15           MR. KIERNAN:  Objection.  Form.

02:38:05 16           THE WITNESS:  Yeah -- no, it's not a

02:38:06 17  compensation goal.  It's a factor that you want to

02:38:08 18  consider.

02:38:12 19           MS. LEEBOVE:  Q.  I know we've discussed

02:38:13 20  before that it's -- or you've mentioned before that

02:38:16 21  equity is a factor that Adobe would consider and

02:38:20 22  that equity was a guideline or an aspiration.  But

02:38:26 23  here this says ensure equity.

02:38:36 24           MR. KIERNAN:  Hang on.  I don't think there is

02:38:37 25  a question.

Deposition of Rosemary Arriada-Keiper          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
02:38:38  1          MS. LEEBOVE:  There isn't a question yet.
02:38:41  2     Q.  So I'm wondering how -- does -- well, does it
02:38:48  3  appear to you here that equity was an aspiration or it
02:38:55  4  was something that would be ensured?
02:39:00  5          MR. KIERNAN:  Objection to form.
02:39:02  6          THE WITNESS:  So I -- I can't, I guess,
02:39:08  7  articulate what it is that -- the point that was trying
02:39:09  8  to be made here.  Let me give you my interpretation of
02:39:12  9  this.
02:39:12  10         My interpretation of this is that what we were
02:39:15  11  trying to do was create a set of guidelines around
02:39:19  12  promotions that could be consistently applied around the
02:39:21  13  world.  So it doesn't mean, you know, consistently do
02:39:25  14  this everywhere, ████████████████████████████████

           ████████████     ████████████████████████████████

           ████████████     ███████████████████████████████.  Whereas
02:39:33  17  before, there was no guideline and people could do
02:39:35  18  whatever they wanted.  That's what I think this message
02:39:37  19  is about.
02:39:40  20    Q.  Okay.  On page 068164, there is a reference to
02:39:47  21  a salary range website.
02:39:49  22    A.  Yeah.
02:39:49  23    Q.  What is the salary range website?
02:39:52  24    A.  So a salary range website is a tool that we
02:39:54  25  have available to managers whereby they can look at a
```

| | | |
|---|---|---|
| 02:39:59 | 1 | salary range for an associated job. |
| 02:40:04 | 2 | Q. Is the salary range website only accessible by |
| 02:40:07 | 3 | managers -- |
| 02:40:07 | 4 | A. Yes. |
| 02:40:08 | 5 | Q. -- and above? |
| 02:40:09 | 6 | A. Uh-huh. |
| 02:40:12 | 7 | Q. Do ordinary individual contributors and other |
| 02:40:16 | 8 | nonmanagerial employees ever have access to the salary |
| 02:40:20 | 9 | range website? |
| 02:40:21 | 10 | A. Not individual contributors. If you are in HR, |
| 02:40:25 | 11 | so a recruiter, you would have access to that |
| 02:40:29 | 12 | information. Compensation does. |
| 02:40:31 | 13 | Q. Are recruiters who have access to the salary |
| 02:40:35 | 14 | range website free to share that information with other |
| 02:40:39 | 15 | nonmanagerial colleagues? |
| 02:40:41 | 16 | A. So we don't have a particular policy that says |
| 02:40:44 | 17 | you shouldn't be sharing this information. Whether they |
| 02:40:48 | 18 | do or don't, I don't know. |
| 02:40:50 | 19 | Q. Has the salary range website existed -- or did |
| 02:40:54 | 20 | a salary range website exist throughout the class |
| 02:40:56 | 21 | period? |
| 02:40:57 | 22 | A. I think so. It's been around for a long time. |
| 02:41:01 | 23 | I'd have to go back and look at when it was actually |
| 02:41:04 | 24 | developed. But we've had them for a long time, so.... |
| 02:41:10 | 25 | Q. Is there a -- do you know whether you made an |

02:41:15  1    attempt, personally, to collect documents or printouts

02:41:20  2    from the salary range website as part of your gathering

02:41:24  3    of documents for this case?

02:41:25  4        A.  I personally didn't, no.

02:41:31  5        Q.  Is the salary range website archived anywhere

02:41:33  6    that you know about?

02:41:35  7        A.  The salary range website is not archived

02:41:37  8    anywhere that I know of.  We feed the salary range

02:41:42  9    website, so we create those ranges.  So we have those.

02:41:45  10        Q.  And are the ranges -- are they -- can you look

02:41:48  11    back at historical data on the salary range website or

02:41:52  12    does it only post the current salary ranges?

02:41:55  13        A.  Only posts the current.  Yeah.  Doesn't stop

02:41:57  14    managers from printing and saving it themselves.  I

02:42:00  15    mean, they have the ability to do that.

02:42:06  16        Q.  Under Equity Review, on page 068164.

02:42:10  17        A.  Okay.

02:42:12  18        Q.  The third bullet point states, "██████████

02:42:14  19    ███████████████████████████████," I'm skipping

02:42:17  20    the parenthetical here, "█████████████████████████

02:42:19  21    ████████████████████████████."

02:42:25  22        A.  Yeah.

02:42:26  23        Q.  What does that mean?

02:42:26  24        A.  So what that means is similar to a salary

02:42:31  25    budget, when it comes to equity, managers receive a

02:42:33  1    certain number of shares. ██████████████

██████  ██    ███████████████████████████████

██████  ██    ███████████████████████████████

██████  ██    ███████████

██████  ██        █████████████████████████████

██████  ██    █████████████████████████████████

██████  ██    █████  ████████████████████████████

██████  ██    ██████████████  ██████████████████

██████  ██    ████████████████████████████

█████████     ██████████████████████████████

█████████     █  ████████████████████████████████

█████████     █████████████████████████████████

█████████     █████████████████████████████████

█████████     ████████  ███████████████████

02:43:14 15        MR. KIERNAN:  Object to form.

02:43:15 16        THE WITNESS:  I don't know.  I don't know how

02:43:17 17    we accomplished it.

02:43:23 18        MS. LEEBOVE:  Q.  ██████████████████

██████████     ███████████████████████████████

██████████     ██████████████████████████████

██████████     █████████████████████████

02:43:41 22        MR. KIERNAN:  Object to form.

02:43:44 23        THE WITNESS:  I don't know.  Yeah.  I don't

02:43:46 24    know if it was a directive or not.

02:43:55 25        MS. LEEBOVE:  Q.  Have there -- in your

02:43:57  1    experience at Adobe, have there ever been

02:44:02  2    directives -- well, has the company ever issued

02:44:05  3    directives about salary -- well, has the company

02:44:11  4    ever issued salary directives as opposed to salary

02:44:15  5    guidelines?

02:44:17  6        A.   Yeah, um, I guess I just really struggle with

02:44:21  7    the directive for the guideline.  So, you know, we

02:44:24  8    position things as these are your guidelines.  Here is

02:44:28  9    your budget.  Typically people follow the guidelines.

02:44:31 10    So, you know, if they didn't, you know, I don't know if

02:44:37 11    we've made exceptions or not.  I'm not privy to that,

02:44:40 12    so....

02:44:42 13        Q.   Okay.  If we could, for a moment -- or if you

02:44:49 14    could, please take a look back at Exhibit 2487.

02:44:53 15        A.   Okay.

02:44:54 16        Q.   It's the one that looks like this.  Well, and

02:44:57 17    it's the one that says Exhibit 2487 on it, if that

02:45:00 18    helps.

02:45:03 19        A.   Eighty-seven.  Yeah.

02:45:05 20        Q.   If you turn to page 100614.

02:45:10 21        A.   Okay.

02:45:20 22        Q.   Can you tell me what this page reflects?

02:45:23 23        A.   ███████████████████████████████████

███████████     ████████████████     ████████████

███████████          ██     ██████████████████████

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



02:48:19  1          Q.  Okay.  All right.  Thank you.

02:48:23  2          A.  Uh-huh.  You are probably learning more about

02:48:31  3   comp than you ever wanted to know.

02:48:33  4          Q.  I always wanted to know.

02:48:35  5              MR. KIERNAN:  Can we take a five-minute break?

02:48:37  6              MS. LEEBOVE:  Sure.

02:48:38  7              THE VIDEOGRAPHER:  This is the end of video

02:48:39  8   No. 4.

02:48:39  9              The time is 2:48 p.m.  We're going off the

02:48:41 10   record.

02:56:33 11              (Recess taken.)

03:01:48 12              THE VIDEOGRAPHER:  This is the beginning of

03:01:49 13   video No. 5.

03:01:51 14              The time is 3:01 p.m.  We're back on the

03:01:54 15   record.

03:01:57 16              MS. LEEBOVE:  Okay.  May I please have this

03:01:59 17   exhibit next.  I believe we're at Exhibit 2495.

03:02:18 18              (Whereupon, Exhibit 2495 was marked for

03:02:18 19              identification.)

03:02:30 20              MS. LEEBOVE:  Q.  Ms. Arriada-Keiper,

03:02:30 21   you've been handed Exhibit 2495, it is Bates stamped

03:02:34 22   ADOBE_086264 through 086272.

03:02:45 23              In our desire to save some trees and print

03:02:49 24   double-sided, sometimes these are a little bit -- you

03:02:51 25   have to flip them around a couple times as you are

```
03:07:22  1   human resources is, you had a lot of specialized jobs.

03:07:28  2   And as the teams began to evolve and we started to take

03:07:33  3   on different work, we were getting less specialized and

03:07:36  4   people were taking more of a generalist role.  And so we

03:07:40  5   went through an effort of rather than having -- how many

03:07:40  6   jobs is it here --
```

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



03:08:58  1

03:09:46 17          Q.   Okay.   On page 5 of the document, the very last

03:10:09 18   bullet point says,

03:10:13 19                                               ."

03:10:18 20

03:10:29 23          MR. KIERNAN:   Object to form.

03:10:30 24          THE WITNESS:



03:11:52 23          Q.  So we had discussed before, and I believe it's

03:11:56 24     in the Morris declaration itself, that each job code has

03:12:10 25     its own salary range.

03:12:12  1        A.  Uh-huh.

03:12:14  2        Q.  Is that not the case in HR now?

03:12:18  3        A.  It still does.  So the job code that we're now

03:12:20  4    using for these jobs has a specific range tied to it.

03:12:24  5        Q.  But does each job code refer to more than one

03:12:26  6    job?

03:12:28  7        A.  There is different types of jobs that make up

03:12:31  8    that job code.  Yeah.

03:12:36  9        Q.  Well, if we -- going -- turning back, then,

03:12:39  10   to -- that's it, you've got it, to Exhibit 2486, and

03:12:45  11   specifically to paragraph 4, we had talked before about

03:12:48  12   the sentence that says, "████████████████████████

03:12:50  13   █████████████████████████████████████████████████████

03:12:55  14   ███████████████████████████████████████████

03:12:58  15   ████████████████████."

03:12:59  16       A.  Uh-huh.

03:12:59  17       Q.  And we -- you and I had also talked about how

03:13:03  18   each job code also has a salary range associated with

03:13:06  19   it, right?

03:13:07  20       A.  Yeah.

03:13:08  21       Q.  But my question is, are job codes

03:13:12  22   individualized or -- well, how many jobs can fall within

03:13:18  23   a single job code?

03:13:20  24            MR. KIERNAN:  Let me object to form.

03:13:23  25            THE WITNESS:  Yeah.  So you have -- the job



```
03:33:56 8        A.  That, I don't know.

03:33:58 9        Q.  Okay.  Turning back to the Morris declaration.

03:34:43 10       A.  Okay.

03:34:54 11       Q.  If you could just read through paragraphs 9

03:34:56 12   through 11 and just let me know if there is anything

03:35:00 13   about those paragraphs that you would change if you --

03:35:05 14   if this was your declaration to make it more accurate or

03:35:07 15   truthful.

03:35:15 16       Let me rephrase that as a question.  Would you

03:35:17 17   please look through paragraphs 9 through 11 of the

03:35:20 18   Morris declaration and let me know if there was anything

03:35:23 19   you would change if it were your declaration to make it

03:35:26 20   more accurate or truthful?

03:36:36 21       A.  So this resonates.

03:36:38 22       Q.  Is it all --

03:36:41 23       A.  I'd have to go back and validate the dates, and

03:36:43 24   I don't know that the wording would be exactly what I

03:36:45 25   would use, but in concept, yes.  There is nothing here
```

03:36:48  1    that I believe to be untruthful.

03:36:57  2        Q.   Okay.  Moving on to paragraph No. 12.

03:36:59  3        A.   Okay.

03:37:02  4        Q.   And 13.  Actually, if you could read 12 and 13

03:37:05  5    and let me know when you've had a chance to do that.

03:37:11  6        A.   Okay.

03:37:52  7             Okay.

03:37:59  8        Q.   Was there any -- well, I guess my first

03:38:02  9    question is the paragraph 12 states that, "Adobe

03:38:07 10    assigned each job code a broad salary range."

03:38:12 11             Am I reading that right?

03:38:13 12        A.   Uh-huh.

03:38:15 13        Q.   ████████████████████████████████████

       ████████████  ███████████████████████████████████

       ████████████    █████   ██████████████████████

03:38:24 16    ████████████    ███   ████████████████████████████████████

       ████████████████████████████████████████████████████████████

       ████████████████████████████████████████████████████████████

       ████████████    ████████████

03:38:38 20        A.   ███████   The breadth of the salary range she refers

03:38:42 21    to is we apply a spread.  So what we typically do is we

03:38:45 22    target the market, 65th percentile of the market, and we

03:38:48 23    create our own spread, say, let's apply a 50 percent

03:38:51 24    spread, and that creates your minimum and your maximum,

03:38:53 25    right?

03:38:54  1        Q.  What do you mean a 50 percent spread?

03:38:58  2        A.  So there is basically a formula that we apply,

03:39:01  3    and that formula helps us to determine what the minimum

03:39:04  4    and the maximum is going to be based on this midpoint of

03:39:09  5    the range that we target.

03:39:11  6        Q.  The minimum and maximum of what?

03:39:12  7        A.  The salary range.

03:39:14  8        Q.  For a particular job title or a particular job

03:39:16  9    code?

03:39:16 10        A.  Job code.

03:39:29 11        Q.  So I'm just trying to --

03:39:31 12        A.  Yeah.  That's okay.

03:39:32 13        Q.  Trying to understand this.  So when you say

03:39:34 14    that you develop a spread, do you develop a spread for

03:39:39 15    each job code that's narrower than the salary range

03:39:43 16    itself?

03:39:44 17        A.  So the market data doesn't have a salary range,

03:39:47 18    right?  The market data will tell you for this job,

03:39:49 19    here's the 25th percentile value, the 50th, 75th, the

03:39:53 20    90th.  We happen to target the 65th, so we take that.

03:39:58 21             So let's use, as an example, the computer

03:40:00 22    software engineer, right?  That 65th market value might

03:40:03 23    be $100,000, right?  What we then do is we say we need

03:40:08 24    to create a minimum and a maximum for this range.  And

03:40:11 25    what you generally do is for the vast majority of the

03:40:15  1    jobs, I think we use -- I have to go back.  I haven't

03:40:17  2    looked at kind of what our approach has been, but I

03:40:21  3    think it's a 60 percent spread.  So it's just a

03:40:23  4    mathematical formula, and that's applied for all the

03:40:26  5    jobs.

03:40:27  6              So the differentiation or the market data piece

03:40:30  7    comes in really in defining that midpoint value.  The

03:40:33  8    minimum and the maximum are going to be the same formula

03:40:36  9    across all jobs in the company.  As you start to get

03:40:39 10    into higher level jobs, i.e. senior directors and VPs,

03:40:43 11    that spread that applies, instead of 60 percent, you

03:40:45 12    might see something closer to, like, 77 percent.  A

03:40:48 13    little bit of a wider band.  But that's what we mean

03:40:51 14    when we talk about the spread.

03:40:54 15        Q.   Okay.

03:40:55 16        A.   It's very formulaic.

03:40:58 17        Q.   And then do compa-ratios play any role in

03:41:03 18    targeting employees' salaries within the salary range?

03:41:08 19              MR. KIERNAN:  Object to form.

03:41:10 20              THE WITNESS:  Yeah -- no.  Again, compa-ratio

03:41:14 21    is more something a manager uses to inform where a

03:41:18 22    person's salary is relative to the range.  So if I'm

03:41:20 23    trying to think about where I want to position a person,

03:41:25 24    compa-ratio is not very helpful to me.  You know, when

03:41:28 25    it is helpful to me is, you know, as I'm going through

03:41:31  1    the annual focal review process and I've got this

03:41:33  2    budget, and I'm looking at this individual and I'm

03:41:35  3    saying, oh, right now they're sitting at a compa-ratio

03:41:39  4    of, I don't know, let's say 115 percent, that tells me

03:41:43  5    they're very close to the maximum of the range.

03:41:45  6    ████████████████████████████████████████████

████████  ██  ██████████████████████████████████████████████

████████  ██  ██████████████████████████████████████████████

████████  ██  ████████████████████  ██████████████████████

████████      ████████████████████████████████

████████      ██████████████████████████████████████████████

████████      ██████████████████████████████████████████████

████████      ██████████████████████████████████████████

████████      ████████████████████████████████████████████████

████████      ██████████████████  ██████████████████

████████      ██████████████████████████████████████████████

████████      ██████████████████████  ██████████████████████

████████      ██████████████████████████████  ████████████████

████████      ██████████████████████████████

03:42:25 20         MS. LEEBOVE:  Q.  Okay.  In paragraph 13,

03:42:30 21    I'm looking at lines 22 to 23.

03:42:32 22         A.  Okay.

03:42:34 23         Q.  And it says, "████████████████████████████

████████      ██████████████████████████████████████████████

████████      ████████████████████████████████████████████████

```
03:49:13  1        A.   Yeah.

03:49:15  2             MR. KIERNAN:  Different jobs or different job

03:49:17  3   titles.  It was just a --

03:49:20  4             MS. LEEBOVE:  Of two different --

03:49:24  5             THE WITNESS:  Job titles.

03:49:25  6             MS. LEEBOVE:  Q.  -- job titles within the

03:49:26  7   same job code.

03:49:27  8        A.   Yeah.  So you could have a -- a marketing --

03:49:38  9   like here's an example.  A
```

03:50:46  1  

Does that help?

03:51:13 12       Q.  It does.

03:51:14 13            And they could be -- and in your scenario, that

03:51:18 14  employee communications manager and marketing manager

03:51:20 15  could be compensated differently as well?

03:51:22 16       A.  Uh-huh.  They could.  Based on their

03:51:25 17  contributions.  If one is new into the role versus

03:51:30 18  someone whose got more experience.  There is a number of

03:51:33 19  factors.  That's where that range kind of spread allows

03:51:36 20  you that flexibility, right?

03:51:38 21       Q.  Does Adobe conduct any studies about where

03:51:46 22  on -- well, I guess, does Adobe conduct any studies

03:51:49 23  about where employees fall within their salary ranges?

03:51:54 24       A.  Yeah.  Well, when you say studies, we run

03:51:57 25  reports that show us kind of, again, you know, where

03:52:01  1    employees are falling within the ranges.

03:52:04  2         Q.  And do most employees tend to fall -- well, I

03:52:10  3    mean, where do employees tend to -- is there, like, some

03:52:14  4    sort of -- I guess where is the greatest represent --

03:52:23  5    well, I don't even know how to ask this question, which

03:52:26  6    reflects my lack of sleep.

03:52:33  7             How often are employees paid at the very

03:52:36  8    bottom, the very minimum of their salary range?

03:52:42  9             MR. KIERNAN:  Object to form.

03:52:43 10             THE WITNESS:  I don't know how often.  I'd have

03:52:44 11    to run a report to see, you know, how many people are

03:52:49 12    currently positioned at the lower end of the range.  So

03:52:56 13    kind of you run these reports at a snapshot in time,

03:52:59 14    right?  And people kind of are entering the work

03:53:02 15    environment and leaving the work environment.

03:53:03 16             So, you know, generally, you know, you are not

03:53:07 17    always going to see an exact replica depending on the

03:53:10 18    snapshot in time that you are taking.  Like I would

03:53:13 19    venture to say that if you look at a snapshot now, it's

03:53:16 20    going to look very different than what it did

03:53:18 21    potentially a year ago.

03:53:19 22             But as part of the annual review process, we do

03:53:23 23    look at, you know, where people are positioned, you

03:53:25 24    know, how many people are above the midpoint, how many

03:53:27 25    people are below the midpoint, how many people are above

03:53:30  1    the maximum. 

03:53:44  5            MS. LEEBOVE:  Q.  So what would it tell you

03:53:45  6    if you see that a significant proportion of

03:53:50  7    employees are positioned at the low end of their

03:53:53  8    salary range?

03:53:54  9        A.  So that would tell us that while our ranges may

03:53:57 10    be competitive, where people are positioned to those

03:54:00 11    ranges is low, and, you know, we would probably request

03:54:05 12    some additional funding to help kind of move that along.

03:54:09 13    The problem with that is we're always constrained by

03:54:11 14    that conversation with finance to say, you know, can we

03:54:15 15    afford it or not.

03:54:16 16            And you see that happening not so much in the

03:54:18 17    U.S. because it's a mature market and we -- there is not

03:54:21 18    a lot of volatility, so people's positioning doesn't

03:54:25 19    tend to shift as much.  But again, in these those

03:54:27 20    emerging markets, Romania, India you see people shifting

03:54:32 21    in their positions all the time.

03:54:33 22        Q.  And you mentioned having to go to finance to

03:54:35 23    ask for more money or ask for money.  Who is it -- who

03:54:40 24    is it within finance who you interface with?  Who

03:54:44 25    compensation interfaces with?

03:54:45  1        A.  We interface with the VP of FP&A, financial

03:54:49  2    planning and analysis.  And so the person we had been

03:54:54  3    interfacing with left, so I don't know who that

03:54:58  4    replacement will be for next year.

03:55:01  5        Q.  Had you -- had -- in your time in the

03:55:03  6    compensation department, had you been interfacing with

03:55:05  7    this particular VP of FP&A --

03:55:09  8        A.  For many years.

03:55:09  9        Q.  -- for many years.

03:55:10  10            Did you consult with this person -- was he or

03:55:12  11   she your point person in finance throughout the class

03:55:15  12   period?

03:55:16  13       A.  Oh, gosh.

03:55:17  14       Q.  When I say "your," I mean the compensation

03:55:19  15   department.

03:55:19  16       A.  Yeah.  The compensation department.  Yeah.

03:55:21  17   Probably, if not directly with him, somebody within his

03:55:25  18   team.

03:55:27  19       Q.  And what is -- what was the VP of FP&A's name?

03:55:32  20       A.  Joe Namath.

03:55:36  21       Q.  Joe Namath?

03:55:38  22       A.  Like the football player.

03:55:39  23       Q.  Was there anybody else that you dealt with

03:55:42  24   in -- tell me what FP&A stands for.

03:55:45  25       A.  Financial planning and analysis.

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
03:59:15  1        Q.  ██████████████████████████████
          ██████████        ████████████████████████████████████████
          ██████████        ████████████████████████  Do you see that in
03:59:29  4    paragraph 16?
03:59:30  5        A.  Yeah.
03:59:30  6        Q.  ██████████████████████████████████
          ██████████        ████████████████████████
          ██████████    ██   ██████████████████████████    ████
          ██████████    ██
          ████████████       ████████████████████████████
          ████████████       ██████████████████████████████████████████
          ████████████       ██████████████████████████████████
          ████████████       ██████████████████████████████████████████
          ████████████       ████████████
          ████████████       ████████████████████████████████
          ████████████       ██████████████████████████████████
          ████████████       ██████████████████████████████████████████
          ████████████       ████████████████████    ████████████████████
          ████████████       ██████████████████████████████
          ████████████       ██████████████████████    ████████████
          ████████████       ██████████████████████████████
          ████████████       ██████████████████████████████████████████
          ████████████       ██████████████████████████
04:00:27 24        Q.  But there are genuinely no instances where HR
04:00:30 25    has clipped a manager's discretion?
```

| | | |
|---|---|---|
| 04:00:32 | 1 | A.  Not that I've personally been involved in. |
| 04:00:34 | 2 | Somebody unbeknownst to me, but no. |
| 04:00:39 | 3 | Q.  And tell me how did -- and by -- is it fair -- |
| 04:00:44 | 4 | is it fair to refer to compensation as HR? |
| 04:00:47 | 5 | A.  We're part of HR. |
| 04:00:48 | 6 | Q.  Okay.  So Ms. Morris writes at lines 18 to 19 |
| 04:00:54 | 7 | on page 5 -- |
| 04:00:55 | 8 | A.  Yeah. |
| 04:00:56 | 9 | Q. |

04:01:45  1  ████████  ████████████████████████  ██████████████

████████ █  ████████████████████████████████████

████████ █  ████████████████████████████████████

████████ █  ████████████████████████████████████████

████████ █  ████████████████████████████

04:02:01  6          You know, in the tool, as an example, if you

04:02:03  7  are a manager and you go to give an increase to someone

04:02:06  8  that's above the maximum of the range, it will tell you,

04:02:09  9  hey, do you know the person is above the maximum in the

04:02:12 10  range.  Still move forward, but it kind of -- you know.

04:02:15 11      Q.  It will accept the change but with a warning?

04:02:20 12      A.  Yeah.

04:02:26 13      Q.  How many times can an employee -- can an

04:02:29 14  employee be a low performer before they're asked to

04:02:32 15  leave the company?

04:02:33 16          MR. KIERNAN:  Object to form.

04:02:34 17          THE WITNESS:  That, I don't know.  I don't know

04:02:36 18  about that.

04:02:39 19          MS. LEEBOVE:  Q.  Is there a point at which

04:02:41 20  a person who is a -- an employee who is a low

04:02:43 21  performer year after year is asked to leave?

04:02:48 22      A.  That's kind of case by case, I'm sure.  Our

04:02:51 23  lawyers get involved.  I would tell you that me as a

04:02:55 24  manager, it wouldn't take -- I wouldn't want year after

04:02:57 25  year of low performance before I dealt with that issue.

04:02:59  1    But it's going to be situational, right?

04:03:19  2         Q.

04:04:33  1  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓  ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓  ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓  ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓

▓▓▓▓  ▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

04:04:48  6      Q.  Does this roll-up process actually roll up to

04:04:50  7  this CEO of the company?

04:04:52  8      A.  It does.  Ultimately the CEO is kind of

04:04:58  9  responsible for, you know, at a company level what

04:05:03  10  budget do we come in, what does the distribution look

04:05:05  11  like.  So at any point in time, Shantanu could go look

04:05:10  12  at anybody's record.

04:05:12  13      Q.  Has Mr. Narayen ever blocked a salary increase

04:05:16  14  for an individual employee?

04:05:22  15      A.  Not that I'm aware of.

04:05:23  16      Q.  Or required a salary increase for an employee

04:05:25  17  who wasn't going to receive one?

04:05:27  18      A.  Not that I know of.  I think Shantanu is

04:05:28  19  probably more focused on his directs more than anybody

04:05:31  20  else.

04:05:44  21      Q.  How does Adobe determine bonus and equity

04:05:46  22  grants?

04:05:50  23      A.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓

▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓  ▓▓

▓▓▓▓▓▓▓▓  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓



04:07:07 17        Q.  How is there -- well, how substantial can an

04:07:10 18    employee's equity share -- or how substantial an equity

04:07:15 19    share award can an employee receive -- or what's the

04:07:18 20    maximum equity share award an employee can receive for a

04:07:22 21    given year?

04:07:23 22            MR. KIERNAN:  Object to form.

04:07:26 23            THE WITNESS:  Yeah.  So, there is a difference

04:07:27 24    between shares and value.  So we create a pool of shares

04:07:36 25    based on kind of the budget availability, market

04:15:29  1    determine what it is they want to pay.

04:15:31  2        Q.  How is that salary range created?

04:15:34  3        A.  We create that salary range through the process

04:15:36  4    that I described earlier where we are benchmarking

04:15:41  5    specific jobs to the market, and we either adjust them

04:15:45  6    up or down based on what the market is telling us by

04:15:49  7    targeting that 65th percentile of the market.

04:15:53  8        Q.  Do managers target the midpoint of the range

04:15:58  9    for new hires?

04:15:59 10            MR. KIERNAN:  Objection.  Form.

04:16:01 11            THE WITNESS:  Yeah.  I don't know what they

04:16:03 12    specifically target.  We educate managers that they need

04:16:05 13    to think about a number of things, right?  So they need

04:16:09 14    to look at skill level of an individual, the potential

04:16:16 15    expertise that they're bringing to the table, they need

04:16:19 16    to look at kind of what's happening within their overall

04:16:22 17    team, their budget.  There is a number of things that

04:16:26 18    managers have to think about when they determine what

04:16:28 19    that amount is going to be.

04:16:51 20            MS. LEEBOVE:  Would you please mark this the

04:16:53 21    next in order, Exhibit 2496.

04:17:07 22            (Whereupon, Exhibit 2496 was marked for

04:17:07 23            identification.)

04:17:09 24            MS. LEEBOVE:  Q.  Ms. Arriada-Keiper,

04:17:10 25    you've been handed Exhibit 2496.  It's a -- well, a

| | | |
|---|---|---|
| 04:17:15 | 1 | several-page document that begins on ADOBE_086273 |
| 04:17:19 | 2 | and runs through 086276. |
| 04:17:21 | 3 | A.  Yes. |
| 04:17:27 | 4 | Q.  If you could have a look at it and let me know |
| 04:17:30 | 5 | when you've done so. |
| 04:17:31 | 6 | A.  I've seen this. |
| 04:17:32 | 7 | Q.  Do you need more time? |
| 04:17:33 | 8 | A.  No. |
| 04:17:33 | 9 | Q.  Can you tell me what Exhibit 2496 is? |
| 04:17:36 | 10 | A.  Yes.  It's a template that we use when we need |
| 04:17:38 | 11 | to create a job code and get it entered into SAP. |
| 04:17:45 | 12 | Q.  This document says at the top that it was |
| 04:17:47 | 13 | revised in April of '03? |
| 04:17:50 | 14 | A.  Okay. |
| 04:17:51 | 15 | Q.  And the second page, 086274 says it was revised |
| 04:17:54 | 16 | in April of '02.  But have these form -- have these |
| 04:18:01 | 17 | forms been further revised since those dates? |
| 04:18:04 | 18 | A.  I don't know.  I'd have to go check with the |
| 04:18:06 | 19 | team.  I don't do these anymore. |
| 04:18:10 | 20 | Q.  Did you used to use these forms? |
| 04:18:12 | 21 | A.  Uh-huh.  In my days as a comp analyst, I sure |
| 04:18:15 | 22 | did. |
| 04:18:19 | 23 | Q.  So can you walk me through how you would fill |
| 04:18:22 | 24 | this out?  How would you know what job code to put in |
| 04:18:24 | 25 | that first line? |

04:18:25  1       A.  You wouldn't, because that's an automatic

04:18:27  2   number that's created by SAP.



so that midpoint would be based on

04:18:43  6   that Radford benchmark data point of the 65th

04:18:46  7   percentile.  The minimum and the maximum would be

04:18:48  8   determined by that formulaic spread.

04:19:51 24       FLSA, so that's very specific criteria around

04:19:54 25   what jobs are considered exempt jobs, and which ones are

04:19:57  1    considered nonexempt jobs in terms of overtime pay,

04:20:00  2    right?  So that's kind of dictated to us by law.

04:20:06  3         The functional area will describe is this an HR

04:20:10  4    job, is it an R&D job, is it a sales job.  The job

04:20:14  5    function gets into a little bit more specificity.  So,

04:20:18  6    you know, if it's an R&D job, is it development?  Is it

04:20:22  7    UI?  Is it QE?  And then within the job family it's

04:20:27  8    exactly what type of benchmark data are you using.

04:20:32  9         So, you know, within R&D, within development,

04:20:36 10    you might have, I don't know, computer scientist versus

04:20:43 11    systems scientist.  So it's a level of granularity below

04:20:48 12    the job function.  And then you have manager level which

04:20:51 13    determines is this an individual contributor job, or is

04:20:54 14    this a career level manager, a senior manager, a

04:20:59 15    director level, a senior director VP.

04:21:05 16    ███████████████████████████████████████████████



04:21:19 21         And the stock level is the same.  A job family

04:21:23 22    has an associated stock level and a stock category which

04:21:27 23    determines how many shares an employee gets.

04:21:29 24         So these are all what we refer to as attributes

04:21:32 25    of a job.  So when we create a job internally, you kind

04:21:37   1   of have to put all these inputs into a system, and they

04:21:40   2   help drive a lot of different things.  Like what's the

04:21:43   3   salary range going to be?  What's the new hire equity

04:21:45   4   grant guideline that you give to a particular position?

04:21:47   5   What's the incentive target for a particular role?  It's

04:21:51   6   all very prescribed.

04:21:52   7         Q.



04:22:18 13       Q.  And is there a list somewhere?  And maybe it --

04:22:25 14   I was thinking maybe it was attached as page 2.



04:22:32 16       A.  Yeah.  So it's kind of a misnomer, because we

04:22:35 17   don't have grades at Adobe.

          So if you

04:22:41 19   go to the top there where it says job code, that was the

04:22:41 20   number I told you that SAP kind of randomly or

04:22:46 21   automatically creates.



04:23:12 24       Q.  I'm looking back to my notes because you

04:23:14 25   mentioned SAP.

| | | |
|---|---|---|
| 04:23:15 | 1 | A.   Yep. |
| 04:23:16 | 2 | Q.   And was SAP the old system or is SAP the |
| 04:23:17 | 3 | current -- I'm thinking back to whether I have any |
| 04:23:24 | 4 | questions for you about Taleo versus -- tell me what SAP |
| 04:23:31 | 5 | stands for. |
| 04:23:32 | 6 | A.   I don't know.  It's the German company. |
| 04:23:34 | 7 | MR. KIERNAN:  Well, it's just a -- but -- |
| 04:23:36 | 8 | THE WITNESS:  It's the salary planning tool. |
| 04:23:38 | 9 | So I think what I'm -- so what we referenced was the |
| 04:23:41 | 10 | salary planning tool.  When I say SAP, that is our |
| 04:23:45 | 11 | database for where we keep all HR information. |
| 04:23:48 | 12 | MR. KIERNAN:  There is many, many SAP products. |
| 04:23:50 | 13 | MS. LEEBOVE:  Okay. |
| 04:23:51 | 14 | MR. KIERNAN:  Salary tool being one, then -- |
| 04:23:53 | 15 | THE WITNESS:  A recruiting tool.  Learning and |
| 04:23:54 | 16 | development.  They have different modules. |
| 04:23:57 | 17 | MR. KIERNAN:  Right. |
| 04:23:57 | 18 | THE WITNESS:  Yeah. |
| 04:23:58 | 19 | MS. LEEBOVE:  Q.  So is SAP just one of |
| 04:24:00 | 20 | Adobe's vendors that you buy HR software from? |
| 04:24:04 | 21 | A.   They're one of our partners.  And a couple of |
| 04:24:07 | 22 | the products of theirs that we use is we use their |
| 04:24:10 | 23 | database to store all employee information.  We also use |
| 04:24:13 | 24 | them from a salary planning tool perspective.  I believe |
| 04:24:17 | 25 | finance uses them for their accrual and expense |

04:24:20  1    tracking.  So yeah.

04:24:23  2        Q.  I don't think I've asked you this, but is there

04:24:25  3    a list of Adobe job codes somewhere?

04:24:27  4        A.  If you go to the salary range website that all

04:24:29  5    managers can access, every code is listed there.

04:24:34  6        Q.  Do employees know their salary ranges?

04:24:36  7        A.  Yes.  Well, if they ask.  So let me -- we used

04:24:47  8    to have a practice where we actually printed it on their

04:24:51  9    annual review letters.  I don't think we're doing that

04:24:53 10    anymore.  I'd have to check.  But at any point in time

04:24:55 11    they can just ask and get it.  It's not like it's a

04:24:58 12    secret.

04:24:58 13        Q.  Okay.  And you mentioned, again in discussing

04:25:01 14    this sheet, the formula that Adobe uses to determine the

04:25:07 15    minimum and maximum once you've targeted the midpoint of

04:25:10 16    a salary range.

04:25:11 17        A.  Yeah.

04:25:12 18        Q.  Did that formula remain constant over the class

04:25:15 19    period?

04:25:15 20        A.  No, it's changed.  And I couldn't tell you, you

04:25:18 21    know, when and to what values.  But when I initially

04:25:22 22    joined the company, we used 50 percent spreads for the

04:25:26 23    vast majority of roles, and then I think it was like a

04:25:29 24    75 percent spread for your senior levels.  Since then

04:25:32 25    it's changed, and I don't really know where they're



```
04:25:34   1    sitting at today.

04:25:37   2         Q.   Okay.  Where do job levels come from?

04:25:40   3         A.
```

```
04:26:28  16         A.   Yeah.  I -- you know, and I have to go back.

04:26:31  17    I'm getting to a level of granularity that -- I haven't

04:26:36  18    been in the work in a long time.

                                         let's say -- I'll give you an

04:26:46  20    example; quality engineers.  In the market, there may be

04:26:50  21    six levels from an individual contributor perspective.

04:26:54  22
```

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



04:27:06  1

04:27:27  8          Q.  Okay.

04:27:27  9          A.  Yeah.

04:27:42  10         Q.  Is there anything you disagree with in

04:27:44  11  paragraph 34 of -- well, I frankly don't recall whether

04:27:50  12  you've reviewed and --

04:27:54  13              MR. KIERNAN:  Thirty-two.

04:27:54  14              THE WITNESS:  I stopped at 31.

04:27:55  15              MS. LEEBOVE:  Q.  Could you review 32

04:27:57  16  through the end and let me know if there is anything

04:27:59  17  in here that you would change to make it more

04:28:01  18  truthful or accurate from your perspective.

04:29:29  19         A.  Okay.

04:29:30  20         Q.  Is there anything you've seen in the remainder

04:29:32  21  of the Morris declaration that you would change to make

04:29:34  22  it more truthful or accurate from your perspective?

04:29:37  23         A.  No.

04:29:37  24         Q.  Okay.  Thank you.

04:29:41  25              Mr. Kiernan did you want to take a break?

| | | |
|---|---|---|
| 04:29:42 | 1 | MR. KIERNAN:  Yeah. |
| 04:29:43 | 2 | THE VIDEOGRAPHER:  This is the end of video |
| 04:29:44 | 3 | No. 5. |
| 04:29:45 | 4 | The time is 4:29 p.m.  We're going off the |
| 04:29:47 | 5 | record. |
| 04:29:48 | 6 | (Recess taken.) |
| 04:45:32 | 7 | THE VIDEOGRAPHER:  This is the beginning of |
| 04:45:32 | 8 | video No. 6. |
| 04:45:33 | 9 | The time is 4:45 p.m.  We're back on the |
| 04:45:36 | 10 | record. |
| 04:45:41 | 11 | MS. LEEBOVE:  Q.  Ms. Arriada-Keiper, I |
| 04:45:43 | 12 | have just a couple of sort of randomish questions |
| 04:45:45 | 13 | for you in that they don't connect to what we were |
| 04:45:48 | 14 | previously talking about or what we will talk about. |
| 04:45:50 | 15 | But have you ever been involved in making a |
| 04:45:52 | 16 | counteroffer to an employee who was -- who indicated he |
| 04:45:56 | 17 | or she would -- was planning to leave Adobe for another |
| 04:46:00 | 18 | job? |
| 04:46:03 | 19 | A.  I am trying to remember whether I have been.  I |
| 04:46:10 | 20 | don't remember a specific example, but I must have been |
| 04:46:13 | 21 | at some point. |
| 04:46:17 | 22 | Q.  Do you remember the details of any instance |
| 04:46:19 | 23 | where you were involved in preparing a counteroffer for |
| 04:46:21 | 24 | an employee? |
| 04:46:22 | 25 | A.  I don't, no. |

05:40:35  1    you know, as we've been saying kind of all along, is

05:40:38  2    that internal equity is a factor that they have to

05:40:40  3    consider.  So, you know, depending on the individual

05:40:45  4    scenario and the situation, they may make that decision.

05:40:49  5         We ask them to consider internal equity when

05:40:51  6    they're making their salary decisions.  That's what

05:40:55  7    she's doing here.  And I don't have the full detail

05:41:00  8    here, so it's kind of hard to surmise.  But if I had to,

05:41:06  9    again, speculate here, it probably has something to do

05:41:08  10   with the performance level and not being aligned to the

05:41:11  11   recommendations.

05:41:13  12        MS. LEEBOVE:  Okay.  Well, I do not have any

05:41:17  13   further questions.

05:41:22  14        THE WITNESS:  Yay.

05:41:23  15        MS. LEEBOVE:  Do you?

05:41:24  16        MR. KIERNAN:  (Nonverbal response.)

05:41:24  17        THE VIDEOGRAPHER:  This is the end of video

05:41:26  18   No. 6 and the conclusion of today's proceeding.

05:41:29  19        The time is 5:41 p.m.  We're off the record.

05:41:34  20        (The deposition concluded at 5:41 PM)

05:41:34  21

          22

          23

          24

          25

1      I, Gina V. Carbone, Certified Shorthand

2   Reporter licensed in the State of California, License

3   No. 8249, hereby certify that the deponent was by me

4   first duly sworn and the foregoing testimony was

5   reported by me and was thereafter transcribed with

6   computer-aided transcription; that the foregoing is a

7   full, complete, and true record of said proceedings.

8      I further certify that I am not of counsel or

9   attorney for either of any of the parties in the

10   foregoing proceeding and caption named or in any way

11   interested in the outcome of the cause in said caption.

12      The dismantling, unsealing, or unbinding of

13   the original transcript will render the reporter's

14   certificates null and void.

15      In witness whereof, I have hereunto set my

16   hand this day:  April 10, 2013.

17      ___X___ Reading and Signing was requested.

18      _____ Reading and Signing was waived.

19      _____ Reading and signing was not requested.

20

21

22        _____

23        GINA  V. CARBONE

24        CSR 8249, CRR, CCRR

25