# EXHIBIT 34

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Jeff Vijungco <jeff@adobe.com> |
| **Sent:** | Monday, November 22, 2004 8:47 AM |
| **To:** | 'Donna Morris' <dcmorris@adobe.com> |
| **Subject:** | RE: status corporate dev interviews - sr dir MA / dir MA |

▓ = director
▓▓▓▓▓ = sr. dir

~~~

re: bonus:

1) i'd feel more comfortable taking care of ▓▓▓. I kind of understand the "internal equity" issue but it also assumes "all people are created equal" - i don't subscribe to that but understand the sensitivity.

2) I think ▓▓ should be at ▓▓ but if we can't do this I recommend a spot bonus to placate the bump from ▓▓. I can't imagine she thinks that's a psychological win.

3) ▓ market value is at ▓ base. I know she wants to be here, but I think people have a difficult time saying "no" to you face-2-face b/c they respect you so much. We can discuss live.

4) I feel strongly good @ offering ▓▓▓▓▓ and warrant your suggestion to ideally not offer her a sign-on bonus.

~~~

Jeff Vijungco
Recruiting
nasdaq: ADBE
(408) 536-2079
jeff@adobe.com

Investor Relations:
http://www.adobe.com/aboutadobe/invrelations/main.html

---

**From:** Donna Morris [mailto:dcmorris@adobe.com]
**Sent:** Monday, November 22, 2004 8:42 AM
**To:** 'Jeff Vijungco'
**Subject:** RE: status corporate dev interviews - sr dir MA / dir MA

Thanks Jeff for the update – I am having Anita check with Linda and my CT to ensure I am scheduled to meet ▓ and ▓▓▓▓ would they be at the Sr Dir level?

What is new with ▓▓▓? I rec'd vm from Brenda re the sign on for ▓ as I had asked her to discuss with you.. would like to speak with both of you today as I feel the need to ensure we follow up with both ▓ and ▓▓▓ .. comments/ thoughts from you would be valued ☺

Thanks, d

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities
-----Original Message-----
**From:** Jeff Vijungco [mailto:jeff@adobe.com]

HIGHLY CONFIDENTIAL

AB_CID002774
ADOBE_002764
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Sent:** Monday, November 22, 2004 8:39 AM
**To:** 'Donna Morris'
**Subject:** RE: status corporate dev interviews - sr dir MA / dir MA

hi Donna,

Yes, I believe ▮▮▮▮ and ▮▮▮▮▮▮ are scheduled to come in the week of the 29th.

Also, I'm screening the others attached.



Jeff

~~~

Jeff Vijungco
Recruiting
nasdaq: ADBE
(408) 536-2079
jeff@adobe.com

Investor Relations:
http://www.adobe.com/aboutadobe/invrelations/main.html

---

**From:** Donna Morris [mailto:dcmorris@adobe.com]
**Sent:** Monday, November 22, 2004 6:09 AM
**To:** 'Jeff Vijungco'
**Subject:** status corporate dev interviews - sr dir MA / dir MA

Jeff – hope you had a good weekend. I had a good chat with Michelle on Thursday and left it with her that you would follow up to speak further – it would be great to have her on the team.

Jeff – do you know if Linda Buck has started to set things up for the interviews?? I have not seen anything on my schedule and at minimum I was hoping she would set some of the candidates for John – can you let me know – and I can always send her an update too.

Can you also let me know which are the key roles you are focused upon – I am doing an update for T's staff on 11/30 and want to provide an update on our key focus areas.

Thanks, d

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities

HIGHLY CONFIDENTIAL

AB_CID002775
ADOBE_002765
CONFIDENTIAL - ATTORNEYS' EYES ONLY