# EXHIBIT 41

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Donna Morris [dcmorris@adobe.com] |
| **Sent:** | Wednesday, July 21, 2004 6:12 PM |
| **To:** | 'ellens@adobe.com' |
| **Subject:** | ████████████████████████ |

Many thanks – I will also make sure to speak to the team too in our staff tomorrow – it is good learning & I know that in partnering with the comp team to increase their understanding will also benefit.  Let me know how it goes with Susan too in terms of the internal equity reports – as these will be valuable.

Have a good night, d

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities
     -----Original Message-----
**From:** Ellen Swarthhout [mailto:ellens@adobe.com]
**Sent:** Wednesday, July 21, 2004 5:56 PM
**To:** 'Donna Morris'
**Subject:** ████████████████████████

   Donna -- thank you for doing this.  You have a nice way with words!

   Ellen

     -----Original Message-----
   **From:** Donna Morris [mailto:dcmorris@adobe.com]
   **Sent:** Wednesday, July 21, 2004 5:46 PM
   **To:** hire@adobe.com
   **Cc:** 'Ellen Swarthout'; 'Maria Rodriguez-Keeley'; gloria.stinson@adobe.com
   **Subject:** ████████████████████



   For those attending the weekly talent meeting tomorrow, we can further discuss.

   Many thanks, donna

ADOBE_008098
Confidential - Attorneys' Eyes Only

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities

ADOBE_008099
Confidential - Attorneys' Eyes Only