# EXHIBIT 132 TO HARVEY DECLARATION

# REDACTED VERSION

QuickBase Exact Forms Page 1 of 3

**MUTUAL NONDISCLOSURE AGREEMENT**

**For disclosure of Intuit information and/or** Zip **receipt of outside information**

This Confidentiality Agreement is entered into as of 8-13-2009, by and between:

| | | |
|---|---|---|
| Parties: | Intuit Canada ULC<br>7008 Roper Road<br>Edmonton, Alberta T6B 3H2<br>Contact:<br>Phone:<br>Fax: | **DoubleClick, a division of Google, Inc.**<br>**345 Spear Street**<br>**3-4th Floors**<br>**San Francisco, CA 94105**<br>Contact: Christina Kerwick<br>Phone: (415) 736-5372<br>Fax: (925) 281-2676 |
| Disclosed to: | **DoubleClick, a division of Google, Inc.** | Intuit Canada ULC |
| Proprietary Information: | | |
| Purpose of the Disclosure: | | |

**THE PARTIES HEREBY AGREE AS FOLLOWS:**

1.

2.

https://www.quickbase.com/db/bdxzp7bva?a=dbpage&pagename=MNDA%20-%20Canad... 8/13/2009
CONFIDENTIAL-ATTORNEYS' EYES ONLY GOOG-HIGH-TECH-00625475

QuickBase Exact Forms Page 2 of 3

(b) [redacted]

(c)

(d)

(e)

(f)

(g)

3.

4.

5.

https://www.quickbase.com/db/bdxzp7bva?a=dbpage&pagename=MNDA%20-%20Canad... 8/13/2009
CONFIDENTIAL-ATTORNEYS' EYES ONLY GOOG-HIGH-TECH-00625476

██████████████████████████████████████████████████████████████

**IN WITNESS THEREOF**, the parties have executed this Agreement as of the date first written above.

| **INTUIT CANADA ULC** | **DoubleClick, a division of Google, Inc.** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |

CONFIDENTIAL-ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　　　　　　　GOOG-HIGH-TECH-00625477

# Google Mutual Non-Disclosure Agreement

V032404C.1

This Mutual Non-Disclosure Agreement ("Agreement") is made and entere into between Google Inc., for itself and its subsidiaries and affiliate ("Google"), and "Participant" identified below, individually referred to as "Party" and collectively referred to as the "Parties". The Parties wish t exchange Confidential Information (as defined below in Section 2) for th following purpose(s): a) to evaluate whether to enter into a contemplate business transaction; and b) if the Parties enter into an agreement related t such business transaction, to fulfill each Party's confidentiality obligations t the extent the terms set forth below are incorporated therein (th "Purpose"). The Parties have entered into this Agreement to protect th confidentiality of information in accordance with the following terms:

1. The Effective Date of this Agreement is 10/29/2007

[SIGNATURES APPEAR ON NEXT PAGE]

11/16/2007 08:47 FAX Case 5:11-cv-02509-LHK Document 662 Filed 02/21/14 Page 6 of 6 INTUIT 012/012

| Google Inc. | | Participant: | Intuit Canada |
|---|---|---|---|
| By: | Diane L Passaro | By: | B Anderson |
| Name: | Diane L Passaro | Name: | Barbara Anderson |
| Title: | Contracts Manager | Title: | Group Marketing Manager |
| Address: | 1600 Amphitheatre Parkway, Mountain View, CA 94043 | Address: | 7008 Roper Road Edmonton AB, T6B 3H2 |
| Date: | 11/20/07 | Date: | 11/16/07 |

(Rev. 032404)

Legal Dept
Google

CONFIDENTIAL-ATTORNEYS' EYES ONLY GOOG-HIGH-TECH-00625479