# EXHIBIT 133 TO
# HARVEY DECLARATION
# REDACTED VERSION

## AD RESEARCH STUDY AGREEMENT

This Ad Research Study Agreement ("Agreement") is entered into on 1/26, 2009, by Google Inc. ("Google") and the entity identified on the signature line below ("Customer"). This Agreement governs the production of a research report to help Customer understand the impact of Internet-related advertising on its marketing objectives (the "Research Report"). In consideration of the foregoing, the parties agree as follows:

AGREED AND ACCEPTED:

CUSTOMER: INTUIT Inc.

By: [signature]
Name: JOHN JOHANSSON
Title: SOURCING MGR

GOOGLE INC.

By: [signature]
Name: [illegible]
Title: [illegible]

Page 1

Google v.08132008

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625480