# CISNEROS DECLARATION

# EXHIBIT DDD

# REDACTED VERSION

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4

5   IN RE:  HIGH-TECH EMPLOYEE      )

6   ANTITRUST LITIGATION           )

7                                  )    No. 11-CV-2509-LHK

8   THIS DOCUMENT RELATES TO:      )

9   ALL ACTIONS.                   )

10  _____

11

12      VIDEO DEPOSITION OF ELIZABETH BECKER, Ph.D.

13             December 10, 2013

14

15      Reported by:  Anne Torreano, CSR No. 10520

16

17

18

19

20

21

22

23

24

25

| 09:48:59 | 1 | guess, informative to some other people that were |
| 09:49:01 | 2 | designing recommendations. |
| 09:49:02 | 3 | So I would say that I wasn't the person |
| 09:49:05 | 4 | making the recommendations but the person doing some |
| 09:49:08 | 5 | number-crunching to assist in those who were |
| 09:49:11 | 6 | thinking about, you know, whether they would want to |
| 09:49:18 | 7 | change some of the processes that were in place |
| 09:49:21 | 8 | within their own structure. |
| 09:49:22 | 9 | Q.  Okay.  Any other assignments you can recall |
| 09:49:30 | 10 | in your career where you have been called on to make |
| 09:49:35 | 11 | recommendations about compensation in a company? |
| 09:49:37 | 12 | A.  So let me just be clear that I think what I |
| 09:49:45 | 13 | just said is that I wasn't called upon to make |
| 09:49:47 | 14 | recommendations in the cases that I've talked about |
| 09:49:49 | 15 | but was doing quantitative analysis to help other |
| 09:49:52 | 16 | people. |
| 09:49:52 | 17 | So I don't quite understand your |
| 09:49:54 | 18 | question -- |
| 09:49:54 | 19 | Q.  Okay. |
| 09:49:54 | 20 | A.  -- because it sounds like you're asking are |
| 09:49:55 | 21 | there other places where I made recommendations, but |
| 09:49:57 | 22 | I didn't make recommendations in those circumstances |
| 09:50:00 | 23 | I've just been talking about. |
| 09:50:01 | 24 | Q.  Okay.  So just -- we may have just been |
| 09:50:04 | 25 | misunderstanding each other.  I misunderstood you, |

| | | |
|---|---|---|
| 09:50:09 | 1 | not -- not the opposite. |
| 09:50:09 | 2 | So you have never in your career made |
| 09:50:12 | 3 | recommendations about compensation changes.  Your |
| 09:50:14 | 4 | role has been to do qualitative analysis, and other |
| 09:50:17 | 5 | people handle that recommendation part of it? |
| 09:50:20 | 6 | MR. KIERNAN:  Object to form. |
| 09:50:21 | 7 | THE WITNESS:  Yeah, I think my -- I think |
| 09:50:23 | 8 | that's a fair characterization.  My primary role is |
| 09:50:26 | 9 | to do qualitative analysis in order to help those |
| 09:50:30 | 10 | who have to make decisions ultimately about what's |
| 09:50:33 | 11 | happening within their own employee populations to |
| 09:50:37 | 12 | help them make decisions that may be better |
| 09:50:41 | 13 | informed, I hope, by the work that I do. |
| 09:50:44 | 14 | So I -- I'm not really the one that's |
| 09:50:47 | 15 | making the recommendations.  I'm the one that's |
| 09:50:49 | 16 | providing information that may -- you know, may or |
| 09:50:51 | 17 | may not have an influence on recommendations that |
| 09:50:54 | 18 | are made. |
| 09:50:54 | 19 | BY MS. DERMODY: |
| 09:50:54 | 20 | Q.  Okay.  In your prior work, have you studied |
| 09:50:59 | 21 | the relationship between bonus pay and base pay? |
| 09:51:11 | 22 | MR. KIERNAN:  Object to form. |
| 09:51:12 | 23 | THE WITNESS:  That's a pretty broad |
| 09:51:17 | 24 | question. |
| 09:51:19 | 25 | BY MS. DERMODY: |

| | | |
|---|---|---|
| 09:51:19 | 1 | Q.  Have you studied whether bonus pay and base |
| 09:51:22 | 2 | pay are correlated in your other work? |
| 09:51:29 | 3 | A.  I'm not sure I've ever done a study where |
| 09:51:37 | 4 | specifically I was evaluating correlation between |
| 09:51:39 | 5 | base and bonus.  I've certainly looked at |
| 09:51:42 | 6 | compensation systems that had both base and bonus. |
| 09:51:45 | 7 | But specific correlation studies?  No, I'm not |
| 09:51:49 | 8 | recalling that I've ever specifically evaluated |
| 09:51:51 | 9 | correlations between them. |
| 09:51:53 | 10 | Q.  Okay.  And same question for stock options |
| 09:51:58 | 11 | or equity compensation and base salary. |
| 09:52:00 | 12 | Have you ever done any study to see whether |
| 09:52:02 | 13 | they're correlated in any company? |
| 09:52:04 | 14 | A.  I think the answer is the same, is that |
| 09:52:06 | 15 | I've certainly looked at companies that paid both in |
| 09:52:09 | 16 | the form of base salary and equity.  I'm not |
| 09:52:16 | 17 | recalling any time where I specifically evaluated a |
| 09:52:19 | 18 | correlation between them. |
| 09:52:22 | 19 | Q.  Okay.  Over the past year, how much of your |
| 09:52:30 | 20 | income has been attributable to litigation matters |
| 09:52:33 | 21 | you're working on? |
| 09:52:34 | 22 | A.  Well, that's not really how I'm -- I mean, |
| 09:52:47 | 23 | I don't -- it would be hard for me to figure that |
| 09:52:52 | 24 | out, I guess, the answer, because I'm not -- you |
| 09:52:57 | 25 | know, I work for a company, and I don't get paid in |

| | | |
|---|---|---|
| 09:53:04 | 1 | a way that makes it easy for me to answer that |
| 09:53:06 | 2 | question, I guess is the answer. |
| 09:53:09 | 3 | Q.  What's your best estimate of how much of |
| 09:53:15 | 4 | your income is attributable to litigation matters? |
| 09:53:18 | 5 | A.  Now we have to go back to multiplying and |
| 09:53:23 | 6 | dividing; right? |
| 09:53:25 | 7 | How much of my income is directly related |
| 09:53:28 | 8 | to work that I've done on litigation matters?  Like |
| 09:53:35 | 9 | incrementally related?  I don't even understand your |
| 09:53:38 | 10 | question exactly. |
| 09:53:39 | 11 | Q.  Do you get paid an income from your current |
| 09:53:42 | 12 | employer? |
| 09:53:42 | 13 | A.  I do get paid by my current employer, yes. |
| 09:53:45 | 14 | Q.  Okay.  And do you have a set base salary? |
| 09:53:48 | 15 | A.  I have a base salary, yes. |
| 09:53:49 | 16 | Q.  Okay.  What is your annual base salary? |
| 09:53:52 | 17 | A.  You know, I should -- it's 300,000. |
| 09:53:58 | 18 | Q.  Okay.  And do you get paid any type of |
| 09:54:02 | 19 | interest in the cases that you work on that are |
| 09:54:05 | 20 | billed by your company? |
| 09:54:07 | 21 | A.  I wouldn't -- |
| 09:54:08 | 22 | MR. KIERNAN:  Object to form. |
| 09:54:08 | 23 | THE WITNESS:  Yes, I wouldn't characterize |
| 09:54:11 | 24 | it as me being paid interest in my cases. |
| 09:54:13 | 25 | BY MS. DERMODY: |

| | | |
|---|---|---|
| 09:54:13 | 1 | Q.  Okay.  Do you get paid a bonus based on the |
| 09:54:17 | 2 | money you bring in from the cases that you work on? |
| 09:54:20 | 3 | A.  I get paid a bonus that has multiple |
| 09:54:25 | 4 | criteria that are considered. |
| 09:54:30 | 5 | Q.  Okay. |
| 09:54:31 | 6 | A.  So -- yeah, so, you know, there -- it's -- |
| 09:54:35 | 7 | there's some qualitative elements to it.  There are |
| 09:54:38 | 8 | some -- you know, some other metrics that are used |
| 09:54:43 | 9 | in the determination of the bonus, but it's not -- |
| 09:54:46 | 10 | it's not strictly formulaic, I guess is what I'm |
| 09:54:50 | 11 | trying to say. |
| 09:54:50 | 12 | Q.  Okay.  So why don't we take last year as an |
| 09:54:53 | 13 | example, because it's over.  So what was your |
| 09:54:55 | 14 | compensation package last year? |
| 09:54:56 | 15 | A.  What was the total amount I earned? |
| 09:54:58 | 16 | Q.  Well, let's start with the components of |
| 09:55:00 | 17 | it.  You had a base salary presumably? |
| 09:55:02 | 18 | A.  Right. |
| 09:55:02 | 19 | Q.  Okay.  What else? |
| 09:55:03 | 20 | A.  A bonus. |
| 09:55:04 | 21 | Q.  Bonus.  Okay. |
| 09:55:09 | 22 | Anything else? |
| 09:55:10 | 23 | A.  Well, I had expense reimbursements, but I |
| 09:55:15 | 24 | don't think we're counting that as income; right? |
| 09:55:18 | 25 | Q.  Right. |

| | | |
|---|---|---|
| 02:20:31 | 1 | he made no effort to support with facts or data, the |
| 02:20:34 | 2 | data show that bonus and equity are not fixed to |
| 02:20:37 | 3 | base salary and vary highly across employees, time |
| 02:20:40 | 4 | and defendants." |
| 02:20:41 | 5 | Do you see that? |
| 02:20:41 | 6 | A.  Yes. |
| 02:20:42 | 7 | Q.  I think we covered this earlier today, but |
| 02:20:44 | 8 | just if you can confirm for me, you performed no |
| 02:20:48 | 9 | correlation study to determine the relationship, if |
| 02:20:50 | 10 | any, between equity and base salary here; is that |
| 02:20:52 | 11 | correct? |
| 02:20:53 | 12 | MR. KIERNAN:  Object to form. |
| 02:20:53 | 13 | THE WITNESS:  No, that's not -- that's -- I |
| 02:21:02 | 14 | did examine the relationship between bonus and |
| 02:21:08 | 15 | salary and between equity and salary.  The reason I |
| 02:21:10 | 16 | have this as a summary of opinions is because I |
| 02:21:12 | 17 | believe that I have evidence that the bonus and |
| 02:21:15 | 18 | equity are not fixed to base salary in the way that |
| 02:21:20 | 19 | Dr. Hallock describes, and I have some, you know, |
| 02:21:23 | 20 | analyses in my report that support that empirically, |
| 02:21:26 | 21 | and I also, you know, having reviewed the -- you |
| 02:21:30 | 22 | know, the depositions and declarations we were |
| 02:21:32 | 23 | talking about earlier, also have an understanding |
| 02:21:36 | 24 | that bonus and in particular equity awards could |
| 02:21:41 | 25 | vary much more greatly than what base salary would |

| | | |
|---|---|---|
| 02:21:44 | 1 | vary. |
| 02:21:44 | 2 | BY MS. DERMODY: |
| 02:21:44 | 3 | Q.   Okay.   The statement here is about data, so |
| 02:21:46 | 4 | let's stick with your data support for this |
| 02:21:49 | 5 | statement.   You say the data show. |
| 02:21:50 | 6 | What is the correlation study that you did |
| 02:21:53 | 7 | to examine the question of whether there was a |
| 02:21:56 | 8 | relationship between base salary and bonus at any of |
| 02:21:59 | 9 | the seven defendants? |
| 02:22:00 | 10 | MR. KIERNAN:   Object to form. |
| 02:22:01 | 11 | THE WITNESS:   Well, I think it's a -- it's |
| 02:22:06 | 12 | not a correlation study.   It's an -- I would call it |
| 02:22:11 | 13 | more of an anticorrelation study, which is that the |
| 02:22:16 | 14 | bonus is varying with -- it's varying in relation to |
| 02:22:22 | 15 | salary.   I mean, those are the studies that really |
| 02:22:25 | 16 | show how the base salary, bonus and equity vary in |
| 02:22:33 | 17 | relation to one another over time and how varied |
| 02:22:36 | 18 | they are across the different defendants. |
| 02:22:37 | 19 | So I think that the -- |
| 02:22:43 | 20 | BY MS. DERMODY: |
| 02:22:43 | 21 | Q.   So what your studies focused on is a |
| 02:22:46 | 22 | snapshot describing what is the mix -- |
| 02:22:48 | 23 | MR. KIERNAN:   Hang on. |
| 02:22:49 | 24 | BY MS. DERMODY: |
| 02:22:49 | 25 | Q.   -- of different -- |

| | | |
|---|---|---|
| 02:22:49 | 1 | MR. KIERNAN:  Were you finished with your |
| 02:22:50 | 2 | answer? |
| 02:22:50 | 3 | THE WITNESS:  No, I just wanted to point |
| 02:22:52 | 4 | out the exhibits that I think are the summaries of |
| 02:22:56 | 5 | those results are in -- you know, basically I would |
| 02:23:02 | 6 | say it was in -- you know, it's in the Exhibits B, |
| 02:23:06 | 7 | you know, B-3, B-4, B-5, B-6, you know, in those -- |
| 02:23:14 | 8 | B-7 and B-8.  Those are the summary -- you know, |
| 02:23:18 | 9 | those are the exhibits that summarize the data |
| 02:23:20 | 10 | analysis of how variable bonuses are. |
| 02:23:24 | 11 | And then the ones that follow that are the |
| 02:23:27 | 12 | analyses that describe the variability of equity |
| 02:23:32 | 13 | relative to base salary. |
| 02:23:34 | 14 | BY MS. DERMODY: |
| 02:23:34 | 15 | Q.  So this is showing that the mix of total |
| 02:23:39 | 16 | comp that is base versus bonus changes over time, |
| 02:23:45 | 17 | but it's not actually studying the relationship |
| 02:23:48 | 18 | between people of the same base salary and their |
| 02:23:52 | 19 | bonus across the same year in any given company. |
| 02:23:56 | 20 | MR. KIERNAN:  Object to form. |
| 02:23:57 | 21 | THE WITNESS:  Which one are you looking at? |
| 02:23:59 | 22 | BY MS. DERMODY: |
| 02:23:59 | 23 | Q.  Well, any of these.  These B-3s, whatever. |
| 02:24:01 | 24 | It's -- you don't even have to look at the chart. |
| 02:24:03 | 25 | It's just a question. |

| | | |
|---|---|---|
| 02:24:05 | 1 | MR. KIERNAN:  Same objection. |
| 02:24:06 | 2 | THE WITNESS:  No, I mean, what B-3 is |
| 02:24:09 | 3 | showing is that the ratio -- I mean, this one has to |
| 02:24:11 | 4 | do with equity.  You know, that type of an incentive |
| 02:24:15 | 5 | compensation.  That equity grants relative to base |
| 02:24:18 | 6 | salary, you know, cover an enormous range from, you |
| 02:24:22 | 7 | know, from some people getting zero to some people |
| 02:24:26 | 8 | getting two times or, in the case of Google, ▮▮▮ |
| 02:24:29 | 9 | ▮▮▮ |
| 02:24:30 | 10 | We even had to exclude some to make the |
| 02:24:33 | 11 | graph even being meaningful.  That there are some |
| 02:24:36 | 12 | people that have ratios that are greater than four |
| 02:24:38 | 13 | times, that their equity grants relative to their |
| 02:24:42 | 14 | base salary may be as much as four times their base |
| 02:24:45 | 15 | salary, while you have other people that didn't get |
| 02:24:48 | 16 | any.  Or some people that got 10 or 20 percent. |
| 02:24:51 | 17 | So there's a high variability in terms of |
| 02:24:53 | 18 | incentive awards across the people -- across base |
| 02:24:54 | 19 | salaries. |
| 02:24:54 | 20 | BY MS. DERMODY: |
| 02:24:54 | 21 | Q.  But you made no attempt to plot whether |
| 02:24:57 | 22 | there was a relationship between the base salary of |
| 02:24:59 | 23 | any individual or set of employees and the amount of |
| 02:25:02 | 24 | bonus or equity that that group was getting? |
| 02:25:05 | 25 | A.  These are summaries of individuals, so each |

| | | |
|---|---|---|
| 02:25:08 | 1 | of these little bars represents an accumulation of |
| 02:25:10 | 2 | all the individuals that are at that ratio of equity |
| 02:25:14 | 3 | grant to base salary.  So what we're saying is -- |
| 02:25:17 | 4 | Q.  But you're not trying to do a plot of |
| 02:25:21 | 5 | everyone that is a, you know, Google T-4, relative |
| 02:25:25 | 6 | to their base salary, what is -- what is the |
| 02:25:29 | 7 | regression that shows the relationship between that |
| 02:25:32 | 8 | and the bonus that they got or the equity that they |
| 02:25:37 | 9 | got, or what is the correlation chart that shows |
| 02:25:39 | 10 | whether there is a relationship between a person's |
| 02:25:43 | 11 | base salary and the amount of the grant they got, |
| 02:25:46 | 12 | not every single grant that was given in the company |
| 02:25:48 | 13 | but within a same salary band? |
| 02:25:51 | 14 | A.  Yeah -- |
| 02:25:51 | 15 | MR. KIERNAN:  Object to form. |
| 02:25:52 | 16 | THE WITNESS:  -- I think maybe you're just |
| 02:25:53 | 17 | not understanding.  Because this is actually -- |
| 02:25:55 | 18 | these are actually pictures of the ratio of the, you |
| 02:26:01 | 19 | know, equity grants to the base salary.  So in |
| 02:26:05 | 20 | that -- |
| 02:26:05 | 21 | BY MS. DERMODY: |
| 02:26:05 | 22 | Q.  For every employee of every different |
| 02:26:07 | 23 | salary? |
| 02:26:08 | 24 | A.  Yes.  Well, I mean, with the qualifications |
| 02:26:11 | 25 | that are listed down here is that -- for example, |

| | | |
|---|---|---|
| 02:26:15 | 1 | some of these we didn't report the really extremely |
| 02:26:19 | 2 | high values, just because then the picture gets a |
| 02:26:21 | 3 | little uninformative.  You know, if you've got to |
| 02:26:23 | 4 | pick some -- a number that's way out here, then all |
| 02:26:25 | 5 | of this sort of gets squished up. |
| 02:26:28 | 6 | But because these are ratios of equity |
| 02:26:31 | 7 | grants to base salary, effectively it's got a |
| 02:26:34 | 8 | control in it for the base salary.  I mean, it's |
| 02:26:36 | 9 | a -- it's a ratio relative to base salary, and so |
| 02:26:41 | 10 | it's telling you the variability in the equity |
| 02:26:45 | 11 | awards relative to the base. |
| 02:26:47 | 12 | That's exactly the exercise that was |
| 02:26:50 | 13 | undertaken here, is to understand the variability in |
| 02:26:53 | 14 | these awards relative to the base. |
| 02:26:55 | 15 | And as you can see, if it's ranging from |
| 02:26:59 | 16 | zero to four times base, I think I would say that |
| 02:27:02 | 17 | that shows an absence of a fixed relationship. |
| 02:27:05 | 18 | Q.  And there's no study between 2005 and 2009 |
| 02:27:08 | 19 | of the relationship between base salary and bonus or |
| 02:27:14 | 20 | base salary and equity across that time.  There's no |
| 02:27:19 | 21 | correlation study that does that? |
| 02:27:20 | 22 | A.  Oh, no -- |
| 02:27:21 | 23 | MR. KIERNAN:  Object to form. |
| 02:27:22 | 24 | THE WITNESS:  -- these -- these -- you |
| 02:27:24 | 25 | know, we've -- some of these that are portrayed here |

| | | |
|---|---|---|
| 02:27:27 | 1 | as Exhibit B-3, so for Apple, Google and -- so we |
| 02:27:34 | 2 | did Adobe. |
| 02:27:35 | 3 | BY MS. DERMODY: |
| 02:27:35 | 4 | Q.  This is 2006? |
| 02:27:36 | 5 | A.  This is 2007, Exhibit B-3.  It's 2007. |
| 02:27:40 | 6 | Q.  I'm sorry.  I'm looking at Appendix B-3. |
| 02:27:43 | 7 | What are you looking at?  Because I was looking |
| 02:27:43 | 8 | at -- |
| 02:27:43 | 9 | A.  Oh, I'm looking at the exhibits. |
| 02:27:46 | 10 | But that's a good point.  That's exactly |
| 02:27:47 | 11 | what I was going to say, was that because a lot of |
| 02:27:50 | 12 | these analyses are done for different defendants and |
| 02:27:55 | 13 | we're doing things across time, a good deal of what |
| 02:27:59 | 14 | was pulled into the report in terms of exhibits was |
| 02:28:02 | 15 | more representative in order to explain the analyses |
| 02:28:06 | 16 | and looked at in more detail.  And then the more |
| 02:28:10 | 17 | comprehensive viewpoints is -- you know, is what's |
| 02:28:14 | 18 | reported back in the appendices. |
| 02:28:16 | 19 | And so Appendix B-3 then goes through |
| 02:28:21 | 20 | Intel, from -- you know, through all the years.  And |
| 02:28:22 | 21 | so it's -- I know it's a little bit much, but you do |
| 02:28:25 | 22 | have to like flip through from 2001, Intel, all the |
| 02:28:29 | 23 | way through 2011 at Intel. |
| 02:28:33 | 24 | But that's why the appendix is so |
| 02:28:35 | 25 | voluminous, because we did everything year by year |

| | | |
|---|---|---|
| 02:28:37 | 1 | so that you can see that these types of awards and |
| 02:28:39 | 2 | this type of variability was persistent throughout |
| 02:28:42 | 3 | the entire conduct period. |
| 02:28:44 | 4 | Q.  Dr. Becker, what's a correlation study? |
| 02:28:53 | 5 | A.  And I guess there are a variety of ways to |
| 02:28:56 | 6 | describe that. |
| 02:28:56 | 7 | Q.  What's the scientific way to describe |
| 02:28:59 | 8 | that?  If you're writing a report that's used a |
| 02:29:02 | 9 | correlation study, what would it be? |
| 02:29:04 | 10 | MR. KIERNAN:  Object to form. |
| 02:29:04 | 11 | THE WITNESS:  I mean, generally speaking, |
| 02:29:04 | 12 | with correlation you're talking about relationships |
| 02:29:07 | 13 | between variables. |
| 02:29:08 | 14 | BY MS. DERMODY: |
| 02:29:08 | 15 | Q.  And how do you study that? |
| 02:29:08 | 16 | A.  I mean, it's not that complex a concept, is |
| 02:29:10 | 17 | that you -- you know, you look at relationships |
| 02:29:12 | 18 | between variables. |
| 02:29:13 | 19 | I would say that's what this is.  This is a |
| 02:29:15 | 20 | relationship between equity awards and base salary. |
| 02:29:21 | 21 | In order to be able to evaluate what it looks like |
| 02:29:23 | 22 | for individuals, and we're talking about individuals |
| 02:29:25 | 23 | and we want to see individual variation as opposed |
| 02:29:28 | 24 | to just correlation at the mean, this exactly gives |
| 02:29:31 | 25 | you the picture of what that individual variation |

02:29:34  1    looks like for all of the people at each of these

02:29:37  2    defendants in any one year.

02:29:39  3         Q.  Is -- let's see.

02:29:48  4             Is your assortitative mating study a

02:29:52  5    correlation study?

02:29:55  6         A.  Well, you could -- you can call regression

02:29:59  7    correlation because it's, you know, a sort of a

02:30:00  8    sophisticated type of a correlation analysis, so I

02:30:04  9    guess you could use that phrase.

02:30:07  10            We're evaluating relationships between

02:30:09  11   variables in that study.  That was without regard to

02:30:13  12   the question of how things looked individual by

02:30:17  13   individual, and I think, for purposes of

02:30:20  14   understanding and testing Dr. Hallock's propagation

02:30:24  15   mechanism, I think it's much more important to

02:30:26  16   understand the individual-to-individual variation

02:30:31  17   because he's talking about a propagation mechanism

02:30:33  18   that starts out with an individual or a small number

02:30:36  19   of individuals failing to get cold-calls that then

02:30:41  20   causes some suppressive effect to go to other

02:30:44  21   individuals.

02:30:44  22            So you have to look at it on an individual

02:30:48  23   basis, I think, or it's valuable to look at it on an

02:30:52  24   individual basis when you're testing Dr. Hallock's

02:30:54  25   theories.

1

2          I certify under penalty of perjury that the

3    foregoing is true and correct.

4

5    Date _____  _____

6                              ELIZABETH BECKER, Ph.D.

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    REPORTER'S CERTIFICATE

 2          I, Anne Torreano, Certified Shorthand

 3   Reporter licensed in the State of California,

 4   License No. 10520, hereby certify that the deponent

 5   was by me first duly sworn, and the foregoing

 6   testimony was reported by me and was thereafter

 7   transcribed with computer-aided transcription; that

 8   the foregoing is a full, complete, and true record

 9   of said proceedings.

10          I further certify that I am not of counsel

11   or attorney for either or any of the parties in the

12   foregoing proceeding and caption named or in any way

13   interested in the outcome of the cause in said

14   caption.

15          The dismantling, unsealing, or unbinding of

16   the original transcript will render the reporter's

17   certificates null and void.

18          In witness whereof, I have subscribed my

19   name this 20th day of December, 2013.

20          [ ] Reading and Signing was requested.

21          [ ] Reading and Signing was waived.

22          [X] Reading and Signing was not requested.

23

24                       _____

25                       ANNE M. TORREANO, CSR No. 10520
```