# EXHIBIT 135 TO HARVEY DECLARATION REDACTED VERSION

# Amendment One to Information Services Agreement
## between
## Google, Inc.
## and
## Apple Computer, Inc. ("Amendment 1")

The Information Services Agreement entered into between Apple Computer, Inc. ("Apple") and Google, Inc. (formerly doing business as "Google Technology, Inc.", "Google"), dated December 20, 2002 (the "Agreement"), is hereby amended, effective as of the date signed by Google below (the "Amendment 1 Effective Date"), as follows:



CONFIDENTIAL - 1 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY			GOOG-HIGH-TECH-00625496



CONFIDENTIAL                              - 2 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                              GOOG-HIGH-TECH-00625497



CONFIDENTIAL            - 3 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY            GOOG-HIGH-TECH-00625498



*[Rest of page left intentionally blank.]*

CONFIDENTIAL — 4 —

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625499

IN WITNESS WHEREOF, the parties have executed this Amendment through their duly authorized representatives.

GOOGLE:                                      APPLE:

By: _(signature)_                            By: _(signature)_

Printed Name: Joan Braddi                    Printed Name: Philip Schiller

Title: VP Search Services                    Title: Sr VP WWPM

Date: Jan. 14, 2005                          Date: 1/13/05

CONFIDENTIAL                    - 5 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625500