# EXHIBIT 136 TO
# HARVEY DECLARATION
# REDACTED VERSION

## PRODUCT INTEGRATION AGREEMENT

This Product Integration Agreement, including all exhibits hereto (collectively referred to as the "**Agreement**"), effective as of the date signed by YouTube (the "**Effective Date**"), is made by and between Apple Inc., a California corporation with offices at 1 Infinite Loop, Cupertino, California 95014 ("**Apple**"), and YouTube, LLC, a Delaware limited liability company with offices at 1000 Cherry Avenue, Suite 200, San Bruno, CA 94066 ("**YouTube**").

1.      **Definitions.**  The following capitalized terms shall have the meanings set forth below:



**Confidential**



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625509**



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625510



2.    **Rights and Obligations of the Parties.**



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY   GOOG-HIGH-TECH-00625511



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625512



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625513



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625514



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY                         GOOG-HIGH-TECH-00625515



**4.     Term and Termination.**



Confidential



Confidential



CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625517



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625518



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625519



8.    **Representations, Warranties and Disclaimer.**



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625520



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625521





Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625522



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY



**IN WITNESS WHEREOF**, the parties have executed this Agreement by persons duly authorized as of the Effective Date, which shall be the date written by YouTube below.

**APPLE INC.**

By

Name  Philip Schiller

Title  Sr VP wwpm

Date  5-23-07

**YOUTUBE, LLC**

By:  GOOGLE INC.,
     ITS SOLE MEMBER

By

Name

Title

Date

Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625524

**EXHIBIT A**

**Apple Trademarks:**





Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625525



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625526



Confidential





Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625528

**EXHIBIT B**

**YouTube Trademarks:**



Confidential





Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY          GOOG-HIGH-TECH-00625530

UED)



Page 23 of 23

Confidential