# EXHIBIT 137 TO
# HARVEY DECLARATION
# REDACTED VERSION

## GOOGLE MAIL LICENSE AGREEMENT
### between
### Google Inc.
### and
### Apple Inc.

This License Agreement ("Agreement") is entered into and effective as of May 24, 2007 (the "Effective Date"), by and between Apple Inc., a California corporation having its principal place of business at One Infinite Loop, Cupertino, California 95014 ("Apple"), and Google Inc., a Delaware corporation having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043 ("Google").

## RECITALS

The parties desire to enter into an Agreement to enable Apple to incorporate access to Google's email service in certain Apple devices.

## AGREEMENT

1.     DEFINITIONS

1.1

1.2

1.3

1.4

1.5

1.6



CONFIDENTIAL-ATTORNEYS' EYES ONLY                         GOOG-HIGH-TECH-00625532



1.7

1.8

1.9

1.10

1.11

1.12

2.

CONFIDENTIAL

- 2 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625533

## 2.2 Trademark License



CONFIDENTIAL-ATTORNEYS' EYES ONLY                GOOG-HIGH-TECH-00625534



3.   **RESPONSIBILITIES OF THE PARTIES**

3.1   

3.2



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625535**



6.   SUPPORT AND MAINTENANCE



CONFIDENTIAL                    - 5 -

(a)



(b)

(c)

(d)

(e)

7.    CONFIDENTIALITY





**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625537**



8.    TERM AND TERMINATION

8.1

8.2



8.3

8.4

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625538



9.

10.

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625539

11.



152

CONFIDENTIAL

- 9 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625540

**13.    GENERAL**

13.1

13.2

13.3

13.4



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625541**



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625542

13.12 

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the Effective Date.

**GOOGLE INC.**                    **APPLE INC.**

By: _____      By: _____

Print Name: _KENT WALKER_          Print Name: _Philip Schill_

Title: _VP LGC_                    Title: _S VP WWPM_

Date: _5-23-07_                    Date: _5-31-07_



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625543**

Exhibit A
Settings

Google Mail Settings



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625544**

Exhibit B
Google Trademarks



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625545**

Exhibit C

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625546



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625547

Exhibit D

## Apple Trademarks



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625548**

Exhibit E



CONFIDENTIAL-ATTORNEYS' EYES ONLY GOOG-HIGH-TECH-00625549



CONFIDENTIAL                              – 19 –

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625550



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625551



CONFIDENTIAL                          - 21 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625552