# EXHIBIT 139 TO
# HARVEY DECLARATION
# REDACTED VERSION

## COOPERATIVE MARKETING AND SERVICES AGREEMENT

This Cooperative Marketing and Services Agreement, including the exhibits attached hereto and incorporated by reference herein (the "Agreement"), is entered into as of December 26, 2007 (the "Effective Date") by and between Apple Inc., a California corporation having its principal place of business at One Infinite Loop, Cupertino, California 95014 ("Apple"), and Google Inc., a Delaware corporation having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043 and its affiliates ("Google").

### RECITALS

WHEREAS, Google provides certain services to end users via the Internet and other forms of distribution:



NOW, THEREFORE, in consideration of the mutual covenants set forth herein, Google and Apple hereby agree as follows:

### AGREEMENT



GOOGLE CONFIDENTIAL                    1

**3.    PARTIES' OBLIGATIONS/RIGHTS.**



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625734



**GOOGLE CONFIDENTIAL**    3

CONFIDENTIAL-ATTORNEYS' EYES ONLY    GOOG-HIGH-TECH-00625735



GOOGLE CONFIDENTIAL 4

CONFIDENTIAL-ATTORNEYS' EYES ONLY GOOG-HIGH-TECH-00625736



GOOGLE CONFIDENTIAL          5

CONFIDENTIAL-ATTORNEYS' EYES ONLY          GOOG-HIGH-TECH-00625737



GOOGLE CONFIDENTIAL              6

CONFIDENTIAL-ATTORNEYS' EYES ONLY



GOOGLE CONFIDENTIAL          7

CONFIDENTIAL-ATTORNEYS' EYES ONLY          GOOG-HIGH-TECH-00625739



GOOGLE CONFIDENTIAL

8

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625740



GOOGLE CONFIDENTIAL 9

CONFIDENTIAL-ATTORNEYS' EYES ONLY GOOG-HIGH-TECH-00625741

01/07/2008 17:12 FAX
Case 5:11-cv-02509-LHK   Document 664-8   Filed 02/21/14   Page 11 of 15
☑011



IN WITNESS WHEREOF, this Agreement has been duly executed by the parties as of the later date indicated below.

GOOGLE INC.

BY: _____
NAME: Marissa Mayer
TITLE: VP - Search Products & User Experience
DATE: 1/9/08

APPLE INC.

BY: _____
NAME: Robert H. Kondrk
TITLE: Sr. Director
DATE: 1/7/08



CONFIDENTIAL-ATTORNEYS' EYES ONLY          GOOG-HIGH-TECH-00625742

**EXHIBIT A**

**DEFINITIONS**



**GOOGLE CONFIDENTIAL**          11

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**          **GOOG-HIGH-TECH-00625743**

**EXHIBIT B**



GOOGLE CONFIDENTIAL          12

CONFIDENTIAL-ATTORNEYS' EYES ONLY          GOOG-HIGH-TECH-00625744



**GOOGLE CONFIDENTIAL** 13



**EXHIBIT C**



GOOGLE CONFIDENTIAL                    14

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625746