# EXHIBIT 49

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**Adobe**

# NDA COVER SHEET
## Scanning Project

Contract Group

☑ Non-Disclosure

Name of Other Party:

_Apple_

Effective Date:

_10·30·86_

Termination Date:

_____

Contract Term:

_____

\* For example, 1 year, auto renew, etc.

ADOBE_110292
Confidential – Attorneys' Eyes Only

Adobe Systems Incorporated
1870 Embarcadero Road
Palo Alto, California 94303

# AGREEMENT FOR
# UNRELEASED SOFTWARE

This Agreement For Unreleased Software ("Agreement") is between Adobe Systems Incorporated, a California corporation having a place of business at 1870 Embarcadero Road, Palo Alto, California 94303, and affiliates ("Adobe") and  APPLE COMPUTER , a  CALIFORNIA  corporation having a place of business at 20525 MARIANI AVE CUPERTINO, CA  ("Licensee"). This Agreement is effective as of  OCT 30 , 198 6. Licensee desires to obtain and Adobe agrees to provide the unreleased software identified in *Exhibit A* ("Software"). Licensee and Adobe therefore agree as follows:

**1. CONFIDENTIAL INFORMATION.**




ADOBE_110293
Confidential – Attorneys' Eyes Only



6. EXPORT. Licensee acknowledges that the laws and regulations of the United States restrict the export and re-export of commodities and technical data of United States origin, including the Software in any medium. Licensee agrees that it will not export or re-export the Software in any form without the appropriate United States and foreign government licenses. Licensee agrees that its obligations pursuant to this paragraph shall survive and continue after any termination or expiration of rights under this Agreement.

7. GENERAL PROVISIONS.

7.1 This Agreement shall be governed in all respects by the laws of the State of California as such laws are applied to agreements entered into and to be performed entirely within California between California residents.

7.2 Any notice required to be given under this Agreement shall be delivered by hand, by telex, or mailed by registered or certified mail, postage prepaid, return receipt requested, to the addresses of the parties set forth above or to such other address as may be furnished in writing to the other party. Notice so sent shall be deemed effective on the earlier of personal delivery or the fourth day following the date deposited in the mail. Addresses used shall be the ones set forth above or such other address as a party hereof shall notify the other of in writing. If the notice is to Adobe, it shall be sent to the attention of the President. If the notice is to Licensee, it shall be sent to the attention of _____.

7.3 In the event of invalidity of any provision of this Agreement, the parties agree that such invalidity shall not affect the validity of the remaining portions of this Agreement, and further agree to substitute for the invalid provision a valid provision which most closely approximates the intent and economic effect of the invalid provision.

ADOBE SYSTEMS INCORPORATED.

_/s/ John Kunze_
Authorized Signature

JOHN KUNZE
Name (Type or Print)

product mgr
Title

5/4/87
Date

LICENSEE

_/s/ Richard Binell_
Authorized Signature

RICHARD BINELL
Name (Type or Print)

WRITER
Title

Apple
Company

10/31/86
Date

**EXHIBIT A**

ADOBE_110295
Confidential – Attorneys' Eyes Only

Adobe Systems Incorporated
1870 Embarcadero Road
Palo Alto, California 94303

## AGREEMENT FOR
## UNRELEASED SOFTWARE

This Agreement For Unreleased Software ("Agreement") is between Adobe Systems Incorporated, a California corporation having a place of business at 1870 Embarcadero Road, Palo Alto, California 94303, and affiliates ("Adobe") and *Apple Computer, Inc.* a *Calif.* corporation having a place of business at *20525 Mariani Ave, Cupertino, Ca.* ("Licensee"). This Agreement is effective as of *Oct. 30*, 198*6*. Licensee desires to obtain and Adobe agrees to provide the unreleased software identified in *Exhibit A* ("Software"). Licensee and Adobe therefore agree as follows:

**1. CONFIDENTIAL INFORMATION.**



ADOBE_110296
Confidential – Attorneys' Eyes Only

**EXHIBIT A**

Confidential – Attorneys' Eyes Only

ADOBE_110297

C0000010-1.01

## Adobe Systems Incorporated
## 1870 Embarcadero Road
## Palo Alto, California 94303

## AGREEMENT FOR
## UNRELEASED SOFTWARE

This Agreement For Unreleased Software ("Agreement") is between Adobe Systems Incorporated, a California corporation having a place of business at 1870 Embarcadero Road, Palo Alto, California 94303, and affiliates ("Adobe") and *Apple Computer, Inc,* a *Calif.* corporation having a place of business at *20525 Mariani Ave, Cupertino, Ca,* ("Licensee"). This Agreement is effective as of *Oct. 30,* , 198*6*. Licensee desires to obtain and Adobe agrees to provide the unreleased software identified in *Exhibit A* ("Software"). Licensee and Adobe therefore agree as follows:

**1. CONFIDENTIAL INFORMATION.**




ADOBE_110298
Confidential – Attorneys' Eyes Only



**6. EXPORT.** Licensee acknowledges that the laws and regulations of the United States restrict the export and re-export of commodities and technical data of United States origin, including the Software in any medium. Licensee agrees that it will not export or re-export the Software in any form without the appropriate United States and foreign government licenses. Licensee agrees that its obligations pursuant to this paragraph shall survive and continue after any termination or expiration of rights under this Agreement.

**7. GENERAL PROVISIONS.**

**7.1** This Agreement shall be governed in all respects by the laws of the State of California as such laws are applied to agreements entered into and to be performed entirely within California between California residents.

**7.2** Any notice required to be given under this Agreement shall be delivered by hand, by telex, or mailed by registered or certified mail, postage prepaid, return receipt requested, to the addresses of the parties set forth above or to such other address as may be furnished in writing to the other party. Notice so sent shall be deemed effective on the earlier of personal delivery or the fourth day following the date deposited in the mail. Addresses used shall be the ones set forth above or such other address as a party hereof shall notify the other of in writing. If the notice is to Adobe, it shall be sent to the attention of the President. If the notice is to Licensee, it shall be sent to the attention of _____.

**7.3** In the event of invalidity of any provision of this Agreement, the parties agree that such invalidity shall not affect the validity of the remaining portions of this Agreement, and further agree to substitute for the invalid provision a valid provision which most closely approximates the intent and economic effect of the invalid provision.

**ADOBE SYSTEMS INCORPORATED.**

_____
Authorized Signature

John Kunze
Name (Type or Print)

Pred. act Mgr
Title

5/4/87
Date

**LICENSEE**

Bruce S. Chamberlain
Authorized Signature

Bruce S. Chamberlain
Name (Type or Print)

Apple Technical Expert
Title

Apple Computer, Inc.
Company

10-30-86
Date

ADOBE_110299
Confidential – Attorneys' Eyes Only

# EXHIBIT A

ADOBE_110300
Confidential – Attorneys' Eyes Only

# EXHIBIT C
## Designated Equipment

Site Address:   Apple Computer, Inc.

20525 Mariani Avenue

Cupertino, CA  95014

Designated Equipment:

CPU Manufacturer: ███████████████

Model Number: ███████████████

Serial Number: ███████████████

CPU Manufacturer: _____

Model Number: _____

Serial Number: _____

CPU Manufacturer: _____

Model Number: _____

Serial Number: _____

CPU Manufacturer: _____

Model Number: _____

Serial Number: _____

CPU Manufacturer: _____

Model Number: _____

Serial Number: _____

ADOBE_110301
Confidential – Attorneys' Eyes Only