# EXHIBIT 50

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**Adobe**

# NDA COVER SHEET
## Scanning Project

Contract Group

✓ Non-Disclosure

Name of Other Party:

_Apple_

Effective Date:

_9·4·84_

Termination Date:

_____

Contract Term:

_____

* For example, 1 year, auto renew, etc.

ADOBE_110302
Confidential – Attorneys' Eyes Only

L002-2-041582

## AGREEMENT OF CONFIDENTIALITY

This Agreement is entered into as of the ____4th____ day of ____Sept____, 198_4_ by and between APPLE COMPUTER, INC. of 20525 Mariani Avenue, Cupertino, California 95014 ("APPLE") and ____Michael Pleger____ of ____KiT____ ("Confidant").

APPLE is in the business of developing, manufacturing and selling personal computers and related equipment and software, and Confidant is in the business specified in Exhibit A. In order to pursue the mutual business purpose specified in Exhibit A, APPLE and Confidant recognize that there is a need to disclose to each other certain confidential information and to provide for mutual agreements to protect such confidential information which is to be used only for the stated purpose.

In consideration of the mutual promises contained herein, APPLE and Confidant agree as follows:





9. This Agreement shall be governed by and construed in accordance with the laws of the State of California.

IN WITNESS WHEREOF, the parties hereto have caused this Agreement to be executed as of the date written above.

| Confidant | APPLE COMPUTER, INC. |
|---|---|
| By: *Michael Kleyer* | By: *R. M. Bl___* |
| Title: *Professor* | Title: *Product Manager* |

ADOBE_110304
Confidential – Attorneys' Eyes Only

# Exhibit A

1. **Business of Confidant:**

2. **Mutual business purpose:**

   ███████████████████████████████████

3. **Confidential information disclosed by APPLE to Confidant:**

   ███████████████████████████████████
   ███████████████████████████████████

4. **Confidential information disclosed by confidant to APPLE:**

ADOBE_110305
Confidential – Attorneys' Eyes Only