# EXHIBIT 51

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

Adobe

**NDA COVER SHEET**
**Scanning Project**

Contract Group

✔ Non-Disclosure

Current
Apple Master
Mutual

Name of Other Party:

Apple

Effective Date:

4/30/90

Termination Date:

—

Contract Term:

—

* For example, 1 year, auto renew, etc.

Confidential – Attorneys' Eyes Only



**ADOBE SYSTEMS INCORPORATED**

**MASTER AGREEMENT**
**FOR**
**MUTUAL DISCLOSURE OF INFORMATION**

Effective Date: April 30, 1990

This Agreement governs the disclosure of information by and between APPLE COMPUTER, INC. having a principal place of business or residing at 20525 Mariani Avenue, Cupertino, California (the "Company") and ADOBE SYSTEMS INCORPORATED and its subsidiaries and affiliates, having a principal place of business at 1585 Charleston Road, P.O. Box 7900, Mountain View, California 94309-7900 ("Adobe").

ADOBE_110309
Confidential – Attorneys' Eyes Only



04/17/90                    Mutual Disclosure Agreement                    2

ADOBE_110310
Confidential – Attorneys' Eyes Only

Exhibit A

to Master Agreement for Mutual Disclosure of Information

Form of Appendix

Disclosure of Confidential Information

Date:

Description of Confidential Information:

Adobe Systems Incorporated

By:______________________________

Print Name:________________________

Apple Computer, Inc.

By:______________________________

Print Name:________________________

ADOBE_110311
Confidential – Attorneys' Eyes Only

*Confidential*

**AMENDMENT TWO**
**TO**
**MASTER AGREEMENT FOR**
**MUTUAL DISCLOSURE OF INFORMATION**

This Amendment Two is an amendment to the Master Agreement for Mutual Disclosure of Information between Apple Computer, Inc. and Adobe Systems, Inc, dated April 30, 1990, as amended by Amendment One dated October 3, 2002 (the "Master Agreement").

The parties hereby agree that the Master Agreement will be further amended as set forth below, solely with respect to the Confidential Information identified in Exhibit A hereto.

Except as set forth herein, the Master Agreement as amended remains in full force and effect.

In witness whereof, the parties have executed this Amendment Two as of December 11, 2002.

| ADOBE SYSTEMS, INCORPORATED | APPLE COMPUTER, INC. |
|---|---|
| By: [signature] | By: [signature] |
| Printed Name: BRYAN LAMKIN | Printed Name: Avadis Tevanian Jr. |
| Title: SVP | Title: SVP Software |
| Date: 12/11/02 | Date: 12/11/02 |

*Confidential*

# EXHIBIT A-2

## To Amendment Two to Master Agreement For Mutual Disclosure of Information

## Form of Appendix

## Description of Confidential Information

**Date:** 12/11/02

**Description of Confidential Information:** Apple's future business plans and products disclosed at meeting held at Apple on [redacted]

**Authorized Employees:**

[redacted]

**APPENDIX TO**
**ADOBE SYSTEMS INCORPORATED**
**MASTER AGREEMENT FOR**
**MUTUAL DISCLOSURE OF INFORMATION**

This document is an appendix ("Appendix") to the Adobe Systems Incorporated Master Agreement for Mutual Disclosure of Information dated April 30, 1990 (the "Agreement") between Apple Computer, Inc. ("Apple") and Adobe Systems Incorporated ("Adobe"). In the event of any inconsistency between the terms of the Agreement and the terms of this Appendix, the terms of this Appendix shall prevail with respect to the Confidential Information contained herein. All other terms of the Agreement shall apply to this Appendix.

This Appendix is entered into and is effective as of May 30, 1995, (the "Effective Date") to identify Confidential Information disclosed by Apple to Adobe orally on the Effective Date.

<u>Description of Confidential Information.</u> ████████████████
████████████████████████████████████████████████████████

Adobe Systems Incorporated                    Apple Computer, Inc.

By: _S.U. M^c Donald_                          By: _Lawrence Tesler_

Print Name: _S. A. MC DonALD_                  Print Name: _Lawrence G Tesler_

Date: _5/30/95_                                Date: _May 30, 1995_

ADOBE_110314
Confidential – Attorneys' Eyes Only

# Appendix to Master Agreement for Mutual Disclosure of Information

dated, April 30, 1990

**Date:** October 14, 1994

**Description of Confidential Information:**

[REDACTED]

Adobe Systems Incorporated

By: ______________________

Print Name: John Vigouroux

Apple Computer, Inc.

By: ______________________

Print Name: Larry Wiklund

ADOBE_110315
Confidential – Attorneys' Eyes Only

OCT-19-94 WED 15:27 IMAGING OPERATIONS FAX NO. 4089749904 P. 02
10/19/94 15:21 ☎415 965 7430 ADOBE OEM SALES 003

# Appendix
# to
# Master Agreement for Mutual Disclosure of Information

## Disclosure of Confidential Information

Date: October 14, 1994

Description of Confidential Information:

Adobe Systems Incorporated

By: [signature]

Print Name: John Vigouroux

Apple Computer, Inc.

By: [signature]

Print Name: Larry Wiklund

ADOBE_110316
Confidential – Attorneys' Eyes Only

# APPENDIX

## to Master Agreement for Mutual Disclosure of Information

## Disclosure of Confidential Information

Date: 3/30/94

Description of Confidential Information:

████████████████████

**Adobe Systems Incorporated**                      **Apple Computer, Inc.**

By: _Jenny_                                         By: _Mark Bloomquist_

Print
Name: _Jena Yankovich_                              Print
Name: _MARK BLOOMQUIST_

ADOBE_110317
Confidential – Attorneys' Eyes Only

Appendix
to
Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

Date: 8/27/93

Description of Confidential Information:

[REDACTED]

Adobe
Sean McKenna
Jeff Parker
Peter Merrill
John Vigouroux
Marsha Dillon
Eric Zocher
Steve Guttman

Apple
Peter Zan
Paul Hangus

Adobe Systems Incorporated

By: [signature]

Print Name: Marsha Dillon

Apple Computer, Inc.

By: [signature]

Print Name: PETER ZAN

Confidential – Attorneys' Eyes Only

Appendix
to
Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

Date: 5/25/93

Description of Confidential Information:

Adobe Systems Incorporated

By: [signature]

Print Name: Esther Kletter

Apple Computer, Inc.

By: [signature]

Print Name: LAURIE VERTELNEY

Confidential – Attorneys' Eyes Only

# Appendix
# to
# Master Agreement for Mutual Disclosure of Information

## Disclosure of Confidential Information

**Date:** 4/30/93

**Description of Confidential Information:**

Adobe
Deb Triant
George [illegible]
Martha [illegible]
Amy [illegible]
Tom Malloy
Bob Koch
Doug Olson
Jim King
Eric Zocher
Steve [illegible]

Apple
Mark Gonzales
Andy Hammond
Fred Monroe
Wesley [illegible]

**Adobe Systems Incorporated**

By: Marsha Dillon

Print Name: Marsha Dillon

**Apple Computer, Inc.**

By: [signature]

Print Name: Andrew Hammond

Appendix
to
Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

Date: 2/11/93

Description of Confidential Information:

[redacted]

Adobe attendees

Amy Baffico
Marsha Dillon
Frank Boosman
* George Cacioppo
Jim King
Bill McCoy
Tom Schramm
Fred Schwedner
Bill Spaller
* Jim Stephens
Deb Triant
Bob Wulff (CPD)
Steve Zilles
Eric Zocher

* did not attend but rec'd handouts

Apple attendees

Jed Harris
Andy Poupart
Kare May

Adobe Systems Incorporated

By: Marsha Dillon

Print Name: Marsha Dillon

Apple Computer, Inc.

By: Jed Harris

Print Name: Jed Harris

**Appendix**
**to**
**Master Agreement for Mutual Disclosure of Information**

**Disclosure of Confidential Information**

**Date:** Dec. 18, 1992

**Description of Confidential Information:**

Adobe attendees at
Apple Briefing

Marsha Dillon
Amy Buffico
George Cacioppo
Mike Matsumoto
Paula Bardell
John Warnock
Bill Spaller
Torey Bruno
Tom Schramm
Joe Sorger
Sandra Lee-Doersam
Matt Jacobs
Bill Hastings
Dave Yost
Paul Rovner

Jim King
Steve Zilles
Steve Guttman
Tim Myers
Doug Olson
Randy Ubillos
Mark Hamburg
Eric Zocher
Kevin Wandryk
Bob Koch
Tom Malloy

**Adobe Systems Incorporated**

By: Marsha Dillon

Print Name: MARSHA DILLON

**Apple Computer, Inc.**

By: [signature]

Print Name: Lesley Pennington

Confidential – Attorneys' Eyes Only

# ADOBE SYSTEMS INCORPORATED

**Appendix to Master Agreement for Mutual Disclosure of Information dated April 30, 1990.**

Date: 12/17/91

Description of Confidential Information:

[redacted]

**Adobe Systems Incorporated**

By: Amy Baffico

Print Name: Amy Baffico

**Apple Computer, Inc.**

By: Jim Lanahan

Print Name: JIM LANAHAN

ADOBE_110323
Confidential – Attorneys' Eyes Only

APPENDIX

to Master Agreement for·Mutual Disclosure of Information

Disclosure of Confidential Information

Date:  11 / 12 /92

Description of Confidential Information:

████████████████████████████████████

Adobe Systems Incorporated          Apple Computer, Inc.

By: _Marsha Dillon_                  By: _Rick McEachern_

Print
Name: _Marsha Dillon_                Print
                                     Name: _RICK McEACHERN_
                                           SCANNER PRODUCT MGR.


Also attending:
Steve guttman
Bob Shanahan



Appendix
to
Master Agreement for Mutual Disclosure of Information (the "Agreement")
dated April 30, 1990
between
Adobe Systems Incorporated ("Adobe")
and
Apple Computer, Inc. ("Company")

Disclosure of Confidential Information

**Date**: August 6 1991

**Description of Confidential Information**:

**Additional Terms and Conditions**:

Company and Adobe agree that the following terms and conditions, in addition to the terms and conditions set forth in the Agreement, shall govern Adobe's use of the Confidential Information described above.

Apple Computer, Inc.
20525 Mariani Avenue
Cupertino, California 95014
(408) 996-1010
TLX 171-576

ADOBE_110325
Confidential – Attorneys' Eyes Only



[redacted]

IN WITNESS WHEREOF; the parties have executed this Appendix in duplicate as of the date first written above.

Adobe Systems Incorporated

By (Signature): Eric E. Zocher 8/8/91

Print Name: Eric E. Zocher

Apple Computer, Inc.

By (Signature):____________________

Print Name:____________________

Apple Computer, Inc.
20525 Mariani Avenue
Cupertino, California 95014
(408) 996-1010
TLX 171-576

ADOBE_110326
Confidential – Attorneys' Eyes Only

**APPENDIX 3/4/91**

to Master Agreement for Mutual Disclosure of Information (the "Agreement")

4/30/90 Between
Adobe Systems Incorporated ("Adobe")
and
Apple Computer, Inc. ("Company")

Disclosure of Confidential Information

**Date**: March 8, 1991.

**Description of Confidential Information**:

**Terms and Conditions of Release of the LaserWriter Driver**:

Company and Adobe agree that the following terms and conditions shall govern the Adobe's use of the LaserWriter Driver prior to the execution of a comprehensive Printer Driver Agreement as described in (e) below.



2

ADOBE_110328
Confidential – Attorneys' Eyes Only

███████████████████████████████

IN WITNESS WHEREOF; the parties have executed this Appendix in duplicate as of the date first written above.

Adobe Systems Incorporated                    Apple Computer, Inc.

By: _Colleen M. Pouliot_                      By: _Jerry Mu_

Print
Name: _Colleen M. Pouliot_                    Print
_General Counsel & Secretary_                 Name: _JERRY MURCH_
                                              _DIRECTOR, IMAGING MKTGM_

LaserWriter is a registered trademark of Apple Computer, Inc.

3

ADOBE_110329
Confidential – Attorneys' Eyes Only

# APPENDIX

## to Master Agreement for Mutual Disclosure of Information

## Disclosure of Confidential Information

Date: 10-15-90

Description of Confidential Information:

Adobe Systems Incorporated

By: [signature]

Print Name: John C. Nash

Apple Computer, Inc.

By: [signature]

Print Name: Brian Grimshaw

Confidential – Attorneys' Eyes Only

Appendix to Master Agreement for

Mutual Disclosure of Information

Disclosure of Confidential Information

Date:

May 30, 1990

Description of Confidential Information:

[REDACTED]

Adobe Systems Incorporated

By: [signature]

Print Name: WILLIAM MCCOY

Apple Computer, Inc.

By: [signature]

Print Name: Roger Thomson

ADOBE_110331
Confidential – Attorneys' Eyes Only

Appendix to Master Agreement for

Mutual Disclosure of Information

Disclosure of Confidential Information

Date:

May 1, 1990

Description of Confidential Information:

Adobe Systems Incorporated

By: [signature]

Print Name: R. Dan Putman

Apple Computer, Inc.

By: Edward W Birss

Print Name: Edward W. Birss

Confidential – Attorneys' Eyes Only

**EXHIBIT A (APPLE)**

Exhibit A

to Master Agreement for Mutual Disclosure of Information

Form of Appendix

Disclosure of Confidential Information

Date: June 21, 1990

Description of Confidential Information:

[REDACTED]

| Adobe Systems Incorporated | Apple Computer, Inc. |
|---|---|
| By: FLMitchell | By: Jim [signature] |
| Print Name: FL Mitchell | Print Name: JIM STRAUGHAM |

Confidential – Attorneys' Eyes Only

# EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: STEVE WINTERS

Title: MANAGER, PRINTER DRIVERS GRP.

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: 02/26/92

Disclosing Party ("Licensor"): ADOBE

Project Code Name:

General Description: [redacted]

Address of Prototype Site:

APPLE COMPUTER, INC.

[signature]
Authorized Signature

Steve Winters
Printed Name

Title

Date: 2/26/92

ADOBE SYSTEMS INCORPORATED

Amy Baffico
Authorized Signature

AMY BAFFICO
Printed Name

BUSINESS MGR
Title

Date: 02/26/92

# EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: Steve Winters

Title: Manager Imaging Software

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: 2/10/93

Disclosing Party ("Licensor"): Adobe

Project Code Name: N/A

General Description: [redacted]

Address of Prototype Site: 3515 Monroe St.
Santa Clara, CA 95051

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| [signature] | [signature] Marsha Dillon |
| Authorized Signature | Authorized Signature |
| Steve Winters | Marsha Dillon |
| Printed Name | Printed Name |
| Mgr Imaging Software | Mkt Prog Mgr |
| Title | Title |
| Date: 2/10/93 | Date: 2/10/93 |

ADOBE_110335
Confidential – Attorneys' Eyes Only

## EXHIBIT A
### to
### Prototype License and Confidentiality Agreement
### Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _Scott Converse_

Title: _Apple Online Systems R+D. Mgr._

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person
at any site have these responsibilities.  Ideally this
person would oversee all compliance factors related to
this agreement.

Date:  _5-17-93_

Disclosing Party ("Licensor"):  _Adobe Systems_

Project Code Name:  ██████████████

General Description:  ████████████████████

Address of Prototype Site:

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| _S. G. Conv_ | _Amy Baffico_ |
| Authorized Signature | Authorized Signature |
| _Scott Converse_ | _Amy Baffico_ |
| Printed Name | Printed Name |
| _Mgr. AOS R+D_ | _OEM Business Manager_ |
| Title | Title |
| Date: _5/17/93_ | Date: _5-17-93_ |

*Prototype License*                                          PAGE 5

ADOBE_110336
Confidential – Attorneys' Eyes Only

# EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: Mark Bloomquist
Title: Mgr. Electronic Media Group

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: 3/30/94

Disclosing Party ("Licensor"): Jena Yankovich / Acrobat Product Mkt.

Project Code Name: [REDACTED]

General Description: [REDACTED]

Address of Prototype Site: 20525 Mariani Ave
Cupertino, CA 95014

APPLE COMPUTER, INC.

[signature]
Authorized Signature

MARK BLOOMQUIST
Printed Name

Manager
Title

Date: 4-25-94

ADOBE SYSTEMS INCORPORATED

[signature]
Authorized Signature

Jena Yankovich
Printed Name

Project Manager
Title

Date: 3/30/94

EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: MARC KAUFMAN

Title: COMPUTER SCIENTIST

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date:

Disclosing Party ("Licensor"):

Project Code Name: [REDACTED]

General Description: [REDACTED]

Address of Prototype Site:

APPLE COMPUTER, INC.

[signature]
Authorized Signature

PAUL BONNARITO
Printed Name

SEED COORDINATOR
Title

Date: 3/8/95

ADOBE SYSTEMS INCORPORATED

[signature]
Authorized Signature

Stephen A. MacDonald
Printed Name

Sr. Vice President/General Mgr.
Title

Date: 2/21/95

# EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: Tim Godfrey
Title: APD QA LABS Manager

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: 2/28/95

Disclosing Party ("Licensor"): Apple Computer

Project Code Name: [REDACTED]

General Description: [REDACTED]

Address of Prototype Site: 83 King St., Ste 108, Seattle, WA 98109
Main address: 411 1st Ave S., Seattle, WA 98104
(Shipping address: 99 S. Jackson St., Seattle, WA 98104

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| ______ Authorized Signature | [signature] Authorized Signature |
| ______ Printed Name | Eric Zocher Printed Name |
| ______ Title | VP of Engineering, APD Title |
| Date: ______ | Date: Feb. 28 1995 |

Exhibit A

to Master Agreement for Mutual Disclosure of Information

Form of Appendix

Disclosure of Confidential Information

Date: 10.29.92

Description of Confidential Information:

███████████████████████████████████████████████████████

Adobe Systems Incorporated                Apple Computer, Inc.

By: _____               By: _____

Print Name: JIM STEPHENS                  Print Name: JERRY MVNN        10/29/9

10/29/92

Brian Lawley
BRIAN LAWLEY

Steve Winters

M.S. Allen
MITCH ALLEN

Ledley Pennington

ADOBE_110340
Confidential – Attorneys' Eyes Only

# EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: Steve Winters

Title: Manager Imaging Software

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: 1-20-93

Disclosing Party ("Licensor"): Adobe Systems

Project Code Name: [redacted]

General Description: [redacted]

Address of Prototype Site: 3515 Monroe St
Santa Clara, CA 95051

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| [signature] | Marsha Dillon [signature] |
| Authorized Signature | Authorized Signature |
| Steve Winters | Marsha Dillon |
| Printed Name | Printed Name |
| Mgr Imaging Software | Mkt Prog Mgr |
| Title | Title |
| Date: 1/20/93 | Date: 1/20/93 |

EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: Michael Burbidge

Title: Computer Scientist

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date:

Disclosing Party ("Licensor"):

Project Code Name: [redacted]

General Description:

Address of Prototype Site:

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
| --- | --- |
| [signature] | [signature] |
| Authorized Signature | Authorized Signature |
| Reginald Page | Eric Zocher |
| Printed Name | Printed Name |
| Software Seed Project Coordinator | Vice President of APD Eng. |
| Title | Title |
| Date: 8/4/95 | Date: 7-21-95 |

Date: 7/18/95 Project codename: ODF

# Seed Site Information Sheet

**Company information:**

Company name: Adobe Systems, Inc. / Shuksan
(as printed on company letterhead; include division name if applicable)

Main phone number: (206 )

**Primary contact:** (This person will receive future agreements and seed materials)

Name of primary contact: Michael Burbidge

Phone number for primary contact: (206 ) 343-3229

FAX number for primary contact: ( )

Email address for primary contact: mburbidg@adobe.com
(for projects available via ftp/internet access, you will be notified by email)

**Mailing Address for primary contact:** (No P.O. Box addresses please)

Address Line 1: Michael Burbidge / Adobe Systems, Inc.

Address Line 2: 411 First Ave. So.

City/State/ZIP: Seattle, WA 98104

Country:

**Secondary Contact:** (Alternate contact for your company)

Name of secondary contact:

Phone number for secondary contact: ( )

AppleLink address for secondary contact:



# EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: Jeff Garner

Title: Member, Technical Staff

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: October 12, 1995

Disclosing Party ("Licensor"): Apple Computer, Inc.

Project Code Name: [redacted]

General Description: [redacted]

Address of Prototype Site:
411 First Ave. So.
Seattle, WA 98104

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| Nancy Goetting | [signature] |
| Authorized Signature | Authorized Signature |
| NANCY GOETTING | Eric E. Zocher |
| Printed Name | Printed Name |
| Seed Specialist | Vice President, Engineering |
| Title | Title |
| Date: 10/27/95 | Date: 10/20/95 |

Date: 10/11/95

Apple Seeding Projects

OCT 1995 RECEIVED

# Seed Site Information Sheet

## Company information:

Company name: Adobe Systems Incorporated
(as printed on company letterhead; include division name if applicable)

Main phone number: (206) 470-7000

## Primary contact: (This person will receive all seed materials)

Name of primary contact: Jeff D. Garner
Phone number for primary contact: (206) 470-7459
FAX number for primary contact: (206) 470-7107
~~AppleLink~~ Internet address for primary contact: jgarner@adobe.com

## Mailing Address for primary contact: (No P.O. Box addresses please)

Address Line 1: Adobe Systems Inc.
Address Line 2: 411 First Avenue South
City/State/ZIP: Seattle, WA 98104
Country: U.S.A.

## Secondary Contact: (Alternate contact for your company)

Name of secondary contact: Mary Park
Phone number for secondary contact: (206) 470-7426
~~AppleLink~~ Internet address for secondary contact: mpark@adobe.com

ADDENDUM (APPLE)

**SECOND ADDENDUM TO
MASTER AGREEMENT FOR MUTUAL DISCLOSURE OF INFORMATION
BETWEEN
ADOBE SYSTEMS INCORPORATED
AND
APPLE COMPUTER, INC.**

THIS SECOND ADDENDUM ("Addendum No. 2") to the Master Agreement for Mutual Disclosure of Information between Apple Computer, Inc. ("Company") and Adobe Systems Incorporated ("Adobe") dated April 30, 1990 (the "Agreement"), governs the disclosure by Adobe to Apple of Adobe's ASIC Technology. In the event of any inconsistency between the terms of the Agreement and the terms of this Addendum No. 2, the terms of this Addendum No. 2 shall prevail with respect to the Adobe ASIC Technology. All other terms of the Agreement shall apply to the Adobe ASIC Technology.

The following provisions shall apply to the disclosure by Adobe to Apple of Adobe's ASIC Technology:

█████████████████████████████████████

| Adobe Systems Incorporated | Apple Computer, Inc. |
|---|---|
| By: _~Stephen A. MacDonald~_ | By: _~Thomas Mager~_ |
| Print Name: Stephen A. MacDonald | Print Name: Thomas Mager |
| Title: Sr. Vice President/General Mgr. | Title: Director, Personal Printer Engrg |
| Date: 2/27/95 | Date: 2/21/95 |

ADOBE_110347
Confidential – Attorneys' Eyes Only

# FIRST ADDENDUM TO ADOBE SYSTEMS INCORPORATED MASTER AGREEMENT FOR MUTUAL DISCLOSURE OF INFORMATION

This document is the first addendum (the "Addendum") to the Adobe Systems Incorporated Master Agreement for Mutual Disclosure of Information dated April 30, 1990 (the "Agreement") between Apple Computer, Inc. ("Apple") and Adobe Systems Incorporated ("Adobe"). In the event of any inconsistency between the terms of the Agreement and the terms of this Addendum, the terms of this Addendum shall prevail with respect to the [REDACTED] Project. All other terms of the Agreement shall apply to the [REDACTED] Project.

*04/05/94mgr*

Confidential – Attorneys' Eyes Only



*04/05/94mgr* *page 2*

ADOBE_110349
Confidential – Attorneys' Eyes Only

III.

IV.



V.

VI.

*04/05/94mgr*

*page 3*

ADOBE_110350
Confidential – Attorneys' Eyes Only

This Addendum is entered into on behalf of the parties by their duly authorized representatives.

**APPLE COMPUTER, INC.**

Dave Stallard

SIGNATURE

Dave Stallard, Sr Director, Imaging Engineering

PRINTED NAME AND TITLE

5-8-94

DATE SIGNED

**ADOBE SYSTEMS INCORPORATED**

S.A. MacDonald

SIGNATURE

S.A. MacDonald, Sr. VP. GM, SPD

PRINTED NAME AND TITLE

5.10.94

DATE SIGNED

**ADOBE Employees Authorized for Disclosure on the [REDACTED] Project**
(each of whom are to initial below to indicate that they have read this Addendum)

1. Joel Sacks, Computer Scientist
   Printed Name and Title

   Adobe.sacks, 415-962-4803
   AppleLink and Telephone Number

   JS
   Initials

2. Chuck Jordan, Computer Scientist
   Printed Name and Title

   No AppleLink, 415-962-4975
   AppleLink and Telephone Number

   WCJ
   Initials

3. George Cacioppo, OEM Group Engineering Manager
   Printed Name and Title

   Adobe.gac, 415-962-3983
   AppleLink and Telephone Number

   GAC
   Initials



**Adobe Systems Incorporated**

1585 Charleston Road
P.O. Box 7900
Mountain View, CA 94039-7900
Phone 415 961.4400
Fax 415 961.3769

August 5, 1994

Kevin Andresen
Apple Computer, Inc.
20525 Mariani Avenue
Cupertino, CA 95014

Dear Mr. Andresen:

Pursuant to the First Addendum to the Master Agreement for Mutual Disclosure of Information, dated May 10, 1994 ( the "[REDACTED] Addendum") Apple and Adobe agree to add Marion Golin to the approved list of Adobe employees authorized for disclosure on the [REDACTED] Project. Her title, AppleLink address and telephone number are as follows:

Marion Golin, Engineering Project Manager
Printed Name and Title

MAG
Initials

mgolin; 415-962-2039
AppleLink and Telephone Number

Marion Golin has initialed this letter indicating that she has read the [REDACTED] Addendum. Please indicate your agreement with this letter by signing below and returning the original to us. Thank you.

Very truly yours,

[signature]

John Vigouroux
OEM Business Manager

**ACKNOWLEDGED AND AGREED TO ON BEHALF OF APPLE COMPUTER, INC.:**

By: [signature]

DAVE STALLARD
Print Name

Title: Sr. Director

Date: 9/29/94

Confidential – Attorneys' Eyes Only

**AMENDMENT ONE
TO
MASTER AGREEMENT FOR
MUTUAL DISCLOSURE OF INFORMATION**

This Amendment One is an amendment to the Master Agreement for Mutual Disclosure of Information between Apple Computer, Inc. and Adobe Systems, Inc, dated April 30, 1990 (the "Master Agreement").

The parties hereby agree that the Master Agreement will be amended as set forth below, solely with respect to the Confidential Information identified in Exhibit A hereto.

The following sentence will be added to the end of Paragraph 4:

Except as set forth herein, the Master Agreement remains in full force and effect.

In witness whereof, the parties have executed this Amendment One as of October 3, 2002.

| ADOBE SYSTEMS, INCORPORATED | APPLE COMPUTER, INC. |
| --- | --- |
| By: [signature] | By:__________ |
| Printed Name: Bruce R. Chizen | Printed Name:__________ |
| Title: President & CEO, Adobe Systems, Inc. | Title:__________ |

Origs - don't have apple's signature on these

**EXHIBIT A**

**To Amendment One to MasterAgreement**
**For Mutual Disclosure of Information**

**Form of Appendix**

**Description of Confidential Information**

**Date:** 10/3/02

**Description of Confidential Information:** Apple's future business plans and products disclosed at meeting held at Apple on [REDACTED]

**Authorized Employees :** [REDACTED]

ADOBE_110354
Confidential – Attorneys' Eyes Only

**AMENDMENT ONE**
**TO**
**MASTER AGREEMENT FOR**
**MUTUAL DISCLOSURE OF INFORMATION**

This Amendment One is an amendment to the Master Agreement for Mutual Disclosure of Information between Apple Computer, Inc. and Adobe Systems, Inc, dated April 30, 1990 (the "Master Agreement").

The parties hereby agree that the Master Agreement will be amended as set forth below, solely with respect to the Confidential Information identified in Exhibit A hereto.

The following sentence will be added to the end of Paragraph 4:

Except as set forth herein, the Master Agreement remains in full force and effect.

In witness whereof, the parties have executed this Amendment One as of October 3, 2002.

ADOBE SYSTEMS, INCORPORATED

By: [signature]

Printed Name: Shantanu Narayen

Title: EVP Worldwide Products

APPLE COMPUTER, INC.

By: ______________________

Printed Name: ______________________

Title: ______________________

Confidential – Attorneys' Eyes Only

**EXHIBIT A**

**To Amendment One to MasterAgreement**
**For Mutual Disclosure of Information**

**Form of Appendix**

**Description of Confidential Information**

**Date:** 10/3/02

**Description of Confidential Information:** Apple's future business plans and products disclosed at meeting held at Apple on October 3, 2002

**Authorized Employees :** Bruce Chizen, Shantanu Narayen

Confidential – Attorneys' Eyes Only