# EXHIBIT 52

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

**Adobe**

## NDA COVER SHEET
## Scanning Project

Contract Group

✔   Non-Disclosure

Name of Other Party:

*Apple*

Effective Date:

*12·6·85*

Termination Date:

Contract Term:

\* For example, 1 year, auto renew, etc.

ADOBE_110368
Confidential – Attorneys' Eyes Only

# ADOBE SYSTEMS INCORPORATED
## AGREEMENT FOR DISCLOSURE OF ADOBE INFORMATION
## AND ASSIGNMENT

Effective Date: _December 6, 1995_

This Agreement is made by and between APPLE COMPUTER, INC., having a principal place of business at _1 Infinite Loop, Cupertino, CA 95014_ (the "Recipient") and ADOBE SYSTEMS INCORPORATED and its subsidiaries and affiliates, having a principal place of business at 1585 Charleston Road, P.O. Box 7900, Mountain View, California 94039-7900 ("Adobe").

## RECITALS

WHEREAS, Adobe owns certain computer programs known as the Adobe Photoshop software; and



WHEREAS, during the course of the Project, certain employees of Recipient were or will be disclosed of and had or will have access to, at Adobe's premises, certain confidential information of Adobe, including, without limitation, the source code to Adobe Photoshop.

NOW THEREFORE, the parties agree as follows:

ADOBE_110369
Confidential – Attorneys' Eyes Only

2.

3.

4.

5.

6.

7.



Agreement for Disclosure of Adobe Information
Apple Computer

2

ADOBE_110370
Confidential – Attorneys' Eyes Only



8.

9.

10.

11.

12.

Agreement for Disclosure of Adobe Information
Apple Computer

3

ADOBE_110371
Confidential – Attorneys' Eyes Only

13.

14.

15.



IN WITNESS WHEREOF, the parties have executed this Agreement in duplicate as of the date first written above.

"Adobe"                                          "Recipient"

ADOBE SYSTEMS INCORPORATED          APPLE COMPUTER, INC.

By: _____          By: _____

Print
Name: David B. Pratt                     Print
Name: SANJOY  GHOSH

Title: Sr. Vice President                 Title: TECHNICAL STAFF

ADOBE_110372
Confidential – Attorneys' Eyes Only

"Recipient"                                         "Recipient"

APPLE COMPUTER, INC.                                APPLE COMPUTER, INC.

By: _Eric Finger_                                   By: _K Nomura_

Print                                               Print
Name: _ERIC  FINGER_                                Name: _Kevin  Nomura_

Title: _Performance Tools DRI_                       Title: _Software engineer_

ADOBE_110373
Confidential – Attorneys' Eyes Only