# EXHIBIT 912

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| From: | /O=INTUIT/OU=SAN DIEGO/CN=RECIPIENTS/CN=BRAD_SMITH |
| Sent: | Tuesday, May 13, 2008 7:05 AM |
| To: | Jim_Grenier@intuit.com; Rick_Jensen@intuit.com; Nora_Denzel@intuit.com; jkaplan@innovativemerchant.com; Kiran_Patel@intuit.com; Jill_Ward@Intuit.com; Peter_Karpas@intuit.com; Alex_Lintner@intuit.com; Sasan_Goodarzi@intuit.com; Neil_Williams@intuit.com; Laura_Fennell@intuit.com; Caroline_Donahue@intuit.com; Dan_Maurer@intuit.com; Kris_Halvorsen@intuit.com; Bill_Ihrie@intuit.com; Ginny_Lee@intuit.com |
| Cc: | Sherry_Whiteley@intuit.com; Eric_Lane@intuit.com; Caryl_Hilliard@intuit.com; Anna_Meyer@intuit.com; Deborah_Garrett@intuit.com; Terilyn_Monroe@intuit.com; Patty_Holaday@intuit.com; Michael_McNeal@intuit.com; Sharon_Hertle@Intuit.com; Jasmine_Koyama-Reeves@intuit.com; Parrish_Pullen@intuit.com; Christina_Hall@intuit.com |
| Subject: | RE: IMPORTANT - Compensation Focal Guidance |
| Attachments: | image002.gif |

Jim,

Thank you for providing such thoughtful and informative guidance in this communication. Team, if you have any question regarding the below e-mail and rationale, we can discuss tomorrow morning when we kick off the CordeValle session.

Thanks,

Brad

---

**From:** Grenier, Jim
**Sent:** Monday, May 12, 2008 10:34 PM
**To:** Jensen, Rick; Denzel, Nora; Kaplan, Joe; Patel, Kiran; Ward, Jill; Karpas, Peter; Lintner, Alex; Goodarzi, Sasan; Williams, Neil; Fennell, Laura; Donahue, Caroline; Maurer, Dan; Halvorsen, Kris; Ihrie, Bill; Lee, Ginny
**Cc:** Smith, Brad D.; Whiteley, Sherry; Lane, Eric; Hilliard, Caryl; Meyer, Anna; Garrett, Deborah; Monroe, Terilyn; Holaday, Patty; McNeal, Michael; Hertle, Sharon; Koyama-Reeves, Jasmine; Pullen, Parrish; Hall, Christina
**Subject:** IMPORTANT - Compensation Focal Guidance
**Importance:** High

Hello Everyone,
This is a summary of our approach and the guidelines for this year?s compensation decisions. This includes base pay and IPI decisions as well as equity (RSUs/stock options) recommendations, which you will be reviewing and submitting for your organization in the coming weeks. The tool is already open, and lower level leaders are well into the process.

**ACTION REQ?D**: Please cascade/include these guidelines to your senior leaders along with your own expectations for this year?s pay decisions in your org. Also, note that each of us on the Rewards leadership team (Parrish Pullen, Christina Hall, or me) is available for a leadership team discussion or Q&As.

**Summary**
Here are the highlights and changes for this year.

1) **Performance Ratings**: [redacted]



INTUIT_040817
Confidential - Attorneys' Eyes Only   912.1

2) **Population Distributions:** ▓▓▓

3) **Base Pay and Recognition:** The budget and guidelines have not changed. The budget for base pay merit is 4%.

4) **Total Compensation:** ▓▓▓

5) **IPI** (Intuit Performance Incentive plan): ▓▓▓

6) **Equity (stock options and RSU?s):** ▓▓▓

INTUIT_040818
Confidential - Attorneys' Eyes Only

9122



The email previously sent to all leaders at all levels is also included below for reference. You?ll notice links, deadlines and available education for leaders/teams. As always, please contact me if you have any questions?especially about the evolution of our compensation practices.

Thanks,
Jim

**Jim Grenier | VP, HR ~ Rewards & Workplace|** Intuit, Inc. - Mountain View, CA | Direct: 650-944-3216 | Fax: 650-944-5388 |
jim_grenier@intuit.com

**This message is for the designated recipient(s) only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient, please do not read, copy, and use or disclose this communication to others. Please notify the sender immediately and delete it from your system.**

-----------------------------------------------------------------
Hello Intuit Leaders,

The annual Talent and Pay Recommendation Process has officially begun. The Talent and Pay Tool (TPT), our web-based tool, is now live and ready for you to begin entering your recommendations for the following actions:

- Talent Assessments
- Merit Increase or Lump Sum Recommendations
- IPI Award Recommendations
- Salary Adjustments
- Promotions

<u>Your Role:</u>

With your HR Business Partner, it?s time to begin engaging in the performance management process and entering both your talent assessments and pay recommendations by the roll-up dates listed below.

You can also refer to the April and May editions of *Line of Sight* that contain details on managers? roles and responsibilities in this year?s Talent and Pay Recommendation process.

| Manager Level | Tool Roll-up Schedule |
|---|---|



<u>Training & Support</u>
Self-service training materials for performance management and pay decisions are available through the TPT, under the ?additional resources? link on the top right navigation bar. This year we?ve also added ?open mic? sessions staffed by experts from our performance management and compensation teams as an additional resource for leaders to ask questions and hear best practices. These sessions will be available several times a week during May and June and you can find the schedule in the TPT, under the ?contact us? link. Contact your HR Business Partner for additional training opportunities.

INTUIT_040819
Confidential - Attorneys' Eyes Only

912.3

A reminder for <u>Intuit officers and directors</u>: There will be additional training opportunities for you that will cover both this material as well as a more detailed look at the equity (stock) decision process. Stay tuned for information.

**TPT Access and Support**
- The TPT can be accessed at the following web address: https://pdt.intuit.com/pdt/application/logon.jsp
- Links can also be found via the intranet through the following path:
    - Total Rewards > Manager?s Toolbox > Key Resources section > Talent and Pay Resource Center
- Contact the Total Rewards team, beginning May 6, by email at total_rewards@intuit.com for TPT support.

If you have questions, please contact your HR Business Partner or me at ext. 58068.

Thanks.

Parrish

**parrish pullen | director, rewards & recognition**

direct:858.215.8058 | cell:858.344-0783 | eFax:858-430-3598

INTUIT_040820
Confidential - Attorneys' Eyes Only

912.4