# EXHIBIT 914

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

Jim Grenier - VP, Rewards and Workforce Solutions



CONFIDENTIAL

**Confidential - Attorneys' Eyes Only**

INTE-04-000881

**INTUIT_001614**   914.1

# Total Rewards

## Key Levers to Attract and Retain the Talent & Skills to Deliver for our Customers

Jim Grenier - VP, Rewards and Workforce Solutions

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000883
INTUIT_001616

# Key Engagement "Levers" at Intuit

Factors that motivate employees = the potential "drivers" of engagement:



HR has a critical role, with all "leaders", in shaping the organizational and leadership practices that drive engagement.

January 21, 2006

Intuit Confidential

3

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000884
INTUIT_001617

9/4.4

# Key Engagement "Levers" at Intuit

Factors that motivate employees = the potential "drivers" of engagement:



HR has a critical role, with all "leaders", in shaping the organizational and leadership practices that drive engagement.

January 21, 2006

Intuit Confidential

Intuit

4



CONFIDENTIAL
**Confidential - Attorneys' Eyes Only**

INTE-04-000885
**INTUIT_001618**   914.5

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000886
INTUIT_001619

9/4. L

# Total Rewards...The Academic View

**Defined by WorldatWork**

"All of the tools available to the employer that may be used to attract, retain and motivate employees...

...everything the employee perceives to be of value resulting from the employment relationship".



## Total Rewards Porfolio

Intuit Confidential

January 21, 2006

6

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000887
INTUIT_001620

9/4.7



[Speaker Notes For Slide: 4]

Intuit Confidential

January 21, 2006

7

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000888
INTUIT_001621  91y. 8



Total Rewards...Your View

Welcome

Watch for your email invitation
Set up takes about 60 days

Intuit Confidential

January 21, 2006

8

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000889
INTUIT_001622   9 IX, 9

**intuit**

## Total Rewards...The Shareholder View...
### ...Managed through the Rewards Decision Process

$

$

January 21, 2006

CONFIDENTIAL

Confidential - Attorneys' Eyes Only

INTE-04-000890

INTUIT_001623

9/14/10



Total Rewards...The Shareholder View...
...Managed through the Rewards Decision Process

January 21, 2006

10

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000891
INTUIT_001624

9/14/11



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000892
INTUIT_001625   4/4, 12



January 21, 2006

12



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000893
INTUIT_001626
9 ׀y,13



14

January 21, 2006

[Speaker Notes For Slide: 8]

Major changes....header,....box....see notes

Intuit Confidential



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000894
INTUIT_001627

914.14

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTUIT_001628
INTE-04-000895

# Compensation Decision Process, FY 05

**Utilizes the Performance Management Operating Mechanism and HPOR recommendations as inputs to "*reward the right behaviors*"**



Intuit Confidential

January 21, 2006

15



16

January 21, 2006

Compensation Focal Decision Process

[Speaker Notes For Slide: 10]

Intuit Confidential



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000896
INTUIT_001629

914. 16

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000897
INTUIT_001630





18

January 21, 2006

okay

[Speaker Notes For Slide: 12]

Intuit Confidential



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000898
INTUIT_001631   914.18

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTUIT_001632
INTE-04-000899





20

January 21, 2006

okay

[Speaker Notes For Slide: 14]

Intuit Confidential



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000900
INTUIT_001633     9 14. 20

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTUIT_001634
INTE-04-000901

9/14/21

**intuit**

# For an Overview of TR Tools, Processes and Decision Making



- Schedule time TODAY with your compensation partner, if you are engaged in any of the following:

  *Recommending or Extending Offers of Employment*

  *Coaching leaders on the effective use of Total Rewards*

  *Responding to employee questions regarding rewards decisions or opportunities*

QUESTIONS?

Intuit Confidential

January 21, 2006

21



22

January 21, 2006

okay

[Speaker Notes For Slide: 16]

Intuit  Confidential



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000902
INTUIT_001635   914. 22