# EXHIBIT 1107

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**Talent Acquisition Hiring Plan**
**(Version 1.4)**

Date: _____     Recruiter: _____

Req #: _____     Co.Group.Dept & BU: _____

Position: _____     Hiring Manager: _____

HRBP: _____     Finance Partner: _____

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Attachments**
- TA Process Timeline
- Hiring Manager Checklist
- Offer Accept Alert E-Mail

**Discussion**
- TA Organization Roles & Responsibilities
- Scout Overview & Access
- Assessment Competencies
- Start Dates & New Hire Orientation
- Hiring Manager Survey
- Manager's Tool Box
- On Boarding New Hires (computer equip, buddy program, checklists)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

I.

1



INTUIT_007865
Confidential - Attorneys' Eyes Only

11071

2

INTUIT_007866
Confidential - Attorneys' Eyes Only

1107.2



3

INTUIT_007867
Confidential - Attorneys' Eyes Only

1107.3



4

INTUIT_007868
Confidential - Attorneys' Eyes Only

1107.4



5

INTUIT_007869
Confidential - Attorneys' Eyes Only
1107.5