# EXHIBIT 1760

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# DOCUMENT PLACEHOLDER

This Document was Produced in Native Format



EXHIBIT 1760
WIT. WHITELEY
DATE 3-14-13
KRAMM COURT REPORTING

INTUIT_052803
Confidential

1760.1

# Key Components of Intuit's Total Rewards Portfolio

Intuit Confidential

(17602)

# What's Important?

**Big Y:** Deliver "True North"... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future



Intuit Confidential
January 7, 2005

Intuit

1760.3













How Intuit Makes Decisions About Jobs & Compensation

Intuit Confidential
January 7, 2005

17609

8



The External View...Market Data, Economic Trends....

Intuit Confidential
January 7, 2005

1760.10

9

# Who's in the surveys?

intuit®

Intuit Confidential
January 7, 2005

1740.11

10

# Input: External Market Review



Now Linked, for Profiled Jobs, Through the Pay Decision Too
intuit

## Using Market Reference Points

1760.13

Intuit Confidential
January 7, 2005

12