# EXHIBIT 2142

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Pullen, Parrish
**Sent:** Wednesday, March 03, 2010 6:16 PM
**To:** Galy, Chris
**Cc:** Macian, Eva
**Subject:** RE: RT input to FY11 merit budget planning

Thanks!!

**From:** Galy, Chris
**Sent:** Wednesday, March 03, 2010 11:20 AM
**To:** Pullen, Parrish
**Cc:** Macian, Eva
**Subject:** RE: RT input to FY11 merit budget planning

[redacted]

Ayres, James

Chris,

In my adventures in the past year I have found the following to be true:

[redacted]

Hope this helps!

James

☼ Show Quoted Messages

Posted: 3/2/2010 11:38 AM

EXHIBIT 2142
WIT: Galy
DATE: 3.20.2013
ANNE TORREANO, CSR #10520

View Properties ⤺ Reply

2142.1

INTUIT_039793
Confidential - Attorneys' Eyes Only



Hi Chris,

Leigh

≫ Show Quoted Messages

Posted: 3/3/2010 11:02 AM                                         View Properties   ↩ Reply





**From:** Pullen, Parrish
**Sent:** Monday, March 01, 2010 2:12 PM
**To:** Galy, Chris
**Cc:** Macian, Eva
**Subject:** RT input to FY11 merit budget planning

Hey Chris,

Good to see you again today. As follow up to our conversation,

Our recommendations are due at the end of the week, so if you have any input it'd be great to get it by Thursday.

Thanks!
Parrish

**intuit**
**Parrish Pullen | Director, Rewards & Recognition** | 858.215.8068 (phone) | 858.344.0783 (cell)

2142.2

INTUIT_039794
Confidential - Attorneys' Eyes Only