MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:     (650) 331-2000
Facsimile:     (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DECLARATION OF ANNE M. SELIN IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL FILINGS RELATED TO PLAINTIFFS' OPPOSITION BRIEFS AND FILINGS RE DKTS. 554, 556, 557, 559, 560, 561, 564, 570** |

I, Anne M. Selin, declare as follows:

1.      I am an attorney with the law firm of Mayer Brown LLP, counsel for Defendant Google, Inc. ("Google") in the above-captioned matter.  I am admitted to practice law before this Court.   I submit this declaration in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal Filings Related to Plaintiffs' Opposition Briefs and Filings Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570 ("Joint Response to Administrative Motion to Seal") that is being filed concurrently herewith.   As an attorney involved in the

1

1  defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in

2  this declaration and if called as a witness, I could and would competently testify to them.

3        2.      I have reviewed (a) the Declaration of Dean M. Harvey in Support of Plaintiffs'

4  Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570 (Dkt. No. 607) ("Harvey

5  Declaration"), and supporting exhibits, and (b) the Declaration of Lisa J. Cisneros in Support of

6  Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570 (Dkt. No. 605)

7  ("Cisneros Declaration"), and supporting exhibits, that were filed on February 6, 2014 by

8  Plaintiffs.

9        3.      As detailed below, discrete portions of certain exhibits to the Harvey Declaration

10  and Cisneros Declaration contain highly confidential and highly sensitive details about Google's

11  compensation, hiring and recruiting practices that reflect Google's internal deliberations and

12  business strategy related to how Google recruits and how Google sets and structures

13  compensation (including salary, bonus and equity) for its employees.  In addition, certain of

14  these exhibits also contain highly confidential and highly sensitive details about Google's

15  business partnerships, including details about the particular terms of agreement between Google

16  and its business partners.

17        4.      The basis for Google's proposed redactions identified in paragraphs 5 and 6

18  below can be found in the Declarations of Frank Wagner (Google's Director of Compensation)

19  that were filed on October 9, 2012, November 12, 2012, and December 18, 2012 (Dkts. 201, 221,

20  and 261 respectively).  In those declarations, Mr. Wagner describes the competitive harm that

21  Google would suffer if certain highly confidential and highly sensitive details about

22  Google's compensation, hiring, and recruiting practices that reflect Google's

23  internal deliberations and business strategy related to how Google recruits and how Google sets

24  and structures compensation (including salary, bonus and equity) for its employees were made

25  public.  In addition, the Declaration of Omid Kordestani (Google Advisor and former Senior

26  Vice President) filed concurrently herewith in support of the Joint Response to Administrative

27  Motion to Seal describes the competitive harm that Google would suffer if certain highly

28

1   confidential and highly sensitive details about Google's contracts related to its business

2   collaborations were made public.

3              **Google's Confidential Information in Exhibits to the Harvey Declaration**

4              5.      Specifically, Google seeks to keep the following exhibits to the Harvey

5   Declaration under seal (proposed redacted versions of the below exhibits are being submitted

6   concurrently herewith):

7              a)      **Exhibit 4**, Expert Report of Edward E. Leamer, Ph.D. The following

8   portions of Dr. Leamer's Expert Report dated October 1, 2012, which are already subject

9   to a pending sealing request by Google (Selin Declaration, Dkt. No. 576),  contain highly

10  confidential and highly sensitive details about Google's compensation, recruiting, and

11  hiring strategies and practices, including confidential details about Google's internal

12  deliberations and business strategy related to making counteroffers as well as responding

13  to competition from a rival employer in an effort to retain employees:

14              i)      Page 17, footnote 65 (rate of hires only)

15              ii)     Page 23, Figures 3 and 4 (rows pertaining to Google)

16              iii)    Page 27, footnote 101 (names of companies only)

17              iv)     Page 45, footnote 129 (select portion of footnote)

18              v)      Page 45-46, footnote 135

19              vi)     Page 46, Paragraph 109

20              vii)    Page 46, footnote 139

21              viii)   Page 48, Paragraphs 115

22              ix)     Page 49, Paragraph 119

23              x)      Page 49, footnote 155

24              xi)     Page 53, Figure 10 (row pertaining to Google)

25              xii)    Page 60, Figure 16

26              b)      **Exhibit 5** (Reply Report of Edward E. Leamer, Ph.D dated December 10,

27  2012). The following portions of Dr. Leamer's Reply Report, which are already subject

28  to a pending sealing request by Google (Selin Declaration, Dkt. No. 576), contain highly

confidential and highly sensitive details about Google's compensation, recruiting, and hiring strategies and practices, including confidential details about Google's internal deliberations and business strategy related to making counteroffers as well as responding to competition from a rival employer in an effort to retain employees:

    i)    Page 23, Heading C. (portion following "Big Bang")

    ii)    Page 24, Paragraph 53 (number and percentage of Google employees hired by a competitor)

    iii)    Page 24, footnote 69

    iv)    Page 25, Paragraph 54 (last sentence)

    v)    Page 26, Figure 1 (chart pertaining to Google)

    vi)    Page 43, Figure 7 (chart pertaining to Google)

    c)    **Exhibit 6** (Supplemental Expert Report of Edward E. Leamer, Ph.D. dated May 10, 2013.  The following portions of Dr. Leamer's May 10, 2013 Report, which are already subject to a pending sealing request by Google (Selin Declaration, Dkt. No. 576), contain highly sensitive and highly confidential details of how Google sets and structures compensation and how Google compensation relates to national averages over time:

    i)    Page 31, Figure 19 (charts titled "Google" and "All Defendants R&D")

    ii)    Exhibit 2 (Column titled "Job Title" and Column titled "Section 1" related to Google)

    d)    **Exhibit 7** (Expert Report of Kevin F. Hallock dated May 10, 2013). The following portions of Mr. Hallock's report, which are already subject to a pending sealing request by Google (Evans Declaration, Dkt. No. 427), contain confidential and highly sensitive details about Google's compensation, recruiting, and hiring strategies and practices and that reflect Google's internal deliberations and business strategy related to how Google sets and structures compensation for its employees, how Google might respond to competition for its employees from other rival employers, and how Google approaches recruiting and hiring.

-4-

i)      Page 13 (Para. 38) (text starting after "Gerhart (2011)" and through the end of Paragraph 38)

ii)      Page 21 (Para. 66) (text in third sentence starting after "compensation structure features" and ending before "This spreadsheet")

iii)      Page 21 (Para. 66) (text in fifth and sixth sentences, starting after "For each job grade" and ending before "Google Director of Compensation")

iv)      Page 21, footnote 51 (text in sentence after "Mr. Frank Wagner verified that" and through the end of the sentence)

v)      Page 22 (Para. 68) (text beginning after "Shona Brown also confirmed" and ending before "She was asked"; and text beginning after "she replied" and through the end of Paragraph 68)

vi)      Page 22 (Para. 69) (text beginning after "formalized pay systems in his deposition" and through the end of Paragraph 69)

vii)      Page 40 (Para. 130) (text starting after "the ratings go from" and through the end of that sentence; and text in last sentence)

viii)      Page 40 (Para. 131) (first sentence and all raw numbers in Paragraph 131)

ix)      Page 40-41 (Para. 133) (only text in quotations in Paragraph 133)

x)      Page 41 (Para. 134) (text after "contains this question and answer")

xi)      Page 54 (Para. 183) (last four sentences)

xii)      Page 59 (Para. 198) (text starting after "Mr. Arnnon Geshuri from Google where he notes" and ending before "Surely, calling in to employees")

xiii)      Page 63 (Para. 210) (region names and names of categories only)

xiv)      Page 63 (Para. 211)

xv)      Page 63 (Para. 212) (only region names and raw numbers)

xvi)      Page 64 (Para. 214) (text starting after "Google documents")

xvii)      Page 64 (Para. 215)

xviii)      Page 107 (Figure 7)

1           xix)      Page 112 (Figure 12)

2           xx)      Page 117 (Figure 17)

3      e)      **Exhibit 8** (Rebuttal Supplemental Expert Report of Edward E. Leamer,

Ph.D, dated July 12, 2013). The following portions of Dr. Leamer's July 12, 2013 Report,

which are already subject to a pending sealing request by Google (Selin Declaration, Dkt.

No. 587), contain highly confidential Google data:

        i)      Pages 9 and 10, Paragraph 23 (excerpt related to Google only, i.e.,

text starting after "[Google]"): this excerpt contains confidential and highly

sensitive details about Google's strategy to respond to employee attrition.

        ii)      Page 13, Paragraph 31 (raw percentage figure only): this

percentage figure is derived in part from Google's compensation data and reflects

confidential and highly sensitive information about Google's compensation

practices.

        iii)      Page 14, Paragraph 33 (raw percentage figures only):  these

percentage figures are derived from Google's compensation data and reflects

confidential and highly sensitive information about Google's compensation

practices.

        iv)      Page 15, Tables 1 and 2:  these tables are derived from Google's

compensation data and reflect confidential and highly sensitive information about

Google's compensation practices.

        v)      Page 16, Figure 1:  this figure is derived from Google's

compensation data and reflects confidential and highly sensitive information

about Google's compensation practices.

        vi)      Page 32, Paragraph 67 (raw percentage figures only):  these

percentage figures are derived from Google's compensation data and reflects

confidential and highly sensitive information about Google's compensation

practices.

vii)    Page 33, Paragraph 68: (raw percentage figure only):   this percentage figure is derived in part from Google's compensation data and reflects confidential and highly sensitive information about Google's compensation practices.

viii)   Page 33, footnote 42:  this excerpt contains confidential and highly sensitive information about Google's compensation practices.

ix)    Page 36, Figure 8:   this figure is derived from Google's compensation data and reflects confidential and highly sensitive information about Google's compensation practices.

f)    **Exhibit 9**, Expert Report of Edward E. Leamer, Ph.D. The following portion of Dr. Leamer's Report dated October 28, 2013, which is already subject to a pending sealing request by Google (Selin Declaration, Dkt. No. 576), contains highly confidential class summary data:

i)    Figure 2 (only columns 3, 4 and 5).

g)    **Exhibit 10**, Expert Report of Kevin F. Hallock. The following portions of Mr. Hallock's report dated October 28, 2013 contain highly sensitive and highly confidential details about how Google sets and structures different levels of compensation, how Google structures its compensation with respect to employee evaluations, and Google's recruiting and employee retention strategies:

i)    Paragraph 26

ii)    footnote 45 (page 17)

iii)    Paragraph 54

iv)    Paragraphs 56-57

v)    Paragraphs 118-119

vi)    Paragraphs 121-122

vii)    Paragraph 171

viii)   Paragraph 176

ix)    Paragraph 186

x)      Paragraph 197

xi)     Paragraphs 204-205

xii)    Paragraphs 207-208

xiii)   footnote 247 (on page 68)

xiv)    Figure 2

xv)     Figure 7

xvi)    Figure 13

h)      **Exhibit 11**, Expert Report of Alan Manning, Ph.D.  Portions of the following paragraphs of Dr. Manning's report dated October 28, 2013 contain highly sensitive and highly confidential details of Google's compensation and recruiting philosophies, Google's compensation practices, and Google's counteroffering strategies:

i)      Paragraph 10

ii)     Paragraph 53

iii)    Paragraph 63

iv)     Paragraphs 69

i)      **Exhibit 13**, Reply Expert Report of Edward E. Leamer, Ph.D, following portions of Dr. Leamer's Report dated December 11, 2013, which are already subject to a pending sealing request by Google (Selin Declaration, Dkt. No. 576), contain highly confidential information and details about Google's compensation for its employees:

i)      Heading IV.D.2 (regarding confidential Google compensation proposal and decision)

ii)     Table 1 (columns 3, 4 and 5 pertaining to Google)

iii)    Paragraph 43 (and Heading 2 on page 25)

iv)     Figure 8 (both charts pertaining to Google salaries)

v)      Paragraph 47 (portion regarding confidential Google compensation proposal and decision)

vi)     Figure 14 (regarding average total compensation)

vii)     Paragraph 5 of Appendix A on page 77 (dollar figures only pertaining to salary ranges)

j)     **Exhibit 14**, Rebuttal Report of Matthew Marx. The following portions of Mr. Marx's Report dated December 11, 2013 contain highly sensitive and highly confidential details of Google's business collaborations and its recruiting strategies:

i)     Paragraph 31

ii)     Paragraphs 33-34

k)     **Exhibit 23**, Combined Expert Report of Elizabeth Becker, Ph.D. The following portions of the Becker Report and accompanying exhibits, appendices, and attachments, which are already subject to a pending sealing request by Google (Selin Declaration, Dkt. No. 587), contain highly confidential and sensitive details about Google's compensation practices, including details about an original and revised compensation proposal reflecting a change in Google's compensation program for Google employees and a detailed description of the reasons behind the change to Google's compensation program.

i)     Paragraph 34

ii)     Paragraphs 38-40 and footnote 38

iii)     Paragraphs 82-84

iv)     Paragraph 86

v)     Paragraph 112

vi)     Paragraph 115

vii)     footnote 86

viii)     Paragraph 120

ix)     Paragraph 123

x)     footnotes 95-96

xi)     Paragraph 139

xii)     footnote 111

xiii)     footnote 117

1            xiv)    Exhibits A1, A13, A14, A15, A16, A17, B1, B2, B3, B4, C1, C2,

2    C3, D2, E3, E6, E9, & E10

3            xv)    Appendices A1, A2, A13, A14, A15, A16, A17, B1, B2, B3 (charts

4    related to Google only), B4, C1, C2 (Google chart only), C3, D2, E3,  E6, E9, and

5    E10

6            xvi)    Attachment 3 re: job titles (all columns except first two columns)

7        l)    **Exhibit 24**, Expert Report of David Lewin, Ph.D. The following portions

8    of the Lewin Report dated November 25, 2013, which are already subject to a pending

9    sealing request by Google (Selin Declaration, Dkt. No. 587), contain highly confidential

10    and sensitive details about Google's compensation practices, including details about an

11    original   and   revised   compensation   proposal   reflecting   a   change   in   Google's

12    compensation program for Google employees and a detailed description of the reasons

13    behind the change to Google's compensation program:

14            i)    Paragraph 46

15            ii)    Exhibits 13B, 13C, 14B, 15B, 15C, 16B, 16C

16        m)    **Exhibit 25**, Expert Report of Professor Kevin M. Murphy, the  following

17    portions of the Murphy Report dated November 25, 2013, which are already subject to a

18    pending sealing request by Google (Selin Declaration, Dkt. No. 576), contain highly

19    confidential information and details about Google's compensation and recruiting and

20    retention strategies for its employees:

21            i)    Paragraph 86 (text in last sentence that begins after "total

22    compensation at Google" and that ends before "from 2010 to 2011");

23            ii)    Paragraph 88 (text in second sentence that begins after "mean base

24    salaries at Google," and text in third sentence starting after "(i.e., stocks and

25    options)");

26            iii)    Exhibit 4 on Page 40 (related to Google's base salary and total

27    compensation in 2003);

28

1              iv)     Paragraph 89 (first sentence, text starting after "employee

2 compensation");

3              v)     Footnote 128 (last sentence);

4              vi)     Footnote 130 (figures related to Google employee attrition only).

5        n)     **Exhibit 26**, Expert Report of Edward A. Snyder, Ph.D.  The following

6 portions of Dr. Snyder's Report dated December 6, 2013, which are already subject to a

7 pending sealing request by Google (Selin Declaration, Dkt. No. 587), contains highly

8 confidential compensation and recruiting data, including details about Google's sources

9 for new hires and recruiting strategies and details about Google's hiring from and

10 employee attrition to Intel Corp:

11              i)     Paragraph 36

12              ii)     Paragraph 39(ii)

13              iii)     Exhibit 3a (figures pertaining to Google only)

14        o)     **Exhibit 27,** Expert Report of Lauren J. Stiroh, Ph.D. The following

15 portions of the Stiroh Report dated November 25, 2013, which are already subject to a

16 pending sealing request by Google (Selin Declarations, Dkt. Nos. 576 and 587, and

17 Notice of Errata, Dkt. No. 616),  contain highly confidential information and details

18 about Google's compensation for its employees:

19              i)     Paragraph 38 (compensation figures)

20              ii)     Paragraph 40 and footnote 85 (on pages 17-18)

21              iii)     Paragraph 41 and footnotes 86-87 (on page 18)

22              iv)     Paragraph 43

23              v)     Paragraph 45 and footnotes 93-95, footnote 97, and footnote 100

24 (on Page 19-20)

25              vi)     Paragraph 46 and footnotes 102, 104 and 105 (on Page 20)

26              vii)     footnotes 109-110 (on Page 21)

27              viii)     Paragraph 47

28

ix)     Paragraph 82 (percentage figure related to percent increase in Google's compensation during 2003)

x)     Paragraph 111 and footnote 207 (on Page 42)

xi)     Paragraph 112 and footnote 210

xii)     Paragraph 122 and footnote 225

xiii)     Paragraph 135

xiv)     Portions of subheading d (on page 51 and above paragraph 138), Paragraph 138, and footnote 235

xv)     Paragraph 139-140 and footnotes 236-237, and footnote 239

xvi)     Paragraph 193

xvii)     Paragraphs 206-207

xviii)     Paragraph 209

xix)     Exhibits III.17, III.18, III.19, III.20, III.21, III.22, III.23, III.24, III.54, III.55, IV.1, IV.8, IV.12, IV.15, IV.19, IV.22, IV.27, IV.30, IV.33, IV.36, VII.3,

xx)     Appendix Exhibit III.I.

p)     **Exhibit 28**, Expert Report of Eric Talley, Ph.D. 10. The following footnote in Dr. Talley's Report dated November 25, 2013, which is already subject to a pending sealing request by Google (Selin Declaration, Dkt. No. 587), contains highly confidential data related to Google's sources of new hires:

i)     footnote 75 (page 19)

q)     **Exhibit 69** (pages pertaining to Google and Apple business contracts) contains highly confidential and sensitive information related to business contracts between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

r)     **Exhibit 70** contains highly confidential and sensitive information related to a business contract between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

s)    **Exhibit 71** contains highly confidential and sensitive information related to a business contract between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

t)    **Exhibit 72** contains highly confidential and sensitive information related to a business contract between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

u)    **Exhibit 73** contains highly confidential and sensitive information related to a business contract between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

v)    **Exhibit 74** contains highly confidential and sensitive information related to a business contract between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

w)    **Exhibit 76**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

x)    **Exhibit 77**, an e-mail chain, portions of which contain highly sensitive and confidential details about Google's practices relating to counteroffers, as well as personally identifying information; a proposed redacted version is being submitted concurrently herewith.

y)    **Exhibit 78**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

z)    **Exhibit 80**, a Google training document, portions of which contain highly sensitive and confidential details about Google's training for recruiters; a proposed redacted version is being submitted concurrently herewith.

aa)    **Exhibit 85**, a Google document, portions of which contain highly sensitive and confidential details of Google recruiting data and programs; a proposed redacted version is being submitted concurrently herewith.

-13-

1    bb)    **Exhibit 86**, an e-mail chain with attached documents, portions of which

2    contain highly sensitive and confidential details of Google's hiring polices and protocols;

3    a proposed redacted version is being submitted concurrently herewith.

4    cc)    **Exhibit 87**, a e-mail with a presentation attached, portions of which

5    contain highly sensitive and confidential charts and other confidential details relating to

6    Google's hiring and recruiting data and recruiting strategies; a proposed redacted version

7    is being submitted concurrently herewith.

8    dd)    **Exhibit 89**, a response provided to the U.S. Department of Justice,

9    portions of which contain highly sensitive and confidential hiring and recruiting data and

10   information about Google's business collaborations with IBM; a proposed redacted

11   version is being submitted concurrently herewith.

12   ee)    **Exhibit 90**, an economic analysis of Google's do not cold call policy,

13   portions of which contain highly sensitive and confidential details of Google hiring data

14   and Google's business collaborations with IBM; a proposed redacted version is being

15   submitted concurrently herewith.

16   ff)    **Exhibit 91**, a presentation, portions of which contain highly sensitive and

17   confidential details of Google's recruiting strategies and compensation policies; a

18   proposed redacted version is being submitted concurrently herewith.

19   gg)    **Exhibit 92**, a presentation, portions of which contain highly sensitive and

20   confidential details of how Google structures its compensation; a proposed redacted

21   version is being submitted concurrently herewith.

22   hh)    **Exhibit 93**, a presentation, portions of which contain highly sensitive and

23   confidential details of how Google structures its compensation; a proposed redacted

24   version is being submitted concurrently herewith.

25   ii)    **Exhibit 94**, a presentation, portions of which contain highly sensitive and

26   confidential details of how Google structures its compensation; a proposed redacted

27   version is being submitted concurrently herewith.

28

jj)    **Exhibit 95**, a Google document, portions of which contain highly sensitive and confidential details of how Google structures its compensation and its compensation strategies vis-à-vis competitors; a proposed redacted version is being submitted concurrently herewith.

kk)    **Exhibit 96**, a presentation, portions of which contain highly sensitive and confidential data and other details of Google's recruiting, hiring, and compensation practices; a proposed redacted version is being submitted concurrently herewith.

ll)    **Exhibit 97**, a presentation, portions of which contain highly sensitive and confidential details of Google's hiring and recruitment processes; a proposed redacted version is being submitted concurrently herewith.

mm)    **Exhibit 98**, a presentation, portions of which contain highly sensitive and confidential details of Google's strategies for recruiting and hiring candidates and details of Google's compensation philosophy; a proposed redacted version is being submitted concurrently herewith.

nn)    **Exhibit 100**, an e-mail chain, portions of which contain highly sensitive and confidential details about Google's process for setting compensation; a proposed redacted version is being submitted concurrently herewith.

oo)    **Exhibit 101**, a presentation, portions of which contain highly sensitive and confidential details about Google's process for setting compensation for new hires; a proposed redacted version is being submitted concurrently herewith.

pp)    **Exhibit 103**, charts, portions of which contain highly sensitive and confidential details of how Google structures its compensation vis-à-vis several major competitors; a proposed redacted version is being submitted concurrently herewith.

qq)    **Exhibit 106**, an e-mail chain, portions of which contain highly sensitive and confidential details about recruiting and hiring practices; a proposed redacted version is being submitted concurrently herewith.

rr)     **Exhibit 108**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

ss)     **Exhibit 110**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

tt)     **Exhibit 111**, minutes of a compensation committee meeting, portions of which contain highly sensitive and confidential details about components of Google's compensation program; a proposed redacted version is being submitted concurrently herewith.

uu)     **Exhibit 112**, a Google document, portions of which contain highly sensitive and confidential details of Google's strategies in hiring, recruiting, retaining, and compensating employees; a proposed redacted version is being submitted concurrently herewith.

vv)     **Exhibit 113**, a Google document on compensation, portions of which contain highly sensitive and confidential details of Google's strategies in  hiring, recruiting, and compensating both new and existing employees; a proposed redacted version is being submitted concurrently herewith.

ww)     **Exhibit 114**, a Google document, portions of which contain highly sensitive and confidential details of how Google hires, recruits, and retains employees; a proposed redacted version is being submitted concurrently herewith.

xx)     **Exhibit 115**, a Google document, portions of which contain highly sensitive and confidential details of how Google hires, recruits, and retains employees; a proposed redacted version is being submitted concurrently herewith.

yy)     **Exhibit 117**, an e-mail chain, portions of which contain highly sensitive and confidential details about Google's counteroffering strategy, as well as personally identifying information; a proposed redacted version is being submitted concurrently herewith.

zz)     **Exhibit 118**, an e-mail chain, portions of which contain highly sensitive and confidential details of Google's practices relating to counteroffers; a proposed redacted version is being submitted concurrently herewith.

aaa)    **Exhibit 119**, an e-mail chain, portions of which contain highly sensitive and confidential details of Google's practices relating to counteroffers and employee compensation; a proposed redacted version is being submitted concurrently herewith.

bbb)    **Exhibit 120**, a presentation, portions of which contain highly sensitive and confidential data and other details pertaining to how Google structures employee compensation; a proposed redacted version is being submitted concurrently herewith.

ccc)    **Exhibit 121**, an e-mail chain, portions of which contain highly sensitive and confidential details about Google's counteroffer strategies and how it structures compensation; a proposed redacted version is being submitted concurrently herewith.

ddd)    **Exhibit 122**, a presentation, portions of which contain highly sensitive and confidential details of Google's counteroffer strategies and data concerning employee compensation; a proposed redacted version is being submitted concurrently herewith.

eee)    **Exhibit 123**, a presentation, portions of which contain highly sensitive and confidential details of Google's counteroffer strategies and data concerning employee compensation; a proposed redacted version is being submitted concurrently herewith.

fff)    **Exhibit 124**, a Google document, portions of which contain highly sensitive and confidential details of how Google structures its compensation and its compensation strategies vis-à-vis competitors; a proposed redacted version is being submitted concurrently herewith.

ggg)    **Exhibit 125**, charts, portions of which contain highly sensitive and confidential details of individual employee compensation and how Google sets and structures compensation; a proposed redacted version is being submitted concurrently herewith.

hhh)    **Exhibit 126**, charts, portions of which contain highly sensitive and confidential details of individual employee compensation and how Google sets and

structures compensation; a proposed redacted version is being submitted concurrently herewith.

iii)     **Exhibit 127**, a business contract between Intel and Google, portions of which contain highly sensitive and highly confidential details of business collaborations between Intel and Google; a proposed redacted version is being submitted concurrently herewith.

jjj)     **Exhibit 128**, a business contract between Intel and Google, portions of which contain highly sensitive and highly confidential details of business collaborations between Intel and Google; a proposed redacted version is being submitted concurrently herewith.

kkk)     **Exhibit 129**, a business contract between Intel and Google, portions of which contain highly sensitive and highly confidential details of business collaborations between Intel and Google; a proposed redacted version is being submitted concurrently herewith.

lll)     **Exhibit 130**, a business contract between Intel and Google, portions of which contain highly sensitive and highly confidential details of business collaborations between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

mmm) **Exhibit 131**, a business contract between Intel and Google, portions of which contain highly sensitive and highly confidential details of business collaborations between Intel and Google; a proposed redacted version is being submitted concurrently herewith.

nnn)     **Exhibit 132**, a business contract between Intuit and Google, portions of which contain highly sensitive and highly confidential details of business collaborations between Intuit and Google; a proposed redacted version is being submitted concurrently herewith.

ooo)     **Exhibit 133**, a business contract between Intuit and Google, portions of which contain highly sensitive and highly confidential details of business collaborations

-18-

1    between Intuit and Google; a proposed redacted version is being submitted concurrently

2    herewith.

3         ppp)    **Exhibit 134**, a business contract between Apple and Google,  portions of

4    which contain highly sensitive and highly confidential details of business collaborations

5    between Apple and Google; a proposed redacted version is being submitted concurrently

6    herewith.

7         qqq)    **Exhibit 135**, a business contract between Apple and Google, portions of

8    which contain highly sensitive and highly confidential details of business collaborations

9    between Apple and Google; a proposed redacted version is being submitted concurrently

10    herewith.

11         rrr)    **Exhibit 136**, a business contract between Apple and Google,  portions of

12    which contain highly sensitive and highly confidential details of business collaborations

13    between Apple and Google; a proposed redacted version is being submitted concurrently

14    herewith.

15         sss)    **Exhibit 137**, a business contract between Apple and Google, portions of

16    which contain highly sensitive and highly confidential details of business collaborations

17    between Apple and Google; a proposed redacted version is being submitted concurrently

18    herewith.

19         ttt)    **Exhibit 138**, a business contract between Apple and Google, portions of

20    which contain highly sensitive and highly confidential details of business collaborations

21    between Apple and Google; a proposed redacted version is being submitted concurrently

22    herewith.

23         uuu)    **Exhibit 139**, a business contract between Apple and Google, portions of

24    which contain highly sensitive and highly confidential details of business collaborations

25    between Apple and Google; a proposed redacted version is being submitted concurrently

26    herewith.

27

28

**Google's Confidential Information in Exhibits to the Cisneros Declaration**

6.      Google also requests to seal discrete portions of the following exhibits attached to the Cisneros Declaration (proposed redacted versions submitted herewith):

        a)      **Exhibit U**, excerpts from the deposition of Laszlo Bock taken on March 27, 2013, portions of which contain highly sensitive and confidential details of how Google sets and structures compensation, Google's compensation philosophy, including details relating to equity, bonuses, and other forms of compensation, specifically pages 38:4-7; 38:15-40:2; 40:25-41:25; 42:6-13, 23-25; 43:2-4, 6; 43:8-45:1; 45:3-10, 12-23; 45:25-46:23; 46:25-49:25; 50:2-51:25; 52:3-8; 70:24-71:2; 71:4-5; 71:23-73:25; 79:1-81:16; 82:12-25; 87:1-88:2; 88:18-93:5; 93:7-25; 94:14-19; 95:1-96:25; a proposed redacted version is being submitted concurrently herewith.

        b)      **Exhibit V**, excerpts from the deposition of Sergey Brin taken on March 19, 2013, portions of which contain highly sensitive and confidential details of Google's counteroffers, hiring, and recruiting and personal information of individuals recruited by Google, specifically pages 44:4; 59:1; 60:4; 111:24; 112:3, 6, 13; 113:2-3; 176:22-23; 178:2-179:1; 179:9-181:21; 194:2-3, 13; a proposed redacted version is being submitted concurrently herewith.

        c)      **Exhibit W**, excerpts from the deposition of Shona Brown taken on January 30, 2013, portions of which contain highly sensitive and confidential details about Google's employee rating system, how Google structures compensation, Google's recruiting strategies, and changes in Google's compensation structure over time, specifically pages 79:25-80:25; 81:2-82:25; 83:4-22; 92:6-93:4; 93:24-94:6; 94:14-97:10; 231:9-233:10; 249:1-9; 249:13-253:15; a proposed redacted version is being submitted concurrently herewith.

        d)      **Exhibit X**, excerpts from the deposition of Alan Eustace taken on February 27, 2013, portions of which contain highly sensitive and confidential details of Google's hiring and recruiting strategies, how Google structures compensation, and Google's compensation philosophy, specifically pages 26:1-19; 36:1-8; 56:20; 132:17-

-20-

20; 133:1-16; 134:11; 136:2-137:25; 167:1-168:16; 169:3-25; 170:7, 12; 182:8, 10; 184:1-11; a proposed redacted version is being submitted concurrently herewith.

e) **Exhibit Z**, excerpts from the deposition of Arnnon Geshuri taken on August 17, 2012, portions of which contain highly sensitive and confidential details about Google's recruiting practices, specifically pages 63:6-7; 64:10; a proposed redacted version is being submitted concurrently herewith.

f) **Exhibit BB**, excerpts from the deposition of Jonathan Rosenberg taken on March 13, 2013, portions of which contain highly sensitive and confidential  details about Google's policies and practices relating to counteroffers, specifically pages 115:6-7, 16, 22, 24; 116:2-3, 7-9, 11, 14; 119:17-18; 119:24-120:2; 120:22-24; 121:16; 121:23-24; 122:15-16; a proposed redacted version is being submitted concurrently herewith.

g) **Exhibit CC**, excerpts from the deposition of Eric Schmidt taken on February 20, 2013, portions of which contain highly sensitive and confidential details about Google's recruiting strategies, Google's counteroffering strategies, how Google structures compensation, personal information of individuals recruited by Google, specifically pages 44:2-5, 23-25; 46:1-5; 47:6-9; 103:5, 9; 104:25; 105:12, 20; 106:7; 140:4; 178:24-179:18; 204:15-21; 205:2-7; 210:1-4; 210:21-211:3; a proposed redacted version is being submitted concurrently herewith.

h) **Exhibit DD**, excerpts from the deposition of Frank Wagner taken on March 7, 2013, portions of which contain highly sensitive and confidential details about how Google sets and structure compensation for new and current employees, Google's hiring practices and strategies, Google's counteroffer strategy, and changes in Google's compensation philosophy over time, specifically pages Ex. DD: Wagner: at 26:12-18; 26:23-27:6; 27:19-29:13; 29:15-21; 30:1-9, 19-21; 31:3-4, 10-13; 32:4-9, 14-19; 32:21-34:6; 35:12-38:13; 39:21-23; 40:15-17; 47:20-48:24; 49:19-23; 50:12-51:2; 51: 7-9, 12, 15-19, 22-23; 52:1-25; 56:1-2, 5-7; 56:17-57:20; 58:13-15, 17-23; 59:1-12; 60:10-12; 60:22-61:5; 61:17-66:25; 75:5-76:25; 132:17-19; 132:24-133:25; 134:7-17, 20-24; 135:3, 6-8, 13-18, 22-24; 136:1-137:15; 138:17-139:22; 159:4-23; 160:9-21; 170:5-171:14;

-21-

172:3-25; 209:2-210:16; 210:24-211:25; 213:1-8, 16-17, 20-25; 215:1-216:24; 217:9-25; 222:3-5, 10-11; 223:4-6; a proposed redacted version is being submitted concurrently herewith.

i)    **Exhibit JJ**, excerpts from the deposition of Paul Otellini taken on January 29, 2013, portions of which contain highly sensitive and confidential details of how Google structures compensation, Google's counteroffer strategy, Google's hiring data, and personal information of an individual recruited by Google, specifically pages 29:1-4, 9-15, 17; 30:3-12, 17-21; 158:15; 215:1-4; 216:3, 14-15; 218:1-11, 18-21; 219:3-6, 15-25; 220:10-11, 13-18; 221:5-10; 224:1-7, 10-12; 225:7, 9-10, 21-24; 226:3-4, 6-8; a proposed redacted version is being submitted concurrently herewith.

j)    **Exhibit LL**, excerpts from the deposition of William Campbell taken on February 5, 2013, portions of which contain highly sensitive and confidential details about components of Google's compensation program and personal information of an individual recruited by Google, specifically pages 100:19; 141:3-8, 10-13, 20; a proposed redacted version is being submitted concurrently herewith.

k)    **Exhibit DDD**, excerpts from the deposition of Elizabeth Becker, Ph.D taken on December 10, 2013, portions of which contain highly sensitive and confidential details about components of Google's compensation, specifically page 185:8-9; a proposed redacted version is being submitted concurrently herewith.

l)    **Exhibit HHH**, excerpts from the deposition of Kathryn Shaw, Ph.D taken on July 3, 2013,  portions of which contain highly sensitive and confidential details of how Google structures its compensation and shifts in Google's compensation philosophy over time, specifically pages 167:1-2,17-19; 168:1,3,6; 178:17-18,20-22,25; 179:1,8-9; a proposed redacted version is being submitted concurrently herewith.

m)    **Exhibit JJJ**, excerpts from the deposition of Lauren Stiroh, Ph.D taken on December 9, 2013, portions of which contain highly sensitive and confidential details about how Google sets its compensation and its retention strategies, specifically page: 311:13,23; a proposed redacted version is being submitted concurrently herewith.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

n)      **Exhibit KKK**, excerpts from the deposition of Eric L. Talley, J.D., Ph.D taken on December 8, 2013, portions of which contain highly sensitive and confidential details of business collaborations between Google and its partners, including specific terms in the agreements and Google's employment data, specifically pages 216:17-19; 217:1-6,12-14; 218:5-6,24-25; 219:1-2,4; 242:3-5,19-23; a proposed redacted version is being submitted concurrently herewith.

o)      **Exhibit PPP**, excerpts from the deposition of Kevin Hallock taken on June 7, 2013, portions of which contain highly sensitive and confidential details of a Google's compensation system and strategies, specifically pages: 100:18-19; 101:2,5,6; 102:17-21,23-25; a proposed redacted version is being submitted concurrently herewith.

p)      **Exhibit 172**, a presentation, portions of which contain highly sensitive and confidential charts and other confidential details relating to Google's hiring and recruiting data and recruiting strategies; a proposed redacted version is being submitted concurrently herewith.

q)      **Exhibit 173**, a Google document, portions of which contain highly sensitive and confidential data and analyses relating to Google's compensation, recruiting, and employee retention practices; a proposed redacted version is being submitted concurrently herewith.

r)      **Exhibit 175**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

s)      **Exhibit 176**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

t)      **Exhibit 190**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

1      u)      **Exhibit 192**, an e-mail chain, portions of which contain personally

2 identifying information; a proposed redacted version is being submitted concurrently

3 herewith.

4      v)      **Exhibit 200**, an e-mail chain, portions of which contain personally

5 identifying information; a proposed redacted version is being submitted concurrently

6 herewith.

7      w)      **Exhibit 201**, an e-mail chain, portions of which contain highly sensitive

8 and confidential details relating to Google's recruitment and hiring of employees from a

9 competitor; a proposed redacted version is being submitted concurrently herewith.

10      x)      **Exhibit 204**, an e-mail chain, portions of which contain personally

11 identifying information; a proposed redacted version is being submitted concurrently

12 herewith.

13      y)      **Exhibit 278**, an e-mail chain, portions of which contain personally

14 identifying information; a proposed redacted version is being submitted concurrently

15 herewith.

16      z)      **Exhibit 279**, an e-mail chain, portions of which contain personally

17 identifying information; a proposed redacted version is being submitted concurrently

18 herewith.

19      aa)      **Exhibit 389,** a Google document, portions of which contain highly

20 sensitive and confidential details of Google's compensation philosophy and employee

21 retention strategies; a proposed redacted version is being submitted concurrently

22 herewith.

23      bb)      **Exhibit 471**, an e-mail chain, portions of which contain highly sensitive

24 and confidential details of Google's recruiting practices, including other companies from

25 which Google was recruiting; a proposed redacted version is being submitted

26 concurrently herewith.

27

28

cc)     **Exhibit 472**, an e-mail chain, portions of which contain highly sensitive and confidential details of Google's counteroffer and compensation strategies; a proposed redacted version is being submitted concurrently herewith.

dd)     **Exhibit 608**, an e-mail chain, portions of which contain highly sensitive and confidential details about Google's strategies relating to counteroffers; a proposed redacted version is being submitted concurrently herewith.

ee)     **Exhibit 614**, an e-mail chain, portions of which contain highly sensitive and confidential details of discussions within Google about its policies relating to counteroffers; a proposed redacted version is being submitted concurrently herewith.

ff)     **Exhibit 616**, an e-mail chain, portions of which contain highly sensitive and confidential details about Google's recruiting practices and compensation policies, including compensation data for an individual employee; a proposed redacted version is being submitted concurrently herewith.

gg)     **Exhibit 621**, an e-mail chain, portions of which contain highly sensitive and confidential details about Google's compensation practices; a proposed redacted version is being submitted concurrently herewith.

hh)     **Exhibit 626**, an e-mail chain, portions of which contain highly sensitive and confidential details of Google's recruiting strategies; a proposed redacted version is being submitted concurrently herewith.

ii)     **Exhibit 635**, an e-mail chain, portions of which contain highly sensitive and confidential data relating to Google recruiting and hiring employees from other companies; a proposed redacted version is being submitted concurrently herewith.

jj)     **Exhibit 648**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

kk)     **Exhibit 650**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

-25-

ll)  **Exhibit 653**, an e-mail chain, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

mm)  **Exhibit 660**, an e-mail chain, portions of which contain highly sensitive and confidential details about components of Google's compensation practices; a proposed redacted version is being submitted concurrently herewith.

nn)  **Exhibit 666**, an e-mail chain, portions of which contain confidential personally identifying information; a proposed redacted version is being submitted concurrently herewith.

oo)  **Exhibit 667**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

pp)  **Exhibit 668**, an e-mail chain, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

qq)  **Exhibit 674**, an e-mail chain, portions of which contain highly sensitive and confidential details of product strategies, business collaborations, and practices for compensating and promoting employees; a proposed redacted version is being submitted concurrently herewith.

rr)  **Exhibit 872**, an e-mail, portions of which contain personally identifying information; a proposed redacted version is being submitted concurrently herewith.

ss)  **Exhibit 1600**, several charts, portions of which contain highly sensitive and confidential details about how Google structures compensation for both incoming and current employees; a proposed redacted version is being submitted concurrently herewith.

tt)  **Exhibit 1606**, a presentation, portions of which contain highly sensitive and confidential details of how Google structures its compensation; a proposed redacted version is being submitted concurrently herewith.

-26-

uu)    **Exhibit 1609**, a presentation, portions of which contain highly sensitive and confidential details about how Google sets and structures compensation; a proposed redacted version is being submitted concurrently herewith.

vv)    **Exhibit 1613**, an e-mail chain, portions of which contain highly sensitive and confidential details of how Google structures compensation; a proposed redacted version is being submitted concurrently herewith.

ww)    **Exhibit 1618**, an e-mail chain with an attached document, portions of which contain highly sensitive and confidential details of Google's compensation philosophy and how it structures compensation; a proposed redacted version is being submitted concurrently herewith.

xx)    **Exhibit 1625**, a Google document, portions of which contain highly sensitive and confidential details about a proposed change in how Google sets and structures compensation; a proposed redacted version is being submitted concurrently herewith.

yy)    **Exhibit 1629**, an e-mail, portions of which contain highly sensitive and confidential details about costs associated with a component of Google's compensation program; a proposed redacted version is being submitted concurrently herewith.

zz)    **Exhibit 1741**, a Google document, portions of which contain highly sensitive and confidential details about Google hiring policies and protocols and how Google structures compensation for new employees; a proposed redacted version is being submitted concurrently herewith.

aaa)    **Exhibit 1753**, an e-mail chain, portions of which contain highly sensitive and confidential details about Google's recruiting strategies and practices; a proposed redacted version is being submitted concurrently herewith.

bbb)    **Exhibit 2249**, an e-mail chain, portions of which contain highly sensitive and highly confidential details about business collaborations and negotiations between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

ccc)    **Exhibit 2262**, an e-mail chain, portions of which contain highly sensitive and highly confidential details about business collaborations and negotiations between Apple and Google; a proposed redacted version is being submitted concurrently herewith.

ddd)    **Exhibit 2362**, a business contract between Intuit and Google, portions of which contain highly sensitive and highly confidential details of business collaborations between Intuit and Google; a proposed redacted version is being submitted concurrently herewith.

eee)    **Exhibit 2364**, a business contract between Intuit and Google, portions of which contain highly sensitive and highly confidential details of business collaborations between Intuit and Google; a proposed redacted version is being submitted concurrently herewith.

fff)    **Exhibit 2366**, a business contract between Intuit and Google,  portions of which contain highly sensitive and highly confidential details of business collaborations between Intuit and Google; a proposed redacted version is being submitted concurrently herewith.

ggg)    **Exhibit 2422**, an e-mail chain, portions of which contain highly sensitive and confidential details about how Google structures employee compensation for several positions within the company; a proposed redacted version is being submitted concurrently herewith.

hhh)    **Exhibit 2425**, a chart, portions of which contain highly sensitive and confidential data revealing how Google structures employee compensation; a proposed redacted version is being submitted concurrently herewith.

ggg)    **Exhibit 2426**, a Google document, portions of which contain highly sensitive and confidential details about how Google structures executive compensation and bonuses; a proposed redacted version is being submitted concurrently herewith.

7.    Based on the declarations submitted by Frank Wagner (Dkts. 201, 221, 261) and Omid Kordestani (filed concurrently herewith), the information identified in Paragraphs 5 and 6 above is highly confidential and highly sensitive commercial information, from which Google

-28-

1   derives economic benefit by maintaining its confidentiality.   Google does not disclose this

2   information to its competitors, customers or the general public.   *Id.*   Public disclosure of this

3   information would likely result in competitive harm to Google by giving third parties, including

4   its competitors, direct insight into confidential and sensitive aspects of Google's internal

5   decision-making processes and business strategy related to employee compensation and

6   recruiting, as well as Google's business partnerships and particular terms of agreement between

7   Google and its business partners.   *Id.*

8           I declare under penalty of perjury under the laws of the United States that the foregoing is

9   true and correct.

10   Executed on February 21, 2014 in Palo Alto, California.   ___/s/___ Anne M. Selin_____

11                                                           Anne M. Selin

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28