# CISNEROS DECLARATION

# EXHIBIT 1130

# REDACTED VERSION

//30.1

Subject: Fwd: Non-exempt team
From: "Ron Okamoto" <rokamoto@apple.com>
To: "Phillip Shoemaker" <pshoemaker@apple.com>
Date: Tue, 14 Sep 2010 22:28:11 +0000

Phillip,

We need to talk about implementing this. Please don't forward.

Thanks.

Begin forwarded message:

From: Philip Schiller <schiller@apple.com>
Date: September 14, 2010 3:12:34 PM PDT
To: Ron Okamoto <rokamoto@apple.com>
Cc: Paige Riveron <priveron@apple.com>
Subject: Re: Non-exempt team

On Sep 14, 2010, at 3:06 PM, Ron Okamoto wrote:
Phil,

Paige and Pam have checked to see how other groups in Apple are handling their merit raises and bonuses for non-exempt employees.

Based on this, I propose that we do the same for our non-exempt app reviewers:

EXHIBIT 1130
Deponent Okamoto
Date 2-27-13

Gina V. Carbone, CSR

CONFIDENTIAL - ATTORNEYS' EYES ONLY

//30.1

231APPLE099371

Ron.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1130.2

231APPLE099372