# CISNEROS DECLARATION

# EXHIBIT 1376

# REDACTED VERSION

| From: | Felicia Albright (falbright@apple.com) |
|---|---|
| To: | Mete Nadir (mnadir@apple.com) |
| CC: | Rob York (york@apple.com), David Alvarez (david.alvarez@apple.com) |
| BCC: | |
| Subject: | Re: |
| Attachments: | |
| Sent: | 12/22/2010 12:50:20 PM -0800 (PST) |



EXHIBIT 1376
WIT: Alvarez
DATE: 3.5.2013
ANNE TORREANO, CSR #10520

1374.1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE039426



1376.2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE039427



1376.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE039428