# CISNEROS DECLARATION

# EXHIBIT 1854

# REDACTED VERSION

Apple Need to Know Confidential

231APPLE100673

# Apple Inc.
# Compensation Committee

August 5, 2009

1854.1

EXHIBIT 1854
Deponent Burmeister
Date 3-15-13
Gina V. Carbone, CSR

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Projected FY09 Bonus Plan Results



Information Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EQUITY PLAN UPDATE



**Information Item**

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE100675

# Proposed FY10 Equity Compensation Plan

- 



Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Proposed FY10 Annual Grant Guidelines



Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Proposed FY10 New Hire and Promotion Grant



Action Item                                                    Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE100678

# Proposed FY10 Merit Increase Program

- Competitive data indicates that half of all high technology companies are planning a merit increase with an average budget of 3.25 percent



  - Executive Management supports this recommendation and believes it is important to recognize and reward all employees for their hard work and contribution to the Company's overall success



**Action Item**

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE100679

# Proposed Peer Group for FY09 Executive Compensation Review (non-Retail)



Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Proposed Peer Group for FY09 Executive Compensation Review (Retail)



Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE100681