Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DECLARATION OF JAMES OH IN SUPPORT OF DEFENDANTS' RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL** |

I, James Oh, declare as follows:

1. I am the Vice President, Associate General Counsel at Adobe Systems Inc. ("Adobe") and have held this position since July 2013. My prior roles at Adobe were Senior Director, Associate General Counsel (Mar. 2011 to Jul. 2013); Director, Associate General Counsel (Jan. 2008 to Feb. 2011); Senior Corporate Counsel (Jun. 2006 to Jan. 2008); and Corporate Counsel (Feb. 2004 to Jun. 2006). Through my roles at Adobe, I am familiar with Adobe's internal polices, practices and strategies related to Adobe's business contracts and business collaborations with other companies, including Apple, Inc ("Apple"). I have personal knowledge of the facts set forth in this declaration and if called to testify, could and would do so competently.

2. I submit this declaration in support of Defendants' Response to Plaintiffs' Administrative Motion to Seal Filings Related to Plaintiffs' Opposition Briefs, and in support of Adobe's request to maintain certain information lodged under seal. In particular, Adobe seeks to seal redacted portions of the following agreements with Apple, filed by plaintiffs as Exhibits 47 through 54 to the Declaration of Dean M. Harvey in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570 ("Harvey Decl."):

- Harvey Decl. Ex. 47 (ADOBE_109674), Master Software Loan Agreement;
- Harvey Decl. Ex. 48 (ADOBE_110060), Source Code Evaluation and Assistance Agreement;
- Harvey Decl. Ex. 49 (ADOBE_110292), Agreements for Unreleased Software;
- Harvey Decl. Ex. 50 (ADOBE_110302), Agreement of Confidentiality;
- Harvey Decl. Ex. 51 (ADOBE_110308), Master Agreement for Mutual Disclosure of Information, Amendments One and Two to Master Agreement for Mutual Disclosure of Information, First and Second Addenda to Master Agreement for Mutual Disclosure of Information, and attached Exhibits and Appendices;
- Harvey Decl. Ex. 52 (ADOBE_110368), Agreement for Disclosure of Adobe Information and Assignment;

- Harvey Decl. Ex. 53 (ADOBE_110398), Master Agreement for Mutual Disclosure of Information and attached Exhibits and Appendices; and

- Harvey Decl. Ex. 54 (ADOBE_110454), Joint Development and License Agreement and attached Exhibits.

3. I have reviewed the agreements listed above. The redacted portions of these documents contain and reflect information designated by Adobe as "Confidential-Attorneys' Eyes Only" under the Stipulated Protective Order entered by this Court (Dkt. 107).

4. Adobe considers the redacted portions of these documents, as well as information related their drafting and negotiation, as highly confidential, competitively sensitive, and proprietary. Adobe's practice is to keep this information, and similar terms and conditions in similar contracts, confidential. Such information reveals internal policies, practices, and strategies developed by Adobe to further its business contracts and collaborations. Adobe does not disclose these terms and conditions publicly or to third parties and derives economic benefit by maintaining these terms and conditions confidential.

5. Public disclosure of this information, and terms and conditions of similar agreements, would competitively harm Adobe, deprive Adobe of its investment in developing strategies and practices, and put Adobe at a significant disadvantage with respect to its business relationships, dealings, and partnerships. Such disclosure would give Adobe's competitors and other entities an unearned advantage by giving them the benefit of detailed information and insight into Adobe's confidential business strategies and practices.

6. Adobe requests that the redacted portions of these documents be maintained under seal and redacted from publicly filed versions. Moreover, Adobe requests that documents that quote directly from the redacted portions of the above agreements, or otherwise reveal confidential information in such agreements, be similarly redacted and maintained under seal. I understand that Plaintiffs' Consolidated Opposition to Defendants' Joint and Individual Motions

for Summary Judgment, footnote 38, quotes directly from Harvey Decl. Ex. 51 (ADOBE_110308). Adobe thus requests the quoted language be redacted and maintained under seal.

//

//

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 21st day of February, 2014 in San Jose, California.

By: _____
James Oh