# EXHIBIT 2738

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**DOCUMENT PLACEHOLDER**

This Document was Produced in Native Format



EXHIBIT 3/29/15
2738
Stubblefield

2738.1

INTUIT_043557
Confidential - Attorneys' Eyes Only

| Performance Rating | Award Range (as a % of target bonus) |
|---|---|
| ██████████████████ | ██████████████████ |

2738.2

Cutoff Dates



Nonexempt and Sales Nonexempt values do not use a calculation
the Group Value amounts are put in the Admin Tbl

9-Blocker Controls     Find    First ◀ 1-6 of 6 ▶ Last

2738.3



2738.4



2738.5