Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Rowan T. Mason (State Bar No. 259586)
rmason@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **Case No. 11-CV-2509  LHK**<br><br>**DECLARATION OF ROWAN T. MASON IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(D) TO FILE UNDER SEAL FILINGS RELATED TO PLAINTIFFS' OPPOSITION BRIEFS AND FILINGS RE DKTS. 554, 556, 557, 559, 560, 561, 564, 570**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

I, ROWAN T. MASON, declare:

1. I am an attorney at law, duly admitted to practice in the State of California and before this Court. I am an associate at the law firm of Jones Day, counsel for Defendant Intuit Inc. ("Intuit") in the above captioned action. I submit this Declaration in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal Filings Related to Plaintiffs' Opposition Briefs and Filings Re Dks. 554, 556, 557, 559, 560, 561, 564, 570. As one of the attorneys involved in the defense of this action, unless as otherwise stated, I have personal knowledge of the facts stated in this Declaration and if called as a witness I could and would testify competently to them.

2. As described below, the information requested to be sealed contains or summarizes Intuit's compensation and recruiting data, practices, strategies and policies, and confidential agreements. Intuit has designated this information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case. (Dkt. No. 107).

3. As noted in the Declaration of Lisa K. Borgeson In Support of Renewed Administrative Motion to File Under Seal (Dkt. No. 285), the Declaration of Mason Stubblefield in Support of Intuit's Response Motion to Seal (Dk. No. 585-1), the Declaration of Catherine Zeng in Support of Defendants' Motion to Seal (Dk. No. 448), and the Declaration of John Geering (Dk. No. 676, submitted February 21, 2014) ("Geering Declaration"), Intuit's salary and compensation data, strategies and methods are non-public, highly sensitive and confidential, and private to Intuit and its employees.

4. Moreover, Intuit's recruiting strategies, methods, data and practices, and confidential agreements are also non-public and proprietary to Intuit. Therefore, information pertaining to Intuit's recruiting and compensation methods, strategies, practices and data is confidential and public dissemination of that information could cause Intuit competitive harm.

5. Specifically, Intuit seeks to keep the following redacted portions of the following exhibits to the **Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570** under seal:

- 2 -

Mason Declaration ISO Defs.' Joint Response to
Plaintiffs' Motion to Seal
Master Docket No. 11-CV-2509-LHK

6. **Exhibit LL** contains confidential deposition testimony from Intuit's Bill Campbell on page 100:9,[1] which pertains to a former Intuit employee's identity and job performance. This information is confidential and private because the former employee has not sought to have his identity and job performance placed in the public record.

7. **Exhibit MM** contains confidential deposition testimony from Intuit's Chris Galy regarding Intuit's practices with respect to recruiting strategies and compensation methods pertaining to new hires, specific data inputs, total compensation and specific compensation actions. This is confidential internal Intuit information that pertains to Intuit's compensation and recruiting methods, strategies, practices and data.

8. **Exhibit NN** contains confidential deposition testimony from Intuit's Michael McNeal regarding Intuit's compensation methods, including information about budgets, and what inputs go into compensation decisions for Intuit employees. This is confidential internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and data.

9. **Exhibit OO** contains confidential deposition testimony from Intuit's Chuong Nguyen regarding Intuit's practices with respect to recruiting strategies and compensation methods including information about new hire offers, salary determinations, and compensation practices. This is confidential internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and data. In addition, Exhibit OO at page 74:11-20 contains confidential personal information about Mr. Nguyen that he has not sought to place in the public record.

10. **Exhibit PP** contains confidential deposition testimony from Intuit's Mason Stubblefield, regarding Intuit's practices with respect to compensation methods pertaining to new hires, specific data inputs, market data, total compensation, compensation systems and tools, and specific compensation actions, philosophies and decisions. This is confidential internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and data.

11. **Exhibit QQ** contains confidential deposition testimony from Intuit's Sherry

---

[1] Defendant Google seeks to seal additional portions of Exhibit LL as described in its Declaration in Support of its Response to Plaintiffs' Administrative Motion.

1  Whiteley regarding Intuit's practices with respect to recruiting and compensation methods
2  pertaining to new hires, employee reviews and performance ratings, budgets, bonus
3  compensation, equity, employee retention strategies, specific data inputs, market data and specific
4  compensation actions, philosophies and decisions. This is confidential internal Intuit information
5  that pertains to Intuit's recruiting and compensation methods, strategies, practices and data.

6        12.     **Exhibit KKK** contains information derived from an agreement between Intuit and
7  Google. As explained in the February 21, 2014 declaration of John Geering (Dkt. No. 676,
8  submitted February 21, 2014), such agreements reflect highly confidential and competitively
9  sensitive information.

10       13.     **Exhibit 912** contains confidential information about Intuit's determinations and
11 distribution decision making with respect to salaries, stock options, performance incentive plans,
12 merit increases and other compensation information. This is confidential internal Intuit
13 information that pertains to Intuit's compensation methods, strategies, practices and data.

14       14.     **Exhibit 914** contains confidential information about Intuit's philosophies and
15 practices with respect to total compensation and employee engagement. This is confidential
16 internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and
17 data.

18       15.     **Exhibit 1107** contains confidential information related to Intuit's determination of
19 business manager requirements and needs for new candidates. This is confidential internal Intuit
20 information that pertains to Intuit's recruiting methods, strategies, practices and data.

21       16.     **Exhibit 1760** contains confidential information about Intuit's philosophies,
22 practices and decision making with respect to employee compensation. This is confidential
23 internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and
24 data.

25       17.     **Exhibit 1761** contains confidential information about Intuit's philosophies and
26 practices with respect to total compensation, employee engagement, and career progression. This
27 is confidential internal Intuit information that pertains to Intuit's compensation methods,
28 strategies, practices and data.

- 4 -

Mason Declaration ISO Defs.' Joint Response to
Plaintiffs' Motion to Seal
Master Docket No. 11-CV-2509-LHK

18. **Exhibit 2135** contains confidential information about Intuit's strategies, processes, and performance with respect to candidate generation and recruiting. This is confidential Intuit and employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

19. **Exhibit 2140** contains confidential information about Intuit's guidelines for new hire equity grants. This is confidential Intuit and employee information that contains both Intuit's recruiting and compensation strategies and employee compensation information.

20. **Exhibit 2142** contains confidential information from Intuit recruiters regarding strategies, knowledge, and performance information with respect to Intuit's candidate generation and recruiting efforts. This is confidential Intuit data that pertains to Intuit's recruiting strategies, methodologies, and practices.

21. **Exhibit 2738** contains confidential information regarding Intuit's compensation and stock grant decision-making. This is confidential internal Intuit and employee information that pertains to Intuit's compensation methods, strategies, practices and data.

22. **Exhibit 2739** contains confidential information regarding Intuit's compensation practices, including salary and employee stock grant decision-making, employee performance review process, and retention and recruiting guidelines. The document also contains information on Intuit's collection and management of internal and external compensation information. This is confidential internal Intuit and employee data that pertains to Intuit's compensation, recruiting, and employee management methods, strategies, practices and data.

23. **Exhibit 2740** contains confidential information regarding Intuit's employee performance review process and compensation practices, including salary and employee stock grant decision-making. The document also contains information on Intuit's collection and management of internal and external compensation information. This is confidential internal Intuit and employee data that pertains to Intuit's compensation and employee management methods, strategies, practices and data.

24. **Exhibit 2743** contains confidential information about an Intuit job profile and related compensation and equity determinations. This is confidential internal Intuit information that pertains to Intuit's compensation and employee management methods, strategies, practices

- 5 -

Mason Declaration ISO Defs.' Joint Response to
Plaintiffs' Motion to Seal
Master Docket No. 11-CV-2509-LHK

and data.

25. **Exhibit 2744** contains confidential information about compensation and stock grant decision-making at Intuit. This is confidential internal Intuit and employee data that pertains to Intuit's compensation methods, strategies, practices and data.

26. Intuit further seeks to keep the following redacted portions of the following exhibits to the **Declaration of Dean M. Harvey in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561 564, 570 ("Harvey Decl.")** under seal:

27. **Exhibit 6**, the May 10, 2013 Supplemental Expert Report of Edward Leamer, Ph.D.:

   a. Figure 19 (Page 31) contains confidential information about actual average compensation at Intuit. This is confidential employee salary information that pertains to Intuit's compensation methods, strategies, practices and data.

   b. Exhibit 2, pages 19-20 contain confidential information about specific job titles at Intuit. This is confidential Intuit information that pertains to Intuit's compensation and employee management practices.

28. **Exhibit 7**, the May 10, 2013 Expert Report of Kevin F. Hallock, Ph.D.:

   a. Page 11, footnote 14 contains confidential information regarding Intuit's job organization system methods. This is confidential Intuit information that pertains to Intuit's employee management practices.

   b. Paragraph 86 contains confidential employee codes used by Intuit and testimony from Intuit's Chris Galy regarding those codes. This is confidential Intuit information that pertains to Intuit's employee management and compensation practices.

   c. Paragraph 87 contains confidential testimony from Intuit's Mason Stubblefield regarding benchmarking of jobs and retention strategies. This is confidential Intuit information that pertains to Intuit's compensation, employee management, and recruiting practices.

   d. Paragraph 88 contains confidential information regarding employee classifications

- 6 -

Mason Declaration ISO Defs.' Joint Response to
Plaintiffs' Motion to Seal
Master Docket No. 11-CV-2509-LHK

used by Intuit. This is confidential Intuit information that pertains to Intuit's employee management practices.

e. Paragraph 159 contains confidential information from Intuit's Chris Galy regarding Intuit's use of third party benchmarking information. This is confidential Intuit information that pertains to Intuit's compensation and recruiting practices.

f. Paragraph 160 contains confidential testimony from Intuit's Chris Galy regarding Intuit hiring and specific employee compensation determinations. This is confidential Intuit information that pertains to Intuit's compensation, employee management, and recruiting practices.

g. Paragraph 161 contains confidential information pulled from a confidential document regarding internal Intuit specific input into Intuit's confidential compensation methods, strategies and practices.

h. Paragraph 162 contains confidential information pulled from a confidential document regarding internal Intuit specific input into Intuit's confidential hiring and recruiting methods, strategies and practices.

i. Paragraph 163 contains confidential information pulled from a confidential document regarding Intuit's employee evaluation strategies. This is confidential Intuit information that that pertains to Intuit's compensation, employee management, and recruiting practices.

j. Paragraph 164 contains confidential information pulled from a confidential document regarding compensation decision-making practices. This is confidential Intuit information that pertains to Intuit's compensation, employee management, and recruiting practices.

k. Paragraph 199 contains confidential testimony from Intuit's Alex Lintner regarding efforts made relating to employee retention. This is confidential Intuit information that pertains to Intuit's compensation and employee retention practices.

- 7 -

Mason Declaration ISO Defs.' Joint Response to
Plaintiffs' Motion to Seal
Master Docket No. 11-CV-2509-LHK

29. **Exhibit 8**, July 12, 2013 Rebuttal Supplemental Expert Report of Edward Leamer, Ph.D.:

   a. Page 9, paragraph 23 contains confidential information derived from the testimony of Intuit's Mason Stubblefield regarding compensation and employee retention practices. This is confidential Intuit information that pertains to Intuit's compensation methods, strategies, and practices.

30. **Exhibit 10**, October 28, 2013 Merits Expert Report of Kevin Hallock, Ph.D.:

   a. Page 23, paragraph 74 contains confidential information about compensation decision-making and hiring at Intuit. This is confidential internal Intuit and employee data that pertains to Intuit's compensation methods, strategies, and practices.

   b. Page 23-24, paragraph 75 contains confidential information about compensation and job structure at Intuit. This is confidential internal Intuit information that pertains to Intuit's compensation methods, strategies, and practices.

   c. Page 24, paragraph 76 contains confidential information regarding employee classifications used by Intuit. This is confidential Intuit information that pertains to Intuit's employee management practices.

   d. Pages 44 through 46, paragraphs 147 though 152 contain confidential information regarding Intuit's practices with respect to recruiting strategies and compensation methods pertaining to new hires, specific data inputs, total compensation and specific compensation actions. This is confidential internal Intuit information that pertains to Intuit's compensation and recruiting methods, strategies, practices and data.

31. **Exhibit 13**, the December 11, 2013 Merits Reply Expert Report of Edward Leamer, Ph.D:

   a. Page 77, paragraph 6 contains confidential Intuit compensation information about the average compensation of Intuit Technical Class members and about the specific salary of Senior Software Engineers.

- 8 -

Mason Declaration ISO Defs.' Joint Response to
Plaintiffs' Motion to Seal
Master Docket No. 11-CV-2509-LHK

32. **Exhibit 14**, the December 11, 2013 Merits Rebuttal Report of Matthew Marx, Ph.D:

   a. Exhibit 3 contains confidential information about the number of employee's in certain of Intuit's specific job titles. This is confidential Intuit information that pertains to Intuit's employee management practices and company structure.

33. **Exhibit 23**, the November 25, 2013 Expert Report of Elizabeth Becker, Ph.D:

   a. Pages 7-8, paragraph 26, redacted portions of the fifth bullet contain confidential information about Intuit's compensation practices.

   b. Page 24, paragraph 89, redacted portions contains confidential information about Intuit's compensation practices, including the ranges of employee salaries, the compensation of incoming employees, and cash and equity awards.

   c. Page 29, paragraph 111, redacted portions contain confidential information about Intuit's compensation of a specific employee, including base salary and equity grant.

   d. Page 30, paragraph 116, redacted portions contain confidential information about Intuit's compensation of a specific employee, including base salary and equity grant.

   e. Page 37, paragraph 139, redacted portion contains confidential information about Intuit's employee retention and new hire information.

   f. Page 40, paragraph 155 and footnote 115, redacted portions contain confidential information about Intuit's compensation practices and use of compensation survey data.

   g. Appendix B3 and Exhibit B3 contain confidential information regarding Intuit's compensation and hiring practices, including the granting of equity awards relative to base salary.

   h. Appendix E3 contains confidential information regarding Intuit's average annual wage, derived from Intuit's confidential compensation data.

   i. Attachment 3, pages 115-130 contain confidential information regarding Intuit's

- 9 -

Mason Declaration ISO Defs.' Joint Response to
Plaintiffs' Motion to Seal
Master Docket No. 11-CV-2509-LHK

compensation of various job titles including salary ranges for each.

34. **Exhibit 27**, the November 25, 2013 Expert Report of Lauren Stiroh, Ph.D:

   a. Paragraphs 59 to 67 contain confidential Intuit compensation information, including types of compensation provided to employees, ways in which Intuit differentiates employee compensation, and the criteria and process that Intuit uses to determine employee compensation.

   b. Exhibits III.34-40 reveals confidential information regarding the average compensation for Intuit Technical Class members and the averages of the various components of Intuit's compensation packages.

   c. Exhibit IV.15, pages 125-136, reveal confidential information about the number of employees in Intuit's specific job titles in each year.

35. **Exhibit 157** (INTUIT_001661) contains confidential information about Intuit job profiles and responsibilities.  This is confidential internal Intuit information that pertains to Intuit's job structure and employee management methods, strategies, practices and data.

36. **Exhibit 159** (INTUIT_003008) contains confidential personal information about a third-party job candidate that the candidate has not sought to place in the public record.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 21st day of February, 2014 in San Francisco, California.

/S/ Rowan T. Mason<br>
Rowan T. Mason

- 10 -

Mason Declaration ISO Defs.' Joint Response to
Plaintiffs' Motion to Seal
Master Docket No. 11-CV-2509-LHK