# CISNEROS DECLARATION

# EXHIBIT 1858

# REDACTED VERSION

**Apple Computer, Inc.**

**2006 Compensation Analysis:  USA Region**

**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.





CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**

**2006 Compensation Analysis:  USA Region**

**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**

**2006 Compensation Analysis: EMEA - Austria**

**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

**Apple Computer, Inc.**
2006 Compensation Analysis: EMEA - Belgium
Actual vs. Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Finland**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
2006 Compensation Analysis:  EMEA - France
Actual vs. Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**

2006 Compensation Analysis:  EMEA - Germany

Actual vs. Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Italy**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
2006 Compensation Analysis:  EMEA - Netherlands
Actual vs. Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Norway**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Sweden**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
2006 Compensation Analysis:  EMEA - Switzerland
Actual vs. Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - United Kingdom**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.14

231APPLE058912

**Apple**

**2006 Compensation Analysis: Ireland**

**Actual vs. Market Data**

NOTE:- This analysis includes positions a total of 48 positions for which we do not have market survey data as we have a good knowledge of market practice and therefore have make a good estimate.

1858.15

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple**

**2006 Compensation Analysis: Canada**

**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

1858.16



**Apple**
**2006 Compensation Analysis: Australia**
**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

CONFIDENTIAL – ATTORNEYS EYES ONLY

211APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis: US Retail Corporate**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**

**2006 Compensation Analysis:  US Retail Stores**

**Actual vs. Market Data - PRELIMINARY**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**

**2006 Compensation Analysis:  US Retail Stores**

**No Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

1858.20

Marketing
Average SRP by Job Level
EE Data as of 07.26.06



1858.21

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

Marketing
Average SRP by Job Title
EE Data as of 07.26.06



CONFIDENTIAL – ATTORNEYS EYES ONLY

Marketing
Average SRP by Job Title
EE Data as of 07.26.06



CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.23

231APPLE098912

Marketing
Average SRP by Job Title
EE Data as of 07.26.06



CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

1858.24