# CISNEROS DECLARATION

# EXHIBIT 1859

# REDACTED VERSION



# 2009/2010 Base Salary Structure Adjustments



Apple Need to Know Confidential
Effective August 17, 2009

EXHIBIT 1859
Deponent Burmeister
Date 3-15-13
Gina V. Carbone, CSR

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105324