# CISNEROS DECLARATION

# EXHIBIT 2262

# REDACTED VERSION

**Subject:** Re: SDK Developer terms
**From:** Andrew Young <ayoung@google.com>
**To:** Thomas Sly <tomsly@google.com>
**Cc:** Leslie Fithian <fithian@apple.com>, Brian <briancroll@apple.com>
**Date:** Tue, 31 Mar 2009 21:29:12 -0700

Leslie,



On Tue, Mar 31, 2009 at 5:06 PM, Thomas Sly <tomsly@google.com> wrote:

> Hi Brian, Hi Leslie,
>
> [redacted]
>
> Thanks,
>
> Tom
>
> P.S. Brian, I'm on the road now, but will call you this evening if I don't hear back.
>
> On Wed, Mar 18, 2009 at 12:21 PM, Andrew Young <ayoung@google.com> wrote:
>> Leslie,



CONFIDENTIAL - ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　　　231APPLE131775

[redacted]

Thanks,

--

Andrew Young | Senior Corporate Counsel | Google Inc.
email: ayoung@google.com | tel: (650) 623-6207 | fax: (650) 618-1806

...

---

Andrew Young | Senior Corporate Counsel | Google Inc.

email: ayoung@google.com | tel: (650) 623-6207 | fax: (650) 618-1806

2262.2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE131776