1  GEORGE A. RILEY (Bar No. 118304)
   griley@omm.com
2  MICHAEL F. TUBACH (Bar No. 145955)
   mtubach@omm.com
3  CHRISTINA J. BROWN (Bar No. 242130)
   cjbrown@omm.com
4  O'MELVENY & MYERS LLP
   Two Embarcadero Center, 28th Floor
5  San Francisco, CA  94111-3823
   Telephone:    (415) 984-8700
6  Facsimile:    (415) 984-8701

7  Attorneys for Defendant Apple Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **DECLARATION OF LESLIE FITHIAN IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL FILINGS RELATED TO PLAINTIFFS' OPPOSITION BRIEFS AND FILINGS RE DKTS. 554, 556, 557, 559, 560, 561, 564, 570** |

1  I, Leslie Fithian, declare as follows:

2  1. I am Associate General Counsel at Apple Inc. ("Apple"). I have been employed in the Legal Department at Apple since 1994. Through my work at Apple, I have become familiar with Apple's negotiations regarding its collaborative partnerships with outside companies. I make this declaration based on my own personal knowledge and experience at Apple. If called to testify as a witness, I could and would do so competently.

3  2. I submit this declaration in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal Filings Related to Plaintiffs' Opposition Briefs and Filings Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570 ("Defendants' Response"), and in support of Apple's request that certain materials lodged under seal with Plaintiffs' motion be sealed pursuant to Civil Local Rule 79-5(d). In particular, Apple seeks to maintain under seal certain redacted portions of the following agreements with Adobe, Google, and Intel, which are attached to the Declaration of Dean M. Harvey in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570 ("Harvey Decl.") or Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570 ("Cisneros Decl."), as reflected in the proposed redacted and highlighted versions of these agreements filed with Defendants' Response:

- Harvey Decl. Ex. 48 (ADOBE_110060), Source Code Evaluation and Assistance Agreement between Apple and Adobe;
- Harvey Decl. Ex. 51 (ADOBE_110308), Master Agreement for Mutual Disclosure of Information, Amendments One and Two to Master Agreement for Mutual Disclosure of Information, First and Second Addenda to Master Agreement for Mutual Disclosure of Information, and attached Exhibits and Appendices between Apple and Adobe;
- Harvey Decl. Ex. 52 (ADOBE_110368), Agreement for Disclosure of Adobe Information and Assignment between Apple and Adobe;
- Harvey Decl. Ex. 53 (ADOBE_110398), Master Agreement for Mutual Disclosure of Information and attached Exhibits and Appendices between Apple and Adobe;

- Harvey Decl. Ex. 54 (ADOBE_110454), Joint Development and License Agreement and attached Exhibits between Apple and Adobe;
- Harvey Decl. Ex. 69 (231APPLE116655 - 231APPLE116801), Confidential Information Transmittal Record for Restricted Secret Information ("RS-CITR"), Amendment #1 to Exhibit 5 of Key Terms & Principles, and Master Development License Agreement and attached Exhibits between Apple and Intel;
- Harvey Decl. Ex. 69 (231APPLE131828 - 231APPLE125054), Drafts of Amendment Five to Information Services Agreement, Amendment Three to License Agreement, and Amendment One to License Agreement between Apple and Google;
- Harvey Decl. Ex. 70 (231APPLE123280), Mutual Non-Disclosure Agreement between Apple and Google;
- Harvey Decl. Ex. 71 (231APPLE124988), License Agreement and attached Exhibits between Apple and Google;
- Harvey Decl. Ex. 72 (231APPLE130883), License Agreement and attached Exhibits between Apple and Google;
- Harvey Decl. Ex. 73 (231APPLE131137), My Location Protocol Terms of Service between Apple and Google;
- Harvey Decl. Ex. 74 (231APPLE132589), Information Services Agreement and attached Exhibits between Apple and Google;
- Harvey Decl. Ex. 134 (GOOG-HIGH-TECH-00625486), Information Services Agreement and attached Exhibits between Apple and Google;
- Harvey Decl. Ex. 135 (GOOG-HIGH-TECH-00625496), Amendment One to Information Services Agreement between Apple and Google;
- Harvey Decl. Ex. 136 (GOOG-HIGH-TECH-00625509), Product Integration Agreement and attached Exhibits between Apple and Google;
- Harvey Decl. Ex. 137 (GOOG-HIGH-TECH-00625532), Google Mail License Agreement and attached Exhibits between Apple and Google;

- Harvey Decl. Ex. 138 (GOOG-HIGH-TECH-00625631), Contact Sync License Agreement between Apple and Google;
- Harvey Decl. Ex. 139 (GOOG-HIGH-TECH-00625733), Cooperative Marketing and Services Agreement and attached Exhibits between Apple and Google;
- Cisneros Decl. Ex. 2249 (231APPLE132408), e-mail discussing and attaching Apple Computer, Inc. Confidentiality Agreement (Mutual) between Apple and Google; and
- Cisneros Decl. Ex. 2262 (231APPLE131775), e-mail discussing and negotiating the terms of the iPhone SDK Developer Terms between Apple and Google.

3. I have reviewed the redacted portions of these documents, and I believe there are compelling reasons to maintain them under seal. These portions contain and reflect information designated by Apple as CONFIDENTIAL – ATTORNEYS' EYES ONLY under the Stipulated Protective Order entered by the Court on January 24, 2012 (Dkt. 107).

4. Apple considers the terms and conditions of agreements such as these and the details regarding their drafting and negotiation to be highly confidential, proprietary, and competitively sensitive. Apple treats this information as highly confidential and sensitive and does not disclose it publicly, to third parties, or even to most Apple employees. Apple limits the disclosure of these agreements and the details regarding them to employees who require this information to carry out their job duties. Apple derives an economic benefit from maintaining the confidentiality of this information and would suffer serious competitive harm if it were disclosed because Apple's competitors, potential business partners, and other third parties would gain detailed information and insight into its confidential business strategies and partnerships, including details about contractual terms and conditions that Apple uses with certain business partners. Public disclosure of this information would put Apple at a significant disadvantage with respect to its business dealings and partnerships.

5. Because the redacted portions of these documents cannot be publicly disclosed without causing it serious harm, Apple requests that they be maintained under seal and redacted from the publicly-filed versions of the documents.

I declare under penalty of perjury under the laws of the United States that the above is true and correct.

Executed on February 21, 2014, in Sunnyvale, California.

By:  /s/ Leslie Fithian
    Leslie Fithian

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1, I attest that concurrence in the filing of this document has been obtained from its signatory.

Dated:  February 21, 2014          By:  /s/ Christina Brown
    Christina Brown