# EXHIBIT 2739

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

## Part 2 of 2



Non-Exempt Pay Policy

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.88



Non-Exempt Pay Policy

2739.89



**Non-Exempt Pay Policy**

2139.90



# Non-Exempt Pay Policy

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.91

# Non-Exempt Pay Policy



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.92



Intuit Confidential

2739.93

# Questions?



- Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333 or via the HR Solution Center

- Performance management question? – See your HRBP

- Pay-for-performance question? – Contact your local HR or the compensation team

- *Stock Options – Your HR Leader or the Compensation Team*

Total Rewards Toolkit

Intuit Confidential

May 2005

Intuit

2739.91

**Intuit**

# APPENDIX

Intuit Confidential

2739.95

**Intuit**

# Focal Decisions 2005
## Communications Session for Leaders

*"Differentiating Performance for Results...*
*Differentiating Pay Decisions for Performance"*

Intuit Confidential

2739.96



**What's Important?**

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.97

# Y1 Build a High Performance and GPTW



Intuit Confidential

May 2005

Total Rewards Toolkit

2739.98

**Focal Decision Process, FY 05...**



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.99



# Differentiating for Performance and Impact...

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.100



**Input: Performance Rating**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.101

# Input: Performance Rating



- During ▮▮▮▮ managers are responsible for:

1. Ensuring employees have completed self reviews and provided self rating

2. Summarizing peer/customer/ feedback collected throughout the year

3. Drafting performance evaluations

4. THEN... determining performance evaluation ratings and recommended pay decisions

> Pay decisions follow performance decisions

Total Rewards Toolkit     Intuit Confidential     May 2005

2739.102

Input: Performance Rating



Total Rewards Toolkit   Intuit Confidential   May 2005

intuit

2739.103

**Intuit**

# Input: Performance Assessment

- **Watch for simplified Performance Review forms...available on the intranet in late May**

- **Highlights coming soon in the next "Line of Sight" communication**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.104



# Input: Retention Code

## How Do I Think About Retention...?

Total Rewards Toolkit     Intuit Confidential     May 2005

Intuit

2739.105



2739.106



A Ranking Tool to Help with Rationale and Clarity

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.107



# Input:  External Market Review

Total Rewards Toolkit          Intuit  Confidential          May 2005

**Intuit**



**Using Market Reference Points**

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.109

# Budget Recommendations are Based On...



- Average Merit Budget = 3.7% (for those projecting merit increases)
- Only 8% of companies reporting a pay freeze, down from 27% last year
- Unemployment at 5.2%, down from last year
- Moderate economic growth projected but inflation concerns
- Key uncertainties: Labor supply/demand and turnover

Total Rewards Toolkit          Intuit Confidential          May 2005          Intuit

2739.110



2739.111



Pay Decision Guidelines...

Increase Recommendation Guide FY'05

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.112

# FY 05 – IPI Award Considerations



May 2005

Intuit Confidential

Total Rewards Toolkit

2739.113

What is an Effective Pay Plan?
Also Known As, "Tips for Gaining Approval."



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.114



2739.115



2739.116



Review

6 Steps in Making an Effective Pay Decision

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.117



2739.118



# Focal Pay Decisions and Options Timeline

**Note: Two Different Tools**

May | June | July

**PDT - All Level Mgrs**

**Stock Options Tool - Levels 2&3 Mgrs Only**

Total Rewards Toolkit   Intuit Confidential   May 2005

intuit

2739.119



**Reports – Individual Worksheet**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.120

# Questions?



- **Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333 or via the** HR Solution Center

- **Performance management question? – See your HRBP**

- **Pay-for-performance question? – Contact your local HR or the compensation team**

- *Stock Options – Your HR Leader or the Compensation Team*

Total Rewards Toolkit          Intuit Confidential

**intuit**

May 2005

2739.121

**intuit**

# The Pay Decision Tool (PDT) ...A Quick Intro



Intuit Confidential

2739.122

# The Pay Decision Tool

**intuit**

May 2005

Intuit Confidential

- **Web-based Pay application...enables modeling and recommendations for the following actions:**



No Stock Options At This Time In Tool

Total Rewards Toolkit

2739.123



Eligibility

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.124

# Log On

**Pay Decision Tool**

**Intuit**

**Sign In**
Enter your Directory User ID and Password

User ID:

Password:

Sign In

Forgot password?

**Intuit**

1. Enter Directory Login and Password.  The Directory Login and password are the same Directory Login and password that is used for the Directory Toolbox.

2. Click the Sign In button.

2739.125

# Log On



1. The number of options displayed depends on the level of the manager.

2. Click the "Recommend or Review employee merit increases" (Hyperlink) to go to the *Manager Summary Screen*

Total Rewards Toolkit          Intuit  Confidential          May 2005          Intuit

2739.126



**Pay Decision Tool**

Help · Directory · Toolkit · FAQs · Contact Us · Log Out

Logged in as **Smith,Pebbles M.**
HRUUAT88 v5.0.5

## Summary for Joe Jones

You have not submitted your reviews.

Your reviews are due **0/Z18/05**. You have **85** day(s) remaining.

**0 of 5** of your direct-report managers have finished their review(s).

**0 of 5** of your direct-report managers' review(s) have automatically rolled up to the next level of management.

Total Rewards Toolkit          Intuit Confidential          May 2005   Intuit

2739.127



## Manager Summary Screen

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit



**Manager Summary Screen**

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.129

# Manager Summary Screen



To view information about an employee, click the name of the employee. The system will then display the *Individual Worksheet*.

Total Rewards Toolkit          Intuit  Confidential          May 2005          Intuit



# Individual Worksheet

1. Name of Employee

May 2005

Intuit Confidential

Total Rewards Toolkit

intuit

2739.131

# Recommend a Merit Increase - Salaried Employee



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.132

# Recommend a Merit Increase – Hourly Employee



1. Increase Range reflects the Perf Rating entered

May 2005

Intuit Confidential

Total Rewards Toolkit

Intuit

2739.133

# Merit Lump Sum



1. After clicking the "Continue" button on the

2. 

3. Enter Reason and "Continue"

May 2005

Intuit Confidential

Total Rewards Toolkit

Intuit

2739.134

# Adjustment

1. Enter a percentage or amount and press "Calculate", system will back calculate the field not entered.

2. Enter a "Reason" and press "Continue" to the Promotion panel

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.135

# Promotion



May 2005

Intuit

1. Click "Open the Promotion Worksheet"

2. The Promotion Worksheet displays the EE's current job info.

3. Defaults to current Job Function, Job Family, choose new Job Title/Code.

4. Click "Save" to continue on to the Promotion Increase Screen

Rewards Toolkit

Intuit Confidential

2739.136

Promotion Increase Panel



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739. 137



# Retention and IPI Bonus

3. Click "Continue" go to the "Review EE Worksheet".

Intuit

Total Rewards Toolkit          Intuit   Confidential          May 2005

2739.138

# Review Employee Worksheet



The Review Employee Worksheet displays a summary of all pay decisions.

1. Click "Edit" to access a specific section of the Individual Worksheets.

2. Click on "Save Review" to save this individual employee review.  This is the only way the review will be saved.



Reports - Individual Worksheet

Last Year's Pay Decision Summary Report

Total Rewards Toolkit

Intuit Confidential

May 2005

intuit

2739.140



Reports - Individual Worksheet

Total Rewards Toolkit

Intuit Confidential

INTUIT CONFIDENTIAL

Intuit

May 2005

2739.M1



2739.142



# Report – Examples   (New Reports)

Budget Remaining

Intuit Focal Review
Summary Stats

intuit®

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.143



# Report - Examples

## Retention Code

## Performance Rating Distribution

May 2005

Intuit Confidential

Total Rewards Toolkit

2739. 144



**Submit – Accept – Reject Review**

Intuit®

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.145

# Proxy – Set Up

**Intuit**

**Pay Decision Tool**

Logged in as Booth,Erica G. proxy for Bennett,Stephen M.
HRMTST88 v4.06

Help • Directory • Toolkit • FAQs • Contact Us • Log Out

Hello Stephen Bennett,

What would you like to do?

- Recommend or review employee merit increases
- Recommend or review employee stock grants
- Assign a proxy or revoke a proxy
- Log out

After successfully logging into the PDT, click on the hyperlink "**Assign a proxy or or Revoke a  proxy**".

Total Rewards Toolkit          Intuit  Confidential          May 2005          **Intuit**

2739. 146

# Proxy – Set Up



## Pay Decision Tool

Logged in as Booth,Erica G., proxy for Herrera,Joseph G.
HRMTST88 v4.06

Help • Directory • Toolkit • FAQs • Contact Us • Log Out

### Proxies You Grant

**Assign a Proxy**

You must revoke your current proxy assignment in order to assign a new proxy.

Employee ID:

Start Date:

End Date:

Continue to Action Page ▸

1. **"Assign a proxy"** complete fields and **"Continue to Action Page"**
2. **"Revoke a proxy"** Click on **"Revoke"**.
3. **Individual to Whom you have assigned Proxy Access**
4. Click **"Revoke or Continue to Action Page"**, to go back to the Action Page.

Total Rewards Toolkit

Intuit Confidential

May 2005

Intuit®

2739.147

# Questions?



**Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333 or via the** HR Solution Center

**Performance management question? – See your HRBP**

**Pay-for-performance question? – Contact your local HR or the compensation team**

*Stock Options – Your HR Leader or the Compensation Team*

Total Rewards Toolkit            Intuit Confidential

**Intuit**

May 2005

2739.148