# EXHIBIT 2743

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| From: | Hall, Jennifer |
| Sent: | Monday, October 20, 2008 11:33 AM |
| To: | CP1 HRBP's |
| Cc: | Pullen, Parrish; Hall, Christina; Lane, Eric; Garrett, Deborah; Meyer, Anna; Hilliard, Caryl; Stubblefield, Mason |
| Subject: | Information on Offering Program Manager job family |
| Attachments: | PGM - PRJ MGMT Job Profiles 061307.doc |

CP1 HRBP's,

As I discussed in the last CP1 HRBP community meeting, here are the details on the offering program manager job family. I hope it provides you the information you need to effectively answer questions and assess whether folks are in the right job codes. We will be addressing the open questions in an upcoming CP1 HRBP meeting.

Jennifer

++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++++

There were questions raised about the equity calculations and compensation for offering program managers. Here is what I found out.




EXHIBIT 2743
Stubblefield 329.13

2743.1

INTUIT_041933
Confidential - Attorneys' Eyes Only



INTUIT_041934
Confidential - Attorneys' Eyes Only



2743.3

INTUIT_041935
Confidential - Attorneys' Eyes Only