# EXHIBIT 2744

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format



2744.1

INTUIT_052826
Confidential - Attorneys' Eyes Only



**Intuit**

# Total Rewards Resources for Talent Acquisition

Mason Stubblefield
5/31/06

Intuit Confidential

2744.2



**How Intuit Makes Decisions About Jobs & Compensation**

Intuit Confidential

2744.3



INTU Benchmark Levels: Purpose

Intuit

Intuit Confidential

3



INTU Benchmark Levels

intuit®

Intuit Confidential

2144.5





# Using Market Reference Points

**Intuit**

Intuit Confidential



7

2744.8



2744.9

# Total Rewards Quickbase for Recruiters

Intuit

- Total Rewards summary PDF
- Total Rewards competitiveness: script & messaging
- Example Total Rewards Statements
- FY06 Benefits Booklet (FY07 coming soon)
- Today's presentation
- 401k calculators
- Performance management & bonus pay-out data
- Link to Total Rewards market data quickbase
- Total Rewards FAQs
- Stock Split FAQs

Intuit Confidential

9

2744.10

# Total Rewards Summary



Intuit Confidential

10

2744.11



FY07 Equity Grants and Transition

Intuit

Intuit Confidential

11

2744.12



# Impact of 2:1 Stock Split

Intuit Confidential

2744.13

# Equity Grants



Intuit Confidential

13

2744.17



# International Implications

Intuit Confidential

14

2744.15



## Tracking Help Needed

Intuit Confidential

**intuit**

15

2774.16