# EXHIBIT 157

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION



INTE-04-000928

INTUIT_001661



KNOWLEDGE / BACKGROUND / EXPERIENCE

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000929
INTUIT_001662



CONFIDENTIAL

Confidential - Attorneys' Eyes Only

INTE-04-000930

INTUIT_001663



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000931
INTUIT_001664





KNOWLEDGE / BACKGROUND / EXPERIENCE

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000933
INTUIT_001666



CONFIDENTIAL

Confidential - Attorneys' Eyes Only