1   KEKER & VAN NEST LLP
    ROBERT A. VAN NEST - # 84065
2   rvannest@kvn.com
    DANIEL PURCELL - # 191424
3   dpurcell@kvn.com
    EUGENE M. PAIGE - # 202849
4   epaige@kvn.com
    JUSTINA SESSIONS - # 270914
5   jsessions@kvn.com
    633 Battery Street
6   San Francisco, CA 94111-1809
    Telephone:    415 391 5400
7   Facsimile:     415 397 7188

8   Attorneys for Defendant
    GOOGLE INC.
9

10                    UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                               SAN JOSE

13  IN RE:  HIGH-TECH EMPLOYEE            Case No. 5:11-cv-2509-LHK
    ANTITRUST LITIGATION
14                                        **[PROPOSED] ORDER GRANTING
                                          DEFENDANTS' SEALING REQUESTS IN
15  THIS DOCUMENT RELATES TO:             JOINT RESPONSE TO PLAINTIFFS'
                                          ADMINISTRATIVE MOTION TO FILE
16  ALL ACTIONS                           UNDER SEAL FILINGS RELATED TO
                                          PLAINTIFFS' OPPOSITION BRIEFS AND
17                                        FILINGS RE DKTS. 554, 556, 557, 559, 560,
                                          561, 564, 570**
18

19

20

21

22

23

24

25

26

27

28

805551.01

1    Having considered Defendants' Joint Response to Plaintiffs' Administrative Motion to

2 File Under Seal [Dkt. 622] and the declarations submitted in support of that motion, having

3 determined that the public disclosure of the confidential information described therein would

4 harm Defendants or third parties, and finding compelling reasons to seal that information, IT IS

5 HEREBY ORDERED THAT the motion is GRANTED.

6    Pursuant to Northern District Civil Local Rule 79-5, the following portions of the

7 following documents have been properly redacted and publically filed or properly sealed in their

8 entirety, for the reasons provided in the corresponding Declarations.  The redacted portions and

9 documents proposed to be sealed in their entirety shall remain under seal.

10

11

12 **Plaintiffs' Consolidated Opposition to Defendants' Joint and Individual Motions for Summary Judgment**

13

| Lines, Figures or Footnotes to Be Sealed | Source of Support for Sealing |
|---|---|
| Page 42 n.38 | Declaration of James Oh ISO Defs.' Response to Plaintiffs' Admin. Motion to Seal (Adobe) (Dkt. 622)("Oh Decl.") ¶ 6 |

17

18 **Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570**

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. A (Bruce Chizen March 15, 2013 Deposition Excerpts at 93:21-22; 95:20-96:1; 96:10-11; 97:16-18) | Declaration of Lin W. Kahn ISO Defs.' Joint Response to Plaintiffs' Admin. Motion to Seal (Adobe) (Dkt. No. 671) ("Kahn Decl.") ¶38 |
| Cisneros Ex. B (Digby Horner March 1, 2013 Deposition Excerpts at 199:10-11; 200:1-11, 200:14; 201:9, 201:12) | Kahn Decl. ¶39 |

25

26

27

28

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. C (Rosemary Arriada-Keiper March 28, 2013 Deposition Excerpts at 18:15-19:11; 19:20-20:9; 20:12-21:7; 21:20-22:22; 23:4-21; 23:24-25; 24:2-25:6; 66:1-10; 66:13-17; 67:2-7; 68:7-21; 69:2-11; 69:15-24; 70:25-71:2; 71:19-20; 78:25-79:16; 88:13-89:10; 95:7-18; 97:7-15; 111:16-21; 112:5-16; 112:22-113:12; 116:5-8; 125:17-24; 138:22-23; 139:5-10; 140:22-25; 141:5-6; 141:12; 142:16-18; 147:6-19; 147:23-148:1; 148:3-15; 149:15-20; 150:5-6; 150:9-10; 154:13-155:2; 159:14-16; 161:18-21; 162:1-14; 162:18-21; 163:23-165:25; 169:6-170:16; 170:18-22; 170:24-171:22; 172:12-15; 188:1-7; 189:13-20; 192:6-19; 192:23-25; 198:9-199:11; 201:1-4; 204:1-3; 204:6-23; 205:9-206:5; 207:2-208:5; 208:23-209:16; 215:2-5; 215:8-23; 216:16-20; 217:7-12; 217:14-15; 217:17-18; 217:21-23; 220:3-15; 220:18-19; 220:22-221:7) | Kahn Decl. ¶40 |
| Cisneros Ex. D (Donna Morris August 21, 2012 Deposition Excerpts at 57:6-58:23; 108:18-20; 140:1; 140:9-13; 140:17-18; 140:23; 141:1; 141:21; 142:3-4; 142:8-11; 143:2-4; 143:11; 143:15; 143:19-22; 143:25; 154:8-25; 155:7-18; 156:2-13) | Kahn Decl. ¶42 |
| Cisneros Ex. F (Debbie Streeter April 5, 2013 Deposition Excerpts at 57:20-21; 74:24-75:1; 75:14-17; 75:21-76:6; 76:17-77:2; 77:19-20; 77:22-24; 84:11-85:1; 86:5; 92:19-93:1; 109:13-18; 110:15-111:2; 117:21-23; 124:2-6; 124:19-125:13; 126:14-15; 126:17-18; 140:22-23; 141:20-25; 147:2-23; 267:25-268:24; 293:1; 293:6-8; 293:10-13) | Kahn Decl. ¶42 |
| Cisneros Ex. I (Alvaro (David) Alvarez, March 5, 2013 Deposition Excerpts at 208:9-10, 208:22-23, 209:18-20) | Decl. of Christina Brown ISO Defs' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. 681) (Apple) ("Brown Decl.") ¶ 4(a) |
| Cisneros Ex. J (Darrin Baja, March 1, 2013 Deposition Excerpt at 42:5-7) | Brown Decl. ¶ 4(b) |
| Cisneros Ex. K (Richard Bechtel, March 7, 2013 Deposition Excerpts at 39:13-16, 80:7-10, 82:1-83:1, 215:7-12, 215:14-16, 216:2-4, 216:24-217:2, 217:4-10, 217:13-19) | Brown Decl. ¶ 4(c) |
| Cisneros Ex. L (Mark Bentley, August 23, 2012 Deposition Excerpts at 261:18-21, 262:25-263:4) | Brown Decl. ¶ 4(d) |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO
PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. M (Patrick Burke, February 26, 2013 Deposition Excerpts at 37:19-21, 37:25-38:3, 43:17-19, 161:2-6, 277:18-19, 281:19-283:10) | Brown Decl. ¶ 4(e) |
| Cisneros Ex. N (Steven Burmeister, March 15, 2013 Deposition Excerpts at 17:5-7, 32:12-13, 32:15-23, 32:25-33:15, 33:17-24, 34:1-2, 34:6-13, 35:5-9, 35:10,  35:15-21, 36:4-5, 36:7-8, 36:12-18, 41:4-7, 41:13-16, 41:21-42:7, 42:10-43:13, 44:8-9, 44:11-13, 44:15-18, 44:23, 51:7, 51:11-13, 51:18-20, 52:1-5, 52:7-9, 52:14-15, 52:17-21, 52:24-53:1, 53:3-8, 53:10-12, 53:18-20, 54:2-3, 54:4-9, 54:11-13, 54:14-15, 54:16-19, 58:1-11, 64:19-24, 75:11-17, 75:19-20, 75:24-25, 76:2-14, 76:21-77:11, 77:20-23, 78:23-25, 88:24-25, 89:6-7, 89:9-15, 89:20-24, 90:11, 90:14, 90:25, 101:8-12, 101:14-16, 101:24-102:10, 102:13-17, 112:11-13, 112:17, 121:19-122:3, 122:14-123:19, 123:22-124:4, 125:15-24, 126:1-9, 127:17-19, 127:21-25, 152:9-11, 152:13-17, 152:24-153:6, 153:9-10, 153:12-154:20, 156:8-25, 190:20-191:6) | Brown Decl. ¶ 4(f) |
| Cisneros Ex. Q (Tony Fadell, March 20, 2013 Deposition Excerpts at 49:17-19, 51:5-7, 51:9-13, 53:3-11, 53:21-22, 54:12-25, 117:16, 117:22-25) | Brown Decl. ¶ 4(g) |
| Cisneros Ex. S (Bob Mansfield, April 11, 2013 Deposition Excerpts at 36:1-10, 37:2, 37:20, 39:6-13, 41:13-25, 45:5-23, 46:3-6, 46:11-21) | Brown Decl. ¶ 4(h) |
| Cisneros Ex. T (Ron Okamoto, February 27, 2013 Deposition Excerpts at 130:19-131:5, 131:8-16, 133:21-23, 134:6-8, 134:15-19, 134:25-135:2, 135:6-20, 135:22-25, 136:2-13, 136:15-17, 136:20-23) | Brown Decl. ¶ 4(i) |
| Cisneros Ex. U (Laszlo Bock, March 27, 2013 Deposition Excerpts at 38:4-7; 38:15-40:2; 40:25-41:25; 42:6-13, 23-25; 43:2-4, 6; 43:8-45:1; 45:3-10, 12-23; 45:25-46:23; 46:25-49:25; 50:2-51:25; 52:3-8; 70:24-71:2; 71:4-5; 71:23-73:25; 79:1-81:16; 82:12-25; 87:1-88:2; 88:18-93:5; 93:7-25; 94:14-19; 95:1-96:25) | Decl. Anne M. Selin ISO Defs' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. 668) ("Selin Decl.") ¶ 6 |
| Cisneros Ex. V (Sergey Brin, March 19, 2013 Deposition excerpts at 44:4; 59:1; 60:4; 111:24; 112:3, 6, 13; 113:2-3; 176:22-23; 178:2-179:1; 179:9-181:21; 194:2-3, 13) | Selin Decl. ¶ 6 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO
PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. W (Shona Brown, January 30, 2013 Deposition Excerpts at 79:25-80:25; 81:2-82:25; 83:4-22; 92:6-93:4; 93:24-94:6; 94:14-97:10; 231:9-233:10; 249:1-9; 249:13-253:15) | Selin Decl. ¶ 6 |
| Cisneros Ex. X (Alan Eustace, February 27, 2013 Deposition Excerpts at 26:1-19; 36:1-8; 56:20; 132:17-20; 133:1-16; 134:11; 136:2-137:25; 167:1-168:16; 169:3-25; 170:7, 12; 182:8, 10; 184:1-11) | Selin Decl. ¶ 6 |
| Cisneros Ex. Z (Arnnon Geshuri, August 17, 2012 Deposition Excerpts at 63:6-7; 64:10) | Selin Decl. ¶ 6 |
| Cisneros Ex. BB (Jonathan Rosenberg, March 13, 2013 Deposition Excerpts at 115:6-7, 16, 22, 24; 116:2-3, 7-9, 11, 14; 119:17-18; 119:24-120:2; 120:22-24; 121:16; 121:23-24; 122:15-16) | Selin Decl. ¶ 6 |
| Cisneros Ex. CC (Eric Schmidt, February 20, 2013 Deposition Excerpts at 44:2-5, 23-25; 46:1-5; 47:6-9; 103:5, 9; 104:25; 105:12, 20; 106:7; 140:4; 178:24-179:18; 204:15-21; 205:2-7; 210:1-4; 210:21-211:3) | Selin Decl. ¶ 6 |
| Cisneros Ex. DD (Frank Wagner, March 7, 2013 Deposition Excerpts at 26:12-18; 26:23-27:6; 27:19-29:13; 29:15-21; 30:1-9, 19-21; 31:3-4, 10-13; 32:4-9, 14-19; 32:21-34:6; 35:12-38:13; 39:21-23; 40:15-17; 47:20-48:24; 49:19-23; 50:12-51:2; 51: 7-9, 12, 15-19, 22-23; 52:1-25; 56:1-2, 5-7; 56:17-57:20; 58:13-15, 17-23; 59:1-12; 60:10-12; 60:22-61:5; 61:17-66:25; 75:5-76:25; 132:17-19; 132:24-133:25; 134:7-17, 20-24; 135:3, 6-8, 13-18, 22-24; 136:1-137:15; 138:17-139:22; 159:4-23; 160:9-21; 170:5-171:14; 172:3-25; 209:2-210:16; 210:24-211:25; 213:1-8, 16-17, 20-25; 215:1-216:24; 217:9-25; 222:3-5, 10-11; 223:4-6) | Selin Decl. ¶ 6 |

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. HH (Daniel McKell Deposition Excerpts at 51: 1, 5, 14-15, 17, 20, 24-25, 53: 1, 4-5, 13, 19, 54: 7, 9, 12-14, 55: 1-2, 4-7, 12-15, 17-18, 20, 56: 2, 6-7, 10, 14, 20, 62: 2-3, 8, 13, 66: 4-6, 12, 16-17, 67: 21, 73: 20-21, 23-25, 75: 5-7, 13, 76: 18, 20, 23, 25, 77: 6, 12, 19, 22, 25, 78: 12-13, 20, 24-25, 79: 1, 4-6, 8, 10, 13, 15, 21, 83: 6-7, 14, 84: 2, 6, 9-10, 12, 17, 20, 85: 2, 4, 11-15, 19-20, 86: 3, 5, 7, 11, 13-14, 88: 8, 11, 13-14, 90: 8-12, 92: 1-2, 7, 96:22, 97:19, 100: 8, 10, 13, 15, 18, 21-22, 108:12, 147: 6-9, 10-14, 21-24, 148: 13-15, 17, 20, 156: 22-25, 159: 23-24, 160: 10-14, 16, 23, 181:20, 182:6-13, 199:20-21, 211:7-12, 213: 11-18, 23-24, 214:5-13, 215:23, 218: 5-6, 8, 22, 219:21, 220: 1-3, 5, 222:2, 225:3-6, 227: 9-14, 22-25, 228:1-22, 246: 19, 21, 23, 25, 247: 2, 6, 23-24, 248:18, 249: 3, 12, 14-15, 250: 14, 18, 22, 251: 10-11, 18, 255:1, 268: 13, 18, 24, 278:12-14 | Declaration of John Mittelbach ISO Defs' Joint Response to Plaintiffs' Admin. Motion to Seal (Intel) (Dkt. No. 631) ("Mittelbach Decl.") ¶ 4; Declaration of Tina M. Evangelista ISO Plaintiffs' Administrative Motion to File Under Seal Plaintiffs Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support (Dkt. No. 203) ("Evangelista Decl.") ¶¶ 3-6, 8-9 |
| Cisneros Ex. JJ (Paul Otellini, January 29, 2013 Deposition Excerpts at 29:1-4, 9-15, 17; 30:3-12, 17-21; 158:15; 215:1-4; 216:3, 14-15; 218:1-11, 18-21; 219:3-6, 15-25; 220:10-11, 13-18; 221:5-10; 224:1-7, 10-12; 225:7, 9-10, 21-24; 226:3-4, 6-8) | Selin Decl. ¶ 6 |
| Cisneros Ex. LL (William Campbell, February 5, 2013 Deposition Excerpts at 100:9; 141:3-8, 10-13, 20) | Selin Decl. ¶ 6 |
| Cisneros Ex. LL (William Campbell February 5, 2013 Deposition Excerpts at 100:19) | Decl. of Rowan Mason ISO Defs' Joint Response to Plaintiffs' Admin Motion to Seal (Dkt. 677) (Intuit) ("Mason Decl.") ¶ 6 |
| Cisneros Ex. MM (Chris Galy March 20, 2013 Deposition Excerpts at 180:14-181:17; 181:23-182:17; 182:20-24; 192:3-5; 192:10-25; 193:4-9; 193:15-16; 194:12-15; 195:3-11; 195:13-15; 195:17-22; 203:5-10; 206:5-14; 206:18-22; 208:20-23; 209:18-20) | Mason Decl. ¶ 7 |
| Cisneros Ex. NN (Michael McNeal February 21, 2013 Deposition Excerpts at 75:7-8; 75:14-19; 75:22-24; 77:14-16; 77:22-23; 90:23-91:13; 99:21-22; 104:3-105:13; 105:17-106:5) | Mason Decl. ¶ 8 |
| Cisneros Ex. OO (Chuong Nguyen February 14, 2013 Deposition Excerpts at 71:18-22; 71:25-73:4; 73:17-25; 74:11-20; 92:7-16.) | Mason Decl. ¶ 9 |

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex.  PP (Mason Stubblefield March 29, 2013 Deposition Excerpts at 22:25-23:9; 23:13-25:1; 25:2-10; 29:19-30:2; 30:9-40:12; 40:14-23; 32:8-33:9; 34:16-37:2; 37:5-16; 37:21-38:10; 38:15-39:9; 39:18-40:4; 40:13-42:25; 46:25-47:14; 60:5-16; 62:21-63:1; 63:5-8; 63:22-66:20; 68:2-70:22; 70:24-71:6; 71:8-11; 71:13-20; 71:24-74:8; 81:13-82:11; 82:24-84:1; 85:11-85:15; 88:16-89:21; 90:8-91:2; 91:11-20; 92:4-13; 92:18-19; 93:5-94:13; 101:19-102:5; 102:10-103:4; 103:19-105:3; 107:6-20; 107:24-108:10; 108:14-16; 108:19-24; 109:6-16; 109:23-25; 110:5-11; 115:8-15; 115:24-116:2; 116:7-14; 117:13-18; 117:25-118:4; 118:20-119:11; 119:15-120:24; 121:5-10; 121:15-25; 123:16-24; 124:2-10; 125:4-6; 125:9-126:25; 127:2-15; 127:18-128:3; 128:8-10; 128:13-20; 129:1-5; 130:8-20; 133:8-9; 133:13-15; 134:5-20; 134:23-135:1; 135:7-25; 136:11-13; 136:17-137:3; 138:24-25; 139:3-14; 139:16-17; 139:20-140:2; 140:5-9; 140:11-21; 141:3-15; 141:19-142:1) | Mason Decl. ¶ 10 |
| Cisneros Ex.  QQ (Sherry Whiteley March 14, 2013 Deposition Excerpts at 28:10-11; 28:13-29:2; 29:21-23; 31:12-19; 31:23-33:5; 33:10-34:19; 35:12-16; 35:20-36:8; 36:20-38:23; 41:6-13; 97:2-3; 97:11-17; 97:19-98:3; 98:14-15; 98:19-99:2; 99:4-9; 99:21-25; 102:5-9; 102:11-14; 103:3-8; 104:4-7; 104:9-13; 110:20-112:22; 113:8-17; 119:4-16; 119:22-120:2; 120:11-20; 120:25-122:9; 122:24-123:16; 147:2-7; 147:14-25; 149:8-150:20; 151:24-25; 154:1-8; 155:1-3; 155:6-19.) | Mason Decl. ¶ 11 |
| Cisneros Ex. RR (Micheline Chau, February 21, 2013 Deposition; redacted portions) | Decl. of Rhonda Hjort ISO Defs' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. No. 636) (Lucasfilm) ("Hjort Decl.") ¶ 4 |
| Cisneros Ex. SS (Sharon Coker, November 1, 2012 Deposition; redacted portions) | Hjort Decl. ¶ 4 |
| Cisneros Ex. TT (Steven H. Condiotti, March 20, 2013 Deposition; redacted portions) | Hjort Decl. ¶ 4 |
| Cisneros Ex. UU (George Lucas, March 28, 2013 Deposition; redacted portions) | Hjort Decl. ¶ 4 |
| Cisneros Ex. VV (Michelle Maupin, February 12, 2013 Deposition; redacted portions) | Hjort Decl. ¶ 4 |
| Cisneros Ex. WW (Jan Van Der Voot, February 5, 2013 Deposition; redacted portions) | Hjort Decl. ¶ 4 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. XX (Dana Barali, March 19, 2013 Deposition; redacted portions) | Decl. of James M. Kennedy ISO Defs.' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. 646) (Pixar) ("Kennedy Decl.") ¶ 4 |
| Cisneros Ex. YY (Ed Catmull, January 24, 2013 Deposition; redacted portions) | Kennedy Decl. ¶ 4 |
| Cisneros Ex. ZZ (Lori McAdams, August 2, 2012 Deposition; redacted portions) | Kennedy Decl. ¶ 4 |
| Cisneros Ex. AAA (James Morris, August 3, 2012 Deposition; redacted portions) | Kennedy Decl. ¶ 4 |
| Cisneros Ex. BBB (Pamela Zissimos, November 13, 2012 Deposition; redacted portions) | Kennedy Decl. ¶ 4 |
| Cisneros Ex. CCC (Stephanie Sheehy, March 5, 2013 Deposition; redacted portions) | Kennedy Decl. ¶ 4 |
| Cisneros Ex. DDD (Elizabeth Becker, Ph.D., December 10, 2013 Deposition Excerpts at 185:8-9) | Selin Decl. ¶ 6 |
| Cisneros Ex. HHH (Kathryn Shaw, Ph.D., June 3, 2013 Deposition Excerpts at 167: 1-2, 17-19; 168:1,3,6; 178:17-18, 20-22, 25; 179:1, 8-9) | Selin Decl. ¶ 6 |
| Cisneros Ex. JJJ (Lauren Stiroh, Ph.D., December 9, 2013 Deposition Excerpts at 311:13, 23) | Selin Decl. ¶ 6 |
| Cisneros Ex. KKK (Eric L. Talley, J.D., Ph.D., December 8, 2013 Deposition Excerpts at 216:17-19; 217:1-6, 12-14; 218:5-6, 24-25; 219:1-2, 4; 242:3-5, 19-23) | Selin Decl. ¶ 6 |
| Cisneros Ex. KKK (Eric Talley, J.D., Ph.D., December 8, 2013 Deposition Excerpts at 242:3-25) | Mason Decl. ¶ 12 |
| Cisneros Ex. PPP (Kevin Hallock, June 7, 2013 Deposition Excerpts at 87:9; 87:11; 87:13; 87:21; 177:18; 178:8; 178:13-14; 178:17; 184:10; 192:13; 192:16; 193:25; 203:4; 203:9; 203:12; 239:15; 243:2) | Kahn Decl. ¶43 |
| Cisneros Ex. PPP (Kevin Hallock, June 7, 2013 Deposition Excerpts at 100:18-19; 101:2,5,6; 102:17-21, 23-25) | Selin Decl. ¶ 6 |
| Cisneros Ex. 8 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 129 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 134 (redacted portions) | Kennedy Decl. ¶ 5 |

7

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. 172 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 173 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 175 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 176 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 190 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 192 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 200 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 201 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 204 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 210 (pages 210.2-13) | Kahn Decl. ¶ 44 |
| Cisneros Ex. 211 (pages 211.2-3) | Kahn Decl. ¶ 45 |
| Cisneros Ex. 212 (pages 212.4, 212.7-13) | Kahn Decl. ¶46 |
| Cisneros Ex. 214 (pages 214.1-3) | Kahn Decl. ¶47 |
| Cisneros Ex. 216 (pages 216.3-5) | Kahn Decl. ¶ 48 |
| Cisneros Ex. 268 (redacted portions) | Brown Decl. ¶ 4(j) |
| Cisneros Ex. 278 (redacted portions) | Selin Decl. ¶ 6, Brown Decl. ¶ 4(k) |
| Cisneros Ex. 279 (redacted portions) | Selin Decl. ¶ 6, Brown Decl. ¶ 4(l) |
| Cisneros Ex. 300 (page 300.2) | Kahn Decl. ¶ 49 |
| Cisneros Ex. 303 (pages 303.6-15, 303.17-18, 303.20-27, 303.29-40) | Kahn Decl. ¶ 50 |
| Cisneros Ex. 359 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 360 (in entirety) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 389 (redacted portions) | Selin Decl. ¶ 6 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO
PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. 391 (redacted portions) | Declaration of John Mittelbach ISO Defs' Joint Response to Plaintiffs' Admin. Motion to Seal (Intel) (Dkt. No. 631) ("Mittelbach Decl.") ¶¶ 3-6; Declaration of Krystal Bowen ISO Motion to Seal (Docket No. 430) ("Bowen Decl.") ¶¶ 4-10; Declaration of Tina M. Evangelista ISO Plaintiffs' Administrative Motion to File Under Seal Plaintiffs Notice of Motion and Motion for Class Certification, and Memorandum of Law in Support (Dkt. No. 203) ("Evangelista Decl.") ¶¶  3-6, 8-9 |
| Cisneros Ex. 393 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 4-10; Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 398 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 4-10; Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 399 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 4-10; Oct. 8, 2012 Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 400 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 4-10; Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 416 (Declaration of Donna Morris of Adobe Systems Inc. In Support of Defendants Opposition to Plaintiffs' Motion for Class Certification, November 9, 2012; ¶¶ 4-8.b, at 416.2-4; ¶¶ 10-26, at 416.4-8; ¶¶ 28-36, at. 416.9-11) | Kahn Decl. ¶ 51 |
| Cisneros Ex. 420 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 421 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 424 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 471 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 472 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 478 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 4-10; Oct. 8, 2012 Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 608 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 614 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 616 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 621 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 626 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 635 (redacted portions) | Selin Decl. ¶ 6 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. 648 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 650 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 653 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 660 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 666 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 667 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 668 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 674 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 690 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 710 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 711 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 715 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 727 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 728 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 729 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 730 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 781 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 9-10; Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 861 (redacted portions) | Brown Decl. ¶ 4(m) |
| Cisneros Ex. 872 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 912 (redacted portions) | Mason Decl. ¶ 13 |
| Cisneros Ex. 914 (redacted portions) | Mason Decl. ¶ 14 |
| Cisneros Ex. 945 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 947 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 959 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 1107 (redacted portions) | Mason Decl. ¶ 15 |
| Cisneros Ex. 1130 (redacted portions) | Brown Decl. ¶ 4(n) |
| Cisneros Ex. 1158 (redacted portions) | Kahn Decl. ¶ 52 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO
PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. 1159 (redacted portions) | Kahn Decl. ¶ 53 |
| Cisneros Ex. 1160 (redacted portions) | Kahn Decl. ¶ 54 |
| Cisneros Ex. 1250 (pages 1250.1-3) | Kahn Decl. ¶ 55 |
| Cisneros Ex. 1304 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 1306 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 1307 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 1308 (in entirety) | Kennedy Decl. ¶ 6 |
| Cisneros Ex. 1309 (redacted portions) | Kennedy Decl. ¶ 5 |
| Cisneros Ex. 1376 (redacted portions) | Brown Decl. ¶ 4(o) |
| Cisneros Ex. 1600 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1606 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1609 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1613 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1618 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1625 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1629 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1741 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1753 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 1760 (redacted portions) | Mason Decl. ¶ 16 |
| Cisneros Ex. 1761 (redacted portions) | Mason Decl. ¶ 17 |
| Cisneros Ex. 1854 (redacted portions) | Brown Decl. ¶ 4(p) |
| Cisneros Ex. 1855 (Decl. of Steven Burmeister ISO Defs' Opposition to Plaintiffs' Motion for Class Cert., November 12, 2012 and Exs. B and C, redacted portions) | Brown Decl. ¶ 4(q) |
| Cisneros Ex. 1856 (redacted portions) | Brown Decl. ¶ 4(r) |
| Cisneros Ex. 1858 (redacted portions) | Brown Decl. ¶ 4(s) |
| Cisneros Ex. 1859 (redacted portions) | Brown Decl. ¶ 4(t) |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. 2030 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 4-10; Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 2031 (in entirety) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-9 |
| Cisneros Ex. 2033 (in entirety) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 4-10; Oct. 8, 2012 Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 2035 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Bowen Decl. ¶¶ 4-10,Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 2043 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-6, 8-9 |
| Cisneros Ex. 2084 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 2088 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 2092 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 2094 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 2096 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 2100 (redacted portions) | Hjort Decl. ¶ 5 |
| Cisneros Ex. 2135 (redacted portions) | Mason Decl. ¶ 18 |
| Cisneros Ex. 2140 (redacted portions) | Mason Decl. ¶ 19 |
| Cisneros Ex. 2142 (redacted portions) | Mason Decl. ¶ 20 |
| Cisneros Ex. 2249 (redacted portions) | Declaration of Omid Kordestani ISO Defs' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. No. 622) ("Kordestani Decl.") ¶¶ 2-3 |
| Cisneros Ex. 2249 (redacted portions) | Declaration of Leslie Fithian ISO Defs.' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. 679) (Apple) ("Fithian Decl.") ¶ 2 |
| Cisneros Ex. 2262 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Cisneros Ex. 2262 (redacted portions) | Fithian Decl. ¶ 2 |
| Cisneros Ex. 2356 (redacted portions) | Kennedy Decl. ¶ 7 |
| Cisneros Ex. 2356 (redacted portions) | Declaration of Kasia Hanson ISO Defs' Joint Admin. Motion to Seal (Dkt. No. 630) ¶¶ 2-8. |
| Cisneros Ex. 2362 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Cisneros Ex. 2362 (redacted portions) | Declaration of John Geering ISO Defs' Joint Response to Admin. Motion to Seal (Dkt. No. 676) ("Geering Decl.") ¶¶ 2-4 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Cisneros Ex. 2364 (redacted portions) | Geering Decl. ¶¶ 2-4 |
| Cisneros Ex. 2364 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Cisneros Ex. 2366 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Cisneros Ex. 2366 (redacted portions) | Geering Decl. ¶¶ 2-4 |
| Cisneros Ex. 2422 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 2425 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 2426 (redacted portions) | Selin Decl. ¶ 6 |
| Cisneros Ex. 2486 (Decl. of Donna Morris ISO Defs' Opposition to Plaintiffs' Motion for Class Cert., November 9, 2012;  ¶¶ 4-8.b, at 2486.3-5; ¶¶ 10-26, at 2486.5-9; ¶¶ 28-36, at 2486.10-12; 2486.17-18; 2486.20-23; 2486.28-41; 2486.47; 2486.50-52; 2486.54-69; 2486.74; 2486.76-77; 2486.80-81; 2486.83-89; 2486.91-99; 2486.111; 2486.113-122; 2486.131-142; 2486.144; 2486.147; 2486.148-151; 2486.153-156) | Kahn Decl. ¶ 56 |
| Cisneros Ex. 2487 (pages 2487.4-9, 2487.11-15, 2487.17-23) | Kahn Decl. ¶ 57 |
| Cisneros Ex. 2501 (page 2501.1) | Kahn Decl. ¶ 58 |
| Cisneros Ex. 2738 (redacted portions) | Mason Decl. ¶ 21 |
| Cisneros Ex. 2739 (redacted portions) | Mason Decl. ¶ 22 |
| Cisneros Ex. 2740 (redacted portions) | Mason Decl. ¶ 23 |
| Cisneros Ex. 2743 (redacted portions) | Mason Decl. ¶ 24 |
| Cisneros Ex. 2744 (redacted portions) | Mason Decl. ¶ 25 |
| Cisneros Ex. 2800 (page 2800.2) | Kahn Decl. ¶ 59 |
| Cisneros Ex. 2812 (page 2812.1) | Kahn Decl. ¶ 60 |
| Cisneros Ex. 2823 (page 2823.4) | Kahn Decl. ¶ 61 |
| Cisneros Ex. 2825 (redacted portions) | Kahn Decl. ¶ 62 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK
805551.01

1

**Declaration of Dean M. Harvey in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561, 564, 570**

2

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Harvey Ex. 3 (Declaration of Lauren J. Stiroh in Support of Joint Motion To Exclude the Expert Testimony of Edward E. Leamer, Ph.D. (Dkt. No. 574) ¶71 lines 9-10, ) ¶77 lines 2, 4, Ex, 114 | Decl. of Rhonda Hjort ISO Defs' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. No. 636) (Lucasfilm) ("Hjort Decl.") ¶ 3; Decl. of James M. Kennedy ISO Defs.' Joint Response to Plaintiffs' Admin. Motion to Seal (Dkt. 646) (Pixar) ("Kennedy Decl.") ¶ 3; Brown Decl. ¶ 3(a) |
| Harvey Ex. 4 (Declaration of Edward E. Leamer, Ph.D. in Support of Motion to Plaintiffs' Motion to Certify Class (Dkt. No. 190)  (redacted portions) | Selin Decl. ¶ 5; Kennedy Decl. ¶ 3; Hjort Decl. ¶ 3; Brown Decl. ¶ 3(b) |
| Harvey Ex. 5 (December 10, 2012 Reply Expert Report of Edward E. Leamer, Ph.D) ( redacted portions) | Selin Decl. ¶ 5; Kennedy Decl. ¶ 3; Hjort Decl. ¶ 3; Brown Decl. ¶ 3(c) |
| Harvey Ex. 6 (Supplemental Expert Report of Edward E. Leamer, Ph.D. (Dkt. No. 418-3) redacted portions) | Selin Decl. ¶ 5; Kennedy Decl. ¶ 5; Hjort Decl. ¶ 3; Brown Decl. ¶ 3(d); Mason Decl. ¶ 27; Kahn Decl. ¶ 8 |
| Harvey Ex. 7 (Expert Witness Report of Kevin Hallock (Dkt. No. 418-13) redacted portions) | Selin Decl. ¶ 5; Hjort Decl. ¶3; Kennedy Decl. ¶3; Brown Decl. ¶ 3(e); Mason Decl. ¶ 28; Kahn Decl. ¶ 9 |
| Harvey Ex. 8 (Declaration of Edward E. Leamer, Ph.D. in Support of (July 12, 2013 Rebuttal Supplemental Expert Report of  Edward E. Leamer, Ph.D. redacted portions) | Selin Decl. ¶ 5; Kennedy Decl. ¶ 3; Hjort Decl. ¶ 3; Brown Decl. ¶ 3(f); Mason Decl. ¶ 29; Kahn Decl. ¶ 10 |
| Harvey Ex. 9 (Expert Report of Edward E. Leamer, Ph.D. Oct. 28, 2013; redacted portions) | Selin Decl. ¶ 5; Brown Decl. ¶ 3(g) |
| Harvey Ex. 10 (Expert Witness Report of Kevin F. Hallock, Ph.D., Oct. 28, 2013; redacted portions) | Selin Decl. ¶ 5; Kahn Decl. ¶¶ 11-20; Mittelbach Decl. ¶ 4; Evangelista Decl. ¶¶ 3-6, 8-9; Hjort Decl. ¶ 3; Kennedy Decl. ¶ 3; Brown Decl. ¶ 3(h); Mason Decl. ¶ 30 |
| Harvey Ex. 11 (Expert Report of Alan Manning, Ph.D. (Dkt. No. 608-9) redacted portions) | Selin Decl. ¶ 5; Kahn Decl. ¶ 21; Brown Decl. ¶ 3(i) |
| Harvey Ex. 13 (Reply Expert Report of Edward E. Leamer, Ph.D., Dec. 11, 2013; redacted portions) | Selin Decl. ¶ 5; Brown Decl. ¶ 3(j); Mason Decl. ¶ 31 |

14

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Harvey Ex. 14 (Rebuttal Report of Matthew Marx, Dec. 11, 2013; redacted portions) | Selin Decl. ¶ 5; Kahn Decl. ¶ 23; Brown Decl. ¶ 3(k); Mason Decl. ¶ 32 |
| Harvey Ex. 23 (Expert Report of Elizabeth Becker, Ph.D., Nov. 25, 2013; redacted portions) | Selin Decl. ¶ 5; Kennedy Decl. ¶ 3; Hjort Decl. ¶ 3; Brown Decl. ¶ 3(l); Mason Decl. ¶ 33; Kahn Decl. ¶ 24 |
| Harvey Ex. 24 (Expert Report of David Lewin, Ph.D., Nov. 25, 2013; redacted portions) | Selin Decl. ¶ 5; Brown Decl. ¶ 3(m); Kahn Decl. ¶ 25 |
| Harvey Ex. 25 (Expert Report of Professor Kevin M. Murphy, Nov. 25, 2013; redacted portions) | Selin Decl. ¶ 5; Brown Decl. ¶ 3(n); Kahn Decl. ¶ 26 |
| Harvey Ex. 26 (Amended Expert Report of Edward A. Snyder, Ph.D., Dec. 6, 2013; redacted portions) | Selin Decl. ¶ 5; Kahn Decl. ¶ 27 |
| Harvey Ex. 27 (Expert Report of Lauren J. Stiroh, Ph.D., Nov. 25, 2013; redacted portions) | Selin Decl. ¶ 5; Brown Decl. ¶ 3(o); Mason Decl. ¶ 34; Kahn Decl. ¶ 28 |
| Harvey Ex. 28 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 34 (redacted portions) | Kahn Decl. ¶ 29 |
| Harvey Ex. 35 (page 3, 6, 8) | Kahn Decl. ¶ 30 |
| Harvey Ex. 37 (pages 2-7, 17-18) | Kahn Decl. ¶ 31 |
| Harvey Ex. 41 (redacted portions) | Kahn Decl. ¶ 32 |
| Harvey Ex. 42 (redacted portions) | Kahn Decl. ¶ 33 |
| Harvey Ex. 43 (redacted portions) | Kahn Decl. ¶ 34 |
| Harvey Ex. 44 (redacted portions) | Kahn Decl. ¶ 35 |
| Harvey Ex. 45 (redacted portions) | Kahn Decl. ¶ 36 |
| Harvey Ex. 47 (redacted portions) | Oh Decl. ¶ 2 |
| Harvey Ex. 48 (redacted portions) | Oh Decl. ¶ 2; Fithian Decl. ¶ 2 |
| Harvey Ex. 49 (redacted portions) | Oh Decl. ¶ 2 |
| Harvey Ex. 50 (redacted portions) | Oh Decl. ¶ 2 |
| Harvey Ex. 51 (redacted portions) | Oh Decl. ¶ 2; Fithian Decl. ¶ 2 |
| Harvey Ex. 52 (redacted portions) | Oh Decl. ¶ 2; Fithian Decl. ¶ 2 |
| Harvey Ex. 53 (redacted portions) | Oh Decl. ¶ 2; Fithian Decl. ¶ 2 |

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Harvey Ex. 54 (redacted portions) | Oh Decl. ¶ 2; Fithian Decl. ¶ 2 |
| Harvey Ex. 58 (redacted portions) | Brown Decl. ¶ 3(p) |
| Harvey Ex. 59 (redacted portions) | Brown Decl. ¶ 3(q) |
| Harvey Ex. 60 (redacted portions) | Brown Decl. ¶ 3(r) |
| Harvey Ex. 61 (redacted portions) | Brown Decl. ¶ 3(s) |
| Harvey Ex. 62 (redacted portions) | Brown Decl. ¶ 3(t) |
| Harvey Ex. 63 (redacted portions) | Brown Decl. ¶ 3(u) |
| Harvey Ex. 64 (redacted portions) | Brown Decl. ¶ 3(v) |
| Harvey Ex. 66 (redacted portions) | Brown Decl. ¶ 3(w) |
| Harvey Ex. 67 (redacted portions) | Brown Decl. ¶ 3(x) |
| Harvey Ex. 68 (redacted portions) | Brown Decl. ¶ 3(y) |
| Harvey Ex. 69 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 70 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 71 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 72 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 73 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 74 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 75 (redacted portions) | Brown Decl. ¶ 3(z) |
| Harvey Ex. 76 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 77 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 78 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 80 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 85 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 86 (redacted portions) | Selin Decl. ¶ 5 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

| Exhibit To Be Sealed | Source of Support for Sealing |
| --- | --- |
| Harvey Ex. 87 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 89 (redacted portions) | Selin Decl. ¶ 5; Kordestani Decl. ¶ 4 |
| Harvey Ex. 90 (redacted portions) | Selin Decl. ¶ 5; Kordestani Decl. ¶ 4 |
| Harvey Ex. 91 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 92 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 93 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 94 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 95 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 96 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 97 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 98 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 100 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 101 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 103 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 106 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 108 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 110 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex.111 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 112 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 113 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 114 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 115 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 117 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 118 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 119 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 120 (redacted portions) | Selin Decl. ¶ 5 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Harvey Ex. 121 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 122 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 123 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 124 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 125 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 126 (redacted portions) | Selin Decl. ¶ 5 |
| Harvey Ex. 127 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Harvey Ex.128 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Harvey Ex. 129 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Harvey Ex. 130 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Harvey Ex. 131 (redacted portions) | Kordestani Decl. ¶¶ 2-3 |
| Harvey Ex. 132 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Geering Decl. ¶¶ 2-4 |
| Harvey Ex. 133 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Geering Decl. ¶¶ 2-4 |
| Harvey Ex. 134 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 135 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 136 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 137 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 138 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 139 (redacted portions) | Kordestani Decl. ¶¶ 2-3; Fithian Decl. ¶ 2 |
| Harvey Ex. 140 (redacted portions) | Mittelbach Decl. ¶¶ 3-6Evangelista Decl. ¶¶ 3-9, |
| Harvey Ex. 142 (in entirety) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-9; Jan. 15, 2013 Sealing Order (Dkt. No. 273) |

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Harvey Ex. 143 (in entirety) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-9; Jan. 15, 2013 Sealing Order (Dkt. No. 273) |
| Harvey Ex. 145 (in entirety) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-9; Jan. 15, 2013 Sealing Order (Dkt. No. 273) |
| Harvey Ex. 146 (in entirety) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-9; Jan. 15, 2013 Sealing Order (Dkt. No. 273) |
| Harvey Ex. 148 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-6, 8-9; Declaration of Todd Christensen ISO Defs.' Admin. Motion to Seal (Dkt. No. 628) ¶¶ 2-9; Declaration of Lawrence Achorn ISO Motion to Seal (Dkt. No. 626) . ¶¶ 4-01 |
| Harvey Ex. 149 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-6, 8-9 |
| Harvey Ex. 150 (in entirety) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-6, 8-9; Jan. 15, 2013 Sealing Order (Dkt. No. 273) |
| Harvey Ex. 152 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Evangelista Decl. ¶¶ 3-6, 8-9 |
| Harvey Ex. 153 (redacted portions) | Mittelbach Decl. ¶¶ 3-6; Jan. 22, 2013 Evangelista Decl. ¶¶ 4-9; Sept. 30, 2013 Sealing Order (Dkt. No. 509) |
| Harvey Ex. 157 (redacted portions) | Mason Decl. ¶ 35 |
| Harvey Ex. 159 (redacted portions) | Mason Decl. ¶ 36 |
| Harvey Ex. 163 (redacted portions) | Hjort Decl. ¶ 5 |
| Harvey Ex. 170 (redacted portions) | Hjort Decl. ¶ 5 |
| Harvey Ex. 171 (redacted portions) | Hjort Decl. ¶ 5 |
| Harvey Ex. 172 (redacted portions) | Kennedy Decl. ¶ 5 |

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01

| Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Harvey Ex. 177 (redacted portions) | Kennedy Decl. ¶ 5 |
| Harvey Ex. 178 (redacted portions) | Kennedy Decl. ¶ 5 |
| Harvey Ex. 179 (redacted portions) | Kennedy Decl. ¶ 5 |
| Harvey Ex. 180 (redacted portions) | Kennedy Decl. ¶ 5 |
| Harvey Ex. 184 (redacted portions) | Kennedy Decl. ¶ 5 |
| Harvey Ex. 189 (pages 6:3-4; 7:26-27; 8:4-5, 8-9; 9:5-13; 10:4-5, 14-15, 25-27; 11:12-13, 22-23; 12:6-7, 13-14, 21-22, 25-26; 13:15-16, 22-23, 26, 27; 14:6-7, 12-13, 16-17, 20-21, 25-26; 16:19-20; 18:23-24; 19:29-20:3; 20:14-15) | Kahn Decl. ¶ 37 |

IT IS SO ORDERED.

Dated:

By: _____
Honorable Lucy H. Koh
United States District Court Judge

[PROPOSED] ORDER GRANTING SEALING REQUESTS IN DEFENDANTS' JOINT RESPONSE TO
PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL
Case No. 5:11-cv-2509-LHK

805551.01