# EXHIBIT 1160

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Shantanu Narayen
**Sent:** Tuesday, June 14, 2011 8:18 AM
**To:** Donna Morris
**Subject:** RE: compensation - ▮

Donna: Agree with your recommendation. ▮▮▮

Does that cause any internal inequities?

---

**From:** Donna Morris
**Sent:** Monday, June 13, 2011 6:36 PM
**To:** Shantanu Narayen
**Cc:** Donna Morris
**Subject:** compensation - ▮

Shantanu – I wanted you to be familiar with the proposed compensation for ▮ As mentioned, his compensation at ▮ has been ▮▮▮

Thoughts?

- ▮
- ▮
- ▮
- ▮
- ▮

▮ current comp:

- ▮
- ▮
- ▮
- ▮

Internal equity:

▮▮▮▮

1



ADOBE_009652
Confidential - Attorneys' Eyes Only