UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | ORDER RE: SETTLEMENT STATUS REPORT |
| THIS DOCUMENT RELATES TO: | |
| **ALL ACTIONS** | |

The Court ORDERS the parties to file a joint settlement status report by February 26, 2014. If the parties are continuing settlement discussions, the parties shall suggest another date by which they will update the Court as to the status of any discussions.

**IT IS SO ORDERED.**

Dated: February 24, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
ORDER RE: SETTLEMENT STATUS REPORT