Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANT ADOBE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

1  Defendant Adobe Systems Inc. ("Adobe") respectfully requests that ECF No. 562-2,
2  Exhibits I-Q to the Declaration of Lin W. Kahn in Support of Adobe's Motion for Summary
3  Judgment be removed from the docket as soon as possible.

4  On January 9, 2014, Adobe filed its Motion for Summary Judgment (ECF No. 560) and
5  the Declaration of Lin W. Kahn attaching Exhibits A-Q and Exhibits 223-224 in support thereof
6  (ECF No. 562 through 562-3). Adobe erroneously filed an unredacted version of Exhibit Q
7  (ECF No. 562-2 at 70-118), which contains information that Adobe requests to maintain under
8  seal. *See* ECF No. 622 (Defendants' Joint Response to Plaintiffs' Administrative Motion to File
9  Under Seal), ECF No. 672 (Declaration of James Oh in Support of Response to Administrative
10 Motion to File Under Seal, ¶2 regarding Adobe_110308). Exhibit Q was filed as Attachment 2
11 to ECF No. 562, along with Exhibits I-O which Adobe does not seek to seal or correct. Thus,
12 Adobe hereby requests that ECF No. 562-2 be removed from the docket as soon as possible.
13 Adobe concurrently files a Notice of Errata and Errata to Exhibits I-Q, with a corrected redacted
14 version of Exhibit Q.

16 Dated: February 24, 2014          JONES DAY

18                                   By:    */s/ Lin W. Kahn*
                                            Lin W. Kahn

19                                   *Attorneys for Defendant ADOBE SYSTEMS, INC.*

21 SFI-854074v1

Motion to Remove Incorrectly Filed Documents
No. 11-CV-2509-LHK

1