1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
3  Lin W. Kahn (State Bar No. 261387)
   linkahn@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendant
   Adobe Systems Inc.
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTI-TRUST LITIGATION | Master Docket No. 11-CV-2509 LHK |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

      Now before the Court is Defendant Adobe Systems Inc.'s Motion to Remove Incorrectly Filed Documents.  The motion is GRANTED.

      The Court HEREBY ORDERS THE CLERK to remove from the physical and electronic docket ECF No. 562-2, Exhibits I-Q to the Declaration of Lin W. Kahn in Support of Adobe's Motion for Summary Judgment.

**IT IS SO ORDERED.**

Date:_____             _____
                                   HONORABLE LUCY H. KOH
                                   United States District Court Judge