1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
3  Lin W. Kahn (State Bar No. 261387)
   linkahn@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendant
   Adobe Systems Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF ERRATA AND ERRATA TO EXHIBITS I-Q TO THE DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANT ADOBE'S MOTION FOR SUMMARY JUDGMENT** |
|---|---|

On January 9, 2014, Adobe filed its Motion for Summary Judgment (ECF No. 560) and the Declaration of Lin W. Kahn attaching Exhibits A-Q and Exhibits 223-224 in support thereof (ECF No. 562 through 562-3). Adobe erroneously filed an unredacted version of Exhibit Q (ECF No. 562-2 at 70-118), which contains confidential information that Adobe requests to maintain under seal. *See* ECF No. 622 (Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal ¶2 regarding Adobe_110308), ECF No. 672 (Declaration of James Oh in Support of Response to Administrative Motion to File Under Seal). Exhibit Q was filed as Attachment 2 to ECF No. 562, along with Exhibits I-O which Adobe does not seek to seal or correct. Adobe hereby submits an errata to ECF No. 562-2, Exhibits I-Q with a corrected redacted version of Exhibit Q.

Dated: February 24, 2014        JONES DAY

By:     */s/ Lin W. Kahn*
        Lin W. Kahn

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

SFI-854075v1