GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:   (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant
INTEL CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANT INTEL CORPORATION'S NOTICE OF FILING CORRECTED DECLARATION OF STEVEN M. PERRY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT [DKT. NO. 555]**<br><br>Date:   March 20, 2014<br>Time:   1:30 p.m.<br>Courtroom of the Hon. Lucy Koh<br>Courtroom 8, 4th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant Intel Corporation ("Intel") hereby files a corrected version of the Declaration of Steven M. Perry in Support of Intel Corporation's Motion for Summary Judgment (Dkt no. 555) ("Original Perry Declaration") that corrects electronic errors in the pagination of the deposition excerpts contained in exhibits E-N to the Original Perry Declaration. It appears that during the ECF process, the page numbers in the lower right corner of each scanned page of the affected deposition excerpts were deleted and replaced with blank boxes or the number "1." The corrected Declaration is identical in all respects to the Original Perry Declaration, except that the page numbers for the deposition excerpts in exhibits E-N have been restored.

DATED:  February 25, 2014          MUNGER, TOLLES & OLSON LLP

By:   */s/ Steven M. Perry*
         Steven M. Perry

Attorneys for Defendant
INTEL CORPORATION