Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT SETTLEMENT STATUS REPORT**<br><br>Courtroom: 8, 4th Floor<br>Judge: The Honorable Lucy H. Koh |

Pursuant to the Court's February 24, 2014 Order re: Settlement Status Report (Dkt. 686), the Parties provide the following update. The February 17, 2014 mediation occurred as scheduled. No settlement was reached. The parties remain willing to participate in further mediated settlement discussions. The parties will notify the Court promptly if any group or individual settlements are reached. The parties suggest filing another joint status report regarding the status of settlement discussions on March 13, 2014.

Dated: February 26, 2014   LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:   */s/ Kelly M. Dermody*
          Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Class Counsel*

Dated: February 26, 2014   JOSEPH SAVERI LAW FIRM

By:   */s/ Joseph R. Saveri*
          Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Class Counsel*

| | | |
|---|---|---|
| 1 | Dated:  February 26, 2014 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By:     */s/ Michael F. Tubach*<br>              Michael F. Tubach |
| 4 | | George Riley<br>Michael F. Tubach |
| 5 | | Christina J. Brown<br>O'MELVENY & MYERS LLP |
| 6 | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 |
| 7 | | griley@omm.com<br>mtubach@omm.com |
| 8 | | cjbrown@omm.com<br>Tel.: (415) 984-8700 |
| 9 | | Fax: (415) 984-8701 |
| 10 | | *Attorneys for Defendant APPLE INC.* |
| 11 | Dated:  February 26, 2014 | MUNGER, TOLLES & OLSON LLP |
| 12 | | By:     */s/ Gregory P. Stone*<br>              Gregory P. Stone |
| 13 | | |
| 14 | | Gregory P. Stone<br>Bradley S. Phillips |
| 15 | | Gregory M. Sergi<br>John P. Mittelbach |
| 16 | | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 17 | | gregory.stone@mto.com<br>brad.phillips@mto.com |
| 18 | | gregory.sergi@mto.com<br>john.mittelbach@mto.com |
| 19 | | Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100 |
| 20 | | Facsimile: (213) 687-3702 |
| 21 | | *Attorneys for Defendant INTEL CORP.* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  February 26, 2014 | JONES DAY |
| 2 | | By:   /s/ David C. Kiernan |
| 3 | | David C. Kiernan |

Robert A. Mittelstaedt
David Kiernan
Lin W. Kahn
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
ramittelstaedt@jonesday.com
dkiernan@jonesday.com
linkahn@jonesday.com
Tel.: (415) 626-3939
Fax: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated:  February 26, 2014        KEKER & VAN NEST

By:   */s/ Robert Addy Van Nest*
      Robert Addy Van Nest

Robert Addy Van Nest
Eugene M. Paige
Daniel Purcell
Justina Sessions
KEKER & VAN NEST
633 Battery Street
San Francisco, CA 94111-1809
rvannest@kvn.com
epaige@kvn.com
dpurcell@kvn.com
jsessions@kvn.com
Tel.: (415) 391-5400
Fax: (415) 397-7188

| | |
|---|---|
| 1 | |
| 2 | Lee H. Rubin<br>Edward D. Johnson<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>lrubin@mayerbrown.com<br>wjohnson@mayerbrown.com<br>Tel.: (650) 331-2000<br>Fax: (650) 331-2060 |

Lee H. Rubin
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
lrubin@mayerbrown.com
wjohnson@mayerbrown.com
Tel.: (650) 331-2000
Fax: (650) 331-2060

Kristen A. Rowse
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-2112
krowse@mayerbrown.com
Tel.: (213) 229 5137
Fax: (213) 576 8139

*Attorneys for Defendant GOOGLE INC.*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.