UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re High-Tech Employee Antitrust ) Case No: 11-CV-2509
Plaintiff(s), )
v. ) **APPLICATION FOR**
) **ADMISSION OF ATTORNEY**
Antitrust Litigation ) **PRO HAC VICE**
) (CIVIL LOCAL RULE 11-3)
Defendant(s). )

I, Sudarsana Srinivasan, an active member in good standing of the bar of Second Circuit, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs in the above-entitled action. My local co-counsel in this case is Brendan Glackin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| My address of record: | Local co-counsel's address of record: |
|---|---|
| Lieff Cabraser Heimann & Bernstein, 250 Hudson St, 8th Fl, New York, NY 10013 | Lieff Cabraser Heimann & Bernstein, 275 Battery St., 29th Fl, San Francisco, CA 94111 |
| My telephone # of record: | Local co-counsel's telephone # of record: |
| (212) 355-9500 | (415) 956-1000 |
| My email address of record: | Local co-counsel's email address of record: |
| dsrinivasan@lchb.com | bglackin@lchb.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: NY 4599064.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 02/25/14

Sudarsana Srinivasan
APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Sudarsana Srinivasan is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 27, 2014

*Lucy H. Koh*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                          *October 2012*