# EXHIBIT A (PART 3) TO BROWN DECLARATION REDACTED VERSION

# Appendix 9B

## Dr. Leamer's Figure 23 Regression Including Defendant-Specific Conduct Variables and Other Defendant-Specific Interactive Effects

Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---:|---|---:|---:|
| ADOBE * Conduct * Age | -0.0062 | * | 0.0033 | -1.85 |
| APPLE * Conduct * Age | 0.0090 | *** | 0.0020 | 4.54 |
| GOOGLE * Conduct * Age | 0.0074 | *** | 0.0025 | 2.93 |
| INTEL * Conduct * Age | 0.0035 | *** | 0.0008 | 4.42 |
| INTUIT * Conduct * Age | -0.0011 | | 0.0037 | -0.29 |
| PIXAR * Conduct * Age | 0.0102 | * | 0.0056 | 1.83 |
| LUCASFILM * Conduct * Age | 0.0036 | | 0.0182 | 0.20 |
| ADOBE * Conduct * Age^2 | 0.0001 | | 0.0000 | 1.37 |
| APPLE * Conduct * Age^2 | -0.0001 | *** | 0.0000 | -4.65 |
| GOOGLE * Conduct * Age^2 | -0.0001 | *** | 0.0000 | -3.01 |
| INTEL * Conduct * Age^2 | 0.0000 | *** | 0.0000 | -5.07 |
| INTUIT * Conduct * Age^2 | 0.0000 | | 0.0000 | 0.17 |
| PIXAR * Conduct * Age^2 | -0.0001 | * | 0.0001 | -1.92 |
| LUCASFILM * Conduct * Age^2 | -0.0001 | | 0.0002 | -0.41 |
| ADOBE * Conduct * Log(Number of New Hires in the Firm/Number of Employees(-1)) | 0.9854 | *** | 0.0482 | 20.45 |
| APPLE * Conduct * Log(Number of New Hires in the Firm/Number of Employees(-1)) | -0.1272 | *** | 0.0345 | -3.68 |
| GOOGLE * Conduct * Log(Number of New Hires in the Firm/Number of Employees(-1)) | 0.3276 | *** | 0.0088 | 37.18 |
| INTEL * Conduct * Log(Number of New Hires in the Firm/Number of Employees(-1)) | 0.0388 | *** | 0.0026 | 14.83 |
| INTUIT * Conduct * Log(Number of New Hires in the Firm/Number of Employees(-1)) | -0.0750 | *** | 0.0194 | -3.87 |
| PIXAR * Conduct * Log(Number of New Hires in the Firm/Number of Employees(-1)) | -0.0642 | | 0.0440 | -1.46 |
| LUCASFILM * Conduct * Log(Number of New Hires in the Firm/Number of Employees(-1)) | 0.0820 | *** | 0.0276 | 2.97 |
| ADOBE * Conduct | 2.2161 | *** | 0.1241 | 17.85 |
| APPLE * Conduct | -0.4323 | *** | 0.0747 | -5.79 |
| GOOGLE * Conduct | 0.2078 | *** | 0.0494 | 4.21 |
| INTEL * Conduct | 0.0548 | *** | 0.0185 | 2.97 |
| INTUIT * Conduct | -0.1868 | ** | 0.0875 | -2.14 |
| PIXAR * Conduct | -0.2066 | | 0.1508 | -1.37 |
| LUCASFILM * Conduct | 0.2062 | | 0.3662 | 0.56 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6754 | *** | 0.0075 | 89.78 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7040 | *** | 0.0037 | 192.60 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4607 | *** | 0.0022 | 207.91 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6429 | *** | 0.0029 | 219.78 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.6772 | *** | 0.0088 | 76.81 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6202 | *** | 0.0084 | 73.65 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.7676 | *** | 0.0695 | 11.04 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3112 | *** | 0.0074 | 42.05 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2864 | *** | 0.0038 | 74.62 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3478 | *** | 0.0021 | 162.51 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3113 | *** | 0.0028 | 109.66 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2930 | *** | 0.0085 | 34.49 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.0956 | *** | 0.0076 | 12.61 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.2340 | *** | 0.0702 | 3.34 |
| ADOBE * Log(Age) | 0.3557 | | 0.2812 | 1.26 |
| APPLE * Log(Age) | -1.2304 | *** | 0.1670 | -7.37 |
| GOOGLE * Log(Age) | 0.1880 | | 0.1917 | 0.98 |
| INTEL * Log(Age) | -0.3725 | *** | 0.0699 | -5.33 |
| INTUIT * Log(Age) | -1.0874 | *** | 0.2520 | -4.31 |
| PIXAR * Log(Age) | 0.6246 | | 0.5776 | 1.08 |

# Appendix 9B

| | | | |
|---|---:|---:|---:|
| LUCASFILM * Log(Age) | -0.4933 | 1.5449 | -0.32 |
| ADOBE * Log(Age)^2 | -0.0547 | 0.0381 | -1.43 |
| APPLE * Log(Age)^2 | 0.1382 *** | 0.0228 | 6.07 |
| GOOGLE * Log(Age)^2 | -0.0387 | 0.0265 | -1.46 |
| INTEL * Log(Age)^2 | 0.0449 *** | 0.0095 | 4.73 |
| INTUIT * Log(Age)^2 | 0.1305 *** | 0.0342 | 3.82 |
| PIXAR * Log(Age)^2 | -0.0667 | 0.0793 | -0.84 |
| LUCASFILM * Log(Age)^2 | 0.0634 | 0.2101 | 0.30 |
| Log(Company Tenure) (Months) | 0.0021 | 0.0067 | 0.31 |
| Log(Company Tenure)^2 | 0.0003 | 0.0007 | 0.47 |
| Male | 0.0058 *** | 0.0008 | 7.21 |
| DLog(Information Sector Employment in San-Jose) | 1.6830 *** | 0.0250 | 67.20 |
| Log(Total Number of Transfers Among Defendants) | 0.0854 *** | 0.0024 | 35.18 |
| Year (trend) | -0.0004 | 0.0004 | -0.99 |
| ADOBE * Log(Number of New Hires in the Firm/Number of Employees(-1)) | -0.0497 *** | 0.0122 | -4.06 |
| APPLE * Log(Number of New Hires in the Firm/Number of Employees(-1)) | 0.0349 *** | 0.0092 | 3.81 |
| GOOGLE * Log(Number of New Hires in the Firm/Number of Employees(-1)) | -0.2318 *** | 0.0037 | -63.00 |
| INTEL * Log(Number of New Hires in the Firm/Number of Employees(-1)) | 0.0041 *** | 0.0018 | 2.34 |
| INTUIT * Log(Number of New Hires in the Firm/Number of Employees(-1)) | 0.1109 *** | 0.0069 | 16.17 |
| PIXAR * Log(Number of New Hires in the Firm/Number of Employees(-1)) | -0.0495 | 0.0394 | -1.26 |
| LUCASFILM * Log(Number of New Hires in the Firm/Number of Employees(-1)) | -0.0296 | 0.0227 | -1.31 |
| Log(Total Number of New Hires) | -0.2643 *** | 0.0035 | -76.33 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0435 *** | 0.0058 | -7.45 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.1532 *** | 0.0044 | 35.02 |
| APPLE | 3.4399 *** | 0.5998 | 5.73 |
| GOOGLE | 1.5131 *** | 0.6217 | 2.43 |
| INTEL | 1.6323 *** | 0.5322 | 3.07 |
| INTUIT | 3.2415 *** | 0.6919 | 4.68 |
| PIXAR | 0.8473 | 1.1715 | 0.72 |
| LUCASFILM | 1.4582 | 2.8740 | 0.51 |
| Location (State) Indicators | YES | | |
| Constant | YES | | |
| R-Square | **0.879** | | |
| Observations | **295,136** | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.

Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 10A

## Dr. Leamer's Figure 20 Regression Using a Single Conduct Variable

## All-Salaried Employee Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---:|---|---:|---:|
| Conduct | -0.0344 | *** | 0.0008 | -41.98 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6978 | *** | 0.0054 | 129.27 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7416 | *** | 0.0026 | 279.85 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4943 | *** | 0.0017 | 293.50 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6687 | *** | 0.0024 | 282.48 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7117 | *** | 0.0057 | 124.33 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6961 | *** | 0.0069 | 100.42 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8118 | *** | 0.0363 | 22.36 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.2934 | *** | 0.0053 | 55.74 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2595 | *** | 0.0027 | 95.36 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3734 | *** | 0.0016 | 229.06 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3005 | *** | 0.0023 | 130.49 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2522 | *** | 0.0055 | 45.49 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1992 | *** | 0.0067 | 29.64 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1798 | *** | 0.0367 | 4.90 |
| Log(Age) (Years) | -0.0105 | | 0.0328 | -0.32 |
| Log(Age)^2 | -0.0076 | * | 0.0044 | -1.72 |
| Log(Company Tenure) (Months) | 0.0083 | * | 0.0050 | 1.66 |
| Log(Company Tenure)^2 | -0.0009 | * | 0.0006 | -1.66 |
| Male | 0.0027 | *** | 0.0005 | 5.02 |
| DLog(Information Sector Employment in San-Jose) | 1.4135 | *** | 0.0136 | 103.90 |
| Log(Total Number of Transfers Among Defendants) | 0.0959 | *** | 0.0015 | 63.66 |
| Year (trend) | -0.0039 | *** | 0.0003 | -14.53 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0169 | *** | 0.0008 | 21.61 |
| Log(Total Number of New Hires) | -0.2478 | *** | 0.0021 | -116.78 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.1027 | *** | 0.0034 | -30.20 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.2162 | *** | 0.0033 | 66.49 |
| APPLE | 0.0607 | *** | 0.0162 | 3.75 |
| GOOGLE | 1.0320 | *** | 0.0174 | 59.42 |
| INTEL | 0.1516 | *** | 0.0146 | 10.40 |
| INTUIT | 0.1473 | *** | 0.0193 | 7.64 |
| PIXAR | 0.7075 | *** | 0.0422 | 16.77 |
| LUCASFILM | 0.1256 | *** | 0.0480 | 2.61 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.926** | | | |
| Observations | **504,897** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.

# Appendix 10B

## Dr. Leamer's Figure 23 Regression Using a Single Conduct Variable

Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---:|---|---:|---:|
| Conduct | -0.0234 | *** | 0.0011 | -20.94 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6643 | *** | 0.0072 | 91.76 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7212 | *** | 0.0037 | 197.36 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4403 | *** | 0.0022 | 203.78 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6407 | *** | 0.0030 | 215.53 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.6578 | *** | 0.0084 | 78.28 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6523 | *** | 0.0106 | 61.69 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8457 | *** | 0.0692 | 12.21 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3158 | *** | 0.0071 | 44.58 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2581 | *** | 0.0038 | 68.54 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3629 | *** | 0.0021 | 173.68 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3171 | *** | 0.0029 | 110.18 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2967 | *** | 0.0081 | 36.48 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1054 | *** | 0.0097 | 10.89 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1456 | ** | 0.0694 | 2.10 |
| Log(Age) (Years) | -0.1807 | *** | 0.0463 | -3.90 |
| Log(Age)^2 | 0.0146 | ** | 0.0063 | 2.32 |
| Log(Company Tenure) (Months) | 0.0326 | *** | 0.0068 | 4.78 |
| Log(Company Tenure)^2 | -0.0028 | *** | 0.0008 | -3.78 |
| Male | 0.0065 | *** | 0.0008 | 7.89 |
| DLog(Information Sector Employment in San-Jose) | 1.5271 | *** | 0.0189 | 80.81 |
| Log(Total Number of Transfers Among Defendants) | 0.0983 | *** | 0.0020 | 48.08 |
| Year (trend) | -0.0009 | *** | 0.0004 | -2.52 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0154 | *** | 0.0011 | 14.31 |
| Log(Total Number of New Hires) | -0.2724 | *** | 0.0029 | -93.07 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0811 | *** | 0.0047 | -17.17 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.2127 | *** | 0.0044 | 48.43 |
| APPLE | 0.1244 | *** | 0.0245 | 5.08 |
| GOOGLE | 1.3816 | *** | 0.0259 | 53.33 |
| INTEL | 0.1573 | *** | 0.0219 | 7.19 |
| INTUIT | 0.1486 | *** | 0.0315 | 4.71 |
| PIXAR | 1.5543 | *** | 0.0771 | 20.17 |
| LUCASFILM | 0.0296 | | 0.1038 | 0.29 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.874** | | | |
| Observations | **292,489** | | | |

Note: *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source: Dr. Leamer's backup data and materials.

# Appendix 10C

| "Undercompensation" Estimates Using a Single Conduct Variable in Dr. Leamer's Regression | vs. | "Undercompensation" Estimates in Dr. Leamer's Figures 22 and 24 |

## All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | -1.72% | -1.72% | -1.72% | -1.72% |  | -11.95% | -10.29% | 2005 | -1.61% | -1.59% | -1.78% | -1.67% |  | -12.13% | -10.56% |
| 2006 | -4.63% | -4.71% | -4.28% | -4.58% |  | -14.77% | -12.23% | 2006 | -4.28% | -4.43% | -4.44% | -4.70% |  | -14.63% | -12.44% |
| 2007 | -7.17% | -7.37% | -6.19% | -7.02% | -3.44% | -17.58% | -14.00% | 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | -9.80% | -10.13% | -8.10% | -9.51% | -5.88% | -20.36% | -15.61% | 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | -9.80% | -10.28% | -7.17% | -9.32% | -5.91% | -20.55% | -14.52% | 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |

## Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | -1.17% | -1.17% | -1.17% | -1.17% |  | -8.33% | -6.08% | 2005 | -1.56% | -1.90% | -3.07% | -1.64% |  | -10.80% | -9.28% |
| 2006 | -3.12% | -3.19% | -2.86% | -3.09% |  | -10.31% | -6.85% | 2006 | -4.29% | -4.96% | -7.23% | -3.06% |  | -14.77% | -10.47% |
| 2007 | -4.78% | -4.94% | -4.03% | -4.69% | -2.34% | -12.27% | -7.45% | 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | -6.50% | -6.73% | -5.15% | -6.33% | -3.88% | -14.22% | -7.92% | 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | -6.42% | -6.71% | -4.31% | -6.13% | -3.83% | -14.40% | -6.54% | 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |

Source: Leamer Figure 20 and 23 regressions excluding conduct interactions with age and hiring rate.

# Appendix 11A

## Dr. Leamer's Figure 20 Regression Including Defendant-Specific Conduct Variables

### All-Salaried Employee Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | St. Error | T-Value |
|---|---|---|---|
| ADOBE * Conduct | 0.0053 * | 0.0028 | 1.89 |
| APPLE * Conduct | -0.0139 *** | 0.0019 | -7.37 |
| GOOGLE * Conduct | -0.0969 *** | 0.0021 | -45.25 |
| INTEL * Conduct | -0.0304 *** | 0.0009 | -33.37 |
| INTUIT * Conduct | -0.0600 *** | 0.0026 | -23.17 |
| PIXAR * Conduct | 0.0396 *** | 0.0048 | 8.34 |
| LUCASFILM * Conduct | 0.0000 | 0.0075 | 0.00 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6855 *** | 0.0056 | 122.85 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7361 *** | 0.0027 | 276.84 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4858 *** | 0.0017 | 283.31 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6721 *** | 0.0024 | 283.28 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7173 *** | 0.0058 | 122.92 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6857 *** | 0.0055 | 124.10 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.7984 *** | 0.0364 | 21.92 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3056 *** | 0.0055 | 56.03 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2645 *** | 0.0027 | 96.26 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3741 *** | 0.0016 | 228.53 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.2976 *** | 0.0023 | 128.96 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2466 *** | 0.0056 | 43.72 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1758 *** | 0.0053 | 33.30 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.2003 *** | 0.0369 | 5.43 |
| Log(Age) (Years) | -0.0244 | 0.0327 | -0.75 |
| Log(Age)^2 | -0.0057 | 0.0044 | -1.28 |
| Log(Company Tenure) (Months) | -0.0128 *** | 0.0050 | -2.55 |
| Log(Company Tenure)^2 | 0.0013 *** | 0.0006 | 2.42 |
| Male | 0.0032 *** | 0.0005 | 5.82 |
| DLog(Information Sector Employment in San-Jose) | 1.4228 *** | 0.0136 | 104.42 |
| Log(Total Number of Transfers Among Defendants) | 0.0800 *** | 0.0015 | 53.90 |
| Year (trend) | -0.0032 *** | 0.0003 | -12.13 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0128 *** | 0.0008 | 16.20 |
| Log(Total Number of New Hires) | -0.2273 *** | 0.0021 | -108.21 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0677 *** | 0.0033 | -20.55 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.1461 *** | 0.0029 | 50.95 |
| APPLE | 0.0492 *** | 0.0163 | 3.02 |
| GOOGLE | 1.0950 *** | 0.0176 | 62.24 |
| INTEL | 0.1587 *** | 0.0147 | 10.82 |
| INTUIT | 0.1818 *** | 0.0193 | 9.40 |
| PIXAR | 0.7905 *** | 0.0264 | 29.96 |
| LUCASFILM | 0.0271 | 0.0503 | 0.54 |
| Location (State) Indicators | YES | | |
| Constant | YES | | |
| R-Square | 0.926 | | |
| Observations | 508,969 | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 11B

## Dr. Leamer's Figure 23 Regression Including Defendant-Specific Conduct Variables

Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---:|---|---:|---:|
| ADOBE * Conduct | 0.0175 | *** | 0.0036 | 4.80 |
| APPLE * Conduct | -0.0227 | *** | 0.0026 | -8.71 |
| GOOGLE * Conduct | -0.1219 | *** | 0.0029 | -42.51 |
| INTEL * Conduct | -0.0124 | *** | 0.0012 | -10.12 |
| INTUIT * Conduct | -0.0512 | *** | 0.0040 | -12.96 |
| PIXAR * Conduct | 0.0800 | *** | 0.0061 | 13.10 |
| LUCASFILM * Conduct | 0.0204 | | 0.0130 | 1.57 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6517 | *** | 0.0075 | 86.93 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7204 | *** | 0.0036 | 197.54 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4279 | *** | 0.0022 | 195.45 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6449 | *** | 0.0030 | 217.17 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.6682 | *** | 0.0086 | 77.99 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6623 | *** | 0.0081 | 81.28 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.7861 | *** | 0.0701 | 11.21 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3285 | *** | 0.0074 | 44.62 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2566 | *** | 0.0038 | 67.66 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3684 | *** | 0.0021 | 175.48 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3140 | *** | 0.0029 | 109.24 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2870 | *** | 0.0083 | 34.76 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1014 | *** | 0.0075 | 13.58 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.2148 | *** | 0.0707 | 3.04 |
| Log(Age) (Years) | -0.2111 | *** | 0.0461 | -4.58 |
| Log(Age)^2 | 0.0187 | *** | 0.0063 | 2.99 |
| Log(Company Tenure) (Months) | 0.0011 | | 0.0068 | 0.16 |
| Log(Company Tenure)^2 | 0.0005 | | 0.0008 | 0.73 |
| Male | 0.0067 | *** | 0.0008 | 8.24 |
| DLog(Information Sector Employment in San-Jose) | 1.5258 | *** | 0.0189 | 80.88 |
| Log(Total Number of Transfers Among Defendants) | 0.0805 | *** | 0.0020 | 40.21 |
| Year (trend) | 0.0000 | | 0.0004 | -0.08 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0145 | *** | 0.0011 | 13.40 |
| Log(Total Number of New Hires) | -0.2548 | *** | 0.0029 | -88.38 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0402 | *** | 0.0045 | -8.91 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.1324 | *** | 0.0038 | 34.60 |
| APPLE | 0.1309 | *** | 0.0246 | 5.32 |
| GOOGLE | 1.4469 | *** | 0.0261 | 55.52 |
| INTEL | 0.1653 | *** | 0.0220 | 7.53 |
| INTUIT | 0.1840 | *** | 0.0315 | 5.83 |
| PIXAR | 1.3668 | *** | 0.0455 | 30.03 |
| LUCASFILM | -0.0872 | | 0.1064 | -0.82 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | 0.874 | | | |
| Observations | 295,136 | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 11C

| "Undercompensation" Estimates Using Defendant-Specific Conduct Variables in Dr. Leamer's Regression | vs. | "Undercompensation" Estimates in Dr. Leamer's Figures 22 and 24 |

## All-Salaried Employee Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | | Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 0.26% | -0.69% | -4.85% | -1.52% |  | 0.01% | 11.48% | | 2005 | -1.61% | -1.59% | -1.78% | -1.67% |  | -12.13% | -10.56% |
| 2006 | 0.71% | -1.90% | -12.04% | -4.06% |  | 0.01% | 13.46% | | 2006 | -4.28% | -4.43% | -4.44% | -4.70% |  | -14.63% | -12.44% |
| 2007 | 1.09% | -2.97% | -17.35% | -6.23% | -6.00% | 0.01% | 15.21% | | 2007 | -6.64% | -6.94% | -6.39% | -7.46% | -3.24% | -17.24% | -14.28% |
| 2008 | 1.49% | -4.08% | -22.63% | -8.44% | -10.30% | 0.02% | 16.76% | | 2008 | -9.08% | -9.56% | -8.40% | -10.05% | -5.64% | -19.94% | -15.76% |
| 2009 | 1.49% | -4.13% | -19.91% | -8.28% | -10.36% | 0.02% | 15.16% | | 2009 | -9.15% | -9.73% | -7.51% | -9.95% | -5.70% | -20.12% | -14.65% |

## Technical, Creative and R&D Class

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | | Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | 0.87% | -1.13% | -6.09% | -0.62% |  | 7.02% | 21.01% | | 2005 | -1.56% | -1.90% | -3.07% | -1.64% |  | -10.80% | -9.28% |
| 2006 | 2.32% | -3.08% | -14.79% | -1.64% |  | 8.71% | 23.69% | | 2006 | -4.29% | -4.96% | -7.23% | -3.06% |  | -14.77% | -10.47% |
| 2007 | 3.55% | -4.78% | -20.76% | -2.50% | -5.12% | 10.39% | 25.82% | | 2007 | -6.48% | -7.79% | -9.36% | -3.38% | -3.41% | -18.08% | -10.61% |
| 2008 | 4.82% | -6.50% | -26.52% | -3.37% | -8.55% | 12.08% | 27.50% | | 2008 | -8.80% | -10.64% | -11.20% | -4.76% | -5.21% | -20.44% | -11.87% |
| 2009 | 4.74% | -6.47% | -22.04% | -3.27% | -8.46% | 12.24% | 22.83% | | 2009 | -8.44% | -10.51% | -9.00% | -4.19% | -4.96% | -20.54% | -9.62% |

Source: Leamer Figure 20 and 23 regressions excluding conduct interactions with age and hiring rate, and including company-conduct interactions.
Pixar revenue data after 2005 are included.

# Appendix 12A

## Dr. Leamer's Figure 20 Regression Using Pre-Conduct Period as Benchmark

### All-Salaried Employee Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---:|---|---:|---:|
| Conduct * Age | 0.0056 | *** | 0.0005 | 10.83 |
| Conduct * Age^2 | -0.0001 | *** | 0.0000 | -11.78 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | -0.0391 | *** | 0.0010 | -40.01 |
| Conduct | -0.2432 | *** | 0.0111 | -21.97 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.7667 | *** | 0.0062 | 122.75 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7374 | *** | 0.0033 | 223.86 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.5619 | *** | 0.0023 | 245.29 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6743 | *** | 0.0026 | 263.51 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7086 | *** | 0.0062 | 114.53 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6957 | *** | 0.0056 | 123.46 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.7392 | *** | 0.0390 | 18.95 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.2167 | *** | 0.0061 | 35.43 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2637 | *** | 0.0034 | 77.79 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3504 | *** | 0.0020 | 178.13 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.2932 | *** | 0.0025 | 118.61 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2459 | *** | 0.0059 | 41.50 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1477 | *** | 0.0054 | 27.16 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.2434 | *** | 0.0395 | 6.16 |
| Log(Age) (Years) | -0.4166 | *** | 0.0537 | -7.75 |
| Log(Age)^2 | 0.0498 | *** | 0.0073 | 6.79 |
| Log(Company Tenure) (Months) | 0.0684 | *** | 0.0057 | 12.04 |
| Log(Company Tenure)^2 | -0.0068 | *** | 0.0006 | -10.87 |
| Male | 0.0030 | *** | 0.0006 | 4.83 |
| DLog(Information Sector Employment in San-Jose) | 1.2592 | *** | 0.0166 | 75.70 |
| Log(Total Number of Transfers Among Defendants) | 0.0789 | *** | 0.0018 | 42.98 |
| Year (trend) | -0.0105 | *** | 0.0003 | -29.97 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0197 | *** | 0.0010 | 19.03 |
| Log(Total Number of New Hires) | -0.2174 | *** | 0.0030 | -71.92 |
| Log(Firm Revenue Per Employee/CPI) (-1) | 0.0928 | *** | 0.0045 | 20.50 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.1286 | *** | 0.0033 | 38.95 |
| APPLE | -0.1111 | *** | 0.0194 | -5.71 |
| GOOGLE | 0.6086 | *** | 0.0217 | 28.00 |
| INTEL | 0.1019 | *** | 0.0173 | 5.89 |
| INTUIT | 0.2270 | *** | 0.0223 | 10.17 |
| PIXAR | 0.9625 | *** | 0.0302 | 31.82 |
| LUCASFILM | -0.1298 | ** | 0.0626 | -2.07 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| **R-Square** | **0.924** | | | |
| Observations | **381,288** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 12B

## Dr. Leamer's Figure 23 Regression Using Pre-Conduct Period as Benchmark

Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | St. Error | T-Value |
|---|---|---|---|
| Conduct * Age | 0.0061 *** | 0.0008 | 8.05 |
| Conduct * Age^2 | -0.0001 *** | 0.0000 | -8.90 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | -0.0546 *** | 0.0013 | -40.90 |
| Conduct | -0.2967 *** | 0.0159 | -18.61 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.7426 *** | 0.0083 | 89.58 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7137 *** | 0.0047 | 151.39 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4868 *** | 0.0031 | 157.85 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6285 *** | 0.0032 | 195.11 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.6641 *** | 0.0093 | 71.55 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6794 *** | 0.0084 | 81.00 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.6826 *** | 0.0827 | 8.25 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.2307 *** | 0.0081 | 28.45 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2675 *** | 0.0049 | 54.82 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3341 *** | 0.0026 | 129.27 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3232 *** | 0.0031 | 104.05 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2842 *** | 0.0088 | 32.11 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.0644 *** | 0.0078 | 8.27 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.2566 *** | 0.0822 | 3.12 |
| Log(Age) (Years) | -0.5769 *** | 0.0798 | -7.23 |
| Log(Age)^2 | 0.0720 *** | 0.0109 | 6.59 |
| Log(Company Tenure) (Months) | 0.0994 *** | 0.0079 | 12.64 |
| Log(Company Tenure)^2 | -0.0093 *** | 0.0009 | -10.65 |
| Male | 0.0065 *** | 0.0009 | 6.89 |
| DLog(Information Sector Employment in San-Jose) | 1.1685 *** | 0.0234 | 49.89 |
| Log(Total Number of Transfers Among Defendants) | 0.0782 *** | 0.0025 | 30.91 |
| Year (trend) | -0.0042 *** | 0.0005 | -8.83 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0239 *** | 0.0014 | 16.49 |
| Log(Total Number of New Hires) | -0.2084 *** | 0.0043 | -48.83 |
| Log(Firm Revenue Per Employee/CPI) (-1) | 0.1131 *** | 0.0062 | 18.39 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.1164 *** | 0.0044 | 26.21 |
| APPLE | -0.0573 ** | 0.0292 | -1.96 |
| GOOGLE | 1.1501 *** | 0.0330 | 34.87 |
| INTEL | 0.1375 *** | 0.0256 | 5.38 |
| INTUIT | 0.2064 *** | 0.0364 | 5.67 |
| PIXAR | 1.5840 *** | 0.0521 | 30.41 |
| LUCASFILM | 0.0853 | 0.1652 | 0.52 |
| Location (State) Indicators | YES | | |
| Constant | YES | | |
| R-Square | **0.866** | | |
| Observations | **216,253** | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 12C

## Dr. Leamer's Figure 20 Regression Using Post-Conduct Period as Benchmark

## All-Salaried Employee Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | St. Error | T-Value |
|---|---|---|---|
| Conduct * Age | 0.0078 *** | 0.0006 | 13.85 |
| Conduct * Age^2 | -0.0001 *** | 0.0000 | -13.31 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0114 *** | 0.0009 | 12.67 |
| Conduct | -0.0973 *** | 0.0121 | -8.06 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.7630 *** | 0.0069 | 110.30 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7349 *** | 0.0029 | 250.23 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.5002 *** | 0.0018 | 277.95 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6763 *** | 0.0034 | 200.70 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.8207 *** | 0.0103 | 79.39 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.7036 *** | 0.0058 | 122.35 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8750 *** | 0.0378 | 23.12 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.2528 *** | 0.0070 | 36.11 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2602 *** | 0.0031 | 85.08 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3684 *** | 0.0017 | 213.20 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3235 *** | 0.0034 | 95.84 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.1548 *** | 0.0104 | 14.95 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1769 *** | 0.0055 | 32.24 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1143 *** | 0.0382 | 2.99 |
| Log(Age) (Years) | -0.6760 *** | 0.0560 | -12.08 |
| Log(Age)^2 | 0.0797 *** | 0.0076 | 10.55 |
| Log(Company Tenure) (Months) | -0.0254 *** | 0.0058 | -4.39 |
| Log(Company Tenure)^2 | 0.0020 *** | 0.0006 | 3.21 |
| Male | 0.0021 *** | 0.0006 | 3.34 |
| DLog(Information Sector Employment in San-Jose) | -0.8493 *** | 0.0541 | -15.70 |
| Log(Total Number of Transfers Among Defendants) | 0.0287 *** | 0.0019 | 15.14 |
| Year (trend) | 0.0113 *** | 0.0005 | 23.30 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | -0.0325 *** | 0.0012 | -26.15 |
| Log(Total Number of New Hires) | 0.0683 *** | 0.0059 | 11.64 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0268 *** | 0.0040 | -6.61 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.1248 *** | 0.0032 | 39.43 |
| APPLE | 0.2203 *** | 0.0187 | 11.80 |
| GOOGLE | 1.1437 *** | 0.0196 | 58.31 |
| INTEL | 0.0757 *** | 0.0169 | 4.47 |
| INTUIT | 0.2278 *** | 0.0247 | 9.23 |
| PIXAR | 0.8522 *** | 0.0283 | 30.13 |
| LUCASFILM | 0.1705 *** | 0.0507 | 3.36 |
| Location (State) Indicators | YES | | |
| Constant | YES | | |
| R-Square | **0.922** | | |
| Observations | **399,299** | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 12D

## Dr. Leamer's Figure 23 Regression Using Post-Conduct Period as Benchmark

### Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | St. Error | T-Value |
|---|---|---|---|
| Conduct * Age | 0.0096 *** | 0.0008 | 12.31 |
| Conduct * Age^2 | -0.0001 *** | 0.0000 | -11.96 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0008 | 0.0012 | 0.70 |
| Conduct | -0.1544 *** | 0.0165 | -9.37 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.7523 *** | 0.0092 | 81.89 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7161 *** | 0.0039 | 181.32 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4438 *** | 0.0023 | 193.37 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6464 *** | 0.0041 | 156.05 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7732 *** | 0.0151 | 51.22 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.7071 *** | 0.0085 | 83.39 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.9511 *** | 0.0719 | 13.24 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.2530 *** | 0.0094 | 26.98 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2581 *** | 0.0041 | 62.57 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3655 *** | 0.0022 | 165.61 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3478 *** | 0.0041 | 84.01 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.1837 *** | 0.0151 | 12.18 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1052 *** | 0.0078 | 13.57 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.0413 | 0.0720 | 0.57 |
| Log(Age) (Years) | -0.9447 *** | 0.0755 | -12.51 |
| Log(Age)^2 | 0.1145 *** | 0.0102 | 11.21 |
| Log(Company Tenure) (Months) | -0.0094 | 0.0078 | -1.21 |
| Log(Company Tenure)^2 | 0.0008 | 0.0009 | 0.98 |
| Male | 0.0065 *** | 0.0009 | 6.91 |
| DLog(Information Sector Employment in San-Jose) | -0.9430 *** | 0.0718 | -13.14 |
| Log(Total Number of Transfers Among Defendants) | 0.0088 *** | 0.0026 | 3.41 |
| Year (trend) | 0.0148 *** | 0.0006 | 22.84 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | -0.0367 *** | 0.0017 | -21.93 |
| Log(Total Number of New Hires) | 0.0834 *** | 0.0078 | 10.64 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0112 ** | 0.0054 | -2.05 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.1110 *** | 0.0042 | 26.40 |
| APPLE | 0.2949 *** | 0.0283 | 10.42 |
| GOOGLE | 1.4735 *** | 0.0292 | 50.43 |
| INTEL | 0.0390 | 0.0255 | 1.53 |
| INTUIT | 0.2932 *** | 0.0406 | 7.21 |
| PIXAR | 1.2492 *** | 0.0487 | 25.67 |
| LUCASFILM | 0.0692 | 0.1083 | 0.64 |
| Location (State) Indicators | YES | | |
| Constant | YES | | |
| R-Square | **0.869** | | |
| Observations | **236,748** | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 13A

## Dr. Leamer's Figure 20 Regression Estimated Using Non-Conduct Period Data

## All-Salaried Employee Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---|---|---|---|
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6108 | *** | 0.0072 | 84.47 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7408 | *** | 0.0036 | 205.55 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4578 | *** | 0.0026 | 175.14 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6685 | *** | 0.0034 | 196.94 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7266 | *** | 0.0063 | 115.16 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.8377 | *** | 0.0219 | 38.18 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.9990 | *** | 0.0845 | 11.82 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3441 | *** | 0.0067 | 51.72 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2708 | *** | 0.0036 | 74.65 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3957 | *** | 0.0028 | 141.55 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.2620 | *** | 0.0032 | 81.66 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2413 | *** | 0.0060 | 40.26 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1329 | *** | 0.0201 | 6.60 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.0161 | | 0.0856 | 0.19 |
| Log(Age) (Years) | 0.0292 | | 0.0436 | 0.67 |
| Log(Age)^2 | -0.0122 | ** | 0.0059 | -2.07 |
| Log(Company Tenure) (Months) | -0.0613 | *** | 0.0071 | -8.59 |
| Log(Company Tenure)^2 | 0.0064 | *** | 0.0008 | 8.21 |
| Male | 0.0041 | *** | 0.0007 | 5.58 |
| DLog(Information Sector Employment in San-Jose) | 1.3739 | *** | 0.0252 | 54.58 |
| Log(Total Number of Transfers Among Defendants) | 0.0610 | *** | 0.0027 | 22.79 |
| Year (trend) | 0.0028 | *** | 0.0007 | 3.93 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0365 | *** | 0.0013 | 27.33 |
| Log(Total Number of New Hires) | -0.2303 | *** | 0.0053 | -43.47 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0961 | *** | 0.0048 | -19.94 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.0715 | *** | 0.0062 | 11.50 |
| APPLE | -0.2454 | *** | 0.0216 | -11.37 |
| GOOGLE | 0.8453 | *** | 0.0233 | 36.31 |
| INTEL | 0.1981 | *** | 0.0195 | 10.18 |
| INTUIT | -0.0736 | *** | 0.0242 | -3.04 |
| PIXAR | -0.0559 | | 0.0473 | -1.18 |
| LUCASFILM | -0.2748 | *** | 0.0708 | -3.88 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.937** | | | |
| Observations | **237,351** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 13B

## Dr. Leamer's Figure 23 Regression Estimated Using Non-Conduct Period Data

Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---:|---|---:|---:|
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.5929 | *** | 0.0100 | 59.23 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7428 | *** | 0.0049 | 151.07 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4205 | *** | 0.0033 | 129.36 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6526 | *** | 0.0043 | 153.41 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7101 | *** | 0.0092 | 76.79 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.9381 | *** | 0.0359 | 26.12 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.9713 | *** | 0.1224 | 7.94 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3475 | *** | 0.0092 | 37.69 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2392 | *** | 0.0050 | 48.28 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3895 | *** | 0.0036 | 108.96 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.2660 | *** | 0.0040 | 66.55 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2593 | *** | 0.0087 | 29.69 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.0343 | | 0.0307 | 1.12 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.0629 | | 0.1247 | 0.50 |
| Log(Age) (Years) | -0.2740 | *** | 0.0614 | -4.46 |
| Log(Age)^2 | 0.0282 | *** | 0.0083 | 3.38 |
| Log(Company Tenure) (Months) | -0.0758 | *** | 0.0096 | -7.89 |
| Log(Company Tenure)^2 | 0.0086 | *** | 0.0011 | 8.09 |
| Male | 0.0071 | *** | 0.0011 | 6.43 |
| DLog(Information Sector Employment in San-Jose) | 1.3635 | *** | 0.0362 | 37.70 |
| Log(Total Number of Transfers Among Defendants) | 0.0650 | *** | 0.0038 | 17.33 |
| Year (trend) | 0.0034 | *** | 0.0011 | 3.16 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0495 | *** | 0.0018 | 26.92 |
| Log(Total Number of New Hires) | -0.2480 | *** | 0.0078 | -31.98 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.0458 | *** | 0.0067 | -6.82 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.0388 | *** | 0.0086 | 4.51 |
| APPLE | -0.1750 | *** | 0.0326 | -5.37 |
| GOOGLE | 0.9977 | *** | 0.0343 | 29.13 |
| INTEL | 0.2041 | *** | 0.0293 | 6.96 |
| INTUIT | -0.1603 | *** | 0.0388 | -4.13 |
| PIXAR | -0.1585 | * | 0.0893 | -1.77 |
| LUCASFILM | -0.5484 | *** | 0.1265 | -4.34 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.895** | | | |
| Observations | **137,271** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.  Pixar revenue data after 2005 are included.

# Appendix 14A

## Dr. Leamer's Figure 20 Regression Including Change in S&P 500

All-Salaried Employee Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---:|---|---:|---:|
| Conduct * Age | 0.0066 | *** | 0.0005 | 13.98 |
| Conduct * Age^2 | -0.0001 | *** | 0.0000 | -13.83 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0043 | *** | 0.0008 | 5.54 |
| Conduct | -0.1309 | *** | 0.0100 | -13.04 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6894 | *** | 0.0054 | 126.98 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7449 | *** | 0.0027 | 280.12 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4988 | *** | 0.0017 | 293.05 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6678 | *** | 0.0024 | 282.12 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.7070 | *** | 0.0058 | 122.77 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6943 | *** | 0.0069 | 100.22 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8204 | *** | 0.0363 | 22.62 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3023 | *** | 0.0053 | 57.04 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2581 | *** | 0.0027 | 94.33 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3694 | *** | 0.0016 | 225.49 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3012 | *** | 0.0023 | 130.80 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2567 | *** | 0.0056 | 46.04 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1985 | *** | 0.0067 | 29.56 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1737 | *** | 0.0366 | 4.74 |
| Log(Age) (Years) | -0.3495 | *** | 0.0415 | -8.42 |
| Log(Age)^2 | 0.0380 | *** | 0.0056 | 6.74 |
| Log(Company Tenure) (Months) | 0.0039 | | 0.0050 | 0.78 |
| Log(Company Tenure)^2 | -0.0005 | | 0.0006 | -0.92 |
| Male | 0.0027 | *** | 0.0005 | 4.93 |
| DLog(Information Sector Employment in San-Jose) | 1.5373 | *** | 0.0151 | 101.59 |
| Log(Total Number of Transfers Among Defendants) | 0.0566 | *** | 0.0020 | 27.69 |
| DLog(S&P 500 Net Total Return Index/CPI) | 0.0656 | *** | 0.0023 | 28.72 |
| Year (trend) | 0.0026 | *** | 0.0003 | 7.45 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0135 | *** | 0.0009 | 14.55 |
| Log(Total Number of New Hires) | -0.2182 | *** | 0.0024 | -92.01 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.1319 | *** | 0.0037 | -36.14 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.2371 | *** | 0.0033 | 70.97 |
| APPLE | 0.0747 | *** | 0.0162 | 4.62 |
| GOOGLE | 1.0592 | *** | 0.0174 | 60.95 |
| INTEL | 0.1542 | *** | 0.0146 | 10.59 |
| INTUIT | 0.1485 | *** | 0.0193 | 7.71 |
| PIXAR | 0.7001 | *** | 0.0422 | 16.60 |
| LUCASFILM | 0.1483 | *** | 0.0480 | 3.09 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.926** | | | |
| Observations | **504,897** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.

# Appendix 14B

## Dr. Leamer's Figure 23 Regression Including Change in S&P 500

Technical, Creative and R&D Class

**Dependant Variable:** Log(Total Annual Compensation/CPI)

| Variable | Estimate | | St. Error | T-Value |
|---|---:|---|---:|---:|
| Conduct * Age | 0.0077 | *** | 0.0007 | 11.44 |
| Conduct * Age^2 | -0.0001 | *** | 0.0000 | -11.18 |
| Conduct * Log(Number of New Hires In the Firm/Number of Employees(-1)) | -0.0099 | *** | 0.0010 | -9.44 |
| Conduct | -0.1717 | *** | 0.0141 | -12.16 |
| ADOBE * Log(Total Annual Compensation/CPI) (-1) | 0.6662 | *** | 0.0073 | 91.42 |
| APPLE * Log(Total Annual Compensation/CPI) (-1) | 0.7299 | *** | 0.0037 | 199.33 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-1) | 0.4425 | *** | 0.0022 | 202.73 |
| INTEL * Log(Total Annual Compensation/CPI) (-1) | 0.6405 | *** | 0.0030 | 215.77 |
| INTUIT * Log(Total Annual Compensation/CPI) (-1) | 0.6672 | *** | 0.0085 | 78.91 |
| PIXAR * Log(Total Annual Compensation/CPI) (-1) | 0.6508 | *** | 0.0106 | 61.63 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-1) | 0.8548 | *** | 0.0691 | 12.37 |
| ADOBE * Log(Total Annual Compensation/CPI) (-2) | 0.3141 | *** | 0.0071 | 44.00 |
| APPLE * Log(Total Annual Compensation/CPI) (-2) | 0.2505 | *** | 0.0038 | 66.22 |
| GOOGLE * Log(Total Annual Compensation/CPI) (-2) | 0.3607 | *** | 0.0021 | 171.44 |
| INTEL * Log(Total Annual Compensation/CPI) (-2) | 0.3177 | *** | 0.0029 | 110.53 |
| INTUIT * Log(Total Annual Compensation/CPI) (-2) | 0.2888 | *** | 0.0082 | 35.32 |
| PIXAR * Log(Total Annual Compensation/CPI) (-2) | 0.1053 | *** | 0.0097 | 10.90 |
| LUCASFILM * Log(Total Annual Compensation/CPI) (-2) | 0.1398 | ** | 0.0692 | 2.02 |
| Log(Age) (Years) | -0.5757 | *** | 0.0587 | -9.80 |
| Log(Age)^2 | 0.0676 | *** | 0.0080 | 8.46 |
| Log(Company Tenure) (Months) | 0.0204 | *** | 0.0068 | 3.00 |
| Log(Company Tenure)^2 | -0.0016 | ** | 0.0008 | -2.14 |
| Male | 0.0064 | *** | 0.0008 | 7.86 |
| DLog(Information Sector Employment in San-Jose) | 1.5716 | *** | 0.0209 | 75.07 |
| Log(Total Number of Transfers Among Defendants) | 0.0443 | *** | 0.0028 | 16.05 |
| DLog(S&P 500 Net Total Return Index/CPI) | 0.0881 | *** | 0.0031 | 28.55 |
| Year (trend) | 0.0078 | *** | 0.0005 | 16.67 |
| Log(Number of New Hires In the Firm/Number of Employees(-1)) | 0.0213 | *** | 0.0013 | 16.62 |
| Log(Total Number of New Hires) | -0.2308 | *** | 0.0033 | -70.79 |
| Log(Firm Revenue Per Employee/CPI) (-1) | -0.1028 | *** | 0.0051 | -20.31 |
| DLog(Firm Revenue Per Employee/CPI) (-1) | 0.2359 | *** | 0.0045 | 52.12 |
| APPLE | 0.1328 | *** | 0.0244 | 5.44 |
| GOOGLE | 1.4013 | *** | 0.0259 | 54.09 |
| INTEL | 0.1574 | *** | 0.0218 | 7.20 |
| INTUIT | 0.1378 | *** | 0.0315 | 4.38 |
| PIXAR | 1.5355 | *** | 0.0770 | 19.94 |
| LUCASFILM | 0.0399 | | 0.1036 | 0.38 |
| Location (State) Indicators | YES | | | |
| Constant | YES | | | |
| R-Square | **0.875** | | | |
| Observations | **292,489** | | | |

Note:  *** Significant at 1% level, ** Significant at 5% level, * Significant at 10% level.
Source:  Dr. Leamer's backup data and materials.