Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

SFI-853890

Kahn Declaration ISO Defs.'
Joint Adm. Motion to Seal
Master Docket No. 11-CV-2509-LHK

I, Lin W. Kahn, declare as follows:

1. I am an attorney with the law firm of Jones Day, counsel for Defendant Adobe Systems Inc. ("Adobe") in the above-captioned action. I am admitted to practice law before this Court. I submit this declaration in support of Defendants' Joint Administrative Motion to File Under Seal. As an attorney involved in the defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

2. I have reviewed Exhibit A to the Omnibus Declaration of Christina J. Brown in Support of Defendants' Replies in Support of Joint Motion to Exclude Testimony of Edward E. Leamer, Ph.D. and Joint Motion to Strike Improper Rebuttal Testimony in Dr. Leamer's Reply Expert Report ("Omnibus Brown Declaration").

3. As described below, the information requested to be sealed contains or summarizes Adobe's compensation and recruiting data, practices, strategies and policies. Adobe has designated this information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case. (ECF No. 107).

4. The January 9, 2014 Declaration of Rosemary Arriada-Keiper in Support of Motion to Seal (ECF No. 579) and Declaration of Jeff Vijungco in Support of Motion to Seal (ECF No. 578) establish that Adobe's compensation data, practices, strategies and policies, as well as its recruiting data, practices, strategies and policies (such as the information sought to be redacted below), are confidential and commercially sensitive. As stated in these declarations, it is Adobe's practice to keep such information confidential, for internal use only, and not to disclose them to the public.

5. Moreover, these declarations establish that the public disclosure of this information would competitively harm Adobe, including impairing its competitive position in recruiting, hiring, and compensating employees. Ms. Arriada-Keiper and Mr. Vijungco declared that Adobe derives independent economic value from keeping its compensation data and compensation, recruiting and hiring practices, strategies, and policies confidential, including keeping it from other persons, entities, and/or competitors who could obtain economic value from

SFI-853890

- 1 -

Kahn Declaration ISO Defs.'
Joint Adm. Motion to Seal
Master Docket No. 11-CV-2509-LHK

its disclosure or use.

6. Furthermore, as stated in the above declarations, the public disclosure of this information, created for internal use, would give third-parties insights into confidential and sensitive aspects of Adobe's operations and deprive Adobe of its investment in developing these practices, strategies, and policies. These declarations further establish that such disclosure would give other entities an unearned advantage by giving them the benefit of knowing how Adobe compensates employees and Adobe's compensation, recruiting, and hiring practices, strategies, and policies.

7. In addition to the above, Adobe's declarations filed in support of the Opposition to Plaintiffs' Motion for Class Certification also establish the confidentiality of Adobe's compensation and recruiting data, practices, strategies and policies. In particular, the Declaration of Donna Morris of Adobe Systems Inc. in Support of the Opposition to Plaintiffs' Motion for Class Certification (ECF No. 215, Exhibit 14) ("11/9/2012 Morris Decl."), paragraph 3, establishes that Adobe's salary and compensation data, policies and strategies are confidential and that public dissemination of that information could cause Adobe competitive harm. The Declaration of Jeff Vijungco of Adobe Systems Inc. in Support of the Opposition to Plaintiffs' Motion for Class Certification (ECF No. 215, Exhibit 15) ("Vijungco Decl."), paragraph 3, similarly establishes that Adobe's recruiting and hiring data, policies and strategies are confidential and that public dissemination of that information could cause Adobe competitive harm.

8. Specifically, Adobe seeks to keep the redacted parts of the following portions of Exhibit A to the Omnibus Brown Declaration under seal:

**Exhibit A, November 12, 2012 Expert Report of Professor Kevin M. Murphy**

9. Adobe seeks to file under seal the redacted portions of the November 12, 2012 Expert Report of Professor Kevin M. Murphy that the Court sealed in its September 30, 2013 Order (ECF No. 509), specifically:

a. **Exhibit 3** contains confidential information about the top twenty previous employers of Adobe's hires. This is confidential employee data that pertains to

SFI-853890

- 2 -

Kahn Declaration ISO Defs.'
Joint Adm. Motion to Seal
Master Docket No. 11-CV-2509-LHK

Adobe's recruiting strategies, methodologies, and practices.

  b. **Appendices 1A, 1C, 2A, and 2C** contain confidential information about the number and percentage of hires at Adobe from other defendants. This is confidential employee data that pertains to Adobe's recruiting strategies, methodologies, and practices.

  c. **Appendices 1B, 1D, 2B, and 2D** contains confidential information about the number and percentage of separations at Adobe that went to other defendants. This is confidential employee data that pertains to Adobe's recruiting strategies, methodologies, and practices.

  d. **Appendices 4A and 4B** contain information about the distribution of base salaries at Adobe. This is confidential employee salary information that pertains to Adobe's compensation methods, strategies, practices and data.

  e. **Appendices 4C** and **4D** contain information about the distribution of total compensation at Adobe. This is confidential employee salary information that pertains to Adobe's compensation methods, strategies, practices and data.

  f. **Appendix 5A** contains information about the distribution of total compensation for the top 10 jobs at Adobe. This is confidential employee salary information that pertains to Adobe's compensation methods, strategies, practices and data.

  g. **Appendix 6A** contains information about the distribution of annual changes in total compensation for the top 10 jobs at Adobe. This is confidential employee salary information that pertains to Adobe's compensation methods, strategies, practices and data.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 27th day of February 2014 in San Francisco, California.

By: */s/ Lin W. Kahn*
Lin W. Kahn

SFI-853890

- 3 -

Kahn Declaration ISO Defs.'
Joint Adm. Motion to Seal
Master Docket No. 11-CV-2509-LHK