EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA  94065
Telephone:     (650) 632-4700
Facsimile:     (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone:     (202) 662-6000
Facsimile:     (202) 662-6291

Attorneys for Defendant
PIXAR and LUCASFILM LTD.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case No.: C 11-CV-2509-LHK

**DECLARATION OF RHONDA
HJORT SUBMITTED IN SUPPORT
OF DEFENDANTS' JOINT
ADMINISTRATIVE MOTION TO
FILE UNDER SEAL FILED
FEBRUARY 27, 2014**

## DECLARATION OF RHONDA HJORT

I, Rhonda Hjort, declare as follows:

1.     I am the Assistant Chief Counsel for Lucasfilm Ltd ("Lucasfilm"), and I am an

attorney licensed to practice law in the State of California.  The matters set forth herein are true

and correct of my own personal knowledge and information provided to me. If called as a witness, I could and would testify competently thereto.

2.      I submit this declaration pursuant to Civil Local Rule 79-5 and this Court's Standing Order with respect to documents that Defendants request be maintained under seal. *See* Defendants' Joint Administrative Motion to File Under Seal filed on February 27, 2014. Lucasfilm requests that certain information designated as confidential by Lucasfilm and lodged under seal be sealed pursuant to Civil Local Rule 79-5. In particular, Lucasfilm requests that the Court maintain under seal portions of the Expert Report of Dr. Kevin M. Murphy ("Murphy Report"), filed as Exhibit A attached to the Declaration of Christina Brown in support of Defendants' Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D. In April 2013, Lucasfilm moved to keep this information under seal, and this Court granted Lucasfilm's request on September 30, 2013. *See* Docket No. 509.

3.      A public version of this report was filed on February 27, 2014. In the public version, the parties redacted those portions that refer to the contents of Lucasfilm's confidential information.

4.      I have reviewed the Murphy Report and Defendants' Administrative Motion. Compelling reasons exist to file under seal the following exhibits and appendices, which contain competitively sensitive and proprietary information about Lucasfilm's hiring and compensation practices. Lucasfilm's proposed redactions to these documents are being lodged with the Court.

Murphy Report

With respect to information regarding Lucasfilm, compelling reasons exist to seal Exhibits 2A (the column showing the number of Lucasfilm employees by year), 2B (the column showing the number of Lucasfilm employees by year), and 5 (the column showing the number of Lucasfilm Software Engineers by year). These materials reflect Lucasfilm's employment figures and breakdowns, which Lucasfilm maintains in strict confidence. Lucasfilm could be competitively harmed if other companies gained access to this information because, among

DECLARATION OF RHONDA HJORT PURSUANT TO
CIVIL LOCAL RULE 79-5 SUBMITTED IN SUPPORT OF
DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO
FILE UNDER SEAL
Case No.: C 11-CV-2509-LHK

2

other things, it would enable a competitor to extrapolate or estimate Lucasfilm's compensation budgets and compensation practices.

Compelling reasons also exist to seal Exhibits 8A (the column showing the composition of total Lucasfilm compensation), 8B  (the column showing the composition of total Lucasfilm compensation), 10 (the chart reflecting Lucasfilm data) and 19 (the column showing Lucasfilm's Average Change in Total Compensation), and Appendices 3A-4D (the columns related to Lucasfilm), 5D, and 6D of the Murphy Report.  The Exhibits and Appendices reflect Lucasfilm's confidential compensation data.  Lucasfilm strictly maintains the confidentiality of its actual compensation numbers.  Lucasfilm could be competitively harmed if other companies gained access to this information because, among other things, it would enable competitors to determine Lucasfilm's pay practices.

Because Lucasfilm has sought to maintain the confidentiality of the materials described above, and because public disclosure of these materials could cause Lucasfilm significant harm, the portions of the documents should be redacted and shielded from disclosure to Lucasfilm's potential competitors.

5.      I declare under penalty of perjury under the laws of the State of California and the United States that the foregoing is true and correct.


Executed on February 27, 2014, in San Francisco, CA.


                                                        Rhonda Hjort