# EXHIBIT 1 TO
# EVANS DECLARATION
# REDACTED VERSION

```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA

                         SAN JOSE DIVISION




       IN RE:  HIGH-TECH EMPLOYEE      )

       ANTITRUST LITIGATION            )

                                       )   No. 11-CV-2509-LHK

       THIS DOCUMENT RELATES TO:       )

       ALL ACTIONS.                    )

       _____ )




               HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY



                    VIDEO DEPOSITION OF ERIC SCHMIDT


                         FEBRUARY 20, 2013


            Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR
```

| | | |
|---|---|---|
| 15:18:48 | 1 | A. No, but we could get you the hiring date of |
| 15:18:50 | 2 | █████████ |
| 15:19:02 | 3 | Q. Okay.  I want to move on now to a different but |
| 15:19:09 | 4 | related topic, and it has to do with Apple and the |
| 15:19:12 | 5 | agreements that Apple had, or policies as you described |
| 15:19:14 | 6 | them, and ask you first to take a look at Exhibit 669. |
| 15:19:54 | 7 | A. Okay. |
| 15:19:58 | 8 | Q. Exhibit 669 is an internal Apple document, as I |
| 15:20:01 | 9 | understand it, although it may be that it was available |
| 15:20:05 | 10 | on websites within Apple.  You are probably more familiar |
| 15:20:09 | 11 | with it, I'm sure, than I am. |
| 15:20:11 | 12 | A. As I -- as I read this, this is a -- an |
| 15:20:15 | 13 | internal email in the Apple internal email system.  And |
| 15:20:19 | 14 | it includes a document that was stored on their internal |
| 15:20:22 | 15 | mac os x server web.  That is internal document from |
| 15:20:30 | 16 | Apple. |
| 15:20:30 | 17 | Q. All right.  And it apparently lists a number of |
| 15:20:35 | 18 | companies that were on, at least according to the |
| 15:20:39 | 19 | document, Apple's do-not-call list. |
| 15:20:42 | 20 | A. That appears to be true. |
| 15:20:43 | 21 | Q. All right.  As a member of the board of |
| 15:20:46 | 22 | directors, were you aware of the companies that Apple had |
| 15:20:50 | 23 | on its do-not-call list? |
| 15:20:52 | 24 | A. I was not. |
| 15:20:53 | 25 | Q. Do you know whether or not that was a topic |

| | | |
|---|---|---|
| 15:20:55 | 1 | that was disclosed to the board of directors? |
| 15:21:00 | 2 | A.  During the time I was on the board, we never |
| 15:21:01 | 3 | had such conversations. |
| 15:21:05 | 4 | Q.  Was the board even aware -- strike that. |
| 15:21:08 | 5 | To your knowledge, was the board even aware |
| 15:21:09 | 6 | that such a list existed at Apple? |
| 15:21:12 | 7 | A.  As I said, there was no discussion of any such |
| 15:21:14 | 8 | topic of any kind.  Had it been discussed before I was on |
| 15:21:19 | 9 | the board, I wouldn't have known.  So -- |
| 15:21:23 | 10 | Q.  I'm sorry? |
| 15:21:24 | 11 | A.  It was never discussed in any meeting I was in |
| 15:21:26 | 12 | at Apple. |
| 15:21:27 | 13 | Q.  Okay.  Did you ever in your conversations with |
| 15:21:29 | 14 | Mr. Jobs talk about companies that Apple had on its |
| 15:21:34 | 15 | do-not-call list, aside from Google? |
| 15:21:36 | 16 | A.  No.  And -- and it may be helpful for me to say |
| 15:21:39 | 17 | that I was unaware of do-not-call policies in any |
| 15:21:42 | 18 | companies aside from Google.  I mean I just -- the fact |
| 15:21:47 | 19 | that these existed was -- frankly this memo was quite |
| 15:21:50 | 20 | interesting to me. |
| 15:21:51 | 21 | Q.  And why is that? |
| 15:21:52 | 22 | A.  Because I didn't know these companies would be |
| 15:21:53 | 23 | on such a list. |
| 15:21:58 | 24 | Q.  Did you not surmise, based upon your knowledge |
| 15:22:03 | 25 | of the Valley generally, that other companies like Google |

| | | |
|---|---|---|
| 15:22:07 | 1 | would have lists similar to Google's list? |
| 15:22:12 | 2 | A.   I never thought about it. |
| 15:22:14 | 3 | Q.   Never crossed your mind? |
| 15:22:15 | 4 | A.   No.  It is not my problem.  They're -- we try |
| 15:22:22 | 5 | to run our own company, not somebody else's.  So -- |
| 15:22:27 | 6 | Q.   Well -- |
| 15:22:36 | 7 | A.   It is just the back division. |
| 15:22:39 | 8 | Q.   Did you think that Google was unique in the |
| 15:22:42 | 9 | Valley having a list of this sort? |
| 15:22:47 | 10 | A.   As I said, I didn't really think about it. |
| 15:22:51 | 11 | Because of the unique situation that was -- Google was |
| 15:22:53 | 12 | in, it would be perfectly reasonable from my perspective |
| 15:22:59 | 13 | that such lists did not exist or they had fell -- that |
| 15:23:02 | 14 | they had fallen off to the wayside, or what have you. |
| 15:23:05 | 15 | Q.   And why is that? |
| 15:23:06 | 16 | A.   Because as I indicated, during this period |
| 15:23:09 | 17 | Google was unusually favorable in terms of recruiting |
| 15:23:11 | 18 | talent, growth, press, great place to work.  We were in |
| 15:23:15 | 19 | our golden period, if you will. |
| 15:23:26 | 20 | Q.   And how does that relate to the notion of |
| 15:23:29 | 21 | thinking that Google was unique in having this list and |
| 15:23:32 | 22 | not knowing about any other companies similarly situated, |
| 15:23:35 | 23 | or being similarly situated? |
| 15:23:40 | 24 | A.   Again, your question implies that I should have |
| 15:23:43 | 25 | been thinking about other companies. |