GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

Attorneys for Defendant Intel Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

Case No. 5:11-cv-2509-LHK

**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Having considered Defendants' Administrative Motion to File Under Seal (Dkt. 695) and the declarations submitted in support of that motion, having determined that the public disclosure of the confidential information described therein would harm Defendants or third parties, and finding compelling reasons to seal that information, IT IS HEREBY ORDERED THAT the motion is GRANTED.

Pursuant to Northern District Civil Local Rule 79-5, the following portions of the following documents have been properly redacted and publicly filed for the reasons provided in the corresponding Declarations. The redacted portions shall remain under seal.

**Omnibus Declaration of Christina J. Brown in Support of Defendants' Replies in Support of Joint Motion to Exclude Testimony of Edward E. Leamer, Ph.D. and Joint Motion to Strike Improper Rebuttal Testimony in Dr. Leamer's Reply Expert Report ("Omnibus Brown Decl.")**

| Materials to Be Sealed | Source of Support for Sealing |
|---|---|
| Ex. A (Expert Report of Professor Kevin M. Murphy, Nov. 12, 2012) (redacted portions) | Declaration of John Mittelbach ISO Defs.' Admin. Motion to Seal (Intel) (Dkt. 695-1) ¶¶ 4-10;<br>Declaration of Christina Brown ISO Defs.' Admin. Motion to Seal (Apple) (Dkt. 697) ¶ 3;<br>Declaration of Lin Kahn ISO Defs.' Admin. Motion to Seal (Adobe) (Dkt. 696) ¶ 9;<br>Declaration of Eric Evans ISO Defs.' Admin. Motion to Seal (Google) (Dkt. 704) ¶ 6;<br>Declaration of James M. Kennedy ISO Defs.' Admin. Motion to Seal (Pixar) (Dkt. 700) ¶ 4;<br>Declaration of Rhonda Hjort ISO Defs.' Admin. Motion to Seal (Lucasfilm) (Dkt. 699) ¶ 4;<br>Declaration of Rowan Mason ISO Defs.' Admin. Motion to Seal (Intuit) (Dkt. 701) ¶¶ 7-21; |

**Declaration of Eric B. Evans in Support of Google's Reply in Support of Motion for Summary Judgment**

| Materials to Be Sealed | Source of Support for Sealing |
| --- | --- |
| Evans Ex. 1 (Eric Schmidt Feb. 20, 2013 Deposition Excerpts 165:2) | Declaration of Evans ISO Defs.' Admin. Motion to Seal (Google) (Dkt. 704) ¶ 5; |

IT IS SO ORDERED.

Dated:

By: ______________________________
Honorable Lucy H. Koh
United States District Court Judge