1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:  415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  James D. Dallal (State Bar No.  277826)
   JOSEPH SAVERI LAW FIRM
9  255 California, Suite 450
   San Francisco, California 94111
10 Telephone: 415.500.6800
   Facsimile: 415.500.6803
11
   *Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF BRENDAN P. GLACKIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS**<br><br>Date:      March 20 and 27, 2014<br>Time:      1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge:     Honorable Lucy H. Koh |
|---|---|

**Partially Filed Under Seal**

1163052.1

GLACKIN DECLARATION
NO. 11-CV-2509-LHK

1  I, Brendan P. Glackin, declare:

2  I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and admitted to practice before the United States District Court for the Northern District of California (and other courts).  I am one of the counsel for the Plaintiffs in this action.  I make this declaration based on my own personal knowledge.

**I.    Deposition Excerpts**

1. Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the October 26, 2012, Deposition of Edward E. Leamer, Ph.D.

**II.    Defendants' Interrogatory Responses**

2. Attached hereto as Exhibit 2 is a true and correct copy of Google Inc.'s Supplemental Responses to Plaintiffs' Second Set of Interrogatories, dated March 29, 2013.

3. Attached hereto as Exhibit 3 is a true and correct copy of a redline comparison of Google's Supplemental Responses to Plaintiffs' Second Set of Interrogatories, dated March 29, 2013 and Google's Responses to Plaintiffs' Second Set of Interrogatories, dated April 6, 2012.

4. Attached hereto as Exhibit 4 is a true and correct copy of a redline comparison of Intel's Supplemental Responses to Plaintiffs' Second Set of Interrogatories, dated March 12, 2013 and Intel's Responses to Plaintiffs' Second Set of Interrogatories, dated April 6, 2012.

5. Defendants Apple Inc. and Intel Corp. did not provide verifications to their April 6, 2012, Responses to Plaintiffs' Second Set of Interrogatories.

Executed February 27, 2014, in San Francisco, California.

*/s/ Brendan P. Glackin*
Brendan P. Glackin