1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Eric B. Fastiff (State Bar No. 182260)
   Brendan Glackin (State Bar No. 199643)
3  Dean Harvey (State Bar No. 250298)
   Anne B. Shaver (State Bar No. 255928)
4  Lisa J. Cisneros (State Bar No. 251473)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California 94111-3339
6  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  James D. Dallal (State Bar No. 277826)
   JOSEPH SAVERI LAW FIRM
9  255 California, Suite 450
   San Francisco, CA 94111
10 Telephone: (415) 500-6800
   Facsimile: (415) 500-6803
11
   *Co-Lead Class Counsel*
12

13                IN THE UNITED STATES DISTRICT COURT

14               FOR THE NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17  IN RE: HIGH-TECH EMPLOYEE            Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
18                                       **DECLARATION OF DEAN M.
                                         HARVEY IN SUPPORT OF
19  THIS DOCUMENT RELATES TO:            PLAINTIFFS' ADMINISTRATIVE
                                         MOTION, PURSUANT TO LOCAL
20  ALL ACTIONS                          RULE 79-5(d), TO SEAL FILINGS
                                         RELATED TO PLAINTIFFS' REPLY
21                                       IN SUPPORT OF MOTION TO
                                         EXCLUDE EXPERT TESTIMONY
22                                       PROFFERED BY DEFENDANTS**

23

24

25

26

27

28

I, Dean M. Harvey, declare:

I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California. I am one of the counsel for Plaintiffs in this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

1. Exhibits 2 and 3 to the Declaration of Brendan P. Glackin in Support of Plaintiffs' Reply in Support of Motion to Exclude Expert Testimony Proffered By Defendants were both designated confidential by Defendant Google Inc.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 27th day of February 2014, in San Francisco, California.

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: *_/s/ Dean M. Harvey_*
Dean M. Harvey