Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PROOF OF SERVICE BY ELECTRONIC MAIL** |

**PROOF OF SERVICE BY ELECTRONIC MAIL AND FILE-TRANSFER PROTOCOL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action.

I am readily familiar with Lieff Cabraser Heimann & Bernstein, LLP's practice for collection and processing of documents for service via e-mail, and that practice is that the documents are attached to an e-mail and sent to the recipient's e-mail account the same day as the date listed on this Proof of Service.

My business address is Embarcadero Center West, 275 Battery Street, 29th Floor, San Francisco, California 94111-3339. On February 27, 2014, a true, correct, and unredacted copy of the below documents:

1. **PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS;**

2. **DECLARATION OF BRENDAN P. GLACKIN IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS AND EXHIBITS THERETO;**

3. **PLAINTIFFS' ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULE 79-5(d) TO FILE UNDER SEAL FILINGS RELATED TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS;**

4. **DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION, PURSUANT TO LOCAL RULE 79-5(d), TO SEAL FILINGS RELATED TO PLAINTIFFS' REPLY IN SUPPORT OF MOTION TO EXCLUDE EXPERT TESTIMONY PROFFERED BY DEFENDANTS; AND THIS**

5. **PROOF OF SERVICE.**

were delivered via electronic mail to:

See attached list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on February 27, 2014 at San Francisco, California.

*/s/ Brendan P. Glackin*
Brendan P. Glackin

## SERVICE LIST

| | |
|---|---|
| Robert A. Mittelstaedt<br>Craig A. Waldman<br>David Kiernan<br>JONES DAY<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>ramittelstaedt@jonesday.com<br>cwaldman@jonesday.com<br>dkiernan@jonesday.com<br>Tel.: (415) 626-3939<br>Fax: (415) 875-5700<br><br>Counsel for Defendant **Adobe Systems Inc.** | George Riley<br>Michael F. Tubach<br>Lisa Chen<br>Christina J. Brown<br>O'MELVENY & MYERS LLP<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>griley@omm.com<br>mtubach@omm.com<br>lisachen@omm.com<br>cjbrown@omm.com<br>Tel.: (415) 984-8700<br>Fax: (415) 984-8701<br><br>Counsel for Defendant **Apple Inc.** |
| Robert Addy Van Nest<br>Eugene M. Paige<br>Daniel Purcell<br>Justina Sessions<br>KEKER & VAN NEST<br>633 Battery Street<br>San Francisco, CA 94111-1809<br>rvannest@kvn.com<br>epaige@kvn.com<br>dpurcell@kvn.com<br>jsessions@kvn.com<br>Tel.: (415) 391-5400<br>Fax: (415) 397-7188<br><br>Lee H. Rubin<br>Edward D. Johnson<br>MAYER BROWN LLP<br>Two Palo Alto Square<br>3000 El Camino Real, Suite 300<br>Palo Alto, CA 94306-2112<br>lrubin@mayerbrown.com<br>wjohnson@mayerbrown.com<br>Tel.: (650) 331-2000<br>Fax: (650) 331-2060<br><br>Kristen A. Rowse<br>MAYER BROWN LLP<br>350 South Grand Avenue, 25th Floor<br>Los Angeles, CA 90071-2112<br>krowse@mayerbrown.com<br>Tel.: (213) 229 5137<br><br>Counsel for Defendant **Google Inc.** | Gregory P. Stone<br>Bradley S. Phillips<br>Gregory M. Sergi<br>John P. Mittelbach<br>MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor<br>gregory.stone@mto.com<br>brad.phillips@mto.com<br>gregory.sergi@mto.com<br>john.mittelbach@mto.com<br>Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100<br>Facsimile: (213) 687-3702<br><br>Counsel for Defendant **Intel Corp.** |

- 2 -

PROOF OF SERVICE BY ELECTRONIC MAIL AND
FILE TRANSFER PROTOCOL
MASTER DOCKET NO. 11-CV-2509-LHK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28