GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
VICTORIA L. WEATHERFORD (Bar No. 267499)
vweatherford@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant Apple Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF CHRISTINA BROWN IN SUPPORT OF APPLE INC.'S REPLY MEMORANDUM IN SUPPORT OF ITS INDIVIDUAL MOTION FOR SUMMARY JUDGMENT**<br><br>Date:         March 20, 2014 and<br>              March 27, 2014<br>Time:         1:30 p.m.<br>Courtroom:    8, 4th Floor<br>Judge:        The Honorable Lucy H. Koh |

I, Christina Brown, declare as follows:

1. I am a member of the Bar of the State of California and a counsel at O'Melveny & Myers LLP, attorneys for Defendant Apple Inc. I submit this declaration in support of Defendants Apple Inc.'s Reply Memorandum In Support of Its Individual Motion for Summary Judgment. I make this declaration based on my own personal knowledge. If called to testify as a witness, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of transcript excerpts from the deposition of Ed Catmull taken on January 24, 2013.

3. Attached hereto as Exhibit B is a true and correct copy of transcript excerpts from the deposition of Darrin Baja taken on March 1, 2013.

4. Attached hereto as Exhibit C is a true and correct copy of transcript excerpts from the deposition of Richard Bechtel taken on March 7, 2013.

5. Attached hereto as Exhibit D is a true and correct copy of transcript excerpts from the deposition of Pamela Zissimos taken on November 13, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of transcript excerpts from the deposition of Danielle Lambert taken on October 2, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of transcript excerpts from the deposition of Lori McAdams taken on August 2, 2012.

8. Attached hereto as Exhibit G is a true and correct copy of transcript excerpts from the deposition of Brian Croll taken on March 22, 2013.

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 27, 2014, in San Francisco, California.

 */s/ Christina J. Brown*
Christina J. Brown