# EXHIBIT A

# BROWN REPLY DECLARATION ISO APPLE'S MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5
 6    IN RE:  HIGH-TECH EMPLOYEE     )
 7    ANTITRUST LITIGATION           )
 8                                   )    No. 11-CV-2509-LHK
 9    THIS DOCUMENT RELATES TO:      )
10    ALL ACTIONS.                   )
11    _____)
12
13
14           CONFIDENTIAL - ATTORNEYS' EYES ONLY
15               VIDEO DEPOSITION OF ED CATMULL
16                      January 24, 2013
17
18
19    REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 01:41:53 | 1 | typically people who -- like in animation case, a person |
| 01:41:59 | 2 | who was an animater. So they're not the recruiting |
| 01:42:06 | 3 | department, they're actually the people in the |
| 01:42:08 | 4 | department. |
| 01:42:09 | 5 | Q. And how many different departments had hiring |
| 01:42:11 | 6 | managers at Pixar? |
| 01:42:12 | 7 | A. No idea. |
| 01:42:20 | 8 | Q. Well, how many departments were there within |
| 01:42:22 | 9 | Pixar who might have had hiring managers? Are we |
| 01:42:25 | 10 | talking about dozens or are we talking about a handful? |
| 01:42:28 | 11 | A. I don't know the number. I really don't. I |
| 01:42:30 | 12 | just don't know what the number is. |
| 01:42:33 | 13 | Q. Who would I ask that would know the answer to |
| 01:42:35 | 14 | that question? |
| 01:42:39 | 15 | A. Lori. But hiring managers, it's not even the |
| 01:42:41 | 16 | term that I frequently use. I'm just assuming that any |
| 01:42:45 | 17 | department, if they have to get somebody then somebody |
| 01:42:48 | 18 | is responsible for filling the position and that's the |
| 01:42:50 | 19 | hiring manager. So I don't know what that number is. |
| 01:42:56 | 20 | Q. I understand you don't know the number of how |
| 01:42:58 | 21 | many hiring managers there might have been at any one |
| 01:43:01 | 22 | time, but was Pixar divided up into departments that you |
| 01:43:05 | 23 | can tell me how many departments would have been |
| 01:43:07 | 24 | involved? |
| 01:43:08 | 25 | A. No. There is a flux in time even |

| | | |
|---|---|---|
| 01:43:10 | 1 | organizationally. Because while there is some solidity, |
| 01:43:15 | 2 | say, across the company, the productions themselves are |
| 01:43:21 | 3 | continually reforming and disbanding. As well as there |
| 01:43:26 | 4 | are groups that will form, like, we'll make a DVD group, |
| 01:43:29 | 5 | or we'll reorganize a group to handle a particular |
| 01:43:33 | 6 | function because it's become more important or disband |
| 01:43:36 | 7 | others that have become less important. That's in |
| 01:43:39 | 8 | continual flux. |
| 01:43:41 | 9 | Q. Okay. Let's move on to Apple, and let's start |
| 01:43:43 | 10 | with Exhibit 419. |
| 01:43:45 | 11 | (Whereupon, Exhibit 419 was marked for |
| 01:43:45 | 12 | identification.) |
| 01:43:55 | 13 | MR. HEIMANN: Q. Before we get to the |
| 01:43:56 | 14 | document, let me ask you generally, did you have any |
| 01:43:58 | 15 | sort of understanding or agreement with Apple |
| 01:44:01 | 16 | restricting, in any way, recruiting, either out of |
| 01:44:04 | 17 | Apple or out of Pixar? |
| 01:44:09 | 18 | A. Well, because Steve was the CEO, and we had |
| 01:44:12 | 19 | also a few technical exchanges, I was certainly |
| 01:44:19 | 20 | cognizant of the fact that Steve, who was -- who I did |
| 01:44:23 | 21 | report to, so I didn't want to do anything to disrupt |
| 01:44:26 | 22 | what they were doing. But it was more of the sort that, |
| 01:44:33 | 23 | you know, it would just -- was obvious to me. I don't |
| 01:44:35 | 24 | know that I did anything explicit. |
| 01:44:40 | 25 | Q. I'm not understanding your answer here. I |

```
01:44:43  1   misheard you. You say well, because Steve was the CEO
01:44:45  2   and we also had a few, and then you used a term --
01:44:49  3            MS. HENN: Technical.
01:44:50  4            THE WITNESS: Technical interchanges with
01:44:51  5   Apple.
01:44:52  6            MR. HEIMANN: Q. Okay. So -- okay. But
01:44:56  7   the question is, did you have any explicit
01:44:58  8   understandings or agreements with Apple that limited
01:45:04  9   recruiting, either one way or the other? Either out
01:45:06 10   of Apple or out of Pixar?
01:45:08 11       A. I don't recall an explicit one, but I will say
01:45:11 12   there were implicit ones. That is, I would not have
01:45:15 13   wanted to do something which would be disruptive, and
01:45:18 14   likewise him with us.
01:45:21 15       Q. Well, do you recall any discussions with
01:45:24 16   Mr. Jobs about that subject?
01:45:26 17       A. On a case-by-case basis, I think -- let's see.
01:45:35 18   I can only think of one, it was actually an Apple
01:45:38 19   employee that wanted to come to Pixar, and so Steve told
01:45:44 20   me that he wasn't that good. But that was a -- from a
01:45:52 21   reference judgment, not a prohibition.
01:45:55 22       Q. So let me ask this question: In fact, didn't
01:45:57 23   you have an understanding with Mr. Jobs that you would
01:45:59 24   not even attempt to hire anybody out of Apple without
01:46:02 25   getting his explicit prior approval?
```

Deposition of Ed Catmull                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1    I, Gina V. Carbone, Certified Shorthand
2    Reporter licensed in the State of California, License
3    No. 8249, hereby certify that the deponent was by me
4    first duly sworn and the foregoing testimony was
5    reported by me and was thereafter transcribed with
6    computer-aided transcription; that the foregoing is a
7    full, complete, and true record of said proceedings.
8         I further certify that I am not of counsel or
9    attorney for either of any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12        The dismantling, unsealing, or unbinding of
13   the original transcript will render the reporter's
14   certificates null and void.
15        In witness whereof, I have hereunto set my
16   hand this day: January 28, 2013.
17        __X__ Reading and Signing was requested.
18        _____ Reading and Signing was waived.
19        _____ Reading and signing was not requested.
20
21
22                    _____
23                    GINA  V.  CARBONE
24                    CSR 8249, RPR, CCRR
25