# EXHIBIT B

# BROWN REPLY DECLARATION ISO APPLE'S MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5     IN RE: HIGH-TECH EMPLOYEE      )

 6     ANTITRUST LITIGATION           )

 7                                    )   No.  11-CV-2509-LHK

 8     THIS DOCUMENT RELATES TO:      )

 9     ALL ACTIONS.                   )

10     _____)

11

12            VIDEOTAPED DEPOSITION OF DARRIN BAJA

13       HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

14                   Friday, March 1, 2013

15

16

17

18

19

20

21

22

23

24     Reported By:

25     KATHLEEN WILKINS, CSR #10068, RPR-RMR-CRR-CCRR-CLR
```

| | | |
|---|---|---|
| 02:29:26 | 1 | contact Google employees regarding employment |
| 02:29:29 | 2 | opportunities at Apple? |
| 02:29:30 | 3 |        MR. TUBACH:  Lacks foundation. |
| 02:29:31 | 4 |        THE WITNESS:  Could you ask that one |
| 02:29:31 | 5 | more time. |
| 02:29:32 | 6 | BY MR. DALLAL: |
| 02:29:32 | 7 |    Q.   When did Apple make its decision not to |
| 02:29:34 | 8 | contact Google employees regarding employment |
| 02:29:37 | 9 | opportunities at Apple? |
| 02:29:41 | 10 |    A.   I don't remember. |
| 02:29:43 | 11 |    Q.   Do you know if it ever ended? |
| 02:29:46 | 12 |    A.   I was told that we could contact folks |
| 02:29:50 | 13 | at Google at one point, yes. |
| 02:29:52 | 14 |    Q.   When was that point? |
| 02:30:00 | 15 |    A.   Whenever Eric Schmidt was off the board |
| 02:30:02 | 16 | of directors.  I don't remember what year that |
| 02:30:03 | 17 | was.  2009, 2010. |
| 02:30:07 | 18 |    Q.   Do you know if it was before or after |
| 02:30:09 | 19 | you learned about the investigation by the |
| 02:30:12 | 20 | Department of Justice in Apple's recruiting |
| 02:30:14 | 21 | practices? |
| 02:30:17 | 22 |    A.   I would say it was before. |
| 02:30:27 | 23 |    Q.   Who told you that you could contact |
| 02:30:29 | 24 | folks at Google, as you put it? |
| 02:30:34 | 25 |    A.   My -- my boss directly. |

| | | |
|---|---|---|
| 02:30:37 | 1 | Q.    Who was that? |
| 02:30:42 | 2 | A.    Probably -- oh, that was Scott Gilfoil. |
| 02:30:50 | 3 | Q.    Did he tell you verbally or in an |
| 02:30:52 | 4 | e-mail, or in what way did he tell you? |
| 02:30:54 | 5 | A.    Verbally. |
| 02:31:00 | 6 | Q.    Was it your understanding that he had |
| 02:31:02 | 7 | told other Apple recruiters the same thing? |
| 02:31:08 | 8 | A.    Yes. |
| 02:31:08 | 9 | Q.    Was there ever any type of writing that |
| 02:31:10 | 10 | you saw from Mr. Gilfoil or anyone else at Apple |
| 02:31:14 | 11 | stating that Apple recruiters could now contact |
| 02:31:23 | 12 | employees of Google about employment opportunities |
| 02:31:27 | 13 | at Apple? |
| 02:31:28 | 14 | A.    I don't remember. |
| 02:31:35 | 15 | Q.    What was the purpose of Apple's decision |
| 02:31:36 | 16 | not to contact employees of Pixar regarding |
| 02:31:42 | 17 | employment opportunities at Apple? |
| 02:31:44 | 18 | A.    Steve Jobs was the president of Pixar at |
| 02:31:46 | 19 | the time, and also the CEO of Apple.  So that |
| 02:31:51 | 20 | relationship was what I was told. |
| 02:31:53 | 21 | Q.    Who told you that? |
| 02:31:57 | 22 | A.    I don't remember which boss it was at |
| 02:31:59 | 23 | the time, but it was whoever I reported directly |
| 02:32:01 | 24 | to. |
| 02:32:06 | 25 | Q.    Were there any limitations on Apple's |

| | | |
|---|---|---|
| 02:32:10 | 1 | policy of not contacting Pixar employees regarding |
| 02:32:13 | 2 | employment opportunities at Apple? |
| 02:32:17 | 3 | A.    I'm not aware of it. |
| 02:32:21 | 4 | Q.    Do you know when Apple's policy of not |
| 02:32:23 | 5 | contacting Pixar employees regarding employment |
| 02:32:25 | 6 | opportunities at Apple began? |
| 02:32:29 | 7 | A.    I had heard that from the day I started, |
| 02:32:32 | 8 | pretty much, in 2000. |
| 02:32:35 | 9 | Q.    Do you know if that policy ever ended? |
| 02:32:43 | 10 | A.    I don't know. |
| 02:32:47 | 11 | Q.    Did Apple adhere to its policy of not |
| 02:32:50 | 12 | contacting Pixar employees regarding employment |
| 02:32:54 | 13 | opportunities at Apple? |
| 02:32:59 | 14 | A.    For what I was responsible for, we did. |
| 02:33:08 | 15 | Q.    How did you prepare for today's |
| 02:33:11 | 16 | deposition? |
| 02:33:14 | 17 | A.    I had a meeting here with -- with |
| 02:33:17 | 18 | Michael and Christina. |
| 02:33:19 | 19 | Q.    By "Michael and Christina," you mean |
| 02:33:23 | 20 | Mr. Tubach and Ms. Brown? |
| 02:33:24 | 21 | A.    That's correct. |
| 02:33:27 | 22 | Q.    Was that the only time you met with them |
| 02:33:29 | 23 | to prepare? |
| 02:33:30 | 24 | A.    Yes. |
| 02:33:31 | 25 | Q.    When was that meeting? |

```
 1                  I, Kathleen A. Wilkins, Certified

 2       Shorthand Reporter licensed in the State of

 3       California, License No. 10068, hereby certify that

 4       the deponent was by me first duly sworn and the

 5       foregoing testimony was reported by me and was

 6       thereafter transcribed with computer-aided

 7       transcription; that the foregoing is a full,

 8       complete and true record of said proceedings.

 9                  I further certify that I am not of

10       counsel or attorney for either of any of the

11       parties in the foregoing proceeding and caption

12       named or in any way interested in the outcome of

13       the cause in said caption.

14                  The dismantling, unsealing, or unbinding

15       of the original transcript will render the

16       reporter's Certificates null and void.

17                  In witness whereof, I have hereunto set

18       my hand this day:  March 11, 2013.

19          _____ Reading and Signing was requested.

20          _____ Reading and Signing was waived.

21          ___X___ Reading and Signing was not requested.

22                  _____

23                  KATHLEEN A. WILKINS

24                  CSR 10068, RPR-RMR-CRR-CCRR-CLR

25
```