# EXHIBIT C

# BROWN REPLY DECLARATION ISO APPLE'S MOTION FOR SUMMARY JUDGMENT

```
 1              UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF CALIFORNIA
 3                    SAN JOSE DIVISION
 4
 5
 6    IN RE:  HIGH-TECH EMPLOYEE       )
 7    ANTITRUST LITIGATION             )
 8                                     )   No. 11-CV-2509-LHK
 9    THIS DOCUMENT RELATES TO:        )
10    ALL ACTIONS.                     )
11    _____)
12
13
14                   HIGHLY CONFIDENTIAL
15           VIDEO DEPOSITION OF RICHARD BECHTEL
16                     March 7, 2013
17
18
19    REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR
20
21
22
23
24
25
```

| | | |
|---|---|---|
| 01:41:49 | 1 | because Eric Schmidt was a board -- was a board member |
| 01:41:52 | 2 | of Apple. |
| 01:41:59 | 3 | Q.  Do you know for what period Mr. Schmidt was a |
| 01:42:01 | 4 | board member of Apple? |
| 01:42:03 | 5 | A.  I don't recall. |
| 01:42:05 | 6 | Q.  Do you know if once Mr. Schmidt was no longer a |
| 01:42:08 | 7 | board member of Apple, Google was no longer considered |
| 01:42:12 | 8 | off limits? |
| 01:42:14 | 9 | A.  I -- I believe that's accurate, but I don't -- |
| 01:42:21 | 10 | but I don't know for certainty. |
| 01:42:24 | 11 | Q.  You don't know for sure one way or the other? |
| 01:42:26 | 12 | A.  Yeah. |
| 01:42:29 | 13 | Q.  Did anyone ever tell you that Apple's rule or |
| 01:42:33 | 14 | policy with respect to Google's being on -- considered |
| 01:42:42 | 15 | off limits only applied to certain categories of Google |
| 01:42:45 | 16 | employees? |
| 01:42:45 | 17 | A.  No. |
| 01:42:49 | 18 | Q.  So as far as you were aware, that rule or |
| 01:42:52 | 19 | policy applied to all employees of Google? |
| 01:42:57 | 20 | A.  Yes. |
| 01:43:02 | 21 | Q.  And you don't know for sure if there ever came |
| 01:43:06 | 22 | a time when Google was no longer considered off limits? |
| 01:43:10 | 23 | A.  I don't recall. |
| 01:43:14 | 24 | Q.  Do you know if everyone in the executive |
| 01:43:16 | 25 | recruiting group knew that Google was to be considered |

```
01:43:22  1   off limits?
01:43:23  2        A.  No, I don't know.
01:43:24  3        Q.  And during the time when Google was considered
01:43:27  4   off limits, did you refrain from actively recruiting
01:43:32  5   leaders at Google?
01:43:43  6        A.  I'm trying to recollect.
01:43:54  7            I don't recall anybody that I recruited from
01:43:56  8   Google.
01:43:59  9        Q.  Ever?
01:44:00 10        A.  I've -- I've hired somebody from Google
01:44:06 11   recently.  She's -- she was -- she was out of Google,
01:44:13 12   though.  She had left Google when we hired her.
01:44:20 13        Q.  She was no longer a Google employee?
01:44:23 14        A.  Correct.
01:44:27 15        Q.  So that meant you didn't have to ask a question
01:44:30 16   about whether or not Google employees were off limits?
01:44:33 17        A.  That's correct.
01:44:37 18        Q.  Do you know what the purpose was of Pixar
01:44:42 19   employees being considered off limits for recruitment at
01:44:46 20   Apple?
01:44:47 21        A.  My understanding -- and, again, I -- I don't
01:44:49 22   know if this is correct or incorrect -- is that it was
01:44:53 23   off limits because Steve was the CEO there.
01:45:00 24        Q.  And by "Steve," you mean Mr. Jobs?
01:45:02 25        A.  Yes.
```

Deposition of Richard Bechtel | In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 01:45:17 | 1 | Q.  Do you know for sure, one way or another, what |
| 01:45:24 | 2 | position Steve Jobs held at Pixar, what position or |
| 01:45:31 | 3 | positions from 2005 until the time of his passing? |
| 01:45:41 | 4 | A.  I believe he ran the company.  I think he was |
| 01:45:44 | 5 | CEO of Pixar up until the time that it was sold to |
| 01:45:50 | 6 | Disney. |
| 01:45:51 | 7 | Q.  Do you know when that was? |
| 01:45:52 | 8 | A.  No, I don't recall. |
| 01:45:56 | 9 | Q.  Do you know if the sale of Pixar to Disney |
| 01:46:01 | 10 | changed anything with respect to whether or not Pixar |
| 01:46:04 | 11 | employees were consider -- considered off limits at |
| 01:46:10 | 12 | Apple? |
| 01:46:11 | 13 | A.  I don't know. |
| 01:46:12 | 14 | Q.  You don't know one way or the other? |
| 01:46:13 | 15 | A.  Correct. |
| 01:46:14 | 16 | Q.  Did anyone ever tell you that the rule or |
| 01:46:18 | 17 | policy that Pixar employees were considered off limits |
| 01:46:24 | 18 | only applied to certain categories of Pixar employees? |
| 01:46:28 | 19 | A.  Nobody ever told me that. |
| 01:46:30 | 20 | Q.  So as far as you knew, that rule or policy |
| 01:46:33 | 21 | applied to every employee of Pixar? |
| 01:46:36 | 22 | A.  Nobody differentiated between class of |
| 01:46:38 | 23 | employees at Pixar. |
| 01:46:42 | 24 | Q.  Do you know if there ever came a time when |
| 01:46:45 | 25 | Pixar was no longer considered off limits? |

```
 1         I, Gina V. Carbone, Certified Shorthand
 2   Reporter licensed in the State of California, License
 3   No. 8249, hereby certify that the deponent was by me
 4   first duly sworn and the foregoing testimony was
 5   reported by me and was thereafter transcribed with
 6   computer-aided transcription; that the foregoing is a
 7   full, complete, and true record of said proceedings.
 8         I further certify that I am not of counsel or
 9   attorney for either of any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12         The dismantling, unsealing, or unbinding of
13   the original transcript will render the reporter's
14   certificates null and void.
15         In witness whereof, I have hereunto set my
16   hand this day:  March 19, 2013.
17         _____ Reading and Signing was requested.
18         _____ Reading and Signing was waived.
19         ___X___  Reading and signing was not requested.
20
21
22                     _____
23                     GINA   V.   CARBONE
24                     CSR 8249, CRR, CCRR
25
```