# EXHIBIT E

# BROWN REPLY DECLARATION ISO APPLE'S MOTION FOR SUMMARY JUDGMENT

```
 1                UNITED STATES DISTRICT COURT
 2               NORTHERN DISTRICT OF CALIFORNIA
 3                      SAN JOSE DIVISION
 4
 5
 6   IN RE:  HIGH-TECH EMPLOYEE       )
 7   ANTITRUST LITIGATION             )
 8                                    )   No. 11-CV-2509-LHK
 9   THIS DOCUMENT RELATES TO:        )
10   ALL ACTIONS.                     )
11   _____    )
12
13
14          CONFIDENTIAL - ATTORNEYS' EYES ONLY
15          VIDEO DEPOSITION OF DANIELLE LAMBERT
16                     October 2, 2012
17
18
19
20   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR
21
22
23
24
25
```

| Deposition of Danielle Lambert | In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION |

| | | |
|---|---|---|
| 12:18:16 | 1 | exactly which companies we had, you know, do-not-call |
| 12:18:21 | 2 | agreements with. |
| 12:18:21 | 3 | Q. Okay. |
| 12:18:23 | 4 | A. Or no cold call. I'm sorry. |
| 12:18:25 | 5 | Q. At that time of the conversation, did you |
| 12:18:29 | 6 | understand that Pixar had do-not-call agreements with -- |
| 12:18:33 | 7 | with companies themselves? |
| 12:18:36 | 8 | A. No, I don't believe I was made aware of that. |
| 12:18:39 | 9 | Q. Okay. During this conversation with |
| 12:18:43 | 10 | Ms. McAdams, did you discuss with her your experience |
| 12:18:52 | 11 | with do-not-cold-call agreements? |
| 12:18:57 | 12 | A. I can't recall what we discussed in our |
| 12:18:58 | 13 | conversation. |
| 12:19:00 | 14 | Q. Did you tell her that do-not-cold-call |
| 12:19:06 | 15 | agreements served a valuable purpose for Apple? |
| 12:19:13 | 16 | MR. RILEY: Objection. It's been asked and |
| 12:19:14 | 17 | answered. |
| 12:19:15 | 18 | THE WITNESS: Unfortunately, as I said, I just |
| 12:19:17 | 19 | can't recall the contents of our conversation. |
| 12:19:22 | 20 | MR. SAVERI: Q. Did you tell her or |
| 12:19:25 | 21 | describe for her during this conversation any |
| 12:19:29 | 22 | experience you had had to date regarding agreements |
| 12:19:33 | 23 | with companies not to cold call each other's |
| 12:19:36 | 24 | employees? |
| 12:19:37 | 25 | MR. RILEY: Same objection. |

Deposition of Danielle Lambert                In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 12:19:39 | 1 | THE WITNESS: Yeah. As I said, unfortunately, |
| 12:19:41 | 2 | I can't recall the contents of our discussion. |
| 12:19:44 | 3 | MR. SAVERI:  Q.  During this conversation, |
| 12:19:46 | 4 | did Lori McAdams tell you about why she thought it |
| 12:19:51 | 5 | was a good idea to have a -- an agreement with Apple |
| 12:19:55 | 6 | not to cold call each other's employees? |
| 12:19:59 | 7 | A.  Not that I can recall.  I don't remember the |
| 12:20:01 | 8 | contents of our discussion. |
| 12:20:04 | 9 | Q.  Did she tell you during that conversation that |
| 12:20:07 | 10 | Pixar had an agreement with Lucasfilm not to cold call |
| 12:20:12 | 11 | each other's employees? |
| 12:20:14 | 12 | A.  Not that I can recall. |
| 12:20:16 | 13 | Q.  Did she tell you, when you were discussing the |
| 12:20:19 | 14 | terms of your gentleman's agreement, that this was |
| 12:20:21 | 15 | similar to other agreements that Pixar had reached with |
| 12:20:25 | 16 | other companies? |
| 12:20:26 | 17 | A.  Not that I can recall. |
| 12:20:28 | 18 | Q.  And did you tell her that this agreement was |
| 12:20:31 | 19 | similar to other agreements that you had with -- that |
| 12:20:35 | 20 | Apple had with other companies? |
| 12:20:39 | 21 | A.  Not that I can recall. |
| 12:20:39 | 22 | Q.  Well, you understood at the time that this |
| 12:20:41 | 23 | agreement was similar to agreements that Apple had with |
| 12:20:44 | 24 | other companies, correct? |
| 12:20:46 | 25 | MR. RILEY: Objection.  The question's vague. |

| | | |
|---|---|---|
| 12:20:47 | 1 | There is no foundation. |
| 12:20:51 | 2 | THE WITNESS: You're asking me that I under -- |
| 12:20:52 | 3 | if I understood at the time that Lori and I spoke that |
| 12:20:59 | 4 | we were entering into an agreement that was similar to |
| 12:21:03 | 5 | other agreements that we had with other companies? |
| 12:21:06 | 6 | MR. SAVERI: Q. Correct. |
| 12:21:08 | 7 | A. With respect to not cold calling each other's |
| 12:21:11 | 8 | employees? |
| 12:21:12 | 9 | Q. Yes. |
| 12:21:14 | 10 | A. I don't know if that's what I was thinking |
| 12:21:16 | 11 | about at that time. |
| 12:21:18 | 12 | Q. Well, at this time, in 2007, you were aware |
| 12:21:20 | 13 | that Apple had entered agreements not to cold call each |
| 12:21:24 | 14 | other -- excuse me. |
| 12:21:25 | 15 | You were aware that at this time in 2007 that |
| 12:21:27 | 16 | Apple had reached agreements with other companies not to |
| 12:21:32 | 17 | cold call each other's employees, correct? |
| 12:21:34 | 18 | A. Correct. I -- I do know that during that time |
| 12:21:37 | 19 | frame we had agreements with, you know, different |
| 12:21:42 | 20 | companies at different times throughout that year and |
| 12:21:44 | 21 | other years pertaining to our business matters that we |
| 12:21:48 | 22 | weren't going to be cold calling one another's |
| 12:21:51 | 23 | employees -- |
| 12:21:51 | 24 | Q. And we -- |
| 12:21:51 | 25 | A. -- but actively recruiting. |

Deposition of Danielle Lambert | In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
05:48:59  1   of Palm to Steve Jobs dated 24th of August 2007.
05:49:05  2           Let me just ask you this question generally.
05:49:09  3           Did you discuss with Mr. Jobs, on or about this
05:49:14  4   time, Mr. Jobs' discussion with Mr. Colligan about
05:49:20  5   whether or not Apple should enter into a -- an agreement
05:49:25  6   with each other regarding recruiting or not cold calling
05:49:31  7   the two -- the companies' respective employees?
05:49:36  8        A.  I don't recall.  If I read this it might --
05:49:39  9        Q.  Please go ahead.
05:52:48 10        A.  Okay.  So your question was if I recalled
05:52:51 11   discussions with Steve Jobs around this time?
05:52:56 12        Q.  Let me withdraw that.  Let me just withdraw
05:52:59 13   that question and ask you a couple other questions.
05:53:01 14           At this time in August of 2007 -- well, let me
05:53:05 15   strike that.
05:53:07 16           Do you recall when Palm started to recruit into
05:53:10 17   Apple?
05:53:15 18        A.  The question's a bit vague because it's saying
05:53:17 19   Palm in general started to recruit into Apple, and I
05:53:20 20   don't know when that was.
05:53:22 21        Q.  Well, did that -- did Palm recruit into Apple
05:53:27 22   over a number of years?
05:53:29 23        A.  I can't recall.
05:53:29 24        Q.  One way or the other?
05:53:30 25        A.  I don't know because I was never an employee of
```

| | | |
|---|---|---|
| 05:53:33 | 1 | Palm, so I don't know what their recruiting efforts |
| 05:53:35 | 2 | were, and I don't remember employees necessarily joining |
| 05:53:40 | 3 | Palm. It's just not something I had knowledge of. |
| 05:53:43 | 4 | Q. Well, in 2007, you were the head of HR, right? |
| 05:53:46 | 5 | A. Yes, I was. |
| 05:53:46 | 6 | Q. And in connection with that job, did you hear, |
| 05:53:49 | 7 | for example, during this time in 2007, that Palm had |
| 05:53:53 | 8 | been recruiting away or attempting to recruit away Apple |
| 05:53:58 | 9 | employees? |
| 05:54:00 | 10 | A. Are you saying during the time period around |
| 05:54:02 | 11 | August of 2007? |
| 05:54:03 | 12 | Q. Yes. |
| 05:54:06 | 13 | A. Around that time frame, and I don't know |
| 05:54:07 | 14 | exactly the date, John Rubinstein who was Apple's former |
| 05:54:15 | 15 | head of hardware engineering and later iPod engineering, |
| 05:54:20 | 16 | had joined Palm. And I do recall John having hired some |
| 05:54:31 | 17 | of our Apple employees. Yes. |
| 05:54:34 | 18 | Q. Did you discuss that with Mr. Jobs? |
| 05:54:41 | 19 | A. I believe so. I'm not sure of the actual |
| 05:54:43 | 20 | discussion, but I do recall, at some point, having |
| 05:54:49 | 21 | conversation, I believe, around the topic. |
| 05:54:51 | 22 | Q. Did you advise Mr. Jobs that that had been |
| 05:54:53 | 23 | happening? |
| 05:54:54 | 24 | A. Did I advise him it had been happening? I |
| 05:54:56 | 25 | don't know. |

| | | |
|---|---|---|
| 05:54:57 | 1 | Q. Did he advise you that it had been happening? |
| 05:55:00 | 2 | A. I don't recall. |
| 05:55:01 | 3 | Q. Well, what did you and he discuss generally |
| 05:55:04 | 4 | about that subject at that time? |
| 05:55:07 | 5 | A. From my recollection, as I just mentioned, that |
| 05:55:10 | 6 | Palm had hired a number of Apple employees. |
| 05:55:17 | 7 | Q. At this time, was Apple recruiting into Palm? |
| 05:55:26 | 8 | A. I can't recall. At this time, you know, as I |
| 05:55:29 | 9 | said, John Rubinstein had joined Apple. And we were |
| 05:55:35 | 10 | quite concerned because he had a ton of our confidential |
| 05:55:40 | 11 | information. He knew very, very confidential |
| 05:55:43 | 12 | information about all of our employees in our |
| 05:55:45 | 13 | engineering space. He knew all of our product roadmaps, |
| 05:55:49 | 14 | and he knew everything about our IP portfolio. |
| 05:55:55 | 15 | Q. On or about this time in August of 2007, did |
| 05:55:57 | 16 | you discuss with Mr. Jobs whether or not it was a good |
| 05:56:00 | 17 | idea to try to get an agreement with Palm not to hire |
| 05:56:05 | 18 | the other's employees? |
| 05:56:08 | 19 | A. I don't recall. |
| 05:56:11 | 20 | Q. Now, do you recall -- |
| 05:56:14 | 21 | A. I'm sorry. If I can just back up. Late in the |
| 05:56:16 | 22 | day. I'm sorry. |
| 05:56:17 | 23 | Q. Yeah. |
| 05:56:18 | 24 | A. I believe you said not to hire each other's |
| 05:56:21 | 25 | employees, which we would never have had that |

Deposition of Danielle Lambert                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 05:56:24 | 1 | conversation because, again, conversations that Steve or |
| 05:56:27 | 2 | I -- and I had had around anything relating to |
| 05:56:35 | 3 | recruiting, unless there was some legal restriction not |
| 05:56:36 | 4 | to be able to hire from a company, we would continuously |
| 05:56:40 | 5 | hire from companies.  We wouldn't cold call from certain |
| 05:56:44 | 6 | companies. |
| 05:56:44 | 7 | Q.  Well, Mr. Colligan didn't understand it the |
| 05:56:47 | 8 | same way.  I mean, if you look at his email, he says, |
| 05:56:49 | 9 | your -- he discusses your proposal that we agree that |
| 05:56:52 | 10 | neither company will hire the other's employees. |
| 05:56:55 | 11 | Do you see that?  It's in the first paragraph. |
| 05:56:57 | 12 | A.  Yes. |
| 05:57:06 | 13 | Q.  So I guess my question is, did you discuss with |
| 05:57:10 | 14 | Mr. Jobs at this time whether or not it was a good idea |
| 05:57:12 | 15 | to make a proposal to Mr. Colligan or anybody at Palm |
| 05:57:19 | 16 | not to hire the other's employees? |
| 05:57:22 | 17 | A.  No.  As I said before, we've never had that |
| 05:57:25 | 18 | discussion, Steve or I, about that.  I don't know what |
| 05:57:29 | 19 | conversations Steve and Ed had and whether Ed is |
| 05:57:33 | 20 | correctly stating what Steve said to him or not.  It |
| 05:57:36 | 21 | looks like it was -- I don't know if it was a phone |
| 05:57:38 | 22 | conversation, but I wasn't privy to it. |
| 05:57:43 | 23 | Q.  Now, Mr. Colligan wrote back that that proposal |
| 05:57:46 | 24 | was not only wrong, but it is likely illegal. |
| 05:57:50 | 25 | Do you see that? |

Deposition of Danielle Lambert                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1    I, Gina V. Carbone, Certified Shorthand
2    Reporter licensed in the State of California, License
3    No. 8249, hereby certify that the deponent was by me
4    first duly sworn and the foregoing testimony was
5    reported by me and was thereafter transcribed with
6    computer-aided transcription; that the foregoing is a
7    full, complete, and true record of said proceedings.
8        I further certify that I am not of counsel or
9    attorney for either of any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12       The dismantling, unsealing, or unbinding of
13   the original transcript will render the reporter's
14   certificates null and void.
15       In witness whereof, I have hereunto set my
16   hand this day: October 11, 2012.
17       ___X___ Reading and Signing was requested.
18       _____ Reading and Signing was waived.
19       _____ Reading and signing was not requested.
20
21
22                          _____
23                          GINA  V.  CARBONE
24                          CSR 8249, RPR, CCRR
25