# EXHIBIT F

# BROWN REPLY DECLARATION ISO APPLE'S MOTION FOR SUMMARY JUDGMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE:   HIGH-TECH EMPLOYEE ) | |
| ANTITRUST LITIGATION ) | |
| ) | No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ) | |
| ALL ACTIONS. ) | |
| _____ ) | |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF LORI McADAMS

AUGUST 2, 2012

Reported by: Rosalie A. Kramm, CSR No. 5469, CRR

| | | |
|---|---|---|
| 14:40:23 | 1 | MS. HENN: I'm just going to object that you're |
| 14:40:25 | 2 | mischaracterizing her testimony. |
| 14:40:27 | 3 | You can answer. |
| 14:40:28 | 4 | THE WITNESS: I don't think I spontaneously did |
| 14:40:29 | 5 | anything. I think something came up from one of the |
| 14:40:31 | 6 | recruiters about, do we still need to be careful about |
| 14:40:35 | 7 | Apple candidates, which caused me to want to explore |
| 14:40:37 | 8 | that, and the person I wanted to get confirmation that we |
| 14:40:40 | 9 | didn't have to be cautious anymore from was Danielle. So |
| 14:40:46 | 10 | I had a conversation with her about it, and after that |
| 14:40:49 | 11 | conversation, we weren't going to proceed cautiously with |
| 14:40:54 | 12 | Apple candidates anymore. |
| 14:40:56 | 13 | BY MR. GLACKIN: |
| 14:41:01 | 14 | Q. Now, I direct your attention -- so then you |
| 14:41:04 | 15 | outline, there is some -- there are five bullet points. |
| 14:41:09 | 16 | Do you agree that -- with me that the instructions you |
| 14:41:11 | 17 | are giving your employees there are fairly comparable or |
| 14:41:15 | 18 | similar to the agreement between Pixar and Lucasfilm |
| 14:41:18 | 19 | about non-soliciting each other's employees and giving |
| 14:41:22 | 20 | notifications about offers and so forth? |
| 14:41:24 | 21 | A. Yes, those bullet points are similar to the |
| 14:41:27 | 22 | Lucasfilm agreement. |
| 14:41:29 | 23 | Q. Okay. And then you say, "Danielle will ask her |
| 14:41:33 | 24 | Recruiting team to follow the same procedure, but given |
| 14:41:38 | 25 | their scale, this isn't likely to apply to the retail |

```
14:41:41   1   organizations."
14:41:42   2            Is it true that Danielle agreed with you that
14:41:47   3   she would ask her recruiting team to follow the same
14:41:50   4   procedure?
14:41:51   5       A.   I don't remember Danielle agreeing that she
14:41:54   6   would follow this procedure.  I don't remember having a
14:41:59   7   conversation with her about these specific things.
14:42:01   8       Q.   Do you deny that she agreed to do those things?
14:42:04   9       A.   Again, I'm sorry, I can't deny or confirm
14:42:07  10   something I don't remember.
14:42:12  11       Q.   Then you say, "I will talk with Ed about this
14:42:14  12   at my next 1-1 to confirm he's comfortable with it."
14:42:19  13            Did you ever talk to Mr. Catmull about this
14:42:21  14   conversation you had with Ms. Lambert?
14:42:24  15       A.   I don't remember ever talking to Ed about it.
14:42:27  16       Q.   When you say, "my next 1-1," can you tell us
14:42:30  17   what that refers to?
14:42:31  18       A.   That means a one-on-one meeting.
14:42:33  19       Q.   Did you have regular meetings with Mr. Catmull?
14:42:36  20       A.   I didn't.  When I had something I needed to
14:42:38  21   talk with him about, then I would ask to meet with him.
14:42:57  22       Q.   Do you deny that you told Ms. Lambert about
14:42:59  23   your agreement -- about Pixar's agreement with Lucasfilm?
14:43:03  24       A.   I don't remember my conversation with Danielle,
14:43:06  25   so I don't know what I discussed with her.
```

| | | |
|---|---|---|
| 14:43:11 | 1 | Q. Well, do you agree with me that if you were |
| 14:43:12 | 2 | going to reach a similar agreement with her, it would |
| 14:43:14 | 3 | have been logical for you to explain to her that you had |
| 14:43:17 | 4 | this agreement with Lucasfilm, and it had worked well in |
| 14:43:20 | 5 | the past? |
| 14:43:21 | 6 | MS. HENN: Objection. Calls for speculation. |
| 14:43:22 | 7 | THE WITNESS: Yeah, I don't -- I don't remember |
| 14:43:24 | 8 | a conversation with her, so I can't say what I would or |
| 14:43:27 | 9 | wouldn't have discussed with her with regard to |
| 14:43:30 | 10 | Lucasfilm's arrangement. |
| 14:43:33 | 11 | BY MR. GLACKIN: |
| 14:43:33 | 12 | Q. Was it her idea to have an agreement like this, |
| 14:43:36 | 13 | or was it your idea? |
| 14:43:37 | 14 | A. I don't remember the conversation. |
| 14:43:39 | 15 | MS. HENN: Objection. Assuming facts not in |
| 14:43:41 | 16 | evidence. Go ahead. |
| 14:43:45 | 17 | MR. GLACKIN: Okay. Let's go to Tab 24, |
| 14:43:48 | 18 | please. So this will be Exhibit 140. |
| 14:44:06 | 19 | (Exhibit 140 was marked for identification.) |
| 14:45:06 | 20 | THE WITNESS: Okay. |
| 14:45:07 | 21 | MR. GLACKIN: This is a document Bates numbered |
| 14:45:09 | 22 | PIX00004244. |
| 14:45:13 | 23 | BY MR. GLACKIN: |
| 14:45:14 | 24 | Q. Ms. McAdams, would you agree with me that this |
| 14:45:16 | 25 | is an email that you sent to Mr. Look -- or an exchange, |

1    I, Rosalie A. Kramm, Certified Shorthand
2    Reporter licensed in the State of California, License No.
3    5469, hereby certify that the deponent was by me first
4    duly sworn and the foregoing testimony was reported by me
5    and was thereafter transcribed with computer-aided
6    transcription; that the foregoing is a full, complete,
7    and true record of said proceedings.
8         I further certify that I am not of counsel or
9    attorney for either of any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12        The dismantling, unsealing, or unbinding of the
13   original transcript will render the reporter's
14   certificates null and void.
15        In witness whereof, I have hereunto set my hand
16   this day:   August 9, 2012.
17        ___X____ Reading and Signing was requested.
18        _____ Reading and Signing was waived.
19        _____ Reading and signing was not requested.
20
21                              _____
22                              ROSALIE A. KRAMM
23                              CSR 5469, RPR, CRR
24
25