GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:    (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant Apple Inc.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**OMNIBUS DECLARATION OF CHRISTINA J. BROWN IN SUPPORT OF DEFENDANTS' REPLIES IN SUPPORT OF JOINT MOTION TO EXCLUDE TESTIMONY OF EDWARD E. LEAMER, PH.D. AND JOINT MOTION TO STRIKE IMPROPER REBUTTAL TESTIMONY IN DR. LEAMER'S REPLY EXPERT REPORT**<br><br>Date:        March 20, 2014 and March 27, 2014<br>Time:        1:30 p.m.<br>Courtroom:  8, 4th Floor<br>Judge:        The Honorable Lucy H. Koh |

I, Christina J. Brown, declare as follows:

1. I am a member of the Bar of the State of California and a counsel at O'Melveny & Myers LLP, attorneys for Defendant Apple Inc. I submit this declaration in support of Defendants' Replies in Support of Joint Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D. and Joint Motion to Strike the Improper Rebuttal Testimony in Dr. Leamer's Reply Expert Report or, in the Alternative, for Leave to Submit a Reply Report of Dr. Stiroh. I make this declaration based on my own personal knowledge. If called to testify as a witness, I could and would do so competently.

2. Attached hereto as Exhibit A is a true and correct copy of the November 12, 2012 Expert Report of Professor Kevin M. Murphy.

3. Attached hereto as Exhibit B is a true and correct copy of excepts from the October 26, 2012, November 18, 2013, and December 19, 2013 deposition testimony of Dr. Edward Leamer.

4. Attached hereto as Exhibit C is a true and correct copy of excerpts from the December 3, 2012 deposition testimony of Dr. Kevin Murphy.

5. Attached hereto as Exhibit D is a true and correct copy of excerpts from the December 9, 2013 deposition testimony of Dr. Lauren Stiroh.

6. Attached hereto as Exhibit E is a true and correct copy of excerpts from the January 29, 2013 deposition testimony of Paul Otellini.

7. Attached hereto as Exhibit F is a true and correct copy of a document produced by Google bearing Bates number GOOG-HIGH-TECH-00058864.

8. Attached hereto as Exhibit G is a true and correct copy of excerpts from the Federal Judicial Center, *Reference Manual on Scientific Evidence* (3d ed. 2011).

9. Attached hereto as Exhibit H is a true and correct copy of excerpts from *Understanding and Using Advanced Statistics* (2006).

10. Attached hereto as Exhibit I is a true and correct copy from the *STATA Manual - Stata 13 help for regress*. The document was printed from http://www.stata.com/help.cgi?regress, which was last visited on February 27, 2014.

11. Attached hereto as Exhibit J is a true and correct copy of excerpts from *Statistics in a Nutshell* (1st ed. 2008).

12. Attached hereto as Exhibit K is a true and correct copy of excerpts from *A Guide to Modern Econometrics* (2d ed. 2004).

13. Attached hereto as Exhibit L is a true and correct copy of excerpts from *A Course in Econometrics* (1991).

14. Attached hereto as Exhibit M is a true and correct copy of excerpts from *Proving Antitrust Damages, Legal and Economic Issues* (2d ed. 2010).

15. Attached hereto as Exhibit N is a true and correct copy of excerpts from *Principles of Econometrics* (4th ed. 2011).

16. Attached hereto as Exhibit O is a true and correct copy of excerpts from *Microeconometrics, Methods and Applications* (2005).

17. Attached hereto as Exhibit P is a true and correct copy of Multicountry, Multifactor Tests of the Factor Abundance Theory, *The American Economic Review* (Dec. 1987).

18. Attached hereto as Exhibit Q is a true and correct copy of Sets of Posterior Means with Bounded Variance Priors, *Econometrica* (May 1982).

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 27, 2014, in San Francisco, California.

                                        */s/ Christina J. Brown*
                                        Christina J. Brown