# EXHIBIT A

# OMNIBUS BROWN DECLARATION

# SUBMITTED UNDER SEAL