# EXHIBIT C

# OMNIBUS BROWN DECLARATION

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5

 6   IN RE:  HIGH-TECH EMPLOYEE     )

 7   ANTITRUST LITIGATION           )

 8                                  )   No. 11-CV-2509-LHK

 9   THIS DOCUMENT RELATES TO:      )

10   ALL ACTIONS.                   )

11   _____ )

12

13

14           CONFIDENTIAL - ATTORNEYS' EYES ONLY

15       VIDEO DEPOSITION OF KEVIN M. MURPHY, Ph.D.

16                    December 3, 2012

17

18

19

20   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

21

22

23

24

25
```

| | | |
|---|---|---|
| 06:07:28 | 1 | But the -- as long as -- if you are willing to |
| 06:07:30 | 2 | stick to that assumption that it's really conduct by |
| 06:07:33 | 3 | age, then the age variable can help you identify that. |
| 06:07:37 | 4 | But what you are fundamentally doing is you are asking |
| 06:07:41 | 5 | was the age profile different in the conduct years than |
| 06:07:44 | 6 | in the non-conduct years.  It's not surprising that he |
| 06:07:48 | 7 | gets a result that's actually backwards of what he says |
| 06:07:50 | 8 | you should have gotten. |
| 06:07:51 | 9 | He gets a result that says that the impact was |
| 06:07:55 | 10 | greatest on the youngest people and less on the |
| 06:07:58 | 11 | middle-age people, when his theory was it would be |
| 06:08:02 | 12 | exactly the reverse. |
| 06:08:04 | 13 | It's not surprising, given the amount of noise |
| 06:08:06 | 14 | he's got in his estimates.  Again, it's an illustration |
| 06:08:13 | 15 | of how poorly this regression actually performs. |
| 06:08:20 | 16 | Q.  So I'd like to direct your attention to |
| 06:08:22 | 17 | paragraph 128, please.  This is the paragraph when you |
| 06:08:34 | 18 | discussed clustering of standard errors. |
| 06:08:40 | 19 | What I'd like to ask you is towards the middle |
| 06:08:43 | 20 | of the paragraph you make a reference to -- you say |
| 06:08:46 | 21 | that, "This exhibit shows that none of Dr. Leamer's |
| 06:08:49 | 22 | 'undercompensation' estimates for any employer or year |
| 06:08:52 | 23 | is statistically significant at conventional levels |
| 06:08:55 | 24 | under the properly computed standard errors." |
| 06:08:59 | 25 | What does the phrase "statistically significant |

| | | |
|---|---|---|
| 06:09:01 | 1 | at conventional levels" mean? |
| 06:09:04 | 2 |     A.  I think the most commonly used level that |
| 06:09:07 | 3 | people use is 95 percent or 5 percent level, however you |
| 06:09:10 | 4 | want to think about it.  I think that's the most common |
| 06:09:12 | 5 | one.  If people talk -- in economics, when people talk |
| 06:09:17 | 6 | about statistically significant and they don't say at |
| 06:09:19 | 7 | the 1 percent level, at the 5 percent level or whatever, |
| 06:09:22 | 8 | I think the shorthand economist typically uses 5 percent |
| 06:09:25 | 9 | level. |
| 06:09:26 | 10 |     Q.  Is that a requirement of economic analysis? |
| 06:09:28 | 11 |     A.  No, it's not a firm requirement.  I'm just |
| 06:09:31 | 12 | saying, you know, that's the conventional level that |
| 06:09:33 | 13 | people use. |
| 06:09:34 | 14 |     Q.  Okay.  Is that -- if I wanted to sort of look |
| 06:09:36 | 15 | that up somewhere, would I be able to look it up |
| 06:09:39 | 16 | anywhere? |
| 06:09:40 | 17 |     A.  Yeah.  Probably econometric textbook would talk |
| 06:09:45 | 18 | about that.  But generally people talk about |
| 06:09:51 | 19 | significance at various levels of significance. |
| 06:09:55 | 20 |     (Reporter clarification.) |
| 06:09:55 | 21 |     THE WITNESS:  I'm just telling you the common |
| 06:09:57 | 22 | shorthand in economics is 5 percent, just talking about |
| 06:10:01 | 23 | statistically significant with no modifier. |
| 06:10:03 | 24 |     MR. GLACKIN:  Q.  So what does statistical |
| 06:10:06 | 25 | significance mean? |

| | | |
|---|---|---|
| 06:10:08 | 1 | A.  It means in a classical statistical problem, it |
| 06:10:12 | 2 | means I achieved a result in terms of my estimate that |
| 06:10:19 | 3 | is typically, say, large relative to what I would expect |
| 06:10:22 | 4 | to happen just by chance. |
| 06:10:26 | 5 | So in other words, in a world where there were |
| 06:10:28 | 6 | no true effect, or no true difference, for example, in a |
| 06:10:32 | 7 | given sample, you are going to find a difference.  Even |
| 06:10:35 | 8 | if the true -- say I had two populations and I was |
| 06:10:38 | 9 | comparing population A and population B, and I had |
| 06:10:41 | 10 | samples from each population, and I was going to |
| 06:10:43 | 11 | calculate the average height from my samples. |
| 06:10:46 | 12 | Even if the true average height in both |
| 06:10:49 | 13 | populations is the same, in my sample there is going to |
| 06:10:52 | 14 | be a difference in the average height of the sample from |
| 06:10:55 | 15 | population A and the average height from the sample of |
| 06:10:59 | 16 | population B. |
| 06:11:00 | 17 | The test of statistical significance is did I |
| 06:11:02 | 18 | get a difference in heights across those two populations |
| 06:11:07 | 19 | that was too big to happen just by chance.  And the way |
| 06:11:12 | 20 | we quantify that is to say, did I get a difference in |
| 06:11:16 | 21 | heights that would happen less than 5 percent of the |
| 06:11:19 | 22 | time just by chance.  That's really the idea of |
| 06:11:22 | 23 | statistical significance. |
| 06:11:24 | 24 | Q.  Okay.  Do you agree that this is a |
| 06:11:31 | 25 | description -- that statistical significance is a |

| | | |
|---|---|---|
| 06:11:33 | 1 | description of how certain a statistical result is? |
| 06:11:40 | 2 | A.  Yeah.  It's not just -- it's a description of |
| 06:11:45 | 3 | how precisely I can estimate something, yeah.  Somewhat |
| 06:11:50 | 4 | of a description.  I mean, if you are just going to talk |
| 06:11:54 | 5 | about significance and not talk about the components |
| 06:11:56 | 6 | that go into it, then you might say it's -- it could be |
| 06:12:00 | 7 | described in terms of certainty. |
| 06:12:05 | 8 | Q.  Is there any authority for -- well, is it your |
| 06:12:10 | 9 | opinion -- now, again, I don't want to invite you to |
| 06:12:13 | 10 | launch into -- excuse me.  I don't want to invite you to |
| 06:12:16 | 11 | a discursive answer of your reviews about Dr. Leamer's |
| 06:12:20 | 12 | regression.  I'd really like to stick to answers to the |
| 06:12:22 | 13 | question. |
| 06:12:24 | 14 | Is it your opinion that in order for a |
| 06:12:26 | 15 | statistical analysis to be reliable, it must produce a |
| 06:12:30 | 16 | statistically significant result? |
| 06:12:32 | 17 | A.  Not necessarily.  That doesn't have to be true. |
| 06:12:36 | 18 | Q.  So -- |
| 06:12:38 | 19 | A.  But statistical significance is one thing you |
| 06:12:39 | 20 | do look at.  And particularly here, you can look at the |
| 06:12:44 | 21 | P values, for example, that show up in the table. |
| 06:12:49 | 22 | Q.  Okay.  So where are you directing me to?  Are |
| 06:12:55 | 23 | you on your report or Dr. Leamer's report? |
| 06:12:57 | 24 | A.  In my report.  So you look at table, say, 22B. |
| 06:13:11 | 25 | Q.  Is this appendix 22B or Exhibit 22B? |

| | | |
|---|---|---|
| 06:13:14 | 1 | A.  Exhibit 22B or Exhibit 22A.  Either one.  We |
| 06:13:17 | 2 | can go with A, it's the first one. |
| 06:13:20 | 3 | Q.  Uh-huh.  Okay. |
| 06:13:22 | 4 | A.  So these would be the P values, which is the |
| 06:13:25 | 5 | probability that that you get a number at least that big |
| 06:13:28 | 6 | just by chance.  And you can see for lots of these, |
| 06:13:34 | 7 | there -- these are from his estimates that restrict the |
| 06:13:37 | 8 | coefficients across.  You get a lot of these P values 50 |
| 06:13:42 | 9 | percent, which means it's a number -- I'm going to get a |
| 06:13:45 | 10 | number that size half the time just by chance.  Kind of |
| 06:13:49 | 11 | what those numbers mean. |
| 06:13:51 | 12 | Q.  You say there is a lot that are 50 percent? |
| 06:13:53 | 13 | A.  I'm saying there is ones that are 50 percent, |
| 06:13:55 | 14 | 30 percent, 40 percent.  There is a few that are |
| 06:13:58 | 15 | smaller.  But, you know, the majority of them are, you |
| 06:14:03 | 16 | know, 30 percent or higher.  That means a third of the |
| 06:14:06 | 17 | time I'm going to get a number like that just by chance. |
| 06:14:20 | 18 | Q.  So -- |
| 06:14:27 | 19 | A.  And remember, this is just looking for an |
| 06:14:29 | 20 | average effect, let alone asking the question whether |
| 06:14:32 | 21 | there is a common effect. |
| 06:14:35 | 22 | Q.  So if I wanted to look at some authority for |
| 06:14:38 | 23 | the proposition that these P values are a basis to |
| 06:14:44 | 24 | reject Dr. Leamer's regression analysis, what authority |
| 06:14:48 | 25 | should I look at? |

| | | |
|---|---|---|
| 06:14:51 | 1 | A. You could look at any basic econometrics |
| 06:14:55 | 2 | textbook. |
| 06:14:56 | 3 | Q. Should be easy for you to identify one, then, |
| 06:14:57 | 4 | if I -- |
| 06:14:59 | 5 | A. You can look at Green, you could look at the |
| 06:15:01 | 6 | book that we cite in here. There is tons of econometric |
| 06:15:07 | 7 | textbooks out there that would talk about these things. |
| 06:15:11 | 8 | Q. And they will say a regression with P values in |
| 06:15:13 | 9 | that range ought to be rejected? |
| 06:15:15 | 10 | A. No. They would say P values in that range are |
| 06:15:17 | 11 | not something that you would say provides really |
| 06:15:21 | 12 | substantial evidence of the hypothesis. |
| 06:15:25 | 13 | Q. Why don't you just give me one textbook that |
| 06:15:28 | 14 | you are certain includes this proposition. |
| 06:15:30 | 15 | A. You know, look, I last looked at textbooks 30 |
| 06:15:34 | 16 | years ago when I was in school. People -- we don't rely |
| 06:15:37 | 17 | on textbooks for what we do. We -- you know, it's all |
| 06:15:41 | 18 | done in research and papers and journals and all those |
| 06:15:45 | 19 | things. I mean, you know, you could -- you could -- you |
| 06:15:51 | 20 | could look at Green, I guess, would be a textbook that |
| 06:15:54 | 21 | would have it. You could look at, you know -- |
| 06:15:56 | 22 | Q. Is Green one that you cited in here? |
| 06:15:58 | 23 | A. Yeah, we cited Green and we cited one other |
| 06:16:02 | 24 | one. The book we cited on clustering. |
| 06:16:05 | 25 | Q. So the Angrist and Pischke? |

06:16:06  1      A.  No, Angrist and Pischke is -- yeah, that would
06:16:10  2  be a useful one to look at.  You could just ask Ed.  I
06:16:17  3  mean, he'll tell you.
06:16:18  4      Q.  Well, if you'll take his word for it, whatever
06:16:20  5  his answer is, then I'm happy to do that.
06:16:23  6      A.  I sure hope he's still the same guy I knew.
06:16:25  7  But he should be able to tell you that a P value of .5
06:16:30  8  isn't something that you would write home about.
06:16:32  9          But it's worse than that.  It's not the P
06:16:34 10  values here.  It's really -- it's really the degree of
06:16:38 11  precision that you have for estimating even the average
06:16:41 12  effect.  It's really problematic, and it's unfortunate.
06:16:49 13      Q.  Is there a better way to estimate the effect of
06:16:55 14  this conduct than using a regression analysis?
06:17:02 15      A.  I think if you are going to do it, you would
06:17:03 16  have to do it a different way.
06:17:06 17      Q.  What are some possible ways that are feasible
06:17:09 18  given the data?
06:17:11 19      A.  First off, I think you wouldn't want -- the
06:17:13 20  theory -- economics tells us that there is going to be
06:17:16 21  differential effects for different people, which I think
06:17:19 22  pushes you away from the regression analysis to begin
06:17:21 23  with.  Because the regression analysis, at most, is
06:17:27 24  going to give you an average, and that's not going to
06:17:29 25  tell you whether there was class-wide harm.  I think you

| | | |
|---|---|---|
| 06:17:31 | 1 | would have to move away from that.  I don't think the |
| 06:17:36 | 2 | regression analysis is going to be useful for that. |
| 06:17:39 | 3 | If you were going to do a regression analysis |
| 06:17:41 | 4 | you would have to have one that does a much better job |
| 06:17:44 | 5 | of controlling for the other determinants of firm-level |
| 06:17:48 | 6 | compensation over time.  That's the thing that would |
| 06:17:53 | 7 | solve your potential problem. |
| 06:17:58 | 8 | Q.  What I'm asking is, is there some mechanism |
| 06:18:00 | 9 | other than a regression analysis by which this can be |
| 06:18:03 | 10 | accomplished? |
| 06:18:05 | 11 | A.  There very well could be.  But Professor Leamer |
| 06:18:09 | 12 | hasn't done it. |
| 06:18:09 | 13 | Q.  Can you tell us any mechanisms, other than a |
| 06:18:12 | 14 | regression analysis, that would account for this -- |
| 06:18:16 | 15 | A.  Sure.  You know, if I had some time to work on |
| 06:18:18 | 16 | it, I could come up with something probably.  That's not |
| 06:18:21 | 17 | what I was asked to do.  The regression -- I think the |
| 06:18:26 | 18 | regression, the number of flaws it has, cannot be put |
| 06:18:30 | 19 | forward as the answer to this question.  It really |
| 06:18:33 | 20 | can't.  And I'm sorry to say that. |
| 06:18:41 | 21 | Q.  You don't have to be sorry.  It's not the first |
| 06:18:43 | 22 | time I've heard it, Dr. Murphy.  Believe me.  It's |
| 06:18:46 | 23 | really okay.  I understand. |
| 06:18:48 | 24 | A.  Anyway.... |
| 06:18:48 | 25 | MR. GLACKIN:  So, look, I have probably, I |

1       I, Gina V. Carbone, Certified Shorthand
2   Reporter licensed in the State of California, License
3   No. 8249, hereby certify that the deponent was by me
4   first duly sworn and the foregoing testimony was
5   reported by me and was thereafter transcribed with
6   computer-aided transcription; that the foregoing is a
7   full, complete, and true record of said proceedings.
8       I further certify that I am not of counsel or
9   attorney for either of any of the parties in the
10  foregoing proceeding and caption named or in any way
11  interested in the outcome of the cause in said caption.
12      The dismantling, unsealing, or unbinding of
13  the original transcript will render the reporter's
14  certificates null and void.
15      In witness whereof, I have hereunto set my
16  hand this day:  December 6, 2012.
17      _____ Reading and Signing was requested.
18      _____ Reading and Signing was waived.
19      ___X___ Reading and signing was not requested.

                                    _____
                                    GINA   V. CARBONE
                                    CSR 8249, RPR, CCRR