# EXHIBIT F

# OMNIBUS BROWN DECLARATION

**From:** Eric Schmidt <eschmidt@google.com> on behalf of Eric Schmidt
**Sent:** Thursday, May 04, 2006 10:19 PM
**To:** Shona Brown; Arnnon Geshuri
**Subject:** FW: recruiting

can you review? I thought Intel was on our "no hire" list.. Eric

---

**From:** Otellini, Paul [mailto:paul.otellini@intel.com]
**Sent:** Thursday, May 04, 2006 4:54 PM
**To:** Eric Schmidt
**Subject:** recruiting

Hi Eric,

Sorry to bother you again on this topic, but my guys are very troubled by Google continuing to recruit our key players.

Most recently, two very senior software employees have received an offer for Google that is "one million dollars" in cash and restricted shares. They claim that they have turned Google down 2-3 times, and that they were told the offers will remain in place should they change their minds... The offers are for Mountain View. They claim the recruiting was unsolicited..

Can you pls reinforce the no recruiting agreement? I would appreciate it. Thanks, paul

EXHIBIT 451
Deponent Otellini
Date 1·29·13
Gina V. Carbone, CSR

1

CONFIDENTIAL ATTORNEY'S EYES ONLY    GOOG-HIGH-TECH-00058864