# EXHIBIT I

# OMNIBUS BROWN DECLARATION



# Stata 13 help for regress

**Title**

    [R] **regress** -- Linear regression


**Syntax**

        **regress** *depvar* [*indepvars*] [*if*] [*in*] [*weight*] [, *options*]

    *options*              Description
    -------------------------------------------------------------------------
    Model
      **noconstant**         suppress constant term
      **hascons**            has user-supplied constant
      **tsscons**            compute total sum of squares with constant; seldom
                             used

    SE/Robust
      **vce(***vcetype***)**         *vcetype* may be **ols**, **robust**, **cluster** *clustvar*,
                             **bootstrap**, **jackknife**, **hc2**, or **hc3**

    Reporting
      **level(***#***)**            set confidence level; default is **level(95)**
      **beta**               report standardized beta coefficients
      **eform(***string***)**        report exponentiated coefficients and label as
                             *string*
      **depname(***varname***)**     substitute dependent variable name; programmer's
                             option
      *display_options*      control column formats, row spacing, line width,
                             display of omitted variables and base and empty
                             cells, and factor-variable labeling

      **noheader**           suppress output header
      **notable**            suppress coefficient table
      **plus**               make table extendable
      **mse1**               force mean squared error to **1**
      **coeflegend**         display legend instead of statistics
    -------------------------------------------------------------------------
    *indepvars* may contain factor variables; see fvvarlist.
    *depvar* and *indepvars* may contain time-series operators; see tsvarlist.
    **bootstrap, by, fp, jackknife, mfp, mi estimate, nestreg, rolling,
      statsby, stepwise**, and **svy** are allowed; see prefix.
    **vce(bootstrap)** and **vce(jackknife)** are not allowed with the **mi estimate**
      prefix.
    Weights are not allowed with the **bootstrap** prefix.
    **aweight**s are not allowed with the **jackknife** prefix.
    **hascons, tsscons, vce(), beta, noheader, notable, plus, depname(), mse1**,
      and weights are not allowed with the **svy** prefix.
    **aweight**s, **fweight**s, **iweight**s, and **pweight**s are allowed; see weight.
    **noheader, notable, plus, mse1**, and **coeflegend** do not appear in the dialog

```
        box.
    See [R] regress postestimation for features available after estimation.
```

## Menu

```
    Statistics > Linear models and related > Linear regression
```

## Description

```
    regress fits a model of depvar on indepvars using linear regression.

    Here is a short list of other regression commands that may be of
    interest.  See estimation commands for a complete list.

        Command             Description
        -------------------------------------------------------------------------
        areg                an easier way to fit regressions with many dummy
                              variables
        arch                regression models with ARCH errors
        arima               ARIMA models
        boxcox              Box-Cox regression models
        cnsreg              constrained linear regression
        eivreg              errors-in-variables regression
        etregress           linear regression with endogenous treatment effects
        frontier            stochastic frontier models
        gmm                 generalized method of moments estimation
        heckman             Heckman selection model
        intreg              interval regression
        ivregress           single-equation instrumental-variables regression
        ivtobit             tobit regression with endogenous variables
        newey               regression with Newey-West standard errors
        nl                  nonlinear least-squares estimation
        nlsur               estimation of nonlinear systems of equations
        qreg                quantile (including median) regression
        reg3                three-stage least-squares (3SLS) regression
        rreg                a type of robust regression
        gsem                generalized structural equation models
        sem                 linear structural equation models
        sureg               seemingly unrelated regression
        tobit               tobit regression
        truncreg            truncated regression
        xtabond             Arellano-Bond linear dynamic panel-data estimation
        xtdpd               linear dynamic panel-data estimation
        xtfrontier          panel-data stochastic frontier model
        xtgls               panel-data GLS models
        xthtaylor           Hausman-Taylor estimator for error-components models
        xtintreg            panel-data interval regression models
        xtivreg             panel-data instrumental-variables (2SLS) regression
        xtpcse              linear regression with panel-corrected standard errors
        xtreg               fixed- and random-effects linear models
        xtregar             fixed- and random-effects linear models with an AR(1)
                              disturbance
        xttobit             panel-data tobit models
        -------------------------------------------------------------------------
```

## Options

```
      +-------+
 ----+ Model +--------------------------------------------------------
```

**noconstant**; see **[R] estimation options**.

**hascons** indicates that a user-defined constant or its equivalent is
     specified among the independent variables in *indepvars*. Some caution
     is recommended when specifying this option, as resulting estimates
     may not be as accurate as they otherwise would be. Use of this
     option requires "sweeping" the constant last, so the moment matrix
     must be accumulated in absolute rather than deviation form. This
     option may be safely specified when the means of the dependent and
     independent variables are all reasonable and there is not much
     collinearity between the independent variables. The best procedure
     is to view **hascons** as a reporting option -- estimate with and without
     **hascons** and verify that the coefficients and standard errors of the
     variables not affected by the identity of the constant are unchanged.

**tsscons** forces the total sum of squares to be computed as though the
     model has a constant, that is, as deviations from the mean of the
     dependent variable. This is a rarely used option that has an effect
     only when specified with **noconstant**. It affects only the total sum
     of squares and all results derived from the total sum of squares.

```
      +-----------+
 ----+ SE/Robust +----------------------------------------------------
```

**vce(***vcetype***)** specifies the type of standard error reported, which
     includes types that are derived from asymptotic theory (**ols**), that
     are robust to some kinds of misspecification (**robust**), that allow for
     intragroup correlation (**cluster** *clustvar*), and that use bootstrap or
     jackknife methods (**bootstrap**, **jackknife**); see **[R]** *vce_option*.

   **vce(ols)**, the default, uses the standard variance estimator for
     ordinary least-squares regression.

   **regress** also allows the following:

   **vce(hc2)** and **vce(hc3)** specify an alternative bias correction for the
        robust variance calculation. **vce(hc2)** and **vce(hc3)** may not be
        specified with the **svy** prefix. In the unclustered case,
        **vce(robust)** uses $(\hat{\sigma}_j)^2 = \{n/(n-k)\}(u_j)^2$ as an estimate
        of the variance of the jth observation, where $u_j$ is the
        calculated residual and $n/(n-k)$ is included to improve the
        overall estimate's small-sample properties.

       **vce(hc2)** instead uses $u_j^2/(1-h_{jj})$ as the observation's
         variance estimate, where $h_{jj}$ is the diagonal element of the hat
         (projection) matrix. This estimate is unbiased if the model
         really is homoskedastic. **vce(hc2)** tends to produce slightly more
         conservative confidence intervals.

       **vce(hc3)** uses $u_j^2/(1-h_{jj})^2$ as suggested by Davidson and
         MacKinnon (1993), who report that this method tends to produce
         better results when the model really is heteroskedastic.
         **vce(hc3)** produces confidence intervals that tend to be even more
         conservative.

```
                See Davidson and MacKinnon (1993, 554-556) and Angrist and
                Pischke (2009, 294-308) for more discussion on these two bias
                corrections.

          +-----------+
    ----+ Reporting +-------------------------------------------------------
```

**level(**#**)**; see **[R] estimation options**.

**beta** asks that standardized beta coefficients be reported instead of
    confidence intervals.  The beta coefficients are the regression
    coefficients obtained by first standardizing all variables to have a
    mean of 0 and a standard deviation of 1.  **beta** may not be specified
    with **vce(cluster** *clustvar***)** or the **svy** prefix.

**eform(***string***)** is used only in programs and ado-files that use **regress** to
    fit models other than linear regression.  **eform()** specifies that the
    coefficient table be displayed in exponentiated form as defined in
    **[R] maximize** and that *string* be used to label the exponentiated
    coefficients in the table.

**depname(***varname***)** is used only in programs and ado-files that use **regress**
    to fit models other than linear regression.  **depname()** may be
    specified only at estimation time.  *varname* is recorded as the
    identity of the dependent variable, even though the estimates are
    calculated using *depvar*.  This method affects the labeling of the
    output -- not the results calculated -- but could affect subsequent
    calculations made by **predict,** where the residual would be calculated
    as deviations from *varname* rather than *depvar*.  **depname()** is most
    typically used when *depvar* is a temporary variable (see **[P] macro**)
    used as a proxy for *varname*.

   **depname()** is not allowed with the **svy** prefix.

*display_options*:  **noomitted**, **vsquish**, **noemptycells**, **baselevels**,
    **allbaselevels**, **nofvlabel**, **fvwrap(**#**)**, **fvwrapon(***style***)**, **cformat(**%*fmt***)**,
    **pformat(**%*fmt***)**, **sformat(**%*fmt***)**, and **nolstretch**; see **[R] estimation**
    **options**.

The following options are available with **regress** but are not shown in the
dialog box:

**noheader** suppresses the display of the ANOVA table and summary statistics
    at the top of the output; only the coefficient table is displayed.
    This option is often used in programs and ado-files.

**notable** suppresses display of the coefficient table.

**plus** specifies that the output table be made extendable.  This option is
    often used in programs and ado-files.

**mse1** is used only in programs and ado-files that use **regress** to fit
    models other than linear regression and is not allowed with the **svy**
    prefix.  **mse1** sets the mean squared error to **1**, thus forcing the
    variance-covariance matrix of the estimators to be (X'DX)^-1 (see
    *Methods and formulas* in **[R] regress**) and affecting calculated
    standard errors.  Degrees of freedom for t statistics is calculated
    as n rather than n-k.

```
        coeflegend; see [R] estimation options.


Examples:  linear regression

    Setup
        . sysuse auto

    Fit a linear regression
        . regress mpg weight foreign

    Fit a better linear regression, from a physics standpoint
        . gen gp100m = 100/mpg
        . regress gp100m weight foreign

    Obtain beta coefficients without refitting model
        . regress, beta

    Suppress intercept term
        . regress weight length, noconstant

    Model already has constant
        . regress weight length bn.foreign, hascons


Examples:  regression with robust standard errors

        ------------------------------------------------------------------------
        . sysuse auto, clear
        . generate gpmw = ((1/mpg)/weight)*100*1000
        . regress gpmw foreign
        . regress gpmw foreign, vce(robust)
        . regress gpmw foreign, vce(hc2)
        . regress gpmw foreign, vce(hc3)
        ------------------------------------------------------------------------
        . webuse regsmpl, clear
        . regress ln_wage age c.age#c.age tenure, vce(cluster id)
        ------------------------------------------------------------------------


Example:  weighted regression

        . sysuse census
        . regress death medage i.region [aw=pop]


Examples:  linear regression with survey data

    Setup
        . webuse highschool

    Perform linear regression using survey data
        . svy: regress weight height

    Setup
        . generate male = sex == 1 if !missing(sex)

    Perform linear regression using survey data for a subpopulation
        . svy, subpop(male): regress weight height
```

**Video example**

    Simple linear regression in Stata


**Stored results**

    **regress** stores the following in **e()**:

    Scalars
```
  e(N)              number of observations
  e(mss)            model sum of squares
  e(df_m)           model degrees of freedom
  e(rss)            residual sum of squares
  e(df_r)           residual degrees of freedom
  e(r2)             R-squared
  e(r2_a)           adjusted R-squared
  e(F)              F statistic
  e(rmse)           root mean squared error
  e(ll)             log likelihood under additional assumption of
                      i.i.d.  normal errors
  e(ll_0)           log likelihood, constant-only model
  e(N_clust)        number of clusters
  e(rank)           rank of e(V)
```

    Macros
```
  e(cmd)            regress
  e(cmdline)        command as typed
  e(depvar)         name of dependent variable
  e(model)          ols or iv
  e(wtype)          weight type
  e(wexp)           weight expression
  e(title)          title in estimation output when vce() is not ols
  e(clustvar)       name of cluster variable
  e(vce)            vcetype specified in vce()
  e(vcetype)        title used to label Std. Err.
  e(properties)     b V
  e(estat_cmd)      program used to implement estat
  e(predict)        program used to implement predict
  e(marginsok)      predictions allowed by margins
  e(asbalanced)     factor variables fvset as asbalanced
  e(asobserved)     factor variables fvset as asobserved
```

    Matrices
```
  e(b)              coefficient vector
  e(V)              variance-covariance matrix of the estimators
  e(V_modelbased)   model-based variance
```

    Functions
```
  e(sample)         marks estimation sample
```


**References**

    Angrist, J. D., and J.-S. Pischke. 2009.  *Mostly Harmless Econometrics:*
        *An Empiricist's Companion*.  Princeton, NJ: Princeton University
        Press.

```
    Davidson, R., and J. G. MacKinnon. 1993.  Estimation and Inference in
        Econometrics.  New York: Oxford University Press.
```

© Copyright 1996–2013 StataCorp LP   |   Terms of use   |   Privacy   |   Contact us   |   What's new   |   Site index