GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile:  (213) 687-3702

Attorneys for Defendant
INTEL CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF APPEARANCE BY BETHANY W. KRISTOVICH** |

1  TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

2  PLEASE TAKE NOTICE that Bethany W. Kristovich of Munger, Tolles & Olson LLP,

3  355 South Grand Avenue, 35th Floor, Los Angeles, California 90071-1560, hereby enters her

4  appearance on behalf of defendant Intel Corporation.

5

6  DATED: February 28, 2014            MUNGER, TOLLES & OLSON, LLP

7

8

9  By:     */s/ Bethany W. Kristovich*
                Bethany W. Kristovich

10

11  355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560

12  Telephone: (213) 683-9100
Facsimile: (213) 687-3702

13  Email: Bethany.Kristovich@mto.com

14  Attorneys for Defendant INTEL CORPORATION

15

16

17

18

19

20

21

22

23

24

25

26

27

28