# EXHIBIT 1

**Lieff Cabraser Heimann & Bernstein, LLP**
**Case Cost Recapitulation: LCHB Only Expenses**
**High Tech Cold Calling (3462-0001)**
**Inception Through 30 October 2013**

| **LCHB Only Expenses (Not Paid by Litigation Fund)** | |
|---|---:|
| Computer Research | 23,452.13 |
| Deposition/Transcripts | 5,574.36 |
| Electronic Database | 13,071.76 |
| Experts | 38,314.30 |
| Fax | 35.00 |
| Fed Ex Messenger | 15,336.82 |
| Filing Fees | 5,850.42 |
| Hard Copy Research | 796.97 |
| Mediation Expenses | 15,250.00 |
| Outside Copying Service | 7,025.10 |
| Photocopy In-House | 7,892.80 |
| Postage | 1,256.13 |
| Printing | 97,286.20 |
| Process Service | 1,731.43 |
| Telephone | 8,802.48 |
| Travel | 32,050.54 |
| **Total** | **273,726.44** |