# EXHIBIT 2

**Lieff Cabraser Heimann & Bernstein, LLP**
**Case Cost Recapitulation: Litigation Fund Expenses**
**High Tech Cold Calling (3462-0001)**
**Inception Through 30 October 2013**

**Litigation Fund Expenses**

**Settlement**
| | |
|---|---:|
| Damasco & Associates | 9,518.75 |
| David A. Rotman | 12,000.00 |

**Experts**
| | |
|---|---:|
| Econ One | 1,837,439.51 |
| Edward E. Leamer | 425,762.43 |
| Employment Metrics, LLC (Kevin Hallock) | 247,219.85 |
| Info Tech (Consultants/Analysts) | 283,781.25 |

**Process Service**
| | |
|---|---:|
| J& K Investigative Services | 75.00 |

**Deposition/Transcripts**
| | |
|---|---:|
| Jordan Media, Inc. | 94,076.00 |
| Kramm Court Reporters | 103,280.77 |
| Lee-Anne Shortridge CSR | 727.30 |
| Veritext | 27,781.57 |

**Electronic Database**
| | |
|---|---:|
| TERIS - Bay Area, LLC | 240,029.12 |

| | |
|---|---:|
| **Total Expenses Incurred** | **3,281,691.55** |