# EXHIBIT 4

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415.500.6800
Facsimile:  415.395.9940

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ERIC L. CRAMER IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARDS** |

DECLARATION OF ERIC L. CRAMER ISO PLTFS'
MOT. FOR ATTYS' FEES, REIMBURSEMENT OF
EXPENSES & INCENTIVE AWARDS
CASE NO. 11-CV-2509-LHK

I, Eric L. Cramer, declare:

1.      I am an attorney licensed to practice in Pennsylvania and New York.  I am a managing shareholder of the firm Berger & Montague, P.C. ("Berger & Montague") in Philadelphia, and Counsel for the Class Representatives and for the proposed Settlement Class.  I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2.      Forty years ago, Berger & Montague pioneered the use of class actions in antitrust and securities litigation, and since then, has expanded the use of class actions in the fields of consumer, employment, environmental and insurance litigation, as well as in the areas of civil and human rights.  Our firm's Antitrust Department has extensive experience in complex antitrust class action litigation.  Berger & Montague has played lead roles in major class action cases for approximately 40 years, resulting in recoveries totaling billions of dollars for our firm's clients and the classes they represent.  I have been a managing shareholder of the firm, where I have practiced since 1995.  I have repeatedly been selected by Chambers USA America's Leading Lawyers for Business as one of Pennsylvania's top antitrust lawyers; have been highlighted annually since 2011 by the *Legal 500* as one of the country's top lawyers in the field of complex antitrust litigation; have repeatedly been deemed one of the "Best Lawyers in America;" and have been designated a "Super Lawyer" by Philadelphia Magazine many years in a row.  I am lead counsel in several antitrust and other litigation matters in a variety of industries and numerous courts across the country.

3.      To advance this litigation, Berger & Montague paid certain costs totaling $181,069.49, up through October 30, 2013 (the date of Preliminary Settlement Approval).  Those costs consisted of contributions to the joint litigation fund of Class Counsel ("Litigation Fund") as well as costs paid separately by Berger & Montague, as set forth below.

4.      The Litigation Fund was designed to pay common external costs, such as expert fees, court reporting expenses for deposition transcripts, and vendor fees for our electronic platform for review and storage of documents produced in the course of discovery.  Berger & Montague contributed $140,000.00 to the Litigation Fund as-of October 30, 2013.  Further details

1   regarding the Litigation Fund are described in the accompanying Declaration of Kelly M.

2   Dermody In Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and

3   Incentive Awards.

4         5.      In addition, Berger & Montague paid separately $41,069.49 for certain costs that

5   were not paid for by the Litigation Fund, including copying documents, travel, electronic

6   computer research, mailing charges, printing, telephone service, and other expenses.   These

7   expenses are summarized in a chart provided in Attachment 1.

8         6.      Berger & Montague incurred the costs described herein on behalf of Plaintiffs on a

9   contingent basis, and has not been reimbursed.   The records of these costs are reflected in Berger

10   & Montague's books and records.   I have reviewed the expenses reported by Berger & Montague

11   in this case that are included in the Motion for Attorneys' Fees, Reimbursement of Expenses, and

12   Incentive Awards, and I affirm that they are true and accurate.

13

14                      *       *       *

15

16         I declare under penalty of perjury under the laws of the United States and the State of

17   Pennsylvania that the foregoing is true and correct to the best of my knowledge and that this

18   declaration was executed in Philadelphia, Pennsylvania on March 4, 2014.

19

20                               Eric L. Cramer

21

22

23

24

25

26

27

28

                      - 2 -

DECLARATION OF ERIC L. CRAMER ISO PLTFS'
MOT. FOR ATTYS' FEES, REIMBURSEMENT OF
EXPENSES & INCENTIVE AWARDS
CASE NO. 11-CV-2509-LHK

**Attachment 1**
**In re High-Tech Employees Antitrust Litigation**
**Berger & Montague, P.C.**
**Reported Expenses Incurred on Behalf of Plaintiffs**
**Inception Through October 30, 2013**

| Reported Expenses (By Type) | Amount Incurred |
|---|---|
| Computer Research | $6,994.33 |
| Copying/Reproduction | $3,864.80 |
| Delivery/Courier Service | $1,401.74 |
| Document Production Management Fees | $1,831.11 |
| Filing Fees | $825.00 |
| Postage | $42.84 |
| Telephone | $107.16 |
| Travel | $26,002.51 |

| Total: | $41,069.49 |
|---|---|