# EXHIBIT 5

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415.500.6800
Facsimile:  415.395.9940

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LINDA P. NUSSBAUM IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND SERVICE AWARDS** |

I, Linda P. Nussbaum, declare:

1. I am an attorney licensed to practice in the State of New York. I am a partner at the firm of Grant & Eisenhofer PA ("G & E"), Counsel for the Class Representatives and for the proposed Settlement Class. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2. G & E is one of the largest and most respected plaintiffs' class action firms in the nation. Over the past five years alone, the firm has obtained recoveries totaling over $12.5 billion for plaintiffs in cases in which the firm served as lead or co-lead counsel. I am chair of the firm's antitrust practice, and have served as lead or co-lead counsel in numerous complex antitrust class actions, in which I have obtained precedent-setting victories and achieved substantial recoveries for plaintiff classes.

3. To advance this litigation, G & E paid certain costs totaling $177,623.71 up through October 30, 2013 (the date of Preliminary Settlement Approval). Those costs consisted of contributions to the joint litigation fund of Class Counsel ("Litigation Fund") as well as costs paid separately by G & E, as set forth below.

4. The Litigation Fund was designed to pay common external costs, such as expert fees, court reporting expenses for deposition transcripts, and vendor fees for our electronic platform for review and storage of documents produced in the course of discovery. G & E contributed $140,000.00 to the Litigation Fund as of October 30, 2013. Further details regarding the Litigation Fund are described in the accompanying Declaration of Kelly M. Dermody In Support of Plaintiffs' Motion for Attorneys' Fees, Reimbursement of Expenses and Incentive Awards.

5. In addition, G & E paid separately $37,623.71 for certain costs that were not paid for by the Litigation Fund, including copying documents, travel, electronic computer research, faxing, and mailing charges, printing, telephone service, and other expenses. These expenses are summarized in a chart provided in Attachment 1.

6. G & E incurred the costs described herein on behalf of Plaintiffs on a contingent basis, and has not been reimbursed. The records of these costs are reflected in G & E's books and

records. I have reviewed the expenses reported by G & E in this case that are included in the Motion for Attorneys' Fees, Reimbursement of Expenses, and Incentive Awards, and I affirm that they are true and accurate.

\*   \*   \*

I declare under penalty of perjury under the laws of the United States and the State of New York that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in New York, New York on March 3, 2014.

_____
Linda P. Nussbaum

## Attachment 1
### In re High-Tech Employees Antitrust Litigation
### Grant & Eisenhofer PA
### Reported Expenses Incurred on Behalf of Plaintiffs
### Inception Through October 30, 2013

| Reported Expenses (By Type) | Amount Incurred |
|---|---:|
| Computer Research | $2,544.26 |
| Copying/Reproduction | $3,926.57 |
| Delivery/Courier Service | N/A |
| Facsimile | N/A |
| Federal Express | N/A |
| In-House Print | N/A |
| Postage | $298.29 |
| Supplies | N/A |
| Telephone | $173.30 |
| Travel | $23,412.48 |
| Service Fees | $227.85 |
| Filing Fee | $608.01 |
| Outside IT Services | $3,283.00 |
| E-Discovery Processing Services | $1,532.45 |
| E-Discovery Hosting Services | $1,617.50 |
| **Total:** | $37,623.71 |

1163392.1 — 3 —

DECLARATION OF LINDA NUSSBAUM ISO PLTFS'
MOT. FOR ATTYS' FEES, REIMBURSEMENT OF
EXPENSES, & INCENTIVE AWARDS
CASE NO. 11-CV-2509-LHK