# EXHIBIT 6

**Lieff Cabraser Heimann & Bernstein, LLP**
**Case Cost Recapitulation: Litigation Fund Contributions**
**High Tech Cold Calling (3462-0001)**
**Inception Through 30 October 2013**

| **Litigation Fund Contributions** | |
|---|---:|
| Berger & Montague | 140,000.00 |
| Grant & Eisenhofer | 140,000.00 |
| Joseph Saveri Law Firm | 985,000.00 |
| Lieff Cabraser Heimann & Bernstein, LLP | 985,756.03 |
| **Total** | **2,250,756.03** |