# EXHIBIT 8

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 03/04/2014 01:42:10 PM | From | Inception |
|---|---|---|---|
| | | To | 30-Oct-13 |

**Matter Number: 3462-0001**    HIGH-TECH COLD CALLING - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD HEIMANN | 199.20 | 950.00 | 189,240.00 |
| JOSEPH SAVERI | 154.70 | 775.00 | 119,892.50 |
| KELLY DERMODY | 1,387.80 | 775.00 | 1,075,545.00 |
| ERIC FASTIFF | 221.10 | 700.00 | 154,770.00 |
| BRENDAN GLACKIN | 1,149.60 | 650.00 | 747,240.00 |
| DEAN HARVEY | 515.30 | 490.00 | 252,497.00 |
| HEATHER WONG | 13.80 | 550.00 | 7,590.00 |
| RACHEL GEMAN | 21.80 | 650.00 | 14,170.00 |
| JOY KRUSE | 11.50 | 775.00 | 8,912.50 |
| | **3,674.80** | | **2,569,857.00** |

### ASSOCIATE

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| JOHN AMBROSIO | 402.00 | 490.00 | 196,980.00 |
| KATHERINE BLACK | 77.00 | 460.00 | 35,420.00 |
| KRISTIN CALSON | 382.80 | 490.00 | 187,572.00 |
| LISA CISNEROS | 591.20 | 465.00 | 274,908.00 |
| JOSEPH FORDERER | 515.50 | 350.00 | 180,425.00 |
| DEAN HARVEY | 3,485.00 | 465.00 | 1,620,525.00 |
| KAREN JONES | 29.00 | 515.00 | 14,935.00 |
| JAMES LEGGETT | 346.50 | 375.00 | 129,937.50 |
| KATHERINE LEHE | 466.90 | 350.00 | 163,415.00 |
| DALE RATNER | 1,677.80 | 490.00 | 822,122.00 |
| KEVIN RAYHILL | 34.00 | 375.00 | 12,750.00 |
| ANNE SHAVER | 1,234.90 | 465.00 | 574,228.50 |
| JONATHAN ZAUL | 1,465.80 | 415.00 | 608,307.00 |
| | **10,708.40** | | **4,821,525.00** |

### LAW CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| KATE EPSTEIN | 43.00 | 320.00 | 13,760.00 |
| NEHA GUPTA | 10.00 | 330.00 | 3,300.00 |
| LEAH JUDGE | 22.60 | 330.00 | 7,458.00 |
| MARVIN NETTLES | 19.30 | 295.00 | 5,693.50 |
| PHONG-CHAU NGUYEN | 26.40 | 295.00 | 7,788.00 |
| | **121.30** | | **37,999.50** |

Timekeepers billing less than 10 hours have been removed.

**PARALEGAL/CLERK**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| NICOLAS MENARD | 10.60 | 305.00 | 3,233.00 |
| RICHARD ANTHONY | 17.60 | 305.00 | 5,368.00 |
| NIKKI BELUSHKO BARROWS | 33.90 | 305.00 | 10,339.50 |
| TODD CARNAM | 47.20 | 305.00 | 14,396.00 |
| TERENCE DESOUZA | 1,104.00 | 285.00 | 314,640.00 |
| DANIEL LIU | 85.10 | 260.00 | 22,126.00 |
| IAN MERRIFIELD | 452.80 | 250.00 | 113,200.00 |
| DREW MONROE | 16.60 | 250.00 | 4,150.00 |
| TERESA ROSTKOWSKI | 18.20 | 285.00 | 5,187.00 |
| ALAN RUIZ | 43.50 | 265.00 | 11,527.50 |
| STEVEN SHIN | 564.90 | 265.00 | 149,698.50 |
| YUN SWENSON | 17.40 | 305.00 | 5,307.00 |
| BRIAN TROXEL | 92.10 | 305.00 | 28,090.50 |
| JULIE ZHU | 307.80 | 285.00 | 87,723.00 |
| KIRTI DUGAR | 77.00 | 410.00 | 31,570.00 |
| | **2,888.70** | | **806,556.00** |

**LITIGATION SUPPORT / RESEARCH**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| MAJOR MUGRAGE | 86.40 | 320.00 | 27,648.00 |
| RENEE MUKHERJI | 24.30 | 270.00 | 6,561.00 |
| ERWIN OCAMPO | 15.00 | 320.00 | 4,800.00 |
| CYRUS YAMAT | 95.50 | 320.00 | 30,560.00 |
| ANTHONY GRANT | 337.00 | 320.00 | 107,840.00 |
| | **558.20** | | **177,409.00** |

| | | | |
|---|---:|---:|---:|
| **MATTER TOTALS** | **17,951.40** | | **8,413,346.50** |

Timekeepers billing less than 10 hours have been removed.