1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan P. Glackin (State Bar No. 199643)
3   Dean M. Harvey (State Bar No. 250298)
    Anne B. Shaver (State Bar No. 255928)
4   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
    275 Battery Street, 29th Floor
5   San Francisco, CA  94111-3339
    Telephone:  (415) 956-1000
6   Facsimile:  (415) 956-1008

7   Joseph R. Saveri (State Bar No. 130064)
    James G. Dallal (State Bar No.  277826)
8   JOSEPH SAVERI LAW FIRM, INC.
    505 Montgomery, Suite 625
9   San Francisco, California 94111
    Telephone: 415.500.6800
10  Facsimile: 415.395-9940

11  *Co-Lead Class Counsel*

12                     UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA

14                          SAN JOSE DIVISION

15

16

17  IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
18                                     **DECLARATION OF MARK FICHTNER
    THIS DOCUMENT RELATES TO:          IN SUPPORT OF APPLICATION OF
19                                     PLAINTIFFS FOR APPROVAL OF
    ALL ACTIONS                        SERVICE AWARDS**
20
                                       Date:      March 5, 2014
21                                     Time:      1:30 pm
                                       Courtroom: 8, 4th Floor
22                                     Judge:     Honorable Lucy H. Koh

23

24

25

26

27

28

1     I, Mark Fichtner, declare as follows:

2         1.      I make this statement on the basis of my personal knowledge and, if called as a

3     witness, could and would testify as to its contents.  I worked for Defendant Intel Corp. ("Intel") as

4     a Software Engineer, on a salaried basis, from July 1993 through November 2006, and again from

5     May 2008 through May 2011.  I am a Class Representative in this lawsuit.

6                         **Protecting the Interests of the Class**

7         2.      Before filing this lawsuit, I became aware of agreements Intel and other

8     Defendants entered into to eliminate competition for labor.  I believe I was harmed by such

9     agreements, and that my compensation and those of other employees like me were artificially and

10    unlawfully suppressed.  I also believed that, without private plaintiffs willing to step forward and

11    serve as Class Representatives, Defendants would not compensate their employees for the pay

12    that was unlawfully denied them.

13        3.      I retained Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff Cabraser") to file a

14    class action lawsuit on my behalf, and on behalf of a class of other similarly situated individuals,

15    to hold Defendants accountable for their wrongful acts, to seek compensation for those the

16    Defendants harmed, and to deter such misconduct in the future.  That case was filed in California

17    Superior Court, Santa Clara County, on June 6, 2011.  The case was subsequently removed by

18    Defendants to United States District Court for the Northern District of California.  On September

19    12, 2011, my case was consolidated with four other similar cases, and my counsel filed a

20    Consolidated Amended Complaint on September 13, 2011.  (Dkt. 65.)  On October 24, 2013, the

21    Court certified the proposed Class and appointed me as a Class Representative.  (Dkt. 531.)

22        4.      I understand the responsibilities of a Class Representative and I have fulfilled, and

23    I continue to fulfill, my duties to the Class.  I have been actively involved in the litigation of this

24    case, as described more fully below, and have been in close contact with the attorneys

25    representing the Class to monitor and contribute to this case throughout.  On many occasions, I

26    have provided my attorneys with input and advice regarding various aspects of the litigation,

27    including the terms of the settlements with Pixar, Lucasfilm Ltd., and Intuit Inc. (collectively, the

28

- 1 -

"Settling Defendants") (collectively, the "Settlements").  I have vigorously represented the Class's interests pursuant to my fiduciary duties to the Class I represent.

5.      I was not promised any amount of money to serve as a Class Representative.  My approval of the Settlements was based on my view that they were in the best interests of the Class.

6.      The Settlements create a fund of $20 million, and preserve the ability to recover the full amount of damages caused by Defendants' unlawful conspiracy from the remaining Defendants.  All Class Members can participate in the money award just by filing a claim form.

**<u>Benefits to the Class From My Actions as a Class Representative</u>**

7.      In my role as Class Representative, I have expended substantial time and effort (as more fully explained below) to perform actions that have benefited the Class at large.

8.      Since I first retained Lieff Cabraser in April 2011, I have spent over approximately 100 hours fulfilling my role as a Class Representative in this case, including participating in discovery and mediation.  A summary of my activities is as follows:

a.      Meeting with and speaking with my attorneys at Lieff Cabraser as part of the initial investigation of the case;

b.      Preparing, reviewing, and finalizing my complaint;

c.      Reviewing drafts of pleadings and other documents before authorizing my attorneys to file them and providing input on these key documents;

d.      Gathering documents and other potential evidence about Defendants and about my claims to provide to Lieff Cabraser and produce to Defendants, including providing documents and electronically stored information to support my claims and the Class's claims,[1] as well as helping my attorneys understand Intel practices and potential witnesses so my attorneys could formulate proper discovery requests;

---

[1] Searching and producing both paper documents and electronically stored information was a substantial effort, and included third party sources of information, such as personal email services.  My search and production was not limited by time or source of information, and the topics were broad in response to Defendants' discovery requests.  I also assisted Lieff Cabraser in reviewing my documents to understand their potential responsiveness to Defendants' discovery requests.

1    e. Preparing, reviewing, finalizing, and verifying my responses to 16

2 interrogatories, including updating several of my answers twice, at Defendants' request;

3    f. Reviewing documents produced by Defendants, and testimony from

4 Defendants' witnesses, that relate to me, my claims, and the claims of the Class;

5    g. Reviewing expert work performed by experts retained by both the Class

6 and by Defendants, and providing feedback to my attorneys;

7    h. Sitting for a full-day deposition taken by Defendants on October 15, 2012;

8    i. Preparing for my deposition with my attorneys;

9    j. Reviewing and correcting my deposition transcript following my

10 deposition;

11    k. Attending and participating in two mediations sessions in San Francisco,

12 and discussing the strategy and progress of all mediations in the case;

13    l. Communicating with other Class Representatives regarding developments

14 and the status of the case; and

15    m. Participating in regular conversations with my attorneys at Lieff Cabraser

16 throughout the duration of this case, with some calls lasting over an hour and sometimes as often

17 as several times a day, and additional communications by way of frequent and regular email

18 correspondence.

19       **Reasonable Fears of Workplace Retaliation**

20   9. I remain a part of the high-technology industry.  Given this close-knit industry, and

21 the prominence and power of the seven Defendants in this case, I have taken substantial risks in

22 my own career by stepping forward as a Class Representative here.  Further, during the course of

23 this action, Defendants served 2 subpoenas on other (non-party) companies that have employed

24 me, seeking essentially all information regarding nearly any aspect of my work for these

25 employers, including my personnel files.  I took the risk that other high-technology companies

26 will not hire me or that clients might not want to work with me because I served as a Class

27 Representative in this action.  That risk will continue throughout my career.

28

1    I declare under penalty of perjury under the laws of California and the United States that

2    the foregoing is true and correct.

3

4    Executed on February  20, 2014 in Chandler_____, Arizona_____.

5

6    _____

7                                             Mark Fichtner

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1161490.1