1   Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)
2   Eric B. Fastiff (State Bar No. 182260)
    Brendan Glackin (State Bar No. 199643)
3   Dean Harvey (State Bar No. 250298)
    Anne B. Shaver (State Bar No. 255928)
4   Lisa J. Cisneros (State Bar No. 251473)
    LIEFF CABRASER HEIMANN &
5   BERNSTEIN, LLP
    275 Battery Street, 29th Floor
6   San Francisco, California  94111-3339
    Telephone:  415.956.1000
7   Facsimile:  415.956.1008

8   Joseph R. Saveri (State Bar No. 130064)
    James G. Dallal (State Bar No. 277826)
9   JOSEPH SAVERI LAW FIRM, INC.
    505 Montgomery, Suite 625
10  San Francisco, CA 94111
    Telephone:  415.500.6800
11  Facsimile:   415.395.9940

12  *Co-Lead Class Counsel*

13

14                  UNITED STATES DISTRICT COURT

15               NORTHERN DISTRICT OF CALIFORNIA

16                       SAN JOSE DIVISION

17

18  IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
19                                     **CLASS ACTION**
    THIS DOCUMENT RELATES TO:
20                                     **PLAINTIFFS' MOTION TO REMOVE**
    ALL ACTIONS                        **INCORRECTLY FILED DOCUMENT**
21

22

23

24

25

26

27

28

1    Plaintiffs respectfully request an order for the immediate removal of an incorrectly filed

2    document located at Docket No. 724-1.  This inadvertently filed document contains a date of birth

3    and social security number.  Plaintiffs regret this error and are acting promptly to address it.

4

5    Dated:  March 6, 2014                    **LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

6
                                             By:___*/s/ Kelly M. Dermody*_____
7                                            Richard M. Heimann (State Bar No. 63607)
                                             Kelly M. Dermody (State Bar No. 171716)
8                                            Eric B. Fastiff (State Bar No. 182260)
                                             Brendan P. Glackin (State Bar No. 199643)
9                                            Dean M. Harvey (State Bar No. 250298)
                                             Anne B. Shaver (State Bar No. 255928)
10                                           Lisa J. Cisneros (State Bar No. 251473)
11                                           LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
                                             275 Battery Street, 29th Floor
12                                           San Francisco, CA  94111-3339
                                             Telephone:  (415) 956-1000
13                                           Facsimile:  (415) 956-1008

14                                           **JOSEPH SAVERI LAW FIRM, INC.**

15
                                             By:___*/s/ Joseph R. Saveri*_____
16                                           Joseph R. Saveri (State Bar No. 130064)
                                             James G. Dallal (State Bar No. 277826)
17                                           JOSEPH SAVERI LAW FIRM, INC.
                                             505 Montgomery Street, Suite 625
18                                           San Francisco, CA  94111
                                             Telephone:  (415) 500-6800
19                                           Facsimile: (415) 500-6803

20
                                             ***Co-Lead Class Counsel***
21

22

23

24

25

26

27

28

1164060.1

PLAINTIFFS' MOTION TO REMOVE INCORRECTLY
FILED DOCUMENT
CASE NO. 11-CV-2509-LHK