# EXHIBIT A

Subject:        REMINDER: Class Action Settlement Notification

Email Text:

Claim Number ID:  [_____]

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

*In re: High-Tech Employee Antitrust Litigation*, Case 5:11-cv-2509-LHK

*This is not a solicitation from a lawyer.*

Please be advised that on January 22, 2014, you were mailed a Notice of Proposed Class Action Settlement and Claim Form (the "Notice") in connection with the above-referenced class action litigation.  Our records indicate that **you are a Class member** and that **you have not responded to the Notice**.  Please go to www.hightechemployeelawsuit.com for more information, including copies of the full notice approved by the Court. Your Claim Number ID is [_____]. **Please note that important deadlines affecting your rights and the deadline for filing a claim for benefits under the settlements is March 19, 2014.**

**Who is Included in the Class?**  On October 24, 2013, the Court entered an order certifying the following Class: "All natural persons who work in the technical, creative, and/or research and development fields that are employed on a salaried basis in the United States by one or more of the following: (a) **Apple** from March 2005 through December 2009; (b) **Adobe** from May 2005 through December 2009; (c) **Google**  from March 2005 through December 2009; (d) **Intel**  from March 2005 through December 2009; (e) **Intuit**  from June 2007 through December 2009; (f) **Lucasfilm** from January 2005 through December 2009; or (g) **Pixar** from January 2005 through December 2009.  Excluded from the Class are: retail employees; corporate officers, members of the boards of directors, and senior executives of all Defendants."

**What Can You Get?**  Payments will be based on the number of valid claims filed and your salary received during the alleged conspiracy period.

**How to Get a Payment?**  File a Claim Form by mail or online to get a payment. The Claim Form, and instructions on how to submit it, are available at www.hightechemployeelawsuit.com or by calling 1-855-731-7499.

1161126.2