# EXHIBIT B

**UNITED STATES DISTRICT COURT,
NORTHERN DISTRICT OF CALIFORNIA**

*In re: High-Tech Employee Antitrust Litigation*, Case 5:11-cv-2509-LHK

*This is not a solicitation from a lawyer.*

Please be advised that on January 22, 2014, you were mailed a Notice of Proposed Class Action Settlement and Claim Form (the "Notice") in connection with the above-referenced class action litigation.  Our records indicate that **you are a Class member** and that **you have not responded to the Notice**.  Please go to www.hightechemployeelawsuit.com for more information, including copies of the full notice approved by the Court. **Please note that important deadlines affecting your rights and the deadline for filing a claim for benefits under the settlements is March 19, 2014.**

**How to Get a Payment?**  File a Claim Form by mail or online to get a payment.  The Claim Form, and instructions on how to submit it, are available at www.hightechemployeelawsuit.com or by calling 1-855-731-7499.

1161252.1