# EXHIBIT C

# UNITED STATES DISTRICT COURT,
## NORTHERN DISTRICT OF CALIFORNIA

*In re: High-Tech Employee Antitrust Litigation*, Case 5:11-cv-2509-LHK

*This is not a solicitation from a lawyer.*

On January 22, 2014, you were mailed a Notice of Proposed Class Action Settlement and Claim Form (the "Notice") in connection with the above-referenced class action litigation. Our records indicate that **you are a Class member** and that **you have not responded to the Notice**. This is a short form reminder. Please go to www.hightechemployeelawsuit.com for more information, including copies of the full Notice approved by the Court. **An important deadline affecting your rights is March 19, 2014.**

**The Notice sent on January 22, 2014, instructed that class members could exclude themselves from the settlements and/or continuing litigation by sending an email to: info@hightechemployeelawsuit.com. However, that email address was faulty and not made operational until February 13, 2014. Any requests sent before that date were not received. The email address is now functional if you would like to utilize it.**

The class action lawsuit claims that Adobe Systems Inc. ("Adobe"), Apple Inc. ("Apple"), Google Inc. ("Google"), Intel Corp. ("Intel"), Intuit Inc. ("Intuit"), Lucasfilm, Ltd. ("Lucasfilm"), and Pixar ("Pixar") violated federal and state antitrust laws. Intuit, Lucasfilm, and Pixar (the "Settling Defendants") have settled. The litigation is proceeding against Adobe, Apple, Google, and Intel (the "Non-Settling Defendants"). **The full Notice mailed on January 22, 2014 and available at** www.hightechemployeelawsuit.com **advises you of your rights with respect to (A) the settlement with certain defendants and (B) the continuing litigation against the remaining defendants.**

| SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS WITH RESPECT TO THE <u>SETTLING DEFENDANTS</u> ||
|---|---|
| **DO NOTHING** | **Get no payment from the Settling Defendants**. Give up your rights to ever recover from the Settling Defendants for the legal claims in this case if the settlements are approved. <br><br> You will remain a Class Member in the lawsuit against Adobe, Apple, Google, and Intel, the "Non-Settling Defendants," and retain the possibility of getting money or other benefits from the Non-Settling Defendants that may come from trial or settlement. |
| **EXCLUDE** | **Get no payment from the settlements.** This is the only |

22983829.1
806807.01

| | |
|---|---|
| **YOURSELF FROM EITHER OR BOTH OF THE SETTLEMENTS** | way that you can file your own lawsuit or ever be part of any other lawsuit about the legal claims in this case against any of the Settling Defendants. As described in Question 20 of the full Notice, you may exclude yourself from one or both settlements.  Even if you exclude yourself from one or both of the settlements, you will remain in the Class for purposes of the continuing lawsuit against the Non-Settling Defendants and will be bound by the outcome unless you submit a written exclusion request. |
| **SUBMIT A CLAIM FORM FOR YOUR SHARES OF THE SETTLEMENTS** | **The only way to receive money from the settlements when the funds are distributed is by submitting a claim form by March 19, 2014.** |
| **OBJECT TO OR COMMENT ON THE SETTLEMENTS** | **Following the instructions in Question 24 of the full Notice, write to the Court about why you like or do not like the settlements by no later than March 19, 2014.** You may also ask to speak to the Court about your written comments or objections about the fairness of either or both of the settlements at the "Fairness Hearing" on May 1, 2014, though you do not have to do so. To comment on or object to either or both settlements and request to speak at the "Fairness Hearing," you must act before **March 19, 2014**. |
| **GO TO THE COURT'S FAIRNESS HEARING ABOUT THE SETTLEMENTS** | If you would like, you may ask to speak in Court about the fairness of one or both of the settlements if you follow the instructions in Question 24 of the full Notice. You do not need to speak to the Court to receive benefits under the settlements. |

| | |
|---|---|
| **SUMMARY OF YOUR LEGAL RIGHTS AND OPTIONS WITH RESPECT TO THE <u>NON-SETTLING DEFENDANTS</u>** ||
| **DO NOTHING** | If you do nothing, you will remain a Class Member in the lawsuit against the Non-Settling Defendants and retain the possibility of getting money or other benefits from the Non-Settling Defendants that may come from trial or settlement. By remaining in the Class, you will be bound by the outcome of the continuing lawsuit with the Non-Settling Defendants and will give up your right to file your own lawsuit. There is no money available now from Adobe, Apple, Google, or Intel, and no guarantee that there will be. The outcome of the continuing class action lawsuit against these Non-Settling Defendants is not yet known. If additional money or benefits are obtained from the Non-Settling Defendants, you will be notified again. |

| **EXCLUDE YOURSELF FROM THE ONGOING LAWSUIT** | **If you exclude yourself from the ongoing lawsuit, you will receive no payment from any Non-Settling Defendants even if any monies are collected as the result of a trial or settlement, but you will retain the right to file your own lawsuit.** You will remain in the Class on whose behalf the lawsuit will continue against the Non-Settling Defendants unless you submit a written request to exclude yourself from it as described in the response to Question 21 of the full Notice. You must submit a timely written request to exclude yourself from the Class, if you wish to do so, by **March 19, 2014**. This is the only way that you can file your own lawsuit or ever be part of any other lawsuit about the legal claims in this case against any of the Non-Settling Defendants. |
|---|---|