UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>ORDER RE: DISTRIBUTION OF ARGUMENT ON PENDING MOTIONS AND REMINDER CLASS NOTICE |

      The Court finds individual Defendants' motions for summary judgment (ECF Nos. 554, 560, 561, and 564) suitable for decision without oral argument pursuant to Civil Local Rule 7-1(b). Accordingly, the hearing on these motions, currently set for March 20, 2014, is VACATED. The Court will hear argument on the *Daubert* motions (ECF Nos. 559, 565, and 570), the motion to strike portions of Dr. Leamer's rebuttal expert report (ECF No. 557), and the joint motion for summary judgment (ECF No. 556) on March 27, 2014 at 1:30 p.m. The Case Management Conference currently set for March 20, 2014 at 1:30 p.m. is CONTINUED to March 27, 2014 at 1:30 p.m. The parties shall submit a joint case management by March 20, 2014 at noon.

      The Court finds that a reminder notice would be appropriate under the circumstances of the instant case, particularly in light of the issues with the Claims Administrator's email addresses. However, the Court agrees with Defendants that any reminder notice should be uniform and flag

1

Case No.:  11-CV-02509-LHK
ORDER RE: DISTRIBUTION OF ARGUMENT ON PENDING MOTIONS AND REMINDER CLASS NOTICE

the issue regarding the problems with the email address. Moreover, the Court finds that an extension of the deadline to respond to the notice is appropriate in light of the delayed reminder notice. The Court therefore extends all the March 19, 2014 deadlines to respond to the notice to March 26, 2014.

Accordingly, the Claims Administrator shall send the reminder notice proposed by Defendants (ECF No. 727, Ex. C), with the following modifications: (1) All references to March 19, 2014 shall be changed to March 26, 2014; and (2) One sentence shall be added at the end of the first paragraph that states "The Court has extended the deadline to respond to the Notice from March 19, 2014 to March 26, 2014." The Claims Administrator shall use regular letter-sized paper and disseminate the reminder notice via U.S. mail by no later than March 13, 2014.

**IT IS SO ORDERED.**

Dated: March 10, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge