KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA SESSIONS - # 270914
jsessions@kvn.com
CODY S. HARRIS - # 255302
charris@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
Google Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 5:11-cv-2509-LHK<br><br>**NOTICE OF APPEARANCE OF CODY S. HARRIS** |
|---|---|

1  **TO THE CLERK OF THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Cody S. Harris, Keker & Van Nest LLP, 633 Battery Street, San Francisco, California 94111-1809, telephone: (415) 391-5400, facsimile: (415) 397-7188, and email: charris@kvn.com, hereby enters his appearance as attorney of record for defendant GOOGLE INC. in the above-captioned matter.  Mr. Harris respectfully requests that all pleadings, orders, motions, notices, and other papers in connection with this action henceforth be served on him.

Respectfully submitted,

Dated: March 11, 2014                                KEKER & VAN NEST LLP

By:   /s/ *Cody S. Harris*
      Cody S. Harris

      Robert A. Van Nest
      Daniel Purcell
      Eugene M. Paige
      Justina Sessions
      633 Battery Street
      San Francisco, CA  94111
      Telephone:  (415) 391-5400
      Facsimile:  (415) 397-7188

      *Attorneys for Defendant GOOGLE INC.*