UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No: 11-CV-02509-LHK<br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Vincent J. Connelly, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Google, Inc. in the above-entitled action. My local co-counsel in this case is Lee H. Rubin, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>Mayer Brown LLP<br>71 S. Wacker Drive<br>Chicago, IL  60606 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>Mayer Brown LLP<br>2 Palo Alto Square, Suite 300 - 3000 El Camino Real<br>Palo Alto, CA  94306 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(312) 782-0600 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(650) 331-2000 |
| MY EMAIL ADDRESS OF RECORD:<br>vconnelly@mayerbrown.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>lrubin@mayerbrown.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 00501557.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: March 18, 2014

Vincent J. Connelly
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Vincent J. Connelly is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER

October 2012

American LegalNet, Inc.
www.FormsWorkFlow.com