Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**NOTICE OF FILING REVISED REDACTED DOCUMENTS IN RESPONSE TO ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

SFI-856190v1

On March 14, 2014, this Court issued an Order Granting in Part and Denying in Part Motions to Seal ("Sealing Order," ECF No. 730), which granted in part and denied in part motions to seal documents related to plaintiffs' supplemental class certification motion, defendants' opposition, plaintiffs' reply, and supporting materials.  Pursuant to Local Rule 79-5(f)(2) and (3), defendants Adobe Systems Inc., Apple Inc., Google Inc., Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar hereby submit the following revised redacted documents to comport with the Court's Sealing Order:[1]

- Defendants' Opposition to Supplemental Class Certification Motion (ECF No. 439);
- Exhibits 2-6 to the Declaration of Christina Brown in Support of Defendants' Opposition to Supplemental Class Certification Motion ("Brown Decl.") (ECF No. 445);
- Expert Report of Kathryn Shaw, Ph.D. (ECF No. 442);
- Exhibits 1, 3-4, 6, 9, 14-15, and 23 to the Declaration of Lin Kahn in Support of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification ("Kahn Decl.") (ECF No. 446).

The Court granted in full defendants' sealing requests as to Exhibits 5, 10, 11, 16, 17, 19, 22, 24-30 to the Kahn Decl., previously filed in redacted form by defendants at ECF No. 446.

---

[1] The Court denied defendants' sealing requests without prejudice as to certain documents, allowing defendants to file a renewed motion to seal more narrowly tailored portions of these documents by March 28, 2014.  Accordingly, Exhibits 8-9 of the Brown Decl. and Exhibits 2, 7-8 and 13 of the Kahn Decl., which will be the subject of a renewed motion to seal, are not attached to this Notice of Filing Revised Redacted Documents.

1
2
Dated:  March 21, 2014          JONES DAY

3
                                By:     */s/ Lin W. Kahn*
4
                                        Lin W. Kahn

5
                                Robert A. Mittelstaedt
                                David C. Kiernan
6
                                Lin W. Kahn
                                555 California Street, 26th Floor
7
                                San Francisco, CA  94104
                                Telephone:  (415) 626-3939
8
                                Facsimile:   (415) 875-5700

9
                                *Attorneys for Defendant ADOBE SYSTEMS INC.*

10
                                JONES DAY

11
                                By:     */s/ Robert A. Mittelstaedt*
12
                                        Robert A. Mittelstaedt

13
                                Robert A. Mittelstaedt
                                Craig E. Stewart
14
                                Catherine T. Zeng
                                555 California Street, 26th Floor
15
                                San Francisco, CA  94104
                                Telephone:  (415) 626-3939
16
                                Facsimile:   (415) 875-5700

17
                                *Attorneys for Defendant INTUIT INC.*

18
                                O'MELVENY & MYERS LLP

19
                                By:     */s/ Christina J. Brown*
20
                                        Christina J. Brown

21
                                George Riley
                                Michael F. Tubach
22
                                Christina J. Brown
                                Two Embarcadero Center, 28th Floor
23
                                San Francisco, CA  94111
                                Telephone:  (415) 984-8700
24
                                Facsimile:   (415) 984-8701

25
                                *Attorneys for Defendant APPLE INC.*

26
27
28

1   KEKER & VAN NEST LLP

2
    By:  */s/ Justina K. Sessions*
3        Justina K. Sessions

4   Robert A. Van Nest
    Daniel Purcell
5   Eugene M. Paige
    Justina K. Sessions
6   633 Battery Street
    San Francisco, CA  94111
7   Telephone:  (415) 381-5400
    Facsimile:   (415) 397-7188
8
    *Attorneys for Defendant GOOGLE INC.*
9

10  MAYER BROWN LLP

11
    By:  */s/ Lee H. Rubin*
12       Lee H. Rubin

13  Lee H. Rubin
    Edward D. Johnson
14  Donald M. Falk
    Anne M. Selin
15  Two Palo Alto Square
    3000 El Camino Real, Suite 300
16  Palo Alto, CA  94306-2112
    Telephone:  (650) 331-2057
17  Facsimile:   (650) 331-4557

18  *Attorneys for Defendant GOOGLE INC.*

19

20

21

22

23

24

25

26

27

28

1                               MUNGER, TOLLES & OLSON LLP

2

                               By:        */s/ Gregory P. Stone*

3                                           Gregory P. Stone

4                               Gregory P. Stone
                               Bradley S. Phillips

5                               Gregory M. Sergi
                               John P. Mittelbach

6                               MUNGER, TOLLES & OLSON LLP
                               355 South Grand Avenue, 35th Floor

7                               gregory.stone@mto.com
                               brad.phillips@mto.com

8                               gregory.sergi@mto.com
                               john.mittelbach@mto.com

9                               Los Angeles, California 90071-1560
                               Telephone: (213) 683-9100

10                             Facsimile: (213) 687-3702

11                             *Attorneys for Defendant INTEL CORP.*

12                             COVINGTON & BURLING LLP

13

14                             By:    */s/ Emily Johnson Henn*
                                   Emily Johnson Henn

15

16                             Emily Johnson Henn
                               333 Twin Dolphin Drive, Suite 700

17                             Redwood City, CA  94065
                             Telephone:  (650) 632-4700

18                             *Attorneys for Defendant PIXAR and LUCASFILM*

19    **ATTESTATION**:  The filer attests that concurrence in the filing of this document has been
obtained from all signatories.

20

21

22

23

24

25

26

27

28