Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**EXHIBIT 4 TO DECLARATION OF CHRISTINA BROWN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION** |

```
 1             UNITED STATES DISTRICT COURT

 2    NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4    --------------------------

 5    IN RE: HIGH-TECH EMPLOYEE )

 6    ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK

 7    --------------------------

 8

 9

10        HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

11

12

13       VIDEOTAPED DEPOSITION OF MICHAEL DEVINE

14              San Francisco, California

15             Wednesday, October 24, 2012

16                      Volume I

17

18

19

20    Reported by:

21    ASHLEY SOEVYN

22    CSR No. 12019

23    JOB No. 1545479

24

25    PAGES 1 - 265

                                              Page 1
```

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | A.   Again, that's a specific number, but that | 16:22:55 |
| 2 | sounds correct, yeah. | 16:22:59 |
| 3 | Q.   Do you have any knowledge, Mr. Devine, of | 16:23:04 |
| 4 | what basis Adobe decided whether to give a raise to | 16:23:08 |
| 5 | a particular employee? | 16:23:18 |
| 6 | A.   I sort of believe there were across the | 16:23:21 |
| 7 | board things based on how well the company did. | 16:23:23 |
| 8 | Maybe there were components to it too, I don't | 16:23:31 |
| 9 | know. | 16:23:33 |
| 10 | Q.   Do you recall going through a focal | 16:23:34 |
| 11 | review? | 16:23:41 |
| 12 | A.   No, I don't know what that is. | 16:23:46 |
| 13 | Q.   Do you recall being told that your | 16:23:47 |
| 14 | compensation may be adjusted based on your focal | 16:23:54 |
| 15 | review following your performance appraisal? | 16:24:00 |
| 16 | A.   If focal review means just a normal review | 16:24:03 |
| 17 | process where a manager says what they think of your | 16:24:06 |
| 18 | work, and then I vaguely remember you can also write | 16:24:10 |
| 19 | back and comment on that.  If that's what the focal | 16:24:13 |
| 20 | review is, I specifically recall that that was tied | 16:24:17 |
| 21 | to raises, but I sort of presume that if there was | 16:24:23 |
| 22 | manager leeway in the raises, that all of those kind | 16:24:29 |
| 23 | of factors would be in it. | 16:24:32 |
| 24 | Q.   But you don't know specifically how Adobe | 16:24:34 |
| 25 | determines whether or not salaries would be | 16:24:39 |

Page 183

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | | |
|---|---|---|
| 1 | increased or decreased year to year for a particular | 16:24:43 |
| 2 | employee? | 16:24:47 |
| 3 |     A.   No. | 16:24:47 |
| 4 |     Q.   Did you attempt to get any salary increases | 16:24:55 |
| 5 | or raises while you were at Adobe? | 16:25:00 |
| 6 |     A.   I don't think I did.  I don't recall, but | 16:25:06 |
| 7 | would lean toward "no" on that one. | 16:25:08 |
| 8 |     Q.   Do you recall ever asking Adobe to make a | 16:25:11 |
| 9 | counter offer to an offer you received from a | 16:25:13 |
| 10 | potential employer? | 16:25:26 |
| 11 |     A.   No. | 16:25:34 |
| 12 |     Q.   Do you recall any discussions that you had | 16:25:35 |
| 13 | with co-workers about their compensation? | 16:25:37 |
| 14 |     A.   No. | 16:25:39 |
| 15 |     Q.   Do you know what other members of your team | 16:25:40 |
| 16 | were making? | 16:25:42 |
| 17 |     A.   No. | 16:25:43 |
| 18 |     Q.   Do you know what any other employees at | 16:25:44 |
| 19 | Adobe were making? | 16:25:47 |
| 20 |     A.   No. | 16:25:49 |
| 21 |     Q.   Were you aware of any co-workers at Adobe | 16:26:09 |
| 22 | that attempted to negotiate a salary increase? | 16:26:13 |
| 23 |     A.   No. | 16:26:17 |
| 24 |     Q.   While at Adobe, you continued to look for | 16:26:38 |
| 25 | jobs? | 16:26:43 |

| | | |
|---|---|---|
| 1 | A. On occasion I did look for jobs while | 16:26:46 |
| 2 | working at Adobe, yes. | 16:26:48 |
| 3 | Q. You used the same sources that we described | 16:26:52 |
| 4 | earlier for searching for job opportunities? | 16:26:55 |
| 5 | A. Not sure that I did or to what extent or | 16:27:02 |
| 6 | if -- quite honestly. | 16:27:07 |
| 7 | Q. Did you use Monster.com? | 16:27:09 |
| 8 | A. I just don't recall which ones during that | 16:27:11 |
| 9 | period I would've used or not used. | 16:27:12 |
| 10 | Q. Do you recall receiving cold calls while | 16:27:20 |
| 11 | you were working for Adobe? | 16:27:22 |
| 12 | A. I don't recall specific cold calls, but | 16:27:36 |
| 13 | again, if in fact my resume was up on any of those | 16:27:40 |
| 14 | sites, I would have received cold calls and/or spam | 16:27:44 |
| 15 | calls. Also, I may have received calls from people | 16:27:51 |
| 16 | who had previously had my resume or companies that | 16:27:54 |
| 17 | in some way knew about me, but I can't specifically | 16:28:00 |
| 18 | recall cold calls during that period. | 16:28:05 |
| 19 | Again, maybe documents or resources that we | 16:28:11 |
| 20 | can turn to to refresh my memory, so -- | 16:28:18 |
| 21 | Q. Have you ever applied for a job at | 16:28:21 |
| 22 | Lucasfilm? | 16:28:24 |
| 23 | A. I don't recall, specifically. I think I | 16:28:26 |
| 24 | probably applied to one of Lucasfilm or Pixar, but I | 16:28:31 |
| 25 | don't remember specifically if I did. | 16:28:38 |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        I declare under penalty of perjury under the
 2   laws of the State of California that the foregoing
 3   is true and correct.
 4
 5        Executed on _____, 2012,
 6   at_____,_____.
 7
 8
 9
10
11           _____
12                    MICHAEL DEVINE
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
1   STATE OF CALIFORNIA    ) ss:
2   COUNTY OF MARIN        )
3
4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
5   certify:
6        That the foregoing deposition testimony was
7   taken before me at the time and place therein set
8   forth and at which time the witness was administered
9   the oath;
10       That the testimony of the witness and all
11  objections made by counsel at the time of the
12  examination were recorded stenographically by me,
13  and were thereafter transcribed under my direction
14  and supervision, and that the foregoing pages
15  contain a full, true and accurate record of all
16  proceedings and testimony to the best of my skill
17  and ability.
18       I further certify that I am neither counsel for
19  any party to said action, nor am I related to any
20  party to said action, nor am I in any way interested
21  in the outcome thereof.
         IN THE WITNESS WHEREOF, I have transcribed my
22  name this 31st day of October, 2012.
23
24

                        _____
25                      ASHLEY SOEVYN, CSR No. 12019
```

Page 265