Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**EXHIBIT 6 TO DECLARATION OF CHRISTINA BROWN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION** |

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1              UNITED STATES DISTRICT COURT

 2     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

 3

 4    --------------------------

 5    IN RE: HIGH-TECH EMPLOYEE )

 6    ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK

 7    --------------------------

 8

 9

10      HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

11

12

13     VIDEOTAPED DEPOSITION OF SIDDHARTH HARIHARAN

14                San Francisco, California

15                Friday, October 12, 2012

16                       Volume I

17

18

19

20    Reported by:

21    ASHLEY SOEVYN

22    CSR No. 12019

23    Job No. 1541277

24

25    PAGES 1 - 310
```

Page 1

| | | |
|---|---|---|
| 1 | A.  Nope. | 11:32:11 |
| 2 | Q.  You were reasonably content with the | 11:32:13 |
| 3 | prospect of getting a 17,000-plus raise? | 11:32:15 |
| 4 | A.  Correct. | 11:32:18 |
| 5 | Q.  It didn't bother you that your friend who | 11:32:19 |
| 6 | was slightly more experienced was making $12,000 | 11:32:24 |
| 7 | more than you? | 11:32:27 |
| 8 | A.  Well, I -- I don't recall.  I wouldn't say | 11:32:31 |
| 9 | necessarily, but he was a little bit more | 11:32:37 |
| 10 | experienced than me at the time.  I don't think I -- | 11:32:40 |
| 11 | I can't remember if I -- I thought about it much. | 11:32:44 |
| 12 | I'm not sure. | 11:32:45 |
| 13 | Q.  Did you ever use the $72,000 figure that he | 11:32:47 |
| 14 | had given to you as a basis for renegotiating your | 11:32:50 |
| 15 | compensation with EA? | 11:33:00 |
| 16 | A.  No. | 11:33:01 |
| 17 | Q.  After you joined EA, did you have | 11:33:01 |
| 18 | discussions with any co-workers about relative | 11:33:04 |
| 19 | salaries that people were making? | 11:33:10 |
| 20 | A.  Yes. | 11:33:12 |
| 21 | Q.  Did that happen often? | 11:33:13 |
| 22 | A.  No. | 11:33:14 |
| 23 | Q.  Just occasionally? | 11:33:15 |
| 24 | A.  Yes. | 11:33:16 |
| 25 | Q.  On roughly how many occasions do you recall | 11:33:18 |

| | | |
|---|---|---|
| 1 | during your time at EA, where you had discussions | 11:33:21 |
| 2 | with your co-workers about relative salaries? | 11:33:25 |
| 3 |     A.   I wouldn't be able to say. | 11:33:33 |
| 4 |     Q.   More than a dozen? | 11:33:35 |
| 5 |     A.   Maybe.  Maybe just under a dozen, maybe a | 11:33:40 |
| 6 | little bit more. | 11:33:44 |
| 7 |     Q.   What was the overall impression that you | 11:33:45 |
| 8 | got from these discussions about salaries with | 11:33:47 |
| 9 | co-workers?  Did you feel you were being paid | 11:33:49 |
| 10 | fairly, based on what you heard from your peers? | 11:33:54 |
| 11 |     A.   You see, I wasn't too focused on my salary | 11:34:07 |
| 12 | while I was working at EA necessarily, but I was | 11:34:11 |
| 13 | just focused on doing my job.  I cared about my | 11:34:14 |
| 14 | work.  I was head down in my work.  As long as the | 11:34:22 |
| 15 | system wasn't taking advantage of me, which I didn't | 11:34:25 |
| 16 | feel at the time they were, I was okay with what I | 11:34:28 |
| 17 | was getting paid. | 11:34:31 |
| 18 |     Q.   Did you ever use any of the information | 11:34:35 |
| 19 | that you got from your co-workers about salary while | 11:34:38 |
| 20 | you were at EA as the basis for going to your leader | 11:34:42 |
| 21 | and your manager and asking for more money? | 11:34:47 |
| 22 |     A.   During my time at EA, I never asked for | 11:34:50 |
| 23 | more money. | 11:34:54 |
| 24 |     Q.   Did you ever feel that you ought to be | 11:34:58 |
| 25 | getting paid more money? | 11:34:59 |

| | | |
|---|---|---|
| 1 | A. Sure, there were times where I could have | 11:35:03 |
| 2 | used more. But like I said -- said earlier, I was | 11:35:05 |
| 3 | focused on my work. And as long as I felt that the | 11:35:12 |
| 4 | company was not doing anything shady, I was okay | 11:35:16 |
| 5 | with what I was getting paid because I was getting, | 11:35:25 |
| 6 | you know, knowledge as well. | 11:35:29 |
| 7 | Q. After you -- you started at EA at a $60,000 | 11:35:31 |
| 8 | a year salary, did your salary ever increase during | 11:35:34 |
| 9 | your time at EA? | 11:35:38 |
| 10 | A. Yes, it increased automatically after my | 11:35:40 |
| 11 | first performance review where just suddenly my | 11:35:45 |
| 12 | paycheck happened to be a little bit higher. I | 11:35:49 |
| 13 | think it was 61-. | 11:35:52 |
| 14 | Q. Was that -- you said "automatically." That | 11:35:55 |
| 15 | was EA practice if somebody passed their first | 11:35:59 |
| 16 | performance review, they would get a slight salary | 11:36:02 |
| 17 | bump? | 11:36:05 |
| 18 | A. I don't know if it was EA practice. I just | 11:36:06 |
| 19 | know that I looked at my paycheck and it was a | 11:36:09 |
| 20 | little higher. | 11:36:13 |
| 21 | Q. Fair enough. After that initial slight | 11:36:13 |
| 22 | increase in your paycheck at EA, did you have any | 11:36:16 |
| 23 | other subsequent salary increases while you were at | 11:36:19 |
| 24 | EA? | 11:36:26 |
| 25 | A. No, I didn't have any subsequent salary | 11:36:27 |

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1        I declare under penalty of perjury under the
 2   laws of the State of California that the foregoing
 3   is true and correct.
 4
 5        Executed on _____, 2012,
 6   at_____,_____.
 7
 8
 9
10
11           _____
12                  SIDDHARTH HARHARIHAN
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 309

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

```
 1   STATE OF CALIFORNIA    ) ss:
 2   COUNTY OF MARIN        )
 3
 4        I, ASHLEY SOEVYN, CSR No. 12019, do hereby
 5   certify:
 6        That the foregoing deposition testimony was
 7   taken before me at the time and place therein set
 8   forth and at which time the witness was administered
 9   the oath;
10        That the testimony of the witness and all
11   objections made by counsel at the time of the
12   examination were recorded stenographically by me,
13   and were thereafter transcribed under my direction
14   and supervision, and that the foregoing pages
15   contain a full, true and accurate record of all
16   proceedings and testimony to the best of my skill
17   and ability.
18         I further certify that I am neither counsel for
19   any party to said action, nor am I related to any
20   party to said action, nor am I in any way interested
21   in the outcome thereof.
22         IN THE WITNESS WHEREOF, I have transcribed my
23   name this 22nd day of October, 2012.
24
                                   _____
25                                 ASHLEY SOEVYN, CSR 12019
```

Page 310