KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA SESSIONS - # 270914
jsessions@kvn.com
CODY S. HARRIS - # 255302
charris@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 5:11-cv-2509-LHK<br><br>**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO STRIKE OR, IN THE ALTERNATIVE, FILE UNDER SEAL** |

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' JOINT
ADMINISTRATIVE MOTION TO STRIKE OR, IN THE ALTERNATIVE, FILE UNDER SEAL
Case No. 5:11-cv-2509-LHK

808581.01

1    I, JUSTINA K. SESSIONS, declare and say that:

2    1.    I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Google Inc. in the above-captioned action.  I am duly admitted to practice law before this Court.

3    2.    Section 5 of the Joint Case Management Statement dated March 20, 2014 [Dkt. 735] discusses confidential information.  I understand that this confidential information was disclosed to Plaintiffs in the course of confidential settlement and/or mediation discussions in this matter.

4    3.    Defendants have treated the information discussed in Section 5 of the Joint Case Management Statement as confidential and have not disclosed such information to anyone other than Defendants (including their attorneys, accountants, and/or insurers), the mediator, and Plaintiffs.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on March 21, 2014.

                                      */s/ Justina K. Sessions*
                                      JUSTINA K. SESSIONS

1

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' JOINT
ADMINISTRATIVE MOTION TO STRIKE OR, IN THE ALTERNATIVE, FILE UNDER SEAL
Case No. 5:11-cv-2509-LHK

808581.01