1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   DANIEL PURCELL - # 191424
3  dpurcell@kvn.com
   EUGENE M. PAIGE - # 202849
4  epaige@kvn.com
   JUSTINA SESSIONS - # 270914
5  jsessions@kvn.com
   CODY S. HARRIS - # 255302
6  charris@kvn.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
8  Facsimile:     415 397 7188

9  Attorneys for Defendant
   GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 5:11-cv-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO STRIKE OR, IN THE ALTERNATIVE, FILE UNDER SEAL** |

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT' ADMINISTRATIVE MOTION TO STRIKE
OR, IN THE ALTERNATIVE, FILE UNDER SEAL
Case No. 5:11-cv-2509-LHK

808579.01

| | |
|---|---|
| 1 | Having considered Defendants' Joint Administrative Motion to Strike or, in the |
| 2 | Alternative, File Under Seal dated March 21, 2014 and the declaration of Justina K. Sessions |
| 3 | submitted in support of that motion, having determined that the confidential settlement |
| 4 | information in Section 5 of the Joint Case Management Statement dated March 20, 2014 should |
| 5 | be stricken, IT IS HEREBY ORDERED THAT the motion is GRANTED. |
| 6 | Pursuant to Northern District Civil Local Rule 79-5, Section 5 of the Joint Case |
| 7 | Management Statement dated March 20, 2014 [Dkt. 735] shall be stricken. |
| 8 | IT IS SO ORDERED. |

Dated: By: _____
Honorable Lucy H. Koh
United States District Court Judge

1
[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO STRIKE OR, IN THE ALTERNATIVE, FILE UNDER SEAL
Case No. 5:11-cv-2509-LHK

808579.01