1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   DANIEL PURCELL - # 191424
3  dpurcell@kvn.com
   EUGENE M. PAIGE - # 202849
4  epaige@kvn.com
   JUSTINA SESSIONS - # 270914
5  jsessions@kvn.com
   CODY S. HARRIS - # 255302
6  charris@kvn.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
8  Facsimile:    415 397 7188

9  Attorneys for Defendant
   GOOGLE INC.

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                      SAN JOSE

14  IN RE:  HIGH-TECH EMPLOYEE           Case No. 5:11-cv-2509-LHK
    ANTITRUST LITIGATION
15                                       **[PROPOSED] ORDER GRANTING
                                         DEFENDANTS' JOINT
16  THIS DOCUMENT RELATES TO:            ADMINISTRATIVE MOTION TO
                                         STRIKE OR, IN THE ALTERNATIVE,
17  ALL ACTIONS                          FILE UNDER SEAL**

18

19

20

21

22

23

24

25

26

27

28

─────────────────────────────────────────────

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT' ADMINISTRATIVE MOTION TO STRIKE
OR, IN THE ALTERNATIVE, FILE UNDER SEAL
Case No. 5:11-cv-2509-LHK

808579.01

1    Having considered Defendants' Joint Administrative Motion  to Strike or, in the

2  Alternative, File Under Seal dated March 21, 2014 and the declaration of Justina K. Sessions

3  submitted in support of that motion, having determined that the confidential settlement

4  information in Section 5 of the Joint Case Management Statement dated March 20, 2014 should

5  be stricken, IT IS HEREBY ORDERED THAT the motion is GRANTED.

6    Pursuant to Northern District Civil Local Rule 79-5, Section 5 of the Joint Case

7  Management Statement dated March 20, 2014 [Dkt. 735] shall be stricken.

8    IT IS SO ORDERED.

9

10  Dated: _____                By: _____

                                          Honorable Lucy H. Koh
11                                        United States District Court Judge

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

808579.01