| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 63607) |
| | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Brendan Glackin (State Bar No. 199643) |
| | Dean Harvey (State Bar No. 250298) |
| 3 | Anne B. Shaver (State Bar No. 255928) |
| | Lisa J. Cisneros (State Bar No. 251473) |
| 4 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| 6 | Facsimile: (415) 956-1008 |
| 7 | Joseph R. Saveri (State Bar No. 130064) |
| | James G. Dallal (State Bar No. 277826) |
| 8 | JOSEPH SAVERI LAW FIRM |
| | 505 Montgomery Street, Suite 625 |
| 9 | San Francisco, California 94111 |
| | Telephone: 415.500.6800 |
| 10 | Facsimile: 415.500.6803 |
| 11 | *Co-Lead Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER DOCKET NO. 11-CV-2509-LHK<br><br>**NOTICE OF COMPLIANCE WITH THE COURT'S MARCH 14, 2014 ORDER RE MOTIONS TO SEAL** |

Plaintiffs hereby provide notice of compliance with the Court's March, 14 2014 Order Granting In Part and Denying In Part Motions to Seal ("the Order"; Dkt. 730). The Order states "if any portion of the exhibits that the parties wish to file under seal becomes part of the public record, the parties must file that portion publicly within seven days of disclosure." *Id.* at 36. Plaintiffs have done so to the extent that Defendants have indicated that they do not intend to renew their requests to seal these items. Plaintiffs have also filed under seal unredacted versions of the documents related to Plaintiffs' Supplemental Motion for Class Certification where the Court has approved the sealing of those documents in part or in their entirety.

Dated:  March 14, 2014         Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: _____*/s/ Lisa J. Cisneros*_____
　　　　　Lisa J. Cisneros

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956.1000
Facsimile:   (415) 956.1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*