# EXHIBIT 216




# Retention/Transition Guidelines

Human Resources
Compensation
June 2008

Copyright 2007 Adobe Systems Incorporated.

EXHIBIT 216
WIT: Morris
DATE: 6.21.2012
ANNE TORREANO, CSR #10520

ADOBE_050720
Confidential - Attorneys' Eyes Only
216.1

## Objectives

- Provide clarity on the various guidelines: retention, transition, counter offer programs and other one-off situations
  - What are they
  - When should they be used
- Provide a framework for consistency (not necessarily equality) across the company
  - Develop clear guidelines and documents that can be referenced

2

Copyright 2007 Adobe Systems Incorporated.

ADOBE_050721
Confidential - Attorneys' Eyes Only   216.2

# Definitions

- Transition



Copyright 2007 Adobe Systems Incorporated.

ADOBE_050722
Confidential - Attorneys' Eyes Only   216.3



ADOBE_050723
Confidential - Attorneys' Eyes Only

## Definitions

- Counter Offer
  - internal equity should ALWAYS be considered

- Other
  - Other one-off situations that do not fall into one of the above 3 categories will be handled on a case by case basis

Copyright 2007 Adobe Systems Incorporated.

ADOBE_050724
Confidential - Attorneys' Eyes Only

216.5

# Next Steps

- Gain agreement on objectives/definitions (Donna and Debbie by 5/31/08)
- Test with HR leadership (Donna's Staff by 6/15/08)
- Develop a detailed matrix and process document for review and approval (Kim by end of Q3)



Copyright 2007 Adobe Systems Incorporated.

6

ADOBE_050725
Confidential - Attorneys' Eyes Only
216.6




Revolutionizing how the world engages with ideas and information

Adobe

ADOBE_050726
Confidential - Attorneys' Eyes Only
216.7