Received(Date):   Fri, 09 Mar 2007 10:13:43 -0800
From:   Danielle Lambert <lambert@apple.com>
Subject:   Fwd: Google recruiters calling into Apple - isolated incident
To:   Mark Bentley <mbentley@apple.com>

Begin forwarded message:

> From: Steve Jobs <sjobs@apple.com>
> Date: March 9, 2007 10:05:26 AM PST
> To: Danielle Lambert <lambert@apple.com>
> Subject: Fwd: Google recruiters calling into Apple - isolated incident
>
> :)
> Steve
>
> Begin forwarded message:
>
>> From: Eric Schmidt <eschmidt@google.com>
>> Date: March 9, 2007 8:21:25 AM PST
>> To: sjobs@apple.com
>> Subject: Google recruiters calling into Apple - isolated incident
>>
>> Steve, as a followup we investigated the recruiter's actions and she violated our policies. Apologies again on this and I'm including a portion of the email I received from our head of recruiting. Should this ever happen again please let me know immediately and we will handle. Thanks !! Eric
>>
>> ******************
>> From Google recruiting to me:
>> On this specific case, the sourcer who contacted this Apple employee should not have and will be terminated within the hour. We are scrubbing the sourcer's records to ensure she did not contact anyone else.
>>
>> In general, we have a very clear 'do not call' policy (attached) that is given to every staffing professional and I reiterate this message in ongoing communications and staffing meetings. Unfortunately, every six months or so someone makes an error in judgment, and for this type of violation we terminate their relationship with Google.
>>
>> Please extend my apologies as appropriate to Steve Jobs. This was an isolated incident and we will be very careful to make sure this does not happen again.

EXHIBIT 250
Mark Bentley
8-23-12
Gina V. Carbone, CSR

2501

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE006876

250.2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE006877