| | |
|---|---|
| From: | Natalie Kessler |
| Sent: | Sunday, March 15, 2009 10:03 PM |
| To: | Jeff Vijungco |
| Cc: | Karen Prince |
| Subject: | RE: 'Off limits' companies |
| Attachments: | Talent Acquisition-Offlimit Companies.doc |

Here you go Jeff.

I saved it as a template in FiFi. Once you make the updates, I'll resave it there so we maintain the most updated version :-)

Thanks,
Nat

-----Original Message-----
From: Jeff Vijungco
Sent: Sunday, March 15, 2009 7:10 PM
To: Natalie Kessler
Cc: Karen Prince
Subject: Re: 'Off limits' companies

Can you send me in the original doc (non-pdf) so I can edit?

Thank you Natalie

----- Original Message -----
From: Natalie Kessler
To: Jeff Vijungco
Cc: Karen Prince
Sent: Fri Mar 13 21:56:16 2009
Subject: RE: 'Off limits' companies

Hi Jeff,

Sorry for the delayed reply. Attached is the most updated PDF file stored in FiFi. It was last updated 10/22/08. Let me know if you'd like to make edits to the list.
I checked to see if all of these companies were color-coded "red" in FiFi but discovered that EMC and New Toronto Group were not. I've made the change. They are both flagged red now.

Cheers,
Nat
-----Original Message-----
From: Jeff Vijungco
Sent: Friday, March 13, 2009 4:28 PM
To: Natalie Kessler
Cc: Karen Prince
Subject: 'Off limits' companies

Can you send me your latest list? And is it reflected in ff

**EXHIBIT 295**
Jeff Vijungco
10-5-12
Gina V. Carbone, CSR

295.1

Adobe_052076


Adobe

**Talent Acquisition**
**Companies that are off limits**
(Updated: October 22, 2008)

| Company | Notes |
|---|---|
| Apple | Do not pro-actively solicit candidates from Apple. However, if a candidate from this company applies to a position, you can pursue. |
| Bell Canada | Bell Canada will continue to stay on the list due to their small Flex team under Mike McEnery. If the Flex engineering team reaches out to us, we should confirm if the person is on Mike McEnery's team. If so, we will need to have Adobe's Colin Murdoch run it past Mike McEnery.<br><br>Otherwise we are free to actively recruit from the various Bell Canada groups. |
| EFI | Do not pro-actively solicit candidates from EFI. However, if a candidate from this company applies to a position, you can pursue. |
| EMC | Do not pro-actively solicit candidates from EMC. However, if a candidate from EMC applies to a position, you can pursue. |
| Four Points Solutions Limited | Adobe Reseller in Canada. Do not solicit proactively from Four Points. If there are candidates from Four Points applying for Adobe positions, please contact Sue Chaiken/Cheryl House before proceeding. |
| New Toronto Group (NTG) | Do not pro-actively solicit candidates from NTG. However, if a candidate from this company applies to a position, you can pursue. |
| ServiceSource | ServiceSource is a partner. We have written agreement to not "directly or indirectly solicit" from there. Do not prospect there but you can hire if candidate applies or reaches out to us unsolicited. |
| SoftChoice | Do not pro-actively solicit candidates from SoftChoice. In the past we have hired a number of people from SoftChoice which is Adobe's 5th largest reseller. With the growth in in-side sales we have just hired another 3 in the last year. So in the last few years we have hired about 7 people from Softchoice. We need this to settle a bit. We will revisit this after Q1 of 2009. |
| Syncroquest | This company is based in the Ukraine. An absolute do-not-call/do-not-hire list. This is a company we are partnering with. As such, we agreed to a written no-hire/no-recruit agreement. |

*Note: Nuance, SAP and Synopsys have been taken off the list*

*Page 1 of 1*

295.2    Adobe_052077