| | |
|---|---|
| From: | Howard Look <howard@pixar.com> |
| Sent: | Monday, October 24, 2005 9:28 PM |
| To: | Ed Catmull <ec@pixar.com> |
| Bcc: | Howard Look <howard@pixar.com> |
| Subject: | Re: Apple employee |

OK, I'll the hiring manager. Presuming the emp says it's OK, I'll get you his name.

It's also worth noting that he guy lives in SF, and wants a shorter commute than cupertino...

Thanks,
Howard


On Oct 24, 2005, at 9:04 AM, Ed Catmull wrote:

> If I talk to Steve, he will want the name of the guy. My guess is
> that Steve will approve it if he knows that he is going to lose
> him, but we would have to go through the step of Apple knowing what
> is happening.
>
> Ed
>
> On Oct 21, 2005, at 5:19 PM, Howard Look wrote:
>
>
>> Hi Ed,
>>
>> I asked you a couple of months ago about an Apple employee that
>> would really like to work at Pixar, but you indicated that there
>> was just too much craziness in getting that approved, and I let
>> it go.
>>
>> Well, it turns out that he is interviewing around, has an
>> offer pending at Danger, and is likely going to leave Apple anyway.
>> He hasn't yet informed his management at Apple. But he called his
>> friend here, and asked one last time if we'd consider him.
>>
>> He comes very highly recommended, and would fill a QA automation
>> position that we've been having a hard time getting good candidates
>> for.
>>
>> Is there anything we can do? It would be a shame if both Apple
>> and Pixar lost him...
>>
>> Thanks,
>> Howard
>>
>>
>>
>>
>>
>>
>>
>
>

EXHIBIT 369
Deponent Zissimos
Date 11-13-12
Gina V. Carbone, CSR

CONFIDENTIAL                                                                                                    PIX00003599