```
From:     Otellini
To:       Thompson; Gabrielle; Murray; Patty
Sent:     9/6/2007 7:01:10 PM
Subject:  Re: global gentleman agreement with Google -- Privileged & Confidential
```

Yes

----- Original Message -----
From: Thompson, Gabrielle
To: Murray, Patty; Otellini, Paul
Sent: Thu Sep 06 11:46:59 2007
Subject: FW: global gentleman agreement with Google -- Privileged & Confidential

Hi Patty and Paul,

Are either of you aware of any agreement with Google that prohibits us from recruiting Google's senior talent?

Thanks.

Gaby

---

From: Thompson, Gabrielle
Sent: Thursday, September 06, 2007 12:37 PM
To: Reid, Ogden M; Craycroft, Janet; Scully, Paul S
Cc: Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary; Smith, Matt HR Attorney
Subject: RE: global gentleman agreement with Google -- Privileged & Confidential

**Redacted - AC**

Thanks for your help!

---

From: Reid, Ogden M
Sent: Thursday, September 06, 2007 11:21 AM
To: Craycroft, Janet; Scully, Paul S; Thompson, Gabrielle
Cc: Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary; Smith, Matt HR Attorney
Subject: RE: global gentleman agreement with Google -- Privileged & Confidential

**Redacted - AC**

Ogden

EXHIBIT 458
Deponent Otellini
Date 1-29-13
Gina V. Carbone, CSR

---

From: Craycroft, Janet
Sent: Thursday, September 06, 2007 12:18 PM
To: Reid, Ogden M; Scully, Paul S; Thompson, Gabrielle
Cc: Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
Subject: RE: global gentleman agreement with Google -- Privileged & Confidential

458.1

76616DOC007593

Ogden,

> **Redacted - AC**

Janet

---

From: Reid, Ogden M
Sent: Thursday, September 06, 2007 11:13 AM
To: Scully, Paul S; Thompson, Gabrielle; Craycroft, Janet
Cc: Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
Subject: RE: global gentleman agreement with Google

Janet,

> **Redacted - AC**   ?

Ogden

---

From: Scully, Paul S
Sent: Thursday, September 06, 2007 1:25 AM
To: Thompson, Gabrielle; Reid, Ogden M
Cc: Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
Subject: RE: global gentleman agreement with Google

> **Redacted - AC**

---

From: Thompson, Gabrielle
Sent: 06 September 2007 04:29
To: Reid, Ogden M
Cc: Rajasivam, Jaganathan; Harper, Cindi; Scully, Paul S; Qin, Gary
Subject: RE: global gentleman agreement with Google

Ogden,

> **Redacted - AC**   ?

Gab

---

From: Qin, Gary
Sent: Wednesday, September 05, 2007 7:32 PM
To: Thompson, Gabrielle
Cc: Rajasivam, Jaganathan; Harper, Cindi; Scully, Paul S
Subject: global gentleman agreement with Google

458.2

76616DOC007594

Hi Gaby,

I am supporting PRC BGHR on a project of Executive Profile Mapping on target MNCs in PRC. This project potentially will lead to a strategic high profile hire. Google is one of the target companies we are interested. However, according to external consultant Egon Zehnder, Google has a global agreement with Intel that they cannot approach directly or indirectly with the executives with Intel. So I would like to verify with you whether we have signed this agreement with Google in one form or the other.

Regards

Gary

458.3

76616DOC007595