**Subject:** Google
**From:** "Danielle Lambert" <lambert@apple.com>
**Received(Date):** Sat, 26 Feb 2005 05:28:46 +0000
**To:** <usrecruitingall@group.apple.com>

All,

Please add Google to your "hands-off" list. We recently agreed not to recruit from one another so if you hear of any recruiting they are doing against us, please be sure to let me know.

Please also be sure to honor our side of the deal.

Thanks,
Danielle

CONFIDENTIAL - ATTORNEYS' EYES ONLY


PLAINTIFF'S EXHIBIT
563
S. Brown

231APPLE073139