## PLATFORMS

Participants primarily publish or develop software for console platforms, handhelds, PC and the Internet. The table below reports the prevalence of platforms for which participants publish or develop products.

### Platforms For Which Software is Published / Developed

| Platforms | Definitions | Prevalence[2] | |
|---|---|---|---|
| | | n | % |
| Console | Television set top consoles made by companies such as Nintendo, Sony and Microsoft. | 28 | 74% |
| Handheld | Handheld gaming devices made by companies such as Nintendo and Sony. | 22 | 58% |
| Personal Computer | Personal computers such as Macintosh or those with operating systems such as Microsoft Windows. | 21 | 55% |
| Mobile | Cellular telephones and other related devices that include a telephone service. | 13 | 34% |
| Online / Internet / MMOG | Internet or online infrastructures that enable simultaneous play by multiple players. | 20 | 53% |
| Arcade Amusement | Coin operated entertainment machines typically installed in businesses such as restaurants, pubs and video arcades. | 1 | 3% |
| Games for Educational Market | Interactive toys that require software for functionality such as LeapFrog toys. | 1 | 3% |

[2] Column totals to more than 100% because most participants publish / develop for more than one type of platform.

© THE CRONER COMPANY
UNAUTHORIZED REPRODUCTION OR DISTRIBUTION PROHIBITED        CRONER SW GAMES 2008 - SECTION II - 5



711.23

Confidential – Attorneys' Eyes Only                                                                                       LUCAS00018803

## GEOGRAPHIC DISTRIBUTION

The majority of participants have offices in the West. The table below summarizes the geographic distribution of employees matched to the survey and the 50th percentile and mean number of matched employees in each region. Listed below the table are the states and cities in which matched employees are located.

### Participant Geographic Distribution

| Region | Participants with Incumbents Matched | | Number of Incumbents Matched | |
|---|---|---|---|---|
| | n | % of Participants | 50 | Mean |
| East | 14 | 37% | 42 | 91 |
| South | 10 | 26% | 10 | 87 |
| Midwest | 15 | 39% | 19 | 63 |
| Mountain | 5 | 13% | 15 | 67 |
| Southwest | 18 | 47% | 37 | 63 |
| West | 33 | 87% | 130 | 343 |

**EAST:** **Connecticut:** New Haven, Wallingford. **District of Columbia:** Washington, D.C. **Massachusetts:** Andover, Ashburnham, Boston, Burlington, Cambridge, Framingham, Holbrook, Stoneham, Waltham, Westwood. **Maryland:** Baltimore, Elkton, Ellicott City, Frederick, Hunt Valley, Kensington, Manchester, Sparks, Temple Hills, Timonium. **Maine:** Winterport. **New Hampshire:** Hudson, Portsmouth. **New Jersey:** Edison, Marlton, Newark, Somerset. **New York:** Albany, Buffalo, Clarence Center, Coram, Freeport, Hoboken, Levittown, Lynbrook, New York, Wallkill. **Pennsylvania:** Audubon, Bangor, Coraopolis, Erie, Harrisburg, Hatboro, Latrobe, Nescopeck, Pittsburgh, Scranton, Springfield, Strausburg. **Rhode Island:** Warwick. **Virginia:** Charlottesville, Fairfax, Virginia Beach, Winchester. **Vermont:** Williston.

**SOUTH:** **Alabama:** Birmingham, Huntsville, Madison, Mobile. **Arkansas:** Benton, Bentonville, Fayetteville, Fort Smith. **Florida:** Cape Coral, Coral Springs, Fort Lauderdale, Jacksonville, Miami, Orlando, Port Saint Lucie, Tallahassee, Tampa, Wesley Chapel. **Georgia:** Alpharetta, Atlanta, Lawrenceville, Peachtree City, Ringgold, Roswell, Savannah. **Kentucky:** Georgetown, Louisville. **Louisiana:** Baton Rouge. **Mississippi:** Southhaven. **North Carolina:** Cameron, Cary, Charlotte, Durham, Huntersville, Morrisville, Pfafftown, Raleigh, Winston Salem. **South Carolina:** Columbia, Duncan, Mount Pleasant. **Tennessee:** Johnson City, Knoxville, Murfreesboro, Nashville, Powell. **West Virginia:** Vienna.

**MIDWEST:** **Iowa:** Altoona, Cedar Rapids. **Illinois:** Bloomington, Champaign, Chicago, Downers Grove, Elmhurst, Franklin, Lindenhurst, Troy. **Indiana:** Indianapolis, Muncie, North Liberty. **Kansas:** Gardner, Kansas City, Lawrence. **Michigan:** Byron Center, Detroit, Grand Rapids, Lansing, Livonia, Saginaw, Shelby Township. **Minnesota:** Bloomington, Brooklyn Center, Carver, Chaska, Cottage Grove, Eagan, Eden Prairie, Lakeville, Maple Grove, Minneapolis, Plymouth, Prior Lake, Saint Paul. **Missouri:** Belton, Fenton, Kansas City, Raymore, Springfield, Saint Louis. **Nebraska:** Omaha. **Ohio:** Canal Winchester, Cincinnati, Cleveland, Columbus, Liberty Township, Powell, Strongsville, Toledo, Troy, Wadsworth, West Chester. **Wisconsin:** Appleton, Greendale, Kenosha, Madison, Middleton.

**MOUNTAIN:** **Colorado:** Aurora, Boulder, Denver, Foxfield, Golden. **Utah:** Riverton, Salt Lake City.

**SOUTHWEST:** **Arizona:** Gilbert, Glendale, Phoenix, Tempe. **New Mexico:** Albuquerque. **Oklahoma:** Broken Arrow, Oklahoma City. **Texas:** Austin, Carrollton, Cedar Park, Converse, Corpus Christi, Corsicana, Dallas, Driftwood, El Paso, Fort Worth, Garland, Grapevine, Holly Lake Ranch, Houston, Irving, Joshua, Leander, Lewisville, McKinney, Mesquite, Plano, Round Rock, Watauga.

**WEST:** **California:** Agoura, Aliso Viejo, Burbank, Canyon Country, Carlsbad, Chino, Citrus Heights, Covina, El Segundo, Emeryville, Encino, Escondido, Foster City, Glendale, Hermosa Beach, Huntington Beach, Irvine, Lafayette, Laguna Niguel, Long Beach, Los Angeles, Marina Del Ray, Montebello, Moorpark, Mountain View, Murrieta, North Hollywood, Northridge, Novato, Orange, Playa Del Rey, Porterville, Redwood City, Sacramento, San Carlos, San Clemente, San Diego, San Francisco, San Jose, San Mateo, Santa Clara, Santa Monica, South El Monte, Stockton, Temecula, Watsonville, Woodland Hills. **Nevada:** Las Vegas. **Oregon:** Bend, Eugene, Portland, Sandy. **Washington:** Bellevue, Bothell, Kirkland, North Bend, Redmond, Seattle, Tacoma.

---

[3] Column totals to more than 100% because some participants have employees in more than one location.

© THE CRONER COMPANY
UNAUTHORIZED REPRODUCTION OR DISTRIBUTION PROHIBITED          CRONER SW GAMES 2008 - SECTION II - 6

Confidential – Attorneys' Eyes Only

711.24
LUCAS00018804

## WORK FORCE SIZES

Participants' work force sizes average 988 employees globally, with an average of 87% of the work force located in the U.S.[4] When analyzed by ownership category, independent publishers have the largest work forces, both in the U.S. and internationally. The table below summarizes participants' work force sizes.

### Global Work Force Sizes as of July 2008

| Ownership / Business Model Category | Total Global Work Force | | | | | Mean Distribution to U.S. and International Employees[5] | |
|---|---|---|---|---|---|---|---|
| | n | 25% | 50% | Mean | 75% | U.S. | Int'l |
| All participants | 38 | 125 | 253 | 988 | 808 | 87% | 13% |
| Independent publisher | 8 | 458 | 1,456 | 2,291 | 2,367 | 63% | 37% |
| Independent developer | 8 | 89 | 122 | 183 | 155 | 94% | 6% |
| Parent owned publisher | 17 | 134 | 300 | 963 | 837 | 92% | 8% |
| Parent owned developer | 5 | | 140 | 280 | | 100% | 0% |

## START OF FISCAL YEAR

Participants' revenue and employee turnover rates reported next in this section are effective for the last complete fiscal year. Most participants' fiscal years begin in January or April (and end in December or March). The table below reports participants' fiscal year starts.

### Start of Fiscal Year

| Start of Fiscal Year | Prevalence | | Start of Fiscal Year | Prevalence | |
|---|---|---|---|---|---|
| | n | % | | n | % |
| January | 20 | 53% | July | 3 | 8% |
| February | 0 | 0% | August | 0 | 0% |
| March | 0 | 0% | September | 0 | 0% |
| April | 11 | 29% | October | 3 | 8% |
| May | 0 | 0% | November | 1 | 3% |
| June | 0 | 0% | December | 0 | 0% |

---

[4] Participants were asked to report on global work force size of the software games organization. Independent participants reported on total global work force size. Parent owned participants reported on the work force size of the software games subsidiary or division. Parent company statistics are excluded from the analysis.

[5] Mean is greater than 75th percentile in some cases due to a few large outlying values in the sample.

© THE CRONER COMPANY
UNAUTHORIZED REPRODUCTION OR DISTRIBUTION PROHIBITED     CRONER SW GAMES 2008 - SECTION II - 7



711.25

Confidential – Attorneys' Eyes Only                                                          LUCAS00018805

## LAST FISCAL YEAR REVENUES

Twenty-nine participants reported last fiscal year revenues. Five participants with revenues to report were unable to report last fiscal year revenues either because they are divisions of parent companies and revenues cannot be separated, or for reasons of confidentiality. Four participants have recently started operations and earned no revenues last fiscal year. The table below summarizes participants' last fiscal year revenues.

**Last Fiscal Year Revenues**

| Ownership / Business Model Category | n | Last Fiscal Year Revenues ($M) | | | |
| --- | --- | --- | --- | --- | --- |
| | | 25th | 50th | Mean | 75th |
| All participants | 29 | $66.9 | $157.2 | $1,125.9 | $527.8 |
| Independent publisher | 8 | $59.9 | $712.0 | $1,143.7 | $1,964.3 |
| Independent developer | 4 | | $52.9 | $113.4 | |
| Parent owned publisher | 15 | $87.8 | $157.2 | $1,520.4 | $527.8 |
| Parent owned developer | 2 | | | | |

## TURNOVER

*Change in Employee Population from Start of Last Fiscal Year to End of Last Fiscal Year*

Thirty-four participants reported on change of employee population during the last fiscal year. Twenty-six of the 34 reporting participants (76%) experienced headcount growth. Eight (24%) experienced reductions in work force size. The table below reports changes in employee population in the last fiscal year.

**Change in Employee Population in Last Fiscal Year**

| Ownership / Business Model Category | Growth in Work Force Size | | % Growth | | Reduction in Work Force Size | | % Reduction | | No Change in Work Force Size | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | n | % | 50th | Mean | n | % | 50th | Mean | n | % |
| All participants | 26 | 76% | 18% | 35% | 8 | 24% | <12%> | <10%> | 0 | 0% |
| Independent publisher | 4 | 67% | 16% | 30% | 2 | 33% | | | 0 | 0% |
| Independent developer | 6 | 75% | 25% | 42% | 2 | 25% | | | 0 | 0% |
| Parent owned publisher | 13 | 81% | 15% | 23% | 3 | 19% | | <11%> | 0 | 0% |
| Parent owned developer | 3 | 75% | | 78% | 1 | 25% | | | 0 | 0% |

---

[6] The mean exceeds the 75th percentile in some categories due to a broad range of revenues among participants.

[7] The mean for the parent owned developer category greatly exceeds all other categories due to large percentage, but not necessarily numerical, growth of a few small developers.

© THE CRONER COMPANY
UNAUTHORIZED REPRODUCTION OR DISTRIBUTION PROHIBITED        CRONER SW GAMES 2008 - SECTION II - 8

711.26

Confidential – Attorneys' Eyes Only                                    LUCAS00018806

## Turnover Rates

Thirty-three participants reported on at least some types of separations.[8] Turnover reflects the rate of employee separations as a percent of the participant's mean employee population.[9] The tables below report turnover rates in the last fiscal year.

### Turnover Rates by Employee Category

| Employee Category | As a % of Mean Population in Last Fiscal Year | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Separations | | | Involuntary Separations (Other than Layoffs) | | | Layoffs Only | | | Voluntary Separations | | |
| | (with sep.) | 50th | Mean | (with sep.) | 50th | Mean | (with sep.) | 50th | Mean | (with sep.) | 50th | Mean |
| All employees | 33 | 18% | 19% | 29 | 3% | 4% | 19 | 3% | 6% | 32 | 11% | 13% |
| Exempt | 29 | 15% | 18% | 23 | 2% | 3% | 16 | 3% | 6% | 28 | 11% | 13% |
| Non-exempt | 23 | 20% | 29% | 16 | 7% | 9% | 12 | 8% | 12% | 20 | 12% | 19% |
| Product development | 24 | 19% | 22% | 18 | 3% | 5% | 11 | 6% | 9% | 24 | 12% | 14% |
| Non-PD | 21 | 20% | 26% | 17 | 4% | 6% | 11 | 3% | 7% | 19 | 14% | 20% |

### Turnover Rates by Ownership and Business Model Category

| Ownership / Business Model Category | As a % of Mean Population in Last Fiscal Year | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | All Separations | | | Involuntary Separations (Other than Layoffs) | | | Layoffs Only | | | Voluntary Separations | | |
| | (with sep.) | 50th | Mean | (with sep.) | 50th | Mean | (with sep.) | 50th | Mean | (with sep.) | 50th | Mean |
| Independent publisher | 5 | 18% | 17% | 5 | 3% | 3% | 4 | 4% | 5% | 5 | 11% | 10% |
| Independent developer | 8 | 10% | 15% | 8 | 2% | 3% | 2 | | | 8 | 9% | 11% |
| Parent owned publisher | 16 | 21% | 25% | 13 | 3% | 5% | 12 | 3% | 6% | 16 | 14% | 17% |
| Parent owned developer | 4 | 5% | 8% | 3 | | 3% | 1 | | | 3 | | 6% |

---

[8] Note that while 33 participants reported on at least some types of separations for all employees, fewer were able to do so by employee category.

[9] For companies whose employee populations increased in the last fiscal year, the value used for mean population is the average of work force sizes at the beginning and end of the fiscal year. For companies whose employee populations decreased in the last fiscal year, the value used for mean population is work force size at the beginning of the last fiscal year.

© THE CRONER COMPANY
UNAUTHORIZED REPRODUCTION OR DISTRIBUTION PROHIBITED    CRONER SW GAMES 2008 - SECTION II - 9



Confidential – Attorneys' Eyes Only

711.27
LUCAS00018807

# EXHIBIT B

711.28

|   | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 1 | 2008 Salary Structure ||||||
| 2 | Salary Grade | Minimum | Midpoint | Maximum | Structure Width | Structure Midpoint Differential |
| 3 | 1 | $19,100 | $24,800 | $30,600 | 60.2% | |
| 4 | 2 | $21,400 | $27,800 | $34,200 | 59.8% | 12.1% |
| 5 | 3 | $23,900 | $31,100 | $38,200 | 59.8% | 11.9% |
| 6 | 4 | $26,800 | $34,800 | $42,900 | 60.1% | 11.9% |
| 7 | 5 | $30,000 | $39,000 | $48,000 | 60.0% | 12.1% |
| 8 | 6 | $33,600 | $43,700 | $53,800 | 60.1% | 12.1% |
| 9 | 7 | $37,600 | $48,900 | $60,200 | 60.1% | 11.9% |
| 10 | 8 | $42,200 | $54,800 | $67,500 | 60.0% | 12.1% |
| 11 | 9 | $47,200 | $61,400 | $75,500 | 60.0% | 12.0% |
| 12 | 10 | $52,900 | $68,800 | $84,600 | 59.9% | 12.1% |
| 13 | 11 | $59,300 | $77,100 | $94,900 | 60.0% | 12.1% |
| 14 | 12 | $66,500 | $86,400 | $106,400 | 60.0% | 12.1% |
| 15 | 13 | $74,500 | $96,800 | $119,200 | 60.0% | 12.0% |
| 16 | 14 | $83,400 | $108,400 | $133,400 | 60.0% | 12.0% |
| 17 | 15 | $93,400 | $121,400 | $149,400 | 60.0% | 12.0% |
| 18 | 16 | $104,600 | $136,000 | $167,400 | 60.0% | 12.0% |
| 19 | 17 | $117,200 | $152,300 | $187,500 | 60.0% | 12.0% |
| 20 | 18 | $131,200 | $170,600 | $209,900 | 60.0% | 12.0% |
| 21 | 19 | $147,000 | $191,100 | $235,200 | 60.0% | 12.0% |
| 22 | 20 | $164,600 | $214,000 | $263,400 | 60.0% | 12.0% |
| 23 | 21 | $184,400 | $239,700 | $295,000 | 60.0% | 12.0% |
| 24 | 22 | $206,500 | $268,500 | $330,400 | 60.0% | 12.0% |
| 25 | 23 | $231,300 | $300,700 | $370,100 | 60.0% | 12.0% |

Confidential – Attorneys' Eyes Only

LUCAS00188913

711.29

| | A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | 2008 Salary Structure - Annual Salary | | | | | | | 2008 Salary Structure - Monthly Salary | | | | | | | | 2008 Salary Str |
| 2 | Salary Grade | Minimum | Midpoint | Maximum | Structure Width | Structure Midpoint Differentia | | Salary Grade | Minimum | Midpoint | Maximum | Structure Width | Structure Midpoint Differentia | | Salary Grade | Minimum | Midpoint |
| 3 | 1 | $19,100 | $24,800 | $30,600 | 60.2% | | | 1 | $1,592 | $2,067 | $2,550 | 60.2% | | | 1 | $9.18 | $11.92 |
| 4 | 2 | $21,400 | $27,800 | $34,200 | 59.8% | 12.1% | | 2 | $1,783 | $2,317 | $2,850 | 59.8% | 12.1% | | 2 | $10.29 | $13.37 |
| 5 | 3 | $23,900 | $31,100 | $38,200 | 59.8% | 11.9% | | 3 | $1,992 | $2,592 | $3,183 | 59.8% | 11.9% | | 3 | $11.49 | $14.95 |
| 6 | 4 | $26,800 | $34,800 | $42,900 | 60.1% | 11.9% | | 4 | $2,233 | $2,900 | $3,575 | 60.1% | 11.9% | | 4 | $12.88 | $16.73 |
| 7 | 5 | $30,000 | $39,000 | $48,000 | 60.0% | 12.1% | | 5 | $2,500 | $3,250 | $4,000 | 60.0% | 12.1% | | 5 | $14.42 | $18.75 |
| 8 | 6 | $33,600 | $43,700 | $53,800 | 60.1% | 12.1% | | 6 | $2,800 | $3,642 | $4,483 | 60.1% | 12.1% | | 6 | $16.15 | $21.01 |
| 9 | 7 | $37,600 | $48,900 | $60,200 | 60.1% | 11.9% | | 7 | $3,133 | $4,075 | $5,017 | 60.1% | 11.9% | | 7 | $18.08 | $23.51 |
| 10 | 8 | $42,200 | $54,800 | $67,500 | 60.0% | 12.1% | | 8 | $3,517 | $4,567 | $5,625 | 60.0% | 12.1% | | 8 | $20.29 | $26.35 |
| 11 | 9 | $47,200 | $61,400 | $75,500 | 60.0% | 12.0% | | 9 | $3,933 | $5,117 | $6,292 | 60.0% | 12.0% | | 9 | $22.69 | $29.52 |
| 12 | 10 | $52,900 | $68,800 | $84,600 | 59.9% | 12.1% | | 10 | $4,408 | $5,733 | $7,050 | 59.9% | 12.1% | | 10 | $25.43 | $33.08 |
| 13 | 11 | $59,300 | $77,100 | $94,900 | 60.0% | 12.1% | | 11 | $4,942 | $6,425 | $7,908 | 60.0% | 12.1% | | 11 | $28.51 | $37.07 |
| 14 | 12 | $66,500 | $86,400 | $106,400 | 60.0% | 12.1% | | 12 | $5,542 | $7,200 | -$8,867 | 60.0% | 12.1% | | 12 | $31.97 | $41.54 |
| 15 | 13 | $74,500 | $96,800 | $119,200 | 60.0% | 12.0% | | 13 | $6,208 | $8,067 | $9,933 | 60.0% | 12.0% | | 13 | $35.82 | $46.54 |
| 16 | 14 | $83,400 | $108,400 | $133,400 | 60.0% | 12.0% | | 14 | $6,950 | $9,033 | $11,117 | 60.0% | 12.0% | | 14 | $40.10 | $52.12 |
| 17 | 15 | $93,400 | $121,400 | $149,400 | 60.0% | 12.0% | | 15 | $7,783 | $10,117 | $12,450 | 60.0% | 12.0% | | 15 | $44.90 | $58.37 |
| 18 | 16 | $104,600 | $136,000 | $167,400 | 60.0% | 12.0% | | 16 | $8,717 | $11,333 | $13,950 | 60.0% | 12.0% | | 16 | $50.29 | $65.38 |
| 19 | 17 | $117,200 | $152,300 | $187,500 | 60.0% | 12.0% | | 17 | $9,767 | $12,692 | $15,625 | 60.0% | 12.0% | | 17 | $56.35 | $73.22 |
| 20 | 18 | $131,200 | $170,600 | $209,900 | 60.0% | 12.0% | | 18 | $10,933 | $14,217 | $17,492 | 60.0% | 12.0% | | 18 | $63.08 | $82.02 |
| 21 | 19 | $147,000 | $191,100 | $235,200 | 60.0% | 12.0% | | 19 | $12,250 | $15,925 | $19,600 | 60.0% | 12.0% | | 19 | $70.67 | $91.88 |
| 22 | 20 | $164,600 | $214,000 | $263,400 | 60.0% | 12.0% | | 20 | $13,717 | $17,833 | $21,950 | 60.0% | 12.0% | | 20 | $79.13 | $102.88 |
| 23 | 21 | $184,400 | $239,700 | $295,000 | 60.0% | 12.0% | | 21 | $15,367 | $19,975 | $24,583 | 60.0% | 12.0% | | 21 | $88.65 | $115.24 |
| 24 | 22 | $206,500 | $268,500 | $330,400 | 60.0% | 12.0% | | 22 | $17,208 | $22,375 | $27,533 | 60.0% | 12.0% | | 22 | $99.28 | $129.09 |
| 25 | 23 | $231,300 | $300,700 | $370,100 | 60.0% | 12.0% | | 23 | $19,275 | $25,058 | $30,842 | 60.0% | 12.0% | | 23 | $111.20 | $144.57 |

Confidential - Attorneys' Eyes Only

LUCAS00188914

711.30

| | R | S | T |
|---|---|---|---|
| 1 | icture - Hourly Salary | | |
| 2 | Maximum | Structure Width | Structure Midpoint Differentia |
| 3 | $14.71 | 60.2% | |
| 4 | $16.44 | 59.8% | 12.1% |
| 5 | $18.37 | 59.8% | 11.9% |
| 6 | $20.63 | 60.1% | 11.9% |
| 7 | $23.08 | 60.0% | 12.1% |
| 8 | $25.87 | 60.1% | 12.1% |
| 9 | $28.94 | 60.1% | 11.9% |
| 10 | $32.45 | 60.0% | 12.1% |
| 11 | $36.30 | 60.0% | 12.0% |
| 12 | $40.67 | 59.9% | 12.1% |
| 13 | $45.63 | 60.0% | 12.1% |
| 14 | $51.15 | 60.0% | 12.1% |
| 15 | $57.31 | 60.0% | 12.0% |
| 16 | $64.13 | 60.0% | 12.0% |
| 17 | $71.83 | 60.0% | 12.0% |
| 18 | $80.48 | 60.0% | 12.0% |
| 19 | $90.14 | 60.0% | 12.0% |
| 20 | $100.91 | 60.0% | 12.0% |
| 21 | $113.08 | 60.0% | 12.0% |
| 22 | $126.63 | 60.0% | 12.0% |
| 23 | $141.83 | 60.0% | 12.0% |
| 24 | $158.85 | 60.0% | 12.0% |
| 25 | $177.93 | 60.0% | 12.0% |

Confidential - Attorneys' Eyes Only

LUCAS00188915

711.31

# EXHIBIT C

711.32