

**LUCASFILM Ltd**
**Performance Management**

# PAY FOR PERFORMANCE:
## 2008 Salary Budget Recommendations

### Executive Review
November 28, 2007

Lucas Confidential
November 28, 2007

Confidential - Attorneys' Eyes Only

1

LUCAS00189261

711.33

## LUCASFILM Ltd — Performance Management — AGENDA

- ➢ **Background**
  - Compensation Philosophy & Strategy
- ➢ **Market Study**
  - Salary Increase Budgets
  - Market Analysis of Competitive Cash Compensation
  - Review Of Past Practices
- ➢ **Recommendations**
  - Pay Increase Budget
  - Distribution Curve - Performance Rating and Merit Increase
- ➢ **Approval Process for 2008**
  - Confirm process and timing for GWL & Board Comp Committee
- ➢ **Bonus Communication**
  - 2007 Bonus Plans and Metrics Approval
  - 2008 Bonus Plans

Lucas Confidential
November 28, 2007

2

Confidential - Attorneys' Eyes Only

LUCAS00189262

711.34



**Background**
**Compensation Philosophy & Strategy**

### Elements of Cash Compensation
For most employees at Lucasfilm, the elements of cash compensation will be base pay and annual bonus (short term incentive) payments. These elements will be used in benchmarking our total cash compensation to relevant positions in the external market.

### Benchmarking
Lucasfilm will benchmark total cash compensation at the 50th percentile for most positions, using compensation surveys that are relevant to the specific job or job family. Positions that are defined as highly competitive and/or critical to achieving business objectives such as all studio and technical positions are be benchmarked at the 65th percentile.

### Base Salary Adjustments (Merit Increases)
Base salary adjustments will be done annually, linked to employee performance reviews. The level of increases will be determined by analyzing both external market practices and company performance and then will be awarded based on individual performance.



**Lucasfilm Ltd — Performance Management | Market Study — Salary Increase Budgets**

## Utilized Surveys
- Radford (Includes SW & Tech Industry in SF/Bay Area)
- Croner Entertainment and Educational Software (Gaming Industry)
- Croner Animation and Visual Effects in the (Film Industry)

## Industry Specific Budgets
- Studios and Gaming

## CPI
- San Francisco-Oakland-San Jose, CA – All items

Lucas Confidential
November 28, 2007

4

Confidential - Attorneys' Eyes Only

LUCAS00189264

711.36

# LUCASFILM Ltd
## Performance Management — Market Study: Salary Increase Budgets

| Surveys | Merit | Including Promo/Adj |
|---|---|---|
| Radford (AON): | 4.3% | 5.7% |
| Croner EECS: | 4.2% | 5.6% |
| Croner AVE: | 4.0% | 5.8% |
| World at Work: | 4.0% | 5.0% |

Note: Survey data is local information for Bay Area/Northern California



**Performance Management** | **Market Study** — Salary Increase Budgets

## Studio/Network (updates ongoing)

| Company | Merit | | Promo/Adj | | Total | | Increase Effctv Date |
|---|---|---|---|---|---|---|---|
| | FY07 | FY08 | FY07 | FY08 | FY07 | FY08 | |
| Disney | 4.5% | 4.0% | 2.0% | 2.0% | 6.50% | 6.00% | 4/1 |
| Pixar | 3.0% | 3.0% | 1.5% | 1.5% | 4.50% | 4.50% | 4/1 |
| Sony | 4.0% | 4.0% | 1.0% | 1.0% | 5.00% | 5.00% | 7/1 |
| Dreamworks | 4.0% | 4.0% | 1.0% | 1.0% | 5.00% | 5.00% | 4/1 |
| Paramount | 3.5% | 3.75% | 1.0% | 1.0% | 4.50% | 4.75% | 7/1 |
| Universal | 4.3% | 4.0% | 0.0% | 1.0% | 4.30% | 5.00% | 3/1 |
| Electronic Arts | 4.0% | 4.0% | 1.5% | 1.5% | 5.5% | 5.50% | 3/1 |
| 20th Century Fox | 3.5% | 3.5% | 1.5% | 1.0% | 5.00% | 4.50% | 7/1 |
| Warner Bros | 4.5% | 4.5% | 0.5% | 0.5% | 5.00% | 5.00% | 1/1 |

Confidential - Attorneys' Eyes Only

LUCAS00189266

711.38



# Market Study
## Salary Increase Budgets
### Performance Management

**CPI – 2007**
- October 2007:    3.3%
- 1st Half 2007:    3.3%

**CPI - 2006**
Annual:             3.2%
2nd Half 2006:   3.3%
1st Half 2006:    3.2%

Series Id: CUURA422SA0,CUUSA422SA0
Not Seasonally Adjusted
Area:   San Francisco-Oakland-San Jose, CA
Item:   All Items
Base Period: 1982-84=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1997 | 2.7 | 3.1 | 4.1 | 3.7 | 3 | 3.1 | 3 | 3.6 | 3.4 | 3.6 | 3.6 | 4.2 | 3.4 | 3.2 | 3.6 |
| 1998 | | 3.4 | | 3.1 | | 3.4 | | 3.3 | | 2.9 | | 3 | 3.2 | 3.3 | 3.1 |
| 1999 | | 3.8 | | 4.6 | | 3.8 | | 4.1 | | 4.8 | | 4.2 | 4.2 | 4 | 4.4 |
| 2000 | | 4.2 | | 3.8 | | 4.2 | | 4.7 | | 4.7 | | 5.5 | 4.5 | 4 | 4.8 |
| 2001 | | 6.5 | | 5.8 | | 6.6 | | 5.1 | | 4.5 | | 3.5 | 5.4 | 6.2 | 4.7 |
| 2002 | | 1.8 | | 2.1 | | 1.2 | | 1.3 | | 1.4 | | 1.4 | 1.6 | 1.9 | 1.4 |
| 2003 | | 3.3 | | 2.2 | | 1.6 | | 1.4 | | 1 | | 1.1 | 1.8 | 2.3 | 1.2 |
| 2004 | | 0.2 | | 0.5 | | 1.4 | | 1.2 | | 2 | | 2.2 | 1.2 | 0.7 | 1.7 |
| 2005 | | 1.6 | | 2.1 | | 1.1 | | 2.2 | | 2.8 | | 2 | 2 | 1.7 | 2.2 |
| 2006 | | 2.9 | | 3.2 | | 3.9 | | 3.8 | | 2.5 | | 3.4 | 3.2 | 3.2 | 3.3 |
| 2007 | | 3.2 | | 3.3 | | 3.4 | | 2.6 | | 3.3 | | | | 3.3 | |



## Performance Management

# Market Study
## Analysis of Competitive Pay Compensation

**Market Data Comparison**
**October 2007**

| Company | Number of Employees | Average Base Salary | Market Base Salary 50th %tile | Market Base Salary 65th %tile | Market Base Salary 75th %tile | Comparison to 50th/65th %tile | Comparison to 65th/75th %tile | Average Total Cash Comp | Total Cash Comp at Max Payout | Market Total Cash Comp 50th %tile | Market Total Cash Comp 65th %tile | Market Total Cash Comp 75th %tile | Comparison to 50th/65th %tile | Comparison to 65th/75th %tile | Max Cash Payout Compared to 50th %tile |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Matched to 50th%** | | | | | | | | | | | | | | | |
| LFL | 110 | $93,234 | $98,540 | $107,509 | $117,016 | 94.6% | 86.7% | $102,570 | $111,181 | $110,542 | $120,540 | $127,808 | 92.8% | 85.1% | 100.6% |
| LIC | 34 | $98,593 | $100,667 | $113,524 | $123,190 | 97.9% | 86.8% | $108,453 | $116,587 | $111,972 | $121,975 | $129,239 | 96.9% | 88.9% | 104.1% |
| LECL - Non IT/IS | 79 | $70,139 | $74,429 | $78,351 | $81,103 | 94.2% | 89.5% | $74,011 | | $80,485 | $86,950 | $91,606 | 92.0% | 85.1% | |
| SPL | 43 | $65,953 | $76,592 | $81,309 | $84,647 | 86.1% | 81.1% | $74,015 | $79,674 | $85,076 | $89,877 | $93,258 | 87.0% | 82.4% | 93.7% |
| **Matched to 65th%** | | | | | | | | | | | | | | | |
| LAL | 104 | $101,075 | $104,570 | $110,852 | $115,292 | 91.2% | 87.7% | $106,476 | | $111,336 | $121,260 | $128,466 | 87.8% | 82.9% | |
| ILM - Non Union | 195 | $99,920 | $98,599 | $102,580 | $105,341 | 97.4% | 94.9% | $101,478 | | $102,677 | $111,605 | $118,075 | 90.9% | 85.9% | |
| LEC | 422 | $78,850 | $81,662 | $84,405 | $86,295 | 93.4% | 91.4% | $88,964 | | $91,579 | $95,658 | $98,498 | 93.0% | 90.3% | |
| LECL - IT/IS | 85 | $86,954 | $90,612 | $95,864 | $98,830 | 90.7% | 88.0% | $93,040 | | $99,509 | $105,283 | $109,356 | 88.4% | 85.1% | |
| SS | 26 | $76,980 | $78,492 | $82,906 | $86,014 | 92.9% | 89.5% | $80,087 | | $85,544 | $90,887 | $94,671 | 88.1% | 84.6% | |
| | | | | | | | | | | | | | | | |
| ILM - Union | 330 | $121,124 | $120,433 | $125,583 | $129,163 | 96.4% | 93.8% | $123,960 | | $126,544 | $131,874 | $135,577 | 94.0% | 91.4% | |
| SS - Union | 93 | $94,490 | $97,516 | $99,402 | $100,684 | 95.1% | 93.8% | $96,380 | | $99,516 | $101,402 | $102,684 | 95.0% | 93.9% | |
| | | | | | | | | | | | | | | | |
| Overall | 1521 | $93,142 | $96,430 | $101,876 | $105,712 | 94.5% | 89.1% | $103,580 | | $102,301 | $114,159 | $122,981 | 92.4% | 87.1% | 100.03% |

**Excludes Executives and Senior Management**

Lucas Confidential
November 28, 2007

8

Confidential - Attorneys' Eyes Only

LUCAS00189268

711.40



## Performance Management — Market Study: Cost Analysis of Competitive Pay Position

| Group | Number of Employees | Base Salary – Cost to Attain 50th %tile $ | % | Cost to Move to 65th %tile $ | % | Annual Cash Comp – Cost to Attain 50th %tile $ | % | Cost to Move to 65th %tile $ | % |
|---|---|---|---|---|---|---|---|---|---|
| Exec/Sr. Mgmt | 25 | $133,927 | 1.7% | $953,387 | 12.1% | $2,006,151 | 19.2% | $4,176,106 | 39.9% |
| **Matched to 50th%** | | | | | | | | | |
| LFL | 110 | $583,660 | 5.7% | $1,570,250 | 15.3% | $876,920 | 7.8% | $1,976,700 | 17.5% |
| LIC | 34 | $70,516 | 2.1% | $507,654 | 15.1% | $119,646 | 3.2% | $459,748 | 12.5% |
| LECL - Non IT/IS | 79 | $338,910 | 6.1% | $648,748 | 11.7% | $511,446 | 8.7% | $1,022,181 | 17.5% |
| SPL | 43 | $457,477 | 16.1% | $660,308 | 23.3% | $475,623 | 14.9% | $682,066 | 21.4% |

| Group | Number of Employees | Cost to Attain 65th %tile $ | % | Cost to Move to 75th %tile $ | % | Cost to Attain 65th %tile $ | % | Cost to Move to 75th %tile $ | % |
|---|---|---|---|---|---|---|---|---|---|
| **Matched to 65th%** | | | | | | | | | |
| LAL | 104 | $1,016,808 | 9.7% | $1,478,568 | 14.1% | $1,537,536 | 13.9% | $2,286,960 | 20.7% |
| ILM - Non Union | 195 | $518,700 | 2.7% | $1,057,095 | 5.4% | $1,974,765 | 10.0% | $3,236,415 | 16.4% |
| LEC | 422 | $2,344,210 | 7.0% | $3,141,790 | 9.4% | $2,824,868 | 7.5% | $4,023,348 | 10.7% |
| LECL - IT/IS | 85 | $757,350 | 10.2% | $1,009,460 | 13.7% | $1,040,655 | 13.2% | $1,386,860 | 17.5% |
| SS | 26 | $154,076 | 7.7% | $234,884 | 11.7% | $280,800 | 13.5% | $379,184 | 18.2% |
| Overall | 1123 | $6,375,634 | 6.5% | $11,262,144 | 11.6% | $11,648,410 | 12.0% | $19,629,568 | 20.2% |

**Proposed Salary Budget**
| | | |
|---|---|---|
| Merit | 4% | $3,896,259 |
| Callouts | 1% | $974,065 |
| Total | 5% | $4,870,324 |

**Excludes Union Employees**

Lucas Confidential
November 28, 2007

9

Confidential - Attorneys' Eyes Only

LUCAS00189269

711.41



## Recommendations
### Pay Increase Budget

### Merit Increase and Call-outs Pool - General Population
- 4.0% Merit Increase Pool
- 1.0% Adjustment/Promotion Pool

### Market Adjustment Pool –
### Key and At Risk Employees and/or Approved Business Groups
- 1.0 – 2.0% Additional Market Adjustments

### After Review Process –
- Continue to monitor market movement and incorporate changes based on needs to sustain recruiting and retention

### Considerations -
- Change comp philosophy and match studio positions to the 75th percentile and non-studio positions to the 65th percentile.
- LAL/LAS bonus plan or supplemental merit pool

## LUCASFILM Ltd — Performance Management
## Approval Process & Timing
### GWL and Board Compensation Committee

### Currently Scheduled:
- Mich/Executive Review Meetings – March 4 thru March 10
- Mich Final Review Meeting – March 12
  - Pass 2 meeting scheduled for March 14 if needed

### Meetings & Schedule To Be Determined:
- Mich/George Review Meeting – Friday, March 14
  - Mich and George usually have meetings on Friday
- Board Compensation Committee Meeting – Tuesday, March 18 or Wednesday, March 19
  - This could be scheduled as a conference call
  - Information package sent out prior to meeting

Lucas Confidential
November 28, 2007

Confidential - Attorneys' Eyes Only

11

LUCAS00189271

711.43