

## Bonus Plan Communication

### 2007 Bonus Plans Approval:
- Board approval of plans and metrics
- LAL/LAS bonus plan
- Consider changing time of payout to mid-April
    - Allows for audit to be reviewed and approved by the Board without impacting the communication and delivery of reviews and salary increases.

### 2008 Bonus Plans: Future meeting to discuss
- Proposed changes to bonus targets
- Timing for review and approval
- Communication of 2008 Bonus Plans to Managers and Participants
- Inclusion of bonus plan information in offer letters
    - Ensure legal review and compliance of language used

Lucas Confidential
November 28, 2007

12

Confidential - Attorneys' Eyes Only

LUCAS00189272

711.44


## Performance Management

# Appendices

Lucas Confidential
November 28, 2007

13

Confidential - Attorneys' Eyes Only

LUCAS00189273

711.45



## 2007 Actual Merit and Callout Spend

### 2007 Pay For Performance

| Organization | Merit Spend | Callout Spend | Overall Spend |
|---|---|---|---|
| Chairman's Office | 4.8% | 0.0% | 4.8% |
| President's Office | 4.3% | 0.8% | 5.1% |
| Lucasfilm | 3.8% | 1.5% | 5.3% |
| LECL | 3.5% | 2.8% | 6.3% |
| LREH | 3.4% | 2.4% | 5.8% |
| Lucasfilm Animation | 3.7% | 1.3% | 5.0% |
| LucasArts | 3.2% | 2.9% | 6.1% |
| ILM | 3.9% | 3.3% | 7.2% |
| Skywalker Sound | 3.8% | 1.1% | 4.9% |
| **Overall** | **3.6%** | **2.5%** | **6.1%** |
| **Budgeted** | **4.0%** | **1.0%** | **5.0%** |

| Salary Changes 4/4/07-present | | | |
|---|---|---|---|
| Number | Avg % Increase | Cost | % of Salary Budget |
| 81 - current employees | 10.0% | $713,425 | 1.1% |

Note: Additional 1%-2% for key and high risk employees/groups

Confidential - Attorneys' Eyes Only

LUCAS00189274

711.46



## Market Study
## Review of Past Practices

| Year | | Lucasfilm Merit | Lucasfilm Callouts | LECL Merit | LECL Callouts | Lucas Animation Merit | Lucas Animation Callouts | Lucas Arts Merit | Lucas Arts Callouts | ILM Merit | ILM Callouts | Sky Sound Merit | Sky Sound Callouts |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| January 2007 | Planned | 4.0% | 1.0% | 4.0% | 1.0% | 4.0% | 1.0% | 4.0% | 1.0% | 4.0% | 1.0% | 4.0% | 1.0% |
|  | Actual | 3.9% | 1.4% | 3.5% | 2.8% | 3.7% | 1.3% | 3.2% | 2.9% | 3.9% | 3.3% | 3.8% | 1.1% |
| January 2006 | Planned | 4.0% | - | 4.0% | - | 4.0% | - | 4.0% | - | 3.0% | - | 3.0% | - |
|  | Actual | 3.0% | 0.9% | 2.5% | 1.3% | 1.7% | 3.0% | 2.8% | 4.2% | 2.0% | 1.2% | 2.1% | 0.7% |
| July 2005 | | 4.0% Without Callouts | | | | | | 4.0% Without Callouts | | 3.0% Without Callouts | | | |
| July 2004 | | 3.5% Without Callouts | | | | | | 3.5% Without Callouts | | 3.0% Without Callouts | | | |
| July 2003 | | 3.5% Budget | | | | | | 3% Company Wide | | 3% Non-Union | | | |
| July 2002 | | 3.92% Company Wide | | | | | | 7% Studio / 5% Sales, Mktg, & Admn | | 5% Non-Union | | | |
| July 2001 | | 6.83% Company Wide | | | | | | 7% Studio / 5% Sales, Mktg, & Admn | | 5% Non-Union | | | |
| July 2000 | | 5.5% Company Wide | | | | | | 13% Studio / 6% Sales, Mktg, & Admn | | 5% Non-Union | | | |
| July 1999 | | 5.73% Company Wide | | | | | | 8% Company Wide | | 5% Non-Union | | | |

Lucas Confidential
November 28, 2007

Confidential - Attorneys' Eyes Only

15

LUCAS00189275

711.47