Confidential

## Compensation Analysis & Review Process
### Internal Transfer
DRAFT Last updated: 11-23-04

**SCOPE:**
**Start:** Employee applies for open position
**End:** Comp Analyst sends PRF initiation request to HR Dept. Coord/Admins

**CONNECT FROM:**

**EMPLOYEE**
- Make decision to apply
- Apply for open position
- Involves discussion w/ Recruiter, HR Manager, and current Employee Mgr.

**RECRUITER**
- Recommend Internal Candidate for Job
- Notify Comp Analyst of Desired Salary
- Receive notification of approved Comp Range & Exemption Status

**HIRING MANAGER**
- Recommend Internal Candidate for Job
- Receive notification of approved Comp Range & Exemption Status

**HR MANAGER**
- Blaire
- Cynthia
- Recommend Internal Candidate for Job
- Discuss compensation expectations for position
- Receive notification of approved Comp Range & Exemption Status

**COMP ANALYST**
- Roshni
- Evaluate Internal Candidate's qualifications against market value & internal equity
- Gather internal compensation expectations for position
- Finalize Comp Range & Exemption Status recommendation
- Bring recommendations to **Comp Committee Mtg.**
- Notify Recruiter, HR Manager, Hiring Manager, and Div. Head of approved Comp range & Exemption status
- Send PRF Initiation request to: **LEC & LFL:** Stephanie E. **LDL:** Dept. Coord

**COMP COMMITTEE**
- Steve
- Alan
- Roshni
- (HR Director)
- Attend **Comp Committee Mtg.**
- Approve promotional increase? Y / N
- Need to tell Div Heads that any increase requests >10% go to Mich for approval

**DIVISION HEAD**
*List being defined – needs clarity & consistency*
- Discuss compensation expectations for position
- Div. Heads want to know if amount going to Comp Committee changes after this conversation
- *Potential Solution:* If discrepancy between Div Head expectations and Comp Analyst recommendation, Div Head may attend Comp Committee to make case
- *What happens?* N — Approve promotional increase? Y
- Receive notification of approved Comp Range & Exemption Status

**MICH**

LUCAS00185312

EXHIBIT 716
Deponent _Mac/Mi__
Date _2-12-13_
Gina V Carbone, CSR