| ENGINEERING JOB MATRIX | LEVEL 1 | LEVEL 2 | LEVEL 3 | LEVEL 4 | LEVEL 5 | LEVEL 6 |
|---|---|---|---|---|---|---|
| KNOWLEDGE | Familiar with the concepts of computer systems and programming languages. No prior knowledge of film-making pipelines and technologies. Learning professional software development. | Familiar with computer systems and languages. Novice with respect to film-making pipelines and technologies. Has core professional software development expertise. | Expert in computer systems and languages. Familiar with film-making pipelines and technologies. Seasoned professional software developer with full understanding of area of specialization. | Expert in many computer systems and languages. Intimately familiar with many film-making pipelines and technologies. Uses professional concepts to resolve a wide range of complex issues. | Expert in many computer systems and languages. Intimately familiar with many film-making pipelines and technologies. Uses professional concepts to resolve a wide range of complex issues and broad design matters. | Expert in most computer systems and languages. Intimately familiar with a wide range of film-making pipelines and technologies including Pixar's. As an expert in the field, uses professional concepts to resolve critical issues and broad design matters. |
| JOB COMPLEXITY | Works on bug fixes and implementation of minor / straightforward software components. Typically writes robust, reliable, elegant code. Not responsible for design. | Works on moderately complex bug fixes and implementation. Typically writes robust, reliable, elegant code. Collaborates on design elements of non-critical subsystems. | Advanced Engineer. Fixes and codes diverse parts of the system. Always writes robust, reliable, elegant code. Responsible for software and API design of subsystems. | Expert Engineer. Writes robust, reliable, elegant code for major components. Able to write pieces of the system and fix difficult bugs where in-depth analysis is required. Responsible for object modeling and design of important subsystems. | Expert Engineer. Writes robust, reliable, elegant code for most significant components. Required to write large pieces of the system and fix bugs with in-depth analysis and independent judgment. Responsible for object modeling and design of major subsystems, both critical and large. | Routinely makes deep, system-wide architectural decisions and changes. Capable of creative and original engineering. Architect responsible for object modeling and design of entire system. |
| SUPERVISION & COLLABORATION | New to the studio. Needs direction and supervision for most tasks. | Normally receives general instructions. Requires help from both peers and supervisors for some engineering tasks. Works well with other engineers when required. | Completes engineering tasks with little supervision. Requires supervision for software & API design. Works well with other engineers. Expected to participate in team discussions. | Acts independently to complete engineering tasks. May receive and respond to supervision for software and API design. Serves as a point person for other engineers. On occasion, leads team discussions and build consensus. | Completely independent. Expected to provide technical leadership for other engineers. Works extremely well with other engineers. Consistently guides collaboration among team. | Completely independent. Expected to provide technical leadership for teams of engineers. Consistently guides collaboration among team. |
| EXPERIENCE | Typically has 0 to 2 years of previous experience. | Typically has a minimum of 2 years of related experience. | Typically has a minimum of 4 years of related experience. | Typically has a minimum of 6 years of related experience. | Typically has a minimum of 8 years of related experience. | Typically has a minimum of 10 years of related experience. |

EXHIBIT 1305
Deponent Sheehy
Date 3-5-13
Gina V. Carbone, CSR

CONFIDENTIAL

PIX00049042