# Exhibit B

1855.95



## Base Salary Structures



Apple Need to Know Confidential
Effective July 15, 2008

1855.94

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE00928



Apple Need to Know Confidential
Effective July 15, 2008

1855.97

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE009283

# Exhibit C

1855.91

# Total Rewards Planning FY07

September 2006

231APPLE0095044

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Wednesday, June 13, 2012

L85s.99

# Total Rewards Planning
## Agenda

- One
- Merit
- Below-Director Bonus
- Annual Stock Grant
- Total Compensation
- Employee Communication

Wednesday, June 13, 2012
Apple Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095045

1855.100

# Total Rewards Planning

## One

**One planning event, One point in time, One conversation**

CEO and ET requested total compensation be reviewed and communicated with performance reviews

- Base salary, bonuses, and long-term stock "hook" in a balanced approach

**Strategy is key**

Compensation provides market data, budgets, guidelines, deadlines, and assistance

**Execution is key**

Division HR plans and outlines approach with ET, execute strategy with Line Management
- Present organization's compensation overview, highlight potential areas for focus
- Review budgets, move and re-allocate as appropriate
- Determine who or which levels will plan for each compensation element
- Include actions such as promotions, market adjustments, and peer adjustments if applicable
- Validate allocation against budget and strategy
- Facilitate implementation and employee communication

Wednesday, June 13, 2012

18 ss.101

Apple Confidential

231APPLE095046

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Rewards Planning
## Target Participation



Types and levels of rewards send a strong message, both direct and indirect, plan well and know how it will be received / perceived

Apple Confidential

Wednesday, June 13, 2012

1855.102

231APPLE095047

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Rewards Planning

There are various strategies that can be employed, depending on business objectives

Differentiate by performance level
- ■
- ■
- ■

Differentiate strategy by reward type
- ■
- ■
- ■

Apple Confidential
Wednesday, June 13, 2012
1855.103
231APPLE095048
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Total Rewards Planning
## Merit

Merit represents a salary increase with link between pay and performance, is also used to keep employees in line with cost of labor movement in each market
- Merit may not be primary differentiating tool

**Considerations**
- Link back to overall performance
- Make informed decisions based on peer placement
- Make informed decisions based on competitive market information
- Reward fairly and consistently

**Resources**



Apple Confidential

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095050

18SS.105

# Total Rewards Planning
## Merit

**Budget**

| Country | FY07 target merit |
|---|---|
| Australia | |
| Austria | |
| Belgium | |
| Brazil | |
| Canada | |
| China | |
| Denmark | |
| Finland | |
| France | |
| Germany | |
| Hong Kong | |
| India | |
| Ireland | |
| Italy | |
| Japan | |
| Korea | |
| Luxembourg | |
| Malaysia | |
| Mexico | |
| Netherlands | |
| Norway | |
| Philippines | |
| Singapore | |
| Spain | |
| Sweden | |
| Switzerland | |
| Taiwan | |
| Thailand | |
| United Kingdom | |
| United States | |

Apple Confidential

231APPLE095051

1855.106

CONFIDENTIAL - ATTORNEYS' EYES ONLY