# Total Rewards Planning
## Merit

### Sample Distribution Matrices

Sample distribution matrices illustrate how to move exceptional and significant performers to current market levels

- Matrices can be adapted to strategy as needed



Apple Confidential

Wednesday, June 13, 2012

1855. 107

231APPLE095052

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Rewards Planning
## Bonus

Below-Director Performance Bonus (pool charged), does not apply to VPD, In-Store Retail, and employees participating in any other structured bonus program

Bonus – First tool to really differentiate recognition and rewards for specific, outstanding achievements

### Considerations
- Who plans bonuses?
- Which employees qualify for a bonus?
- What bonuses have already been paid?
- How much funding remains in pool?

### Resources
- 
- 
- 
- 



Apple Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095053

1855.108



# Total Rewards Planning
## Bonus

Apple Confidential
CONFIDENTIAL - ATTORNEYS' EYES ONLY
231APPLE095054
1855.109
Wednesday, June 13, 2012

# Total Rewards Planning
## Annual Stock

Stock options represent a long-term retention tool

**Budget**
FY07 stock option guidelines set using select cut of high-tech peer set and targeted positioning
- Global budgets are presented for three levels of management and are based on each LOB's distribution of eligible employee population

**Resources**
- ▪
- ▪
- ▪

Apple Confidential

231APPLE095055

1855.110

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Total Rewards Planning
## Annual Stock

| Country | Recommended stock guideline |
|---|---|
| Australia | |
| Austria | |
| Belgium | |
| Brazil | |
| Canada | |
| China | |
| Denmark | |
| Finland | |
| France | |
| Germany | |
| Hong Kong | |
| India | |
| Ireland | |
| Italy | |
| Japan | |
| Korea | |
| Luxembourg | |
| Malaysia | |
| Mexico | |
| Netherlands | |
| Norway | |
| Philippines | |
| Singapore | |
| Spain | |
| Sweden | |
| Switzerland | |
| Taiwan | |
| Thailand | |
| United Kingdom | |
| United States | |

Wednesday, June 13, 2012

18ss.111

Apple Confidential
231APPLE095056
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Rewards Planning
## Overall Review, Prep for Employee Conversation

Think of total compensation package for each employee - tie everything together
- Are reward recommendations in line with strategy?
- Is base salary fair, from a market and peer perspective?
- Did you recognize extraordinary achievement with a bonus?
- Were your key employees locked-in with a stock grant?

Begin to think about salesmanship and message communication
- Understand and be comfortable rolling-out program

Apple Confidential
231APPLE095057
1855.112
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Comp Planning Tools & Information

Wednesday, June 13, 2012

231APPLE095058

1855.113

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Comp Planning Tools & Information



**Four main layouts**
- Merit and Job, Cash Bonus, Stock
  - Merit and Job only
  - Bonus only
  - Stock only
- Notes: Can plan for bonus and stock without performance rating, merit planning requires performance rating

Wednesday, June 13, 2012

Apple Confidential

231APPLE095059

1855.114

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Comp Planning Screen

Wednesday, June 13, 2012

1855.115

Apple Confidential
231APPLE095060
CONFIDENTIAL - ATTORNEYS' EYES ONLY





