# EXHIBIT 1858

Apple Computer, Inc.
2006 Compensation Analysis: USA Region
Actual vs. Market Data

NOTE – Employees in jobs for which there is no market data have been excluded from this summary.

**EXHIBIT** _1858_
Deponent _Burmeister_
Date _3 15-13_
Gina V. Carbone, CSR

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.1

**Apple Computer, Inc.**

**2006 Compensation Analysis:  USA Region**

**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

231APPLE098912

CONFIDENTIAL – ATTORNEY'S EYES ONLY

1858.2

**Apple Computer, Inc.**
**2006 Compensation Analysis: EMEA**
**Actual vs. Market Data**

231APPLE098912

1858.3

CONFIDENTIAL – ATTORNEYS EYES ONLY

**Apple Computer, Inc.**

**2006 Compensation Analysis:  EMEA - Austria**

**Actual vs. Market Data**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.4

**Apple Computer, Inc.**

**2006 Compensation Analysis:  EMEA - Belgium**

**Actual vs. Market Data**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.5

**Apple Computer, Inc.**

2006 Compensation Analysis: EMEA - Finland

Actual vs. Market Data

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.6

231-APPLE-5988512

**Apple Computer, Inc.**
**2006 Compensation Analysis: EMEA - France**
**Actual vs. Market Data**



CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.7

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Germany**
**Actual vs. Market Data**

CONFIDENTIAL - ATTORNEYS EYES ONLY

1858.8



**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Italy**
**Actual vs. Market Data**

Z31APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.9



Apple Computer, Inc.
2006 Compensation Analysis:  EMEA - Netherlands
Actual vs. Market Data

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.10



Apple Computer, Inc.
2006 Compensation Analysis: EMEA - Norway
Actual vs. Market Data

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.11

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Sweden**
**Actual vs. Market Data**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.12

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Switzerland**
**Actual vs. Market Data**

231APPLE0598912

CONFIDENTIAL – ATTORNEY'S EYES ONLY

1858.13

| Apple Computer, Inc. | | | | | | | | | | | | | | |
| 2006 Compensation Analysis:  EMEA - United Kingdom | | | | | | | | | | | | | | |
| Actual vs. Market Data | | | | | | | | | | | | | | |

1858.14

CONFIDENTIAL – ATTORNEYS EYES ONLY

231:APPLE098912

**Apple**

**2006 Compensation Analysis: Ireland**

**Actual vs. Market Data**

NOTE.- This analysis includes positions a total of 46 positions for which we do not have market survey data as we have a good knowledge of market practice and therefore have make a good estimate.

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.15

231APPLE098912

# Apple

## 2006 Compensation Analysis: Canada

### Actual vs. Market Data

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

1 858.16

231xAPPLE009912



Apple
2006 Compensation Analysis: Australia
Actual vs. Market Data
NOTE: Employees in jobs for which there is no market data have been excluded from this summary.

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.17

**Apple Computer, Inc.**
**2006 Compensation Analysis: US Retail Corporate**
Actual vs. Market Data

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.18

**Apple Computer, Inc.**

**2006 Compensation Analysis: US Retail Stores**

**Actual vs. Market Data - PRELIMINARY**

231APPLE098912

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.19

# Apple Computer, Inc.

## 2006 Compensation Analysis:  US Retail Stores

### No Market Data

231APPLE098912
1858.20

Marketing
Average SRP by Job Level
EE Data as of 07.26.06



1858.21

Marketing
Average SRP by Job Title
EE Data as of 07 26 06

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912
1858.22

Marketing
Average SRP by Job Title
EE Data as of 07.26.06



1858.23

Marketing
Average SRP by Job Title
EE Data as of 07.26.06

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912
1858.24