| | |
|---|---|
| **From:** | Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill |
| **Sent:** | Thursday, February 17, 2005 6:31 PM |
| **To:** | Sergey Brin |
| **Cc:** | Larry Page |
| **Subject:** | steve jobs |

Sergey

Steve just called me again and is pissed that we are still recruiting his browser guy. You should give him a call.

Bill

CONFIDENTIAL ATTORNEY'S EYES ONLY  GOOG-HIGH-TECH-00550729

EXHIBIT 1868
WIT. BRIN
DATE 3-19-13
KRAMM COURT REPORTING