**From:** Larry Page <page@google.com> on behalf of Larry Page
**Sent:** Thursday, February 17, 2005 6:45 PM
**To:** Alan Eustace; Sergey Brin; Bill Brougher; Eric Schmidt
**Subject:** Re: steve jobs

Sergey is going to call him now.

On Thu, 17 Feb 2005 10:42:45 -0800, **Larry Page** <page@google.com> wrote:
He called a few minutes ago and demanded to talk to me... where are we at with the candidate?

-L


---------- Forwarded message ----------
From: **Campbell, Bill** <Bill_Campbell@intuit.com>
Date: Thu, 17 Feb 2005 10:31:25 -0800
Subject: steve jobs
To: Sergey Brin <sergey@google.com>
Cc: Larry Page <page@google.com>

Sergey


Steve just called me again and is pissed that we are still recruiting his browser guy. You should give him a call.


Bill

CONFIDENTIAL ATTORNEY'S EYES ONLY


EXHIBIT 1870
WIT. BRIN
DATE 3-19-13
KRAMM COURT REPORTING

GOOG-HIGH-TECH-00550726