Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF PLAINTIFFS' NOTICE OF SUPPLEMENTAL MOTION AND SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM OF LAW IN SUPPORT**<br><br>Date: August 8, 2013<br>Time: 1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, Dean M. Harvey, declare:

1. I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California. I am one of the counsel for the Plaintiffs in

1 | this action. I make this declaration based on my own personal knowledge. If called upon to
2 | testify, I could and would testify competently to the truth of the matters stated herein.

**I. Additional Documents Produced by Defendants**

1. Attached hereto as Exhibit 1 is a true and correct copy of 231APPLE007258.
2. Attached hereto as Exhibit 2 is a true and correct copy of 231APPLE008537.
3. Attached hereto as Exhibit 3 is a true and correct copy of 231APPLE008912.
4. Attached hereto as Exhibit 4 is a true and correct copy of 231APPLE011618.
5. Attached hereto as Exhibit 5 is a true and correct copy of 231APPLE100713.
6. Attached hereto as Exhibit 6 is a true and correct copy of 231APPLE105340.
7. Attached hereto as Exhibit 7 is a true and correct copy of 231APPLE108086.
8. Attached hereto as Exhibit 8 is a true and correct copy of 231APPLE133899.
9. Attached hereto as Exhibit 9 is a true and correct copy of 76582DOC000348.
10. Attached hereto as Exhibit 10 is a true and correct copy of 76610DOC004726.
11. Attached hereto as Exhibit 11 is a true and correct copy of ADOBE_013837.
12. Attached hereto as Exhibit 12 is a true and correct copy of ADOBE_015864.
13. Attached hereto as Exhibit 13 is a true and correct copy of ADOBE_094419.
14. Attached hereto as Exhibit 14 is a true and correct copy of GOOG-HIGH TECH-00024150.
15. Attached hereto as Exhibit 15 is a true and correct copy of GOOG-HIGH-TECH-00625160.
16. Attached hereto as Exhibit 16 is a true and correct copy of GOOG-HIGH-TECH-00625200.
17. Attached hereto as Exhibit 17 is a true and correct copy of LUCAS00199904.

Executed May 10, 2013, in San Francisco, California.

/s/ *Dean M. Harvey*
Dean M. Harvey

| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 63607) |
| | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Eric B. Fastiff (State Bar No. 182260) |
| | Brendan Glackin (State Bar No. 199643) |
| 3 | Dean Harvey (State Bar No. 250298) |
| | Anne B. Shaver (State Bar No. 255928) |
| 4 | Lisa J. Cisneros (State Bar No. 251473) |
| | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 5 | 275 Battery Street, 29th Floor |
| | San Francisco, California 94111-3339 |
| 6 | Telephone: 415.956.1000 |
| | Facsimile: 415.956.1008 |

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **MANUAL FILING NOTIFICATION PURSUANT TO LOCAL RULE 5.1(f)** |
| All Actions | |

**MANUAL FILING NOTIFICATION**

Regarding: Exhibit 1 through 17 to Declaration of Dean M. Harvey in Support of Plaintiffs' Supplemental Motion for Class Certification.

1. This filing is in physical form only, and is being maintained in the case file in the Clerk's office. If you are a participant on this case, this filing will be served in hard-copy shortly.

2. For information on retrieving this filing directly from the Court, please see the Court's main website at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

1099038.1

MANUAL FILING NOTIFICATION
NO. 11-CV-2509-LHK

|     |                                                                                                                  |
|-----|------------------------------------------------------------------------------------------------------------------|
| 1   |      3.     This filing was not efiled for the following reason(s): |

      3.     This filing was not efiled for the following reason(s):

___ Voluminous Document (PDF file size larger than efiling system allowances)

___ Unable to Scan Documents

___ Physical Object (description): _____

___ Non Graphical/Textual Computer File (audio, video, etc.) on CD or other media

___ Item Under Seal

___ Conformance with the Judicial Conference Privacy Policy (General Order 53).

__X_ Other (description): _Pending Motion to Seal Filed on May 10, 2013_____

     Executed May 10, 2013, in San Francisco, California.

                                                  /s/ *Lisa J. Cisneros*
                                                 Lisa J. Cisneros