Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Eric B. Fastiff (State Bar No. 182260)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
Lisa J. Leebove (State Bar No. 186705)
James D. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Interim Co-Lead Counsel for Plaintiff Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL CLASS CERTIFICATION MOTION**<br><br>Date: August 8, 2013<br>Time: 1:30 pm<br>Courtroom: 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |
|---|---|

I, Anne B. Shaver, declare:

1. I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California.  I am one of the counsel for the Plaintiffs in

1121713.1

SHAVER DECLARATION
NO. 11-CV-2509-LHK

1 this action. I make this declaration based on my own personal knowledge. If called upon to

2 testify, I could and would testify competently to the truth of the matters stated herein.

3 **Deposition Testimony of Defendants' Witnesses**

4     2.    Attached hereto as Exhibit A is a true and correct copy of transcript excerpts from

5 the deposition of Adobe witness Rosemary Arriada-Keiper, dated March 28, 2013.

6     3.    Attached hereto as Exhibit B is a true and correct copy of transcript excerpts from

7 the deposition of Intuit witness William Campbell, dated February 5, 2013.

8     4.    Attached hereto as Exhibit C is a true and correct copy of transcript excerpts from

9 the deposition of Pixar witness Ed Catmull, dated January 24, 2013.

10     5.    Attached hereto as Exhibit D is a true and correct copy of transcript excerpts from

11 the deposition of Apple witness Tony Fadell, dated March 20, 2013.

12     6.    Attached hereto as Exhibit E is a true and correct copy of transcript excepts from

13 the deposition of Google witness Arnnon Geshuri, dated August 17, 2012.

14     7.    Attached hereto as Exhibit F is a true and correct copy of transcript excerpts from

15 the deposition of Intel witness Danny McKell, dated March 20, 2013.

16     8.    Attached hereto as Exhibit G is a true and correct copy of transcript excerpts from

17 the deposition of Adobe witness Donna Morris, dated August 21, 2012.

18     9.    Attached hereto as Exhibit H is a true and correct copy of transcript excerpts from

19 the deposition of Intel witness Patricia Murray, dated February 14, 2013.

20     10.    Attached hereto as Exhibit I is a true and correct copy of transcript excerpts from

21 the deposition of Pixar witness Stephanie Sheehy, dated March 5, 2013.

22     11.    Attached hereto as Exhibit J is a true and correct copy of transcript excerpts from

23 the deposition of Intuit witness Mason Stubblefield, dated March 29, 2013.

24     12.    Attached hereto as Exhibit K is a true and correct copy of transcript excerpts from

25 the deposition of Google witness Frank Wagner, dated March 7, 2013.

26 **Deposition Testimony of Expert Witnesses**

27     13.    Attached hereto as Exhibit L is a true and correct copy of transcript excerpts from

28 the deposition of Plaintiffs' expert witness Kevin Hallock, dated June 7, 2013.

14. Attached hereto as Exhibit M is a true and correct copy of transcript excerpts from the deposition of Plaintiffs' expert witness Edward Leamer, dated June 11, 2013.

15. Attached hereto as Exhibit N is a true and correct copy of transcript excerpts from the deposition of Defendants' expert witness Kevin Murphy, dated December 3, 2012 (Vol. I., pp. 1-385) and July 5, 2013 (Vol. II., pp. 386-568).

16. Attached hereto as Exhibit O is a true and correct copy of transcript excerpts from the deposition of Defendants' expert witness Kathryn Shaw, dated July 3, 2013.

**Plaintiffs' Deposition Exhibits**

17. Attached hereto as Exhibit 122 is a true and correct copy of Plaintiffs' Exhibit 122, LUCAS00184664.

18. Attached hereto as Exhibit 1304 is a true and correct copy of Plaintiffs' Exhibit 1304, PIX00044219.

19. Attached hereto as Exhibit 2738 is a true and correct copy of Plaintiffs' Exhibit 2738, INTUIT_043557.

20. Attached hereto as Exhibit 2739 is a true and correct copy of Plaintiffs' Exhibit 2739, INTUIT_043560.

21. Attached here to as Exhibit 2847 is a true and correct copy of Plaintiffs' Exhibit 2847, Kathryn Shaw, *Insider Econometrics: A Roadmap with Stops Along the Way*, Labour Economics 16, 607 (2009).

22. Attached hereto as Exhibit 2854 is a true and correct copy of Plaintiffs' Exhibit 2854, Anderson, et. al., *Reaching for The Stars: Who Pays for Talent in Innovative Industries?*, National Bureau of Economic Research, Working Paper 12435 (2006).

\*   \*   \*

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  Executed July 12, 2013 in San Francisco, California.

/s/ *Anne B. Shaver*
Anne B. Shaver