COOLEY LLP
MICHAEL G. RHODES (116127) (rhodesmg@cooley.com)
BEATRIZ MEJIA (190948) (bmejia@cooley.com)
CANDACE A. JACKMAN (267599) (cjackman@cooley.com)
101 California Street, 5th Floor
San Francisco, CA  94111-5800
Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222

COOLEY LLP
JOHN C. DWYER (136533) (dwyerjc@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663

Attorneys for Non-Party
Sheryl Sandberg

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION, | Case No.  11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **DECLARATION OF NON-PARTY SHERYL SANDBERG** |
| ALL ACTIONS | |

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

**HIGHLY CONFIDENTIAL**

I, Sheryl Sandberg, declare as follows:

1.      I am employed as Chief Operating Officer for non-party Facebook, Inc. ("Facebook").  The matters set forth herein are of my own personal knowledge, unless noted otherwise, and if called and sworn as a witness, I could competently testify regarding them.

2.      I have served as Facebook's Chief Operating Officer since March 2008.  In this role, I manage Facebook's worldwide business operations, including sales, marketing, legal, business development, human resources, communications, and privacy.  In June 2012, I was named to Facebook's board of directors.

3.      I currently serve on the board of directors for several other organizations: ONE, The Walt Disney Company, Women for Women International, Center for Global Development, and V-Day.  I have previously served on the boards of Starbucks, the Brookings Institution, and the Ad Council.

4.      Prior to working at Facebook, I worked as a consultant for McKinsey and Company and served as Chief of Staff to the U.S. Secretary of the Treasury under President Bill Clinton.  From 2001 to early 2008, I worked at Google, Inc. ("Google"), ultimately becoming Vice President of Global Online Sales and Operations.  I did not serve on Google's Executive Management Group ("EMG") or, as it was later known, Google's Operating Committee ("OC").

5.      In approximately April 2006, while employed at Google, I led the team that was involved in exploring potential partnership opportunities with Intuit, Inc. ("Intuit").  As a precursor to those discussions, Google agreed, at Intuit's request, to not solicit the Intuit employees who would be involved in the discussions and/or the potential partnership.  I do not recall the specific number of employees from Intuit who were covered by this agreement, but I believe it was less than twenty employees.

6.      I understand Plaintiffs allege that, approximately a year later, in 2007, Google placed all Intuit employees on a firmwide "Do Not Cold Call" list and instructed Google employees not to solicit employees from Intuit.  To the best of my recollection, I was not involved in the alleged 2007 decision to add Intuit to an alleged "Do Not Cold Call" or similar list.  To the best of my knowledge, the alleged decision was not taken as a result of, or in

connection with, my team's work in 2006 in exploring a partnership between Google and Intuit.

7.     As noted above, I began work at Facebook in March 2008.  In or about August 2008, I was contacted by Jonathan Rosenberg, who was then at Google.  Mr. Rosenberg expressed concern about what he described as the perceived rate at which Facebook could hire employees from Google.  Around the same time, I also discussed a similar topic with Omid Kordestani, who was also at Google.  I declined at that time to limit Facebook's recruitment or hiring of Google employees.  Nor have I made or authorized any such agreement between Facebook and Google since that time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 17, 2013, in Menlo Park, California.

Sheryl Sandberg

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

HIGHLY CONFIDENTIAL                2.                SANDBERG DECLARATION
11-CV-2509-LHK