UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | CASE MANAGEMENT ORDER |

Clerk: Martha Parker Brown
Reporter: Lee-Anne Shortridge

Plaintiffs' Attorneys: Joseph Saveri, Kelly Dermody, Brendan Glackin, Dean Harvey, James Dallal

Defendant Google Inc.'s Attorneys: Bob Van Nest; Tina Sessions; Lee Rubin
Defendant Intel Corp.'s Attorneys: Gregory Stone; Brad Phillips; Bethany Kristovich; Miranda Kane
Defendant Adobe Systems Inc.'s Attorney: Robert Mittlestadt
Defendant Apple, Inc.'s Attorneys: George Riley; Christina Brown; Michael Tubach
Defendant Intuit, Inc.'s Attorney: David Kiernan
Defendants Pixar and Lucasfilm Ltd.'s Attorney: Emily Henn

A case management conference was held on March 27, 2014. A pretrial conference is set for May 8, 2014, at 1:30 p.m.

The Court granted the parties' stipulation to advance the deadline for exchanging deposition designations to April 29, 2014. The Court also granted the parties' stipulation to exclude demonstratives from the list of exhibits.

The Court DENIED WITHOUT PREJUDICE all pending Administrative Motions to File Under Seal. Defendants agreed to file narrower requests by April 10, 2014.

The parties shall meet and confer and propose a schedule for high-priority objections during trial. The parties are advised to consult this Court's order in 12-CV-630-LHK. The parties shall also meet and confer regarding the length of trial and the allocation of time with respect to voir dire, opening statements, closing argument, and trial time.

Case No.: 11-CV-2509-LHK
CASE MANAGEMENT ORDER

With respect to the authentication of business records, the Court set the following schedule:

- o Production of List of Documents for which a Business Record Stipulation is Sought: April 5, 2014
- o Producing Party's Deadline to Respond: April 15, 2014
- o Meet-and-Confer Deadline: April 20, 2014
- o Joint Statement Regarding Disputes: April 23, 2014

With regard to the document Plaintiff seeks from Defendants, the Court set the following briefing schedule:

- o Plaintiffs' Deadline to File a 5-Page, Under Seal Motion to Compel: April 9, 2014
- o Defendants' 5-Page Under Seal Opposition: April 15, 2014

A reply in support of Plaintiffs' motion regarding whether the alleged conspiracy should be considered under the per se analysis shall be filed by April 24, 2014. The parties shall stipulate to a briefing schedule for Plaintiffs' motion and Defendants' opposition. The page limits are 15 pages for the motion and opposition and 10 pages for the reply.

The Court altered the page limits on motions in limine as follows:

- o Defendants combined shall file motions *in limine* not to exceed a total of 20 pages. Plaintiffs shall file oppositions not to exceed a total of 20 pages. No replies shall be filed.
- o Plaintiffs shall file motions *in limine* not to exceed a total of 12 pages. Defendants combined shall file oppositions not to exceed a total of 12 pages. No replies shall be filed.

The case schedule remains as set in this Court's October 21, 2013 Case Management Order:

PRETRIAL CONFERENCE: May 8, 2014, at 1:30 p.m. By April 7, 2014, the parties shall exchange their witness and exhibit lists. By April 10, 2014, the parties shall file their respective motions *in limine*. By April 17, 2014, the parties shall file their respective oppositions to the motions *in limine*.

JURY TRIAL: May 27, 2014, at 9 a.m. The trial length is estimated to be 17 days.

**IT IS SO ORDERED.**

Dated: March 27, 2014

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-2509-LHK
CASE MANAGEMENT ORDER