# EXHIBIT B

# HIGH-TECH EMPLOYEE ANTITRUST LITIGATION SETTLEMENT ADMINISTRATION WEBSITE

Home

- Home
- Frequently Asked Questions
- Important Documents
- Contact Information

## High-Tech Employee Antitrust Litigation Settlement Administration Website

HIGH TECH EMPLOYEE ANTITRUST LITIGATION
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
CASE NO. 11-CV-02509-LHK

This website is authorized by the Court, supervised by counsel and controlled by Heffler Claims, the Settlement Administrator approved by the Court. This is the only authorized website for this Settlement.

For more information or to have a Claim Form mailed to you, please call (855) 731-7499

**Documents**
Please read for important documents that explain your options and applicable deadlines

**Contact Us**
Contact us with any inquiries, comments, and/or requests.

**Submit Claim**
Click here to safely and securely submit a Claim and view employment history.

**Calendar of Important Dates**

### IMPORTANT DOCUMENTS

- Complaint (PDF: 199.9 KB)
- Settlement Agreement - Intuit (PDF: 1.5 MB)
- Settlement Agreement - Pixar and Lucasfilm, Ltd. (PDF: 1.6 MB)
- Class Certification Order (PDF: 499.8 KB)
- Preliminary Settlement Approval Order (PDF: 97.7 KB)
- Notice With Extended Dates (PDF: 1.8 MB)
- Claim Form (PDF: 199.2 KB)
- Plaintiffs' Notice of Motion and Motion for Attorneys' Fees, Reimbursement of Expenses, and Service (PDF: 118.4 KB)
- Declaration of Kelly M. Dermody (PDF: 4 MB)
- Declaration of Michael Devine (PDF: 129.6 KB)
- Declaration of Mark Fichtner (PDF: 37.4 KB)
- Declaration of Siddharth Hariharan (PDF: 77.4 KB)
- Declaration of Daniel Stover (PDF: 135.2 KB)
- Declaration of Dean M. Harvey (PDF: 1.6 MB)



High-Tech Employee Antitrust Litigation Settlement Administration Website
Claims Administrator
P.O. Box 710
Philadelphia, PA 19105-0710
(855) 731-7499

Copyright © 2013 Heffler Claims Group - All Rights Reserved.
This site designed and developed by Heffler Claims Group - Privacy Policy