# EXHIBIT 472 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

| | |
|---|---|
| **From:** | Shona Brown <shona@google.com> on behalf of Shona Brown |
| **Sent:** | Friday, October 01, 2010 4:37 PM |
| **To:** | Campbell, Bill |
| **Cc:** | Prasad Setty; Eric Schmidt; Laszlo Bock |
| **Subject:** | Re: Mtg notes from LDCC conversation on comp increases |

Agree. Well done Prasad. Also, good job in management team meeting last week as well.

On Fri, Oct 1, 2010 at 9:29 AM, Campbell, Bill <Bill_Campbell@intuit.com> wrote:

Prasad

Great 'minutes'/summary.

Bill

From: Prasad Setty [mailto:prasadsetty@google.com]
Sent: Wednesday, September 29, 2010 5:01 PM
To: Eric Schmidt; Campbell, Bill; Shona Brown; Laszlo Bock
Subject: Mtg notes from LDCC conversation on comp increases

Eric, here are the meeting notes from our conversation with Paul and John on Monday regarding Big Bang.

Bill, Shona, Laszlo and I attended the meeting. Please let us know if you have any qns.

Summary



Discussion

1. What is the business rationale?

-

EXHIBIT 472
Deponent Otellini
Date 4-29-13
Gina V. Carbone, CSR

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00195005
472.1

██████████████████████████████████████████

██████████████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████

██████████████████████████████████████

████████████████████████

3. How do executive bonuses work and what's the variability?

████████████████████████████████████

██████████████████

4. What else are you doing to manage attrition?

- ████████████████████

██████████████████████████████

5. What impact will this have on the Valley?

████████████████████████████████

████████████████████

██████████████████████

Action items:

- ████████████████████████████████
- ██████████████████████████
- ██████████████████████████████

2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00195006

472.2

--
Prasad Setty
People Analytics & Compensation
650 353 7921

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00195007

472.3