# EXHIBIT 472 TO
# CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION
# [ECF NO. 418-2]
# REDACTED VERSION

| From: | Shona Brown <shona@google.com> on behalf of Shona Brown |
|---|---|
| Sent: | Friday, October 01, 2010 4:37 PM |
| To: | Campbell, Bill |
| Cc: | Prasad Setty; Eric Schmidt; Laszlo Bock |
| Subject: | Re: Mtg notes from LDCC conversation on comp increases |

Agree. Well done Prasad. Also, good job in management team meeting last week as well.

On Fri, Oct 1, 2010 at 9:29 AM, Campbell, Bill <Bill_Campbell@intuit.com> wrote:

**Prasad**


**Great 'minutes'/summary.**


**Bill**


From: Prasad Setty [mailto:prasadsetty@google.com]
Sent: Wednesday, September 29, 2010 5:01 PM
To: Eric Schmidt; Campbell, Bill; Shona Brown; Laszlo Bock
Subject: Mtg notes from LDCC conversation on comp increases


Eric, here are the meeting notes from our conversation with Paul and John on Monday regarding Big Bang.


Bill, Shona, Laszlo and I attended the meeting. Please let us know if you have any qns.


**Summary**



**Discussion**


1. What is the business rationale?

- ▮

EXHIBIT **472**
Deponent _Otellini_
Date **4·29·13**

Gina V. Carbone, CSR

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

████████████████████████████████████████████

████████████████████

████████████████████████████████

████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████████████

███████████████████████████████████████

3. How do executive bonuses work and what's the variability?

███████████████████████████████████████████████████

██████████████████████

4. What else are you doing to manage attrition?

████████████████

██████████████████████████████

5. What impact will this have on the Valley?

███████████████████████████████

███████████████████

███████████████████████

Action items:

████████████████████████████████████████████████

████████████████████████████████

██████████████████████████████

2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00195006

472.2

--
Prasad Setty
People Analytics & Compensation
650 353 7921

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00195007

472.3