# EXHIBIT 608 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

**From:** Eric Schmidt <eschmidt@google.com> on behalf of Eric Schmidt
**Sent:** Wednesday, November 14, 2007 12:41 AM
**To:** Bill Coughran
**Cc:** EMG
**Subject:** Re: facebook offers

Since I announced ███████████████ we should be embarrassed and disgusted by this leak. Eric
On Nov 13, 2007, at 4:36 PM, Bill Coughran wrote:

It seems that EMG discussions leak quickly.

Bill

---------- Forwarded message ----------
From: **Vijay Gill** <vgill@google.com>
Date: Nov 13, 2007 1:42 PM
Subject: facebook offers
To: wmc@google.com, Ivan Ernest <ivane@google.com>

Bill, Ivan, this came into my mailbox today.

--beginquote

████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████████████████████
████████

--endquote

████████████████████████████████████k.

/vijay

---
Emg mailing list
Emg@google.com
https://mailman.corp.google.com/mailman/listinfo/emg

1

CONFIDENTIAL ATTORNEY'S EYES ONLY


PLAINTIFF'S EXHIBIT 608 S. Brown

GOOG-HIGH-TECH-00255349