# EXHIBIT 614 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

| | |
|---|---|
| **From:** | Kent Walker <kwalker@google.com> on behalf of Kent Walker |
| **Sent:** | Saturday, March 15, 2008 8:36 PM |
| **To:** | Laszlo Bock; Alan Eustace |
| **Cc:** | Kent Walker; Arnnon Geshuri; Amy Lambert |
| **Subject:** | Re: FW: Building SRE @ Facebook? |

\*\*\* Privileged. Please don't forward. \*\*\*

# Redacted - Privileged

-- K

----- Original Message -----
From: Laszlo Bock <laszlo@google.com>
To: Alan Eustace
Cc: Kent Walker; Arnnon Geshuri
Sent: Sat Mar 15 12:59:27 2008
Subject: FW: FW: Building SRE @ Facebook?

Alan - Some very good thoughts below from Arnnon on how to respond to the SRE recruiting from Facebook. Let us know how we can help. -- Laszlo

From: Arnnon Geshuri [mailto:arnnon@google.com]
Sent: Saturday, March 15, 2008 12:43 PM
To: Laszlo Bock
Subject: Re: FW: Building SRE @ Facebook?

A few thoughts

We can:

▪ ▬▬▬▬▬▬
▬▬▬▬▬▬▬▬▬▬
▪ ▬▬▬▬

▪ ▬▬ ▬▬▬



# Redacted - Privileged

1

CONFIDENTIAL ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00379327

614.1



On Fri, Mar 14, 2008 at 3:44 PM, Laszlo Bock <laszlo@google.com> wrote:

thoughts on this?

---

From: Eric Schmidt [mailto:eschmidt@google.com]
Sent: Friday, March 14, 2008 3:37 PM
To: Kent Walker; Laszlo Bock
Cc: Eric Schmidt
Subject: FW: Building SRE @ Facebook?

## Redacted - Privileged

---

From: Alan Eustace [mailto:eustace@google.com]
Sent: Saturday, March 15, 2008 5:50 AM
To: Larry Page; Eric Schmidt
Subject: Fwd: Building SRE @ Facebook?

Facebook has copied the SRE req verbatim, and appears to be cold-calling the SRE organization. What do you think the best way to handle this is? Should I call the VP of engineering? Should one of you call Mark? Should I call Sheryl?

Alan

---------- Forwarded message ----------
From: Alan Eustace <eustace@google.com>
Date: Mar 14, 2008 2:48 PM
Subject: Re: Building SRE @ Facebook?
To: Todd Curtiss <todd@google.com>
Cc: Ben Treynor <btreynor@google.com>

Thanks. I'll have someone call Facebook and complain, although I doubt they will do anything about it.

Alan

On 3/7/08, Todd Curtiss <todd@google.com> wrote:

Hi Ben, Alan,

A couple weeks ago, we noticed that Facebook has lifted the job title and descriptions -- pretty much verbatim -- for SRE http://www.facebook.com/jobs/#Site%20Reliability%20Engineer). Imitation is the sincerest form, etc., but of course, the recent news about Sheryl caused a bit of stir, and then I got the e-mail below this week.

This was a fairly blatant poach-attempt from J. Random Facebook Recruiter, and while I don't think they're doing anything unethical by contacting Googlers, it's something I'm sure we'd prefer wasn't happening. Is there something we can do to head this off?

I'd be game to reply to this guy asking where he got my information, but I doubt he'll be forthcoming.

In any case, just wanted to make you aware.

Thanks,
-todd

---------- Forwarded message ----------
From: Andy Flack <aflack@facebook.com>
Date: Mon, Mar 3, 2008 at 4:31 PM
Subject: Building SRE @ Facebook?
To: todd@google.com

Hi Todd

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

I handle the recruiting for Ops and IT here at Facebook and I wanted to see if you'd be interested in helping to build our

rapidly-scaling SRE infrastructure. Although we haven't yet posted a position for this role, we'd certainly be interested in talking to you to see how you might fit our needs at this time.

Let me know if you'd like to chat further.

Thanks

Andy


Andy Flack | Senior Technical Recruiter | Facebook
(:: 650.543.4851 - office (:: 650-714-7487 - mobile
8:: 151 University Avenue | Palo Alto, CA | 94301
*:: aflack@facebook.com

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00379330

 L14.4