# EXHIBIT 616 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

**From:** Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill
**Sent:** Wednesday, June 25, 2008 6:09 AM
**To:** Jonathan Rosenberg; Laszlo Bock; Kent Walker
**Cc:** Laszlo Bock; Shona Brown
**Subject:** RE: Facebook

Jonathan

# Redacted - Privileged

Bill

**From:** Jonathan Rosenberg [mailto:jonathan@google.com]
**Sent:** Tuesday, June 24, 2008 11:01 PM
**To:** Laszlo Bock; Kent Walker; Jonathan Rosenberg
**Cc:** Campbell, Bill; Laszlo Bock; Shona Brown
**Subject:** RE: Facebook

Attorney client privledged,

## Redacted - Privileged

jr

**From:** Laszlo Bock [mailto:laszlo@google.com]
**Sent:** Tuesday, June 24, 2008 10:58 PM
**To:** Kent Walker; Jonathan Rosenberg
**Cc:** Campbell, Bill; Laszlo Bock; Shona Brown
**Subject:** Re: Facebook

Are they setting the bar too high?

On Tue, Jun 24, 2008 at 10:49 PM, Laszlo Bock <laszlo@google.com> wrote:
Update: I've connected with Jeff, Urs and Bill and shared the list of former Googlers at FB.

On Tue, Jun 24, 2008 at 4:46 AM, Laszlo Bock <laszlo@google.com> wrote:

1

CONFIDENTIAL ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00210242

PLAINTIFF'S EXHIBIT 616 S. Brown

This is what the LDCC approved last year:



From: Kent Walker [mailto:kwalker@google.com]
Sent: Monday, June 23, 2008 11:40 PM
To: Jonathan Rosenberg
Cc: Campbell, Bill; Laszlo Bock; Shona Brown
Subject: Re: Facebook

# Redacted - Privileged

-- K

On Mon, Jun 23, 2008 at 10:34 PM, Kent Walker <kwalker@google.com> wrote:
*** Privileged & Confidential:  Attorney-Client Communication / Attorney Work Product. Please don't forward. ***

# Redacted - Privileged

On a non-legal note, having seen several companies (Netscape/AOL, competing against internet start-ups, or eBay,

2

███████████████ My uninvited two cents.

-- K

On Mon, Jun 23, 2008 at 9:53 PM, Jonathan Rosenberg <jonathan@google.com> wrote:

I believe so.

**From:** Campbell, Bill [mailto:Bill_Campbell@intuit.com]
**Sent:** Monday, June 23, 2008 9:50 PM
**To:** Laszlo Bock; Jonathan Rosenberg; Shona Brown; Jonathan Rosenberg; Kent Walker
**Subject:** RE: Facebook

Laszlo

████████████?

Bill

**From:** Laszlo Bock [mailto:laszlo@google.com]
**Sent:** Monday, June 23, 2008 9:42 PM
**To:** Jonathan Rosenberg; Shona Brown; Jonathan Rosenberg; Laszlo Bock; Kent Walker
**Cc:** Campbell, Bill
**Subject:** RE: Facebook

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00210244

616.3

Thanks,

Laszlo

---

**From:** Jonathan Rosenberg [mailto:jonathan@google.com]
**Sent:** Monday, June 23, 2008 8:58 PM
**To:** Shona Brown; Jonathan Rosenberg; Laszlo Bock; Kent Walker
**Cc:** Campbell, Bill
**Subject:** RE: Facebook

██████ ████████████████████ ████ ████

████ ██ ████████████████████ █████ █████

jr

---

**From:** Shona Brown [mailto:shona@google.com]
**Sent:** Monday, June 23, 2008 5:01 PM
**To:** Jonathan Rosenberg; Laszlo Bock; Kent Walker
**Cc:** Campbell, Bill
**Subject:** Facebook

Laszlo-
Bill Campbell, Jonathan, and I spoke today about really doubling down our efforts to recruit back a couple of people, I'd assume at a high cost, just to stem the tide and give us a better negotiating position on a recruiting "truce". ████
████████████████████████████ ██ █████
████████████████████████████████████ █
████████████████████████████████████

slb

Jonathan -

████████████████████████████████████
████████████████████████████████████
████████████████████████

thoughts?
slb

Kent – **Redacted - Privileged**
slb

**FACEBOOK**
Error! Filename not specified.

CONFIDENTIAL ATTORNEY'S EYES ONLY       GOOG-HIGH-TECH-00210245

416.5

**FRIENDFEED**
Error! Filename not specified.

Emg mailing list
Emg@google.com
https://mailman.corp.google.com/mailman/listinfo/emg

5

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00210246

416.5