# EXHIBIT 668 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

**From:** Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill
**Sent:** Wednesday, August 20, 2008 4:35 AM
**To:** Jonathan Rosenberg; Rachel Whetstone; Omid Kordestani
**Subject:** RE: Face Book Poaching

YOU!

Bill

---

**From:** Jonathan Rosenberg [mailto:jonathan@google.com]
**Sent:** Tuesday, August 19, 2008 8:57 PM
**To:** Campbell, Bill; Rachel Whetstone; Omid Kordestani
**Subject:** RE: Face Book Poaching

Anybody BUT me!!!
That's a good job for brother Omid!
jr

---

**From:** Campbell, Bill [mailto:Bill_Campbell@intuit.com]
**Sent:** Tuesday, August 19, 2008 8:49 PM
**To:** Rachel Whetstone; Jonathan Rosenberg
**Subject:** RE: Face Book Poaching

Jonathan

Who should contact Sheryl (or Mark) and get a cease fire? We have to get a truce.

Bill

---

**From:** Rachel Whetstone [mailto:rachelw@google.com]
**Sent:** Tuesday, August 19, 2008 3:12 PM
**To:** EMG; Campbell, Bill
**Subject:** Face Book Poaching

Another Googler from the Communications team has just tendered his resignation - his name is ▮▮▮▮▮, he's a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Elliot has offered him head of corporate. I spent a long time with him yesterday - and we have offered him different roles and discussed his future at Google, as he is very good I have made very positive noises. I believe I have gone as far as I can without making promises about pay or title that would cause significant problems across my team (and are not mine to make) and propose to not fight any longer. If anyone disagrees let me know.

Rachel

--
Vice President Communications, Google
Mobile: 650-468-3099

CONFIDENTIAL ATTORNEY'S EYES ONLY

PLAINTIFF'S EXHIBIT
668
Campbell

GOOG-HIGH-TECH-00248336

668.1

This email may be confidential or privileged. If you received this communication by mistake, please don't forward it to anyone else but please do delete all copies/attachments and let me know that it went to the wrong person. Thanks.

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00248337

668.2