# EXHIBIT 1600 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

# Google 2004 Salary Ranges

[body of page redacted]



EXHIBIT 1600
WIT: Wagner
DATE: 3.7.2013
ANNE TORREANO, CSR #10520

1600.1

**GOOGLE CONFIDENTIAL**

Updated: March 5, 2004

H:\personal\High Tech Cold Calling\Wagner Depo\GOOG-HIGH-TECH-00395420.xls

## Google 2004 New Hire Stock Guidelines



GOOGLE CONFIDENTIAL                    Effective: March 12, 2004