# EXHIBIT 1609 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

Produced in Native



EXHIBIT 1609
WIT: Wagner
DATE: 3.7.2013
ANNE TORREANO, CSR #10520

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00475237

1609.1

Confidential – Please
do not distribute



# Salary Planning 2007
## Presentation to Engineering Directors

29 October 2007

Authors: Frank Wagner, Tiffany Wu



## Agenda

- Google's compensation philosophy & background
- Improvements vs. last salary planning cycle
    - Design
    - Process & tools
- Salary planning approach



- Appendix: Business rules for 2007 Salary Planning cycle
- Q&A



Confidential – Please do not distribute

2

Google's compensation philosophy

**Google strives to pay Googlers in ways that support three main objectives:**

1. Attract and retain the world's best talent

2. Support Google's culture of innovation and performance

3. Align employee interests with shareholder interests in company success


Compensation

3

Confidential – Please do not distribute



Confidential – Please do not distribute

Google
Compensation

4

## What's our history and where are we today?



Confidential – Please do not distribute

Google
Compensation

5

## The application of our compensation philosophy

• Base pay



Confidential – Please do not distribute

Google
Compensation

6

Merit and promotional matrices that drive the modeled amounts available to all planners and managers at gComp help website

Better processes – including GHR data freezes, procedure for managing transfers and data audits prior to launch – to ensure inputs used to drive modeled individual increases are accurate; automated process for syncing data between GHR, PERF and gComp

New, internally developed tool, with feature improvements over vendor tool from last cycle:
Notes functionality and audit trail functionality
Supports Firefox 1.5+ on Mac, Linux, and Windows and Mac OS
Loaded on Google production servers and tested internationally
Intuitive, easy-to-use currency conversion interface
Planners are able to recommend changes for employees marked for "zero" increases

Google™
Compensation

7

Confidential – Please do not distribute

1609.8



Confidential – Please do not distribute

Google™
Compensation

8





Confidential – Please do not distribute

Compensation

9





Confidential – Please do not distribute

10

## Budget & Planner Discretion



Confidential – Please do not distribute

Google
Compensation

Confidential – Please do not distribute

Google
Compensation

12

1609.13

# Questions & Answers

Google
Compensation

13

Confidential – Please do not distribute

1609.14

Thank You!

Google

Confidential – Please do not distribute

Google
Compensation

14

1609.15