# EXHIBIT 1618 TO
# CISNEROS DECLARATION IN
# SUPPORT OF PLAINTIFFS'
# SUPPLEMENTAL MOTION FOR
# CLASS CERTIFICATION
# [ECF NO. 418-2]
# REDACTED VERSION

| | |
|---|---|
| **From:** | Jon Silverman <jsilverman@google.com> on behalf of Jon Silverman |
| **Sent:** | Tuesday, October 23, 2007 5:03 PM |
| **To:** | Frank Wagner; Tiffany Wu |
| **Subject:** | Re: [Laszlostaff] Communications Projects |

Hi Frank and Tiffany,

I went through Debbie's changes and accepted virtually all of them and added just a couple of more things.

I'll make suggestions to Monica's piece as soon as I get it, and Tiffany, we can review the Benchmarking piece during our time together today.

Jon


On 10/23/07, **Frank Wagner** <frankwagner@google.com> wrote:
Thanks, Debbie for the rapid turn-around. We look at your changes> FYI, there are a few short pieces we'd insert that we're still crafting. We'll forward them to you if we can do it relatively early in the day.

Cheers-
Frank




On 10/23/07, **Debbie Rosenbaum** < drosenbaum@google.com> wrote:
Hi Team.

I've attached the documents that were passed to me for communications review.  Overall, you have done a great job making this complicated process very understandable.  I've made a few suggestions, fixed a few consistency issues, and added less-serious "Googley" lines and undertones where I felt they were appropriate.

Let me know if you have any questions or if there is anything else you need looked at today.  I am around until 5pm EDT today but will be back tomorrow morning for any last minute reviews.

Hope this is helpful!

Warm wishes,
debbie



On 10/23/07, **Tiffany Wu** < twu@google.com> wrote:
Hi Debbie,

Great to have you on-board and looking forward to getting things Googleized!  I've cc'd my team mate, Jon Silverman on this message.  Please touch base with him for more context and to put all our brains together at the same time on this.  Jon will be meeting with our website guru from HRIS, (Tall)Tom, on Wed afternoon to review all changes including your suggestions.  Apologies about the tight time frame but it's been a frenzy of activity here as we try to make salary changes happen across 13K Googlers in 41 countries :)

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474897

Cheers,
Tiffany

On 10/23/07, **Debbie Rosenbaum** < drosenbaum@google.com> wrote:
Thanks Anne.

Tiffany, I would love to help with text and messaging on all the projects below.  Do you want to chat today by phone or connect by email on this?

Best, debbie

On 10/22/07, **Anne Driscoll** <driscoll@google.com> wrote:
Debbie, Tiffany works in compensation, she has an urgent project that she needs help getting the language "Googley" would you help her with her Q&A.

Should be a fun project,

Tiff - Debbie was my intern and she is helping us with writing projects.

---------- Forwarded message ----------
From: **Frank Wagner** < frankwagner@google.com>
Date: Oct 19, 2007 3:52 PM
Subject: Re: [Laszlostaff] Communications Projects
To: Anne Driscoll <driscoll@google.com>

Anne-

We have several projects on which we'd like help with communications:

NEXT WEEK: gComp tool is being rolled out for the annual salary review in about two weeks. My team have created some Q&A and communications materials...it would be great to get a googley review and edit. Contact is Tiffany Wu

NEXT MONTH: We are working with Watson Wyatt to update Compensation Communications on MOMA, and we have a first draft. Would like to get some Googly editing here too. Contact is Tiffany and Jon Silverman.

NEXT MONTH: Training deck and speaker notes for new training materials on Compensation, for Recruiters. Have appt deck and some preliminary speaker notes. Would like a review of what is relatively dry material to make it upbeat. Karine Karpati is leading this and the Compensation team contact is Adrienne Eng.

NEXT QUARTER: We have committed to doing manager brown-bags and training on Compensation and TSO program. Nothing done yet. Need help conceptualizing and creating. I am the contact here.

Thanks
Frank

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474898

1618.2

On 10/19/07, **Anne Driscoll** < driscoll@google.com> wrote:
Just a quick reminder to provide me with your projects for next week, I will be leaving Monday so I want to have the presentation done by then.
Its helpful to provide some context about the project, as well as the key audiences, and a relative priority for the discussion, also an indicator of who from your team is the contact for content.

Best,

Anne

--
Anne Driscoll
Manager, People Programs
(650) 253-6645
driscoll@google.com
_____
laszlostaff mailing list
laszlostaff@google.com
https://mailman.corp.google.com/mailman/listinfo/laszlostaff


--
Anne Driscoll
Manager, People Programs
(650) 253-6645
driscoll@google.com


--
........................................
Debbie Rosenbaum
DRosenbaum@google.com


--
Tiffany Wu
Compensation Team
twu@google.com | +1.650.253.5620


--
........................................
Debbie Rosenbaum
DRosenbaum@google.com

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474899

1618.3

## Introduction > Compensation Overview section

During Salary Planning, we make decisions about salary increases based on each employee's performance in his or her job and the employee's current base pay compared to Google's target salary for that job in that location. Your input is essential to determining how your team members will be paid for their contributions to Google.

## Base Pay Goals

Our goal is to pay Googlers competitively based on local markets and each individual's job performance. After all, that's one way we make sure Google remains one of the best companies and one of the best places to work. We can achieve this goal by:

- **Ensuring pay at Google is market competitive in each location** – We have conducted extensive research to ensure that our target salaries are highly competitive in each market segment and geographic region. Through benchmarking our pay practices inside and outside of Google, we determine a target pay rate for each job role and career level combination. ████████ ████████████████████████████████████████████████████████████

- **Linking pay and performance** – Google pays for performance. We consider employees' performance in determining how close their base salary should be to the market reference point.



████████████████ Of course, we welcome and encourage your feedback as we work to tailor this application to meet your planning needs. Please address any feedback or questions to: gcomp-help@google.com.

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474900

1618.4

## Introduction > Planner Levels & Responsibilities

Depending on your planning responsibilities, you may be assigned one or more planning roles within the gComp tool. These roles include:



2

CONFIDENTIAL ATTORNEY'S EYES ONLY

1618.5

## Introduction > Considerations When Adjusting Salaries

The 2007 Annual Salary Planning cycle begins November 1, and your input is critical to
ensure that each employee receives competitive base pay linked to his or her



**Considerations for Salary Planning**



3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474902



Please review the salary planning FAQs for additional guidance on making recommendations.

4

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474903

1618.7

## Introduction > Timeline & Key Dates

<u>Key Dates</u>
**November 1 – 21:** Planners review adjustments to individual salary recommendations in gComp. If you miss your opportunity to make recommendations, your manager (i.e., the planner one level above you) will need to review and submit recommendations on your behalf. The HR Business Partner responsible for supporting your department will provide specific guidance on due dates.

**November 26 – December 3:** The Director of Compensation, VP of People Operations and the SVP of Business Operations will review and calibrate each department's decisions across departments.

**By December 10:** Confirmation letters will be provided to managers.

**By December 10 – 21:** Managers will have one-on-one discussions with team members regarding their salary adjustments.

December 21: Salary adjustments are effective in the U.S..

January 1: Salary adjustments are effective in rest of world on January 1, 2008, or as close to this date as payroll schedules in each country permit.

**Early January:** In the U.S., employees will receive salary adjustments in their January 11, 2008 paycheck (effective December 21, 2007).

Late January: Outside the U.S., employees will receive salary adjustments in January 2008 payroll, which typically happens close to the end of the month.

5

CONFIDENTIAL ATTORNEY'S EYES ONLY

1618.8

## How We Model Salary Increases > Overview

### Who's Eligible for an Increase

Employees are eligible for a salary increase depending on their hire date:

### Your Budget for Salary Planning

### How the Merit Increase Matrix Works

6

GOOG-HIGH-TECH-00474905

1618.9



**How the Promotion Increase Matrix Works**



7

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474906

1618.10

**How We Model Salary Increases > Merit & Promotion Lookup Tables**

8

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474907

1618.11

## Quick Links > FAQs

Please contact your department's HR Business Partner if you have further questions.
[Note: Page will be updated to include Eric's drop-down functionality.]



9

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474908

1618.12



10

CONFIDENTIAL ATTORNEY'S EYES ONLY

1618.13



11

CONFIDENTIAL ATTORNEY'S EYES ONLY

1618.14



**Salary Increase Timing**

CONFIDENTIAL ATTORNEY'S EYES ONLY

1618.15

2007.

# Redacted - Privileged

13

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00474912

1618.16