# EXHIBIT 1625 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

## Produced in Native



CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00506628

1625.1

# Project Big Bang
## Revised Comp Proposal – 9/7/2010
Authors: Frank Wagner, Jason Grishkoff, John Schirm, Mike Xing, Monica Davis, Prasad Setty, Stephanie Tietbohl

### INTRO

We agreed to the following goals at the Aug 31 OC meeting:

[redacted]

### 1. TOTAL COMPENSATION PROPOSAL

[redacted]

### 2. ENHANCEMENTS TO CURRENT EQUITY PROGRAMS

Optimize current equity spend [redacted]

[redacted]

1625.2



1625.3

APPENDIX

1625.4