# EXHIBIT 1629 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

**From:** Anuj Chandarana <anujchandarana@google.com> on behalf of Anuj Chandarana
**Sent:** Saturday, December 04, 2010 11:29 PM
**To:** Prasad Setty; Frank Wagner
**Cc:** Mary Oh; imeechan@google.com
**Subject:** Actual BB ███████████ █████ ███████ █████

Hi Prasad/Frank,

In our Laszlo review meeting yesterday, we were trying to reconcile the actual BB salary spend (excl. merit/promo, so just the 10% and bonus target portions) to the prelim. estimation from late October.

The actual BB salary spend amounts to ███████ whereas the prelim. estimation from late October was ███████ The difference can be attributed to different headcount pull dates (mid-Oct vs. mid-Nov), finalized list of promos (as post-promo bonus targets impact BB increases), transfers, terms, etc. ████████████████████████████████
███████████ ████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████
████████████████████████████████████████ █████ ████████████████████████

Hopefully this helps to solve the puzzle and gives comfort when digesting our ~615M actual spend. Please reach out with any further questions/comments.

Thanks,
Anuj


--
Anuj Chandarana
Google Inc.
Direct: 650.214.1720
Email: anujchandarana@google.com

EXHIBIT 1629
WIT: Wagner
DATE: 3.7.2013
ANNE TORREANO, CSR #10520

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00509662