# EXHIBIT 1753 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

**From:** Shona L. Brown <shona@google.com> on behalf of Shona L. Brown
**Sent:** Monday, June 07, 2004 2:01 AM
**To:** Eric Schmidt; George Reyes
**Cc:** Wayne Rosing; Alan Eustace; Urs Hoelzle; Jonathan Rosenberg; larry@google.com; sergey@google.com; Paul Jene; Stacy Sullivan; shona@google.com
**Subject:** Engineering Hiring Strategy -- Important Update

Eric/George -
Last Thursday Wayne, Alan, Urs, Larry, Sergey, Paul, and I had a discussion about engineering hiring. The conclusion is a desire to dramatically increase the engineering hiring rate. Please review the aspiration below.
Since we do not have a quorum at OMG this week, I felt like we should not discuss tomorrow, but I wanted to alert you to this proposal asap. Then I would like to discuss in OMG next week, when we are back at full force.
Shona

George - Could you and I discuss the implications this week for headcount planning and financials. In addition to the engineering headcount, increases at this rate would naturally lead to additional headcount requirements in service areas that are driven up by increased headcount (not just recruiting), product as it ties directly to engineering, and ultimately sales (although with some lag) as rate of innovation and product launches would presumably increase.
Thanks, Shona.

FROM MEETING:

Main issues identified with Engineering Hiring:

1. Not on track to recruit enough engineers, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Need to develop approach for getting the less 'sexy' work done

1. Current engineering hiring rate will take us from ▮▮▮▮▮▮▮▮. Larry would set minimum acceptable target at ▮▮▮▮▮▮ To accomplish this, we need to build towards a % increase in hiring every month. A target of ▮▮▮▮▮▮ will require a fall 2004 campus hiring program that generates ▮▮▮▮▮▮

2. ▮▮▮▮▮▮ The target profile is 'fast moving middle managers/contributors that have hit a wall', rather than the very top people in organizations. We will need to drain competitors to accomplish this rate of hiring.

3. Female engineering drastically ▮▮▮▮▮▮▮▮▮▮.

4. "50 best engineers" in the world targets truly exception engineers who will require differentiated recruiting strategy. We need to develop a high touch approach to extract stars from companies.

5. We would like to hire substantial numbers of less experienced engineers. ▮▮▮▮▮▮▮▮▮. We will need extensive training and mentoring program in place to absorb these hires.

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

EXHIBIT 1753
Deponent Rosenberg
Date 3-13-13
Gina V. Carbone, CSR

GOOG-HIGH-TECH-00325500

1753.1

6. There is, and will be, substantial less 'sexy' work. Still unresolved is how this work will get done. Wayne and Alan took the action item from this meeting to resolve with Larry this long-standing disagreement on how to approach this issue.

Some Immediate Implications:
Recruiting will need to restructure itself in a major way to accommodate the requested growth ███████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████
██████████████████████

We have agreed to meet again in two weeks to review progress (Paul, please get on calendar).

Shona

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                         GOOG-HIGH-TECH-00325501

1753.2