# EXHIBIT 2422 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 418-2] REDACTED VERSION

**From:** Allan Brown <allan@google.com> on behalf of Allan Brown
**Sent:** Monday, October 23, 2006 5:22 AM
**To:** Laszlo Bock
**Cc:** Jon Silverman
**Subject:** Re: Notes on today's Adwords Meeting

Seems like this is a role discussion. If they have a choice between all the jobs we offer at the E2 level, would they be qualified and would they be interested? My presumption would be that the bar is higher in other positions AND the OSO roles don't push their capabilities as much as roles in, say, Product. My hypothesis here is that Sheryl's concern may be more that she loses candidates at the point of hire to other parts of the company (or to competitors) and those that join OSO become vulnerable after a period of time to other internal groups.

Allan


On 10/20/06, **Laszlo Bock** <laszlo@google.com> wrote:
Thanks, Jon. I grouped the data in a pivot below to show how many different starting salaries we were offering at each level.

Allan/Jon, how do we address Sheryl's concern that paying so much less to E2s in her group sends a bad internal equity message once they get here (since they compare notes) and makes on campus hiring more difficult (since they compare notes)? On my earlier point, any way to have fewer starting salaries per level? Thanks!




EXHIBIT 2422
WIT: Bock
DATE: 3.27.2013
ANNE TORREANO, CSR #10520

2422.1

CONFIDENTIAL ATTORNEY'S EYES ONLY                              GOOG-HIGH-TECH-00328300



**From:** Jon Silverman [mailto:jsilverman@google.com]
**Sent:** Friday, October 20, 2006 5:50 PM
**To:** Laszlo Bock
**Cc:** Allan Brown
**Subject:** Re: Notes on today's Adwords Meeting

Hi Laszlo,

Here's the start rates table with the Adwords Coordinator E2 added.

Have a good weekend,
Jon

On 10/20/06, **Allan Brown** < allan@google.com> wrote:
Laszlo, see note below from a meeting in Sept -- the traditional OSO role was fine then at ▇ based on data we reviewed. Jon will add that to the rate sheet and send to you today. We're closing on the program items (equity and sign-on practices, guaranteed bonus, and offer illustration) with legal so we'll get that to you middle of next week.

Allan

---------- Forwarded message ----------
From: **Sheryl Sandberg** < sheryl@google.com>
Date: Sep 14, 2006 4:52 PM
Subject: RE: Notes on today's Adwords Meeting
To: Arnoldo Avalos < arnoldo@google.com>, Lexa Pope < lexa@google.com>, allan < allan@google.com>, sbp < sbp@google.com>, David Fischer < dfischer@google.com>, Emily White < emily@google.com>, Laszlo Bock < laszlo@google.com>

Thanks to Arnoldo and Allan for a great meeting and to Laszlo for kicking off a process where we look at real data!

**From:** Arnoldo Avalos [mailto:arnoldo@google.com]
**Sent:** Thursday, September 14, 2006 4:45 PM
**To:** Lexa Pope; allan; Sheryl Sandberg; sbp; David Fischer; Emily White; Laszlo Bock
**Subject:** Notes on today's Adwords Meeting

To All:

2

2422.2

CONFIDENTIAL ATTORNEY'S EYES ONLY                         GOOG-HIGH-TECH-00328301

Thank you all for meeting today.

**Meeting Recap and Next Steps:**

1. **Objective:** Reviewed Recent University Grad Salaries
   **Outcome:** General consensus was that 

2. **Objective:** Reviewed market data for OSO Top Tier Account Support Role



3. **Objective:** Re-Reviewed OSO to DSO Base and Total Compensation



4. 

5. **Next Steps:**
   1) OSO to gather information in section 4 and convene a meeting with Allan and Arnoldo to understand the approach
   2) Present overall findings and approach to Laszlo and Shona for final decision

Please feel free to add any more information, if I excluded anything.

Thanks
Arnoldo

3

2422.3

CONFIDENTIAL ATTORNEY'S EYES ONLY          GOOG-HIGH-TECH-00328302