# EXHIBIT 2425 TO
# CISNEROS DECLARATION IN
# SUPPORT OF PLAINTIFFS'
# SUPPLEMENTAL MOTION FOR
# CLASS CERTIFICATION
# [ECF NO. 418-2]
# REDACTED VERSION

EXHIBIT 2425
WIT: Bock
DATE: 3.27.2013
ANNE TORREANO, CSR #10520

**Salary Guidelines (Local Currency)**

| US | USD | USD | USD | USD | USD | US | USD | USD | USD |
|----|-----|-----|-----|-----|-----|----|-----|-----|-----|
| USA - PREMIUM REGIONS (MV. NYC. SMO-LA. BOS. SEA/KIRK. AUS. CHI) | | | | | | USA - NATIONAL STRUCTURE (ATL. DAL. DEN. DET. | | | |

24252

CONFIDENTIAL ATTORNEYS EYES ONLY        GOOG-HIGH TECH-00625147.002



2425.3

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.003

2425.4

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.004



2425.5

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.005

2425.6

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.006



2425.7

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.007

2425.8

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.008



CONFIDENTIAL ATTORNEYS EYES ONLY

2425.10

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.010



CONFIDENTIAL ATTORNEYS EYES ONLY

2425.12

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.012

| CH | CHF | CHF | CHF | CHF | CHF | CA | CAD | CAD | CAD |
|----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
| SWITZERLAND | | | | | | CANADA | | | |



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.013

2425.14

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.014



2425.15

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.015

2425.16

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.016



CONFIDENTIAL ATTORNEYS EYES ONLY

2425.18

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.018



| BR | BRL | BRL | BRL | BRL | BRL | MX | MXN | MXN | MXN |
|----|-----|-----|-----|-----|-----|----|----|----|----|
| BRAZIL | | | | | | MEXICO | | | |

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.019

2425.20

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.020



2425.24

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.021

2425.22

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.022

| DKK | DKK | DKK | DKK | HU | HUF | HUF | HUF | HUF | HUF |
|-----|-----|-----|-----|----|-----|-----|-----|-----|-----|
|     |     |     |     | HUNGARY |  |  |  |  |  |

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00625147.023

2425.24

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.024



| IL | NIS | NIS | NIS | NIS | NIS | NO | NOK | NOK | NOK |
| ISRAEL | | | | | | NORWAY | | | |

2425.25

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.025

2425.26

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.026

| NOK | NOK | PL | PLN | PLN | PLN | PLN | PLN | RU | RUB |
|-----|-----|-----|-----|-----|-----|-----|-----|-----|-----|
|  |  | POLAND |  |  |  |  |  | RUSSIA |  |



2425.27

2425.28

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.028**



| RUB | RUB | RUB | RUB | SE SWEDEN | SEK | SEK | SEK | SEK | SEK |
|-----|-----|-----|-----|-----------|-----|-----|-----|-----|-----|

2425.2f

2425.30

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.030



2425.31

2425.32

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.032



2425.33

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.033

_____

_____

2425.34

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.034**