Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Roberta D. Tonelli (State Bar No. 278738)
rtonelli@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **Case No. 11-CV-2509  LHK**<br><br>**DECLARATION OF ROBERTA D. TONELLI IN SUPPORT OF DEFENDANTS' RENEWED ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

1     I, ROBERTA D. TONELLI, declare:

2     1. I am an attorney at law, duly admitted to practice in the State of California and before this Court. I am an associate at the law firm of Jones Day, counsel for Defendant Intuit Inc. ("Intuit") in the above captioned action. I submit this Declaration in support of Defendants' Renewed Administrative Motion to Seal Filings Related to Plaintiffs' Supplemental Motion for Class Certification. As one of the attorneys involved in the defense of this action, unless as otherwise stated, I have personal knowledge of the facts stated in this Declaration and if called as a witness I could and would testify competently to them.

3     2. I have reviewed the following documents:

   a. Exhibit FF to the Declaration of Lisa Cisneros in Support of Plaintiffs' Supplemental Motion for Class Certification, excerpts from the deposition of Chris Galy;

   b. Exhibit II to the Declaration of Lisa Cisneros in Support of Plaintiffs' Supplemental Motion for Class Certification, excerpts from the deposition of Mason Stubblefield;

   c. Exhibit JJ to the Declaration of Lisa Cisneros in Support of Plaintiffs' Supplemental Motion for Class Certification, excerpts from the deposition of Sherry Whiteley;

   d. Exhibit 8 to the Declaration of Christina Brown in Support of Defendants' Opposition to Supplemental Class Certification Motion, excerpts from the deposition of Chris Galy;

   e. Exhibit 7 to the Declaration of Lin W. Kahn in Support of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification, excerpts from the deposition of Mason Stubblefield;

   f. Exhibit J to the Declaration of Anne B. Shaver in Support of Plaintiffs' Reply in Support of Supplemental Motion for Class Certification, excerpts from the deposition of Mason Stubblefield.

3. As described below, the information requested to be sealed contains or

1  summarizes Intuit's compensation and recruiting methods, data, practices, strategies and policies.

2  Intuit has designated this information as "CONFIDENTIAL" or "CONFIDENTIAL –

3  ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.  (Dk. No. 107).

4      4.      As noted in the Declaration of Lisa K. Borgeson In Support of Renewed

5  Administrative Motion to File Under Seal (Dk. No. 285), the Declaration of Mason Stubblefield

6  in Support of Intuit's Response Motion to Seal (Dk. No. 585-1), the Declaration of Catherine T.

7  Zeng in Support of Renewed Administrative Motion to File Under Seal (Dk. No. 397), the

8  Declaration of Catherine Zeng in Support of Defendants' Response to Plaintiff's Administrative

9  Motion to Seal (Dk. No. 425), the Declaration of Catherine Zeng in Support of Defendants'

10  Motion to Seal (Dk. No. 448), and the Declaration of Rowan T. Mason in Support of Defendants'

11  Joint Response to Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Reply in

12  Support of Supplemental Motion for Class Certification (Dk. No. 464), Intuit's salary and

13  compensation data, strategies and methods are non-public, highly sensitive and confidential, and

14  private to Intuit and its employees.

15      5.      Moreover, Intuit's recruiting strategies, methods, data and practices, and

16  confidential agreements are also non-public and proprietary to Intuit.  Therefore, information

17  pertaining to Intuit's recruiting and compensation methods, strategies, practices and data is

18  confidential and public dissemination of that information could cause Intuit competitive harm.

19      6.      Specifically, Intuit seeks to keep the following redacted portions of **Exhibit FF to**

20  **the Declaration of Lisa Cisneros** in Support of Plaintiffs' Supplemental Motion for Class

21  Certification under seal: 167:1-3, 5-6; 181:16-17; 182:5-6, 14-15, 17, 20-24; 192: 3-5, 10-25;

22  193:4-9, 15-16; 202:13-19; 203:5-10; 206:5-14; and 208:20-23.  The redacted portions of Exhibit

23  FF contain confidential deposition testimony from Intuit's Chris Galy regarding Intuit's practices

24  with respect to recruiting strategies and compensation methods pertaining to new hires, specific

25  data inputs, total compensation and specific compensation actions. This is confidential internal

26  Intuit information that pertains to Intuit's compensation and recruiting methods, strategies,

27  practices and data.

28      7.      Intuit seeks to keep the following redacted portions of **Exhibit II to the**

- 3 -

Tonelli Declaration ISO Defs.'
Renewed Administrative Motion to Seal
CASE NO. 11-CV-2509 LHK

1  **Declaration of Lisa Cisneros** in Support of Plaintiffs' Supplemental Motion for Class
2  Certification under seal: 23:18-25; 24:8-11; 24:16-25:1; 26:13-18; 29:19-30:2; 30:9-24; 31:1-5, 7-
3  12, 14-19, 21-23; 32:10-33:2; 34:16-24; 35:3-16; 35:20-36:13; 37:21-38:10; 38:13-25; 39:2-9;
4  39:11-40:4; 40:24-21:11; 41:15-42:2; 42:11-17, 19-25; 46:25-47:12; 60:5-16; 62:21-63:1; 63:5-8;
5  63:25-64:14; 64:22-65:3; 65:5-17, 20-22; 66:8-12, 14-20; 68:2-8, 12-17; 68:19-69:5; 69:8-9, 11-
6  13; 69:21-70:2; 70:6-16; 70:24-71:2; 71:13-14, 17-20; 71:24-72:25; 73:17-23; 74:1-8; 81:13-
7  82:11; 82:24-834; 73:8-9; 83:11-84:1; 85:15-86:8; 86:12-15; 89:9-10; 90:8-23; 91:1-2, 12-17;
8  93:5-13, 15-25; 94:3-4, 9-13; 101:20-22; 102:3, 10-11, 18, 22-23; 103:19-104:6; 104:10-11, 14-
9  15; 104:17-105:3; 107:6-7, 10-13, 16-17; 107:25-108:10; 108:15-16, 19-24; 109:6-16, 24-25;
10 110:5-6, 8-11; 115:8, 10, 12-15; 115:24-116:2; 116:7-8, 10-11; 117:14-18; 118:1-4, 20-21;
11 118:23-119:11; 119:16-17; 120:2-10, 12-18, 20-24; 121:6-10, 15-20, 22-25; 123:13-24; 124:2-10;
12 124:23-125:6; 125:9-25; 127:2-15; 127:18-128:3; 128:9-10, 13-20; 129:1-5; 130:12-20; 133:8-9,
13 13-5; 134:5-20; 134:23-135:1; 135:7-25; 136:11-13; 136:17-137:3; 139:10-11, 16-17; 139:20-
14 140:2; 140:7-9, 11-21; 141:5-7, 15; and 141:19-142:1.  The redacted portions of Exhibit II
15 contain confidential deposition testimony from Intuit's Mason Stubblefield regarding Intuit's
16 practices with respect to compensation methods pertaining to new hires, specific data inputs,
17 market data, total compensation, compensation systems and tools, and specific compensation
18 actions, philosophies and decisions. This is confidential internal Intuit information that pertains to
19 Intuit's compensation methods, strategies, practices and data.
20        8.    Additionally, Intuit seeks to keep the following redacted portions of **Exhibit JJ to**
21 **the Declaration of Lisa Cisneros** in Support of Plaintiffs' Supplemental Motion for Class
22 Certification under seal: 28:10-11, 13-17, 19-20; 28:24-29:2; 29:21-23; 31:12-19; 31:23-32:4;
23 32:7-8, 10-11; 32:15-33:7; 33:10-34:3; 34:6-10, 12-19; 35:12-16; 35:20-36:2; 36:20-21; 36:24-
24 37:3; 37:4; 37:6-38:2; 38:6-9, 11, 14-23; 99:4-7; 102:5-8, 11-14; 104:4-7, 9-13; 110:21-111:6,
25 111:8-12, 14-17, 19-20; 111:25-112:5; 112:14-22; 113:11, 13-15, 17; 119:7-11, 14, 16; 120:12-
26 19; 121:1-2, 4, 6-21; 121:23-122:9; 122:24-5; 123:7-16; 149:14-22; 150:1-3, 6-20; 151:7-8;
27 154:1-3, 6-8; and 155:1-3, 7-15.  The redacted portions of Exhibit JJ contain confidential
28 deposition testimony from Intuit's Sherry Whiteley regarding Intuit's practices with respect to

- 4 -

Tonelli Declaration ISO Defs.'
Renewed Administrative Motion to Seal
CASE NO. 11-CV-2509 LHK

1  recruiting and compensation methods pertaining to new hires, employee reviews and performance

2  ratings, budgets, bonus compensation, equity, employee retention strategies, specific data inputs,

3  market data and specific compensation actions, philosophies and decisions. This is confidential

4  internal Intuit information that pertains to Intuit's recruiting and compensation methods,

5  strategies, practices and data.

6        9.      Intuit further seeks to keep the following redacted portions of **Exhibit 8 to the**

7  **Declaration of Christina Brown** in Support of Defendants' Opposition to Supplemental Class

8  Certification Motion under seal: 215:19, 25; 216:6, 9, 14, 25; 217:1, 4, 7, 10, 17-19; and 218:17-

9  21, 23-25.  The redacted portions of Exhibit 8 contain confidential deposition testimony from

10 Intuit's Chris Galy pertaining to Intuit's compensation methods and schemes. This is confidential

11 internal Intuit information that pertains to Intuit's compensation and recruiting methods,

12 strategies, practices and data.  Additionally, these pages contain salary information for specific

13 employees which is confidential and private. These employees have not sought to put information

14 about their salaries in the record.

15       10.     Intuit seeks to keep the following redacted portions of **Exhibit 7 to the**

16 **Declaration of Lin W. Kahn** in Support of Defendants' Opposition to Plaintiffs' Supplemental

17 Motion for Class Certification under seal: 24:8-11; 24:16-25:1; 31:1-5, 7-12, 14-19, 21-23; 32:10-

18 33:2; 108:1-10, 15-16, 19-24; 109:6-16, 24-25; 110:5-6, 8-11; 116:1-2. 7-8, 10-12; 117:14-18;

19 118:1-4, 20-21, 23-25; 130:12-20; 131:3-11, 14-16, 22-25; and 132:14-15.  The redacted portions

20 of Exhibit 7 contain confidential deposition testimony from Intuit's Mason Stubblefield regarding

21 Intuit's practices with respect to compensation methods pertaining to new hires, specific data

22 inputs, market data, total compensation, compensation systems and tools, and specific

23 compensation actions, philosophies and decisions. This is confidential internal Intuit information

24 that pertains to Intuit's compensation methods, strategies, practices and data.

25       11.     Finally, Intuit seeks to keep the following redacted portions of **Exhibit J to the**

26 **Declaration of Anne B. Shaver** in Support of Plaintiffs' Reply in Support of Supplemental

27 Motion for Class Certification under seal: 35:3-16; 35:20-36:13; 37:21-38:10; 38:13-25; 68:2-8,

28 12-17; 68:19-69:5; 69:8-9, 11-13; 69:21-70:2; 70:6-16; 70:24-71:2; 71:13-14, 17-20; 71:24-

- 5 -

Tonelli Declaration ISO Defs.'
Renewed Administrative Motion to Seal
CASE NO. 11-CV-2509 LHK

72:25; 73:17-23; 74:1-8; 80:5-10, 22-23; 81:13-82:11; 82:24-83:4; 83:8-9, and 83:11-84:1. The redacted portions of Exhibit J contain confidential deposition testimony from Intuit's Mason Stubblefield regarding Intuit's practices with respect to compensation methods pertaining to specific data inputs, market data, compensation systems and tools, and specific compensation and retention actions, philosophies and decisions. This is confidential internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and data.

12. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed on this 28th day of March, 2014 in San Francisco, California.

      /S/ Roberta D. Tonelli
      Roberta D. Tonelli

- 6 -

Tonelli Declaration ISO Defs.'
Renewed Administrative Motion to Seal
CASE NO. 11-CV-2509 LHK