# EXHIBIT T TO
# CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION
# [ECF NO. 418-2]
# REDACTED VERSION

1            UNITED STATES DISTRICT COURT

2            NORTHERN DISTRICT OF CALIFORNIA

3                SAN JOSE DIVISION

4

5   IN RE:  HIGH TECH EMPLOYEE   )

6   ANTITRUST LITIGATION         )

7                                )   No. 11 CV 2509 LHK

8   THIS DOCUMENT RELATES TO:    )

9   ALL ACTIONS.                 )

10  _____)

11

12     HIGHLY CONFIDENTIAL    FOR ATTORNEYS' EYES ONLY

13

14            VIDEO DEPOSITION OF ALAN EUSTACE

15

16                   FEBRUARY 27, 2013

17

18     Reported by:  Mary Ann Scanlan Stone, CSR No. 8875,

19                   RPR, CCRR, CLR

20

21

22

23

24

25

| | | |
|---|---|---|
| 10:28:48 | 1 | so... |
| 10:28:49 | 2 | Q.  Right. |
| 10:28:49 | 3 | Now, when you became a senior VP of |
| 10:28:52 | 4 | engineering, how did your duties change? |
| 10:28:55 | 5 | A.  Not at all.  That was a straight title change. |
| 10:29:02 | 6 | Q.  Once you were senior VP, all of the VPs |
| 10:29:05 | 7 | reported in to you? |
| 10:29:06 | 8 | A.  No, no.  Even when I was a VP, the VPs |
| 10:29:10 | 9 | reported in to me. |
| 10:29:11 | 10 | Actually mostly I   when I first   I was the |
| 10:29:13 | 11 | first   besides Wayne Rosing, I was the first VP of |
| 10:29:16 | 12 | engineering at Google. |
| 10:29:17 | 13 | So after that, after he left, I was still a VP |
| 10:29:21 | 14 | of engineering.  At that point, I had mostly directors |
| 10:29:24 | 15 | of engineering reporting in to me but later on, I had |
| 10:29:27 | 16 | VPs of engineering reporting in to me even though I was |
| 10:29:30 | 17 | still a VP of engineering.  We weren't hung up on, you |
| 10:29:33 | 18 | know, the VPs can't report in to other VPs. |
| 10:29:36 | 19 | Q.  Did the headcount change by the time you were |
| 10:29:38 | 20 | a senior VP of engineering? |
| 10:29:40 | 21 | A.  The headcount went up.  Every year, headcount, |
| 10:29:44 | 22 | you know, went up dramatically.  Essentially for many |
| 10:29:48 | 23 | years, it doubled every year. |
| 10:29:50 | 24 | Q.  So if you could ballpark what your groups |
| 10:29:55 | 25 | looked like by the time you were senior VP? |

| | | |
|---|---|---|
| 10:29:59 | 1 | A.  I think the peak reporting that I ever had was |
| 10:30:02 | 2 | about 16,000 people. |
| 10:30:03 | 3 | Q.  That is a lot. |
| 10:30:06 | 4 | A.  That is a lot. |
| 10:30:08 | 5 | Q.  Is that when you were senior VP of |
| 10:30:09 | 6 | engineering? |
| 10:30:10 | 7 | A.  Yes.  That wasn't at the beginning when I was |
| 10:30:11 | 8 | a senior VP but right before the reorganization, I think |
| 10:30:15 | 9 | it was probably about 16,000, roughly half the company. |
| 10:30:21 | 10 | Q.  So that was in the 2008 era? |
| 10:30:24 | 11 | A.  Yeah   well, no.  That was right before the |
| 10:30:26 | 12 | reorganization, which happened in 2011 so... |
| 10:30:29 | 13 | Q.  Okay. |
| 10:30:29 | 14 | A.  Yeah. |
| 10:30:29 | 15 | Q.  And that was when you were changed to senior |
| 10:30:32 | 16 | VP of knowledge? |
| 10:30:33 | 17 | A.  Yes. |
| 10:30:34 | 18 | Q.  Right before that? |
| 10:30:35 | 19 | A.  Right before that. |
| 10:30:36 | 20 | Q.  Okay, got it. |
| 10:30:37 | 21 | A.  It is a complicated picture. |
| 10:30:39 | 22 | Q.  In the   if you can think back to the 2009 |
| 10:30:45 | 23 | era, what was your headcount then? |
| 10:30:51 | 24 | A.  Essentially we doubled almost every year, so I |
| 10:30:53 | 25 | would say if you had looked at the headcount, it was |

10:30:58 1    probably somewhere in the range of 5,000 at that point.

10:31:09 2         Q.  When you were senior VP of engineering, did

10:31:10 3    you have

10:31:11 4         A.  Actually, let me change that.  The headcount

10:31:13 5    was doubling, then it slowed down over the last, you

10:31:16 6    know, few years.  You can't double every year at very

10:31:20 7    large numbers.

10:31:20 8         So, you know, I think it might have been lower

10:31:23 9    than that then.  It might have been   or it might have

10:31:29 10   been slightly higher than that.  It might have been

10:31:32 11   10,000 rather than 5,000.

10:31:34 12        Q.  Okay, thank you.

10:31:36 13        When you were senior VP of engineering, did

10:31:39 14   you have a role at that point in policy development

10:31:41 15   around recruiting?

10:31:42 16        A.  No.

10:31:43 17        Q.  How about in terms of policy around

10:31:45 18   compensation?

10:31:48 19        A.  I mean in both these, obviously people

10:31:51 20   solicited my inputs on things like, you know,

10:31:53 21   recruiting, I need more systems people, I need

10:31:57 22   obviously I need to go in that.

10:31:59 23        I saw compensation on a daily basis so, you

10:32:02 24   know, every offer   the way that we make offers at the

10:32:05 25   company, which is different than most companies, is

Deposition of Alan Eustace                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



| 10:32:10 | 1 | |
| 10:32:12 | 2 | |
| 10:32:16 | 3 | |
| 10:32:21 | 4 | |
| 10:32:25 | 5 | |
| 10:32:27 | 6 | |
| 10:32:29 | 7 | |
| 10:32:33 | 8 | |
| 10:32:35 | 9 | |
| 10:32:39 | 10 | |
| 10:32:43 | 11 | |
| 10:32:46 | 12 | |
| 10:32:47 | 13 | |
| 10:32:50 | 14 | |
| 10:32:53 | 15 | |
| 10:32:56 | 16 | |
| 10:32:59 | 17 | |
| 10:33:02 | 18 | |
| 10:33:05 | 19 | |

10:33:21  20        Q.   And now that you are senior VP of knowledge,

10:33:23  21   have your duties changed yet again?

10:33:27  22        A.   Oh, yeah.  That was a dramatic change.  That

10:33:30  23   was    before, we were organized functionally where

10:33:32  24   engineering basically was in one large organization and

10:33:36  25   now we're organized by product areas and so each product

| | | |
|---|---|---|
| 10:33:41 | 1 | area has a different leader and has both product and |
| 10:33:46 | 2 | engineering underneath it. |
| 10:33:48 | 3 | It doesn't have horizontal functions like |
| 10:33:52 | 4 | sales and things like that.  It's not like GM style |
| 10:33:55 | 5 | role, but, yes, it changed, it changed dramatically. |
| 10:33:59 | 6 | Most of the company that I used to manage, I |
| 10:34:01 | 7 | no longer manage and Search and what Search is becoming |
| 10:34:05 | 8 | was underneath me. |
| 10:34:06 | 9 | Q.  Okay. |
| 10:34:07 | 10 | A.  I also as an anomaly had responsibility for |
| 10:34:11 | 11 | international offices, although many of the |
| 10:34:15 | 12 | international offices, now the heads reported directly |
| 10:34:18 | 13 | in to product areas, but nominally, I still have |
| 10:34:21 | 14 | responsibility for making sure that the health of our |
| 10:34:23 | 15 | international offices continued. |
| 10:34:28 | 16 | Q.  When you were first hired as VP of |
| 10:34:30 | 17 | engineering, to whom did you report? |
| 10:34:33 | 18 | A.  Wayne Rosing. |
| 10:34:34 | 19 | Q.  And who was Mr. Rosing's supervisor? |
| 10:34:38 | 20 | A.  Excuse me.  When I was hired as director of |
| 10:34:40 | 21 | engineering, is that what you said? |
| 10:34:41 | 22 | Q.  Yes. |
| 10:34:43 | 23 | MR. RUBIN:  I think it is Rosing, R O S I N G. |
| 10:34:47 | 24 | MS. DERMODY:  Rosing.  Thank you. |
| 10:34:48 | 25 | MR. RUBIN:  Sure. |

| | | |
|---|---|---|
| 10:43:53 | 1 | would be    you know, we would spend four or five hours |
| 10:43:56 | 2 | together every Monday.  I wasn't going to add another |
| 10:43:59 | 3 | meeting on top of that, but we did regularly talk about |
| 10:44:02 | 4 | topics. |
| 10:44:02 | 5 | If something came up, we would create a |
| 10:44:05 | 6 | meeting for it.  You know, a few of those people, if I |
| 10:44:07 | 7 | look at where most of my emails went back and forth, |
| 10:44:10 | 8 | they were to those people.  So, no, but we did not have |
| 10:44:14 | 9 | a separate meeting. |
| 10:44:15 | 10 | |
| 10:44:18 | 11 | |
| 10:44:21 | 12 | |
| 10:44:23 | 13 | |
| 10:44:25 | 14 | u |
| 10:44:27 | 15 | |
| 10:44:30 | 16 | |
| 10:44:32 | 17 | |
| 10:44:33 | 18 | |
| 10:44:38 | 19 | |
| 10:44:41 | 20 | |
| 10:44:44 | 21 | . |
| 10:44:46 | 22 | Q. |
| 10:44:49 | 23 | |
| 10:44:51 | 24 | A. |
| 10:44:53 | 25 | |

Deposition of Alan Eustace                          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 10:44:57 | 1 |  |
| 10:45:00 | 2 | |
| 10:45:04 | 3 | |
| 10:45:07 | 4 | |
| 10:45:10 | 5 | |
| 10:45:13 | 6 | |
| 10:45:16 | 7 | |
| 10:45:20 | 8 | |

```
10:45:21  9        Q.  And in that same time period, that is when you

10:45:24 10  were VP or senior VP of engineering, was there a

10:45:28 11  compensation committee of the company?

10:45:32 12             MR. RUBIN:  Of the board you mean?

10:45:33 13             MS. DERMODY:  Of the company.

10:45:35 14             MR. RUBIN:  Oh, the company.

10:45:37 15             THE WITNESS:  There was a compensation

10:45:38 16  committee on the board.  I don't recall a compensation

10:45:41 17  committee other than the board.

10:45:43 18  BY MS. DERMODY:

10:45:43 19        Q.  And was there a group of people at the company

10:45:46 20  level who were dedicated to reviewing compensation

10:45:49 21  issues in an organized way?

10:45:52 22        A.  Yes.  In the HR organization, there was a

10:45:55 23  group in HR, what we call People Ops that was

10:46:00 24  responsible for compensation across the company.

10:46:08 25        Q.  In that same time period when you were VP or
```

10:46:11  1    senior VP of engineering, who was the leader or leaders

10:46:14  2    of that group?

10:46:18  3         A.   The leader right now is Frank, I don't

10:46:20  4    remember his last name, and there was somebody before

10:46:21  5    that that handled compensation and I'm sorry, I just

10:46:26  6    don't recall the name.

10:46:34  7         Q.   And what was, as far as you know, the role of

10:46:37  8    that group in terms of establishing compensation for the

10:46:39  9    company, if any?

10:46:41 10         A.   They were responsible for making sure that we,

10:46:43 11    you know, have, you know, a total comp across, you know,

10:46:47 12    engineering and product and, you know, sales and

10:46:50 13    marketing and legal.

10:46:51 14              So their responsibility was to take a global

10:46:55 15    look at compensation across the company.

10:46:56 16         Q.   But I think that we've lost a word in your

10:47:00 17    answer.  Let's make sure.

10:47:01 18              You said they were responsible for making sure

10:47:04 19    that we have something in engineering and product.

10:47:08 20         A.   I have no idea what that word might have been.

10:47:10 21    I mean, they were responsible for compensation across

10:47:12 22    the company.

10:47:13 23         Q.   Okay.

10:47:14 24         A.   It included, you know    if you're not

10:47:19 25    careful, compensation will drift across different

10:47:21  1    companies and you will end up with inequities across the

10:47:25  2    company and, you know, they're responsible for coming up

10:47:28  3    with a compensation plan which is inclusive of all the

10:47:31  4    different groups in the company.

10:47:34  5         Q.  Okay.

10:47:34  6             Was that to make sure that directors in one

10:47:38  7    area of the company weren't being paid vastly different

10:47:41  8    than directors in a different part of the company,

10:47:44  9    people with equivalent talents were paid similarly?

10:47:47  10        A.  No, I wouldn't say that.  You know, we're an

10:47:49  11   engineering company, right, ███████████████████████████

10:47:53  12   ███████████████████████████████████████████████████

10:47:55  13   ████████████████████████████████████████████

10:47:57  14   ███████████████████████████████████████████████████████y

10:48:01  15   ████████████████████████████████████████████████████

10:48:03  16   ████████████████████████

10:48:04  17            So, you know, we're building great products.

10:48:07  18   We want to make sure we get the best possible people

10:48:10  19   building those great products and so, you know, maybe

10:48:13  20   ██████████████████████████████████████████

10:48:16  21   ███████████████████████████████████

10:48:18  22   █████████████.

10:48:19  23        ██████████████████████████████████████████████

10:48:22  24   ████████████████████████████████████████████████

10:48:25  25   ████████████████████████████████. █

10:48:28  1      ███████████████████████████████████

10:48:31  2      ███████████████████████████ .

10:48:34  3         Q.  Okay.

10:48:44  4             In terms of the compensation committee of the

10:48:48  5  board, did you ever participate in those meetings?

10:48:52  6         A.  Not a single time.

10:48:54  7         Q.  Okay.

10:48:54  8         A.  As a matter of fact, I try to avoid board

10:48:57  9  meetings completely.  I was very successful for many

10:49:00 10  years.

10:49:02 11         Q.  Have you ever participated in any board

10:49:05 12  meeting where the issue of recruiting or the issue of

10:49:08 13  compensation was discussed?

10:49:17 14         A.  Any board meeting where   I don't believe so.

10:49:22 15         Q.  Okay.

10:49:24 16         A.  I mean, we would have a conversation about

10:49:28 17  some area that we were going to get into, say, you know,

10:49:33 18  we really feel like we need more machine learning people

10:49:36 19  or, you know, this particular technology is really, you

10:49:38 20  know, dedicated to that.

10:49:39 21            And so in the course of that, I might say, you

10:49:41 22  know, this is an area that we're going to focus on, this

10:49:44 23  is an area we're going to recruit in but no recruiting

10:49:48 24  strategy, just letting them know areas of the company

10:49:51 25  that I felt we needed to invest in.

13:57:22  1    do not call Intel.  It was part of my practice, not

13:57:25  2    because of something that the company had told me or

13:57:28  3    that Eric had told me but that the company didn't have

13:57:32  4    the right expertise.

13:57:37  5         They were building chips and we were building

13:57:40  6    systems and those two expertise actually have very

13:57:43  7    little intersection.  So this is kind of meaningless to

13:57:46  8    me from an engineering point of view.

13:57:48  9         I would never have asked about what the policy

13:57:51 10    is toward Intel because I would not have actively, you

13:57:55 11    know, tried to recruit executives from Intel.

13:57:59 12         MS. DERMODY:  Okay.

13:58:00 13         Q.  And in looking at this document, where there

13:58:03 14    is a reference to Google's commitment to terminate a

13:58:10 15    recruiter that calls into Intel, does that refresh your

13:58:13 16    recollection about any conversations you might have had

13:58:15 17    about the commitment that Google had to not let that

13:58:19 18    happen?

13:58:20 19         MR. RUBIN:  Objection.  Lacks foundation.

13:58:23 20         THE WITNESS:  I never knew about this policy.

13:59:31 21    BY MS. DERMODY:

13:59:32 22         Q.  Do you know if Google's commitment not to cold

13:59:37 23    call other companies was shared with the companies that

13:59:42 24    were the subject of that decision?

13:59:45 25         MR. RUBIN:  Objection.  Lacks foundation.

13:59:49  1          THE WITNESS:  I do not know.

13:59:56  2          MS. DERMODY:  Okay.

13:59:56  3      Q.  Do you know if Google's board of directors was

13:59:58  4  ever advised that Google had made a decision not to cold

14:00:02  5  call the employees of certain companies?

14:00:11  6      A.  I do not know.

14:00:23  7      Q.  Do you have an awareness of how compensation

14:00:25  8  was set at Google in the time period where you were a VP

14:00:30  9  and a senior VP in the company?

14:00:33 10          MR. RUBIN:  Objection.  Vague.

14:00:36 11          THE WITNESS:  I have   you know, as the VP of

14:00:39 12  engineering, I know broadly how we   how compensation

14:00:45 13  was set but I don't know the details.

14:00:47 14          MS. DERMODY:  Okay.

14:00:48 15      Q.  Let's start with engineering.  How was it set

14:00:51 16  there?

14:00:51 17      A.  Compensation group would do surveys across the

14:00:57 18  board of what other companies are paying particular

14:00:59 19  people.  They would set up bands of people in each of

14:01:03 20  these different areas.  They would carefully try to make

14:01:07 21  sure that the job descriptions were, you know,

14:01:10 22  comparable because levels and things varied between

14:01:14 23  companies.

14:01:15 24          They would try to make sure that they were

14:01:18 25  matching against comparable companies because many times

14:01:21  1    the job descriptions are very different. ▮▮▮▮▮▮

14:01:25  2    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:01:28  3    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:01:31  4    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:01:34  5    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:01:36  6    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:01:40  7    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:01:42  8    ▮▮▮▮▮▮▮▮

14:01:44  9    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:01:48 10    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:01:52 11    ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮

14:01:56 12    so they would work with that    with all that set of

14:02:00 13    data.

14:02:01 14           And of course, it would vary by location and

14:02:03 15    geography, country, and so it was a complex matrix to

14:02:09 16    try to figure out what the correct bands would go.  And

14:02:13 17    so I think that's the    at my level, that's how I

14:02:16 18    looked at how compensation was set.

14:02:22 19        Q.  And in terms of all of that, are we talking

14:02:26 20    about base salary or are you including bonus and equity

14:02:29 21    as well?

14:02:30 22        A.  I believe it's everything.

14:02:31 23        Q.  Okay.

14:02:31 24           And was that true for 2005 and 2006 and '07

14:02:40 25    and '08 and '09?

Deposition of Alan Eustace                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

14:04:58  1        Q.   Fair enough.

14:05:00  2             Let's talk about the meta conversations.  I

14:05:03  3   think that was your term.

14:05:04  4        A.   Uh huh.

14:05:05  5        Q.   So in that group, on what interval might you

14:05:10  6   talk about where you wanted your salaries to be at a

14:05:14  7   meta level?  That is, I know you said the example ███

14:05:19  8   ████████████████████████████████  or something.

14:05:22  9             What would be    would that be an annual

14:05:25 10   discussion or a quarterly discussion?  Did it come up

14:05:27 11   every time that you're recruiting?

14:05:30 12             MR. RUBIN:  Are you asking within EMG?

14:05:32 13             MS. DERMODY:  Yes, EMG.

14:05:33 14             MR. RUBIN:  And time period or

14:05:35 15             MS. DERMODY:  Unlimited right now, yeah.

14:05:40 16             THE WITNESS:  Those    generally those

14:05:41 17   discussions were done ███████████   ████████████████

14:05:44 18   ████████████████████████████████████████

14:05:48 19   ███████████████████████████████████.

14:05:51 20        ████████████████████████████████████████

14:05:54 21   ██████████████████████.   ████████████████████████

14:05:57 22   █████████████████████████████████

14:06:03 23   ██████████████████████████████

14:06:06 24   ████████████████████████████████████████████

14:06:10 25   ██████   ███████████████████████████████████

14:06:12  1      ████.

14:06:12  2           But, you know, my goal and pretty much

14:06:16  3      everybody's goal was to deliver product and to hire the

14:06:19  4      best people we could to basically deliver things, and so

14:06:24  5      there wasn't an active, you know, set of conversations

14:06:27  6      on what the price points are.

14:06:28  7           We all had flexibility to change stuff, you

14:06:30  8      know, offers if we needed to, so these were guidelines.

14:06:37  9      BY MS. DERMODY:

14:06:37 10           Q.  And did you come up with guidelines on an

14:06:39 11      annual basis for what the salaries would be for

14:06:42 12      positions?

14:06:42 13           A.  I didn't.  The People Ops organization had

14:06:45 14      some guidelines on this person at this level is probably

14:06:51 15      going to be in this band.

14:06:53 16           Q.  And for bonuses, did the executive management

14:06:59 17      group discuss what the bonus pool might be or how

14:07:02 18      bonuses would be distributed across the company on an

14:07:05 19      annual basis?

14:07:11 20           A.  ████████████████████████████

14:07:13 21      █████████████████████  ██████,

14:07:22 22      ███████████████████████████

14:07:25 23      ████████████████████████████

14:07:28 24      █████████████████████████████

14:07:31 25      ████████████████.

| | | |
|---|---|---|
| 14:07:33 | 1 | Q.  Okay. |
| 14:07:50 | 2 | You said that Google has participated in |
| 14:07:52 | 3 | salary surveys, correct? |
| 14:07:54 | 4 | A.  I assume.  I don't know whether we just found |
| 14:07:57 | 5 | out information from other companies and didn't |
| 14:07:59 | 6 | participate ourselves or whether they participated. |
| 14:08:03 | 7 | Q.  Okay.  So you are not sure? |
| 14:08:04 | 8 | A.  No, I do not know. |
| 14:08:06 | 9 | Q.  Okay. |
| 14:08:11 | 10 | A.  I've had discussions about which companies are |
| 14:08:13 | 11 | in the salary survey and whether they're reflective of |
| 14:08:16 | 12 | the engineers that we have so I know there are some |
| 14:08:19 | 13 | surveys, but I didn't    I have never seen a survey. |
| 14:08:24 | 14 | Q.  And I think you mentioned that Google makes |
| 14:08:27 | 15 | some attempt to ascertain salary structures or salary |
| 14:08:31 | 16 | levels at other competitors; is that right? |
| 14:08:35 | 17 | MR. RUBIN:  Objection.  Mischaracterizes prior |
| 14:08:36 | 18 | testimony. |
| 14:08:38 | 19 | THE WITNESS:  For you to do a salary |
| 14:08:40 | 20 | comparison, you have to match up titles, like a staff |
| 14:08:43 | 21 | engineer at Google is equivalent to what title at, I |
| 14:08:48 | 22 | don't know, Intel. |
| 14:08:49 | 23 | So for you to do that, you have to do that |
| 14:08:53 | 24 | matching, so they were involved in trying to understand |
| 14:08:55 | 25 | what the matching is. |

| | | |
|---|---|---|
| 15:20:55 | 1 | more than somebody who is the lowest person at the next |
| 15:20:57 | 2 | level. |
| 15:20:58 | 3 | Maybe they got promoted   maybe they were |
| 15:21:00 | 4 | hired into that level but never really performed at it |
| 15:21:03 | 5 | and therefore there can be varying versions in bands, |
| 15:21:07 | 6 | and bands are made wide enough to support inversions for |
| 15:21:11 | 7 | that reason. |
| 15:21:11 | 8 | BY  MS. DERMODY: |
| 15:21:11 | 9 | Q.  And the question is if you're a manager who |
| 15:21:14 | 10 | wants to pay outside the band, is there a process to |
| 15:21:16 | 11 | have that decision approved? |
| 15:21:21 | 12 | A.  Yes.  Those things are flagged as outside the |
| 15:21:25 | 13 | norm and then the manager   you know, that would be in |
| 15:21:27 | 14 | red so when the salary review happens, a manager will be |
| 15:21:31 | 15 | able to see it. |
| 15:21:33 | 16 | Also, the People Ops representative will flag |
| 15:21:35 | 17 | those and probably talk to the managers   manager to |
| 15:21:38 | 18 | ask, do you think that's appropriate or not?  And there |
| 15:21:42 | 19 | will usually be an explanation on why. |
| 15:21:45 | 20 | Q.  And in your area of responsibility, are you |
| 15:21:48 | 21 | the person who individually reviews those exceptions or |
| 15:21:52 | 22 | do you do that in conjunction with People Ops? |
| 15:21:54 | 23 | A.  ████████████████████████████ ████ |
| 15:21:57 | 24 | ██████████████████████████████████ |
| 15:22:01 | 25 | ████████████████████████████████████ |

15:22:04  1  ████████████████████████████████
15:22:06  2  ████████████████████████
15:22:10  3  ██████████████████████████████
15:22:15  4  ███████████████████████████████
15:22:18  5  ██████████████████████████████
15:22:20  6  ██████████████████████████.

15:22:23  7      Q.  Okay.

15:22:23  8          And is it your understanding that those salary

15:22:26  9  bands for positions are reviewed on some interval to

15:22:30 10  determine whether they should be increased or are

15:22:33 11  appropriate for that skill level?

15:22:37 12      A.  The People Ops organization sets those bands.

15:22:40 13      Q.  And is that on an annual basis, do you know,

15:22:42 14  or is that

15:22:43 15      A.  I have no idea.

15:22:44 16      Q.  Okay.

15:22:50 17          In your experience, has Google periodically

15:22:54 18  considered increasing compensation company wide?

15:22:57 19      A.  Yes.

15:22:57 20      Q.  And under what circumstances?

15:23:05 21      A.  There was a program called Big Bang.  I'm sure

15:23:10 22  you know that there was an attempt for us to not

15:23:12 23  increase compensation but to move compensation around,

15:23:16 24  to change the mix of compensation to make us more

15:23:22 25  attractive versus potentially other companies with

15:23:25  1    different mixes.

15:23:28  2         Q.  Have there been other occasions?

15:23:33  3         A.  ████████████████████████████████████

15:23:36  4    ████████████████████████████████████████████

15:23:38  5    ██████████████████████████████████████████

15:23:42  6    ████████████████████████████████████████

15:23:45  7    ████████████████████████████████████████████.

15:23:49  8         I mean it's kind of hard to say what the

15:23:54  9    question is.  █████████████████████████████████

15:23:57 10    ██████████████████████████████████████████████

15:24:00 11    ███, do you consider that a company wide change?

15:24:02 12         Q.  Sure, yes.

15:24:03 13         A.  So, yes.

15:24:04 14         MR. RUBIN:  So in that definition.

15:24:05 15         MS. DERMODY:  Yes.

15:24:06 16         THE WITNESS:  ███████████████████████

15:24:07 17         MS. DERMODY:  Okay.

15:24:07 18         Q.  And can you describe the occasions that's

15:24:09 19    happened to your knowledge?

15:24:11 20         A.  I don't know.  ████████████████████████

15:24:12 21    ███████████████████████████████████████████

15:24:19 22    ██████████████████████  █████████████████████████

15:24:22 23    █████████████████████████████████████████

15:24:27 24    ████████████████████████████████████████████

15:24:29 25    ██████████████████████████.

| | | |
|---|---|---|
| 15:24:31 | 1 | The argument was that we really are trying to |
| 15:24:33 | 2 | hire the best people and we should be prepared to |
| 15:24:35 | 3 | compensate them more. |
| 15:24:37 | 4 | Q.  And can you recall the specific times or the |
| 15:24:42 | 5 | specific decisions to increase based on a, you know, |
| 15:24:46 | 6 | percentage of where you were in the market?  You said |
| 15:24:51 | 7 | ▓▓▓▓ percentile but |
| 15:24:52 | 8 | A.  I don't remember the exact times. |
| 15:24:53 | 9 | Q.  Do you remember the decisions that were made? |
| 15:24:58 | 10 | A.  I'm not sure what you mean, "the decisions |
| 15:25:00 | 11 | that were made." |
| 15:25:01 | 12 | Q.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 15:25:03 | 13 | A.  I have no idea.  I know they increased.  I |
| 15:25:05 | 14 | know they increased over time.  I don't know what the |
| 15:25:08 | 15 | specific increments were. |
| 15:25:11 | 16 | Q.  Do you know roughly how many times, let's say |
| 15:25:13 | 17 | between 2005, 2009? |
| 15:25:15 | 18 | A.  No. |
| 15:25:16 | 19 | Q.  Do you recall if cost of living adjustments |
| 15:25:19 | 20 | were part of the mix in terms of determining every |
| 15:25:24 | 21 | all employees' compensation annually? |
| 15:25:28 | 22 | MR. RUBIN:  Objection.  Foundation. |
| 15:25:30 | 23 | THE WITNESS:  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 15:25:32 | 24 | a▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 15:25:39 | 25 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |

Deposition of Alan Eustace                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 15:45:35 | 1 | THE WITNESS: Yes. |
| 15:45:36 | 2 | BY MS. DERMODY: |
| 15:45:37 | 3 | Q. And what was the gist of that conversation or |
| 15:45:41 | 4 | those conversations in this time period? |
| 15:45:47 | 5 | A. I don't know about this time period but the |
| 15:45:49 | 6 | philosophy I think that I remember is we're not going to |
| 15:45:54 | 7 | let individual people get picked off by Facebook and |
| 15:45:58 | 8 | that |
| 15:46:02 | 9 | Q. And do you recall there being some    let me |
| 15:46:09 | 10 | ask you this.  Who is |
| 15:46:12 | 11 | A. I don't know.  He's just an engineer. |
| 15:46:16 | 12 | Q. Okay. |
| 15:46:17 | 13 | A. As far as I know.  I don't know him |
| 15:46:18 | 14 | personally. |
| 15:46:18 | 15 | Q. And do you recall there being some reaction |
| 15:46:22 | 16 | from at least one person, if not more, that people that |
| 15:46:27 | 17 | were getting counteroffers were being treated |
| 15:46:29 | 18 | differently than the people that weren't making |
| 15:46:31 | 19 | themselves available to Facebook? |
| 15:46:34 | 20 | A. Yes, there was a reaction.  I mean, I wouldn't |
| 15:46:39 | 21 | say it was widespread but there were individuals that |
| 15:46:46 | 22 | expressed concern about our aggressive counteroffer |
| 15:46:51 | 23 | strategy. |
| 15:46:51 | 24 | Q. And do you recall what the thrust of the |
| 15:46:58 | 25 | concern was that was being expressed about that? |

15:47:03 1        A.  I mean, the concern was that we would    that

15:47:09 2    by staying at Google and being loyal to Google, that you

15:47:13 3    would be disadvantaged versus people that are actively

15:47:19 4    shopping themselves around and trying to get the best

15:47:22 5    salary and then coming back and asking for Google to

15:47:25 6    match it.

15:47:26 7        And if that strategy plays out poorly, then

15:47:29 8    you would be encouraging somebody to interview in other

15:47:33 9    places in order to increase their compensation.  That

15:47:35 10   was their argument.

15:47:39 11       Q.  Were there any steps that you're aware that

15:47:43 12   Google took to counter that concern or address that

15:47:46 13   concern?

15:47:49 14            MR. RUBIN:  Objection.  Foundation.

15:47:56 15            THE WITNESS:  I mean, I know that, you know,

15:47:58 16   the question was asked for me, I'm sure it was asked to

15:48:01 17   other people to explain why this is.  I feel like we

15:48:06 18   have a responsibility to answer that question.

15:48:09 19   BY  MS. DERMODY:

15:48:09 20       Q.  Do you know if Google or individuals within

15:48:12 21   Google took steps to increase the compensation of

15:48:16 22   coworkers around an employee who received a counteroffer

15:48:20 23   in order to address the concerns that that employee was

15:48:23 24   being treated differently truly because they were

15:48:25 25   disloyal enough to be solicited?



```
15:48:29  1        A.  ████████████████  ████████████
15:48:31  2    █████████████████████████████████████
15:48:35  3    █████████████████████████████████
15:48:38  4    ██████████████████████████████████████
15:48:41  5    ████████████████████████████████
15:48:47  6    ███████████
15:48:48  7          ███████████████████████████████
15:48:50  8    ██████████████████████████████
15:48:55  9    ███████████████████  ████████████████
15:48:58 10    █████████████████████████████████████
15:49:02 11    ████████████
15:49:15 12             MS. DERMODY:  Can I have 626?
15:49:35 13             MR. HARVEY:  (Complies.)
15:49:35 14    BY  MS. DERMODY:
15:49:36 15        Q.  So I've passed you the document
15:49:38 16        A.  What perfect timing.
15:49:41 17        Q.  Sometimes you get it right.
15:49:44 18             marked as Plaintiff's Exhibit 626
15:49:48 19    previously and this document appears to be an email from
15:49:51 20    you from October 14th, 2010 to Shona Brown.
15:49:57 21             Do you recognize this document?
15:50:00 22        A.  Yes.
15:50:08 23             Can I go ahead and read it?
15:50:10 24        Q.  Sure, yes.
15:51:11 25        A.  (Reviews document.)
```

| | | |
|---|---|---|
| 15:52:04 | 1 | Okay.  I have completed it.  Thank you. |
| 15:52:08 | 2 | Q.  Sure. |
| 15:52:08 | 3 | This is a series of emails that's discussing |
| 15:52:12 | 4 | the counteroffer issue again; is that correct? |
| 15:52:15 | 5 | A.  That is correct. |
| 15:52:16 | 6 | Q.  And once again, there is some feedback from |
| 15:52:19 | 7 | the field of concern that counteroffers end up rewarding |
| 15:52:23 | 8 | the people that are not the loyal employees but who end |
| 15:52:27 | 9 | up getting paid more through the dumb luck of being |
| 15:52:31 | 10 | recruited; is that right? |
| 15:52:34 | 11 | MR. RUBIN:  Objection.  Mischaracterizes this |
| 15:52:35 | 12 | document.  Let it speak for itself, but if you can |
| 15:52:37 | 13 | answer, Alan. |
| 15:52:39 | 14 | THE WITNESS:  I don't think it is a dumb luck |
| 15:52:41 | 15 | situation.  I think as I said in the previous question |
| 15:52:46 | 16 | people that are incredibly loyal and never look outside, |
| 15:52:49 | 17 | you know, potentially have   are disadvantaged.  That's |
| 15:52:56 | 18 | true across the board with all companies. |
| 15:52:58 | 19 | I mean, the people that are constantly |
| 15:53:01 | 20 | shopping themselves around with other companies, happens |
| 15:53:04 | 21 | to lawyers, happens in every place, there is potentially |
| 15:53:07 | 22 | an advantage to them over the long term of changing from |
| 15:53:11 | 23 | firm to firm and basically picking up the highest title |
| 15:53:14 | 24 | or highest salary. |
| 15:53:15 | 25 | Over the long term, that may or may not be the |

15:39:20  1          I, Mary Ann Scanlan Stone, Certified Shorthand

15:39:20  2     Reporter licensed in the State of California, License

15:39:20  3     No. 8875, hereby certify that the deponent was by me

15:39:20  4     first duly sworn and the foregoing testimony was

15:39:20  5     reported by me and was thereafter transcribed with

15:39:20  6     computer aided transcription; that the foregoing is a

15:39:20  7     full, complete, and true record of said proceedings.

15:39:20  8          I further certify that I am not of counsel or

15:39:20  9     attorney for either of any of the parties in the

15:39:20 10     foregoing proceeding and caption named or in any way

15:39:20 11     interested in the outcome of the cause in said caption.

15:39:20 12          The dismantling, unsealing, or unbinding of

15:39:20 13     the original transcript will render the reporter's

15:39:20 14     certificates null and void.

15:39:20 15          In witness whereof, I have hereunto set my

15:39:20 16     hand this day: March 3, 2013.

15:39:20 17          _____ Reading and Signing was requested.

15:39:20 18          _____ Reading and Signing was waived.

15:39:20 19          ___X___ Reading and signing was not requested.

15:39:20 20

15:39:20 21                      _____

15:39:20 22                      MARY ANN SCANLAN STONE

15:39:22 23                      CSR 8875, RPR, CCRR, CLR

         24

         25

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF ALAN EUSTACE, DATED FEBRUARY 27, 2013**

*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 12:7 | Replace: "I can recall"<br><br>With: "I can't recall" | correction to transcript error |
| 18:7 | Replace: "and steady state"<br><br>With: "and at its steady state" | correction to transcript error |
| 18:9 | Replace: "responsibilities to me"<br><br>With: "responsibilities for me" | correction to transcript error |
| 18:21 | Replace: "VP -- VP of engineering but I was a VP in engineering and reported to the VP of engineering"<br><br>With: "VP -- I was a VP in engineering and reported to the VP of engineering" | clarification |
| 20:10 | Replace: "needed done"<br><br>With: "needed to be done" | correction to transcript error |
| 22:6 | Replace: "tell me what I thought"<br><br>With: "tell him what I thought" | correction to transcript error |
| 22:7 | Replace: "merits of what other people were"<br><br>With: "merits of what other people were doing" | correction to transcript error |
| 27:12 | Replace: "reported"<br><br>With: "report" | correction to transcript error |
| 27:15 | Replace: "continued"<br><br>With: "continues" | correction to transcript error |

**Error! Document Variable not defined.**
**Error! Document Variable not defined.**

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 29:2 | Replace: "it's is"<br><br>With: "it is" | correction to transcript error |
| 32:8 | Replace: "with"<br><br>With: "within" | correction to transcript error |
| 37:25-38:1 | Replace: "drift across different companies"<br><br>With: "drift across different groups" | correction to transcript error |
| 38:1 | Replace: "companies"<br><br>With: "groups" | correction to transcript error |
| 40:22 | Replace: "there have been"<br><br>With: "there may have been" | correction to transcript error |
| 64:3 | Replace: "There's's"<br><br>With: "There's" | correction to transcript error |
| 66:15 | Replace: "backup"<br><br>With: "backend" | correction to transcript error |
| 95:5 | Replace: "Those companies"<br><br>With: "Those people" | correction to transcript error |
| 133:16 | Replace: "what the correct bands would go"<br><br>With: "what the correct bands would be" | correction to transcript error |
| 139:5 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:9 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:14 | Replace: "two" | correction to transcript error |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| | With: "II" | |
| 142:6 | Replace: "I'm not even near."<br><br>With: "It's not very clear." | correction to transcript error |
| 154:12 | Delete: "but I think I really remember the stock grants" | correction to transcript error |
| 167:5 | Replace: "versions"<br><br>With: "inversions" | correction to transcript error |
| 178:2 | Delete: "Brand" | correction to transcript error |
| 180:3 | Replace: "cache"<br><br>With: "cachet" | correction to transcript error |
| 192:7 | Replace: "I changed"<br><br>With: "a change" | correction to transcript error |
| 194:9 | Replace: "Crous"<br><br>With: "Cos" | correction to transcript error |

Subject to the above changes, I certify that the transcript is true and correct.

_____            _____
Signature                                          Date