# EXHIBIT 14 TO
# HARVEY DECLARATION IN
# SUPPORT OF PLAINTIFFS'
# SUPPLEMENTAL MOTION FOR
# CLASS CERTIFICATION
# [ECF NO. 418-1]
# REDACTED VERSION





Google

Sourcing Diagnostic

July 2006

*DRAFT*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024150

# Objectives of Today

- Share findings from sourcing diagnostic

- Discuss proposed recommendations to address current challenges

Google

*-Privileged and Confidential-*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024151

# Executive Summary (I)

- The recruiting environment for top talent has become more challenging
    - Increased competition from competitors
    - Greater number of start-up opportunities
    - Talent pools are getting smaller and increasingly harder to find, particularly for women and under-represented minorities

- Passive sourcing will play an increasingly larger role in recruiting as we move forward as a company
    - Efficient and effective sourcing organization critical to acquire top talent in current market landscape

- Sourcing comprised of three primary activities
    - Identifying talent pools and what sourcing tools to use ("Where to look ")
    - Searching and identifying potential leads ("Look and Find")
    - Qualifying leads and converting them into active applicants ("Contact and Cultivate")

- Current sourcing model organized around verticals
    - Central sourcing support provided for diversity talent

- There are five common drivers of sourcing problems ...
    - Organization around vertical and geographic silos
    - High share of contract labor in workforce mix
    - Misaligned incentives
    - Deep understanding of unique business dynamics and requirement not widely shared among Staffing team
    - Weak connectivity between Sourcers and Recruiters and Hiring Managers
    - System capability gaps



*-Privileged and Confidential-*

3

# Executive Summary (II)

- … which create organizational and process inefficiencies in current sourcing practices
  - Duplication of effort on searches for positions with similar candidate profile
  - Limited business knowledge transferred to recruiting staff
  - Poor connectivity between key roles within Staffing
  - Limited sharing of qualified candidates across the organization

- Key drivers of sourcing problems fall into common themes
  - Organizational structure
  - Training
  - Process improvement
  - Metrics and measurement
  - Technology

- Proposed solutions attempt to close gaps existing in current organization and align with the common themes

*-Privileged and Confidential-*

Google

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024154

# The Recruiting Environment for Top Talent Has Become More Challenging…

Google

-Privileged and Confidential-

Source: ATS

CONFIDENTIAL ATTORNEYS EYES ONLY

# ...While Inbound Flow from Job Boards Appears to Be Slowing

**Possible drivers of reduced on-line application flow**

- Increased number of job opportunities in Bay area competing for similar skill sets
  - More start-up opportunities

- More aggressive recruiting by traditional competitors
  - Microsoft
  - EBay
  - Yahoo

- Candidates self-selecting out of process
  - Hesitant to enter process widely known for being extremely selective

**Efficient and effective sourcing organization critical to acquire top talent in current market landscape**

-Privileged and Confidential-

(1) PSGA and Ops data is illustrative; currently awaiting data
Source: ATS

Google

CONFIDENTIAL ATTORNEYS EYES ONLY



Source: Compensation Team

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024157

# Target Hirable Pools for Diverse Talent Available Extremely Small



Will need to expand proactive outreach and sourcing to tap into available talent supply

(1) Reflects Q1 2006 data
Source: NSF.gov Land of Plenty U.S SET Workforce by sector of employment and 2004 Inside Engineer CS degrees awarded ASEE.org & 2006 University Relations Survey Data

Google

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024159



*-Privileged and Confidential-*

Google 12

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY



Google

13

-Privileged and Confidential-

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY



(1) Reflects Q1 2006 data
Source: ATS analysis

-Privileged and Confidential-

Google

14

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024163



(1) Reflects Q1-Q2 2006 data
Source: ATS analysis

Google
15

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024164



Source: ATS analysis

16

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024165





However, current structure results in some process and organizational efficiencies
- Duplication of effort on searches for positions with similar candidate profile
- Weak connectivity between vertical and geographic silos
- Difficult to appropriately identify qualified candidates

Google

18

GOOG-HIGH TECH-00024167



# Under Current Google Model, Average Sourcer Time Study is Misleading

**Typical Activities**

| | Typical Activities |
|---|---|
| **Personal** — 5% | • Lunch<br>• Coffee/bathroom breaks |
| **Contact and Cultivate** — 40% | • Phone/e-mail potential candidates<br>• Phone/Technical screens<br>• Conduct periodic "check-in" discussions |
| **Look and Find** — 45% | • Conduct boolean searches on web<br>• Data mine resume databases, ATS, social networking sites, job boards<br>• Attend conferences/events |
| **Where to look** — 10% | • Identify potential talent pools<br>• Brainstorm with peers on potential sources<br>• Identify new sourcing tools |

Typical Sourcer [1]

| | |
|---|---|
| % candidates sourced | 9% |
| Offer rate % | 5% |

On average, sourcers spends approximately two days a week finding potential candidates and two days building relationships with candidates
 ▪ Less than a day spent identifying new talent pools

(1) Small sample size (n=20)
Note: 100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization

–Privileged and Confidential–

Google
19

GOOG-HIGH TECH-00024168

# However, the Scope of a Sourcer's Responsibility Varies Significantly Across Verticals and Geography

Resulting in Varying Degrees of Effectiveness



Currently no real consistency in Sourcers' role across the Staffing organization

- Sourcers in PSGA and EngOps tend to be more data miners
  - Limited interaction with candidates
  - Focused more on creating pipeline

- Majority of Sourcer time in EMEA, SRE, QA Diversity spent on developing long-term relationships with candidates and converting to applicants
  - Also allocate time to conducting front-end recruiting activities (e.g., pre-screen)
  - Higher leverage model

May be opportunity to create consistently greater leverage for Sourcers and Recruiters across the organization

|  | Online Sales | PSO | EngOps | SRE | Diversity | EMEA |
|---|---|---|---|---|---|---|
| Personal Contact and Cultivate | 5% / 15% | 5% / 30% | 5% / 30% | 5% / 40% | 5% / 60% | 5% / 60% |
| Look and Find | 65% | 50% | 60% | 35% | 30% | 30% |
| Where to look | 15% | 15% | 5% | 20% | 5% | 5% |

| | Online Sales | PSO | EngOps | SRE | Diversity | EMEA |
|---|---|---|---|---|---|---|
| % candidates sourced | X% | X% | X% | X% | X% | X% |
| Offer rate % | X% | X% | X% | X% | X% | X% |

Data Miners

Candidate Developers

(1)  Small sample size (n=20)
Note:  100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization

-Privileged and Confidential-

Google

20



-Privileged and Confidential-

Source: Job boards team

Google

21

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024170



...Resulting in Over-investments in Tools That Have Not Historically Delivered Many Google Hires

*Illustrative – Analysis team current determining whether X-axis data is available at this level of detail*

Investment ($K)

Social Networking Sites

Job Boards

Resume Databases

% of Google Hires

Limited accountability or clear idea of return on investment

Google

22

(1)
Note:
Source: Job Boards team

# There are Five Common Drivers of Sourcing Problems (I)

### Key Drivers

*Problem*

| | Lack "One Google" perspective | Limited sharing of candidates across the organization | Poor lead tracking and follow-up | High variability in quality of passively sourced candidates | Duplicate search efforts for candidates with similar profiles and competencies |
|---|---|---|---|---|---|
| Silos | ● | ● | ○ | ● | ● |
| Labor force mix | ● | ● | ○ | ● | ◐ |
| Incentive model | ◐ | ● | ○ | ○ | ○ |
| Systems | ○ | ◐ | ● | ○ | ○ |
| Business Knowledge | ○ | ● | ○ | ● | ◐ |

○ Not a driver     ◐ Somewhat of a driver     ● Key driver

*-Privileged and Confidential-*

Google

23

# There are Five Common Drivers of Sourcing Problems (II)

**Problem**

| Key Drivers | High variability in EE referral process and response times | No strategy or accountability around sourcing tools | Sub-optimize efforts around third party research | Limited coordination around conference/event leads | Lack of calibration b/w Sourcers, Resume Screeners and Recruiters |
|---|---|---|---|---|---|
| Silos | ● | ● | ● | ● | ● |
| Labor force mix | ○ | ○ | ○ | ○ | ○ |
| Incentive model | ◐ | ○ | ○ | ○ | ○ |
| Systems | ○ | ◐ | ○ | ◐ | ○ |
| Business Knowledge | ○ | ○ | ◐ | ○ | ● |

○ Not a driver    ◐ Somewhat of a driver    ● Key driver

Google
24

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY



# There are Five Common Drivers of Sourcing Problems (III)

*Key Drivers*

*Problem*

| | Inconsistent treatment of diversity-sourced candidates | Inadequate support for international efforts | Limited ability to mine former candidates |
|---|---|---|---|
| Silos | ● | ● | ○ |
| Labor force mix | ○ | ○ | ○ |
| Incentive model | ○ | ○ | ○ |
| Systems | ◐ | ○ | ● |
| Business Knowledge | ● | ● | ○ |

○ Not a driver    ◐ Somewhat of a driver    ● Key driver

-*Privileged and Confidential*-

Google

25

GOOG-HIGH TECH-00024174

# Key Drivers of Sourcing Problems Fall into Common Themes
Proposed Recommendations Attempt to Close Gaps Existing in Current Organization



**Silos**

Organizational Structure
- Centralize all pre-recruitment activities
- Centralize employee referrals
- Expand resume screening beyond Eng

**Labor force mix**
- Develop sourcing and screen capability in EMEA

**Business Knowledge**

Training
- Develop and implement Sourcer training
- Expand new hire Staffing orientation beyond systems training

Process
- Rationalize current suite of sourcing tools
- Establish governance model around sourcing tools
- Develop specific job profiles with pre-defined competencies
- Tap into additional talent pools to cast a wider net and increase quality of pipeline
- Create "hot candidate" lists of high priority applicants to be shared weekly

**Incentive Model**

Metrics and Measurement
- Implement metrics to monitor sourcing tool usage and effectiveness
- Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates

**Systems**

Technology
- Build out systemic lead management functionality
- Enhance data mining capabilities within ATS
- Develop systemic capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers

Google

26

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Organizational Structure Seeks to Resolve Challenges With Current Organization

Expect to Achieve a Number of Benefits



**Sourcing Manager**
*Oversees all pre-recruitment activities*

**Strategy**
- *Identifies and maps talent pools*
- *Develops sourcing strategy*
- *Evaluates/ monitors tool usage and effectiveness*
- *Coordinates purchase of 3rd party research/ directories*

**Resume Screeners**
*Screens resumes for all active applicants*

**Diversity**
- *Build diversity talent pipeline*
- *Provide front-end sourcing for conferences*
- *Quality leads sourced from programs*

**Data Miners**
*Conduct searches to generate potential candidate names*

**Sourcers**
*Develop candidate pipeline for Cand. Dvlprs*

**Lead Recruiters** *(by Vertical)*

**Candidate Developers**
- *Quality leads*
- *Pre-screen*
- *Convert to active applicants*

## Expected Benefits

- More efficient knowledge and best practice sharing
- Avoid diluting focus of Sourcers and Candidate Developers
- Greater consistency around sourcing tool usage
- Enables better sharing of candidates for positions with similar profiles and competencies
- Matrixed reporting structure between Sourcers and vertical Candidate Developers helps maintain business connectivity
- Centralized pool enables greater fungibility of resources and supports dynamic resource allocation model
  - Better able to allocate resources to areas where most needed; dynamic not static

27

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (I)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Organizational Structure | • Centralize "Where to Look" and "Look & Find" activities under a Sourcing Manager<br>  - Sourcing strategy<br>  - Tool identification<br>  - Data mining<br>  - Candidate search<br>  - Lead qualification (including leads generated from events/conferences)<br><br>• Central team acts as strategic sourcing arm<br>  - Develops and refines global sourcing strategy<br>  - Identifies, evaluates and monitors sourcing tool usage and effectiveness<br>  - Maps and updates global talent pools<br>  - Coordinates and purchases third party research and directories<br><br>• Two utilities<br>  - One based in MTV, other in EMEA<br>  - Utilities to be aligned with Verticals<br><br>• Maintain distributed models for "Contact & Cultivate", excluding diversity<br><br>• Centralize ownership of Eng, Ops and PSGA employee referrals<br>  - Create formal service level agreement to establish appropriate response times | • No strategy or accountability around sourcing tools<br><br>• Lack "One Google" perspective<br><br>• Limited sharing of candidates across the organization<br><br>• Duplicate search efforts for candidates with similar profiles and competencies<br><br>• Sub-optimize efforts around third party research<br><br>• Inconsistent treatment and limited coordination around conference/ event leads<br><br>• Inconsistent treatment of diversity-sourced candidates<br><br>• High variability in EE referral process and response times |

28

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (II)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Organizational Structure | • Expand Resume Screening function to include Ops and PSGA <br>   - Create international resume screening capability in EMEA | • Lack of calibration between Sourcers, Resume Screeners and Recruiters |
| Training | • Establish formal Sourcer education series <br>   - New hire orientation <br>   - Refresher training for existing team members <br><br> • Training to include: <br>   - Business/product overviews <br>   - Overviews of office locations and specialties <br>   - Profiles of ideal candidates and key competencies <br>   - Resume screening skills <br>   - Overview of sourcing tools | • Limited sharing of candidates across the organization <br><br> • High variability in quality of passively sourced candidates |
| Process Improvement | • Within newly constructed centralized team, align "Look & Find" resources by vertical to ensure appropriate connectivity with business <br>   - Prior to posting req, conduct 3-way meetings between Sourcer, Candidate Developer, Recruiter and Hiring Manager <br><br> • Create weekly "hot candidate" lists for candidates fitting overall Google profile but rejected for specific area | • High variability in quality of passively sourced candidates <br><br> • Limited sharing of candidates across the organization |

29

GOOG-HIGH TECH-00024178

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (III)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Process Improvement | • Establish specific job profiles with pre-defined competencies for all position families within Google | • High variability in quality of passively sourced candidates |
| | • Establish governance model around sourcing tools with broad representation<br>  - Develop evaluation criteria<br>  - Evaluate current tools<br>  - Rationalize current suite of tools<br>  - Establish on-going governance process | • No strategy or accountability around sourcing tools |
| | • Tap into additional sources of talent in order to cast a wider net and increase quality of pipeline, e.g.,<br>  - Develop University Alumni program<br>  - Cast wider net beyond target schools | • High variability in quality of passively sourced candidates |
| Metrics and Measurement | • Develop and implement metrics to monitor usage and track effectiveness (ROI) of sourcing tools | • No strategy or accountability around sourcing tools |
| | • Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates | • Limited sharing of candidates across the organization |
| Technology | • Build out systemic lead management functionality integrated with ATS<br>  - Currently in development | • Poor lead tracking and follow-up |

30

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024179

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (IV)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Technology | • Develop system-based capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers | • Limited sharing of candidates across the organization |
| | • Enhance data mining capabilities within ATS<br>  - More searchable database will enable more efficient sourcing of candidates with higher potential of being Google fit, e.g.,<br>    • Former decline, Reject from Eng who is appropriate for PM | • Limited sharing of candidates across the organization |
| | | |

31

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024180

# Next Steps

| | Estimated Timing |
|---|---|
| • Complete outstanding data analysis | July 31 |
| • Refine organizational and process recommendations | July 31 |
|     - More clearly articulate roles and responsibilities | |
|     - Flesh out process flows | |
| • Develop implementation and communication strategy | Aug 9 |
| • Continue moving forward with key tactical initiatives that will help move the needle in the short-term | |
|     - Work with key Staffing stakeholders to develop and roll out Sourcer training by Sept | Mid-Sept |
|     - Rationalize current suite of sourcing tools and develop governance model for tool evaluation go-forward | Mid-Aug |
|     - Develop pilot university alumni program | Mid-Sept |

Google

32

*-Privileged and Confidential-*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024181

**APPENDIX**

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024182



Google
34

-Privileged and Confidential-

(1)
Note:
Source:

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024183

Google

35

Enables Recruiters to focus limited bandwidth on only those candidates with the highest probability of being hired

- Similar model used in On-line Sales and Product Marketing

*-Privileged and Confidential-*

CONFIDENTIAL ATTORNEYS EYES ONLY

# Five Key Staffing Roles
## Scope of Responsibilities Varies Depending on Vertical

| Role | Scope of Responsibilities |
|------|---------------------------|
| **Sourcer** | • Mine key data sources for potentially qualified passive candidates<br>• Convert leads to applicants<br>• Identify potentially qualified passive candidates and encourage them to attend Google events/conferences *(Diversity only)*<br>• Pre-screen and qualify leads for specific technical skills *(specific Verticals only)*<br>• Help shepherd diversity candidates through the application process *(Diversity only)* |
| **Candidate Developer** *(Diversity only)* | • Cold-call identified candidates passed from Diversity sourcers to "sell" them Google and encourage them to apply on-line<br>• Help shepherd diversity candidates through the application process |
| **Resume Screener** | • Pre-screen Eng-Ops on-line applications and employee referrals to pre-qualify candidates prior to forwarding on to Recruiter |
| **Recruiting Coordinator** | • Schedule phone-screen and on-site interviews<br>• Manage administrative end of candidate recruiting process |
| **Recruiter** | • Screen resumes in active queues *(PSGA only)*<br>• Gather interview feedback<br>• Prepare hiring committee and offer review packages<br>• Act as primary liaison with candidate |

No real consistency on how various roles are used
• In some areas, multiple roles are collapsed into single functions

Google

36

# Similar Distribution Exists by Industry Vertical

Google

37

-Privileged and Confidential-

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

# Interview Program Included Key Stakeholders
Over 35 Sourcers, Recruiters, and Staffing Program Managers Interviewed to Date



Note: *Italics* indicate interview scheduled but not yet completed

-Privileged and Confidential-

Google

38

GOOG-HIGH TECH-00024187

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(I)

Organization

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| Large contingent workforce | • Difficult to attract best recruiting talent who have full-time opportunities<br>• High degree of churn creates instability within workforce<br>  - Loss of institutional knowledge<br>• 3-month learning curve coupled with 12-month contract<br>  - Releasing talent just as Recruiters/Sourcers become productive<br>• Can foster competitive dynamics<br>  - Focus is on getting converted | • Shift Recruiting and Sourcer team mix towards more full-time resources |
| Lack of transparency in Contractor conversion process | • Lowers morale among recruiting and sourcing staff<br>  - Decision feels out of their control | • Define clear, explicit selection criteria<br>  - Ensure they are understood by all staff |
| Recruiters/Sourcers work in vertical silos | • Lack visibility into what fellow team members are working on<br>  - Unable to effectively share qualified candidates<br>  - Qualified candidates can languish in incorrect queues<br>• Limited understanding of functions outside immediate area and how roles relate to each other<br>• Poor communication between groups | • Implement mechanisms to actively and regularly connect Sourcers/Recruiters across the organization<br>• Reinstate centralized training sessions<br>• Create on-line resource to provide visibility into searches of other Sourcers/Recruiters |

Organization

39

CONFIDENTIAL ATTORNEYS EYES ONLY

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(II)

## Organization

| | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| **Organization** | Weak linkages between Sourcers and Recruiters and Hiring Managers | • With some exceptions, general distrust of quality of candidates forwarded from Sourcers<br><br>• Sourcers lack sufficient understanding of requirements of specific roles<br>  - Difficult to appropriately identify qualified candidates | • Where possible, co-locate Sourcers with their recruiting team and specific client groups<br>  - Work in small teams<br><br>• Conduct 3-way discussions upfront between Sourcer, Recruiter and Hiring Manager<br>  - Establish specific position profiles with defined competencies<br>  - Communicate desired candidate profile need to discuss upfront together |
| | Wide variation in abilities among Recruiters | • Inability of some Recruiters to effectively manage full lifecycle, including sourcing<br>  - Unable able to carry "fair share" of burden for growth targets | • Use more consistency in Recruiter profile hired into Google<br>  - Ensure full suite of Recruiting skills<br><br>• Expand sourcing skills of existing recruiters |
| | Too resource-constrained to adequately manage pace of growth | • Latency in early stages of recruiting process<br>  - Applicants can languish in long queues<br><br>• High risk of burn out or diminishing returns | • Thoughtfully add Staffing resources where they are most needed<br><br>• Consider expanding roles of more junior staff to alleviate administrative burden of recruiters |

-Privileged and Confidential-

Google

40

CONFIDENTIAL ATTORNEYS EYES ONLY

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(III)

Process

| Process | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| | Lack coherent strategy and accountability around various sourcing tools, e.g., <br> • Job boards, resume databases, events, conferences, agencies etc. | • Lack systemic way to track ROI of various tools employed <br> - Risk over-investing in certain tools and under-investing in others <br> - Unable to accurately track cost/hire | • Evaluate each tool individually <br> • Implement metrics to monitor usage and track effectiveness <br> • Assign accountability for sourcing tool investments |
| | Lack robust, systemic lead management capability | • No formalized way to capture, track and follow-up on leads <br> - Data scattered among multiple mediums (ATS, Excel spreadsheets, Salesforce.com) <br> - Problematic when Sourcer/Recruiter contract expires | • Assign Staffing ownership for allocation of PSGA employee referrals <br> • Build out lead management functionality |
| | No formalized, coordinated way to share candidates across functions <br> - Compounded by lack of visibility into what other team members work on | • Sub-optimize staffing processes <br> - No incentive to change behavior <br> - Concern more for good of the vertical function vs. the enterprise <br> • Lose qualified candidates rejected for one area but appropriate for another | • Implement mechanisms to regularly connect Sourcers/Recruiters across the organization <br> • Modify productivity metrics to provide "credit" for sharing candidates <br> • Consider creating clearinghouse function |

Google

41

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(IV)

## Process

| | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| **Process** | Limited business knowledge transferred to recruiting staff <br> • No formal training beyond Staffing systems training | • Steepens learning curve for Recruiters and Sourcers <br> - Not as effective initially as could be | • Leverage education series recently launched in Paris, e.g., <br> - Provides business overviews, ideal candidate profiles, etc. <br> • Create resource for Staffing members to look up roles of others |
| | Significant administrative requirements for Recruiters <br> • Particularly internationally | • Limits time available for sourcing for Recruiters needing to supplement their own queues | • Where possible, move more administrative responsibilities to Recruiting Coordinators, e.g., <br> - Printing and creation of offer packets <br> - New hire set up <br> • Add Coordinator role in EMEA |
| | Ownership of event attendee lists | • Competition for names results in lack of coordination around candidates qualified for multiple profiles <br> - Lose viable candidate <br> • No resource to follow up on non-diversity leads | • Designate central owner in Staffing or Staffing Programs not aligned with a specific vertical |
| | No coordinated way to request and capture research data | • Individual efforts initiated within various Verticals <br> - More expensive than if launched a coordinated effort | • Designate central research owner in Staffing responsible for purchasing research |

Google

42

-Privileged and Confidential-

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(IV)

Process

| Process | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| | Employee Referral Program challenges | • SLAs not being met with applicants sitting in Recruiter queues<br>  - Risk losing candidates with highest probability of passing Google bar<br><br>• Lack active owner for PSGA Employee Referral program<br>  - No way to actively enforce SLA because responsibility not centralized | • Assign Staffing ownership for allocation of PSGA employee referrals |
| | Lack of pre-defined job profiles<br>• Particularly on EngOps side | • Makes sourcing for right candidate more challenging<br>  - No clear guidelines | • Define key competencies for each job profile<br><br>• Re-write job descriptions to ensure understanding by external candidates |

Google

43

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(V)

## Talent Pool

| Issue/Challenge | Impact | | Potential Resolution |
|---|---|---|---|
| No current methodology to map out global talent pools | • No central database or library to enable lead and competitive data to be indexed and retrieved across the organization<br><br>• Inability to be strategic about identifying and attracting high quality talent<br>- Sub-optimize leverage of costly Staffing resources | ⇨ | • Design and implement process to gather and organize leads and competitive data<br><br>• Develop talent pool mapping strategy and competitive intelligence capability |
| Small, qualified talent pools for certain areas, e.g.,<br>• SRE<br>• Diversity | • Women and minorities continue to be under-represented within specific technical functions and internationally | ⇨ | • Tap into additional sources of talent in order to cast a wider net and increase potential pipeline, e.g.,<br>- Consider University Alumni program<br>- Forge partnerships with diversity alumni groups |
| Overall recruiting environment becoming more challenging | • Active pipelines appear to be shrinking<br>- Passive sourcing likely to become increasingly more important<br><br>• Current sources becoming even less effective in yielding qualified candidates | ⇨ | • Develop comprehensive sourcing strategy<br>- Include scenario analysis for different market environments |
| Strict application of hiring bar | • Some pools of talent not at target Tier 1,2 and 3 schools<br>- Particularly true for diversity and international PSGA candidates | ⇨ | • Cast wider net beyond target schools, e.g.,<br>- Consortium schools |

Talent Pool

Google

44

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024193

# ...While Others Challenges are Unique

## Diversity

- Diversity team-sourced candidates auto-rejecting in resume screen
  - May have slightly different background than typical Google candidate
  - Diversity team having to implement manual work arounds to "revive" candidates and actively engage recruiters
- Latency in recruiting process costing Google to lose talented diversity candidates
  - Diversity team-sourced candidates getting lost in enormous queues as there is currently no way to flag applicants
    - Unable to segregate and work within specific SLAs (similar to EE Referrals)
  - Due to smaller population, latency in process disproportionately negatively impacts diverse applicants than general population
  - Diversity team must individually follow up with lead recruiters as stop-gap
- Lack of clear leadership within Diversity team
  - Separation between Candidate Developers and Program Sourcers somewhat artificial
  - Image issues within broader Staffing team

## International

- No sourcing capability resident in EMEA
  - Without global sourcing function may not be tapping into all valuable talent pools
- Mountain View-based international allocated resources not effective or tenable
  - EMEA-based staff never been informed of who specific resources in Mountain View are
  - Time zone differences constrain ability to contact candidates
  - Don't adequately understand focus of individual EMEA recruiters and therefore queue candidates incorrectly
- Overly reliant on costly agencies for pipeline creation
  - Accounts for ~33% of all hires
- High hiring bar coupled with the need to recruit for multiple languages creates increasingly challenging environment (support 25 languages)
- Best recruiting talent difficult to convert in EMEA
  - Tend not to have university degrees and therefore fail to meet standard Google bar

*-Privileged and Confidential-*

45

Google

# Slide Notes

**Header:**

Enter Title of Presentation Here


**Footer:**

Google Confidential


**Slide 1:**

Enter Title of Presentation Here

Google Confidential


**Slide 2:**

Enter Title of Presentation Here

Google Confidential


**Slide 3:**

Enter Title of Presentation Here

Google Confidential


**Slide 4:**

Enter Title of Presentation Here

Google Confidential


**Slide 5:**

Enter Title of Presentation Here


CONFIDENTIAL ATTORNEYS EYES ONLY                                        GOOG-HIGH TECH-00024195

# Slide Notes

Google Confidential

**Slide 6:**

Enter Title of Presentation Here

Google Confidential

**Slide 7:**

Enter Title of Presentation Here

Google Confidential

**Slide 8:**

Enter Title of Presentation Here

Google Confidential

**Slide 9:**

Enter Title of Presentation Here

Google Confidential

**Slide 10:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                                                    GOOG-HIGH TECH-00024196

# Slide Notes

**Slide 11:**

Enter Title of Presentation Here

Google Confidential

**Slide 12:**

Enter Title of Presentation Here

Google Confidential

**Slide 13:**

Enter Title of Presentation Here

Google Confidential

**Slide 14:**

Enter Title of Presentation Here

Google Confidential

**Slide 15:**

Enter Title of Presentation Here

Google Confidential

**Slide 16:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024197

# Slide Notes

**Slide 17:**

Enter Title of Presentation Here

Google Confidential

**Slide 18:**

Enter Title of Presentation Here

Google Confidential

**Slide 19:**

Enter Title of Presentation Here

Google Confidential

**Slide 20:**

Enter Title of Presentation Here

Google Confidential

**Slide 21:**

Enter Title of Presentation Here

Google Confidential

**Slide 22:**

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024198

# Slide Notes

Enter Title of Presentation Here

Google Confidential

**Slide 23:**

Enter Title of Presentation Here

Google Confidential

**Slide 24:**

Enter Title of Presentation Here

Google Confidential

**Slide 25:**

Enter Title of Presentation Here

Google Confidential

**Slide 26:**

Enter Title of Presentation Here

Google Confidential

**Slide 27:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                                                          GOOG-HIGH TECH-00024199

# Slide Notes

**Slide 28:**

Enter Title of Presentation Here

Google Confidential

**Slide 29:**

Enter Title of Presentation Here

Google Confidential

**Slide 30:**

Enter Title of Presentation Here

Google Confidential

**Slide 31:**

Enter Title of Presentation Here

Google Confidential

**Slide 32:**

Enter Title of Presentation Here

Google Confidential

**Slide 33:**

Enter Title of Presentation Here

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024200

# Slide Notes

Google Confidential

**Slide 34:**

Enter Title of Presentation Here

Google Confidential

**Slide 35:**

Enter Title of Presentation Here

Google Confidential

**Slide 36:**

Enter Title of Presentation Here

Google Confidential

**Slide 37:**

Enter Title of Presentation Here

Google Confidential

**Slide 38:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                                      GOOG-HIGH TECH-00024201

# Slide Notes

**Slide 39:**

Enter Title of Presentation Here

Google Confidential

**Slide 40:**

Enter Title of Presentation Here

Google Confidential

**Slide 41:**

Enter Title of Presentation Here

Google Confidential

**Slide 42:**

Enter Title of Presentation Here

Google Confidential

**Slide 43:**

Enter Title of Presentation Here

Google Confidential

**Slide 44:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00024202

# Slide Notes

**Slide 45:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                          GOOG-HIGH TECH-00024203