# EXHIBIT E TO SHAVER DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 456] REDACTED VERSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

```
IN RE:  HIGH TECH EMPLOYEE        )
ANTITRUST LITIGATION              )
                                  )   No. 11 CV 2509 LHK
THIS DOCUMENT RELATES TO:         )
ALL ACTIONS.                      )
_____ )
```

ATTORNEYS' EYES ONLY   HIGHLY CONFIDENTIAL

VIDEO DEPOSITION OF ARNNON GESHURI

AUGUST 17, 2012

Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

| | | |
|---|---|---|
| 10:15:35 | 1 | fill that job through the various methods that you come |
| 10:15:37 | 2 | up with, it's up to that recruiter to get it done. |
| 10:15:42 | 3 |    Q.  And those methods included sourcing, correct? |
| 10:15:46 | 4 |    A.  Those methods included sourcing. |
| 10:15:50 | 5 |    Q.  Do you have any idea in terms of breakdown by |
| 10:15:54 | 6 | time what proportion of time that the recruiting |
| 10:15:59 | 7 | organization spent on the sourcing part of it in terms of |
| 10:16:03 | 8 | relying on that sourcing method. |
| 10:16:05 | 9 |      MR. RUBIN:  You're saying in terms of person |
| 10:16:07 | 10 | hours? |
| 10:16:08 | 11 |      MR. HARVEY:  Yes. |
| 10:16:12 | 12 |      THE WITNESS:  I  I  I  so I'm not quite |
| 10:16:14 | 13 | sure how it's broken down.  I would   I would   the |
| 10:16:18 | 14 | recruiters   one of the things that I mentioned before |
| 10:16:21 | 15 | is that we had over 2 million applications that came in, |
| 10:16:26 | 16 | and a recruiter's pipeline was pretty full.  So their |
| 10:16:33 | 17 | responsibility was to get through that pipeline the |
| 10:16:35 | 18 | majority of the time, and   and whether that came from |
| 10:16:37 | 19 | the employee referral program or through the extranet |
| 10:16:42 | 20 | website   so I don't know the exact breakdown. |
| 10:16:46 | 21 | BY MR. HARVEY: |
| 10:16:47 | 22 |    Q.  But the primary responsibility of a recruiter |
| 10:16:50 | 23 | is to find good people, correct? |
| 10:16:52 | 24 |    A.  The primary responsibility is to find good |
| 10:16:54 | 25 | people that will fit the roles within the company, the |

| | | |
|---|---|---|
| 10:16:58 | 1 | company's needs at the time. |
| 10:16:59 | 2 | Q.   And so   okay.  That's fine. |
| 10:17:16 | 3 | And the recruiting organization, I believe you |
| 10:17:19 | 4 | said that when you were hired, there were 40 people in |
| 10:17:22 | 5 | this organization, and when you left, there were |
| 10:17:24 | 6 | approximately 900, correct? |
| 10:17:27 | 7 | A.   Not exactly.  So during the heyday, or as we |
| 10:17:32 | 8 | ramped up, we   we hit around 850, 900 staffing |
| 10:17:37 | 9 | professionals in the company.  But when I left, it was a |
| 10:17:41 | 10 | different number, which I don't   I don't know, because |
| 10:17:43 | 11 | I was out of that role when I left the company. |
| 10:17:46 | 12 | So   so basically   but during its most |
| 10:17:49 | 13 | prolific time, it was around 900 people. |
| 10:17:53 | 14 | Q.   And what years fell into this prolific period? |
| 10:17:57 | 15 | A.   It was probably the   well, it wasn't |
| 10:17:59 | 16 | immediate, because I had to build up to that.  So it was |
| 10:18:02 | 17 | probably   maybe my second or third year there, those |
| 10:18:06 | 18 | are the two   the two years. |
| 10:18:08 | 19 | Q.   So 2005, 2006? |
| 10:18:10 | 20 | A.   This was   yeah, and I think that was parallel |
| 10:18:14 | 21 | to the growth of the company.  We can look at the |
| 10:18:16 | 22 | headcount numbers of the company, but you can see how it |
| 10:18:19 | 23 | was a pretty big spike in growth. |
| 10:18:21 | 24 | Q.   Sure.  And let's see. |
| 10:18:24 | 25 | When you became the director of HR, I take it |

| | | |
|---|---|---|
| 10:18:29 | 1 | in approximately the beginning of 2009, roughly how many |
| 10:18:32 | 2 | people worked in the recruiting organization? |
| 10:18:36 | 3 |     A.   I   I don't  I actually don't recall. |
| 10:18:39 | 4 |     Q.   Was it more than 500? |
| 10:18:41 | 5 |     A.   Yeah, I  I don't  I don't recall.  It was |
| 10:18:43 | 6 | in the hundreds, but I don't  I don't recall the exact |
| 10:18:46 | 7 | number when I left. |
| 10:18:52 | 8 |     Q.   Did you rely exclusively on Google employees as |
| 10:18:55 | 9 | part of this recruiting function, or did you also |
| 10:18:57 | 10 | occasionally rely on third party recruiters? |
| 10:19:01 | 11 |         MR. RUBIN:  Objection.  Vague as to "third |
| 10:19:03 | 12 | parties." |
| 10:19:04 | 13 |         THE WITNESS:  Describe third party recruiters |
| 10:19:06 | 14 | to me, if you don't mind. |
| 10:19:08 | 15 | BY MR. HARVEY: |
| 10:19:08 | 16 |     Q.   Anyone who would recruit on Google's behalf who |
| 10:19:12 | 17 | was not on Google's direct payroll. |
| 10:19:14 | 18 |         MR. RUBIN:  Same objection. |
| 10:19:16 | 19 |         THE WITNESS: So we  so  from my  from |
| 10:19:22 | 20 | how we structure the organization, just really briefly, |
| 10:19:27 | 21 | is that for very senior level hires, we on occasion would |
| 10:19:32 | 22 | use a search firm that would help us to find very senior |
| 10:19:36 | 23 | people. |
| 10:19:38 | 24 | BY MR. HARVEY: |
| 10:19:40 | 25 |     Q.   Would you use  well, were there any other |

```
10:22:57  1   and utilize, and that was -- that was how they structured
10:23:03  2   their organization.
10:23:05  3       Q.   And how many individuals worked in the sourcing
10:23:08  4   team when you were first hired at Google?
10:23:11  5       A.   There were -- if I recall correctly, there were
10:23:14  6   ▓▓ at the time.  It was just ▓▓ recruiters when I first
10:23:18  7   started.  ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓.
10:23:20  8       Q.   And then how did you grow the sourcing team
10:23:23  9   during your time at Google?
10:23:25 10            MR. RUBIN:  Objection.  Vague.
10:23:27 11            THE WITNESS:  So my responsibility was to build
10:23:32 12   the infrastructure for a successful group.  I focused on
10:23:36 13   building recruiters and making sure we had enough volume
10:23:40 14   recruiters to handle the influx of applicants.
10:23:44 15            And then as a need came up where we needed to
10:23:47 16   find diamonds in the rough, great candidates, I created a
10:23:53 17   team of folks doing research in finding excellent talent.
10:23:58 18   BY MR. HARVEY:
10:23:58 19       Q.   And what was the first hire for the sourcing
10:24:00 20   team -- I'm sorry.  When was the first hire?
10:24:03 21       A.   I -- I don't -- I don't recall. Honestly,
10:24:06 22   again, I don't remember exactly when I first hired a
10:24:08 23   sourcer. Yeah. I don't -- I don't recall. I can't
10:24:12 24   answer. I don't know exactly when. It was a -- it
10:24:15 25   was -- I don't know when.
```

10:24:18  1       Q.   Do you remember whether it was in 2004 or 2005?
10:24:23  2            MR. RUBIN:  Objection.  Calls for speculation.
10:24:24  3            THE WITNESS:  Yeah, I still don't remember
10:24:25  4   exactly when we hired the first sourcer.  It's just not
10:24:28  5   specific to me.  I can't remember.
10:24:30  6   BY MR. HARVEY:
10:24:30  7       Q.   How many people worked in sourcing when it was
10:24:33  8   at its largest size?
10:24:36  9       A.   I    I probably had   of order of magnitude,
10:24:44 10   probably ▮▮▮▮ people doing sourcing, out of a team of
10:24:48 11   900.
10:24:49 12       Q.   Oh, so you're including that within the 900?
10:24:53 13       A.   Yeah.
10:24:53 14       Q.   In terms of
10:24:53 15       A.   I said that   before I mentioned 900 staffing
10:24:55 16   overall.
10:24:56 17       Q.   I see.  Thank you.
10:25:09 18            And then moving on to your final role at
10:25:11 19   Google, when you were director of HR, could you    could
10:25:18 20   you kind of describe categories of responsibilities you
10:25:22 21   had in that role.
10:25:24 22       A.   Yeah.  I    I was basically responsible for
10:25:29 23   for a specific area within   within the engineering
10:25:32 24   organization to support the employee base.  So that means
10:25:35 25   that I handled employee relations issues.  I helped to

| | | |
|---|---|---|
| 10:25:44 | 1 | deal with, you know, personal -- or like ergonomic |
| 10:25:50 | 2 | issues, when people had problems with their work space, |
| 10:25:53 | 3 | or if they had medical problems how they got on |
| 10:25:55 | 4 | disability and things like that.  So I basically just |
| 10:25:57 | 5 | handled a variety of employee issues to help -- to help |
| 10:26:01 | 6 | those groups function within the work environment. |
| 10:26:12 | 7 |         Q.   And did you have any other responsibilities |
| 10:26:14 | 8 | while you were in HR, aside from the ones that you |
| 10:26:18 | 9 | described? |
| 10:26:18 | 10 |         A.   There was a variety -- whatever it was -- there |
| 10:26:19 | 11 | was a variety of roles, but it all focused on -- Dean, it |
| 10:26:23 | 12 | all focused on the -- the interaction of employees, you |
| 10:26:28 | 13 | know, if managers had a low performer, helping them walk |
| 10:26:31 | 14 | through that, how to -- how to help that employee get |
| 10:26:35 | 15 | better or whatever else we need to do.  So that -- so |
| 10:26:38 | 16 | basically I was -- I was responsible for helping managers |
| 10:26:41 | 17 | and employees just deal with the work environment.  But |
| 10:26:44 | 18 | the issues were pretty varied, and I just helped to -- |
| 10:26:47 | 19 | helped them to make it through the -- make it through and |
| 10:26:50 | 20 | be a better -- better person as an outcome. |
| 10:27:37 | 21 |              MR. HARVEY:  I believe this is Exhibit 170.  If |
| 10:27:38 | 22 | you could please mark this and hand it to the witness. |
| 10:27:41 | 23 |              (Exhibit 170 was marked for identification.) |
| 10:27:41 | 24 | BY MR. HARVEY: |
| 10:27:42 | 25 |         Q.   This document is a PDF of the current bios of |

```
12:28:20   1    drive that.
12:28:24   2         Q.   But that included sourcing, correct?
12:28:26   3         A.   It includes sourcing.
12:28:28   4         Q.   The email continues, "However, we do need to be
12:28:30   5    respectful"   I'm sorry, "we do need to be respectively
12:28:33   6    and sensitive about how we do it.  I don't think this is
12:28:35   7    consistently happening.  One practical suggestion that
12:28:39   8    came up today that we can tell recruiters as a tangible
12:28:41   9    action item   "
12:28:43  10              MR. RUBIN:  You might need to go a little
12:28:45  11    slower for the court reporter, when you're reading.
12:28:52  12              THE REPORTER:  It would be swell.
12:28:54  13              MR. HARVEY:  I will be slower.  Thank you.
12:28:56  14         Q.   I'll start with, "However, we do need to be
12:28:58  15    respectively and sensitive about how we do it.  I don't
12:29:03  16    think this is consistently happening.  One practical
12:29:08  17    suggestion that came up today that we can tell recruiters
12:29:11  18    as a tangible action item is to be targeted in proactive
12:29:16  19    recruiting into these companies.  In other words, we
12:29:19  20    should not do what MS does," and I believe that's
12:29:22  21    Microsoft, "which is get a Rolodex of engineers and just
12:29:26  22    call everyone, one after another.  It is fine for
12:29:29  23    recruiters to call into these companies with a specific
12:29:29  24    individual they're chasing."
12:29:32  25              Were   let me pause here.
```

```
12:29:39  1              Was it your understanding that Google's
12:29:42  2    recruiters were permitted to call into companies with a
12:29:46  3    specific individual they were chasing?
12:29:50  4         A.   So I -- this was a -- this was early on.  I
12:29:53  5    just -- I just got there, so I was just getting my
12:29:56  6    footing.  But historically, when I ran staffing
12:30:00  7    organizations, recruiters of course used sourcing as one
12:30:04  8    of the methodologies to go and get people.
12:30:07  9         Q.   Okay.  And then you responded, what looks like
12:30:12 10    the next day, and you say, "There is definitely a side to
12:30:18 11    recruiting that boasts a 'no holds barred' attitude when
12:30:18 12    it comes to hunting for candidates."  Is that the
12:30:25 13    aggression that you were just referring to?
12:30:27 14         A.   I said in -- the -- to me, aggressiveness is
12:30:31 15    all the recruiters need to be unrelenting and make sure
12:30:35 16    they hit their goals, because there was a lot of pressure
12:30:38 17    on me and the staffing organization to hit our numbers,
12:30:41 18    which we did.
12:30:42 19              And -- and -- and I don't -- I didn't want
12:30:45 20    recruiters on the team that could not fulfill that.  So
12:30:48 21    we -- we really wanted strong -- a strong team, to be
12:30:51 22    effective and productive.
12:30:54 23         Q.   What kind of pressure did you receive to meet
12:30:56 24    your goals?
12:30:58 25         A.   The -- the company -- the -- the company had
```

```
12:31:02  1   I mentioned this before in testimony, where the company
12:31:04  2   had a hiring plan, and -- and I'm -- personally, I'm a
12:31:10  3   very achievement oriented person, and so you give me a
12:31:14  4   plan and I will make sure that we as an organization will
12:31:17  5   hit -- hit the numbers.
12:31:19  6           So -- so the pressure I felt was partially my
12:31:25  7   own pressure to make sure we delivered, and also I wanted
12:31:29  8   to make sure the company got the talent it needed to
12:31:32  9   achieve.  So each organization needed great talent, and I
12:31:36 10   delivered.
12:31:37 11       Q.  Did Shona Brown and Laszlo Bock make that
12:31:40 12   clear, that -- that Google's expectation was that you
12:31:43 13   would meet your goals?
12:31:45 14       A.  Well, what they said to me, or what I perceived
12:31:49 15   they said is, "Your job is to fill roles.  Your job is to
12:31:52 16   bring talent in, and that's -- that's -- that's your
12:31:55 17   responsibility."  And I was fully accountable for that
12:32:00 18   and fully accountable to make sure that Google grew.  And
12:32:03 19   it was made very clear.
12:32:05 20           And Laszlo was not part of the picture at this
12:32:08 21   point in time.  He was hired after this.  But Shona made
12:32:12 22   it very clear for me that I was brought onboard to build
12:32:15 23   an amazing talent organization, recruiting organization.
12:33:03 24       Q.  When you were first hired at Google, or any
12:33:05 25   time thereafter, did you ever have a discussion with
```

1    I, Rosalie A. Kramm, Certified Shorthand
2    Reporter licensed in the State of California, License No.
3    5469, hereby certify that the deponent was by me first
4    duly sworn and the foregoing testimony was reported by me
5    and was thereafter transcribed with computer aided
6    transcription; that the foregoing is a full, complete,
7    and true record of said proceedings.
8        I further certify that I am not of counsel or
9    attorney for either of any of the parties in the
10   foregoing proceeding and caption named or in any way
11   interested in the outcome of the cause in said caption.
12       The dismantling, unsealing, or unbinding of the
13   original transcript will render the reporter's
14   certificates null and void.
15       In witness whereof, I have hereunto set my hand
16   this day:   August 24, 2012.
17           ___X____  Reading and Signing was requested.
18           _____  Reading and Signing was waived.
19           _____  Reading and signing was not requested.
20
21                                   _____
22                                   ROSALIE A. KRAMM
23                                   CSR 5469, RPR, CRR
24
25