# EXHIBIT 1376 TO CISNEROS DECLARATION IN SUPPORT OF PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION [ECF NO. 148-2] REDACTED VERSION

| | |
|---|---|
| From: | Felicia Albright (falbright@apple.com) |
| To: | Mete Nadir (mnadir@apple.com) |
| CC: | Rob York (york@apple.com), David Alvarez (david.alvarez@apple.com) |
| BCC: | |
| Subject: | Re: |
| Attachments: | |
| Sent: | 12/22/2010 12:50:20 PM -0800 (PST) |

The dial in

Felicia Albright

On Dec 22, 2010, at 11:45 AM, Mete Nadir <mnadir@apple.com> wrote:

> Felicia,
>
> Do you mind putting the dial in number on the 'notes' field of ical?
> Currently it is under the location field and the numbers are truncated on the invitation and I have not been able to figure out how to get all the numbers out.
>
> Thanks
>
> Mete
>
> On Dec 22, 2010, at 11:19 AM, Felicia Albright wrote:
>
>> Hello Rob and Mete,
>>
>> I sent over a dial in number and passcode.
>>
>> Talk to you at 1:00 pm
>>
>> Felicia
>> On Dec 22, 2010, at 6:48 AM, Rob York wrote:
>>
>>> OK. Call my cell at 1PM.
>>>
>>> Thanks,
>>> Rob
>>>
>>> On Dec 22, 2010, at 2:15 AM, David Alvarez wrote:
>>>
>>>> Mete - 1PM will work for us.
>>>>
>>>> Rob- Will that work for you? If so, I will call your cell.
>>>>
>>>> I'll book a conference once Rob has confirmed.
>>>>
>>>> Thanks,
>>>> David
>>>>
>>>> On Dec 21, 2010, at 10:26 PM, Mete Nadir wrote:
>>>>
>>>>> I am open anytime between 1 to 4 tomorrow shall we go for 1 pm?
>>>>>
>>>>> Do we need a conference number?
>>>>>
>>>>> Thanks
>>>>>
>>>>> Mete
>>>>>
>>>>> On Dec 21, 2010, at 9:15 PM, David Alvarez <david.alvarez@apple.com> wrote:
>>>>>
>>>>>> Mete,
>>>>>>
>>>>>> I can be free after 10:30AM tomorrow as I have Forrest's staff meeting at 9AM. Please let us know what time works best for you and we can work around it.
>>>>>>
>>>>>> Thanks,
>>>>>> David
>>>>>>
>>>>>> On Dec 21, 2010, at 9:12 PM, Rob York wrote:
>>>>>>
>>>>>>> Probably. I haven't finalized my plans for tomorrow. Please suggest some times that would work.
>>>>>>>
>>>>>>> Thanks,
>>>>>>> Rob
>>>>>>>
>>>>>>> On Dec 22, 2010, at 12:03 AM, David Alvarez wrote:
>>>>>>>
>>>>>>>> Hi Rob,
>>>>>>>>
>>>>>>>> Sorry to bug you on your vacation. Is it possible to get on a call tomorrow to finalize       offer numbers?
>>>>>>>>
>>>>>>>> Let me know.
>>>>>>>>
>>>>>>>> Thanks,
>>>>>>>> David
>>>>>>>>
>>>>>>>> Begin forwarded message:
>>>>>>>>
>>>>>>>>> From: David Alvarez <david.alvarez@apple.com>
>>>>>>>>> Date: December 20, 2010 12:22:06 AM PST
>>>>>>>>> To: Rob York <york@apple.com>
>>>>>>>>> Cc: Felicia Albright <falbright@apple.com>, Kirsten Haithcox <haithcox@apple.com>
>>>>>>>>> Subject: Re:
>>>>>>>>>
>>>>>>>>> Rob,

EXHIBIT 1376
WIT: Alvarez
DATE: 3.5.2013
ANNE TORREANO, CSR #10520

1376.1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                         231APPLE039426

We will go back and review internal equity again and come up with a new proposal for your review.

Keep in mind, the market is not the same as it was 6-12 months ago. We have been seeing candidates with multiple aggressive offers since July ▮ ▮. This is a different market. ▮ ▮. This is due to the market changing. This will most likely create an internal comp issue with current employees. ▮

▮

When we go threw these market cycles, this is the time where the power starts to shift to the candidate vs the employer. Just as a data point, Google gave it's employees a 10% increase to deal with the aggressive offers out in the market.

▮

I have copied Kirsten on this email as I have already spoken with Chris and his team about the market changing.

Thanks,
David

Sent from my iPhone 4

On Dec 19, 2010, at 11:45 PM, Rob York wrote:

> I am on vacation this week. You can call me on my cell, though most of Monday will be airborne.
>
> I did talk to Mete on the 17th. His take is that we have been finding as good or better candidates for much more reasonable salaries. The issue is that ▮ is a manager now, but would be coming into an IC role in Apple.
>
> Thanks,
> Rob
>
> On Dec 19, 2010, at 9:56 PM, David Alvarez wrote:
>
>> Hi Rob,
>>
>> Can we chat live about this? Please let me know what time slot you have available tomorrow and I will be there.
>>
>> Thanks,
>> David
>>
>> On Dec 17, 2010, at 12:37 PM, Rob York wrote:
>>
>>> I am not willing to go so high of a salary when compared to his peer group.
>>>
>>> We can generate a fair offer within the average of the ▮
>>>
>>> Sent from my iPhone
>>>
>>> On Dec 17, 2010, at 11:10 AM, Felicia Albright <falbright@apple.com> wrote:
>>>
>>>> Hi Rob,
>>>>
>>>> I had our Relocation department do a cost of living assessment. Currently ▮ is at a base salary of 110K in Troy, Michigan. The cost of living analysis showed a differential of 44.4% when compared to the Bay Area. If we were to adjust for that accordingly his base salary would be approximately ▮. In researching your team's current average thought ▮ was the highest we could possibly go on base. I'm hoping with the
>>>>
>>>> Thanks,
>>>>
>>>> Felicia
>>>>
>>>> On Dec 16, 2010, at 2:03 AM, Rob York wrote:

1376.2

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                           231APPLE039427

Thanks,

Rob

On Dec 16, 2010, at 1:34 PM, Felicia Albright wrote:

Hello Rob,

Mete would like to extend an offer to [redacted] for a Mechanical Supplier Quality Engineer position. You interviewed [redacted] over the phone last week. His resume is attached.

My compensation recommendation for [redacted] is a base compensation of [redacted]. Please let me know if you approve of this offer.

Thanks, Felicia

Resume_10_25_10.doc>

1376.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE039428