# EXHIBIT 2 TO
# KAHN DECLARATION IN
# SUPPORT OF PLAINTIFFS'
# SUPPLEMENTAL MOTION FOR
# CLASS CERTIFICATION
# [ECF NO. 446]
# REDACTED VERSION

Deposition of Steven Burmeister                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

1                  UNITED STATES DISTRICT COURT

2                NORTHERN DISTRICT OF CALIFORNIA

3                      SAN JOSE DIVISION

4

5

6   IN RE:  HIGH-TECH EMPLOYEE      )

7   ANTITRUST LITIGATION            )

8                                   )   No. 11-CV-2509-LHK

9   THIS DOCUMENT RELATES TO:       )

10  ALL ACTIONS.                    )

11  _____)

12

13

14

15        VIDEO DEPOSITION OF STEVEN BURMEISTER

16                   March 15, 2013

17

18

19  REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25

Deposition of Steven Burmeister                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

10:40:26   1          Q.  ████  of -- of what?

10:40:30   2          A.  I was referring to number of RSUs.

10:40:42   3          Q.  So on this chart, as I read it, it says:  ████

10:40:48   4   ████████████████████████████████████████████████

10:40:53   5   ██████████████████████████████████████████

10:40:57   6   ██████████████████████████████?

10:41:01   7          A.  Yes.

10:41:02   8          Q.  But an -- but an actual grant could be above

10:41:07   9   ████████  or below  ████████  depending on that vice president's

10:41:13  10   performance or depending on a vice president's

10:41:16  11   performance?

10:41:17  12          A.  It could be based on a number of factors,

10:41:24  13   performance being the main, probably, decision factor we

10:41:28  14   like managers to consider.

10:41:36  15          Q.  What are the --  ████████████████████

10:41:39  16   ████████████  -- there are two columns here.  There is a

10:41:41  17   column for  ████████████████████  and a column for

10:41:45  18   ████████████████████████  and various numbers listed under

10:41:47  19   them.  Are those -- are those numbers minimums,

10:41:57  20   maximums?  Are they -- well, are they minimums?

10:42:09  21          MR. RILEY:  Object to the form.

10:42:09  22          MS. LEEBOVE:  Q.  For instance, if you

10:42:10  23   found -- if a vice president was determined to be an

10:42:13  24   ████████████████████, would he or she necessarily

10:42:18  25   receive  ████████████?

10:42:24  1        A.   No.   What -- what this chart illustrates is

10:42:28  2   what would be a reference for leaders to -- it's a

10:42:34  3   reference point to say that a ███████████████████████

10:42:37  4   ███████████████████████, but based on your assessment

10:42:41  5   of their performance, a ████████████████████████ --

10:42:45  6   ████████████████████████████████████████████████████

10:42:50  7   ████████████████████████████████.

10:42:58  8        Q.   Okay.   So these -- this chart is -- all of

10:43:01  9   these numbers are purely reference points as opposed to

10:43:08 10   guidelines?

10:43:11 11        A.   I consider a reference point and a guideline to

10:43:15 12   be the same.

10:43:18 13        Q.   Okay.   To the extent an employee receives an

10:43:32 14   annual grant, is there any formula by which the annual

10:43:37 15   grant is determined?

10:43:42 16        A.   I don't believe there is a formula.   It's the

10:43:46 17   leader -- the manager's assessment of their performance

10:43:49 18   and what would be appropriate for that individual

10:43:52 19   contributor --

10:43:53 20        Q.   Okay.

10:43:53 21        A.   -- or manager.

10:44:03 22        Q.   If you turn to the page that's -- I want to say

10:44:07 23   it must be 7, if we were just looking at 5.   At the

10:44:10 24   bottom it says 231APPLE100679.   Can you tell me what is

10:44:27 25   reflected on this page of your -- of the materials you

| | | |
|---|---|---|
| 10:44:30 | 1 | prepared for the compensation committee on August 5th, |
| 10:44:32 | 2 | 2009? |
| 10:44:38 | 3 | A. It is a "Proposed FY10 Merit Increase Program," |
| 10:44:43 | 4 | which we use to determine an overall budget that the |
| 10:44:48 | 5 | company can then use to provide employees with merit |
| 10:44:53 | 6 | increases. |
| 10:45:00 | 7 | Q. The very last bullet -- it's actually a dash |
| 10:45:07 | 8 | rather than a bullet, states, "Executive Management |
| 10:45:09 | 9 | supports this recommendation and believes it is |
| 10:45:11 | 10 | important to recognize and reward all employees for |
| 10:45:13 | 11 | their hard work and contribution to the Company's |
| 10:45:17 | 12 | overall success." |
| 10:45:18 | 13 | Do you see that? |
| 10:45:19 | 14 | A. Yes. |
| 10:45:19 | 15 | Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ |
| 10:45:23 | 16 | ▓▓▓▓▓▓▓▓▓▓▓? |
| 10:45:28 | 17 | A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. |
| 10:45:33 | 18 | Q. How did -- why not? |
| 10:45:39 | 19 | A. The decision to give your -- one of your |
| 10:45:45 | 20 | employees a merit increase is based on a number of |
| 10:45:48 | 21 | factors that a leader might consider, performance being |
| 10:45:51 | 22 | one. And if an individual wasn't performing well, he or |
| 10:45:57 | 23 | she may not warrant a merit increase. |
| 10:46:08 | 24 | Q. Has there ever been an instance in your |
| 10:46:10 | 25 | experience at Apple where all U.S. employees' salaries |

| | | |
|---|---|---|
| 10:58:00 | 1 | and grades." |
| 10:58:05 | 2 | Is that still true today? |
| 10:58:18 | 3 | A.  Yes.  We -- and by "salary ranges," I mean the |
| 10:58:22 | 4 | reference points for salaries by job and level. |
| 10:58:38 | 5 | Q.  Do your salary ranges or reference points -- |
| 10:58:46 | 6 | does the salary range consist of a minimum base salary, |
| 10:58:50 | 7 | a midpoint, and a maximum? |
| 10:58:52 | 8 | A.  Yes. |
| 10:58:54 | 9 | MR. RILEY:  Object to the form. |
| 10:59:01 | 10 | MS. LEEBOVE:  Q.  In response to Apple's |
| 10:59:04 | 11 | analysis of market data on an annual basis, do the |
| 10:59:15 | 12 | salary range minimums increase on an annual basis? |
| 10:59:23 | 13 | MR. RILEY:  Object to the form. |
| 10:59:24 | 14 | THE WITNESS:  Can -- can you repeat the |
| 10:59:48 | 15 | question, please. |
| 10:59:55 | 16 | MS. LEEBOVE:  Q.  Let me see if I can ask |
| 10:59:58 | 17 | it differently. |
| 11:00:03 | 18 | Is it fair to say that Apple uses market data |
| 11:00:05 | 19 | to set minimum, midpoint, and maximum salaries for job |
| 11:00:11 | 20 | levels and grades? |
| 11:00:13 | 21 | MR. RILEY:  Object to the form. |
| 11:00:40 | 22 | THE WITNESS:  Apple -- it's -- by "Apple," your |
| 11:00:43 | 23 | statement Apple set salaries is very broad.  Each |
| 11:00:47 | 24 | individual manager determines the compensation -- total |
| 11:00:52 | 25 | compensation based bonus, and stock award that an |

11:00:59  1  individual has earned.  But by -- your statement Apple

11:01:07  2  used survey data to set Apple salaries, no.  It's a very

11:01:15  3  indirect relationship.

11:01:17  4          MS. LEEBOVE:  Q.  Well, does Apple use

11:01:20  5  market data to set salary ranges?

11:01:27  6      A.  That's a -- it's a ref- -- we use survey data

11:01:31  7  as a reference.  It's one of the inputs that I consider,

11:01:35  8  my group considers when we establish market competitive

11:01:43  9  ranges.

11:01:46  10     Q.  Well, I'm just -- I'm actually reading a

11:01:48  11 statement that you wrote that says, "Apple also uses the

11:01:52  12 market data described above to set salary ranges for job

11:01:56  13 levels and grades."

11:01:57  14         So is that not true?  Apple does not use market

11:02:05  15 data to set salary ranges for job levels and grades?

11:02:08  16     A.  No, it is true.  That is one of the sources of

11:02:13  17 information that my group uses to determine what salary

11:02:19  18 ranges, references are appropriate for Apple.  But it is

11:02:24  19 not the sole -- it's not the sole source.

11:02:27  20     Q.  Okay.  That's fair.  I understand.

11:02:49  21         In paragraph 7, the first sentence of it says,

11:02:53  22 "Once the budgets are set, Apple's managers determine

11:02:59  23 promotions and distribute salaries, bonuses, and stock

11:03:02  24 awards among the individual employees they supervise on

11:03:04  25 the basis of performance reviews and other factors, such

11:03:08   1    as an employee's skill set and importance to the overall

11:03:11   2    success of the group."

11:03:21   3          Are individual employees' salaries, base

11:03:26   4    salaries, determined by reference to the salary range

11:03:31   5    associated with their positions?

11:03:36   6          MR. RILEY:  Object to the form.

11:03:47   7          THE WITNESS:  Are you asking -- I'm not sure,

11:03:51   8    yeah, what you're asking in that question.

11:03:56   9          MS. LEEBOVE:  Q.  Do Apple's managers

11:03:58  10    distribute salaries with reference to the salary

11:04:04  11    ranges for their employees' positions?

11:04:07  12          MR. RILEY:  Object to the form.

11:04:11  13          THE WITNESS:  Salaries are awarded based on the

11:04:15  14    individual's performance and the other factors as I have

11:04:18  15    listed.  Our salary ranges are reference points.

11:04:22  16    They're -- they're not hard minimums or hard maximums.

11:04:30  17    Those are purely a reference point.  But salaries are

11:04:34  18    truly determined based on an individual one-by-one

11:04:41  19    assessment of the individual.

11:04:46  20          MS. LEEBOVE:  Q.  Do you know how many

11:04:47  21    employees make less than the minimum salary range

11:04:54  22    of -- the minimum of the salary range set for their

11:04:56  23    position?

11:04:57  24          MR. RILEY:  Object to the form.

11:05:02  25          THE WITNESS:  I don't know the number, but

| | | |
|---|---|---|
| 11:06:14 | 1 | minimum reference point of their salary range for |
| 11:06:16 | 2 | their position? |
| 11:06:17 | 3 | MR. RILEY:  Object to the form. |
| 11:06:18 | 4 | THE WITNESS:  Again, I'd have to look at the |
| 11:06:20 | 5 | data to be able to answer that. |
| 11:06:29 | 6 | MS. LEEBOVE:  Q.  Do you know what |
| 11:06:30 | 7 | proportion of Apple employees make more than the |
| 11:06:32 | 8 | maximum reference point for their salary range? |
| 11:06:37 | 9 | A.  I would have to look at the data.  It would be |
| 11:06:39 | 10 | the same kind of evaluation as looking at the minimum. |
| 11:06:47 | 11 | Q.  What purpose do the salary ranges serve if |
| 11:06:51 | 12 | managers don't have to adhere to them? |
| 11:06:54 | 13 | A.  It's a manager -- they're a manager tool, |
| 11:06:57 | 14 | reference points to determine how you are paying your |
| 11:07:02 | 15 | employee relative to the market.  And it's purely a |
| 11:07:08 | 16 | reference point.  The individual -- the individual could |
| 11:07:13 | 17 | be at minimum, below minimum, at maximum, above maximum |
| 11:07:21 | 18 | based on what he or she brings to the table and -- and |
| 11:07:23 | 19 | their performance, the importance of their group in the |
| 11:07:27 | 20 | overall company goals. |
| 11:07:42 | 21 | Q.  Skipping further down into paragraph 7 at lines |
| 11:07:46 | 22 | 15 to 17, you wrote, ███████████████████████████ |
| 11:07:52 | 23 | ███████████████████████████████████ |
| 11:07:56 | 24 | ████████████████████████████." |
| 11:07:58 | 25 | ███████████████████████████████ |



| | | |
|---|---|---|
| 11:08:03 | 1 | ? |
| 11:08:15 | 2 | A. |
| 11:08:18 | 3 | |
| 11:08:21 | 4 | |
| 11:08:28 | 5 | |
| 11:08:34 | 6 | |
| 11:08:37 | 7 | |
| 11:08:42 | 8 | |
| 11:08:48 | 9 | |
| 11:08:51 | 10 | |
| 11:08:54 | 11 | |

11:09:06   12        Q.  Has it ever been your experience that a manager

11:09:08   13   has given their -- their entire salary increase budget

11:09:18   14   for a particular year over to just one employee?

11:09:22   15        A.  No.

11:09:41   16        Q.  Do managers ever, in your experience, leave

11:09:43   17   money on the table?  In other words, have merit increase

11:09:49   18   funds allotted to them that they don't distribute to

11:09:52   19   their employees?

11:09:54   20        A.  Yes.

11:09:55   21        Q.  Does that happen frequently?

11:10:01   22        A.  It depends on the group and the leadership.  It

11:10:06   23   just depends by area.

11:10:19   24        Q.  Does paragraph 10 of your declaration, I'm

11:10:23   25   assuming that refers to the process you were talking

| | | |
|---|---|---|
| 11:20:55 | 1 | could have additional criteria based on the role he or |
| 11:20:59 | 2 | she is trying to fill. |
| 11:21:02 | 3 | Q.  Such as?  What are some examples of additional |
| 11:21:07 | 4 | criteria that might help to -- a manager to determine an |
| 11:21:10 | 5 | employee's starting salary besides the four reference |
| 11:21:13 | 6 | points that are listed here? |
| 11:21:15 | 7 | A.  You're looking at, is it a -- you know, it just |
| 11:21:29 | 8 | would depend by the manager.  They would have their own |
| 11:21:33 | 9 | criteria that they would be looking at, what is |
| 11:21:35 | 10 | important to them. |
| 11:21:43 | 11 | Q.  Have you ever heard of the term "internal |
| 11:21:45 | 12 | equity"? |
| 11:21:49 | 13 | A.  I've -- in a compensation speak language, we |
| 11:21:54 | 14 | use the term "internal equity." |
| 11:21:57 | 15 | Q.  What does it -- what does internal equity mean |
| 11:21:59 | 16 | to you in your compensation speak language? |
| 11:22:05 | 17 | A.  Internal equity means, to me, that what you're |
| 11:22:11 | 18 | looking at, if you're looking at compensation, that it's |
| 11:22:15 | 19 | fair based on the individual's contribution relative to |
| 11:22:21 | 20 | the other employees in your group, or across your |
| 11:22:26 | 21 | organization, whatever your scope of management is. |
| 11:22:35 | 22 | Q.  Is there an internal equity component to |
| 11:22:40 | 23 | determining starting salaries at Apple? |
| 11:22:54 | 24 | A.  It -- internal equity plays into a few, if not |
| 11:22:59 | 25 | all, of these bullets for managers to consider when |

Deposition of Steven Burmeister                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 11:23:04 | 1 | looking at a candidate to determine a new starting |
| 11:23:07 | 2 | salary. |
| 11:23:12 | 3 | Q.  Does internal equity factor into Apple's |
| 11:23:25 | 4 | compensation -- or does internal equity factor into a |
| 11:23:29 | 5 | salary adjustment made upon a promotion? |
| 11:23:36 | 6 | MR. RILEY:  Object to the form. |
| 11:23:42 | 7 | THE WITNESS:  Are you asking if a manager |
| 11:23:44 | 8 | considers -- |
| 11:23:47 | 9 | MS. LEEBOVE:  Q.  Well, I guess I'm asking |
| 11:23:49 | 10 | whether internal equity is a factor at Apple in |
| 11:23:56 | 11 | determining promotional increases. |
| 11:23:59 | 12 | MR. RILEY:  Object to the form. |
| 11:24:09 | 13 | THE WITNESS:  At Apple, each manager has the |
| 11:24:11 | 14 | latitude to determine what is appropriate to pay an |
| 11:24:15 | 15 | individual -- or to -- for promotional increase. |
| 11:24:22 | 16 | Internal equity may or may not factor into their |
| 11:24:27 | 17 | ultimate decision. |
| 11:24:39 | 18 | MS. LEEBOVE:  Q.  What does it mean here -- |
| 11:24:41 | 19 | and I'm looking at page 4, starting with "███████ |
| 11:24:46 | 20 | ████████████████████████████████," and |
| 11:24:50 | 21 | then I'm skipping down to the second bullet point, |
| 11:24:53 | 22 | "██████████████████████████ |
| 11:24:57 | 23 | ████████████████████████████ |
| 11:24:59 | 24 | ██████████████████." |
| 11:25:01 | 25 | What does that mean? |

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 11:32:38 | 1 | THE WITNESS:  Are you asking if an employee in |
| 11:32:39 | 2 | the same job, same level, same geography -- are what? |
| 11:32:53 | 3 | MS. LEEBOVE:  Q.  Should be paid within the |
| 11:32:53 | 4 | same salary range. |
| 11:32:55 | 5 | MR. RILEY:  Object to the form. |
| 11:33:01 | 6 | THE WITNESS:  No, because our salary ranges are |
| 11:33:04 | 7 | reference points, and there could be reasons why an |
| 11:33:06 | 8 | individual is paid below the minimum or above the |
| 11:33:12 | 9 | maximum or within the first quartile and in the fourth |
| 11:33:17 | 10 | quartile.  So the salary range is a reference for both, |
| 11:33:22 | 11 | but I wouldn't say that employees would ever necessarily |
| 11:33:28 | 12 | be tied to a strict range because we don't have a strict |
| 11:33:35 | 13 | range. |
| 11:33:43 | 14 | MS. LEEBOVE:  Q.  How do you determine |
| 11:33:44 | 15 | whether employees are in positions of equivalent |
| 11:33:46 | 16 | value for purposes of administering base salaries at |
| 11:33:52 | 17 | Apple? |
| 11:33:54 | 18 | MR. RILEY:  Object to the form. |
| 11:34:02 | 19 | THE WITNESS:  I don't determine employee -- |
| 11:34:07 | 20 | where employees are assigned jobs and levels.  Managers |
| 11:34:11 | 21 | do. |
| 11:34:13 | 22 | MS. LEEBOVE:  Q.  How do you -- Kay Bond |
| 11:34:33 | 23 | who works for you, she's a senior compensation |
| 11:34:36 | 24 | manager; is that right? |
| 11:34:37 | 25 | A.  Yes. |

01:55:16  1        Q.  And then in the grouping of columns underneath

01:55:19  2    the heading of "Base Salary," what do those headers and

01:55:27  3    numbers in that portion of the chart refer to?

01:55:35  4        A.  First column, "Apple Actual Average" is an

01:55:42  5    overall average of the employees' base salaries against

01:55:52  6    the -- well, the first column is purely the actual --

01:55:55  7    Apple actual average salaries within each line of

01:56:00  8    business.

01:56:04  9            The second column, "SRP," means -- it's an

01:56:08 10    acronym for salary range position.  Another way of

01:56:13 11    looking at it, ████████████████████████████

01:56:18 12    ████████.  So it's be -- so it's -- that SRP percentage

01:56:25 13    is the ████████████████████████████████

01:56:31 14    ██████.

01:56:35 15            ████████████████████████████████████████

01:56:39 16    ██████████████████████████.

01:56:45 17            ██████████████████████████████████████████

01:56:51 18    ██████████████████ -- ██████████████████████

01:56:56 19    ████████ ████████████████████████████████████

01:57:01 20    ██████████  ██████████████████████████████

01:57:08 21    ██████████████████████████████.

01:57:10 22        Q.  And from where is this -- is the ████████████

01:57:14 23    derived?

01:57:15 24        A.  We get -- that's ████████████████████████████

01:57:17 25    ██████████████.

03:02:35  1          MS. LEEBOVE:  Q.  Well, if there's a

03:02:37  2   salary -- if a -- if a manager has a group of

03:02:42  3   employees and pays each of his employees greater or

03:02:52  4   her employees greater than the maximum of their

03:02:58  5   respective salary ranges, does that create any sort

03:03:02  6   of compression problem around those salary ranges?

03:03:07  7       A.  I don't see where there would be a compression

03:03:10  8   issue there.

03:03:11  9       Q.  Okay.  Is there any sort of issue that that

03:03:13 10   would create in terms of a compensation structure?

03:03:24 11          MR. RILEY:  Objection to the form.

03:03:27 12          THE WITNESS:  Issue to whom?

03:03:30 13          MS. LEEBOVE:  Q.  To Apple.  Would it be

03:03:32 14   desirable to Apple if employees were paid higher

03:03:41 15   than the maximum of their -- of the salary ranges

03:03:47 16   that apply to their jobs?

03:03:53 17       A.  I don't think it would be a problem at all if

03:03:55 18   it were appropriate and the managers could afford it in

03:04:03 19   their budget.

03:04:04 20       Q.  Would there be a salary structure at all if

03:04:06 21   employees were paid outside of their salary ranges?

03:04:11 22       A.  Yes.

03:04:13 23       Q.  Would it have any effect?  Would it be an

03:04:16 24   effective salary structure if nobody abided by the

03:04:21 25   salary ranges?

03:04:23  1      A.  Salary ranges are not hard rules.  They're

03:04:26  2   reference points.  So I would still always want to have

03:04:31  3   that reference point to determine how I'm paying my

03:04:34  4   individuals individually and in aggregate.

03:04:51  5      Q.  I guess what I'm trying to understand is that

03:04:54  6   if managers don't set salaries around those reference

03:05:05  7   points, what's the point of doing all of this work to

03:05:09  8   determine what the reference points are if they don't

03:05:14  9   matter in terms of setting individual employees'

03:05:21 10   salaries?

03:05:22 11           MR. RILEY:  Objection to the form.

03:05:23 12           THE WITNESS:  That sounds like multiple

03:05:24 13   questions here or a statement.

03:05:29 14           MS. LEEBOVE:  Q.  If the reference points

03:05:32 15   don't matter in terms of setting individual's

03:05:38 16   salaries -- well, is your testimony that the

03:05:40 17   reference -- that reference points don't matter in

03:05:44 18   setting individual salaries?

03:05:47 19      A.  No.

03:05:50 20      Q.  Is it your testimony that managers are free to

03:05:53 21   ignore those reference points in setting their

03:05:56 22   employees' salaries?

03:06:02 23      A.  Free to ignore.  No, it's -- it's a reference

03:06:04 24   point.  It should be one factor in their decision-making

03:06:07 25   process of what is an appropriate salary based on --

03:06:09  1   based on the market.  But then they have to also balance

03:06:14  2   the importance of the role, the individual, their

03:06:17  3   success, track record, education, experience.

03:06:26  4       Q.  And those things -- the role, the individual,

03:06:29  5   their success, their track record, their education, and

03:06:32  6   their experience -- is it your understanding that those

03:06:36  7   factors factor into the base salary determination for a

03:06:41  8   particular employee?

03:06:44  9       A.  Every manager should and does consider many

03:06:50 10   things about the individual and of the compensation --

03:06:57 11   our compensation program to determine where the

03:06:59 12   appropriate salary would be for this individual.

03:07:12 13       Q.  What do you understand to be the role of the --

03:07:13 14   of a base salary in Apple's compensation structure?

03:07:23 15       A.  I'm trying to understand what you mean by "the

03:07:26 16   role of a base salary."

03:07:28 17       Q.  Well, what's the purpose of paying an employee

03:07:30 18   a base salary?

03:07:34 19       A.  In the 30 years I've been doing this, you

03:07:36 20   really have three basic levers of compensation:  base

03:07:42 21   salary, bonus and stock.  And not all are used with

03:07:46 22   every job and in every individual.  So a base salary,

03:07:51 23   it's just a very common practice.  And every -- most all

03:07:58 24   companies have base salary programs.

03:08:05 25       Q.  Would you agree with the statement that base

| | | |
|---|---|---|
| 04:21:05 | 1 | MR. RILEY:  Objection to the form. |
| 04:21:18 | 2 | THE WITNESS:  Everyone at Apple is basically a |
| 04:21:21 | 3 | high performer just to survive, so anyone receiving a |
| 04:21:32 | 4 | compensation adjustment would -- would bring some value |
| 04:21:36 | 5 | to the organization. |
| 04:21:50 | 6 | MS. LEEBOVE:  Q.  Do you know which, if |
| 04:21:51 | 7 | any, surveys Apple participates in, which salary |
| 04:21:57 | 8 | surveys? |
| 04:21:57 | 9 | A.  ███████████████   ████████████████ |
| 04:22:01 | 10 | ████████████████████████████████████████ |
| 04:22:13 | 11 | ██████████████████████████████████████ |
| 04:22:18 | 12 | █████████████████████████████████████████ |
| 04:22:22 | 13 | ███████████████████████████ |
| 04:22:25 | 14 | ███████████████████████  ███████████████ |
| 04:22:33 | 15 | █████████████████████████████████████████ |
| 04:22:37 | 16 | ████████████████████ |
| 04:22:45 | 17 | Q.  I see.  I think. |
| 04:22:47 | 18 | Have you ever requested custom salary survey |
| 04:22:51 | 19 | data from Radford? |
| 04:22:56 | 20 | A.  ████████████████████████   ████████████. |
| 04:23:00 | 21 | Q.  ██████████████████████████████████ |
| 04:23:04 | 22 | ████████████? |
| 04:23:12 | 23 | A.  ███████████████████████████████ |
| 04:23:15 | 24 | ████████████████████████████████████████ |
| 04:23:19 | 25 | ████████████████████████████████ |

```
04:23:23  1  ████████████████████████████████████
04:23:31  2  ██████████████████████████████████████████
04:23:36  3  ██████████.
04:23:37  4      Q.  So you might ask for a ███████████████████
04:23:40  5  ██████████████████████████████████
04:23:43  6  ██████████████████████████████████
04:23:46  7  ██████████?
04:23:53  8          MR. RILEY:  Object to the form.
04:23:55  9          THE WITNESS:  Peer companies are found in the
04:23:57 10  proxy and we use that as a guide. ████████████████████
04:24:04 11  ████████████████████████████████████ --
04:24:12 12  ████████████████████████████.
04:24:21 13          MS. LEEBOVE:  Q.  Do you know whether Apple
04:24:22 14  has ever considered increasing compensation
04:24:26 15  company-wide to forestall defection of employees?
04:24:33 16      A.  Not to my knowledge.
04:24:49 17      Q.  What, if anything, does Apple do to ensure
04:24:53 18  consistency in compensation among employees whose jobs
04:24:59 19  fall into the same salary range structure?  Let me back
04:25:08 20  up for a moment.
04:25:09 21          What, if anything, does Apple do to ensure
04:25:11 22  consistency in compensation among employees who fall --
04:25:13 23  whose jobs fall under the same salary range?
04:25:18 24          MR. RILEY:  Object to the form.
04:25:30 25          THE WITNESS:  I would say that Apple, we don't
```

| 04:25:32 | 1 | try to control consistency, that we look at the |
| 04:25:36 | 2 | individual's merit, scope of responsibility, |
| 04:25:40 | 3 | achievements, background, and they're always individual |
| 04:25:45 | 4 | decisions with market reference just being one |
| 04:25:49 | 5 | additional factor to consider. |
| 04:25:56 | 6 | MS. LEEBOVE:  Q.  Do you think that leaves |
| 04:25:59 | 7 | Apple vulnerable to discrimination claims if there |
| 04:26:03 | 8 | isn't consistency or formality in determining what |
| 04:26:09 | 9 | an employee's salary will be? |
| 04:26:20 | 10 | MR. RILEY:  Object to the form. |
| 04:26:21 | 11 | THE WITNESS:  Not sure what could -- |
| 04:26:22 | 12 | MS. LEEBOVE:  Q.  Well -- |
| 04:26:22 | 13 | A.  -- prompt a discrimination claim. |
| 04:26:24 | 14 | Q.  Sorry? |
| 04:26:24 | 15 | A.  I'm not sure what could prompt a discrimination |
| 04:26:26 | 16 | claim. |
| 04:26:27 | 17 | Q.  For instance, if there is a female software |
| 04:26:32 | 18 | engineer, level -- let me -- would that be an ▮?  A |
| 04:26:41 | 19 | software engineer, would that be an ▮ job? |
| 04:26:43 | 20 | A.  Yes. |
| 04:26:43 | 21 | Q.  Okay.  So if we have a female software engineer |
| 04:26:46 | 22 | ▮ and a male software engineer ▮, if all things |
| 04:26:55 | 23 | being equal, does Apple do anything, let's say, to |
| 04:26:58 | 24 | ensure that women and men who hold the same jobs are |
| 04:27:04 | 25 | compensated alike in order to prevent potentially a |

1          I, Gina V. Carbone, Certified Shorthand

2     Reporter licensed in the State of California, License

3     No. 8249, hereby certify that the deponent was by me

4     first duly sworn and the foregoing testimony was

5     reported by me and was thereafter transcribed with

6     computer-aided transcription; that the foregoing is a

7     full, complete, and true record of said proceedings.

8          I further certify that I am not of counsel or

9     attorney for either of any of the parties in the

10    foregoing proceeding and caption named or in any way

11    interested in the outcome of the cause in said caption.

12          The dismantling, unsealing, or unbinding of

13    the original transcript will render the reporter's

14    certificates null and void.

15          In witness whereof, I have hereunto set my

16    hand this day:  March 27, 2013.

17          _____ Reading and Signing was requested.

18          _____ Reading and Signing was waived.

19          ___X___ Reading and signing was not requested.

20

21

22          _____

23          GINA  V. CARBONE

24          CSR 8249, CRR, CCRR

25

In Re: High-Tech Employee Antitrust Litigation

United States District Court, Northern District of California – San Jose Division
Case No. 11-CV-2509-LHK

Deposition Errata Sheet

**Steven Burmeister**
**March 15, 2013**

| Deposition Page # | Line # | Currently Reads | Change To Read As | Reason for Change |
|---|---|---|---|---|
| 9 | 12 | One — | No. | Clarify the record |
| 20 | 6 | overview in the design | oversight in the design | Clarify the record |
| 25 | 2 | That's legal. | That's the legal department. | Clarify the record |
| 35 | 13-15 | Ms. Lambert is familiar, having been a recruiter prior to being vice president of human resources. | Ms. Lambert is familiar with recruiting, having been a recruiter prior to being Vice President of Human Resources. | Clarify the record |
| 39 | 19-20 | That's a very arbitrary guess. | That's a very arbitrary time estimate. | Clarify the record |
| 41 | 2 | The proposed FY – fiscal year '10 | The proposed fiscal year '10 | Clarify the record |
| 42 | 13-15 | Vice — VP is vice president. SDIR is director. DI — sorry, senior director. DIR is director. | VP is vice president.  SDIR is senior director. DIR is director. | Clarify the record |
| 53 | 3 | Yes. We — and by "salary ranges," I mean… | Yes. And by "salary ranges," I mean… | Clarify the record |
| 60 | 7-9 | This is the document we used to communicate and roll out the — our new compensation — globally consistent compensation approach. | This is the document we used to communicate and roll out our new globally consistent compensation approach. | Clarify the record |
| 62 | 1 | see — and, again, just one of the factors, to see | see — and again, just one of the factors — to see | Transcription error |
| 64 | 15 | individual — or to — for promotional increase | individual for promotional increase | Clarify the record |
| 68 | 3 | Yeah. So can you ask… | Can you ask… | Clarify the record |
| 71 | 20-22 | We train managers that's equalize and normalize, and we never do that. | We train managers that's "equalize and normalize," and we never do that. | Clarify the record |
| 73 | 17 | Yeah. There is a lot of… | There is a lot of… | Clarify the record |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 74 | 8-9 | that individual's transfer, not consistent in pay levels or bonuses. | that individual's transfer. I don't mean consistent in terms of pay levels or bonuses. | Clarify the record |
|---|---|---|---|---|
| 85 | 17 | a salaried employee to. | a salaried employee to a job grade. | Clarify the record |
| 85 | 25 | would slide it into… | would slot it into… | Transcription error |
| 93 | 19-20 | Do I need him to go to Austin? Very — it could have… | Do I need him to go to Austin?  It could have… | Transcription error |
| 94-95 | 25-1 | Yeah, I'm not sure I follow the question. | I'm not sure I follow the question. | Clarify the record |
| 97 | 11-13 | and I don't think it is at Apple with anyone. It's the minimum; therefore I have to be there. It's purely a reference point… | and I don't think it is at Apple with anyone, "It's the minimum; therefore I have to be there." It's purely a reference point… | Transcription error |
| 100 | 17-18 | It looks to be a recap of competitive — rather, compensation analysis… | It looks to be a recap of compensation analysis… | Clarify the record |
| 101 | 18 | Yeah, in my — can you be more… | Can you be more… | Clarify the record |
| 106 | 17-22 | | | Clarify the record |
| 108 | 12 | — of the individuals, seventy — incumbents … | — of the individuals, 776 incumbents … | Clarify the record |
| 120 | 15 | …not necessarily employees' jobs. | …not necessarily technical employees' jobs. | Clarify the record |
| 122 | 14 | The only different is… | The only difference is… | Transcription error |
| 124 | 13-14 | Yeah. That's broad. And no, it's — that's too broad of a statement. | That's too broad of a statement. | Clarify the record |
| 127 | 13-14 | It's a code associated with the job that's in level — I'm sorry, Column 2. | It's a code associated with the job that's in Column 2. | Clarify the record |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| 130 | 15 | swear | square | Transcription error |
|-----|-----|-------|--------|---------------------|
| 135 | 24 | Yeah. Compression issue as… | Compression issue as… | Clarify the record |
| 137 | 23 | Free to ignore. No… | Free to ignore? No… | Transcription error |
| 178 | 19-20 | …in every compensation — proposed compensation action. | …in every proposed compensation action. | Clarify the record |
| 180 | 14-15 | Yeah.  It would — it would depend on the area.. | It would depend on the area… | Clarify the record |

Dated:  May 15, 2013

Steven Burmeister
**Steven Burmeister**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| Name of case: | *In re: High-Tech Employee Antitrust Litigation*<br>Case No. 11-CV-2509-LHK  (N.D. Cal.) |
| Date of deposition: | March 15, 2013 |
| Name of witness: | **Steven Burmeister** |

DECLARATION UNDER PENALTY OF PERJURY

I hereby certify that I read the foregoing deposition, and that the transcription together with any corrections noted on the Deposition Errata Sheet hereof, with the understanding that I offer these changes as if still under oath, is a true and accurate record of my testimony given at the time and place noted.

Signed on the ____ day of May, 2013.

**Steven Burmeister**