# EXHIBIT 7

to Kahn Declaration ISO Defendants' Opposition to Supplemental Motion for Class Cert [ECF No. 446]

**PUBLIC/REDACTED VERSION**

```
 1              UNITED STATES DISTRICT COURT

 2            NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5   IN RE: HIGH-TECH EMPLOYEE        )

 6   ANTITRUST LITIGATION             )

 7                                    )   No.   11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:        )

 9   ALL ACTIONS.                     )

10   _____  )

11

12        VIDEOTAPED DEPOSITION OF MASON STUBBLEFIELD

13                  ATTORNEYS' EYES ONLY

14                Friday, March 29, 2013

15

16

17

18

19

20

21

22

23

24   Reported By:

25   KATHLEEN WILKINS, CSR #10068, RPR-RMR-CRR-CCRR-CLR
```

| | | |
|---|---|---|
| 10:28:13 | 1 | one of the tools to help aid decisions around how |
| 10:28:19 | 2 | we compensate employees.  So part of what we were |
| 10:28:20 | 3 | doing was putting levels in place that were |
| 10:28:22 | 4 | consistent or connected, not necessarily |
| 10:28:25 | 5 | completely consistent, but connected to levels |
| 10:28:28 | 6 | that are used in some of the surveys that exist in |
| 10:28:31 | 7 | the marketplace as a way for us to collect market |
| 10:28:33 | 8 | information on how other companies pay similar |
| 10:28:35 | 9 | types of roles, similar levels of roles. |
| 10:28:38 | 10 | Q.   And do you recall in the 2005 era what |
| 10:28:41 | 11 | types of market survey information you were |
| 10:28:43 | 12 | collecting? |
| 10:28:44 | 13 | A.   The pri- -- the primary survey that we |
| 10:28:47 | 14 | use is through Radford, and that's been the one |
| 10:28:50 | 15 | that we've used historically. |
| 10:28:53 | 16 | Q.   And what type of information do you get |
| 10:28:55 | 17 | from Radford? |
| 10:28:58 | 18 | A.   We get cash compensation information |
| 10:28:59 | 19 | from them.  And so we get information that gives |
| 10:29:02 | 20 | us general data on how other companies pay and |
| 10:29:05 | 21 | base salary and what their typical incentive |
| 10:29:09 | 22 | targets are and what their typical actual |
| 10:29:11 | 23 | incentives are.  It also gives us some information |
| 10:29:14 | 24 | around equity value that would be provided for |
| 10:29:16 | 25 | different levels of jobs. |

```
10:29:19   1      Q.   And is there a certain set of Radford
10:29:25   2   data that is particularly of interest to Intuit,
10:29:27   3   either by industry or type of worker?
10:29:31   4      A.   So historically, we've looked just at
10:29:34   5   the general survey data from Radford.  And so
10:29:37   6   we've not done selected market cuts or pulled
10:29:39   7   specific companies out of the data; we just look
10:29:41   8   at their general data.  ████████████████████
10:29:44   9   ████████████████████████████████████████████
10:29:46  10   ████████████████████████████████████████████
10:29:48  11   ████████████████████████████████████████████
10:29:50  12   So we'll use that as a piece of data to help us in
10:29:53  13   making decisions or references for decisions in
10:29:56  14   other locations.  But we don't use a select
10:29:59  15   company cut.
10:30:00  16   ██ ██████████████████████████████████████████
10:30:02  17   ████████████████████████████████████████
10:30:04  18   ████████████████████████████████████
10:30:08  19   ██ ██ ████████████████████████████████████
10:30:10  20   ████████████████████████ ██████████████
10:30:12  21   ██████████████████████████████████
10:30:14  22   ████████ ████████████████████████████████████
10:30:16  23   ████████████████████████████████████████████
10:30:19  24   ██████████████████████████ ████████████████
10:30:21  25   ████████████████████████████████████████████
```

```
10:30:25  1   ████████████████████████
10:30:27  2        Q.    Okay.  Do you have a sense of what
10:30:32  3   the -- the key jobs are for you to get market data
10:30:37  4   on?
10:30:39  5        A.    We tried to benchmark every job that we
10:30:42  6   can, and so we're able to benchmark about
10:30:45  7   80 percent of our jobs today.  So I'm not sure I
10:30:47  8   would describe it as key jobs as much as it is
10:30:50  9   having representative data that helps us in making
10:30:53 10   decisions across the broad organization.
10:30:58 11        Q.    And why do you try to benchmark these
10:30:59 12   jobs to the market?
10:31:02 13        A.    Be able to pay competitively.
10:31:12 14        Q.    Is there a process by which you or
10:31:15 15   others that you were aware of in the organization
10:31:17 16   in that 2005/2009 time period would review market
10:31:23 17   data to determine whether there should be salary
10:31:26 18   adjustments because the market was changing for
10:31:28 19   certain jobs?
10:31:29 20        A.    Sure.  We would look at the data as a --
10:31:32 21   you know, as one reference point for us in knowing
10:31:35 22   how fast the market is moving and how much things
10:31:37 23   are changing in the market and use that as an
10:31:40 24   indication of what -- a piece of data or something
10:31:42 25   that may help us in determining what our merit
```

```
10:36:46   1       Q.    █████████████████████████
10:36:47   2             █████████████████████████
10:36:50   3             ████████████  ████████████
10:36:51   4       A.    ████  ████████████████████
10:36:53   5             ██████████████
10:36:54   6       Q.    Right.
10:36:55   7                   ████████████████████
10:36:56   8             ██████████████████████████
10:36:59   9             ██████████████████████████
10:37:01  10             ██████████████████████████
10:37:03  11             ██████████████████████████
10:37:05  12             ██████
10:37:06  13             MR. KIERNAN:  Object to form.
10:37:10  14             THE WITNESS:  ████████████
10:37:11  15             ██████████████████████████
10:37:13  16             ████████████████  ████████
10:37:17  17             ██████████████████████████
10:37:19  18             ██████████████████████████
10:37:22  19             ██████████████████
10:37:22  20       BY MS. DERMODY:
10:37:22  21       Q.    ███████████████████████
10:37:24  22             ███████████████████████
10:37:26  23             ██████
10:37:29  24             MR. KIERNAN:  Object to form.
10:37:32  25             THE WITNESS:  The --
```

```
10:37:34   1            MR. KIERNAN:  Just so I can clarify, the
10:37:35   2   reason I keep saying that is I don't know when
10:37:37   3   you're saying "you" if you mean he personally or
10:37:40   4   Intuit in general.
10:37:41   5            MS. DERMODY:  Sure.  Fair enough.
10:37:43   6        Q.   I'm asking you in your role on this
10:37:46   7   compensation group.
10:37:50   8        A.   We use the data as a reference tool.  We
10:37:53   9   used other elements of data as reference tools as
10:37:55  10   well.  ████████████████████████████████████████
10:37:59  11   ████████████████████████████████████████████████
10:38:01  12   ██████████████████████████████████████████████
10:38:04  13   ████████
10:38:04  14           ████████████████████████████████████████
10:38:06  15   ████████████████████████████████████████████████
10:38:08  16   ██████████████████████████████████  ██████████
10:38:11  17   ████████████████████████████  ████████████████
10:38:13  18   ██████████████████████████████████████  ████████
10:38:16  19   ██████████████████████████████████████  ██████
10:38:18  20   ████████████████████████████████████████████████
10:38:21  21   ████████████████████████████████████████
10:38:24  22          ██████████████████████████████████████
10:38:25  23   ████████████████████████████████████████████████
10:38:28  24   ████████████████████████████████████  ██████████
10:38:30  25   ████████████████████████████████████████████████
```

10:38:31  1   ███████████████     ████████████████████████████
              ███████ █            ████████████████████████
10:38:41  3         Q.    When you moved to the HR business
10:38:46  4   partner role, was there another group of people
10:38:49  5   that were continuing to use the market data and
10:38:52  6   perform the same tasks you were then performing?
10:38:56  7         A.    Yes.   The -- there were others who took
10:38:58  8   on -- there was others who took on the roles and
10:39:01  9   responsibilities that I had when I moved.
10:39:02 10         Q.    And who were those people?
10:39:04 11         A.    The role was essentially split between
10:39:07 12   two people.   Parrish Pullen.
10:39:13 13         Q.    And?
10:39:13 14         A.    And Christina Hall.   And I did remember
10:39:18 15   the last name of the other person.   Patricia Kada,
10:39:22 16   K-A-D-A.
10:39:28 17         Q.    Thank you.
10:39:30 18               What were Mr. Pullen and Miss Hall's
10:39:35 19   responsibilities?
10:39:37 20         A.    Miss Hall took on most of the
10:39:39 21   responsibilities that I had had in executive
10:39:41 22   compensation and equity compensation, and
10:39:43 23   Mr. Pullen took on more of the base pay
10:39:46 24   responsibilities that I had had initially.   And
10:39:49 25   that evolved some over time.   And I don't know

```
01:23:07  1    ████████████████████████████████
01:23:09  2    ████████████████████████████████
01:23:12  3    ██████████
01:23:12  4          ██████████████████████████
01:23:16  5    ████████████████████████████████.
01:23:19  6    ████████████████████████████████
01:23:22  7    ████████████████████████████
01:23:25  8    ██████  ████████████████████
01:23:28  9    ████████████████████████████████
01:23:30 10    ██████████████████████.
01:23:32 11              This second page we went to first on its
01:23:35 12    own has no context.
01:23:36 13         Q.   Looking at the page before where it says
01:23:38 14    "Assess and Calibrate Across Organization," one of
01:23:41 15    the items on this page says, ████████████████
01:23:43 16    ████████
01:23:44 17              Do you see that?
01:23:45 18         A.   Yes, I do see that.
01:23:46 19         Q.   ██████████████████████████████
01:23:49 20    ████████████████████████████████
01:23:53 21    ██████████████████████████
01:23:56 22    ████████████████████████
01:23:58 23         A.   ██████████████████████████████
01:23:59 24    ██████
01:24:01 25         Q.   What's your understanding of what that
```

```
01:24:03  1    means?
01:24:04  2         A.   Like I said, I don't know specifically
01:24:05  3    what it meant here, but the example that you
01:24:08  4    provided would be a likely scenario of things that
01:24:11  5    we would want managers to be looking at.  Managers
01:24:16  6    don't have access to all that information.  ███
01:24:18  7    ████████████████████████████████████████████████
01:24:21  8    ██████████    ████████████████████████████████████
01:24:23  9    ████████████████████████████████████████████████
01:24:25 10    █████
01:24:26 11         Q.   ████████████████████████████████████
01:24:28 12    ██████████████████████████████████████████
01:24:31 13    ████████████████████████████████████████████████
01:24:34 14    ████████████████████████████████████████████████████
01:24:38 15    ████████████████████████████████████████████████████
01:24:41 16         A.   ████
01:24:44 17         Q.   How do you train managers to do what
01:24:48 18    item C instructs about evaluating exposure in
01:24:53 19    determining whether it's defensible?
01:24:56 20         A.   We train managers to focus on
01:24:58 21    performance and making pay decisions based on
01:25:02 22    performance.
01:25:04 23         Q.   And the prior slide which says to
01:25:05 24    ████████████████████████████████████████████████████
01:25:08 25    ██████████████
```

```
01:25:09  1      A.    Like I said, I'm not sure what the
01:25:10  2   context was for this on this slide or this page.
01:25:13  3   We train managers to focus on performance and to
01:25:15  4   make their decisions based on performance.
01:25:18  5      Q.    [redacted]
01:25:20  6   [redacted]
01:25:21  7            MR. KIERNAN:  Object to form.
01:25:28  8            THE WITNESS:  [redacted]
01:25:31  9   [redacted]
01:25:32 10   [redacted]
01:25:36 11   [redacted]
01:25:39 12   BY MS. DERMODY:
01:25:40 13      Q.    And do you have a training that's
01:25:41 14   focused on managing diversity or diverse people?
01:25:46 15      A.    We do.
01:25:46 16      Q.    And is part of that training focused on
01:25:49 17   ensuring that there is fairness of treatment
01:25:51 18   across different demographic groups?
01:25:59 19      A.    The training focuses on managing
01:26:00 20   diversity, focused on inclusion within the
01:26:03 21   workplace.
01:26:05 22      Q.    Is there a training that focuses on
01:26:07 23   paying people that have similar talent and similar
01:26:12 24   performance the same inclusive of different
01:26:14 25   demographic groups?
```

| | | |
|---|---|---|
| 01:26:15 | 1 | A.   We don't have any training that focuses |
| 01:26:17 | 2 | on paying anybody the same.  All of our focus on |
| 01:26:20 | 3 | training on compensation is paying for |
| 01:26:22 | 4 | performance, and appropriate pay for the person, |
| 01:26:24 | 5 | the skills they bring, and the contribution that |
| 01:26:26 | 6 | they bring.  We specifically train not to focus on |
| 01:26:31 | 7 | internal equity in paying people the same. |
| 01:26:32 | 8 | Q.   But assuming that you have two people |
| 01:26:34 | 9 | that have the same skill level and are giving the |
| 01:26:38 | 10 | same performance, is the expectation that their |
| 01:26:41 | 11 | pay would be the same? |
| 01:26:43 | 12 | MR. KIERNAN:  Object to form. |
| 01:26:44 | 13 | THE WITNESS:  No. |
| 01:26:45 | 14 | BY MS. DERMODY: |
| 01:26:45 | 15 | Q.   What would be the distinction between |
| 01:26:47 | 16 | those two people? |
| 01:26:49 | 17 | A.   There could be a number of different |
| 01:26:50 | 18 | factors that could drive a distinction.  We would |
| 01:26:52 | 19 | expect them to be paid comparably or similarly, |
| 01:26:55 | 20 | but we wouldn't expect them to be paid the same. |
| 01:26:58 | 21 | Q.   And what might distinguish them in that |
| 01:27:00 | 22 | hypothetical? |
| 01:27:01 | 23 | A.   Could be background and experience, |
| 01:27:04 | 24 | could be prior roles, could be a number of |
| 01:27:06 | 25 | different factors of things that they brought with |

| | | |
|---|---|---|
| 01:27:09 | 1 | them to the role that the manager believes drives |
| 01:27:12 | 2 | the different value for them today. |
| 01:27:14 | 3 | Q.   So if they -- if one of them had more |
| 01:27:16 | 4 | tenure with the company, more knowledge of the |
| 01:27:20 | 5 | job, for example, that would be a distinction? |
| 01:27:21 | 6 | A.   We don't focus on tenure with the |
| 01:27:24 | 7 | company as a factor.  So someone might have come |
| 01:27:26 | 8 | in with a different background or different |
| 01:27:28 | 9 | experience an individual manager sees as having a |
| 01:27:31 | 10 | different value.  It's the manager's discretion in |
| 01:27:33 | 11 | that case.  So not something that the company |
| 01:27:36 | 12 | specifically is looking for that should say they |
| 01:27:39 | 13 | should be paid the same. |
| 01:27:40 | 14 | Q.   And if the hypothetical is that the |
| 01:27:43 | 15 | people come in straight out of college, same |
| 01:27:45 | 16 | experience, same performance, would the |
| 01:27:47 | 17 | expectation be that they would be paid the same? |
| 01:27:51 | 18 | MR. KIERNAN:  Object to form. |
| 01:27:54 | 19 | THE WITNESS:  The -- the one area where |
| 01:27:56 | 20 | we have more consistency in pay is with new grads, |
| 01:28:01 | 21 | because they generally have no work experience. |
| 01:28:02 | 22 | And so fairly typical practice is to pay them |
| 01:28:05 | 23 | roughly the same.  It starts to differentiate as |
| 01:28:08 | 24 | they have differences in performance. |
| 01:28:09 | 25 | We don't expect everyone in the same |

```
01:33:15   1    ████████████████████████████████████████
01:33:18   2    ██████████████████████████████████
01:33:20   3         Q.    Would that be akin to an internal
01:33:22   4    benchmark?
01:33:23   5         A.    Benchmark is probably broad.  It's a
01:33:27   6    data point.
01:33:34   7         Q.    ████████████████████████████████████
01:33:37   8    ████████████████████████████
01:33:39   9         A.    Yes.
01:33:39  10         Q.    ████████████████████████████████████
01:33:41  11    ████████████████████████████████████
01:33:43  12    ██████████
01:33:44  13               Do you see that?
01:33:44  14         A.    I do see that.
01:33:45  15         Q.    And what does that mean?
01:33:49  16         A.    I think it refers back to the page we
01:33:51  17    were -- two pages we were looking at on the other
01:33:53  18    document on the calibration process, looking at
01:33:56  19    employees and calibrating across decisions with
01:33:59  20    the intent to recognize that we're paying for
01:34:02  21    performance.
01:34:03  22         Q.    And by "calibrating decisions," does
01:34:05  23    that mean that you're linking equivalent
01:34:09  24    performance to similar pay decisions?
01:34:20  25         A.    No.  It's looking to make sure there's
```

| | | |
|---|---|---|
| 01:34:22 | 1 | alignment between performance and pay decisions. |
| 01:34:25 | 2 | It's not trying to get to the same decisions. |
| 01:34:27 | 3 | Q.   Okay.  What is pay equity as referenced |
| 01:34:31 | 4 | here? |
| 01:34:31 | 5 | A.   It's looking for that -- I think it's |
| 01:34:33 | 6 | looking for that relationship between pay and |
| 01:34:36 | 7 | performance in that your highest performing |
| 01:34:38 | 8 | employee should likely be one of your highest paid |
| 01:34:42 | 9 | employees. |
| 01:34:46 | 10 | Q.   And what was the ranking process that |
| 01:34:49 | 11 | happened? |
| 01:34:51 | 12 | A.   I couldn't say specifically what |
| 01:34:53 | 13 | processes were used.  If you go back to the other |
| 01:34:55 | 14 | document ███████████████████████████████ |
| 01:34:57 | 15 | ██████████████████████████████████████████████ |
| 01:35:00 | 16 | ██████████████████████████████ |
| 01:35:02 | 17 | ████████████████████████████████████ |
| 01:35:04 | 18 | ██████████████████████████████ |
| 01:35:07 | 19 | Q.   Can you tell me which document you're |
| 01:35:08 | 20 | talking about? |
| 01:35:09 | 21 | A.   Sorry.  That was the one that's labeled |
| 01:35:11 | 22 | 2739. |
| 01:35:31 | 23 | Q.   Oh, the page that had those boxes? |
| 01:35:35 | 24 | A.   Yes. |
| 01:35:35 | 25 | Q.   So you're looking at before what was |

```
01:35:37  1    called ██████████████████████████████
01:35:40  2    ███████
01:35:41  3         A.    █████ ████████████████████████
01:35:42  4    ████████████████
01:35:53  5              MR. KIERNAN:  Kelly, if it's helpful,
01:35:55  6    it's also in this -- it's also in the current
01:35:58  7    exhibit.
01:35:59  8              MS. DERMODY:  Oh, please tell me where.
01:36:00  9    That would be much --
01:36:02 10              MR. KIERNAN:  2740.  And it has page
01:36:03 11    numbers.  So it's page 20 and 21.
01:36:10 12              MS. DERMODY:  Bless you, Mr. Kiernan.
01:36:16 13              MR. KIERNAN:  I don't want to go back to
01:36:18 14    that other document because of the length.
01:36:20 15              MS. DERMODY:  Yes.  Yes.  Hard to use.
01:36:21 16    Great.
01:36:22 17         Q.    So in Exhibit 2740 on page 21, is this
01:36:27 18    the chart that you were referencing?
01:36:33 19         A.    Yes.
01:36:33 20         Q.    ████████████████████████████████████
01:36:35 21    ████████████████
01:36:41 22         A.    This was intended to be -- there's a
01:36:43 23    ███████████████████████████████████
01:36:45 24    ████████████████████████████████████████████████
01:36:47 25    █████████████████████████████████████ █████
```

```
01:50:25  1      Q.    Do you have an understanding of what the
01:50:27  2      attachments are reflecting?
01:50:33  3      A.    It's reflecting two things.  So on the
01:50:37  4      what I guess I would think of as page 2 in this,
01:50:40  5      so the page that says, "Intuit strategy
01:50:43  6      positions," this is a list of the positions that
01:50:46  7      Intuit had for those roles.
01:50:48  8            So the titles, the job codes listed next
01:50:50  9      to those, the salary range guidelines, this is
01:50:53 10      really not a salary range guideline.  It's the
01:50:56 11      market reference data.  Intuit does not have
01:50:58 12      salary ranges.  ████████████████████████████
01:51:01 13      ██████████████████████████████████████████████
01:51:03 14      ██████████████████████████████████████████████████
01:51:05 15      ██████████████████████████████████████████████████
01:51:08 16      ██████████████████████████████████████████████
01:51:11 17      ████████████████████████████████████
01:51:13 18      ████████████████████████████████████████████
01:51:14 19      ██████████████████████████████████████████████████
01:51:16 20      ██████████████████████
01:51:18 21            The third page is some data that she had
01:51:21 22      collected from outside conversations with her
01:51:24 23      recruiting firm on how some of the organizations
01:51:26 24      that we might be recruiting from were paying
01:51:29 25      similar positions.
```

| | | |
|---|---|---|
| 01:51:43 1 | Q. | If you go back to the first page of this |
| 01:51:45 2 | document, the third paragraph says: | |
| 01:51:50 3 | ███████████████████████ | |
| 01:51:52 4 | ███████████████████████████ | |
| 01:51:54 5 | ███████████████████████████ | |
| 01:51:57 6 | ███████████████████████████ | |
| 01:51:58 7 | █████████████████ | |
| 01:52:00 8 | ███████████████████████████ | |
| 01:52:01 9 | ██████████████████████ | |
| 01:52:03 10 | ███████████████████████████ | |
| 01:52:05 11 | █████████████████ | |
| 01:52:07 12 | Do you see that? | |
| 01:52:08 13 | A. | Yes. |
| 01:52:08 14 | Q. | ███████████████████████ |
| 01:52:11 15 | ███ | |
| 01:52:11 16 | █ ████████████████████████. | |
| 01:52:18 17 | Q. | And do you recall there being times |
| 01:52:21 18 | where people spent a lot of time discussing salary | |
| 01:52:29 19 | ranges and whether they were appropriate for | |
| 01:52:31 20 | different positions? | |
| 01:52:32 21 | A. | Intuit doesn't have salary ranges, so |
| 01:52:35 22 | ███████████████████████ | |
| 01:52:37 23 | ███████████████████████████ | |
| 01:52:39 24 | ██████████████████████ | |
| 01:52:41 25 | ███████████████████████████ | |

```
01:52:43  1     Intuit does not have salary ranges.
01:52:45  2         Q.   So when you had those discussions, what
01:52:47  3     would be the vocabulary you would use?
01:52:52  4         A.   It would depend on the specifics.  It
01:52:53  5     would cover a number of different things.  We've
01:52:55  6     built a process that allows a manager -- managers
01:52:58  7     to exercise discretion and to choose to pay how
01:53:01  8     they believe they need to pay to attract and
01:53:03  9     retain the talent they need to run the business.
01:53:05 10     We provide market reference data as a tool to help
01:53:08 11     them in evaluating their decisions, but it's their
01:53:11 12     decision to choose how they pay.
01:53:17 13         Q.   So the discussion of salary ranges is
01:53:19 14     talking -- ████████████████████████████████████
01:53:21 15     ██████████████████████████████
01:53:26 16         A.   I can't say specifically what
01:53:28 17     Miss Grafil meant when she put it in the context
01:53:31 18     of her message.  Our context back for it would
01:53:34 19     always be in the context of market reference data
01:53:36 20     because we don't have a salary range.
01:53:40 21         Q.   Okay.
01:53:40 22              (Whereupon, Deposition Exhibit 2742
01:53:40 23         was marked for identification.)
01:55:02 24     BY MS. DERMODY:
01:55:02 25         Q.   This document marked 2742 should have
```

```
 1            I, Kathleen A. Wilkins, Certified
 2    Shorthand Reporter licensed in the State of
 3    California, License No. 10068, hereby certify that
 4    the deponent was by me first duly sworn and the
 5    foregoing testimony was reported by me and was
 6    thereafter transcribed with computer-aided
 7    transcription; that the foregoing is a full,
 8    complete and true record of said proceedings.
 9            I further certify that I am not of
10    counsel or attorney for either of any of the
11    parties in the foregoing proceeding and caption
12    named or in any way interested in the outcome of
13    the cause in said caption.
14            The dismantling, unsealing, or unbinding
15    of the original transcript will render the
16    reporter's Certificates null and void.
17            In witness whereof, I have hereunto set
18    my hand this day:  April 4, 2013.
19       ___x___  Reading and Signing was requested.
20       _____  Reading and Signing was waived.
21       _____  Reading and signing was not requested.
22       _____
23       KATHLEEN A. WILKINS
24       CSR 10068, RPR-RMR-CRR-CCRR-CLR
25
```