# EXHIBIT J

to Shaver Declaration ISO Plaintiffs'
Reply ISO Supplemental Motion for
Class Cert [ECF 456]

**PUBLIC/REDACTED VERSION**

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                    SAN JOSE DIVISION

 4

 5   IN RE: HIGH-TECH EMPLOYEE       )

 6   ANTITRUST LITIGATION            )

 7                                   )   No.  11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:       )

 9   ALL ACTIONS.                    )

10   _____ )

11

12        VIDEOTAPED DEPOSITION OF MASON STUBBLEFIELD

13                  ATTORNEYS' EYES ONLY

14                 Friday, March 29, 2013

15

16

17

18

19

20

21

22

23

24     Reported By:

25     KATHLEEN WILKINS, CSR #10068, RPR-RMR-CRR-CCRR-CLR
```

10:41:17 1    actual steps were along the way of the whole

10:41:21 2    audit.

10:41:23 3    ▆ ▆▆▆▆▆▆▆▆▆▆▆▆

10:41:25 4    ▆▆▆▆▆▆▆ ▆▆▆▆▆▆

10:41:28 5    ▆▆▆▆▆▆▆▆

10:41:30 6    ▆▆▆▆▆▆▆▆▆▆▆▆▆

10:41:32 7    ▆▆▆▆

10:41:33 8    ▆▆▆▆▆▆▆▆

10:41:35 9    ▆▆▆▆▆▆▆▆▆▆▆▆▆

10:41:38 10   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆

10:41:41 11   ▆▆▆▆▆ ▆▆▆▆

10:41:44 12   ▆▆▆ ▆▆▆▆▆▆▆▆

10:41:47 13   ▆▆▆▆▆▆▆▆▆▆▆▆▆

10:41:50 14   ▆▆▆▆▆▆▆▆▆▆▆

10:41:52 15   ▆▆▆▆▆▆▆▆▆▆▆▆

10:41:55 16   ▆▆▆▆▆▆▆▆▆▆▆▆▆

10:41:57 17            Looking at data across the different

10:41:59 18   leaders below the senior leader to make sure we

10:42:02 19   had consistency and compliance to budget at an

10:42:04 20   overall level. ▆▆▆▆▆▆▆▆

10:42:07 21   ▆▆▆▆▆▆▆▆▆▆▆▆

10:42:10 22   ▆▆▆

10:42:11 23   ▆ ▆▆▆▆▆▆▆▆▆

10:42:12 24   ▆▆▆▆ ▆▆▆▆▆▆▆▆

10:42:19 25   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆



| 10:42:22 | 1 | |
| 10:42:27 | 2 | |
| 10:42:32 | 3 | |
| 10:42:34 | 4 | |
| 10:42:37 | 5 | |
| 10:42:39 | 6 | |
| 10:42:42 | 7 | |
| 10:42:44 | 8 | |
| 10:42:46 | 9 | |
| 10:42:49 | 10 | |
| 10:42:53 | 11 | |
| 10:42:55 | 12 | |
| 10:42:58 | 13 | |

10:42:58   14          Q.     Okay.  Were there certain things that

10:43:01   15   would show up or would catch your eye as eye

10:43:05   16   opening in a recommendation?

10:43:06   17          A.     Sure.

10:43:08   18          Q.     What would that be?

10:43:10   19          A.     A pay increase that was outside a

10:43:12   20   guideline for the performance rating, perform a --

10:43:15   21   any -- any inconsistencies.  We have a set of

10:43:19   22   guidelines and we would have exception reporting

10:43:21   23   to identify things that were outside of those

10:43:24   24   guidelines and would audit those.

10:43:26   25          Q.     So if -- so were there ranges of merit

| | | |
|---|---|---|
| 10:43:32 | 1 | increase that would be appropriate for different |
| 10:43:34 | 2 | performance ratings? |
| 10:43:34 | 3 | MR. KIERNAN:  Object to form.  Sorry. |
| 10:43:38 | 4 | Object to form. |
| 10:43:40 | 5 | THE WITNESS:  We provide guidelines. |
| 10:43:40 | 6 | Intuit provides guidelines for what we would |
| 10:43:44 | 7 | expect a range of increase to be for a level of |
| 10:43:46 | 8 | performance. |
| 10:43:47 | 9 | BY MS. DERMODY: |
| 10:43:47 | 10 | Q.    And then if a person -- if a manager had |
| 10:43:50 | 11 | recommended someone outside that guideline, would |
| 10:43:53 | 12 | that be something that you would audit? |
| 10:43:55 | 13 | A.    Would depend on how far outside the |
| 10:43:57 | 14 | guideline it was.  But likely it would be |
| 10:43:59 | 15 | something we'd look at to try to understand why |
| 10:44:01 | 16 | the recommendation was being made. |
| 10:44:03 | 17 | Q.    Okay.  And you mentioned that you were |
| 10:44:06 | 18 | involved in the audit process. |
| 10:44:08 | 19 | Was someone else also involved with you |
| 10:44:11 | 20 | reviewing the managers in your area? |
| 10:44:14 | 21 | ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10:44:16 | 22 | ▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10:44:19 | 23 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10:44:22 | 24 | ▮▮▮▮▮▮▮▮▮▮▮▮ |
| 10:44:25 | 25 | ▮▮▮▮▮▮▮▮▮▮▮▮ |

Deposition of Mason Stubblefield

In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

10:44:28   1   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:44:29   2        Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:44:31   3   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:44:33   4   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:44:37   5   ▮▮▮▮▮

10:44:39   6        A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:44:41   7   ▮▮▮▮▮▮▮▮▮▮▮   ▮▮▮▮▮▮▮▮▮▮

10:44:43   8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:44:46   9   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:44:48   10  ▮▮▮▮▮▮▮

10:44:49   11       Q.   Are you aware of specific differences in

10:44:52   12  the audit process across the organization?

10:44:55   13       A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:44:56   14  ▮▮▮▮▮▮▮▮

10:44:57   15       Q.   Okay.   ▮▮▮▮▮▮▮▮▮▮

10:44:59   16  ▮▮▮▮▮▮▮▮▮▮▮▮

10:45:02   17  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:45:04   18  ▮▮▮▮▮▮▮▮

10:45:07   19       A.   ▮▮▮

10:45:07   20       Q.   Okay.   ▮▮▮▮▮▮▮▮▮▮

10:45:19   21  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:45:22   22  ▮

10:45:22   23       A.   ▮▮▮   ▮▮▮▮▮▮▮▮▮▮▮

10:45:23   24       Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

10:45:26   25  ▮▮▮▮▮▮▮▮▮▮▮

11:35:03   1          Q.     Sure.

11:35:04   2          ████████████████████████

11:35:06   3   ████████████████    ██████████████████

11:35:08   4   █████████████████

11:35:11   5          A. ████████████████████████

11:35:14   6   ████████████████████████████████,

11:35:17   7   ██████████████████████████

11:35:20   8   ███████████      We talked a bit about retention

11:35:25   9   bonuses, which would also be a monetary reward

11:35:27  10   that could -- is used in some situations, would be

11:35:30  11   available for employees.

11:35:35  12          Q.     ████████████████████████

11:35:38  13   ██████████████████████████████████

11:35:41  14   ██████████████████████████████

11:35:45  15   ██████████████████████████████

11:35:51  16          A.     ████████████████████

11:35:52  17   ███████████████

11:35:52  18          Q.     Yes.

11:35:55  19          A.     ████████████████████████

11:35:59  20   ████████████████████████████

11:36:01  21   ████████████████████████

11:36:04  22   ████████████████████████

11:36:06  23   ██████████  ████████████████████

11:36:10  24   ████████████████████████

11:36:13  25   ██████████  ████████████████████████

11:36:16   1   ████████████████████████████████████

11:36:18   2   ████████████████████████████████████████

11:36:21   3   ██████████████████████████████████████████

11:36:25   4   ████████████████████████████████  ██████████

11:36:27   5   ██████████████████.

11:36:29   6        Q.    Is that the spotlight program?

11:36:31   7        A.    Yes, that's the spotlight program.

11:36:38   8        Q.    ██████████████████████████████████████

11:36:41   9   ████████████████████?

11:36:41  10        A.    Yes.

11:36:43  11        Q.    ██████████████████████

11:36:46  12        A.    ████████████████████████████

11:36:55  13   ████████████████████████████████████████

11:37:03  14        Q.    And for how long has the spotlight

11:37:05  15   program been around?

11:37:09  16        A.    I don't know exactly when it started,

11:37:10  17   but it's been a key part of Intuit's compensation

11:37:13  18   approach for a number of years.  Ten years or

11:37:15  19   more.

11:37:16  20        Q.    Okay.  So prior to your time maybe?

11:37:18  21        A.    Yes.  ████████████████████████████

11:37:20  22   ██████████████████████

11:37:23  23        Q.    ██████████████████████████████████

11:37:26  24   ████████████████████████████████████████████

11:37:33  25   ████████████████████████████████████

11:37:36  1  █████████████████████████████

11:37:38  2      A.     ████

11:37:39  3      Q.     And describe those situations.

11:37:43  4      A.     There's been situations in -- a few

11:37:47  5  different situations I can think of if there were

11:37:49  6  █████████████████████████████████████

11:37:52  7  ██████████████████████████████████████████

11:37:54  8  ██████████████████████████████████████████

11:37:57  9  ███████████████████████████████████████

11:38:00 10  ██████████████████████████████████

11:38:04 11          ████████████████████████████████

11:38:05 12  ████████████████████████████████████████████

11:38:09 13  ████████████████████████████████████████████

11:38:12 14  ████████████████████████████████

11:38:16 15  █████████████████████████████████████

11:38:16 16  ██████████████████████████████

11:38:19 17          If we saw attrition in some area, we'd

11:38:23 18  use -- we use retention bonuses proactively to try

11:38:27 19  to secure, lock in, create the incentive for other

11:38:31 20  talent to stay.

11:38:35 21      Q.     And has that been the practice going

11:38:37 22  back to when you started in 2004?

11:38:41 23          MR. KIERNAN:  Object to form.

11:38:46 24          THE WITNESS:  █████████████████

11:38:48 25  ████████████████████████████████████

| | | |
|---|---|---|
| 11:38:49 | 1 | ████████████████████████ |
| 11:38:52 | 2 | ██████████  So we've had retention bonuses where a |
| 11:38:56 | 3 | tool that goes back to -- the start of my time as |
| 11:38:58 | 4 | one of the tools that was out there.  We primarily |
| 11:39:01 | 5 | use equity as our retention vehicle, and it's been |
| 11:39:05 | 6 | out there as well. |
| 11:39:06 | 7 | BY MS. DERMODY: |
| 11:39:07 | 8 | Q.    And is equity something that you have |
| 11:39:10 | 9 | used proactively to keep talent notwithstanding |
| 11:39:15 | 10 | any other offer that they might have in the |
| 11:39:17 | 11 | market? |
| 11:39:21 | 12 | MR. KIERNAN:  Object to form. |
| 11:39:23 | 13 | THE WITNESS:  ████████████████████ |
| 11:39:25 | 14 | ██████████████████████████████, and |
| 11:39:28 | 15 | based on the performance ratings, retention |
| 11:39:31 | 16 | ratings, employees are given a value of equity. |
| 11:39:34 | 17 | ████████████████████████ |
| 11:39:36 | 18 | █████████████████  ██████████ |
| 11:39:39 | 19 | ██████████████████████████ |
| 11:39:41 | 20 | ████████████████████ |
| 11:39:57 | 21 | BY MS. DERMODY: |
| 11:39:57 | 22 | Q.    And I think you testified earlier that |
| 11:39:58 | 23 | the compensation, including decisions about |
| 11:40:01 | 24 | equity, █████████████████████████ |
| 11:40:04 | 25 | ████████ |

Deposition of Mason Stubblefield                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| Time | Line | Text |
|------|------|------|
| 11:40:06 | 1 | A. ▆▆ |
| 11:40:09 | 2 | Q. ▆▆▆▆▆▆▆▆▆▆ |
| 11:40:11 | 3 | ▆▆▆▆▆▆▆▆▆▆ |
| 11:40:16 | 4 | ▆▆▆ |
| 11:40:18 | 5 | A. ▆▆▆▆▆▆▆▆ |
| 11:40:20 | 6 | ▆▆▆▆▆▆▆ |
| 11:40:23 | 7 | ▆▆▆▆ ▆▆▆ |
| 11:40:26 | 8 | ▆▆▆▆▆▆▆▆ |
| 11:40:29 | 9 | ▆. |
| 11:40:29 | 10 | Q. Okay. ▆▆▆▆▆ |
| 11:40:33 | 11 | ▆ |
| 11:40:34 | 12 | A. ▆▆▆▆ ▆▆▆ |
| 11:40:40 | 13 | ▆▆ ▆▆▆▆ |
| 11:40:43 | 14 | ▆▆▆▆▆ |
| 11:40:46 | 15 | ▆▆▆▆▆ |
| 11:40:51 | 16 | Q. ▆▆▆▆ |
| 11:40:53 | 17 | ▆▆▆▆▆▆ |
| 11:40:55 | 18 | ▆▆ |
| 11:40:58 | 19 | A. ▆▆▆ ▆▆▆ |
| 11:40:59 | 20 | ▆▆. |
| 11:40:59 | 21 | Q. ▆▆▆▆▆ |
| 11:41:01 | 22 | ▆▆▆▆▆▆ |
| 11:41:05 | 23 | ▆▆▆▆▆ |
| 11:41:07 | 24 | A. ▆▆ ▆▆▆▆▆ |
| 11:41:09 | 25 | ▆▆▆ |

Deposition of Mason Stubblefield                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:41:11  1        Q.     Okay.  And describe those.

11:41:12  2        A.     They'd be situations, oh, kind of like I

11:41:14  3    described before from a retention perspective.  If

11:41:16  4    we saw attrition with a group of employees or a

11:41:19  5    certain skill set and we were concerned about

11:41:21  6    that, we'd use proactive equity grants with others

11:41:24  7    that we're seeing this top talent to try to incent

11:41:28  8    them to stay or use as another retention tool.

11:41:32  9        Q.     Is that something that you've seen

11:41:34 10    happen going back to the 2005 time period?

11:41:40 11        A.     I don't recall it happening -- it's not

11:41:42 12    something that happens very often inside the

11:41:43 13    organization.  I can think of one situation where

11:41:45 14    it happened -- where it's happened, and that was

11:41:48 15    more recent.

11:41:49 16        Q.     Okay.  What was that situation?

11:41:50 17        A.     ██████████████████████████████████

11:41:52 18    ████████████████████████████████████████████████

11:41:55 19    ███████████████████████████████████████████████

11:41:57 20    ████████████████████████████████████████████████

11:42:00 21    ██████████████████████████████████████

11:42:04 22    ███████████████████████████████████████████

11:42:06 23    ███████████████████████████████████████████

11:42:19 24        Q.     And do you know, were these employees

11:42:20 25    that had threatened to leave?

| | |
|---|---|
| 11:42:25  1 | A.    I don't know. ████████████████ |
| 11:42:28  2 | ██████████████████████████████████████ |
| 11:42:31  3 | ███████████████████████████████ |
| 11:42:33  4 | ██████████████████████████████████████ |
| 11:42:37  5 | ███████████████████████████. |
| 11:42:45  6 | Q.    ████████████████████████ |
| 11:42:46  7 | ████████████████████████████ |
| 11:42:50  8 | A.    ████████████████. |
| 11:42:51  9 | Q.    Okay.  And do you recall other |
| 11:42:52  10 | situations happening before that? |
| 11:42:56  11 | A.    I don't recall other situations like |
| 11:42:59  12 | that. |
| 11:43:01  13 | Q.    Is it possible that they happened but |
| 11:43:04  14 | you don't know?  Is that -- |
| 11:43:05  15 | A.    Sure, it's possible. |
| 11:43:30  16 | Q.    Are there any other strategies that |
| 11:43:32  17 | you're aware Intuit has used to proactively retain |
| 11:43:37  18 | key talent? |
| 11:43:40  19 | A.    Yes. |
| 11:43:41  20 | Q.    And can you describe those that are |
| 11:43:44  21 | compensation-based? |
| 11:43:46  22 | A.    Most of the others would not be |
| 11:43:48  23 | compensation-based. |
| 11:43:49  24 | Q.    Okay.  Are those more work |
| 11:43:54  25 | assignment-based? |

| | | |
|---|---|---|
| 11:43:56 | 1 | A. It could be work assignment-based, |
| 11:43:59 | 2 | development-oriented, project work, learning and |
| 11:44:03 | 3 | development opportunities. |
| 11:44:18 | 4 | Q. Are there any other compensation-based |
| 11:44:21 | 5 | strategies to retain key talent that you're aware |
| 11:44:24 | 6 | Intuit has used that you haven't already |
| 11:44:26 | 7 | described? |
| 11:44:28 | 8 | A. No, I don't think so. |
| 11:44:28 | 9 | Q. Okay. Were you aware that at some point |
| 11:44:40 | 10 | in time, Intuit had a policy not to recruit into |
| 11:44:44 | 11 | certain companies? |
| 11:44:46 | 12 | A. I'm not aware of any policy like that. |
| 11:44:48 | 13 | Q. Okay. Did you become aware of that at |
| 11:44:50 | 14 | some point in time? |
| 11:44:51 | 15 | A. I'm not aware that Intuit ever had a |
| 11:44:54 | 16 | policy like that. |
| 11:44:56 | 17 | Q. Were you aware that there was a practice |
| 11:44:58 | 18 | at Intuit not to recruit into some companies? |
| 11:45:01 | 19 | A. No. No, I was not. |
| 11:45:02 | 20 | Q. Okay. It's not something you ever heard |
| 11:45:04 | 21 | anyone talk about? |
| 11:45:05 | 22 | A. No. |
| 11:45:10 | 23 | Q. Were you aware that Intuit was |
| 11:45:13 | 24 | investigated by the Department of Justice in |
| 11:45:15 | 25 | connection with recruiting into other companies? |

| | | |
|---|---|---|
| 11:45:17 | 1 | A.    Yes, I am aware of that. |
| 11:45:19 | 2 | Q.    And when did you become aware of that? |
| 11:45:22 | 3 | A.    Probably soon after it -- or at the time |
| 11:45:25 | 4 | it became public. |
| 11:45:26 | 5 | Q.    Okay.  And I'm aware that there's more |
| 11:45:28 | 6 | than one set of investigations, so the only one |
| 11:45:31 | 7 | I'm concerned about is the one involving this |
| 11:45:34 | 8 | case, if that's clear to you. |
| 11:45:37 | 9 | A.    Okay. |
| 11:45:38 | 10 | Q.    Did you participate in the Department of |
| 11:45:39 | 11 | Justice investigation on behalf of Intuit? |
| 11:45:42 | 12 | A.    No, I did not. |
| 11:45:43 | 13 | Q.    You weren't interviewed by DOJ? |
| 11:45:45 | 14 | A.    No, I was not. |
| 11:46:17 | 15 | Q.    That one has already been marked, so I |
| 11:46:19 | 16 | can pass it right to you.  That should have the |
| 11:46:22 | 17 | deposition Exhibit 918. |
| 11:46:25 | 18 | Do you see that? |
| 11:46:26 | 19 | A.    Yes. |
| 11:46:28 | 20 | Q.    Have you seen this document before? |
| 11:46:34 | 21 | A.    I have seen it before. |
| 11:46:35 | 22 | Q.    Prior to preparing for your deposition, |
| 11:46:37 | 23 | had you seen this before? |
| 11:46:38 | 24 | A.    No, I had not. |
| 11:46:39 | 25 | Q.    Have you ever talked to Mr. McNeal about |

11:46:42  1    a do not contact list at Intuit?

11:46:47  2         A.    No.

11:46:49  3         Q.    Or how about Mr. Nguyen?

11:46:51  4         A.    No.

11:46:52  5         Q.    Or Miss Ross?

11:46:52  6         A.    No.

11:47:00  7         Q.    Do you have any type of relationship

11:47:01  8    with Mr. Bill Campbell?

11:47:05  9         A.    Yes.

11:47:06 10         Q.    Okay.  And do you have a regular

11:47:12 11    occasion to meet with him?

11:47:13 12         A.    Yes.

11:47:14 13         Q.    And what is that?

11:47:16 14         A.    There's a couple of situations.  So

11:47:19 15    Mr. Campbell is chairman of the board, so on a

11:47:23 16    quarterly basis, I, along with a couple of others,

11:47:26 17    meet with him to talk about board agendas, and

11:47:29 18    specifically the committee agendas.  I have

11:47:31 19    responsibility in working with him on the agenda

11:47:33 20    for the compensation organization development

11:47:35 21    committee.

11:47:35 22              And so prior to those meetings, we

11:47:37 23    review that agenda, and then he participates in

11:47:40 24    that committee meeting.  And so I -- I attend

11:47:44 25    those meetings, and so whenever that group meets

| | | |
|---|---|---|
| 11:49:06 | 1 | at any other companies in the valley about |
| 11:49:09 | 2 | recruiting issues? |
| 11:49:11 | 3 | A.   What do you mean by "recruiting issues"? |
| 11:49:14 | 4 | Q.   About whether there should be certain |
| 11:49:16 | 5 | people off limits to recruiting across companies? |
| 11:49:19 | 6 | A.   No. |
| 11:49:47 | 7 | Q.   Let me ask you about Mr. Steve Jobs. |
| 11:49:50 | 8 | Did you have any relationship with him |
| 11:49:51 | 9 | when he was at -- still at Apple? |
| 11:49:58 | 10 | A.   No, none at all. |
| 11:49:59 | 11 | Q.   Okay. |
| 11:49:59 | 12 | (Whereupon, Deposition Exhibit 2738 |
| 11:49:59 | 13 | was marked for identification.) |
| 11:50:10 | 14 | BY MS. DERMODY: |
| 11:50:10 | 15 | Q.   The document placed in front of you as |
| 11:50:12 | 16 | Exhibit 2738 should bear an Intuit number on the |
| 11:50:15 | 17 | front cover, -43557. |
| 11:50:19 | 18 | Do you see that? |
| 11:50:19 | 19 | A.   Yes. |
| 11:50:19 | 20 | Q.   And in the document, I don't think there |
| 11:50:21 | 21 | are page numbers themselves, so bear with me as we |
| 11:50:24 | 22 | go through this. |
| 11:50:27 | 23 | If you look at the document, is this a |
| 11:50:30 | 24 | document or a spreadsheet that you recognize as |
| 11:50:33 | 25 | being used in the compensation area at Intuit? |

| | | |
|---|---|---|
| 11:50:43 | 1 | A.    So -- yes. |
| 11:50:44 | 2 | Q.    And can you explain what this is? |
| 11:50:50 | 3 | A.    I can try. |
| 11:50:52 | 4 | So the first page that has the |
| 11:50:55 | 5 | performance rating and the award as -- ████████ |
| 11:50:58 | 6 | ████████████████████████████████████████████ |
| 11:51:03 | 7 | ██████████████████████████████████████████████ |
| 11:51:07 | 8 | ██████████████████████████████████ |
| 11:51:08 | 9 | ██████████████████████████████████████████████ |
| 11:51:11 | 10 | █████████ |
| 11:51:17 | 11 | The second page is a mix of things.  So |
| 11:51:22 | 12 | it looks like it's actually a collection of |
| 11:51:24 | 13 | multiple different documents that someone's put |
| 11:51:26 | 14 | together into a single page, because it would have |
| 11:51:28 | 15 | never been produced this way by itself.  The piece |
| 11:51:31 | 16 | at the top looks like a template that -- just some |
| 11:51:34 | 17 | dates that were used for stock grant eligibility |
| 11:51:37 | 18 | back in 2005.  And I'm not sure what the grant |
| 11:51:41 | 19 | date is because those don't look really |
| 11:51:44 | 20 | consistent. |
| 11:51:46 | 21 | Below that it's starting to describe the |
| 11:51:47 | 22 | ██████████████████████████████████████████ |
| 11:51:50 | 23 | ████████████████████████   And the very bottom piece is |
| 11:51:54 | 24 | actually a screen shot of what -- of what -- of |
| 11:51:58 | 25 | the system that we used to use and the control |

| | | |
|---|---|---|
| 11:52:00 | 1 | table inside that system and how values were set. |
| 11:52:02 | 2 | So it's a screen shot of PeopleSoft. |
| 11:52:05 | 3 | Q.    Okay. |
| 11:52:05 | 4 | A.    So this document on its own could never |
| 11:52:08 | 5 | have been produced by itself just based on it |
| 11:52:10 | 6 | being a collection of different things. |
| 11:52:11 | 7 | Q.    Okay.  On that nine blocker control |
| 11:52:17 | 8 | section -- |
| 11:52:17 | 9 | A.    Yes. |
| 11:52:17 | 10 | Q.    -- can you just walk me through what the |
| 11:52:19 | 11 | different columns are? |
| 11:52:28 | 12 | A.    I'll try. |

| | |
|---|---|
| 11:53:05 | 1 |
| 11:53:08 | 2 |
| 11:53:10 | 3 |
| 11:53:12 | 4 |
| 11:53:15 | 5 |
| 11:53:19 | 6 |
| 11:53:21 | 7 |
| 11:53:22 | 8 |
| 11:53:24 | 9 |
| 11:53:27 | 10 |
| 11:53:31 | 11 |



11:53:36  12      Q.    Okay.  I'm not sure if the page that

11:53:42  13  follows is an excerpt from the very last page or

11:53:48  14  these are different things.

11:53:51  15      A.    It's similar to what's on the very last

11:53:53  16  page, and so it may have been -- it may have been

11:53:56  17  part of a working product to get to what would end

11:53:59  18  up on that last page.  So it's from an Excel file

11:54:02  19  and it was essentially a way to build or manage

11:54:05  20  the targets that got put back into the control

11:54:07  21  table, the nine block control table.

11:54:10  22          This would be the basis for having --

11:54:12  23  having an input document to put those -- those

11:54:16  24  values into the system.

11:54:19  25

11:54:22   1   ███████████████████████████

11:54:27   2   ███████████████████████

11:54:29   3   ███████████████████████████

11:54:32   4   █████████████████.  This is a document

11:54:38   5   that was used to build the system or to structure

11:54:40   6   values in the system.

11:54:41   7        Q.    Okay.  So if you were to take -- under

11:54:53   8   ████████████████████████

11:54:56   9   ██

11:54:58  10        A.    Okay.

11:54:58  11        Q.    ███████████████████████

11:55:01  12   ████████████████████

11:55:04  13        A.    ████████████████

11:55:06  14   ██████████

11:55:07  15        Q.    Okay.  ██████████████

11:55:10  16   ████████████████████████████

11:55:14  17   ██████████████

11:55:16  18        A.    ████

11:55:16  19        Q.    ███████████████████████

11:55:20  20   ██████████████████████

11:55:22  21        A.    ███████████████████████

11:55:24  22   ████████████████████

11:55:34  23        Q.    So if I'm trying to read that -- ████

11:55:37  24   ████████████████████

11:55:42  25   ████████████████████

| | | |
|---|---|---|
| 11:55:48 | 1 | ████████████████████ |
| 11:55:50 | 2 | A.    Yes. |
| 11:55:51 | 3 | Q.    Okay. |
| 11:55:52 | 4 | A.    That's correct. |
| 11:56:38 | 5 | Q.    Mr. Stubblefield, the document placed in |
| 11:56:39 | 6 | front of you should have a number in the front, |
| 11:56:41 | 7 | Exhibit 1761. |
| 11:56:44 | 8 | Do you see that? |
| 11:56:44 | 9 | A.    Yes. |
| 11:56:47 | 10 | Q.    If you'll open to the next page of it, |
| 11:56:53 | 11 | it starts what appears to be a PowerPoint, or |
| 11:56:55 | 12 | something like that, a presentation of some sort. |
| 11:56:58 | 13 | Do you recognize what this is? |
| 11:57:01 | 14 | A.    So in looking at the presentation, I'm |
| 11:57:04 | 15 | familiar with it.  I don't remember the -- I don't |
| 11:57:06 | 16 | know the exact context of how this was used. |
| 11:57:09 | 17 | Q.    If you look on the second page, there |
| 11:57:12 | 18 | are page numbers in the lower left corner. |
| 11:57:16 | 19 | A.    Yes. |
| 11:57:16 | 20 | Q.    Might be helpful. |
| 11:57:18 | 21 | You'll see that there is a date in the |
| 11:57:19 | 22 | middle where it says January 7, 2005. |
| 11:57:22 | 23 | Do you see that? |
| 11:57:23 | 24 | A.    Yes. |
| 11:57:24 | 25 | Q.    And do you know in this time period who |

```
 1              I, Kathleen A. Wilkins, Certified

 2     Shorthand Reporter licensed in the State of

 3     California, License No. 10068, hereby certify that

 4     the deponent was by me first duly sworn and the

 5     foregoing testimony was reported by me and was

 6     thereafter transcribed with computer-aided

 7     transcription; that the foregoing is a full,

 8     complete and true record of said proceedings.

 9              I further certify that I am not of

10     counsel or attorney for either of any of the

11     parties in the foregoing proceeding and caption

12     named or in any way interested in the outcome of

13     the cause in said caption.

14              The dismantling, unsealing, or unbinding

15     of the original transcript will render the

16     reporter's Certificates null and void.

17              In witness whereof, I have hereunto set

18     my hand this day:  April 4, 2013.

19         ___x___ Reading and Signing was requested.

20         _____ Reading and Signing was waived.

21         _____ Reading and signing was not requested.

22         _____

23         KATHLEEN A. WILKINS

24         CSR 10068, RPR-RMR-CRR-CCRR-CLR

25
```