1  MAYER BROWN LLP
   LEE H. RUBIN (SBN 141331)
2  lrubin@mayerbrown.com
   EDWARD D. JOHNSON (SBN 189475)
3  wjohnson@mayerbrown.com
   DONALD M. FALK (SBN 150256)
4  dfalk@mayerbrown.com
   ERIC B. EVANS (SBN 232476)
5  eevans@mayerbrown.com
   ANNE M. SELIN (SBN 270634)
6  aselin@mayerbrown.com
   Two Palo Alto Square, Suite 300
7  3000 El Camino Real
   Palo Alto, CA 94306-2112
8  Telephone:     (650) 331-2000
   Facsimile:     (650) 331-2061
9
   *Attorneys for Defendant*
10 *Google Inc.*

11 [Additional Counsel on Signature Page]

12                    **UNITED STATES DISTRICT COURT**

13                  **NORTHERN DISTRICT OF CALIFORNIA**

14                          **SAN JOSE DIVISION**

15

16 IN RE: HIGH-TECH EMPLOYEE             Master Docket No. 11-CV-2509-LHK
   ANTITRUST LITIGATION
17                                       **[PROPOSED] ORDER GRANTING**
   THIS DOCUMENT RELATES TO:             **DEFENDANTS' RENEWED**
18                                       **ADMINISTRATIVE MOTION TO SEAL**
   ALL ACTIONS                           **FILINGS RELATED TO PLAINTIFFS'**
19                                       **SUPPLEMENTAL MOTION FOR**
                                         **CLASS CERTIFICATION**
20

21

22

23

24

25

26

27

28

On March 14, 2014, the Court issued its Order Granting in Part and Denying in Part Motions to Seal (ECF No. 730) related to administrative motions to seal related to Plaintiffs' Supplemental Motion for Class Certification.  In its Order, the Court denied without prejudice certain sealing requests and allowed the filing of renewed motions to seal.  ECF No. 730 at 36. On March 28, 2014, Defendants Apple Inc., Google Inc., Intel Corporation, and Intuit Inc. ("Intuit") (collectively, "Defendants") filed their Renewed Administrative Motion to Seal Filings Related to Plaintiffs' Supplemental Motion for Class Certification, along with supporting Declarations.

Having considered Defendants' Renewed Administrative Motion to Seal Filings Related to Plaintiffs' Supplemental Motion for Class Certification and the Declarations submitted in support thereof, GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED THAT Defendants' Renewed Joint Administrative Motion is GRANTED and the following be filed under seal (and as reflected in the proposed redactions accompanying the Renewed Motion to Seal):

| Exhibit To Be Sealed (in redacted form) | Source of Support for Sealing |
|---|---|
| Ex. Q to the Declaration of Lisa J. Cisneros in Support of Plaintiffs' Supplemental Motion for Class Certification (ECF No. 418-2) ("Cisneros Ex.") | Declaration of Anne M. Selin ISO Defs.' Renewed Admin. Motion to Seal (Google) ("Selin Decl.") ¶ 6 |
| Cisneros Ex. R | Selin Decl. ¶ 6 |
| Cisneros Ex. S | Selin Decl. ¶ 6 |
| Cisneros Ex. T | Selin Decl. ¶ 6 |
| Cisneros Ex. V | Selin Decl. ¶ 6 |
| Cisneros Ex. W | Selin Decl. ¶ 6 |
| Cisneros Ex. X | Selin Decl. ¶ 6 |
| Cisneros Ex. EE | Selin Decl. ¶ 6 |

| Exhibit To Be Sealed (in redacted form) | Source of Support for Sealing |
|---|---|
| Cisneros Ex. FF | Declaration of Roberta D. Tonelli ISO Defs.' Renewed Admin. Motion to Seal (Intuit) ("Tonelli Decl.") ¶ 6 |
| Cisneros Ex. II | Tonelli Decl. ¶ 7 |
| Cisneros Ex. JJ | Tonelli Decl. ¶ 8 |
| Cisneros Ex. 173 | Selin Decl. ¶ 6 |
| Cisneros Ex. 176 | Selin Decl. ¶ 6 |
| Cisneros Ex. 472 | Selin Decl. ¶ 6 |
| Cisneros Ex. 608 | Selin Decl. ¶ 6 |
| Cisneros Ex. 614 | Selin Decl. ¶ 6 |
| Cisneros Ex. 616 | Selin Decl. ¶ 6 |
| Cisneros Ex. 621 | Selin Decl. ¶ 6 |
| Cisneros Ex. 660 | Selin Decl. ¶ 6 |
| Cisneros Ex. 666 | Selin Decl. ¶ 6 |
| Cisneros Ex. 668 | Selin Decl. ¶ 6 |
| Cisneros Ex. 674 | Selin Decl. ¶ 6 |
| Cisneros Ex. 1130 | Declaration of Christina Brown ISO Defs.' Renewed Admin. Motion to Seal (Apple) ("Brown Decl.") ¶ 3 |
| Cisneros Ex. 1376 | Brown Decl. ¶ 4 |
| Cisneros Ex. 1600 | Selin Decl. ¶ 6 |
| Cisneros Ex. 1606 | Selin Decl. ¶ 6 |
| Cisneros Ex. 1609 | Selin Decl. ¶ 6 |
| Cisneros Ex. 1613 | Selin Decl. ¶ 6 |
| Cisneros Ex. 1618 | Selin Decl. ¶ 6 |
| Cisneros Ex. 1625 | Selin Decl. ¶ 6 |
| Cisneros Ex. 1629 | Selin Decl. ¶ 6 |
| Cisneros Ex. 1753 | Selin Decl. ¶ 6 |
| Cisneros Ex. 2422 | Selin Decl. ¶ 6 |

| Exhibit To Be Sealed (in redacted form) | Source of Support for Sealing |
| --- | --- |
| Cisneros Ex. 2425 | Selin Decl. ¶ 6 |
| Cisneros Ex. 2426 | Selin Decl. ¶ 6 |
| Ex. E to the Declaration of Anne B. Shaver in Support of Plaintiffs' Reply in Support of Supplemental Motion for Class Certification (ECF No. 456) ("Shaver Ex.") | Selin Decl. ¶ 8 |
| Shaver Ex. F | Declaration of John Mittelbach ISO Defs' Joint Response to Plaintiffs' Admin. Motion to Seal (Intel) (Dkt. No. 631) ("Mittelbach Decl.") ¶ 4 [citing Declaration of Tina M. Evangelista ISO Plaintiffs' Administrative Motion to File Under Seal Plaintiffs Notice of Motion and Motion for Class Certification and Memorandum of Law in Support (Dkt. No. 203) ¶¶ 3-6, 8-9] |
| Shaver Ex. J | Tonelli Decl. ¶ 11 |
| Shaver Ex. K | Selin Decl. ¶ 8 |
| Shaver Ex. O | Selin Decl. ¶ 8; Brown Decl. ¶ 7 |
| Ex. 14 to the Declaration of Dean M. Harvey in Support of Plaintiffs' Supplemental Motion for Class Certification (ECF No. 418-1) | Selin Decl. ¶ 7 |
| Exhibit 8 to the Declaration of Christina Brown filed in Support of Defendants' Opposition to Supplemental Class Certification Motion (ECF No. 445) ("Brown Ex.") | Tonelli Decl. ¶ 9 |
| Brown Ex. 9 | Mittelbach Decl. ¶ 4 |
| Exhibit 2 to the Declaration of Lin W. Kahn in Support of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification (ECF No. 446) ("Kahn Ex.") | Brown Decl. ¶ 5 |
| Kahn Ex. 7 | Tonelli Decl. ¶ 10 |
| Kahn Ex. 8 | Mittelbach Decl. ¶ 4 |
| Kahn Ex. 13 | Brown Decl. ¶ 6 |

-4-

[PROPOSED] ORDER GRANTING DEFENDANTS' RENEWED ADMIN. MOTION TO SEAL FILINGS RELATED TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION; MASTER DOCKET NO. 11-CV-2509-LHK

1  **IT IS SO ORDERED.**

2

3  Date:_____                    _____
                                    HONORABLE LUCY H. KOH
4                                   United States District Court Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28