# EXHIBIT 8 TO THE DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION (ECF NO. 446)

# REDACTED

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4    IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
      LITIGATION
 5
      THIS DOCUMENT RELATES TO:      NO:  Master Docket No.
 6    11-CV-2509-LHK

 7    ALL ACTIONS.

 8

 9

10         CONFIDENTIAL  -  ATTORNEYS' EYES ONLY

11

12

13      VIDEOTAPED DEPOSITION OF DANIEL ROBERT McKELL
                   March 20, 2013
14                    10:06 a.m.
                 Hyatt Regency Hotel
15              330 Tijeras, Northwest
                Albuquerque, New Mexico
16

17

18          PURSUANT TO THE FEDERAL RULES OF CIVIL
      PROCEDURE, this deposition was:

19    TAKEN BY:  MR. SARAH R. SCHALMAN-BERGEN
                   Attorney for Plaintiffs
20
      REPORTED BY: Mary Abernathy Seal, RDR, CRR, NM CCR 69
21                 Bean & Associates, Inc.
                   Professional Court Reporting Service
22                 201 Third Street, Northwest, Suite 1630
                   Albuquerque, New Mexico 87102
23

24    (6941K) MAS

25
```

Deposition of Daniel Robert McKell                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:57   1   development jobs as jobs where there was lots of

        2   competition and therefore recommended an SMA budget

        3   for those jobs; is that fair?

        4           MR. SHAH:  Object to form.

11:58   5       A.   It was business priority to get the best

        6   talent they could hire in, so the -- since that's --

        7   you know, where you're hiring from, that's a lot of

        8   times where your concerns are, your -- so I don't

        9   know that it's -- you know, if I break jobs into --

11:58  10   we break jobs into one of three categories -- job

       11   families, we call them -- R&D, tech, and nontech,

       12   there's a lot more -- if I take like HR, IT,

       13   finance, those are jobs that exist in all

       14   industries.  When you start to limit to R&D within

11:59  15   the semiconductor manufacturing realm, the number of

       16   people in those jobs starts to narrow.  So it --

       17   different market dynamics based on the job type.  So

       18   yeah, there's more competition for R&D jobs than

       19   there is for HR jobs.

11:59  20       Q.   ████████████████████████████████████

       21   ████████████████████████████████████

       22           MR. SHAH:  Object to form.

       23       A.   ████████████████████████████████████

       24   ███████████████████████████████████████████

11:59  25   ██████████████████████████ paying them to our goals

12:00   1    for those jobs.

2        Q.    And is the purpose of the SMA budget to

3    help retain and attract talent for the R&D jobs?

4            MR. SHAH:  Object to form.

12:00   5        A.    I'd say it's to pay the goals and to

6    retain on the track side.  Managers -- those hiring

7    decisions are sort of individual negotiations

8    between a candidate and a manager, so I think from

9    our perspective, it's mostly about our employees

12:00  10    that are at Intel.

11        Q.    If an SMA budget is allocated to an R&D

12    job, can the manager offer more compensation to a

13    potential candidate?

14            MR. SHAH:  Object to form.

12:01  15        A.    It doesn't change what a manager can or

16    can't do.  A manager has discretion to bring

17    employees in based on what they feel their value is.

18    Whether that's at the same pay of people who are

19    currently at Intel doing that job or deciding to pay

12:01  20    them more, I mean, that's a manager decision.  To

21    the extent that you're moving the pay for a

22    population and the manager default is to bring

23    people in at the same rate of what they're paying

24    existing employees, then yes, over time, the more

12:02  25    you put in SMA, and that may translate to higher

12:18   1          Q.   Did you know what the minimum and maximum

2    of the range in grade █ were at the time?

3          A.   I'm sure I did.

4          Q.   Did you know what the midpoint of grade █

12:18   5    was at the time?

6          A.   I'm sure I did.

7          Q.   And do you know where you were paid

8    relative to the midpoint?

9          A.   I don't know.

12:18   10          Q.   Did you receive any other promotions after

11    the promotion to grade █?

12          A.   ████

13          Q.   Are you currently paid at a grade █?

14          A.   ████

12:19   15          Q.   Do you know the current range of grade █?

16          A.   By memory, no.  I mean I see the data, but

17    I don't remember the number.

18          Q.   Have you received any increases of

19    compensation within grade █?

12:19   20          A.   ████

21          Q.   How frequently have you received those

22    increases?

23          A.   Each April, typically, but we didn't do

24    pay raises in 2009, so nobody -- most -- not

12:19   25    nobody -- most employees didn't receive a pay raise

12:19   1   in 2009.

2       Q.   In the focals that you have had since you

3   have been in grade █, what have your ratings been?

4       MR. SHAH:  Object to form.

12:19   5       A.   ████████████████████

6       Q.   Has your manager changed at all since you

7   have been in grade █?

8       A.   Yes.

9       Q.   How has your manager changed?  Or excuse

12:20   10   me, who are the managers that you have had since you

11   have been in grade █?

12       A.   Jodie Hickam was the one what promoted me

13   to tactical grade █, and Claire Gray has been my

14   manager since being a grade █, after I changed jobs

12:20   15   from the exec comp role into another compensation

16   role.

17       Q.   And when did you change jobs from the exec

18   comp role?  Was that to the compensation manager

19   job?

12:20   20       A.   No.  I -- I was still comp and benefits

21   specialist by the official system.  Internally, I

22   was base pay program manager, and that was in April

23   2008.

24       Q.   What were your job responsibilities as

12:20   25   base pay program manager?

12:21   1       A.   Kind of -- well, focal -- a lot of the

2       things with focal budgets, base pay increases.  I

3       worked on projects to share more pay data with

4       managers in tools that they could access so they

12:21   5       could see how their employees were paid relative to

6       market and each other, and their Intel peers.  I

7       have also worked -- excuse me -- I'd also work on

8       special projects that might deal with total

9       compensation design projects.  Kind of a hodgepodge,

12:21   10      I guess, of responsibilities.

11          Q.   Did you spearhead the project to share

12      more pay data with managers?

13          A.   Yes.

14          Q.   When did that project take place?

12:22   15          A.   It evolved over time.  I'd say it started

16      in earnest in late 2009, and is ongoing.

17          Q.   What prompted the project?

18          A.   We have the really wide salary ranges that

19      I talked about.  In the US, for example, where a

12:23   20      grade 8 -- there's one range.  So it covers the pay

21      for all jobs in that grade.

22              Internal to comp and benefits, we

23      benchmark pay against a smaller range, a more job

24      specific range, so the -- my project was basically

12:23   25      to take that data that we use in our back office and

| | | |
|---|---|---|
| 12:25 | 1 | with managers. |
| | 2 | Q.   For how long has the compensation and |
| | 3 | benefits group been using the smaller pay lines |
| | 4 | within the range? |
| 12:25 | 5 | MR. SHAH:  Object to form. |
| | 6 | A.   We've always benchmarked to more specific |
| | 7 | levels.  Most of the time we match an Intel job code |
| | 8 | in grade to a market survey job code in grade.  The |
| | 9 | accumulation of those would create the formation of |
| 12:26 | 10 | the wide range, the actual practice of creating |
| | 11 | separate market ranges.  I want to say it was |
| | 12 | mid-2000, somewhere in there.  I don't know the |
| | 13 | exact year.  I wasn't involved in the project.  Like |
| | 14 | between 2004, say, and 2006, somewhere around there. |
| 12:26 | 15 | Q.   Is there an expectation that specific job |
| | 16 | codes and grades will be paid around the specific |
| | 17 | pay lines? |
| | 18 | MR. SHAH:  Object to form. |
| | 19 | A.   I'm not sure I follow your question. |
| 12:27 | 20 | Q.   You said that compensation and benefits |
| | 21 | uses the smaller pay lines to match the job code in |
| | 22 | grade to the market survey job code in grade.  Is |
| | 23 | that fair? |
| | 24 | A.   Yes. |
| 12:27 | 25 | MR. SHAH:  Object to form. |

Deposition of Daniel Robert McKell                   In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

12:27  1        Q.    What does Intel do to ensure that the

       2   actual employees within the job code and grade are

       3   being paid around those pay lines?

       4        MR. SHAH:  Object to form.

12:27  5        A.    So we look at each job code as assigned to

       6   a pay line, and so you can measure how each job code

       7   is paid relative to that midpoint of the pay line.

       8   ███████████████████████████████████████

       9   ████████████████████████████████████████

12:28 10   ████████████████████████████████████████████

      11   █████████████████████████████████████████████

      12   █████████████████████████████████████████████

      13        Beyond that, there isn't control placed, I

      14   guess, on where the manager pays employees relative

12:28 15   to that pay line, or that more specific external

      16   market data.  Right now it's given to them as

      17   "Here's better data than the wide range, the GENI

      18   range," we call them.  How managers act on that is

      19   really up to them.

12:28 20        Q.    Since you have been involved in

      21   compensation, have you reviewed from time to time

      22   reports showing whether Intel's job codes are being

      23   paid relative to the midpoint of the pay line?

      24        MR. SHAH:  Object to form.

12:29 25        A.    We do that every year.

12:29   1      Q.   That's a regular process?

        2      A.   That's a regular process.

        3      Q.   Who's involved in that process?

        4      A.   There's the central group that does, like

12:29   5   I said, the benchmarking and market pricing.  We

        6   review it.  But the business consultants who support

        7   the various business groups -- they review it, as

        8   well.  I'd say most of the analysis is done by the

        9   business group consultants.

12:29  10      Q.   Has it ever come to your attention that

       11   Intel is paying a specific job code far different

       12   from the midpoint of the pay line?

       13        MR. SHAH:  Object to form.

       14      A.   Jobs are below and above the midpoint all

12:29  15   over the range.  Sometimes that's by intent,

       16   particularly if you have a bunch of employees that

       17   are new to the grade or a hiring ramp where, again,

       18   because they're new, you'd expect them to be lower

       19   in the range.  Sometimes it's because some jobs

12:30  20   are -- you know, there's less supply of some jobs in

       21   the market which supply demand in jobs.  That

       22   impacts it, too.  So it varies.  For the most part,

       23   most jobs, we do a pretty good job of keeping, you

       24   know, plus or minus 5 to 10 percent of our

12:30  25   midpoints.

12:30    1          Q.   When you say ███████████ of the

         2    midpoints, you're talking ███████████ of the

         3    midpoints for the pay lines?

         4          A.   Yes.

12:31    5          Q.   If a report brought to your attention that

         6    a job specific job code was midpointed at more than

         7    ███████████, or exceeded ███████████ of the

         8    midpoint, would Intel take any corrective actions?

         9          MR. SHAH:  Object to form.

12:31   10          A.   Within C&B we might recommend SMA.  But so

        11    that's our normal process, right, we want to keep

        12    the jobs paid close to market, but we don't get

        13    every job there, nor do we cut pay when jobs are

        14    above.  So it's a balance.  You know, some of it

12:31   15    will come down to priorities in what you can afford,

        16    what you can -- the budget you have been given.  So

        17    there have been years when we have not delivered SMA

        18    because we preferred most of the money to go to

        19    merit, so that managers can deliver

12:32   20    meritocratically.

        21          Q.   What's the purpose of the goal of keeping

        22    the jobs paid close to market?

        23          MR. SHAH:  Object to form.

        24          A.   We have pay philosophies, and so we use

12:32   25    merit and SMA to deliver to those pay philosophies.

12:46   1   the focal tool.

2       Q.   Okay.  Explain to me what the focal tool

3   is.

4       A.   It's an Internet-based tool that managers

12:46   5   access to make pay decisions.

6       Q.   How do they use the focal tool to make pay

7   decisions?

8       A.   A manager goes in and sees their

9   employees, enters a rating, performance rating, or

12:46   10  promotion, demotion, grade level changes, and based

11  on the employee's rating and their position in the

12  salary range, the merit -- the tool recommends a

13  base pay raise associated with that.  The manager

14  then can change that amount up or down.  Sometimes

12:47   15  they might completely disregard the tool and do 5

16  percent when the tool recommends 1 percent.  It's up

17  to the manager.  The tool gives them a -- they can

18  see how much budget they have to spend, and then

19  it's up to them whether they spend all that budget,

12:47   20  spend more than that budget, spend less than that

21  budget.  It's kind of all over the place how they

22  behave.

23      Q.   The managers have discretion to spend more

24  than they're budgeted?

12:47   25      A.   They can overspend their budget.

12:47    1        Q.   Where does that money come from?

2        A.   For the most part, they'll spend to

3   budget.  Some will overspend because some groups

4   underspend.  Some will overspend and then the

12:47    5   decision at the executive level of each group --

6   they can roll up all the budgets and see, did they

7   spend to budget, or not.  Most of the time they're

8   still underbudget.  Sometimes it's overbudget, and

9   it's up to the executive of that group to decide to

12:48   10   tell people to go back and spend less or to say,

11   "It's close enough, I'm okay to -- that we spent a

12   little over our budget."

13        So it varies by group.  We have some

14   groups that will overspend and some that underspend.

12:48   15        Q.   Does Intel monitor how often groups

16   overspend their budget?

17        MR. SHAH:  Object to form.

18        A.   We have reports we look at each year, so

19   each cycle, which groups, where they are spending

12:48   20   relative to budget.  But while most groups and most

21   managers spend to budget, some over and under, so in

22   aggregate, most of the time we're about at budget,

23   but sometimes a little over, sometimes a little

24   under.

12:49   25        Q.   If a group continuously overspent on their

01:02   1    the manager's head, I guess.

2        Q.   And have you used this Excel data dump to

3    study how often the manager decisions -- or to

4    compare the manager decisions to the

01:03   5    recommendations?

6        A.   Yes.

7        Q.   How often have you done that?

8        A.   Me personally?

9        Q.   Yes.

01:03  10        A.   I'm starting to do it as a part of my

11    role, and looking back over multiple years to see

12    what the trend is.  I don't know that it's been done

13    before.  I have looked at it in previous years for

14    certain aspects, but not in a -- not in as

01:03  15    comprehensive a way as I'm intending to look at it

16    now.

17        Q.   And what results or conclusions did you

18    learn or draw from reviewing those certain aspects?

19            MR. SHAH:  Object to form.

01:04  20        A.   We haven't completed the analysis, so I

21    haven't drawn conclusions yet.

22        Q.   What have you learned about how often

23    managers accept the recommendations from the focal

24    tool?

01:04  25            MR. SHAH:  Object to form.

Deposition of Daniel Robert McKell          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

01:04    1       A.   It varies.  Some managers are more likely

         2    to just do what the tool is telling them.  Others

         3    are more likely to use more discretion.  I don't

         4    know that there's a consistent pattern by -- where

01:04    5    you could say, "Here's the behavior."  To some

         6    extent it's probably a coin flip, 50/50 proposition,

         7    where managers will take the tool or not, so...

         8       Q.   Is one of your purposes in doing this

         9    retrospective review to figure out ways to make the

01:05   10    focal tool more accurate?

        11          MR. SHAH:  Object to form.

        12       A.   Yes.  Budget efficiency is what I'm

        13    looking for.  So my goal is, the tool makes smarter

        14    recommendations.

01:05   15       Q.   Have we now discussed all of the job

        16    responsibilities that you have had since you have

        17    been at Intel?  The major job responsibilities?

        18       A.   Yeah, I think so.

        19          MS. SCHALMAN-BERGEN:  Okay.  I think now

01:06   20    would be a good time for lunch.

        21          (Recess from 1:05 p.m. to 1:52 p.m.)

        22       Q.   Good afternoon, sir.

        23       A.   Hi.

        24       Q.   Is there any reason why you can't continue

01:52   25    to give me your best testimony?

02:08   1        MR. SHAH:  Object to form.

2        A.   So we benchmark with those third-party

3   surveys to find out how much they're granting to

4   employees at the various grade levels.  And so we

02:09   5   define stock matrices relative to those values.  And

6   then the manager for exempt employees decides, based

7   on your individual performance and your expected

8   future contributions, whether you should be stock

9   share level 1, 2, 3, 4, or 5.  So the actual stock

02:09  10   an employee gets depends on their manager's

11   assessment of their performance.

12        Q.   What's the difference between stock share

13   levels 1, 2, 3, 4, or 5?

14        MR. SHAH:  Object to form.

02:09  15        A.   Stock share level 5 is no stock.  It's a

16   zero shares.  Stock share level 3 is the average

17   amount or kind of the middle-of-the-road amount.

18   Four is a little bit less, so 4 would be for really

19   new performers, or low performers.  Stock share

02:10  20   level 1 would be for your best performers, the ones

21   that you think will contribute more to the future.

22             So because stock has future vested dates,

23   it's more of a forward-looking reward.  So stock

24   share level 1 is two times the grants of stock share

02:10  25   level 3.  So it's again that tenet, the meritocracy,

02:10   1   the individual best performers get the best rewards.

2   Q.   And do the focal tools recommend or make

3   recommendations about how the stock share should be

4   allocated or distributed?

02:10   5   A.   No.  The manager has -- like the rating,

6   they pick the rating from -- there's descriptions of

7   what the rating is, and there's descriptions of the

8   stock share level, what each -- how you would

9   describe a person who should get stock share level

02:11   10   1.  So then they decide, based on their employees

11   who fits that description, and there's an assumption

12   of a distribution of stock share levels, just like

13   there are distribution of the ratings.  And then

14   they have a budget and so then they can -- if they

02:11   15   try to give all their employees stock share level 1,

16   they'd be way overbudget.  If they gave everybody

17   shock share level 3, they'd be under budget.  And

18   just like the money side groups are over- and under

19   budget based on how much the manager is willing to

02:11   20   justify being overbudget, they don't ever have to

21   worry about justifying being under budget, but they

22   over run, so...

23   Q.   Is there a direct correlation between the

24   stock share level and the rating?

02:12   25   A.   No, not by guideline.  It would certainly

02:42   1        A.   Yes.

        2        Q.   Describe how that worked.

        3        A.   So each grade level will have a -- either

        4    a bonus target percent or a bonus -- a range of

02:43   5    bonus target percents that a manager can apply or

        6    assign to an employee. ███████████████████████

        7    ████████████████████████████████████████████

        8    ██████████████████████████ So higher base pay

        9    equals higher bonus by virtue of the ████████████

02:43  10           At the senior grades, ████████████████████

       11    ████████████████████████████████████████████████

       12    ████████████████████████████████ and then at the

       13    senior grades, it might be ███████████████████

       14    ███████████████████████████████████████ So

02:43  15    each grade has a range that a manager assigns to the

       16    employee based on the value that they think that

       17    employee brings at that grade level.

       18        Q.   And your description of the bonus

       19    component just now, is that the same throughout the

02:44  20    time period from 2005 to 2009?

       21        A.   The bonus targets have been the same. ████

       22    ████████████████████████████████████████████████

       23    ████████████████████████████████████████████

       24    ████████████████████████████████████ In the

02:44  25    2005 to 2009, I don't believe there were any other

03:43    1    in.

         2         Q.    If you look through paragraph 8 -- do you

         3    see that?

         4         A.    Yeah.

03:44    5         Q.    Is paragraph 8, to the best of your

         6    knowledge, true and accurate?

         7         A.    Yes.

         8         Q.    Okay.  And looking at the first sentence

         9    about employee evaluations, does that reflect or is

03:44   10    that consistent with the conversation we've had this

        11    morning about employee ratings?

        12         A.    Yes, those are the guidelines or the

        13    expectations, the actual practices plus or minus

        14    those.

03:45   15         Q.    And the expectations are that there are

        16    certain percentages of employees that are rated in

        17    each of the different categories?

        18         A.    Yes.

        19         Q.    The last sentence of paragraph 8 you talk

03:45   20    about a ███████████████████████.  Do you

        21    see that?

        22         A.    Yes.

        23         Q.    Can you briefly describe what you mean by

        24    that?

03:45   25         A.    So companies -- or as a compensation

Deposition of Daniel Robert McKell | In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

03:45   1     practice, there's two main ways that you can deal

2     with different job markets within the same country.

3     You can establish separate market ranges for those

4     locations, or you can apply a geographical

03:45   5     differential, a premium on top of salary ranges.

6                Intel prefers to ██████████████████████

7     ████████████████████████████████████████████████████

8     ████████████████████████████████████████████████████

9     ████████████████████████████████████████████████████

03:46  10     ████████████████████████████████████████████

11     ████████████████████████████████████████████████████

12     ████████████████████████████████████████████████

13     ██████████████████████████████

14                Q.    If you go to paragraph 9, do you see that?

03:46  15                A.    Uh-huh.   Yes.

16                Q.    Fair to say in paragraph 9 you're talking

17     about the wide ranges of total pay available within

18     each grade?

19                A.    Yes.

03:47  20                Q.    Is everything in this paragraph accurate?

21                A.    I was looking at page 19 of Exhibit D.

22     That's page 20.

23                Q.    And for the record, we're looking at

24     Exhibit D, and you have said that actually, the

03:47  25     salary ranges you were referring to are listed on

| | | |
|---|---|---|
| 03:52 | 1 | employee would be assigned -- each job code would be |
| | 2 | assigned to a pay line, so employees would have -- |
| | 3 | for purposes of our analysis, employees would have |
| | 4 | pay relative to multiple midpoints, not just one. |
| 03:53 | 5 | Q. And one of those midpoints is the pay |
| | 6 | line? |
| | 7 | A. One of those is the pay line. |
| | 8 | Q. In paragraph 10, you say, "Intel's |
| | 9 | individual employee total pay determinations were |
| 03:53 | 10 | not made company-wide, but were made by thousands of |
| | 11 | business unit managers who had discretion with |
| | 12 | respect to the amount and composition of each |
| | 13 | individual's compensation." |
| | 14 | Do you see that? |
| 03:53 | 15 | A. Yes. |
| | 16 | Q. Was that discretion limited by the focal |
| | 17 | tools that we've discussed? |
| | 18 | MR. SHAH: Object to form. |
| | 19 | A. Not limited. Like I said, the tool gives |
| 03:53 | 20 | the managers a recommendation, a starting point, and |
| | 21 | the manager can give ten times that or half that. |
| | 22 | It's up to them. They can overspend budget, they |
| | 23 | can underspend budget. We don't exert control at a |
| | 24 | direct manager. It would be to the discretion of |
| 03:54 | 25 | the executive whether to guide managers to change |

| | | |
|---|---|---|
| 03:54 | 1 | their behavior or not.  That would come from the |
| | 2 | management, not from C&B. |
| | 3 | Q.   What was your purpose in including that |
| | 4 | first sentence of paragraph 10? |
| 03:54 | 5 | MR. SHAH:  Object to form. |
| | 6 | A.   Just that managers make the pay decisions. |
| | 7 | They don't -- we make a recommendation and they |
| | 8 | decide.  And so it's not -- in some companies, |
| | 9 | compensation or HR makes the pay decisions, managers |
| 03:54 | 10 | don't have a say into it.  So it was just clarifying |
| | 11 | within our company the practices.  Managers get to |
| | 12 | make that call. |
| | 13 | Q.   Did you understand that it was important |
| | 14 | to Intel's position in opposition to class |
| 03:55 | 15 | certification to characterize these pay |
| | 16 | determinations as individualized? |
| | 17 | MR. SHAH:  Object to the form of the |
| | 18 | question.  And also I'll instruct you not to answer |
| | 19 | to the extent that it calls for you to describe any |
| 03:55 | 20 | attorney/client communication. |
| | 21 | Q.   And I just want to be fair, so if you |
| | 22 | don't have any information to answer my question |
| | 23 | without disclosing attorney communications, you |
| | 24 | don't have to answer. |
| 03:55 | 25 | A.   No, I think the sentence reflects the |

| | | |
|---|---|---|
| 03:55 | 1 | practice.  We have 10,000 managers at Intel.  We |
| | 2 | load recommendations into a tool, and they decide |
| | 3 | the compensation.  It's a -- so the sentence is a |
| | 4 | reflection of practice.  Whether that's important or |
| 03:55 | 5 | not is irrelevant to me.  It's reality of practice. |
| | 6 | Q.   Have you ever heard anyone use the term |
| | 7 | "peanut butter behavior"? |
| | 8 | A.   Yes. |
| | 9 | Q.   What's your understanding of that term |
| 03:56 | 10 | with respect to compensation at Intel? |
| | 11 | MR. SHAH:  Thanks for that clarification. |
| | 12 | Q.   I don't want to know if you have any other |
| | 13 | understanding of it. |
| | 14 | A.   So within Intel, there's various rewards |
| 03:56 | 15 | that managers can allocate to employees.  There's |
| | 16 | base pay increases, there's bonus target increases, |
| | 17 | ratings, stock share levels, promos, job |
| | 18 | assignments, whatever.  So there's a series of |
| | 19 | goodies that a manager can allocate, and peanut |
| 03:56 | 20 | butter means trying to spread it out as far as it |
| | 21 | can go.  And so that might be I give you the best |
| | 22 | rating and middle stock, and to somebody else I give |
| | 23 | the best rating and, you know -- so they -- by |
| | 24 | virtue of spreading out as many positive messages as |
| 03:57 | 25 | they can, they dilute meritocracy.  And so typically |

03:59   1          That said, because it's one of the five

        2    key tenets of the T-COMP philosophy, meritocracy, it

        3    was a high priority for us.  And in the time frame

        4    of this lawsuit, 2005 to 2009, we took -- we put

03:59   5    extra emphasis on meritocracy to the point of

        6    changing merit matrices so that the outstanding --

        7    the raises to outstanding employees would be even

        8    higher than what we had historically practiced.

        9          Q.   Is the impact of peanut butter behavior to

03:59  10    decrease pay differential between employees?

       11          MR. SHAH:   Object to form.

       12          A.   Yeah.  The more you peanut butter, the

       13    less differentiation you have.  Some of that varies

       14    by -- based on the individual, because an individual

04:00  15    may not get outstanding every single year.  So even

       16    though a manager could be peanut buttering to

       17    somebody who's been outstanding, they would still

       18    have pay differentiation better than the person who

       19    was always successful.  It would have just been

04:00  20    less.  So our desire was to make sure that truly the

       21    best performers were getting the best rewards, and

       22    helping managers to -- encouraging managers to do

       23    that based on the guidelines that we had and what

       24    the tool recommended.

04:00  25          Q.   Are you aware of any studies that were

04:25   1    in 2006?

2       A.   So that was the change in the base pay

3    strategy to be at market versus behind market.  So

4    when they decided to move base pay to market, the

04:25   5    decision was to do that over a three-year period,

6    not do it in a one-year move.

7       Q.   The next bullet point says, "However, hot

8    jobs may require an immediate fix to address market

9    position issues."

04:26   10       Do you see that?

11       A.   Yes.

12       Q.   And is that consistent with your

13    understanding of how SMAs would work?

14            MR. SHAH:  Object to form.

04:26   15       A.   Yeah.  A job where the market for that job

16    was moving faster than other jobs and so our market

17    position was deteriorating.  Those would be

18    candidates for SMA.

19       Q.   We talked about POM, or position of

04:26   20    market, earlier.

21       A.   Yes.

22       Q.   Can you define that?

23       A.   Position of market would be your -- you

24    take the -- let's say I was looking at it for grade

04:27   25    5s in the US.  I would take the average pay of Intel

06:27   1          Q.   Okay.  Separate, or sort of a different

        2    topic, you testified earlier about SMA budgets that

        3    are sometimes given to managers.  Do you recall

        4    that?

06:27   5          A.   Yes.

        6          Q.   Do managers have discretion on how they

        7    allocate the SMA budget?

        8          A.   The SMA gets loaded into the tool by each

        9    individual.  The manager can decide whether to give

06:28   10   that SMA or not.  We instruct managers if -- that

        11   they should allocate SMA meritocratically.  So if an

        12   employee is eligible for SMA, who is a poor

        13   performer by virtue of low expectations or an

        14   improvement-required rating, that the manager should

06:28   15   not deliver SMA to that employee, but instead give

        16   that to somebody rated outstanding or exceeds

        17   expectation who was paid lower than their peers.  So

        18   we expect them to spend the full budget.  How they

        19   actually allocate that is up to them.

06:28   20         Q.   Okay.  You previously testified about both

        21   internal equity and meritocracy.  Do you believe

        22   that those two philosophies exist at Intel?

        23         A.   They do exist.  I don't believe that

        24   they're mutually exclusive.  I think meritocracy

06:29   25   definitely exists in pay raises and grade changes

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF CALIFORNIA

 3                      SAN JOSE DIVISION

 4    IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
      LITIGATION
 5

 6    THIS DOCUMENT RELATES TO:

 7    ALL ACTIONS.

 8

 9          NO:  Master Docket No. 11-CV-2509-LHK

10              REPORTER'S CERTIFICATE

11          I, MARY ABERNATHY SEAL, New Mexico CCR
      #69, DO HEREBY CERTIFY that on March 20, 2013, the
12    Deposition of DANIEL ROBERT McKELL was taken before
      me at the request of, and sealed original thereof
13    retained by:

14              Attorney for the Plaintiffs
                Ms. Sarah R. Schalman-Bergen
15              BERGER & MONTAGUE, P.C.
                1622 Locust Street
16              Philadelphia, Pennsylvania 19103-6365
                (215) 875-3000
17
                I FURTHER CERTIFY that copies of this
18    Certificate have been mailed or delivered to all
      Counsel, and parties to the proceedings not
19    represented by counsel, appearing at the taking of
      the Deposition.
20
                I FURTHER CERTIFY that examination of this
21    transcript and signature of the witness was required
      by the witness and all parties present.
22    On_____ a letter was mailed or delivered to Mr.
      Sujal J. Shah regarding obtaining signature of the
23    witness, and corrections, if any, were appended to
      the original and each copy of the Deposition.
24

25
```

1           I FURTHER CERTIFY that the recoverable
cost of the original and one copy of the Deposition,
2    including exhibits, to Mr. Sarah R. Schalman-Bergen
is $_____.
3
          I FURTHER CERTIFY that I did administer
4    the oath to the witness herein prior to the taking
of this Deposition; that I did thereafter report in
5    stenographic shorthand the questions and answers set
forth herein, and the foregoing is a true and
6    correct transcript of the proceeding had upon the
taking of this Deposition to the best of my ability.
7
          I FURTHER CERTIFY that I am neither
8    employed by nor related to nor contracted with
(unless excepted by the rules) any of the parties or
9    attorneys in this case, and that I have no interest
whatsoever in the final disposition of this case in
10   any court.

11

12

13                    _____
                      Mary Abernathy Seal
                      BEAN & ASSOCIATES, INC.
14                    NM Certified Court Reporter #69
                      License Expires: 12/31/13
15
     (6941K) MAS
16   Date taken:  March 20, 2013
     Proofread by:  JB
17

18

19

20

21

22

23

24

25

1    IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

2              WITNESS SIGNATURE/CORRECTION PAGE

3          If there are any typographical errors to
     your deposition, indicate them below:

4

5    PAGE  LINE

6    _____ Change to _____

7    _____ Change to _____

8    _____ Change to _____

9    _____ Change to _____

10          Any other changes to your deposition are
     to be listed below with a statement as to the reason
11   for such change.

12   PAGE  LINE  CORRECTION              REASON FOR CHANGE

13   _____

14   _____

15   _____

16   _____

17   _____

18   _____

19          I, DANIEL ROBERT McKELL, do hereby certify
     that I have read the foregoing pages of my testimony
20   as transcribed and that the same is a true and
     correct transcript of the testimony given by me in
21   this deposition on March 20, 2013, except for the
     changes made.

22

                    _____
23                   DANIEL ROBERT McKELL

24   (6941K) MAS Proofread by:  JB

25