# EXHIBIT F TO THE DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION (ECF NO. 456)

# REDACTED

```
 1              IN THE UNITED STATES DISTRICT COURT

 2                NORTHERN DISTRICT OF CALIFORNIA

 3                       SAN JOSE DIVISION

 4    IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
      LITIGATION
 5
      THIS DOCUMENT RELATES TO:    NO:  Master Docket No.
 6    11-CV-2509-LHK

 7    ALL ACTIONS.

 8

 9

10            CONFIDENTIAL  -  ATTORNEYS' EYES ONLY

11

12

13       VIDEOTAPED DEPOSITION OF DANIEL ROBERT McKELL
                        March 20, 2013
14                        10:06 a.m.
                      Hyatt Regency Hotel
15                    330 Tijeras, Northwest
                     Albuquerque, New Mexico
16

17
                PURSUANT TO THE FEDERAL RULES OF CIVIL
18    PROCEDURE, this deposition was:

19    TAKEN BY:   MR. SARAH R. SCHALMAN-BERGEN
                  Attorney for Plaintiffs
20
      REPORTED BY: Mary Abernathy Seal, RDR, CRR, NM CCR 69
21                 Bean & Associates, Inc.
                   Professional Court Reporting Service
22                 201 Third Street, Northwest, Suite 1630
                   Albuquerque, New Mexico 87102
23

24    (6941K) MAS

25
```

| | | |
|---|---|---|
| 11:03 | 1 | the HR business partner, were you the person that |
| | 2 | was at the other end of the open door? |
| | 3 | A.  I -- yes. |
| | 4 | Q.  What is Intel University? |
| 11:04 | 5 | A.  It's our internal learning group, so that |
| | 6 | it conducts classes for managers and employees on |
| | 7 | anything from cultural things to technical training. |
| | 8 | Q.  Does the learning group conduct classes |
| | 9 | for managers with respect to compensation? |
| 11:04 | 10 | A.  Yes. |
| | 11 | Q.  Did you have any job responsibilities as |
| | 12 | the HR -- as an HR business partner with respect to |
| | 13 | Intel University dealing with compensation? |
| | 14 | MR. SHAH:  Object to form. |
| 11:04 | 15 | A.  As an HR business partner, I supported |
| | 16 | them -- I wouldn't have done work relative to |
| | 17 | manager training in that role. |
| | 18 | Q.  When you were an HR business partner, who |
| | 19 | did you report to? |
| 11:05 | 20 | A.  I had several managers. |
| | 21 | Q.  What were their names? |
| | 22 | A.  Cecilia Lodico, Mike Fors.  There's one |
| | 23 | more, but I'm forgetting. |
| | 24 | Q.  Hopefully you'll be able to spell those |
| 11:05 | 25 | for the court reporter.  We can do it off the |

| | | |
|---|---|---|
| 11:05 | 1 | record. |
| | 2 | A.   Lodico, last name is L-O-D-I-C-O.  Fors is |
| | 3 | F-O-R-S.  Fors. |
| | 4 | Q.   When you were an HR business partner, did |
| 11:05 | 5 | you have any direct reports? |
| | 6 | A.   No. |
| | 7 | Q.   As an HR business partner, did you get |
| | 8 | reviewed as part of the focal process? |
| | 9 | A.   Did I -- did my manager do a performance |
| 11:06 | 10 | review on me? |
| | 11 | Q.   Yes. |
| | 12 | A.   Yes. |
| | 13 | Q.   Are you familiar with the different types |
| | 14 | of grades that Intel assigns to employees? |
| 11:06 | 15 | A.   Yes. |
| | 16 | Q.   What -- and when I say grades, I'm |
| | 17 | speaking of EE, O. |
| | 18 | A.   Rating? |
| | 19 | Q.   Rating. |
| 11:06 | 20 | A.   Okay. |
| | 21 | Q.   What rating did you receive as the HR |
| | 22 | business partner? |
| | 23 | A.   One time I was successful faster, |
| | 24 | successful equal.  I don't remember all of my |
| 11:07 | 25 | performance rating history. |

| 11:07 | 1 | Q. Can you list all of the different ratings |
| --- | --- | --- |
| | 2 | that Intel uses? |
| | 3 | MR. SHAH: Object to form. |
| | 4 | A. Currently the ratings are outstanding, |
| 11:07 | 5 | exceeds expectations, successful, below |
| | 6 | expectations, and improvement required. Those are |
| | 7 | the five current ratings. Those haven't always been |
| | 8 | the ratings. |
| | 9 | Q. How have the ratings changed since you |
| 11:07 | 10 | have joined Intel? |
| | 11 | A. When I joined, they had three ratings: |
| | 12 | Outstanding, successful, and improvement required. |
| | 13 | And then they had three trends, so you would get a |
| | 14 | rating message and a trend message. The three trend |
| 11:07 | 15 | labels were faster, equal, slower. |
| | 16 | Q. What distinctions were meant by faster, |
| | 17 | equal, slower? |
| | 18 | A. Your growth curve relative to peers doing |
| | 19 | the same job. So were you growing and improving at |
| 11:08 | 20 | a faster rate, at the same rate, or at a slower rate |
| | 21 | than your peers. |
| | 22 | Q. So within the O, S, and E -- |
| | 23 | A. IR. |
| | 24 | Q. EIR? |
| 11:08 | 25 | A. Outstanding, successful, improvement |

| | | |
|---|---|---|
| 11:08 | 1 | required.  Sorry. |
| | 2 | Q.  Within O, S, and IR, you could also then |
| | 3 | have a secondary rating of F, E, or S? |
| | 4 | A.  Yes. |
| 11:08 | 5 | MR. SHAH:  Object to form. |
| | 6 | Q.  Would everyone receive an F, E, or S in |
| | 7 | association with their O, S, and R -- and/or R |
| | 8 | rating, IR ratings? |
| | 9 | MR. SHAH:  Object to form. |
| 11:09 | 10 | A.  Yes. |
| | 11 | Q.  When did Intel change from the three |
| | 12 | ratings with three trends to the five current |
| | 13 | ratings? |
| | 14 | A.  I don't recall the specific year. |
| 11:09 | 15 | 2004-ish, somewhere around there. |
| | 16 | Q.  Did you have any involvement with respect |
| | 17 | to making that change? |
| | 18 | A.  In terms of making a recommendation, I |
| | 19 | don't think so.  I may have been asked for my input. |
| 11:09 | 20 | Q.  You were the HR business partner from |
| | 21 | approximately August 1999 to March 2003; is that |
| | 22 | fair? |
| | 23 | MR. SHAH:  Object to form. |
| | 24 | A.  Yeah, that sounds about right. |
| 11:10 | 25 | Q.  Did your job duties change at all |

| | | |
|---|---|---|
| 11:10 | 1 | throughout that time period? |
| | 2 | A. From 1999 to 2003? |
| | 3 | Q. Yes. |
| | 4 | A. Not in material or significant ways. That |
| 11:10 | 5 | role was largely the same. And what I might be |
| | 6 | doing in any particular month might be different, |
| | 7 | but... |
| | 8 | Q. Are you aware that Intel has job grades? |
| | 9 | A. Yes. |
| 11:11 | 10 | Q. Is job grade the same as a grade level? |
| | 11 | A. Yes. |
| | 12 | Q. What are the job grade ranges that Intel |
| | 13 | currently has? |
| | 14 | MR. SHAH: Object to form. |
| 11:11 | 15 | A. Currently the job grades range from grade |
| | 16 | 2 up to 798. |
| | 17 | Q. Are there 796 different job grades? |
| | 18 | A. No. |
| | 19 | Q. How many job grades are there? |
| 11:11 | 20 | A. I don't know the specific number. |
| | 21 | Q. Can you give me an estimate? |
| | 22 | A. Less than -- 100, say. |
| | 23 | Q. Has the number of job grades changed since |
| | 24 | you joined Intel? |
| 11:12 | 25 | A. Yes. |

| 12:00 | 1 | for those jobs. |
| | 2 | Q. And is the purpose of the SMA budget to |
| | 3 | help retain and attract talent for the R&D jobs? |
| | 4 | MR. SHAH: Object to form. |
| 12:00 | 5 | A. I'd say it's to pay the goals and to |
| | 6 | retain on the track side. Managers -- those hiring |
| | 7 | decisions are sort of individual negotiations |
| | 8 | between a candidate and a manager, so I think from |
| | 9 | our perspective, it's mostly about our employees |
| 12:00 | 10 | that are at Intel. |
| | 11 | Q. If an SMA budget is allocated to an R&D |
| | 12 | job, can the manager offer more compensation to a |
| | 13 | potential candidate? |
| | 14 | MR. SHAH: Object to form. |
| 12:01 | 15 | A. It doesn't change what a manager can or |
| | 16 | can't do. A manager has discretion to bring |
| | 17 | employees in based on what they feel their value is. |
| | 18 | Whether that's at the same pay of people who are |
| | 19 | currently at Intel doing that job or deciding to pay |
| 12:01 | 20 | them more, I mean, that's a manager decision. To |
| | 21 | the extent that you're moving the pay for a |
| | 22 | population and the manager default is to bring |
| | 23 | people in at the same rate of what they're paying |
| | 24 | existing employees, then yes, over time, the more |
| 12:02 | 25 | you put in SMA, and that may translate to higher |

| 12:02 | 1 | offers in the future. |
| | 2 | Q. From business consultant at grade 7, did |
| | 3 | you -- strike that. During your focal -- during the |
| | 4 | time period when you were a business consultant at |
| 12:02 | 5 | grade ▮, what was your rating? |
| | 6 | A. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| | 7 | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮  I don't recall which |
| | 8 | years and what ratings. |
| | 9 | Q. During that time period, were you aware of |
| 12:02 | 10 | what the ratings were for your peers? |
| | 11 | A. No. |
| | 12 | Q. Were you aware of what percentage of your |
| | 13 | peers also received ▮▮▮▮▮▮▮▮? |
| | 14 | A. Intel has rating distribution guidelines, |
| 12:03 | 15 | expectations of what ratings would be, so |
| | 16 | successful, it's assumed that 60 to 70 percent -- so |
| | 17 | most employees -- are going to be rated successful. |
| | 18 | So if I had to guess what somebody was rated, I |
| | 19 | could guess successful and be right 60, 70 percent |
| 12:03 | 20 | of the time. |
| | 21 | Q. Have you ever spoken with your peers about |
| | 22 | what their ratings were? |
| | 23 | A. No. |
| | 24 | Q. Never? |
| 12:03 | 25 | A. No. I don't want to know. Better to not |

| | | |
|---|---|---|
| 12:03 | 1 | know. It's personal. It's between them and their |
| | 2 | manager. |
| | 3 | Q. Have you ever been made aware that |
| | 4 | employees speak to each other about what their |
| 12:03 | 5 | ratings are? |
| | 6 | MR. SHAH: Object to form. |
| | 7 | A. Sure. That's an individual choice. |
| | 8 | There's nothing that prohibits it. It's just |
| | 9 | something I'm not personally interested in. |
| 12:04 | 10 | Q. How did you become aware that employees |
| | 11 | speak to each other about what their ratings are? |
| | 12 | MR. SHAH: Object to form. |
| | 13 | A. I don't know that I have witnessed it, but |
| | 14 | people talk, some people more than others. So I |
| 12:04 | 15 | don't have anything else besides that. |
| | 16 | Q. At a certain point, were you -- did you |
| | 17 | receive a promotion from business consultant in |
| | 18 | grade ▮? |
| | 19 | MR. SHAH: Object to form. |
| 12:04 | 20 | A. Yes, I was promoted to a grade ▮. |
| | 21 | Q. When was that? |
| | 22 | A. End of 2006, I think. |
| | 23 | Q. Prior to being promoted to grade ▮, did |
| | 24 | you receive any increase in compensation or |
| 12:05 | 25 | promotion within grade ▮? |

| | | |
|---|---|---|
| 12:41 | 1 | bonus programs. |
| | 2 | Q.  What are the names and job titles of those |
| | 3 | four other employees? |
| | 4 | A.  They're all considered compensation -- |
| 12:41 | 5 | comp and benefits specialists.  Tanya Kako is one |
| | 6 | we've mentioned before.  Terri DeGroat, |
| | 7 | D-E-G-R-O-A-T, is one.  Carol Buck, B-U-C-K, is |
| | 8 | another.  And Yamit Liveneh is the fourth. |
| | 9 | L-I-V-E-N-E-H, if that helps. |
| 12:42 | 10 | Q.  Do you still report to Ms. Gray? |
| | 11 | A.  Yes. |
| | 12 | Q.  Is this the first job position where you |
| | 13 | have had direct reports? |
| | 14 | A.  Yes. |
| 12:42 | 15 | Q.  Is part of your job now to provide focal |
| | 16 | reviews to these direct reports? |
| | 17 | A.  Yes. |
| | 18 | Q.  Have you had an opportunity to do that |
| | 19 | since you have been in your new job as compensation |
| 12:42 | 20 | manager? |
| | 21 | A.  Yes. |
| | 22 | Q.  When was that? |
| | 23 | A.  This month. |
| | 24 | Q.  What ratings did you give your four |
| 12:42 | 25 | employees, four direct reports? |

| | | |
|---|---|---|
| 12:42 | 1 | A.  Our business group is running a pilot of |
| | 2 | no ratings, so they didn't get a rating. |
| | 3 | Q.  Did you have responsibility for allocating |
| | 4 | total compensation amongst your four direct reports? |
| 12:43 | 5 | A.  Yes. |
| | 6 | MR. SHAH:  Object to form. |
| | 7 | Q.  Did you have a merit budget for your four |
| | 8 | reports? |
| | 9 | A.  Yes. |
| 12:43 | 10 | Q.  Did you have a promotion budget for your |
| | 11 | four reports? |
| | 12 | A.  Yes. |
| | 13 | Q.  And did you have an SMA budget for your |
| | 14 | four reports? |
| 12:43 | 15 | A.  No. |
| | 16 | Q.  Were there any other compensation pieces |
| | 17 | that you were responsible for allocating to the four |
| | 18 | reports? |
| | 19 | A.  Stock. |
| 12:43 | 20 | Q.  How did you allocate the merit budget to |
| | 21 | your four reports? |
| | 22 | A.  There's a merit matrix in the tool.  So |
| | 23 | even though we didn't give them a successful rating, |
| | 24 | it became the default rates for each of our |
| 12:44 | 25 | employees, so 1 percent, basically. |

| | | |
|---|---|---|
| 12:44 | 1 | Q. What do you mean by default rates? |
| | 2 | A. The assumption in HR is that even though |
| | 3 | they're not being communicated that they have a |
| | 4 | rating, all employees would get a -- the raise |
| 12:44 | 5 | associated with a successful rating, and then the |
| | 6 | manager could adjust the pay based on their |
| | 7 | performance up or down, so they could get more than |
| | 8 | ███████ or get less than ███████. |
| | 9 | Q. And did you give all four of your reports |
| 12:44 | 10 | the same ███████? |
| | 11 | A. Two of them, yes. Two others, no. |
| | 12 | Q. For those two, did you give them more or |
| | 13 | less than ███████? |
| | 14 | A. More. One was promoted. |
| 12:45 | 15 | Q. When you say the ███████, does that |
| | 16 | include the promotion budget, or is that limited to |
| | 17 | the merit budget? |
| | 18 | A. The merit budget was ███████████████ |
| | 19 | was the average raise for a successful in Q2 or Q3 |
| 12:45 | 20 | of the wide range. If they're in Q1, the tool would |
| | 21 | recommend ███████ or something more. If they were |
| | 22 | in Q4, it would recommend ███████. |
| | 23 | Q. When you say "the tool," you spoke about |
| | 24 | the matrix tool. |
| 12:46 | 25 | A. The focal tool. Merit matrix is part of |

| 12:46 | 1 | the focal tool. |
|---|---|---|
|  | 2 | Q.  Okay.  Explain to me what the focal tool |
|  | 3 | is. |
|  | 4 | A.  It's an Internet-based tool that managers |
| 12:46 | 5 | access to make pay decisions. |
|  | 6 | Q.  How do they use the focal tool to make pay |
|  | 7 | decisions? |
|  | 8 | A.  A manager goes in and sees their |
|  | 9 | employees, enters a rating, performance rating, or |
| 12:46 | 10 | promotion, demotion, grade level changes, and based |
|  | 11 | on the employee's rating and their position in the |
|  | 12 | salary range, the merit -- the tool recommends a |
|  | 13 | base pay raise associated with that.  The manager |
|  | 14 | then can change that amount up or down.  Sometimes |
| 12:47 | 15 | they might completely disregard the tool and do 5 |
|  | 16 | percent when the tool recommends 1 percent.  It's up |
|  | 17 | to the manager.  The tool gives them a -- they can |
|  | 18 | see how much budget they have to spend, and then |
|  | 19 | it's up to them whether they spend all that budget, |
| 12:47 | 20 | spend more than that budget, spend less than that |
|  | 21 | budget.  It's kind of all over the place how they |
|  | 22 | behave. |
|  | 23 | Q.  The managers have discretion to spend more |
|  | 24 | than they're budgeted? |
| 12:47 | 25 | A.  They can overspend their budget. |

| | | |
|---|---|---|
| 12:47 | 1 | Q. Where does that money come from? |
| | 2 | A. For the most part, they'll spend to |
| | 3 | budget. Some will overspend because some groups |
| | 4 | underspend. Some will overspend and then the |
| 12:47 | 5 | decision at the executive level of each group -- |
| | 6 | they can roll up all the budgets and see, did they |
| | 7 | spend to budget, or not. Most of the time they're |
| | 8 | still underbudget. Sometimes it's overbudget, and |
| | 9 | it's up to the executive of that group to decide to |
| 12:48 | 10 | tell people to go back and spend less or to say, |
| | 11 | "It's close enough, I'm okay to -- that we spent a |
| | 12 | little over our budget." |
| | 13 | So it varies by group. We have some |
| | 14 | groups that will overspend and some that underspend. |
| 12:48 | 15 | Q. Does Intel monitor how often groups |
| | 16 | overspend their budget? |
| | 17 | MR. SHAH: Object to form. |
| | 18 | A. We have reports we look at each year, so |
| | 19 | each cycle, which groups, where they are spending |
| 12:48 | 20 | relative to budget. But while most groups and most |
| | 21 | managers spend to budget, some over and under, so in |
| | 22 | aggregate, most of the time we're about at budget, |
| | 23 | but sometimes a little over, sometimes a little |
| | 24 | under. |
| 12:49 | 25 | Q. If a group continuously overspent on their |

```
 1               IN THE UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4    IN RE:  HIGH-TECH EMPLOYEE ANTITRUST
      LITIGATION
 5

 6    THIS DOCUMENT RELATES TO:

 7    ALL ACTIONS.

 8

 9            NO:  Master Docket No. 11-CV-2509-LHK

10                   REPORTER'S CERTIFICATE

11            I, MARY ABERNATHY SEAL, New Mexico CCR
      #69, DO HEREBY CERTIFY that on March 20, 2013, the
12    Deposition of DANIEL ROBERT McKELL was taken before
      me at the request of, and sealed original thereof
13    retained by:

14              Attorney for the Plaintiffs
                Ms. Sarah R. Schalman-Bergen
15              BERGER & MONTAGUE, P.C.
                1622 Locust Street
16              Philadelphia, Pennsylvania 19103-6365
                (215) 875-3000
17
               I FURTHER CERTIFY that copies of this
18    Certificate have been mailed or delivered to all
      Counsel, and parties to the proceedings not
19    represented by counsel, appearing at the taking of
      the Deposition.
20
               I FURTHER CERTIFY that examination of this
21    transcript and signature of the witness was required
      by the witness and all parties present.
22    On_____ a letter was mailed or delivered to Mr.
      Sujal J. Shah regarding obtaining signature of the
23    witness, and corrections, if any, were appended to
      the original and each copy of the Deposition.
24

25
```

```
 1              I FURTHER CERTIFY that the recoverable
      cost of the original and one copy of the Deposition,
 2    including exhibits, to Mr. Sarah R. Schalman-Bergen
      is $_____.
 3
                I FURTHER CERTIFY that I did administer
 4    the oath to the witness herein prior to the taking
      of this Deposition; that I did thereafter report in
 5    stenographic shorthand the questions and answers set
      forth herein, and the foregoing is a true and
 6    correct transcript of the proceeding had upon the
      taking of this Deposition to the best of my ability.
 7
                I FURTHER CERTIFY that I am neither
 8    employed by nor related to nor contracted with
      (unless excepted by the rules) any of the parties or
 9    attorneys in this case, and that I have no interest
      whatsoever in the final disposition of this case in
10    any court.

11

12
                              _____
13                            Mary Abernathy Seal
                              BEAN & ASSOCIATES, INC.
14                            NM Certified Court Reporter #69
                              License Expires: 12/31/13
15
      (6941K) MAS
16    Date taken:  March 20, 2013
      Proofread by:  JB
17

18

19

20

21

22

23

24

25
```

```
 1    IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

 2              WITNESS SIGNATURE/CORRECTION PAGE

 3           If there are any typographical errors to
      your deposition, indicate them below:
 4

 5    PAGE   LINE

 6    _____  Change to _____

 7    _____  Change to _____

 8    _____  Change to _____

 9    _____  Change to _____

10           Any other changes to your deposition are
      to be listed below with a statement as to the reason
11    for such change.

12    PAGE   LINE   CORRECTION              REASON FOR CHANGE

13    _____

14    _____

15    _____

16    _____

17    _____

18    _____

19           I, DANIEL ROBERT McKELL, do hereby certify
      that I have read the foregoing pages of my testimony
20    as transcribed and that the same is a true and
      correct transcript of the testimony given by me in
21    this deposition on March 20, 2013, except for the
      changes made.
22
                        _____
23                           DANIEL ROBERT McKELL

24    (6941K) MAS Proofread by:  JB

25
```