UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION
**Judge Lucy H. Koh, Presiding**
Courtroom 1 - 5th Floor

**Civil Minute Order**

Date: March 27, 2014                                Time in Court: 1 hr 17 min

Courtroom Deputy Clerk: Martha Parker Brown
Court Reporter: Lee-Anne Shortridge

**TITLE: in Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**
**CASE NUMBER**: C-11-02509 LHK

Plaintiffs Attorneys present: Joseph R. Saveri, Kelly M. Dermody, Brendan Lackin, Lisa Cisneros, Dean Harvey

Defendants Attorneys present: Robert Van Nest/Justina Sessions/Lee Rubin for Google
George Riley/Michael Tubach, Christina Brown for Apple, Inc.
John Mittelstaedt for Adobe
David Kiernan for Intuit
Gregory P. Stone/Miranda Kane/Brad Phillips/Bethany Kristovich for Intel
Emily Henn for Pixar/LucasFilm

**PROCEEDINGS:** Motion Hearing and Further Case Management Conference held.
   The motions are argued. The Court will issue written orders. Case Management Conference is held.
   Court is adjourned.