Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM, INC.
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL MOTION TO COMPEL**<br><br>Judge:       Honorable Lucy H. Koh |

1    Pursuant to Civil Local Rule 7-11 and 79-5(d), Plaintiffs respectfully request that this
2 Court authorize the filing under seal of the following documents in their entirety:
3    1.  Plaintiffs' Motion to Compel; and
4    2.  Declaration of Kelly M. Dermody In Support of Plaintiffs' Motion to Compel.
5    Rule 26(c) of the Federal Rules of Civil Procedure provides discretion for a trial court to
6 permit sealing of court documents.  Fed. R. Civ. P. 26(c)(1).  In the context of a non-dispositive
7 motion, the Ninth Circuit allows an exception to the presumption of access to judicial records for
8 "good cause."  *Pintos v. Pacific Creditors Assoc.*, 565 F.3d 1106, 1115 (9th Cir. 2009) ("In light of
9 the weaker public interest in nondispositive materials, we apply the 'good cause' standard when
10 parties wish to keep them under seal."); *cf. Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172,
11 1179 (9th Cir. 2006).  Under Rule 26(c)(1), "The court may, for good cause, issue an order to protect
12 a party or person from annoyance, embarrassment, oppression, or undue burden or expense."
13    While Plaintiffs disagree with Defendants that Plaintiffs' Motion to Compel should be
14 filed under seal, Plaintiffs submit this motion to seal to comply with the Court's March 27, 2014
15 Case Management Order requiring Plaintiffs to file their Motion to Compel under seal (Dkt. 768).

| | | |
|---|---|---|
| 1 | Dated:  April 9, 2014 | Respectfully Submitted, |
| 2 | | By: */s/ Lisa J. Cisneros*<br>         Lisa J. Cisneros |
| | | |

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri
James G. Dallal
JOSEPH SAVERI LAW FIRM, INC.
255 California, Suite 450
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile: (415) 500-6803

*Co-Lead Class Counsel*