# EXHIBIT 140 TO
# HARVEY DECLARATION
# REDACTED VERSION

3/29/2005 5:43:48 PM

# Internal Offers Training

Frank Czajka

Danielle Lammi

3/29/2005 5:43:48 PM

1

40012DOC000926
CONFIDENTIAL

76512DOC000926
CONFIDENTIAL - ATTORNEYS' EYES ONLY

3/29/2005 5:43:48 PM

# Agenda

- Tools
- SLA
- Req Validation
- Lateral Offers
- Internal Equity
- Laterals w/adjustments
- Promotions

- Field to Factory
- Non-exempt Site-to-Site transfers
- Relocation
- Queries
- Templates

3/29/2005 5:43:48 PM

2

40012DOC000927
CONFIDENTIAL

76512DOC000927
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000928
CONFIDENTIAL

76512DOC000928
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000929
CONFIDENTIAL

76512DOC000929
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000930
CONFIDENTIAL

76512DOC000930
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000931
CONFIDENTIAL

76512DOC000931
CONFIDENTIAL - ATTORNEYS' EYES ONLY

3/29/2005 5:43:48 PM

## Internal Equity

- Need to consider internal equity whenever an offer requires salary adjustment
- Run IOFF01- Internal Equity Report or use Equity report in offer tool
- Compare site, time in grade, education
- Compare to salary scales for grade

3/29/2005 5:43:48 PM

7

40012DOC000932
CONFIDENTIAL

76512DOC000932
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000933
CONFIDENTIAL

76512DOC000933
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000934
CONFIDENTIAL

76512DOC000934
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000935
CONFIDENTIAL

76512DOC000935
CONFIDENTIAL - ATTORNEYS' EYES ONLY

3/29/2005 5:43:48 PM

# Field/Factory Grades Equivalents

| Factory Grades | Field Grades |
|---|---|
| 3 | 80 |
| 5 | 81 |
| 6 | 82 |
| 7 | 83 |
| 8 | 84 |
| 9 | 85/86 |
| 10 | 87 |
| 11 | 88 |

3/29/2005 5:43:48 PM

11

40012DOC000936
CONFIDENTIAL

76512DOC000936
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000937
CONFIDENTIAL

76512DOC000937
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000938
CONFIDENTIAL

76512DOC000938
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000939
CONFIDENTIAL

76512DOC000939
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000940
CONFIDENTIAL

76512DOC000940
CONFIDENTIAL - ATTORNEYS' EYES ONLY

3/29/2005 5:43:48 PM

## Relocation Specialists

US Domestic Assignments, US Domestic 1-way, ILH into US:
- ▪ ████(e ████) ████ - Employees with last name A-P
  (except Fab 12 seed assignment)
  ████████ - Employees with last name Q-Z
  (except Fab 12/22)

Fab 12 Seed US Domestic Assignments
████████

Fab 22 Ramp 1-way US moves
████████

3/29/2005 5:43:48 PM

16

40012DOC000941
CONFIDENTIAL

76512DOC000941
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000942
CONFIDENTIAL

76512DOC000942
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40012DOC000943
CONFIDENTIAL

76512DOC000943
CONFIDENTIAL - ATTORNEYS' EYES ONLY