# EXHIBIT 148 (PART 2) TO HARVEY DECLARATION REDACTED VERSION

| Shop | Learn | Support | Community | My Account |
|------|-------|---------|-----------|------------|
| Home & Home Office | About Dell | Support Home | IdeaStorm | Sign-in / Register |
| Small & Medium Business | Careers | Drivers & Downloads | Direct2Dell Blog | Order Status |
| Large Business | Small and Medium Business | Unresolved Issues | Discussion Forums | Saved Carts |
| Public Sector | Solutions Center | Product Support | Ratings & Reviews | |
| Partners | | Microsoft Vista Support | StudioDell | |

© 2009 Dell   |   About Dell   |   Terms of Sale   |   Unresolved Issues   |   Privacy   |   About Our Ads   |   Contact   |   Site Map   |   Feedback

76577DOC000831
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# EXHIBIT    16

76577DOC000832
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# Intel Chipset Group
# Dell Focus Supplier Review

June 17, 2005

int**e**l.

1

*CHIPSET GROUP*

1

CONDFIDENTIAL

000031309136

76577DOC000833
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# Meeting Objectives

- Explain Chipset (CS) Unified Data Stream Process
- Address concerns/perceptions of CS Quality issues
- Highlight areas of CS Continuous Improvement
- Close on any open items (BGA Test Re-screening capabilities, etc.)

intel.                    2                    CHIPSET GROUP

2

CONFIDENTIAL

000031309136.00002

76577DOC000834
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# Chipset Unified Data Stream Process

- Consolidates high confidence data streams to understand and validate chipset performance and drive our improvements
- Combined with Dell VLRR data, we have an accurate, comprehensive understanding of chipset issues and customer experience.
- Challenges to a well-engineered ODM data process
  - ODMs using non-validated backdated MBs for failure verification
  - EOS and handling damage, missing capacitors, etc.

ODM CLF (Intel MB)

Chipset Customer CLF → Unified Data Stream Report

ATM Outgoing Quality

- RDPM Wtd Avg
  - MB factory (reported (perceived) failure rate (equivalent to LRR)
- VDPM Wtd Avg
  - Verified failure rate at CPV step (equivalent to VLRR)
- ATM Outgoing Quality (Intel Factory)
  - Prediction of customer verified failure rate
  - Shifted to align to WW consumed

**intel.**                                  3                      CHIPSET GROUP

CONDFIDENTIAL

000031309136.0000

76577DOC000835
CONFIDENTIAL - ATTORNEYS' EYES ONLY



4

CONFIDENTIAL

000031309136.00004

76577DOC000836
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

## Intel® 925 Express (Alderwood) Memory failures

- **DDR2 400, 512MB on Channel B with 925 Dell platforms (via UPSD)**
  - Failures due to MA[13] being incorrectly driven during random READ and WRITE cycles
  - No root cause yet; suspect the final driver in the IO clock buffer.
  - Intel DE team engaged

- **Intel tightening Fab distribution and expect first shipments with tighter distribution beginning Aug'05**

- **Optimizations to improve effectiveness of current screen will result in excessive overkill**

  - Minimal 925 volume to Dell for remaining product life

**Connection to Lakeport/Glenwood**
- Lakeport/Glenwood IO and High Speed IO was re-architected (from Grantsdale/Alderwood).
  - Allows 75ps hold guard-band increase from core to IO.
  - IO clock buffer delay shortened, reducing hold delay needed on data path
  - Low risk of Lakeport exhibiting this issue

- **Root cause investigation under way**
  - Root cause needed to fully understand exposure on Lakeport/Glenwood

**Further component screen optimizations not being pursued**

intel.

5

CHIPSETGROUP

5

CONFIDENTIAL

000031309136.0000

76577DOC000837
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

## PCIe Card Detect: Boot failure w/o PEG device status

- Root caused to high leakage in 915/925 PCIe Tx Buffer)
  - Exacerbated by temperature and fast Si process

- Initial screen (partial tester coverage )implemented WW09, and full tester coverage as of WW15
  - ~75% effective in place

- BIOS update was rolled out ww19
  - Revised and rolled out ww22 to comprehend X1 card being plugged into a X16 slot

- System level screen {Dell diag test} released to Dell WW17 (100% effective)

- Intel tightens Fab distribution affecting shipments starting in June
  - followed by further optimization effecting  August shipments

- Ongoing screen development for 100% effectiveness resulting in excessive overkill

**Connection to Lakeport/Glenwood**
- Lakeport's improvement on this is to reduce the pull-up resistor to 7.5K ohm. This allows for some additional leakage current (33uA)
- Lakeport has improved test coverage; no known DPM for this issue on Lakeport

Additional component screen implementation not planned

intel.

6

CHIPSET GROUP

6

CONFIDENTIAL

000031309136.00006

76577DOC000838
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

## PEG x16 lane training issue on 925 and 915G platforms

- **Root caused to sensitivity issue on GMCH PCIe squelch detect circuitry**
- BIOS workaround (reactive) released ww22
- **Ongoing screen development for 100% effective resulting in excessive overkill**

### Connection to Lakeport/Glenwood
- Lakeport made logic changes to reduce sensitivity
  - Lakeport and follow on chipsets are less aggressive in handling a premature squelch condition.
  - Lakeport core devices (desktop/mobile/server) seeing this would be highly unlikely.

Additional component screen implementation not planned

**intel.**                    7                    *CHIPSET GROUP*

CONFIDENTIAL

000031309136.00007

76577DOC000839
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# Intel® 915G (Grantsdale G) Memory failures

- **Failures seen DDRII-400 and DDRII-533 memory (Not related to Alderwood Memory issue)**
  - FACR ongoing at Intel
  - System validation and Design engineers currently working on units in house.
  - At this time it hard to point to one single failure condition. So far we have seen CPU read data failure & MCH write data failures but have not been able to correlate the failures

- **These are fail modes that Intel is very interested in finding understanding and finding root cause as it is being seen across many of the Dell EMs.**
  - Every effort is being made to resolve in as timely a manner as possible

intel.                                    8                    CHIPSET GROUP

8

CONFIDENTIAL

000031309136.00008

76577DOC000840
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# BGA Test Re-screen Position

- Intel does not plan to implement BGA test re-screen capabilities for current or future generation CS products
  - Rework process not developed
  - Equipment set does not exist
  - Handling and Logistics
  - Reliability concerns
  - HVM not supported
  - ATM test capacity and floor space is not available

intel.                                                    CHIPSET GROUP

9

CONFIDENTIAL

000031309136.00009

76577DOC000841
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# Alviso/Lakeport Chipset Status

- Intel® 915-GM Alviso and ICH6M (Preliminary Data)
  - CLF program started WW16 '05 with Quanta
    - Alviso cumulative (WW16-20): 142,256 boards / 2,376 RDPM / 672 VDPM
    - ICH6/m cumulative (WW16-20): 142,256 boards / 1,181 RDPM / 345 VDPM
  - Alviso THC is currently a top priority
  - Other Alviso issues being driven to resolution

- Intel® 945 Lakeport and ICH7 (Preliminary Data)
  - CLF program started WW17 '05 with Maintek and initial validation activities are in progress
  - CLF Pilot Build program with Systems Manufacturing Group
    - Cumulative data for WW16-WW22
      - Lakeport-G: 25,655 boards / 78 RDPM / 0 VDPM (2 failures were NDF at CPV)
      - ICH7: 25,655 boards / 39 RDPM / *tbd* VDPM (1 failed unit will be shipped to Kulim for CPV testing end of Intel WW24)
    - Initial Data looks very good.

intel.

10

*CHIPSET GROUP*

10

CONFIDENTIAL

000031309136.00010

76577DOC000842
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# C/S Quality Improvements to date

- New DFT modes in Intel® 945 Lakeport/ICH7 to enable better test coverage
- New ATE Platforms (CMT; to better catch I/O related defects
- 100% CPV on all new MCH products at start up
- Improved FACR TPT and closure (<30 day TPT goal but incident dependant)
- Enhanced Qual Methodology for Latch-UP (now) and CDE (Q4 intercept)
- Component Diagnostic Tool (iCDT) to isolate/improve C/S and board related failures miscorrelation ▷
- Internal infrastructure improvements to improve communication and synchronization(C/S O-JEM and DPMi MRC)
- More upfront focus on DF* (Design For Quality, Test, Reliability, etc.)
- Task forces started for Memory Interface issues and Type-3 bugs. ▷

intel.                                    11                        CHIPSET GROUP ▶

New DFT: For MCH's Analog Front End to by-pass high speed I/O, Enhanced GFX test modes to execute code from GFX memory instead of needing tester vectors. ICH7 has HBP (High speed Band Pass) on SATA, USB2, and DMI.

100% CPV on new products was put in place beginning with Grantsdale/ICH6. All MCH's will start up with 100% CPV. ICH's will start lower due to improved test coverage and CMT tester platform. For example, ICH7 will start up @30% CPV/s.

iCDT has successfully completed it's pilot program and is in the final planning stages for proliferation to other customers. Discussions have started for partnerships.

11

CONDFIDENTIAL

000031309136.00011

76577DOC000843
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# CS Quality Summary

- Intel has developed a comprehensive Unified Data stream to understand and validate chipset performance and drive our improvements.
- Recent MCH issues have caused DPM trends to exceed goal and corrective actions are in process to mitigate the impact.
- Continuous Improvement activities are being driven on multiple fronts and have shown positive response for Lakeport/ICH7
- There is still some difficult work remaining and we need Dell's help (Type-3 bugs, MI improvements).
- Are we missing anything? What about Software?

intel.

**12**

CHIPSET GROUP

12

CONFIDENTIAL

000031309136.00012

76577DOC000844
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# Help Requested from Dell

- Increased early validation partnership results to resolve DPM issues early in the product life cycle
  - Configuration related issues
  - Memory Interface issues
  - Type-3 bug early detection
  - Others

intel.

13

CHIPSET GROUP

13

CONFIDENTIAL

000031309136.00013

76577DOC000845
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# ICH EOS/ESD Background

- Due to an increase in the reported EOS failures observed by customers, a review of the ICH product history was performed. Date code information identified a correlation between EOS sensitivity shift and the date silicon substrates migrated form Standard EPI to Pseudo-Epi material.

- In Changing to PEPI, some guard band on the ICH4/5 for latch up was reduced, however the components are still meeting Intel/ Industry specification. During investigation other Contributing factors were uncovered:
  - MB design
  - Usage Environment
  - Pseudo-epi (p-epi) wafer material (ICH)
  - ESD/EOS suppression techniques on USB
  - ICH voltage regulation
  - MB power supply regulation/current limiting
  - Out of spec USB Device or Signals

- Intel continues to recommend that customers adopt, and validate methods to reduce latch up failures and ensure platform robustness

- To further assist its customers, Intel is in the process of making changes to ESD/LU testing methodologies.

intel.

14

CHIPSET GROUP

14

CONFIDENTIAL

000031309136.00014

76577DOC000846
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**ICH EOS/ESD Update**                                              Intel Confidential

**I/O Latch up stress-to-fail**
- Intel's new POR for product characterization is to take LU stress-to-fail data on all Customer visible pins as a PRQ requirement.

- ~~The Stress-to-fail methodology and data is being monitored internally through our Chipset Quality Advisory Board (QAB) as a product characterization activity and will not be reported out in the Qual memo to customer.~~

- Intel has adopted this methodology as part of our internal improvement process and is above and beyond the intel and industry (JEDEC) I/O latch up spec requirements.

**External Pin Zap status**
- Intel on track to make external pin zapping a PRQ requirement by end of Q3'05.

- Internal TF team continues to work with Industry ESD Association and internal corporate quality forum
  - Our internal team will likely finalize on test methodology before ESD Association completes their own evaluations
  - Intel Targets ICH8 to be the first product to PRQ with this external pin zapping requirement (Q1'06)

**Product Change Notification Process**
- Intel Product Change Notification (PCN ) process is based on product or component changes to Form, Fit, or Function
  - **Form, Fit or Function changes are measured as the component performance to spec**

  - New qualification methodology will provide 'test to fail' data to Change Control Boards
    - Test to fail data will be used to measure changes in margin during conversions or material transitions
    - Change Control Board methodology will allow for FYI notification when a significant change in margin is observed, regardless of performance to spec

intel₀                                  **15**                      CHIPSET GROUP

15

CONFIDENTIAL

000031309136.00015

76577DOC000847
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## ICH6 Test Program Improvements History

Intel Confidential

| Released | Test Hole | Coverage | Expected DPM improvement | Expected improvement at Customer |
|---|---|---|---|---|
| ww03 | SATA and PCI-e | SATA/PCI-e | Unknown | ww07-ww09'05 |
| ww50 (Class) | PCI-e/DMI/USB2 | SYS Hang (No Boot), PCI-e Data Mismatch, USB Time Out | ~100 | ww02-ww04'05 |
| ww40 (Class) | RTC 8080 | No Boot – RTC OSC | ~50 | ww44-ww46 |
| ww39 (Sort) | SATA/USB1.1/ USB2.0/RTC | SATA AHCI, USB1 rec/trans, USB2 Time Out & RTC OSC | ~90 | ww43-ww45 |
| ww37 (Class) | SATA | SATA TX Phase | ~30 | ww41-ww43 |
| ww35 (Sort) | USB | USB1.1 | ~30 | ww39-ww41 |
| ww30 (Sort) | USB | USB1.1 | ~30 | ww34-ww35 |

intel

16

CONFIDENTIAL

76577DOC000848
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## GdG Test Program Improvements History

Intel Confidential

| Released | Test Hole | Coverage | Expected DPM Improvement | Expected Improvement at Customer |
|---|---|---|---|---|
| ww15'05 | MI | FSB (No Boot), PCIe card detect | Unknown | ww19-ww21 |
| ww09'05 | MI | PCIe card detect | Unknown | ww13-ww15 |
| ww02'05 | MI | No POST D4 | ~20 | ww06-ww08'05 |
| ww46 | Gfx | 2D and 3D tests | ~80 | ww-50-ww52 |
| ww42 | MI | PCIe tests | ~200 | ww46-ww48 |
| ww40 | Gfx | 2D and 3D | ~200 | ww44-ww46 |
| ww29 | Gfx | 2D and 3D | ~880 | ww33-ww35 |
| ww27 | NA | PCI PEG card detect | Unknown | ww31-ww33 |
| ww24 | Gfx | 3D HW binner | Unknown | ww28-ww30 |

intel UP

17

CONDFIDENTIAL

000031309136.0001

76577DOC000849
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel Confidential

# Goals Update

- As part of the current Executive MRC engagement a goals setting and alignment focus group was tasked to look at the process and goals overall among the two companies.
  - Special goals meeting was held in Intel Arizona on May 12th 2005 with the intent to understand Intel's current goal setting methodology as well as to discuss Dell's current goals philosophy and expectations from Intel.
  - Intel team shared the strategy on Technology Advances and impact on Product Quality:
    - "Effect of Moore's law (2X transistor count every 2 years), transistor feature size, defect density, test coverage, etc. defined as presenting challenges to reducing product DPM goals at launch from generation to generation - without continuous improvement (materials, manufacturing, test) DPM goals would rise."
- John Grosso from Dell, formally requested Intel to consider a variable goal model by which the same would be established taking into consideration the complexity increase at the beginning of the technology and then drive to a committed improvement over the life of the product.
- Intel team acknowledged Dell's request and committed to bring the same in front of the Use Conditions MRC for review and consideration.
- Review of progress, formal response and closure will be provided via the Executive MRC engagement between Intel & Dell.

intel.

18

CHIPSET GROUP

18

CONFIDENTIAL

000031309136.00018

76577DOC000850
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT    17

76577DOC000851
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Dell | Intel**
**Quarterly Business Review**

May 26, 2005

Rev 0.5

Dell and Intel Confidential

**DELL** | intel.

1

CONFIDENTIAL

10000058762922



2

CONFIDENTIAL

10000058762922.00002

76577DOC000853
CONFIDENTIAL - ATTORNEYS' EYES ONLY



3

CONFIDENTIAL

10000058762922.00003

76577DOC000854
CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

CONFIDENTIAL

10000058762922.00004

76577DOC000855
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5

CONFIDENTIAL

10000058762922.00005

76577DOC000856
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6

CONDFIDENTIAL

10000058762922.00006

76577DOC000857
CONFIDENTIAL - ATTORNEYS' EYES ONLY



7

CONFIDENTIAL

10000058762922.00007

8

CONFIDENTIAL

10000058762922.00008

76577DOC000859
CONFIDENTIAL - ATTORNEYS' EYES ONLY

9

CONFIDENTIAL

10000058762922.00009

76577DOC000860
CONFIDENTIAL - ATTORNEYS' EYES ONLY



10

CONFIDENTIAL

76577DOC000861
CONFIDENTIAL - ATTORNEYS' EYES ONLY

11

CONFIDENTIAL

76577DOC000862
CONFIDENTIAL - ATTORNEYS' EYES ONLY



12

CONFIDENTIAL

10000058762922.00012

76577DOC000863
CONFIDENTIAL - ATTORNEYS' EYES ONLY



13

CONDFIDENTIAL

10000058762922.00013

76577DOC000864
CONFIDENTIAL - ATTORNEYS' EYES ONLY



14

CONFIDENTIAL

10000058762922.00014

76577DOC000865
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Backup

Dell and Intel Confidential

DELL | intel

15

CONFIDENTIAL

10000058762922.00015

76577DOC000866
CONFIDENTIAL - ATTORNEYS' EYES ONLY

16

CONFIDENTIAL

10000058762922.00016

76577DOC000867
CONFIDENTIAL - ATTORNEYS' EYES ONLY



17

CONFIDENTIAL

10000058762922.00017

76577DOC000868
CONFIDENTIAL - ATTORNEYS' EYES ONLY



18

CONFIDENTIAL

10000058762922.00018

76577DOC000869
CONFIDENTIAL - ATTORNEYS' EYES ONLY

19

CONDFIDENTIAL

10000058762922.00019

76577DOC000870
CONFIDENTIAL - ATTORNEYS' EYES ONLY



20

CONFIDENTIAL

10000058762922.00020

76577DOC000871
CONFIDENTIAL - ATTORNEYS' EYES ONLY



21

CONFIDENTIAL

10000058762922.00021

76577DOC000872
CONFIDENTIAL - ATTORNEYS' EYES ONLY

22

76577DOC000873
CONFIDENTIAL - ATTORNEYS' EYES ONLY



23

CONFIDENTIAL

76577DOC000874
CONFIDENTIAL - ATTORNEYS' EYES ONLY

24

CONDFIDENTIAL

10000058762922.00024

76577DOC000875
CONFIDENTIAL - ATTORNEYS' EYES ONLY

25

CONFIDENTIAL

10000058762922.00025

76577DOC000876
CONFIDENTIAL - ATTORNEYS' EYES ONLY

CONFIDENTIAL - ATTORNEYS' EYES ONLY

26

CONFIDENTIAL

10000058762922.00026

76577DOC000877

# EXHIBIT    18

76577DOC000878
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| From: | Ben-Ami, Beth A |
| To: | Fortmann, Scott; Kettmann, Dorenda |
| Sent: | 12/16/2005 9:41:57 AM |
| Subject: | RE: Another Bios Engineer |

He won't start until Jan. 2006.

**From:** Fortmann, Scott
**Sent:** Friday, December 16, 2005 10:07 AM
**To:** Kettmann, Dorenda; Ben-Ami, Beth A
**Subject:** RE: Another Bios Engineer

A few direct questions posed to the employee, the manager and recruiter might give us an insight. I'm just a bit worried that we might have a growing cadre of Dell folks who are calling their buddies on behalf of hiring managers and encouraging them to apply for specific jobs.

**From:** Kettmann, Dorenda
**Sent:** Friday, December 16, 2005 9:04 AM
**To:** Fortmann, Scott; Ben-Ami, Beth A
**Subject:** RE: Another Bios Engineer

We could ask the guy??

**From:** Fortmann, Scott
**Sent:** Friday, December 16, 2005 9:04 AM
**To:** Ben-Ami, Beth A; Kettmann, Dorenda
**Subject:** RE: Another Bios Engineer

If we focused on the very small number of bios engineers, could we get a feel for whether any end-around behaviors are occurring?
scott

**From:** Ben-Ami, Beth A
**Sent:** Friday, December 16, 2005 9:02 AM
**To:** Fortmann, Scott; Kettmann, Dorenda
**Subject:** RE: Another Bios Engineer

I honestly don't think so... When I provided you the info in Oct. we had 1100 candidates that had applied for positions at Intel that were from Dell.   I have no data or real way to knowing if folks are encouraging Dell employees to come to Intel.   Let's use the Source of Hire info. as our baseline and assumption on how folks are coming to us.

**From:** Fortmann, Scott
**Sent:** Friday, December 16, 2005 9:52 AM
**To:** Ben-Ami, Beth A; Kettmann, Dorenda
**Subject:** RE: Another Bios Engineer

Beth:
Would you be able tell whether anyone in the business is going around the spirit of the agreement and encouraging these folks to apply?
Scott

40064DOC000100
· CONFIDENTIAL

**From:** Ben-Ami, Beth A
**Sent:** Friday, December 16, 2005 8:51 AM
**To:** Kettmann, Dorenda; Fortmann, Scott
**Subject:** RE: Another Bios Engineer

Dorenda,
I'll check on it and I think we can tell from our Source of Hire info.  I know for certain that EVERYONE knows not to recruit these folks.  I think what is working against us is the "refer a friend" process... My guess and I will confirm...

See you,
Beth

**From:** Kettmann, Dorenda
**Sent:** Friday, December 16, 2005 9:47 AM
**To:** Ben-Ami, Beth A; Fortmann, Scott
**Subject:** RE: Another Bios Engineer

That's good to know!!!  Is there any way we can tell if they just came to us on our own or were recruited by someone??

**From:** Ben-Ami, Beth A
**Sent:** Friday, December 16, 2005 8:46 AM
**To:** Kettmann, Dorenda; Fortmann, Scott
**Subject:** RE: Another Bios Engineer

Actually, Dell has hired many of our employees, per the folks in India...  I have no data on it but have ask that they provide it.
   Also, Kevin Wong, looks to be the latest BIOS engineer from Dell (but there isn't a name below so I am guessing) and we have followed the process and it is documented end-to-end.
B

**From:** Kettmann, Dorenda
**Sent:** Friday, December 16, 2005 9:42 AM
**To:** Ben-Ami, Beth A; Fortmann, Scott
**Subject:** RE: Another Bios Engineer

I think they would like us to NOT hire any.......even though that wasn't the agreement......It appears they have taken a harder line....or maybe...none of our ee's apply to Dell....so they feel bad L   My guess is he is going to push for something more strick...... but I do think we'll have to decide if we move to a no hire..which doesn't make sense .........

**From:** Ben-Ami, Beth A
**Sent:** Friday, December 16, 2005 8:32 AM
**To:** Fortmann, Scott
**Cc:** Kettmann, Dorenda
**Subject:** RE: Another Bios Engineer

Hi Scott,
I will request that the report be run for the last 2 years but the agreement was only "officially" sent out a year ago.   I'll find out who the new hire was and we have been auditing since the change went in to effect.

Also, perhaps I am missing something, in reading the note below it appears to me that that the Dell HR guys believes were are NOT to hire Dell employees.  However, that is not the agreement, we are not to Recruit these employees but if they follow the process we can hire them....  Perhaps some of the frustration is that the Dell employees are coming to us for positions and referring their friends (I suspect and can look at source of hire).  Maybe, they think we're not suppose to hire them?

I'll get you the info. you requested and summarize it for you.

40064DOC000101
CONFIDENTIAL

76577DOC000880
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Thanks,
Beth

---

**From:** Fortmann, Scott
**Sent:** Friday, December 16, 2005 8:18 AM
**To:** Ben-Ami, Beth A
**Cc:** Kettmann, Dorenda
**Subject:** FW: Another Bios Engineer

Beth:

Can you get us a summary, as well as confirm this latest BIOS engineer was hired per agreement.

Scott

---

**From:** Taylor, Richard HR
**Sent:** Friday, December 16, 2005 12:13 AM
**To:** Paul_Mckinnon@Dell.com
**Cc:** Fortmann, Scott; Kettmann, Dorenda
**Subject:** RE: Another Bios Engineer

None taken at all.

I am disappointed to hear of the turn of events that have happened. Dorenda/Scott, I would like you to check out how we have been getting names of BIOS engineers at Dell. I would also like a full inventory of who we have hired over the past 2 years please.

Richard

---

**From:** Paul_Mckinnon@Dell.com [mailto:Paul_Mckinnon@Dell.com]
**Sent:** Tuesday, December 13, 2005 9:56 AM
**To:** Taylor, Richard HR
**Subject:** FW: Another Bios Engineer

I apologize for the name in the box.  I am so bad with names, that I have you listed as a category.  No disrespect intended.

P.

---

**From:** Mckinnon, Paul
**Sent:** Tuesday, December 13, 2005 11:55 AM
**To:** 'Intel guy with Patty'
**Subject:** Another Bios Engineer

Richard,

We lost another Bios Engineer to you last week.  For the last couple of years, we have completely stayed away from your folks and to my knowledge, we have not hired a single person.  The balance sheet on your side has not been quite the same. I know you have tried to play by the rules we have laid down, but at this point, we are, as a company, rethinking our arrangement with you.

We don't feel that this is working for us at this point, and we will be meeting with our Business and HR

40064DOC000102
CONFIDENTIAL

76577DOC000881
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Leaders to decide on the next steps.  We do this reluctantly, since we believe that given our close working relationship, we don't need to be hiring one another's people.  However, the frustration on our part has reached a point where we don't feel can continue with the current structure.

P.

40064DOC000103
CONFIDENTIAL

76577DOC000882
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT   19

76577DOC000883
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** Schenfeld, Cara

**To:** Walls, Burke A; Hernandez, Luz M; Benavidez, Paula K; Peck, Joseph E; Walla, Robert J; Stevens, Michelle; Woolsey, Dave; Moore, John J; Cunningham, Casey; Jordan, John J; Martinez, Rito A; Fuentes, Sheri L; Upshaw, Diane C; Davidson, Sharon L; Jones, Douglas S; Keating, Gregory P; Quevedo, Adriana; Cobb Villanea, Geanina; Chaves, Pilar; Castro Barrantes, Alejandro E; Mato, Andrea V; Soto, Angela; Diaz Vargas, Ana C; Cole, Richard A; Baker, Linda K; Dunne, Sandra L; Hall, Tyra K; Pierce, Mark E; Alvarado, Sara B; Guenard, Charles; Dickenson, Christina L; Jensen, Brig C; Lazo, Andrea R; Oase, Sean P; Strugar, Arlene B; Rosenbalm, Kandi D; Padilla, Anthony; Bravenec, Shannon; Dagg, Kristin L; Mason, Janie C; Peery, Tiffany L; Roark, Robert A; Stecker, Michelle M; Tomei, Paul J; Cardona, Carrie M; Gladden, RosaleeX C; Thigpen, Felicia M; Cusick, Warren C; Mitchell, Debbie; Collins, Shirley; Patterson, Jason S; Dunn, JeffreyX M; Williams, Gil L; Christman, JanelleX R; Heil, ChristianX M; Bates, Lyle; Eastwood, Julie I; Storm, Barbara M; Ingram, Deanna L; Noonan, Tina M; Heissner, Josephine; Day, Louise P; Lopez, Jessica; Mccormick, Lance E; Tratos, Diann; Rudomin, Christine; Cryan, Ed R; Cho, Delon T; Bailey, Chaundra; Tripette, Pamela B; Patten Rizk, Teresa; Burger, John G; Hansen, Shon M; Smith, Steven; Ruelas, Margaret; Ohrn, George M; Garcia, Roberta A; Sanchez, Renee A; Dawson, Christie D; Lank, Shellee J; Singer, Todd E; Ruiz, Dionne M; Cortez, Mario P; Ajluni, Thomas; Gryzlo, Jon-david; Marine, Alex; Hyder, Gwendolyn K; Cazinha, Robin; Lee, DelEsa C; Ben-Ami, Beth A

**CC:** Maack, Paul W

**Sent:** 5/4/2006 3:43:20 PM

**Subject:** FW: Update to Supplier Hiring Training

**Attachments:** GAM Supplier Hiring Sourcing.ppt

***************************************************************************

GAM Staffing Folks,

A quick note on two updates to the Supplier Hiring training.

1) Your link to the Purchasing database may no longer work. The following link takes us to the same database that we have been using to identify the contact owner in purchasing for a given contractor:
http://mycontracting.intel.com/

2) Also, our "hands off" policy with Dell have been changed. We now treat Dell just like any other contractor. In general, if the Dell employee initiates the contact or has his/her resume in a public space, we can consider them for hire as long as the Dell employee did not work directly with Intel employees or on Intel related projects in the past 12 months

The training document is update and attached. Please let me know if you have any questions.

Burke Walls
Intel Corporation
Staffing Operations Manager
Corporate Business Groups
Greater Americas Staffing
**719 273 1136**

40012DOC001512
CONFIDENTIAL

76577DOC000884
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT   20

76577DOC000885
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| From: | Maack, Paul W |
| Sent: | Monday, April 10, 2006 8:09 AM |
| To: | Ben-Ami, Beth A; Bravenec, Shannon; Cole, Richard A; Dickenson, Christina L; Gutierrez, Gina M; Martinez, Rito A; Quevedo, Adriana; Schenfeld, Cara; Thigpen, Felicia M; Walls, Burke A |
| Subject: | FW: Dell-Intel No-Hire Agreement |

Important change...

**From:** Fortmann, Scott
**Sent:** Monday, April 10, 2006 7:23 AM
**To:** Maack, Paul W; Scully, Paul S; Mackenzie, Iain; Evangelista, Tina M
**Subject:** FW: Dell-Intel No-Hire Agreement

Fyi in case you don't already know.

| | |
|---|---|
| From: | Kettmann, Dorenda |
| Sent: | Friday, April 07, 2006 2:58 PM |
| To: | Krishna, Sridhar |
| Cc: | Fortmann, Scott; Ben-Ami, Beth A |
| Subject: | FW: Dell-Intel No-Hire Agreement |

Sridhar,
See below. I think we can now relax our rules we put in place. We obviously don't want to target them but we won't need to have candidates inform their management that they are interviewing or getting an offer.....Thx, dk

**From:** Taylor, Richard HR
**Sent:** Friday, April 07, 2006 2:57 PM
**To:** Kettmann, Dorenda
**Cc:** Fortmann, Scott
**Subject:** RE: Dell-Intel No-Hire Agreement

Checked and yes they have. I think we also relax our rules accordingly thanks

Richard

**From:** Kettmann, Dorenda

40008DOC000289
CONFIDENTIAL

76577DOC000886
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Sent:** Tuesday, April 04, 2006 8:06 AM
**To:** Taylor, Richard HR
**Cc:** Fortmann, Scott
**Subject:** FW: Dell-Intel No-Hire Agreement

Richard,

This is the second time we have heard this. Bottom line it appears Dell has taken away restrictions hiring/recruiting from Intel. I think it might be worthwhile to send a note to the VP you have been conversing with and see if this is true.  I don't think we want to target Dell but if they have taken away restrictions we could relax our rules on those Dell employees that approach us and eliminate the need for Dell applicants to notify their managers that they are interviewing with intel...Thoughts?? dk

Dorenda/Scott:

It sounds like the Dell-Intel No Hire agreement has been terminated end of last year. We are hearing this from Dell rather from within GS or Intel. Could you please check with Patty and Richard on this ?   We are continuing to lose our employees to Dell at an increasing rate (~ 10 this year). Please see the e-mail thread between myself & Karen.  GAM Ops & BAMs in GS are unaware aware of this termination.

Need your help.
Sridhar

**From:** Grossman, Karen G      **Sent:** Wednesday, March 29, 2006 12:56 PM
No.  My understanding the original deal was through Patty herself.  My guess is it went the same way for removal.

**From:** Krishna, Sridhar  **Sent:** Wednesday, March 29, 2006 11:31 AM
Karen, do you know who from corporate was involved ? As far as I know staffing wasn't involved. I am trying to understand why.

**From:** Song, Harry  **Sent:** Wednesday, March 29, 2006 10:13 AM
I believe it is from CB. He called me up and said he lost 5 people to Dell recently.

**From:** Grossman, Karen G
**Sent:** 2006年3月29日 8:12
**To:** Krishna, Sridhar
**Cc:** Song, Harry; Rajasivam, Jaganathan
**Subject:** RE: Dell-Intel No-Hire Agreement

Hi Sridhar,

40008DOC000290
CONFIDENTIAL

76577DOC000887
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Seems that the hiring agreement was killed at the Corporate level per my Dell contact.  The timing that he understood was at the end of last year.  I don't think he got a clear down load from Dell either.

Dell claims that they do not target Intel (in PRC).  They do not direct their headhunters toward Dell.  I did talk to the HR director about the fact that they hired several people from us and he was aware and course correcting (maybe?).

Jagan/Harry-  there was a reference yesterday that we lost another person to Dell?  This came from CB or Bian...  Are you aware?

Karen Grossman

PRC HR Country Manager

821-1263

**From:** Krishna, Sridhar  **Sent:** Wednesday, March 22, 2006 5:56 PM

Karen,

I heard that the agreement with Dell on "No-Hire" from each-other is off. Could you shed some light how & when this happened, is this for all of Intel or only for GAR or PRC ?  Who was involved with this decision and what is the process that used/followed ?  Did anyone from the US/global groups involved ?

**From:** Grossman, Karen G    **Sent:** 2006年3月22日 8:13

Yes, the agreement with Dell has been terminated at the end of last year.  I don't think we should recreate any agreements.

In light of Dell,  I think we can/should consider employees from Dell that approach us.  I don't think we should have any targeted approach toward hiring from Dell (ie telling headhunters to specifically target Dell)

40008DOC000291
CONFIDENTIAL

# EXHIBIT   21

76577DOC000889
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| From: | Taylor, Richard HR |
|---|---|
| To: | Paul_Mckinnon@Dell.com |
| CC: | Keitmann, Dorenda; Fortmann, Scott |
| Sent: | 1/11/2006 4:23:39 PM |
| Subject: | RE: Intel Recruiting Activity |

Paul

We have gone back and verified our processes are in place. Here is the data we have found so far. In 2005 we received (unsolicited) greater than 1700 resumes from Dell employees. In 2005 we hired 44 employees from Dell worldwide. Our staffing organization has been vigilant in keeping to the terms of the agreement. To further ensure our compliance with the agreement we have just completed a survey of recent Dell hires to ensure no poaching was taking place. We found no instances of this occurring as those hired came through Intel.com or were referred by friends.

With the ongoing concern over this issue it may make sense for us to arrange a call. What do you think?

Richard

**From:** Paul_Mckinnon@Dell.com [mailto:Paul_Mckinnon@Dell.com]
**Sent:** Monday, January 09, 2006 8:01 AM
**To:** Taylor, Richard HR
**Subject:** FW: Intel Recruiting Activity

Richard,

As you can see, there were more than what I mentioned earlier. As you can also see from the string, our management team is starting to escalate this. Joe Marengi runs out America's organization, and has called his counterpart in your org.

Can you please tell me what you are doing with this?

P.

**From:** Marengi, Joe
**Sent:** Monday, January 09, 2006 9:43 AM
**To:** Horan, Mark; Marmonti, David; Esparza, Andrew; Weber, Joseph
**Cc:** Price, Steve; Mclaughlin, Michael; Parra, Ro; Klein, Terry
**Subject:** RE: Intel Recruiting Activity

I spoke to Art this AM and reminded him of our agreement. He said he would remind his team and to cease immediately. Joe

**From:** Horan, Mark
**Sent:** Sunday, January 08, 2006 5:48 PM
**To:** Marmonti, David; Esparza, Andrew; Marengi, Joe; Weber, Joseph
**Cc:** Price, Steve; Mclaughlin, Michael; Parra, Ro
**Subject:** RE: Intel Recruiting Activity

40064DOC000121
CONFIDENTIAL

76577DOC000890
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Joe Fox - one of our Global SCs in Chicago.

Mh

---

**From:** Marmonti, David
**Sent:** Friday, January 06, 2006 9:44 AM
**To:** Esparza, Andrew; Marengi, Joe; Weber, Joseph
**Cc:** Price, Steve; Mclaughlin, Michael; Parra, Ro; Horan, Mark
**Subject:** RE: Intel Recruiting Activity

Joe,

The AE is Gerard O'Hara based out of Connecticut. We also lost Charles Cortese an SC in the same area a few months ago to Intel. I am copying Mark Horan on this note because he told me today that he just lost a Chicago based SC in Global to Intel.

Thanks

Dave

---

**From:** Esparza, Andrew
**Sent:** Thursday, January 05, 2006 6:22 PM
**To:** Marengi, Joe; Weber, Joseph
**Cc:** Price, Steve; Marmonti, David; Mclaughlin, Michael; Parra, Ro
**Subject:** RE: Intel Recruiting Activity

This would be good. Paul McKinnon can also work it with their SVP of HR, as he has in the past. There has been no change to our non-recruit agreement.

Andy

---

**From:** Marengi, Joe
**Sent:** Thursday, January 05, 2006 5:31 PM
**To:** Weber, Joseph; Esparza, Andrew
**Cc:** Price, Steve; Marmonti, David; Mclaughlin, Michael; Parra, Ro
**Subject:** RE: Intel Recruiting Activity

Can you get me the name of the employee and where he was recruited? I want to talk to the sales head on it. Joe

---

**From:** Weber, Joseph
**Sent:** Thursday, January 05, 2006 5:17 PM
**To:** Esparza, Andrew
**Cc:** Marengi, Joe; Price, Steve; Marmonti, David; Mclaughlin, Michael
**Subject:** FW: Intel Recruiting Activity

Andy,

Is Intel recruiting still an issue in Asia? We just had an AE hired away from Dave's team. Apparently there is a history here. Trying to determine how we want to manage this and our relationship.

---

**From:** Keller, Diana
**Sent:** Thursday, January 05, 2006 5:07 PM
**To:** Weber, Joseph; Adcock, John; Bohan, Tom; Allen, Dan
**Cc:** Helmholz, Steven; Loya, Ed; Marmonti, David; Mclaughlin, Michael; Keller, Diana
**Subject:** RE: Intel Recruiting Activity

We do have a verbal agreement with Intel. I'm copying in Tom and Dan for review/comment. Thanks!

40064DOC000122
CONFIDENTIAL

76577DOC000891
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** Weber, Joseph
**Sent:** Thursday, January 05, 2006 4:51 PM
**To:** Adcock, John; Keller, Diana
**Cc:** Helmholz, Steven; Loya, Ed; Marmonti, David; Mclaughlin, Michael
**Subject:** RE: Intel Recruiting Activity

Diana,
I thought we did have an agreement with Intel - looking at our Recruiting Restrictions document from October.  Can you clarify?
thanks
Joe

---

**From:** Adcock, John
**Sent:** Thursday, January 05, 2006 3:39 PM
**To:** Weber, Joseph
**Cc:** Helmholz, Steven; Loya, Ed; Marmonti, David; Mclaughlin, Michael
**Subject:** Intel Recruiting Activity
**Importance:** High

Joe,
Wanted to let you know that we have had an AE approached, recruited and offered a job by Intel this week. Gerard O'Hara, key talent AE, is going to Intel for a manager role. My understanding is there is a verbal agreement between Dell and Intel to not do this. We would like to escalate this appropriately and if there is a way to have Intel hold the start date back till the beginning of the quarter as a gesture of goodwill it would be appreciated.

Thanks,

*John Adcock*
HR Generalist, PCA
Dell Inc.
512.728.3655
512.632.5722 Mobile
512-283-3463  fax

40064DOC000123
CONFIDENTIAL

76577DOC000892
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT   22

76577DOC000893
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| From: | Reid, Ogden M |
| To: | Murray, Patty |
| Sent: | 4/3/2008 10:01:47 AM |
| Subject: | RE: some market intelligence |

Not sure. I know we had issues in GAR a year or two ago, and they just blew us off so Staffing may have felt it was dead.

**From:** Murray, Patty
**Sent:** Thursday, April 03, 2008 11:01 AM
**To:** Reid, Ogden M
**Subject:** RE: some market intelligence

Not sure why.  It was struck between Michael and paul.

**From:** Reid, Ogden M
**Sent:** Thursday, April 03, 2008 10:00 AM
**To:** Murray, Patty
**Subject:** RE: some market intelligence

I asked Woolsey about this originally. He didn't think the deal was any longer in effect.

**From:** Murray, Patty
**Sent:** Thursday, April 03, 2008 10:58 AM
**To:** Reid, Ogden M
**Subject:** RE: some market intelligence

We have to worry a bit about recruiting from Dell.  We do have the agreement that we will accept people who come to us but not recruit.  Though I don't know the new HR VP and we haven't re-upped the agreement in awhile.  I will talk with pso.

**From:** Reid, Ogden M
**Sent:** Thursday, April 03, 2008 9:51 AM
**To:** Murray, Patty
**Subject:** RE: some market intelligence

We are setting up interviews with you for Brit Wittman (Dell guy) for week we have F2F in SC later this month. He is speaking at a World at Work conference that week in SF, so aligns well.
Ogden

**From:** Murray, Patty
**Sent:** Thursday, April 03, 2008 10:42 AM
**To:** Reid, Ogden M
**Subject:** RE: some market intelligence

J
Different styles.  Those were the things I thought you learned.  I don't disagree with him asking, but does point to the style issues that you have to work.

40056DOC000036
CONFIDENTIAL

I also sent your note to pso and adb, adding that we are chasing the Dell guy as well.

patty

---

**From:** Reid, Ogden M
**Sent:** Thursday, April 03, 2008 8:06 AM
**To:** Taylor, Richard HR; Murray, Patty
**Subject:** RE: some market intelligence

- The notion that we should pick a couple of flashy differentiators that are aligned with our culture and heavily and disproportionately promote those makes sense to me.

- I have yet to talk to a C&B director at another company who sings praises of performance stock. Our resistance to anything broad here should continue.

- We need to consider more biz and individual line of sight/goal alignment in our bonus programs, though going too far toward individual can become painful mess.

- We should continue to benchmark externally for innovative educational ideas.

Ogden

---

**From:** Taylor, Richard HR
**Sent:** Wednesday, April 02, 2008 3:48 PM
**To:** Reid, Ogden M; Murray, Patty
**Subject:** RE: some market intelligence

Interesting anything you would want to incorporate into our thinking and approach?
Richard

---

**From:** Reid, Ogden M
**Sent:** Wednesday, April 02, 2008 7:52 AM
**To:** Murray, Patty; Taylor, Richard HR
**Subject:** some market intelligence

I had a productive conversation yesterday with Yahoo's C&B director. I am trying to interest her in coming to us at some point. She has 600k of equity vesting in August that we can't match but by later in year, we might be able to lure her away. She has Harvard undergrad degree and Columbia MBA. She has what looks like very successful 6 year run at Yahoo.

She described how they go head to head with their arch competitor, Google. It is tough battle because Google can outbid anyone for any candidate at any time. She says Google has an "unusual" pay philosophy targeting 90th percentile, which she believes is unsustainable. [Google's recent proxy shows RSU grants to senior execs at 95th percentile.] Yahoo responds by picking its battles on where to bid high – esp. search engineering. Their overall package is below average but they pick a few "flashy" areas like free food to create a buzz that creates perception of being ahead of market.

Many of Yahoo's programs are similar to ours. They recently introduced some performance based RSU's but it sounds like the actual results are pretty limited. They set the performance bar low so that RSUs would likely vest and didn't link them very closely to business results. Their bonus system is much more oriented toward individual performance than corporate goals. Higher performers will see 2-3X bonus payouts than lower performers. They target 15% of low end to receive zero bonus. This is hard

40056DOC000037
CONFIDENTIAL

76577DOC000895
CONFIDENTIAL - ATTORNEYS' EYES ONLY

actually to deliver. She sees the business units "dying" for more linkage to their biz goals and bonus programs. When biz group bonus plans are created, they are of course "self-funding", meaning Finance requires positive business return to fund the bonus. She sounded a little skeptical whether the business return is truly realized.

They are struggling with educating their employees and managers on their programs like everyone. They are doing one interesting thing with their Total Rewards (Personal Portrait) approach. They use the summary tables and pie charts that aggregate all the different pieces of comp and ben for each individual as a "portal" to get to underlying info. So, if an employee wants to look at their paycheck, they first have to go through their Total Rewards cover page. This helps put the T-Comp package in front of employees on regular basis.

Ogden

40056DOC000038
CONFIDENTIAL

76577DOC000896
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT    23

76577DOC000897
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6/11/2009 8:13:55 AM

# Dell Employee Hiring Process

Beth Ben- Ami

Oct. 31, 2006

6/11/2009 8:13:55 AM

1

40012DOC001740
CONFIDENTIAL

76577DOC000898
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6/11/2009 8:13:55 AM

## Agenda

- ☐ Problem Statement
- ☐ New Business Process
  - ■ Staffing Consultants
  - ■ Recruiters
- ☐ Controls & Compliance
- ☐ Actions & Next Steps

5/11/2009 8:13:55 AM

2

40012DOC001741
CONFIDENTIAL

76577DOC000899
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6/11/2009 8:13:55 AM

## Problem Statement

- ❑ Intel has an agreement with Dell not to make offers of employment to their employees unless the following process is followed:
  - ■ Current Manager at Dell is informed
  - ■ Intel obtains the current Manager's name
  - ■ Intel can validate that this process was followed for all hires
- ❑ Problem: Currently we do not have closed loop process that validates we have complied with the process
- ❑ 2005 - 23 Hires were made after the agreement was rolled out  and only 9 can be validated following the process

3

40012DOC001742
CONFIDENTIAL

76577DOC000900
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6/11/2009 8:13:55 AM

## New Process for Staffing Consultants deployed via JST WW45

- All Staffing Consultants will ask the required questions of Dell candidates prior to an offer being delivered.
- An Email to the candidate will include the candidate's response
  - Does your current Dell Manager know you are seeking employment at Intel?  Yes or No
    - If Yes, Who is your current Manager at Dell? The name is provided in the email
    - If No, candidates are informed that until this information is provided we can not proceed with the Offer process
  - A Template will be provided for consistency
  - SC's will NOT be required to follow up with anyone from Dell to validate the information
- All responses will be housed on a Sharepoint site (same one used for New Hire Comp Exceptions)
- Staffing Consultants will copy their current manager as an FYI only once the confirmation is received
- A monthly audit will be run by Jim Moore to cross-check Dell hires to received approvals
- Direct Managers and Ops Managers will be informed if the process was not followed for training & management moving forward
- Quarterly reviews & results will be shared with Fortmann & Regional Ops Managers
- Scope includes only currently Dell employees (does not include contractors or Interns)

5/11/2009 8:13:55 AM

4

40012DOC001743
CONFIDENTIAL

76577DOC000901
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6/11/2009 8:13:55 AM

## Recruiter Expectations For Dell

- ☐ Globally Recruiters need to be retrained on the Dell effort and their role up-front
- ☐ Recruiter's role is to inform any Dell employee of the requirements upfront in the process to avoid surprises downstream at the offer stage
  - ▪ Candidates are informed of the agreement between Intel & Dell
  - ▪ Information provided states that before an offer can be made the candidate will be asked to do the following:
    - ☐ Inform their Dell Manager that they are seeking employment at Intel
    - ☐ Provide Intel Staffing Consultant with their current managers name
- ☐ No formal tracking process for this effort
- ☐ We are missing a formal communication channel to the Global Recruiters –
- ☐ We need the JOM's suggestions and support to get the message deployed effectively

5

40012DOC001744
CONFIDENTIAL

76577DOC000902
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6/11/2009 8:13:55 AM

## Control & Compliance

1. Re-training for All Staffing consultants & Recruiters
2. Documented process for consistency
3. Control point for compliance & audit
4. Management involvement for non-compliance issues
5. Routine reviews of all Dell hires

6/11/2009 8:13:36 AM

6

40012DOC001745
CONFIDENTIAL

76577DOC000903
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6/11/2009 8:13:55 AM

## Next Steps

- JST roll out WW45
  - Deployed to their regions WW46
- Recruiter roll out? GAM is covered
  - Need a contracts & process owner rollout for GER & GAR
- Audits to begin end of Nov.
- Formal review with Fortmann & Regional Ops Managers end of Jan.

6/11/2009 8:13:55 AM

7

40012DOC001746
CONFIDENTIAL

76577DOC000904
CONFIDENTIAL - ATTORNEYS' EYES ONLY

6/11/2009 8:13:55 AM

# Back up

Microsoft Word
Document

☐ **Email Template**
  ■ To be sent to the candidate and tracked on the sharepoint below

☐ **Sharepoint location**

Dell Hire Tracking site

http://teamsites.fm.iih.intel.com/sites/GS_Indicators/compensation/del/default.aspx

6/11/2009 8:13:55 AM

8

40012DOC001747
CONFIDENTIAL

76577DOC000905
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT    24

76577DOC000906
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**To:**     Walz, Larry A[larry.a.walz@intel.com]; Rajasivam, Jaganathan[jaganathan.rajasivam@intel.com]
**From:**     Dickenson, Christina L
**Sent:**     Tue 9/23/2008 4:00:59 PM
**Importance:**     Low
**Sensitivity:**     None
**Subject:**     RE: Formation of the Google Program Office - Please Waterfall
**Categories:**     um:content-classes:message

**Redacted -- Privileged**

Hope this helps.  ☺

Christy

---

**From:** Walz, Larry A
**Sent:** Monday, September 22, 2008 5:59 PM
**To:** Rajasivam, Jaganathan; Dickenson, Christina L
**Subject:** RE: Formation of the Google Program Office - Please Waterfall

**Not to my knowledge.**

**Christy – do we have any restrictions on hiring Googlers that you know of?**

**Larry**

---

**From:** Rajasivam, Jaganathan
**Sent:** Monday, September 22, 2008 6:33 PM
**To:** Qin, Gary; Adachi, Takashi; Ben-Haim, Ronen; Castano, Danny; Chen, Olivia; Krishnan, Vilashini; Lin
, Joy L; Mavinkurve, Siddharth A; Mong, LS; Song, Harry; Upadhyay, Shyam; Yang, Leah

40018DOC000081
CONFIDENTIAL

Cc: Fortmann, Scott; Walz, Larry A
Subject: RE: Formation of the Google Program Office - Please Waterfall

**Redacted -- Privileged**

Rdgs.Jagan

From: Qin, Gary
Sent: Tuesday, September 23, 2008 8:19 AM
To: Rajasivam, Jaganathan; Adachi, Takashi; Ben-Haim, Ronen; Castano, Danny; Chen, Olivia; Krishnan
, Vilashini; Lin, Joy L; Mavinkurve, Siddharth A; Mong, LS; Song, Harry; Upadhyay, Shyam; Yang, Leah
Subject: RE: Formation of the Google Program Office - Please Waterfall

Will this prevent us from hiring Google employees if any?

From: Rajasivam, Jaganathan
Sent: 2008L 9L 23L 7:08
To: Adachi, Takashi; Ben-Haim, Ronen; Castano, Danny; Chen, Olivia; Krishnan, Vilashini; Lin, Joy L; Ma
vinkurve, Siddharth A; Mong, LS; Qin, Gary; Song, Harry; Upadhyay, Shyam; Yang, Leah
Subject: FW: Formation of the Google Program Office - Please Waterfall

Interesting....

From: Logan, Liz **On Behalf Of** James, Renee

40018DOC000082
CONFIDENTIAL

**Sent:** Monday, September 22, 2008 3:31 PM
**To:** Baker, Bob; Bryant, Andy; Burns, Louis; Chandrasekher, Anand; Crooke, Rob; Eden, Mooly; Geisinger, Patrick P; Holt, William; Kilroy, Tom; Kim, Eric; Maloney, Sean; Murray, Patty; Otellini, Paul; Perlmutter, David; Rattner, Justin; Sewell, Bruce; Smith, Stacy J; Sodhani, Arvind; Taylor, Richard HR
**Cc:** Arena, Marise G; Carroll, Vicky A; Clyde, Judy; Davies, Jennifer; Dowling, Sydney A; Eden, Mooly; Higers, Kenda; Khoshaba, Kelli; Lee, Dinah L; Logan, Liz; Martin, Treena; Mckee, Jeanie; Moore, Laura; Norman, Lauri J; O'Mara, Cheryl A; Park, Young-Ae; Schinzel, Karen; Sprain, Lorrie; Swarbrick, Gail K; Terry, Rachelle R; Thornton, Sandra J; Ulmer, Debbie A; Welsberg, Shari; Antkowiak, Valerie; Bhowmik, Achintya K; Burrill, Doris; Chao, Lawrence P; Dehghanpisheh, Daryan; Floyd, Shelley; Gianola, Jennifer C; Gonzalez, Dave; Hocking, Mark P; Jajeh, Daniel P; Jarrar, Abdul; Koenders, Lance R; Mock, Mandy J; Nordquist, Michael; Paranjape, Ketan; Rubin, Michael R; Sabin, Gregory D; Sahgal, Narendar B; Schmits, Carl; Sherman, Quynh; Stone, Esther M; Weaver, Eric M
**Subject:** Formation of the Google Program Office - Please Waterfall
**Importance:** High

TO: MCM, SSG, SMG

FR: R. James

RE: Google Program Office Formation - PLEASE WATERFALL

In acknowledgement of the growing role of Google as a shaper of the overall software and computing ecosystem, effective immediately, I am establishing the Google Program Office (GPO) headed by Mark Boles as the acting manager.   Mark will immediately begin organizing the existing resources assigned to Google coverage toward the new engagement model approved by Paul last week in the Google CSD.

Like other program office structures, GPO will be responsible for account management, account engagement strategy, meeting prep, executive meeting structure, technology engagements and aligned sell-to opportunities.   The SMG sell-to team will be part of the GPO structure as a dotted line to ensure a single face to the partner. I recognize that SMG marketing has a significant program ongoing with Google, and that day to day will continued to be managed by SMG directly, but will be linked into the overall strategic engagement and the broader gives/gets of deals through GPO.

Please give your support to Mark and team as they begin the process of improving our overall engagement and strategic dialog with this important ecosystem partner.

40018DOC000083
CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Renee

40018DOC000084
CONFIDENTIAL

76577DOC000910
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT   25

76577DOC000911
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Intel News Release

NEWS RESOURCES

Press Releases

Press Kits

Photos

Chip Shots

Innovation@Intel

Video / Audio

  Media Center

Intel Blogs

Contact Intel PR

**Corporate Information**

About Intel

Biographies

**Legal Information**

Competition in the
Innovation Economy

**Search News Resources**

Advanced Search >

## Intel CEO: Latest Platforms, Processors Form New Foundations For Digital Entertainment And Wireless Computing

**Otellini Introduces Intel® Viiv™ Technology; AOL, ClickStar, DIRECTV, NBC Universal Alliances; Launches Next-Generation Intel® Centrino® Duo Mobile Technology to Advance Laptops; New Intel® Core™ Duo Processor Redefines Performance-Per-Watt**

**Related links**

More in this category

Corporate Information

Contact Corporate Press
Relations

CONSUMER ELECTRONICS SHOW, LAS VEGAS – Jan. 5, 2006 – Intel Corporation President and CEO Paul Otellini today unveiled two platforms and several content alliances that provide the foundation for new experiences from digital entertainment and wireless laptops -- and include the new high-performance, low-power Intel® Core™ Duo processor.

Noting the transformation now underway in entertainment, Otellini introduced the company's new home platform -- Intel® Viiv™ technology -- and several commitments from top U.S. and international entertainment companies including AOL, DIRECTV, NBC Universal, Turner Broadcasting's GameTap, ESPN, Televisa and Eros. ClickStar announced its first feature film, "10 Items or Less," with a plan for an Internet premiere within weeks of its theatrical release, an industry first. These and other developments will bring millions of songs, movies, programs and games to the PC in 2006.

Intel Viiv technology-based entertainment PCs will help make it easier for families to download, store, view, manage and share all kinds of digital entertainment and information on a choice of TV, PC, laptop and hand-held viewing screens.

Intel® Centrino® Duo mobile technology improves performance and battery life for the fast-growing wireless laptop market segment. Otellini also introduced the ground-breaking Intel® Core™ Duo processor – powerful dual core silicon supporting the Intel Centrino Duo and certain Intel Viiv technology models. The processor is well equipped to deliver performance-per-watt efficiency and sleek designs for entertainment PCs, notebooks and CE-like devices.

"With our new platforms, we're not only boosting wireless computing, but also advancing digital entertainment a few steps closer to effortless," said Otellini. "Just as we enabled exciting new norms with wireless broadband laptops, we're working with

76577DOC000912
CONFIDENTIAL - ATTORNEYS' EYES ONLY

computer, CE and entertainment companies to make home entertainment easier. Our unique processors, tailored platform features and joint work with these industries exemplify our push to advance on-demand delivery of movies, TV, music, games and photos to any home on virtually any screen."

**New Intel Home and Mobile Platforms**
Intel Viiv (rhymes with "five") technology includes a suite of Intel-based hardware and software that, along with Microsoft* Windows* XP Media Center Edition 2005, offers exciting new entertainment experiences. Based on a choice of powerful Intel® Pentium® D, Pentium Processor Extreme Edition and Intel Core Duo processors, these PCs will reflect a variety of features, prices and stylish designs – including "all-in-one" hybrid TVs and book-sized PCs.

PCs based on the platform will have a variety of entertainment options including support for both a minimum of 5.1 or higher surround sound and high-definition video. Systems may also instantly turn on and off with the touch of a button (when enabled, after initial boot) and could be used with TV-like remote controls when included with the system or purchased separately. Intel Viiv technology platforms will include the new Intel® 945/955/975 Express Chipset family and Intel PRO/1000 PM or Intel PRO/100 VE/VM network connection.

Later this year, the platform will add features that will simplify the set-up of a home network and the ability to transfer digital content from the PC to other devices.

Otellini also pointed out a number of features that can make Centrino® Duo mobile technology the ultimate on-the-go entertainment system. In addition to performance, battery life and wireless connectivity options, systems will be available in a variety of sizes from thin and light laptops to more powerful ones with 17-inch plus widescreens -- and surround sound, enhanced graphics and high-definition TV support depending on the model. The Mobile Intel 945 Express Chipset family and Intel PRO/Wireless 3945ABG Network Connection also are new.

Intel plans to introduce more than 20 new processors, chipsets and other products this month. Pricing for each varies and processors will be listed by product numbers. For more information, visit www.intc.com/pricelist/processor_price_list.pdf.

More than 200 PC makers plan to sell hundreds of unique PC and laptop models using these new products and platforms. Intel expects to sell tens of millions of these platforms and processors in 2006 using its industry-leading 65-nanometer and 300-millimeter manufacturing capabilities that enable more energy efficient and affordable consumer products.

**Goal: Infinite Hours of Digital Programming Available Worldwide**
Otellini also highlighted several new worldwide entertainment commitments to make digital

76577DOC000913
CONFIDENTIAL - ATTORNEYS' EYES ONLY

programming available through Intel Viiv technology and PCs, including:

- AOL –AOL Music On Demand*, AOL Radio* featuring XM* Satellite Radio and AOL Pictures* this month; AOL Music Now and AOL Video* AOL Video featuring the "AOL Hi-Q" high-quality video format coming later this year.
- ClickStar – The entertainment company will introduce its first film, "10 Items or Less," via the Internet just weeks after its theatrical release.
- DIRECTV – The leading digital TV service provider will make its programming seamlessly available on PCs, laptops and media players through its verified set-top.
- ESPN – ESPN.com Motion* will feature sports highlights in high definition plus Full Court* with 300 collegiate basketball games in full-screen broadcast quality.
- Eros – The largest international distributor in the Indian film industry ("Bollywood") plans to make its digital content portal and future digital video services available on-demand.
- Grupo Televisa – The largest media company in the Spanish-speaking world will provide a wide choice of popular soap operas, sporting events, news and music.
- MTV Networks – MTV said it will optimize a number of its channels for Intel Viiv technology ranging from Comedy Central's "MotherLoad" to MTV's "Overdrive."
- NBC Universal – NBC Universal will deliver select highlights in high resolution of all 17 days of the 2006 Winter Olympics to Intel Viiv technology-based PCs, with other joint efforts later.
- Shanghai Media Group – China's top media group will deliver its digital movies, TV dramas, exclusive interactive programming and other live content.
- Turner Broadcasting's GameTap – A first-of-its-kind broadband entertainment network, GameTap will bring hundreds of diverse videos and games to the "10-foot" TV screen.

**About Intel**

Intel (NASDAQ: INTC), the world leader in silicon innovation, develops technologies, products and initiatives to continually advance how people work and live. Additional information about Intel is available at www.intel.com/pressroom and blogs.intel.com.

System performance, battery life, high-definition quality and functionality, and wireless performance and functionality will vary depending on your specific operating system, hardware and software configurations.

* Other names and brands may be claimed as the property of others -- Intel, the Intel logo, Centrino, Intel Core, Intel Viiv and Pentium are trademarks or registered trademarks of Intel Corporation or its subsidiaries in the United States and other countries.

Back to Top ^

76577DOC000914
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Site Map   RSS   Jobs   Investor Relations   Press Room   Contact Us

Terms of Use   *Trademarks   Social Media Guidelines   Privacy   ©Intel Corporation

76577DOC000915
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# EXHIBIT 26

76577DOC000916
CONFIDENTIAL - ATTORNEYS' EYES ONLY

On CBS MoneyWatch: 4 Men Fired over Fantasy Football

BNET Business Network:
   BNET
   TechRepublic
   ZDNet

ZDNet

Search | all ZDNet | Go!

- Newsletters
- Site Assistance
- RSS Feeds

- Home
- News & Blogs
- Videos
- White Papers
- Downloads
- Reviews
- Popular

- home/
- ZDNet News & Blogs/
- Technology News

# Intel to help with Chrome for netbooks

**Tags:** Google Inc., Operating System, Netbook, Intel Corp., Linux..., , , , ,

By David Meyer ZDNet UK
Posted on ZDNet News: Sep 16, 2009 5:03:27 AM

**Intel will work with Google on the development of its Linux-based Chrome operating system for netbooks, the chipmaker's open-source technology chief has said.**

Imad Sousou, who is in charge of the Moblin mobile Linux project, told ZDNet UK on Wednesday that Intel did not view Moblin as a competitor to other versions of Linux. The company will work with Google in the same way it is working with other Linux distributors such as Novell and Canonical, he said.

Intel's Moblin, which is tailored to the chipmaker's Atom processor, can be used as an operating system for netbooks and other mobile devices in its own right. However, other Linux distributors can also take parts of it — particularly the user-experience components such as its social-networking integration and media management — and incorporate those into netbook-optimized versions of their own distributions.

Novell has already released a Moblin-using version of Suse Linux for netbooks, and Canonical is about to do the same with the Ubuntu Netbook Remix.

Sousou said Intel will work with Google on Chrome OS, but he would not say whether a specific development collaboration between the two companies had begun yet. "We already work with Google in the upstreams — the kernel, the graphics subsystems and all those great upstream Linux products," he said. "This is what happens in the open-source community."

Google announced the development of the browser-centric Chrome OS in July, predicting that the operating system would find its way onto netbooks in the second half of 2010.

Intel's work in maintaining Linux compatibility with Bluetooth technology has already been used in Google's Android mobile operating system, Sousou pointed out. He added that this work had also been used in Nokia's Maemo mobile Linux operating system.

*This article was originally posted on ZDNet UK.*

## SponsoredWhite Papers, Webcasts, and Downloads

- EMA Analyst Report: Enabling Real-World Business Transformation through IBM Service Management
  IBM
  The outlook for 2009 and beyond is that businesses and organizations will ... *Download Now*
- Five Steps to Determine When to Virtualize YourServers
  VMware
  Server virtualization isn't just for big companies. Entry-level ... *Download Now*
- The Impact of Virtualization Software on Operating Environments
  VMware
  Today's use of virtualization technology allows IT professionals to ... *Download Now*

RE: Intel to help with Chrome for netbooks

76577DOC000917
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Go for it google, hopefully, Intel s gonna pay You too, hopefully You wont have to join its side in its never-ending litigations (more to come, I bet).... ()
**Posted by:** *woolfing* **Posted on:** *11/16/09*
*You are currently: a Guest | | Terms of Use*

And yet pundits keep saying Intel wants people to buy more expensive chips  Michael Kelly | 09/16/09

Once Intel realized they could not stop it, they jumped in with both feet.  DonnieBoy | 09/16/09

Hedging one's bets is always wise -  mhenriday | 09/16/09

And, considering that Chrome OS is Linux based, helping Google  DonnieBoy | 09/16/09

RE: Intel to help with Chrome for netbooks  Loverock Davidson | 09/16/09

Netbook, netbook , netbook!  kind999 | 09/16/09

The combination of a free OS and vibrant competition for low power, but  DonnieBoy | 09/16/09

RE: Intel to help with Chrome for netbooks  woolfing | 11/16/09

## What do you think?

Subject (max length: 75):  [RE: Intel to help with Chrome for netbooks]   Reply:

### Blogs

- All About Microsoft
- The Apple Core
- Between The Lines
- GreenTech Pastures
- Googling Google
- Digital Cameras
- Hardware 2.0
- Laptops and Desktops
- Storage Bits
- Tech Broiler
- Toy Box
- Zero Day

### Product Reviews

- Home Theater
- PCs, Software and Peripherals
- Smartphones and Cell Phones
- Digital Cameras

### Videos

- CIO Vision Series
- At The Whiteboard
- News Video

### White Papers and Webcasts

- Is Your Enterprise Architected for 2010?
- Getting ultimate availability in a Virtual Data Center
- Infrastructure Management
- ManageMobile - Wireless Communications
- Network Security
- Webcasts

### Downloads

76577DOC000918
CONFIDENTIAL - ATTORNEYS' EYES ONLY

- Internet Tools and Utilities
- Spyware Removers
- System Optimizers and Diagnostics
- System Utilities

**More**

- Apple Tablet
- Windows 7
- Photo Galleries
- Podcasts
- Site Index

ZDNet

- Hardware, IT Management, Networking, Operating Systems, Photo Galleries, Security, Software, Web Technology, All News, Dev Connection, Emerging Technology, Enterprise Alley, Googling Google, GreenTech Pastures, IT Project Failures, Linux and Open Source, Managing Linux, The Social Web, Storage Bits, Virtually Speaking, The Web Life, Podcasts

- A/V Receivers, Cell Phones & Accessories, Desktop Monitors, Desktops, Digital Cameras, Digital Camcorders, Flat-panel TVs, Laptops, Portable Video Players (PVPs), PDAs, Smartphones, Software, Storage

  The Toybox, Digital Cameras, Laptops and Desktops, Mobile Gadgeteer, SOHO Networking, Smartphones and Cell Phones, Home Theater

- Cost Control / Risk Management, Customer Support Services, IT HR / Staffing / Training, Resources Management, Strategic Planning, Webcasts

  Antivirus Software, File and Disk Management Utilities, Image Editing, Privacy Software, Shell and Desktop Management Enhancements

Popular on CBS sites: SEC Football | NFL | Video Game Cheats | iPhone | Video Game Reviews | Notebooks | Antivirus Software

Visit other CBS Interactive Sites [Select Site ▼] [Go]

About CBS Interactive | Jobs | Advertise

© 2010 CBS Interactive Inc. All rights reserved. | Privacy Policy (updated) | Terms of Use

76577DOC000919
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 27

76577DOC000920
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Google Nexus One announcement event        Review: HP ProBook 5310m laptop        Nexus One tour: Image gallery, specs, intricate    Opinion: iGuide – cutti

- Apple
- Gadgets
- Mobile
- Games
- Chips
- Geek-cetera
- Forums
- Shop

Tech Support Chips Apple Mobile Games Gadgets Software The Lounge Geek.com Stuff

- Cameras
- Cell Phones
- Computers
- Electronics
- Laptops
- Memory
- Monitors
- PDAs
- Software
- Storage Devices
- Video Games
- All Products

Search:



[All ▼] [          ] [GO]



Log In   Register
Back to Mobile

- Print

# Intel seeking Google's Android OS for future MIDs

Jul. 10, 2009 (6:30 pm) By: Rick Hodgin

It's reported today on DigiTimes that Intel is in talks with Google to utilize its Android-based operating system on future Moorestown- or generic Atom-powered MIDs (Mobile Internet Devices).

Intel reportedly commented that their goals are to create a platform and ecosystem to support all operating systems in all types of devices. These Intel-powered devices from the low-end to the high-end would benefit not only the end-users, but also the industry and vendors.

This is arguably Intel's third recent, public effort to directly support a Linux-powered operating system running on their hardware (and not just by creating drivers). The first comes from their long effort with Moblin for low-end netbooks and other such portable devices with a powerful GUI interface.

The second comes from a recent announcement following the revelation that Nokia signed Intel for their future devices (thereby bypassing ARM). And this one with Google's Android OS today would be the third.

In support of that endeavor for small form factor handhelds, Nokia has chosen to continue pursuing its Maemo operating system (a Debian Linux off-shoot) by announcing they will use Qt as the foundational GUI toolkit two generations out (see Geek.com's coverage).

76577DOC000921
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Intel is making enormous strides toward the low-end parts as they clearly see that as their long-term future, as the lower-end parts will become more and more powerful, especially when multiple chips are running side-by-side in a system.

The only question now is whether or not Intel can make it down into that lower-powered segment before ARM climbs up from its lower-performance segment into the dominant position, simply by extending their chip's performance (something already in the works with dual- and quad-core ARM chips coming).

See DigiTimes.

**Rick's Opinion**

In recent months, Intel has been making it very clear that the future they see is not limited by a personal relationship with Microsoft as it has been in the past, the so-called "Wintel monopoly".

Intel is choosing a path toward the lower-end, and that means lower-performing silicon in terms of raw x86-based throughput, but at the same time these devices will consume far less power than current and previous generation chips, making them suitable for use in many more types of devices.

Another notable reality is how many vendors are migrating away from Windows Mobile-based operating systems, and into the world of Linux. Linux is a smaller footprint, easier to port to multiple platforms, and with the large developer base (Maemo alone, for example, already has 16,000 registered developers with over 700 active projects) there is a tremendous continued support in favor of new technologies, new standards and fast bug-fixing turnarounds.

My personal take on the future of Microsoft's closed source efforts can be read here: Microsoft's days as king are ending.

Post your thoughts below.

Tags: Android, ARM, Google, Intel, Linux, maemo, moblin, nokia, x86

- del.icio.usdelicious
- DiggDigg
- redditReddit
- FacebookFacebook
- StumbleUponStumble
- TwitterTwitter
- Email

To Email Address:
To Name:
Your Name:
Your Email Address

Send It

**Related Articles**

| From Geek.Com | From Around The Web |
|---|---|
| Mandriva offers 10 second boot with InstantOn 16 days ago From geek.com | Multitouch coming to 'majority' of future Motorola devices, says CEO 10 days ago From Engadget |
| Talking on Techvi: Microsoft off the hook in the EU 23 days ago From geek.com | Intel Reader hands on 17 days ago From Engadget |
| Jolicloud netbook Linux distro goes beta 29 days ago From geek.com | Investing in Intel: A Good Idea for 2010 19 days ago From BloggingStocks |

What the Government doesn't want you to know...

Leave a Comment Subscribe to Comments Feed

**No Comments**

**Comment on this Article**

*Already a member? Click here to login*

Name (required)

E-mail (will not be published) (required)

Website

76577DOC000922
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**p2kt2**   Enter security code as shown:

○ Notify me of followup comments via e-mail

Submit Comment   View Our Posting Guidelines

**Popular Mobile Articles**

- Apple's next big thing? A $500 iSlate with a long-lasting battery, analysts say
- Apple is doing something right, controls 99.4% of the app market
- Apple's tablet could look like a huge iPhone
- Nokia brings turn-by-turn offline GPS to all smartphones for free
- Amazon discounts Apple's MobileMe by 30 percent

**Mobile Archives**

January 2010
December 2009
November 2009
October 2009
September 2009
August 2009
July 2009
June 2009
May 2009
April 2009
March 2009
February 2009
January 2009
December 2008
November 2008
October 2008
September 2008
August 2008

Search:

All ▾ [                    ] GO



Previous

Next

**Mobile Picks**

76577DOC000923
CONFIDENTIAL - ATTORNEYS' EYES ONLY

- WSJ details how Apple's tablet will revolutionize television, education, and publishing
- Apple plays with fire by cozying up to Microsoft with an alleged Bing search deal
- It's iPhone: Multitasking, gestures galore, new maps, cloud iTunes
- Skype 1.3 for iPhone adds landscape IM and call quality indicator – still no push notifications
- Price wars: AT&T counters Verizon's price cuts with cheaper unlimited plans
- The stakes grow higher as Apple asks the ITC to ban Nokia imports
- An AT&T glitch re-routing users to strangers' Facebook accounts
- Best of both worlds: Archos releasing an Android-powered phone tablet?
- Two weeks left until iPhone OS 4.0, but questions loom – will it power the iSlate?
- Apple co-founder Steve Wozniak admits to having a Nexus One and a Droid





## Sponsored Links

- Portable Printer
- Ergonomic Chairs
- Upgrade Computer
- Free Spyware Remover
- Smart Phone Deals
- Top Antivirus Software

## Recent Mobile Activity

- Forum Talk
- Article Comments
- Popular

- Kaybatlz

  Personally the best video converter is xilisoft video converter ultimate, its not free unless your naughty like me :P...

76577DOC000924
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Posted In: Mobile Read More »
- olviasmith

Hey thanks for sharing Smartphone Themes, Wallpapers, Games, Softwares, Ringtones, Videos. this is very very useful f...

Posted In: Mobile Read More »
- dennisburton

For more information on Nexus One phones: http://www.nexus-one-cases...

Posted In: Mobile Read More »

View All Forum Talk »

- ASGGeek

iTunes on the cloud? This is not a good option unless you can go back in forth. No tunes while flying, paying high inter...

Posted In: 4G iPhone: Multitasking, gestures galore, new maps, cloud iTunes
- regulus

I bet it will come with some lame 3G or 4G subscription service, forget it right there for me. The battery will be non r...

Posted In: Apple's next big thing? A $500 iSlate with a long-lasting battery, analysts say
- KLanD

Everyone is gonna think the 4G means it's network speed not it's model number, so (as Apple has planed) some will get su...

Posted In: 4G iPhone: Multitasking, gestures galore, new maps, cloud iTunes

- **Apple's next big thing? A $500 iSlate with a long-lasting battery, analysts say**

- **Apple is doing something right, controls 99.4% of the app market**

- **Amazon discounts Apple's MobileMe by 30 percent**

- **Namco Bandai launches Namco Arcade on Facebook**

- **Apple's tablet could look like a huge iPhone**

## Shop Geek.com Go Shop

**Today's Top Products**



iPhone 3G 6 16GB Black Smartphone

$779.99 Compare Prices »



N900 Black Smartphone

$539.99 Compare Prices »



Touch Dual Smartphone

$449.95 Compare Prices »

Nokia BL-5C 850 mAh Extended Li-Ion Battery

$7.95 Compare Prices »



Aria Pro Smartphone - Black

$179.99 Compare Prices »





76577DOC000925
CONFIDENTIAL - ATTORNEYS' EYES ONLY

MOTOROKR I596 Speakerphone

$74.95 Compare Prices »

S40 XpressMusic Black Smartphone

$269.99 Compare Prices »

Search: 10,300,330 Products                     GO

**Geek Shop Categories**

- Cameras
- Cell Phones
- Computers
- Electronics
- Laptops
- Memory
- Monitors
- PDAs
- Software
- Storage Devices
- Video Games
- All Products

**Geek.com Buyer's Guides**

- Desktop Computer Buyer's Guide
- Digital Camera Buyer's Guide
- HDTV Buyer's Guide
- Laptop Buyer's Guide
- Netbook Buyer's Guide
- Smartphone Buyer's Guide

## 🖾 Geek Feeds

- Apple
- Gadgets
- Mobile
- Games
- Chips
- More

**Geek Goes Social**

facebook   You Tube

> **Download Ringtone**
> Get thousands of ringtones to your cellphone!

© 1996-2010 Geek.com, LLC - All rights reserved About Contact Us Advertise Posting Guidelines Privacy Policy Terms of Use Glossary

76577DOC000926
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 28

76577DOC000927
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Eric Schmidt |
| **To:** | Otellini, Paul |
| ~~**CC:**~~ | ~~eschmidt@google.com~~ |
| **Sent:** | 9/27/2007 1:38:52 PM |
| **Subject:** | RE: recruiting |

Very good !  Looking forward to it.. thanks Eric

**From:** Otellini, Paul [mailto:paul.otellini@intel.com]
**Sent:** Thursday, September 27, 2007 11:15 AM
**To:** Eric Schmidt
**Subject:** RE: recruiting

Thx very much... see you next week. Good progress on wimax this week with nokia and Motorola... I think we can tie this to OHS and have a winning combo... paul

**From:** Eric Schmidt [mailto:eschmidt@google.com]
**Sent:** Thursday, September 27, 2007 6:53 AM
**To:** Otellini, Paul
~~**Cc:** eschmidt@google.com~~
**Subject:** recruiting

Paul, I checked and was told:

"We do not actively recruit from Intel, though we do accept inbound applications. Arnnon will run the diligence and report back to you on the facts. If we find that a recruiter called into Intel, we will terminate the recruiter. We take these relationships exceptionally seriously"

I'm very sorry if indeed a recruiter (who are sometimes contractors) did this; if so we will address asap.  Thank you very much for letting me know and please let me know if this continues to happen/happens again.

Eric

40026DOC000005
CONFIDENTIAL

# EXHIBIT 29

76577DOC000929
CONFIDENTIAL - ATTORNEYS' EYES ONLY

 **techdirt**

*Featured IT Pro Resource*
SQL Server 2008 Compared to Oracle Database 11g
Download Whitepaper »

Microsoft

Read More   ExecTweets IT

Techdirt   Corr+RSS   IT Innovation   About   Contact Us   RSS   Twitter

My Preferences   Register   Sign In

Main   Submit a Story   Advertise

<< Didn't Take Long: Comcast Ditches P2P Bill Of...          |          Facebook Can Be Fun, But It's Also Useful >>

Search Techdirt
[Search Techdirt]   [Search]
And now, a word from our Sponsors..
BGR                    Sprint



# Intel, Google, Cable Co's Give US WiMax A New Lease On Life (In The Form Of $3.2 Billion)

from the *let's-try-this-again* dept

**Wireless**
by Mike Masnick
Tue, May 6th 2008
8:01pm
Share This

Filed Under:
joint ventures, wimax,
wireless

Companies:
clearwire, comcast,
google, intel, sprint,
time warner

0
Tweets
redTwee
Permalink.

A bunch of the worst kept secrets in the wireless broadband world have finally come together. No one ever really believed that Sprint and Clearwire would fully break off their WiMax agreement. It simply made too much sense for them to get back together. At the same time, everyone also knew that Comcast and Time Warner were talking to Sprint to help fund WiMax in order to get a wireless pipe with which to compete with the telcos. And... oh yeah, given how much money Intel had pumped into WiMax to make everyone think it just *had* to be the next generation wireless system, there was no way it was going to let Sprint and Clearwire's WiMax plans collapse. Finally, toss in the fact that Google was known to be interested in Sprint's WiMax plans, and it's not hard to figure out what is actually happening...

Yes, indeed, Intel, Google, Comcast and Time Warner are teaming up to pump $3.2 billion into a joint venture that would merge Sprint and Clearwire's WiMax operations under the Clearwire brand name. This is certainly no surprise given all the earlier stories, but given how many problems have surrounded WiMax as well as earlier attempts for the cable companies to offer wireless services, don't expect this new venture to go smoothly right from the beginning. That doesn't mean it's not the right thing to do. Most of the companies involved didn't really have much of a choice but to do this. Of course, in all this mess, Sprint and Clearwire squandered a portion of the lead they held over AT&T and Verizon. While it will still take a while for AT&T and Verizon to get LTE plans into motion, all this futzing by Sprint and Clearwire took away some of the huge lead it should have had.

5 Comments | Leave a Comment...

---

**Reader Comments (rss)**

(Flattened / Threaded)

1.
**I'm skeptical**                                         May 7th, 2008 @ 6:55am
by alaric

The US cellular market is already saturated and this enterprise will launch a system that operates in a high frequency and one that is link budget (range) impaired.

What happens to the existing sprint? Do they become a competitor to the new joint venture?

(reply to this comment) (link to this comment)

2.
**Two words...**                                          May 7th, 2008 @ 6:59am
by Dave's Football Blog

Quadruple Play.

This is how Comcast and Time Warner will be able to offer mobile phone services to their customers. Whether WiMax VoIP actually works as well as the current mobile services remains to be seen, but this is an obvious inroad to that.

Oh, and chances are all the new WiMax phones will come with Android.

Of course, I still won't jump on, because Time Warner won't play nice with NFL Network or offer me Setanta Sports,

Earthquake in Haiti

UNICEF is delivering lifesaving supplies to affected children. You can help.

DONATE NOW

unicef
united states fund

76577DOC000930
CONFIDENTIAL - ATTORNEYS' EYES ONLY

but there you go.

(reply to this comment) (link to this comment)

---

3.

**Gimme a break--Voice?**                                            *May 8th, 2008 @ 11:08am*

by Industry Analyst

This is by no means a cellular/voice play. WiMAX is going to be about serving, initially, mobile computer users. Laptop-on-WiMAX rather than laptop-on-3G.

Here's the way it'll probably go: Cable companies offer mobile (or portable) data access via WiMAX to their existing cable modem customers; No new billing systems, low customer acquisition costs and little marketing effort. "Like your cable modem? Make it portable for $10 extra per month"

Mobile VoIP over WiMAX as a challenge for cellular? Why bother? Cellular's there, it works and a cellular company is a partner.

(reply to this comment) (link to this comment)

---

4.

                                                                     *May 8th, 2008 @ 1:57pm*

**RE.Gimme a break--Voice?**

by Alaric

Voice account for roughly 75% of mobile service revenues today. The new clearwire cannot succeed without mobile voice.

$10 per month per sub is not going to pay for the WiMAX network or make this new clearwire a profitable venture. Data services only will also not pay for this network because the market for data services is too smart

Nor will sprint be in a good position if it loses its 100% owned sub for a 51% WiMAX sub.

Voice is still king. NO Data only mobile carrier has ever succeeded.

(reply to this comment) (link to this comment)

---

5.

                                                                     *Aug 19th, 2008 @ 11:01am*

**WiMax**

by Kevin

And while all of this has been going on Towerstream has been flying under everyones radar and providing WiMax services for the Past 8 years. Why is everyone so interested in these companies getting together to provide a service that Towerstream is already providing. Towerstream didnt have to make this big huge joint venture to get off the ground. And what really gets you is these companies want to put together a 3.2 billion dollar joint venture. where do you think the money for something is going to come from? I can tell you it will be the customers paying heavily so these companies can recoup their out of the pocket costs to get this up and running.
Plain and simple Why wait? Get a faster, safer, more reliable connection, that is fully scalable and completly symmetrical now at a fraction of the cost. Its truly redundant and even comes with a 99.99% uptime guarantee. Who else is going to offer something like that?

(reply to this comment) (link to this comment)

---

**Add Your Comment**

Have a Techdirt Account? Sign in now. Want one? Register here

Name

Email                                                                ☐ Get Techdirt's Daily Email

URL

Subject

Comment

Options    ◉ Plain Text  ☐ HTML  ☐ Save me a cookie

   Submit    Preview

- Plain Text: A CRLF will be replaced by break <br> tag, all other allowable HTML is intact
- HTML: No formatting of any kind is done without explicitly being written in
- Allowed HTML Tags: <b> <i> <p> <a> <em> <br> <strong> <blockquote> <hr> <tt>

**Flexible Cell Phone Plan**
Stop Paying for Unused Minutes. Low Rates from $10/Month. Sign Up Now!
www.ConsumerCellular.com

**Comcast - Official Site**
Digital Cable w/ On Demand, Faster Internet & Reliable Home Phone
www.Comcast.com

**700MHz Mobile Broadband**
Public Safety & Commercial Eband Commercially Proven. Learn More.
www.towirelass.com

**Comcast Internet**
$19.99/Mo For 6Mo. Free Wireless Modem. No Contract & $100 Back!
www.ComcastOffers.com

Ads by Google

Subscribe to Techdirt's Daily Email Newsletter

**Techdirt's Daily Email Newsletter**

Enter Your Email Address    Subscribe

Related Stories

Justice Department Finds No Problems With Text Message Prices (10)

Man Sues Neighbor For Not Turning Off WiFi And Cell Phone (115)

Embedded Wireless: A Step Towards Dumb Pipes? (8)

AT&T's Bait And Switch On iPhone Unlimited Service: We Screwed Up, So Now You Have To Pay More (51)

MPAA Gets Town To Turn Off Free Muni-WiFi Over Single Unauthorized Movie Download (53)

76577DOC000931
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Making sure everyone is connected Learn       Stop Paying for Unused Minutes. Low Rates
about WiMAX deployment Today                   from $10/Month  Sign Up Now!

Ads by Google

<< Didn't Take Long: Comcast Ditches P2P Bill Of...       |       Facebook Can Be Fun, But It's Also Useful >>

Brought to you by Floor64

About Techdirt | Contact Us | Advertise On Techdirt | Submit a Story | Twitter | Facebook

76577DOC000932
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 30

76577DOC000933
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Case 5:11-cv-02509-LHK   Document 792-1   Filed 04/10/14   Page 105 of 130

# Google, Intel and cable companies ponder nationwide WiMAX JV

By Eric Bangeman | Last updated March 26, 2008 2:48 PM

WiMAX's prospects may be looking up. Three cable companies, as well as Google and Intel, are in talks with Sprint and Clearwire, the only two companies in the US committed to large-scale WiMAX rollouts. The goal would be a new joint venture funded by contributions from Google, Intel, Comcast, Bright House, and Time Warner that would use WiMAX spectrum owned by Sprint and Clearwire for a nationwide network.

Sources close to the deal cautioned Ars Technica that discussions are still in their early stages, but that the parties are serious about making a deal happen. For Sprint and Clearwire, however, it may be their best shot at making their dreams of a nationwide WiMAX network a reality.

The two WiMAX providers have explored the possibility of a partnership before. In fact, they signed a letter of intent in July 2007 to work together on a building a single, nationwide network. That deal collapsed in November due to "complexities" associated with mixing their two businesses together, according to both companies.

The financial realities of trying to build out a WiMAX network—the price tag for Sprint's Xohm network is in excess of $5 billion—led the two companies back to the conference room in January. Sprint and Clearwire began discussing a new joint venture, and the talks involving the cable companies, Intel, and Google all appear to be an expansion of those JV discussions.

It's obvious what Sprint and Clearwire would get out of the deal: money to complete their build out. But what of the others? Intel is a major backer of WiMAX, making chips to support the wireless broadband tech and planning to incorporate WiMAX support into its mobile computing platforms. Intel has already written a $600 million check to Clearwire, and has been contemplating an additional $2 billion investment in the WiMAX cause.








Google has made no secret of its desire to get into wireless, and investing in a WiMAX joint venture would give the company an outlet for its Android mobile phone platform. The search giant would also have an additional outlet for its advertising.

WiMAX would give Comcast, Bright House, and Time Warner mobility: the ability to get their content to subscribers outside of the home. Right now, their fortunes are tied to coaxial cable, but WiMAX would give them a way of delivering content—whether voice, video, or data—to mobile devices like smartphones, PDAs, and laptops.

Our sources characterized the talks as serious, but cautioned that the discussions are still in their early stages. Still, the proposed deal looks like a win-win for all of the companies involved, and if it results in the faster spread of wireless broadband competition, it would be good for consumers as well.

76577DOC000934
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 31

76577DOC000935
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Home      Shop      Channels      Magazine      TelecomsVision      Directory          Site ▼  Search

                                                                                      ✕  Search

Hello, visit our new blog for all the latest on the telecoms industry.

| 28-29 April 2009 | 2-3 June 2009 | 23-24 June 2009 | 18-19 November 2009 | 2-3 December 2009 |
| Singapore, Asia | Amsterdam, Europe | Dubai, UAE | Moscow, Russia | Fort Lauderdale, USA |

Home
News

Products        Home   News
Events
Magazine        ## Nokia tablet to use Intel WiMAX silicon in 2008
Training        02/10/2007
About
TV              **Nokia has announced it will use Intel's WiMAX silicon, codenamed 'Baxter
                Peak', in its forthcoming Nseries Internet tablets.**
Mediakit
Subscribe       Designed specifically for mobile internet and consumer electronic devices, the
Contact Us      Baxter Peak chipsets are expected to ship from early next year and Nokia's
                tablets will be among the first WiMAX-enabled handheld devices working on
                the Sprint Xohm network.

✕               Under the terms of its strategic relationship with Sprint, Nokia will: "Develop
                and market WiMAX-enabled mobile devices in significant volumes, including
                multimedia computers and Internet tablets."

                "Our Baxter Peak solution is designed specifically for these exciting new
                devices," said Raviv Melamed, general manager of Intel's Mobile Wireless
                Group.

                Based on the same WiMAX baseband silicon found in Intel's 'Echo Peak'
                module for laptops and ultra-mobile devices, Baxter Peak is optimized for small
                form factors and low power consumption. It also includes MIMO.

                Later in 2008, WiMAX Vision has learned from a source close to the
                development, Intel will add Bluetooth and GPS functionality to Baxter Peak in a
                chipset codenamed 'Evans Peak'.

                The Nokia Nseries tablets are based on a Linux OS and feature a Mozilla
                based browser, email functions and support for Skype and Rhapsody.

                Nokia has not confirmed whether the first WiMAX-enabled tablet will be an
                upgrade of the existing N800 tablet or an entirely new product.

                Speaking to WiMAX Vision last month Ari Virtanen, VP Convergence Products
                at Nokia's Multimedia unit, could only confirm that Nokia will keep the Wi-Fi and
                Bluetooth functionality that the N800 features.

                "We are adding a WiMAX radio not removing other radios. We want Wi-Fi and
                we want users to use the cellular network so that is why we have Bluetooth," he

76577DOC000936
CONFIDENTIAL - ATTORNEYS' EYES ONLY

BOOKMARK

Back to Top

## More WiMax News

Samsung administers WiMAX Tablet at CTIA

WiMAX benefits from deep-pocketed operators

NEC joins 3.5GHz WiMAX approval band

Mada expands into Jordan

Globe targets nationwide WiMAX in Philippines

Comsys has designs on WiMAX/GSM smartphones

Clearwire trials WiMAX VoIP handsets

WiMAX proving 'resilient', says analyst

Bangladesh WiMAX winners struggle for cash

Packet One outlines ZTE deal

WiMAX-embedded netbooks come to Russia

Yota extends free WiMAX trial offer

© 2009 Informa Telecoms & Media    Terms    Privacy Policy    Site Map

76577DOC000937
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# EXHIBIT 32

76577DOC000938
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **To:** | Thompson, Gabrielle[/O=INTEL/OU=AMERICAS01/CN=Workers/cn=Thompson, Gabrielle]; |
| | Murray, Patty[/O=INTEL/OU=AMERICAS01/CN=Workers/cn=Murray, Patty] |
| **From:** | Otellini, Paul |
| **Sent on behalf of:** | Otellini, Paul |
| **Sent:** | Thur 9/6/2007 7:41:23 PM |
| **Importance:** | Low |
| **Sensitivity:** | None |
| **Subject:** | RE: global gentleman agreement with Google – Privileged & Confidential |
| **Categories:** | 0x00000000 |

Let me clarify. We have nothing signed. We have a handshake "no recruit" between eric and myself. I would not like this broadly known. paul

════

**From:** Thompson, Gabrielle
**Sent:** Thursday, September 06, 2007 11:47 AM
**To:** Murray, Patty; Otellini, Paul
**Subject:** FW: global gentleman agreement with Google – Privileged & Confidential

Hi Patty and Paul,

Are either of you aware of any agreement with Google that prohibits us from recruiting Google's senior talent?

Thanks.

Gaby

════

**From:** Thompson, Gabrielle
**Sent:** Thursday, September 06, 2007 12:37 PM
**To:** Reid, Ogden M; Craycroft, Janet; Scully, Paul S
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary; Smith, Matt HR Attorney
**Subject:** RE: global gentleman agreement with Google -- Privileged & Confidential

Is there any other contact within Intel that might have arranged such an agreement?  If not, we will assume this issue is closed.

Thanks for your help!

40026DOC000011
CONFIDENTIAL

76577DOC000939
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** Reid, Ogden M
**Sent:** Thursday, September 06, 2007 11:21 AM
**To:** Craycroft, Janet; Scully, Paul S; Thompson, Gabrielle
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary; Smith, Matt HR Attorney
**Subject:** RE: global gentleman agreement with Google -- Privileged & Confidential

**Redacted - Privileged**

**From:** Craycroft, Janet
**Sent:** Thursday, September 06, 2007 12:18 PM
**To:** Reid, Ogden M; Scully, Paul S; Thompson, Gabrielle
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
**Subject:** RE: global gentleman agreement with Google -- Privileged & Confidential

**Redacted - Privileged**

**From:** Reid, Ogden M
**Sent:** Thursday, September 06, 2007 11:13 AM
**To:** Scully, Paul S; Thompson, Gabrielle; Craycroft, Janet
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
**Subject:** RE: global gentleman agreement with Google

**Redacted - Privileged**

40026DOC000012
CONFIDENTIAL

76577DOC000940
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Redacted - Privileged**

**From:** Scully, Paul S
**Sent:** Thursday, September 06, 2007 1:25 AM
**To:** Thompson, Gabrielle; Reid, Ogden M
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Qin, Gary
**Subject:** RE: global gentleman agreement with Google

I know of only one agreement, and that was with Dell, Gaby. if Google is part of this process as well, it's not common knowledge...rgds.Paul

**From:** Thompson, Gabrielle
**Sent:** 06 September 2007 04:29
**To:** Reid, Ogden M
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Scully, Paul S; Qin, Gary
**Subject:** RE: global gentleman agreement with Google

**Redacted - Privileged**

**From:** Qin, Gary
**Sent:** Wednesday, September 05, 2007 7:32 PM
**To:** Thompson, Gabrielle
**Cc:** Rajasivam, Jaganathan; Harper, Cindi; Scully, Paul S
**Subject:** global gentleman agreement with Google

Hi Gaby,

I am supporting PRC BGHR on a project of Executive Profile Mapping on target MNCs in PRC. This project potentially will lead to a strategic high profile hire. Google is one of the target companies we are interested. However, according to external consultant Egon Zehnder, Google has a global agreement with Intel that they cannot approach directly or indirectly with the executives with Intel. So I

40026DOC000013
CONFIDENTIAL

would like to verify with you whether we have signed this agreement with Google in one form or the other.

Regards

Gary

40026DOC000014
CONFIDENTIAL

76577DOC000942
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 33

76577DOC000943
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**From:** Otellini, Paul
**To:** Bryant, Andy
**Sent:** 4/16/2007 1:50:29 PM
**Subject:** RE: fyi

I agree on both. I was actually more worried that they would try to raid you for one or both. I have an unofficial no poaching policy with them, but there have been escapes...

**From:** Bryant, Andy
**Sent:** Monday, April 16, 2007 1:49 PM
**To:** Otellini, Paul
**Subject:** RE: fyi

It will be interesting to see what they find on IR. If someone good, I should have hired spencer stuart instead of letting our search people look.

For IA, I would probably try to stay inside, and draw a cpa from accounting.

**From:** Otellini, Paul
**Sent:** Monday, April 16, 2007 1:34 PM
**To:** Bryant, Andy
**Subject:** fyi

Google has two external searches... VP-IR and VP- IA.... Fyi..

40026DOC000007
CONFIDENTIAL

76577DOC000944
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 34

76577DOC000945
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Prajapati, Ranna H |
| **To:** | Dickenson, Christina L; Pattani, Paresh G; Connelly, Jay; Cooper, Don; Sathis, Paul |
| **CC:** | Kulkarni, Sunil; Greenfield, Michael |
| **Sent:** | 10/17/2008 1:19:10 PM |
| **Subject:** | RE: Intel recruiting Pixar employees + Dreamworks |

Thank you Christina, Paresh, Jay, and Don for helping resolve this issue in a quick and efficient manner! Much appreciated by the account team so hopefully now we can focus on more productive opportunities with Pixar moving forward!

Regards,
Ranna

-----Original Message-----
From: Dickenson, Christina L
Sent: Friday, October 17, 2008 11:50 AM
To: Pattani, Paresh G; Connelly, Jay; Cooper, Don; Prajapati, Ranna H; Sathis, Paul
Cc: Kulkarni, Sunil; Greenfield, Michael
Subject: RE: Intel recruiting Pixar employees + Dreamworks

Excellent!
Do not hesitate to contact me directly should any other situations arise. I will also notify you if we have any Pixar employees seek us out for job opportunities, so that you have a heads up.

Hopefully we can get things to settle down from here... I know these haven't been pleasant conversations.

Have a great weekend!
Christy

-----Original Message-----
From: Pattani, Paresh G
Sent: Friday, October 17, 2008 11:46 AM
To: Dickenson, Christina L; Connelly, Jay; Cooper, Don; Prajapati, Ranna H; Sathis, Paul
Cc: Kulkarni, Sunil; Greenfield, Michael; Pattani, Paresh G
Subject: RE: Intel recruiting Pixar employees + Dreamworks

Perfect. Totally in agreement. Thanks for doing this.

Sunil, Mike, please note. No soliciting Pixar employees proactively. Please instruct same to your staffing consultants.

Paresh

-----Original Message-----
From: Dickenson, Christina L
Sent: Friday, October 17, 2008 11:41 AM
To: Connelly, Jay; Pattani, Paresh G; Cooper, Don; Prajapati, Ranna H; Sathis, Paul
Subject: RE: Intel recruiting Pixar employees + Dreamworks

Hi,
At this point, it's pretty clear that we just need to stop all communication with Pixar employees based on the frequency of the escalations. Below is a note that I just sent to all the recruiters informing them of our change in process. Essentially, I've told them it's hands off Pixar employees unless they come DIRECTLY to us (for example, they send an email directly to a recruiter inquiring about positions or apply to a specific job via Intel.com, etc.).

Last week we told the recruiters not to actively source these folks, but still thought it would be okay if we found their profile on LinkedIn and they stated they were "open to job opportunities..." That appears to be causing us some problems as well, as evidenced by the note from Greg.

So based on the sensitive nature of our partnership with Pixar, as well as the number of

40006DOC000596
CONFIDENTIAL

76577DOC000946
CONFIDENTIAL - ATTORNEYS' EYES ONLY

emails Pat's having to respond to, we need to adopt a stronger policy. I hope you're all in
agreement with what I have stated below... please let me know if you have any concerns.

Thanks!
Christy

RECRUITERS:
We've had a new escalation today from Pixar regarding Intel recruiters contacting their
employees for job opportunities. Since this is causing problems for Pat Gelsinger, we need to
change our tactics and STOP any direct contact with these employees (even if we find them on
LinkedIn and they state they are "open" to job opportunities). If a Pixar employee seeks any
of you out directly, please let me know. We'll need to have a solid documentation trail that
proves they came to us and we did not seek them out.

Ann/Connie - can you waterfall this message to your teams? If any Pixar employees apply
directly via Intel.com I think we're okay (we'll have the documentation) but we just need to
ensure we're not soliciting them directly.

Thanks and let me know if you have questions or concerns.

-----Original Message-----
From: Connelly, Jay
Sent: Friday, October 17, 2008 11:26 AM
To: Pattani, Paresh G; Cooper, Don; Prajapati, Ranna H; Sathis, Paul
Cc: Dickenson, Christina L
Subject: RE: Intel recruiting Pixar employees + Dreamworks

Conceptually yes but I'd like to hear back from Don/Christy 1st to see if this is the right
policy wrt linked-in.

-----Original Message-----
From: Pattani, Paresh G
Sent: Friday, October 17, 2008 10:15 AM
To: Cooper, Don; Prajapati, Ranna H; Sathis, Paul; Connelly, Jay
Cc: Dickenson, Christina L
Subject: RE: Intel recruiting Pixar employees + Dreamworks

Don,

Completely understand what you mention below. I think we need to instruct all recruiters not
to proactively approach Pixar employees. If Pixar employees approach us that is a different
matter. This is a sensitive area and we should do everything to diffuse the situation.

Can you follow up on talking to staffing? We will also do from our end as well.

Jay, are you okay to instruct your staffing consultants?

Paresh

-----Original Message-----
From: Cooper, Don
Sent: Friday, October 17, 2008 9:22 AM
To: Prajapati, Ranna H; Sathis, Paul; Pattani, Paresh G; Connelly, Jay
Cc: Dickenson, Christina L
Subject: RE: Intel recruiting Pixar employees + Dreamworks

Hi Paresh, Looking at the LinkedIn InMail that Jeanine Hughes sent we may need to discuss
this. Chris (The Pixar Employee) has on his linked in account that he is open to talk about
jobs. LinkedIn is a third party social media board and anyone who wants to look for
opportunities can elect in. It would be very hard to control this. Let me get Christy
Dickenson's (Strategic Recruiting Manager) opinion on this. I'm sure we can ask the recruiters
to be careful on this but when your doing large mailing lists it may be hard to control..
Thanks, Don

-----Original Message-----
From: Prajapati, Ranna H
Sent: Friday, October 17, 2008 9:11 AM

40006DOC000597
CONFIDENTIAL

76577DOC000947
CONFIDENTIAL - ATTORNEYS' EYES ONLY

To: Sathis, Paul; Pattani, Paresh G; Cooper, Don; Connelly, Jay
Subject: RE: Intel recruiting Pixar employees + Dreamworks

Hi Paresh,

Yes, thank you very much for doing so and let me know what additional support/action items you
need from me moving forward so we can put this to rest once and for all!

Regards,
Ranna

-----Original Message-----
From: Sathis, Paul
Sent: Friday, October 17, 2008 9:01 AM
To: Pattani, Paresh G; Prajapati, Ranna H; Cooper, Don; Connelly, Jay
Subject: RE: Intel recruiting Pixar employees + Dreamworks

Thank you Paresh
Yes, we need a clear direct message to any subs as well.
PaulS

-----Original Message-----
From: Pattani, Paresh G
Sent: Friday, October 17, 2008 8:59 AM
To: Prajapati, Ranna H; Cooper, Don; Connelly, Jay
Cc: Sathis, Paul
Subject: RE: Intel recruiting Pixar employees + Dreamworks

I am talking with Greg shortly. We will talk about this issue as well. Staffing consultants
are sort of independent and they dig around for candidates everywhere. I will let them know
that they don't proactively approach Pixar employees.

Paresh

-----Original Message-----
From: Prajapati, Ranna H
Sent: Friday, October 17, 2008 8:29 AM
To: Cooper, Don; Connelly, Jay; Pattani, Paresh G; Prajapati, Ranna H
Cc: Sathis, Paul
Subject: FW: Intel recruiting Pixar employees + Dreamworks

Hi Everyone,

I thought we'd agreed not to pro-actively recruit for such type of positions at Pixar? How do
we plan on addressing this?

Regards,
Ranna Prajapati
Enterprise Account Manager
Enterprise Solution Sales
Office: 916.356.2758
Mobile: 916.769.2231
E-mail: ranna.h.prajapati@intel.com

-----Original Message-----
From: Greg Brandeau [mailto:brandeau@pixar.com]
Sent: Thursday, October 16, 2008 11:50 PM
To: Gelsinger, Patrick P
Cc: Cooper, Don; Connelly, Jay; Pattani, Paresh G; Prajapati, Ranna H; Dana Batali;
Christopher Ford
Subject: Re: Intel recruiting Pixar employees + Dreamworks

Hi Pat and Don,

Here is an example of recruiting that happened today.

This highlights one of my other topics, potential IP leakage from Pixar,
via Intel, to Dreamworks. I have a call scheduled with Paresh in the

40006DOC000598
CONFIDENTIAL

morning about that topic.

-gtb

>
> ----- Forwarded Message -----
> From: "Jeanine Hughes" <jeanine.hughes@intel.com>
> To: "Chris Ford" <cford81@comcast.net>
> Sent: Thursday, October 16, 2008 3:03:43 PM GMT -08:00 US/Canada Pacific
> Subject: Animation Opportunities at Intel
>
> LinkedIn
> INMAIL: YOU HAVE A NEW MESSAGE
> From: Jeanine Hughes
> Date: 10/16/2008
> Subject: Animation Opportunities at Intel
> Hi Chris We are currently seeking bright, talented software
> graphics/animation engineers to work on our project with DreamWorks.
> Below is an overview for one of our new positions. Would you know
> anyone that may be interested in learning more about this opportunity?
> Jeanine Hughes Strategic Recruiting Team Intel Corporation
> jeanine.hughes@intel.com http://www.linkedin.com/in/hughesjeanine
> Senior Software Engineer Description: Join a team of the brightest
> minds in computer-generated animation, graphics acceleration
> technology, multicore hardware, and software engineering onsite at
> DreamWorks Animation. Help redefine how the world develops leading 3D
> graphics and visualization software. Responsibilities include
> optimizing existing production content-creation applications and
> developing new highly-parallel production systems. This position also
> offers an opportunity to advance the state-of-the-art by implementing
> advanced applications hosted on novel computing platforms.
> View/reply to this message
> Don't want to receive e-mail notifications? Adjust your message settings.
> © 2008, LinkedIn Corporation

40006DOC000599
CONFIDENTIAL

76577DOC000949
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 35

76577DOC000950
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Bryant, Diane M |
| **To:** | Hooper, Eric; Ramprasad, Bangalore |
| **Sent:** | 2/12/2007 8:58:30 PM |
| **Subject:** | RE: Job inquiries from outside of Intel |

Eric -- behind on mail from ISMC...but thanks for getting in front of this.  We definitely don't want to impact the positive relationship you've built via JIC.
Diane

**From:** Hooper, Eric
**Sent:** Friday, February 02, 2007 6:19 PM
**To:** Ramprasad, Bangalore; Bryant, Diane M
**Subject:** FW: Job inquiries from outside of Intel

Ram/Diane –
Apparently Dell announced that their bonuses are going to be $0 this year and our guys that used to work at Dell started to get calls about working here.  Since I'm sure this is still a sensitive topic between Dell and Intel, we're trying to be very proactive in making it clear that we're not going to recruit anyone.  If this direct contact continues or if Dell employees apply for any jobs we may open, I'll let you know so we can all be on the same page for our approach.
Eric

**From:** Hooper, Eric
**Sent:** Friday, February 02, 2007 6:15 PM
**To:** Carter, Bill; Rowland, Craig; Kestenband, Erez; Schenck, Scott; Kier, Mike; Wilburn, Joe; Hazim, Hadeel; Frink, Darin L; Shankman, Gary S; Lloyd, Robert P; Cerretani, Casey C; Schrempp, Michael; Bechtold, Geraldine; Goud, Gundraia; Riel, Jeff
**Subject:** Job inquiries from outside of Intel

We've learned that some Dell employees have contacted at least one of our managers to inquire about employment opportunities at Intel.  In the event that you are contacted or receive a resume of a current Dell employee that is seeking employment at Intel, including the Joint Innovation Center, please ask that they do not contact us directly and direct them to the corporate website, http://www.intel.com/jobs/.

It is very important to our business and our relationship with Dell that we do not create undesired turnover for either company.

If you have any questions, please let me or your manager know.

Thanks,
Eric

40026DOC000001
CONFIDENTIAL

# EXHIBIT 36

76577DOC000952
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **From:** | Krishna, Sridhar |
| **To:** | Kettmann, Dorenda |
| **CC:** | ~~Fortmann, Scott; Chen, Tracy; Krishna, Sridhar; Wan Mat, Norita; Chin, William~~ |
| **Sent:** | 2/19/2005 5:25:22 AM |
| **Subject:** | RE: Our agreement with Dell |

**Dorenda:**

Shigeko Sakaguchi  is  the new HRM in Japan where the recruitment efforts was handled primarily by HR and the agency.  It was right around the same time when the Dell discussion started.  By that time we learned the applicants ~~were from Dell we were at the final stages of offering.  Let me do more investigation around outlining actual~~ steps/timeline what happened or what did not happen w.r.t. the employee notifying Dell, etc.

Also, we are in the process of putting together an internal "poaching" document as a guide for our people which articulates the agreements and DO's and DONT's. I will share this with you when it is ready.

*Sridhar*

**From:** Kettmann, Dorenda
**Sent:** Monday, February 14, 2005 9:24 PM
**To:** Wan Mat, Norita; Krishna, Sridhar
**Cc:** Fortmann, Scott
**Subject:** FW: Our agreement

Shrida, Norita,

Here is the agreement that Patty has committed to with Dell.  Please put together a plan on how this will be communicated to your team so we can be sure everyone knows. Let Scott and I know how you plan to do this.

The second issue below is one where they believe we did not comply.  Sridhar: can you check into this and see what happened....Thx, dk

**From:** Murray, Patty
**Sent:** Monday, February 14, 2005 7:49 AM
**To:** Kettmann, Dorenda; Fortmann, Scott
**Cc:** Paul_Mckinnon@Dell.com
**Subject:** Our agreement

As you know from our phone call, Paul and I talked last week.  The agreement we have is eminently reasonable:  we are not to recruit Dell employees; they will not recruit Intel employees.  This includes no winks or nods.  If a Dell employee independently comes our way, we are to ask them if their manager knows of their interest in leaving.  Document the answer, yes or no.  If the answer is yes, document that and the manager name.  If their answer is no, we are to tell them to inform their manager and then before an offer is made, to document that we have confirmed they have done so, and again, the manager name.

I will expect we can produce the notes that we have complied with this process.  A note from the manager is not required, but nor are we to ignore this process if the person "feels uncomfortable" with it.

4002CDOC000001
CONFIDENTIAL

76577DOC000953
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Patty

Thanks for the conversation last week. It was fun to talk to you and nice to get resolution.

There is one more situation that has come up that I would like you to take a look at. I think you hired a senior HR generalist in Japan named Shigeko Sakaguchi. She worked for many years for Morgan Stanley and joined us about a year ago. She quit recently, and no one could understand why. I had sponsored her to come to the US in December, and when we were face to face, there was no indication that she was unhappy or planning on leaving. Then, a week after her return, she announced her resignation. Then I heard recently that she had an offer from Intel when she left.

At this point, I don't want her back. I was discouraged that she didn't have the courage to tell me she was leaving when she was here. It felt a bit deceptive to me, especially when we were face to face. I mention this because, if it is true, it is an example of how we were not informed when an offer was being made to one of ours.

Thanks for your patience on this.

P.

40020DOC000002
CONFIDENTIAL

76577DOC000954
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 37

76577DOC000955
CONFIDENTIAL - ATTORNEYS' EYES ONLY

09-13-'06 13:44  FROM-ATI LEGAL          +9057096950          T-212  P001/003 F-903



| ATI TECHNOLOGIES INC. | 1 Commerce Valley Drive East | Direct: 905-882-2652 |
|---|---|---|
| | Markham, Ontario | Main: 905-882-2600 |
| Richard A. Brait | Canada L3T 7X6 | Facsimile: 905-709-6950 |
| General Counsel | | E-Mail: rbrait@ati.com |

# Facsimile Transmittal Sheet

| Attention: | D. Bruce Sewell<br>Sr. Vice- President and General Counsel |
|---|---|
| Company: | Intel Corporation |
| Facsimile No.: | 408-765-4178 |
| Telephone No.: | |
| Date: | September 13, 2006 |
| From: | Richard A. Brait, General Counsel |
| Time: | |
| Pages: | 3 (Incl. fax cover sheet) |

| MESSAGE: | Please see attached. |
|---|---|
| | |
| | |

**Please contact  Andrea Sanelli at (905) 882-2600 Ext. 3785  if you have any problems receiving this fax.**

The information contained in this transmission is privileged and confidential and intended only for the use of the individual or entity to whom it is addressed. If you are not the intended recipient, you are hereby notified that any distribution, copying, disclosure or taking of any action with reliance on the contents of this transmission is strictly prohibited and review by any individual other than the intended recipient shall not constitute waiver of privilege. If you have received this transmission in error, please notify us immediately and return the original transmission to us.

40052DOC000043
CONFIDENTIAL

76577DOC000956
CONFIDENTIAL - ATTORNEYS' EYES ONLY

09-13-'06 13:44  FROM-ATI LEGAL          +9057096950          T-212  P002/003 F-903



ATI TECHNOLOGIES INC.

Richard A. Brait          1 Commerce Valley Drive East          Direct Dial:     (905) 882-2652
General Counsel           Markham, Ontario                     Legal Facsimile: (905) 769-6950
                          Canada L3T 7X6                        rbrait@ati.com

September 13, 2006

**BY FACSIMILE AND BY COURIER**

**\*\*URGENT – TIME SENSITIVE\*\***

**WITHOUT PREJUDICE**

D. Bruce Sewell
Sr. Vice President and General Counsel
Intel Corporation
2200 Mission College Boulevard
Santa Clara, CA 95052
USA

Dear Mr. Sewell:

<u>**Re:  Recruitment of ATI Employees**</u>

We write about a matter of serious concern.  Specifically, Intel Corporation ("Intel") has recently engaged in a systematic solicitation of ATI's employees in each of ATI's offices located in Markham, Ontario, Santa Clara, California, Marlborough, Massachusetts and Orlando, Florida.

Intel's intensive recruiting efforts commenced almost immediately following the announcement that ATI is being acquired by Advanced Micro Devices, Inc. ("AMD").  Intel is conducting this dedicated campaign in a very direct and concentrated fashion, through simultaneous efforts occurring at multiple sites. Coming as it does coincident with the announcement by Intel of very large planned workforce reductions, we are very concerned with the motives and purposes behind this activity. Specifically, we are concerned that this activity may be directed to the improper purpose of unfairly competing with ATI, impairing ATI's business operations, and disrupting its proposed transaction with AMD.

Intel has targeted ATI's employees through, among other techniques, a directed e-mail campaign to engineers of all levels, including high-ranking employees at the director and vice-president levels. Many of these e-mail messages have been sent by an Intel recruiter identified as ███████, and were addressed to the ATI e-mail addresses of a significant number of employees in Markham, Marlborough, and Orlando, in addition to the specific targeting of ATI's discrete design engineers in Santa Clara. The e-mail message seeks applicants for a number of positions at every level, including Graphics SV Staff/Principal Engineer, Senior High Speed Analog IO Designer, Graphics System Architect, Senior Software Graphics Developer/Architect, Graphics Marketing Director, Graphics Tech Marketing Director and Senior Graphics Software Engineer.  We also have become aware of a directed voice-mail campaign sent to engineers using their internal ATI telephone extensions.

We are concerned that the only possible source of the information needed to initiate these directed e-mail and voice-mail campaigns is confidential organizational information of ATI.  Regardless of

40052DOC000044
CONFIDENTIAL

76577DOC000957
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2

whether this information was obtained through the projects on which Intel and ATI have cooperatively worked, or through less legitimate means, its use in this way is very clearly a serious and knowing breach of ATI's rights.

In addition to this evidence of Intel's targeted raiding of ATI's workforce, an Intel recruiter identified as ███ ████ recently organized a career fair at the Staybridge Suites Hotel, located *directly across the street* from ATI's Markham facilities.  ██ █████ booked eight suites and specifically requested that the suites have a separate living area in which interviews could be conducted.  It is our understanding that ██████ misrepresented to hotel management that Intel was partnering with ATI and booked the suites under ATI's name, thus receiving the corporate rate that ATI has arranged with the hotel.  ██████ g██ cancelled the hotel reservation once she became aware that ATI was advised of the bookings in order to confirm room rates.  ATI subsequently discovered that the career fair was held at the Hilton Suites hotel, which is also very close to ATI's headquarters.

Given the purposeful targeting of technical employees, we very much hope that Intel's actions are not motivated by a desire to obtain ATI's trade secrets.  Any use or disclosure of ATI's confidential or proprietary information by any former ATI employee in his or her employment with Intel would constitute a breach of the Business Protection Agreement that each of the former employees signed with ATI.  Such behavior also would expose Intel to civil liability for compensatory and punitive damages for intentional interference with contractual relations, misappropriation of trade secrets, unfair competition, conversion and conspiracy, in addition to several other related claims, and may further expose Intel's officers to criminal liability.

You also should be aware that in signing ATI's Business Protection Agreement, each of ATI's employees agreed not to directly or indirectly solicit employees from ATI for twenty-four months following the cessation of their employment with ATI.  Accordingly, any involvement by ATI's former employees in soliciting, recruiting, encouraging or hiring ATI's employees away during this time period would also constitute a breach of the Business Protection Agreement.

ATI requests that Intel immediately cease this recruiting activity and return to ATI any confidential and proprietary organizational information that has been used in carrying it out.  Please provide written assurances by September 18, 2006 that Intel has complied with this demand.  Please also confirm that Intel will safeguard and refrain from tampering with or destroying any information or documentation related to the matters discussed in this letter, including, without limitation, any electronic data, records, phone records, paper documents and e-mail messages.

We urge you to give immediate attention to these matters and to contact me should you have any questions about the contents of this letter.  We look forward to receiving your prompt response.

Yours sincerely,
**ATI TECHNOLOGIES INC.**

Richard A. Brait
General Counsel

40052DOC000045
CONFIDENTIAL

76577DOC000958
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# EXHIBIT 38

76577DOC000959
CONFIDENTIAL - ATTORNEYS' EYES ONLY