# EXHIBIT 152 TO
# HARVEY DECLARATION
# REDACTED VERSION

# Pay line
# Guidelines 2010

Doris Fischbeck
March 2010

Click on the titles in the table content below to follow the links

1

76582DOC000902
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Table of content

1. Pay line definition .................................................................... 3
2. POM goals............................................................................ 4

3. Pay line job assignment.......................................................... 6

4. Pay line smoothing................................................................. 9

5. Pay line aging.......................................................................16

6. RAPID ................................................................................20
Additional sources on CPD share point ...........................................21

2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 1. Pay line definition





3



## 2. POM goals





4

76582DOC000905
CONFIDENTIAL - ATTORNEYS' EYES ONLY



### 2.3. Calculation example

76582DOC000906
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 2.4. High level process steps







6

76582DOC000907
CONFIDENTIAL - ATTORNEYS' EYES ONLY



7

76582DOC000908
CONFIDENTIAL - ATTORNEYS' EYES ONLY



8

76582DOC000909
CONFIDENTIAL - ATTORNEYS' EYES ONLY







9

76582DOC000910
CONFIDENTIAL - ATTORNEYS' EYES ONLY



10

76582DOC000911
CONFIDENTIAL - ATTORNEYS' EYES ONLY



4.1.2.    *Using statistical methods*

11

76582DOC000912
CONFIDENTIAL - ATTORNEYS' EYES ONLY



Example:

76582DOC000913
CONFIDENTIAL - ATTORNEYS' EYES ONLY



13

76582DOC000914
CONFIDENTIAL - ATTORNEYS' EYES ONLY



14

76582DOC000915
CONFIDENTIAL - ATTORNEYS' EYES ONLY



15

76582DOC000916
CONFIDENTIAL - ATTORNEYS' EYES ONLY



16

76582DOC000917
CONFIDENTIAL - ATTORNEYS' EYES ONLY



17

CONFIDENTIAL - ATTORNEYS' EYES ONLY



18

76582DOC000919
CONFIDENTIAL - ATTORNEYS' EYES ONLY



19

76582DOC000920
CONFIDENTIAL - ATTORNEYS' EYES ONLY



20

CONFIDENTIAL - ATTORNEYS' EYES ONLY



**Additional sources on CPD share point**



21

76582DOC000922
CONFIDENTIAL - ATTORNEYS' EYES ONLY