# EXHIBIT 393 TO
# CISNEROS DECLARATION
# REDACTED VERSION



# FSM
# Pre-Focal Analysis 2007

January 5, 2007
Elizabeth Waterman, Compensation Consultant

Confidential - Attorneys Eyes Only -
76583DOC002007



EXHIBIT 393
WIT: _Conrad_
DATE: 11.21.2012
ANNE TORREANO, CSR #10520

1

# 2007 Pre-Focal Prep

## Today's Objective:

Review and educate on '07 Market data, budget and group compensation trends

## Agenda:

- Review Focal budgets
- Review and discuss biz group specific analysis
- SMA Strategy and Priorities
- Grade 11-12 Staff
- Wrap Up

**The data in this presentation provides compensation analysis that may help you when developing your Focal objectives**

393.2

2                    Intel Confidential                    

# Focal "Sound bites"

**Merit and promotion budget recommendations track with the market**
- – Merit and promotion increases similar to last year

**Intel continues with 3-year SMA strategy**
- – ███████████████████████████████████

- • **Improving market competitiveness**
  - – ████████████████ +
  - – █████████████████
  - – Salary Ranges
- • **Changes to Stock Option program** in line with strategy communicated last year to managers to reduce SOP.
  - – ███████████████████
  - – ████████████████

- • **Apply meritocracy** and **"do the right thing"**

3

Intel Confidential

(intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

3

# FSM WW Focal Budgets

| FSM | Intel Hdcnt (12/19) | TMG Hdcnt | FSM '06 Hdcnt 14,219 | TMG '06 YTD Turnover | FSM 06 YTD Turnover (Nov. 2006) | |
|---|---|---|---|---|---|---|
| USA | 50,712 | 23,949 | 11,411 | 6.1% | 6.1% | |
| Ireland | 6,775 | 1,312 | 1,973 | 10.8% | 12.4% | |
| Israel | 4,144 | 2,378 | 835 | 2.2% | 4.1% | |
| Totals | 61,631 | 27,639 | 14,219 51% | 7.2% | 6.2% | |

**Does not include the 13 in Malaysia**
**Automation Eng., Factory & IT Mgr.**

Merit and promotion budget recommendations track with market

- US Merit increases will be ▓▓ for successful employees, same as last year. Merit matrix to be set at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
- 2nd Year of SMA Strategy; SMA budget is ▓▓▓▓ WW SMA
- Promo budget based on historical promo rates & pay delta per grade
- Overall T-Cash Position of Market is Strong for FSM WW @ ▓▓▓▓
- FSM turnover ▓▓▓ tracking ▓▓▓▓▓▓▓ and ▓▓▓▓

393.4

4          Intel Confidential          (intel)

Confidential - Attorneys Eyes Only -
76583DOC002007



Confidential - Attorneys Eyes Only -
76583DOC002007

# US – Base POM by Grade

**Critical Job codes identified**

– [REDACTED]
– [REDACTED]
– [REDACTED]
– [REDACTED]
– [REDACTED]

SMA will help close the gap for your critical jobs and move closer to the base POM goals

393.6

6

Intel Confidential

(intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

6



# Non-Exempt Base POM

**Key Messages:**
- Overall, excellent improvement to WW POMs against country goals. Nonexempt Base POM average at ▮▮▮▮ in the US. slightly more than goal of ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ are well positioned and have exceeded base pay goals.
- Last year, G56 received SMA, met objectives to move them closer to market
- Grade 53 are behind base pay goals ( ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ with a few in Oregon = Work Study & ▮▮▮▮ ▮▮▮▮▮▮▮▮ to be significantly above market for lower grades ▮▮▮▮▮▮ , but lost market position in higher grades compared to last year.

343.7

7       **Intel Confidential**       (intel)

# SMA Strategy for 2007

## Strategy

- Continue with 3-year SMA strategy, but accelerate the fix for grade ▮▮▮▮▮▮▮▮ as these grades are where we have the most significant gaps

## SMA Priorities for 2007:

1. ▮▮▮▮▮▮ fully achieve base pay and total cash goals in 2007
2. ▮▮▮▮▮▮▮▮ fully achieve base pay goals in 2007
3. Critical jobs, as validated by BGHR and Site GM/staff
4. ▮▮▮▮▮▮▮▮▮▮▮▮▮
   − ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
5. Other jobs with gaps ▮▮▮▮

Overall, Intel expects ▮▮▮▮ of the employees will be SMA eligible.

- Actual SMA generated will vary based on business groups

*Higher Performer=An employee who received an "O" or "EE" twice AND received Level 1 or 2 SOP Twice in the last 3 Focals.

8                    Intel Confidential                    (intel)

393.8

Confidential - Attorneys Eyes Only -
76583DOC002007

8

# SMA by Country Preliminary Overview
## Grade 10 & below

**Do not share or forward**

**Exempt**

**Non-Exempt**

**Process:**

•Current recommendation for Focal 2007 is for SMA to be used for jobs/grades:

•Jobs with market gaps > 6% are SMA eligible

•Critical jobs with market gaps < 6% may be eligible

•Will consider SMA for sustained high performers to ensure appropriate pay relative to market

**Key Messages:**

Final SMA decisions will depend on available budget. Direct Managers will have access to SMA when the Focal Tool is available.

25% of FSM WW headcount will receive SMA (3,494 Total WW HC)

A total of 60 Job codes will receive SMA (50 for exempts & 10 for non-exempts)

SMA percent varies by job code, grade and country

Any remaining SMA dollars- Apply meritocracy

9

**Intel Confidential**

(intel)

343.9

# Exempts-SMA Generated by Job Title

**Do not share or forward**

██████████████████

## Key Messages:

Only shows SMA for H/C greater than 4 employees in a job code.

SMA will help close the gaps in ██████████████

C&B **generates** SMA based on job codes and grades, but the business **allocates** based on internal equity and performance.

C&B will work with HR to develop a watchlist of high performers.

| Job Title | USA | IRL | ISR | MYS | H/C |
|-----------|-----|-----|-----|-----|-----|
|           |     |     |     |     |     |

2094

**Note:** Gov. & Public Affair will now fall under Legal

393.10

10                              Intel Confidential                    (intel)

# Non-exempts - SMA Generated by Job Title

Do not share or forward



**Key Messages:**

Very little SMA was generated for ▮▮▮▮▮▮▮▮ Majority of SMA generated ▮▮▮▮▮▮▮▮▮▮▮▮

* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

* ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

MC receives only SMA for calibration tech and Adm.

393.11

11                    Intel Confidential                    (intel)

Confidential - Attorneys Eyes Only -
76583DOC002007



# Grade 11-13 SMA for 2007

**Strategy:**

- Deliver SMA to close entire base pay and total cash gaps to market goals in one year

**Allocation Process:**

- [redacted]
  - [redacted]
- SMA generated by job code
  - Employees in same grade/job code receive same %
- Shift money around as appropriate to support strategy:
  - Bring high performers above market targets where appropriate
  - Consider job scope and relative experience
  - Zero out or reduce SMA for lower performers
- Allocate SMA to EB targets per grade level guidelines and meritocracy
  - [redacted] Allocate accordingly to hit T-cash goals.
  - [redacted]

**U.S. Only**

The new <u>Base POM goals</u>

| Grade | Before | New |
|---|---|---|
| [redacted] | | |

Revised EB % Target Guidelines

| Grade | Before | New |
|---|---|---|
| [redacted] | | |

393.12

intel

# FSM Grade 11-12 Staff

| Site | Name | Intel Title | Grade | TIG | USD Intel Base Pay | USD Market Base Final | Goal Base POM | Actual Base POM | 2007 - Year 2 SMA % | Adj. POM Tcash | 2006 Rating | 2006 SMA Alloc | 2006 SOP+ |
|------|------|-------------|-------|-----|--------------------|-----------------------|---------------|-----------------|---------------------|----------------|-------------|----------------|-----------|
|      |      |             |       |     |                    |                       |               |                 |                     |                |             |                |           |

| Site | Name | Intel Title | Grade | TIG | USD Intel Base Pay | USD Market Base Final | Goal Base POM | Actual Base POM | 2007 - Year 2 SMA % | Adj. POM TCash | 2006 Rating | 2006 SMA Alloc | 2006 SOP+ |
|------|------|-------------|-------|-----|--------------------|-----------------------|---------------|-----------------|---------------------|----------------|-------------|----------------|-----------|
|      |      |             |       |     |                    |                       |               |                 |                     |                |             |                |           |

Intel Confidential

(intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

# FSM Wrap Up

## Focal

- **Merit:  Same message as last year!**
  - Spend all your Focal budget
  - Apply Meritocracy
  - Promo your high performers
  - "Do the Right Thing"
- **Promotions:**
  - Would expect to see more promotions of your higher performers in the lower grades
    - ██████████████████████████████████████████████
- **SMA:**
  - Redistribute SMA to those higher performing employees who are paid below market goals.
  - No SMA increase to IR employees, BE's may be considered, but should be a lower priority
  - Improve market position for process and software engineers.
  - Do NOT share SMA information – "For Your Eyes" Only

## Next Steps

- January Focal Kick-off
  - Review final budget and any key analysis with your staff

14  Intel Confidential

(intel)



Confidential - Attorneys Eyes Only -
76583DOC002007



# US T-Comp Competitors

**US 2007 T-Comp Competitors**

[redacted]

T-Comp Competitors: Companies against which Intel benchmarks compensation:

- 30 tech companies generally considered comparable to Intel
- Blend of semi, software, networking, communications, and diversified computer companies

Competitors may be modified by geo

- Based on local competition for talent

Competitor companies vary when offline surveys are used for specialized skills.

- Data is not available for special skills in our normal survey ( ie: legal, vc, client managers, etc)

393.16

# T-Comp Changes in 2007

**2006 Compensation Changes:** Announced that Intel would improve our target for total cash pay from "average" to "above average", and deliver to that target over the course of 3 years. Inject additional focal budget (SMA $) over 3 years to jobs that are below target, resulting in base + bonuses > market when Intel profitability matches or beats industry performance

| Program | What's Changing | Why? |
|---|---|---|
| Base Pay | •Higher POM Base **Goals in the US**  ▮▮▮▮▮▮  ▮▮▮▮▮▮▮  •In Israel, overall goals were adjusted according to the corporate direction. | Improve our Base pay POM.  Market competitive |
| EB | •Increase EB max target ranges  ▮▮▮▮▮▮▮  ▮▮▮▮▮▮  ▮▮▮▮  •Changes to Formula | Improve our T-Cash POM.  Market competitive |
| Salary Ranges | ▮▮▮▮▮▮▮  ▮▮▮▮▮▮ | Market competitive |

17

Intel Confidential

(intel)

393-17

Confidential - Attorneys Eyes Only -
76583DOC002007

# T-Comp Changes in 2007

| Program | What's Changing | Why? |
|---|---|---|
| Stock Grants | Stock grant reductions - Two-step process:<br><br>2007:<br>    █████████ Eliminate stock options and increase RSUs slightly<br>    ████████ Reduce stock options by 50% and increase RSUs slightly<br>    █████████████ Increase RSUs in the stock mix by 10%<br>        Example: ████████████████<br>    ████████████████████<br><br>2008:<br>    ████████████████████ | ██████████<br>███████<br>███ |

18

Intel Confidential

(intel)

343.18

Confidential - Attorneys Eyes Only -
76583DOC002007

# US Salary Ranges
## Effective 1/1/07

| Grade | Average of New MinValue | Average of New MidValue | Average of New MaxValue | Average of Midpoint Move from old to new |
|---|---|---|---|---|

343.19

19            Intel Confidential                              (intel)

Confidential ▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮

# TIG by High Performers (US)

**Key Messages:**

Overall, excellent progress made last year promoting all grades. Majority of grades have TIG <1 year.

Grade 3 may be an opportunity to promote

Grade 54, 5 year + on the high end.  Look to promote more.



**Opportunities:**

Do the Right Thing….Again

Spend all your promo dollars

Apply meritocracy



|  | Exempts = High Performers Only | | | |
|---|---|---|---|---|
| Grade | <1yr | 1-3yrs | 3-5yrs | 5+yr |
|  |  |  |  |  |

|  | Nonexempts = High Performers Only | | | |
|---|---|---|---|---|
| Grade | <1yr | 1-3yrs | 3-5yrs | 5+yr |
|  |  |  |  |  |

*Higher Performer=An employee who received an "O" or "EE" twice AND received Level 1 or 2 SOP Twice in the last 3 Focals.

20                                    **Intel Confidential**                          

313.2b

# US Diversity Analysis
## (Exempts Only)



| Key Indicators | Female | Male | Female H/(L) Male | URM | Non-URM | H/(L) Non URM |
|---|---|---|---|---|---|---|
| | | | | | | |

**Key Messages:**
Pay looks good, areas of focus:

• High Performing ratings & stock for Females & URMs

Corporate Diversity Direction:

• Focus is on US diversity with legally mandated diversity audits (performance and pay)
• Audits on rating, trends, etc. will be part of the focal rollup process
• OFCCP pay analysis will occur outside of focal

21          Intel Confidential                    

343.21

Confidential - Attorneys Eyes Only -
76583DOC002007

Higher Performers by Top 3 HC positions

| RatingTrend | HP |
| Country | USA |
| FLSA | E |

Confidential - Attorneys Eyes Only -
76583DOC002007

# Overview of WW Environment –

| GDP Growth | | After growth in 2006, a slowdown in most parts of the developed world will reduce world GDP growth in 2007.  Despite slowdown, GDP growth is still strong. |
|---|---|---|
| Inflation | | Global inflation rates will decline only gradually in 2007 |
| Unemployment | | Many countries will experience lower unemployment, although China, US and UK are expected to have slightly higher rates |
| Labor Mkt | | Most countries will continue to experience robust labor market |
| Avg Mkt Salary Movement | | Market movement projected to be equal or slightly up compared to 2005 |
| Mkt Turnover and Intel Turnover | | Intel and market turnover continue upward trend.  Intel turnover increasing more than market, decreasing the gap between market |
| Intel Offer Accept Rates | | Intel Offer accept rates have declined in most major countries |

23          Intel Confidential          (intel)

343.23

Confidential - Attorneys Eyes Only -
76583DOC002007

23



# Key Indicators at a Glance

| | 2007 Economic Forecast | | | 2006 Intel Workforce | | 2006 Market |
| | GDP | Inflation | UE | Offer Accept Rate | Turnover (Total) | Turnover (Total) |
|---|---|---|---|---|---|---|
| USA | 2.2% | 3.3% | 5.2% | | | 14.2% |
| Costa Rica | 4.5% | 11.1% | 6.5% | | | 12.1% |
| Germany | 1.4% | 2.4% | 10.4% | | | 3.1% |
| Ireland | 5.3% | 3.2% | 3.8% | | | 8.0% |
| Israel | 4.1% | 2.4% | 8.0% | | | 11.0% |
| Russia | 5.9% | 9.3% | 6.5% | | | 12.0% |
| UK | 2.3% | 2.1% | 5.7% | | | 5.8% |
| China | 9.8% | 2.3% | 9.3% | | | 17.2% |
| India | 7.4% | 4.9% | 7.4% | | | 18.5% |
| Japan | 2.1% | 1.3% | 4.0% | | | 7.6% |
| Malaysia | 5.4% | 3.9% | 3.6% | | | 18.8% |
| Philippines | 5.0% | 5.2% | 8.3% | | | 21.0% |

24                               Intel Confidential                      (intel)

Confidential - Attorneys Eyes Only -

# UNITED STATES

## Economic Indicators



## Budget Indicators

## Workforce Indicators

### External

•Increased use of RSUs and hiring bonuses at competitor companies

### Internal

•Workforce retention is critical

•Undesired attrition is rising

25          Intel Confidential          (intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

25

# IRELAND

## Economic Indicators



| | 2005 | 2006 | 2007F |
|---|---|---|---|

6%, 5%, 4%, 3%, 2%, 1%, 0%

Percentage

5.5%   5.7%

## Budget Indicators

## Workforce Indicators

External

Manufacturing industry hit hard by redundancies

Several plant closures

Defined Benefit pension plans being reviewed

Car benefits moving to providing a cash allowance benefit only

Internal

Retention challenges: Manufacturing Supervisors, Grade 3 Engineers.

Concern that low morale, caused by SET actions, could have a knock on effect to attrition. HR in particular.

343.24

26

**Intel Confidential**

(intel)

Confidential - Attorneys Eyes Only –

# ISRAEL

## Economic Indicators



## Budget Indicators

## Workforce Indicators

External

High-tech companies continue to add headcount

New design centers being opened (Oracle, Google, Microsoft)

High demand for skilled employees such as sw engineers, algorithm engineer, VLSI, ASIC and RF engineers

Internal

Attraction challenges: RCG design engineers, Manufacturing Engineers

Retention risks: Grade 5&6 Engineers

* Dissatisfaction with salary

27                          Intel Confidential                          intel

# US Focal Budget - Historical

| | 2004 | 2005 | 2006 | 2007 |
|---|---|---|---|---|
| Budget | | | | |

*Actuals in Black*
*Estimates in Blue*
*Forecasts in Green*

\* As reported by Radford Surveys - not intended to be additive of Merit + Promo

28

Intel Confidential

(intel)

Confidential - Attorneys Eyes Only -
76583DOC002007

Confidential - Attorneys Eyes Only -
76583DOC002007

# Israel Focal Budget - Historical

| | 2005 | 2006 | 2007 |
|---|---|---|---|
| Budget | | | |

*Actuals in Black*
*Estimates in Blue*
*Forecasts in Green*

Intel Confidential

intel

Confidential - Attorneys Eyes Only -
76583DOC002007

30