# EXHIBIT 398 TO
# CISNEROS DECLARATION
# REDACTED VERSION

HR Global Staffing

# Manage Offer Module

# Develop External Offer

**Document Version 1.3**
**February 13, 2009**

398.1



76579DOC005956
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Manage Offers
### Develop External Offer

## Contents

Process User Overview ................................................................................................................. 2
Process Steps ............................................................................................................................... 2
   Tips - Using the Hiring Tools ................................................................................................... 2
   Request for Offer Received ...................................................................................................... 3
   Offer Tool Desktop .................................................................................................................. 3
   Request for Offer Email .......................................................................................................... 3
   Job Requisition ....................................................................................................................... 4
   Review Required Paperwork ................................................................................................... 4
   Candidate Application ............................................................................................................. 5
   Apply Direct Log-On Screen .................................................................................................... 5
   Check eApplication for Information ......................................................................................... 6
   Internal Equity Report ............................................................................................................ 7
   Internal Equity ....................................................................................................................... 8
   Using the Compensation Reference Tool (CRT) ........................................................................ 8
   Formalization of Offer ........................................................................................................... 10
   Develop Offer in Offer Tool ................................................................................................... 10
   Email Notifications ................................................................................................................ 10
   Offer Pending Approval ........................................................................................................ 12
Revision History .......................................................................................................................... 13

## Process User Overview

This end user document shows a Staffing Consultant (SC) how to:
- Develop an external offer after they receive the offer request on their Offer Tool work list (and/or the offer request auto-notification in their e-mail).
- Use the tools and processes used in the development of the offer.
- Use the resources/templates that a Staffing Consultant may use.

The offer development process is comprised of a sequence of events organized in three major categories

- **Gather Information** about the candidate and offer
- **Utilize Resources and Data** to develop the offer
- **Consult with the Hiring Manager** and **Obtain Approvals**

**Important:** It is essential that the following process information not be altered in order to ensure the integrity and consistency of this business process and the integrity of any other documentation based on this process.

## Process Steps

### Tips - Using the Hiring Tools

- The Hiring Tools have a 20-minute timeout session for security purposes.
- Use the **Calendar Control** icon within the tool to select dates.

- Detailed descriptions of each field are provided in the embedded **Help** accessible by clicking on the **Help** Icon in the upper, right corner of each section.
- Fields with an **asterisk** * are required fields that must be completed before moving on to the next step of creating a job requisition.
- Fields with a double **asterisk** ** are required fields that are not editable once the requisition has been submitted.
- Whenever there is a **drop-down arrow** icon or **Search** icon next to a field, you must use it to complete the field.

| Step 1 | **Request for Offer Received** |
|---|---|
| | The offer request is received via email and shows up on the Offer Tool work list. |
| | SLA: Staffing Consultant (SC) must develop offer in the offer tool within 48 hours of receiving an offer request. Exception to this SLA would be if the e-Application (GAM only) has not been completed, then the SC must contact the Hiring Manager (HM) and update him/her within 48 hours on the status or in the process of obtaining any kind of exception request approval.. |
| | Confirm with HM/HA that information in the offer request is accurate (i.e. **Grade Level**, **Work Location**, **Hiring Manager**, **Org Unit**, **Cost Center**, etc.). |
| Step 2 | **Offer Tool Desktop** |
| |  |
| Step 3 | **Important**: Validate the job requisition and offer request (i.e. FLSA status, internal vs. external offer, employee class (experienced, RCG, ICE), etc.) |
| | External offers with a break in service can NEVER be created on a WWID. If external offer request includes a WWID instead of an AppID, determine if there is to be a break in service and if so, the offer requested must be changed to an AppID. |
| Step 4 | **Request for Offer Email** |
| | 1. The Staffing Consultant will receive the following email indicating that an offer has been requested. |
| | ○ Offer Request (Staffing Consultant auto-notification) |

HR Global Staffing  
Develop External Offer  
Intel Confidential  
Rev: 1.3  
Page 3 of 13  
Revision Date: 2/26/2009  

398.3

76579DOC005958  
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Step 5 | **Job Requisition** |
|---|---|
| |  |
| Step 6 | **Review Required Paperwork**<br>2. Request for Offer<br>3. Open **Job Requisition** in **PeopleSoft**<br>    • **Recruiting > Job Requisitions/Postings > Job Requisitions**<br>    • Enter requisition<br>4. Select **Job Requisition Information** tab<br> |
| Step 7 | 1. Open candidate resume in **PeopleSoft** (can also be accessed in the Offer Tool when developing the offer):<br>    • **Recruiting > Identify Process Applicants > Capture Applicant Data > Application Data**<br>    • Select Applicant Application Info tab<br>    • If resume is not available request it from HM/HA<br>2. Access e-Application from *Apply Direct* (GAM only)<br>    • Two blue check marks are required before proceeding<br>    • If e-Application was never sent to candidate, request link sent from Staffing Services GAM in Outlook |

76579DOC005959
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Step 8 | **Candidate Application (GAM specific)** |
|---|---|
| | - Another critical factor in developing an offer is the evaluation of the candidate's profile, which should be completed by the candidate prior to the date of interview via Apply Direct |
| | - Apply Direct is an online tool, which candidates use to submit their application information to Intel. There are required fields, which support specific business needs and Intel legal requirements. As explained in the e-Application training, SC's are able to access candidate applications by going to, and entering their password. |
| | **Important**: As a reminder, once an offer request has been received, the SC is responsible for HR database verification that the candidate's application has been submitted via the online Apply Direct process.) |
| Step 9 | **Apply Direct Log-On Screen (GAM Specific)**  |

| Step 10 | **Check Candidate's Application for Information** |
|---|---|

If it is a foreign candicate, forward FNOJ form to the HM/HA

In eApplication (GAM specific), check technology transfer information for Foreign National disclosure:

- If candidate answers "No" to 1st question in **Technology Transfer Section**, forward FNOJ form to HM/HA


C:\Documents and Settings\dlingram\My

Check if candidate has previously worked for Intel.

- If prior employee/contractor, determine rehire eligibility

Check if candidate has worked for an Intel vendor/supplier in the last 12 months.

- If so, additional approvals may be needed.

Check graduation dates for graduate/post graduate school under **Education**

- If graduated within 18 months, recommend RCG offer

  **Important**: PhDs are considered RCG for up to 24 months as long as they have been performing post-doc work).

Self-Disclosure (GAM specific)

- If candidate self-discloses a Pre-BI is required
  - Send an email to Staffing Services GAM including the candidate's name, **AppID,** and what was self-disclosed

Important note: Offer cannot be delivered until this is cleared

76579DOC005961
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Step 11 | **Internal Equity Report** |
|---|---|
| |  |
| Step 12 | 3. Navigate to **PeopleSoft** > **Reporting Tools** > **Query** > **Query Viewer**<br>• Type in IOFF01<br>• Click **Search**<br>• IOFF01 Internal Equity-is the report we want to open, click on the query name to open<br>• Include as much information as possible to limit the results, recommend:<br>   o **Cost Center**<br>   o **Site**<br>   o **Job Code**<br>   o **Salary Grade** |

76579DOC005962
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| | |
|---|---|
| **Step 13** |   Query Viewer |
| **Step 14** | **Internal Equity**<br><br>For experienced hires, the candidate profile, pay guidelines, and internal equity are the main pieces of information used to compute the base salary. Internal equity is defined as a fairness criterion comparing comparable Intel jobs using education, experience, skill level and performance and timing of next review period. Internal equity is used to determine wage rates for new hires and current employees that correspond to each job's relative value to Intel. It can also be used to reflect the relationship between one or more individual's base plus EB/commission target based on level of contribution.<br><br>• Comparables should include the current compensation of 3-5 employees in the same grade and job family within the hiring department or division<br>    o How do employees' education and experience backgrounds compare?<br>    o How do expertise and skills compare?<br>    o Where would the manager rank this person within their department based on their expectation of the applicant's contribution and job performance? (Hiring Managers should look at their own organization.)<br>• If there are not enough employees in the same grade, the Staffing Consultant should consider employees in one grade level above and/or below the candidate as appropriate.<br><br>Additionally, if appropriate comparables do not exist within the hiring department, identify an alternate department within the organization. Similar information should be provided for the comparison. |

HR Global Staffing  
Develop External Offer

Intel Confidential  
Rev: 1.3

Page 8 of 13  
Revision Date: 2/26/2009

398.8

76579DOC005963  
CONFIDENTIAL - ATTORNEYS' EYES ONLY

| Step 15 | Using the Compensation Reference Tool (CRT) |
|---|---|
| |  |

| | |
|---|---|
| **Step 16** | **Formalization of Offer**  |
| **Step 17** | **Develop Offer in Offer Tool**<br><br><u>All</u> offers must be developed in the Offer Tool as soon as E-Application is completed within 24 hours (showing two blue checkmarks in Apply Direct)<br>• Search for candidate name on work list<br>    ○ Find the correct offer (verify candidate and requisition number) |

| | |
|---|---|
| **Step 18** | • Highlight candidate name and then Click **Offer** and then **Create/Develop** (you can also right click on highlighted name).<br>• If needed, change the **Work Location, Grade Level, Expected Start Date,** etc. provided by the manager's response to email<br>• Select a start date based upon individual circumstances or FNOJ requirements<br>• Select **Former Employee** designation<br>• At this point you can run the **Internal Equity Report** or pull the candidate's resume if not already done |
| **Step 19** |  |

| | |
|---|---|
| **Step 20** | • **Offer Editor** calculates and displays calculated components applicable for the specific region offer is being developed.  |
| **Step 21** |  |
| **Step 22** | **Offer Pending Approval**<br>• HM/SC will receive an auto-notification from Employee Services titled **Action Required: Approve Your Offer**<br>• HM will either approve or deny offer and another auto-notification will be sent to both the HM/SC from Employee Services titled **Action Required: Offer Approval Status has changed**<br>  ○ SC will redevelop the offer if denied and move forward with the verbal offer if approved. |

**Email Notifications**

4. Offer Request (Staffing Consultant auto-notification)


C:\Documents and Settings\madnan\My

5. Offer Request (Hiring Manger auto-notification)

| | | |
|---|---|---|
| HR Global Staffing<br>Develop External Offer | Intel Confidential<br>Rev: 1.3 | Page 12 of 13<br>Revision Date: 2/26/2009 |

398.12

76579DOC005967<br>CONFIDENTIAL - ATTORNEYS' EYES ONLY


C:\Documents and Settings\madnan\My

# Revision History

Insert a row in the table below to ensure the most current revision is listed first.

| Rev No. | Revision Date | Revision Description | Revised by | Approved by |
|---|---|---|---|---|
| 1.0 | 10/05/2006 | Create first rev of GS Develop External Offer document | Denise Campbell | Phase Owner |
| 1.1 | 01/20/2009 | Updated SO#3 Changes | Marina Scully | 1st review |
| 1.2 | 02/012/2009 | Updated SO#3 Changes | Claire Couzens | 2nd review |
| 1.3 | 02/13/2009 | Updated SO#3 Changes | Marina Scully | Signed Off |

398.13

76579DOC005968
CONFIDENTIAL - ATTORNEYS' EYES ONLY