# EXHIBIT 170

# REDACTED PUBLIC VERSION



Confidential

LUCAS00035991



Confidential                                                                                                          LUCAS00035992