# EXHIBIT 171

# REDACTED PUBLIC VERSION

**From:** Vanessa Hall
**Sent:** Monday, February 14, 2011 5:33 PM
**To:** Michelle Maupin
**Cc:** Vanessa Hall
**Subject:** Technology Call-Outs Etc.

Hi Michelle,

What follows below is a complete roll-up of all of the technology call-outs etc for this week's Comp Committee meeting.

## InfoSys

## Global Pipeline

## IT

Note that the promotions and ▓ title change are the results of Kevin's reorg.

**RnD**



Thanks for all of your help and support!

Vanessa Hall
Senior Human Resources Manager
Lucasfilm Entertainment Company Ltd.

t:  415.746.5223
f:  415.746.5530
m: 415.264.7996/415.218.8418

Confidential						LUCAS00199906