# EXHIBIT 690

# REDACTED PUBLIC VERSION

# Recruiting and Human Resources Update

Lucasfilm Ltd.
Board of Directors Meeting
October 19, 2007

EXHIBIT 690
Deponent Vander Voort
Date 2-5-13

Gina V. Carbone, CSR

LFL00016641
LUCAS00013706

2.90.6

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Agenda

- Overview

- Human Resources

  

- Recruiting

  - Company growth plans

  - Demographics and changes in the marketplace

  - Meeting the challenges

- Executive Session



LFL00016642
LUCAS00013707

L 9b.3

# Company Organization

| Real Estate | JAK Productions | Lucasfilm |

| Skywalker Properties |

| Licensing |

| ILM |

| LDAC |

| Sky Sound |

| LucasArts |

**TOTAL EMPLOYEES ~ 1,800**

| Animation U.S. |

| Animation Sing |



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016643
LUCAS00013708

# Human Resources Scope

| Employee Relations | Labor Relations | People Strategy/Leadership Development |
|---|---|---|
| Technical Training and Development | Global Talent Acquisition | Compensation/ Benefits |



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# CAO Strategic Focus for 2007-2008

- Culture and Communication
  - Vision, Values
- Talent Selection and Development
  - Global Recruiting
  - Development (technical and leadership)
- Rewards
  - Compensation, Benefits, unique Lucas value proposition
- Infrastructure
  - Systems and processes

LFL00016644
LUCAS00013709

HIGHLY CONFIDENTIAL
CONFIDENTIAL



690.6

HIGHLY CONFIDENTIAL

CONFIDENTIAL



HIGHLY CONFIDENTIAL
**CONFIDENTIAL**

690.7

LFL00016646
**LUCAS00013711**



LFL00016647
LUCAS00013712

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016648
LUCAS00013713

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016649
LUCAS00013714

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016650
LUCAS000013715

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016651

LUCAS00013716



HIGHLY CONFIDENTIAL

CONFIDENTIAL

Recruiting

HIGHLY CONFIDENTIAL
CONFIDENTIAL

690.13

LFL00016652
LUCAS00013717

LFL00016653
LUCAS000013718

L90.14

# Changes in Company Demographics

| Area of Residence | In 2004 | In 2007 |
|---|---|---|
| East Bay | 14% | 12% |
| Marin | 47% | 31% |
| Sonoma | 12% | 5% |
| NE Bay (Napa/Vallejo area) | 4% | 3% |
| San Francisco | 19% | 40% |
| South Bay | 3% | 9% |
| SE Bay (Fremont area, lower 880 toward 101) | 1% | 1% |



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# 2007 Recruiting Statistics

|  | YTD | Q4 Estimate | 2007 Total |
|---|---|---|---|
| ILM | 81 | 8 | 89 |
| R & D | 22 | 5 | 27 |
| R & D Interns | 9 | 0 | 9 |
| LAL | 48 | 8 | 56 |
| LAS | 35 | 17 | 52 |
| LECL | 59 | 11 | 70 |
| LEC | 165 | 55 | 220 |
| LFL | 40 | 14 | 54 |
| SKY | 4 | 1 | 5 |
| SPL/LDAC | 2 | 5 | 7 |
| **Grand Total** | **465** | **124** | **589** |



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016654
LUCAS00013719

LFL00016655
LUCAS00013720

## 2007 Recruiting Statistics

- 20,000 resumes and reels reviewed

- 1,800 on-site interviews

- 50,000 man hours spent interviewing candidates

- Team of 30 recruiters needed to bring in +/- 600 hires plus about 50 temps



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016656
LUCAS00013721

# 2008 Projected Growth

| | YE | Estimated 2008 | | |
|---|---|---|---|---|
| | 2007 | Attrition | Growth | New Hires |
| LucasArts | 464 | 86 | 100 | 186 |
| ILM | 531 | 98 | 0 | 98 |
| Skywalker Sound | 120 | 2 | 0 | 2 |
| Lucasfilm/Licensing | 164 | 30 | 10 | 40 |
| LECL (Shared Services) | 181 | 33 | 10 | 43 |
| LAL | 94 | 17 | 35 | 52 |
| LAS | 164 | 30 | 78 | 108 |
| SPL/LDAC | 47 | 9 | 2 | 11 |
| JAK | 18 | N/A | 0 | 0 |
| **GRAND TOTAL** | **1,783** | **305** | **235** | **540** |

Estimated 2008 YE Headcount ~ 2,000



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016657
LUCAS00013722

# Recruiting Headlines by Division

| | | |
|---|---|---|
| LEC | ◯ | Talent hard to find, "passive" candidates; lots of local competition; new industry; reputation challenge |
| LAL | ◯ | Lots of available talent; cultural and artistic sense critical; easy to recruit junior talent/senior difficult; reputation mixed |
| LAS | ◯ | Little local talent; high rental costs; easy to get visas; growing reputation |
| LFL / LECL | ◯ | Junior talent easy/senior very difficult to find; lots of competition; good reputation |
| SS | ◯ | Very project-based; organized work force; no local competition; good reputation |
| ILM | ◯ | Very project-based; organized work force; excellent rolodex of project staff; reputation "sells" the job |
| Real Estate | ◯ | No significant issues |

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Examples of Positions to Fill

| Most Difficult | Least Difficult |
| --- | --- |
| Senior Game Engineers | All Entry Level |
| Game Designers | Animators |
| R & D Engineers | Compositors |
| Python Programmers | Technical Directors |
| Tax Analysts | Quality Assurance Testers |
| Senior Finance Staff | Workplace Services Staff |
| Senior Sales Staff | Skywalker Sound - All Positions |
| Senior Marketing Staff | Skywalker Properties - All Positions |
| Sabre Artists | |
| Digimatte Artists | |
| Particle System TDs | |



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016658
LUCAS00013723

# #1 - Sourcing for Talent

- Passive Talent difficult to find

- It is a candidate market right now

- Extremely diverse needs for each division

- Tools not in place

- Need to think "out of the box" to get the best and the brightest

- Change recruiting strategy from gatherer to hunter



LFL00016659

LUCAS00013724

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# #2 - Compensation

• Lucasfilm Companies are at ████████ ████████ of comp range for SF Bay Area

• Want Triple AAA talent for ████████████████ prices

• Privately held company without stock

• Bonus plan is ambiguous and difficult to use as a selling point

• We are a training ground for our competitors



LFL00016660
LUCAS00013725

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016661

LUCAS00013726

690.22

# #3 - Competition in the Bay Area

- San Francisco offers a variety of interesting opportunities for candidates

- Pixar, IM Digital, PDI, Tippett, Orphanage, EA Redwood Shores etc…

- Google, Yahoo, Silicon Valley etc…

- Other companies offer better base pay, bonuses, and a better quality of life

- No large, prominent projects in the near term



HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016662
LUCAS00013727

# #4 - Immigration and Visas

- H1-B's were on lottery and completely gone this year in 48 hrs

- O-1's require an advanced degree, being published or 10+ years of experience

- We use every possible method to get visas for our talent but it is not enough

- Immigration expenses have doubled – 20K for a green card

- Gaming talent is international



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016663
LUCAS00013728

# #5 - Retention

- Revolving door; Lucasfilm has become the training ground for entertainment community

- Recruiting and training is very expensive; need to increase talent tenure to get a reasonable return on our investment

- Bench strength is compromised as we lose 20%+ of our employees on an annual basis – we run lean as it is

- Need to create strategies to keep people here, especially those working on company growth related projects



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016664
LUCAS00013729

# What We're Doing

- Building the right recruiting organization to support the ebb and flow of our businesses

- JEDI Academy & JuMP program

- All Companies Referral bonus plan

- Applicant Tracking System

- Re-branding ourselves to generate excitement about the company



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Recruiting Challenges

1. Sourcing for talent

2. Competition in the Bay Area

3. Immigration and Visas

4. Retention

5. Compensation



690.26

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

# #1 - Sourcing for Talent

- Passive talent difficult to find

- It is a candidate market right now

- Extremely diverse needs for each division

- Must think "out of the box" to get the best and the brightest; schools outreach

- Current market conditions require "hunters", not just "gatherers"



LFL00016666
LUCAS00013731

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016667
LUCAS00013732

# #2 - Competition in the Bay Area

- San Francisco offers an increasing variety of interesting opportunities for candidates

  - Pixar, IM Digital, PDI, Tippett, Orphanage, EA Redwood Shores, LeapFrog

  - Google, Yahoo, MySpace, Apple, TiVO, Nvidia

- Being based in San Francisco gives good candidates more choices



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016668
LUCAS00013733

# #3 - Immigration and Visas

- H1-B lottery gone this year in 48 hours (received 10, denied 3)

- O-1's require an advanced degree, being published or 10+ years of experience      (applied for and received 13)

- Immigration expenses have doubled;        will spend ~$750,000 in 2007

- No immigration issues in Singapore;  employees can easily be transferred



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016669
LUCAS00013734

# #4 - Retention

- Lucasfilm is the training ground for the entertainment community

- Recruiting and training is very expensive; average cost to replace an employee is 50%   of annual comp

- Focus on retention of key people

- Career development



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016670
LUCAS00013735

690.31

# #5 - Compensation

- Lucas Companies target comp at ███████████ of relevant positions in the SF Bay Area market

- We made significant adjustments over the last year to maintain our position, but the market is outpacing us

- Hot job market drives prices – frequently, candidates have competing offers

- Some competitors are targeting higher comp levels for "A" players, especially with equity

LUCASFILM Ltd.

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016671
LUCAS00013736

## What We're Doing

- Building the right recruiting organization to support the ebb and flow of our businesses

- Developing formal internship and training programs to bring in junior talent and get them up to speed quickly

- Referral bonus plan for all employees

- Applicant Tracking System to increase productivity of recruiters

- Re-branding through new website



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Training and Development

- Jedi Academy
- Jedi Masters Program
- STRAT



HIGHLY CONFIDENTIAL
**CONFIDENTIAL**

690.33

LFL00016672
**LUCAS00013737**

# JEDI Academy
## *Targeted Internship Program*

- Targets internships toward schools where we can find talent for "hard to find" recruiting areas – engineering, computer science and art

- Builds a pipeline of eager interns and new employees ready to join the company every June

- Uses undergraduate internships as a building block to create partnerships with targeted schools

- Targeting 50 interns

LFL00016673
LUCAS00013738

690.34

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016674
LUCAS00013739

# JEDI Academy
## *2008 Proposed Numbers*

- LucasArts – 18 interns

- LAL – 5 interns

- ILM R&D – 8 interns

- ILM CG Production – 3 interns

- LECL – 7 interns

- Lucasfilm Misc. – 8 interns

- Documentaries – 1 intern

L90.35

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016675
LUCAS00013740

# JEDI Academy
## *Target Schools*

- Technical
  - Berkeley
  - Stanford
  - Illinois Urbana-Champaign
  - SFSU (for IT / IS)
  - Carnegie-Mellon
  - MIT
  - Texas A&M
  - University of Washington
  - Georgia Tech
  - Waterloo
  - USC (Gamepipe Lab)

- *\* proposed targets in yellow*

- Art
  Savannah College of Art and Design (SCAD)
  Art Center College of Design - Pasadena
  Cal Arts
  Academy of Art
  SF Art Institute
  San Jose State
  Otis College of Design
  Ringling

- Production/Direction
  University of Southern California (USC)

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Jedi Masters Program
## *Program Purpose*

- To provide Production Experience in Animation, VFX and Games

- To raise the local industry Mid and Senior Level Artistic and Technical Talent

- To raise the skill level of existing LAS Artists

- To provide Professional Development Training to existing LAS Artists

- To produce talent on par with Lucasfilm US

LFL00016676
LUCAS00013741

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016677
LUCAS00013742

# Jedi Masters Program
## *Program Structure*

- Focused, production centered training with in-depth, real time hands on experience

- Instructors provided by Industrial Light & Magic, LucasArts, and Lucasfilm Animation

- Direct expert mentorship for each and every student

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016678
LUCAS00013743

# Jedi Masters Program
*Scope*

- Existing LAS artists and new trainees

  - New trainees will be drawn from Singapore and the surrounding regions

  - Extremely competitive entrance requirements

  - 150 trainees over 2.5 years

- Also talking with U.S. schools about placing students in Singapore

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016679
LUCAS000013744

# STRAT
## *A New Version of T.A.P.*

- 21 INTERNS IN 2008
- ILM
  - Software R&D
- Lucasfilm Animation
  - Lighting TDs
  - Software R&D
  - Creature Developers
- LucasArts
  - Game Artists and Engineers

HIGHLY CONFIDENTIAL
CONFIDENTIAL

Website

690.41

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**



HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

690.42



HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

690.13

LFL00016682

LUCAS00013747



690.44

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016683

**LUCAS00013748**



HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

690.45

LFL00016684

**LUCAS00013749**



HIGHLY CONFIDENTIAL

CONFIDENTIAL



# LUCASFILM RECRUITING

CAREER FAQS   UNIVERSITY RELATIONS   CULTURE   BENEFITS

CAREER LISTINGS   JOB LIST   SUBMISSION GUIDELINES   RELOCATIONS INFO

## FIND THE JOB YOU'LL LOVE.

PULL DOWN EACH JOB CRITERIA TO SEE ALL THE OPTIONS
YOU CAN SEARCH WITH.

ORGANIZATION

FUNCTION

KEYWORD SEARCH

DATE POSTED

SEARCH

VIEW ALL JOBS

690.47

HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016686

LUCAS00013751

LFL00016687
LUCAS00013752

# Recruiting Organization

TURN INTO CHART

•LECL – 1 Director, 1 Recruiter, 1 Recruiting Coordinator = 2

•ILM – 2 Recruiters, 1 Recruiting Coordinator = 3

•ILM R&D – 1 Recruiter, 1 Recruiting Coordinator = 2

•LEC – 1 Staffing Manager, 8 Recruiters, 4 Sourcers, 3 Recruiting Coordinators = 16

•LFL - 2 Recruiters, 1 Recruiting Coordinator = 2

•LAL US – 1 Recruiter, 1 Recruiting Coordinator = 2

•LAL SG – 3 Recruiters = 3          **TOTAL Staff = 31**



HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Recruiting Videos

Intergalactic Colleagues

LAS Recruiting Reel

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

690.49

LFL00016688

**LUCAS00013753**

QuickTime™ and a
H.264 decompressor
are needed to see this picture.

690.50

HIGHLY CONFIDENTIAL

CONFIDENTIAL

LFL00016689

LUCAS00013754

QuickTime™ and a
Sorenson Video 3 decompressor
are needed to see this picture.

690.51

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016690

**LUCAS00013755**

EXECUTIVE SESSION

690.52

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016691

**LUCAS00013756**

# UNUSED SLIDES



690.53

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016692

**LUCAS00013757**

LFL00016693
LUCAS00013758

690.54

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# JEDI Academy, JuMP & STRAT

- JEDI Academy – Summer internship program – focused on LEC, R&D and misc. other

- JuMP – Singapore training initiative

- STRAT – Singaporeans trained in US to move back to Singapore and populate LAS





# Projected 2008 Recruiting Demands

- Current head count for all companies is approximately 1,550 US and 125 Singapore for a total of 1,675

- If we assume a 24% annual turnover rate (industry benchmark), we can expect to backfill 350 positions in the coming year

- Growth across the company is currently planned at about 250

- TOTAL NEW EMPLOYEES NEEDED IN 2008 ~ 600 (similar to 2007)

**Need to talk about our attrition rate, not just industry benchmark**

LFL00016694
LUCAS00013759

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# All Companies Referral bonus plan

---

- The money bullets make no sense.  We should really talk about what the program is and what we're hoping to gain from it (e.g., how many applicants do we get from our employees, how the program did last year, anything else interesting).  You get the drift.



LFL00016695
LUCAS000013760

75.067

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016696
LUCAS00013761

690.57

# Applicant Tracking System

- Better Database for tracking candidates

- Web based so recruiters can work from all locations

- Increased sourcing capabilities

- Automated tracking of the life of the candidate withing the system and company

- Increased ability to mine important recruiting data



HIGHLY CONFIDENTIAL
CONFIDENTIAL



690.58

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**



# Recruiting Re-branding

690.59

HIGHLY CONFIDENTIAL

CONFIDENTIAL

# Business Unit Profiles

690.60

HIGHLY CONFIDENTIAL

**CONFIDENTIAL**

LFL00016699

**LUCAS00013764**

LFL00016700

LUCAS00013765

# ILM

- Current headcount: 535

- Assumed 2008 recruiting needs:  125 attrition, 0 growth

- Recruiting Headlines:

  - High-end technical migrant workers

  - Recruiting generally based upon production requirements

  - Great reputation

  - Easy to recruit Junior talent – almost too many applicants/candidates

  - Very difficult to recruit Senior talent



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016701
LUCAS00013766

# LucasArts

- Current headcount = 427

- Assumed 2008 recruiting needs:  100 attrition, 100+ growth

- Recruiting Headlines:

  - No stock, no bonuses

  - Biggest area of growth

  - Rarest type of talent – best talent is PASSIVE

  - Very few candidates apply for jobs

  - Difficult to recruit - new industry, not enough talent



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016702
LUCAS00013767

6c90.63

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Lucasfilm Animation U.S.

- Total headcount = 106

- Assumed 2008 recruiting needs:  25 attrition, 35 growth

- Recruiting Headlines:

  - Feature film with GWL big draw for talent

  - Industry is 20 years old and there is a lot of available talent

  - Cultural fit very important

  - Easy to recruit Junior talent – almost too many applicants/candidates

  - Relatively difficult to recruit Senior talent



LFL00016703
LUCAS00013768

# Lucasfilm Animation Singapore

- Current headcount = 125

- Assumed 2008 recruiting needs:  29 attrition, 78 growth

- Recruiting Headlines:

  - We didn't have a slide for this.  Needs to be fleshed out.



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016704
LUCAS00013769

# Lucasfilm

- Total headcount = 115

- Assumed 2008 recruiting needs:  27 attrition, 10 growth

- Recruiting Headlines:

    - Nature of work has changed since production of EPs 1-3

    - Very little turnover until the Presidio move

    - Staff needs are growing as we transition from several small companies to one medium sized company

    - Easy level of recruiting difficulty for Junior talent – almost too many applicants/candidates

    - Very difficult to recruiting Senior talent



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016705
LUCAS00013770

L 90.66

# LECL (Shared Services)

- Total headcount = 165

- Assumed 2008 recruiting needs:  40 attrition, 10 growth

- Recruiting Headlines:

  - Nature of work has changed since moving to Presidio

  - Staff needs are growing as we transition from several small companies to one medium sized company

  - Competition for staff is high; there are many similar opportunities in San Francisco for this group

  - Relatively difficult to recruit employees



HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016706
LUCAS00013771

67.90.7

HIGHLY CONFIDENTIAL
CONFIDENTIAL

# Skywalker Sound - NEEDS #'s

- Total headcount =

- Assumed 2008 recruiting needs: attrition, growth

- Recruiting Headlines:

  - Extremely project based workers

  - Fantasy and Zoetrope have closed leaving few bay area options for migrant talent; many seek work elsewhere

  - Unionized workforce

  - Easy to recruit Junior talent – almost too many applicants

  - Relatively difficult to recruit Senior talent



# Real Estate (Skywalker Properties/LDAC)

- Total headcount =

- Assumed 2008 recruiting needs:   attrition,  growth

- Recruiting Headlines:

  - We didn't have a slide for this.  Needs to be fleshed out.



LFL00016707
LUCAS00013772

89.069

HIGHLY CONFIDENTIAL
CONFIDENTIAL

LFL00016708
LUCAS00013773

L90.69

- Current head count = 1550 US, 125 Singapore

## Growth for 2008

- Assume a 23.7% annual turnover (industry benchmark), Sky Sound at 2% = 358 backfills

- LEC = 427 x .237 = 101 + growth (100 +)

- ILM = 535 x .237 = 125 + growth (0)

- LAL = 106 x .237 = 25 + growth (35)

- LAS = 125 x .237 = 29 + growth (78)

- LCL = 165 x .237 = 39 + growth (10)

- LFL = 115 x .237 = 27 + growth (10)

- SPL = 44 x .237 = 10 + growth (2)

- SKY = 121 x .02 = 2 + growth (0)

- TOTAL GROWTH 2008 = +/- 600 (Same as 2007)



HIGHLY CONFIDENTIAL
CONFIDENTIAL