# EXHIBIT 710

# REDACTED PUBLIC VERSION

| | |
|---|---|
| From: | Steve Condiotti |
| Sent: | Wednesday, September 14, 2011 12:16 AM |
| To: | Amber Remaley; Jan van der Voort |
| Cc: | Michelle Maupin |
| Subject: | RE: Comp Action Request - Offer proposal: Redacted Stereoscopic Supervisor (Primrose) |

Fine

Steve

---

**From:** Amber Remaley
**Sent:** Tuesday, September 13, 2011 3:29 PM
**To:** Steve Condiotti; Jan van der Voort
**Cc:** Michelle Maupin
**Subject:** Comp Action Request - Offer proposal: Redacted - Stereoscopic Supervisor (Primrose)

Hi Jan and Steve,

We have a request from LAL to hire above the midpoint for the Stereoscopic Supervisor position. We have been trying to hire this position for quite a while; they would like to offer Redacted . LAL budgeted        They have about $40,688 left in TM1.

Colum has approved this request. Notes from Sarah are below along with the comp sheet and Redacted resume is attached.

Please let me know if you need additional information.

Thank you,

Amber

**CRONER AVE MARKET DATA**

| Job Code | Job Title | Base Salary - 50th %ile | Base Salary - 65th %ile | TCC - 50th %tile | TCC - 65th %tile |
|---|---|---|---|---|---|
| 29016 | Stereoscopic Supervisor 2010 data | $177,087 | | | |

**PEER RELATIONSHIP:**

| Co. | Last Name | First Name | FLSA | WW | Grade | Rate 1 | Salary | Compa - Ratio |
|---|---|---|---|---|---|---|---|---|
| LAL | | | E | 40 | 15 | $1,935.55 | $100,648.60 | 0.: |
| LAL | | | E | 40 | 15 | $2,314.31 | $120,344.12 | 0.! |
| LAL | | | E | 40 | 15 | $2,448.82 | $127,338.64 | 0.! |
| LAL | | | E | 40 | 15 | $2,459.92 | $127,915.84 | 0.! |
| LAL | Redacted | | E | 40 | 15 | $2,469.63 | $128,420.76 | 1.( |
| LAL | | | E | 40 | 15 | $1,900.00 | $98,800.00 | 0.: |
| LAL | | | E | 40 | 16 | $2,788.47 | $145,000.44 | 1.( |
| LAL | | | E | 40 | 16 | $2,900.01 | $150,800.52 | 1.( |
| LAL | | | E | 40 | 17 | $3,671.47 | $190,916.44 | 1.: |

EXHIBIT 710
Deponent Van der Voort
Date 2-5-13
Gina V. Carbone, CSR

710.1

Confidential - Attorneys' Eyes Only

LUCAS00194841



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| LAL | Redacted | E | 40 | 17 | $5,389.62 | $280,260.24 | 1.: |
| LAL | | E | 40 | 16 | $2,600.00 | $135,200.00 | 0.9 |
| LAL | | E | 40 | 16 | $3,377.10 | $175,609.20 | 1.: |
| LAL | | E | 40 | 18 | $3,989.12 | $207,434.24 | 1.: |

**MANAGER REQUEST:**

Redacted

---

**From:** Kara Henander

Hi Amber,

So we have another fire! Colum has also asked that this get routed via email as well since this is another critical hire for us. This is a budgeted, open position – and we had ▮▮▮▮ budgeted.

Thank you so much for your help on these. Again, feel free to reach out to Kim or I with any questions and of course Roya can track either of us down!

Thanks,
Kara

---

**From:** Sarah McArthur
**Sent:** Monday, August 29, 2011 6:50 PM
**To:** Kim Diaz; Colum Slevin; Kara Henander; Jeff Ruggels
**Cc:** Meghan Mowery
**Subject:** RE: Offer proposal: Redacted - Stereoscopic Supervisor (Primrose)

This is a very important hire. As you know there are not many Stereo Sups out there. After we lost our top choice candidate it has taken months to find another Stereo Sup that works collaboratively they way we want to work. We lost

710.2

Confidential - Attorneys' Eyes Only                                              LUCAS00194842

our first choice candidate in part I believe because of our salary range. They seem to be making quite a bit right now while 3D is a growing business.

I would like to offer the ▮ to land ▮ now. If we lose him it will very likely take us another several months to find more qualified candidates.

I hope you can approve this.

Thanks,
Sarah


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sarah McArthur, Producer
Lucasfilm Animation
415-662-7856

---

**From:** Kim Diaz
**Sent:** Monday, August 29, 2011 6:24 PM
**To:** Sarah McArthur; Colum Slevin; Kara Henander; Jeff Ruggels
**Cc:** Kim Diaz; Meghan Mowery
**Subject:** Offer proposal: Redacted Stereoscopic Supervisor (Primrose)

Hi,

We've identified an candidate that we'd like to extend an offer to for the Stereoscopic Supervisor position on Primrose. Details are below:

**Offer Proposal for** ▮▮▮▮ **(Primrose: Stereoscopic Supervisor)**
**Title:** Stereoscopic Supervisor – PR1033
**Status:** FT, PROJECT, Benefited, Exempt
**Rate:** ▮▮▮▮
**Relocation:** ▮ lump sum relocation allowance from ▮
**Visa:** Sponsorship of a H1-B Visa (estimated cost: $4025 + $1475 for premium processing)
**Start:** October 2011 – upon Visa approval
**End:** 2/1/13

Redacted 's currently the Stereoscopic Supervisor at ▮▮▮▮. He is currently earning AUS ▮▮ annualizes to ▮▮ His original salary expectations were at ▮▮ however I did let him know that we were \*not\* going to be able to get that high. We went back and forth with salary expectations, and I was able to get Jason to come down a bit to ▮ USD.

I've attached his resume for your review.

Sarah – please add anything that I may have missed.

Please let me know if you are ok with this offer or if you have questions as we will need to get additional approval from comp committee.

Thanks,

710.3

Confidential - Attorneys' Eyes Only

LUCAS00194843

**Kim Diaz** | Lead Recruiter
Lucasfilm Animation Ltd.
P.O. Box 10037 | San Rafael, CA 94912-0037
T: ███████  ███████████

710.4

Confidential - Attorneys' Eyes Only

LUCAS00194844