# EXHIBIT 478 TO CISNEROS DECLARATION REDACTED VERSION

```
From:      Dave Pottruck
To:        Otellini, Paul; Shaw, Jane
CC:        Dave Pottruck
Sent:      1/23/2010 11:52:49 AM
Subject:   PSO Final 2010 Comp Decisions
```

Paul,

I am sorry you feel we have treated you unfairly. Before I respond to you further I would like to do some more homework. I will be back to you within a few days, if not sooner.

**Dave**
David S. Pottruck
Co-Chairman, HighTower
201 Spear Street, Suite 1100
San Francisco, Ca. 94105
415-773-1800 Office
Redacted - Privacy

---

**From:** Otellini, Paul [mailto:paul.otellini@intel.com]
**Sent:** Friday, January 22, 2010 5:30 PM
**To:** Dave Pottruck; Shaw, Jane
**Subject:** RE: PSO Final 2010 Comp Decisions.pptx (PRINTED)

David, I have never commented on my compensation in the 9 years since I have been COO/CEO, but I feel compelled to do so now. ███████████████████████████████████████

At Intel all our employees are reviewed relative to their performance and their compensation versus market. ONLY those with Below Expectations performance or above market compensation are exempt for raises. █████████████████████████████

███████████████████████████████████████ Thank you, Paul

---

**From:** Dave Pottruck [mailto:dave@redeagleventures.com]
**Sent:** Friday, January 22, 2010 5:17 PM
**To:** Otellini, Paul; Shaw, Jane
**Cc:** Wittman, Brit; bhall@hbs.edu
**Subject:** FW: PSO Final 2010 Comp Decisions.pptx (PRINTED)

Paul,

This is what we worked from to set your comp.



EXHIBIT 478
Deponent Otellini
Date 1-29-13
Gina V. Carbone, CSR

478.1

Confidential - Attorneys' Eyes Only

Brit and Brian, Paul had questions on how the peer group comp numbers were arrived at. Can you please send us background on that? Thanks.

**Dave**
David S. Pottruck
Co-Chairman, HighTower
201 Spear Street, Suite 1150
San Francisco, Ca. 94105
415-773-1800 Office
Redacted - Privacy

478.2

76616DOC012165