# EXHIBIT 2033 TO CISNEROS DECLARATION REDACTED VERSION

| | |
|---|---|
| From: | McKell, Danny |
| To: | Boyle, Gary F |
| CC: | COONEY, PAULA P; Waterman, Elizabeth |
| Sent: | 2/22/2005 12:43:33 PM |
| Subject: | feb msr from mckell |

To ensure a compliant and market competitive total C&B package that reinforces meritocracy.
- Focal, focal, focal. Lots of time spent pulling meritocracy data to help drive each organization to hit their goals. Org unit breakdowns by country and rank group have been distributed 3x a week to provide BGHR with up to date data. It has been somewhat of a surprise/disappointment that there is still some confusion regarding how each of the indicators is measured. The good news is that we have seen steady improvement in the overall numbers and BGHR is doing a good job working with operations to meet the goals, despite complaints from operations about the decreased flexibility to do what they have always done.

Proactively provide best in class C&B solutions to our global customer base balanced to fit the needs of our business and shareholders.
- Worked with CTM to push out the date of recommunicating salary reduction percentages associated with the move to OR. Since internal equity is the primary concern and most moves likely to happen in Q2/Q3 of each year, we decide to push the calculations until we have post-focal data for comparisons. Previous commit data was Q1, which will now be pushed to early Q2.
- Presented data to the Top Technologist Team in CTM re: recent new hire activity and the impact to internal equity. Surprisingly enough, internal equity looks pretty good, even though there have been a few offer exceptions. We also discussed the benchmarking process and variable pay difference between Intel and the market. Based on input from the team, we'll likely pull salary data from non-tcomp companies to sanity the market rates for the leading edge development work. Group wants to be sure that the limited number of companies doing leading edge development work on our tcomp list doesn't result in less competitive rates than if we were to compare to a real targeted list of companies doing 45, 60 and 90nm development.
- Met with each HRM to see if there are any C&B-related items on the roadmaps that need to be comprehended into my deliverables. Most items had been documented previously, but it was good to validate that with BGHR.
- ███████████████████████████████████████████████████████████

To effectively educate and communicate C&B strategy/programs to our customers to maximize value.
- Nothing new to report.

To provide a C&B operational environment that fosters OpX infrastructure, productivity, and org health.
- Held a great TMG C&B F2F, where we identified quarterly deliverables for our 2005 roadmaps.



EXHIBIT 2033
WIT. McKell
DATE 3-20-13
KRAMM COURT REPORTING

76657DOC004599
Confidential - Attorneys' Eyes Only