# EXHIBIT 2043 TO
# CISNEROS DECLARATION
# REDACTED VERSION



# Base Pay Management Overview

Intel Confidential



EXHIBIT 2043
WIT. McKell
DATE 3-20.13
*KRAMM COURT REPORTING*

1

2043.1

76658DOC016874
Confidential - Attorneys' Eyes Only





2043.2

76658DOC016875
Confidential - Attorneys' Eyes Only





2043.3

76658DOC016876
Confidential - Attorneys' Eyes Only



4

2043.4

76658DOC016877
Confidential - Attorneys' Eyes Only



2043.5

76658DOC016878
Confidential - Attorneys' Eyes Only





2043.6

76658DOC016879
Confidential - Attorneys' Eyes Only



7                                    Intel Confidential

2043.7

76658DOC016880
Confidential - Attorneys' Eyes Only



8

76658DOC016881
Confidential - Attorneys' Eyes Only



9

76658DOC016882
Confidential - Attorneys' Eyes Only



10

76658DOC016883
Confidential - Attorneys' Eyes Only



2043.11    76658DOC016884
Confidential - Attorneys' Eyes Only



12

76658DOC016885
Confidential - Attorneys' Eyes Only



13

2043.13

76658DOC016886
Confidential - Attorneys' Eyes Only



14

2043.14

76658DOC016887
Confidential - Attorneys' Eyes Only