# EXHIBIT 210

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION



# Adobe® Q1 Workforce Metrics

## As of 4 March 2005

**Theresa Townsley**

**SVP, Human Resources**

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000611
ADOBE_000611

2004 Adobe Systems Incorporated. All Rights Reserved.     Adobe Confidential

EXHIBIT 210
Wit: Morris
DATE: 8.21.2012
ANNE TORREANO, CSR #10520

HIGHLY CONFIDENTIAL

# Talent Acquisition
## Regular Reqs Filled Last 4 Quarters



CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000612
ADOBE_000612

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential

Adobe

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

2 ID 3

AB_CID000613
ADOBE_000613

# Talent Acquisition
## Average Days to Fill - Last 4 Quarters

2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential

**Adobe**



## Talent Acquisition —
## Sources for Filled Regular Requisitions

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000614
ADOBE_000614

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

J lo. 5

AB_CID000615
ADOBE_000615



# Talent Acquisition
## 15 Most Common Previous Employers

| Previous Employer | 2004 Q2 | 2004 Q3 | 2004 Q4 | 2005 Q1 | Grand Total |
|---|---|---|---|---|---|
| | | | | | |

Does not include Temp to Reg or Acquisition

2005 Adobe Systems Incorporated. All Rights Reserved.

5

Adobe Confidential



Adobe

HIGHLY CONFIDENTIAL



By E Team Member
Regular & Intern Employees Worldwide

CONFIDENTIAL - ATTORNEYS' EYES ONLY

2 ID. 6

AB_CID000616
ADOBE_000616

HIGHLY CONFIDENTIAL

## By Geography
## Regular & Intern Employees

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000617
ADOBE_000617

2005 Adobe Systems Incorporated. All Rights Reserved.

7

Adobe Confidential



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000618
ADOBE_000618

## Full Years Since Hired by Adobe
## Regular Employees– as of Q1 2005



2005 Adobe Systems Incorporated. All Rights Reserved.

Adobe Confidential

Adobe

# Worldwide Worker Trend
# Last 4 Quarters

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000619
ADOBE_000619



# Worldwide Voluntary Attrition
## Regular Employees – Last 3 Years

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000620
ADOBE_000620



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

ƎI◌.II

AB_CID000621
ADOBE_000621

# Worldwide Attrition
## Regular Employees – Last 12 Months



Worldwide Regular Attrition Data as of March 4, 2005

2005 Adobe Systems Incorporated. All Rights Reserved.

11

Adobe Confidential



Adobe

# Worldwide Attrition – Last 4 Qtrs
# Regular Employees By Ranking



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

ADOBE_000622
AB_CID000622

2005 Adobe Systems Incorporated. All Rights Reserved.

12

Adobe Confidential


Adobe

# Reasons for Leaving
## Voluntary Terminations Last 4 Quarters



HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID000623
ADOBE_000623

Adobe



Adobe

Tools for the New Work®

2004 Adobe Systems Incorporated. All Rights Reserved.      Adobe Confidential

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

2.10.14

AB_CID000624
ADOBE_000624