# EXHIBIT 216
to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# Retention/Transition Guidelines

## Human Resources

## Compensation

## June 2008



Copyright 2007 Adobe Systems Incorporated.


Adobe



EXHIBIT 216
WIT: Morris
DATE: 8.21.2012
ANNE TORREANO, CSR #10520

ADOBE_050720
Confidential - Attorneys' Eyes Only

216.1

## Objectives

- Provide clarity on the various guidelines: retention, transition, counter offer programs and other one-off situations
  - What are they
  - When should they be used

- Provide a framework for consistency (not necessarily equality) across the company
  - Develop clear guidelines and documents that can be referenced

Copyright 2007 Adobe Systems Incorporated.

2



ADOBE_050721
Confidential - Attorneys' Eyes Only
Jl6.2

## Definitions

- Transition



Copyright 2007 Adobe Systems Incorporated.


Adobe

ADOBE_050722
Confidential - Attorneys' Eyes Only  216.3

## Definitions

- Retention



Copyright 2007 Adobe Systems Incorporated.

4


Adobe

ADOBE_050723
Confidential - Attorneys' Eyes Only   סוכ.ץ

## Definitions

████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████
████████████████████████████████████████

■ ██████████████████████ internal equity should
ALWAYS be considered

- Other
  - Other one-off situations that do not fall into one of the above 3 categories will be handled on a case by case basis

Copyright 2007 Adobe Systems Incorporated.



Adobe

ADOBE_050724
Confidential - Attorneys' Eyes Only

# Next Steps

- Gain agreement on objectives/definitions (Donna and Debbie by 5/31/08)

- Test with HR leadership (Donna's Staff by 6/15/08)

- Develop a detailed matrix and process document for review and approval (Kim by end of Q3)

Copyright 2007 Adobe Systems Incorporated.



Adobe

ADOBE_050725
Confidential - Attorneys' Eyes Only



**Revolutionizing**
how the world engages
with ideas and information


Adobe

ADOBE_050726
Confidential - Attorneys' Eyes Only

216.7