# EXHIBIT 303

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| From: | Antoinette Pedroza |
|---|---|
| Sent: | Tuesday, April 07, 2009 8:24 AM |
| To: | Jeff Vijungco |
| Cc: | Karen Prince; Antoinette Pedroza |
| Subject: | FW: Updated TA All Hands slides |
| Attachments: | TA-AllHands-Q1FY09-FINAL.pptx |

Importance:        High

Jeff,

This is the final deck for the meeting this morning.

This e-mail may contain confidential information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

**Antoinette Pedroza**
Talent Coordinator - Executive Search
Adobe Systems, Incorporated
151 Almaden Boulevard
San Jose, CA 95110-2704 USA
408-536-6364 Direct
408-472-9714 Cell
408.537-4519 FAX
apedroza@adobe.com

**From:** Karen Prince
**Sent:** Monday, April 06, 2009 5:43 PM
**To:** Jeff Vijungco; Peppi Nitta; Kim Hoffman; Stuart Rowland
**Cc:** Antoinette Pedroza
**Subject:** Updated TA All Hands slides
**Importance:** High

Hi, Everyone,

I fixed up the Candidate/Hiring Manager slides, so that they are hopefully easier to explain.  Please take a look and let me know if you want any changes before tomorrow morning.

Stu....no changes to any of your slides in this version.

Antoinette...please use this file in the room tomorrow.

Thanks!
Karen



EXHIBIT 303
Jeff Vijungco
10-5-12
Gina V. Carbone, CSR

303.1

Adobe_052404
Confidential

If you are a North America-based Adobe employee and have an HR-related question, you now have a centralized resource to help you find the answer. Contact the HR Information Center (HRIC) at x6-HELP (4357), and follow the prompts, or email them at hric@adobe.com.
****************************

Karen Prince (formerly Ota)
Manager, WW Talent Operations
Human Resources
Adobe Systems Incorporated
345 Park Avenue, M/S-A11
San Jose, California  95110-2704
408.536.3219
**************************

This e-mail may contain confidential information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.

Adobe_052405
Confidential



*Talent Acquisition*
# All-Hands Meeting
*US & EMEA*

*April 2009*

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

303.3

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012

# Agenda

| Welcome | Jeff and Donna | 9:00 – 9:10 am |
|---|---|---|
| Q1 Global Overview | Jeff | 9:10 – 9:30 am |
| Q1 EMEA Overview | Stuart | 9:30 – 9:40 am |
| Q1 Candidate & Hiring Manager Experience Survey Results | Kim and Peppi | 9:40 – 10:00 am |
| Taleo Update | Karen and Natalie | 10:00 – 10:15 am |
| Q1 Talent Acquisition Excellence Award | Kim and Peppi | 10:00 – 10:15 am |
| Talent Trends | Jeff | 10:15 – 11:00am |

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

2.

Adobe

10/3/2012

3



# Q1-FY09 Overview

Copyright 2008 Adobe Systems Incorporated . All rights reserved.

Confidential - Attorneys' Eyes Only - ADOBE_052406

303.5



303.6

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.7

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

8

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

9

10/3/2012

303.12



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.13

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.14

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.15

Confidential - Attorneys' Eyes Only - ADOBE_052406



# Q1 EMEA Overview

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.17

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.18

Confidential - Attorneys' Eyes Only - ADOBE_052406

16



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.20

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.21

Confidential - Attorneys' Eyes Only - ADOBE_052406

19

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.23

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.24

Confidential - Attorneys' Eyes Only - ADOBE_052406



303.15

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.24

Confidential - Attorneys' Eyes Only - ADOBE_052406

24

10/3/2012



303.27

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.31

Confidential - Attorneys' Eyes Only - ADOBE_052406



# United States: GDP vs. Consumer Confidence*

GDP (in trillions) — Consumer Confidence Index**

*The U.S. Consumer Confidence Index (CCI) is an indicator designed to measure consumer confidence, which is defined as the degree of optimism on the state of the economy that consumers are expressing through their activities of savings and spending. In the United States consumer confidence is issued monthly by The Conference Board, an independent economic research organization, and is based on 5,000 households.
*The Consumer Confidence Index was started in 1967 and is benchmarked to 1985=100. This year was chosen because it was neither a peak nor a trough.

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012

## Unemployment Defined

### How is estimated
### US unemployment calculated?

- For US, Bureau of Labor Statistic (BLS) surveys a sample of 60,000 households.

- Unemployment rate is the % of labor force that is unemployed, based on the following:

  1. People with jobs are employed.

  2. People who are jobless, looking for jobs, and available for work are unemployed.

  3. People who are neither employed nor unemployed are not in the labor force.

  4. Persons with no previous work experience and persons whose last job was in the Armed Forces are included in the unemployed total.

- BLS still counts people as employed if they are working part-time, but the number who have been forced into that status because of slack economic conditions has ballooned nearly 70% in the past year.

### How is 'real or actual'
### unemployment calculated?

- Includes official unemployment rate (8.5%) plus the "underemployed"

- In the case of underemployment, a person is working.

  **For example:**

  1. High skill levels in low-wage jobs that do not require such abilities, e.g. medical doctor driving a cab

  2. "Involuntary" part-time workers who want full-time work

> Unemployment  %
> +
> Underemployment  %
> =
> estimated at 15.6%

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

32

# Global Unemployment Rates*: Emerging Markets

*The International Labour Organization oversees global labor standards. However, many of these standards are not applied in the gathering of statistical labor data currently available on emerging markets.

** 2007 & 2008 figures are annual, 2009 figures are for the month of February

***For China, 4.2% officially in urban areas, but including migrants may be as high as 9.4%; substantial unemployment and underemployment in rural areas .

*Source: CIA WorldFactbook, ILO, Worldfocu*

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe

303.35

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406

## Silver Lining – So much bad news can be good news.



- In the stock market, **capitulation** is associated with "giving up" any previous gains in stock price as investors sell equities in an effort to get out of the market and into less risky investments.

- True capitulation involves extremely high volume and sharp declines. It usually is indicated by panic selling.

- Suggests that during these times stronger companies will get even stronger and weaker companies will either be acquired or will become irrelevant

Capitulation implies a "bottom" has been found and there is upside from here.

*Source: Forbes Investopedia*

303.37

Copyright 2008 Adobe Systems Incorporated. All rights reserved.



10/3/2012



303.38

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



303.39

Confidential - Attorneys' Eyes Only - ADOBE_052406

10/3/2012



Confidential - Attorneys' Eyes Only - ADOBE_052406