# EXHIBIT 1158

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

|  |  |
|---|---|
| **From:** | Donna Morris |
| **Sent:** | Sunday, March 4, 2007 4:36 PM |
| **To:** | Shantanu Narayen <snarayen@adobe.com> |
| **Cc:** | Donna Morris <dcmorris@adobe.com> |
| **Subject:** | confidential - compensation - ▮▮▮ |
| **Attach:** | ValueMatrix for ▮▮▮.pdf |

Shantanu – I wanted to provide to you an overview of ▮▮▮ current compensation (cash / incentive / stock) and a potential framework should we move forward in terms of an offer and approval of the terms by the Comp Committee.

Upon reviewing the framework some background:

- ▮▮▮
- ▮▮▮
- ▮▮▮

I will bring along tomorrow in the event we have a moment to discuss. – He will be interviewing tomorrow with the SF team of BU's and Tuesday with those of us in SJ.

Thanks Donna


Donna Morris
SVP Human Resources

Adobe Systems Incorporated
*North American employees with HR-related questions can contact the HR Information Center (HRIC) at x6-HELP (4357) , option 5, or at hric@adobe.com*



Exhibit 1158
Narayen 228.13

**HIGHLY CONFIDENTIAL**                                                                                              AB_CID005671
                                                                                                                                      **ADOBE_005661**
                                                                                                         **CONFIDENTIAL - ATTORNEYS' EYES ONLY**