# EXHIBIT 1159

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Donna Morris |
| **Sent:** | Saturday, June 05, 2010 9:49 AM |
| **To:** | Shantanu Narayen |
| **Cc:** | Donna Morris |
| **Subject:** | T&C'c - confidential |
| **Attachments:** | Value Matrix-████████.pdf; Executive Pay Recv21xls.pdf; Value Matrix-████████.pdf |

Shantanu – Please find attached proposed promotional compensation packages for ██ and ██ taking into account market and internal equity, a high level summary is below. You will also find attached for your reference the January 2010 compensation for all of Ops Staff.

██

Current:

Proposed:

Equity:

██

Current:

Proposed:

Equity:

Feel free to call to discuss – or we can connect Monday morning, donna



ADOBE_019278
Confidential - Attorneys' Eyes Only