# EXHIBIT 1160

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Shantanu Narayen
**Sent:** Tuesday, June 14, 2011 8:18 AM
**To:** Donna Morris
**Subject:** RE: compensation - ▓▓▓▓

Donna: Agree with your recommendation. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Does that cause any internal inequities?

**From:** Donna Morris
**Sent:** Monday, June 13, 2011 6:36 PM
**To:** Shantanu Narayen
**Cc:** Donna Morris
**Subject:** compensation - ▓▓▓▓

Shantanu – I wanted you to be familiar with the proposed compensation for ▓▓▓ As mentioned, his compensation at ▓▓▓ has been ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Thoughts?

- ▓▓▓▓
- ▓▓▓▓▓
- ▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓
- ▓▓▓▓▓

▓▓▓ current comp:

- ▓▓▓ ▓▓▓
- ▓▓▓▓▓▓▓▓
- ▓▓▓▓▓▓▓▓▓▓
- ▓▓▓▓

Internal equity:

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

1


EXHIBIT 1160

ADOBE_009652
Confidential - Attorneys' Eyes Only