# EXHIBIT 1250

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Digby Horner
**Sent:** Monday, October 25, 2010 11:12 PM
**To:** John Farmer
**Cc:** Rick Waters; Jocelyn Vosburgh
**Subject:** RE: CONFIDENTIAL: ▮

Do it.

---

**From:** John Farmer
**Sent:** Monday, October 25, 2010 5:31 PM
**To:** Digby Horner
**Cc:** Rick Waters; Jocelyn Vosburgh
**Subject:** FW: CONFIDENTIAL: ▮
**Importance:** High

Apologies for the exclamation point, but I wanted to make sure this stuck out given all the other emails that I've sent you today.

Spoke with Jocelyn and Rick today and we think it's a no-brainer to retain ▮ He's interviewed with four companies (twitter, facebook, amazon, and Netflix) so he's aware of his value in the market. He's also been ▮ ▮ and his comp ratio is low compared to his peers.

The easiest path here is to ▮ Let me know if you have any concerns here. If none, we'll probably need you to send a heads up to Kristen so she can approve a COS from for you after I clear things with Angela.

John

---

**From:** Jocelyn Vosburgh
**Sent:** Monday, October 25, 2010 15:57
**To:** John Farmer
**Cc:** Jocelyn Vosburgh
**Subject:** FW: CONFIDENTIAL: ▮
**Importance:** High


▮ information for our discussion this afternoon.

▮
▮
▮
▮ ▮ ▮
▮ ▮ ▮

Peers:

EXHIBIT 1250
Deponent Horner
Date 3-1-13
Gina V. Carbone, CSR

1

1250.1

ADOBE_011976
Confidential - Attorneys' Eyes Only



Jocelyn

---

**From:** John Farmer
**Sent:** Monday, October 25, 2010 1:29 PM
**To:** Jocelyn Vosburgh; Rick Waters
**Subject:** FW: CONFIDENTIAL: ▮
**Importance:** High

Jocelyn,

▮ is a star performer for our team (see Rick's write-up below). I asked Rick to put together a write-up because I think we're at serious risk of losing ▮ During my skip-level 1:1 with ▮ last week, he had made an off-hand remark about compensation relative to his performance. Digging further, I discovered that he has already interviewed with a four cloud-computing firms (twitter, facebook, amazon, and netflix).

Worse, he has college friends that work at these companies and now knows that they're making approximately $15K more per year than he is.

Given that he's a star performer, we're already loading him up with additional responsibility, and he's interviewed with four other companies already, we'd like to adjust his salary immediately and give him a promotion as part of this focal. I spoke with Digby about this before his trip to China and he suggested I follow up with you right away.

Do you have time to meet at 5PM today to discuss further?

---

**From:** Rick Waters
**Sent:** Saturday, October 23, 2010 17:53
**To:** John Farmer
**Subject:** CONFIDENTIAL: ▮

John,

▮ is a key member of my team and a top performer, especially considering his relative inexperience – fresh out of college when we hired him just over 2 years ago. Given ▮ technical ability, general intelligence, and great success

1250.2

ADOBE_011977
Confidential - Attorneys' Eyes Only

at collaborating with team members, I'm confident that he could easily get a great job elsewhere if he desired. I think it's important to the future success of my team and our services that we retain him.

Over the past year, ▇ has made several major contributions to our storage service. He has not contributed as a subordinate to a more senior engineer, which might be more typical for someone of his experience level, but has been the primary driver of these efforts himself. His contributions here include stabilizing a critical component of our storage service that eluded attempts by more senior engineers, being the team expert on hardware and storage issues that are critical to our service, and completely replacing an expensive commercial monitoring solution with something he built himself. This last project in particular demonstrates ▇ exceptional drive and motivation, since he identified this project on his own as something valuable that he could pursue on his personal time. Only later, after he had created a prototype, did we being budgeting time for this project as part of his official responsibilities.

▇ has also been the right-hand man for my architect, in terms of idea sharing and code reviews. I think it says a lot about ▇ potential that my architect seeks out and values his opinion so much. Indeed, when I collected peer feedback about ▇ earlier this year, my architect had this to say:

> *I renew my request to "keep ▇ happy" here on our team, since in my mind he is a key part of our future success.*

Beyond his significant contributions to our storage service, ▇ has also taken the initiative to branch out and establish two new services that we will be able to offer clients as part of our portfolio. One is a monitoring service that is already being used by my own team, the ASIT virtualization team, and photoshop.com. ▇ defined this service on his own, started it as a side project, and turned it into an important piece of technology that is starting to be used more widely in the company. The other is a messaging service that ▇ is fully taking the lead on – driving requirements definition, researching open source technologies that we can leverage and contribute to, defining hardware specifications, and implementing the service itself.

I have two open requisitions right now, and I intend to have those new hires work under ▇ direction to help build out these new services. I think it's important to give ▇ opportunities to push himself further and develop the technical leadership potential that he clearly has. I have total confidence that ▇ will perform exceptionally as I give him additional responsibility.

Thanks,
/Rick

1250.3

ADOBE_011978
Confidential - Attorneys' Eyes Only