# EXHIBIT 1107

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# Talent Acquisition Hiring Plan
## (Version 1.4)

Date: _____        Recruiter: _____

Req #: _____       Co.Group.Dept & BU: _____

Position: _____    Hiring Manager: _____

HRBP: _____        Finance Partner: _____

*************************************************************************

**Attachments**
- TA Process Timeline
- Hiring Manager Checklist
- Offer Accept Alert E-Mail

**Discussion**
- TA Organization Roles & Responsibilities
- Scout Overview & Access
- Assessment Competencies
- Start Dates & New Hire Orientation
- Hiring Manager Survey
- Manager's Tool Box
- On Boarding New Hires (computer equip, buddy program, checklists)

*************************************************************************

I. ███████████████████████████████████████████████████████████████████

███████████████████████████████████████

███████████████████████████████████████████████████████████████████

█████████

██████████████████

███████████

1


EXHIBIT 1107
Smith 2-27-13

INTUIT_007865
Confidential - Attorneys' Eyes Only
1107.1

1107.2

- ███████████████████████████

- ███████████████████████████

- ████████████████

- █ ████████████████████████
- █████████████████

- ████████████████████████████████

- ██████████████

- ██████████████████

- █████████████████████████████████

- ████████████████████████

2



3

INTUIT_007867
Confidential - Attorneys' Eyes Only

1107.3

Redacted page
Case 5:11-cv-02509-LHK Document 800 Filed 04/10/14 Page 5 of 6



4

INTUIT_007868
Confidential - Attorneys' Eyes Only

1107.4



5

INTUIT_007869
Confidential - Attorneys' Eyes Only

1107.5