# EXHIBIT 1760
to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

DOCUMENT

PLACEHOLDER

This Document was Produced in Native Format



EXHIBIT *1760*
WIT. *WHITELEY*
DATE *3-14-13*
*KRAMM COURT REPORTING*

INTUIT_052803
Confidential

*1760·1*

# Key Components of Intuit's Total Rewards Portfolio

**Intuit**

Intuit Confidential

# What's Important?

**Big Y:** Deliver "True North" ... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future

**Intuit**

17603

Intuit Confidential
January 7, 2005

2

# Business Case for Engaged Employees



Source: 2004 Intuit GPTW® survey, Corporate Leadership Council research

Intuit Confidential
January 7, 2005

17604





176006



Intuit Confidential
January 7, 2005

1760.7



Intuit Confidential
January 7, 2005

17608



# How Intuit Makes Decisions About Jobs & Compensation

Intuit

1760.7

Intuit Confidential
January 7, 2005

8

# The External View...Market Data, Economic Trends....



**intuit**

Intuit Confidential
January 7, 2005

1760.10

9

# Who's in the surveys?

Intuit

17↵0.11

Intuit Confidential
January 7, 2005

10

# Input:  External Market Review



Now Linked, for Profiled Jobs, Through the Pay Decision Too



Intuit Confidential
January 7, 2005

# Using Market Reference Points

intuit

Intuit Confidential
January 7, 2005

12