# EXHIBIT 1761

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format



EXHIBIT _1761_
WIT. _WHITELEY_
DATE _3-14-13_
KRAMM COURT REPORTING

INTUIT_049796
Confidential - Attorneys' Eyes Only

1761.1

**Intuit**

# Leveraging Compensation & Recognition to Reward Performance

## Tools, Resources and Processes

Key Components of Intuits Total Rewards Portfolio

Intuit Confidential

1761.2

# What's Important?

**Big Y:** Deliver "True North"... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future

Intuit

176 1.3

Intuit Confidential
January 2, 2005

2

# Engagement Model and Employee Outcomes

Sustained High Performance



Intuit Confidential
January 7, 2005

intuit

1761·4

3



# Business Case for Engaged Employees

Source: 2004 Intuit GPTW® survey, Corporate Leadership Council research

Intuit Confidential
January 7, 2005

intuit

17615

4



# What is "Total Rewards"

flexible rewards portfolio...   attract...   engage...   sustained high performance

Intuit Confidential
January 7, 2005

5

17016





1761.8

## Within This Framework...

*Differentiating Performance for Results...*

*Differentiating Pay Decisions for Performance*

Intuit Confidential
January 7, 2005

intuit

8

17619



Objectives of Leading with Performance Management...

Intuit Confidential
January 7, 2005

9

# Balancing 3 Stakeholders



Intuit Confidential
January 7, 2005

10



The External View...Market Data, Economic Trends....

intuit

11

# Input:  External Market Review



Now Linked, for Profiled Jobs, Through the Pay Decision Too



Intuit Confidential
January 7, 2005

12

1741.13

# Using Market Reference Points



intuit

Intuit Confidential
January 7, 2005

1761.14

13



# The External View...Regulatory Environment
## "The Short List"



Intuit Confidential
January 7, 2005

14

176115

# Fair Labor Standards Act

- All employees are entitled to the protections of the Fair Labor Standards Act unless an employer can prove their exemption
- Common Myths About Exemptions



Intuit

Intuit Confidential
January 7, 2005

1761.16

15

# Fair Labor Standards Act (FLSA)

## Background

- Enacted in 1938 (amended 2004)
- Sets U.S. standards for minimum wage, overtime pay and child labor
- Addressed labor concerns of that era
- Exempts certain types of positions from Overtime payment requirements
- Enforced by the US Department of Labor DOL, Wage & Hour Division
- Compliance is our responsibility, regardless of opinions on relevancy in today's environment
- Non-compliance examples
  - Incorrect classification of employees as exempt vs. non-exempt
  - Overtime payment calculation errors
  - Treating exempt employees as non-exempt (docking pay for doctor's appointments, etc.)

## Consequences of Non-Compliance



---

# #1 Employment Law Violation: Wage & Hour Laws

**Intuit**

Intuit Confidential
January 7, 2005

16

1761.17



# Development Bands: Job Progression on a Career Track



Intuit Confidential
January 7, 2005

17461.19

18





How Intuit Makes Decisions
About Jobs & Compensation

Intuit Confidential
January 7, 2005

Intuit

20



1761.22

# Off-Cycle Promotions & Transfers

Step 1:  Slide 21



Intuit Confidential
January 7, 2005

Intuit

1761.23

22

# Focal Decision Process, FY 05...

Intuit Confidential
January 7, 2005

Intuit

23



# Budget Recommendations are Based On...

- Average Merit Budget = 3.7% (for those projecting merit increases)
- Only 8% of companies reporting a pay freeze, down from 27% last year

- Unemployment at 5.2%, down from last year
- Moderate economic growth projected but inflation concerns
- Key uncertainties: Labor supply/demand and turnover

intuit

Intuit Confidential
January 7, 2005

24

1761.25



# Spotlighting Recognition....Check It Out....!

## Spotlight

**intuit**

choose language →

Welcome to Intuit's Spotlight recognition tool
Welcome Deborah Marley.

From here, you can:
* Click on 'Send an Award' for program details and award options.
* Select 'Redeem an Award' to check your awards balance, explore the many shopping opportunities, and track an existing order.

Please note that the Power User button is for our program administrators.

Go ahead and choose one of the options below to get started!

redeem an award >     send an award >     power user site >

http://icentralprdpub.bos.intuit.com/cz/topic_pages/employee_recognition/global/login.htm



Pay Decision Guidelines...

Intuit Confidential
January 7, 2005

intuit

1761.27

26

# FY 05 – IPI Award Considerations

**Executing on the Day to Day**



**Adding Value to Improve the Future**



How much of each varies by job & business need

Is allocation of time and resources right?





Intuit Confidential
January 7, 2005

27

# Making Stock Option Decisions

## Two Key Criteria

Intuit Confidential
January 7, 2005

28

176 1627



# Questions?



Process, Tools, Benefits
question? – Call AccessHR in
Tucson at
1-3333

Performance management
question? – See your HRBP

Pay-for-performance
question? – Contact your local
HR or the compensation team

*Stock Options – Your HR
Leader or the Compensation
Team*

Intuit Confidential
January 7, 2005

intuit®

30

1741-31