# EXHIBIT 2135

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# DOCUMENT

# PLACEHOLDER

This document was produced in native format.



EXHIBIT 2135
WIT: Graby
DATE: 3.20.2013
ANNE TORREANO, CSR #10520

INTUIT_034255   2135.1
Confidential - Attorneys' Eyes Only



# Candidate Generation

Human Resources Operations Review
December 12, 2006

Traci Wicks
Jeff Jacobs

intuit

Intuit Confidential

1

2135.2



# Agenda

intuit

- **What's Important**
  - Context for Candidate Generation
  - Business Case
- **How are we doing?**
  - Positioning ourselves for Success
  - Metrics
- **Priorities to Improve ... Discussion**

**DISCUSSION DESTINATION**

Intuit Confidential

December 12, 2006

2

2135.3



What's Important ... Context

Intuit

Intuit Confidential

December 12, 2006

3

2135.4



2135.5



2135.6



How are we doing? ...
Hires by Aggregate Source

2135.7



# Priorities to Improve ... Discussion

**From:**

**To:**

Intuit

Intuit Confidential

December 12, 2006

7

2135.8



Appendix

Intuit

Intuit Confidential

8

2135.9



# CanGen Organization

**Jeff Jacobs**
Director,
Candidate Generation

**Mel Pierce**
Employment Branding
& Messaging Mgr.

**Traci Wicks**
Candidate Generation
Mgr.

**Terri Coligan**
CP1 / Technology
Community Leader
- Don Willet
  PM/PD SWAT
- Jennifer Hasche
  CTG
- Jeff DeClue *
  CTO/IIT
- Nancy Falkenberg
  CP1 UX CGR
- Gail Houston
  SBD
- Maggie Robinson
  CTG
- Kristy Becker
  QA
- Chris Cox
  SBD
- Geoff Webb
  UX/SWE Demand Gen

**Jennifer Demaris**
CP2 - Marketing/STRAT
Community Leader
- Karen Coleman
  CP2/IIT Sourcer
- Mark Howard
  Name Gen.
- Tracy Ross
  CTG
- Jason Ugland
  CMO/SLS/Strat
- Cindy Schneider
  SBD

- Shilpa Farmer
  Finance CGR
- Deborah Reese
  HR/OPE CGR

Intuit Confidential

December 12, 2006

**Intuit**

9

2135.10

# Q1 FY07 Hires ... "Pro" vs. High Volume



FY2007 Aggregate Source Hires (August-October)

Intuit

Intuit Confidential

December 12, 2006

10

2135.11



CanGen FY07 Spend

Intuit

Intuit Confidential

December 12, 2006

11

2135.12



Stuff we don't need
but aren't ready to get rid of yet

Intuit Confidential

12

2135.13



Pipeline Health

Intuit

Intuit Confidential

December 12, 2006

13

2135.14



2135.15



# How are we doing? ...
## Hires by Aggregate Source

| Source Aggregation | | Q1 FY2007 | | | Q1 FY2006 | | | Q1 FY2005 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTALS | % | CG vs. Other | TOTALS | % | CG vs. Other | TOTALS | % | CG vs. Other |
| CanGen | CGR Sourced, Advertising, Internet/Job Boards, Events, | | | | | | | | | |
| | Intuit Careers site | | | | | | | | | |
| | Employee referral | | | | | | | | | |
| | Agencies | | | | | | | | | |
| | College Recruiting | | | | | | | | | |
| | Internal Transfer | | | | | | | | | |
| Add'l | Recruiter Source | | | | | | | | | |
| | Conversions (Ctr, Sea) | | | | | | | | | |
| | Other - Unknown | | | | | | | | | |
| TOTALS | | | | | | | | | | |

Intuit Confidential

December 12, 2006

intuit

15

2/35.14



# How are we doing? ...
## Org Structure & Time Allocation

**TIME**

Director, Candidate Generation

Manager, Candidate Generation
Partner Relations / Account

Emp Branding & Messaging Mgr

Community Leaders

Candidate Generation Recruiters

**Jeff Jacobs**
Director,
Candidate Generation (MV)

**Mel Pierce**
Employment Branding
& Messaging Mgr. (MV)

**Traci Wicks**
Candidate Generation
Mgr. (FOL)

**Jennifer Demaris**
Marketing/STRAT
Community Leader (RMT)

Shilpa Farmer
Finance CGR (C-RMT)

Deborah Reese
HR/OPE CGR (C-FOL)

Karen Coleman
CP2/IIT Sourcer (MV)

Mark Howard
Name Gen. (MV)

Tracy Ross
CTG (C-RMT)

Jason Ugland
CMO/SLS/Strat (C-RMT)

Cindy Schneider
SBD (C-RMT)

**Terri Coligan**
Technology
Community Leader (RMT)

Don Willet
PM/PD SWAT (FOL)

Jennifer Hasche
CTG (SD)

Jeff DeClue *
CTO/IIT (FOL)

Nancy Falkenberg
CP1 UX CGR (C-MV)
Gail Houston
SBD (C-PL)

Maggie Robinson
CTG (C-SD)

Kim Certain/*Kristy Becker (1/3/07)
QA (RMT-PL)
Chris Cox
SBD (C-MV)

Geoff Webb
UX/SWE Demand Gen ( RMT-CANADA)

Intuit Confidential

December 12, 2006

16

intuit

# How are we doing? ...
## Candidate Generation Delivery Model

Identification and engagement of the best resources available



Intuit

Intuit Confidential

December 12, 2006

17

2135.18



# What's Important ... TA Focus Areas

## Help Intuit to greater business results

Intuit Confidential

December 12, 2006

18

2135.19







# From M2...Candidate Generation

**Big Y: The identification and engagement of the best resources available**

Intuit Confidential

December 12, 2006

21

2135.22



# A Tale of Two Companies

*Proactive recruiting organizations are substantially more effective and efficient*

Case in Point: Alpha Company versus Beta Company

Alpha Company*

Beta Company*

Source: Recruiting Roundtable "Building Talent Pipelines" Survey; Recruiting Roundtable research.

Intuit Confidential

December 12, 2006

22

2135.23

# BETTER, FASTER, CHEAPER (REALLY)

*Organizations are investing in talent pipelines...*

*...to drive slate quality...*

*...and improve core recruiting metrics*

Direct Outcomes

Ultimate Outcomes



Source: Recruiting Roundtable "Building Talent Pipelines" Survey; Recruiting Roundtable research.

December 12, 2006

Intuit Confidential

intuit®

23

2135.24

*Benefit #4: Less Competition for Passive Candidates*

# THE REAL PAYOFF: LESS COMPETITION

*The more passive the candidate, the fewer the competitors for talent*

Talent Competition
*By Degree of Job-Seeking Behavior*



Source:

24

Intuit Confidential

December 12, 2006

*Benefit #3: Passive Candidates Stay Longer*

## PASSIVE = (SIGNIFICANTLY) MORE LIKELY TO STAY

*Candidates who were more passive in their job search are more likely to stay at their new organizations*

Impact on New Hire Intent to Stay

*By Degree of Job-Seeking Behavior*



Source:

25

2135.16



*Benefit #2: Passive Candidates Perform Slightly Better*

## PASSIVE = (SOMEWHAT) HIGHER PERFORMING

*On average, passive candidates perform slightly better than active candidates*

Impact on New Hire Performance

*By Degree of Job-Seeking Behavior*

Intuit Confidential

December 12, 2005

26

2135.27

*Benefit #1: Larger Pools of Talent*

## CASTING A WIDER NET

*Roundtable analysis reveals a surprising spectrum of job-search behaviors in the labor market*

Labor Market Distribution



Source: Recruiting Roundtable "Bulking Talent Pipeline" Survey; Recruiting Roundtable research.

Intuit Confidential

December 12, 2006

27

2135.28

# What's Important?

## Intuit:  What We're Solving For:

**Big Y:** Deliver "True North"... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future



Intuit

Intuit Confidential

December 12, 2006

28

2135.29



**Candidate Generation- Sourcing**

Delivery Model – use analogy of "product support tiers" for consumers

Profile Framework

Resume Framework

Tools Framework

29

2135.30



2135.31



Candidate Generation Sourcing OPS Metrics

2135.32





2135.31

From M2...The Talent Acquisition Vision - 2010



2135.35

# Candidate Generation, Sourcing OPS

**WHO we are:** The Candidate Generation Team is a group of candidate development experts that are passionate about identifying and qualifying talent, building talent pools and communities, and creating a WOW experience for prospects.

**WHAT we do:** Create experiences which deliver the right engaged talent where and when we need it.

**HOW we do it:** By providing "world class" sourcing resources that can be leveraged across the entire company!

People Resources

Systems/Tools

Candidate Generation Programs

Excellence in Candidate Generation: Training & Best Practices

intuit

Intuit Confidential

December 12, 2006

35

2135.36



2135.37





# Employment Messaging / Candidate Experience

Intuit Confidential

December 12, 2006

38

2135.39







March- forward

Intuit Confidential

December 12, 2006

2135.42



Can Generation Driven Social Networking

Events YTD: (since November on)

Social Networks Successfully Built:

intuit

idential

2135.43



2135.44



# Name Generation Projects:

Name Generation Specialist: Mark Howard

Name Generation databases for:

**Training Launched: May 4th**

## We are currently piloting PILOT:

- Creating and executing on user test scenarios
- By 6 mos we should be able to dump all of our data in PILOT

Intuit Confidential

December 12, 2006

Intuit

44

2135.45

# CG Center of Excellence: (knowledge base)



Candidate Generation Portal - Table of Contents - Summary Overview - Microsoft Internet Explorer provided by Intuit

File   Edit   View   Favorites   Tools   Help

Address   https://www.quickbase.com/db/b4r5urf5oh7mxr9yrh54

Candidate Generation Portal

Table of Contents- Summary Overview

Views ▼   Customize ▼   Users ▼   Go To ▼   Find ▼

Refine this View   Add a New Record   I want to... ▼

Help   Sign Out

Intuit Confidential

December 12, 2006

2135.46