# EXHIBIT 2140

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| From: | Galy, Chris |
| Sent: | Friday, October 31, 2008 11:06 AM |
| To: | Right Talent- Talent Delivery All |
| Subject: | FW: New Equity Guidelines |
| Attachments: | New Hire Guideline_Mass Distribution_Oct 29 2008.ppt; New Hire Equity Changes with All Equity Guidelines.ppt |
| Sensitivity: | Private |

***CONFIDENTIAL*** Pls do not forward. Save in a secure place.

Agenda item for next staff...see new equity guidelines...only includes US...we'll see what she has to say about the international piece

CG

---

**From:** White, Mischa
**Sent:** Friday, October 31, 2008 11:01 AM
**To:** Galy, Chris; Wicks, Traci
**Subject:** New Equity Guidelines

Traci & Chris-

Christina Hall is going to be coming into our next leadership staff meeting to discuss this. However, in the meantime she wants to make sure the recruiters and sourcers have new changes. Please make sure you share this with them ASAP.

Thank you!



EXHIBIT 2140
WIT: Galy
DATE: 3.20.2013
ANNE TORREANO, CSR #10520

INTUIT_039756
Confidential - Attorneys' Eyes Only      2140.1



This document was produced in native format.

INTUIT_039757
Confidential - Attorneys' Eyes Only
2140.2

# intuit

# FY'09 New Hire Equity Guidelines

Global Comp and Benefits Team
October 29, 2008



2140.3



Intuit Proprietary & Confidential

2140.4

DOCUMENT PLACEHOLDER

This document was produced in native format.

INTUIT_039758
Confidential - Attorneys' Eyes Only 2140.5



intuit
Equity Guidelines FY09
Intuit Confidential

2140.6









FY'09 New Hire Equity Guidelines

Intuit Proprietary & Confidential

2140.10