# EXHIBIT 2142

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Pullen, Parrish
**Sent:** Wednesday, March 03, 2010 6:16 PM
**To:** Galy, Chris
**Cc:** Macian, Eva
**Subject:** RE: RT input to FY11 merit budget planning

Thanks!!

**From:** Galy, Chris
**Sent:** Wednesday, March 03, 2010 11:20 AM
**To:** Pullen, Parrish
**Cc:** Macian, Eva
**Subject:** RE: RT input to FY11 merit budget planning

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Ayres, James

Chris,

In my adventures in the past year I have found the following to be true:

▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉
▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉▉

Hope this helps!

James

˅ Show Quoted Messages

Posted: 3/2/2010 11:38 AM

EXHIBIT 2142
WIT: Galy
DATE: 3.20.2013
ANNE TORREANO, CSR #10520

View Properties  Reply

2142.1

INTUIT_039793

Confidential - Attorneys' Eyes Only

| | Hi Chris, |
|---|---|
| Cordes, Leigh |  |
| | Leigh |
| | ⅋ Show Quoted Messages |

Posted: 3/3/2010 11:02 AM                                              View Properties   ⤺ Reply

| | |
|---|---|
| Caponigro, Katie |  |

**From:** Pullen, Parrish
**Sent:** Monday, March 01, 2010 2:12 PM
**To:** Galy, Chris
**Cc:** Macian, Eva
**Subject:** RT input to FY11 merit budget planning

Hey Chris,

Good to see you again today. As follow up to our conversation, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

Our recommendations are due at the end of the week, so if you have any input it'd be great to get it by Thursday.

Thanks!
Parrish

**intuit**
Parrish Pullen | Director, Rewards & Recognition | 858.215.8068 (phone) | 858.344.0783 (cell)

2142.2

INTUIT_039794
Confidential - Attorneys' Eyes Only