# EXHIBIT 2486

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**Part 1 of 3**

# EXHIBIT 14
# FILED UNDER SEAL

2486.1



EXHIBIT 2486
Deponent Keiper
Date 3-28-13
Gina V. Carbone, CSR

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | **Master Docket No. 11-CV-2509-LHK** |
| THIS DOCUMENT RELATES TO: <br><br> ALL ACTIONS | **DECLARATION OF DONNA MORRIS OF ADOBE SYSTEMS INC. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date Consolidated Amended Compl. Filed: September 13, 2011 <br><br> **ATTORNEYS EYES ONLY** |

1    I, Donna Morris, declare as follows:

2        1.    I am the Senior Vice President ("SVP") of Global Human Resources at Adobe

3    Systems Inc. ("Adobe").  I have been employed by Adobe in the human resources ("HR")

4    department for more than 10 years.  I began working for Adobe in April 2002 as the Senior

5    Director of Global Talent.  In December 2005, I became the Vice President of Global Human

6    Resource Operations.  In March 2007, I was promoted to my current position.

7        2.    I have personal knowledge of the matters stated in this declaration.  I make the

8    statements in this declaration based on information gained during my current and former positions

9    within Adobe's HR department.  I have been responsible for all HR operations, including the

10   compensation, benefits, and recruiting teams since March 2007.  As part of my duties, I have

11   gained historical knowledge of Adobe's compensation practices before 2007 by reviewing

12   Adobe's past training and presentation materials and by participating in meetings and discussions

13   with other Adobe employees.  The compensation policies and practices described herein apply to

14   Adobe's salaried employees between January 1, 2005 and December 31, 2009 (the "Class

15   Period").

16       3.    The information in this declaration and the exhibits attached are confidential to

17   Adobe.  It is Adobe's practice to keep compensation policies and strategies confidential, for

18   internal use only, and not to disclose them to the public.  The public disclosure of this information

19   would harm Adobe, including potentially impairing its competitive position in recruiting, hiring,

20   and compensating employees.  Adobe derives independent economic value from keeping this

21   information confidential.  Adobe has designated the information Attorneys Eyes Only under the

22   Protective Order entered in this case.

23       4.    During the Class Period, Adobe employed thousands of employees in more than

24   400 job categories, including executives, human resource managers, compensation analysts,

25   benefits managers, payroll mangers, recruiters, attorneys, accountants, sales managers, product

26   managers, various types of software developers, quality assurance analysts, IT employees,

27   creative designers, web developers, facility managers, market research analysts, financial

28   analysts, business analysts, internal auditors, and various other jobs.

**ATTORNEYS EYES ONLY**

Morris Declaration
Master Docket No. 11-CV-2509-LHK

3486.3

1

5      I.      **<u>ADOBE'S COMPENSATION GENERALLY</u>**

6

███████████████████████████████████████████

██████████████████████████████████████████

████████████████████████████████████

██   ████████████████████████████████

██████████████████████   As examples, attached hereto as Exhibits 1 through 5 are true

6   and correct copies of internal Adobe manager training presentations during the Class Period

7   discussing Adobe's compensation policy:

8      a.  Exhibit 1 (ADOBE_015864), Adobe 2005 Performance, Salary & Stock

9   Focal, February 2005 – "We fairly and regularly assess performance results and differentiate

10   rewards based on performance";

11      b.  Exhibit 2 (ADOBE_023747), 2007 Mini Performance Focal Manager

12   Training, November & December 2006 – ████████████████████████

██████████████████████████████████████████

████████████████████████████████

15      c.  Exhibit 3 (ADOBE_015059) FY '07 Incentive Program Updates, February

16   15, 2007 – "differentiate rewards based on performance";

17      d.  Exhibit 4 (ADOBE_009668) HR All Hands, September 11, 2008 –

18   "Developing total reward programs that are differentiated based on performance"; "increasing

19   focus on differentiation of rewards based on performance"; and

20      e.  Exhibit 5 (ADOBE_009295) HR Strategic Plan 2010 – 2013, "Continue to

21   evolve culture towards pay for performance."

22   **II.**  **HOW ADOBE SETS COMPENSATION FOR EXISTING EMPLOYEES**

23      9.  Because of Adobe's strong emphasis on tying compensation to performance and

24   differentiating compensation across employees, each employee's compensation was determined

25   by that employee's manager who is in the best position to assess that employee's performance.

26     **A.**  **BASE SALARY**

27      **1.**  **Performance Evaluations**

28   ██   ████████████████████████████████

**ATTORNEYS EYES ONLY**

- 5 -   2486.7



1

13  Adobe's compensation team built the salary ranges for
each job code for the coming year by setting the mid-point of the salary range at a certain

14  percentile of the survey data, then setting a maximum and a minimum.  The target midpoint has

15  changed over the years and varied across job functions.  For example, the 2005 target midpoint

16  for various jobs is set forth in Exhibit 1 (ADOBE_015864), which is a true and correct copy of

17  Adobe's 2005 Performance, Salary & Stock Focal.  The maximum and minimum of the salary

18  range was then calculated by applying a spread, which also varied over the years and across job

19  levels.  The spread varied between 50% to around 70% for different job levels during the Class

20  Period.  After the salary ranges were set, they were loaded onto the internal salary website for

21  access by all managers in the company.

22

27  //

28  //

### 3.   Budget

22.   Each year, Adobe determined a budget for managers to use for merit-based salary increases and promotions.  The budget has varied over the years; for example, it was 5% for 2005 and 5.5% for 2008.  See, for example, Exhibit 1, which is a true and correct copy of the 2005 Focal Review (ADOBE_015864).

### B.   BONUS AND EQUITY

### C.   TIMING OF ANNUAL COMPENSATION ADJUSTMENTS

27.   Generally, adjustments to employee compensation occurred during the focal

1    period described above.  Prior to 2007, the annual base salary, bonus, and equity grant

2    adjustments became effective June 1st.  In 2007, Adobe shifted its model to align the review

3    period with the end of the fiscal year, making the annual salary, bonus, and equity grant

4    adjustments effective on February 1st.

Morris Declaration
Master Docket No. 11-CV-2509-LHK

1

8   **III.   NEW HIRE COMPENSATION**

9

24   **IV.   INTERNAL EQUITY**

25

**V.    MERGERS AND ACQUISITIONS**

35.    In December of 2005, Adobe acquired San Francisco-based Macromedia, a leading software solutions company. The acquisition added approximately 1,200 employees to Adobe's headcount. The new employees had to be integrated into our company.

36.    After Macromedia, Adobe continued to make acquisitions, including the acquisition of Navisware in 2005; TTF, Pixmantec, Interakt, Amicima, Serious Magic, and Antepo in 2006; Scene7 and Virtual Ubiquity in 2007; Meer Meer and Yawah in 2008; and Business Catalyst and Omniture in 2009. The most significant of these acquisitions was the acquisition of Omniture, which added approximately 1,100 employees.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of November 2012 in San Jose, California.

By _____
                    Donna Morris

SFI-771543

# EXHIBIT 1

2486.13

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format

ADOBE_015864
Confidential - Attorneys' Eyes Only

248.14

ADOBE_015864-1

# Adobe®2005 Performance, Salary & Stock Focal

**Theresa Townsley**

**Donna Morris**

**Ellen Swarthout**

February 2005

Adobe Confidential

2486.15



# Agenda

- **High-level Timeline**
- **Talent Review Process**
- **Focal Training Overview**
- **Global Market Analysis**

Adobe Confidential



24 8L. 16

2



# High-level Timeline

- Feb. 21: All managers receive email to kick-off the Performance, Salary & Stock Focal process
- Mar. 14 – 30: To learn about the Focal process, all new managers and new employees attend general sessions, other managers and employees reviewing online resources
- Mar. - June: Managers can attend a training session to learn how to have a more effective performance discussion



Adobe Confidential

3

2486.17



# Adobe Talent Review
*Integrating with Strategy and Operations*

**Donna Morris**
Senior Director, Talent

Adobe Confidential

2486.19







2486. 22



24 lb.23



# Focal Training Overview

- **Based on feedback from 2004, the focus of training will shift from "process" to "delivering effective performance feedback"**
- **Focal "Process" information will be available online and a few in-person sessions for new managers**
- **Performance feedback training will be held from March through June, and then ongoing**
- **KTB (Knowing the Business) session on Compensation in late April**

Adobe Confidential

10

2486.24

# Global Market Analysis

**Ellen Swarthout**
**Director, WW Compensation**

Adobe Confidential

2486.25



## Compensation Philosophy

- **To ensure we can attract and retain talented and motivated employees throughout the world partnering in our success, we provide competitive "Total Compensation" programs as appropriate to each country in which we do business.**


Adobe

Adobe Confidential

24 84. 26



# Compensation Philosophy

- **We are committed to the following principles:**
  - We share our success with our employees.
  - We offer competitive total compensation based upon practices for our industry and local markets in which we compete, while preserving Adobe's financial strength.
  - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
  - We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.
  - We fairly and regularly assess performance results and differentiate rewards based on performance.
  - We recognize and reward results and contributions tied to the success of the company and in support of company values.
  - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
  - We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.
  - We communicate the goals, features and value of our programs.

Adobe Confidential

Adobe

13

2486.57



2484.28



2486.29



2486. 30



24 86.31

17



2486.32



2486.33



24 hr. 31



Adobe Confidential

Adobe

JU 86.35



2486.36





2486.37



Adobe Confidential



2486.38



Adobe Confidential



2486.40



2486.41

# Rise to the Challenge



Adobe Confidential

2486.42

# EXHIBIT 2

2486.43



This Document was Produced in Native Format

ADOBE_023747
Confidential - Attorneys' Eyes Only

2486. 44

ADOBE_023747-1



- **Introduce yourself and any other presenters with you.**

2486.45

1

## Agenda

1. Key Underlying Philosophies
2. Roles and Responsibilities
3. The Basics
4. Core Components
5. Timeline of Key Steps
6. Resources
7. Q&A

2006 Adobe Systems Incorporated.  All Rights Reserved.

2

2486.46



2486.47



**It's simply better at Adobe**

| Great People | Dynamic Environment | Winning Company |
|---|---|---|
| • Adobe attracts and retains talented, highly motivated individuals | • Adobe cultivates an energizing environment that instills a sense of pride and winning spirit | • Adobe inspires employees to contribute at peak performance and share in the success of this winning company |

Performance Management for a high-performing company

2008 Adobe Systems Incorporated.  All Rights Reserved.

2482.48

4

## Compensation Philosophy and Guiding Principles

- Philosophy
  - To ensure we can attract and retain talented and motivated employees throughout the world partnering in our success, we provide competitive "Total Compensation" programs as appropriate to each country in which we do business.
- Guiding Principles
  - We share our success with our employees.
  - We offer competitive total compensation based upon practices for our industry and local markets in which we compete, while preserving Adobe's financial strength.
  - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
  - We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.
  - We fairly and regularly assess performance results and differentiate rewards based on performance.
  - We recognize and reward results and contributions tied to the success of the company and in support of company values.
  - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
  - We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.
  - We communicate the goals, features and value of our programs.

2006 Adobe Systems Incorporated.  All Rights Reserved.

5

2486.49

## Roles and Responsibilities



2006 Adobe Systems Incorporated.  All Rights Reserved.

- Describe who the members are on the CTeam (Bruce and his direct reports) and MTeam (CTeam plus some of Shantanu and the SVP of Sales' direct reports)

2486.50

6



Significant Changes for 2007

- **The significant changes for 2007 all contribute to the streamlining of the process this year. Hence, the "mini" Focal process.**

- **If you are a new manger we will go into more detail on ranking later in the presentation**

## The Basics



2006 Adobe Systems Incorporated.  All Rights Reserved.



2486.52

**Core Components**



- Performance Evaluation
- Ranking Process
  - Matrix
- Salary Focal Budget
  - Methodology
  - Budgets by Country
- Salary Increase Matrices
- Salary Focal Tool
- Updated Performance Appraisal
- Performance & Salary Discussion

2008 Adobe Systems Incorporated.   All Rights Reserved.

JX № .53

9



**Core Component: Performance Evaluation**

2006 Adobe Systems Incorporated.  All Rights Reserved.

2486.54



2486.55





2486.56



- **We'll be walking through the methodology to create the Salary Focal Budget, and then I'll share the budget for this year.**

## Core Component: Salary Focal Budget Methodology *(cont.)*



2006 Adobe Systems Incorporated.  All Rights Reserved.



14