# EXHIBIT 945

# REDACTED PUBLIC VERSION



**Performance Management**

# PAY FOR PERFORMANCE:
# 2009 Salary Budget Recommendations

## Executive Review

January 21, 2009

Lucas Confidential
January 21, 2009

EXHIBIT 945
WIT. CHAU
DATE 2-21-13
KRAMM COURT REPORTING

945.1

1

Confidential - Attorneys' Eyes Only

LUCAS00189276



# AGENDA

- **Market Study**
  - Salary Increase Budgets
  - Review Of Industry Practices
  - Market Analysis of Competitive Cash Compensation

- **Recommendations**
  - Pay Increase Budget
  - Distribution Curve - Performance Rating and Merit Increase

- **Approval Process for 2009**
  - Confirm process and timing for GWL & Board Meeting

Lucas Confidential
January 21, 2009

2

# LUCASFILM Ltd
## Performance Management

# Market Study
## Salary Increase Budgets

| Surveys | Mid 2008 | | Late 2008 | |
|---|---|---|---|---|
| | **Merit** | **incl Promo/Adj** | **Merit** | **incl Promo/Adj** |
| **US** | | | | |
| • Radford (AON): | 4.0% | 5.0% | 3.8% | 4.8% |
| • Croner SGS: | 4.2% | 5.6% | 4.0% | 5.0% |
| • Croner AVE: | 4.0% | 5.0% | TBD | |
| • World at Work: | 4.0% | 5.0% | N/A | |
| **Singapore** | | | | |
| • Mercer Survey: | 4.0% | 4.8% | N/A | |
| • IPAS Survey: | 4.2% | 4.6% | N/A | |

Note: Croner AVE is conducting an updated merit survey but not yet completed. Per Croner AVE meeting, most companies looking at 3.0% to 3.5% merit budget with additional budget for promo/adj

Lucas Confidential
January 21, 2009

9453

3

Confidential - Attorneys' Eyes Only

LUCAS00189278



# Market Study
## Salary Increase Budgets

## Studio/Network (updates ongoing)

| Company | Merit | | Promo/Adj | | Total | | Increase |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | FY08 | FY09 | FY08 | FY09 | FY08 | FY09 | Effctv Date |

[table data redacted]

Lucas Confidential
January 21, 2009

94514

4

Confidential - Attorneys' Eyes Only

LUCAS00189279



# Performance Management — Market Study: Salary Increase Budgets

## US - CPI

**CPI – 2008**
- Annual: 3.1%
- 2nd Half 2007: 3.0%
- 1st Half 2007: 3.3%

**CPI - 2007**
- Annual: 3.2%
- 2nd Half 2006: 3.3%
- 1st Half 2006: 3.3%

Series Id: CUURA422SA0, CUUSA422SA0
Not Seasonally Adjusted
Area: San Francisco-Oakland-San Jose, CA
Item: All items
Base Period: 1982-84=100

| Year | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec | Annual | HALF1 | HALF2 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1998 | | 3.4 | | 3.1 | | 3.4 | | 3.3 | | 2.9 | | 3.0 | 3.2 | 3.3 | 3.1 |
| 1999 | | 3.8 | | 4.6 | | 3.8 | | 4.1 | | 4.8 | | 4.2 | 4.2 | 4 | 4.4 |
| 2000 | | 4.2 | | 3.8 | | 4.2 | | 4.7 | | 4.7 | | 5.5 | 4.5 | 4 | 4.8 |
| 2001 | | 6.5 | | 5.8 | | 6.6 | | 5.1 | | 4.5 | | 3.5 | 5.4 | 6.2 | 4.7 |
| 2002 | | 1.8 | | 2.1 | | 1.2 | | 1.3 | | 1.4 | | 1.4 | 1.6 | 1.9 | 1.4 |
| 2003 | | 3.3 | | 2.2 | | 1.6 | | 1.4 | | 1 | | 1.1 | 1.8 | 2.3 | 1.2 |
| 2004 | | 0.2 | | 0.5 | | 1.4 | | 1.2 | | 2 | | 2.2 | 1.2 | 0.7 | 1.7 |
| 2005 | | 1.6 | | 2.1 | | 1.1 | | 2.2 | | 2.8 | | 2.0 | 2.0 | 1.7 | 2.2 |
| 2006 | | 2.9 | | 3.2 | | 3.9 | | 3.8 | | 2.5 | | 3.4 | 3.2 | 3.2 | 3.3 |
| 2007 | | 3.2 | | 3.3 | | 3.4 | | 2.6 | | 3.3 | | 3.8 | 3.3 | 3.3 | 3.2 |
| 2008 | | 2.8 | | 2.9 | | 4.2 | | 4.2 | | 3.6 | | 0.0 | 3.1 | 3.3 | 3.0 |

Bureau of Labor Statistics

Lucas Confidential
January 21, 2009

945.5

5

Confidential - Attorneys' Eyes Only

LUCAS00189280

# Singapore - CPI

**CPI**
- 2008: 4.7%
- 2007: 2.1%

| Country | GDP Growth 2007 | GDP Growth 2008 | Trend '07 to '08 | Unemployment Rate 2007 | Unemployment Rate 2008 | '07 to '08 | CPI Inflation 2007 | CPI Inflation 2008 | Trend '07 to '08 |
|---|---|---|---|---|---|---|---|---|---|
| Hong Kong | 6.3 | 4.3 | ▼ | 4.1 | 3.9 | ▼ | 12.0 | 3.6 | ▼ |
| Japan | 2.1 | 1.4 | ▼ | 3.9 | 3.9 | ▼ | 0.0 | 0.6 | ▲ |
| Singapore | 7.7 | 4.0 | ▼ | 2.1 | 2.1 | ▼ | 2.1 | 4.7 | ▲ |
| South Korea | 5.0 | 4.2 | ▼ | 3.3 | 3.1 | ▼ | 2.5 | 3.4 | ▲ |
| Taiwan | 5.7 | 3.4 | ▼ | 3.9 | 3.9 | ▼ | 1.8 | 1.5 | ▼ |
| China | 11.4 | 9.3 | ▼ | 9.5 | n/a | n/a | 4.8 | 5.9 | ▲ |
| India | 9.2 | 7.9 | ▼ | n/a | n/a | n/a | 6.4 | 5.2 | ▼ |
| United States | 2.2 | 0.5 | ▼ | 4.6 | 5.4 | ▲ | 2.9 | 3.0 | ▲ |

Aon/Radford- Global High-Tech Compensation Trends: Asia/Pacific Region



# Market Study
## Analysis of Competitive Pay Compensation
### Performance Management



Market Data Comparison
December 2008

Note: Excludes Executives

Lucas Confidential
January 21, 2009

9457

7

Confidential - Attorneys' Eyes Only

LUCAS00189282



# Recommendations
## Pay Increase Budget



Lucas Confidential
January 21, 2009

94518

8

Confidential - Attorneys' Eyes Only

LUCAS00189283



## Approval Process & Timing

**Currently Scheduled:**
- Mich/Executive Review Meetings – March 2 thru March 5
- Mich Final Review Meeting – March 5
- Mich/George Review Meeting – Friday, March 6
    - Mich and George usually have meetings on Friday

**What additional reviews/approvals needed for merit budget spend?**

Lucas Confidential
January 21, 2009

9

Confidential - Attorneys' Eyes Only

LUCAS00189284

# LUCASFILM Ltd
## Performance Management
## Bonus Approval Process & Timing

## Currently Scheduled:
- Board meeting scheduled on April 3
    - Board to review and approve Finance Audit

- Bonuses to be paid on April 10 if approval received

## Spot Bonus Pools:
- Determination and approval required for Spot Bonus Pools

Lucas Confidential
January 21, 2009

10

Confidential - Attorneys' Eyes Only

LUCAS00189285

# Appendices

Lucas Confidential
January 21, 2009
Confidential - Attorneys' Eyes Only
LUCAS00189286

11

9 45.11



# 2007 Actual Merit and Callout Spend

**Performance Management**





## Background
### Compensation Philosophy & Strategy

**Elements of Cash Compensation**
For most employees at Lucasfilm, the elements of cash compensation will be base pay and annual bonus (short term incentive) payments. These elements will be used in benchmarking our total cash compensation to relevant positions in the external market.

**Benchmarking**

[redacted]

**Base Salary Adjustments (Merit Increases)**
Base salary adjustments will be done annually, linked to employee performance reviews. The level of increases will be determined by analyzing both external market practices and company performance and then will be awarded based on individual performance.

Lucas Confidential
January 21, 2009

13

Confidential - Attorneys' Eyes Only

LUCAS00189288

**LUCASFILM Ltd** — Performance Management | **Market Study** — Salary Increase Budgets

## Utilized Surveys

- Radford (Includes SW & Tech Industry in SF/Bay Area)
- Croner Software Games (Gaming Industry)
- Croner Animation and Visual Effects in the (Film Industry)
- Mercer Survey (Singapore)
- IPAS Survey (Singapore)

## Industry Specific Budgets

- Studios and Gaming

## CPI

- San Francisco-Oakland-San Jose, CA – All items

Lucas Confidential
January 21, 2009

945.14

14

Confidential - Attorneys' Eyes Only

LUCAS00189289

 **Performance Management** | **Market Study — Review of Past Practices**



*945.15*