# EXHIBIT 2084

# REDACTED PUBLIC VERSION

| | |
|---|---|
| **From:** | Michelle Maupin |
| **Sent:** | Friday, October 12, 2007 8:13 PM |
| **To:** | Jan van der Voort; Steve Condiotti |
| **Subject:** | ▉ - Salary Increase |
| **Attachments:** | LECL IT - IT Project Manager - ▉ 10.07.xls |

DEPOSITION EXHIBIT 2084
Condiotti 3/20/13

Jan and Steve,

I know you both have received information on a request for a salary increase ▉
▉
▉
▉
▉
▉.

Please let me know if you approve or if you have any questions.

Thanks, Michelle


-----Original Message-----
From: Vanessa Hall
Sent: Thursday, October 11, 2007 9:50 AM
To: Michelle Maupin
Cc: Jan van der Voort; Lori Gianino
Subject: FW: HR

Hi Michelle,

With Steve C's approval, Lori would like to pursue an out-of-cycle equity adjustment for ▉
▉
▉!

Can you guide me/us on what we need to do from here?

Thanks in advance for your help,

V.

-----Original Message-----
From: Lori Gianino
Sent: Wednesday, October 10, 2007 7:26 PM
To: Vanessa Hall
Subject: FW: HR

Looks like we are good to go on ▉ The other one is just a new hire, I'll work with Rick on that.

1

Confidential - Attorney's Eyes Only          2084.1          LUCAS00218268

Let me know what I need to do.
And thank you!

Lori

-----Original Message-----
From: Steve Condiotti
Sent: Wednesday, October 10, 2007 3:54 PM
To: Lori Gianino
Subject: Re: HR

Yes I am fine with both, you need to work with Vanassa on this.

Steve
--------------------------
Sent from my BlackBerry Wireless Device


-----Original Message-----
From: Lori Gianino
To: Steve Condiotti
Sent: Wed Oct 10 15:26:32 2007
Subject: HR

Hi Steve -
I hate to bother you on your trip, but if you happened to be checking mail, a few quick things:

1. We found a potential support to Java hire. He has some good experience - not enough to hire as a full blown developer, but enough that we'd want to offer him a little more than the level one salary.

2.

Thanks Steve -
We can talk more when you get back, but I wanted to at least see if you were comfortable with me getting these balls rolling.

We miss you!
Lori

2

Confidential - Attorney's Eyes Only

2084.2    LUCAS00218269



Lucasfilm Ltd. Confidential   &[DATE]   Page 1

Confidential - Attorney's Eyes Only   LUCAS00218270

&[FILE]



Lucasfilm Ltd. Confidential     &[DATE]     Page 2

Confidential - Attorney's Eyes Only     LUCAS00218271