# EXHIBIT 2092

# REDACTED PUBLIC VERSION

**From:** Steve Condiotti
**Sent:** Wednesday, March 16, 2011 11:24 PM
**To:** Michelle Maupin; Jan van der Voort
**Cc:** Vanessa Hall; Amber Remaley
**Subject:** RE: Comp Request - Counter Offer for ███

Ok

Steve

**From:** Michelle Maupin
**Sent:** Wednesday, March 16, 2011 3:00 PM
**To:** Jan van der Voort; Steve Condiotti
**Cc:** Vanessa Hall; Amber Remaley
**Subject:** Comp Request - Counter Offer for ███
**Importance:** High

Hello,

We have a request for a counter offer to be approved for ███████████████████████████████
███████████████████████████████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████████████████████████████
█████████████████████████████████████████

I have attached a comp sheet and it is pasted in the email below.

Please let me know if you have any questions or need additional information.

Thanks, Michelle


DEPOSITION EXHIBIT 2092
Condiotti 3/20/13

Confidential - Attorney's Eyes Only        2092.1        LUCAS00217253



Confidential - Attorney's Eyes Only        2092.2        LUCAS00217254