# EXHIBIT 2094

# REDACTED PUBLIC VERSION

**From:**      Michelle Maupin
**Sent:**       Friday, September 14, 2007 11:56 PM
**To:**         Jan van der Voort; Steve Condiotti
**Subject:**   Salary Review - ████████

Hello,





LECL IT - Internet
Developer 8...

Let me know what your thoughts.  The comp sheet is attached.

Michelle Maupin
Compensation Manager
Lucasfilm Entertainment Company, Ltd.
415-746-5254



DEPOSITION
EXHIBIT
2094
Condio ht 3/20/13

Confidential - Attorney's Eyes Only          2094.1          LUCAS00218283

&[FILE]



Lucasfilm Ltd. Confidential

&[DATE]

Page 1

Confidential - Attorney's Eyes Only

LUCAS00218284

&[FILE]



Lucasfilm Ltd. Confidential &[DATE] Page 2

Confidential - Attorney's Eyes Only

LUCAS00218285