# EXHIBIT 2362

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# GOOGLE-INTUIT
## PRODUCT AND PROMOTION AGREEMENT

This **GOOGLE-INTUIT PRODUCT AND PROMOTION AGREEMENT** (the "Agreement") is dated and effective July 10, 2006 (the "Effective Date"), by and between Google Inc., ("Google") and Intuit Inc. ("Intuit") (each of Google and Intuit, a "Party", and together, the "Parties").

In consideration of the covenants, promises, payments and other valuable consideration contained in the Agreement, the Parties agree as follows:





EXHIBIT 2362
WIT: Lintner
DATE: 3.28.2013
ANNE TORREANO, CSR #10520

2362.1

INTUIT_056426
Confidential



Confidential
2

2362.2
INTUIT_056427
Confidential



Confidential
3



2362.3
INTUIT_056428
Confidential



Confidential
4

2:362.4
INTUIT_056429
Confidential



Confidential
5

2362.5

INTUIT_056430
Confidential



Confidential
6



2362.6
INTUIT_056431
Confidential



INTUIT_056432
Confidential



Confidential
8



2362.8
INTUIT_056433
Confidential



Confidential
9

2362.9
INTUIT_056434
Confidential



Confidential
10

2362.10
INTUIT_056435
Confidential



Confidential
11

2362.11
INTUIT_056436
Confidential



2362.12

INTUIT_056437
Confidential



Confidential
13



2362.13
INTUIT_056438
Confidential



Confidential
14.



2362.14
INTUIT_056439
Confidential



Confidential
15



2362.15
INTUIT_056440
Confidential



Confidential
16



2362.16
INTUIT_056441
Confidential



AGREED TO AND ACCEPTED:

Google Inc.

By: _____

Name: DAVID KORDESTANI

Title: SVP, Sales and Business Development

Intuit Inc.

By: _____

Name: BRAD D. SMITH

Title: SVP/GM INTUIT Small Business

Confidential
17



2362.17

INTUIT_056442
Confidential

Index of Exhibits



Confidential
19



2362.18
INTUIT_056443
Confidential



Exhibit A

19

2362.19
INTUIT_056444
Confidential



Confidential
20



2362.20
INTUIT_056445
Confidential



2362.21
INTUIT_056446
Confidential



Confidential
22

2362.22
INTUIT_056447
Confidential



Confidential
23

2362.23
INTUIT_056448
Confidential



Confidential
24



2362.24
INTUIT_056449
Confidential



Confidential
25



2362.25

INTUIT_056450
Confidential



Confidential
26



2362.26
INTUIT_056451
Confidential



Confidential
27



2362·27

INTUIT_056452
Confidential



Confidential
28



2362.28
INTUIT_056453
Confidential





Confidential
20

2362,29

INTUIT_056454
Confidential



Confidential
30



2362.30

INTUIT_056455
Confidential

Exhibit B

QuickBooks – Google Base Integration
Statement of Work



Confidential
31



2362.31

INTUIT_056456
Confidential



Confidential
32



2362.32
INTUIT_056457
Confidential



Confidential
33



2362.33
INTUIT_056458
Confidential



Confidential
34



2362.34

INTUIT_056459
Confidential



Confidential
35



2362.35
INTUIT_056460
Confidential



Confidential
36

2362.36
INTUIT_056461
Confidential



Confidential
37



2362.37
INTUIT_056462
Confidential



Confidential
38

2362.38
INTUIT_056463
Confidential



Confidential
39

2362.39
INTUIT_056464
Confidential



Confidential
40



2362.40
INTUIT_056465
Confidential





2362.41

INTUIT_056466
Confidential

Exhibit C

QuickBooks-Google Desktop Integration
Statement of Work



Confidential
42



2362.42

INTUIT_056467
Confidential



Confidential
43



2362.43
INTUIT_056468
Confidential



Confidential
45



2362.44
INTUIT_056469
Confidential

a. **Specifications.**



Confidential
47



2362.45

INTUIT_056470
Confidential



Confidential
48



2362.46
INTUIT_056471
Confidential



Confidential
49



2362.47
INTUIT_056472
Confidential



Confidential
50



2362.48

INTUIT_056473
Confidential



Exhibit D



Confidential
51

2362.49
INTUIT_056474
Confidential



Confidential
52.

2362.50
INTUIT_056475
Confidential



Confidential
52



2362.51

INTUIT_056476
Confidential



Confidential
54

2362.52
INTUIT_056477
Confidential





Exhibit B

Confidential
55

2362.53

INTUIT_056478
Confidential





Confidential
56

2362.54
INTUIT_056479
Confidential



Confidential
57



2362.55
INTUIT_056480
Confidential



Confidential
58

2362.56
INTUIT_056481
Confidential



Confidential
59



2362.57

INTUIT_056482
Confidential



Confidential
60



2362.58
INTUIT_056483
Confidential



Automatic Updates

Confidential
61



2362,59

INTUIT_056484
Confidential



Confidential
62



2362.60
INTUIT_056485
Confidential



Confidential
63



2362.61
INTUIT_056486
Confidential



Confidential
84



2362.62
INTUIT_056487
Confidential



Confidential
65



2362.63

INTUIT_056488
Confidential



Confidential



2362.64
INTUIT_056489
Confidential

3. **General.**





2362.65
INTUIT_056490
Confidential



Confidential
88



2362.66
INTUIT_056491
Confidential



Confidential
69



2362,67

INTUIT_056492
Confidential



Confidential
70



2362.68
INTUIT_056493
Confidential

Attachment 1



Confidential
71



2362.09
INTUIT_056494
Confidential



Confidential
71

2362.70
INTUIT_056495
Confidential



Confidential
7?



2362.71

INTUIT_056496
Confidential



Confidential
74



2362.72
INTUIT_056497
Confidential



Confidential
75



2362.73
INTUIT_056498
Confidential



Confidential
76



2362.74
INTUIT_056499
Confidential



Confidential
77



2362.75
INTUIT_056500
Confidential



Confidential
78



2362.76
INTUIT_056501
Confidential



79.

2362.77
INTUIT_056502
Confidential



Confidential
80



2362.78

INTUIT_056503
Confidential

Schedule A



Confidential
31



2362,79
INTUIT_056504
Confidential