# EXHIBIT 2364

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

### AMENDED AND RESTATED
### GOOGLE-INTUIT PRODUCT
### AND PROMOTION AGREEMENT

This **AMENDED AND RESTATED GOOGLE-INTUIT PRODUCT AND PROMOTION AGREEMENT** (the "Restated Agreement") is dated and effective October 15, 2007 (the "Restated Effective Date"), and amends and restates the agreement initially entered into by the parties effective as of July 10, 2006 (the "Original Effective Date"), by and between Google Inc., ("Google") and Intuit Inc. ("Intuit") (each of Google and Intuit, a "Party", and together, the "Parties") and amended by Amendment Number One entered into as of November 1, 2006 (the "Original Agreement" and together with the Restated Agreement, the "Agreement"). The Parties will be bound by and perform the obligations set out in this Agreement in accordance with the terms and conditions of this Agreement without prejudice to any rights or remedies which may have accrued between the Parties under the Original Agreement. Except as modified herein, all other terms and conditions of the Original Agreement shall remain in full force and effect. This Agreement shall take precedence in the event any terms and conditions of the Original Agreement conflicts herewith.

In consideration of the covenants, promises, payments and other valuable consideration contained in the Agreement, the Parties agree as follows:



- 1

EXHIBIT 2364
WIT: Lintner
DATE: 5.25.2013
ANNE TORREANO, CSR #10520

2364.1

INTUIT_056624
Confidential



2

2364.2
INTUIT_056625
Confidential



3

2364.3
INTUIT_056626
Confidential



2.5 [Intentionally Omitted]

4

2364.4

INTUIT_056627
Confidential



2.7 [Intentionally Omitted]



2364.5

INTUIT_056628
Confidential

**3   MARKETING, DISTRIBUTION AND PROMOTIONAL ACTIVITIES.**



**5.2** [Intentionally Omitted]



**5.4** [Intentionally Omitted]

2364.6

INTUIT_056629
Confidential



**6.2** [Intentionally Omitted]



2364.7

INTUIT_056630
Confidential



8

2364.8
INTUIT_056631
Confidential



9

2364.9
INTUIT_056632
Confidential



**9.5.3** [Intentionally Omitted]

10

2364.10
INTUIT_056633
Confidential



11  CONFIDENTIALITY.



11

2364.11

INTUIT_056634
Confidential



12

2364.12

INTUIT_056635
Confidential



13

2364.13.

INTUIT_056636
Confidential



15  TERM AND TERMINATION.



14

2364.14
INTUIT_056637
Confidential



15

2364.15

INTUIT_056638
Confidential



16

2364.16

INTUIT_056639
Confidential



2364,17

INTUIT_056640
Confidential

**AGREED TO AND ACCEPTED:**

Google Inc.

By: _David Fischer_

Name: _David Fischer_

Title: _VP, Online Sales & Ops_

Intuit Inc.

By: _Steven Aldrich_

Name: _Steven Aldrich_

Title: _VP, Intuit_

18

10/22/07

2364.18

INTUIT_056641
Confidential

Index of Exhibits



19

2364,19

INTUIT_056642
Confidential

Exhibit A



20

2364,20

INTUIT_056643
Confidential



21

2364,21

INTUIT_056644
Confidential



22

2364.22

INTUIT_056645
Confidential



23

2364.23

INTUIT_056646
Confidential



24

2364.24

INTUIT_056647
Confidential



25

2364.25
INTUIT_056648
Confidential



26

2364.26
INTUIT_056649
Confidential



27

2364,27

INTUIT_056650
Confidential



28

2364.28
INTUIT_056651
Confidential



29

2364.29
INTUIT_056652
Confidential



30

2364.30

INTUIT_056653
Confidential



31

2364.31

INTUIT_056654
Confidential



32

2364.32
INTUIT_056655
Confidential



33

2364.33
INTUIT_056656
Confidential



34

2364.34

INTUIT_056657
Confidential



35

2364.35

INTUIT_056658
Confidential



36

2364,36

INTUIT_056659
Confidential



37

2364.37

INTUIT_056660
Confidential



38

2364.38

INTUIT_056661
Confidential



39

2364.39

INTUIT_056662
Confidential



40

2364.40

INTUIT_056663
Confidential

**Exhibit B**

**[Intentionally Omitted]**

41

2364.41

INTUIT_056664
Confidential

Exhibit C

QuickBooks-Google Desktop Integration

Statement of Work



42

2364.42
INTUIT_056665
Confidential



43

2364.43

INTUIT_056666
Confidential



44

2364.44
INTUIT_056667
Confidential



45

2364.45

INTUIT_056668
Confidential



46

2364,46.

INTUIT_056669
Confidential

- **Specifications.**



47

2364.47
INTUIT_056670
Confidential

4.    **Approach and Responsibilities**



48

2364.48
INTUIT_056671
Confidential



49

2364.49
INTUIT_056672
Confidential



50

2364.50
INTUIT_056673
Confidential

Exhibit D

**Technical and Customer Support**



INTUIT RESPONSIBILITIES

51

2364.51

INTUIT_056674
Confidential



52

2364.52
INTUIT_056675
Confidential



53

2364.53
INTUIT_056676
Confidential

Exhibit E

Marketing Plan



54

2364.54

INTUIT_056677
Confidential



55

2364.55.

INTUIT_056678
Confidential

Exhibit E-2008

Marketing



2364.56

INTUIT_056679
Confidential



57

2364.57

INTUIT_056680
Confidential

**Exhibit G**

**[Intentionally Omitted]**

58

2364.58

INTUIT_056681
Confidential

**Exhibit H**

**[Intentionally Omitted]**

59

2364.59
INTUIT_056682
Confidential

Exhibit I

Google Desktop Terms and Conditions



60

2364.60
INTUIT_056683
Confidential



61

2364,61

INTUIT_056684
Confidential



62

2364.62

INTUIT_056685
Confidential

Exhibit J

Software Principles



63

2364.63

INTUIT_056686
Confidential



2364,64

INTUIT_056687
Confidential

Exhibit K



65

2364.65

INTUIT_056688
Confidential

1. <u>General.</u>



66

2364.66
INTUIT_056689
Confidential



67

2364.67
INTUIT_056690
Confidential



68

2364168
INTUIT_056691
Confidential



69

2364.69
INTUIT_056692
Confidential

**Attachment 1**



70

2364.70

INTUIT_056693
Confidential

Disclosure and Consent



71

2364.71
INTUIT_056694
Confidential



72

2364.72

INTUIT_056695
Confidential



73

2364.73

INTUIT_056696
Confidential



74

2369.74

INTUIT_056697
Confidential



75

2364.75
INTUIT_056698
Confidential



76

2364.76
INTUIT_056699
Confidential



77

2364.77
INTUIT_056700
Confidential

Exhibit L

[Intentionally Omitted]

2364.78

INTUIT_056701
Confidential



2364.79
INTUIT_056702
Confidential

Exhibit N



2364.80
INTUIT_056703
Confidential



Google Confidential                    Page 31                    Content License Agreement v2.3

2364.81
INTUIT_056704
Confidential



2364,82
INTUIT_056705
Confidential

IN WITNESS WHEREOF, the parties have executed this Agreement by persons duly authorized as of the Effective Date.

Google: GOOGLE INC.

By: _David Fischer_

Print Name: David Fischer

Title: VP, Online Sales & Ops

Date: 10/29/07

Licensor: INTUIT INC.

By: _Steven Aldrich_

Print Name: Steven Aldrich

Title: VP, Intuit

Date: 10-17-07



10/22/07

2364.83

INTUIT_056706
Confidential

**EXHIBIT A**

**LICENSED CONTENT**



2364.84

INTUIT_056707
Confidential





2364,85

INTUIT_056708
Confidential

Schedule A



Confidential
86

2364.86

INTUIT_056709
Confidential