# EXHIBIT 2366

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

April 12, 2006

Re:   **Confidentiality Agreement**

Ladies and Gentlemen:



1



EXHIBIT 2366
WIT: Lintner
DATE: 3.25.2013
ANNE TORREANO, CSR #10520

2366.1

INTUIT_056620
Confidential



2

2360.2
INTUIT_056621
Confidential

[redacted]

3

2366.3

INTUIT_056622
Confidential



Please confirm your agreement with the foregoing by signing and returning to the undersigned the duplicate copy of this letter enclosed herewith.

INTUIT INC.

By: *[signature]*
Name: Rumdy Tingley
Title: VP, Corporate Development

ACCEPTED AND AGREED as of
the date first written above:

GOOGLE INC.

By: *[signature]*
Name: Shailesh Rao
Title: Director, Google

4

2366.4
INTUIT_056623
Confidential