# EXHIBIT 2487

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**



# 2010 Annual Performance Review

## Compensation Training for Managers

December 2009

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

EXHIBIT 2487
Deponent _Keiper_
Date 3-28-13

Gina V. Carbone, CSR

24 87.1

ADOBE_100600
Confidential - Attorneys' Eyes Only

## Agenda

1. Key Underlying Philosophies & Total Rewards Overview

2. Refresh on the Performance Levels & Ranking Process

3. Cash Compensation

4. Equity Compensation

5. High Level Timeline

6. Next Steps

7. Resources

Copyright 2009 Adobe Systems Incorporated.  All rights reserved  Adobe Confidential.

ADOBE_100601
Confidential - Attorneys' Eyes Only

# Performance Management Strategy

Continue to evolve culture toward pay for performance where key contributions of employees are recognized and rewarded, and managing performance is a key requirement to growing the business



ADOBE_100602
Confidential - Attorneys Eyes Only

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.



# Performance Management Framework

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.



ADOBE_100603

Confidential - Attorneys' Eyes Only

# Total Rewards Overview

2487.5

Confidential - Attorneys' Eyes Only

ADOBE_100604

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.



## Ranking Definition

- Ranking is a process to identify levels of performance across the company

Confidential - Attorneys' Eyes Only    ADOBE_100605

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

# Ranking Process



Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

ADOBE_100606
Confidential - Attorneys' Eyes Only

# Performance Levels



Confidential - Attorneys' Eyes Only

ADOBE_100607

Copyright 2009 Adobe Systems Incorporated.   All rights reserved.   Adobe Confidential.

# Leading to Win





Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

Confidential - Attorneys' Eyes Only

ADOBE_100608

# Annual Review:  Cash and Equity Compensation

- **Cash Compensation**
  - Salary Budget Methodology and Overview
  - Budgets by Country
  - Salary Increase Matrix and Considerations
  - Salary Tool

- **Equity Compensation**
  - Equity Budget Methodology and Overview
  - Equity Grant Considerations
  - Stock Tool



Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential

2981.10   ADOBE_100609
Confidential - Attorneys' Eyes Only

# Annual Review Salary Budget Methodology

2487.11

ADOBE_100610
Confidential - Attorneys Eyes Only

Copyright 2009 Adobe Systems Incorporated. All rights reserved   Adobe Confidential.



# Salary Budget Overview

[redacted]

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

Adobe

ADOBE_100611
Confidential - Attorneys' Eyes Only

# Salary Budgets by Country*



Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

ADOBE_100612
Confidential - Attorneys' Eyes Only

# Salary Increase Considerations for Managers



Confidential - Attorneys' Eyes Only   ADOBE_100613

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

# Salary Increase Matrices

Confidential - Attorneys' Eyes Only    ADOBE_100614



Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

## Annual Review Salary Tool

- Annual Review Salary Tool will be open starting December 14 for all managers to enter preliminary salary and performance level recommendations

- Refer to the Adobe Presenter available on the Managers' Annual Review website or within the Salary Tool for help using the tool



Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

ADOBE_100615
Confidential - Attorneys' Eyes Only

# Annual Review Equity Budget Methodology

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

ADOBE_100616
Confidential - Attorneys' Eyes Only



# Equity Overview



ADOBE_100617
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated.   All rights reserved   Adobe Confidential.



# Equity Grant Considerations for Senior Leaders



Confidential - Attorneys' Eyes Only     ADOBE_100618

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.



# Annual Review Stock Summary



Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

JY 87. 20

ADOBE_100619

Confidential - Attorneys' Eyes Only

# Annual Performance Review



Confidential - Attorneys' Eyes Only    ADOBE_100620

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

# Next Steps

- If asked, participate in Ranking sessions for your organization

- In the Salary Tool, enter your salary and performance level recommendations for each of your employees by January 6

- Write reviews via Appraisal Form for each employee
  - If you choose, as an FYI, send a copy of the appraisal via Workspace to your manager

- ███████████████████████████████████████████

- Review resources for delivering effective feedback

Confidential - Attorneys' Eyes Only

ADOBE_100621

2481.22

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

# Cash & Equity Compensation Resources

- Phase 2 Compensation Summary
- Annual Review Salary Tool training
  - Click the "Training" button in the Salary Tool or on the Manager's Annual Review website
  - For New Managers: Instructions on how to download the SAP GUI to access the Salary Tool
- Job/Salary Range Website
  - ███████████████████████████████████████████
- Performance Shares and Restricted Stock Units (RSU) Training
- Total Rewards Overview (online module)
  - Part 1 - Total Rewards Overview
  - Part 2 - Compensation Fundamentals
  - Part 3 - Compensation Programs
- General Compensation Info (pdf)
  - Note : There have been Total Reward Program changes not reflected within this

Confidential - Attorneys' Eyes Only

ADOBE_100622

2481.23

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

## General Resources

- **2010 Managers' Annual Performance Review Website**
  - Reference documents, trainings, communications, Appraisal Form
- **2010 Employees' Annual Performance Review Website**
  - Trainings, Appraisal Form, communications
- **Managing at Adobe Website**
- **If you have questions about…**
  - The Appraisal Form:  contact the IT Service Desk at x6HELP
  - Annual Performance Review timeline, process or tools:
    - In North America and India:  contact the HRIC at x6HELP or hric@adobe.com
    - In all other geos:  contact your local HR Manager
  - An employee issue:  contact your HR Manager
  - Evaluating performance, ranking, department specific dates:  contact your manager

Confidential - Attorneys' Eyes Only

ADOBE_100623

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.



2481.25   ADOBE_100624
Confidential - Attorneys' Eyes Only