# EXHIBIT 2501

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Matt Thompson |
| **Sent:** | Friday, January 18, 2008 11:20 AM |
| **To:** | Donna Morris |
| **Cc:** | Cindy Springsteel; Bernadette Arriada; Rosemary Arriada-Keiper |
| **Subject:** | RE: final review of salaries |

Thanks for your help.  This looks great.

---

**From:** Donna Morris
**Sent:** Friday, January 18, 2008 9:28 AM
**To:** Matt Thompson
**Cc:** Cindy Springsteel; Bernadette Arriada; Rosemary Arriada-Keiper; Donna Morris
**Subject:** final review of salaries
**Importance:** High

Matt – I have just finished the full review of all salary and stock, and would like to recommend some changes relative to your organization.



Please let me know if you approve of the adjustments as outlined above.

Thanks Donna

Donna Morris
SVP Human Resources

1

EXHIBIT 2501
Deponent Keiper
Date 3-28-13
Gina V. Carbone, CSR

2501.1

ADOBE_009425
Confidential - Attorneys' Eyes Only

Adobe Systems Incorporated
*North American employees with HR-related questions can contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com*

2

2501.2

ADOBE_009426
Confidential - Attorneys' Eyes Only