# EXHIBIT 2800

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| From: | Debbie Streeter |
| Sent: | Tuesday, April 06, 2010 1:28 PM |
| To: | Michael Gough |
| Subject: | Direct Peers |
| Attachments: | peer group slide.pptx; image001.png |

Michael,

Please see attached the slide that shows our Direct peers. The slide also has our reference peers but we don't actually benchmark our compensation to these companies.

Correction in what I said earlier- our range spread is 60% for all levels up to Sr Dir. At the Sr Dir and above our range spread is 74%.

Thanks again for your help!!

Thanks



**Debbie Streeter**  408.536.4768 (tel)      345 Park Avenue
Sr. Director, Total Rewards  408.410.5890 (cell)     San Jose, CA, 95110
Adobe Systems  streeter@adobe.com      www.adobe.com

If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.



2800.1

ADOBE_068264
Confidential - Attorneys' Eyes Only

# Adobe Peers

CONFIDENTIAL – ATTORNEYS EYES ONLY

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

ADOBE_068265



2800.3

ADOBE_068266