# EXHIBIT 2812

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**From:** Debbie Streeter
**Sent:** Wednesday, January 07, 2009 11:42 PM
**To:** 'Grenier, Jim'
**Subject:** RE: Adobe versus Intuit Equity

Ok- I will speak to you then

Debbie Streeter
Sr. Director, Total Rewards
408.536.4768 phone
408.537.4010 fax
streeter@adobe.com

**If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.**

**From:** Grenier, Jim [mailto:Jim_Grenier@intuit.com]
**Sent:** Wednesday, January 07, 2009 11:41 PM
**To:** Debbie Streeter
**Subject:** RE: Adobe versus Intuit Equity

Great, I'll shoot for 4

**From:** Debbie Streeter [mailto:streeter@adobe.com]
**Sent:** Tuesday, January 06, 2009 8:51 PM
**To:** Grenier, Jim
**Subject:** Re: Adobe versus Intuit Equity

Later in the afternoon- maybe 4?

**From:** Grenier, Jim
**To:** Debbie Streeter
**Sent:** Tue Jan 06 20:22:36 2009
**Subject:** RE: Adobe versus Intuit Equity

Ok, sounds good...what time can we connect on Friday?

**From:** Debbie Streeter [mailto:streeter@adobe.com]
**Sent:** Monday, January 05, 2009 6:33 PM
**To:** Grenier, Jim
**Subject:** RE: Adobe versus Intuit Equity

Hi Jim!

This week we are preparing for our board meeting on Friday which will be when we finalize our equity strategy. It might be good to call me after that meeting since things are changing by the minute here. My cell number is ███
Feel free to give me a call anytime to compare note!

I can answer the below with what I know today ☺


EXHIBIT 2812
WIT: Streeter
DATE: 4.5.2013
ANNE TORREANO, CSR #10520

2812.1

ADOBE_059513
Confidential

Thanks

Debbie Streeter
Sr. Director, Total Rewards
408.536.4768 phone
408.537.4010 fax
streeter@adobe.com

**If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.**

---

**From:** Grenier, Jim [mailto:Jim_Grenier@intuit.com]
**Sent:** Monday, January 05, 2009 6:08 PM
**To:** Debbie Streeter
**Subject:** Adobe versus Intuit Equity

Hi Debbie,
Wow, I didn't realize you're now at Adobe. How long has it been? Hope it's going well.

Apparently, our respective CEOs attend the same CEO round table or forum, and the last mtg included a topic regarding "Who's doing what re underwater options and retention…and why." So, I'm trying to connect the dots based on what our CEO told me, as we prepare for our own action and the upcoming board meeting here this month.

Do you have any time this week to quickly chat about these questions and exchange **confidential** info:
1) I understand you're accelerating a grant to Adobe employees…true? He seemed to say that your usual grant occurred in later in the year but that you were moving it up to now. We are not accelerating our grant date. We always grant on 1/26 and we are going to continue to grant only on the 26th - this is not something we are even considering
2) Is it to most/all employees? How distributed? We will grant to 50% of our employees this year and continue to grant to 100% of new hires
3) Are you implementing new guidelines based on value, or using a smaller value grant but similar # of options or units- this is still up in the air and we should know more on Friday as to if the ECC will approve our approach
4) New vesting approach? No
5) Options or RSUs? We grant 50% Options and 50% performance shares for Sr Director and above. 50% options and 50% time based RSU to Directors and 100% time based RSUs below the Director levels. We are having some discussions about maybe changing the mix but we will know more about the ECC tolerance for a mix change after Friday
6) What's your burn rate for last year versus what's the impact of this action for this year? Our gross burn rate was 2.7 and what we are proposing will bring us up to 3.5-3.7
7) Does anything req shareholder approval? No

Thanks!
Jim
PS – Say hi to Jung for us.

**Jim Grenier | VP-Rewards, Workplace & HR Global Shared Services**

Intuit Inc. - Mountain View, CA | Direct: 650-944-3216 | Fax: 650-944-5388 | jim_grenier@intuit.com

This message is for the designated recipient(s) only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient, please do not read, copy, and use or disclose this communication to others. Please notify the sender immediately and delete it from your system.

2 8122

ADOBE_059514
Confidential

**From:** Jerry Sastri [mailto:jsastri@adobe.com]
**Sent:** Monday, January 05, 2009 3:06 PM
**To:** Grenier, Jim
**Subject:** RE: Introduction

Hi Jim,

Happy New Year. You can connect with Debbie Streeter streeter@adobe.com who heads up this org.

Cheers,

Jerry

---

**From:** Grenier, Jim [mailto:Jim_Grenier@intuit.com]
**Sent:** Friday, December 19, 2008 7:15 PM
**To:** Jerry Sastri
**Subject:** RE: Introduction

Thanks, Jerry

Also, what about my question re Adobe comp/equity...I need to translate the CEO-speak between our respective CEOs soon...? Appreciate it.

Enjoy the holiday,
Jim

**Jim Grenier | VP, HR ~ Rewards & Workplace|** Intuit, Inc. - Mountain View, CA | Direct: 650-944-3216 | Fax: 650-944-5388 | jim_grenier@intuit.com

**This message is for the designated recipient(s) only and may contain privileged, proprietary, or otherwise confidential information. If you are not the intended recipient, please do not read, copy, and use or disclose this communication to others. Please notify the sender immediately and delete it from your system.**

 Please consider the environment before printing this email.

---

**From:** Jerry Sastri [mailto:jsastri@adobe.com]
**Sent:** Friday, December 19, 2008 7:05 PM
**To:** Grenier, Jim
**Cc:** pendy1sr@gmail.com
**Subject:** Introduction

Hi Jim,

Hope all is well. I'm copying "Pendy" (Sreenath Pendyala). Pendy was over at HP as VP/GM for a $1b business. As I mentioned I was hoping to network him with you. I'm sure you'll know a number of folks to connect him to.

Pendy – Jim is a senior executive over at Intuit and very well connected in the industry.

I'll leave it in your hands from here.

Thanks,

2812.3

ADOBE_059515
Confidential

Jerry

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**This e-mail may contain confidential information. If you are not the intended recipient (or have received this e-mail in error) please notify the sender immediately and destroy this e-mail. Any unauthorized copying, disclosure or distribution of the material in this e-mail is strictly forbidden.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

2812.4

ADOBE_059516
Confidential