# EXHIBIT 2825

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Donna Morris |
| **Sent:** | Thursday, November 19, 2009 12:06 PM |
| **To:** | Debbie Streeter; Rosemary Arriada-Keiper; Karen Doris-Hampton; Jennifer Pasqualini |
| **Cc:** | Donna Morris |
| **Subject:** | salary matrix |

Team — met with Shantanu on the salary matrix — shared with him concern of the budget movement and how the fixed budget has now declined, OMTR budgeted 3.5% and the impact this has had in terms of the overall matrix development.  Shantanu shared that while we are "out of the gate" as always he is hearing from his CEO friends that they are budgeting base salary increases but more in the range of 3 – 4%.

Here is where we both came out:
- we want to ensure we are competitive
- ■■■■■■■■■■■■■■■■■■■■■■■■
- ■■■■■■■■■■■■■■■■■■■■■■■■■■■■

You are all much closer to the data — we need to be firm on what matrices these are and what the cost would be — and I am sure you will all have the recommendation.

I set the expectation that we would have TWO recommendations – ■■■■■■■■■■■■■■■■■■

Questions??



EXHIBIT 2825
WIT: Streeter
DATE: 4.5.2013
ANNE TORREANO, CSR #10520

ADOBE_019192
Confidential - Attorneys' Eyes Only