# EXHIBIT A

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE:  HIGH-TECH EMPLOYEE      )

ANTITRUST LITIGATION            )

                                )    No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:       )

ALL ACTIONS.                    )

_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEO DEPOSITION OF BRUCE CHIZEN


MARCH 15, 2013


Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

| | | |
|---|---|---|
| 09:25:09 | 1 | given up the CEO and president's jobs. |
| 09:25:12 | 2 | A.   That's correct. |
| 09:25:20 | 3 | Q.   So after May of 2008, did you -- did you or |
| 09:25:24 | 4 | have you done any work for Adobe? |
| 09:25:26 | 5 | A.   No. |
| 09:25:34 | 6 | Q.   How long did you work for Bill Campbell? |
| 09:25:36 | 7 | A.   I worked for Mr. Campbell from -- are you |
| 09:25:41 | 8 | asking directly or within his organization? |
| 09:25:44 | 9 | Q.   Well, I -- fair enough. |
| 09:25:47 | 10 | How -- where -- at what company did you and |
| 09:25:52 | 11 | Mr. Campbell work together? |
| 09:25:53 | 12 | A.   Claris Corporation. |
| 09:25:55 | 13 | Q.   And at that time was Mr. Campbell CEO of the |
| 09:25:58 | 14 | company? |
| 09:25:58 | 15 | A.   Yes. |
| 09:25:58 | 16 | Q.   And how long did you work for Claris? |
| 09:26:00 | 17 | A.   From -- these are approximate dates. |
| 09:26:04 | 18 | Q.   Right. |
| 09:26:04 | 19 | A.   The fall of 1987 until 19- -- until February of |
| 09:26:13 | 20 | 1994.  I believe Mr. Campbell left either 1990 or '91. |
| 09:26:19 | 21 | So it would have been three to four years. |
| 09:26:21 | 22 | Q.   And was there a point in time when you worked |
| 09:26:23 | 23 | directly for Mr. Campbell? |
| 09:26:25 | 24 | A.   There was a short period of time prior to him |
| 09:26:27 | 25 | leaving where I worked directly for Mr. Campbell. |

| | | |
|---|---|---|
| 09:26:30 | 1 | Q.   Do you still see Bill Campbell? |
| 09:26:32 | 2 | A.   I still stay in touch with Mr. Campbell. |
| 09:26:35 | 3 | Q.   Would you say he's a friend of yours? |
| 09:26:40 | 4 | A.   It's -- it's hard to define the word "friend." |

09:26:45 5   He's somebody I respect.  He's somebody who has helped

09:26:49 6   build my career.  He has been a great mentor and I try to

09:26:53 7   stay in touch with him.  Do I celebrate birthdays with

09:26:56 8   him?  Typically not.  Do I go on vacation with him and

09:27:00 9   his partner?  No.  Do I go out with, do I see him 10

09:27:07 10   times or 12 times a year?  No.

09:27:09 11       So, you know, it all depends on definition of

09:27:12 12   "friend."  But do I see him once or twice a year?  Yes.

09:27:18 13   Do I have an occasion drink with him?  Yes.  Well, there

09:27:23 14   would be a quick email exchange on some -- some business

09:27:26 15   issue.  Yes.

09:27:28 16      Q.   Were you in more regular contact with

09:27:30 17   Mr. Campbell when you were working for Adobe?

09:27:38 18      A.   Perhaps, but I'm not sure.  It was never to the

09:27:41 19   degree in which I just defined "friend," 10, 12 times a

09:27:47 20   year and all that.

09:27:49 21      Q.   Did -- so you came to Adobe as part of the

09:28:29 22   acquisition or merger between Adobe and Aldus?

09:28:33 23      A.   Aldus, yes.

09:28:35 24      Q.   Okay.  And when you became the CEO in 2000, did

09:28:42 25   you take that job over from Mr. Warnock?

| | | |
|---|---|---|
| 09:28:46 | 1 | A.   From Dr. Warnock, yes. |
| 09:28:49 | 2 | Q.   And, again, just so we're clear, when we're |
| 09:28:53 | 3 | saying Dr. Warnock, we're referring to John Warnock? |
| 09:28:58 | 4 | A.   Yes. |
| 09:28:58 | 5 | Q.   Who was one of the founders of the company? |
| 09:29:00 | 6 | A.   Yes. |
| 09:29:06 | 7 | Q.   When you took over as CEO, what was |
| 09:29:08 | 8 | Mr. Geschke's job? |
| 09:29:11 | 9 | A.   He had retired. |
| 09:29:12 | 10 | Q.   Okay. |
| 09:29:13 | 11 | A.   And he was co-chair of the board. |
| 09:29:16 | 12 | Q.   And when you took over the CEO job -- |
| 09:29:19 | 13 | A.   Let me restate that.  He -- there were two |
| 09:29:21 | 14 | chairs.  I used the title co-chair.  He was chair. |
| 09:29:26 | 15 | Q.   So when you took over as the CEO, Mr. Geschke |
| 09:29:29 | 16 | and Dr. Warnock were the co-chairs of the Adobe board? |
| 09:29:32 | 17 | A.   They were the chairs of the Adobe board, |
| 09:29:35 | 18 | technically. |
| 09:29:36 | 19 | Q.   Did they continue to serve in that role or job |
| 09:29:38 | 20 | throughout the entirety of the period of time that you |
| 09:29:40 | 21 | were the CEO of Adobe? |
| 09:29:42 | 22 | A.   Yes. |
| 09:30:12 | 23 | MR. SAVERI:  I need some exhibit tabs. |
| 09:30:14 | 24 | (Exhibit 1800 was marked for identification.) |
| | 25 | // |

09:52:56 1      I do remember focusing on the two objectives I

09:53:02 2  had in mind, which I suspect at that time was making sure

09:53:07 3  that I didn't confuse the customer at the same time I

09:53:10 4  made sure that the Department of Justice got the right

09:53:13 5  message.

09:53:14 6  BY MR. SAVERI:

09:53:14 7      Q.   Now, did you believe, though, at the time that

09:53:25 8  Apple and Adobe were competitors?

09:53:36 9      A.   In 2005 we were more collaborators than we were

09:53:45 10 competitors.  We competed in niche areas of our product

09:53:51 11 lines.  I always believed that Apple could potentially be

09:53:58 12 a very big threat to Adobe, either by alienating us, not

09:54:07 13 giving us what we needed to optimize our products for

09:54:10 14 their architecture, their software, their hardware; or

09:54:15 15 competing aggressively against us.  I always believed

09:54:18 16 that and was always concerned about that.

09:54:20 17      If you looked at the facts at the time, I

09:54:23 18 believe the areas in which we competed were few -- few

09:54:28 19 areas and not really material.

09:54:30 20      However, because we were undergoing the

09:54:34 21 discovery of the Department of Justice, I wanted to make

09:54:37 22 sure they understood not only the potential threat that

09:54:40 23 Apple would -- could be, but also the areas in which they

09:54:44 24 were already a threat even though they were relatively

09:54:49 25 immaterial, I believe, at the time.

| | | |
|---|---|---|
| 09:54:50 | 1 | Q.    Well, so I -- I guess I'm trying to -- to focus |
| 09:54:54 | 2 | in and get your best recollection. |
| 09:54:59 | 3 |        At the time -- well -- |
| 09:55:01 | 4 | A.    And -- and I'll add, if you go back and look at |
| 09:55:04 | 5 | our SEC filings at the time, we always talked about Apple |
| 09:55:09 | 6 | and the point -- some of the point products being |
| 09:55:11 | 7 | competitive. |
| 09:55:12 | 8 | Q.    So is it fair to say that at -- well, let me |
| 09:55:16 | 9 | just ask the question. |
| 09:55:17 | 10 |        This article -- this interview was given in |
| 09:55:19 | 11 | about -- in April of 2005. |
| 09:55:21 | 12 | A.    That's right before we received approval from |
| 09:55:24 | 13 | the Department of Justice. |
| 09:55:26 | 14 | Q.    Was there friction in the Apple/Adobe |
| 09:55:30 | 15 | relationship at that time? |
| 09:55:31 | 16 | A.    There was always -- for as long as I was CEO, |
| 09:55:35 | 17 | there was always friction between Apple and Adobe. |
| 09:55:40 | 18 | Q.    Were you the CEO when Warnock and Jobs and Bill |
| 09:55:51 | 19 | Gates were all on the stage together at the Seybold |
| 09:55:55 | 20 | conference? |
| 09:55:56 | 21 | A.    I was not at Aldus or Adobe.  I was not with |
| 09:56:02 | 22 | the company at that point in time. |
| 09:56:03 | 23 | Q.    Do you remember that event? |
| 09:56:04 | 24 | A.    No. |
| 09:56:06 | 25 | Q.    Now, at this time, and by "this time," April |

| | | |
|---|---|---|
| 09:56:11 | 1 | 2005, did you view Microsoft as a competitor of Adobe? |
| 09:56:16 | 2 | A.   Yes. |
| 09:56:17 | 3 | Q.   And -- |
| 09:56:18 | 4 | A.   As well as a partner. |
| 09:56:24 | 5 | Q.   Okay.  Did -- in -- in what way was Microsoft a |
| 09:56:30 | 6 | competitor at this time? |
| 09:56:35 | 7 | A.   They -- I'm not sure of the time frame, but |
| 09:56:42 | 8 | they were competing around that time frame aggressively |
| 09:56:48 | 9 | in a digital imaging space against products in the |
| 09:56:54 | 10 | category of Adobe Photoshop, which was a major revenue |
| 09:57:00 | 11 | contributor. |
| 09:57:01 | 12 | They were also working on ways to undermine our |
| 09:57:05 | 13 | Acrobat business and our PDF franchise, which was a |
| 09:57:12 | 14 | significant revenue contributor to Adobe. |
| 09:57:17 | 15 | And there were a number of other areas. |
| 09:57:20 | 16 | They were much more of a competitor than |
| 09:57:25 | 17 | somebody like Apple.  At the same time, we needed to |
| 09:57:30 | 18 | collaborate with them because we wanted to optimize our |
| 09:57:33 | 19 | software for their operating system, for Microsoft |
| 09:57:36 | 20 | Windows. |
| 09:57:40 | 21 | Q.   Well, in 2005, at this time in 2005, did Adobe |
| 09:57:47 | 22 | and Microsoft collaborate on a number of products? |
| 09:57:54 | 23 | A.   I'm -- I would assume so, because we had no |
| 09:57:58 | 24 | choice, since our products worked on Microsoft Windows. |
| 09:58:02 | 25 | Also somewhere around that time frame I was |

| | |
|---|---|
| 10:53:46 1 | Q.    Did you trust him personally? |
| 10:53:56 2 | A.    In regards to what? |
| 10:53:58 3 | Q.    Well, when did you first meet Steve Jobs? |
| 10:54:03 4 | A.    My first interaction with Steve Jobs is when he |
| 10:54:07 5 | first came back to Apple, and I was still -- I was off |
| 10:54:12 6 | running the graphics business, so it must have been in |
| 10:54:16 7 | mid-19 -- late '90s. |
| 10:54:19 8 | Q.    So when you first met Jobs, were you working |
| 10:54:21 9 | for Adobe? |
| 10:54:22 10 | A.    I was working for Adobe, yes. |
| 10:54:24 11 | Q.    And when you first met Mr. Jobs, was Mr. Jobs |
| 10:54:27 12 | working for Apple? |
| 10:54:28 13 | A.    Yeah.  Let me -- let me correct one thing.  I |
| 10:54:30 14 | worked at Microsoft in the years of 1983 to 1987, and I |
| 10:54:35 15 | might have had an interaction with Mr. Jobs.  But I |
| 10:54:38 16 | certainly don't remember it specifically, and he |
| 10:54:41 17 | certainly wouldn't have remembered me. |
| 10:54:44 18 | Q.    So the first time you -- you remember meeting |
| 10:54:48 19 | Mr. Jobs was at a time that you were at Adobe. |
| 10:54:50 20 | A.    Yes. |
| 10:54:51 21 | Q.    And Mr. Jobs was -- |
| 10:54:53 22 | A.    Again, I -- I -- I was -- somewhere between |
| 10:54:56 23 | 1983 and 1987 I was at a press conference with Mr. Gates |
| 10:55:00 24 | and Mr. Jobs, and somebody might have introduced me to |
| 10:55:03 25 | Mr. Jobs, but I don't specifically -- but I did see him |

10:55:06  1   and I was in the same room with him.

10:55:08  2        Q.   And I was just trying to figure out, I think

10:55:10  3   you said that you -- when you first met Mr. Jobs in kind

10:55:14  4   of a significant way you were working at Adobe?

10:55:16  5        A.   Yes.

10:55:17  6        Q.   And he had returned to Apple.

10:55:18  7        A.   Yes.

10:55:19  8        Q.   So had he -- was Bill Amelio still running

10:55:23  9   Apple, or had he left?

10:55:25 10        A.   He had left.

10:55:26 11        Q.   So that just kind of helps me place it.

10:55:30 12             How many -- from that point in time did you

10:55:34 13   regularly communicate with Steve Jobs?

10:55:36 14        A.   No.  My communication with Steve Jobs didn't

10:55:39 15   start occurring until Dr. Geschke resigned as president,

10:55:43 16   which was approximately 2000.

10:55:46 17        Q.   From that point forward, though, did you speak

10:55:48 18   or communicate with Mr. Jobs on a regular basis?

10:55:51 19        A.   Yes, more so when I took over as CEO in later

10:55:54 20   2000.

10:55:55 21        Q.   Did you like him?

10:55:58 22        A.   I respected him.

10:55:59 23        Q.   Okay.  Did you like him?

10:56:03 24        A.   It didn't make a difference.

10:56:07 25        Q.   Did you think he was a tough businessman?

| | | |
|---|---|---|
| 10:56:11 | 1 | A.   Absolutely. |
| 10:56:12 | 2 | Q.   Did you think he was ruthless? |
| 10:56:14 | 3 | A.   Absolutely. |
| 10:56:16 | 4 | Q.   Do you think he was honest when he spoke to |
| 10:56:18 | 5 | you? |
| 10:56:35 | 6 | A.   Sometimes. |
| 10:56:36 | 7 | Q.   Sometimes not? |
| 10:56:37 | 8 | A.   Sometimes not. |
| 10:57:04 | 9 | Q.   Did you ever talk to Dr. Warnock about Steve |
| 10:57:07 | 10 | Jobs? |
| 10:57:08 | 11 | A.   Yes. |
| 10:57:09 | 12 | Q.   Did Dr. Warnock share your views of Mr. Jobs? |
| 10:57:17 | 13 | Do you know? |
| 10:57:21 | 14 | A.   I don't think so. |
| 10:57:23 | 15 | Q.   Okay.  In what way?  How were they -- excuse |
| 10:57:26 | 16 | me.  Let me ask a better question. |
| 10:57:28 | 17 | How were Dr. Warnock's views of Steve Jobs |
| 10:57:33 | 18 | different than yours? |
| 10:57:34 | 19 | MR. MITTELSTAEDT:  Objection to form. |
| 10:57:35 | 20 | THE WITNESS:  I can't -- I don't want to -- am |
| 10:57:36 | 21 | unable to tell you how Dr. Warnock thinks about Steve |
| 10:57:42 | 22 | Jobs.  I think Dr. Warnock is in the best position to do |
| 10:57:45 | 23 | that. |
| 10:57:45 | 24 | MR. SAVERI:  Fair enough. |
| 10:57:46 | 25 | Q.   Did he ever tell you he thought Steve Jobs was |

| | | |
|---|---|---|
| 11:16:29 | 1 | that he was displeased? |
| 11:16:31 | 2 | A.   Yes. |
| 11:16:42 | 3 | Q.   Did you understand that at some point in time |
| 11:16:43 | 4 | Steve Jobs came to believe that Adobe was not a partner |
| 11:16:46 | 5 | of Apple's? |
| 11:16:48 | 6 | MR. MITTELSTAEDT:  Object to form. |
| 11:16:49 | 7 | THE WITNESS:  I don't know what Steve believed |
| 11:16:51 | 8 | or didn't believe. |
| 11:16:52 | 9 | BY MR. SAVERI: |
| 11:16:53 | 10 | Q.   Did he ever express that to you?  That is that |
| 11:16:56 | 11 | he had come to the conclusion that Adobe was no longer a |
| 11:17:01 | 12 | partner of -- |
| 11:17:02 | 13 | A.   No. |
| 11:17:03 | 14 | Q.   -- of Apple's? |
| 11:17:04 | 15 | A.   Not that I recall, no. |
| 11:17:17 | 16 | Q.   Can you recall or identify a decision that you |
| 11:17:19 | 17 | made as CEO of Adobe that caused the most friction |
| 11:17:24 | 18 | between the two companies? |
| 11:17:27 | 19 | A.   I can recall a number of decisions I made.  I |
| 11:17:29 | 20 | don't know which one was the most decisive. |
| 11:17:34 | 21 | Q.   Can you describe those for me, please. |
| 11:17:36 | 22 | A.   One was the decision to optimize for OS X |
| 11:17:47 | 23 | around our product LiveCycle, so in conjunction with |
| 11:17:54 | 24 | product feature additions, as opposed to just doing OS X |
| 11:17:59 | 25 | only -- |

11:17:59  1        Q.    Right.

11:17:59  2        A.    -- additions.  Steve was not happy with that.

11:18:10  3              Steve showed me some prototypes of a Macintosh

11:18:15  4    computer on the Intel architecture before they were

11:18:19  5    publicly announced, and we had just gotten done

11:18:23  6    completing our OS X initiatives, which were painful and

11:18:27  7    hard, and it would have been a lot of work to now port

11:18:30  8    them to an Intel architecture, and I told him that, and

11:18:33  9    he didn't like that.

11:18:35 10        Q.    Okay.

11:18:36 11        A.    Those are two examples of things that he didn't

11:18:38 12    like.  He didn't like that the products on Windows looked

11:18:45 13    and felt like the products on Macintosh, thereby not

11:18:52 14    differentiating the two platforms, which was upsetting to

11:18:56 15    him.

11:18:57 16        Q.    Anything else that you would identify as

11:18:59 17    particular decisions that you made that --

11:19:02 18        A.    There would be product features that we

11:19:04 19    weren't -- I don't recall which one, because the list

11:19:07 20    would go on and on -- that we were implementing that

11:19:11 21    didn't take full advantage of the unique capabilities of

11:19:16 22    his hardware and software.

11:19:26 23        Q.    When -- when Steve Jobs was displeased with any

11:19:31 24    of these decisions that you made, how did he express that

11:19:33 25    to you?

11:19:36  1      A.   It's hard for me to tell whether he expressed

11:19:39  2   all his displeasure on each of my decisions, but many of

11:19:43  3   his -- many of the decisions that I made he would

11:19:47  4   typically pick up the phone and start screaming at me.

11:19:51  5      Q.   Okay.  So he had -- he had your cell phone

11:19:55  6   number?

11:19:55  7      A.   He probably had my cell phone number.  He

11:19:58  8   definitely had my home number.  And he had my office

11:20:01  9   number.

11:20:01 10      Q.   So he would call you from time to time and

11:20:04 11   express his displeasure in -- in no uncertain terms; is

11:20:08 12   that fair?

11:20:09 13      A.   That is very fair.

11:20:10 14      Q.   Would he also -- did he also send you emails,

11:20:12 15   too, sometimes?

11:20:18 16      A.   On the bigger issues he typically picked up on

11:20:21 17   the phone.  On the ones that were just slightly annoying,

11:20:24 18   he'd send me an email.  He was much more effective on the

11:20:29 19   phone.

11:20:35 20      Q.   During the time that you were CEO, do you think

11:20:38 21   that the relationship between the two companies, that is

11:20:40 22   Adobe and Apple, got worse?

11:20:42 23      A.   Yes.

11:20:42 24      Q.   Were there particular points in time or

11:20:44 25   milestones in that arc where you -- where you think the

11:20:51  1    relationship did get significantly worse?

11:20:55  2         A.    Yeah, again, I'm recalling, so I -- you know,

11:21:00  3    my timetables could be off.  I might miss some events.

11:21:06  4              Certainly when he introduced -- again, I think

11:21:09  5    it was Final Cut, which was the video editing solution,

11:21:13  6    he had purchased that solution from Macromedia, this is

11:21:17  7    way before we acquired them, and he told me that he was

11:21:19  8    purchasing it at the time to go into the consumer market,

11:21:24  9    and he ended up going into the professional market.

11:21:27 10         Q.    Right.

11:21:27 11         A.    So that -- that was a disturbing situation, and

11:21:33 12    we discussed it, and he said, yeah, we had to change our

11:21:37 13    direction because of a whole bunch of reasons, which I

11:21:41 14    clearly understood.  That doesn't mean I liked it.

11:21:47 15              The not getting to OS X as quickly as he wanted

11:21:52 16    us to across the product line was painful for the

11:21:58 17    relationship from his perspective.

11:22:04 18              Him launching Aperture, which was a digital

11:22:09 19    imaging product, which did compete direct -- didn't

11:22:14 20    compete directly with Adobe Photoshop, but we thought it

11:22:19 21    infringed on our franchise and hurt our partnership.

11:22:23 22              Those are the ones that stood out for me while

11:22:25 23    I was there.

11:22:27 24         Q.    Did he pick up the phone and call you about all

11:22:29 25    of those things?

Deposition of Bruce Chizen                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:22:33  1      A.    OS X, yes; Final Cut, that was me calling him.

11:22:41  2      Q.    Okay.

11:22:43  3      A.    And then Aperture, I think he called me to tell

11:22:46  4    me that he was introducing the product, and it didn't

11:22:50  5    compete.

11:22:52  6      Q.    So when he called you, and you had these

11:22:58  7    spirited discussions, do you think he was angry from time

11:23:04  8    to time?

11:23:05  9      A.    I -- I don't know.  I have no way of knowing

11:23:10 10    what his feelings were.  I believed that everything that

11:23:15 11    Steve did was in the best interest of Apple computer, as

11:23:24 12    I believe that everything that I did was in the best

11:23:26 13    interest of Adobe Systems.  And that was the way I

11:23:29 14    approached Steve Jobs.

11:23:31 15          So I don't know whether he was angry, whether

11:23:34 16    he was sad, whether he liked me, whether he disliked me,

11:23:37 17    nor did it matter.

11:23:38 18      Q.    Well, did he ever tell you that he thought you

11:23:40 19    had been untruthful to him?

11:23:45 20      A.    I -- I don't recall.

11:23:46 21      Q.    Did he ever tell you that he thought you were a

11:23:48 22    liar?

11:23:50 23      A.    I don't recall him ever telling -- I suspect he

11:23:53 24    would have liked to tell me that, but I don't think he

11:23:57 25    ever said that.

| | | |
|---|---|---|
| 11:23:59 | 1 | Q.   Okay. |
| 11:23:59 | 2 | A.   At least I don't recall it. |
| 11:24:01 | 3 | Q.   And do you recall if he ever said he couldn't |
| 11:24:03 | 4 | trust you anymore? |
| 11:24:05 | 5 | A.   I don't recall him saying that. |
| 11:24:06 | 6 | Q.   Okay.  Let me just go back for a second. |
| 11:24:13 | 7 | When you talk -- I asked you some questions |
| 11:24:15 | 8 | about companies that -- that Adobe collaborated with. |
| 11:24:20 | 9 | Prior to the acquisition of Macromedia, did you view |
| 11:24:25 | 10 | Macromedia as a company that Adobe collaborated with? |
| 11:24:30 | 11 | A.   No. |
| 11:24:31 | 12 | Q.   Was there -- prior to the acquisition of |
| 11:24:34 | 13 | Macromedia by Adobe, was there a business relationship |
| 11:24:38 | 14 | between the two companies, licensing, products, |
| 11:24:43 | 15 | development agreements, that sort of thing? |
| 11:24:45 | 16 | A.   If there was, it was because we had no choice, |
| 11:24:47 | 17 | but we were busy suing each other in the courts. |
| 11:24:51 | 18 | Q.   Right.  Okay.  Let me switch subjects a little |
| 11:26:19 | 19 | bit.  During the time that you were the CEO of Adobe, how |
| 11:26:22 | 20 | many people worked for Adobe? |
| 11:26:25 | 21 | A.   ████████████████████████████████████████ |
| ████ | | ████████████████████████████████████████ |
| 11:26:32 | 23 | Q.   How many physical locations did Adobe operate |
| 11:26:35 | 24 | in? |
| 11:26:38 | 25 | A.   I -- I don't recall. |

| | | |
|---|---|---|
| 11:26:40 | 1 | Q.   Well, were there several? |
| 11:26:41 | 2 | A.   Yes. |
| 11:26:44 | 3 | Q.   Did Adobe operate across -- across the world? |
| 11:26:48 | 4 | A.   Yes. |
| 11:26:53 | 5 | Q.   Can you tell me how significant were labor |
| 11:26:59 | 6 | costs for Adobe? |
| 11:27:02 | 7 | A.   Very significant. |
| 11:27:03 | 8 | Q.   Is there some metric you -- we could use to |
| 11:27:06 | 9 | talk about that in terms of the budget? |
| 11:27:08 | 10 | A.   I don't -- I don't -- I don't have specific |
| 11:27:12 | 11 | data that I can recall.  It's certainly a -- probably |
| 11:27:18 | 12 | available through some of the SEC filings.  I just don't |
| 11:27:21 | 13 | know. |
| 11:27:22 | 14 | Q.   But would you agree with me that labor costs |
| 11:27:24 | 15 | were a significant part of Adobe's costs? |
| 11:27:28 | 16 | A.   Yes. |
| 11:27:30 | 17 | Q.   Can you identify any -- any item of cost that |
| 11:27:34 | 18 | was more significant at Adobe? |
| 11:27:40 | 19 | A.   Not off the top of my head. |
| 11:27:44 | 20 | Q.   So as you sit here today, can you give me any |
| 11:27:46 | 21 | sense of what percentage of Adobe's costs were labor |
| 11:27:49 | 22 | costs?  It is a long time ago. |
| 11:27:52 | 23 | A.   A long time ago, I forgot that P&L. |
| 11:27:55 | 24 | Q.   Congratulations. |
| 11:27:56 | 25 | When you were the CEO, though, did you see that |

```
11:27:59  1   kind of information?
11:28:00  2       A.   Yes.
11:28:05  3       Q.   As the CEO, did you have responsibility for
11:28:08  4   setting a budget for labor costs?
11:28:13  5       A.   The way we did budgeting at Adobe was more on
11:28:17  6   the departmental side, so the -- the labor costs were the
11:28:24  7   result of how we allocated the expenditures.  So I didn't
11:28:28  8   specifically say, let's allocate X percent towards labor
11:28:32  9   or towards personnel.
11:28:34 10       It was the aggregate of that that I would look
11:28:36 11   at after the business planning was done.
11:28:39 12       Q.   So could you give me -- could you describe for
11:28:41 13   me what your regular role was as CEO with respect to
11:28:46 14   setting compensation levels at Adobe.
11:28:49 15       A.   Yes.  I set the compensation philosophy of the
11:28:53 16   company.  I had to approve and wanted to approve the
11:28:58 17   total merit increases.  I would review at a certain level
11:29:04 18   the merit increases by function and by title.  I would
11:29:10 19   look at the external data to make sure that we were
11:29:16 20   staying within our compensation philosophy.
```

11:29:44  2        Q.    When you say a range, what do you mean?

11:29:46  3        A.    For every position, we would have a salary

11:29:50  4   range.  So depending on a person's individual experience,

11:29:58  5   their role and responsibility, the job would pay

11:30:02  6   externally between X and Y according to the data we had,

11:30:06  7   and we said philosophically we wanted to pay within the X

11:30:11  8   percent and the Y percent of that range.

11:30:14  9        Q.    Right.

11:30:14 10        A.    ████████████████████████████████████

████████████████████████████████████████ There were always

11:30:21 12   exceptions.  Acquisitions, people who had incredible

11:30:27 13   talent that were really providing a bigger role than

11:30:30 14   their title did, so there were always exceptions.  But

11:30:33 15   for the most part, I took responsibility philosophically

11:30:40 16   to comply to what I believed to be the right thing to do.

11:30:44 17        Q.    Was everybody who worked at Adobe assigned a

11:30:47 18   job title?

11:30:50 19        A.    I think so.

11:30:51 20        Q.    And was every -- so was everybody at Adobe

11:31:00 21   assigned or put into a job title with which a salary

11:31:05 22   range was associated?

11:31:07 23        A.    I think so.  But the details for how that

11:31:13 24   philosophy got executed, I don't know the tactical

11:31:17 25   systems around it.

| | | |
|---|---|---|
| 11:31:18 | 1 | Q.   Well, and I'm just trying to find out what your |
| 11:31:20 | 2 | involvement is in this structure and this system.  Do |
| 11:31:23 | 3 | you -- did you have any role in, using your kind of |
| 11:31:26 | 4 | terminology, in setting the X and the Y of a salary |
| 11:31:29 | 5 | range? |
| 11:31:30 | 6 | A.   Yes. |
| 11:31:31 | 7 | Q.   And what was your role? |
| 11:31:32 | 8 | A.   At a -- at a functional -- as a company-wide, |
| 11:31:38 | 9 | we would say, for specific functions we wanted to pay |
| 11:31:41 | 10 | within this range.  For other functions, we were willing |
| 11:31:44 | 11 | to go within a different range depending on the function |
| 11:31:47 | 12 | of the job.  I would not get involved in the details of |
| 11:31:52 | 13 | an individual's salary unless -- two reasons:  They were |
| 11:31:58 | 14 | a certain level and above, some -- what we -- I think it |
| 11:32:04 | 15 | was either director or senior director.  I forget the |
| 11:32:07 | 16 | titles at the time. ██████████████████████████ |

██████████     ████████████████████████████████████

██████████     ████████████████████

| | | |
|---|---|---|
| 11:32:17 | 19 | Q.   Were the ranges set based in part on market |
| 11:32:20 | 20 | metrics or -- or market surveys? |
| 11:32:23 | 21 | A.   We -- we relied heavily on external data.  So |
| 11:32:26 | 22 | it -- I don't -- I don't know which ones, but Radford |
| 11:32:29 | 23 | would be an example of that, the Radford data. |
| 11:32:32 | 24 | Q.   Did you yourself review or were you presented |
| 11:32:34 | 25 | Radford surveys as part of your review of the |

11:32:37   1    compensation?

11:32:38   2         A.   At a summary level.

11:32:39   3         Q.   Okay.  And were there particular market targets

11:32:45   4    that Adobe used as benchmarks or guidelines for setting

11:32:49   5    salary ranges?

11:32:51   6         A.   Yes.

11:32:51   7         Q.   And what were they?

11:32:53   8         A.   I don't know specifics, but they tended to be

11:32:56   9    software, high-tech, those that were geographically

11:33:03  10    similar to wherever the position existed.

11:33:06  11         Q.   And would -- was it your practice or your

11:33:09  12    philosophy to set those salary ranges at a certain

11:33:14  13    percentage or at a certain level based on what your --

11:33:17  14    what Adobe understood the market to be, based on Radford

11:33:21  15    data or other information?

11:33:23  16         A.   Yeah, if I understand your question, correctly,

11:33:25  17    yes.

11:33:26  18         Q.   Okay.  The -- and so from time to time did the

11:33:32  19    X and Y of a salary range change?

11:33:35  20         A.   Yes.  So depending on the market data -- and --

11:33:39  21    typically, it would be reviewed once a year during

11:33:42  22    planning process.

11:33:43  23         Q.   And would you have a role in -- or did you

11:33:45  24    approve that on a regular basis?

11:33:49  25              Let me ask a better question.

11:33:51  1            Was it part of your job to approve changes to

11:33:54  2  those salary ranges?

11:33:57  3       A.   No.  I would approve the annual merit

11:34:00  4  increases.  I would review the bonuses paid out to the

11:34:06  5  top percentage of the company, so it tended to be --

11:34:10  6       Q.   Right.

11:34:10  7       A.   -- management positions, above.  I don't

11:34:13  8  believe I would look at the salary range data.  I just

11:34:15  9  wanted to know that -- I relied on the HR department to

11:34:19 10  tell me they were complying with our philosophy, which

11:34:22 11  was to pay within a range, and if we -- if we were going

11:34:28 12  to move a complete function to a different range, then I

11:34:33 13  would get involved.

11:34:34 14            So, for example, if we were paying engineers in

11:34:37 15  the 40 to 60 percentile, and if there was a proposal to

11:34:46 16  start paying at a higher range, 70 to 90 percent, that

11:34:49 17  would come to my attention, I believe.

11:34:52 18       Q.   Okay.  But -- did Adobe, for example, use these

11:35:06 19  to set salary ranges for particular job titles or job

11:35:10 20  categories at a range that was calculated at 40 percent

11:35:13 21  or 60 percent of market?

11:35:14 22       A.   I -- again, at a high level, I know what we

11:35:19 23  did.  I don't know what we did for a specific position

11:35:22 24  and -- that's a level of detail I -- I -- I don't -- I

11:35:26 25  don't recall getting involved in.

| | | |
|---|---|---|
| 11:35:28 | 1 | Q.   Okay.  Fair enough.  But if -- if there had |
| 11:35:30 | 2 | been a salary range established, and let's just say |
| 11:35:35 | 3 | hypothetically it was 40 percent to 60 percent of market |
| 11:35:38 | 4 | based -- for a particular job, like a software engineer, |
| 11:35:45 | 5 | if the Radford Survey data came back and said, the market |
| 11:35:53 | 6 | has gone up 5 percent, did you -- did you decide whether |
| 11:36:05 | 7 | that 40 to 60 percent would be raised 5 percent to |
| 11:36:10 | 8 | reflect the Radford data or market information, or was |
| 11:36:14 | 9 | that something that the HR compensation folks did? |
| 11:36:16 | 10 | MR. MITTELSTAEDT:  Object to form. |
| 11:36:19 | 11 | THE WITNESS:  Typically, the HR people would |
| 11:36:21 | 12 | come to me and say, we really need to move the ranges on |
| 11:36:25 | 13 | this based on the Radford data.  Here is the Radford |
| 11:36:28 | 14 | data.  So it would be me approving a recommendation. |
| 11:36:33 | 15 | Again, the philosophy of the company, which I |
| 11:36:38 | 16 | said, we're going to pay within this percentile for |
| 11:36:41 | 17 | these -- at a high level -- |
| 11:36:42 | 18 | BY MR. SAVERI: |
| 11:36:43 | 19 | Q.   Right. |
| 11:36:43 | 20 | A.   -- for, you know, engineering product, we'll |
| 11:36:45 | 21 | pay this, for the rest of the organization we're paying |
| 11:36:47 | 22 | this within the Radford, so if Radford moved |
| 11:36:51 | 23 | automatically, the -- that would move. |
| 11:36:53 | 24 | Q.   And that was my question, whether in order for |
| 11:36:55 | 25 | the compensation for any particular people who fell |

| | | |
|---|---|---|
| 11:36:58 | 1 | within that range to move, did you have -- did you have |
| 11:37:01 | 2 | to validate Radford's conclusion that it moved -- |
| 11:37:04 | 3 | A.   No. |
| 11:37:04 | 4 | Q.   -- 5 percent or that was just something -- |
| 11:37:06 | 5 | A.   That was typically -- no, with one caveat, we |
| 11:37:10 | 6 | also had to live within our budget.  So if Radford moved |
| 11:37:14 | 7 | 20 percent, and we can only afford to do a merit increase |
| 11:37:19 | 8 | for the company of 5 percent, we had to make a conscious |
| 11:37:22 | 9 | decision of which positions we were going to let go to |
| 11:37:26 | 10 | the 20 percent versus which ones we were going to keep at |
| 11:37:30 | 11 | 2 percent.  That's when I would get involved. |
| 11:37:32 | 12 | Q.   Did that ever happen from time to time, that |
| 11:37:33 | 13 | the market data came back in a way that you couldn't |
| 11:37:37 | 14 | afford? |
| 11:37:38 | 15 | A.   Typically not.  Adobe was such a cash rich |
| 11:37:44 | 16 | company, expense was not my number one concern. |
| 11:37:48 | 17 | Q.   Okay. |
| 11:37:49 | 18 | A.   I was more concerned about revenue growth.  So |
| 11:37:51 | 19 | I didn't -- I wasn't -- I wanted to pay in a way where we |
| 11:37:56 | 20 | paid fairly, where we weren't losing people, we weren't |
| 11:38:03 | 21 | able to attract people within appropriate fair |
| 11:38:09 | 22 | compensation.  If somebody wanted to get rich, if it was |
| 11:38:12 | 23 | all about compensation, Adobe would have been a terrible |
| 11:38:14 | 24 | place for them to come.  Because philosophically, we |
| 11:38:19 | 25 | weren't high payers, we weren't extreme.  We didn't -- we |

| | | |
|---|---|---|
| 11:38:22 | 1 | didn't do what some of the other companies were doing. |
| 11:38:25 | 2 | We wanted people to come to Adobe who were passionate |
| 11:38:28 | 3 | about our mission.  We wanted to pay them fairly, and my |
| 11:38:31 | 4 | definition of "fairly" was within the Radford ranges. |
| 11:38:35 | 5 | Q.   Well, was recruiting and retention important to |
| 11:38:39 | 6 | you as the CEO -- |
| 11:38:41 | 7 | A.   Yes. |
| 11:38:41 | 8 | Q.   -- of Adobe? |
| 11:38:43 | 9 | A.   Yes. |
| 11:38:45 | 10 | Q.   Was it important to the business success of |
| 11:38:48 | 11 | Adobe? |
| 11:38:49 | 12 | A.   Yes. |
| 11:38:50 | 13 | Q.   Was there ever a time when recruiting and |
| 11:38:53 | 14 | retention was not important to the business success of |
| 11:38:56 | 15 | Adobe while you were CEO? |
| 11:38:58 | 16 | A.   No. |
| 11:38:59 | 17 | Q.   Now, was setting appropriate levels of |
| 11:39:05 | 18 | compensation an important component to the successful |
| 11:39:11 | 19 | recruiting and retention of talent at Adobe? |
| 11:39:14 | 20 | A.   Yes. |
| 11:39:37 | 21 | Q.   I'm going to change subjects again. |
| 11:39:39 | 22 | Did there come a point in time when you became |
| 11:39:41 | 23 | aware that the Department of Justice was investigating |
| 11:39:44 | 24 | Adobe's recruiting practices, in particular its agreement |
| 11:39:49 | 25 | with -- with Apple? |

| | | |
|---|---|---|
| 11:39:52 | 1 | A.   I think it was after I left. |
| 11:39:54 | 2 | Q.   Okay. |
| 11:39:55 | 3 | A.   And that's when I got a call from Adobe's |
| 11:40:01 | 4 | counsel. |
| 11:40:01 | 5 | Q.   Well, just so we're clear, there is no |
| 11:40:04 | 6 | particular -- at least I understand that the Department |
| 11:40:06 | 7 | of Justice investigation began with civil investigative |
| 11:40:11 | 8 | demands in March of 2009. |
| 11:40:14 | 9 | A.   I -- I left in 2007.  So I was long gone. |
| 11:40:17 | 10 | Q.   So to the best of your recollection, did you |
| 11:40:22 | 11 | learn about the Department of Justice investigation that |
| 11:40:26 | 12 | I've been discussing after you left Adobe? |
| 11:40:29 | 13 | A.   Yes. |
| 11:40:30 | 14 | Q.   Now, did you, in connection, though, with |
| 11:40:33 | 15 | Adobe's response to the Department of Justice |
| 11:40:35 | 16 | investigation -- were you asked to provide any |
| 11:40:38 | 17 | information to lawyers about discussions you had made or |
| 11:40:46 | 18 | discussions you'd had with Steve Jobs? |
| 11:40:47 | 19 | A.   I was asked a number of questions, yes. |
| 11:40:49 | 20 | Q.   Were you asked those by Adobe lawyers? |
| 11:40:52 | 21 | A.   Adobe's counsel.  Adobe's external counsel. |
| 11:40:54 | 22 | Q.   Fair enough.  Did you speak with the Department |
| 11:41:00 | 23 | of Justice in connection with that investigation? |
| 11:41:05 | 24 | A.   No. |
| 11:41:06 | 25 | Q.   So, for example, were you ever -- did you ever |

| | | |
|---|---|---|
| 11:43:40 | 1 | just mentioned? |
| 11:43:44 | 2 | MR. MITTELSTAEDT:  The what? |
| 11:43:45 | 3 | BY MR. SAVERI: |
| 11:43:45 | 4 | Q.   The provision that you just mentioned. |
| 11:43:48 | 5 | Mr. Chizen, I think you just told me that in preparation |
| 11:43:51 | 6 | for the deposition today, you looked at some -- a section |
| 11:43:54 | 7 | of a larger document. |
| 11:43:55 | 8 | A.   Yes. |
| 11:43:56 | 9 | Q.   And my question is, does this document which |
| 11:43:57 | 10 | I've handed to you contain that -- the section that you |
| 11:44:00 | 11 | just referred to? |
| 11:44:02 | 12 | A.   If I could go to the bathroom, first -- |
| 11:44:05 | 13 | MR. SAVERI:  Please.  Let's take a break. |
| 11:44:08 | 14 | THE WITNESS:  Yes. |
| 11:44:14 | 15 | THE VIDEOGRAPHER:  We are now off the record at |
| 11:44:17 | 16 | 11:44. |
| 11:44:18 | 17 | (Recess was taken.) |
| 11:47:23 | 18 | THE VIDEOGRAPHER:  We are now on the record at |
| 11:47:23 | 19 | 11:47. |
| 11:47:25 | 20 | BY MR. SAVERI: |
| 11:47:26 | 21 | Q.   Let me withdraw the last question I asked and |
| 11:47:28 | 22 | let me ask you this question. |
| 11:47:29 | 23 | Do you have Exhibit 1147 in front of you? |
| 11:47:31 | 24 | A.   Yes, I do. |
| 11:47:32 | 25 | Q.   Did you have any role in its preparation? |

11:47:38 1      A.   Other than a quick conversation with Adobe's

11:47:42 2    outside legal firm on just -- in general, but not in the

11:47:51 3    preparation of this document.

11:47:52 4      Q.   So did you see this -- review this document in

11:47:56 5    any fashion before it was submitted to the Department of

11:47:58 6    Justice?

11:47:59 7      A.   No, I did not.

11:48:07 8      Q.   I'm going to come back to that.  You can put it

11:48:10 9    aside for now.

11:48:16 10          Let me hand you what has previously been marked

11:48:20 11   as Exhibit 1016 in this case.  This is Apple's submission

11:48:26 12   to the Department of Justice in connection with the

11:48:30 13   Department of Justice's investigation.

11:48:32 14          The question I have for you is, have you ever

11:48:34 15   seen this before?

11:48:35 16     A.   Unless it was the brief document in which I

11:48:37 17   looked at, no.

11:48:38 18     Q.   Okay.  Did you provide any information to any

11:48:50 19   Apple lawyers in connection with their preparation of

11:48:52 20   submission -- in the preparation of their submission to

11:48:55 21   the DOJ?

11:48:56 22     A.   No, I did not.

11:48:58 23     Q.   You can put that aside.

11:49:23 24          Did Apple and Adobe have an agreement that

11:49:27 25   limited the hiring of those -- of the two companies'

```
11:49:34  1   employees or vice versa?

11:49:36  2        A.   Steve Jobs and I had a verbal understanding.

11:49:41  3        Q.   Did -- did Bell Canada and Adobe have an

11:49:47  4   agreement that limited the hiring of those companies'

11:49:52  5   employees or vice versa?

11:49:55  6        A.   As I now understand it, yes.

11:49:57  7        Q.   Did you have any role in reaching that

11:49:58  8   agreement?

11:49:59  9        A.   I -- in reaching the agreement, no; approving

11:50:01 10   them on a list, yes.

11:50:11 11        Q.   Now, we talked about EFI a little bit earlier.

11:50:16 12   But let me make sure it's clear.  Did Adobe have an

11:50:19 13   agreement with EFI that limited the hiring of those

11:50:22 14   companies' employees or vice versa?

11:50:25 15        A.   I agreed to a non-solicitation with the CEO.

11:50:33 16        Q.   And did Adobe and EMC have an agreement that

11:50:36 17   limited the hiring of those companies' employees or vice

11:50:39 18   versa?

11:50:40 19        A.   I verbally agreed with the CEO not to solicit

11:50:46 20   their employees actively.

11:50:48 21        Q.   Did Adobe have an agreement with Four Points

11:50:53 22   Solutions, Limited that limited the hiring of Adobe and

11:50:56 23   that company's employees?

11:50:59 24        A.   If they are on the list, yes, but I'm not even

11:51:01 25   sure who they are.
```

11:51:02  1        Q.   Did Adobe have a similar -- or strike that.

11:51:04  2             Did Adobe have an agreement with the New

11:51:07  3   Toronto Group that limited the hiring of those company's

11:51:11  4   employees or vice versa?

11:51:13  5        A.   I don't know who they are, but if they are on

11:51:14  6   the list, then I -- then they did.

11:51:16  7        Q.   How about Oracle, did Adobe and Oracle have an

11:51:20  8   agreement that limited the hiring of those companies'

11:51:21  9   employees?

11:51:22 10        A.   Not that I'm aware of.

11:51:27 11        Q.   Service Source, did Adobe and Service Source

11:51:29 12   have an agreement that limited the hiring of those

11:51:32 13   companies's employees or vice versa?

11:51:37 14        A.   To the best of my knowledge, yes.

11:51:38 15        Q.   How about SyncroQuest, did Adobe and

11:51:41 16   SyncroQuest have an agreement that limited the hiring of

11:51:44 17   those companies' employees?

11:51:44 18        A.   I don't know who they are.  But if they are on

11:51:47 19   the list, I suspect so.

11:51:48 20        Q.   Okay.  How about the University of

11:51:50 21   San Francisco, did Adobe and the University of

11:51:54 22   San Francisco have an agreement?

11:51:55 23        A.   Not that I'm aware of.

11:51:58 24        Q.   Do you know if Dr. Geschke made such an

11:52:00 25   agreement?

| | | |
|---|---|---|
| 11:53:39 | 1 | A.   Yes. |
| 11:53:39 | 2 | Q.   And with whom did you make it? |
| 11:53:41 | 3 | A.   With Guy Gecht, the chief executive officer. |
| 11:53:45 | 4 | Q.   And do you recall when you made that agreement? |
| 11:53:47 | 5 | A.   No. |
| 11:53:51 | 6 | Q.   And what was the agreement? |
| 11:53:52 | 7 | A.   That we would not actively solicit his |
| 11:53:55 | 8 | employees. |
| 11:53:59 | 9 | Q.   And when you say "not actively solicit" their |
| 11:54:01 | 10 | employees, what does that mean? |
| 11:54:04 | 11 | A.   Our recruiters would keep them -- would not |
| 11:54:06 | 12 | proactively call an EFI employee to see if they were |
| 11:54:10 | 13 | interested in working for Adobe. |
| 11:54:12 | 14 | Q.   Did Adobe from time to time maintain a list of |
| 11:54:16 | 15 | the companies with whom there were recruiting |
| 11:54:22 | 16 | restrictions? |
| 11:54:23 | 17 | A.   There was one list that was put together to |
| 11:54:25 | 18 | clarify all the different discussions we might have had. |
| 11:54:28 | 19 | Q.   Did that -- was that referred to as a |
| 11:54:31 | 20 | do-not-call list? |
| 11:54:32 | 21 | A.   I don't know the -- I'd have to see the list to |
| 11:54:35 | 22 | see what it -- |
| 11:54:36 | 23 | Q.   Okay.  Let me just -- let me show you what's |
| 11:54:55 | 24 | been marked previously as Exhibit 226. |
| 11:55:00 | 25 | Do you have that in front of you? |

11:55:01  1      A.    Yes, I do.

11:55:02  2      Q.    And Exhibit 226 is a two-page document.  The

11:55:11  3  first page is an email from someone named Natalie Kessler

11:55:14  4  to a number of individuals.  On the back of it there is a

11:55:20  5  list that is entitled, "Talent acquisition, companies

11:55:23  6  that are off-limits, updated June 17, 2008."

11:55:28  7            Do you have that in front of you?

11:55:29  8      A.    Yes, I do.

11:55:30  9      Q.    Is that the list that you were referring to?

11:55:32 10      A.    I was already gone at this point in time.

11:55:34 11      Q.    Okay.  Was there a -- do you recall a list, a

11:55:39 12  similar list having been prepared while you still were

11:55:44 13  the CEO of the company?

11:55:45 14      A.    There was a similar list.  I'm not sure if the

11:55:48 15  names would have been the same.

11:55:50 16      Q.    Just in terms of your recollection, do you

11:55:51 17  recall a list that -- that resembled this, the way it

11:55:56 18  looked?

11:55:56 19      A.    Yes, I did.

11:55:57 20      Q.    And it had identified companies and some

11:56:02 21  description of the agreements.

11:56:04 22      A.    Yes.

11:56:04 23      Q.    Did you help prepare that list?

11:56:06 24      A.    I approved the list.

11:56:08 25      Q.    Who prepared the list?

11:56:14  1        A.   I don't know.  I'm assuming the HR department.

11:56:16  2        Q.   Do you recall when that list was first

11:56:18  3   prepared?

11:56:18  4        A.   No.

11:56:20  5        Q.   Was it a list that was updated on a regular

11:56:23  6   basis?

11:56:25  7        A.   I only recall reviewing one list once.

11:56:28  8        Q.   Do you recall when you -- when that was?

11:56:30  9        A.   No.

11:56:31 10        Q.   And do you recall who prepared it?

11:56:34 11        A.   It would have been -- it -- I don't recall who.

11:56:38 12        Q.   Was it Theresa Townsley?

11:56:40 13        A.   I don't -- it could have been Theresa, could

11:56:44 14   have been Donna Morris, it all depended on the timing.

11:56:46 15   It -- I would have expected it to come from the HR

11:56:49 16   organization.

11:56:49 17        Q.   So is it fair to say that your recollection is

11:56:51 18   it was generated somewhere within the -- the HR

11:56:54 19   organization?

11:56:56 20        A.   That would have been -- that's my expectation.

11:56:58 21        Q.   And you're not sure, as you sit here today,

11:57:02 22   whether it was Theresa Townsley or Donna Morris --

11:57:06 23        A.   No.

11:57:06 24        Q.   -- who was the head of the -- that organization

11:57:08 25   at that time that it was prepared?

| | | |
|---|---|---|
| 12:18:38 | 1 | we're recruiting Ron Okamoto? |
| 12:18:43 | 2 | A.    Not that I recall.  It would surprise me if |
| 12:18:46 | 3 | Steve would tell me ahead of time he was recruiting |
| 12:18:49 | 4 | somebody. |
| 12:18:49 | 5 | Q.    So, for example, he -- Steve Jobs didn't -- did |
| 12:18:52 | 6 | Steve Jobs call you and ask your permission to recruit or |
| 12:18:55 | 7 | hire Ron Okamoto? |
| 12:18:57 | 8 | A.    Not that I recall. |
| 12:18:58 | 9 | Q.    Okay.  Did -- to the best of your knowledge, |
| 12:19:02 | 10 | did anybody at Apple talk to anybody at Adobe and ask for |
| 12:19:06 | 11 | permission to hire Ron Okamoto? |
| 12:19:08 | 12 | A.    It's possible.  I don't know. |
| 12:19:09 | 13 | Q.    But you have no personal knowledge of that. |
| 12:19:11 | 14 | A.    No personal recollection. |
| 12:19:13 | 15 | Q.    Did -- did Jeff -- did Steve Jobs call you and |
| 12:19:18 | 16 | let you know that they were recruiting Susan Prescott? |
| 12:19:21 | 17 | A.    I don't know. |
| 12:19:22 | 18 | Q.    Did he ask you for permission to speak with |
| 12:19:26 | 19 | Susan Prescott? |
| 12:19:27 | 20 | A.    I do not know. |
| 12:19:28 | 21 | Q.    Okay.  Did he ask you permission to hire Susan |
| 12:19:31 | 22 | Prescott? |
| 12:19:32 | 23 | A.    I do not remember. |
| 12:19:33 | 24 | Q.    Do you know if anybody who worked for Steve |
| 12:19:34 | 25 | Jobs at Apple talked to anybody at Adobe and discussed |

12:19:38  1    the hiring of Susan Prescott?

12:19:39  2         A.   I do not know.

12:19:43  3         Q.   And do you recall whether -- whether either of

12:19:47  4    those individuals left before you reached the agreement

12:19:50  5    with Mr. Jobs?

12:19:53  6         A.   I don't know.

12:19:54  7         Q.   Okay.

12:19:59  8         A.   This was early.  When did Ron Okamoto and Susan

12:20:04  9    Prescott?

12:20:05 10         Q.   It's not -- it's not altogether clear to me,

12:20:08 11    but it is, like, 2002, 2003, and the agreement was 2005.

12:20:13 12         A.   Yeah.

12:20:14 13         Q.   So I was just trying to get the sequence right.

12:20:17 14              MR. MITTELSTAEDT:  I object as to form.

12:20:18 15              THE WITNESS:  Yeah, because at least --

12:20:20 16              MR. SAVERI:  I'll show you some documents.  I

12:20:25 17    shouldn't have a conversation with you about that.  So

12:20:26 18    let me -- let me respect that and follow the rules.

12:20:28 19              THE WITNESS:  Thank you.

12:20:36 20    BY MR. SAVERI:

12:20:39 21         Q.   Who first broached the subject of an agreement

12:20:42 22    regarding recruiting between Apple and Adobe?

12:20:47 23         A.   I believe that would be Mr. Jobs.

12:20:48 24         Q.   Okay.  And can you tell me what happened.  Did

12:20:53 25    he call you?

| | | |
|---|---|---|
| 12:20:54 | 1 | A.   Yeah, I -- I don't remember.  It would have |
| 12:20:56 | 2 | been a phone call.  It was not something that was high on |
| 12:20:59 | 3 | my radar.  When Susan and Ron left, I understood why they |
| 12:21:03 | 4 | were leaving, and I was -- I didn't like the fact they |
| 12:21:06 | 5 | were leaving, but I -- well, I understood why they were |
| 12:21:11 | 6 | leaving; and it was in their best interests and their |
| 12:21:15 | 7 | careers. |
| 12:21:17 | 8 | I would have never called Steve and said, let's |
| 12:21:19 | 9 | put an agreement in place.  That would have been Steve |
| 12:21:22 | 10 | calling me. |
| 12:21:23 | 11 | Q.   Okay.  So was the agreement between Adobe and |
| 12:21:32 | 12 | Apple Steve Jobs' idea? |
| 12:21:34 | 13 | A.   Yes. |
| 12:21:43 | 14 | Q.   In that first phone call, what did Steve Jobs |
| 12:21:47 | 15 | tell you? |
| 12:21:47 | 16 | A.   I don't remember the phone call. |
| 12:21:49 | 17 | Q.   Okay.  Do you remember there was a phone call? |
| 12:21:53 | 18 | A.   I'm speculating that the way -- in answering |
| 12:21:57 | 19 | your question before, you asked me, how did Steve |
| 12:22:00 | 20 | approach me?  I said, probably by phone, because it |
| 12:22:03 | 21 | wouldn't have been Steve's style to send me an email |
| 12:22:07 | 22 | starting with that conversation. |
| 12:22:11 | 23 | Q.   What -- what led to that phone call? |
| 12:22:13 | 24 | A.   I don't know.  I -- I can certainly speculate. |
| 12:22:19 | 25 | Q.   Well, tell me your best recollection. |

12:22:20 1          MR. MITTELSTAEDT:  Objection to form.

12:22:22 2          THE WITNESS:  Speculation, not recollection; he

12:22:24 3  probably wanted to hire Ron Okamoto and Susan Prescott,

12:22:28 4  so he wanted to feel me out as to that, but I don't know.

12:22:32 5  Or maybe it was right after.  I -- I don't know.

12:22:37 6  BY MR. SAVERI:

12:22:38 7      Q.   So in the first conversation where the subject

12:22:40 8  of the agreement came up between you and Steve Jobs, did

12:22:45 9  you and he discuss any particular persons?

12:22:49 10     A.   I don't know.  I don't remember.

12:22:53 11     Q.   Now, at the -- well, let me go through the

12:23:10 12  sequence.  After you received the phone call from Steve

12:23:19 13  Jobs, what did you do?

12:23:26 14         MR. MITTELSTAEDT:  Object to form.

12:23:27 15         THE WITNESS:  I don't know.  I suspect I agreed

12:23:30 16  to it.

12:23:30 17  BY MR. SAVERI:

12:23:31 18     Q.   Did you -- before you agreed to it, did you

12:23:33 19  talk with anybody at Adobe?

12:23:36 20     A.   I -- I don't recall.

12:23:37 21     Q.   Okay.  So at that time, what was Mr. Narayen's

12:23:42 22  job?  Was he the president?

12:23:43 23     A.   I don't know the timing of the first call, so I

12:23:47 24  don't know whether he was president, whether he was head

12:23:49 25  of engineering at that time.  I -- I don't recall.

Deposition of Bruce Chizen                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 12:29:50 | 1 | Q.   Okay.  So you don't recall whether he said it |
| 12:29:55 | 2 | was a good idea or a bad idea or he was indifferent? |
| 12:30:00 | 3 | A.   No. |
| 12:30:02 | 4 | Q.   And did you also speak on the telephone to |
| 12:30:05 | 5 | Theresa Townsley? |
| 12:30:07 | 6 | A.   I don't know. |
| 12:30:08 | 7 | Q.   Okay.  One way or the other. |
| 12:30:10 | 8 | A.   I just don't remember. |
| 12:30:12 | 9 | Q.   Did you -- did you speak on the telephone with |
| 12:30:14 | 10 | anybody else -- |
| 12:30:15 | 11 | A.   I don't remember. |
| 12:30:16 | 12 | Q.   -- at Adobe? |
| 12:30:17 | 13 | A.   I don't remember. |
| 12:30:18 | 14 | Q.   Okay.  Did you talk with any of the lawyers? |
| 12:30:20 | 15 | A.   That would be attorney-client privilege. |
| 12:30:22 | 16 | Q.   Well, I'm just asking whether you talked with |
| 12:30:24 | 17 | an attorney at Adobe after you received the email. |
| 12:30:28 | 18 | A.   I always speak to the attorneys at Adobe. |
| 12:30:32 | 19 | MR. MITTELSTAEDT:  I'm going to instruct him |
| 12:30:33 | 20 | not to answer, move to strike the answer on the grounds |
| 12:30:36 | 21 | of attorney-client privilege. |
| 12:30:38 | 22 | BY MR. SAVERI: |
| 12:30:45 | 23 | Q.   Let me make sure the record is clear about |
| 12:30:47 | 24 | this. |
| 12:30:48 | 25 | After you received the email from Mr. Jobs, did |

| | | |
|---|---|---|
| 12:30:52 | 1 | you consult with Adobe in-house attorneys? |
| 12:30:55 | 2 | A.   I didn't -- |
| 12:30:56 | 3 | MR. MITTELSTAEDT:  Just a second.  I instruct |
| 12:30:57 | 4 | you not to answer.  Attorney-client privilege. |
| 12:30:59 | 5 | MR. SAVERI:  That's fine. |
| 12:31:00 | 6 | THE WITNESS:  Okay. |
| 12:31:00 | 7 | BY MR. SAVERI: |
| 12:31:14 | 8 | Q.   After you received the email from Steve Jobs, |
| 12:31:17 | 9 | did you speak to anybody else at Adobe? |
| 12:31:21 | 10 | A.   I do not recall who I spoke with. |
| 12:31:23 | 11 | Q.   Okay.  Did you ever speak with Dr. Warnock or |
| 12:31:27 | 12 | Dr. Geschke about this agreement after you had received |
| 12:31:30 | 13 | the email from Steve Jobs? |
| 12:31:32 | 14 | A.   If I did, I don't remember. |
| 12:31:33 | 15 | Q.   Okay.  What happened next?  After you spoke |
| 12:31:41 | 16 | with Mr. Narayen, did you communicate again with Mr. Jobs |
| 12:31:46 | 17 | about this? |
| 12:31:46 | 18 | A.   There was a series of emails that I reviewed, |
| 12:31:52 | 19 | and that was the discussion I had with him, the email |
| 12:31:55 | 20 | discussion back and forth. |
| 12:31:57 | 21 | Q.   Did you communicate orally with Steve Jobs |
| 12:32:04 | 22 | about the agreement after you received the email from -- |
| 12:32:08 | 23 | A.   I don't remember. |
| 12:32:11 | 24 | Q.   How many telephone calls or conversations do |
| 12:32:14 | 25 | you recall having with Steve Jobs about this subject in |

| | | |
|---|---|---|
| 12:32:18 | 1 | 2005? |
| 12:32:19 | 2 | A.   I don't know. |
| 12:32:21 | 3 | Q.   I think you said you remember there was -- |
| 12:32:23 | 4 | there was one. |
| 12:32:24 | 5 | A.   There was -- I said -- it was not 2005.  I said |
| 12:32:30 | 6 | there was a -- we had a verbal agreement. |
| 12:32:32 | 7 | Q.   Okay. |
| 12:32:33 | 8 | A.   Sometime prior to the email exchange.  I do not |
| 12:32:35 | 9 | recall when that was -- |
| 12:32:37 | 10 | Q.   Okay. |
| 12:32:37 | 11 | A.   -- and the form in which it took place. |
| 12:32:40 | 12 | Q.   Okay.  And so when -- there was a point in 2005 |
| 12:32:43 | 13 | when you received an email from Steve Jobs. |
| 12:32:46 | 14 | A.   That's correct. |
| 12:32:47 | 15 | Q.   And -- that referred to the -- |
| 12:32:51 | 16 | A.   Agreement we had. |
| 12:32:53 | 17 | Q.   Did -- did you at that time have any telephone |
| 12:32:57 | 18 | conversations with Steve Jobs? |
| 12:32:59 | 19 | A.   I might have.  But I don't remember. |
| 12:33:01 | 20 | Q.   And as you sit here today, do you recall |
| 12:33:03 | 21 | whether it was one or more or anything about -- |
| 12:33:07 | 22 | A.   I don't recall any, but there could have been a |
| 12:33:10 | 23 | phone call.  I tried to forget the phone calls with Steve |
| 12:33:16 | 24 | Jobs. |
| 12:33:23 | 25 |        MR. MITTELSTAEDT:  Let the record reflect |

| | | |
|---|---|---|
| 12:33:24 | 1 | laughter. |
| 12:33:26 | 2 |     MR. SAVERI:  And some -- some modicum of mirth. |
| 12:33:30 | 3 | Okay. |
| 12:33:40 | 4 |     MR. MITTELSTAEDT:  I'm told the food is here, |
| 12:33:41 | 5 | whenever you want to break. |
| 12:33:43 | 6 |     MR. SAVERI:  Let me just do a couple of other |
| 12:33:44 | 7 | things, and then we'll take a break. |
| 12:33:46 | 8 |     THE WITNESS:  Yes. |
| 12:33:46 | 9 | BY MR. SAVERI: |
| 12:33:54 | 10 |   Q.   Did the agreement that you reached with Steve |
| 12:33:56 | 11 | Jobs provide that neither company would recruit or |
| 12:34:00 | 12 | solicit each other's employees? |
| 12:34:04 | 13 |   A.   Would actively, proactively recruit or solicit. |
| 12:34:10 | 14 |   Q.   And was the agreement mutual? |
| 12:34:16 | 15 |   A.   That was my understanding. |
| 12:34:18 | 16 |   Q.   And did the agreement that you reached apply to |
| 12:34:21 | 17 | all employees at Adobe and Apple? |
| 12:34:27 | 18 |   A.   The email communication clarified what we |
| 12:34:31 | 19 | agreed to, which was all employees at Apple and Adobe. |
| 12:34:36 | 20 |   Q.   Regardless of job title, function, role, or |
| 12:34:39 | 21 | salary? |
| 12:34:40 | 22 |   A.   That was my understanding of what I agreed to. |
| 12:34:42 | 23 |   Q.   And it was not limited to any particular |
| 12:34:44 | 24 | projects on which Adobe and Apple were collaborating. |
| 12:34:48 | 25 |   A.   That is correct. |

| | | |
|---|---|---|
| 12:34:50 | 1 | Q.    And the agreement wasn't limited by geography. |
| 12:34:53 | 2 | A.    That is correct. |
| 12:34:54 | 3 | Q.    And therefore applied to both companies' |
| 12:34:57 | 4 | worldwide operations in total? |
| 12:35:01 | 5 | A.    That was my understanding in my agreement with |
| 12:35:03 | 6 | Steve. |
| 12:35:04 | 7 | Q.    And to your knowledge, did that agreement that |
| 12:35:05 | 8 | you reached with Steve Jobs have any time limitation? |
| 12:35:14 | 9 | A.    It was, we agreed, and that was the extent of |
| 12:35:17 | 10 | the conversation. |
| 12:35:17 | 11 | Q.    And so that agreement -- strike that. |
| 12:35:32 | 12 | Who did you tell at Adobe about the agreement |
| 12:35:35 | 13 | you reached? |
| 12:35:38 | 14 | A.    At a minimum Shantanu Narayen and head of HR. |
| 12:35:42 | 15 | Q.    Okay.  Anybody else that you recall? |
| 12:35:43 | 16 | A.    I don't recall. |
| 12:35:54 | 17 | Q.    Well, is there anybody else that you recall |
| 12:35:57 | 18 | communicating it to, either by name or by job title or |
| 12:36:00 | 19 | description? |
| 12:36:01 | 20 | A.    No. |
| 12:36:02 | 21 | Q.    Okay.  Did you tell, for example, the people |
| 12:36:10 | 22 | who were collaborating with Apple? |
| 12:36:12 | 23 | A.    I -- I don't remember. |
| 12:36:14 | 24 | Q.    Well, did you broadly disseminate or inform |
| 12:36:33 | 25 | people at Adobe of the agreement you reached with Steve |

```
12:36:36   1   Jobs?

12:36:40   2        A.   I didn't keep it a secret.  I'm not sure what

12:36:46   3   the definition of the word "broad" is.  I would tell

12:36:49   4   whoever asked me, do we have an agreement with Apple not

12:36:52   5   to proactively solicit employees, and vice versa, and I

12:36:56   6   would be very open and upfront about it.

12:36:59   7        Q.   So if someone asked you about it, you -- you'd

12:37:01   8   give them the correct information.

12:37:03   9        A.   That's correct.

12:37:03  10        Q.   But if they didn't ask you, you didn't provide

12:37:06  11   that information.

12:37:07  12        A.   I didn't send out a broad communication, if

12:37:10  13   that's what you're asking.

12:37:12  14        Q.   That's right.  But you did inform at least the

12:37:14  15   top of the HR organization --

12:37:16  16        A.   Yes.

12:37:16  17        Q.   -- at the company?

12:37:17  18        A.   And it's -- yes, I did, and it's possible they

12:37:20  19   did a broad communication.

12:37:21  20        Q.   Well, did you -- you informed the person who

12:37:26  21   was at the top of the HR operation in order that she,

12:37:30  22   because it was either she --

12:37:31  23        A.   Both shes.

12:37:32  24        Q.   -- both shes, so that -- because in order that

12:37:33  25   she would know about the agreement, correct?
```

13:08:42  1   on or about May 31st --

13:08:45  2        A.   I do not know.

13:08:45  3        Q.   -- 2005?

13:08:46  4        A.   I just do not know.

13:08:52  5        Q.   Well, do you recall a meeting that you attended

13:08:55  6   with Shantanu Narayen with Steve Jobs and others at

13:08:59  7   Apple's offices, and with Mr. Schiller, Mr. Okamoto on or

13:09:09  8   about this time?

13:09:11  9        A.   I remember a meeting with Shantanu, Steve Jobs

13:09:15 10   where Steve Jobs did not want Shantanu in the meeting.

13:09:19 11   That's the only meeting I recall over at Apple's

13:09:22 12   facilities with Shantanu, but there could have been

13:09:26 13   others.  I just don't know which meetings Shantanu

13:09:30 14   attended at their location.

13:09:32 15        Q.   Did -- okay.  Let me ask a couple questions

13:09:34 16   about that.

13:09:35 17             Do you recall a meeting -- well, first, why

13:09:38 18   didn't Jobs want Mr. Narayen to attend?

13:09:42 19        A.   A lot of times he would want to show me some

13:09:44 20   proprietary things, and he didn't have a relationship

13:09:47 21   with Shantanu, and he wanted to keep it as exclusive and

13:09:51 22   restricted as possible.

13:09:52 23        Q.   Did you meet with Ron Okamoto and Phil Schiller

13:09:59 24   and Steve Jobs at Apple's facilities on or about this

13:10:03 25   time?  Do you have a --

13:10:04  1        A.   I don't recall.

13:10:05  2        Q.   Do you recall a meeting -- an in-person meeting

13:10:13  3   on or about this time where the subject of recruiting was

13:10:19  4   discussed?

13:10:19  5        A.   I don't recall.

13:10:29  6        Q.   Now, in May of 2005, were there particular

13:10:38  7   collaborations or projects between Apple and Adobe that

13:10:42  8   were significant?

13:10:47  9        A.   I don't have the slightest idea.

13:10:53 10        Q.   How many -- how many -- strike that.

13:10:56 11             Was it a relatively rare event for you to go

13:10:59 12   visit Steve Jobs at -- at Apple?

13:11:03 13        A.   No.

13:11:03 14             (Exhibit 1804 was marked for identification.)

13:11:04 15   BY MR. SAVERI:

13:11:23 16        Q.   Let me show you Exhibit 1804, which is another

13:11:27 17   email.  This one has the Bates number 231APPLE100128.

13:11:37 18   This is another Apple document, but it refers to a June 2

13:11:40 19   meeting with you and Mr. Narayen listed as Adobe

13:11:47 20   attendees, and the Apple attendees that are listed are

13:11:51 21   Steve, Phil, I guess that is Phil Schiller, and Ron

13:11:54 22   Okamoto.  Do you see that?

13:11:56 23        A.   Yes.

13:11:56 24        Q.   Did that meeting happen?

13:11:59 25        A.   I don't know.

| | | |
|---|---|---|
| 13:12:00 | 1 | Q.   Okay.  We'll put that aside. |
| 13:12:36 | 2 |      I've handed you what has been previously marked |
| 13:12:38 | 3 | as Exhibit 224.  Will you take a moment to review that, |
| 13:12:45 | 4 | please. |
| 13:13:13 | 5 |      A.   Okay. |
| 13:13:14 | 6 |      MR. MITTELSTAEDT:  Wait.  There is writing on |
| 13:13:15 | 7 | the back, too. |
| 13:13:16 | 8 |      THE WITNESS:  Oh.  Thank you.  Hang on a |
| 13:13:46 | 9 | second.  So this is not -- oh, I see.  Okay. |
| 13:13:51 | 10 | BY MR. SAVERI: |
| 13:13:52 | 11 |      Q.   Have you had a chance to review it? |
| 13:13:53 | 12 |      A.   Yes, I have. |
| 13:13:55 | 13 |      Q.   First, let me draw your attention to the top of |
| 13:13:58 | 14 | the very first page.  Do you see that? |
| 13:13:59 | 15 |      A.   Yes. |
| 13:14:12 | 16 |      Q.   The top of the first page appears to be an |
| 13:14:14 | 17 | email from you to Shantanu Narayen and Theresa Townsley |
| 13:14:20 | 18 | dated May 27, 2005.  Do you see that? |
| 13:14:23 | 19 |      A.   Yes. |
| 13:14:24 | 20 |      Q.   Let me ask you first.  Did you write the -- did |
| 13:14:29 | 21 | you write this email to Mr. Narayen and Theresa Townsley |
| 13:14:33 | 22 | on or about the date that's indicated here, May 27, 2005? |
| 13:14:38 | 23 |      A.   It appears that I did. |
| 13:14:39 | 24 |      Q.   Okay.  Now, let me just kind of take you |
| 13:14:47 | 25 | through this chronologically, so that means we start at |

13:18:11  1    you were the CEO at Adobe?

13:18:13  2        A.   I think so.

13:18:13  3        Q.   Did you have any other email address that you

13:18:15  4    used for business?

13:18:16  5        A.   I don't believe so.

13:18:17  6        Q.   Do you recognize Steve Jobs' email address?

13:18:19  7        A.   Yes.

13:18:19  8        Q.   And was that the email address you used to

13:18:22  9    communicate with him via email?

13:18:24 10        A.   Yes.

13:18:24 11        Q.   Okay.  Now, if you look at Exhibit 223, it

13:18:30 12    looks like the first time you appear in this chain of

13:18:34 13    communication is the email from Mr. Jobs to you, which is

13:18:38 14    at the bottom of the first page, dated May 26, 2005, at

13:18:42 15    9:36 a.m.  Do you see that?

13:18:46 16        A.   Yes.

13:18:50 17        Q.   Now, let me read it to you.  He writes,

13:18:52 18    "Bruce," that is you, right?

13:18:54 19        A.   That is me.

13:18:54 20        Q.   Okay.  "Adobe is recruiting from Apple.

13:18:57 21    They've hired one person already and are calling lots

13:19:00 22    more.  I have a standing policy with our recruiters that

13:19:04 23    we don't recruit from Adobe.  Seems you have a different

13:19:08 24    policy.  One of us must change our policy.  Please let us

13:19:12 25    know who.  Steve."

13:19:15  1          And then he writes, "Here is one of the many

13:19:17  2   pings we've gotten from Adobe."  If you turn over to the

13:19:21  3   next page, it looks like he at that point is attaching

13:19:25  4   something from somebody named Jerry Sastri to somebody

13:19:29  5   named bereskin@apple.  Are you with me?

13:19:34  6      A.    Yeah, I see it.

13:19:35  7      Q.    So let me ask you first, the email from

13:19:37  8   Mr. Jobs to you on May 26, 2005, was that the first email

13:19:40  9   communication you received from him regarding the

13:19:49 10   recruiting policy or recruiting policy agreement between

13:19:56 11   Adobe and Apple?

13:19:57 12      A.    No.  As you can see in the above sentence, I

13:20:00 13   talk about what I thought we agreed to previously.

13:20:04 14      Q.    Okay.  So it's your recollection that -- that

13:20:08 15   there was another email communication that preceded this.

13:20:12 16      A.    Not necessarily email.  A communication which

13:20:16 17   could have been verbal.

13:20:18 18      Q.    Okay.  So just so I'm clear, it's your

13:20:21 19   recollection that there was a communication between you

13:20:23 20   and Mr. Jobs about this subject.

13:20:26 21      A.    About which subject?

13:20:27 22      Q.    About the -- was there a communication -- prior

13:20:30 23   to May 26, 2005, Thursday, 9:36 a.m., did you communicate

13:20:36 24   with Mr. Jobs regarding an agreement between Apple and

13:20:43 25   Adobe not to recruit each others employees?

13:20:47  1      A.   I believe so, yes.

13:20:49  2      Q.   And as you sit here today, do you recall

13:20:51  3 whether that communication, that prior communication, was

13:20:54  4 oral, by telephone, or in writing?

13:20:58  5      A.   It was probably oral.

13:21:00  6      Q.   Okay.  And just so I can try to place it, do

13:21:02  7 you recall how -- by how much -- let me ask a better

13:21:07  8 question.

13:21:08  9      Do you recall when that communication was, now

13:21:11 10 that you've had a chance to look at this?

13:21:13 11      A.   It was -- it was probably right prior to when

13:21:19 12 Ron Okamoto and then Susan Prescott left, because I

13:21:22 13 remember how angry I was that he had recruited them,

13:21:27 14 which I felt violated at the time, because I thought we

13:21:31 15 had an agreement in place.  So I suspect it was right

13:21:34 16 prior to that time whenever that was.

13:21:40 17      Q.   Okay.  Now, do you know who Jerry Sastri is?

13:21:51 18      A.   No.

13:21:55 19      Q.   At this time, did you know that there were

13:21:59 20 folks at Apple -- excuse me -- that there were folks at

13:22:02 21 Adobe recruiting into Apple?

13:22:06 22      A.   I wasn't aware of it.  I wasn't aware of it,

13:22:10 23 nor did I care.

13:22:11 24      Q.   Okay.  Well, but my question was whether you

13:22:13 25 were aware of that.

13:22:14  1        A.    I was not aware of it one way or the other.

13:22:18  2        Q.    And it looks like from the prior communication

13:22:21  3    that Theresa Townsley was the head of HR at the time.

13:22:26  4        A.    Yes.

13:22:26  5        Q.    Did -- prior to this communication with

13:22:28  6    Mr. Jobs, did Theresa Townsley ever advise you that there

13:22:31  7    were people in her organization that were recruiting into

13:22:34  8    Apple?

13:22:35  9        A.    It's possible.

13:22:36 10        Q.    But my question is, do you have any

13:22:38 11    recollection?

13:22:39 12        A.    I have no recollection.

13:22:40 13        Q.    Okay.  So focusing on Exhibit 223 again, when

13:22:47 14    you received the email from -- from Mr. Jobs on May 26th,

13:22:50 15    at 9:36 in the morning, when you received that email,

13:23:03 16    what did you do?

13:23:03 17        A.    The first thing I did was to think about how am

13:23:05 18    I going to placate this guy and get him off my back so he

13:23:13 19    doesn't call me again.

13:23:15 20        Q.    Okay.

13:23:15 21        A.    That was the first thing.

13:23:16 22        Q.    Did you come up with a plan for accomplishing

13:23:19 23    that?

13:23:23 24        A.    I probably had a discussion with Shantanu

13:23:27 25    and/or Theresa about it.

14:14:07 1    Narayen or Theresa Townsley tell you that they supported

14:14:11 2    the proposal that you had made to Steve Jobs which was a

14:14:14 3    more limited agreement that had to do only with the more

14:14:19 4    senior folks?

14:14:25 5        A.   Based on what Theresa -- based on Theresa

14:14:34 6    Townsley's email to Shantanu and myself, it sounded like

14:14:38 7    Shantanu was in complete agreement with me of no active

14:14:41 8    soliciting of any employee.

14:14:43 9        Q.   Okay.

14:14:45 10        A.   With a heads-up on senior level approaching

14:14:48 11    either company.

14:14:49 12        Q.   So Shantanu wrote to you, and then shortly

14:14:52 13    thereafter -- well, not shortly thereafter, later in the

14:15:06 14    day on the 27th, Theresa Townsley writes back to you, and

14:15:09 15    writes, "Just to clarify, are you both saying not to

14:15:13 16    solicit any employees at any level?"  Right?

14:15:15 17        A.   Right.  Yes.

14:15:15 18        Q.   I won't read the -- okay.  Then she writes,

14:15:22 19    "Also, what is the agreement between you, Bruce, and

14:15:25 20    Steve if Apple employees come to us directly?  This is

14:15:28 21    where I thought you two agreed that you would give each

14:15:30 22    other a call if they were at the senior level."  Do you

14:15:34 23    see that?

14:15:35 24        A.   Yes.

14:15:35 25        Q.   At this time had you reached an agreement with

14:15:37 1    Apple, or Steve Jobs in particular, to do that, that is

14:15:41 2    that you would give each other a call if the -- the

14:15:45 3    recruited employees were at the senior level?

14:15:49 4        A.   Yes.  I don't think neither one of us thought

14:15:51 5    through or discussed the details of what that would look

14:15:54 6    like.

14:15:54 7        Q.   Okay.  But your answer was yes?

14:15:57 8        A.   Yes.  Yes.

14:15:58 9        Q.   Okay.  Now, then, at 8:52 p.m. you wrote back

14:16:04 10   Theresa Townsley and Shantanu Narayen, "No active

14:16:07 11   soliciting of any employees, heads up on senior level

14:16:10 12   approaching either company."  Do you see that?

14:16:12 13       A.   Yes.

14:16:13 14       Q.   Okay.  And so that was your understanding of

14:16:19 15   what -- well, does that email accurately record what

14:16:25 16   you --

14:16:27 17       A.   And Steve agreed to.

14:16:29 18       Q.   Yes.  Now, Shantanu then writes back and says,

14:16:38 19   "I agree," at 8:56.  Do you see that?

14:16:43 20       A.   Yes.

14:16:43 21       Q.   Now, let's go to Exhibit 223.  Are you with me?

14:16:51 22       A.   Yes.

14:16:51 23       Q.   Up at the top of -- on the first page, there is

14:16:55 24   an email that you wrote to Steve Jobs.  Do you see that?

14:16:58 25       A.   Yes.

| | | |
|---|---|---|
| 14:16:59 | 1 | Q.   And if the date stamps are correct, you wrote |
| 14:17:02 | 2 | that on Friday, May 27th, 2005, at approximately 8:53 in |
| 14:17:07 | 3 | the evening. |
| 14:17:08 | 4 | A.   Correct. |
| 14:17:09 | 5 | Q.   Okay.  And you write, "I'd rather agree not to |
| 14:17:12 | 6 | actively solicit any employee from either company.  If |
| 14:17:15 | 7 | employee proactively approaches then it's acceptable.  If |
| 14:17:19 | 8 | you are in agreement, I will let my folks know." |
| 14:17:22 | 9 | Did you write that? |
| 14:17:22 | 10 | A.   Yes. |
| 14:17:23 | 11 | Q.   Is that an accurately -- well, does that |
| 14:17:26 | 12 | indicate your assent to that agreement? |
| 14:17:28 | 13 | A.   Yes. |
| 14:17:28 | 14 | Q.   Okay.  Now, if you flip to Exhibit 224 -- |
| 14:17:37 | 15 | A.   I'm with you. |
| 14:17:37 | 16 | Q.   -- do you recall if you had received Shantanu's |
| 14:17:41 | 17 | email to you before you had gotten back to Steve?  And I |
| 14:17:45 | 18 | ask that because the time stamp indicates it is slightly |
| 14:17:48 | 19 | later. |
| 14:17:49 | 20 | A.   I don't know. |
| 14:17:51 | 21 | Q.   Okay.  Now, going to Exhibit 223, which was |
| 14:18:04 | 22 | your -- which concludes with your email to Steve Jobs, do |
| 14:18:08 | 23 | you see that? |
| 14:18:08 | 24 | A.   Yes. |
| 14:18:09 | 25 | Q.   Did he respond in writing to that? |

| | | |
|---|---|---|
| 14:18:13 | 1 | A.   If he did, it should have been on the server. |
| 14:18:17 | 2 | Q.   Okay. |
| 14:18:19 | 3 | A.   But I don't know. |
| 14:18:20 | 4 | Q.   Well -- |
| 14:18:24 | 5 | A.   I don't know. |
| 14:18:25 | 6 | Q.   Okay.  Now, going back to Exhibit 223, there |
| 14:18:38 | 7 | are some additional communications between you, |
| 14:18:40 | 8 | yourself -- I mean you, Shantanu Narayen and Theresa |
| 14:18:44 | 9 | Townsley.  Do you see that? |
| 14:18:45 | 10 | A.   Yes. |
| 14:18:46 | 11 | Q.   Okay.  First Theresa Townsley writes, "And if |
| 14:18:56 | 12 | an Adobe employee refers" -- |
| 14:18:57 | 13 | MR. MITTELSTAEDT:  Excuse me.  224? |
| 14:18:58 | 14 | BY MR. SAVERI: |
| 14:18:59 | 15 | Q.   Excuse me.  Exhibit 224, thank you. |
| 14:19:01 | 16 | Theresa writes, "And if an Adobe employee |
| 14:19:04 | 17 | refers an Apple employee through a referral program, are |
| 14:19:07 | 18 | you doing -- are you okay with that?"  Do you see that? |
| 14:19:10 | 19 | A.   Yes. |
| 14:19:11 | 20 | Q.   And then -- and then Shantanu says, "I think |
| 14:19:13 | 21 | the spirit has to be that we don't initiate contact with |
| 14:19:17 | 22 | Apple employees even through our employees.  If an Adobe |
| 14:19:21 | 23 | employee is approached by an Apple employee, I think it's |
| 14:19:24 | 24 | okay to pass it on."  Do you see that? |
| 14:19:26 | 25 | A.   Yes. |

14:28:35  1        Q.    Now, Exhibit 1805 is a document that Adobe

14:28:38  2    produced, it has the Bates number Adobe_00853 to 854.

14:28:43  3    I'd like to take -- I'd like you to take a moment to read

14:28:48  4    it.  I'm really go to just ask you to focus in particular

14:28:51  5    on the part of the email that begins in the -- towards

14:28:53  6    the bottom of the first page, which is the -- the email

14:28:57  7    from owner E-Team to E-Team, and the attached email from

14:29:03  8    Theresa Townsley to Donna Morris, Mr. Narayen, yourself,

14:29:08  9    and Gloria Stinson.  But please take a moment to look at

14:29:13 10    the email.

14:29:31 11        A.    Okay.

14:29:32 12        Q.    Okay.  So first, the email from Theresa

14:29:35 13    Townsley to Donna Morris, Friday, May 27th, 2005, which

14:29:40 14    is at the bottom of the email, is the email that you

14:29:43 15    edited before sending it to Steve Jobs, correct?

14:29:45 16        A.    It looks that way, yes.

14:29:47 17        Q.    Is the email that is at the bottom of this

14:29:49 18    document the full and complete email that you received

14:29:51 19    from Theresa Townsley, to the --

14:29:54 20        A.    To the best of my knowledge --

14:29:55 21        Q.    -- best of your recollection?

14:29:55 22        A.    -- yes.

14:29:56 23        Q.    And now, Theresa Townsley writes, "Bruce and

14:30:22 24    Steve Jobs are in agreement that we are not to solicit

14:30:24 25    ANY," all caps, "Apple employees and vice versa."  Do you

14:30:28  1    see that?

14:30:29  2         A.   Yes.

14:30:30  3         Q.   Does that correctly summarize the agreement you

14:30:32  4    described to them?

14:30:32  5         A.   Yes.

14:30:33  6         Q.   And then it also says, "It is okay if they come

14:30:35  7    to us through our referral program."  That -- does that

14:30:37  8    refer to the referral program you discussed a few minutes

14:30:40  9    ago?

14:30:40 10         A.   That is correct.

14:30:41 11         Q.   And then she goes on to say, "However, if it

14:30:44 12    looks like we have an Apple employee as a candidate for a

14:30:47 13    senior role at Adobe, director and VP, we need to let

14:30:52 14    Bruce know so he can talk to Steve."  Does that last

14:30:55 15    sentence accurately describe --

14:30:56 16         A.   Yes.

14:30:56 17         Q.   -- the agreement that you had with Steve?

14:30:58 18         A.   Yes.

14:30:59 19         Q.   Now, the -- the -- that email is attached by --

14:31:04 20    it look like Shantanu Narayen to the E-Team.  Do you see

14:31:09 21    that?

14:31:10 22         A.   Yes.

14:31:11 23         Q.   And did you receive that email from him --

14:31:16 24         A.   I was on the -- the E-Team email alias.  I

14:31:20 25    would have received it, yes.

14:31:33  1      Q.   Was that email the first time that the entire

14:31:36  2  E-Team was informed of the agreement you had reached with

14:31:40  3  Jobs?

14:31:40  4      A.   I don't know, given that my E-Team meetings

14:31:43  5  tended to be on Monday mornings, and this all transpired

14:31:47  6  at the end of the previous week, I could speculate that

14:31:50  7  this was the first communication.  But I don't know.

14:31:53  8      Q.   Okay.  Did you subsequently follow up with your

14:32:08  9  own email and correct anything about the way Shantanu

14:32:12  10  Narayen described the agreement?

14:32:14  11      A.   Not that I recall.

14:32:22  12      Q.   Now, subsequent to that email, if you look at

14:32:24  13  this document, there is a series of emails between Donna

14:32:27  14  Morris, Theresa Townsley, Gloria Stinson, and Jeff

14:32:31  15  Vijungco.  Do you see that?

14:32:32  16      A.   Yes.

14:32:33  17      Q.   Did you talk to any of these folks over the

14:32:34  18  weekend about their reactions to the agreement or any

14:32:37  19  steps they were taking to enforce it?

14:32:39  20      A.   I don't believe so.

14:33:26  21      Q.   As of this time, were you aware that Adobe was

14:33:28  22  in discussions with someone named Frank Casanova from

14:33:32  23  Apple?

14:33:33  24      A.   As of which time?

14:33:34  25      Q.   As of this time, May of 2005.

14:33:37 1      A.   I -- I have vague memories of the name.  I have

14:33:41 2  no idea where the name comes from, who he worked for, who

14:33:45 3  was recruiting him.  I don't remember.

14:33:47 4      Q.   Well, prior to May of 2005, did you have any

14:33:49 5  discussions with Steve Jobs about Adobe's efforts to hire

14:33:54 6  Frank Casanova?

14:33:56 7      A.   Not that I remember or recall.

14:33:58 8      Q.   For example, did Steve Jobs call you or send

14:34:01 9  you an email telling you, "stop it," or --

14:34:04 10     A.   Not --

14:34:05 11     Q.   -- or complaining about Frank -- what you were

14:34:06 12 doing with Frank Casanova?

14:34:08 13     A.   Not that I recall.

14:34:21 14     Q.   Did Adobe cease its efforts to recruit Frank

14:34:27 15 Casanova after you reached the agreement with Steve Jobs?

14:34:32 16     A.   I don't remember who Frank Casanova is.  I

14:34:35 17 don't recall who he is.  I don't recall his situation.

14:34:39 18 So by no means can I answer that question.

14:34:41 19     Q.   Okay.  Subsequent to your agreement with Steve

14:34:57 20 Jobs, did you receive confirmation that you recall from

14:35:04 21 Theresa Townsley, Donna Morris, or anybody in that

14:35:07 22 organization that they had ceased their efforts with

14:35:10 23 respect to recruiting of Apple employees?

14:35:14 24     A.   Are you talking about other than what's stated

14:35:16 25 in documents --

14:35:18  1      Q.    Correct.

14:35:18  2      A.    -- that you've already presented?

14:35:20  3      Q.    Yeah.

14:35:20  4      A.    Not that I recall.

14:35:21  5      Q.    So for example, did it come up at an E-Team

14:35:24  6  meeting?

14:35:24  7      A.    If it did, I don't recall it.

14:35:35  8      Q.    Were there notes taken at E-Team meetings?  Let

14:35:37  9  me ask a better question.

14:35:39 10            Were there minutes of E-Team meetings prepared?

14:35:41 11      A.    There was a period of time where my assistant

14:35:44 12  would take notes of E-Team meetings.

14:35:47 13      Q.    Okay.  Do you know if this -- that period of

14:35:50 14  time included the period of time that --

14:35:54 15      A.    I do not remember.

14:35:55 16      Q.    Okay.  I've handed you what has been previously

14:36:26 17  marked as Exhibit 230.  Will you take a moment to review

14:36:34 18  that, please.

14:36:53 19      A.    I've read it.

14:36:54 20      Q.    Now, have you ever seen -- well, this document

14:37:00 21  appears to be an email from Jeff Vijungco to an email

14:37:09 22  distribution list or alias called "hire@adobe.com."  Do

14:37:13 23  you see that?

14:37:14 24      A.    Yes.

14:37:15 25      Q.    Were you part of that alias or that list?

14:37:17 1      A.    No.

14:37:17 2      Q.    Okay.  Now, this is dated Tuesday, May 21st,

14:37:23 3  2005.  Do you see that?

14:37:24 4      A.    Yes.

14:37:24 5      Q.    And he writes --

14:37:27 6            MR. MITTELSTAEDT:  May 31st.

14:37:29 7            MR. SAVERI:  May 31st.  Excuse me.

14:37:30 8  BY MR. SAVERI:

14:37:31 9      Q.    "Hi, all, in recent discussions between our

14:37:34 10 E-Team and Apple's E-Team, the topic of recruiting one

14:37:38 11 another came up.  Given our relationship with Apple, and

14:37:39 12 assuming our partnership may grow stronger, we have

14:37:43 13 reiterated the importance of not poaching from Apple

14:37:46 14 directly.  Accordingly, this is increasingly more

14:37:49 15 sensitive for candidates at the director to VP level."

14:37:53 16           Do you see that?

14:37:54 17     A.    Yes.

14:38:00 18     Q.    Now, did Adobe's E-Team and Apple's E-Team

14:38:11 19 discuss this subject at this time, to the best of your

14:38:13 20 recollection?

14:38:13 21     A.    I don't believe, other than Mr. Jobs and

14:38:16 22 myself, there was not a discussion between Adobe and

14:38:19 23 Apple regarding this matter.

14:38:22 24     Q.    Okay.

14:38:22 25     A.    During this time period.

14:38:23  1      Q.   So you believe Mr. Vijungco is being inaccurate

14:38:29  2  when he talks about recent discussions between Adobe's

14:38:35  3  E-Team and Apple's E-Team?

14:38:38  4      A.   Inaccurate?

14:38:39  5      Q.   Inaccurate, yes.

14:38:40  6      A.   Inaccurate.

14:38:43  7      Q.   Did you tell Mr. Vijungco to send this email

14:38:46  8  describing the -- the agreement?

14:38:49  9      A.   I do not believe so.

14:38:51 10      Q.   Okay.  Do you know if -- do you know if someone

14:38:57 11  else on the E-Team, for example, anybody that was

14:39:02 12  responsible for the HR function, instructed Mr. Vijungco

14:39:05 13  to send this?

14:39:06 14      A.   I do not know.

14:39:08 15      Q.   Do you know why he inaccurately described the

14:39:11 16  genesis of the agreement between you and Mr. Jobs?

14:39:16 17      A.   I don't have the slightest idea.

14:39:19 18      Q.   Okay.  Did you tell him or anybody else at

14:39:22 19  Adobe to conceal that?

14:39:26 20      A.   No.

14:39:27 21      Q.   Okay.  Did -- well, did you want the agreement

14:39:39 22  known outside of the HR department that was responsible

14:39:45 23  for enforcing the agreement?

14:39:47 24      A.   I didn't care.

14:39:49 25      Q.   You didn't care one way or the other.

14:39:51  1        A.    I didn't care one way or the other.  All I

14:39:53  2    wanted was to placate Steve.

14:39:57  3        Q.    Well, you did care about following your

14:40:05  4    agreement with Mr. Jobs, didn't you?

14:40:07  5        A.    I cared about him believing I was following the

14:40:11  6    agreement, not necessarily following the agreement.

14:40:14  7        Q.    Okay.  But if he learned that you were not

14:40:17  8    following the agreement, you expected to hear about it,

14:40:20  9    didn't you?

14:40:21  10       A.    As long as I didn't know about it, and it came

14:40:28  11   to my attention afterwards, I was comfortable with him

14:40:31  12   finding out, because I could take the same tactic that he

14:40:35  13   would take with me, which is, I'll look into it and have

14:40:39  14   it stopped immediately.

14:40:40  15       Q.    So if -- if you didn't -- you were comfortable

14:40:45  16   with maintaining a position of plausible deniability with

14:40:52  17   respect to this if Mr. Jobs subsequently found out about

14:40:55  18   it and you didn't know anything about what was going on?

14:40:59  19       A.    To Mr. Jobs, yes.

14:41:14  20       Q.    But you did expect and knew that if Mr. Jobs

14:41:18  21   did find out about it -- find out that Adobe was not

14:41:19  22   living up to its agreement, that you would hear about it

14:41:22  23   from him?

14:41:22  24       A.    If he found out about it, yes.

14:41:25  25       Q.    Was it your belief that he was particularly

14:41:29  1   sensitive to this issue?

14:41:33  2        A.   It was always difficult to figure out what he

14:41:35  3   was particularly sensitive to on any given day or time.

14:41:38  4        Q.   But -- but based on your communications with

14:41:40  5   him, the recruiting of talent from -- by other technology

14:41:45  6   companies away from Apple was something that he cared a

14:41:48  7   lot about.  You knew that, didn't you?

14:41:50  8        A.   Again, he was sensitive about many, many

14:41:53  9   topics, and it would vary on any given date and time.  So

14:41:57 10   I can't tell you what he was overly sensitive to or not.

14:42:02 11   During that time period, between Wednesday, Thursday,

14:42:06 12   when he got the email, he reacted and responded -- and --

14:42:09 13   and contacted me, and you've seen the subsequent

14:42:14 14   communications between the two of us.

14:42:17 15            Whether that was a hot button for him or not, I

14:42:19 16   don't know.

14:42:20 17        Q.   Well, was there ever a time that you can

14:42:23 18   remember where Steve Jobs was insensitive to other

14:42:26 19   companies' recruiting Apple folks away from Apple?

14:42:31 20            MR. MITTELSTAEDT:  Object to form.

14:42:33 21            THE WITNESS:  I don't know how to answer that

14:42:34 22   question.  So can you try repeating it?  I don't

14:42:39 23   understand it.

14:42:41 24   BY MR. SAVERI:

14:42:48 25        Q.   Well, did you know that Steve Jobs believed

15:51:50 1   you to Jobs.  Do you see that?

15:51:51 2        A.   Yes.

15:51:52 3        Q.   Did you write that to Mr. Jobs on or about the

15:51:53 4   date that's indicated here?

15:51:55 5        A.   I assume so.

15:51:56 6        Q.   Now, when you wrote to Mr. Jobs, you forwarded

15:52:04 7   an email that you had received from someone named Nabil

15:52:08 8   Hireche.

15:52:08 9        A.   Hireche, yes.

15:52:11 10       Q.   What was that -- is Nabil a man or a woman?

15:52:15 11       A.   A man.

15:52:17 12       Q.   What was Nabil Hireche's job at this time?

15:52:24 13       A.   I don't know.

15:52:25 14       Q.   Okay.  Now, you forwarded to Jobs the email

15:52:30 15  that you received from Mr. Hireche.  Do you see that?

15:52:33 16       A.   Yes.

15:52:33 17       Q.   And he writes about someone named D'Apra, or

15:52:38 18  "D'Apra."  Do you see that?

15:52:40 19       A.   Yes.

15:52:41 20       Q.   And at this time in 2006 had the -- has the

15:52:46 21  acquisition of Macromedia closed?

15:52:50 22       A.   I believe so.

15:52:51 23       Q.   Okay.  So at this time, if -- at this time the

15:52:57 24  Macromedia folks had been absorbed into Adobe, right?  So

15:53:02 25  this person, Alessandro D'Apra was an employee of Adobe

15:53:08  1    at this time, right?

15:53:09  2         A.   Assuming my dates are correct, yes.

15:53:11  3         Q.   So did you understand that your agreement with

15:53:12  4    Jobs with respect to recruiting, if followed, applied to

15:53:19  5    people like Mr. D'Apra who worked in Italy?

15:53:23  6         A.   I believe that the verbal agreement I had with

15:53:26  7    Steve applied to any Adobe employee, regardless of where

15:53:29  8    they came from.

15:53:30  9         Q.   And so when you wrote to him and said, "Please

15:53:33 10    remind your folks of our arrangement," were you asking

15:53:38 11    him to follow the agreement he had reached with you?

15:53:42 12         A.   Yes.

15:53:46 13         Q.   Did you ever speak to him -- I'm sorry.

15:53:49 14              Did you ever speak on the telephone with Jobs

15:53:52 15    about this?

15:53:52 16         A.   Not that I recall.

15:53:53 17         Q.   Did he write back, do you recall?

15:53:54 18         A.   Unless you have the email.

15:53:55 19         Q.   I do not.

15:53:56 20         A.   Then I do not believe he wrote back.

15:53:58 21         Q.   Okay.  I'm changing subjects.  So I'm happy to

15:54:05 22    keep going forward or take a break.

15:54:07 23         A.   Keep going.

15:54:08 24         Q.   Okay.  I don't -- frankly, I don't recall

15:54:26 25    whether I gave you another copy of this previously.  But

15:54:29  1    this is Exhibit 1147, which is the white paper.

15:54:34  2            MR. MITTELSTAEDT:  You did.  We've been over

15:54:36  3    this.

15:54:43  4            MR. SAVERI:  Well, okay.  I've shown it to him.

15:54:44  5    I've got some more questions about it.

15:54:46  6            MR. MITTELSTAEDT:  It is 1147.

15:54:47  7            MR. SAVERI:  It still is.  So either one you

15:54:48  8    want to use.  I just had an extra copy of it.

15:54:51  9            MR. MITTELSTAEDT:  Okay.

15:54:52 10    BY MR. SAVERI:

15:54:53 11        Q.   I have some particular questions about some of

15:54:55 12    the -- the factual statements in here.  Let me draw your

15:55:14 13    attention to the first -- bottom of the first page.

15:55:16 14    There is a footnote here that says, "We note," and

15:55:18 15    this -- again, this was submitted by Adobe, okay?

15:55:21 16            "We note, however, that the extent to which

15:55:23 17    this arrangement was filed has ebbed and flowed with the

15:55:29 18    company's relationship over time."

15:55:31 19            And, again, let me just make sure you have the

15:55:36 20    full context in mind.  If you look at the second

15:55:39 21    paragraph that begins, "As we describe below," do you see

15:55:42 22    that?

15:55:43 23        A.   Yes.

15:55:43 24        Q.   It says, "As we describe below, the Adobe/Apple

15:55:46 25    non-solicitation agreement flowed from and furthered a

16:05:42  1        A.    I do not know.

16:05:43  2        Q.    Okay.  There is a reference in this paragraph

16:05:48  3    to something called Adobe's Illustrator product.

16:05:51  4              Do you see that?

16:05:52  5        A.    Yes.

16:05:52  6        Q.    Do you know when that was introduced?

16:05:55  7        A.    I'd be guessing.

16:05:56  8        Q.    Was it before you got to the company?

16:05:57  9        A.    Yes.

16:05:58 10        Q.    Was it long before you came to the company?

16:05:59 11        A.    There was a product called Adobe Illustrator

16:06:03 12    88, based on 1988, so I'm assuming, yes.

16:06:07 13        Q.    Now, there is also a reference to Photoshop.

16:06:10 14        A.    Yes.

16:06:10 15        Q.    That is another Adobe product?

16:06:12 16        A.    It was acquired before I got there.

16:06:14 17        Q.    Do you recall when?

16:06:15 18        A.    No, but all of this information is available on

16:06:27 19    Google.

16:06:28 20        Q.    On the next page there is a reference to Mac OS

16:06:30 21    X.  Do you see that?

16:06:32 22        A.    Yes.

16:06:32 23        Q.    When was Mac OS X introduced?

16:06:35 24        A.    I don't know, but it was during my time frame.

16:06:44 25        Q.    Now, on the next page, on page 7, there is a

16:06:46  1    paragraph that begins, "All told." Do you see that?

16:06:50  2       A.    On -- this page.

16:06:51  3       Q.    Page 7.

16:06:52  4       A.    Yes.

16:06:53  5       Q.    It says, "Adobe and Apple" -- it says, "All

16:06:58  6    told, Adobe and Apple have executed over 200 cooperative

16:07:02  7    agreements." Do you see that?

16:07:04  8       A.    Yes.

16:07:04  9       Q.    Do you know if the subject of recruiting each

16:07:07 10    other's employees came up in the negotiation of any of

16:07:10 11    those agreements?

16:07:12 12       A.    I do not know, and I didn't realize that Adobe

16:07:16 13    even had that many written agreements with Apple.

16:07:19 14       Q.    Well, do you know whether or not this statement

16:07:22 15    in fact is true or not?

16:07:24 16       A.    I would have no way of knowing.

16:07:28 17       Q.    Did you negotiate yourself any of those

16:07:30 18    agreements?

16:07:30 19       A.    I don't believe I negotiated any written

16:07:33 20    agreement between myself and Apple.

16:07:36 21       Q.    And do you know if any of those written

16:07:38 22    agreements say anything about recruiting?

16:07:41 23       A.    I do not know.

16:07:47 24       Q.    Now --

16:07:48 25       A.    Other than what we talked about previously,

16:07:50  1   which was I think I looked at a document that showed a

16:07:53  2   paragraph in an earlier Adobe agreement.

16:07:56  3        Q.   Now, a little bit farther down in this -- on

16:07:58  4   this page -- let me -- let me just focus you.  There is a

16:08:04  5   paragraph that begins, "At times."  Do you see that?

16:08:07  6        A.   Yes.

16:08:07  7        Q.   Then it says, "The relationship temporarily

16:08:09  8   cooled when Steve Jobs left Apple and the company briefly

16:08:14  9   joined forces with Microsoft during the infamous font

16:08:18 10   wars."  Do you see that?

16:08:19 11        A.   Yes.

16:08:20 12        Q.   What were the font wars?

16:08:22 13        A.   Hard for me to describe, since I wasn't there

16:08:23 14   at the time.

16:08:24 15        Q.   Do you know when the font wars began?

16:08:26 16        A.   Before I got there.

16:08:27 17        Q.   Did they end before you got there?

16:08:29 18        A.   Yes.

16:08:37 19             MR. SAVERI:  Let's take a break.

16:08:39 20             THE VIDEOGRAPHER:  This is the end of Video

16:08:39 21   No. 3.  We are now off the record at 4:08.

16:19:04 22             (Recess was taken.)

16:19:27 23             THE VIDEOGRAPHER:  We are now on the record at

16:19:28 24   4:19.  This is the beginning of Video No. 4.

16:19:32 25             MR. MITTELSTAEDT:  I'm going to designate the

16:28:36  1        Q.    Are you familiar with term "vaporware"?

16:28:39  2        A.    I am familiar with the term "vaporware."

16:28:39  3        Q.    What do you understand the term "vaporware" to

16:28:40  4   mean?

16:28:41  5        A.    The way I interpret the term "vaporware" is

16:28:43  6   something that gets announced but is not ready for market

16:28:46  7   availability, and never becomes available.

16:28:50  8        Q.    Do you recall a Microsoft -- in connection with

16:28:52  9   the government case against Microsoft being accused of

16:28:56 10   adopting a -- a business practice of vaporware in order

16:29:00 11   to protect its monopoly?

16:29:02 12        A.    If you could refresh my memory.

16:29:04 13        Q.    Well, are you aware that Microsoft was accused

16:29:08 14   by the government of announcing products before they were

16:29:11 15   ready in order to foreclose competition and disadvantage

16:29:16 16   competitors?

16:29:16 17        A.    Yes, I do recall that.

16:29:18 18        Q.    Now, did -- while you were at Adobe --

16:29:27 19        A.    Yes.

16:29:28 20        Q.    -- did Adobe ever announce a product before the

16:29:31 21   product existed?

16:29:36 22        A.    Probably.

16:29:38 23        Q.    Were any of those products that Adobe and Apple

16:29:42 24   collaborated on?

16:29:46 25        A.    We might have announced the OS X versions of

16:29:52  1    our applications to help our customers understand that we

16:29:55  2    were actually working on them.  We also showed a version

16:29:58  3    of InDesign before it was available in the marketplace at

16:30:02  4    the Mac World Exposition.

16:30:16  5         Q.   Now, this goes on to say, "The ATM announcement

16:30:20  6    could be interpreted as an offensive move to try to

16:30:23  7    dissuade Apple from going a separate route with different

16:30:27  8    display technologies."

16:30:28  9         Do you see that?

16:30:29  10        A.   I see that.

16:30:29  11        Q.   Did Apple announce ATM before the product

16:30:32  12   existed in order to try and dissuade Apple from going a

16:30:35  13   separate route with different display technology?

16:30:38  14        A.   I wasn't with the company.  I wasn't aware of

16:30:40  15   what Adobe or Apple's intent was at the time.

16:30:51  16        Q.   From your perspective, as the CEO of Adobe --

16:30:56  17        A.   Yes.

16:30:57  18        Q.   -- when did the font wars end?

16:30:59  19        A.   Before I became the CEO of Adobe.

16:31:06  20        Q.   When did Apple and Adobe start to squabble

16:31:11  21   about the implementation of Flash on Apple devices?

16:31:23  22        A.   I believe it was after my departure from Adobe

16:31:30  23   Systems.

16:31:32  24        Q.   So just so I am clear, to the best of your

16:31:34  25   recollection, the squabbling or friction between Apple

```
16:31:38  1   and Adobe about the implementation of Flash on Apple

16:31:42  2   devices, including their -- their computers or their

16:31:48  3   hand-helds, hand-held devices, occurred after you left

16:31:54  4   Adobe?

16:31:54  5        A.   It depends on what your definition is of

16:31:56  6   "squabble."  We worked with Apple to encourage them to

16:32:00  7   implement Flash on their iPhone.  I'm not sure that was

16:32:06  8   squabble or --

16:32:06  9        Q.   That's fair.

16:32:08  10       A.   So -- and at the time Apple believed that Flash

16:32:11  11  was not of the size and performance that they really

16:32:14  12  needed for the iPhone.  Adobe didn't like that decision.

16:32:18  13  I certainly didn't like that decision.  But it was their

16:32:21  14  choice.

16:32:21  15       Q.   But you were the CEO of the company when that

16:32:23  16  happened.

16:32:24  17       A.   That is correct.

16:32:25  18       Q.   Now, did you discuss that with Jobs --

16:32:28  19       A.   I probably did.

16:32:29  20       Q.   -- yourself?

16:32:30  21       A.   Yes.

16:32:30  22       Q.   And what -- when did you discuss that with

16:32:32  23  Jobs?

16:32:34  24       A.   I don't know.

16:32:35  25       Q.   Okay.  Did you --
```

16:32:41  1        A.   It was after the Macromedia acquisition and

16:32:44  2    before November 2007 -- or -- and before November 2007.

16:32:49  3        Q.   Did you communicate with Mr. Jobs about that

16:32:52  4    subject?

16:32:53  5        A.   About Flash?

16:32:54  6        Q.   Yes.

16:32:54  7        A.   Yes.

16:32:55  8        Q.   On many occasions?

16:32:57  9        A.   I'm not sure if it was many occasions.

16:32:59 10        Q.   On more than one?

16:33:02 11        A.   At least one, I feel comfortable saying.

16:33:05 12        Q.   Is there a particular one that you have in

16:33:06 13    mind?

16:33:10 14        A.   I called him up and asked him why he wasn't

16:33:13 15    interested in implementing Flash.

16:33:15 16        Q.   And when was that?

16:33:17 17        A.   Sometime between the post acquisition of

16:33:19 18    Macromedia and before November 2007.

16:33:23 19        Q.   And what did he tell you?

16:33:25 20        A.   He didn't really like the performance he wasn't

16:33:29 21    able to get.  And I offered to help.  And he didn't take

16:33:33 22    up -- take us up on the help.

16:33:37 23        Q.   Did you communicate with him via email or in

16:33:40 24    writing about that subject subsequent to that telephone

16:33:44 25    conversation?

16:33:45  1       A.   I don't know if I communicated with him.   There

16:33:48  2   were certainly communications within Adobe, the email

16:33:52  3   about what Steve had said or what Apple's opinion is.

16:33:55  4       Q.   During this period of time, was there a

16:33:57  5   particular person at Adobe who was responsible for

16:34:00  6   developing the Flash product?

16:34:04  7       A.   There were a group of people.  I don't know who

16:34:08  8   in retrospect.  It could have been a combination of Digby

16:34:12  9   Horner, Kevin Lynch, and others, but I'm not sure.

16:34:15 10       Q.   Okay.

16:34:16 11       A.   Al Ramadan, who headed up the mobile stuff.

16:34:19 12       Q.   I'm sorry.  Your voice kind of trails off.

16:34:21 13       A.   Oh, I'm sorry.

16:34:21 14       Q.   Could you identify the people that you would --

16:34:23 15       A.   I don't know who was specifically responsible

16:34:25 16   for it.  It would have been either, or the likes of, a

16:34:31 17   Digby Horner, Kevin Lynch, and/or Al Ramadan and the

16:34:36 18   people within their organizations.

16:34:38 19       Q.   Okay.  Did they have -- communicate with

16:34:44 20   counterparts at Apple?

16:34:48 21       A.   There were people at Adobe that communicated

16:34:50 22   with counterparts at Apple, yes.

16:34:52 23       Q.   And so I'm just trying to get a sense of

16:34:55 24   whether the communication between the two entities, Apple

16:34:58 25   and Adobe, about that subject, was a communication

Deposition of Bruce Chizen                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

16:55:26  1        A.   I don't know.

16:55:27  2        Q.   So in terms of the development and the -- these

16:55:29  3   code names, do you recall Jaguar preceded Tiger?

16:55:33  4        A.   There's lots of big cats.  I don't know.

16:55:36  5        Q.   Okay.  So do you know, as you sit here today,

16:55:40  6   whether Tiger was version 10.4 of OS X?

16:55:43  7        A.   I have no idea.

16:55:43  8        Q.   Or whether Jaguar was version 10.2?

16:55:47  9        A.   I have no idea.  But I'm sure you could find

16:55:50 10   all this information available elsewhere.

16:55:52 11        Q.   Now, there is an email from someone named

16:55:54 12   Bertrand -- I don't even know how to pronounce his name,

16:55:57 13   Serlet?

16:55:59 14        A.   Yes.

16:55:59 15        Q.   Do you know that person?

16:56:00 16        A.   I've met him a number of times, yes.

16:56:02 17        Q.   Okay.  Did he work on the collaboration between

16:56:05 18   Adobe and Apple?

16:56:06 19        A.   I don't know if he worked directly on the

16:56:08 20   collaboration, but he was responsible, I believe, for a

16:56:10 21   lot of the software engineering at Apple.

16:56:13 22        Q.   Now, you see his email, dated February 1, 2005,

16:56:17 23   that begins, "Yes, Christine's team is working in concert

16:56:20 24   with Ryan"?

16:56:22 25        A.   I see it.

16:56:24  1      Q.   And then it refers to a Jaguar crisis.

16:56:29  2           Do you see that?

16:56:29  3      A.   I see that.

16:56:30  4      Q.   Do you know what he's referring to?

16:56:32  5      A.   I have no idea.

16:56:33  6      Q.   Were there particular problems between Apple

16:56:35  7  and Adobe with respect to the development of Jaguar or --

16:56:39  8  or versions of OS X at this time?

16:56:42  9      A.   There were always challenges in developing

16:56:45 10  software for any operating system in my 20, 30-plus-year

16:56:50 11  experience in the software business.

16:56:52 12      Q.   Well, was there a particular big one with

16:56:54 13  respect to Jaguar?

16:56:55 14      A.   I don't remember when Jaguar was, so I'm not

16:56:58 15  sure which version it was, whether it was the first

16:57:01 16  version or the second version.

16:57:03 17      Q.   Well, you -- you write this email on

16:57:07 18  February 17th, 2005, to Jobs following up on a Tiger

16:57:14 19  compatibility report.  Do you see that?

16:57:17 20      A.   I see that.

16:57:18 21      Q.   Was that usual?  I mean did you regularly

16:57:20 22  follow up directly with Steve Jobs about compatibility

16:57:24 23  reports with respect to OS X versions?

16:57:26 24      A.   Anytime I had good news on something that

16:57:28 25  concerned Steve I liked to pass it on to him so he would

16:57:31 1   believe that we were collaborating and cooperating to

16:57:34 2   maintain the support that we needed.

16:57:40 3        Q.   Now, at the top of the email, Schiller writes

16:57:44 4   to Bertrand.  Do you see that?

16:57:47 5        A.   I see that.

16:57:47 6        Q.   And he says, "I'll add it was a fight with

16:57:49 7   Adobe to get this relationship to this state.  It was

16:57:52 8   much harder than with Panther."

16:57:55 9             Do you see that?

16:57:55 10       A.   I see that.

16:57:56 11       Q.   Do you know what he's talking about?

16:57:57 12       A.   No, because I don't remember what version of

16:57:59 13  the operating system was Panther or which one was Tiger

16:58:03 14  and which one was Jaguar.  So without understanding that,

16:58:07 15  I really -- it is hard for me to put this in context.

16:58:11 16       Q.   Now, he refers to someone named Bryan Lamkin.

16:58:14 17            Do you see that?

16:58:15 18       A.   Yes, I do see that.

16:58:17 19       Q.   What was Bryan Lamkin's job at this time at

16:58:20 20  Adobe?

16:58:20 21       A.   I believe he was a senior vice president in one

16:58:23 22  of our product groups.

16:58:24 23       Q.   Did he work with Ron Okamoto with respect to

16:58:28 24  Apple, Adobe?

16:58:29 25       A.   Ron Okamoto worked for him when Ron Okamoto was

16:58:32  1    with Adobe.

16:58:33  2        Q.   Did Lamkin work with Okamoto after Okamoto went

16:58:37  3    to work for Apple?

16:58:38  4        A.   Based on this email, I would assume so.

16:58:41  5        Q.   Okay.  And do you know whether either Lamkin or

16:58:47  6    Okamoto said to Apple, as indicated here, in no uncertain

16:58:54  7    terms that we, that is Apple, are now, quote, like

16:58:57  8    Microsoft to them, that is Adobe, and they trust our OS

16:59:01  9    team less this year than last?  Do you know if that was

16:59:06 10    said to these individuals at Apple by people who reported

16:59:09 11    to you at Adobe?

16:59:10 12        A.   I don't know if they said it.

16:59:13 13        Q.   Well, do you know if that was true?

16:59:17 14        A.   I have heard -- I heard people at Adobe say

16:59:20 15    that.  But I don't know if they particularly said it and

16:59:24 16    who they said it to.

16:59:25 17        Q.   So even though -- whether that thought or

16:59:29 18    belief expressed internally was communicated to the folks

16:59:33 19    at Apple.

16:59:34 20        A.   I do not know.

16:59:35 21        Q.   Did you ever discuss that with Jobs?

16:59:37 22        A.   No.

16:59:54 23             MR. MITTELSTAEDT:  By my count -- we've got

16:59:56 24    until -- we've got about until 5:36.  And it is 5:02 now.

17:00:05 25             MR. SAVERI:  Let's go off the record.

17:30:38  1            MR. SAVERI:  I have just one follow-up

17:30:39  2    question.

17:30:39  3

17:30:39  4                      FURTHER EXAMINATION

17:30:39  5    BY MR. SAVERI:

17:30:40  6        Q.   With respect to the 2005 collaborations that

17:30:43  7    Mr. Mittelstaedt was just asking you about, can you

17:30:45  8    identify any of them which you would identify as

17:30:48  9    "significant" that were in place at the time of the 2005

17:30:53 10    discussions with you and Jobs?

17:30:54 11        A.   If you were able to provide me with the

17:30:57 12    different operating system changes and the different

17:31:00 13    hardware changes that Apple was embarking on, and the

17:31:04 14    different product upgrades that Adobe was embarking on at

17:31:08 15    that point in time, I'm sure I could identify numerous

17:31:10 16    significant collaborations that were going on.  But

17:31:12 17    unless I'm able to identify those, I can't do so.

17:31:16 18            MR. SAVERI:  Okay.  I don't have any

17:31:17 19    questions -- I don't have any further questions.  Thank

17:31:19 20    you very much for your time.

17:31:20 21            THE WITNESS:  You're welcome.

17:31:22 22            THE VIDEOGRAPHER:  This is the end of Video 4

17:31:23 23    of 4 and concludes today's proceedings.  The master

17:31:26 24    videos will be retained by Jordan Media.  We are now off

17:31:29 25    the record.  The time is 5:31.

| | | |
|---|---|---|
| 16:51:38 | 1 | (The deposition ended at 5:31 p.m.) |
| 16:51:38 | 2 | * * * |
| 16:51:38 | 3 | |
| 16:51:38 | 4 | _____ |
| 16:51:38 | 5 | BRUCE CHIZEN |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

16:41:10  1        I, Rosalie A. Kramm, Certified Shorthand

16:41:10  2    Reporter licensed in the State of California, License No.

16:41:10  3    5469, hereby certify that the deponent was by me first

16:41:10  4    duly sworn and the foregoing testimony was reported by me

16:41:10  5    and was thereafter transcribed with computer-aided

16:41:10  6    transcription; that the foregoing is a full, complete,

16:41:10  7    and true record of said proceedings.

16:41:10  8        I further certify that I am not of counsel or

16:41:10  9    attorney for either of any of the parties in the

16:41:10 10    foregoing proceeding and caption named or in any way

16:41:10 11    interested in the outcome of the cause in said caption.

16:41:10 12        The dismantling, unsealing, or unbinding of the

16:41:10 13    original transcript will render the reporter's

16:41:10 14    certificates null and void.

16:41:10 15        In witness whereof, I have hereunto set my hand

16:41:10 16    this day:   March 26, 2013.

16:41:10 17        ___X___  Reading and Signing was requested.

16:41:10 18        _____  Reading and Signing was waived.

16:41:10 19        _____  Reading and signing was not requested.

16:41:10 20

16:41:10 21                    _____

16:41:10 22                    ROSALIE A. KRAMM

16:41:10 23                    CSR 5469, RPR, CRR

16:41:10 24

        25