# EXHIBIT 190 TO CISNEROS DECLARATION REDACTED VERSION

| | |
|---|---|
| From: | Amnon Geshuri |
| To: [ - ] | Eric Schmidt |
| Cc: [ - ] | Shona Brown; Laszlo Bock; Judy Gilbert |
| Bcc: [ - ] | |
| Subject: | Re: FW: Google Recruiting from Apple |

Sent: 3/8/2007 2:16 PM

Eric,

On this specific case, the sourcer who contacted this Apple employee should not have and will be terminated within the hour. We are scrubbing the sourcer's records to ensure she did not contact anyone else.

In general, we have a very clear 'do not call' policy (attached) that is given to every staffing professional and I reiterate this message in ongoing communications and staffing meetings. Unfortunately, every six months or so someone makes an error in judgment, and for this type of violation we terminate their relationship with Google.

Please extend my apologies as appropriate to Steve Jobs. This was an isolated incident and we will be very careful to make sure this does not happen again.

Thanks,
Amnon

On 3/8/07, Eric Schmidt <eschmidt@google.com> wrote:

I believe we have a policy of no recruiting from Apple and this is a direct inbound request. Can you get this stopped and let me know why this is happening? I will need to send a response back to Apple quickly so please let me know as soon as you can.

Thanks Eric

---

From: Steve Jobs [mailto:sjobs@apple.com]
Sent: Wednesday, March 07, 2007 10:44 PM
To: Eric Schmidt
Subject: Google Recruiting from Apple

Eric,

I would be very pleased if your recruiting department would stop doing this.

Thanks,
Steve

Begin forwarded message:
From: Stephanie Buran < sburan@google.com>
Date: March 7, 2007 9:46:13 AM PST
To: [redacted]
Subject: Google.com Engineering Recruitment Team

CONFIDENTIAL ATTORNEYS EYES ONLY

EXHIBIT 190
WIT. Geshuri
DATE 8-17-12
KRAMM COURT REPORTING

190.1

GOOG-HIGH TECH-00009454

Hello █

My name is Stephanie Buran and I am a Recruiter for the "Google.com Engineering" team formerly known as the "Site Reliability Engineering" team. I found your contact information on the Internet. I am interested to know more about your past work experience and openness to new opportunities. We currently have positions available at Google that may be a good match for you. If you are open to exploring these opportunities further please send an updated version of your resume in word, html, or pdf form to me as soon as possible. Let me know when would be a good time to talk, please include your phone number.

To give you an idea of the Engineers I am looking for I have included links to job descriptions below.

Please take a look at these links for more information:

Mountain View:
http://www.google.com/support/jobs/bin/topic.py?dep_id=1058&loc_id=1116

SantaMonica:
http://www.google.com/support/jobs/bin/topic.py?dep_id=1058&loc_id=1118

Kirkland, WA:
http://www.google.com/support/jobs/bin/topic.py?dep_id=1058&loc_id=1123

New York:
http://www.google.com/support/jobs/bin/topic.py?dep_id=1058&loc_id=1122

Ireland:
http://www.google.ie/support/jobs/bin/topic.py?dep_id=1058&loc_id=1110

Switzerland:
http://www.google.ch/support/jobs/bin/topic.py?dep_id=1058&loc_id=1115

I hope you are not bothered by my networking attempt. If you are not interested in or available for this career opportunity, please forward my name and contact information to your friends or colleagues who would be interested.

Thank you and I hope to hear from you soon.

CONFIDENTIAL ATTORNEYS EYES ONLY

190,2

GOOG-HIGH TECH-00009455

Sincerely,


Stephanie Buran
Site Reliability Engineering (Staffing)
Google Inc.
1600 Amphitheatre Parkway
Mountain View, CA 94043
sburan@google.com
650.253.1446

190.3

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00009456