# EXHIBIT 204 TO
# CISNEROS DECLARATION
# REDACTED VERSION

AMECURRENT 708603743.1 20-Feb-14 18:21

| | | |
|---|---|---|
| From: | Arnnon Geshuri | Sent:4/19/2007 2:04 PM |
| To: [ - ] | Brad Strader | |
| Cc: [ - ] | | |
| Bcc: [ - ] | | |
| Subject: | Fwd: Hiring our guys | |

Can you help me with this Eric firedrill. Same kind of spreadsheet we created in the past.

Let's check on ▇▇▇▇▇▇▇ first to see if he actively came to us or we sourced him.

Thanks.

---------- Forwarded message ----------
From: Laszlo Bock <laszlo@google.com>
Date: Apr 19, 2007 1:50 PM
Subject: Re: Hiring our guys
To: Eric Schmidt < eschmidt@google.com>, Shona Brown <shona@google.com>, Arnnon Geshuri <arnnon@google.com>

(+Arnnon)
Eric,

We'll put Dell on "do not call" for the next 2 months.

Arnnon's team will investigate if this particular one was inbound or if we found him, and do a report of Dell folks in process today. We'll send a summary back to you so you have the facts for your next conversation with Michael.

Best,
-Laszlo

----- Original Message -----
From: Eric Schmidt <eschmidt@google.com>
To: Laszlo Bock; Shona Brown
Sent: Thu Apr 19 15:43:05 2007
Subject: FW: Hiring our guys

Lets put them on the "dont call into Dell" list for a while. Thanks eric

---

From: Pam Shore [mailto: pshore@google.com]
Sent: Thursday, April 19, 2007 10:56 AM
To: Eric Schmidt; Shona Brown
Subject: Fwd: Hiring our guys

---------- Forwarded message ----------
From: Michael@dell.com <Michael@dell.com >
Date: Apr 19, 2007 8:12 AM
Subject: Hiring our guys
To: ericschmidt@google.com

Eric,

I learned recently that Google extend an offer to one of our sales guys, ▇▇▇▇▇▇▇

Not real happy about this and not the kind of think we would expect given our partnership.

CONFIDENTIAL ATTORNEYS EYES ONLY


EXHIBIT 204
WIT. Geshuri
DATE 8-17-12
KRAMM COURT REPORTING

GOOG-HIGH TECH-00023106

204.1

We should discuss next time we are together but I think we should have a general understanding that we are not actively recruiting from each other.

Michael

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023107

204.2