# EXHIBIT 279 TO CISNEROS DECLARATION REDACTED VERSION

AMECURRENT 708603743.1 20-Feb-14 18:21

Subject: Re: █████████
Date: Mon, 10 Apr 2006 02:03:49 -0700
From: "Alan Eustace" <eustace@google.com>
To: "Steve Jobs" <sjobs@apple.com>
Message-ID: <2f89597a0604100203n50202d62k1d27f3b134b5c693@mail.google.com>

---

Steve,

Thank you very much for responding. ███████ will not be working on anything having to do with cell phone handsets. Once he starts and has a chance to look around, we plan on narrowing down the list of possibilities. ███████ has lots of talents, and we have lots of projects, so I'm certain that we can find an area where there is no conflict. I'd be happy to run the proposed general project area by you at that point, just to make sure that it doesn't create a conflict. Would this be OK with you?

Alan

On 4/9/06, Steve Jobs <sjobs@apple.com> wrote:
> Alan,
>
> What would ███████ be working on? We would have a problem if it
> is related to cell phone handsets, etc.
>
> Steve
>
>
>
> On Mar 28, 2006, at 9:19 AM, Alan Eustace wrote:
>
> Steve,
>
> Google would like to make an offer to ███████ to run a small
> engineering center in Paris. Bill, Larry, Sergey, and ███████
> believe it is important to get your blessing before moving forward
> with this offer.
>
> ███████ has worked very hard to leave Apple on the best possible
> terms, and has agreed to abide by the terms of his non-solicit and
> non-compete clauses. He loves Apple, and would not do anything to
> hurt you or the company.
>
> Google's relationship with Apple is extremely important to us. If
> that relationship is any way threatened by this hire, please let me
> know, and we will pass on this opportunity.
>

EXHIBIT 279
Deponent Lambert
Date 10-3-12
Gina V. Carbone, CSR

CONFIDENTIAL TREATMENT REQUESTED

CONFIDENTIAL

27 9.1

176APPLE002151
231APPLE002151

```
> Thanks.
>
> Alan Eustace
> SVP, Engineering
> Google, Inc.
>
>
```

------ end message ------

CONFIDENTIAL TREATMENT REQUESTED

CONFIDENTIAL

279.2

176APPLE002152
231APPLE002152