# EXHIBIT 134

# REDACTED PUBLIC VERSION

**From:** Lori McAdams <lmcadams@pixar.com>
**Sent:** Monday, October 9, 2006 9:10 PM
**To:** Pamela Harbidge <pharbidge@pixar.com>
**Cc:** Karen Chelini <kchelini@pixar.com>
**Subject:** Re: Interview Wednesday @ Pixar Animation Studios

Thanks much for this info Pam. I'll go ahead and talk with Ed about it on Wednesday in case he feels we should mention it to Steve or anyone else at this point. Can you send me a copy of [redacted] resume so Ed can see the group she works in (if he wants?) Thanks, and I'll let you know what Ed says we should do for now, if anything. Please just keep moving forward unless you hear differently from me, but call me before you make any offer just in case! :-)

--Lori

On Oct 9, 2006, at 5:20 PM, Pamela Harbidge wrote:

> FYI, [redacted] is the Apple candidate we are bringing in for the Patent
> Project Manager position this Wednesday. She is confirming below
> that her manager knows.
>
> If everyone likes her I will be sure to follow up with both of you
> before any other movement takes place.
>
> Thanks,
> Pam
>
> Pam Harbidge
> Sr. Recruiter
> Pixar Animation Studios
> 510-752-4127
> pharbidge@pixar.com
>
>
>
> Begin forwarded message:
>
>> From: [redacted]
>> Date: October 9, 2006 5:16:06 PM PDT
>> To: Pamela Harbidge <pharbidge@pixar.com>
>> Subject: Re: Interview Wednesday @ Pixar Animation Studios
>>
>> Hi Pam,
>>
>> Likewise, I am really looking forward to meeting you on Wednesday.
>> I am Ccing my manager, Gail Knight in case you have any questions
>> for her. She has been fully disclosed regarding my plan to
>> interview at
>> Pixar.
>>
>> Thanks so much for everything!
>>
>> Best Regards,
>> [redacted]
>> On Oct 9, 2006, at 4:44 PM, Pamela Harbidge wrote:
>>
>>> [redacted]
>>> I'm looking forward to meeting you in person on Wednesday. Just
>>> wanted confirm your manager is aware of us bringing you in. I'm
>>> sure this has been covered, but just wanted to double check.

Attachment G to Letter Dated January 25, 2010

EXHIBIT 134
WIT. McAdams
DATE 8-2-12
KRAMM COURT REPORTING

Confidential Pursuant to 15 U.S.C. §§ 1311 et seq.

DOJ-PIX-00003071

CONFIDENTIAL

PIX00002214