# EXHIBIT 177

# REDACTED PUBLIC VERSION

**From:** Dawn Haagstad <dawn@pixar.com>
**Sent:** Monday, January 16, 2006 3:07 PM
**To:** ███
**Subject:** Re: Hey Dawn
**Attach:** Benefits Form July 2005.doc;ATT00849.txt

Hi ███

Basically, we have an agreement with all Lucas companies to let them know if we plan to extend an offer to any Lucas employee. It's a reciprocal agreement that's been in place since Pixar branched off from Lucas many years ago. Once you speak to your Supervisor, we contact Gail and make sure that someone(you) isn't in the midst of a project that would cause undue hardship to Lucas. It's a courtesy measure, more than anything else. However, we agreed to not counter and to put our best offer forward from the very beginning. It's a very small industry and neither Lucas or Pixar wants to get into an issue of countering offers back and forth. Does that make sense?

Let me know once you speak to your supervisor and we'll keep the ball rolling. I've attached the benefits sheets so you can review everything, in the interim.

Take care,
Dawn

On Jan 16, 2006, at 11:27 AM, ▇▇▇▇ wrote:

> Hey Dawn,
>
> My Supervisor is currently in Singapore. She won't be
> back until Thursday. I've emailed her, and hopefully
> she'll be able to get back to me today. I'll let you
> know as soon as I talk to her.
>
> Could you explain the gentlemen's agreement again to
> me? I'm not quite sure I completely understood it.
> Thanks.
>
> ▇▇▇
>
> _____
> Do You Yahoo!?
> Tired of spam? Yahoo! Mail has the best spam protection around
> http://mail.yahoo.com
>

CONFIDENTIAL    PIX00002329