# EXHIBIT 180

# REDACTED PUBLIC VERSION

**From:** Howard Look <howard@pixar.com>
**Sent:** Tuesday, January 3, 2006 2:43 PM
**To:** Michael B Johnson <wave@pixar.com>
**Cc:** Allan Poore <allanp@pixar.com>; Guido Quaroni <guido@pixar.com>
**Subject:** Re: Mac Tools Programming position

If he leaves anyway, it's not an issue. He should be sure to let his management know.
You should give Ed a heads up too.

We just used an Apple Silver Bullet on ▓▓▓▓▓▓ I'm not sure how many we have left...

H

On Dec 23, 2005, at 7:23 AM, Michael B Johnson wrote:

> I told ▓▓▓ I would check, but I thought it was reasonable to have
> lunch, and once he left Apple, we could set something up.  sound okay?
>
> Not sure if you know ▓▓▓ - but from my memory/perspective, ▓▓▓
> was one of the main architects of the 3DKit at NeXT, and was one of
> the founders of Alias (one of the 3 I believe who shared in their
> Academy Award).
>
> He's a character, but super talented, and worth pursuing.
>
> and clearly if we get him - Tony A gets the $5K.
>
> Begin forwarded message:
>
>> From: ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓
>> Date: December 23, 2005 2:07:50 PM CST
>> To: Michael B Johnson <wave@pixar.com>
>> Subject: Re: Mac Tools Programming position
>>
>> OK - I am not asking you to poach.  I plan on leaving on my own.
>> How can we work this out?
>>
>> :D
>>
>> On Dec 22, 2005, at 10:04 PM, Michael B Johnson wrote:
>>
>>> Hi ▓▓▓ Of course I remember you.  Only problem - we can't
>>> poach from Apple.
>>>
>>>
>>> On Dec 23, 2005, at 2:54 AM, ▓▓▓▓▓▓▓▓▓▓ wrote:
>>>
>>>> Michael,
>>>>
>>>> I don't know if you remember me, I was at Alias for a while.
>>>> I've been working for Apple the past 7 years - and it is time to
>>>> think about not working for Apple.  I saw the Mac Tools
>>>> Programmer position on the Pixar site and called Tony Apodaca;
>>>> he said I should talk to you about it.  I think the position is
>>>> an exact match for me - I'd like to talk to you guys about
>>>> applying for it.
>>>>

CONFIDENTIAL                                                                                                   PIX00003629

>>>> You can reach me at █████████████
>>>>
>>>> Thanks!
>>>>
>>>> :D
>>>>
>>>
>>
>

CONFIDENTIAL					PIX00003630