# EXHIBIT 616 TO CISNEROS DECLARATION REDACTED VERSION

**From:** Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill
**Sent:** Wednesday, June 25, 2008 6:09 AM
**To:** Jonathan Rosenberg; Laszlo Bock; Kent Walker
**Cc:** Laszlo Bock; Shona Brown
**Subject:** RE: Facebook

Jonathan

## Redacted - Privileged

Bill

**From:** Jonathan Rosenberg [mailto:jonathan@google.com]
**Sent:** Tuesday, June 24, 2008 11:01 PM
**To:** Laszlo Bock; Kent Walker; Jonathan Rosenberg
**Cc:** Campbell, Bill; Laszlo Bock; Shona Brown
**Subject:** RE: Facebook

Attorney client privledged,

## Redacted - Privileged

jr

**From:** Laszlo Bock [mailto:laszlo@google.com]
**Sent:** Tuesday, June 24, 2008 10:58 PM
**To:** Kent Walker; Jonathan Rosenberg
**Cc:** Campbell, Bill; Laszlo Bock; Shona Brown
**Subject:** Re: Facebook

Are they setting the bar too high?

On Tue, Jun 24, 2008 at 10:49 PM, Laszlo Bock <laszlo@google.com> wrote:
Update: I've connected with Jeff, Urs and Bill and shared the list of former Googlers at FB. ▌
▌ ;. I have not yet heard back from Alan.

In the meantime, I'm meeting with Arnnon to develop an approach to ascertain which non-ex-Googlers might be strong candidates.

On Tue, Jun 24, 2008 at 4:46 AM, Laszlo Bock <laszlo@google.com> wrote:

1

This is what the LDCC approved last year:

To retain ▇ we propose the following:



We can certainly offer this to ▇ again, rather than asking for the new offer I proposed below.

Shona, please give us guidance on whether you think we need to check with the Board about re-extending this offer, as their approval was given in September. I assume not, based on Bill's comments below....not trying to be overly focused on process, but given your points yesterday about being transparent with the Board about equity grants, I wanted to double-check.

Thanks,

Laszlo

---

**From:** Kent Walker [mailto:kwalker@google.com]
**Sent:** Monday, June 23, 2008 11:40 PM
**To:** Jonathan Rosenberg
**Cc:** Campbell, Bill; Laszlo Bock; Shona Brown
**Subject:** Re: Facebook

# Redacted - Privileged

-- K

On Mon, Jun 23, 2008 at 10:34 PM, Kent Walker <kwalker@google.com> wrote:
*** Privileged & Confidential:  Attorney-Client Communication / Attorney Work Product. Please don't forward. ***

# Redacted - Privileged

On a non-legal note, having seen several companies (Netscape/AOL, competing against internet start-ups, or eBay,

2

███████████████████████████████████ My uninvited two cents.

-- K

On Mon, Jun 23, 2008 at 9:53 PM, Jonathan Rosenberg <jonathan@google.com> wrote:

I believe so.

From: Campbell, Bill [mailto:Bill_Campbell@intuit.com]
Sent: Monday, June 23, 2008 9:50 PM
To: Laszlo Bock; Jonathan Rosenberg; Shona Brown; Jonathan Rosenberg; Kent Walker
Subject: RE: Facebook

Laszlo

Didn't the board already approve ███ retention package? Can't we simply offer him what we offered him to keep him at Google?

Bill

From: Laszlo Bock [mailto:laszlo@google.com]
Sent: Monday, June 23, 2008 9:42 PM
To: Jonathan Rosenberg; Shona Brown; Jonathan Rosenberg; Laszlo Bock; Kent Walker
Cc: Campbell, Bill
Subject: RE: Facebook

███ ███████ of Facebook, which at a $███ valuation is worth $███. I'd suggest we offer at least that (in GSUs if we can), plus a salary of at leas███████████████.

If Jonathan, Shona, and Bill are in agreement, we'll add this to the list of approvals for the LDCC.

I'll check on the Eng side and have my team start looking for a few other non-Google folks who seem to be very very good.

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

Thanks,

Laszlo

---

**From:** Jonathan Rosenberg [mailto:jonathan@google.com]
**Sent:** Monday, June 23, 2008 8:58 PM
**To:** Shona Brown; Jonathan Rosenberg; Laszlo Bock; Kent Walker
**Cc:** Campbell, Bill
**Subject:** RE: Facebook

▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮▮

▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮ ▮

jr

---

**From:** Shona Brown [mailto:shona@google.com]
**Sent:** Monday, June 23, 2008 5:01 PM
**To:** Jonathan Rosenberg; Laszlo Bock; Kent Walker
**Cc:** Campbell, Bill
**Subject:** Facebook

Laszlo-
Bill Campbell, Jonathan, and I spoke today about really doubling down our efforts to recruit back a couple of people, I'd assume at a high cost, just to stem the tide and give us a better negotiating position on a recruiting "truce". Our

▮▮▮▮▮▮▮▮ ▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮ ▮

slb

Jonathan -
Here is the list. Other than ▮▮ I'm not sure who is obvious. How do you want to handle? We could have you check with your staff on product side, and ask Laszlo to check with Bill Coughran etc. on engineers. I would start with that rather than the non-technical folks. I don't want too many emails circulating on this.
thoughts?
slb

Kent –                  **Redacted - Privileged**
slb

**FACEBOOK**
**Error! Filename not specified.**

4

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00210245

**FRIENDFEED**
Error! Filename not specified.

---

Emg mailing list
Emg@google.com
https://mailman.corp.google.com/mailman/listinfo/emg

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00210246

416.5