# EXHIBIT 635 TO CISNEROS DECLARATION REDACTED VERSION

**From:** Laszlo Bock <laszlo@google.com> on behalf of Laszlo Bock
**Sent:** Thursday, January 20, 2011 4:59 AM
**To:** John Doerr; Paul Otellini; John Hennessy; Shirley M. Tilghman; Ram Shriram; Ann Mather
**Cc:** Eric Schmidt; Larry Page; Sergey Brin; Bill Campbell; Shona Brown; Kent Walker
**Subject:** Sergey's request: Data on Facebook and Twitter hires

Board members,

At the Jan 12 Board meeting, Sergey asked that we provide the Board the number of hires we have made from Facebook and Twitter, and that we include those data in the Board materials going forward:

- Facebook: To date, we have hired ■ former Facebook employees, of whom ■ are also former Googlers. ■ of these hires happened in 4Q10 ■■ ■■
- Twitter: We have hired ■ employees from Twitter, ■■ ■■■■■■ (who joined in 4Q10).
- At both FB and Twitter, ■ of their employees are former Googlers: FB has ■ former Googlers on a base of ■ employees; and Twitter has ■ former Googlers on a base of ■ Twitter employees
- Looked at another way, FB has hired ■ of Google's employees and we have hired ■ of their employees. In the case of Twitter, ■■■■■■■■■■■■ but they have hired ■ of our Googlers and we have hired ■ of their employees.

We continue to look at opportunities to recruit talented individuals from both companies, as we do from all sources of talented employees.

Best,
Laszlo

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

PLAINTIFF'S EXHIBIT 635 S. Brown

GOOG-HIGH-TECH-00252681