# EXHIBIT 648 TO CISNEROS DECLARATION REDACTED VERSION

**From:** Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill
**Sent:** Saturday, April 08, 2006 12:40 AM
**To:** Jeff Huber; Campbell, Bill
**Cc:** Alan Eustace
**Subject:** RE: FW: Offer

Jeff

I am seeing him on Sunday....

Bill

-----Original Message-----
**From:** Jeff Huber [mailto:jhuber@google.com]
**Sent:** Friday, April 07, 2006 5:35 PM
**To:** Bill Campbell
**Cc:** Alan Eustace
**Subject:** Fwd: FW: Offer

Bill,

Just wanted to close the loop with you... Were you able to connect with Steve Jobs on [REDACTED]

Thanks,

-Jeff

---------- Forwarded message ----------
From: **Kim Sterling** <ksterling@google.com>
Date: Apr 7, 2006 4:51 PM
Subject: FW: Offer
To: Jeff Huber <jhuber@google.com>

Jeff

Any word from Bill Campbell? I'm getting a bit worried about the chance of losing the rest of the team.

Kim

-----Original Message-----
From [REDACTED]
Sent: Wednesday, April 05, 2006 2:17 PM
To: Alan Eustace
Cc: Kim Sterling; [REDACTED]
Subject: Re: Offer

Alan,

I was not expecting this last step to be the easiest one... Let see how it goes with Bill Campbell's help.

[REDACTED] Once again unlikely to get connected to my email or cell phone on a regular basis.

If there is a positive outcome with Steve during this period - which I hope! - I suggest you send offers to the other guys as soon as you can without waiting for me to be back. It has already been a really long stretch from them between 2 employments and I fear we will start to lose some soon. Let me know by email as well as soon as you know, I might be able to connect to the Internet.

I'll leave tomorrow thursday and will be back in Paris on April 22nd.

[REDACTED]

On Apr 5, 2006, at 12:29 PM, Alan Eustace wrote:

> [REDACTED]
>
> Steve didn't respond to my email, but Bill Campbell promised to call
> him and verify that we are OK. He's on the board at Apple and Google,
> so Steve will probably return his call :-) I'm on my way to India
> right now. This message is brought to you courtesy of wireless
> internet access on my flight. Now that is progress :-)
>
> Alan
>
> On 4/4/06, Kim Sterling <ksterling@google.com> wrote:
>>
>> [REDACTED]
>>
>> Steve has not responded to Alan's calls. We are trying another
>> approach and hopefully we'll be successful. I'll keep you posted.
>>
>> -Kim
>>
>> ________________________________
>>
>> From: [REDACTED]
[REDACTED] Tuesday, April 04, 2006 2:22 PM
>> To: Kim Sterling; Alan Eustace
>> Subject: Re: Offer
>>
>>
>> Alan, Kim,
>>

\>>
\>> Any update on Steve's reaction?
\>>
\>>
\>> Thanks,
\>>
\>>
\>> [REDACTED]
\>>

3

CONFIDENTIAL ATTORNEY'S EYES ONLY GOOG-HIGH-TECH-00265516

648.3