# EXHIBIT 2739

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

REDACTED VERSION

Part 1 of 2

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format



2739.1

INTUIT_043560
Confidential - Attorneys' Eyes Only



Intuit

# Total Rewards & Pay Decisions Toolkit

Intuit Confidential

2739.2

# Table of Contents



A reference you can use throughout the year....

1. Introduction
2. Total Rewards....An Overview
3. Rewards Philosophy & Vision
4. Using Market Information
5. Pay Decision Guidelines
6. Variable Pay
7. Recognition
8. Stock Options
9. Job Changes/Hiring — FAQ's
10. Overtime/FLSA
11. Questions & Contacts
Appendix: Training Presentation

Intuit

May 2005

Total Rewards Toolkit          Intuit Confidential

2739.3



# 1. Introduction

Intuit Confidential

2739.1

# Introduction

**The purpose of this guide is to provide managers with a framework that will facilitate pay decisions...**

⊿ What is "Total Rewards" and how does it fit into the bigger picture?

⊿ What are the various tools available to me as a leader to reward and recognize people?

⊿ When or how do I use these tools?

Understanding the fundamentals of total rewards will help you, as a leader, differentiate rewards and recognition...linking pay decisions to performance outcomes and business strategy.

**intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.5



# 2. Total Rewards... An Overview

Intuit Confidential



## What is "Total Rewards"

**ıntuıt**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.7



May 2005

Intuit Confidential

Total Rewards Toolkit

2739.8



# Total Rewards...An Overview

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.9

# Total Rewards...An Overview



Total Rewards Toolkit     Intuit Confidential     May 2005

**Intuit**

2739.10



# Total Rewards...An Overview

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.11

# Total Rewards...An Overview



Total Rewards Toolkit          Intuit Confidential          May 2005

Intuit

2739.12



**Total Rewards...An Overview**

2739.13



# 3. Rewards Philosophy & Vision

Intuit Confidential

2739.14



# Reward Philosophy & Strategy

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.15

# Total Rewards Guiding Principles



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.16



# Compensation Positioning

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.17

# Rewards Strategy... Intuit's New Direction



Total Rewards Toolkit

Intuit Confidential

May 2005

Intuit

2739.18



**Your Job...Alignment**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.19

# The 3 M's of Compensation

## ...Like building a house from the ground-up...



**intuit**

Total Rewards Toolkit        Intuit Confidential        May 2005

2739.20



# 4. Using Market Information

Intuit

Intuit Confidential

2739.21



2739.22



**Using Market Information**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.23



**Using Market Information**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.24



# Multiple Resources for Market Data
## Partial Listing

Total Rewards Toolkit      Intuit   Confidential      May 2005



**QuickBase Resources**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.26



# Input:  External Market Review

intuit

May 2005

Intuit  Confidential

Total Rewards Toolkit



# 5. Pay Decision Guidelines

Intuit Confidential

2739.28



6 Steps in Making an Effective Pay Decision

Intuit Confidential

May 2005

Total Rewards Toolkit

intuit

2739.29

# Factors to Consider When Contemplating Pay Decisions



**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.30



# Pay Decision Guidelines

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.31



**Pay Decision Guidelines...Base Pay**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.32



Input: Performance Rating

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.33



# Pay Decision Guidelines

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.34



**Performance Rating**

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.35



**Highest Performers →**
**Rewards for Retention**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.36



How Do I Think About "Retention?"

May 2005

**Intuit**

Intuit Confidential

Total Rewards Toolkit

2739.37



2739.38



# 6. Variable Pay

This section includes the IPI summary. Refer to HR Web site for other plans, or contact your manager.

TOTAL REWARDS

Intuit Confidential

2739.40

# Variable Pay – Incentive Compensation



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.41

# FY03 IPI – Variable Compensation Logic



May 2005

Intuit Confidential

Total Rewards Toolkit

2731.42



27

Determining Bonus Payout





# 7. Recognition

Intuit Confidential

2739.45



**Recognition is:**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.46



**Intuit Recognition** *Spotlight on Performance, Innovation & Service*

Service

Innovation

Performance

What is
the Award?

Who Grants
the Award?

What are
the Criteria?

When?

2739.47

# Spotlight Recognition FAQ's

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

General
Q: What's new?



# FAQ's Continued

## Web Site Info

**Q: How do I access the Web site?**

**A:** There are 2 ways to access the Web site: Through Intuit's Intranet (Total Rewards/Recognition) or by directly typing the URL: http://intuitcentral.intuit.com/spotlight_recognition into your Internet browser.

**Q: How do I know what my login and password are?**

**A:** The Spotlight Recognition Tool is accessed using your Directory ID and password. If you have forgotten your Directory password, please go to the Directory Tool Box and click on "Forgot Password" and follow the instructions in reseting your password. If unable to login, please submit a ticket to the Help Desk.

**Q: When I try to login to the Spotlight Recognition Tool, I get an Internet explorer error. How can I resolve this issue?**

**A:** This may be a browser cookie issue. Try the steps below:

Instructions to Remove IE Cookies:

1. Select "Tools"
2. Select Internet Options
3. Click Delete Cookies
4. Close the IE browser
5. Restart IE browser

Total Rewards Toolkit                    Intuit Confidential                    May 2005                    Intuit

2739.49

# FAQ's Continued

**Q: Who has access the to Spotlight Recognition tool?**
**A:** All employees in the US, Canada, UK Ltd and UK ITS can access the tool. Employees can browse the gift certificate options without being an award recipient.

Sending Awards
**Q: How do I know what award level to send an employee?**

**Q: What are the award options for recognizing employees?**

**Q: Can anyone send recognition awards from our site?**

Total Rewards Toolkit          Intuit   Confidential          May 2005

Intuit

# FAQ's Continued

**Q: What if the person I want to recognize is not on the recipient list?**
**A:** The list of eligible names is refreshed every week. Please contact AccessHR if the employee is not new, or in a temporary, contractor or consultant status.

**Q: Can I recognize a temporary employee, contractor or consultant?**
**A:** No. If you have questions about this policy, contact your local HR manager.

**Q: How do I know I've successfully ordered an award?**
**A:** An award confirmation will be sent via email when a successful award order has been placed. This confirmation will include all details of the order for your records.

**Q: Do I need my manager's permission to send an award?**

**Intuit**

2739.51

# FAQ's Continued

Certificate Redemption (a recipient's view):

Q. How does an employee redeem their award certificate?

A. You can link directly to a redemption site to redeem your award. Alternatively, you can redeem by contacting Customer Service.

Q. Can a recipient redeem for more than one gift certificate with their award?

A. Yes. Recipients can redeem multiple gift certificates up to the value of their award(s).

Q: Can I "buy-up" using my own personal funds?

Q: I'd like to print my award, but the images don't print. How do I fix this?

A: Please follow the steps below:

1.  Choose "Tools" menu from Internet Explorer main menu.
2.  Choose "Internet Options"
3.  Choose "Advanced" tab in "Internet Options" window.
4.  Tick on the "Printing background colors and images" options in the "Printing" group option if it's not ticked on.
5.  Click "OK" on the "Internet Options" window.

Total Rewards Toolkit              Intuit   Confidential              May 2005   ::::Intuit

2739.52

# FAQ's Continued

## Award Shipping Info

**Q: How long does it take for a recipient to receive the award merchandise they have ordered?**

A: Gift certificates generally take between 3-7 days to arrive. If you redeem your award for an online retailer, it will be sent to you the same day so you can begin shopping immediately.

**Q: What if an award arrives damaged or defective?**

A: The award recipient can contact Globoforce Customer Service.

**Q: Does my award expire?**

A: Yes. You must redeem your award within 1 year from the date it is issued.

**Q: Are awards taxed? If so, how?**

A: Yes. All cash awards will be reported in the employee's W-2 as taxable income , as will all non-cash awards OVER $100 in a calendar year also. (Note: Service Awards are non-taxable.)

**Q: Are awards grossed up?**

Total Rewards Toolkit                    Intuit  Confidential                    May 2005    **intuit**

2739.53

# FAQ's Continued

## Help

**Q: Whom do I contact when I need help?**

**A: The customer service** department at Globoforce is available for any questions you have about your program. You may reach them via email at customerservice@globoforce.com or by phone:

**Country**
**Telephone Number**
**Hours of Operation**

USA
1 866 294 2290
Mon-Sat 4am-4am EST

Canada
1 866 299 8308
Mon-Sat 4am-4am EST

UK
0845 0800 572
Mon-Fri 9am-5.30pm GMT

Further, **AccessHR** can be reached internally at 13333, toll-free at (800) 819-1620 or by emailing AccessHR@intuit.com

**Q: A recipient's certificate is lost or deleted...what do I do?**
**A:** Log into the website, go to the "Redeem an Award" section and check in the "my awards" section. All unredeemed awards are stored here.

Total Rewards Toolkit                    Intuit Confidential                    May 2005

**Intuit**

2739.54



# 8. Stock Options

Intuit Confidential

2739.55

# Stock Option Guidelines

Effective July 1, 2003

*Making the most of your investment...*

**Intuit**

Intuit Confidential

2739.56



**Introduction**

Intuit®

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.57



# Role of Stock Options

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.58



# Stock Options Today...

**Intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.59

# Stock Options Today...



**intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.60

# Stock Options Today...

## DILUTION: Example

△ **There are a 1,000 total shares outstanding in ABC Company**

△ **I buy 100 shares of ABC Company for $25,000; I now own 10% of the company**

△ Company initiates an employee stock option program

△ **The program increases share count by 5% annually; as a result of the increase in total shares outstanding...**

  ▪ In 10 years my 100 shares is only 6.1% of the 1,629 total shares outstanding

  ▪ In 20 years it is 3.8% of 2,653 total shares outstanding

Total Rewards Toolkit          Intuit  Confidential          May 2005

**Intuit**

2739.61

# Stock Options Today...

## DILUTION: Example (continued)

△ **My return as a shareholder is reduced dramatically as a result of the employee option dilution**

△ **If the value of the company doubles in 10 years:**

- If no employee options were granted my holdings would be worth $50,000 ($25,000-initial investment X 2)

- With option dilution, my ownership in the company has decreased from 10% to 6.1%. My $25,000 investment is now worth $30,500, versus $50,000

- The difference, $19,500, went to employees.

> ## Impact of dilution on shareholder value is significant

Total Rewards Toolkit          Intuit  Confidential          May 2005

Intuit

2739.62



Stock Options Today...

Total Rewards Toolkit     Intuit Confidential     May 2005

Intuit

2739.63



2739.64



# The Role of Manager/Leader

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.65

# Making Stock Option Decisions



May 2005

Intuit Confidential

Total Rewards Toolkit

2739.66



**Grant Process for New Hires**

Intuit

Total Rewards Toolkit          Intuit Confidential          May 2005

2739.67



# New Hire Guidelines

Effective July 1, 2003

Intuit Confidential

2739.68



# New Hire Guidelines Introduction

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.69

# New Hire Guidelines *(Effective July 1, 2003)*



Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.70

# New Hire Guidelines *(Effective July 1, 2003)*

Hourly (Non-Exempt) Employees Guidelines
for All Zones



\* Note: For all new hires, the "starting point" for offers is the lower end of target range.

Total Rewards Toolkit     Intuit Confidential     May 2005

**Intuit**

2739.71

# Additional Information

**Intuit**

➢ **To review FAQs on stock options you can visit Intuit's Legal website:**
http://home.intuit.com/legal/stock/stock_faqs.shtml

➢ **For an overview of the different methods to exercise options visit Intuit's compensation website:**
http://home.intuit.com/hr/compensation/downloads/stock_options_101.doc

May 2005

Intuit   Confidential

Total Rewards Toolkit

2739.72

**Intuit**

# FAQ's

## 9. Job Changes/Hiring



Intuit Confidential

2739.73

# Job Mobility

FAQ's

Common Q & As Regarding Compensation
Issues For Job Changes & Hiring:
Q: What Is An Appropriate Pay Action For A Job Change?

**intuit**

May 2005

Intuit Confidential

Total Rewards Toolkit

2139.74



2739.75

# Geographic Differentials

The local cost of labor is indicated in the chart below for both exempt and nonexempt positions. Local cost of living is included as a reference point to assist with pay decisions that may involve relocation.



Total Rewards Toolkit        Intuit Confidential        May 2005        Intuit

2739.76



2739.77



2739.78



# What is Banding?

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.79



2739.80

**ℑntuit**

# 10. Overtime/FLSA (United States)



Intuit Confidential

2739.81

This section addresses Exempt and Non-Exempt status. It includes a brief Q&A, information about the federal laws, a tool to assist managers in determining exemption status of jobs, and Intuit's overtime policies.

Intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.82

# FLSA Q&A

## What is FLSA, anyway?

Enacted in 1938, the Fair Labor Standards Act (FLSA) governs minimum wage, overtime pay, child labor limitations, equal pay and record keeping. According to the Department of Labor, it is currently THE most violated employment law.

## What government agency enforces FLSA?

The Wage and Hour Division of the US Department of Labor administers and enforces FLSA.

intuit

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.83



FLSA Q&A

May 2005

Intuit Confidential

Total Rewards Toolkit

2739.84



FLSA Overtime Requirements

Intuit Confidential

Total Rewards Toolkit

May 2005

intuit

2739.85



**intuit**

# Intuit's Pay Policy for Overtime

Intuit Confidential

2739.87