# EXHIBIT 1

Obj 004

**objection**

From: Eric Grosse
Sent: Sat, Mar 15, 2014 at 8:09 pm
To: info@hightechemployeelawsuit.com

repeating earlier email that bounced...

I object to the settlement, as I do not consider the lawsuit well-founded.
Eric Grosse