# EXHIBIT 2

1027 Manor Rd.
El Sobrante, CA 94803
510-669-1245
emma.christine@gmail.com

5 March 2014


Notice and Claims Administrator
In re High Tech Employee Settlement
P.O. Box 710
Philadelphia, PA 19105-0710


Dear Notice and Claims Administrator:

I would like to object to the settlement with Lucasfilm and Pixar and Intuit.

In the Notice of Pendency of Class Action, Proposed Partial Settlements of Class Action, Fairness Hearing and Right to Appear, mailed to our home, page 11, question 19 addresses the amount of money to be paid for this case, up to $4 million for out-of-pocket costs and up to $6 million in fees. This is an exorbitant amount of money. This case benefits the lawyers, not the employees. Pixar recently laid off 5% of their employees; they are a business with income and expenses like every other business. These multi-million dollar settlement fees are more harmful to employees than helpful.
As a former employee of Pixar, I do not believe their actions in this case affected me.

I have no other objections to other class action settlements in the previous five years.

Thank you,

*Emma C.W. Merrell*

Emma Merrell

Merrell
1027 Manor Rd
El Sobrante CA 94803

OAKLAND CA 945
09 APR 2014 PM 7 T

Notice and Claims Administrator
In re High Tech Employee Antitrust Litigation
P.O. Box 710
Philadelphia, PA 19105-0710

19105071010