# EXHIBIT 3

obj-2

## Fwd: Objection to terms of the Pixar/Lucasfilm class action settlement

From: Tom Sanocki
Sent: Wed, Mar 12, 2014 at 11:31 am
To: info@hightechemployeelawsuit.com

Hello,

I believe the $9 million class action settlement reached with Pixar and Lucasfilm is too small, and that it *encourages* instead of dissuades companies from engaging in similar anti-competitive actions.

If we conservatively estimate that 1000 employees were affected between Pixar and Lucasfilm, the average cost to the companies of this settlement is $9000 per employee. This comes to a paltry $1800 per employee per year during the 5 year period of this class action lawsuit.

This is an incredibly small penalty. A company at the scale of Pixar or Lucasfilm can easily afford such a small cost in exchange for lower employee salaries, increased retention, greater workforce predictability, and lower new employee training costs. Indeed, many companies large and small might easily prefer to *intentionally* engage in similar practices in the future, knowing that even if they do get caught, they will pay *less* than if they behaved ethically and legally.

By creating such a small financial penalty for anticompetitive behavior (with no acknowledgement of wrongdoing), we have made the incentive for doing the wrong thing *stronger* than doing the right one. This is the equivalent of making the fine for tax evasion smaller than the tax one owes.

Instead, this settlement amount should be much greater, so we properly set the right incentives. The Pixar/Lucasfilm settlement should consist of accurate estimates of the higher salaries the employees did not earn during the 5 years in question plus financial benefits of reduced employee turnover (new employee training costs, etc). This will be substantially greater than $1800/employee/year. There should be a significant penalty on top of that (perhaps an additional 100-200%) to provide the proper incentive to avoid anticompetitive behavior in the future. The additional funds could either be returned to the employees or donated to charity.

I am very concerned that we will set the wrong precedent here, and that future companies (or the same ones involved in this lawsuit) that behave in similar ways will be able to point to this ruling to keep their financial costs lower than if they had followed the law. We must not do this.

My contact info is:
Tom Sanocki
160 160th Place SE
Bellevue, WA 98008
510-375-3642
tsanocki@gmail.com

Neither I nor my lawyer have objected to any other class action settlements in the United States in the past 5 years.

Thank you.

- Tom