# EXHIBIT 4

Date: March 10, 2014

Notice and Claims Administrator
In re High Tech Employee Antitrust Litigation
PO Box 710
Philadelphia, PA  19105-0710

Dear Sir or Madam:

My name is Jeffrey H. Brown, and I was a software engineer with Intuit from February 1995 through September 2012.

I wish to comment on, and object to the class action settlement with Intuit. I have never objected to any class action settlement before.

The settlement with Intuit is, in my opinion, woefully inadequate, especially considering how much Intuit profited from their antitrust actions. I was a highly regarded engineer at Intuit, and enjoyed good annual reviews, good raises, and good bonuses, right up until 2009. That's when the climate at Intuit changed. I know many good engineers who started getting bad reviews and small or no raises/bonuses. I know that my story is anecdotal. But I urge the court to look at the pattern of raises/bonuses given out by Intuit to high-tech employees in the years before, during, and after the 2007-2009 period, and I'm sure that Intuit gave out less pay because they knew their employees would not be recruited by the other 6 companies. In my case, if I had had even a small 2% raise in 2009, I would have easily made over $9000 more in earnings during my stay at Intuit. Compare that to what I estimate I might get in this settlement, which if I'm lucky might be $500.

In short, I have no way to calculate how much money Intuit saved by their antitrust actions, but I believe it to be in excess of $11M, and when you consider that almost half of the settlement may go to the lawyers in the case, it seems Intuit should pay much more.

Sincerely,

*Jeffrey H. Brown*

Jeffrey H. Brown
14362 Mediatrice Ln.
San Diego, CA  92129
858-538-1987
jhbrown42@gmail.com

Mr Jeffrey H Brown
14362 Mediatrice Ln
San Diego, CA 92129

SAN DIEGO CA 920
12 MAR 2014 PM 2 L

Claims Administrator
in re High Tech Employee Antitrust Litigation
P.O. Box 710
Philadelphia, PA 19105-0710