# EXHIBIT 35

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004974
ADOBE_004964

# Competitive Intelligence Group

## Hiring Analysis

Simon Reading

November 2007

DO NOT DISTRIBUTE OUTSIDE ADOBE



ADOBE CONFIDENTIAL

Copyright 2007 Adobe Systems Incorporated.

# Table of Contents

- Executive Summary

- Competitive Hiring Overview

- Details – headcount growth by company, region

- Drilldowns on Microsoft, Apple

- General Observations

- Takeaways

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID004975
ADOBE_004965

Copyright 2007 Adobe Systems Incorporated.

ADOBE CONFIDENTIAL
Adobe

# Executive Summary

- Hiring is robust across Adobe's peer companies: on average there are 1347 open jobs per firm and this reflects the overall financial health of the group (revenues grew on average 19% y/y from FY06 to FY07), although developing weakness in other economic sectors may influence hiring in the near to medium term.

- [REDACTED]

- Organic headcount growth is strong despite firms adding headcount through acquisitions

- [REDACTED]

- Overall, emerging market growth in headcount is balanced between revenue opportunities and R&D. In contrast, India and China are focused on R&D, despite increasing labor costs

- Microsoft, Apple and Google have taken unusual steps to attract Adobe talent

- Microsoft's hiring for Silverlight and Expression is especially strong

Source: survey of competitors' open job listings posted on corporate websites in November 2007

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004976
ADOBE_004966
Copyright 2007 Adobe Systems Incorporated.
ADOBE CONFIDENTIAL
Adobe

3

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004977
ADOBE_004967

# Competitive hiring is strong with a particular focus on R&D resources



Open headcount as of 11/2007*

Legend: R&D; Sales and Marketing; Ops / IT; Consulting; Other (HR, Finance, Admin)

Values by company:
- Microsoft: 4611
- IBM: 3244
- Cisco: 2106
- Google: 1635
- EMC: 1629
- Yahoo: 1341
- SAP: 1279
- Apple: 1249
- Vmware: 1027
- Sun: 1027
- Adobe: 491
- Aggregation: 1783

- Microsoft, Yahoo, Adobe and Vmware are very active in R&D hiring
- IBM, Cisco and Google have notable hiring in operations and IT
- Google has notable hiring in corporate functions (5% finance, 4% HR and 3% legal)
- Apple has strong retail hiring

* Planned headcount is comprised of: US, China, India, France, Germany, UK, Russia, Czech Republic, Poland and Brazil
- Excludes Autodesk, Avid, Corel and Nuance

Copyright 2007 Adobe Systems Incorporated.

4


ADOBE CONFIDENTIAL

Adobe

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004978
ADOBE_004968



## Among our competitive peers, headcount growth is generally in-line with revenue growth

**Open headcount as a percent of current employee base as of 11/2007***

Legend: R&D, S&M, Ops / IT, Consulting, Other (HR, Finance, Admin)

| | Vmware | Google | Yahoo | Adobe | Autodesk | Microsoft | Apple | EMC | Avid | Cisco | Nuance | SAP | Sun | Corel | IBM | Aggregate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Total % | 23% | 10% | 10% | 7% | 7% | 6% | 6% | 5% | 5% | 3% | 3% | 3% | 3% | 2% | 1% | 6% |
| Open jobs | 1027 | 1635 | 1341 | 491 | 349 | 4611 | 1249 | 1629 | 131 | 2106 | 94 | 1279 | 1027 | 10 | 3224 | 1347 |
| Rev. FY07 y/y FY06 | 83% (E) | 56% (E) | 13% (E) | 21% (E) | 20% (A) | 15% (A) | 24% (A) | 12% (E) | 1% (E) | 23% (A) | 61% (E) | 13% (E) | 6% (A) | 39% (E) | 15% (E) | |

* Proxy for world-wide is comprised of: US, China, India, France, Germany, UK, Russia, Czech Republic, Poland and Brazil

•Breakdown of other: Google: even split between finance, HR, and admin; Adobe: principally finance, Apple includes retail stores; Cisco: primarily manufacturing

Copyright 2007 Adobe Systems Incorporated.

5

ADOBE CONFIDENTIAL 

# The healthy hi-tech employment environment has likely influenced attrition to competitors

HIGHLY CONFIDENTIAL

AB_CID004979
ADOBE_004969
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Copyright 2007 Adobe Systems Incorporated.

6

ADOBE CONFIDENTIAL

Adobe

# Competitors in emerging markets are attempting to exploit cheap R&D labor as well as revenue opportunities

**Adobe's peers that are hiring in Brazil (percentage of firm's total open headcount)**

| Firm | SAP | IBM | Google | Cisco | Microsoft |
|---|---|---|---|---|---|
| Consulting | 1.3% | 0.0% | 0.0% | 0.1% | 0.0% |
| Ops / IT | 0.0% | 0.0% | 0.2% | 0.0% | 0.1% |
| Other | 0.5% | 0.1% | 0.6% | 0.0% | 0.2% |
| R&D | 0.2% | 1.7% | 0.3% | 0.1% | 0.0% |
| Sales and Marketing | 0.9% | 0.2% | 0.6% | 0.2% | 0.2% |
| Total | 2.9% | 2.0% | 1.7% | 0.5% | 0.4% |

- Hiring in Brazil is generally low: 0.8% of WW open reqs across Adobe's peers
- SAP, IBM and Google have the strongest focus on Brazil hiring
- SAP hiring is driven by consulting and sales, and marketing
- IBM's hiring in Brazil is driven by R&D

**Open jobs in Russia, Poland and the Czech Republic (percentage of firm's total open headcount)**

| Firm | EMC | SAP | Google | Cisco | Microsoft | Nuance | Adobe | Autodesk | Vmware | IBM | Apple |
|---|---|---|---|---|---|---|---|---|---|---|---|
| R&D | 0.7% | 0.1% | 0.7% | 0.1% | 0.1% | 1.1% | 1.0% | 0.6% | 0.0% | 0.0% | 0.0% |
| S&M | 0.4% | 0.8% | 0.2% | 0.5% | 0.6% | 0.0% | 0.0% | 0.0% | 0.4% | 0.0% | 0.1% |
| Ops / IT | 0.0% | 0.0% | 0.1% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Consulting | 0.2% | 0.6% | 0.0% | 0.1% | 0.2% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Other | 0.3% | 0.1% | 0.5% | 0.4% | 0.2% | 0.0% | 0.0% | 0.3% | 0.0% | 0.3% | 0.0% |
| Total | 1.7% | 1.6% | 1.5% | 1.3% | 1.1% | 1.1% | 1.0% | 0.9% | 0.4% | 0.3% | 0.1% |

- Hiring in Eastern Europe is generally low: 0.9% of WW open reqs across Adobe's peers
- For most firms, including Adobe, Eastern bloc hiring is driven by R&D
- SAP, Cisco, Microsoft and Vmware have a focus on sales and marketing

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY

AB_CID004980
ADOBE_004970

Copyright 2007 Adobe Systems Incorporated.

ADOBE CONFIDENTIAL 

7

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004981
ADOBE_004971

# India and China remain popular for low-cost engineering talent despite increasing labor costs in India

**Companies that are hiring in China (percentage of firm's total open headcount)**

| Firm | Autodesk | IBM | Adobe | SAP | Yahoo | Microsoft | Google | EMC | Cisco | Vmware | Sun | Apple | Nuance | Avid | Corel |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R&D | 24% | 3% | 9% | 2% | 6% | 5% | 2% | 1% | 2% | 2% | 0% | 1% | 0% | 0% | 0% |
| S&M | 2% | 2% | 0% | 3% | 2% | 2% | 2% | 2% | 1% | 1% | 0% | 0% | 1% | 0% | 0% |
| Consulting | 0% | 0% | 0% | 2% | 0% | 0% | 1% | 2% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Ops / IT | 0% | 2% | 0% | 0% | 1% | 0% | 1% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% |
| Other | 0% | 5% | 1% | 2% | 0% | 1% | 1% | 1% | 1% | 0% | 3% | 0% | 0% | 0% | 0% |
| Total | 26% | 12% | 10% | 9% | 9% | 9% | 6% | 5% | 4% | 3% | 3% | 2% | 1% | 0% | 0% |

- ██████████████████████████████
- Autodesk is much more focused on China hiring than any other of Adobe's peers
- SAP and EMC have the strongest focus on sales and marketing, and consulting
- ██████████████████████████████

**Companies hiring in India (percentage of firm's total open headcount)**

| Firm | Adobe | IBM | Cisco | EMC | Vmware | Sun | SAP | Yahoo | Google | Microsoft | Autodesk | Avid | Apple | Corel | Nuance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R&D | 30% | 1% | 9% | 8% | 10% | 0% | 0% | 4% | 1% | 2% | 1% | 0% | 0% | 0% | 0% |
| S&M | 0% | 1% | 1% | 1% | 0% | 0% | 1% | 0% | 1% | 0% | 1% | 0% | 0% | 0% | 0% |
| Consulting | 0% | 5% | 4% | 0% | 0% | 0% | 2% | 0% | 0% | 0% | 0% | 0% | 0% | 0% | 0% |
| Ops / IT | 0% | 7% | 0% | 0% | 0% | 0% | 0% | 0% | 1% | 0% | 0% | 0% | 0% | 0% | 0% |
| Other | 10% | 3% | 4% | 7% | 2% | 11% | 1% | 0% | 1% | 1% | 0% | 1% | 0% | 0% | 0% |
| Total | 40% | 17% | 17% | 17% | 12% | 11% | 4% | 4% | 4% | 3% | 2% | 1% | 0% | 0% | 0% |

- ██████████████████████████████
- IBM has a strong ops / IT focus
- Sales and marketing activity is relatively low
- IBM, Cisco and SAP are involved in Indian consulting projects

Copyright 2007 Adobe Systems Incorporated.

8

ADOBE CONFIDENTIAL


# Microsoft hiring



- Strong push into Live and Live search to catch up with Google
- Silverlight and Expression hiring is ramping up (across all products, 112 jobs were tagged Silverlight and 56 were tagged Expression)
- Adobe is on a "no-mercy" list for Microsoft (unusually aggressive hiring tactics for key talent)
- Microsoft is moving from a 40,000 sq. ft. SF office, which has a capacity of ~140 heads to a 75,000 sq. ft. office with a capacity of ~260 heads


*Excludes job openings that are not associated with a product

Copyright 2007 Adobe Systems Incorporated.

9

ADOBE CONFIDENTIAL



HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004982
ADOBE_004972

# Apple's corporate hiring is focused on Mac development



**Number of Apple jobs posted by area***

| Area | Count |
|---|---|
| Mac | 251 |
| iPhone | 103 |
| iPod | 95 |
| Video | 66 |
| iTunes | 56 |
| Graphics | 51 |
| TV | 38 |
| OSX | 31 |
| Wireless | 31 |
| 3d | 20 |
| Camera | 8 |
| Home | 8 |

- Apple's recruiting is on two tiers: many senior and mid-level positions are not in the public record
- Apple primarily hires by word-of-mouth using internal job mailing lists
- Most Mac jobs are to develop applications, tools and OS X (which is used on the iPhone)
- 19 graphics jobs are for Interactive Media Group, which provides the graphics foundation for iPhone, Apple TV, iPod, iTunes, OS X, Final Cut and Aperture to iLife and iWork

* Note: this excludes retail hiring

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004983
ADOBE_004973
Copyright 2007 Adobe Systems Incorporated.
ADOBE CONFIDENTIAL



10

# Other Hiring Observations

- **Active recruitment of Adobe talent**
  - Microsoft – Expression, Silverlight
  - Google
  - Facebook – could be the next hot company recruiting engineering talent

- **Google opening offices near Adobe locations:**
  - Seattle – Getty building – 60,000 sq. ft. or approx. 240 employees (all engineering)
  - SF – Gap building (345 Spear St.) – 210,000 sq. ft., or approx. 800 employees

- **Observations of new recruiting techniques**
  - Increased company presence on campus, "red carpet" treatment for top grads
  - "Green focus", e.g. Google shuttle service
  - Lunch 2.0

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004984
ADOBE_004974
Copyright 2007 Adobe Systems Incorporated.
ADOBE CONFIDENTIAL



# Takeaways

- Recruiting and retaining top talent will likely be more competitive to the extent that the high tech sector remains economically healthy

- Exploiting emerging market talent opportunities may become more complex as these markets become more crowded

- As Microsoft, Google and Apple dial-up the volume on attracting Adobe resources, what changes or new approaches would assist Adobe in retaining top talent?

- If potential weakness in the economy extends to the tech sector, this may impact competitive hiring

HIGHLY CONFIDENTIAL

CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004985
ADOBE_004975

Copyright 2007 Adobe Systems Incorporated.

ADOBE CONFIDENTIAL
Adobe

12

HIGHLY CONFIDENTIAL



Revolutionizing
how the world engages
with ideas and information



Adobe

AB_CID004986
ADOBE_004976
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Backup: Breakdown of open jobs by function as of 11/2007

| Firm | Vmware | Google | Yahoo | Adobe | ADSK | MSFT | Apple | EMC | Avid | Cisco | Nuance | SAP | JAVA | Corel | IBM | Mean |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R&D | 657 | 423 | 760 | 267 | 130 | 2784 | 461 | 457 | 75 | 503 | 32 | 288 | 370 | 3 | 650 | 626 |
| S&M | 179 | 263 | 204 | 69 | 77 | 863 | 156 | 443 | 29 | 403 | 35 | 322 | 281 | 3 | 304 | 257 |
| Ops / IT | 54 | 480 | 52 | 48 | 40 | 304 | 116 | 149 | 7 | 357 | 13 | 52 | 81 | 2 | 728 | 139 |
| Consulting | 55 | 36 | 0 | 21 | 14 | 258 | 1 | 221 | 0 | 361 | 0 | 472 | 43 | 0 | 1098 | 74 |
| Other (HR, Finance, Admin) | 82 | 433 | 325 | 86 | 88 | 402 | 515 | 359 | 20 | 482 | 14 | 145 | 252 | 2 | 444 | 251 |
| Current headcount | 1027 | 1635 | 1341 | 491 | 349 | 4611 | 1249 | 1629 | 131 | 2106 | 94 | 1279 | 1027 | 10 | 3224 | 1347 |
| | | | | | | | | | | | | | | | | |
| R&D | 64% | 26% | 57% | 54% | 37% | 60% | 37% | 28% | 57% | 24% | 34% | 23% | 36% | 30% | 20% | 47% |
| S&M | 17% | 16% | 15% | 14% | 22% | 19% | 12% | 27% | 22% | 19% | 37% | 25% | 27% | 30% | 9% | 19% |
| Ops / IT | 5% | 29% | 4% | 10% | 11% | 7% | 9% | 9% | 5% | 17% | 14% | 4% | 8% | 20% | 23% | 10% |
| Consulting | 5% | 2% | 0% | 4% | 4% | 6% | 0% | 14% | 0% | 17% | 0% | 37% | 4% | 0% | 34% | 6% |
| Other (HR, Finance, Admin) | 8% | 26% | 24% | 18% | 25% | 9% | 41% | 22% | 15% | 23% | 15% | 11% | 25% | 20% | 14% | 19% |
| Total | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% | 100% |

HIGHLY CONFIDENTIAL
CONFIDENTIAL - ATTORNEYS' EYES ONLY
AB_CID004987
ADOBE_00497
Copyright 2007 Adobe Systems Incorporated.
14
ADOBE CONFIDENTIAL
Adobe