# EXHIBIT 37

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

# DRAFT
# Executive Search
*Midyear - 2008 Metrics & Summ*

Jeff Vijungco

Senior Director,  Talent Acquisition



Copyright 2008 Adobe Systems Incorporated.   All rights reserved.

1

HIGHLY CONFIDENTIAL

AB_CID005960

ADOBE_005950

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Copyright 2008 Adobe Systems Incorporated.   All rights reserved.

2

HIGHLY CONFIDENTIAL

AB_CID005961

ADOBE_005951

CONFIDENTIAL - ATTORNEYS' EYES ONLY



1H FY08 Executive Search Filled Requisition Demographics

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

HIGHLY CONFIDENTIAL

AB_CID005962

ADOBE_005952

CONFIDENTIAL - ATTORNEYS' EYES ONLY



TH-FY 08 Executive Search Filled Requisition Demographics

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

HIGHLY CONFIDENTIAL

AB_CID005963

ADOBE_005953

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 1H FY08 Executive Search New Hire Demographics



Copyright 2008 Adobe Systems Incorporated.   All rights reserved.

HIGHLY CONFIDENTIAL

AB_CID005964

**ADOBE_005954**
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## 1H FY08 Executive Search New Hire Demographics

Copyright 2008 Adobe Systems Incorporated.   All rights reserved.

6

HIGHLY CONFIDENTIAL

AB_CID005965

**ADOBE_005955**

**CONFIDENTIAL - ATTORNEYS' EYES ONLY**



1H FY08 Executive Search New Hire Demographics

Copyright 2008 Adobe Systems Incorporated.   All rights reserved.

HIGHLY CONFIDENTIAL

AB_CID005966

ADOBE_005956

CONFIDENTIAL - ATTORNEYS' EYES ONLY



APPENDIX

Q1 & Q2 - 2008

Executive Search

New Hire Bios

Copyright 2008 Adobe Systems Incorporated.   All rights reserved.

8

HIGHLY CONFIDENTIAL

AB_CID005967

ADOBE_005957

CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Appendix

New Hire Bios
Top Competitor for Talent
Declined Offer Information
Global Hiring Metrics

Copyright 2008 Adobe Systems Incorporated.   All rights reserved.

9

AB_CID005968
**ADOBE_005958**
**CONFIDENTIAL - ATTORNEYS' EYES ONLY**

## 1H FY08 Executive Search New Hire Bios

- **Business Productivity BU**
  - Director Acrobat, Marketing (*Michael Londgren*)
    - Michael comes from Boardvantage, Inc., where he was VP, Marketing & Corporate Strategy.  He has a BA in International Relations from Stanford and a MBA from Harvard.

- **Creative Solutions BU**
  - Director, Product Management - Hosted Services (*Matt Domenici*)
    - Matt comes from HP where he was the Director of Snapfish (a service of HP).  He also spent 9 years at Apple in system engineer and product management roles. He has a BA from the University of Texas and a MBA from Colorado State University
  - Director, Product Marketing – DMO (*Scott Morris – Internal Transfer*)
    - [Scott's bio]

- **Print Publishing BU**
  - Director, Product Marketing - Print Publishing (*Sanjeev Gadre*)
    - [Sanjeev's bio]



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

10

HIGHLY CONFIDENTIAL

AB_CID005969

ADOBE_005959

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 1H FY08 Executive Search New Hire Bios (cont.)

- **Advanced Technology Labs**
  - Director, Technology Programs (*Simon Towers – Internal Transfer*)
    - [Simon's bio]
- **Platform BU**
  - Director, Product Management – Platforms (*Zeke Koch – Internal Transfer*)
    - Zeke joined Adobe through the acquisition of Macromedia as the Director, Product Management Mobile Client.
  - Director, Distribution - Platform (*Eric Wittman – Internal Transfer*)
    - [Eric's bio]
- **Experience and Technology Organization**
  - Director, Instructional Content, Developer and Enterprise (*Steve Ruppenthal*)
    - [Steve's bio]

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

11

HIGHLY CONFIDENTIAL

AB_CID005970

ADOBE_005960

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 1H FY08 Executive Search New Hire Bios (cont)

- **WWFO**
  - VP, EMEA Sales (*Stephan Van Herck*)
    - [Stephan's Bio]
  - Senior Director, EMEA Marketing (*Fred Janssen*)
    - Fred comes from IBM where he was the ECM EMEA Field Marketing Leader.  He has also held positions at Peoplesoft and Oracle.  He holds a Masters Degree in Communication and Corporate Communication
  - Senior Director, Consulting (*Jim Sink*)
    - [Jim's Bio]
  - Director, Demand Generation (*Molly Nedom*)
    - Molly comes from Borland Software where she was the Director of Global Campaigns where she focused on demand generation campaigns and programs.
  - Director, Southeast Enterprise Sales (*Jonathan Hammond – Internal Transfer*)
    - Jonathan joined Adobe in 2003 as an Account Manager.  Since then, he has was a Territory Account Manager and most recently, District Manager East



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

12

HIGHLY CONFIDENTIAL

AB_CID005971

ADOBE_005961

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 1H FY08 Executive Search New Hire Bios (cont.)

- **WWFO (cont.)**
  - Director, Sales - Southeast Asia (*Ashley Wearne*)
    - Ashley comes from McAfee where she was the Area VP, ANZ, SEA and India.
  - Director, Customer Care Services Product Mgmt & Mktg (*JV Ramakant – Internal Transfer*)
    - JV joined Adobe in 2007 as a Sr. Project Manager and moved into the role of Sr. Manager, Customer Care Operations. Before Adobe, he was Sr. Director, Corporate Development at Borland Software where he was responsible for leading the carve-out of CodeGear. JV has also at McKinsey & Co. and Procter and Gamble. JV holds a Bachelors degree in Electronics & Communications Engineering from IIT, Delhi and an MBA from IIT, Calcutta.
  - Director, Customer Care – APAC (*Brett Frazer*)
    - Bret comes from Microsoft, where he was the Asia Pacific Customer Service Director / Regional Manager. He spent 9 years at Microsoft in various customer service roles.
  - Director, Nordic Sales (*Johan Salenstedt*)
    - Johan was the Managing Director, Nordics for Hyperion. He also held sales director roles at IBM and Lotus, and Amdahl.
  - Director, NA Inside Sales (*Darin Recchi*)
    - [Darin's Bio]

Copyright 2008 Adobe Systems Incorporated. All rights reserved.



HIGHLY CONFIDENTIAL

AB_CID005972

ADOBE_005962

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 1H-FY08 Executive Search New Hire Bios (cont.)

- **WWFO (cont.)**
  - Director, WW Finance and Operations, Adobe Consulting (*Balaji Subramanian*)
    - [Balaji's Bio]
  - Director, Field Marketing Programs (*Chris Ewert – Internal Transfer*)
    - [Chris' Bio]
  - Director, Field Marketing - Central/Eastern Europe (*Regina Mehler*)
    - [Regina's bio]
  - Director, WW Sales Operations (*Scott Bartell – Internal Transfer*)
    - [Scott's Bio]

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

14

HIGHLY CONFIDENTIAL

AB_CID005973
ADOBE_005963
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 1H FY08 Executive Search New Hire Bios (cont.)

- **WWFO (cont.)**
  - Director, Education Sales EMEA (*David Heath*)
    - [David's Bio]
  - Director, Channel Sales Osaka (*Nobutoshi Shimizu – Internal Transfer*)
    - [Nobutoshi's Bio]
  - Director, Japan Channel Sales (*Hirotoshi Kubota*)
    - [Hirotoshi's bio]
  - APAC Channel Director (*Yew Hwee Ng – Internal Transfer*)
    - [Yew Hwee's Bio]

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

HIGHLY CONFIDENTIAL

AB_CID005974

ADOBE_005964

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## 1H FY08 Executive Search New Hire Bios (cont.)

- **Corporate Development**
  - Director, Business Development, New Business Initiatives (*John Hoye – Internal Transfer*)
    - [John's Bio]

- **Information Technology**
  - Director, Governance & Portfolio Management (*Deb Giorda*)
    - Deb comes from Applied Biosystems where she was the Director, Portfolio Management where she managed global IT project portfolio, asset, and resource portfolio to ensure that IT investments were aligned with the company's strategic objectives.  Deb has held various management roles at  Internet Security Systems, CoreCommerce and Alltel Wireless.

- **Marketing**
  - Director, Marketing Operations and Planning (*Krista Calvo*)
    - Krista come from Yahoo where she was the Director, Marketing Valuation and Optimization.  She spent 6 years at Yahoo and held positions as the Marketing Finance Operations Director and FP&A Senior Manager. She has a BA from the University of Southern California and a MBA from Santa Clara University.
  - Director, K-12 Education (*Bob Regan – Internal Transfer*)
    - [Bob's Bio]



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

16

HIGHLY CONFIDENTIAL

AB_CID005975

ADOBE_005965

CONFIDENTIAL - ATTORNEYS' EYES ONLY



HIGHLY CONFIDENTIAL

AB_CID005976

ADOBE_005966

CONFIDENTIAL - ATTORNEYS' EYES ONLY



Declined Offers – Q2 2008

Copyright 2008 Adobe Systems Incorporated.   All rights reserved.

HIGHLY CONFIDENTIAL

AB_CID005977

**ADOBE_005967**
**CONFIDENTIAL - ATTORNEYS' EYES ONLY**