# EXHIBIT 41

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Donna Morris [dcmorris@adobe.com] |
| **Sent:** | Wednesday, July 21, 2004 6:12 PM |
| **To:** | 'ellens@adobe.com' |
| **Subject:** | RE: Job Offers with Salaries Above the Maximum of the Range |

Many thanks – I will also make sure to speak to the team too in our staff tomorrow – it is good learning & I know that in partnering with the comp team to increase their understanding will also benefit.  Let me know how it goes with Susan too in terms of the internal equity reports – as these will be valuable.

Have a good night, d

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities

-----Original Message-----
**From:** Ellen Swarthhout [mailto:ellens@adobe.com]
**Sent:** Wednesday, July 21, 2004 5:56 PM
**To:** 'Donna Morris'
**Subject:** RE: Job Offers with Salaries Above the Maximum of the Range

Donna -- thank you for doing this.  You have a nice way with words!

Ellen

-----Original Message-----
**From:** Donna Morris [mailto:dcmorris@adobe.com]
**Sent:** Wednesday, July 21, 2004 5:46 PM
**To:** hire@adobe.com
**Cc:** 'Ellen Swarthout'; 'Maria Rodriguez-Keeley'; gloria.stinson@adobe.com
**Subject:** Job Offers with Salaries Above the Maximum of the Range

Team – In a recent audit of new hire salaries the Compensation team noticed that some individuals had been hired into positions with base salaries above the maximum of the salary range.  While we know these salaries would have been approved by the respective hiring manager, this impacts both internal equity as well as raises questions in terms of the appropriate job level.



If you have any questions in terms of this process, please let us know.  We are in exciting growth times – and during this period we will need to continue to balance the needs of external candidates with the salary alignment of our internal employees.

For those attending the weekly talent meeting tomorrow, we can further discuss.

Many thanks, donna

ADOBE_008098
Confidential - Attorneys' Eyes Only

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities

ADOBE_008099
Confidential - Attorneys' Eyes Only