# EXHIBIT 43

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

| | |
|---|---|
| **From:** | Donna Morris [dcmorris@adobe.com] |
| **Sent:** | Monday, January 24, 2005 11:29 AM |
| **To:** | 'Maria Rodriguez-Keely'; 'Ellen Swarthout' |
| **Subject:** | RE: Out-of-cycle adjustments, Compression - Mtg. w/ D. Morris 1/18/05 |

Thank you both for opening this discussion.  Let me know how the overall staffing team can help to provide you with market trends from the recruitment viewpoint.

d

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities

---

**From:** Maria Rodriguez-Keely [mailto:mrodrigu@adobe.com]
**Sent:** Monday, January 24, 2005 8:42 AM
**To:** 'Ellen Swarthout'
**Cc:** dcmorris@adobe.com
**Subject:** Out-of-cycle adjustments, Compression - Mtg. w/ D. Morris 1/18/05

Ellen,

I met with Donna Morris on 1/18/05 regarding her concerns about internal inequity due to compression (the market driving pay for new hires above that of current employees).  The following is a summary of her comments, some of our discussion points and next steps to consider:



ADOBE_008692
Confidential - Attorneys' Eyes Only