# EXHIBIT 48

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

### APPLE INC.
### Source Code Evaluation and Assistance Agreement

This Source Code Evaluation and Assistance Agreement (the "Agreement") is entered into and is effective as of _____ 11/29/12 ("Effective Date") by and between Apple Inc., whose principal place of business is located at One Infinite Loop, Cupertino, California 95014 ("Apple") and Adobe Systems Incorporated whose principal place of business is located at: 345 Park Avenue, San Jose, CA 95110-2704 ("Adobe").



1. 

2. 

3. 

4. 

5.

6. ■

7. ■

8. **NO OTHER OBLIGATIONS.** No other obligations, express or implied, are created or assumed by either party except as stated herein.

9. ■

10. **ENTIRE AGREEMENT AND GOVERNING LAW.** This Agreement constitutes the entire agreement with respect to the Confidential Information disclosed herein and supersedes all prior or contemporaneous oral or written agreements concerning such Confidential Information. This Agreement may not be amended except by a written agreement signed by authorized representatives of both parties. This Agreement will be governed by and construed in accordance with the laws of the State of California, excluding that body of California law concerning conflicts of law.

Understood and agreed to by the duly authorized representatives of the parties:

Apple Inc.                                                Adobe:

_____ 11/23/__          _S/ Steven Day_____
By (Signature)                     Date        By (Signature)  Vice President      Date
                                                                WW Sales Finance
C.K. Hyun    Sr. Dir   uu___
Printed Name and Title                          Printed Name and Title
                                                                NOV 1 3 2012

ADOBE_110061
Confidential – Attorneys' Eyes Only