# EXHIBIT 51

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**Adobe**

## NDA COVER SHEET
### Scanning Project

Contract Group

☑   Non-Disclosure

*Current*
*Apple Master*
*Mutual*

Name of Other Party:

_Apple_

Effective Date:

_4/30/90_

Termination Date:

_____

Contract Term:

_____

\* For example, 1 year, auto renew, etc.

ADOBE_110308
Confidential – Attorneys' Eyes Only



# ADOBE SYSTEMS INCORPORATED

### MASTER AGREEMENT
### FOR
### MUTUAL DISCLOSURE OF INFORMATION

Effective Date: April _30_ 1990

This Agreement governs the disclosure of information by and between APPLE COMPUTER, INC. having a principal place of business or residing at 20525 Mariani Avenue, Cupertino, California (the "Company") and ADOBE SYSTEMS INCORPORATED and its subsidiaries and affiliates, having a principal place of business at 1585 Charleston Road, P.O. Box 7900, Mountain View, California 94309-7900 ("Adobe").



ADOBE_110309
Confidential – Attorneys' Eyes Only



04/17/90                          Mutual Disclosure Agreement                          2

ADOBE_110310
Confidential – Attorneys' Eyes Only

## Exhibit A

### to Master Agreement for Mutual Disclosure of Information

### Form of Appendix

### Disclosure of Confidential Information

Date:

Description of Confidential Information:

Adobe Systems Incorporated                    Apple Computer, Inc.

By:_____                  By:_____

Print Name:_____          Print Name:_____

ADOBE_110311
Confidential – Attorneys' Eyes Only

*Confidential*

# AMENDMENT TWO
## TO
## MASTER AGREEMENT FOR
## MUTUAL DISCLOSURE OF INFORMATION

This Amendment Two is an amendment to the Master Agreement for Mutual Disclosure of Information between Apple Computer, Inc. and Adobe Systems, Inc, dated April 30, 1990, as amended by Amendment One dated October 3, 2002 (the "Master Agreement").

The parties hereby agree that the Master Agreement will be further amended as set forth below, solely with respect to the Confidential Information identified in Exhibit A hereto.



Except as set forth herein, the Master Agreement as amended remains in full force and effect.

In witness whereof, the parties have executed this Amendment Two as of December 11, 2002.

ADOBE SYSTEMS, INCORPORATED

By: _____

Printed Name: _BRYAN LAMKIN_____

Title: _SVP_____

Date: _12/11/02_____

APPLE COMPUTER, INC.

By: _____

Printed Name: _Avadis Tevanian, Jr.___

Title: _SVP Software_____

Date: _12/11/02_____

ADOBE_110312
Confidential – Attorneys' Eyes Only

*Confidential*

## EXHIBIT A-2

### To Amendment Two to Master Agreement
### For Mutual Disclosure of Information

### Form of Appendix

### Description of Confidential Information

**Date:** 12/11/02

**Description of Confidential Information:** Apple's future business plans and products disclosed at meeting held at Apple on ███████████

**Authorized Employees:**



Confidential – Attorneys' Eyes Only

**APPENDIX TO**
**ADOBE SYSTEMS INCORPORATED**
**MASTER AGREEMENT FOR**
**MUTUAL DISCLOSURE OF INFORMATION**

This document is an appendix ("Appendix") to the Adobe Systems Incorporated Master Agreement for Mutual Disclosure of Information dated April 30, 1990 (the "Agreement") between Apple Computer, Inc. ("Apple") and Adobe Systems Incorporated ("Adobe"). In the event of any inconsistency between the terms of the Agreement and the terms of this Appendix, the terms of this Appendix shall prevail with respect to the Confidential Information contained herein. All other terms of the Agreement shall apply to this Appendix.

This Appendix is entered into and is effective as of May 30, 1995, (the "Effective Date") to identify Confidential Information disclosed by Apple to Adobe orally on the Effective Date.

Description of Confidential Information.

Adobe Systems Incorporated                    Apple Computer, Inc.

By: _____                 By: _____

Print Name: S. A. McDonald                    Print Name: Lawrence G. Tesler

Date: 5/30/95                                  Date: May 30, 1995

ADOBE_110314
Confidential – Attorneys' Eyes Only

# Appendix to Master Agreement for Mutual Disclosure of Information
### dated, April 30, 1990

**Date:**         October 14, 1994

**Description of Confidential Information:**

█████████████████████████████████████████

Adobe Systems Incorporated          Apple Computer, Inc.

By: _____          By: _____

Print Name:    John Vigouroux          Print Name:    Larry Wiklund

ADOBE_110315
Confidential – Attorneys' Eyes Only

Appendix
to
Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

Date: *October 14, 1994*

Description of Confidential Information:

Adobe Systems Incorporated

By: _____

Print
Name: *John Vigouroux*

Apple Computer, Inc.

By: _____

Print
Name: *Larry Wiklund*

ADOBE_110316
Confidential – Attorneys' Eyes Only

# APPENDIX

## to Master Agreement for Mutual Disclosure of Information

### Disclosure of Confidential Information

Date: 3|30|94

Description of Confidential Information:

████████████████████████

Adobe Systems Incorporated                    Apple Computer, Inc.

By: _Jenny_                                    By: _Mark Bloomquist_

Print
Name: _Jena Yankovich_                         Print
Name: _MARK BLOOMQUIST_

Confidential – Attorneys' Eyes Only

Appendix
to
Master Agreement for Mutual Disclosure of Information


Disclosure of Confidential Information

Date: 8|27|93

Description of Confidential Information:

███████████████████████████████████████

_Adobe_                          _Apple_
Sean McKenna                    Peter Zan
Jeff Parker                     Paul Hangus
Peter Merrill
John Vigoaroux
Marsha Dillon
Eric Zocher
Steve Guttman


Adobe Systems Incorporated       Apple Computer, Inc.

By: Marsha Dillon               By: _____

Print                            Print
Name: Marsha Dillon              Name: PETER ZAN

ADOBE_110318
Confidential – Attorneys' Eyes Only

Appendix
to
Master Agreement for Mutual Disclosure of Information


Disclosure of Confidential Information


Date:   5|25|93

Description of Confidential Information:



Adobe Systems Incorporated

By: *Esther Kletter*

Print
Name: *Esther Kletter*

Apple Computer, Inc.

By: *Laurie Vertelny*

Print
Name: LAURIE VERTELNEY

ADOBE_110319
Confidential – Attorneys' Eyes Only

Appendix
to
Master Agreement for Mutual Disclosure of Information


Disclosure of Confidential Information

Date: 4/30/93

Description of Confidential Information:

Adobe
~~Dave Pratt~~
~~George Coxson~~
~~Marsha Dillon~~
    Amy Radloff
    Tom Malloy
    Bob Koch
    Doug Olson
    Jim King
    Eric Zocher
    ~~Steve Johnson~~

    ~~Apple~~
    Mark Gonzales
    Andre Hammond
    Fred Monroe
    Peggy Redmann

| Adobe Systems Incorporated | Apple Computer, Inc. |
|---|---|
| By: Marsha Dillon | By: _____ |
| Print Name: Marsha Dillon | Print Name: Andrew Hammond |

ADOBE_110320
Confidential – Attorneys' Eyes Only

Appendix
to
Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

Date: 2/11/93

Description of Confidential Information:

████████████████

Adobe attendees
Amy Battio
Marsha Dillon
Frank Boosman
* George Cacioppo
Jim King
Bill McCoy
Tom Schramm
Fred Schwedner
Bill Spauer
* Jim Stephens
Deb Triant
Bob Wulff (CPO)
Steve Zilles
Eric Zocher
* did not attend but rec'd handouts

Apple attendees
Jed Harris
Andy Poupart
Kare May

| Adobe Systems Incorporated | Apple Computer, Inc. |
|---|---|
| By: Marsha Dillon | By: Jed Harris |
| Print Name: Marsha Dillon | Print Name: Jed Harris |

ADOBE_110321
Confidential – Attorneys' Eyes Only

Appendix
to
Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

**Date:** Dec. 18, 1992

**Description of Confidential Information:**

Adobe attendees at
Apple Briefing

Marsha Dillon
Amy Buffico
George Cacioppo
Mike Matsumoto
Paula Bardell
John Warnock
Bill Spaller
Torey Bruno
Tom Schramm
Joe Sorger
Sandra Lee-Dorsam
Matt Jacobs
Bill Hastings
Dave Yost
Paul Rovner

Jim King
Steve Zilles
Steve Guttman
Tim Myers
Doug Olson
Randy Ubillos
Mark Hamburg
Eric Zocher
Kevin Wandryk
Bob Koch
Tom Malloy

**Adobe Systems Incorporated**

By: _Marsha Dillon_

Print
Name: MARSHA DILLON

**Apple Computer, Inc.**

By: _(signature)_

Print
Name: Lesley Pennington

ADOBE_110322
Confidential – Attorneys' Eyes Only

# ADOBE SYSTEMS INCORPORATED

## Appendix to Master Agreement for Mutual Disclosure of Information
dated April 30, 1990.

Date: 12/17/91

Description of Confidential Information:

███████████████████████████████████

**Adobe Systems Incorporated**

By: _Amy Baffico_

Print Name: _Amy Baffico_

**Apple Computer, Inc.**

By: _Jim Lanahan_

Print Name: _JIM LANAHAN_

ADOBE_110323
Confidential – Attorneys' Eyes Only

APPENDIX

to Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

Date:  11 /12/92

Description of Confidential Information:



Adobe Systems Incorporated          Apple Computer, Inc.

By: _Marsha Dillon_                 By: _Rick McEachern_

Print
Name: _Marsha Dillon_               Print
                                    Name: _RICK McEACHERN_
                                          _SCANNER PRODUCT MGR._

also attending :
Steve guttmen
Bob Shanahan

ADOBE_110324
Confidential – Attorneys' Eyes Only



Appendix
to
Master Agreement for Mutual Disclosure of Information (the "Agreement")
dated April 30, 1990
between
Adobe Systems Incorporated ("Adobe")
and
Apple Computer, Inc. ("Company")

Disclosure of Confidential Information

**Date**:  August 6 1991

**Description of Confidential Information**:



**Additional Terms and Conditions**:

Company and Adobe agree that the following terms and conditions, in addition to the terms and conditions set forth in the Agreement, shall govern Adobe's use of the Confidential Information described above.

Apple Computer, Inc.
20525 Mariani Avenue
Cupertino, California 95014
(408) 996-1010
TLX 171-576

1

ADOBE_110325
Confidential – Attorneys' Eyes Only



███████████████████████████████████████████

IN WITNESS WHEREOF; the parties have executed this Appendix in duplicate as of the
date first written above.

Adobe Systems Incorporated                          Apple Computer, Inc.

By (Signature): _Eric E. Zocher_ 8/8/91             By (Signature): _____

Print Name: _Eric E. Zocher_                        Print Name: _____

Apple Computer, Inc.
20525 Mariani Avenue
Cupertino, California 95014
(408) 996-1010
TLX 171-576

2

ADOBE_110326
Confidential – Attorneys' Eyes Only

**APPENDIX 3/4/91**

<u>to Master Agreement for Mutual Disclosure of Information (the "Agreement")</u>

4/30/90 Between
Adobe Systems Incorporated ("Adobe")
and
Apple Computer, Inc. ("Company")

<u>Disclosure of Confidential Information</u>

<u>Date</u>:  March _8_, 1991.

<u>Description of Confidential Information</u>:



<u>Terms and Conditions of Release of the LaserWriter Driver</u>:

Company and Adobe agree that the following terms and conditions shall govern the Adobe's use of the LaserWriter Driver prior to the execution of a comprehensive Printer Driver Agreement as described in (e) below.



1

ADOBE_110327
Confidential – Attorneys' Eyes Only



2

ADOBE_110328
Confidential – Attorneys' Eyes Only

IN WITNESS WHEREOF; the parties have executed this Appendix in duplicate as of the date first written above.

Adobe Systems Incorporated

By: _Colleen M. Pouliot_

Print
Name: Colleen M. Pouliot
General Counsel & Secretary

LaserWriter is a registered trademark of Apple Computer, Inc.

Apple Computer, Inc.

By: _Jerry Mur_

Print
Name: JERRY MURCH
DIRECTOR, IMAGING MKTGM

3

ADOBE_110329
Confidential – Attorneys' Eyes Only

## APPENDIX

### to Master Agreement for Mutual Disclosure of Information

### Disclosure of Confidential Information

Date: *10 - 15 - 90*

Description of Confidential Information:

Adobe Systems Incorporated          Apple Computer, Inc.

By: *John C. Nash*                By: *Brian Grimshaw*

Print
Name: *John C. Nash*            Print
Name: *Brian Grimshaw*

ADOBE_110330
Confidential – Attorneys' Eyes Only

**Appendix to Master Agreement for**

**Mutual Disclosure of Information**


**Disclosure of Confidential Information**


Date:

May 30, 1990


Description of Confidential Information:

███████████████████████████████████████


Adobe Systems Incorporated                    Apple Computer, Inc.

By: _*William McCoy*_                         By: _*[signature]*_

Print Name: _WILLIAM McCOY_                    Print Name: _Roger Thompson_


ADOBE_110331
Confidential – Attorneys' Eyes Only

<u>Appendix to Master Agreement for</u>

<u>Mutual Disclosure of Information</u>

<u>Disclosure of Confidential Information</u>

Date:

May 1, 1990

Description of Confidential Information:

Adobe Systems Incorporated

By: _R. Dan Putman_ (signature)

Print Name: R. Dan Putman

Apple Computer, Inc.

By: _Edward W Birss_ (signature)

Print Name: Edward W. Birss

ADOBE_110332
Confidential – Attorneys' Eyes Only

**EXHIBIT A (APPLE)**

Exhibit A

to Master Agreement for Mutual Disclosure of Information

Form of Appendix

Disclosure of Confidential Information

Date:  June 21, 1990

Description of Confidential Information:

███████████████████████████████████████████

Adobe Systems Incorporated

By: *FL Mitchell*

Print Name: *FL Mitchell*

Apple Computer, Inc.

By: *Jim Stoneham*

Print Name: *JIM STONEHAM*

04/17/90                    Mutual Disclosure Agreement                    4

ADOBE_110333
Confidential – Attorneys' Eyes Only

**EXHIBIT A**
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _STEVE WINTERS_

Title: _MANAGER, PRINTER DRIVERS GRP._

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person
at any site have these responsibilities. Ideally this
person would oversee all compliance factors related to
this agreement.

Date: _02/26/92_

Disclosing Party ("Licensor"): _ADOBE_

Project Code Name:

General Description: ███████████████████

Address of Prototype Site:

APPLE COMPUTER, INC.

_[signature]_
Authorized Signature

_Steve Winters_
Printed Name

_____
Title

Date: _2/26/92_

ADOBE SYSTEMS INCORPORATED

_Amy Baffico_
Authorized Signature

_AMY BAFFICO_
Printed Name

_BUSINESS MGR_
Title

Date: _02/26/92_

*Prototype License*                                    **PAGE 5**

ADOBE_110334
Confidential – Attorneys' Eyes Only

## EXHIBIT A
### to
### Prototype License and Confidentiality Agreement
### Form of Appendix

**PROTOTYPE LICENSEE SITE DESIGNEE**

Printed Name: _Steve Winters_

Title: _Manager Imaging Software_

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: _2|10|93_

Disclosing Party ("Licensor"): _Adobe_

Project Code Name: _N/A_

General Description: ██████████████

Address of Prototype Site: _3515 Monroe St. Santa Clara, CA 95051_

**APPLE COMPUTER, INC.**

_[signature]_
Authorized Signature

_Steve Winters_
Printed Name

_Mgr Imaging Software_
Title

Date: _2|10|93_

**ADOBE SYSTEMS INCORPORATED**

_[signature]_
Authorized Signature

_Marsha Dillon_
Printed Name

_Mkt Prog Mgr_
Title

Date: _2/10/93_

_Prototype License_

**PAGE 5**

ADOBE_110335
Confidential – Attorneys' Eyes Only

## EXHIBIT A
### to
### Prototype License and Confidentiality Agreement
### Form of Appendix

**PROTOTYPE LICENSEE SITE DESIGNEE**

Printed Name: _Scott Converse_

Title: _Apple Online Systems R+D. Mgr._

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person
at any site have these responsibilities.  Ideally this
person would oversee all compliance factors related to
this agreement.

Date: _5-17-93_

Disclosing Party ("Licensor"): _Adobe Systems_

Project Code Name: ███████████████████

General Description: █████████████████████████

Address of Prototype Site:

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| _[signature]_ | _Amy Baffico_ |
| Authorized Signature | Authorized Signature |
| _Scott Converse_ | _Amy Baffico_ |
| Printed Name | Printed Name |
| _Mgr. AOS R+D_ | _OEM Business Manager_ |
| Title | Title |
| Date: _5/17/93_ | Date: _5-17-93_ |

*Prototype License*                                    PAGE 5

ADOBE_110336
Confidential – Attorneys' Eyes Only

## EXHIBIT A
to
### Prototype License and Confidentiality Agreement
### Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: *Mark Bloomquist*

Title: *Mgr. Electronic Media Group*

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: *3/30/94*

Disclosing Party ("Licensor"): *Jena Yankovich / Acrobat Product MKt.*

Project Code Name: ███████████

General Description: ███████████████

Address of Prototype Site: *20525 Mariani Ave*
*Cupertino, CA 95014*

APPLE COMPUTER, INC.

*Mark Bloomquist*
Authorized Signature

*MARK BLOOMQUST*
Printed Name

*Manager*
Title

Date: *4-25-94*

ADOBE SYSTEMS INCORPORATED

*Jena Yankovich*
Authorized Signature

*Jena Yankovich*
Printed Name

*Project Manager*
Title

Date: *3/30/94*

*Prototype License*                                    PAGE 5

ADOBE_110337
Confidential – Attorneys' Eyes Only

<u>EXHIBIT A</u>
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: *MARC KAUFMAN*

Title: *COMPUTER SCIENTIST*

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person at any site have these responsibilities.  Ideally this person would oversee all compliance factors related to this agreement.

Date:

Disclosing Party ("Licensor"):

Project Code Name:  ███████

General Description:  ████████████████

Address of Prototype Site:

APPLE COMPUTER, INC.

*Paul Bonnarito*
Authorized Signature

*Paul Bonnarito*
Printed Name

*Seed Coordinator*
Title

Date: *3/8/95*

ADOBE SYSTEMS INCORPORATED

*M. MacDonald*
Authorized Signature

Stephen A. MacDonald
Printed Name

Sr. Vice President/General Mgr.
Title

Date: 2/21/95

*Prototype License*                                                PAGE 5

ADOBE_110338
Confidential – Attorneys' Eyes Only

## EXHIBIT A
### to
### Prototype License and Confidentiality Agreement
### Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _Tim Godfrey_

Title: _APD QA LABS Manager_

This designated person will be responsible for:

* Receiving "Addressee Only" Prototype materials
* Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: _2/28/95_

Disclosing Party ("Licensor"): _Apple Computer_

Project Code Name: ███████████████████

General Description: ████████████████████████████

Address of Prototype Site: _83 King St., Ste 108, Seattle, WA 98109_
_Main address: 411 1st Ave S., Seattle, WA 98104_
_(Shipping address: 99 S. Jackson St., Seattle, WA 98104_

APPLE COMPUTER, INC.                         ADOBE SYSTEMS INCORPORATED

_____                      _Eric Zocher_ (signature)
Authorized Signature                         Authorized Signature

_____                      _Eric Zocher_
Printed Name                                 Printed Name

_____                      _VP of Engineering, APD_
Title                                        Title

Date:_____                      Date: _Feb. 28, 1995_

*Prototype License*                                                   PAGE 5

ADOBE_110339
Confidential – Attorneys' Eyes Only

**Exhibit A**

**to Master Agreement for Mutual Disclosure of Information**

**Form of Appendix**

**Disclosure of Confidential Information**

Date:  10. 29. 92

Description of Confidential Information:



Adobe Systems Incorporated                    Apple Computer, Inc.

By: _____                    By: _____

Print Name: JIM STEPHENS                    Print Name: JERRY MVNCN        10/29/9

          H/29/92

                                                Brian Fawley
                                                BRIAN CAWLEY

                                                Steve Winters

                                                M.S. Allen
                                                MITCH ALLEN

                                                Lesley Pennington

04/17/90                    Mutual Disclosure Agreement                    4

ADOBE_110340
Confidential – Attorneys' Eyes Only

## EXHIBIT A
to
## Prototype License and Confidentiality Agreement
Form of Appendix

**PROTOTYPE LICENSEE SITE DESIGNEE**

Printed Name: _Steve Winters_

Title: _Manager Imaging Software_

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person
at any site have these responsibilities.  Ideally this
person would oversee all compliance factors related to
this agreement.

Date: _1-20-93_

Disclosing Party ("Licensor"):   _Adobe Systems_

Project Code Name:   ████████

General Description:   ███████████████

Address of Prototype Site:  _3515 Monroe St_
_Santa Clara, CA 95051_

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| _[signature]_ | _Marsha Dillon_ |
| Authorized Signature | Authorized Signature |
| _Steve Winters_ | _Marsha Dillon_ |
| Printed Name | Printed Name |
| _Mgr Imaging Software_ | _Mkt Prog Mgr_ |
| Title | Title |
| Date: _1/20/93_ | Date: _1/20/93_ |

*Prototype License*                                    **PAGE 5**

ADOBE_110341
Confidential – Attorneys' Eyes Only

## EXHIBIT A
### to
### Prototype License and Confidentiality Agreement
### Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _Michael Burbidge_

Title: _Computer Scientist_

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person at any site have these responsibilities.  Ideally this person would oversee all compliance factors related to this agreement.

Date:

Disclosing Party ("Licensor"):

Project Code Name: ██████████████████████

General Description:

Address of Prototype Site:



APPLE COMPUTER, INC.

_Authorized Signature_

_Reginald Page_
Printed Name

_Software Seed Project Coordinator_
Title

Date: _8/4/95_

ADOBE SYSTEMS INCORPORATED

_Authorized Signature_

_Eric Zocher_
Printed Name

_Vice President of APD Eng._
Title

Date: _7-21.95_

_Prototype License_ PAGE 5

Confidential – Attorneys' Eyes Only

Date: _7/18/95_                              Project codename: <u>ODF</u>

# Seed Site Information Sheet

## Company information:

Company name      _Adobe Systems, Inc. / Shuksan_
(as printed on company letterhead; include division name if applicable)

Main phone number   ( _206_ ) _____

## Primary contact: (This person will receive future agreements and seed materials)

Name of primary contact          _Michael Burbidge_
Phone number for primary contact  ( _206_ ) _343-3229_
FAX number for primary contact    ( ) _____
Email address for primary contact  _mburbidg@adobe.com_
(for projects available via ftp/internet access, you will be notified by email)

## Mailing Address for primary contact: (No P.O. Box addresses please)

Address Line 1    _Michael Burbidge / Adobe Systems, Inc._
Address Line 2    _411 First Ave. So._
City/State/ZIP    _Seattle, WA  98104_
Country           _____

## Secondary Contact: (Alternate contact for your company)

Name of secondary contact          _____
Phone number for secondary contact  ( ) _____
AppleLink address for secondary contact  _____

Apple Computer, Inc.                                    7/6/95

ADOBE_110343
Confidential – Attorneys' Eyes Only



**EXHIBIT A**
to
**Prototype License and Confidentiality Agreement**
**Form of Appendix**

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _Jeff Garner_

Title: _Member, Technical Staff_

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: _October 12, 1995_

Disclosing Party ("Licensor"): _Apple Computer, Inc._

Project Code Name: ███████

General Description: ███████████████

Address of Prototype Site:
_411 First Ave. So._
_Seattle, WA 98104_

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| _Nancy Goettin_ | _Eric S. Jean_ |
| Authorized Signature | Authorized Signature |
| _NANCY GOETTING_ | _Eric E. Zocher_ |
| Printed Name | Printed Name |
| _Seed Specialist_ | _Vice President, Engineering_ |
| Title | Title |
| Date: _10/27/95_ | Date: _10/20/95_ |

ADOBE_110344
Confidential – Attorneys' Eyes Only

Date: 10 / 11 / 95

Apple Seeding Projects

OCT 1995 RECEIVED

# Seed Site Information Sheet

## Company information:

Company name    Adobe Systems Incorporated
(as printed on company letterhead; include division name if applicable)

Main phone number    ( 206 ) 470 - 7000

## Primary contact:   (This person will receive all seed materials)

Name of primary contact    Jeff D. Garner

Phone number for primary contact    ( 206 ) 470 - 7459

FAX number for primary contact    ( 206 ) 470 - 7107

~~AppleLink~~ Internet address for primary contact    jgarner @ Adobe. Com

## Mailing Address for primary contact:   (No P.O. Box addresses please)

Address Line 1    Adobe Systems Inc.

Address Line 2    411 First Avenue South

City/State/ZIP    Seattle , WA    98104

Country    U. S. A.

## Secondary Contact:   (Alternate contact for your company)

Name of secondary contact    Mary Park

Phone number for secondary contact    ( 206 ) 470 - 7426

~~AppleLink~~ Internet address for secondary contact    mpark @ adobe.com

Apple Computer, Inc.                                                        5/27/95

ADOBE_110345
Confidential – Attorneys' Eyes Only

**ADDENDUM (APPLE)**

**SECOND ADDENDUM TO
MASTER AGREEMENT FOR MUTUAL DISCLOSURE OF INFORMATION
BETWEEN
ADOBE SYSTEMS INCORPORATED
AND
APPLE COMPUTER, INC.**

THIS SECOND ADDENDUM ("Addendum No. 2") to the Master Agreement for Mutual Disclosure of Information between Apple Computer, Inc. ("Company") and Adobe Systems Incorporated ("Adobe") dated April 30, 1990 (the "Agreement"), governs the disclosure by Adobe to Apple of Adobe's ASIC Technology.  In the event of any inconsistency between the terms of the Agreement and the terms of this Addendum No. 2, the terms of this Addendum No. 2 shall prevail with respect to the Adobe ASIC Technology.  All other terms of the Agreement shall apply to the Adobe ASIC Technology.

The following provisions shall apply to the disclosure by Adobe to Apple of Adobe's ASIC Technology:



02/02/95                    Addendum 2 to Mutual Disclosure Agreement                    1
                                    Adobe ASIC Technology

ADOBE_110346
Confidential – Attorneys' Eyes Only

████████████████████████████████████████

Adobe Systems Incorporated                    Apple Computer, Inc.

By: _____                By: _____

Print Name: Stephen A. MacDonald             Print Name: Thomas Mager

Title: Sr. Vice President/General Mgr.       Title: Director, Personal Printer Engrg

Date: 2/27/95                                Date: 2/21/95

02/02/95              Addendum 2 to Mutual Disclosure Agreement              2
                            Adobe ASIC Technology

ADOBE_110347
Confidential – Attorneys' Eyes Only

**FIRST ADDENDUM TO**
**ADOBE SYSTEMS INCORPORATED**
**MASTER AGREEMENT FOR**
**MUTUAL DISCLOSURE OF INFORMATION**

This document is the first addendum (the "Addendum") to the Adobe Systems Incorporated Master Agreement for Mutual Disclosure of Information dated April 30, 1990 (the "Agreement") between Apple Computer, Inc. ("Apple") and Adobe Systems Incorporated ("Adobe"). In the event of any inconsistency between the terms of the Agreement and the terms of this Addendum, the terms of this Addendum shall prevail with respect to the ▇▇▇▇▇ Project. All other terms of the Agreement shall apply to the ▇▇▇▇ Project.



ADOBE_110348
Confidential – Attorneys' Eyes Only



*04/05/94mgr*                                                            *page 2*

ADOBE_110349
Confidential – Attorneys' Eyes Only

III.

IV.

V.

VI.



ADOBE_110350
Confidential – Attorneys' Eyes Only

This Addendum is entered into on behalf of the parties by their duly authorized representatives.

**APPLE COMPUTER, INC.**

_Dave Stotlord_
SIGNATURE

**ADOBE SYSTEMS INCORPORATED**

_Ali Mac Donald_
SIGNATURE

Dave Stotlord, Sr Director, Imaging Engineering
PRINTED NAME AND TITLE

S.A. MacDonald, Sr. VP, GM, SPD
PRINTED NAME AND TITLE

5-8-94
DATE SIGNED

5.10.94
DATE SIGNED

**ADOBE Employees Authorized for Disclosure on the** ▉▉▉▉▉ **Project**
(each of whom are to initial below to indicate that they have read this Addendum)

1.    Joel Sacks, Computer Scientist                    _JS_
      Printed Name and Title                            Initials

            Adobe.sacks, 415-962-4803
      AppleLink and Telephone Number

2.    Chuck Jordan, Computer Scientist                  _WCJ_
      Printed Name and Title                            Initials

            No AppleLink, 415-962-4975
      AppleLink and Telephone Number

3.    George Cacioppo, OEM Group Engineering Manager    _gac_
      Printed Name and Title                            Initials

            Adobe.gac, 415-962-3983
      AppleLink and Telephone Number

_04/05/94mgr_

_page 4_

ADOBE_110351
Confidential – Attorneys' Eyes Only



**Adobe Systems Incorporated**     1585 Charleston Road
                                   P.O. Box 7900
                                   Mountain View, CA 94039-7900
                                   Phone 415 961.4400
                                   Fax  415 961.3769

August 5, 1994

Kevin Andresen
Apple Computer, Inc.
20525 Mariani Avenue
Cupertino, CA  95014

Dear Mr. Andresen:

  Pursuant to the First Addendum to the Master Agreement for Mutual
Disclosure of Information, dated May 10, 1994 ( the "█████████ Addendum")
Apple and Adobe agree to add Marion Golin to the approved list of Adobe
employees authorized for disclosure on the █████████ Project. Her title,
AppleLink address and telephone number are as follows:

  Marion Golin, Engineering Project Manager    MAG~
  Printed Name and Title         Initials

    mgolin; 415-962-2039
  AppleLink and Telephone Number

  Marion Golin has initialed this letter indicating that she has read the
█████████ Addendum. Please indicate your agreement with this letter by
signing below and returning the original to us. Thank you.

        Very truly yours,

        John Vigouroux
        OEM Business Manager

**ACKNOWLEDGED AND AGREED TO
ON BEHALF OF APPLE COMPUTER, INC.:**

By: _Dave Stallard_

DAVE STALLARD
Print Name

Title:  Sr. Director

Date:  9/29/94

ADOBE_110352
Confidential – Attorneys' Eyes Only

# AMENDMENT ONE
## TO
## MASTER AGREEMENT FOR
## MUTUAL DISCLOSURE OF INFORMATION

This Amendment One is an amendment to the Master Agreement for Mutual Disclosure of Information between Apple Computer, Inc. and Adobe Systems, Inc, dated April 30, 1990 (the "Master Agreement").

The parties hereby agree that the Master Agreement will be amended as set forth below, solely with respect to the Confidential Information identified in Exhibit A hereto.

The following sentence will be added to the end of Paragraph 4:

Except as set forth herein, the Master Agreement remains in full force and effect.

In witness whereof, the parties have executed this Amendment One as of October ⏤, 2002.

ADOBE SYSTEMS, INCORPORATED          APPLE COMPUTER, INC.

By: _____          By: _____

Printed Name: __Bruce R. Chizen__          Printed Name: _____
              __President & CEO__
Title: _____Adobe Systems, Inc._____          Title: _____

*Origs - don't have apple's signature on these*

ADOBE_110353
Confidential – Attorneys' Eyes Only

**EXHIBIT A**

**To Amendment One to MasterAgreement
For Mutual Disclosure of Information**

**Form of Appendix**

**Description of Confidential  Information**

**Date:**  10/3/02

**Description of Confidential Information:**  Apple's future business plans and products disclosed at meeting held at Apple on █████████████

**Authorized Employees :**  ████████████████████

ADOBE_110354
Confidential – Attorneys' Eyes Only

# AMENDMENT ONE
## TO
## MASTER AGREEMENT FOR
## MUTUAL DISCLOSURE OF INFORMATION

This Amendment One is an amendment to the Master Agreement for Mutual Disclosure of Information between Apple Computer, Inc. and Adobe Systems, Inc, dated April 30, 1990 (the "Master Agreement").

The parties hereby agree that the Master Agreement will be amended as set forth below, solely with respect to the Confidential Information identified in Exhibit A hereto.

The following sentence will be added to the end of Paragraph 4:

Except as set forth herein, the Master Agreement remains in full force and effect.

In witness whereof, the parties have executed this Amendment One as of October 3, 2002.

ADOBE SYSTEMS, INCORPORATED        APPLE COMPUTER, INC.

By: _____        By:_____

Printed Name: *Shantanu Narayen*        Printed Name:_____

Title: *EVP Worldwide Products*        Title:_____

ADOBE_110355
Confidential – Attorneys' Eyes Only

## EXHIBIT A

### To Amendment One to MasterAgreement
### For Mutual Disclosure of Information

### Form of Appendix

### Description of Confidential  Information

**Date:**  10/3/02

**Description of Confidential Information:**  Apple's future business plans and products disclosed at meeting held at Apple on October 3, 2002

**Authorized Employees :**  Bruce Chizen,  Shantanu Narayen

ADOBE_110356
Confidential – Attorneys' Eyes Only