# EXHIBIT 52

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# Adobe

## NDA COVER SHEET
## Scanning Project

Contract Group

☑ Non-Disclosure

Name of Other Party:

_Apple_

Effective Date:

_12-6-95_

Termination Date:

_____

Contract Term:

_____

\* For example, 1 year, auto renew, etc.

ADOBE_110368
Confidential – Attorneys' Eyes Only

# ADOBE SYSTEMS INCORPORATED
# AGREEMENT FOR DISCLOSURE OF ADOBE INFORMATION
# AND ASSIGNMENT

Effective Date: December 6, 1995

This Agreement is made by and between APPLE COMPUTER, INC., having a principal place of business at 1 Infinite Loop, Cupertino, CA 95014 (the "Recipient") and ADOBE SYSTEMS INCORPORATED and its subsidiaries and affiliates, having a principal place of business at 1585 Charleston Road, P.O. Box 7900, Mountain View, California 94039-7900 ("Adobe").

## RECITALS

WHEREAS, Adobe owns certain computer programs known as the Adobe Photoshop software; and

[REDACTED]

WHEREAS, during the course of the Project, certain employees of Recipient were or will be disclosed of and had or will have access to, at Adobe's premises, certain confidential information of Adobe, including, without limitation, the source code to Adobe Photoshop.

NOW THEREFORE, the parties agree as follows:

[REDACTED]

ADOBE_110369
Confidential – Attorneys' Eyes Only

2.

3.

4.



5.

6.

7.

11/16/95ph
agmt/NDA

Agreement for Disclosure of Adobe Information
Apple Computer

2

ADOBE_110370
Confidential – Attorneys' Eyes Only



8.

9.

10.

11.

12.

11/16/95ph
agmt/NDA

Agreement for Disclosure of Adobe Information
Apple Computer

3

ADOBE_110371
Confidential – Attorneys' Eyes Only

13.

14.

15.



IN WITNESS WHEREOF, the parties have executed this Agreement in duplicate as of the date first written above.

"Adobe"

ADOBE SYSTEMS INCORPORATED

By: _[signature]_

Print Name: David B. Pratt

Title: Sr. Vice President

"Recipient"

APPLE COMPUTER, INC.

By: _[signature]_

Print Name: SANJOY GHOSH

Title: TECHNICAL STAFF

11/16/95ph
agmt/NDA

Agreement for Disclosure of Adobe Information
Apple Computer

4

ADOBE_110372
Confidential – Attorneys' Eyes Only

"Recipient"

APPLE COMPUTER, INC.

By: _Eric Finger_ (signature)

Print Name: ERIC FINGER

Title: Performance Tools DRI

"Recipient"

APPLE COMPUTER, INC.

By: _K. Nomura_ (signature)

Print Name: Kevin Nomura

Title: Software engineer

ADOBE_110373
Confidential – Attorneys' Eyes Only