# EXHIBIT 53

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION



**Adobe**

## NDA COVER SHEET
### Scanning Project

**Contract Group**

☑   Non-Disclosure

**Name of Other Party:**

*Apple Computer*

**Effective Date:**

6·27·02

**Termination Date:**

**Contract Term:**

\* For example, 1 year, auto renew, etc.

ADOBE_110398
Confidential – Attorneys' Eyes Only

# ADOBE SYSTEMS INCORPORATED
## MASTER AGREEMENT
### FOR
## MUTUAL DISCLOSURE OF INFORMATION

Effective Date: __6__ / __27__ / __2002__
(Month)      (Day)      (Year)

This Agreement governs the disclosure of information between ___Apple Computer___

_____
(COMPANY OR INDIVIDUAL NAME, AS APPLICABLE)

having an address of ___1 Infinite Loop, Cupertino, CA___

_____, and Adobe Systems Incorporated, having its principal place of business in the United States at 345 Park Avenue, San Jose, CA 95110-2704, and Adobe's direct and indirect subsidiaries and affiliates that collectively are Adobe ( herein after "Adobe"). If a company name is entered above, the person signing this Agreement acknowledges that he or she is binding the entire company and represents that he or she has the authority to do so. A party disclosing Confidential Information (as defined below) pursuant to this Agreement is referred to herein as a "Disclosing Party" and a party receiving Confidential Information pursuant to this Agreement is referred to herein as a "Recipient."

1.

2.

3.

6/27/2002  bm/vb          MASTER AGREEMENT FOR MUTUAL DISCLOSURE OF INFORMATION          1

ADOBE_110399
Confidential – Attorneys' Eyes Only

4.

5.

6.

7.

8.

9.

10.

11.

12.

13.



6/27/2002 bm/vb          MASTER AGREEMENT FOR MUTUAL DISCLOSURE OF INFORMATION          2

ADOBE_110400
Confidential – Attorneys' Eyes Only

14.

15.

16.

17.

18.     This Agreement may be signed in counterparts.  The parties also agree that a signature transmitted via facsimile shall be deemed original for all purposes hereunder.

19.     The English language version of this Agreement shall be the version used in the event any dispute arises hereunder. All translations of this Agreement are for convenience only and shall not be used by the parties or any court when interpreting or construing this Agreement.

IN WITNESS WHEREOF, the parties have executed this Agreement in duplicate as of the date first written above.

ADOBE SYSTEMS INCORPORATED                    *Apple Computer*
                                              (Enter COMPANY NAME if applicable)

Signature: _____           Signature: _____
          (Must be signed by a VP or higher)

Print
Name: *Gerrard Rutter*                        Print
                                              Name: *Joseph P. Keenan Jr*

Title: *VP, Info. Services*                   Title: *Technical Support Manager*
Date: *6/27/2002*                             Date: *6/27/02*

ADOBE_110401
Confidential – Attorneys' Eyes Only

# ADOBE SYSTEMS INCORPORATED

The attached:

### MASTER AGREEMENT
### FOR
### MUTUAL DISCLOSURE OF INFORMATION

covers disclosure, receipt and treatment of confidential information
between Adobe and any other party.

### SIGNATURE PROCESS

**RECIPIENT:** Please print two (2) copies of this Agreement and sign both. Once you have signed the Agreement, please **RETURN BOTH SIGNED ORIGINALS TO YOUR CONTACT AT ADOBE** for Adobe's signature (**do not** return directly to the Adobe San Jose Legal Department). Thank you

**ADOBE EMPLOYEE:** **THIS AGREEMENT MAY ONLY BE SIGNED BY AN APPROPRIATE ADOBE SIGNATORY PER THE ADOBE CONTRACT SIGNATURE POLICY(AN ADOBE VP OR HIGHER).** To obtain this signature, you should provide the authorized signatory with the name of the company with whom you plan to exchange information, the description of the information being exchanged and the reason for the exchange. Return one fully signed **original** to: the San Jose Legal department, W16, ATTN: Legal Dept. - NDA Administrator. Return the other signed original to the company or individual listed in the Agreement.

ADOBE_110402
Confidential – Attorneys' Eyes Only

# Appendix to Master Agreement for Mutual Disclosure of Information

dated, April 30, 1990

**Date:**        July 1, 1996

**Description of Confidential Information:**

Adobe Systems Incorporated

By: _____

Apple Computer, Inc.

By: _____

Print Name:

Print Name:  Gary Edwards
Director, Imaging Ops.

ADOBE_110403
Confidential – Attorneys' Eyes Only

Exhibit A

to Master Agreement for Mutual Disclosure of Information

Form of Appendix

Disclosure of Confidential Information

Date: 12-APR-96

Description of Confidential Information:

Adobe Systems Incorporated

By: _____

Print Name: JoHN PETERSON

Apple Computer, Inc.

By: _____

Print Name: Michelle Wyner

04/17/90                    Mutual Disclosure Agreement                    4

ADOBE_110404
Confidential – Attorneys' Eyes Only

<u>Exhibit A</u>

<u>to Master Agreement for Mutual Disclosure of Information</u>

<u>Form of Appendix</u>

<u>Disclosure of Confidential Information</u>

Date: 12 - APR - 96

Description of Confidential Information:

Adobe Systems Incorporated

By: _John Peterson_

Print Name: _John Peterson_

Apple Computer, Inc.

By: _____

Print Name: _CARL de Cordova_

ADOBE_110405
Confidential – Attorneys' Eyes Only

OCT 01 '96 12:25PM APPLE

P.2/2

## EXHIBIT A
### to
### Prototype License and Confidentiality Agreement
### Form of Appendix

**PROTOTYPE LICENSEE SITE DESIGNEE**

Printed Name: _Ken Bereskin_

Title: _Manage, Mac OS 8 Evangelism_

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: _9/25/96_

Disclosing Party ("Licensor"): _Adobe Systems, Inc._

Project Code Name: ████████████████

General Description:

Address of Prototype Site: _3 Infinite Loop Cupertino, 95014_

**APPLE COMPUTER, INC.**

_[signature]_
Authorized Signature

_Ken Bereskin_
Printed Name

_Manager, Mac OS 8 Evangelism_
Title

Date: _Sept. 26, 1996_

**ADOBE SYSTEMS INCORPORATED**

_[signature]_
Authorized Signature

_Susan Gile_
Printed Name

_Project Mgr_
Title

Date: _9/30/96_

*Prototype License*

PAG

ADOBE_110406
Confidential – Attorneys' Eyes Only

## Adobe Photoshop™ Beta Program Information

| | |
|---|---|
| Business | Apple |
| fname | Ken |
| lname | Bereskin |
| address | 3 Infinite Loop |
| city | Cupertino, |
| state | CA |
| zip | 95014 |
| country | |
| phone1 | 408/974-0743 |
| fax | 408/974-1211 |
| E-Mail | bereskin@apple.com |

## WWW Access Information:

To access the Adobe Photoshop Beta Site on the WWW, following is the information you will
d:

URL:

Username:

Password:

idential: This information is subject to the Serial Agreement for Unreleased Product
(Recurrent Beta Site/Web Use) and the Amendment No. 1 to Serial Agreement for Unreleased Product,
(Recurrent Beta Site/Web Use) that has been signed between Adobe Systems and your
company.

ADOBE_110407
Confidential – Attorneys' Eyes Only

## Adobe Photoshop™ Beta Program Information

| | |
|---|---|
| Business | Apple |
| fname | James |
| lname | Dempsey |
| address | 3 Infinite Loop |
| city | Cupertino, |
| state | CA |
| zip | 95014 |
| country | |
| phone1 | 408/974-7817 |
| fax | |
| E-Mail | dempseyj@apple.com |

## WWW Access Information:

To access the Adobe Photoshop Beta Site on the WWW, following is the information you will ed:

URL:

Username:

Password:

dential: This information is subject to the Serial Agreement for Unreleased Product (Recurrent Beta Site/Web Use) and the Amendment No. 1 to Serial Agreement for Unreleased Product, (Recurrent Beta Site/Web Use) that has been signed between Adobe Systems and your company.

ADOBE_110408
Confidential – Attorneys' Eyes Only

## EXHIBIT A
to
### Prototype License and Confidentiality Agreement
### Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

  Printed Name:  Nick Schlott

  Title:  Premiere Engineering Manager

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date:  December 5, 1997

Disclosing Party ("Licensor"):  Apple

Project Code Name ("Prototype"):  ██████████████████████████████

General Description:  ███████████████████████████

Address of Prototype Site:  345 Park Avenue
         San Jose, CA  95110

Additional Terms and Conditions:

Solely for purposes of the Prototype licensed pursuant to this Exhibit A:

  1.  Section 2 of the Prototype Agreement is modified as follows:



  2.  Section 4 of the Prototype Agreement is modified by adding the following language after the first sentence:

Exhibit A                            PAGE 1

ADOBE_110409
Confidential – Attorneys' Eyes Only



3.   In the event of any inconsistency between these Additional Terms and Conditions and the terms of the Prototype Agreement, these Additional Terms and Conditions shall prevail solely with respect to the Prototype licensed pursuant to this Exhibit A.  All other terms of the Prototype Agreement shall apply to the Prototype licensed pursuant to this Exhibit A.

APPLE COMPUTER, INC.

Authorized Signature
_____

TIMOTHY SCHAAFF
_____
Printed Name

SR. DIRECTOR, IMG
_____
Title

Date: Dec. 11, 1997

ADOBE SYSTEMS INCORPORATED

Authorized Signature
_____

Bruce Chizen
_____
Printed Name

Sr. VP & GM Graphics Division
_____
Title

Date: 12/5/97

Exhibit A                                                      PAGE 2

ADOBE_110410
Confidential – Attorneys' Eyes Only

## APPENDIX
to
Prototype License and Confidentiality Agreement

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _Tim Schaaff, Peter Hoddie, Hage van Dijk_

Title: _Senior Director, Chief Architect, SQA Program Manager (QT Engineering)_

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date: _12/5/97_

Disclosing Party ("Licensor"): Adobe Systems, Inc.

Project Code Name: ██████████████████████

General Description: ██████████████████████
██████████████████████████████████████

One Infinite Loop
Cupertino, CA 95014

| APPLE COMPUTER, INC. | ADOBE SYSTEMS INCORPORATED |
|---|---|
| _signature_ | _signature_ |
| Authorized Signature | Authorized Signature |
| Timothy Schaaff / Peter Hoddie / Hage van Dijk | _David Trescot_ |
| Printed Name | Printed Name |
| Snr. Dir / Chief Architect / SQA Prog. Mngr. | Sr. Product Mktg. Mgr. |
| Title | Title |
| Date: 12/9/97 | Date: 12/11/97 |

ADOBE_110411
Confidential – Attorneys' Eyes Only

Appendix to Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

**Date of Appendix**:  December 23, 1997

**Date of Disclosure:**  December 5th, 1997

**Description of Confidential Information:**



**Adobe Systems Incorporated**                    **Apple Computer, Inc.**

By: _____                    By: _____

Print Name:_____                    Print Name:__Philip W. Schiller__

     Kyle Mashima
     Vice President And General Manager
     Home And Office Products Division
     Adobe Systems, Inc.

NDA/disclosure appendix
12/23/97/alf

ADOBE_110412
Confidential – Attorneys' Eyes Only

Appendix to Master Agreement for Mutual Disclosure of Information

Disclosure of Confidential Information

**Date of Appendix**:  January 2nd, 1998

**Date of Disclosure**:  December 16th, 1997

**Description of Confidential Information:**



**Adobe Systems Incorporated**                    **Apple Computer, Inc.**

By: _____            By: _____

Print Name: _____            Print Name: _Philip W. Schiller_
Kyle Mashima
Vice President And General Manager
Home And Office Products Division
Adobe Systems, Inc.

NDA appendix/apple/#2
01/02/98/alf

ADOBE_110413
Confidential – Attorneys' Eyes Only

APPENDIX
to
Prototype License and Confidentiality Agreement

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _Jim Mensch_

Title: _Manager MacOS Engr._

This designated person will be responsible for:

- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person at any site have these responsibilities. Ideally this person would oversee all compliance factors related to this agreement.

Date:  _4_ / _2 8_ / _9 8_

Disclosing Party ("Licensor"):  _Adobe_

Project Code Name:  ███████████████

General Description:  ███████████████

Address of Prototype Site:  ~~█████████~~ / _In finite Loop_

APPLE COMPUTER, INC.

_Authorized Signature_

_Jim Mensch_
Printed Name

_Manager MacOS Engr._
Title

Date: _4-28-98_

ADOBE SYSTEMS INCORPORATED

_Russell William_
Authorized Signature

_Russell Williams_
Printed Name

_Sr. Computer Scientist_
Title

Date: _4/29/98_

ADOBE_110414
Confidential – Attorneys' Eyes Only

## EXHIBIT A

to

Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _RICHARD SCHLEIN_

Title: _DIRECTOR, WWDR_

This designated person will be responsible for:
- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note: Apple recommends one and ONLY one person
at any site have these responsibilities. Ideally this
person would oversee all compliance factors related to
this agreement.

Date: _5-9-00_

Disclosing Party ("Licensor"): _ADOBE SYSTEMS_

Project Code Name: ██████████

General Description: ████████████████████

Address of Prototype Site: _801 N. 34th St._
_SEATTLE, WA 98103_

APPLE COMPUTER, INC.

_[signature]_
Authorized Signature

_RICHARD SCHLEIN_
Printed Name

_DIRECTOR, WWDR_
Title

Date: _5-9-00_

ADOBE SYSTEMS INCORPORATED

_[signature]_
Authorized Signature

_AL GESS_
Printed Name

_Sr. Dir of Eng_
Title

Date: _5/15/00_

*Prototype License*
*5/00mtc*

ADOBE_110415
Confidential – Attorneys' Eyes Only

## EXHIBIT A
to
Prototype License and Confidentiality Agreement
Form of Appendix

PROTOTYPE LICENSEE SITE DESIGNEE

Printed Name: _RICHARD SCHLEIN_
Title: _DIRECTOR, WWDR_

This designated person will be responsible for:
- Receiving "Addressee Only" Prototype materials
- Site Inspection contact

Note:  Apple recommends one and ONLY one person at any site have these responsibilities.  Ideally this person would oversee all compliance factors related to this agreement.

Date: _5-9-00_

Disclosing Party ("Licensor"): _ADOBE SYSTEMS_

Project Code Name: ▉▉▉▉▉▉

General Description: ▉▉▉▉▉▉

Address of Prototype Site: _801 N. 34th St._
_SEATTLE, WA 98103_

APPLE COMPUTER, INC.

_Authorized Signature_

_RICHARD SCHLEIN_
Printed Name

_DIRECTOR, WWDR_
Title

Date: _5-9-00_

ADOBE SYSTEMS INCORPORATED

_Authorized Signature_

_AL GOSS_
Printed Name

_Sr Dir of Eng_
Title

Date: _5/15/00_

_Prototype License_
_5/00mtc_

ADOBE_110416
Confidential – Attorneys' Eyes Only