# EXHIBIT 2740

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

# DOCUMENT

# PLACEHOLDER

This Document was Produced in Native Format



2740.1

INTUIT_052841
Confidential - Attorneys' Eyes Only

# Focal Decisions 2005
## Communications Session for Senior Leaders
## (Level 2 & 3 Managers)

*"Differentiating Performance for Results...*
*Differentiating Pay Decisions for Performance"*

Jim Grenier
June, 2005

Revised: May 9 , 2005

Intuit Confidential

**⟨⟨Intuit**

2740. 2

# Pay Decisions 2005 - Agenda

*intuit*

## _4 Chapters..._

### 1. An "Executive Summary" . . . Headlines

### 2. Focal Review - The Framework & Context

- Performance Evaluation
- Retention
- A Calibration Tool
- Tips for Gaining Approval
- Guidelines

### 3. The Pay Decision Tool

### 4. Stock Options Focal Review & Tool

Intuit Confidential
June 1, 2005

2

2740.3

**Intuit**

# 1. Headlines

- Calendar

- Intuit's Compensation Plans and...
  What's Going On in the Market

- Stock Options Update

- Your Actions

Intuit Confidential
June 1, 2005

3

2740.4



Our Operating Mechanisms...Pay Decisions

Intuit

Intuit Confidential
June 1, 2005

4

2740.5



# Focal Pay Decisions and Options Timeline

PDT - All Level Mgrs

Stock Options Tool - Levels 2&3 Mgrs Only

Note: Two Different Tools

May     June     July

Intuit Confidential
June 1, 2005

intuit®

5

2740.4

# Comp Plan Recommendations Based On...



Average Merit Budget = 3.7% (for those projecting increases)

Only 8% of companies reporting a pay freeze, down from 27% last year

Tech industry still experiencing a net decline in employment

Moderate economic growth projected but inflation concerns

Key uncertainties: Labor supply/demand and turnover

Unemployment at 5.2%, down from last year

Intuit Confidential
June 1, 2005

∴Intuit®

6

2740.7



2740.8



# Incentive Compensation & Stock Options

**Intuit**

- FY05 IPI Guidelines:

- IPI Funding

- Stock Options Focal

Intuit Confidential
June 1, 2005

8

2740.9



# Stock Options Update

Intuit

Intuit Confidential
June 1, 2005

9

2740 10



# Stock Options Update

Intuit Confidential
June 1, 2005

10

2740.11



# Your Action Items

- Closed-loop documentation & communications in August...

Intuit Confidential
June 1, 2005

Intuit

11

2740.12

**Differentiating for Performance and Impact...**

Intuit



Intuit Confidential
June 1, 2005

12

2740.13

# 2. Focal Review –
## The Framework & Context

- The Big Y

- Making Pay Decisions: 6 Steps

- Performance & Retention

- A Calibration Tool

- Tips for Gaining Approval

- Base Pay & IPI

- Stock Options Recommendations

Intuit Confidential
June 1, 2005

Intuit

13

2740.14



# What's Important?

**Big Y:** Deliver "True North".... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future

Intuit

Intuit Confidential
June 1, 2005

14

2740.15

Review

# 6 Steps in Making an Effective Pay Decision



Intuit

Intuit Confidential
June 1, 2005

15

2740.16



2740.17



What's the "How"?

Intuit

Intuit Confidential
June 1, 2005

17

2740.18

Performance Assessment: The "How"

Intuit

Intuit Confidential
June 1, 2005

18

J740.19

# Input:  Retention Assessment



Intuit Confidential
June 1, 2005

19

27 40. 20



Assess and Calibrate Across Organization

Intuit

Intuit Confidential
June 1, 2005

20

2740.21



# A Ranking Tool to Help with Rationale and Clarity

Intuit Confidential
June 1, 2005

21

2740.22

# What is an Effective Pay Plan?
## Also Known As, "Tips for Gaining Approval"



Intuit

Intuit Confidential
June 1, 2005

22

2740.23

# Actions that Raise Eyebrows



Intuit Confidential
June 1, 2005

23

2740.24

# FY 05 – IPI Award Considerations



Intuit Confidential
June 1, 2005

24

J740. 25

# Pay Decision Guidelines...

**Increase Recommendation Guide FY'05**



intuit

Intuit Confidential
June 1, 2005

25

2740.26



**Intuit**

# Stock Option Focal Review

## How It Works...

Intuit Confidential

2740. 28

**How it Works...**



Intuit

Intuit Confidential
June 1, 2005

28

2740.29

# Projected "9-Blocker" for 2005 Stock Options Grant
### (Confidential — Not for Distribution...EXAMPLE only - %'s may change)



**Intuit**

Intuit Confidential
June 1, 2005

29

2740.30

# Options Guidelines...An Example



Intuit Confidential
June 1, 2005

30

2740.31

# Focal Guidelines...An Example for Jan Doe
(example only – %'s may change)



Intuit Confidential
June 1, 2005

31

2740.32



## Other Considerations

Intuit

Intuit Confidential
June 1, 2005

32

2740.33



A Reminder...Role of Manager – New Hires

intuit

Intuit Confidential
June 1, 2005

33

2740.34

Intuit

# 3. The Pay Decision Tool (PDT) ...A Quick Intro



Intuit Confidential

# The Pay Decision Tool

**Web-based Pay application...enables modeling and recommendations for the following actions:**

## No Stock Options At This Time In Tool

Intuit Confidential
June 1, 2005

Intuit

35

2740.34



**Eligibility**

Intuit Confidential
June 1, 2005

36

2740. 37



**Prorated Actions**

Intuit Confidential
June 1, 2005

37

2740.38



# Log On

**Pay Decision Tool**

**Sign In**
Enter your Directory User ID and Password

User ID:
Password:

Sign In
Forgot password?

1. Enter Directory Login and Password.  The Directory Login and password are the same Directory Login and password that is used for the Directory Toolbox.

2. Click the Sign In button.

Intuit Confidential
June 1, 2005

38

2740.39

# Log On

**Pay Decision Tool**

Logged in as Month,Erica R., proxy for Bennett,Stephen M.

HRLMTS788 v4.06

Help • Directory • Toolkit • FAQs • Contact Us • Log Out

**Hello Stephen Bennett,**

What would you like to do?

- Recommend or review employee merit increases
- Recommend or review employee stock grants
- Assign a proxy or revoke a proxy
- Log out

1

2

1. The number of options displayed depends on the level of the manager.

2. Click the "Recommend or Review employee merit increases" (Hyperlink) to go to the *Manager Summary Screen*

**intuit**

Intuit Confidential
June 1, 2005

39

2740.40

**Pay Decision Tool**

Help · Directory · Toolkit · FAQs · Contact Us · Log Out

Logged in as: **Smith,Pebbles M.**
HRUUAT88 v5.0.5

## Summary for Joe Jones

You have not submitted your reviews.

Your reviews are due 07/21/05. You have **85** day(s) remaining.

**0 of 5** of your direct-report managers have finished their review(s)

**0 of 5** of your direct-report managers' review(s) have automatically rolled up to the next level of management.



Intuit Confidential
June 1, 2005

40

# Manager Summary Screen



Intuit Confidential
June 1, 2005

41

2740.42



Manager Summary Screen

Intuit Confidential
June 1, 2005

42

2740.43

# Manager Summary Screen



To view information about an employee, click the name of the employee. The system will then display the *Individual Worksheet.*

**Intuit**

Intuit Confidential
June 1, 2005

43

2740-44



Individual Worksheet

Intuit Confidential
June 1, 2005

44

2740.45

# Recommend a Merit Increase – Salaried Employee



Intuit

Intuit Confidential
June 1, 2005

45

2740.76



**Recommend a Merit Increase – Hourly Employee**

Intuit Confidential
June 1, 2005

46

J740.47

# Merit Lump Sum



Intuit Confidential
June 1, 2005

47

2740.78

# Adjustment



2. Enter a "Reason" and press "Continue" to the Promotion panel

Intuit Confidential
June 1, 2005

48

2740.49

# Promotion



Intuit Confidential
June 1, 2005

1. Click "Open the Promotion Worksheet"

2. The Promotion Worksheet displays the EE's current job info.

3. Defaults to current Job Function, Job Family, choose new Job Title/Code.

4. Click "Save" to continue on to the Promotion Increase Screen.

49

2740.50



Promotion Increase Panel

Intuit

Intuit Confidential
June 1, 2005

50

J740.51



# Retention and IPI Bonus

3. Click "Continue" go to the "Review EE Worksheet".

2740.52

# Review Employee Worksheet



The Review Employee Worksheet displays a summary of all pay decisions.

1. Click "Edit" to access a specific section of the Individual Worksheets.

2. Click on "Save Review" to save this individual employee review.  This is the only way the review will be saved.

Intuit Confidential
June 1, 2005

Intuit

52

2740.53



Reports – Individual Worksheet

Last Year's Pay Decision Summary Report

Intuit Confidential
June 1, 2005

53

2740.51



Reports – Individual Worksheet

Intuit

Intuit Confidential
June 1, 2005

54

2740.55



2740.56



Report – Examples   (New Reports)

Budget Remaining

Intuit Focal Review
Summary Stats

Intuit Confidential
June 1, 2005

56

2740.57





Submit – Accept – Reject Review

Intuit

Intuit Confidential
June 1, 2005

58

2740.59



# 4. The Stock Options Tool ...A Quick Intro

Intuit

Intuit Confidential

2740.40

# Stock Tool – Manager Summary Screen



June 1, 2005

60

2740.61



Stock Tool - Manager Summary Screen

June 1, 2005

61

2740. 62

# Stock Tool - Eligibility



Intuit Confidential
June 1, 2005

62

2740.63

# Stock Tool – Recommend Options



**Intuit**

Intuit Confidential
June 1, 2005

63

2740.64



Stock Tool – Recommend Options

Intuit Confidential
June 1, 2005

# Stock Tool – Dropdown Reasons – Descriptions



Intuit Confidential
June 1, 2005

65

2740.66

# Questions?



- Process, Tools, Benefits question? – Call AccessHR in Tucson at 1-3333

- Performance management question? – See your HRBP

- Pay-for-performance question? – Contact your local HR or the compensation team

- *Stock Options – Your HR Leader or the Compensation Team*

Intuit Confidential
June 1, 2005

Intuit

66

2740.67