# EXHIBIT 2744

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

DOCUMENT

PLACEHOLDER

This Document was Produced in Native Format



2744.1

INTUIT_052826
Confidential - Attorneys' Eyes Only



# Total Rewards Resources for Talent Acquisition

Mason Stubblefield
5/31/06

Intuit Confidential

2744.2



How Intuit Makes Decisions
About Jobs & Compensation

Intuit Confidential

2744.3

# INTU Benchmark Levels: Purpose



Intuit Confidential

2744.4



INTU Benchmark Levels

Intuit Confidential

2144.5







Using Market Reference Points

**Intuit**

Intuit Confidential

7

2744.8



2774.9

# Total Rewards Quickbase for Recruiters

**Intuit**

- Total Rewards summary PDF
- Total Rewards competitiveness: script & messaging
- Example Total Rewards Statements
- FY06 Benefits Booklet (FY07 coming soon)
- Today's presentation
- 401k calculators
- Performance management & bonus pay-out data
- Link to Total Rewards market data quickbase
- Total Rewards FAQs
- Stock Split FAQs

Intuit Confidential

9

2744.10



Total Rewards Summary

Intuit Confidential

10

2744.11



FY07 Equity Grants and Transition

Intuit Confidential

11

2744.12

**Impact of 2:1 Stock Split**



Intuit Confidential

12

2744.13



**Equity Grants**

Intuit Confidential

13

2744.14



International Implications

Intuit

Intuit Confidential

14

2744.15

# Tracking Help Needed



Intuit Confidential

2774.14