# EXHIBIT 650 TO CISNEROS DECLARATION REDACTED VERSION

| | |
|---|---|
| From: | ▮▮▮▮▮ |
| Sent: | Thursday, April 27, 2006 1:17 PM |
| To: | Alan Eustace |
| Cc: | Kim Sterling |
| Subject: | Re: Response from Steve Jobs. |

Well... Let me sleep on this.

▮

On Apr 26, 2006, at 9:01 PM, Alan Eustace wrote:

▮

Steve is opposed to Google hiring these engineers. He didn't say why, and I don't think it is appropriate for me to go back for clarification. I can't risk our relationship with Apple to make this happen over his objections. If you have any good ideas (or even bad ones), please let me know. Right now, it looks like if you want to keep this great team together, it will have to be at another company.

Alan

---------- Forwarded message ----------
From: **Steve Jobs** <sjobs@apple.com>
Date: Apr 26, 2006 7:59 AM
Subject: Re ▮
To: Alan Eustace <eustace@google.com>
Cc: Steve Jobs <sjobs@apple.com>

Alan,

We'd strongly prefer that you not hire these guys.

Steve

On Apr 25, 2006, at 4:57 PM, Alan Eustace wrote:

Steve,

▮ would like to hire 4 people that used to work for him at Apple in Paris. Three left in Apple in December, and one gave notice in December, but was encouraged to complete his current assignment, which he agreed to do.

CONFIDENTIAL ATTORNEY'S EYES ONLY

PLAINTIFF'S EXHIBIT
650
Campbell

GOOG-HIGH-TECH-00265638
650.1

▮ did not believe that you would object to his hiring these specific people, as long as we don't hire anyone else from Apple in Paris, but I wanted to confirm this with you, before I open the office, or any of these people start.

Are you OK with this? If not, I'm willing to cancel the entire thing. If you are OK with it, I'll make sure to run the project area by you to make sure that there are no conflicts of interest with work that they did at Apple.

Alan

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00265639

650.2