# EXHIBIT 660 TO CISNEROS DECLARATION REDACTED VERSION

| | |
|---|---|
| From: | Jonathan Rosenberg <jonathan@google.com> on behalf of Jonathan Rosenberg |
| Sent: | Saturday, October 13, 2007 6:03 PM |
| To: | Bill Campbell |
| Subject: | Fwd: Retention, Facebook, and ▮▮▮▮ |

---------- Forwarded message ----------
From: Sergey Brin <sergey@google.com>
Date: Oct 13, 2007 10:29 AM
Subject: Retention, Facebook, and Founder's Awards
To: EMG <emg@google.com>, Marissa Mayer <marissa@google.com>

Having talked to a number of people now, I feel that we are even more at risk retention wise than I had previously imagined. Rainy weather, a few gps misalignments here and there, and a few noted departures/retirements already set the stage for employees to be unhappy.

The facebook phenomenon creates a real retention problem, I now realize, not just because of FB's direct hiring but the more insidious effect that everyone wants to start the next facebook or get rich by having a popular fb app. Whether fb itself does well or not is hard to predict but it is clear to me that there is a social networking bubble of imitations and tag alongs.

Finally, we (or basically I) have not done a good enough job of high rewards for high performance. ▮▮▮▮▮▮▮▮
▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

This is just one small step but one we can do quickly and I think will refocus people's attention to how much they can accomplish within Google. Any thoughts?

--Sergey

---

Emg mailing list
Emg@google.com
https://mailman.corp.google.com/mailman/listinfo/emg

CONFIDENTIAL ATTORNEY'S EYES ONLY


PLAINTIFF'S EXHIBIT 660 Campbell

GOOG-HIGH-TECH-00246586