# EXHIBIT 666 TO CISNEROS DECLARATION REDACTED VERSION

| | |
|---|---|
| From: | Sheryl Sandberg <sheryl@facebook.com> on behalf of Sheryl Sandberg |
| Sent: | Sunday, August 10, 2008 8:10 PM |
| To: | jonathan@google.com |
| Subject: | Re: Thanks + a request re Google |

I think what really happens is that companies who have relationships agree in limited ways not to solcit from each other. To my knowledge, google has never agreed not to hire from any company. Google did agree not to solicit from intel, apple and maybe a few others due to board relationships but never not to hire. If that is not true, I did not know of our not-hire policy or it was only establsihed 5 months ago.

On the flip side, the way the palo alto real estate issue was handled - we had a deal for that building until google realized it was us and pulled it as well as the friend connect stuff has made the relationship hard on our side. Mark's original interaction with google on open social also did not build trust.

We really do want to work together along all of these lines if we can.

Have to get off email for rest of day. I will be thinking of you next weekend - really exciting!


Please excuse blackberry-caused typos.

----- Original Message -----
From: Jonathan Rosenberg <jonathan@google.com>
To: Sheryl Sandberg
Sent: Sun Aug 10 12:47:14 2008
Subject: RE: Thanks + a request re Google


It is my perception that the rate of you all hiring our people has gone up and not down over the last several months. I don't have the data committed to memory, but there is the strong perception that losing people to you is currently a problem for us and one that is has getting worse and not better.

I am making a very simple observation on what I think it takes to develop a better and deeper relationship between us since you said you say you want that and I do too.

Fix this problem. Propose that you will substantially lower the rate at which you hire people from us. Then make sure that happens. As the rate goes down, I would expect the relationship to deepen.


From: Sheryl Sandberg [mailto:sheryl@facebook.com]
Sent: Sunday, August 10, 2008 12:18 PM
To: Jonathan Rosenberg
Subject: Re: Thanks + a request re Google


That is not what I meant at all. What I meant is that google grew by hiring from other firms in our industry - even when they minded and people like meg called eric - as we believed in a free labor market.

We are not specifically trying to hire from goolge. To the contrary, on the margin, we hire less not more from google as we want our hiring to be broad based. We hire mostly from school directly and we want to continue that. On experienced hires, we want varied experience.

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

PLAINTIFF'S EXHIBIT 666 Campbell

GOOG-HIGH-TECH-00248307

666.1

Please excuse blackberry-caused typos.

----- Original Message -----
From: Jonathan Rosenberg <jonathan@google.com>
To: Sheryl Sandberg
Sent: Sun Aug 10 11:26:47 2008
Subject: Re: Thanks + a request re Google

My view is we would be better off if NEITHER of us did it. If you all are, I sure as hell will try likewise!


----- Original Message -----
From: Sheryl Sandberg <sheryl@facebook.com>
To: Jonathan Rosenberg
Sent: Sun Aug 10 13:54:26 2008
Subject: Re: Thanks + a request re Google

And what is your view of google's hiring?


Please excuse blackberry-caused typos.

----- Original Message -----
From: Jonathan Rosenberg <jonathan@google.com>
To: Sheryl Sandberg
Sent: Sun Aug 10 10:13:50 2008
Subject: RE: Thanks + a request re Google

My personal opinion is that I think you are putting too much weight in your view of the notion of "not soliciting" as though soliciting in itself is the only thing that upsets people. Rather, it is the outcome of people going from one company to the other which is problematic. If the outcome were not occurring at scale, independent of the mechanism by which people move, that would serve as an opportunity to build on better relations. I don't think people look at each individual case and ask, "how did this happen and did folks play according to the rules". I think people just look at the overall report and say x people went from one place to another and that's bad.

jr


From: Sheryl Sandberg [mailto:sheryl@facebook.com]
Sent: Sunday, August 10, 2008 9:47 AM
To: Jonathan Rosenberg
Subject: RE: Thanks + a request re Google


On that, I will say the same thing I keep saying. We have many applicants from all over – including Google. I would say that our applicant pool is fairly broad and Google does not represent an inordinate amount, but there are a steady stream of people applying. We are being very strict on the Google non-solicit. If you hear of any violation of the non-solicit agreement, please let me know and we will look into it immediately.


We really want a deep relationship – or at this point any relationship – with Google and that is why I asked for time with Omid this week as we have specific ideas of how we could work together. So far, Mark's experience predating me and the experience to date has suggested these feelings are not reciprocated. I am hoping this will change.

2

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                        GOOG-HIGH-TECH-00248308

From: Jonathan Rosenberg [mailto:jonathan@google.com]
Sent: Sunday, August 10, 2008 9:01 AM
To: Sheryl Sandberg
Subject: RE: Thanks + a request re Google

I was referring to the broad relations between us, primarily related to employees leaving from one company and going to the other which have severely strained relations.

From: Sheryl Sandberg [mailto:sheryl@facebook.com]
Sent: Sunday, August 10, 2008 6:53 AM
To: Jonathan Rosenberg
Subject: RE: Thanks + a request re Google

I will introduce Sue to you. I am sure Google does not want people to think that it is against Wikipedia as everyone loves it and it is a nonprofit in the first place.

I am honestly not sure what you mean about Defcon 2 – do you mean with Google and Facebook broadly? Me? I have time scheduled with Omid this week to talk about ways we can work together so if there is an escalating argument, I honestly have no idea what you are talking about. What is going on?

And thanks for sharing this. And congratulations – what a great milestone in your lives.

From: Jonathan Rosenberg [mailto:jonathan@google.com]
Sent: Saturday, August 09, 2008 9:45 PM
To: Sheryl Sandberg
Subject: RE: Thanks + a request re Google

Sheryl,

I am always happy to have you broker an introduction to anyone who wants to speak to the right folks at Google. I will always follow up and make sure we at least connect regardless of interest. On the issues below, I think it's reasonably likely we can work something out.

I am sorry that that broader relations seem to be at Defcon 2 at the corporate level with us right now. Maybe there is a path to navigate where we agree to stay out of each other's way and do no harm?

Jr

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00248309

666.3



From: Sheryl Sandberg [mailto:sheryl@facebook.com]
Sent: Saturday, August 09, 2008 7:40 PM
To: Jonathan Rosenberg; Omid Kordestani; David Drummond; Megan Smith
Subject: Fw: Thanks + a request re Google

Jonathan, Omid, David, Megan - I was introduced to Sue by Roger. As you can see below, they would love a better and more senior relationship with Google. Can I email introduce her to one of you?

Please excuse blackberry-caused typos.

----- Original Message -----
From: Sue Gardner <sgardner@wikimedia.org>
To: Sheryl Sandberg
Sent: Mon Aug 04 10:02:01 2008
Subject: Thanks + a request re Google

Hi Sheryl,

It was terrific to finally meet you last week :-)

Here's a recap of the Google issue that I raised:

4

CONFIDENTIAL ATTORNEY'S EYES ONLY                                              GOOG-HIGH-TECH-00248310

666.4

I started as Executive Director of the Wikimedia Foundation last summer.
A few months after that, Roger McNamee began introducing me to potential Wikipedia donors in the valley. Most of that was great and successful, but in a few cases -including once with a Google board member- I was surprised to be have people cite 'loyalty to Google' as a reason to not give money to Wikipedia.

Their objections, which have been echoed to me several times since then, seem to fall into three categories:

* A belief that Wikia Search is an attempt by Wikipedia to compete with Google. (Many people don't realize the only thing shared between Wikipedia and Wikia is our founder, Jimmy Wales. Nor do they realize that Jimmy has no day-to-day responsibilities at the Wikimedia Foundation.)
* The view that because Wikipedia is non-commercial, it is anti-advertising and anti-Google.
* A belief that Knol is an attempt by Google to compete with Wikipedia.

I personally don't believe any of this: I think Google and Wikipedia can and should have a complementary and positive relationship. And I gather Larry and Sergey feel the same: I believe they've told Jimmy that Google has no ill will towards Wikipedia, and that they'd be willing to make a donation to us in order to signal that publicly.

I also believe that any real or perceived tensions in the Google/Wikipedia relationship may be being exacerbated at some levels inside Google by their unfulfilled desires to do business with us. Since relocating to the Bay Area in January, we've had plenty of Google folks reach out to us. But – we have a total staff of 21 people, with just one person responsible for business development, so I am not sure we are even able to politely keep up with their pitches. IMO, rather than spending our time on multiple product-specific pitches, it would probably be more productive for Wikipedia and Google to develop a single umbrella relationship/agreement (obviously within the limits of Wikipedia's non-commercial context).

So, I think a good next step would be some kind of high-level meeting between Wikipedia and Google, to talk through these issues and see if a donation and/or business deal makes sense.

I appreciate your advice on this issue :-)

Thanks,
Sue

5

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00248311

666.5