# EXHIBIT 1600 TO CISNEROS DECLARATION REDACTED VERSION

## Google 2004 Salary Ranges



EXHIBIT 1600
WIT: Wagner
DATE: 3.7.2013
ANNE TORREANO, CSR #10520

**GOOGLE CONFIDENTIAL**

1600.1
Updated: March 5, 2004

H:\personal\High Tech Cold Calling\Wagner Depo\GOOG-HIGH-TECH-00395420.xls

# Google 2004 New Hire Stock Guidelines



GOOGLE CONFIDENTIAL					Effective: March 12, 2004