# EXHIBIT 157

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**





KNOWLEDGE / BACKGROUND / EXPERIENCE

CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000929
INTUIT_001662



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000930
INTUIT_001663



CONFIDENTIAL

**Confidential - Attorneys' Eyes Only**

INTE-04-000931

**INTUIT_001664**



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000932
INTUIT_001665



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000933
INTUIT_001666



CONFIDENTIAL
Confidential - Attorneys' Eyes Only

INTE-04-000934
INTUIT_001667