# EXHIBIT 1304

# REDACTED PUBLIC VERSION



1304.1

CONFIDENTIAL

Page 1

EXHIBIT 1304
Deponent Sheehy
Date 3-5-13
Gina V. Carbone, CSR

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044219



CONFIDENTIAL                                    Page 2

CONFIDENTIAL -- ATTORNEYS' EYES ONLY                    PIX00044220



CONFIDENTIAL                                        Page 3

CONFIDENTIAL -- ATTORNEYS' EYES ONLY                                        PIX00044221



CONFIDENTIAL

Page 4

CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044222



CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044223

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044224



CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044225



CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

Page 8

PIX00044226



1304.9

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044227

13 04.10

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044228



1304.11

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044229



1304.12

CONFIDENTIAL
CONFIDENTIAL -- ATTORNEYS' EYES ONLY

PIX00044230