# EXHIBIT ZZ

# REDACTED PUBLIC VERSION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE:  HIGH-TECH EMPLOYEE      )

ANTITRUST LITIGATION           )

                               )   No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:      )

ALL ACTIONS.                   )

_____ )


CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEO DEPOSITION OF LORI McADAMS


AUGUST 2, 2012


Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

09:25:55   1   is hourly.

09:26:00   2        Q.   So ███████ is hourly, and the ██████ is

09:26:03   3   paid a base salary?

09:26:05   4        A.   Well, an hourly employee has a base hourly

09:26:09   5   rate, so I'm not distinguishing between a salaried

09:26:11   6   employee and a non-exempt employee.

09:26:14   7        Q.   I see. Okay. So ███████ of Pixar's

09:26:21   8   employees earn a base hourly rate, and the ███████

09:26:25   9   approximately earns a base annual salary.

09:26:29   10        A.   We quote it weekly, but, yes, a weekly salary.

09:26:33   11        Q.   Okay.

09:26:34   12        A.   They don't, you know, get paid by the hour.

09:26:37   13        Q.   Right. Are there particular job categories at

09:26:43   14   Pixar that tend to fall into the category of either

09:26:46   15   hourly work or salaried work?

09:26:51   16        A.   Well, we follow the Fair Labor Standards Act

09:26:53   17   and wage laws of California, and so, yes, the -- the

09:26:56   18   positions are determined to be hourly or salaried based

09:26:59   19   on those rules.

09:27:04   20        Q.   So there is not -- are there particular kinds

09:27:07   21   of job tasks that tend to be performed by people who earn

09:27:11   22   a salary as opposed to people who earn an hourly wage?

09:27:16   23        A.   It all depends on the job description. Again,

09:27:19   24   we -- we have a job description that -- that we will

09:27:21   25   evaluate against the rules of wage and hour law, and that

09:27:25 1    determines what -- whether it's a salaried position or an

09:27:30 2    hourly position.

09:27:32 3         Q.   Okay.   So focusing -- I think we're probably

09:27:35 4    going to spend most of the day talking about salaried

09:27:38 5    employees, but focusing on the salaried employees, how

09:27:41 6    does Pixar determine what salary to pay an employee -- a

09:27:46 7    salaried employee?

09:27:50 8         A.   We establish salary ranges for each of our

09:27:54 9    positions, and an employee is offered or paid usually

09:28:01 10   within that salary range.

09:28:09 11        Q.   Who -- are those salary ranges -- when you say

09:28:14 12   a -- for positions, who -- how are the salary ranges

09:28:20 13   determined for -- how is the salary range determined for

09:28:22 14   a particular position?

09:28:25 15        A.   We participate in salary surveys in the

09:28:31 16   industry and -- and in -- in various fields, and use that

09:28:37 17   information to determine the appropriate salary range.

09:28:41 18        Q.   Who -- who is "we" at Pixar?   Who makes the

09:28:44 19   decision about salary range?

09:28:47 20        A.   It depends on the position, but I do or one of

09:28:52 21   the people on my team who handle compensation.

09:28:57 22        Q.   Is there a process by which that determination

09:29:04 23   takes place?   I mean, for example, does this happen every

09:29:06 24   year?   Does it happen every six months?   Does it happen

09:29:09 25   irregularly?

09:29:10  1     A.   Well, we receive our salary surveys that we

09:29:14  2   participate in.  We get results of that on an annual

09:29:17  3   basis.  And so within HR we review our salary ranges

09:29:21  4   relative to that data to determine if we should modify

09:29:26  5   our salary ranges at all.

09:29:28  6     Q.   Can you tell me, like, approximately what time

09:29:30  7   of year that happens?

09:29:33  8     A.   It happens in the summer for the more

09:29:37  9   entertainment industry-related positions, and it -- the

09:29:42 10   technology survey we can get anytime we want, so we tend

09:29:45 11   to do it about the same time, in the summer or fall.

09:29:49 12     Q.   And within Pixar, do you have the final

09:29:53 13   authority with respect to setting salary ranges, or do

09:29:56 14   they have to be approved by someone else?

09:29:58 15     A.   I have the final authority.

09:30:04 16     Q.   Are there other staff members who participate

09:30:06 17   in that process with you?

09:30:08 18     A.   Yes.

09:30:09 19     Q.   Who are they?

09:30:11 20     A.   My compensation manager, Stephanie Sheehy,

09:30:14 21   handles a number of the tasks for already-established

09:30:21 22   positions.

09:30:24 23     Q.   And has she done that since you joined the

09:30:26 24   company in 2004?

09:30:29 25     A.   She joined a little bit later than I did, but

09:30:31  1    she's been there for probably seven years or so.

09:30:47  2         Q.    What determines how an employee is paid within

09:30:51  3    the range of salary?  What determines where they fall in

09:30:56  4    that range?

09:30:58  5         A.    Do you mean for a new employee or an existing

09:31:01  6    employee?

09:31:03  7         Q.    Well, let's -- if there is a difference, then

09:31:06  8    why don't we start out with an existing employee.  How do

09:31:09  9    you know where they fall in that range?

09:31:10  10        A.    With an existing employee we evaluate

09:31:13  11   performance, and we look at contributions to the studio

09:31:18  12   as well, the number of projects; not really tenure, but

09:31:23  13   by the nature of, you know, how our projects worked.

09:31:27  14   That comes into play.  And then we look at where they are

09:31:31  15   in the range relative to those things and determine

09:31:34  16   whether they're in the right place of -- of the range,

09:31:37  17   given their performance.

09:31:39  18        Q.    Will the -- are the ranges typically broken

09:31:42  19   down into different grades?

09:31:45  20        A.    No.  Salary -- some would call a salary range a

09:31:48  21   grade.  We don't use that naming convention, but there

09:31:51  22   is -- it's a range.

09:31:53  23        Q.    So a given employee could fall anywhere in that

09:31:57  24   range.  It is not like every 10, $5,000, or something.

09:32:01  25        A.    Correct.

09:32:01  1          Q.    Okay.

09:32:02  2          A.    There is a percentile, a 50th percentile or

09:32:05  3     25th percentile, but we don't have a measurement of where

09:32:09  4     they fall based on percentiles.

09:32:12  5          Q.    How wide do those ranges tend to be?

09:32:14  6          A.    It varies.  The lower, more entry-level

09:32:17  7     positions have about a 40 to 50 percent range, and the

09:32:20  8     more senior positions can have a 60 to 80 percent range.

09:32:32  9          Q.    Now, how is the compensation of a new

09:32:37 10     employee -- how is the base salary of a new salaried

09:32:41 11     employee determined?

09:32:42 12          A.    We look at their experience and education and

09:32:49 13     how we evaluate them against existing employees and --

09:32:53 14     and make them an offer relative to their experience

09:32:56 15     and -- and our existing talent.

09:33:05 16          Q.    Other than the annual review, if that's the

09:33:09 17     right term, that takes place following the results of the

09:33:14 18     survey, are there ever other adjustments that are made to

09:33:19 19     the salary ranges?

09:33:23 20               MS. HENN:  Objection.

09:33:28 21               THE WITNESS:  Yeah, can you -- can you ask that

09:33:29 22     again?  Because --

09:33:31 23     BY MR. GLACKIN:

09:33:31 24          Q.    Sure.

09:33:32 25          A.    Yeah.

09:33:34 1      Q.   So putting aside the process you just

09:33:35 2  described, where you receive the results of the survey

09:33:39 3  and then make adjustments to the -- evaluate your salary

09:33:42 4  ranges, putting aside that process --

09:33:44 5      A.   Uh-huh.

09:33:44 6      Q.   -- has Pixar ever adjusted salary ranges

09:33:48 7  outside of that process, for example, at a different time

09:33:51 8  of year?

09:33:54 9      A.   Not generally.  We -- we tend to do that

09:33:57 10 evaluation once a year.

09:34:00 11     Q.   Has it ever happened, to your knowledge?

09:34:04 12     A.   There has been a time where we will look at the

09:34:08 13 salary survey at a different time of year because we --

09:34:11 14 we believe the market might be changing, and so we'll

09:34:16 15 look and see that the salary ranges have moved, and we

09:34:20 16 may make adjustments to, you know, a particular position

09:34:23 17 or group of positions in terms of the salary range if we

09:34:26 18 think the data has changed, or we see that the data has

09:34:32 19 changed.

09:34:34 20     Q.   And how -- how often has that happened during

09:34:36 21 the time you've been at Pixar?

09:34:40 22     A.   Not often.  I don't recall specifically, but

09:34:41 23 not very often.

09:34:52 24     Q.   When you are conducting the annual review of

09:34:55 25 salary ranges, do you consider turnover rate or employee

09:43:49 1      A.   Usually a combination of me and Jim Morris, our

09:43:53 2   general manager, and our VP of finance.

09:43:59 3      Q.   Is that something that happens a few times a

09:44:02 4   year?  Once a year?  Every few years?

09:44:04 5      A.   It probably happens a dozen times a year,

09:44:09 6   perhaps.

09:44:14 7      Q.   What are some of the things that might cause an

09:44:16 8   employee to be paid a performance based -- a bonus-based

09:44:20 9   on their individual performance?

09:44:22 10     A.   If someone performs a job that is higher than

09:44:26 11  theirs, for example, if a coordinator ends up stepping

09:44:30 12  into the role of a leader of a group, because the leader

09:44:33 13  is absent on a leave or something, we don't promote them

09:44:38 14  because it's a temporary situation, but we might give

09:44:42 15  them a bonus at the end of the period that they were

09:44:46 16  stepping into that role to thank them and recognize their

09:44:49 17  work.

09:44:50 18     Q.   Are those kinds of bonuses only paid to

09:44:53 19  salaried employees, or are they also sometimes paid to

09:45:00 20  hourly employees?

09:45:01 21     A.   They are paid to hourly as well, any employee

09:45:04 22  we may want to.

09:45:05 23     Q.   Does Pixar ever give its employees raises?

09:45:08 24     A.   Yes.

09:45:09 25     Q.   How is the decision made to give an employee a

09:45:12  1   raise?

09:45:13  2        A.   We have an annual program where raises are

09:45:16  3   given to all eligible employees.

09:45:19  4        Q.   Is that the same thing as the review of base

09:45:23  5   salary ranges, or is it something different?

09:45:26  6        A.   It's something different.

09:45:28  7        Q.   Okay.  So how does that process work?

09:45:31  8        A.   Well, once a year a pool is established.  We

09:45:34  9   determine what our salary percentage increase will be for

09:45:37 10   the studio.  And each manager is given a pool of money

09:45:44 11   and guidelines to distribute that pool to their employees

09:45:49 12   for their annual increases.

09:45:51 13        Q.   And those increases are distributed on an

09:45:53 14   employee-by-employee basis by the managers?

09:45:56 15        A.   They are.

09:45:58 16        Q.   How is the total salary increase pool

09:46:02 17   determined?

09:46:05 18        A.   We look at what we can afford, and we also look

09:46:11 19   at the salary survey data on what increases are trending,

09:46:18 20   have been trending to be.  We also look at the cost of

09:46:22 21   labor or living in the Bay Area.

09:46:28 22        Q.   So why have two processes?  Why -- why is it

09:46:40 23   that Pixar both adjusts base salary ranges and also has a

09:46:45 24   process by which it gives raises to individual employees?

09:46:49 25        A.   Well, the salary range adjustments is something

Deposition of Lori McAdams                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 09:46:51 | 1 | that's done by human resources so that we have ranges for |
| 09:46:55 | 2 | all of our established positions.  And then the managers |
| 09:46:59 | 3 | are provided any updated salary range information so that |
| 09:47:03 | 4 | when they are distributing their salary increase pool, |
| 09:47:06 | 5 | they know if someone is below -- you know, they know |
| 09:47:11 | 6 | where their people are in those salary ranges and can |
| 09:47:14 | 7 | provide, you know -- can spend their pool accordingly. |
| 09:47:21 | 8 | Q.   So is the -- are the salary range -- are the |
| 09:47:23 | 9 | salary ranges determined first and then the pool is |
| 09:47:27 | 10 | distributed, so to speak? |
| 09:47:29 | 11 | A.   Yes. |
| 09:47:33 | 12 | Q.   Who has the final decision about the size of |
| 09:47:38 | 13 | the salary increase pool? |
| 09:47:42 | 14 | A.   I do, and -- with Jim Morris, our general |
| 09:47:47 | 15 | manager, and our VP of finance. |
| 09:47:49 | 16 | Q.   So the three of you make the decision together? |
| 09:47:52 | 17 | A.   Yes.  Ed Catmull is also part of the |
| 09:47:55 | 18 | conversation, but, generally, the three of us make the |
| 09:47:58 | 19 | determination. |
| 09:48:04 | 20 | Q.   Okay.  Does Pixar ever provide or pay bonuses |
| 09:48:11 | 21 | or profit sharing that's based on the overall performance |
| 09:48:14 | 22 | of the company? |
| 09:48:15 | 23 | A.   We pay bonuses to our employees, yes. |
| 09:48:18 | 24 | Q.   So how does -- what kind of bonuses does Pixar |
| 09:48:22 | 25 | pay to its employees that are different than what we've |

| | | |
|---|---|---|
| 09:48:24 | 1 | already talked about? |
| 09:48:25 | 2 | A.   We have a film bonus program that after the |
| 09:48:28 | 3 | completion of our film, then we can assess the |
| 09:48:32 | 4 | profitability over time.  We have a practice -- I |
| 09:48:36 | 5 | wouldn't say it's a policy, but have a practice of paying |
| 09:48:39 | 6 | bonuses to all employees in the company based on that |
| 09:48:44 | 7 | profitability. |
| 09:48:45 | 8 | Q.   And how are those bonuses for profitability |
| 09:48:50 | 9 | determined for individual employees? |
| 09:48:53 | 10 | A.   Well, all individuals receive the same number |
| 09:48:58 | 11 | of weeks of pay.  So we determine, based on |
| 09:49:01 | 12 | profitability, how many weeks of pay we will pay to |
| 09:49:04 | 13 | everyone, and then the employees will receive that same |
| 09:49:09 | 14 | number, with an exception for those who have joined the |
| 09:49:12 | 15 | company more recently, they get a pro rata amount. |
| 09:49:15 | 16 | Q.   So essentially you get -- you get -- every |
| 09:49:20 | 17 | employee gets the same fixed percentage of their annual |
| 09:49:22 | 18 | salary as a bonus? |
| 09:49:24 | 19 | A.   Correct. |
| 09:49:24 | 20 | Q.   Prorated based on how long they have been there |
| 09:49:26 | 21 | that year. |
| 09:49:27 | 22 | A.   Yes.  Everybody gets a -- a -- you know, a |
| 09:49:30 | 23 | percentage of their salary. |
| 09:49:32 | 24 | Q.   Right. |
| 09:49:32 | 25 | A.   And then if -- but if they are a newer |

10:23:19  1        Q.    Okay.  Can you give me some examples of when

10:23:22  2   that has happened in the past?

10:23:27  3        A.    There was a time I remember a recruiter

10:23:31  4   directly soliciting our employees, and she had worked at

10:23:34  5   Pixar, and so she knew who she wanted to call.  I

10:23:40  6   remember that happening.

10:23:42  7        Q.    What was her name?

10:23:43  8        A.    I think it was ███████████

10:23:47  9        Q.    Is that the only time you can recall?

10:23:54 10        A.    That's the only time I remember, yeah.

10:23:59 11        Q.    Are there any particular kinds of employees

10:24:03 12   that Pixar is particularly concerned about losing?  Are

10:24:08 13   there some employees that are harder to replace than

10:24:11 14   others, another way to put it?

10:24:14 15        A.    There are employees who are harder to replace

10:24:16 16   than others, but I wouldn't say there are any specific

10:24:19 17   kinds of employees we don't want to lose.  We don't want

10:24:22 18   to lose any valuable employee.

10:24:25 19        Q.    Okay.  So I'd like to ask you some questions

10:24:30 20   now about information about salaries.  You mentioned a

10:24:37 21   few times salary surveys --

10:24:43 22        A.    Uh-huh.

10:24:43 23        Q.    -- that Pixar participates in.  Can you tell us

10:24:47 24   more about those, please?

10:24:48 25        A.    Sure.  There are two surveys that we generally

| | | |
|---|---|---|
| 10:24:50 | 1 | participate in.  The Croner Company sponsors or runs one |
| 10:24:56 | 2 | of them, and Radford Associates handles the other. |
| 10:25:02 | 3 | Q.   How long has Pixar been participating in the |
| 10:25:06 | 4 | Croner Survey? |
| 10:25:07 | 5 | A.   Since I've been there. |
| 10:25:08 | 6 | Q.   What about Radford? |
| 10:25:10 | 7 | A.   Since I've been there as well, perhaps before, |
| 10:25:13 | 8 | but I don't know for sure. |
| 10:25:14 | 9 | Q.   So let's start with the Croner Survey.  What is |
| 10:25:16 | 10 | the Croner Survey? |
| 10:25:17 | 11 | A.   The Croner Survey is an industry specific |
| 10:25:19 | 12 | survey that surveys positions in the animation and visual |
| 10:25:23 | 13 | effects industry. |
| 10:25:25 | 14 | Q.   How many companies does it survey? |
| 10:25:29 | 15 | A.   It varies, I believe, from year to year, but |
| 10:25:32 | 16 | somewhere, 20 to 30, I think. |
| 10:25:35 | 17 | Q.   How does that survey process work? |
| 10:25:39 | 18 | A.   Well, the -- the Croner Company sponsors a |
| 10:25:43 | 19 | meeting where the participating companies come and |
| 10:25:46 | 20 | determine what positions we will put in the survey.  I |
| 10:25:50 | 21 | haven't attended this meeting in a number of years, but I |
| 10:25:53 | 22 | used to.  I believe it still happens the same way. |
| 10:25:56 | 23 | And the -- it's discussed what positions are |
| 10:26:00 | 24 | going to be included, because we need to make sure that |
| 10:26:03 | 25 | there are enough matches, that enough companies would |

| | | |
|---|---|---|
| 10:26:06 | 1 | have that position in order to be able to report out on |
| 10:26:08 | 2 | the data. |
| 10:26:09 | 3 | And then the Croner Company compiles the survey |
| 10:26:13 | 4 | and sends it to all the companies who participate.  And |
| 10:26:17 | 5 | in Pixar's case, we compile our data on what we pay those |
| 10:26:21 | 6 | positions, and submit it to Croner, and then Croner |
| 10:26:25 | 7 | compiles the information from all of the companies, and |
| 10:26:28 | 8 | if it's, you know, statistically significant, and |
| 10:26:34 | 9 | confidentiality can be maintained, they include |
| 10:26:36 | 10 | information on the position or the positions and send us, |
| 10:26:40 | 11 | all of the participants, back the survey results. |
| 10:26:44 | 12 | Q.   Is there a minimum number of companies that |
| 10:26:48 | 13 | have to be included in any aggregate data that is |
| 10:26:53 | 14 | provided by Croner? |
| 10:26:54 | 15 | A.   Yes. |
| 10:26:54 | 16 | Q.   What is that minimum number? |
| 10:26:56 | 17 | A.   I think it's five. |
| 10:26:57 | 18 | Q.   Why -- has anybody ever explained to you why |
| 10:26:59 | 19 | there is a minimum number? |
| 10:27:02 | 20 | A.   In order to maintain confidentiality and keep |
| 10:27:04 | 21 | the statistical significance, I believe. |
| 10:27:14 | 22 | Q.   Why is it important to maintain |
| 10:27:16 | 23 | confidentiality? |
| 10:27:20 | 24 | A.   Because compensation is a confidential matter, |
| 10:27:23 | 25 | and you wouldn't -- I wouldn't want what our employees |

| | | |
|---|---|---|
| 10:27:27 | 1 | make being shared outside of our studio or with the |
| 10:27:31 | 2 | wrong -- you know, with anyone but the employees or the |
| 10:27:34 | 3 | management. |
| 10:27:35 | 4 | Q.   Why -- why is five a better number than four? |
| 10:27:38 | 5 | A.   I don't know. |
| 10:27:41 | 6 | Q.   Did anybody ever tell you that one reason for |
| 10:27:44 | 7 | having a minimum number of companies included in the |
| 10:27:47 | 8 | aggregate data would be to avoid non-compliance with the |
| 10:27:53 | 9 | antitrust laws? |
| 10:27:54 | 10 | MS. HENN:  I'll just object here for a minute |
| 10:27:56 | 11 | that if this question is calling for privileged |
| 10:27:58 | 12 | information, you should not -- you should so indicate and |
| 10:28:01 | 13 | not provide that information.  If what he is asking you |
| 10:28:03 | 14 | has to do with something you were told by a lawyer -- |
| 10:28:05 | 15 | THE WITNESS:  Yeah. |
| 10:28:05 | 16 | MS. HENN:  -- you shouldn't say. |
| 10:28:07 | 17 | THE WITNESS:  Yeah, I -- I won't answer that |
| 10:28:08 | 18 | question. |
| 10:28:08 | 19 | BY MR. GLACKIN: |
| 10:28:09 | 20 | Q.   Okay.  So the answer is somebody -- you -- the |
| 10:28:12 | 21 | answer is you can't answer that question because it would |
| 10:28:14 | 22 | require you to divulge privileged information? |
| 10:28:16 | 23 | A.   Because I might have -- yes.  Yes. |
| 10:28:18 | 24 | Q.   Okay.  Just to be clear, that would be |
| 10:28:21 | 25 | information that you received -- or information contained |

12:54:01  1    reciprocal, right?

12:54:04  2         A.   I don't know for sure.  I -- you know, I -- I

12:54:08  3    don't know.

12:54:09  4         Q.   Well, didn't you have -- you had no expectation

12:54:13  5    at all about how Lucasfilm -- about whether or not

12:54:17  6    Lucasfilm would behave in a reciprocal fashion?

12:54:20  7         A.   I -- I thought they would behave in the same

12:54:22  8    fashion, but I don't know for sure if they did or not.

12:54:25  9         Q.   You're saying you don't know if they actually

12:54:27 10    abided by the agreement, but you thought you had an

12:54:29 11    agreement with them to that effect, to that reciprocal

12:54:33 12    effect, correct?

12:54:34 13         A.   I thought we had an understanding of -- of the

12:54:37 14    gentleman's agreement, and so, yes, I thought they

12:54:39 15    followed it, but I don't know if they did or not.

12:54:42 16         Q.   Okay.  Now, how was -- were you the person who

12:54:49 17    reached this agreement with some counterpart at

12:54:53 18    Lucasfilm, or did someone else at Pixar do it and tell

12:54:56 19    you about it?

12:54:57 20         A.   I was not the person who reached this

12:55:00 21    agreement, and -- and I don't know who did.

12:55:03 22         Q.   Well, how did you first come to learn, then,

12:55:06 23    that there was such an agreement?

12:55:09 24         A.   I don't remember how I learned of the

12:55:11 25    understanding.

| | | |
|---|---|---|
| 12:55:14 | 1 | Q.   When did you learn of the understanding? |
| 12:55:17 | 2 | A.   During my time at Lucasfilm. |
| 12:55:20 | 3 | Q.   So when would that have been, again? |
| 12:55:23 | 4 | A.   Well, I was at Lucasfilm from 1984 through |
| 12:55:26 | 5 | 1998, and that understanding was in place at that time. |
| 12:55:32 | 6 | Q.   Can you tell me approximately when?  I mean |
| 12:55:34 | 7 | going all the way -- there was no Pixar in 1984, was |
| 12:55:37 | 8 | there? |
| 12:55:38 | 9 | A.   Correct.  That was our computer division. |
| 12:55:40 | 10 | Q.   Right.  So refresh my memory.  When did Pixar |
| 12:55:43 | 11 | become its own independent company? |
| 12:55:45 | 12 | A.   Pixar was sold in February of 1986. |
| 12:55:49 | 13 | Q.   Okay.  So did the agreement -- how soon after |
| 12:55:54 | 14 | that sale did this agreement come into being? |
| 12:55:58 | 15 | A.   I -- it was a -- I don't remember when the |
| 12:56:00 | 16 | understanding or gentleman's agreement came to be. |
| 12:56:03 | 17 | Q.   You just came -- you just became aware of it at |
| 12:56:06 | 18 | some point during your 14 years at Lucasfilm? |
| 12:56:10 | 19 | A.   Correct. |
| 12:56:11 | 20 | Q.   Can you remember who told you about it? |
| 12:56:13 | 21 | A.   I don't. |
| 12:56:16 | 22 | Q.   When you were at Lucasfilm, were you the |
| 12:56:20 | 23 | director of HR or was there somebody over you in an HR |
| 12:56:23 | 24 | capacity? |
| 12:56:25 | 25 | A.   Both.  It varied in my time there. |

| 12:56:28 | 1 | Q. Okay. By the time you left, were you the |
| 12:56:29 | 2 | director of HR? |
| 12:56:30 | 3 | A. I was the director of HR for one of the Lucas |
| 12:56:33 | 4 | entities. There were multiple Lucas entities. |
| 12:56:36 | 5 | Q. Which Lucas entity? |
| 12:56:38 | 6 | A. Lucas Digital. |
| 12:56:39 | 7 | Q. What is the business of Lucas Digital? |
| 12:56:42 | 8 | A. At that time -- I'm not sure what it is today, |
| 12:56:45 | 9 | but at that time it was Industrial Light and Magic, the |
| 12:56:50 | 10 | visual effects business, and Skywalker Sound, the sound |
| 12:56:54 | 11 | business. |
| 12:56:55 | 12 | Q. When you became the director of HR for Lucas |
| 12:56:57 | 13 | Digital, to whom did you report? |
| 12:57:02 | 14 | A. I had a mult- -- multiple bosses in my time in |
| 12:57:06 | 15 | that role. |
| 12:57:07 | 16 | Q. Was there a -- was it a particular position |
| 12:57:09 | 17 | that you reported to? Did you report to the president? |
| 12:57:11 | 18 | Did you report to the chairman? |
| 12:57:13 | 19 | A. I -- |
| 12:57:14 | 20 | Q. The CEO? |
| 12:57:15 | 21 | A. I don't remember the -- yeah, I don't remember |
| 12:57:16 | 22 | the positions, but it was usually the -- the general |
| 12:57:21 | 23 | manager or the person who was in charge of the operation. |
| 12:57:32 | 24 | Q. Did you -- while you were at Lucasfilm, did you |
| 12:57:35 | 25 | ever talk to anybody at Pixar about this agreement or |

13:00:32  1   more senior executives of Lucasfilm?

13:00:36  2         A.   Not that I remember.

13:00:37  3         Q.   Did you ever talk about it with George Lucas?

13:00:39  4         A.   No.

13:00:57  5         Q.   Who was the name of the person you talked

13:00:59  6   about -- I'll -- let me rephrase it differently.

13:01:03  7              Who -- what is the name of the person you spoke

13:01:05  8   with about this agreement, who was the head of the

13:01:08  9   computer graphics division?

13:01:09 10         A.   That was Gail Curry.

13:01:12 11         Q.   And she was the -- what exactly was her

13:01:14 12   position?

13:01:15 13         A.   I don't remember specifically what her position

13:01:18 14   was, but she oversaw the computer graphics division of

13:01:21 15   ILM.

13:01:22 16         Q.   Okay.  Did this come up in the context of

13:01:28 17   somebody actually wanting to hire somebody from Pixar or

13:01:32 18   somebody -- or Pixar hiring somebody from Lucasfilm?

13:01:36 19         A.   I -- I think so.  Yeah.  I think it -- think it

13:01:41 20   came up with someone on her team.  And that's when we

13:01:47 21   discussed it.

13:01:55 22         Q.   Did you ever become aware either at

13:01:59 23   Lucasfilm -- while you were at Lucasfilm or while you

13:02:02 24   were at Pixar that this agreement was known to the most

13:02:09 25   senior executives of both companies?

13:02:13  1            MS. HENN:  Sorry.  Could you read back that

13:02:24  2    question?

13:02:25  3            (Record was read as follows:  "Did you ever

13:02:25  4    become aware either at Lucasfilm -- while you were at

13:02:25  5    Lucasfilm or while you were at Pixar that this agreement

13:02:25  6    was known to the most senior executives of both

13:02:25  7    companies?")

13:02:26  8            THE WITNESS:  No.

13:02:28  9    BY MR. GLACKIN:

13:02:36 10        Q.   Did anyone at Pixar ever tell you the reason

13:02:38 11    that this agreement was reached?

13:02:42 12        A.   Not that I remember.

13:02:46 13        Q.   So you don't know why the agreement was

13:02:47 14    reached.

13:02:50 15        A.   It had always been there, so I don't remember

13:02:53 16    anyone telling me why it was there for so long.

13:02:58 17        Q.   Did you ever discuss this agreement with Sharon

13:03:01 18    Coker while you -- to be clear, while you were at Pixar

13:03:07 19    and Sharon Coker was at Lucasfilm, did you ever discuss

13:03:12 20    this agreement with her?

13:03:13 21        A.   I don't remember specifically, but I may have.

13:03:17 22        Q.   Did this ever -- did this agreement ever come

13:03:21 23    into effect?  Did you ever have to have a conversation

13:03:23 24    with Lucasfilm about enforcing it?

13:03:27 25        A.   I don't remember having a conversation with

| | | |
|---|---|---|
| 13:03:29 | 1 | Lucasfilm to enforce the gentleman's agreement.  I did |
| 13:03:35 | 2 | make calls to Lucasfilm occasionally to tell them that we |
| 13:03:38 | 3 | had made an offer to someone, yes. |
| 13:03:40 | 4 | Q.   Okay.  About how many times did that happen? |
| 13:03:43 | 5 | A.   Not frequently.  A few times a year, maybe.  I |
| 13:03:51 | 6 | couldn't say. |
| 13:03:57 | 7 | Q.   Was this agreement -- did you ever tell anyone |
| 13:04:02 | 8 | else in -- at Pixar about the existence of this |
| 13:04:05 | 9 | agreement? |
| 13:04:08 | 10 | A.   I would have explained to the recruiters what |
| 13:04:11 | 11 | our gentleman's agreement and understanding was with |
| 13:04:14 | 12 | Lucasfilm, yes. |
| 13:04:17 | 13 | Q.   Did Pixar ever announce the existence of this |
| 13:04:19 | 14 | agreement to its employees? |
| 13:04:22 | 15 | A.   To the employees as a whole? |
| 13:04:24 | 16 | Q.   Correct. |
| 13:04:27 | 17 | A.   Not that I remember. |
| 13:04:31 | 18 | Q.   Did you ever tell any -- can you tell me about |
| 13:04:33 | 19 | any occasion in which you explained this agreement to |
| 13:04:36 | 20 | some employee of Pixar who was not a recruiter or in HR? |
| 13:04:44 | 21 | A.   I don't remember specifically discussing it |
| 13:04:46 | 22 | with an employee, but if an employee had come to me and |
| 13:04:50 | 23 | said they were interested in a job at Lucasfilm, I would |
| 13:04:53 | 24 | have explained to them that eventually we would get a |
| 13:04:57 | 25 | call to know they were made an offer. |

| | | |
|---|---|---|
| 13:05:03 | 1 | Q.    Do you think that this kind of agreement -- or |
| 13:05:07 | 2 | would you agree that this kind of agreement would |
| 13:05:09 | 3 | actually tend to discourage people from even making job |
| 13:05:12 | 4 | applications? |
| 13:05:13 | 5 | A.    No. |
| 13:05:13 | 6 | Q.    No? |
| 13:05:14 | 7 | A.    I don't agree with that. |
| 13:05:17 | 8 | Q.    Okay.  Well, I mean, couldn't this agreement |
| 13:05:19 | 9 | kind of put a candidate in an awkward spot? |
| 13:05:26 | 10 | Do we need to stop? |
| 13:05:27 | 11 | A.    What do you mean by that? |
| 13:05:32 | 12 | Q.    Well, wouldn't it put the candidate in the |
| 13:05:35 | 13 | position of having to tell their current employer that |
| 13:05:37 | 14 | they were seeking employment elsewhere before they had |
| 13:05:41 | 15 | actually reached a formal agreement of employment with |
| 13:05:44 | 16 | their new employer? |
| 13:05:46 | 17 | A.    They didn't have to tell us before they -- they |
| 13:05:49 | 18 | didn't have to tell us ever.  So, no, I don't -- I don't |
| 13:05:52 | 19 | think so.  They -- we would know about it when they were |
| 13:05:55 | 20 | made an offer. |
| 13:05:56 | 21 | Q.    Because Lucasfilm would tell you. |
| 13:05:58 | 22 | A.    Correct. |
| 13:06:02 | 23 | Q.    If a Lucasfilm employee submitted an |
| 13:06:05 | 24 | application to you for a job at Pixar, did you tell them |
| 13:06:09 | 25 | about the agreement? |

13:06:12  1      A.   Yes, I did.

13:06:16  2      Q.   At what point did you tell them about it?

13:06:18  3      A.   At the -- the recruiters would do it, not me,

13:06:21  4  unless it was a job I was filling, but would tell them

13:06:24  5  initially, in the initial conversation, that we had an

13:06:27  6  understanding with Lucasfilm.

13:06:43  7           MR. GLACKIN:  Can I have Tab 5, please.  This

13:06:52  8  will be Exhibit 127.

13:06:53  9           (Exhibit 127 was marked for identification.)

13:07:36 10           THE WITNESS:  Okay.

13:07:37 11  BY MR. GLACKIN:

13:07:37 12      Q.   Do you agree with me that this is an email that

13:07:39 13  you sent on or around February 9th, 2005, in the ordinary

13:07:43 14  course of your business as a Lucas -- excuse me, as a

13:07:44 15  Pixar employee?

13:07:46 16      A.   Yes.  I don't remember it, but based on this, I

13:07:48 17  believe I did send it.

13:07:49 18      Q.   Okay.  So can you give me any background for

13:07:55 19  this?  Were there any particular events that gave rise to

13:07:58 20  you making the requests that are outlined in this email?

13:08:01 21      A.   I don't remember this situation from this.  I

13:08:06 22  think it was that we had hired ████████, and that's

13:08:09 23  why the question came up.

13:08:11 24      Q.   So when you say "the question came up," you

13:08:16 25  mean, like, somebody at Lucasfilm complained to Pixar

13:08:19  1    about the fact that Pixar hired ██████████?

13:08:23  2         A.   I think Ed asked me for -- for some information

13:08:26  3    on Lucasfilm hires.

13:08:28  4         Q.   And what did Ed tell you about why he needed

13:08:30  5    this information?

13:08:31  6         A.   I don't remember the conversation with Ed.

13:08:34  7         Q.   Well, it says, "Ed and" -- your email says, "Ed

13:08:37  8    and Simon need to talk with Mich Chau."

13:08:41  9         A.   Uh-huh.

13:08:42 10         Q.   Is that the -- is he the Lucasfilm president?

13:08:45 11         A.   She --

13:08:46 12         Q.   She.

13:08:46 13         A.   -- was at the time, or is, I think, yes.

13:08:48 14         Q.   And "Ed" would be Ed Catmull.  That would be

13:08:51 15    the president of Pixar, correct?

13:08:53 16         A.   Uh-huh.

13:08:53 17         Q.   And "Simon" would be --

13:08:55 18         A.   He was our chief financial officer.

13:08:57 19         Q.   "And possibly George."  So what George are we

13:09:00 20    talking about there?

13:09:01 21         A.   I assume George Lucas I was referring to.

13:09:04 22         Q.   About this.  "They got really mad that we've

13:09:07 23    hired ██████████.  I want to give Ed some info."

13:09:11 24              So you don't -- do you remember anything about

13:09:13 25    why hiring ██████████ made them really mad?

13:09:17  1      A.   I don't remember.

13:09:18  2      Q.   What position was ██████████ hired for?

13:09:21  3      A.   He was hired by us as an associate general

13:09:25  4  counsel.

13:09:27  5      Q.   And were you involved in the process of hiring

13:09:32  6  ████████████?

13:09:34  7      A.   At the end, yes.

13:09:36  8      Q.   When you say "at the end," what do you mean?

13:09:38  9      A.   I helped his -- schedule his interviews and

13:09:43  10 prepare his offer letter.

13:09:45  11     Q.   After the offer was made, did Pixar communicate

13:09:50  12 to Lucasfilm that the offer had been made pursuant to the

13:09:53  13 agreement that Pixar had with Lucasfilm?

13:09:57  14     A.   I don't know.  I didn't do it.  So I don't

13:09:59  15 know.

13:10:02  16     Q.   Do you know if Lucasfilm made a counter-offer

13:10:05  17 to ████████████?

13:10:06  18     A.   I don't know.

13:10:09  19     Q.   Does ████████████ still work at Pixar?

13:10:12  20     A.   He does.

13:10:14  21     Q.   Did you ever hear anything further from

13:10:16  22 Mr. Catmull about his conversation with Mich Chau and

13:10:22  23 possibly George Lucas about this issue?

13:10:24  24     A.   No, not that I remember.

13:10:28  25     Q.   Do you remember, was this a big deal?

13:10:33  1      A.    What do you mean by "big deal"?

13:10:39  2      Q.    Well, I just -- I noticed that these are the

13:10:40  3  presidents of these two fairly substantial companies.

13:10:44  4  They are getting together to discuss this.  It seems to

13:10:46  5  me like it was a matter of some importance to these

13:10:49  6  companies, and I'm curious if you share that opinion.

13:10:51  7      A.    I don't know that they got together to discuss

13:10:53  8  it.  I -- I only know I wanted to provide Ed some

13:10:55  9  information in the event he needed it or wanted it.

13:10:57 10      Q.    What was the purpose, if any, for him to have

13:11:00 11  this information to use in that conversation?  What good

13:11:02 12  was this information to him?

13:11:03 13      A.    I just -- I don't know how he might have used

13:11:06 14  it.  I just wanted him to have the information on

13:11:09 15  Lucasfilm employees or candidates with Pixar.

13:11:12 16      Q.    Did he ask you for this specific information or

13:11:15 17  was it your idea to give it to him?

13:11:17 18      A.    I don't remember specifically.

13:11:24 19      Q.    Why would it be relevant for him to know, for

13:11:27 20  example, "how many of our new hires over the past six

13:11:30 21  months have been former Lucas/ILM employees"?

13:11:37 22      A.    I think I wanted to just give him context on

13:11:39 23  how many people had come from Lucasfilm recently.

13:11:43 24      Q.    So he could give them some assurance that Pixar

13:11:47 25  was living up to its agreement?

| | | |
|---|---|---|
| 13:11:49 | 1 | A.   I don't know that. |
| 13:11:58 | 2 | MR. GLACKIN:  All right.  Can we have Tab 34, |
| 13:12:05 | 3 | please.  This is going to be Exhibit 128. |
| 13:12:13 | 4 | (Exhibit 128 was marked for identification.) |
| 13:12:13 | 5 | BY MR. GLACKIN: |
| 13:15:22 | 6 | Q.   Are you waiting for a question from me, or do |
| 13:15:24 | 7 | you need more time -- |
| 13:15:25 | 8 | A.   No, I'm sorry.  I'm still reading it.  I'm |
| 13:15:28 | 9 | trying to put myself back in this time. |
| 13:15:31 | 10 | MS. HENN:  Take your time. |
| 13:16:28 | 11 | BY MR. GLACKIN: |
| 13:16:28 | 12 | Q.   Well, let's start out here, do you see your -- |
| 13:16:31 | 13 | at the very top of page 1, do you see your email address |
| 13:16:34 | 14 | as the recipient of this last email? |
| 13:16:36 | 15 | A.   Yes. |
| 13:16:36 | 16 | Q.   It was sent by Mary Conlin.  Who is Mary |
| 13:16:39 | 17 | Conlin? |
| 13:16:40 | 18 | A.   Mary Conlin was the head of our marketing |
| 13:16:43 | 19 | department at Pixar. |
| 13:16:44 | 20 | Q.   And so do you agree with me that you received |
| 13:16:46 | 21 | this email from Ms. Conlin in the ordinary course of your |
| 13:16:49 | 22 | business on or around March 10th, 2005? |
| 13:16:52 | 23 | A.   I don't remember it, but, yes, I think I must |
| 13:16:54 | 24 | have. |
| 13:16:54 | 25 | Q.   Okay.  So if I could direct you down to the -- |

| | | |
|---|---|---|
| 13:16:59 | 1 | well, let me back up. |
| 13:17:01 | 2 | Can you tell us anything about the events that |
| 13:17:03 | 3 | led up to this exchange of emails between yourself and |
| 13:17:05 | 4 | other employees of Pixar? |
| 13:17:07 | 5 | A.   No, I don't remember this situation. |
| 13:17:09 | 6 | Q.   So this is about two months after the last |
| 13:17:12 | 7 | email we looked at -- or excuse me -- about a month after |
| 13:17:15 | 8 | the last email we looked at which concerned ▇▇▇▇▇ |
| 13:17:19 | 9 | right? |
| 13:17:20 | 10 | A.   Okay.  Uh-huh.  Okay. |
| 13:17:23 | 11 | Q.   And if you look down at the bottom of the first |
| 13:17:25 | 12 | page you see it says, "When I last spoke to Ed about the |
| 13:17:28 | 13 | conversation with George (which was a week or so ago when |
| 13:17:31 | 14 | we discussed the two Lucas hires we just made - Tanaka & |
| 13:17:36 | 15 | Rankin) he said that he & Steve are still thinking about |
| 13:17:39 | 16 | a way to approach George on this subject." |
| 13:17:41 | 17 | Can you tell me anything about what you meant |
| 13:17:43 | 18 | when you wrote that, or what you were referring to about, |
| 13:17:48 | 19 | for example, "this subject"? |
| 13:17:53 | 20 | A.   I don't remember specifically.  From this it |
| 13:17:58 | 21 | seems as though Ed was thinking about talking to George |
| 13:18:01 | 22 | about Lucasfilm employees leaving to come to Pixar. |
| 13:18:08 | 23 | Q.   And do you remember the hiring of Tanaka and |
| 13:18:12 | 24 | Rankin? |
| 13:18:13 | 25 | A.   I remember those individuals, but I don't |

13:25:10  1        Q.    And I believe you said she had joined the

13:25:12  2    company sometime in 2007, replacing Ms. Coker?

13:25:16  3        A.    I don't know when she joined, but she replaced

13:25:19  4    Sharon Coker.

13:25:20  5        Q.    Okay.  So directing your attention to the

13:25:23  6    second page which says, "Lucasfilm candidate process," it

13:25:27  7    says, "Our gentleman's agreement with the Lucas companies

13:25:29  8    has been as follows."  Did you create this page?

13:25:32  9        A.    I did.

13:25:33  10       Q.    PIX00002263?

13:25:35  11       A.    I did.

13:25:36  12       Q.    When did you create this?

13:25:39  13       A.    I don't remember specifically.

13:25:41  14       Q.    Okay.  Why did you create it?

13:25:48  15       A.    I think I created it to give to the recruiting

13:25:54  16    team so they would know what the gentleman's agreement

13:25:56  17    was.

13:25:57  18       Q.    Where did you obtain this information about the

13:26:00  19    terms of the gentleman's agreement?  Did you get it from

13:26:02  20    Mr. Catmull?

13:26:04  21       A.    I don't remember getting it from Ed.  I don't

13:26:06  22    remember where I got it.  I could have gotten it from one

13:26:08  23    of the recruiters who was there before I got there, who

13:26:11  24    told me what the practice was.

13:26:13  25       Q.    I see.  And, to your knowledge, does this

| | | |
|---|---|---|
| 13:26:16 | 1 | accurately summarize the terms of that gentleman's |
| 13:26:18 | 2 | agreement? |
| 13:26:19 | 3 | A.   I think so. |
| 13:26:21 | 4 | MR. GLACKIN:  Okay.  I'm going to show you now |
| 13:26:27 | 5 | 40.  You can put that aside.  There should be an |
| 13:26:28 | 6 | attachment with it.  We'll skip this.  We have an |
| 13:26:55 | 7 | attachment issue.  We'll skip that one. |
| 13:26:58 | 8 | MS. HENN:  If there is something you need to |
| 13:26:59 | 9 | print, perhaps I can -- |
| 13:27:02 | 10 | MR. GLACKIN:  Maybe at a break.  That would be |
| 13:27:03 | 11 | great.  Thanks, Emily. |
| 13:27:26 | 12 | 26?  This will now be Exhibit 130. |
| 13:27:32 | 13 | (Exhibit 130 was marked for identification.) |
| 13:28:43 | 14 | THE WITNESS:  Okay. |
| 13:28:45 | 15 | BY MR. GLACKIN: |
| 13:28:46 | 16 | Q.   So, first of all, is this an email at the top |
| 13:28:48 | 17 | that you sent to Ms. Fisher and some other recipients on |
| 13:28:51 | 18 | or around December 11th of 2007? |
| 13:28:54 | 19 | A.   I don't remember it, but, yes, I think I would |
| 13:28:57 | 20 | have sent it. |
| 13:28:58 | 21 | Q.   And you sent it in the ordinary course of your |
| 13:29:00 | 22 | business as a Pixar employee? |
| 13:29:01 | 23 | A.   Yes. |
| 13:29:03 | 24 | Q.   Did you write there -- you see where you wrote |
| 13:29:06 | 25 | there in the very -- the very top, "FYI, We have an |

| | | |
|---|---|---|
| 13:22:06 | 1 | A.   I don't remember specifically, but I -- but I |
| 13:22:08 | 2 | may have.  But I don't remember discussing it with him. |
| 13:22:13 | 3 | Q.   Did you ever talk with any other executives |
| 13:22:14 | 4 | at -- other than the recruiting and HR personnel who had |
| 13:22:18 | 5 | to know about it, did you talk to any other executives at |
| 13:22:21 | 6 | Pixar about the existence of this agreement? |
| 13:22:23 | 7 | A.   I don't remember discussing it with any of the |
| 13:22:25 | 8 | other executives.  I remember the one conversation with |
| 13:22:28 | 9 | Lois and Ed, but I don't remember discussing it with |
| 13:22:30 | 10 | anyone else. |
| 13:22:32 | 11 | MR. GLACKIN:  Can I have Tab 27, please. |
| 13:22:34 | 12 | No. 27.  This will be Exhibit 129. |
| 13:24:05 | 13 | (Exhibit 129 was marked for identification.) |
| 13:24:06 | 14 | MR. GLACKIN:  For the record this is an email |
| 13:24:08 | 15 | dated December 11, 2007, Bates number PIX00002262. |
| 13:24:52 | 16 | THE WITNESS:  Okay. |
| 13:24:52 | 17 | BY MR. GLACKIN: |
| 13:24:52 | 18 | Q.   So first off, would you agree with me that this |
| 13:24:54 | 19 | is an email that you sent on or around December 11, 2007, |
| 13:24:58 | 20 | to Ms. Van der Voort at Lucasfilm? |
| 13:25:01 | 21 | A.   Yes. |
| 13:25:02 | 22 | Q.   And Ms. Van der Voort was the director of HR at |
| 13:25:05 | 23 | Lucasfilm? |
| 13:25:06 | 24 | A.   I believe so.  I don't know what her title was, |
| 13:25:08 | 25 | but, yes, she was the head of HR. |

13:30:11  1   that you would not engage in iterative bidding with one

13:30:15  2   another for the services of an employee?  You'd stop it?

13:30:21  3       A.   Part of our gentleman's agreement was that we

13:30:23  4   didn't counter, as a normal course of practice, that's

13:30:27  5   correct.

13:30:27  6       Q.   That would --

13:30:27  7       A.   I can't speak to whether that, you know,

13:30:30  8   prevents bidding wars or not.

13:30:32  9       Q.   Well, if the two employees were countering back

13:30:35 10   and forth, making better and better offers to the

13:30:37 11   employee, that would be a bidding war, wouldn't it?

13:30:40 12       A.   It depends on how you define "bidding war."  If

13:30:43 13   it would go back and forth -- you know, it just never

13:30:45 14   happened, so I don't know.

13:30:47 15       Q.   Well, how do you define "bidding war"?

13:30:49 16       A.   Well, I generally don't think about bidding

13:30:52 17   wars or -- or the definition of bidding wars.

13:30:56 18       Q.   What did you mean when you wrote "bidding wars"

13:30:58 19   in this email?

13:30:59 20       A.   I -- I don't know, actually.  I don't -- I'm

13:31:02 21   surprised to see that, frankly.  It was not my -- it was

13:31:09 22   not my belief or is not my belief that the gentleman's

13:31:11 23   agreement was there to prevent bidding wars.

13:31:16 24       Q.   Did someone else at Pixar use that terminology

13:31:18 25   around you that caused you to put it into this email?

| | | |
|---|---|---|
| 13:31:21 | 1 | A.   Not that I remember. |
| 13:31:29 | 2 | Q.   Well, if the purpose of the agreement wasn't to |
| 13:31:31 | 3 | prevent bidding wars, what was the purpose of the |
| 13:31:34 | 4 | agreement? |
| 13:31:36 | 5 | A.   I don't know specifically, but I -- I think |
| 13:31:39 | 6 | that, you know, Lucasfilm gave birth to Pixar, and we |
| 13:31:44 | 7 | were on friendly terms with them, and we shared a campus |
| 13:31:47 | 8 | for a time with them, and I think we were just, you know, |
| 13:31:52 | 9 | not competing with them in that way. |
| 13:32:07 | 10 | MR. GLACKIN:  Okay.  We can move on. |
| 13:32:15 | 11 | 32, please. |
| 13:32:40 | 12 | THE REPORTER:  This is Exhibit 131. |
| 13:32:43 | 13 | MR. GLACKIN:  131, right. |
| 13:32:44 | 14 | (Exhibit 131 was marked for identification.) |
| 13:32:59 | 15 | THE WITNESS:  Okay. |
| 13:33:00 | 16 | BY MR. GLACKIN: |
| 13:33:01 | 17 | Q.   Is this an email that you received from Sharon |
| 13:33:03 | 18 | Coker at Lucasfilm on or around July 28th of 2005? |
| 13:33:08 | 19 | A.   I don't remember receiving it, but based on |
| 13:33:11 | 20 | this, I assume I did. |
| 13:33:13 | 21 | MR. GLACKIN:  Okay.  And for the record, this |
| 13:33:14 | 22 | is Bates numbered PIX00009416. |
| 13:33:21 | 23 | Q.   Is this an example of the kind of notification |
| 13:33:23 | 24 | that would have been made or that was made about employee |
| 13:33:29 | 25 | applications pursuant to your gentleman's agreement with |

13:33:31  1   Lucasfilm?

13:33:32  2        A.   No.   This isn't normally what would have

13:33:36  3   happened.

13:33:37  4        Q.   Okay.  Well, can you tell us anything about the

13:33:39  5   circumstances that gave rise to this email?

13:33:41  6        A.   No, I'm sorry, I don't remember this situation.

13:33:44  7        Q.   Okay.  You don't remember the offer being

13:33:46  8   extended to ██████████?

13:33:48  9        A.   I do not.

13:33:50 10        Q.   Well, and do you see here Ms. Coker writes,

13:33:52 11   "And can I also confirm your understanding that once you

13:33:55 12   have extended an offer, you will not counter?  Thanks."

13:33:58 13        That was the agreement with Lucasfilm, right,

13:34:02 14   that if you -- you would not counter their counter.  You

13:34:05 15   were going to make one offer only to ██████████,

13:34:08 16   correct?

13:34:08 17        A.   I don't know if I would have spoken to Sharon

13:34:12 18   to say that was part of the agreement, but I may have

13:34:15 19   said, our practice is not -- is to make a good offer

13:34:19 20   upfront and -- and to not change it.

13:34:21 21        Q.   Well --

13:34:24 22        A.   So I don't know that I said this to her in the

13:34:25 23   context of the agreement.

13:34:27 24        Q.   I understand there is nothing in here about you

13:34:28 25   saying anything to her at all.  This is an email from her

13:34:31  1   to you.  What I'm asking you is, at the time, in 2005,

13:34:35  2   was that, in fact, your understanding, that once Pixar

13:34:39  3   made an offer, they would not counter?  In other words,

13:34:42  4   they would not make another offer to ███████ if Lucas

13:34:47  5   made some kind of counter-offer.

13:34:49  6              That was the understanding at the time, right?

13:34:51  7       A.   We had a practice of not making an additional

13:34:54  8   offer to someone, that's correct.

13:34:55  9       Q.   Okay.

13:34:55 10       A.   At that time.

13:34:56 11       Q.   I'm just not really clear.  Was that a part of

13:34:59 12   the understanding or was that just your unilateral

13:35:02 13   practice?

13:35:03 14       A.   Both.

13:35:04 15       Q.   Okay.

13:35:04 16       A.   I think it was a part of the gentleman's

13:35:06 17   agreement, yes.

13:35:08 18       Q.   Okay.  So was this a typical kind of

13:35:11 19   notification that you would have received from Ms. Coker,

13:35:14 20   or was this unusual?

13:35:15 21       A.   This was unusual, because if we made an offer

13:35:17 22   to someone, we would usually make the call, that we had

13:35:21 23   made the offer, and this is her saying she believes

13:35:23 24   someone got an offer, which would not normally be the way

13:35:27 25   it would go.

| | | |
|---|---|---|
| 13:35:28 | 1 | Q.   I see.  Okay. |
| 13:35:30 | 2 | How often did you talk to Sharon Coker about |
| 13:35:32 | 3 | this gentleman's understanding or gentleman's agreement? |
| 13:35:36 | 4 | A.   I don't remember.  Not frequently. |
| 13:35:39 | 5 | Q.   A few times a year? |
| 13:35:40 | 6 | A.   No.  I wouldn't think so. |
| 13:35:43 | 7 | Q.   Less than that? |
| 13:35:45 | 8 | A.   Maybe once, and then there wouldn't be reason |
| 13:35:48 | 9 | to discuss it. |
| 13:35:51 | 10 | MR. GLACKIN:  Okay.  Could I have 12, please. |
| 13:35:55 | 11 | (Exhibit 132 was marked for identification.) |
| 13:36:12 | 12 | MR. GLACKIN:  This will be Exhibit 132. |
| 13:36:40 | 13 | THE WITNESS:  Okay. |
| 13:36:42 | 14 | MR. GLACKIN:  So first off, this is a document |
| 13:36:44 | 15 | that is Bates numbered PIX00009490. |
| 13:36:49 | 16 | Q.   Do you agree with me that this is an email |
| 13:36:51 | 17 | that -- or an email exchange between yourself and Karen |
| 13:36:55 | 18 | Chelini on or around November 16, 2005, that you sent in |
| 13:36:59 | 19 | the ordinary course of your business? |
| 13:37:00 | 20 | A.   I don't remember it, but, yes, I think this is |
| 13:37:03 | 21 | something I sent. |
| 13:37:05 | 22 | Q.   Can you tell us anything about the background |
| 13:37:06 | 23 | of this email? |
| 13:37:09 | 24 | A.   No, I don't remember this situation. |
| 13:37:11 | 25 | Q.   You don't remember the hiring or any offer |

13:43:18  1    A.   I don't really remember a specific candidate,

13:43:21  2  but we were cautious with Apple employees.

13:43:24  3    Q.   What if somebody just wanted to make more

13:43:26  4  money, isn't that a legitimate reason to want to go work

13:43:31  5  at a different company?

13:43:32  6    A.   Sure, it can be.

13:43:33  7    Q.   I mean, are there any other companies that you

13:43:34  8  can think of in the world that are great places to work

13:43:37  9  besides Apple?

13:43:37 10    A.   Sure, there must be.

13:43:39 11    Q.   I mean Google has a reputation for being a

13:43:42 12  pretty good place --

13:43:42 13    A.   Yes.

13:43:42 14    Q.   -- to work, right?

13:43:43 15    A.   Yeah, of course.

13:43:43 16    Q.   Do you have a practice -- does Pixar have a

13:43:45 17  practice of being suspicious or cautious about people who

13:43:48 18  would apply to work at Pixar from Google?

13:43:53 19    A.   No, but we don't share a CEO with Google.  So

13:43:56 20  I -- I -- we didn't -- I didn't want to anger or

13:43:57 21  frustrate my CEO by hiring -- by -- by hiring or -- or

13:44:04 22  acting on an Apple employee if I didn't think -- because

13:44:09 23  they may not have been a strong one.

13:44:12 24    Q.   Isn't it true that you had to get Steve  obs'

13:44:14 25  approval to hire somebody from Apple?

13:44:17  1      A.   I don't remember that.  I -- I didn't.  I

13:44:20  2  didn't interact with Steve.  So I don't remember needing

13:44:23  3  to get his approval.  But it -- it really didn't come up.

13:44:26  4      Q.   So what caused you to believe that your CEO

13:44:29  5  would become angry or frustrated if you hired someone

13:44:33  6  from Apple?

13:44:34  7      A.   I had just heard stories about Steve's behavior

13:44:38  8  or getting angry about different things, and that that

13:44:41  9  might be something he would be angry about.

13:44:44 10      Q.   Who did you hear that from?

13:44:46 11      A.   I don't remember specifically.

13:44:51 12      Q.   So are you -- were you aware that there was a

13:44:56 13  formal practice in place that an Apple employee could not

13:45:02 14  be hired without clearing the hire through Mr.  obs?

13:45:04 15      A.   I don't remember a formal practice like that.

13:45:08 16      Q.   Okay.  Did you ever discuss -- so this was --

13:45:13 17  you just thought that this was going to make Mr.  obs

13:45:15 18  upset.  That was your --

13:45:18 19      A.   That was primarily my motivation, yes.

13:45:22 20      Q.   Would anyone else have been upset?

13:45:26 21      A.   That we would hire an Apple person?

13:45:28 22      Q.   Yes, anybody else at Pixar.

13:45:29 23           Would Mr. Catmull have cared, for example?

13:45:32 24      A.   I don't know.

13:45:33 25      Q.   Did you ever talk to Mr. Catmull about this

13:45:35  1  belief/practice?

13:45:37  2      A.   Not that I remember specifically.  I may have,

13:45:39  3  but I don't remember talking to him about it.

13:45:41  4      Q.   Did you talk to anybody else at Pixar about it?

13:45:45  5      A.   I heard it somewhere, so I -- or, you know -- I

13:45:48  6  heard it somewhere, but I don't remember who I spoke to

13:45:51  7  about it.

13:45:57  8      Q.   Did this -- did you ever actually -- are you

13:46:02  9  aware of ever actually having to obtain Mr.  obs'

13:46:06  10  approval to hire someone from Apple?

13:46:08  11      A.   Not that I remember.

13:46:12  12      Q.   Did there come a time when you were no longer

13:46:14  13  concerned about this?

13:46:16  14      A.   Yes.

13:46:17  15      Q.   When was that?

13:46:19  16      A.   Sometime after Steve  obs was no longer our

13:46:22  17  CEO.

13:46:30  18      Q.   Did -- did this work both ways?  Were you --

13:46:35  19  did -- did Apple ever hire Pixar employees?

13:46:39  20      A.   I don't remember.  But I -- I don't know that

13:46:42  21  it worked both ways.  It was -- we just were cautious

13:46:47  22  with Apple employees.  I don't know if Apple was similar.

13:46:54  23      Q.   Was it -- was this belief/practice limited to

13:46:56  24  any particular categories of Apple employees?

13:47:00  25      A.   Not -- no, I don't think so.

| | | |
|---|---|---|
| 13:47:03 | 1 | MR. GLACKIN:  Let's do No. 10.  Wait.  Hold on. |
| 13:47:42 | 2 | Let's do No. 11.  What will this be? |
| 13:47:55 | 3 | THE REPORTER:  Exhibit 133. |
| 13:47:56 | 4 | (Exhibit 133 was marked for identification.) |
| 13:48:45 | 5 | THE WITNESS:  Okay. |
| 13:48:45 | 6 | BY MR. GLACKIN: |
| 13:48:46 | 7 | Q.   So your -- this is a document that is Bates |
| 13:48:48 | 8 | numbered PIX00002210.  It is an email exchange between |
| 13:48:54 | 9 | Mr. Look and Mr. Catmull.  Who is Mr. Look? |
| 13:48:57 | 10 | A.   Howard Look was the head of our Studio Tools |
| 13:49:00 | 11 | Group. |
| 13:49:03 | 12 | Q.   Mr. Catmull apparently writes to Mr. Look, "If |
| 13:49:06 | 13 | I talk to Steve, he will want the name of the guy.  My |
| 13:49:09 | 14 | guess is that Steve will approve it if he knows that he's |
| 13:49:12 | 15 | going to lose him, but we'll have to go through the step |
| 13:49:16 | 16 | of Apple knowing what is happening." |
| 13:49:18 | 17 | Are you aware that there was a practice or |
| 13:49:20 | 18 | understanding that if an Apple employee wanted to work at |
| 13:49:24 | 19 | Pixar, Apple needed to be informed? |
| 13:49:26 | 20 | A.   I don't remember that, no. |
| 13:49:28 | 21 | Q.   Nobody ever talked to you about that? |
| 13:49:30 | 22 | A.   Not that I ever recall. |
| 13:49:32 | 23 | MR. GLACKIN:  Okay.  You can put that aside. |
| 13:49:42 | 24 | No. 15.  Is this Exhibit 134? |
| 13:49:56 | 25 | THE REPORTER:  Yes. |

| | | |
|---|---|---|
| 14:32:56 | 1 | your subordinates with respect to any companies other |
| 14:32:59 | 2 | than Apple? |
| 14:33:02 | 3 | A.   I don't think so. |
| 14:33:06 | 4 | Q.   Why Apple, then?  Why did you want Pixar to |
| 14:33:12 | 5 | operate this way with respect to Apple and Lucasfilm, but |
| 14:33:15 | 6 | not any other company? |
| 14:33:16 | 7 | A.   Because Apple -- Steve Jobs and Apple were a |
| 14:33:20 | 8 | very important part of Pixar, and I felt like we should |
| 14:33:25 | 9 | be respectful that way. |
| 14:33:28 | 10 | Q.   Did you discuss this policy or practice of |
| 14:33:32 | 11 | yours with anyone else at Pixar, other than the |
| 14:33:36 | 12 | recruiters to whom you conveyed it? |
| 14:33:39 | 13 | A.   Not that I remember. |
| 14:33:39 | 14 | Q.   You didn't talk to any of your superiors about |
| 14:33:43 | 15 | it? |
| 14:33:43 | 16 | A.   Not that I remember. |
| 14:33:44 | 17 | Q.   Did you talk to anybody at Apple about it? |
| 14:33:46 | 18 | A.   At Apple? |
| 14:33:47 | 19 | Q.   At Apple.  Aside from Ms. Lambert.  I |
| 14:33:50 | 20 | understand you say you didn't talk to her about it.  Di |
| 14:33:52 | 21 | you talk to anybody else about it? |
| 14:33:54 | 22 | A.   No, not that I remember. |
| 14:33:55 | 23 | MR. GLACKIN:  Okay.  Can we have Tab 23, |
| 14:34:10 | 24 | please.  So this will be Exhibit 139. |
| 14:34:41 | 25 | (Exhibit 139 was marked for identification.) |

| | | |
|---|---|---|
| 14:35:00 | 1 | THE WITNESS:  Okay. |
| 14:35:00 | 2 | MR. GLACKIN:  For the record, this is a |
| 14:35:01 | 3 | document Bates numbered PI 00004883. |
| 14:35:08 | 4 | BY MR. GLACKIN: |
| 14:35:09 | 5 | Q.   This is an email, dated April 30th, 2007. |
| 14:35:13 | 6 | Ms. McAdams, do you agree that this is an email |
| 14:35:15 | 7 | that you sent in the ordinary course of your business on |
| 14:35:18 | 8 | or around April 30th of 2007? |
| 14:35:20 | 9 | A.   I don't remember this email, but I have seen it |
| 14:35:23 | 10 | in the course of this case or situation.  And, yes, I |
| 14:35:27 | 11 | believe I sent it. |
| 14:35:28 | 12 | Q.   That's your email address in the "From" field, |
| 14:35:30 | 13 | right? |
| 14:35:30 | 14 | A.   Yes.  Uh-huh. |
| 14:35:32 | 15 | Q.   And the prime recipient is -- appears to be a |
| 14:35:35 | 16 | distribution list "recruiting divas." |
| 14:35:38 | 17 | A.   Uh-huh. |
| 14:35:38 | 18 | Q.   Who is that? |
| 14:35:39 | 19 | A.   That was my recruiting team. |
| 14:35:43 | 20 | Q.   No "divos" on that team? |
| 14:35:47 | 21 | A.   It's not called that anymore.  I inherited |
| 14:35:49 | 22 | that.  I changed it. |
| 14:35:52 | 23 | Q.   And then there is a few other people who are |
| 14:35:55 | 24 | copied on it, Ms. Perkins-Youman, Ms. Hemphill, |
| 14:36:00 | 25 | Ms. Sheehy. |

14:36:01  1      A.    Uh-huh.

14:36:02  2      Q.    You already told us who Ms. Sheehy is.  Were

14:36:04  3  those other two women also part of your team?

14:36:07  4      A.    In HR, correct.

14:36:10  5      Q.    You see the subject is "Apple gentleman's

14:36:12  6  agreement," right?

14:36:14  7      A.    Uh-huh.  Yes.

14:36:14  8      Q.    And you wrote that, right?

14:36:15  9      A.    I did.

14:36:16 10      Q.    And then you say, "Hi, all, I just got off the

14:36:19 11  phone with Danielle Lambert, and we agreed that effective

14:36:22 12  now, we'll follow a gentleman's agreement with Apple that

14:36:24 13  is similar to our Lucasfilm agreement."

14:36:27 14            Now, is this -- does this relate to the

14:36:29 15  conversation you were just testifying about?

14:36:31 16      A.    I don't remember that this is tied to that

14:36:35 17  conversation, but it says that.

14:36:36 18      Q.    Well, did you talk to Ms. Lambert on or around

14:36:39 19  April 30th of 2007?

14:36:40 20      A.    I don't remember when I spoke to her, but I

14:36:43 21  remember speaking to her.

14:36:44 22      Q.    Have you -- how many times in your life have

14:36:45 23  you talked to Ms. Lambert?

14:36:47 24      A.    Oh, I can count on one hand, probably.

14:36:50 25      Q.    Well, you've told us about two.

14:36:51  1        A.    Yeah.

14:36:52  2        Q.    Are there any other times you've talked to her?

14:36:54  3        A.    Not that I remember.

14:36:55  4        Q.    So as far as you know, this relates to the

14:36:58  5   conversation you were just testifying about?

14:37:00  6        A.    I think so.

14:37:01  7        Q.    Okay.  So are you now willing to admit that you

14:37:06  8   agreed with Ms. Lambert that effective April 30th of

14:37:10  9   2007, "we'll follow a gentleman's agreement with Apple

14:37:14 10   that is similar to our Lucasfilm agreement"?

14:37:18 11            MS. HENN:  Objection.  Argumentative.

14:37:19 12            THE WITNESS:  I don't remember coming to an

14:37:21 13   agreement of any sort with Danielle Lambert to follow a

14:37:26 14   gentleman's agreement.

14:37:27 15   BY MR. GLACKIN:

14:37:27 16        Q.    You don't remember today ever doing that.

14:37:29 17        A.    I don't.

14:37:30 18        Q.    Do you think you were -- do you agree with me

14:37:33 19   that this is completely inconsistent with your testimony,

14:37:37 20   this email is completely inconsistent with your testimony

14:37:40 21   that there was no such agreement?

14:37:42 22            MS. HENN:  Same objection.

14:37:43 23            THE WITNESS:  I -- I don't remember that --

14:37:47 24   that I -- I had any form of an agreement with Apple or

14:37:51 25   that I had a conversation about a gentleman's agreement

ERRATA SHEET

Witness:  Lori McAdams                         Date of Deposition:  August 2, 2012

Page   Line

| 13 | 3-4 | Change: | Capitalize "Vice President of Human Resources and Administration |
| | | Reason: | Capitalization |
| 23 | 3 | Change: | Change "benefit employees" to "benefitted employees |
| | | Reason: | Transcription error |
| 37 | 12 | Change: | delete the word "a" before "turnover" |
| | | Reason: | Transcription error |
| 57 | 15 | Change: | Change the phrase "search for" to "search firm" |
| | | Reason: | Transcription error |
| 71 | 3 | Change: | Change "requested" to "requesting" |
| | | Reason: | Transcription error |
| 75 | 19 | Change: | Change "Jo DiCenzo" to "Jodi DiCenzo" |
| | | Reason: | Misspelling |
| 79 | 3 | Change: | Insert "person" between "compensation" and "at Sony Pictures." |
| | | Reason: | Transcription error |
| 131 | 10 | Change: | Change "Curry" to "Currey" |
| | | Reason: | Misspelling |
| 167 | 21 | Change: | Change "Andre and" to "angering" |
| | | Reason: | Transcription error |
| 171 | 1 | Change: | Capitalize "The" in "the Walt Disney Company" |
| | | Reason: | Capitalization |
| 173 | 25 | Change: | "Jeremy" to "Jerremy" |

| | | Reason: | Misspelling |
|---|---|---|---|
| 174 | 1 | Change: | "Jeremy" to "Jerremy" |
| | | Reason: | Misspelling |
| 174 | 3 | Change: | "Jeremy" to "Jerremy" |
| | | Reason: | Misspelling |
| 214 | 7 | Change: | Change "here" to "her" |
| | | Reason: | Typo |

_____ Subject to the above changes, I certify that the transcript is true and correct.

_____ No changes have been made.  I certify that the transcript is true and correct.


Jori McAdams _____          9-10-12
(signature)                              (date)