# EXHIBIT CCC

# REDACTED PUBLIC VERSION

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                  SAN JOSE DIVISION

 4

 5

 6    IN RE:  HIGH-TECH EMPLOYEE     )

 7    ANTITRUST LITIGATION          )

 8                                   )   No. 11-CV-2509-LHK

 9    THIS DOCUMENT RELATES TO:      )

10    ALL ACTIONS.                   )

11    _____)

12

13

14                 CONFIDENTIAL

15       VIDEO DEPOSITION OF STEPHANIE SHEEHY

16                 March 5, 2013

17

18

19    REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 09:51:23 | 1 | Q.  Your current job title isn't compensation |
| 09:51:28 | 2 | manager? |
| 09:51:29 | 3 | A.  That's an informal one. |
| 09:51:35 | 4 | Q.  What do you mean by that? |
| 09:51:41 | 5 | A.  It is a reflection of what I do, but it is not |
| 09:51:48 | 6 | formally my title in our system. |
| 09:51:54 | 7 | Q.  What was the time period that you were an HR |
| 09:51:58 | 8 | analyst? |
| 09:51:59 | 9 | A.  I don't remember the actual time period.  I |
| 09:52:02 | 10 | don't -- obviously when I started until I got the |
| 09:52:06 | 11 | promotion, and I don't remember when that was. |
| 09:52:18 | 12 | Q.  It was, however, your first job title at Pixar |
| 09:52:22 | 13 | when you started in 2004? |
| 09:52:25 | 14 | A.  2005, yes. |
| 09:52:29 | 15 | Q.  2005.  Okay. |
| 09:52:36 | 16 | You started Pixar in 2005? |
| 09:52:37 | 17 | A.  Yes. |
| 09:52:49 | 18 | Q.  Was there any gap in your employment between EA |
| 09:52:58 | 19 | and Pixar? |
| 09:52:59 | 20 | A.  Yes. |
| 09:52:59 | 21 | Q.  What did you do during that time? |
| 09:53:01 | 22 | A.  Traveled, slept, just existed. |
| 09:53:08 | 23 | Q.  Sounds like good times. |
| 09:53:24 | 24 | How did you get promoted from HR analyst to |
| 09:53:28 | 25 | manager of HR? |

09:53:31  1       A.   My boss came to me when our -- I don't know

09:53:38  2   what Dan's title was -- when the person who held this

09:53:41  3   job before me left, and asked me if I would be

09:53:47  4   interested in taking it.

09:54:06  5       Q.   What's your best recollection of when you were

09:54:08  6   promoted?

09:54:09  7            MS. HENN:   Objection.  Asked and answered.

09:54:10  8            THE WITNESS:   I still don't know.

09:54:12  9            MS. CISNEROS:   Q.   I mean, can you narrow

09:54:13 10   it down at all?  You have a sense, was it two weeks

09:54:17 11   after you had your HR analyst job or was it years

09:54:21 12   after?

09:54:22 13       A.   It was not two weeks.  I'm sure it was more

09:54:29 14   than a year after the HR analyst job, but I have no idea

09:54:32 15   after that.

09:54:38 16       Q.   Okay.  What were your job duties as an HR

09:54:57 17   analyst?

09:54:58 18       A.   To oversee and administer the salary increase

09:55:06 19   and equity plans.

09:55:28 20       Q.   Did you have any other job duties besides that?

09:55:30 21       A.   A lot of analytics, but nothing formal.

09:55:38 22       Q.   What do you mean by analytics?

09:55:40 23       A.   Some reporting duties, monthly reports.

09:55:47 24       Q.   Reporting what?

09:55:49 25       A.   Headcount; supply and demand report for the

09:56:06 1    facilities team for people coming on board; termination

09:56:11 2    reports; and position control report.  Those are the

09:56:17 3    four regular reports.  I did other analysis on an

09:56:26 4    as-needed basis, but that was -- those were one-offs.

09:56:56 5        Q.  Can you walk me through each of those reports,

09:56:58 6    starting with headcount, and describe what they are.

09:57:01 7    Starting with headcount.

09:57:04 8        A.  The headcount report is literally just the

09:57:07 9    number of employees who are here at the time, and all

09:57:13 10   their vital statistics:  How much they make; their

09:57:20 11   classification of exemption versus nonexemption; number

09:57:28 12   of hours worked per week; it included their title; their

09:57:34 13   employee I.D.; name; and what group they belonged to.

09:57:50 14       Q.  Before we move forward, I just want to jump

09:57:53 15   back and ask a quick question.  Is there a formally

09:57:59 16   titled compensation manager in the HR department at

09:58:02 17   Pixar?

09:58:06 18       A.  There might have been -- my predecessors might

09:58:11 19   have had that in their title, but I honestly do not

09:58:16 20   know.

09:58:17 21       Q.  So currently there is no officially titled

09:58:21 22   person called a compensation manager?

09:58:27 23       A.  I'm sorry, say it again.

09:58:28 24       Q.  There is no person whose title is compensation

09:58:31 25   manager; you carry out those functions?

| | | |
|---|---|---|
| 10:56:13 | 1 | A.  We provide a base salary, we provide a |
| 10:56:20 | 2 | short-term incentive program, a long-term incentive |
| 10:56:25 | 3 | program.  Those are the primary cash compensation |
| 10:56:36 | 4 | programs.  We, of course, supply benefits too, but some |
| 10:56:45 | 5 | people don't consider benefits compensation because it's |
| 10:56:49 | 6 | not cash. |
| 10:57:15 | 7 | Q.  What are the short-term incentives that you |
| 10:57:23 | 8 | provide? |
| 10:57:25 | 9 | A.  We have a film bonus program. |
| 10:57:30 | 10 | Q.  Anything else? |
| 10:57:33 | 11 | A.  That's the primary program is film bonuses. |
| 10:57:39 | 12 | Q.  Is that the only program that's short-term -- |
| 10:57:42 | 13 | A.  It's the only program, yes. |
| 10:57:45 | 14 | Q.  Is there anything that's a short-term incentive |
| 10:57:48 | 15 | besides a film bonus? |
| 10:57:50 | 16 | A.  On occasion, there is a discretionary bonus. |
| 10:57:55 | 17 | But that's not a program, and it's on a one-off basis. |
| 10:58:18 | 18 | Q.  Besides a film bonus and the discretionary |
| 10:58:22 | 19 | bonus, is there anything else that is a short-term |
| 10:58:26 | 20 | incentive that Pixar provides its employees? |
| 10:58:42 | 21 | A.  There is a patent bonus program, but it's not a |
| 10:58:50 | 22 | formal program, and only a handful of people |
| 10:58:55 | 23 | participate. |
| 10:59:04 | 24 | Q.  You've identified the film bonus, the |
| 10:59:06 | 25 | discretionary bonus and the patent bonus.  Are there any |

Deposition of Stephanie Sheehy                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 10:59:08 | 1 | other short-term incentives? |
| 10:59:20 | 2 | A.  I believe that is it. |
| 10:59:26 | 3 | Q.  What types of long-term incentives does Pixar |
| 10:59:29 | 4 | provide? |
| 10:59:31 | 5 | A.  We have a -- |
| 10:59:33 | 6 | Q.  Long-term incentive grants.  Excuse me. |
| 10:59:36 | 7 | A.  I'm sorry, say again. |
| 10:59:37 | 8 | Q.  Long-term incentives.  Yeah. |
| 10:59:38 | 9 | A.  Long-term incentives? |
| 10:59:40 | 10 | Q.  Yeah. |
| 10:59:40 | 11 | A.  We have a cash -- |
| 10:59:41 | 12 | Q.  That you are referring to as part of the |
| 10:59:47 | 13 | compensation. |
| 10:59:48 | 14 | A.  We have a cash grant program and an equity |
| 10:59:50 | 15 | long-term incentive program. |
| 11:00:03 | 16 | Q.  By equity incentive program, do you mean stock |
| 11:00:15 | 17 | options? |
| 11:00:16 | 18 | A.  Stock options and RSUs are both -- RSUs being |
| 11:00:22 | 19 | restricted stock units -- are both vehicles inside our |
| 11:00:27 | 20 | equity program. |
| 11:00:37 | 21 | Q.  What are the factors in determining base |
| 11:00:41 | 22 | salary? |
| 11:00:45 | 23 | A.  I'm sorry, could you be more specific. |
| 11:00:47 | 24 | Q.  How is base salary determined for an employee |
| 11:00:50 | 25 | at Pixar? |

| | | |
|---|---|---|
| 11:00:55 | 1 | A.  From a recruiting, a new hire, or -- I'm sorry. |
| 11:01:00 | 2 | Q.  As a matter of policy -- |
| 11:01:01 | 3 | A.  As a matter of policy -- |
| 11:01:02 | 4 | Q.  -- how are base salaries determined for Pixar |
| 11:01:05 | 5 | employees? |
| 11:01:07 | 6 | A.  We use survey data for the most part. |
| 11:01:21 | 7 | Q.  What do you do with the survey data? |
| 11:01:23 | 8 | A.  We use it as a guideline to help us determine |
| 11:01:28 | 9 | the minimum salary/maximum salary for a job. |
| 11:01:58 | 10 | Q.  What are salary ranges at Pixar? |
| 11:02:02 | 11 | MS. HENN:  Objection.  Vague. |
| 11:02:04 | 12 | THE WITNESS:  Can you be more specific, please. |
| 11:02:10 | 13 | MS. CISNEROS:  Q.  You just testified that |
| 11:02:11 | 14 | you use survey data to establish guidelines to |
| 11:02:16 | 15 | establish a minimum and a maximum salary for a job. |
| 11:02:22 | 16 | Would you describe that as a salary range? |
| 11:02:26 | 17 | A.  We don't have formal salary ranges.  We just |
| 11:02:30 | 18 | look at the data from the surveys and determine the -- |
| 11:02:34 | 19 | what we would assume to be the min and what we would |
| 11:02:39 | 20 | assume to be the max on a job-by-job basis. |
| 11:02:52 | 21 | Q.  Is it fair to say that when one establishes a |
| 11:02:55 | 22 | minimum salary for a job, and then also establishes a |
| 11:02:59 | 23 | maximum salary for a job, that that is a salary range? |
| 11:03:08 | 24 | MS. HENN:  Objection.  Foundation. |
| 11:03:14 | 25 | THE WITNESS:  We get new data every year, so |

| | |
|---|---|
| 11:03:22 | 1 |
| 11:03:29 | 2 |
| 11:03:37 | 3 |
| 11:03:38 | 4 |
| 11:03:43 | 5 |
| 11:03:45 | 6 |
| 11:03:47 | 7 |
| 11:03:51 | 8 |
| 11:03:53 | 9 |
| 11:04:04 | 10 |
| 11:04:07 | 11 |
| 11:04:11 | 12 |
| 11:04:17 | 13 |
| 11:04:21 | 14 |
| 11:04:25 | 15 |
| 11:04:33 | 16 |
| 11:04:38 | 17 |
| 11:04:42 | 18 |
| 11:04:45 | 19 |
| 11:04:46 | 20 |
| 11:04:54 | 21 |
| 11:04:57 | 22 |
| 11:05:00 | 23 |
| 11:05:07 | 24 |
| 11:05:10 | 25 |

the range isn't set.  It changes when the new data comes

in, so it's not set.  That's the right word.

MS. CISNEROS:  Q.  So it's a range, but

it's not a set range?  It might change each year you

get new data?

A.  Correct.

Q.  There are salary ranges used at Pixar, then,

correct?

A.  Yes.

Q.  When you started at Pixar in 2005, were salary

ranges used?

A.  When I started as an HR analyst, I didn't do

that portion of the job, so I can't speak to that, what

was happening in 2005, because I came on board to just

oversee the increase process.  But someone else was

handling that, so I can't speak to 2005.

Q.  What do you mean "the increase process"?

A.  I administer the salary increase process --

Q.  Oh, okay.

A.  -- but I wasn't responsible for salary ranges.

Q.  So you are not denying that salary ranges

existed at Pixar in 2005?

A.  I don't know.

Q.  Did you come across salary ranges when you were

determining salary increases in 2005?

11:05:13  1        A.  I did not see salary ranges when I was hired in

11:05:17  2    2005 to oversee the salary increase process.  If they

11:05:21  3    existed or not existed, I don't know.

11:05:24  4        Q.  Do you have any reason to think that they

11:05:26  5    didn't exist in 2005?

11:05:28  6        A.  I don't know if they did or not.  I have no

11:05:31  7    reason to believe they did or did not exist.

11:05:37  8        Q.  My question is a little more specific.  Is

11:05:38  9    there a specific reason that you have in mind to think

11:05:41 10    that there weren't salary ranges in 2005?

11:05:45 11            MS. HENN:  Objection.  Asked and answered.

11:05:50 12            THE WITNESS:  I'm sorry.  Can you ask the

11:05:51 13    question again.

11:05:54 14            MS. CISNEROS:  Q.  So you've conceded that

11:05:56 15    Pixar has used salary ranges.  Is there any reason

11:06:00 16    to think in 2005 Pixar was not using salary ranges?

11:06:09 17        A.  I don't know if they were or were not.  I have

11:06:12 18    no reason to think or not think they were or were not,

11:06:14 19    because I was not privy to that information.

11:06:34 20        Q.  When did you first become aware that Pixar used

11:06:37 21    salary ranges?

11:06:48 22        A.  I don't remember when that was.  I don't

11:06:58 23    remember when I found that -- that.

11:07:26 24        Q.  How -- let me rephrase.  Strike that.

11:07:32 25            What employees are subject to salary ranges?

| | | |
|---|---|---|
| 11:07:42 | 1 | MS. HENN:  Objection.  Vague. |
| 11:07:45 | 2 | THE WITNESS:  Can you clarify, please. |
| 11:07:51 | 3 | MS. CISNEROS:  Q.  You testified that there |
| 11:07:52 | 4 | are salary ranges for a job.  Are there any jobs |
| 11:08:02 | 5 | that are salaried that are not subject to salary |
| 11:08:06 | 6 | ranges? |
| 11:08:17 | 7 | A.  There are jobs that do not match data we |
| 11:08:23 | 8 | receive from our surveys. |
| 11:08:33 | 9 | Q.  When a job doesn't match the data that you |
| 11:08:36 | 10 | receive from the survey, does that mean there are no |
| 11:08:41 | 11 | salary ranges for that job? |
| 11:08:44 | 12 | A.  Correct.  There is no formal salary range for |
| 11:08:47 | 13 | that job. |
| 11:09:09 | 14 | Q.  How are base salaries determined for those jobs |
| 11:09:13 | 15 | that don't have matches? |
| 11:09:16 | 16 | A.  We will look at what kind of a job it is and |
| 11:09:26 | 17 | determine if there is another position inside the |
| 11:09:30 | 18 | company which of course has different tasks, but similar |
| 11:09:35 | 19 | responsibilities and level of -- level of |
| 11:09:38 | 20 | responsibility, and create one using our survey data as |
| 11:09:48 | 21 | a guide. |
| 11:10:00 | 22 | Q.  When you say create one, do you mean create the |
| 11:10:04 | 23 | base salary? |
| 11:10:06 | 24 | A.  Yes. |
| 11:10:07 | 25 | Q.  What do you mean create a salary range? |

11:10:11 1     A.   Create a base salary range.

11:10:27 2     Q.   Why do you make a comparison to other Pixar

11:10:30 3  jobs to establish the base salary range?

11:10:37 4     A.   If there's no external data from surveys, and

11:10:45 5  we need to hire someone, using our internal data -- let

11:10:55 6  me restate that.  That's not correct.  Using the

11:11:00 7  external data as a guide, we create a range for that

11:11:06 8  unmatched position.

11:11:22 9     Q.   I thought your testimony just a moment ago was

11:11:25 10  that when you don't have survey data, you look

11:11:32 11  internally to make a base salary range.

11:11:37 12     A.   Yes.

11:11:38 13     Q.   You look internally to other similar jobs?

11:11:40 14     A.   Yes.  And I look at the jobs that there is a

11:11:45 15  match to, and I use that external data as a guide onto

11:11:50 16  how to make a range for the nonmatched position.

11:11:55 17     Q.   Okay.  So in addition to looking to internal

11:11:57 18  jobs that are similar to the nonmatched job, you still

11:12:02 19  consider some external data?

11:12:06 20     MS. HENN:  Objection.  Mischaracterizes

11:12:06 21  testimony.

11:12:08 22     MS. CISNEROS:  Q.  I'm asking you if that's

11:12:09 23  what you are saying.  I'm trying to understand what

11:12:11 24  you are saying.

11:12:14 25     I want to know when you have a nonmatched job,

11:12:18 1    how do you determine the salary range?

11:12:21 2             MS. HENN:  Objection.  Asked and answered.

11:12:29 3             THE WITNESS:  When I have a nonmatched job, I

11:12:32 4    look at a job internally that has similar

11:12:37 5    responsibilities, and then I go look at the external

11:12:40 6    data of what that job's range is, and then I apply it.

11:12:46 7             MS. CISNEROS:  Q.  Okay.  Great.  Thank

11:12:48 8    you.

11:13:10 9             Why do you rely on other internal jobs to set

11:13:17 10   up a job -- excuse me.  Strike that.

11:13:21 11            When you have a nonmatched job, why does it

11:13:29 12   make sense to look at other similar jobs in Pixar to set

11:13:35 13   up the base salary?

11:13:39 14            MS. HENN:  Objection.  Mischaracterizes

11:13:40 15   testimony.

11:13:44 16            MS. CISNEROS:  Q.  What's your motive

11:13:45 17   there?

11:13:47 18        A.  I'm sorry, my motive for?

11:13:50 19        Q.  Why does it makes sense to do that as opposed

11:13:53 20   to --

11:13:53 21        A.  Picking the number out of the clear blue sky?

11:13:58 22        Q.  Yes.

11:13:59 23        A.  Picking the number out of the clear blue sky

11:14:03 24   would -- is insane, so we choose a methodology that

11:14:10 25   makes sense to us, and that's how we do it.

11:14:16   1        Q.  Do you feel that that's a fair way to do it?

11:14:18   2   To determine the salary?

11:14:24   3        A.  As opposed to picking a number out of the clear

11:14:26   4   blue sky, I think that's a better method.

11:14:30   5        Q.  Okay.  How often are salary ranges reviewed?

11:14:40   6             MS. HENN:  Objection.  Lacks foundation.

11:14:47   7             THE WITNESS:  Can you be more specific, please.

11:14:49   8             MS. CISNEROS:  Q.  Currently, how often are

11:14:50   9   salary ranges reviewed?

11:14:52  10             MS. HENN:  Same objection.

11:14:57  11             THE WITNESS:  We get data annually, so they're

11:15:02  12   reviewed annually.

11:15:10  13             MS. CISNEROS:  Q.  Since you've been aware

11:15:12  14   of salary ranges during your time working at Pixar,

11:15:16  15   have they been reviewed annually?

11:15:21  16             MS. HENN:  Objection.  Vague.

11:15:26  17             THE WITNESS:  Since I have been involved?

11:15:28  18             MS. CISNEROS:  Q.  Since you've been aware

11:15:29  19   of salary ranges.

11:15:31  20        A.  I can't speak to that because I don't remember

11:15:33  21   when I exactly became aware of them.  I can only speak

11:15:35  22   to when I became responsible for reviewing them

11:15:42  23   annually.

11:15:44  24        Q.  When did you become responsible for reviewing

11:15:46  25   them annually?

| | | |
|---|---|---|
| 11:29:03 | 1 | THE VIDEOGRAPHER:  Would you like to change |
| 11:29:04 | 2 | tapes while she's reviewing the document? |
| 11:29:06 | 3 | MS. CISNEROS:  Yeah, let's do that. |
| 11:29:08 | 4 | THE VIDEOGRAPHER:  Just a moment. |
| 11:29:09 | 5 | We're going off the record at 11:29 a.m.  This |
| 11:29:12 | 6 | marks the end of media No. 1. |
| 11:29:19 | 7 | (Recess taken.) |
| 11:38:45 | 8 | THE VIDEOGRAPHER:  We're back on the record at |
| 11:38:46 | 9 | 11:38 a.m.  This marks the start of media No. 2. |
| 11:39:00 | 10 | MS. CISNEROS:  Q.  Do you recognize this |
| 11:39:01 | 11 | spreadsheet? |
| 11:39:03 | 12 | A.  I'm not off page 1 yet, but I'm getting there. |
| 11:39:07 | 13 | Hold on just one second, please. |
| 11:40:49 | 14 | Q.  Are you ready? |
| 11:40:56 | 15 | A.  Yes.  Can you repeat your question. |
| 11:41:02 | 16 | Q.  Do you recognize this spreadsheet? |
| 11:41:04 | 17 | A.  Yes. |
| 11:41:06 | 18 | Q.  What is it? |
| 11:41:09 | 19 | A.  It is guidelines for our salary increases and |
| 11:41:12 | 20 | stock option grants for 2006, it looks like.  Maybe |
| 11:41:22 | 21 | 2007. |
| 11:41:28 | 22 | Q.  Is this a spreadsheet that you use as part of |
| 11:41:34 | 23 | your job duties at Pixar? |
| 11:41:35 | 24 | A.  Yes. |
| 11:41:36 | 25 | Q.  Okay.  What's the purpose of the spreadsheet? |

11:41:48  1       A.  To determine -- let's see.  To determine salary

11:42:03  2   increases which were in 2006.  And this spreadsheet is

11:42:12  3   specifically for the technical development, also called

11:42:24  4   tools sometimes.  And then stock option grants in 2006

11:42:32  5   also.

11:42:34  6       Q.  What are the steps that you follow to decide

11:42:39  7   salary increases?

11:42:43  8       A.  I'm sorry, could you be more specific, please.

11:42:45  9       Q.  What are the steps that you take to review

11:42:47 10   salary increases?

11:42:49 11           MS. HENN:  Objection.  Lacks foundation.

11:42:57 12           THE WITNESS:  I'm sorry.  The steps I take to

11:42:59 13   review salary increases?  So once they're submitted to

11:43:03 14   me, my review of them?

11:43:08 15           MS. CISNEROS:  Q.  Let me step back

11:43:10 16   further, then.  What are the steps to determine

11:43:13 17   salary increases?

11:43:20 18       A.  We determine what the salary pool is, and then

11:43:27 19   give managers a document similar to this to distribute

11:43:36 20   those salary increases.

11:43:53 21       Q.  Does every manager who decides salary increases

11:44:01 22   receive a document like this?

11:44:11 23       A.  In my tenure, yes.

11:44:21 24       Q.  So every manager receives guidelines to make

11:44:23 25   his or her salary increase decisions?

11:44:29  1        A.  In 2006, they received the guidelines on

11:44:31  2   page 1.

11:44:37  3        Q.  That wasn't my question.

11:44:38  4        A.  Oh, I'm sorry.

11:44:39  5        Q.  Sorry.  I can repeat it.

11:44:40  6        A.  Please.

11:44:41  7        Q.  So every manager receives guidelines to make

11:44:43  8   his or her salary increase decisions?

11:44:50  9        A.  In 2006 they received these guidelines on the

11:44:55 10   first page.  They receive this document -- I don't know

11:45:05 11   if the word guidelines is quite right.

11:45:14 12        Q.  If you turn back to page 1.

11:45:22 13        A.  Yes.

11:45:23 14        Q.  What does it say in row 3?

11:45:25 15        A.  Guidelines.

11:45:27 16        Q.  Okay.

11:45:30 17        A.  For 2006.  This document was for 2006.

11:45:36 18        Q.  Does it say that in row 3?

11:45:41 19        A.  It says Guidelines for this document from 2006.

11:45:51 20        Q.  I'm going to read for the record the text

11:45:52 21   that's in row 3.  "Guidelines."

11:45:59 22             In 2007, were guidelines provided for salary

11:46:03 23   increases made by managers?

11:46:09 24        A.  I clearly put this sheet in in 2006.  I do not

11:46:13 25   remember if there was one in 2007.  I may or may not

Deposition of Stephanie Sheehy          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:46:17  1   have put this sheet into the 2007 document.  But I can

11:46:26  2   confirm in 2006, obviously, they're here.  I don't

11:46:28  3   remember in 2007.

11:46:39  4       Q.  Well, how were salary increases decided in

11:46:43  5   2007?

11:46:43  6       A.  In a similar fashion.  But I may not have

11:46:48  7   included this guideline page.

11:46:51  8       Q.  How were they similarly decided?

11:46:56  9       A.  I'm sorry.  How was what similarly decided?

11:46:59 10       Q.  You testified that in 2007, salary increases

11:47:05 11   were decided in a similar fashion.  What do you mean by

11:47:07 12   that?

11:47:09 13       A.  The guidelines were determined in a similar

11:47:10 14   fashion.

11:47:17 15       Q.  So your testimony is that there were guidelines

11:47:19 16   used in 2007 to determine salary increases?  Setting

11:47:26 17   aside whatever spreadsheet was specifically used for

11:47:32 18   2006.

11:47:37 19       A.  Can you say that a different way, please.

11:47:40 20       Q.  My question is not whether or not you used this

11:47:42 21   spreadsheet that was created for 2006 increases for 2007

11:47:49 22   increases.  My question to you simply is, did you use

11:47:53 23   guidelines in 2007 to decide salary increases?

11:48:04 24       A.  Informally.  Maybe we used similar ones to

11:48:10 25   this, but I imagine -- let me restate that.

| | | |
|---|---|---|
| 11:48:17 | 1 | Similar guidelines were used in 2007. |
| 11:48:25 | 2 | Q.  Were similar guidelines used in 2008? |
| 11:48:38 | 3 | MS. HENN:  Objection.  Vague. |
| 11:48:40 | 4 | THE WITNESS:  Can you be more specific, please. |
| 11:48:45 | 5 | MS. CISNEROS:  Q.  You testified that in |
| 11:48:46 | 6 | 2007 similar -- guidelines that were similar to the |
| 11:48:52 | 7 | 2006 guidelines were used. |
| 11:48:55 | 8 | My question to you is, in -- with respect to |
| 11:49:00 | 9 | 2008 salary increases, were guidelines used that are |
| 11:49:06 | 10 | similar to those here for the 2006 increases? |
| 11:49:19 | 11 | A.  In 2008, yes. |
| 11:49:30 | 12 | Q.  Same question for 2009. |
| 11:49:33 | 13 | A.  In 2009, we were not giving equity.  So some |
| 11:49:45 | 14 | guidelines were the same, some guidelines were different |
| 11:49:48 | 15 | because we didn't have an equity section. |
| 11:49:55 | 16 | Q.  Setting aside the guidelines for equity, were |
| 11:50:02 | 17 | the guidelines for 2009 similar to the guidelines in |
| 11:50:09 | 18 | 2006? |
| 11:50:10 | 19 | A.  For salary increases, yes. |
| 11:50:32 | 20 | Q.  Were the guidelines for salary increases in |
| 11:50:35 | 21 | 2005 similar to the guidelines used for 2006 salary |
| 11:50:40 | 22 | increases? |
| 11:50:42 | 23 | A.  I was not employed when 2005 increases were |
| 11:50:46 | 24 | done, so I don't know. |
| 11:50:48 | 25 | Q.  Do you have any reason to think that the |

| | | |
|---|---|---|
| 11:50:50 | 1 | guidelines in 2005 were different? |
| 11:50:52 | 2 | A.  I only know from when I was hired.  I don't |
| 11:50:58 | 3 | have any idea what was before, so I don't -- I don't |
| 11:51:01 | 4 | know. |
| 11:51:02 | 5 | Q.  I'm just asking you now, right now do you have |
| 11:51:07 | 6 | any reason, any facts in your mind, that might lead you |
| 11:51:11 | 7 | to believe that the guidelines you used in 2005 were |
| 11:51:14 | 8 | different from those used in 2006? |
| 11:51:17 | 9 | MS. HENN:  Objection.  Asked and answered. |
| 11:51:22 | 10 | THE WITNESS:  I don't know what the guidelines |
| 11:51:23 | 11 | were, so I can't speak to if 2006 was similar to 2005. |
| 11:51:32 | 12 | I only know what -- from my employment forward, that |
| 11:51:41 | 13 | these were the guidelines we used.  I didn't go through |
| 11:51:43 | 14 | prior documentation, so I don't know what guidelines |
| 11:51:46 | 15 | were used prior to me being there. |
| 11:51:59 | 16 | MS. CISNEROS:  Q.  I'm just going to ask |
| 11:52:00 | 17 | you a yes or no question.  Do you have any facts in |
| 11:52:06 | 18 | your mind that would lead you to believe that the |
| 11:52:10 | 19 | guidelines used in 2005 were different from 2006 |
| 11:52:16 | 20 | guidelines?  Just yes or no. |
| 11:52:18 | 21 | MS. HENN:  Objection.  Asked and answered. |
| 11:52:25 | 22 | The witness can answer how she sees fit. |
| 11:52:31 | 23 | THE WITNESS:  I did not -- |
| 11:52:32 | 24 | MS. CISNEROS:  Q.  Yes or no. |
| 11:52:33 | 25 | MS. HENN:  Again, asked and answered. |

12:02:55  1    how it worked in his organization.

12:02:59  2         Q.  As a matter of policy.

12:03:05  3         A.  We don't have a formal policy on these things.

12:03:16  4    So ask it again.

12:03:26  5         Q.  Why did Howard review the salary planner's

12:03:31  6    input into the spreadsheet?  Was Howard responsible for

12:03:39  7    making sure that the amount of increases that were given

12:03:42  8    didn't exceed the amount in the pool?

12:03:45  9         A.  Howard mostly used this as a review tool.  If

12:03:57 10    he had a question, he would go talk to that planner or

12:04:01 11    he could make the change.  But this is not the salary

12:04:05 12    planners' document, this is a summary document.

12:04:13 13         Q.  What would happen if all of the salary planners

12:04:16 14    wanted to give their particular employees high enough

12:04:23 15    increases in salaries that the total amount for all of

12:04:28 16    the employees in the group exceeded the amount available

12:04:31 17    in the pool?

12:04:36 18         A.  Then the salary increases would need to go down

12:04:43 19    until they were inside the pool.

12:04:46 20         Q.  Who would make that decision?

12:04:50 21         A.  Each salary planner kind of understood they

12:04:54 22    needed to stay inside their pool.  So if they were

12:05:06 23    outside their pool, they probably would not have sent it

12:05:09 24    to me.

12:05:15 25              Yes, they were within their pool, as a whole,

12:05:20  1    according to this document.

12:05:22  2        Q.  Who is "they"?

12:05:23  3        A.  These salary planners listed, as a whole, were

12:05:27  4    inside their pool for this summary document, over by $3.

12:05:59  5        Q.  Was it Howard Look's job to make sure that all

12:06:02  6    of these salary planners here, as a group, stayed within

12:06:04  7    the pool as far as their total amount of salary

12:06:07  8    increases?

12:06:09  9        A.  In Howard's summary document, he would be

12:06:11 10    expected to stay within his pool.

12:06:15 11        Q.  Okay.  The process of deciding the salary

12:06:36 12    increases that we see -- let me rephrase that.  I don't

12:06:41 13    want to confuse you or anybody.

12:06:46 14        A.  Thank you.

12:06:51 15        Q.  This process of allocating salary increases in

12:06:56 16    the pool that is described here with the technical

12:07:00 17    development group, did a similar process apply to other

12:07:05 18    groups of employees at Pixar?

12:07:08 19        A.  Yes.  There were other salary planners with

12:07:12 20    their own pools.  Yes.

12:07:15 21        Q.  How many pools were there?

12:07:17 22        A.  I do not recall.

12:07:18 23        Q.  In a given year?

12:07:20 24        A.  I don't remember.

12:07:23 25        Q.  Can you identify certain pools that you knew

| | | |
|---|---|---|
| 12:07:25 | 1 | existed in 2006? |
| 12:07:52 | 2 | A.  Yes.  There were certain pools that existed in |
| 12:07:55 | 3 | 2006 that I could identify. |
| 12:07:58 | 4 | Q.  Please identify them. |
| 12:08:00 | 5 | A.  Them all? |
| 12:08:01 | 6 | Q.  The ones -- |
| 12:08:02 | 7 | A.  I can't remember them all. |
| 12:08:03 | 8 | Q.  The ones that are coming to your mind when your |
| 12:08:05 | 9 | face lit up. |
| 12:08:08 | 10 | A.  There was one for HR, I know there was a |
| 12:08:13 | 11 | facilities one, I know there was a finance one, |
| 12:08:34 | 12 | marketing, other configurations.  Those are the ones I |
| 12:08:51 | 13 | know for sure existed back then. |
| 12:08:54 | 14 | Q.  For each of the groups that you identified, HR, |
| 12:08:57 | 15 | facilities, finance, marketing, would they receive a |
| 12:09:04 | 16 | similar spreadsheet in 2006? |
| 12:09:09 | 17 | A.  Yes. |
| 12:09:11 | 18 | Q.  Okay.  Would there be a person such as Howard |
| 12:09:16 | 19 | Look identified for each of those groups? |
| 12:09:23 | 20 | A.  I don't remember how the organization was |
| 12:09:24 | 21 | rolled up at that time.  There might be, there might not |
| 12:09:30 | 22 | be.  I don't remember the exact structure. |
| 12:09:37 | 23 | Q.  How did each of those groups make sure that |
| 12:09:40 | 24 | they stayed within the pool that they were allocated for |
| 12:09:45 | 25 | salary increases? |

12:09:48  1        A.  Can you be more specific.

12:09:54  2        Q.  Each of these groups had a pool allocated to

12:09:58  3    them for salary increases, correct?

12:10:00  4        A.  Yes.

12:10:01  5        Q.  They needed to stay within their pool as a

12:10:04  6    total of all of the salary increases that were awarded?

12:10:07  7        A.  Yes.

12:10:12  8        Q.  Was there a point person who would ensure that

12:10:19  9    the bottom line number for that group was within the

12:10:23  10   pool amount?

12:10:25  11       A.  Yes.  That was Lori McAdams and myself.

12:10:40  12       Q.  Was there ever a problem --

12:10:42  13       A.  In 2006, yes.

12:10:49  14       Q.  For 2007, were you -- did you and Lori have

12:10:51  15   a -- the same role as far as making sure that these

12:10:58  16   salary increases were -- remained within the pool

12:11:01  17   amount?

12:11:04  18       A.  Yes.

12:11:08  19       Q.  In 2008, did you both have the same role with

12:11:13  20   respect to making sure that the salary increases for

12:11:17  21   these groups stayed within the pool amount?

12:11:24  22       A.  Yes.

12:11:29  23       Q.  Same question for 2009.

12:11:48  24       A.  Could you repeat the question so I know exactly

12:11:50  25   what I'm answering for 2009, please.

| | | |
|---|---|---|
| 12:11:57 | 1 | Q.  Sure.  Did you and Lori both have the same role |
| 12:12:06 | 2 | with respect to making sure that the salary increases |
| 12:12:08 | 3 | for these groups stayed within the pool amount -- |
| 12:12:12 | 4 | A.  Yes. |
| 12:12:12 | 5 | Q.  -- in 2009? |
| 12:12:14 | 6 | A.  Yes.  Thank you for repeating that for me. |
| 12:12:17 | 7 | Q.  No problem. |
| 12:12:32 | 8 | Was there ever a situation where the salary |
| 12:12:35 | 9 | planners, in any of these groups that you've identified, |
| 12:12:37 | 10 | wanted to provide more salary increases than their pool |
| 12:12:45 | 11 | allowed for? |
| 12:12:52 | 12 | A.  I'm sure they all wanted to, but we kept them |
| 12:12:54 | 13 | to their pool. |
| 12:12:57 | 14 | Q.  How did you go about doing that? |
| 12:12:58 | 15 | A.  We told them our expectations ahead of time by |
| 12:13:02 | 16 | providing them a pool, and they knew we expected them to |
| 12:13:08 | 17 | not spend outside of their pool.  And so to the best of |
| 12:13:15 | 18 | my memory, they stayed within their pool. |
| 12:13:34 | 19 | Q.  What are job families? |
| 12:13:41 | 20 | A.  Job families are also called job groups, which |
| 12:13:47 | 21 | I referred to earlier.  They are a grouping of |
| 12:13:57 | 22 | similar -- not similar.  That's not the right word. |
| 12:14:00 | 23 | They're a grouping of employees that sit together in our |
| 12:14:07 | 24 | structure. |
| 12:14:13 | 25 | Q.  Why are the employees grouped together? |

12:14:19  1        A.  I'm sorry, why are employees grouped together?

12:14:23  2        Q.  I can rephrase.

12:14:23  3        A.  That would be great.  Thank you.

12:14:36  4            MS. CISNEROS:  Can we go off the record?

12:14:38  5            THE VIDEOGRAPHER:  We're going off the record

12:14:39  6    at 12:14 p.m.

12:14:41  7            (Recess taken.)

12:15:54  8            THE VIDEOGRAPHER:  We're back on the record at

12:15:55  9    12:15 p.m.

12:16:04  10           MS. CISNEROS:  Q.  So we were talking about

12:16:06  11   job families, also known as job groups.  How do you

12:16:11  12   decide that a group of jobs should be in the same

12:16:15  13   family?

12:16:20  14       A.  Using my facilities example, we determine all

12:16:26  15   the facilities jobs and we put them in a group called

12:16:29  16   facilities.  So I don't know how much more specific I

12:16:34  17   can get than that.

12:16:37  18       Q.  That's fine.

12:16:38  19       A.  Okay.

12:16:51  20       Q.  What's the purpose of grouping jobs -- putting

12:16:56  21   jobs together in a family or group?

12:17:05  22       A.  It's -- in the case of facilities, it's easier

12:17:09  23   to find all the facilities jobs if you know they're in

12:17:13  24   the facilities group.  So it's an easy way to keep them

12:17:26  25   all together.

| | | |
|---|---|---|
| 12:31:27 | 1 | A.  No, that's not true.  But it's not -- you are |
| 12:31:36 | 2 | asking a hypothetical question.  I would have to |
| 12:31:39 | 3 | hypothetically know what I would do in some future time |
| 12:31:42 | 4 | because it hasn't happened to this point. |
| 12:31:45 | 5 | Q.  Well, if you are saying that you could |
| 12:31:46 | 6 | hypothetically -- you could answer the hypothetical |
| 12:31:48 | 7 | question conceivably, then why can't you answer the |
| 12:31:53 | 8 | hypothetical question now? |
| 12:31:56 | 9 | MS. HENN:  Object to form. |
| 12:32:05 | 10 | THE WITNESS:  Hypothetically -- you asked me |
| 12:32:12 | 11 | not to guess.  And anything in the future would be |
| 12:32:15 | 12 | guessing on what I'd do.  So I'm not going to guess. |
| 12:32:30 | 13 | MS. HENN:  So it's 12:30.  I don't know if this |
| 12:32:32 | 14 | is a good time to break, but I think we did have lunch |
| 12:32:35 | 15 | brought in and it's been delivered. |
| 12:32:37 | 16 | MS. CISNEROS:  Okay. |
| 12:32:37 | 17 | MS. HENN:  It's in a different room. |
| 12:32:38 | 18 | MS. CISNEROS:  Okay.  Sure.  Let's take a break |
| 12:32:40 | 19 | now. |
| 12:32:43 | 20 | THE VIDEOGRAPHER:  We are going off the record |
| 12:32:44 | 21 | at 12:32 p.m. |
| 12:32:46 | 22 | (Recess taken.) |
| 01:10:31 | 23 | THE VIDEOGRAPHER:  We're back on the record at |
| 01:10:33 | 24 | 1:10 p.m. |
| 01:10:58 | 25 | (Discussion off the record.) |

Deposition of Stephanie Sheehy          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

01:11:09   1          MS. CISNEROS:   Q.   Earlier you talked about

01:11:10   2   using market data to -- earlier you were talking

01:11:19   3   about -- testifying that you used market data to

01:11:24   4   establish the salary ranges.

01:11:26   5          A.   Yes.

01:11:27   6          Q.   Were you referring to Croner survey data?

01:11:32   7          A.   Two, actually.  We use two.  Croner and Radford

01:11:39   8   are the two that we use.

01:11:41   9          Q.   Take me through the steps that you follow to

01:11:43  10   use that data and make the salary ranges.

01:11:50  11          A.   Let me think, is there a big difference between

01:11:52  12   them?  No, we use them pretty much the same, both Croner

01:11:56  13   and Radford.

01:11:59  14          So we have met with each manager and gotten a

01:12:01  15   match for all the matches that are matchable.  The

01:12:05  16   employees that are matchable to a job in one of the two

01:12:09  17   surveys.  And we submit our data at certain points

01:12:20  18   during the year.

01:12:21  19          And then when we get our data back, we compare

01:12:26  20   where the employee match range was that -- we use the

01:12:28  21   ██████████████████████████████████████████████

01:12:32  22   ██████████, and where the employee presently is in their

01:12:37  23   salary, what their current salary is, and we see where

01:12:41  24   they land inside that range.  We use the 10th, 25th,

01:12:46  25   50th, 75th and 90th percentile.

01:13:29  1        Q.  You testified that "we submit our data at

01:13:32  2    certain points during the year."

01:13:34  3        A.  Yes.

01:13:36  4        Q.  To whom?

01:13:41  5        A.  To the Croner company and to the Radford

01:13:43  6    company.  Actually, I think it's Aon is the Radford

01:13:45  7    company.  The Croner company is the Croner survey, but I

01:13:49  8    think it's Aon is the company that does Radford.

01:13:55  9        Q.  And you say you use the 10th percentile as the

01:13:57 10    minimum and the 90th percentile as the max.  You mean

01:14:03 11    the 10th percentile of the survey that you are looking

01:14:07 12    at?

01:14:07 13        A.  Yes.  The data comes in different core tiles.

01:14:11 14    Not core tiles, because there are more than four, but

01:14:15 15    different percentiles.  And we use the 10th percentile

01:14:19 16    as our min and the 90th percentile as our max.

01:14:26 17        Q.  Are there any other factors that you consider

01:14:29 18    in setting the minimum or the maximum range besides the

01:14:34 19    survey data?

01:14:38 20        A.  For the matchable jobs, we use that -- the min

01:14:42 21    and the max as our guideline.  So with the external

01:14:48 22    data, that's mostly what we use to guide us in our

01:14:53 23    decision making.

01:15:51 24        Q.  You testified that you look at where employees

01:15:55 25    presently are in their salaries with respect to landing

01:29:15  1          A.  Which part would you like me to expand on?

01:29:19  2          Q.  That you can have an engineer that falls into

01:29:21  3   one -- excuse me, you have an engineer who falls into 2

01:29:26  4   and an engineer that falls into 3; are you simply

01:29:30  5   stating that you can have an engineer at Pixar who falls

01:29:33  6   into level 1 on the Radford matrix and an engineer that

01:29:37  7   falls on level 3?

01:29:39  8          A.  Yes.  When I am doing a comparison, I can have

01:29:42  9   one software engineer who matches to the Radford data

01:29:48 10   level 2 and another engineer that matches to the Radford

01:29:52 11   level data -- I'm sorry, Radford level 3, but they can

01:29:56 12   both have a software engineer title.  Inside my

01:29:59 13   organization, they can have the same title.

01:30:09 14          Q.  Okay.  Separate from the Radford levels that

01:30:14 15   are level 1, 2, 3, 4, does Pixar have a method of

01:30:22 16   determining who's a more senior or advanced software

01:30:30 17   engineer?  Or I guess -- let me rephrase that.

01:30:38 18              Apart from different job titles, is there a way

01:30:42 19   that Pixar will look at all of its software engineers

01:30:46 20   and categorize them into -- according to their skills,

01:30:57 21   their knowledge, and their experience or some similar

01:31:06 22   factors?

01:31:07 23          A.  No.  We don't classify them that way.  We don't

01:31:11 24   have a junior and a regular and a senior, and we don't

01:31:14 25   have a level 1 and 2 and 3.  That's not our

| | | |
|---|---|---|
| 01:31:19 | 1 | classification system. |
| 01:31:20 | 2 | Q.  What's your classification system? |
| 01:31:22 | 3 | A.  They're all called software engineers.  And we |
| 01:31:26 | 4 | don't classify them outside of Radford, which is how |
| 01:31:30 | 5 | your question started, so I'm just circling back on |
| 01:31:33 | 6 | that. |
| 01:31:33 | 7 | Q.  Okay. |
| 01:31:34 | 8 | A.  They're all software engineers. |
| 01:31:36 | 9 | Q.  Okay.  Do you use the Radford classification |
| 01:31:41 | 10 | for Pixar purposes separate from getting the data ready |
| 01:31:48 | 11 | to submit to Radford? |
| 01:31:52 | 12 | A.  We don't classify them -- like, if I'm talking |
| 01:32:00 | 13 | about a software engineer, I wouldn't say, oh, software |
| 01:32:03 | 14 | engineer level blank, because that's not how we see |
| 01:32:05 | 15 | them.  They're all software engineers. |
| 01:32:08 | 16 | When I'm looking at the data provided by |
| 01:32:11 | 17 | Radford or to Radford, we look at levels like this, but |
| 01:32:16 | 18 | otherwise we don't classify them that way.  They're all |
| 01:32:19 | 19 | software engineers. |
| 01:32:24 | 20 | We don't refer to, oh, they're a software |
| 01:32:27 | 21 | engineer Radford level 3.  That's not what we do. |
| 01:32:51 | 22 | Q.  What about with respect to Croner?  Croner has |
| 01:32:56 | 23 | a method of classifying job positions? |
| 01:32:58 | 24 | A.  Yes. |
| 01:32:58 | 25 | Q.  Do you use those job classifications within |

01:33:02  1   Pixar for any purpose apart from the -- the --

01:33:12  2   submitting the data to Croner?

01:33:16  3       A.  No.  Just for Croner, the submitting data to

01:33:20  4   and getting information back, is the only time we use

01:33:23  5   the Croner classification system --

01:33:29  6       Q.  You don't consider those classifications to

01:33:31  7   judge whether or not a person is at the right salary

01:33:35  8   level?

01:33:37  9       A.  We use the data that we get back and compare

01:33:40 10   their current salary to the Croner data, or Radford,

01:33:45 11   either case, but we don't use it internally, we just use

01:33:52 12   it compared to the data.

01:33:57 13       Q.  Okay.  Have there been any changes to the

01:34:24 14   Radford job matrix scheme, generally?

01:34:28 15       A.  Oh, generally, no.  There have been changes

01:34:30 16   between when this matrix existed and what exists now.

01:34:38 17   They've consolidated, is probably the best word, and so

01:34:43 18   they have.

01:34:45 19       Q.  Consolidated what?

01:34:47 20       A.  There was no engineering job matrix.  That's

01:34:49 21   what this is -- I believe what we're calling it.  We've

01:34:51 22   all agreed to call it because that's the title in the

01:34:54 23   upper-left-hand box.  There is no engineering job matrix

01:34:57 24   any longer in the current Radford system.  There is

01:35:01 25   three different leveling charts; management, individual

01:35:07  1    contributor and support.

01:35:09  2            And all their jobs, regardless, engineering,

01:35:12  3    all their jobs, they use this one leveling chart.  So

01:35:16  4    this is a chart that they must have used back in the

01:35:20  5    day, but they do not use it anymore.

01:35:23  6        Q.  When did that change happen that you just

01:35:24  7    described?

01:35:25  8        A.  I have no idea.  I don't know.  I'm sorry.  Off

01:35:29  9    the top of my head, I have no idea.  I just know that

01:35:33 10    this is not what currently exists.

01:35:35 11        Q.  Okay.  But it did exist at some point, I guess?

01:35:39 12        A.  Not in my tenure of doing this work, but if

01:35:43 13    this came from Radford, then, yes, it must have had --

01:35:49 14    must have existed.

01:35:50 15        Q.  When did you --

01:35:52 16        A.  I'm sorry?

01:35:53 17        Q.  When did you start working with the Radford

01:35:55 18    survey?

01:35:55 19        A.  When I took over the manager job.  And I don't

01:35:59 20    remember when that is.

01:36:14 21        Q.  Did the person before you use the Radford

01:36:16 22    survey?

01:36:19 23        A.  I don't know.

01:36:23 24        Q.  Was it introduced to you as a new tool?

01:36:28 25        A.  It was introduced to me as a tool.  I couldn't

01:44:55  1  A.  The tools group.  The tools group.

01:44:59  2  Q.  What is the tools group?

01:45:04  3  A.  What do you mean what is the tools group?  You

01:45:06  4 mean -- can you be more specific, please.

01:45:11  5  Q.  If you were to describe to your friend what the

01:45:16  6 tools group at Pixar is, how would you describe it?

01:45:22  7  A.  They make our internal tools.

01:45:25  8  Q.  What you are referring to here, the tools group

01:45:27  9 that had a higher percentile?

01:45:30 10  A.  They make the -- our internal tools.

01:45:32 11  Q.  What are your internal tools?

01:45:34 12  A.  They're the tools that we use to make films.

01:45:41 13  Q.  What are some of the tools that you use to make

01:45:43 14 films?

01:45:46 15  A.  I'm not that close to what they create.  I

01:45:53 16 don't know.

01:45:54 17  Q.  Does it mean proprietary software that Pixar

01:45:58 18 has?

01:46:08 19  A.  Yes.  I'm sure it includes proprietary

01:46:13 20 software.

01:46:16 21  Q.  So the tools group comprises of software

01:46:21 22 engineers?

01:46:24 23  A.  There are definitely software engineers in the

01:46:26 24 group.

01:46:26 25  Q.  Who else is included in the tools group?

01:46:32 1        A.   There are a couple of different job titles --

01:46:41 2     actually, can I just refer back and read some of them?

01:46:45 3        Q.   Sure.

01:46:46 4        A.   Great.  Software engineer, PNG software

01:46:56 5     engineer, senior software engineer, Menve support

01:47:05 6     engineer.

01:47:05 7             (Reporter clarification.)

01:47:05 8             THE WITNESS:  Menve, M-E-N-V-E.

01:47:09 9             Those are some examples.

01:47:14 10            MS. CISNEROS:  Q.   Thank you.

01:47:17 11            Why did Pixar decide that it was necessary for

01:47:19 12    the tools group to have their base salaries on average

01:47:21 13    at a higher than ████████████ -- percentile level?

01:47:31 14       A.   We were competing with technology companies in

01:47:36 15    the Bay Area, and our recruiting team was hearing from

01:47:53 16    candidates that they were getting better offers

01:48:01 17    elsewhere.

01:48:19 18       Q.   So this change occurred sometime before the

01:48:22 19    economic crisis hit.  Are you referring to sometime

01:48:26 20    before 2008?  Or before 2009?

01:48:34 21       A.   Before 2009.

01:48:35 22       Q.   What year did it happen?  I should ask in a

01:48:38 23    more straightforward way.

01:48:45 24       A.   I think of it as 2009.

01:48:52 25       Q.   What was the percentile level that was the

01:48:58  1     aspiration for this group of employees?

01:49:03  2          A.   ███████████████████████

01:49:26  3          Q.   Were -- so in 2009, Pixar decided that ███

01:49:39  4     ██████   would be the percentile that would be the

01:49:46  5     aspired to average for base salaries for Pixar

01:49:52  6     employees, generally, but for the tools group -- the

01:49:58  7     tools group, their percentile would be -- target would

01:50:03  8     be ██████████?

01:50:07  9          A.   The ███████████   was kind of our practice

01:50:13  10    from when I started, and I don't know how much earlier

01:50:15  11    before that forward.  We decided, prior to the economic

01:50:24  12    crisis, to change the tools percentile to the ██████

01:50:27  13    ████████   And then the economic crisis came and then we

01:50:30  14    realized we didn't need to hold that.

01:50:31  15          So we didn't actually get a chance to implement

01:50:34  16    it, but we did make the active decision at one point to

01:50:37  17    do it.  And then the economic crisis came, and then we

01:50:41  18    were able to get software engineers keeping our tools

01:50:46  19    group back at the ██████████   with the rest of the

01:50:48  20    company.

01:50:50  21          MS. CISNEROS:  This needs to be marked as an

01:51:44  22    exhibit.  It's PIX00012996.

01:52:06  23          THE REPORTER:  Exhibit 1306.

01:52:16  24          (Whereupon, Exhibit 1306 was marked for

01:52:16  25          identification.)

| | | |
|---|---|---|
| 01:52:45 | 1 | MS. CISNEROS:  Q.  So I'm going to just |
| 01:52:46 | 2 | read this, which is pretty consistent with -- it's |
| 01:52:51 | 3 | an email from Howard Look to Lori McAdams and Ed |
| 01:52:55 | 4 | Catmull and Ali Rowghani. |
| 01:52:59 | 5 | Do you have that document in front of you? |
| 01:53:01 | 6 | A.  Yes, I do. |
| 01:53:02 | 7 | Q.  "This new market data corroborates what we've |
| 01:53:05 | 8 | been feeling about the bay area tech market heating up, |
| 01:53:08 | 9 | and helps partially explain why the recruiting has been |
| 01:53:11 | 10 | so hard, and why we've lost two other people to tech |
| 01:53:15 | 11 | companies." |
| 01:53:16 | 12 | So is this consistent with your understanding |
| 01:53:20 | 13 | of the pressures that -- |
| 01:53:24 | 14 | A.  Let me just finish reading it. |
| 01:53:26 | 15 | Q.  Sure. |
| 01:53:26 | 16 | A.  Just one second, please. |
| 01:53:32 | 17 | Q.  You only need to read that part of it.  You |
| 01:53:34 | 18 | don't need to read the whole thing because I don't have |
| 01:53:36 | 19 | any questions about the rest of it. |
| 01:53:39 | 20 | A.  I'll just read the Howard portion. |
| 01:53:40 | 21 | MS. HENN:  You can read as much as you feel you |
| 01:53:42 | 22 | need to read. |
| 01:53:43 | 23 | THE WITNESS:  I actually read the rest of it. |
| 01:53:47 | 24 | Thank you very much, though.  I appreciate it. |
| 01:54:02 | 25 | MS. CISNEROS:  Q.  Can you read the rest of |

02:35:55  1       A.  Couple more pages.  Thank you.

02:37:11  2       Q.  Okay.  Start with the cover page.  So I see

02:37:15  3   your name here on the presentation called Salary

02:37:19  4   Analysis.  Were you involved in drafting this

02:37:24  5   presentation?

02:37:24  6       A.  Yes.

02:37:27  7       Q.  Okay.  What was your role in drafting it?

02:37:34  8       A.  Mark Joseph and myself did the work that you

02:37:38  9   see in this document.

02:37:45  10      Q.  What work did you do, specifically?

02:37:49  11      A.  We carved it up -- we carved up the work, and

02:38:04  12  then we worked on many pieces together.

02:38:08  13      Q.  What pieces of -- which of the carved pieces

02:38:11  14  landed on your plate?

02:38:22  15      A.  Do you want to go page by page?

02:38:24  16      Q.  Just generally, can you characterize it?

02:38:27  17      A.  The Salary Survey information was mostly mine.

02:38:41  18  We did University Relations together.  I don't remember

02:38:42  19  who did Turnover Activity.  Impact of Ongoing

02:38:47  20  Compensation Activities, he did some, I did some.  And

02:38:56  21  then the Average Salary Growth over Time was -- and the

02:39:01  22  salary costs were mostly him.

02:39:06  23      Q.  Okay.  Why was the presentation created?

02:39:10  24      A.  We were just taking a look at our salaries.  We

02:39:17  25  had hit the economic crisis, and we were just looking at

02:39:24  1    our business, and the salary portion of our business,

02:39:28  2    with fresh eyes.

02:39:37  3         Q.   Who was the audience for this presentation?

02:39:47  4         A.   Mark and I put it together.  Lori McAdams and

02:39:58  5    Ali Rowghani, I believe, were the people who asked us to

02:40:03  6    do the work.  And I know they each saw the finished

02:40:09  7    product.  I don't know where it went after that.

02:40:17  8         Q.   So am I correct, did you present it at an event

02:40:22  9    or a meeting?

02:40:24 10         A.   No.  We sat in Lori's office first and Ali's

02:40:30 11    office second and discussed it, but we never presented

02:40:33 12    it.  There was no -- were you describing a screen?

02:40:36 13    There was no screen.

02:40:39 14         Q.   Did Lori present it to somebody?

02:40:41 15         A.   I do not know.

02:40:46 16         Q.   Well, let's look at page 2.

02:40:48 17         A.   Okay.

02:40:49 18         Q.   Executive Overview.

02:40:51 19         A.   Uh-huh.

02:40:52 20         Q.   ███████████████████████████████████

02:40:56 21    ████████████████████████████

02:41:01 22         ██████████████████████████████████

02:41:04 23    ███████████████████████

02:41:14 24       ██  ████████████████████████████████████

02:41:18 25    ███████████████████████    ███████████████████

Deposition of Stephanie Sheehy                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

02:41:21  1

02:41:27  2

02:41:32  3

02:41:35  4

02:41:37  5

02:41:49  6

02:41:52  7

02:41:58  8

02:42:02  9

02:42:07 10

02:42:10 11

02:42:16 12

02:42:23 13

02:42:26 14

02:42:30 15

02:42:35 16

02:42:44 17

02:42:49 18

02:42:54 19

02:42:59 20

02:43:03 21

02:43:07 22

02:43:16 23

02:43:24 24

02:43:27 25



02:43:33  1   █  ████████████████

02:43:37  2   █  ██████████████████████

02:43:39  3   ██████

02:43:39  4   █  ██████████

02:43:41  5   █  ██████████████████████

02:43:46  6   ███████   Core turnover, in this case, in this

02:43:51  7   document, means that we did not include, for example,

02:43:57  8   interns.  The nature of our intern program is you come,

02:44:01  9   you be an intern, and then you go back and finish your

02:44:05 10   degree.

02:44:08 11          So when we were looking at the data that was

02:44:11 12   going into this document, we did not -- and we were

02:44:15 13   looking at turnover specifically, we did not include

02:44:19 14   interns and undergraduates.

02:44:24 15          Q.  So core turnover is the turnover of employees

02:44:27 16   at Pixar who were not interns or undergraduates?

02:44:32 17          A.  Temporary, casual.  Basically benefited

02:44:36 18   full-time employees.

02:44:38 19          Q.  Okay.  So my understanding is that core

02:44:43 20   turnover is the turnover that occurs amongst benefited

02:44:48 21   employees?

02:44:49 22          A.  Yes.  In this document, that's what that means.

02:44:53 23          Q.  In that document.  And the benefited employees

02:44:55 24   may be full-time or part-time?

02:44:59 25          A.  We have a threshold of 20 hours a week or more,

02:59:13  1    know when that was.

02:59:21  2         Q.   What is the Fac/Luxo/Sec group?  And maybe

02:59:28  3    that's shorthand and you can explain.

02:59:31  4         A.   It is.  It's a combination of three facilities

02:59:37  5    is the F-A-C; Luxo is the cafe staff; and S-E-C stands

02:59:44  6    for security, and that's our safety and security team.

02:59:49  7         Q.   So am I correct that this group includes all

02:59:59  8    employees -- facilities employees, cafe staff, and

03:00:04  9    security and safety team employees?

03:00:08 10         A.   Yes.

03:00:10 11         Q.   Okay.  Finance.  Finance group includes all

03:00:15 12    employees in the finance department?

03:00:19 13         A.   Finance and accounting.  Some people think of

03:00:21 14    them separately, but yeah.  The finance and accounting

03:00:23 15    team.

03:00:27 16         Q.   So the finance group includes all employees in

03:00:29 17    the finance and accounting teams?

03:00:32 18         A.   Yes.

03:00:33 19         Q.   And that's been consistent throughout your

03:00:36 20    tenure?

03:00:38 21         A.   The finance team does not include production

03:00:41 22    finance in this graph.  The finance team only includes

03:00:47 23    operational finance and accounting.

03:00:52 24         Q.   Okay.  From 2005 to 2007, what -- what

03:01:01 25    employees consisted of the finance group?

03:01:07  1        A.  Mostly the financial and accounting people with

03:01:11  2    the exception of production finance.  Not counting

03:01:15  3    production finance, all other financial employees and

03:01:19  4    accounting employees would fall into the finance

03:01:22  5    category described here.

03:01:26  6        Q.  That was your testimony as to 2005 through

03:01:29  7    2009.  I'm just seeing it pop up on the transcript as

03:01:33  8    2007, but I believe I asked 2009 and I want to --

03:01:36  9        A.  You did say 2007, but the answer is the same

03:01:39 10    for both.

03:01:41 11        Q.  I must not be speaking --

03:01:43 12        A.  Glad I'm not the only one.

03:01:50 13        Q.  So now we're at HR.

03:01:55 14        A.  Shall I just hop in there?

03:01:56 15        Q.  Yeah.  Just hop in there.

03:01:57 16        A.  Okay.  HR stands for human resources.  R-E-C-R

03:02:03 17    stands for recruiting, P-U stands for Pixar University,

03:02:08 18    and A-R-C stands for archive.

03:02:12 19        Q.  And all of those entities are teams comprised

03:02:19 20    of one group?

03:02:20 21        A.  For this presentation, we put those teams

03:02:23 22    together.

03:02:25 23        Q.  Okay.  Well, are these groups right here, then,

03:02:35 24    created specifically for the presentation or are they --

03:02:39 25        A.  When you say "right here," do you mean the ones

| | | |
|---|---|---|
| 03:02:42 | 1 | HR, recruiting, is that "right here"? |
| 03:02:51 | 2 | Q. There is nine groups identified right here. |
| 03:02:52 | 3 | A. Yes. |
| 03:02:53 | 4 | Q. Do these groups have any meaning, as far as HR |
| 03:02:55 | 5 | policy and practices go, outside of the graph that you |
| 03:03:00 | 6 | put together? |
| 03:03:02 | 7 | MS. HENN: Objection. Vague. |
| 03:03:06 | 8 | THE WITNESS: Can you rephrase, please. |
| 03:03:11 | 9 | MS. CISNEROS: Q. Earlier we talked about |
| 03:03:12 | 10 | job families and job groups. Are these job families |
| 03:03:17 | 11 | or job groups, or are these just groups you created |
| 03:03:20 | 12 | for the presentation? |
| 03:03:22 | 13 | A. I understand now. Thank you. |
| 03:03:24 | 14 | These are groups that exist as groups outside |
| 03:03:27 | 15 | of this presentation. |
| 03:03:29 | 16 | Q. Oh, they do. Are they job families? |
| 03:03:35 | 17 | A. Job groups. Yes. |
| 03:03:37 | 18 | Q. Job groups. Okay. |
| 03:03:42 | 19 | So HR, Recruiting, Pixar University and |
| 03:03:44 | 20 | Archives consist of one job group? |
| 03:03:47 | 21 | A. No. Consist of four job groups. |
| 03:03:51 | 22 | Q. Oh, four different job groups. Okay. |
| 03:03:54 | 23 | So then -- yeah. That makes sense. So |
| 03:03:57 | 24 | facilities is one job group, cafe is another job group? |
| 03:04:05 | 25 | A. (Nonverbal response.) |

03:22:11  1    to retain them.

03:22:15  2        Q.  Does Pixar track employees that it is

03:22:21  3    particularly interested in retaining?

03:22:25  4        A.  No.  We don't have any -- well, I have not done

03:22:29  5    an analysis that tracks desirable and undesirable

03:22:39  6    current active employees.  This is -- for me, this is

03:22:42  7    the only time that I have tracked this, and that was

03:22:46  8    with a termination.

03:22:49  9        Q.  So to your knowledge, Pixar, to the extent

03:22:56 10    certain employees are considered by their managers to be

03:23:01 11    especially desirable, there is no systematic way, at

03:23:08 12    least from your perspective as compensation, of knowing

03:23:12 13    that -- the identities of those employees?

03:23:20 14        A.  Um....

03:23:20 15        Q.  Maybe I'm wrong and there is a way.

03:23:28 16        A.  Let me think for a moment.  Because we do track

03:23:32 17    employees who are struggling or needing improvement.  So

03:23:43 18    we track the people who are perhaps on Performance

03:23:58 19    Improvement Plans.  Yes, we do track that.

03:24:05 20        Q.  Do you track the rock stars?

03:24:10 21        A.  We have a ranking process, and that's where we

03:24:17 22    identify people who are struggling and the people who

03:24:20 23    are -- how they're performing all along the spectrum

03:24:25 24    from rock star to struggling.

03:24:28 25        Q.  Okay.  At any time from 2005 through 2009, did

03:24:54  1    Pixar use monetary awards to retain employees?

03:25:00  2        A.  I can't speak to anything prior to my starting.

03:25:06  3        Q.  During your tenure at Pixar, has Pixar used

03:25:09  4    monetary awards to retain employees?

03:25:15  5            MS. HENN:  Objection.  Vague.

03:25:17  6            THE WITNESS:  Can you define monetary awards,

03:25:18  7    please.

03:25:19  8            MS. CISNEROS:  Q.  Compensation.

03:25:23  9        A.  Could you be a little more specific.

03:25:25 10    Compensation is so broad.

03:25:30 11        Q.  Any special -- just one moment.

03:26:01 12            Has any particular form of compensation,

03:26:06 13    benefit, salary, stock options, been used for the

03:26:12 14    specific purpose of retaining a particular employee?

03:26:24 15        A.  You gave me four choices.  What was the first

03:26:26 16    one?  I'll try to handle them one at a time instead of

03:26:29 17    answering them in a blob, which I don't think I could

03:26:32 18    answer.

03:26:33 19        Q.  Any form of compensation is the first one.

03:26:37 20    Benefits.

03:26:39 21        A.  Benefits, no.  So for benefits, to my

03:26:42 22    knowledge, our benefits package is standard across all

03:26:48 23    employees.  So I don't believe there is anything from a

03:26:50 24    benefits perspective that we have offered to someone to

03:26:55 25    retain them.  Not that I recall.

03:27:04  1            What was the second thing?

03:27:05  2        Q.  Salary.  So any salary adjustments that have

03:27:07  3   been made to retain a particular employee?

03:27:14  4        A.  On occasion we will have someone outside of the

03:27:21  5   merit process, which is where we do our increases.  We

03:27:26  6   will recognize that they are game changer -- a game

03:27:31  7   changer, I guess, and we will realize that we definitely

03:27:37  8   want them to stay without any inkling that -- they may

03:27:44  9   be perfectly happy.  We proactively could, and have on

03:27:51 10   occasion, very often, given them an off-cycle increase.

03:28:07 11        Q.  How often did that happen on a year-to-year

03:28:15 12   basis from 2005 to 2009?

03:28:18 13        A.  I came at the end of 2005, so -- and I was only

03:28:22 14   brought on for salary increases.  So I wasn't involved

03:28:24 15   in that until --

03:28:25 16        Q.  Okay.  2006.

03:28:26 17        A.  -- probably until partway through 2006.

03:28:31 18            But in my tenure, we probably -- total

03:28:35 19   off-cycle increases, four, five, maybe six, per year.

03:28:45 20   They're not normal.

03:29:01 21            What was the third item?  Are we done with the

03:29:03 22   second item on your list of four?

03:29:07 23        Q.  I still want to ask a question.

03:29:08 24        A.  Sorry.  Did not mean to rush you.

03:29:16 25        Q.  How do these off-cycle processes typically

03:29:21  1  happen?

03:29:22  2       A.  Usually the manager will come to me or to my

03:29:28  3  boss, Lori, and tell us, you know, exactly what I've

03:29:36  4  already described.  This person is a game changer, I'd

03:29:41  5  really like to increase their salary.  If it makes sense

03:29:50  6  to the three of us, Lori, manager, me, then we do the

03:29:54  7  off-cycle increase, we get the approvals, and we

03:30:00  8  implement it.

03:30:04  9       Q.  So the three of you make that decision?

03:30:10  10      A.  (Nonverbal response.)

03:30:11  11          MS. HENN:  You need to --

03:30:12  12          THE WITNESS:  Yes.  Sorry.  I was thinking.

03:30:15  13          MS. HENN:  Think all you need.

03:30:16  14          THE WITNESS:  No.  No.  Please.  Keep telling

03:30:17  15  me that.

03:30:19  16          If the manager is not a VP, then we get the VP

03:30:22  17  approval too.

03:30:55  18          MS. CISNEROS:  Q.  Have the incentive --

03:30:57  19  has the incentive program, either in cash or equity

03:31:00  20  form, been used to award the rock star employees?

03:31:09  21      A.  We're talking about long-term cash and

03:31:12  22  long-term equity?

03:31:13  23      Q.  Yes.

03:31:21  24      A.  Long-term equity -- let me think.  Because

03:31:35  25  everyone received equity prior to 2009, everybody got

03:31:41   1   equity, so it's difficult to quantify that.

03:31:48   2        Q.   So my understanding is, it's not really part of

03:31:50   3   the structure of those compensation programs?

03:31:57   4        A.   I'm sorry, to do what?

03:31:59   5        Q.   Well, I don't want testify as to what it is or

03:32:01   6   isn't, but --

03:32:03   7        A.   No.   But --

03:32:04   8        Q.   Let you do that.

03:32:07   9        A.   We would expect -- I would expect those people

03:32:10   10   who are rock stars to get more equity when we were

03:32:20   11   giving equity, or more cash now that we're giving cash,

03:32:23   12   within the guidelines.   They might be just at the higher

03:32:27   13   end of the guideline versus the lower end.   But that

03:32:29   14   would be in the regular process.   It wouldn't be

03:32:32   15   anything outside of the regular process, so....

03:32:42   16        Q.   Okay.

03:32:43   17        A.   That, from a long-term incentive perspective.

03:32:46   18   And I think you said short-term perspective.   Short-term

03:32:50   19   incentive, to my knowledge, no.   Our short-term film

03:32:56   20   bonus program is -- there is not really an opportunity

03:33:02   21   there to over-reward.   It's much more everybody

03:33:08   22   getting -- following the same guidelines.

03:33:13   23        Q.   Circling back to the off-cycle increases.

03:33:18   24        A.   Uh-huh.

03:33:20   25        Q.   What impact did attrition have or concerns

03:33:26   1    about possible attrition in giving these off-cycle

03:33:33   2    awards?

03:33:34   3        A.  It didn't really, because there were so few

03:33:37   4    given out.  I think we had, what, 900 employees and we

03:33:43   5    gave out four or five or six.  So it's not -- it's not a

03:33:49   6    vehicle for that.

03:33:51   7        Q.  A vehicle for what?

03:33:52   8        A.  Your attrition question.

03:33:55   9        Q.  Did the managers ever communicate with you

03:33:58  10    directly about why they were seeking a -- an off-cycle

03:34:05  11    increase?

03:34:06  12            MS. HENN:  Objection.  Asked and answered.

03:34:10  13            THE WITNESS:  Usually they come to me because

03:34:12  14    they are proactively taking care of an employee.  And

03:34:21  15    then we would do the off-cycle increase if it made sense

03:34:25  16    to all the approvers involved.

03:34:30  17            MS. CISNEROS:  Q.  Has anybody ever left

03:34:31  18    shortly after receiving an off-cycle increase?

03:34:35  19        A.  I don't know.  Off the top of my head, I don't

03:34:37  20    know.

03:34:39  21        Q.  Okay.  Are you aware, in any of those cases,

03:34:42  22    whether the person who was awarded an off-cycle increase

03:34:46  23    was considering leaving Pixar and had an offer

03:34:50  24    elsewhere?

03:34:58  25        A.  No one ever told me -- not to my recollection

03:35:01  1   did anyone ever tell me that they were looking to give

03:35:04  2   an off-cycle increase because an employee was interested

03:35:08  3   in leaving.

03:35:10  4        Q.  So nobody told you one way or another?

03:35:16  5        A.  Usually when a manager comes to me for an

03:35:19  6   off-cycle increase, none of them, in my recollection,

03:35:23  7   have ever said they're giving it because they are trying

03:35:29  8   to keep someone from leaving Pixar.

03:35:34  9        Q.  Have any of them ever told you that that is not

03:35:38 10   the reason?

03:35:39 11        A.  No one has ever told me that is not the reason.

03:35:44 12        Q.  Okay.

03:35:45 13        A.  To my -- to my recollection.

03:35:54 14        MS. CISNEROS:  Okay.  I'd like to have tab 35.

03:36:44 15        Q.  Does Pixar ever create -- okay.  Let me give

03:36:48 16   this a little context.  Before we talked about a

03:36:50 17   leveling matrix that you pointed out was a Radford

03:36:55 18   leveling matrix; does Pixar ever create its own leveling

03:36:59 19   matrix -- matrices for HR purposes?

03:37:10 20        A.  Not that I can remember.

03:37:12 21        Q.  Okay.

03:37:24 22        MS. HENN:  Counsel, you brought up earlier

03:37:26 23   today your concern that this deposition might go over

03:37:29 24   time, and at the time you were concerned that the

03:37:32 25   witness was spending a lot of time reading documents.

03:37:34  1        I'd just like to make a record, quickly, that

03:37:37  2   this deposition has been a very slow pace, and that you

03:37:40  3   are taking a very long time to formulate questions and

03:37:43  4   move through documents.

03:37:45  5        And I know the written record won't reflect

03:37:48  6   that, the video, of course, will.  And I'll stop talking

03:37:51  7   now, but I just think it would be helpful if we can move

03:37:54  8   along, especially if you are concerned about not getting

03:37:57  9   through all your questions.

03:38:38  10       MS. CISNEROS:  Q.  Okay.  I'll give this to

03:38:39  11  you.

03:38:45  12       This is -- needs to be marked as an exhibit.

03:38:58  13       THE REPORTER:  Exhibit 1309.

03:39:00  14       (Whereupon, Exhibit 1309 was marked for

03:39:00  15       identification.)

03:39:25  16       MS. CISNEROS:  Q.  Because this is an

03:39:26  17  email, I found it most helpful to read from the

03:39:30  18  bottom.

03:39:34  19       A.  Okay.  Thank you.

03:39:35  20       Q.  From the back through --

03:39:36  21       A.  Got it.

03:39:38  22       Q.  -- up through the top.

03:39:39  23       A.  Back forward.  Back forward?

03:39:43  24       Q.  Yeah.

03:39:44  25       A.  Okay.  Thank you.

03:42:44  1      Q.  Okay?

03:42:44  2      A.  Yeah.  Thank you.

03:42:45  3      Q.  Thanks.  I'm going to read the part of the

03:42:47  4  email that I'm most interested in.  It's from Howard

03:42:49  5  Look to Lori McAdams.  And the subject is New Tools

03:42:54  6  Leveling, and Salary Proposals.

03:42:57  7          It goes, "Hi Lori, As requested, here are the

03:43:01  8  new Tools Software Engineer leveling matrix, as well as

03:43:05  9  our proposal to do some out-of-cycle adjustments for our

03:43:10 10  under-paid engineers.

03:43:11 11          "The goal of the leveling matrix is to give us

03:43:14 12  a consistent framework for evaluating the expected

03:43:16 13  contribution of our software engineers.  It also makes

03:43:20 14  it much easier to compare ourselves against the Radford

03:43:24 15  survey.

03:43:25 16          "The goal of this new salary proposal is to

03:43:28 17  compensate the lowest paid team-members who are

03:43:31 18  performing at the highest levels.  This is a

03:43:33 19  'pre-emptive strike.'  We want to send a clear message

03:43:37 20  to these engineers that we value them at least as much

03:43:41 21  as some new hires who are seeing much more competitive

03:43:45 22  offers from other companies."

03:43:50 23          So my first question here is, having heard this

03:43:55 24  email read out loud, are -- is it ringing a bell as far

03:44:00 25  as the use of leveling matrix -- matrices for

03:44:07 1  compensation purposes at Pixar?

03:44:12 2      A.  I did not know a leveling matrix existed and

03:44:15 3  that Howard Look put one together.  So I have never seen

03:44:20 4  it, and -- when was this?  August 16, 2006, I was not in

03:44:32 5  the job of looking at salary data at that time, hence

03:44:35 6  that's probably why I'm not on the email.  I didn't know

03:44:38 7  that existed.

03:44:42 8      Q.  Is Howard Look still with the company?

03:44:43 9      A.  No.

03:44:46 10      Q.  Okay.  What was -- do you know what his job

03:44:50 11  title was when he was at Pixar?

03:44:54 12      A.  I don't.  I know he was in charge of technical

03:44:58 13  development/tools team, but I don't know his title.

03:45:01 14      Q.  Okay.  My other question is here, on the second

03:45:26 15  paragraph, Howard talks about the goal is to send a

03:45:33 16  message -- is to adjust some of these salaries,

03:45:36 17  apparently possibly upward, at least for those who are

03:45:42 18  under-compensated, to send a message that they're valued

03:45:47 19  as much as other new hires who may have been hired at a

03:45:52 20  higher salary level.

03:45:55 21          During your tenure, has anything like this ever

03:45:58 22  happened?

03:45:59 23          MS. HENN:  I'm just going to object.  I'm not

03:46:01 24  sure you meant to be quoting the document, but what you

03:46:04 25  were just reading was not what the document said.  Some

05:00:31 1  salary pool at a certain level, and some of the salary

05:00:42 2  chatters, is what we call them, were concerned that we

05:00:47 3  had not communicated what the pool was, and hence they

05:00:53 4  would be communicating it for the first time.  And we

05:00:55 5  elected to ███████████████████████████████

05:01:04 6      Q.  When did that happen?

05:01:15 7      A.  I can't tell you the exact year.  I know it was

05:01:18 8  before 2009, but I don't remember if it was '06, '07,

05:01:26 9  and '08.  And I wasn't employed for '05.  2005, that is.

05:01:38 10     Q.  What were the salary chatters saying?

05:01:47 11     A.  They were concerned about communicating

05:01:53 12 something that had not been widely communicated before.

05:01:58 13 So they would be telling the employee what -- that they

05:02:05 14 would be getting a certain percentage increase.  I

05:02:12 15 think --

05:02:18 16     Q.  What was that something that hadn't been

05:02:19 17 communicated before?

05:02:22 18     A.  We had taken the merit pool down, I believe, a

05:02:27 19 percentage, or half a percentage that year.  And it was

05:02:31 20 different than what our employees had typically

05:02:33 21 received, and the salary chatters were concerned that

05:02:39 22 they would be communicating that.  So we put it back to

05:02:42 23 where it was, and then we communicated it through the

05:02:48 24 company meetings I described earlier.

05:02:53 25     Q.  Okay.  And so this -- you are referring to the

05:02:55   1   merit pool that determines the salary increases --

05:02:59   2        A.  Yes.

05:02:59   3        Q.  -- for groups of employees.

05:03:04   4            So the -- there was -- I just want to make sure

05:03:07   5   I'm understanding what happened.  But the chatters

05:03:10   6   thought that -- or let me back it up.

05:03:16   7            The plan for the -- the compensation team had a

05:03:22   8   plan to reduce the merit increase pool by a certain

05:03:26   9   percentage.  The chatters thought that that hadn't been

05:03:31  10   communicated, so they were on the cusp -- they did

05:03:36  11   communicate that information?

05:03:37  12        A.  They did not.

05:03:38  13        Q.  They were on the cusp of doing so, and the

05:03:40  14   compensation team backed off and said no, we're going to

05:03:43  15   step back and not decrease the merit pool in the manner

05:03:49  16   that we had planned to do so beforehand?

05:03:52  17        A.  Yeah.  The merit pool is determined with human

05:03:56  18   resources and finance together, it's not really the

05:03:58  19   compensation team, but yes.

05:04:02  20        Q.  Okay.  So that's an incident that you cite

05:04:08  21   where the concern about employee morale affected actions

05:04:14  22   taken by the compensation team or the decision makers

05:04:17  23   regarding compensation?

05:04:18  24        A.  Yes.

05:04:21  25        Q.  Thank you.  Are there any other examples that

05:04:24  1   come to mind?

05:04:26  2        A.   That's the only one that's popped into my head.

05:04:38  3   At this time I can't recollect another one.

05:04:42  4        Q.   Is there any way we might find out when that

05:04:45  5   happened?  I know you were having a hard time

05:04:49  6   remembering exactly which year, and that's

05:04:51  7   understandable.

05:04:54  8        A.   Pre-2009 is all I can confirm for you.

05:05:01  9        Q.   It --

05:05:03 10        A.   2006, '07, or '08.  I'm sorry.  I just --

05:05:07 11        Q.   That's fine.  Sometime during the class period.

05:05:13 12             Can we go off the record for a moment?  I want

05:05:16 13   to see how much time we have.

05:05:18 14             THE VIDEOGRAPHER:  We're going off the record

05:05:20 15   at 5:05 p.m.

05:05:22 16             (Recess taken.)

05:06:01 17             THE VIDEOGRAPHER:  We're back on the record at

05:06:03 18   5:06 p.m.

05:06:08 19             MS. CISNEROS:  Q.  Have you ever been aware

05:06:09 20   of any agreements between Pixar and Lucasfilms to

05:06:14 21   restrict recruitment of each other's employees?

05:06:17 22        A.   Yes.

05:06:19 23        Q.   When did you learn of that agreement?

05:06:23 24        A.   I remember hearing it for the first time at

05:06:35 25   some point during my career at Lucasfilm.  I was not in

1          I, Gina V. Carbone, Certified Shorthand

2     Reporter licensed in the State of California, License

3     No. 8249, hereby certify that the deponent was by me

4     first duly sworn and the foregoing testimony was

5     reported by me and was thereafter transcribed with

6     computer-aided transcription; that the foregoing is a

7     full, complete, and true record of said proceedings.

8          I further certify that I am not of counsel or

9     attorney for either of any of the parties in the

10     foregoing proceeding and caption named or in any way

11     interested in the outcome of the cause in said caption.

12          The dismantling, unsealing, or unbinding of

13     the original transcript will render the reporter's

14     certificates null and void.

15          In witness whereof, I have hereunto set my

16     hand this day:  March 15, 2013.

17          ___X___ Reading and Signing was requested.

18          _____ Reading and Signing was waived.

19          _____ Reading and signing was not requested.

20

21

22          _____

23          GINA  V. CARBONE

24          CSR 8249, CRR, CCRR

25