# EXHIBIT 1625 TO CISNEROS DECLARATION REDACTED VERSION

# Produced in Native



EXHIBIT 1625
WIT: Wagner
DATE: 3.7.2013
ANNE TORREANO, CSR #10520

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00506628

1625.1

# Project Big Bang
## Revised Comp Proposal – 9/7/2010
Authors: Frank Wagner, Jason Grishkoff, John Schirm, Mike Xing, Monica Davis, Prasad Setty, Stephanie Tietbohl

### INTRO

We agreed to the following goals at the Aug 31 OC meeting:

[redacted]

NEXT STEPS: Show function specific impact during individual OC meetings; Board approval – Oct 2010 meeting; work on proposal mechanics and marketing campaign; communicate to Googlers before December holidays

### 1. TOTAL COMPENSATION PROPOSAL

Increase overall pay levels and shift pay mix towards higher salaries; [redacted]

| | SALARY | BONUS | EQUITY | TOTAL COMP |
|---|---|---|---|---|
| Proposal[2] | [redacted] | [redacted] | [redacted] | [redacted] |

### 2. ENHANCEMENTS TO CURRENT EQUITY PROGRAMS

Optimize current equity spend so Googlers better value equity holdings ( [redacted] ).

| ENHANCEMENT | IMPACT TO GOOGLERS | IMPLEMENTATION | FINANCIAL IMPACT |
|---|---|---|---|
| Grant 100% GSUs [Quick Win] | [redacted] | [redacted] | [redacted] |
| Accelerate vesting [Quick Win] | [redacted] | [redacted] | [redacted] |
| Set a price floor on equity [TBC] | [redacted] | [redacted] | [redacted] |
| Incentivize all employees to opt into automatic sale [TBC] | [redacted] | [redacted] | [redacted] |

1625.2

<mark>3. CASH FLOW CLIFFS</mark>

**Request:** Identify the prevalence of Googler cash flow cliffs and develop action plan

**Proposal:**

- *For existing issues* -- Comp will provide HR Directors with a list of Googlers who are approaching cash flow cliffs 12 months in advance; HR Directors will work with their execs to identify proactive measures, where appropriate
- *Going forward* -- Comp will eliminate cliff-vesting to smooth out cash flows (similar to strategy used in F5 for past F1/2 recipients)

**4. EQUITY MEGA GRANT**





## APPENDIX

### A. Total Compensation Proposal – Spend & Margin Detail

| | SALARY | BONUS | EQUITY | TOTAL COMP |
|---|---|---|---|---|
| Projected 2011 Spend[1] | [redacted] | | | |
| | | | Margin[3] | [redacted] |

1 2 3 [redacted]

### B. Total Compensation Proposal – US Premium Cash Impact by Level

| | | Salary Comparison | | | Total Cash Comparison | | |
|---|---|---|---|---|---|---|---|
| Level | n-Count | Current | Proposed | Increase[1] | Current | Proposed | Increase |
| [redacted] | | | | | | | |

[1] Increase percentages are ~ globally consistent
[2] VP+ excludes OC members

Prasad: If you go with this chart, please remove

| | | Salary Comparison | | | |
|---|---|---|---|---|---|
| | | US Premium | | | Goo Over |
| Level | n-Count | Current | Proposed | Increase | Increa |
| [redacted] | | | | | |

[1] VP+ excludes OC members

### C. Total Compensation Proposal – US Premium L4 SWE Example

Prasad: chart below show 10% + merit + CM

*all values in 000s*

| | 2010 | | 2011 PROPOSED |
|---|---|---|---|
| Salary | [redacted] | | |
| Bonus Target (15%) | | | |
| Co. Multiplier = 2.0 | | | |
| Total Cash | | | |
| Equity | | | |
| Total Comp | | | |

[redacted]

Prasad: chart below show 10% + CM (w/o m

| | |
|---|---|
| Salary | |
| Bonus Target | |
| Co. Multiplier | |
| Total Cash | |
| Equity | |
| Total Comp | |

### D. CASH FLOW CLIFFS – Analysis & Findings

**Total Cash Flow Change Between '10 - '11**

60% 50% 40% 30% 20% 10% 0%

[redacted]

[-100%, -50%] (-50%, -40%] (-40%, -30%] (-30%, -20%] (-20%, -10%] (-10%, 0%] (0%, 10%] (10%, 20%] (20%, 30%] (30%, 40%] (40%, 50%] (50%, ∞%]

- [redacted]
- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]

**Total Cash Flow Change Between '11 - '12**

60% 50% 40% 30% 20% 10% 0%

[redacted]

[-100%, -50%] (-50%, -40%] (-40%, -30%] (-30%, -20%] (-20%, -10%] (-10%, 0%] (0%, 10%] (10%, 20%] (20%, 30%] (30%, 40%] (40%, 50%] (50%, ∞%]

- [redacted]
- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
  - [redacted]

1625.4