# EXHIBIT 2425 TO CISNEROS DECLARATION REDACTED VERSION

EXHIBIT 2425
WIT: BOCK
DATE: 3.27.2013
ANNE TORREANO, CSR #10520

**Salary Guidelines (Local Currency)**

| US | USD | USD | USD | USD | USD | US | USD | USD | USD |
|---|---|---|---|---|---|---|---|---|---|
| USA - PREMIUM REGIONS (MV, NYC, SMO-LA, BOS, SEA/KIRK, AUS, CHI) | | | | | | USA - NATIONAL STRUCTURE (ATL, DAL, DEN, DET, | | | |

24252

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.002



2425.3

CONFIDENTIAL ATTORNEYS EYES ONLY   GOOG-HIGH TECH-00625147.003

2425.4

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.004



2425.5

CONFIDENTIAL ATTORNEYS EYES ONLY     GOOG-HIGH TECH-00625147.005

2425.6

CONFIDENTIAL ATTORNEYS EYES ONLY        GOOG-HIGH TECH-00625147.006



2425.7

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.007

2425.8

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.008



2925.9

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.009

2425.10

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.010



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.011

2425.12

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.012

| CH | CHF | CHF | CHF | CHF | CHF | CA | CAD | CAD | CAD |
|----|-----|-----|-----|-----|-----|----|-----|-----|-----|
| SWITZERLAND | | | | | | CANADA | | | |



CONFIDENTIAL ATTORNEYS EYES ONLY

2425.14

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.014



2425.15

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.015

2425.16

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.016



CONFIDENTIAL ATTORNEYS EYES ONLY

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.018

| BR | BRL | BRL | BRL | BRL | BRL | MX | MXN | MXN | MXN |
|---|---|---|---|---|---|---|---|---|---|
| BRAZIL | | | | | | MEXICO | | | |



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.019

2425.20

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.020



| MXN | MXN | AU | EUR | EUR | EUR | EUR | EUR | DK | DKK |
|-----|-----|----|-----|-----|-----|-----|-----|----|-----|
| | | AUSTRIA | | | | | | DENMARK | |

2425.4

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00625147.023

2425.24

CONFIDENTIAL ATTORNEYS EYES ONLY        GOOG-HIGH TECH-00625147.024



2425.25

CONFIDENTIAL ATTORNEYS EYES ONLY        GOOG-HIGH TECH-00625147.025

2425.26

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.026

N

| NOK | NOK | PL | PLN | PLN | PLN | PLN | PLN | RU | RUB |
|---|---|---|---|---|---|---|---|---|---|
| | | POLAND | | | | | | RUSSIA | |



2425.27

2425.28

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.028**



2425.25

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.029

2425.30

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.030**



| TR | TRL | TRL | TRL | TRL | TRL | CN | CNY | CNY | CNY |
|---|---|---|---|---|---|---|---|---|---|
| TURKEY | | | | | | CHINA | | | |

2425.31

2425.32

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.032**



2425.33

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00625147.033

_____
_____

2425.34

**CONFIDENTIAL ATTORNEYS EYES ONLY**          **GOOG-HIGH TECH-00625147.034**