# EXHIBIT 2426 TO CISNEROS DECLARATION

# REDACTED VERSION




Google Workforce: Employees



Q3 - Performance Rating Distribution and Descriptive Statistics
(Effective Oct.24.2008 - 5:00 PM PDT)





2426.1

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00281629

Q3 - Performance Rating Distribution and Descriptive Statistics
(Effective Oct-24-2005 - 5:00 PM PDT)

| EMG Breakdown | N-count Submitted | Total n eligible for rating | % Complete | Average | Median | Mode | Std. Dev | Does not meet expectations 1.0 - 2.9 | Meets expectations 3.0 - 3.4 | Exceeds expectations 3.5 - 3.9 | Wow! 4.0 - 5.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

2426.2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00281630

## Merit and promotional increases for Directors and others

OC folks,



Thanks,
Laszlo

24 26.3

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00281631

**DATA**

[redacted]

The next tables show weighted average market reference points, current weighted average Googler salaries, and the % before and after the next increase:

[redacted]

2426.4

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00281632