# EXHIBIT X TO
# CISNEROS DECLARATION
# REDACTED VERSION

1          UNITED STATES DISTRICT COURT

2          NORTHERN DISTRICT OF CALIFORNIA

3               SAN JOSE DIVISION

4

5  IN RE:  HIGH-TECH EMPLOYEE  )

6  ANTITRUST LITIGATION           )

7                               )  No. 11-CV-2509-LHK

8  THIS DOCUMENT RELATES TO:   )

9  ALL ACTIONS.                   )

10  _____)

11

12     HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

13

14          VIDEO DEPOSITION OF ALAN EUSTACE

15

16               FEBRUARY 27, 2013

17

18     Reported by:  Mary Ann Scanlan-Stone, CSR No. 8875,

19                RPR, CCRR, CLR

20

21

22

23

24

25

10:28:48  1    so...

10:28:49  2          Q.  Right.

10:28:49  3              Now, when you became a senior VP of

10:28:52  4    engineering, how did your duties change?

10:28:55  5          A.  Not at all.  That was a straight title change.

10:29:02  6          Q.  Once you were senior VP, all of the VPs

10:29:05  7    reported in to you?

10:29:06  8          A.  No, no.  Even when I was a VP, the VPs

10:29:10  9    reported in to me.

10:29:11  10             Actually mostly I -- when I first -- I was the

10:29:13  11   first -- besides Wayne Rosing, I was the first VP of

10:29:16  12   engineering at Google.

10:29:17  13             So after that, after he left, I was still a VP

10:29:21  14   of engineering.  At that point, I had mostly directors

10:29:24  15   of engineering reporting in to me but later on, I had

10:29:27  16   VPs of engineering reporting in to me even though I was

10:29:30  17   still a VP of engineering.  We weren't hung up on, you

10:29:33  18   know, the VPs can't report in to other VPs.

10:29:36  19         Q.  Did the headcount change by the time you were

10:29:38  20   a senior VP of engineering?

10:29:40  21         A.  The headcount went up.  Every year, headcount,

10:29:44  22   you know, went up dramatically.  Essentially for many

10:29:48  23   years, it doubled every year.

10:29:50  24         Q.  So if you could ballpark what your groups

10:29:55  25   looked like by the time you were senior VP?

| | | |
|---|---|---|
| 10:29:59 | 1 | A.  I think the peak reporting that I ever had was |
| 10:30:02 | 2 | about 16,000 people. |
| 10:30:03 | 3 | Q.  That is a lot. |
| 10:30:06 | 4 | A.  That is a lot. |
| 10:30:08 | 5 | Q.  Is that when you were senior VP of |
| 10:30:09 | 6 | engineering? |
| 10:30:10 | 7 | A.  Yes.  That wasn't at the beginning when I was |
| 10:30:11 | 8 | a senior VP but right before the reorganization, I think |
| 10:30:15 | 9 | it was probably about 16,000, roughly half the company. |
| 10:30:21 | 10 | Q.  So that was in the 2008 era? |
| 10:30:24 | 11 | A.  Yeah -- well, no.  That was right before the |
| 10:30:26 | 12 | reorganization, which happened in 2011 so... |
| 10:30:29 | 13 | Q.  Okay. |
| 10:30:29 | 14 | A.  Yeah. |
| 10:30:29 | 15 | Q.  And that was when you were changed to senior |
| 10:30:32 | 16 | VP of knowledge? |
| 10:30:33 | 17 | A.  Yes. |
| 10:30:34 | 18 | Q.  Right before that? |
| 10:30:35 | 19 | A.  Right before that. |
| 10:30:36 | 20 | Q.  Okay, got it. |
| 10:30:37 | 21 | A.  It is a complicated picture. |
| 10:30:39 | 22 | Q.  In the -- if you can think back to the 2009 |
| 10:30:45 | 23 | era, what was your headcount then? |
| 10:30:51 | 24 | A.  Essentially we doubled almost every year, so I |
| 10:30:53 | 25 | would say if you had looked at the headcount, it was |

| | | |
|---|---|---|
| 10:30:58 | 1 | probably somewhere in the range of 5,000 at that point. |
| 10:31:09 | 2 | Q.  When you were senior VP of engineering, did |
| 10:31:10 | 3 | you have -- |
| 10:31:11 | 4 | A.  Actually, let me change that.  The headcount |
| 10:31:13 | 5 | was doubling, then it slowed down over the last, you |
| 10:31:16 | 6 | know, few years.  You can't double every year at very |
| 10:31:20 | 7 | large numbers. |
| 10:31:20 | 8 | So, you know, I think it might have been lower |
| 10:31:23 | 9 | than that then.  It might have been -- or it might have |
| 10:31:29 | 10 | been slightly higher than that.  It might have been |
| 10:31:32 | 11 | 10,000 rather than 5,000. |
| 10:31:34 | 12 | Q.  Okay, thank you. |
| 10:31:36 | 13 | When you were senior VP of engineering, did |
| 10:31:39 | 14 | you have a role at that point in policy development |
| 10:31:41 | 15 | around recruiting? |
| 10:31:42 | 16 | A.  No. |
| 10:31:43 | 17 | Q.  How about in terms of policy around |
| 10:31:45 | 18 | compensation? |
| 10:31:48 | 19 | A.  I mean in both these, obviously people |
| 10:31:51 | 20 | solicited my inputs on things like, you know, |
| 10:31:53 | 21 | recruiting, I need more systems people, I need -- |
| 10:31:57 | 22 | obviously I need to go in that. |
| 10:31:59 | 23 | I saw compensation on a daily basis so, you |
| 10:32:02 | 24 | know, every offer -- the way that we make offers at the |
| 10:32:05 | 25 | company, which is different than most companies, is |

Deposition of Alan Eustace                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



```
10:32:10  1
10:32:12  2
10:32:16  3
10:32:21  4
10:32:25  5
10:32:27  6
10:32:29  7
10:32:33  8
10:32:35  9
10:32:39 10
10:32:43 11
10:32:46 12
10:32:47 13
10:32:50 14
10:32:53 15
10:32:56 16
10:32:59 17
10:33:02 18
10:33:05 19
```

10:33:21 20      Q.  And now that you are senior VP of knowledge,

10:33:23 21  have your duties changed yet again?

10:33:27 22      A.  Oh, yeah.  That was a dramatic change.  That

10:33:30 23  was -- before, we were organized functionally where

10:33:32 24  engineering basically was in one large organization and

10:33:36 25  now we're organized by product areas and so each product

10:33:41  1    area has a different leader and has both product and

10:33:46  2    engineering underneath it.

10:33:48  3         It doesn't have horizontal functions like

10:33:52  4    sales and things like that.  It's not like GM style

10:33:55  5    role, but, yes, it changed, it changed dramatically.

10:33:59  6         Most of the company that I used to manage, I

10:34:01  7    no longer manage and Search and what Search is becoming

10:34:05  8    was underneath me.

10:34:06  9         Q.  Okay.

10:34:07  10        A.  I also as an anomaly had responsibility for

10:34:11  11   international offices, although many of the

10:34:15  12   international offices, now the heads reported directly

10:34:18  13   in to product areas, but nominally, I still have

10:34:21  14   responsibility for making sure that the health of our

10:34:23  15   international offices continued.

10:34:28  16        Q.  When you were first hired as VP of

10:34:30  17   engineering, to whom did you report?

10:34:33  18        A.  Wayne Rosing.

10:34:34  19        Q.  And who was Mr. Rosing's supervisor?

10:34:38  20        A.  Excuse me.  When I was hired as director of

10:34:40  21   engineering, is that what you said?

10:34:41  22        Q.  Yes.

10:34:43  23        MR. RUBIN:  I think it is Rosing, R-O-S-I-N-G.

10:34:47  24        MS. DERMODY:  Rosing.  Thank you.

10:34:48  25        MR. RUBIN:  Sure.

| | | |
|---|---|---|
| 10:43:53 | 1 | would be -- you know, we would spend four or five hours |
| 10:43:56 | 2 | together every Monday.  I wasn't going to add another |
| 10:43:59 | 3 | meeting on top of that, but we did regularly talk about |
| 10:44:02 | 4 | topics. |
| 10:44:02 | 5 | If something came up, we would create a |
| 10:44:05 | 6 | meeting for it.  You know, a few of those people, if I |
| 10:44:07 | 7 | look at where most of my emails went back and forth, |
| 10:44:10 | 8 | they were to those people.  So, no, but we did not have |
| 10:44:14 | 9 | a separate meeting. |
| 10:44:15 | 10 | We did have a separate meeting for things like |
| 10:44:18 | 11 | when we would review the packets that we were going to |
| 10:44:21 | 12 | do, that was a separate meeting where we all got |
| 10:44:23 | 13 | together.  We had stacks of packets. |
| 10:44:25 | 14 | We would go through it individually and, you |
| 10:44:27 | 15 | know, talk about particular issues that we would see |
| 10:44:30 | 16 | coming up or particular things we wanted or how to |
| 10:44:32 | 17 | handle this particular case. |
| 10:44:33 | 18 | Or maybe, you know, Urs might have known more |
| 10:44:38 | 19 | about this particular person than I did because he has a |
| 10:44:41 | 20 | compiler background, for instance, so that was the only |
| 10:44:44 | 21 | other time we got together in a meeting was that. |
| 10:44:46 | 22 | Q.  And when you say "packets," just to be clear |
| 10:44:49 | 23 | for the record, you mean offer, letters? |
| 10:44:51 | 24 | A.  Offer -- the entire, what we call an offer |
| 10:44:53 | 25 | packet, which includes here is the resume, here is the |



```
10:44:57  1
10:45:00  2
10:45:04  3
10:45:07  4
10:45:10  5
10:45:13  6
10:45:16  7
10:45:20  8
```

10:45:21  9        Q.  And in that same time period, that is when you

10:45:24 10   were VP or senior VP of engineering, was there a

10:45:28 11   compensation committee of the company?

10:45:32 12              MR. RUBIN:  Of the board you mean?

10:45:33 13              MS. DERMODY:  Of the company.

10:45:35 14              MR. RUBIN:  Oh, the company.

10:45:37 15              THE WITNESS:  There was a compensation

10:45:38 16   committee on the board.  I don't recall a compensation

10:45:41 17   committee other than the board.

10:45:43 18   BY MS. DERMODY:

10:45:43 19        Q.  And was there a group of people at the company

10:45:46 20   level who were dedicated to reviewing compensation

10:45:49 21   issues in an organized way?

10:45:52 22        A.  Yes.  In the HR organization, there was a

10:45:55 23   group in HR, what we call People Ops that was

10:46:00 24   responsible for compensation across the company.

10:46:08 25        Q.  In that same time period when you were VP or

10:46:11  1    senior VP of engineering, who was the leader or leaders

10:46:14  2    of that group?

10:46:18  3        A.   The leader right now is Frank, I don't

10:46:20  4    remember his last name, and there was somebody before

10:46:21  5    that that handled compensation and I'm sorry, I just

10:46:26  6    don't recall the name.

10:46:34  7        Q.   And what was, as far as you know, the role of

10:46:37  8    that group in terms of establishing compensation for the

10:46:39  9    company, if any?

10:46:41 10        A.   They were responsible for making sure that we,

10:46:43 11    you know, have, you know, a total comp across, you know,

10:46:47 12    engineering and product and, you know, sales and

10:46:50 13    marketing and legal.

10:46:51 14             So their responsibility was to take a global

10:46:55 15    look at compensation across the company.

10:46:56 16        Q.   But I think that we've lost a word in your

10:47:00 17    answer.  Let's make sure.

10:47:01 18             You said they were responsible for making sure

10:47:04 19    that we have something in engineering and product.

10:47:08 20        A.   I have no idea what that word might have been.

10:47:10 21    I mean, they were responsible for compensation across

10:47:12 22    the company.

10:47:13 23        Q.   Okay.

10:47:14 24        A.   It included, you know -- if you're not

10:47:19 25    careful, compensation will drift across different

10:47:21 1   companies and you will end up with inequities across the

10:47:25 2   company and, you know, they're responsible for coming up

10:47:28 3   with a compensation plan which is inclusive of all the

10:47:31 4   different groups in the company.

10:47:34 5        Q.  Okay.

10:47:34 6            Was that to make sure that directors in one

10:47:38 7   area of the company weren't being paid vastly different

10:47:41 8   than directors in a different part of the company,

10:47:44 9   people with equivalent talents were paid similarly?

10:47:47 10       A.  No, I wouldn't say that.  You know, we're an

10:47:49 11  engineering company, right, so Larry has always said and

10:47:53 12  Eric has always said that the engineering side of the

10:47:55 13  organization from a compensation point of view and

10:47:57 14  engineering and product actually get treated differently

10:48:01 15  than the rest of the company, and I think that was well

10:48:03 16  known in the company.

10:48:04 17           So, you know, we're building great products.

10:48:07 18  We want to make sure we get the best possible people

10:48:10 19  building those great products and so, you know, maybe

10:48:13 20  it's just my own view but I thought engineering got

10:48:16 21  treated -- engineering and product were treated

10:48:18 22  differently.

10:48:19 23           Actually I know that's true, that compensation

10:48:22 24  systems were set up to compensate engineers and product

10:48:25 25  managers differently than the rest of the company.  A

| | | |
|---|---|---|
| 10:48:28 | 1 | director is not a director, is not -- a director is not |
| 10:48:31 | 2 | a director is not a director across the company. |
| 10:48:34 | 3 | Q.  Okay. |
| 10:48:44 | 4 | In terms of the compensation committee of the |
| 10:48:48 | 5 | board, did you ever participate in those meetings? |
| 10:48:52 | 6 | A.  Not a single time. |
| 10:48:54 | 7 | Q.  Okay. |
| 10:48:54 | 8 | A.  As a matter of fact, I try to avoid board |
| 10:48:57 | 9 | meetings completely.  I was very successful for many |
| 10:49:00 | 10 | years. |
| 10:49:02 | 11 | Q.  Have you ever participated in any board |
| 10:49:05 | 12 | meeting where the issue of recruiting or the issue of |
| 10:49:08 | 13 | compensation was discussed? |
| 10:49:17 | 14 | A.  Any board meeting where -- I don't believe so. |
| 10:49:22 | 15 | Q.  Okay. |
| 10:49:24 | 16 | A.  I mean, we would have a conversation about |
| 10:49:28 | 17 | some area that we were going to get into, say, you know, |
| 10:49:33 | 18 | we really feel like we need more machine learning people |
| 10:49:36 | 19 | or, you know, this particular technology is really, you |
| 10:49:38 | 20 | know, dedicated to that. |
| 10:49:39 | 21 | And so in the course of that, I might say, you |
| 10:49:41 | 22 | know, this is an area that we're going to focus on, this |
| 10:49:44 | 23 | is an area we're going to recruit in but no recruiting |
| 10:49:48 | 24 | strategy, just letting them know areas of the company |
| 10:49:51 | 25 | that I felt we needed to invest in. |

| | | |
|---|---|---|
| 10:55:53 | 1 | You mentioned Intel as one of the companies |
| 10:55:55 | 2 | that you knew there was a cold calling issue with.  What |
| 10:55:59 | 3 | is the -- what is it that you understand affected cold |
| 10:56:04 | 4 | calling with respect to Intel? |
| 10:56:06 | 5 | MR. RUBIN:  Objection.  Misstates the prior |
| 10:56:07 | 6 | testimony. |
| 10:56:12 | 7 | THE WITNESS:  So I phrase it differently. |
| 10:56:14 | 8 | So there are two companies that are really |
| 10:56:15 | 9 | important to us, Apple and Intel.  So the overriding |
| 10:56:23 | 10 | thing is I don't want to upset those CEOs.  It's not |
| 10:56:27 | 11 | about recruiting, about anything, you know. |
| 10:56:29 | 12 | I don't want to upset, you know, Paul |
| 10:56:32 | 13 | Otellini, you know, about, say, some issue that's having |
| 10:56:38 | 14 | to do with, you know, Intel chips, or I don't want to |
| 10:56:41 | 15 | upset him by not sharing information that I thought |
| 10:56:45 | 16 | would be helpful for their company, like a processor |
| 10:56:48 | 17 | change that would be really helpful to us and |
| 10:56:51 | 18 | potentially other companies. |
| 10:56:53 | 19 | Same thing with Apple.  I don't want to upset |
| 10:56:55 | 20 | Steve Jobs.  No one wants to upset Steve Jobs, including |
| 10:56:59 | 21 | people at Apple.  And, you know, so my behaviors across |
| 10:57:01 | 22 | all those things are trying to make sure that I foster a |
| 10:57:03 | 23 | great relationship between those. |
| 10:57:07 | 24 | And policy or no policy, you know, if I try to |
| 10:57:10 | 25 | steal the best person that he has in a particular area, |

| | | |
|---|---|---|
| 10:57:12 | 1 | he'll be upset.  Same thing with Paul Otellini, so I try |
| 10:57:18 | 2 | not to do that. |
| 10:57:19 | 3 | MS. DERMODY:  Okay. |
| 10:57:19 | 4 | Q.  So as you understand it, at some point Google |
| 10:57:21 | 5 | had an agreement that it would not cold call Intel |
| 10:57:24 | 6 | employees; is that correct? |
| 10:57:26 | 7 | MR. RUBIN:  Objection.  Lacks foundation. |
| 10:57:29 | 8 | THE WITNESS:  This -- I don't know anything |
| 10:57:30 | 9 | about any agreement.  I know about a policy associated |
| 10:57:33 | 10 | with cold calling.  And even then, you know, it wasn't a |
| 10:57:37 | 11 | part of my day-to-day life.  I didn't have a set of, you |
| 10:57:40 | 12 | know, policies, you are not allowed to do this, that and |
| 10:57:43 | 13 | the other thing.  I had a general overriding concern |
| 10:57:45 | 14 | that I want to maintain the relationship with these |
| 10:57:48 | 15 | different companies. |
| 10:57:49 | 16 | And, you know, I remember, you know, there was |
| 10:57:53 | 17 | an email where I -- you know in 2008 where I actually |
| 10:57:55 | 18 | asked, what is the policy associated with this because I |
| 10:58:00 | 19 | didn't know. |
| 10:58:01 | 20 | MS. DERMODY:  Right. |
| 10:58:02 | 21 | Q.  Mr. Eustace, what do you understand the policy |
| 10:58:04 | 22 | to have been with Intel and cold calling? |
| 10:58:08 | 23 | A.  My understanding was that the policy was not |
| 10:58:11 | 24 | to cold call, you know, people in those organizations. |
| 10:58:16 | 25 | Q.  And the same is true with Apple; is that |

10:58:19  1    correct?

10:58:19  2        A.  That was my understanding of the policy.

10:58:21  3        Q.  And did you also understand that the -- that

10:58:23  4    Intel was not to call Google employees during that time?

10:58:26  5        A.  No.  I actually don't know anything about

10:58:29  6    repre -- reciprocity?

10:58:34  7        Q.  Reciprocity.

10:58:34  8        A.  Reciprocity.

10:58:35  9            MR. RUBIN:  Reciprocity.

10:58:36 10            THE WITNESS:  Reciprocity.  I do not know

10:58:38 11    anything about that.  I do not know what their

10:58:40 12    instructions to their employees were.

10:58:42 13    BY MS. DERMODY:

10:58:42 14        Q.  And you were not aware that Apple had also

10:58:44 15    entered into agreement not to cold call Google

10:58:47 16    employees?

10:58:48 17            MR. RUBIN:  Objection.  Lacks foundation.

10:58:50 18            THE WITNESS:  I was not aware of that.

10:58:51 19            My goal is not to upset Steve.  You know,

10:58:53 20    that's the goal in that relationship, is to maintain

10:58:55 21    that partnership.

10:58:56 22            Same thing with Paul Otellini.  Him upsetting

10:58:59 23    me is a different problem, which I am also not happy

10:59:02 24    about potentially, but that wasn't my goal in that

10:59:04 25    relationship.

Deposition of Alan Eustace                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:02:33  1        Q.  When did those start getting added?

11:02:35  2        A.  Those were coincident with the iPhone launch.

11:02:40  3        Q.  Roughly what year, do you know?

11:02:41  4        A.  I don't know.

11:02:42  5            What year was iPhone launched?

11:02:45  6            Oh, you can't say?

11:02:48  7            MR. RUBIN:  And we couldn't.

11:02:49  8            THE WITNESS:  Four years ago, five years ago,

11:02:50  9   something like that.

11:02:51 10   BY MS. DERMODY:

11:02:51 11        Q.  Okay.  So 2009, 2008?

11:02:53 12        A.  Maybe even a little bit before that.  Before

11:02:55 13   the launch, we were actually involved in, for instance,

11:02:58 14   Maps and other things, so the partnership was -- went a

11:03:03 15   little bit even before that.

11:03:04 16        Q.  So in terms of your actual commercial

11:03:09 17   relationship, that was around the phone and the phone

11:03:16 18   apps?

11:03:17 19        A.  I think we had a relationship before that.

11:03:18 20   The phone was part of the relationship, obviously, but I

11:03:21 21   think the Search deal predated that.  So on the Safari

11:03:25 22   browser, there was a Google search box there, and I

11:03:29 23   believe that they added that, you know, way prior to the

11:03:31 24   iPhone introduction.

11:03:33 25            So I think that might have been the first case

11:03:35  1   where we had a strong partnership on both sides.  And

11:03:37  2   there was a revenue sharing relationship associated with

11:03:40  3   the search box, so I think that was the first time and I

11:03:43  4   think that predated the iPhone.

11:03:47  5        Q.  So besides the Safari browser and the iPhone,

11:03:50  6   were there any other commercial relationships between

11:03:54  7   the two companies that you are aware of?

11:03:56  8        A.  I can't recall any.  Doesn't mean they're not

11:04:00  9   there but I just don't remember all the relationships.

11:04:02 10   Other people at Google would be much better to tell what

11:04:05 11   the exact relationships were.

11:04:09 12        Q.  As a senior VP of engineering, would you have

11:04:11 13   been aware at the time of those relationships, even if

11:04:14 14   you can't remember them now?

11:04:19 15        A.  So my relationship with Apple came when the

11:04:26 16   relationship was falling apart, so there was a -- there

11:04:35 17   was a set of relationship managers over time and/or, you

11:04:39 18   know, diffused responsibility for relationships.

11:04:42 19             And before me was Vic Gundotra talking about

11:04:48 20   the mobile relationship and I think he might have been

11:04:50 21   responsible for the Safari deal.  But when I took over,

11:04:54 22   the relationship between Steve and Phil Schiller and Vic

11:04:58 23   was not very strong at that point and Larry asked me to

11:05:03 24   step in in terms of a relationship and try to work on

11:05:06 25   that.

| | | |
|---|---|---|
| 11:05:06 | 1 | And at the time, you know, there were lots of |
| 11:05:08 | 2 | things that were going wrong in the partnership and my |
| 11:05:11 | 3 | job was to try to save the situation.  So I came in in |
| 11:05:14 | 4 | kind of a desperate time in the period of the |
| 11:05:18 | 5 | partnership. |
| 11:05:18 | 6 | Before that, I had literally no contact with |
| 11:05:21 | 7 | Apple.  I never met Steve, I never exchanged email |
| 11:05:25 | 8 | messages with Steve.  I didn't know him at all or |
| 11:05:27 | 9 | anybody else at Apple. |
| 11:05:28 | 10 | Q.  And what was the time period you came into |
| 11:05:30 | 11 | that relationship, year? |
| 11:05:42 | 12 | A.  Boy, I can't really even guess.  I mean maybe |
| 11:05:44 | 13 | 2007, something like that.  I don't remember the exact |
| 11:05:47 | 14 | timing. |
| 11:05:47 | 15 | Q.  So before the recession? |
| 11:05:51 | 16 | A.  You know, I have no -- I can't really tie it |
| 11:05:53 | 17 | into a particular -- |
| 11:05:54 | 18 | Q.  I think the recession, election, you know, |
| 11:05:56 | 19 | sometimes that helps. |
| 11:05:59 | 20 | MR. RUBIN:  You are using before fall '08 I |
| 11:06:02 | 21 | think Kelly is saying. |
| 11:06:06 | 22 | THE WITNESS:  I don't remember the exact time. |
| 11:06:07 | 23 | I'm sure I could find it. |
| 11:06:12 | 24 | BY MS. DERMODY: |
| 11:06:12 | 25 | Q.  And were you introduced to Steve by someone in |

| | | |
|---|---|---|
| 11:06:14 | 1 | the company? |
| 11:06:15 | 2 | A.  I believe my first interaction with Steve was |
| 11:06:17 | 3 | an email message to him.  We were -- I think we were |
| 11:06:21 | 4 | interacting over a particular hire and so I think I sent |
| 11:06:27 | 5 | him an email, but that was the first time I ever |
| 11:06:30 | 6 | talked -- I ever exchanged email with him. |
| 11:06:33 | 7 | And he had my cell phone number so he could |
| 11:06:36 | 8 | call me after that, but our relationship kind of |
| 11:06:39 | 9 | deepened over time as we worked through a lot of |
| 11:06:42 | 10 | different issues in the relationship. |
| 11:06:46 | 11 | MR. RUBIN:  Kelly, any time convenient for |
| 11:06:48 | 12 | you, it would be good to take a break? |
| 11:06:51 | 13 | MS. DERMODY:  Sure. |
| 11:06:51 | 14 | MR. RUBIN:  Is that okay? |
| 11:06:52 | 15 | THE WITNESS:  Any time you want. |
| 11:06:54 | 16 | MS. DERMODY:  Fine. |
| 11:06:55 | 17 | MR. RUBIN:  Why don't we take a short one? |
| 11:06:57 | 18 | THE WITNESS:  Okay. |
| 11:06:58 | 19 | THE VIDEOGRAPHER:  We're off the record, the |
| 11:06:59 | 20 | time is 11:06 a.m. |
| 11:07:02 | 21 | (Recess taken.) |
| 11:21:08 | 22 | THE VIDEOGRAPHER:  We're back on the record, |
| 11:21:09 | 23 | the time is 11:21 a.m. |
| 11:21:11 | 24 | BY MS. DERMODY: |
| 11:21:14 | 25 | Q.  Mr. Eustace, before we broke you had mentioned |

| | | |
|---|---|---|
| 11:21:17 | 1 | a couple of names.  I want to make sure I understood who |
| 11:21:21 | 2 | they were.  Vic Gundotra? |
| 11:21:25 | 3 | A.  Gundotra. |
| 11:21:26 | 4 | Q.  How do you spell that? |
| 11:21:28 | 5 | A.  G-U-N-D-O-T-R-A, I believe. |
| 11:21:37 | 6 | THE REPORTER:  D-U-N or G-U-N? |
| 11:21:40 | 7 | THE WITNESS:  G.  Gundotra. |
| 11:21:42 | 8 | BY MS. DERMODY: |
| 11:21:42 | 9 | Q.  And was he at Google or was he at Apple? |
| 11:21:45 | 10 | A.  He was at Google. |
| 11:21:46 | 11 | Q.  Google, okay. |
| 11:21:48 | 12 | And Phil Schiller? |
| 11:21:49 | 13 | A.  Apple. |
| 11:21:50 | 14 | Q.  At Apple, okay. |
| 11:21:59 | 15 | In 2007, I think you said you took over from |
| 11:22:02 | 16 | Mr. Gundotra the primary relationship with Mr. Jobs; is |
| 11:22:05 | 17 | that correct? |
| 11:22:06 | 18 | A.  With Apple, not Jobs. |
| 11:22:07 | 19 | Q.  With Apple.  Excuse me, with Apple. |
| 11:22:09 | 20 | How frequently would you say you communicated |
| 11:22:11 | 21 | with Mr. Jobs from that point forward? |
| 11:22:13 | 22 | A.  It was very rare.  Mostly I communicated with |
| 11:22:16 | 23 | people on his team, Phil, Scott Forstall. |
| 11:22:22 | 24 | THE REPORTER:  Who? |
| 11:22:23 | 25 | THE WITNESS:  Scott Forstall, |

| | | |
|---|---|---|
| 11:22:23 | 1 | F-O-R-E-S-T-A-L-L [sic]. |
| 11:22:27 | 2 | THE REPORTER:  Thank you. |
| 11:22:32 | 3 | BY MS. DERMODY: |
| 11:22:33 | 4 | Q.  And did you speak with people on Mr. Jobs' |
| 11:22:34 | 5 | team at Apple about recruiting issues? |
| 11:22:37 | 6 | A.  No. |
| 11:22:38 | 7 | Q.  Only Mr. Jobs? |
| 11:22:42 | 8 | A.  I only recall one conversation with Steve on |
| 11:22:44 | 9 | recruiting.  It wasn't even a conversation actually.  I |
| 11:22:46 | 10 | recall an email exchange on recruiting. |
| 11:22:49 | 11 | Q.  Okay. |
| 11:22:49 | 12 | A.  But he and I never talked about recruiting. |
| 11:22:51 | 13 | Q.  And was this about a Paris employee? |
| 11:22:53 | 14 | A.  Yes, it was. |
| 11:23:24 | 15 | Q.  What do you recall about the situation with |
| 11:23:26 | 16 | the Paris employee? |
| 11:23:28 | 17 | A.  We were starting an engineering office in |
| 11:23:32 | 18 | Paris and we were looking for a leader for the |
| 11:23:35 | 19 | engineering office in Paris.  One of the applicants was |
| 11:23:42 | 20 | ████, I can't remember his last name, and he had |
| 11:23:45 | 21 | applied, we interviewed, we liked him. |
| 11:23:50 | 22 | He had told me he was a personal friend of |
| 11:23:53 | 23 | Steve Jobs, that his -- his project was getting moved |
| 11:24:01 | 24 | out of Paris to Cupertino and that he was, you know, |
| 11:24:06 | 25 | then potentially freed up and would consider a job with |

13:36:09   1   relationship with Intel since 2005?

13:36:12   2         A.  Absolutely.

13:36:13   3         Q.  Okay.

13:36:16   4             Describe for me in the 2005 era what shared

13:36:19   5   business relationship you had?

13:36:21   6         A.  They were our largest supplier.  We had -- we

13:36:29   7   obviously bought an incredible amount of their products.

13:36:32   8   We used it for lots of our systems, along with AMD as

13:36:37   9   well.  Every system, every chip that they built, we

13:36:40  10   tested.  We have a strong partnership in testing with

13:36:43  11   them.

13:36:43  12             We would get parts before everybody else did.

13:36:48  13   We would -- we interacted very carefully with their

13:36:52  14   architects, some of which came from Digital, so we had a

13:36:56  15   strong, long-lasting relationship with their

13:36:58  16   architectural organization.

13:37:00  17             And so our senior people would go to Intel and

13:37:04  18   actually tell them the kinds of things that we expected

13:37:07  19   out of our chips, what are the issues with performance.

13:37:10  20             We shared performance benchmarks between the

13:37:13  21   companies and what kinds of things that we needed them

13:37:15  22   to run fast on and why.  We looked at future

13:37:20  23   architectures.  I mean, we had a very long relationship

13:37:24  24   with them.

13:37:25  25         Q.  Do you know if these, we will call them

| | | |
|---|---|---|
| 13:37:27 | 1 | collaborations, were documented in some way? |
| 13:37:30 | 2 | MR. RUBIN:  Objection.  Vague. |
| 13:37:31 | 3 | THE WITNESS:  I don't know. |
| 13:37:32 | 4 | BY MS. DERMODY: |
| 13:37:32 | 5 | Q.  You don't know? |
| 13:37:34 | 6 | A.  No. |
| 13:37:35 | 7 | Q.  Okay.  Let me ask about Apple. |
| 13:37:46 | 8 | You testified earlier today about some shared |
| 13:37:49 | 9 | business initiatives with Apple.  Do you recall that? |
| 13:37:52 | 10 | A.  Yes, I do. |
| 13:37:53 | 11 | Q.  Do you know if any of those collaborations |
| 13:37:55 | 12 | were documented? |
| 13:38:01 | 13 | A.  We're not a documentation rich company as you |
| 13:38:04 | 14 | probably know.  I do not know if there was specific |
| 13:38:08 | 15 | documentation on specific relationships with Apple. |
| 13:38:15 | 16 | Q.  And at the time you, I will say, took over the |
| 13:38:19 | 17 | Apple relationship for Google -- |
| 13:38:20 | 18 | A.  Yeah. |
| 13:38:20 | 19 | Q.  -- were there contracts that were being |
| 13:38:23 | 20 | negotiated with Apple on any topic? |
| 13:38:25 | 21 | A.  Yes. |
| 13:38:25 | 22 | Q.  And what were the topics? |
| 13:38:29 | 23 | A.  I think the first one I was involved in was a |
| 13:38:32 | 24 | Maps contract. |
| 13:38:33 | 25 | Q.  Okay.  What else? |

13:38:37  1        A.  After Maps, it became Search.  Eventually, I

13:38:39  2  was involved in some of the YouTube discussions.

13:38:44  3        Q.  Was YouTube documented?

13:38:46  4        MR. RUBIN:  Objection -- withdraw that.

13:38:49  5  BY MS. DERMODY:

13:38:49  6        Q.  I mean the process.

13:38:50  7        A.  I do not know.

13:38:52  8        Q.  Don't know, okay.

13:38:53  9        A.  I did not negotiate that one.

13:38:55 10        Q.  Okay.

13:38:56 11        So other than Maps and Search, were there any

13:38:58 12  others that you were aware of being put down to a

13:39:01 13  writing?

13:39:05 14        A.  Those are the two contracts that I read

13:39:06 15  myself.

13:39:12 16        Q.  In the Maps contract, was that something that

13:39:14 17  was in the 2007 era?

13:39:20 18        A.  I believe the relationship dated back to 2007,

13:39:23 19  maybe even 2006.  I think I became involved in maybe

13:39:27 20  2008 or something like that.

13:39:29 21        Q.  Do you know when the first contract was

13:39:31 22  entered into involving Maps?

13:39:33 23        A.  No.  This is way before my time.

13:39:37 24        Q.  So you don't know the date?

13:39:38 25        A.  No, I don't.

13:39:42  1        Q.  The Map --

13:39:43  2        A.  These contracts had lots of amendments over

13:39:45  3   time.  We redid a lot of these contracts, so you need to

13:39:48  4   go back into the contract record to find the first one.

13:39:51  5        Q.  Okay.

13:39:52  6             In the Maps contracts that you reviewed, was

13:39:55  7   there a time period duration to the contract?

13:39:59  8        A.  Yes, there was.

13:40:01  9        Q.  What was the duration?

13:40:17 10        A.  It varied from contract to contract and

13:40:19 11   provision to provision.  I don't remember -- I remember

13:40:21 12   the last version that we did and when that expired but I

13:40:24 13   don't remember what the expiration terms are on the

13:40:27 14   other contracts.  Generally, it was a couple of years.

13:40:29 15        Q.  Okay.

13:40:30 16        A.  Maybe four years.

13:40:36 17        Q.  And within these contracts was -- were there

13:40:42 18   terms involving no solicitation of employees?

13:40:45 19        A.  No.

13:40:54 20        Q.  Was that part of the discussion during the

13:40:55 21   negotiations for those contracts?

13:40:57 22        A.  No.

13:40:58 23             MR. RUBIN:  Objection.  Lacks foundation.

13:41:02 24   BY MS. DERMODY:

13:41:11 25        Q.  Let me ask the same question for Search.

13:41:13  1          You had a contract that you said that you

13:41:14  2   reviewed the Search collaboration with Apple; is that

13:41:17  3   correct?

13:41:17  4          A.  Uh-huh, that's correct.

13:41:20  5          Q.  Do you recall the time period that those

13:41:23  6   contracts came into existence?

13:41:25  7          A.  The contracts predated me.  We were

13:41:27  8   renegotiating a Search contract, so probably in the

13:41:32  9   2009, 2010 time frame.

13:41:35 10          Q.  When you were renegotiating?

13:41:37 11          A.  Yes.  The contracts went back before that.

13:41:40 12          Q.  Do you recall if the Search contract had a

13:41:43 13   term, a duration or end period in it?

13:41:46 14          A.  Yes, it did.

13:41:47 15          Q.  And do you know what the terms were?  Was it

13:41:51 16   similar to Maps?

13:41:56 17          A.  It was similar to Maps.  I don't remember.  I

13:41:58 18   don't recall the specific durations.

13:42:01 19          Q.  Do you recall if there was a no cold calling

13:42:04 20   provision or no solicitation provision contained within

13:42:08 21   the Search contract?

13:42:10 22          A.  No.

13:42:10 23          Q.  There wasn't?

13:42:11 24          A.  No.

13:42:12 25          Q.  Was there ever a no cold calling, no

13:42:16  1    solicitation provision in the prior iterations of the

13:42:19  2    Search contract that were negotiated by someone else

13:42:22  3    that you were amending?

13:42:23  4         A.  I did not see one.

13:42:36  5         Q.  And I apologize if I didn't get my notes down

13:42:39  6    right here.  For YouTube, was that a contract that you

13:42:43  7    were not part of, you didn't review?

13:42:46  8         A.  That contract predated me.  I did have

13:42:52  9    discussions with Apple about that contract but not

13:42:54 10    during the period of this lawsuit.

13:42:56 11         Q.  Do you recall if in negotiating the Search

13:43:01 12    contract, there was a discussion of no cold calling or

13:43:03 13    no solicitation of employees?

13:43:06 14              MR. RUBIN:  Search or YouTube?

13:43:08 15              MS. DERMODY:  Search.

13:43:09 16              THE WITNESS:  I do not recall any provision

13:43:11 17    that had anything to do with cold calling in that

13:43:13 18    agreement.

13:43:13 19    BY MS. DERMODY:

13:43:14 20         Q.  I'm just talking about the discussion during

13:43:15 21    negotiations.

13:43:17 22         A.  It was not a part of those discussions.

13:43:22 23         Q.  And same for YouTube.

13:43:23 24              Do you recall in talking to Apple about the

13:43:25 25    YouTube collaboration if no cold calling of employees or

13:43:29  1    no solicitation of employees was ever a part of that

13:43:31  2    discussion?

13:43:32  3        A.  I never saw that agreement and the discussions

13:43:33  4    that I had about that contract came after the terms of

13:43:37  5    the lawsuit.  They were probably in 2011.

13:43:40  6        Q.  Okay.

13:43:41  7        A.  And I never saw that contract.

13:43:50  8        Q.  Who were the people that were involved in

13:43:52  9    the --

13:43:52 10        A.  Let me amend that.  I believe it was in 2012

13:43:55 11    that I had the conversation with Apple about YouTube.

13:43:57 12        Q.  Okay, fair enough.

13:44:02 13            Who was involved on Google's behalf in

13:44:05 14    negotiating collaborations with Apple?

13:44:12 15        A.  I would say the primary person was Joan

13:44:14 16    Braddi.

13:44:15 17        Q.  Can you spell the last name?

13:44:16 18        A.  B-R-A-D-D-I.

13:44:21 19        Q.  Braddi?

13:44:22 20        A.  Braddi.

13:44:23 21        Q.  Excuse me.  Thanks.

13:44:24 22            And how about on the Apple side, do you know?

13:44:29 23        A.  Generally, it's Phil Schiller.

13:44:37 24        Q.  And was Ms. -- is it Ms.?

13:44:40 25        A.  Yes.

| | | |
|---|---|---|
| 13:57:22 | 1 | do not call Intel.  It was part of my practice, not |
| 13:57:25 | 2 | because of something that the company had told me or |
| 13:57:28 | 3 | that Eric had told me but that the company didn't have |
| 13:57:32 | 4 | the right expertise. |
| 13:57:37 | 5 | They were building chips and we were building |
| 13:57:40 | 6 | systems and those two expertise actually have very |
| 13:57:43 | 7 | little intersection.  So this is kind of meaningless to |
| 13:57:46 | 8 | me from an engineering point of view. |
| 13:57:48 | 9 | I would never have asked about what the policy |
| 13:57:51 | 10 | is toward Intel because I would not have actively, you |
| 13:57:55 | 11 | know, tried to recruit executives from Intel. |
| 13:57:59 | 12 | MS. DERMODY:  Okay. |
| 13:58:00 | 13 | Q.  And in looking at this document, where there |
| 13:58:03 | 14 | is a reference to Google's commitment to terminate a |
| 13:58:10 | 15 | recruiter that calls into Intel, does that refresh your |
| 13:58:13 | 16 | recollection about any conversations you might have had |
| 13:58:15 | 17 | about the commitment that Google had to not let that |
| 13:58:19 | 18 | happen? |
| 13:58:20 | 19 | MR. RUBIN:  Objection.  Lacks foundation. |
| 13:58:23 | 20 | THE WITNESS:  I never knew about this policy. |
| 13:59:31 | 21 | BY MS. DERMODY: |
| 13:59:32 | 22 | Q.  Do you know if Google's commitment not to cold |
| 13:59:37 | 23 | call other companies was shared with the companies that |
| 13:59:42 | 24 | were the subject of that decision? |
| 13:59:45 | 25 | MR. RUBIN:  Objection.  Lacks foundation. |

13:59:49  1            THE WITNESS:  I do not know.

13:59:56  2            MS. DERMODY:  Okay.

13:59:56  3        Q.  Do you know if Google's board of directors was

13:59:58  4    ever advised that Google had made a decision not to cold

14:00:02  5    call the employees of certain companies?

14:00:11  6        A.  I do not know.

14:00:23  7        Q.  Do you have an awareness of how compensation

14:00:25  8    was set at Google in the time period where you were a VP

14:00:30  9    and a senior VP in the company?

14:00:33 10            MR. RUBIN:  Objection.  Vague.

14:00:36 11            THE WITNESS:  I have -- you know, as the VP of

14:00:39 12    engineering, I know broadly how we -- how compensation

14:00:45 13    was set but I don't know the details.

14:00:47 14            MS. DERMODY:  Okay.

14:00:48 15        Q.  Let's start with engineering.  How was it set

14:00:51 16    there?

14:00:51 17        A.  Compensation group would do surveys across the

14:00:57 18    board of what other companies are paying particular

14:00:59 19    people.  They would set up bands of people in each of

14:01:03 20    these different areas.  They would carefully try to make

14:01:07 21    sure that the job descriptions were, you know,

14:01:10 22    comparable because levels and things varied between

14:01:14 23    companies.

14:01:15 24            They would try to make sure that they were

14:01:18 25    matching against comparable companies because many times

| | | |
|---|---|---|
| 14:01:21 | 1 | the job descriptions are very different. ████ |
| 14:01:25 | 2 | ████████████████████████████████ |
| 14:01:28 | 3 | ████████████████████████████████ |
| 14:01:31 | 4 | ███████████████████████████ |
| 14:01:34 | 5 | ██████████████████████████████ |
| 14:01:36 | 6 | ████████████████████████████████ |
| 14:01:40 | 7 | ████████████████████████ |
| 14:01:42 | 8 | █████████ |
| 14:01:44 | 9 | █████████████████████ |
| 14:01:48 | 10 | ████████████████████████████████ |
| 14:01:52 | 11 | ████████████████████████ And |
| 14:01:56 | 12 | so they would work with that -- with all that set of |
| 14:02:00 | 13 | data. |
| 14:02:01 | 14 | And of course, it would vary by location and |
| 14:02:03 | 15 | geography, country, and so it was a complex matrix to |
| 14:02:09 | 16 | try to figure out what the correct bands would go.  And |
| 14:02:13 | 17 | so I think that's the -- at my level, that's how I |
| 14:02:16 | 18 | looked at how compensation was set. |
| 14:02:22 | 19 | Q.  And in terms of all of that, are we talking |
| 14:02:26 | 20 | about base salary or are you including bonus and equity |
| 14:02:29 | 21 | as well? |
| 14:02:30 | 22 | A.  I believe it's everything. |
| 14:02:31 | 23 | Q.  Okay. |
| 14:02:31 | 24 | And was that true for 2005 and 2006 and '07 |
| 14:02:40 | 25 | and '08 and '09? |

01:37:57  1          If you could please take a moment and examine

01:37:58  2    what's been previously marked as Plaintiffs'

01:38:00  3    Exhibit 176.

01:39:32  4          A.  Okay.

01:39:33  5          Q.  If you could start on the second to last page,

01:39:40  6    which appears to be an email that Danny Shader wrote to

01:39:45  7    Omid Kordestani and Jonathan Rosenberg cc'ing Bill

01:39:53  8    Campbell on November 4th, 2003.

01:39:55  9          Mr. Shader wrote in the second paragraph here,

01:39:58  10   "I'm writing to ask a favor of you.  Google recently

01:40:03  11   recruited one of our key engineers, ███████████, and

01:40:06  12   also targeted another of our folks.  I would appreciate

01:40:08  13   if you could ask your recruiting teams not to target

01:40:11  14   Good employees.  Also, if Good folks contact Google, we

01:40:15  15   would appreciate it if you would not offer jobs to such

01:40:18  16   folks until they first told us they were interviewing,

01:40:20  17   so that we have the opportunity to address whatever

01:40:24  18   concerns they might have."

01:40:29  19          That email was then forwarded to you.  It looks

01:40:35  20   like Jonathan Rosenberg added you to the copy list the

01:40:40  21   next day, correct?

01:40:42  22          A.  It's -- yes, it appears that email is from

01:40:46  23   November 4th, 2003, is then forwarded by Jonathan.  I

01:40:54  24   guess he's responding to Danny Shader and Omid, and then

01:41:01  25   he copies Bill and I, but the original email you were

14:04:58  1          Q.  Fair enough.

14:05:00  2              Let's talk about the meta-conversations.  I

14:05:03  3   think that was your term.

14:05:04  4          A.  Uh-huh.

14:05:05  5          Q.  So in that group, on what interval might you

14:05:10  6   talk about where you wanted your salaries to be at a

14:05:14  7   meta level?  That is, I know you said the example ▮▮▮

14:05:19  8   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ or something.

14:05:22  9              What would be -- would that be an annual

14:05:25 10   discussion or a quarterly discussion?  Did it come up

14:05:27 11   every time that you're recruiting?

14:05:30 12              MR. RUBIN:  Are you asking within EMG?

14:05:32 13              MS. DERMODY:  Yes, EMG.

14:05:33 14              MR. RUBIN:  And time period or --

14:05:35 15              MS. DERMODY:  Unlimited right now, yeah.

14:05:40 16              THE WITNESS:  Those -- generally those

14:05:41 17   discussions were done ▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮

14:05:44 18   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:05:48 19   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:05:51 20   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:05:54 21   ▮▮▮▮▮▮▮▮▮▮▮▮  ▮▮▮▮▮▮▮▮▮▮

14:05:57 22   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:06:03 23   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:06:06 24   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:06:10 25   ▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

14:06:12   1   ██████

14:06:12   2        But, you know, my goal and pretty much

14:06:16   3   everybody's goal was to deliver product and to hire the

14:06:19   4   best people we could to basically deliver things, and so

14:06:24   5   there wasn't an active, you know, set of conversations

14:06:27   6   on what the price points are.

14:06:28   7        We all had flexibility to change stuff, you

14:06:30   8   know, offers if we needed to, so these were guidelines.

14:06:37   9   BY MS. DERMODY:

14:06:37   10       Q.  And did you come up with guidelines on an

14:06:39   11  annual basis for what the salaries would be for

14:06:42   12  positions?

14:06:42   13       A.  I didn't.  The People Ops organization had

14:06:45   14  some guidelines on this person at this level is probably

14:06:51   15  going to be in this band.

14:06:53   16       Q.  And for bonuses, did the executive management

14:06:59   17  group discuss what the bonus pool might be or how

14:07:02   18  bonuses would be distributed across the company on an

14:07:05   19  annual basis?

14:07:11   20       A.  ████████████████████████████████████

14:07:13   21  ████████████████████████████████      ████████

14:07:22   22  ████████████████████████████████████

14:07:25   23  ████████████████████████████████████

14:07:28   24  ██████████████████████████████████████

14:07:31   25  ████████████████████████████

14:07:33 1      Q.  Okay.

14:07:50 2          You said that Google has participated in

14:07:52 3   salary surveys, correct?

14:07:54 4      A.  I assume.  I don't know whether we just found

14:07:57 5   out information from other companies and didn't

14:07:59 6   participate ourselves or whether they participated.

14:08:03 7      Q.  Okay.  So you are not sure?

14:08:04 8      A.  No, I do not know.

14:08:06 9      Q.  Okay.

14:08:11 10     A.  I've had discussions about which companies are

14:08:13 11  in the salary survey and whether they're reflective of

14:08:16 12  the engineers that we have so I know there are some

14:08:19 13  surveys, but I didn't -- I have never seen a survey.

14:08:24 14     Q.  And I think you mentioned that Google makes

14:08:27 15  some attempt to ascertain salary structures or salary

14:08:31 16  levels at other competitors; is that right?

14:08:35 17          MR. RUBIN:  Objection.  Mischaracterizes prior

14:08:36 18  testimony.

14:08:38 19          THE WITNESS:  For you to do a salary

14:08:40 20  comparison, you have to match up titles, like a staff

14:08:43 21  engineer at Google is equivalent to what title at, I

14:08:48 22  don't know, Intel.

14:08:49 23          So for you to do that, you have to do that

14:08:53 24  matching, so they were involved in trying to understand

14:08:55 25  what the matching is.

15:20:55  1   more than somebody who is the lowest person at the next

15:20:57  2   level.

15:20:58  3            Maybe they got promoted -- maybe they were

15:21:00  4   hired into that level but never really performed at it

15:21:03  5   and therefore there can be varying versions in bands,

15:21:07  6   and bands are made wide enough to support inversions for

15:21:11  7   that reason.

15:21:11  8   BY  MS. DERMODY:

15:21:11  9       Q.  And the question is if you're a manager who

15:21:14 10   wants to pay outside the band, is there a process to

15:21:16 11   have that decision approved?

15:21:21 12       A.  Yes.  Those things are flagged as outside the

15:21:25 13   norm and then the manager -- you know, that would be in

15:21:27 14   red so when the salary review happens, a manager will be

15:21:31 15   able to see it.

15:21:33 16            Also, the People Ops representative will flag

15:21:35 17   those and probably talk to the managers -- manager to

15:21:38 18   ask, do you think that's appropriate or not?  And there

15:21:42 19   will usually be an explanation on why.

15:21:45 20       Q.  And in your area of responsibility, are you

15:21:48 21   the person who individually reviews those exceptions or

15:21:52 22   do you do that in conjunction with People Ops?

15:21:54 23       A.  ███████████████████████████████   ███████

15:21:57 24   ███████████████████████████████████████████

15:22:01 25   ███████████████████████████████████████████

15:22:04  1  ████████████████████████████████

15:22:06  2  ████████████████████████

15:22:10  3  ██████████████████████████████

15:22:15  4  ███████████████████████████████

15:22:18  5  █████████████████████████████

15:22:20  6  ████████████████████████

15:22:23  7      Q.  Okay.

15:22:23  8          And is it your understanding that those salary

15:22:26  9  bands for positions are reviewed on some interval to

15:22:30 10  determine whether they should be increased or are

15:22:33 11  appropriate for that skill level?

15:22:37 12      A.  The People Ops organization sets those bands.

15:22:40 13      Q.  And is that on an annual basis, do you know,

15:22:42 14  or is that --

15:22:43 15      A.  I have no idea.

15:22:44 16      Q.  Okay.

15:22:50 17          In your experience, has Google periodically

15:22:54 18  considered increasing compensation company-wide?

15:22:57 19      A.  Yes.

15:22:57 20      Q.  And under what circumstances?

15:23:05 21      A.  There was a program called Big Bang.  I'm sure

15:23:10 22  you know that there was an attempt for us to not

15:23:12 23  increase compensation but to move compensation around,

15:23:16 24  to change the mix of compensation to make us more

15:23:22 25  attractive versus potentially other companies with

15:23:25  1    different mixes.

15:23:28  2         Q.  Have there been other occasions?

15:23:33  3         A.  ███████████████████████████████

15:23:36  4    ████████████████████████████████████

15:23:38  5    ████████████████████████████████████

15:23:42  6    ██████████████████████████████████

15:23:45  7    ████████████████████████████████████

15:23:49  8         I mean it's kind of hard to say what the

15:23:54  9    question is.  █████████████████████████████

15:23:57 10    ████████████████████████████████████████

15:24:00 11    ████, do you consider that a company-wide change?

15:24:02 12         Q.  Sure, yes.

15:24:03 13         A.  So, yes.

15:24:04 14         MR. RUBIN:  So in that definition.

15:24:05 15         MS. DERMODY:  Yes.

15:24:06 16         THE WITNESS:  ████████████████████████

15:24:07 17         MS. DERMODY:  Okay.

15:24:07 18         Q.  And can you describe the occasions that's

15:24:09 19    happened to your knowledge?

15:24:11 20         A.  I don't know.  ██████████████████████

15:24:12 21    ████████████████████████████████████

15:24:19 22    ██████████████████████    ████████████████████

15:24:22 23    ████████████████████████████████████

15:24:27 24    ████████████████████████████████████

15:24:29 25    ██████████████████████

15:24:31  1          The argument was that we really are trying to

15:24:33  2   hire the best people and we should be prepared to

15:24:35  3   compensate them more.

15:24:37  4          Q.  And can you recall the specific times or the

15:24:42  5   specific decisions to increase based on a, you know,

15:24:46  6   percentage of where you were in the market?  You said

15:24:51  7   ███  percentile but --

15:24:52  8          A.  I don't remember the exact times.

15:24:53  9          Q.  Do you remember the decisions that were made?

15:24:58 10          A.  I'm not sure what you mean, "the decisions

15:25:00 11   that were made."

15:25:01 12          Q.  ████████████████████████████

15:25:03 13          A.  I have no idea.  I know they increased.  I

15:25:05 14   know they increased over time.  I don't know what the

15:25:08 15   specific increments were.

15:25:11 16          Q.  Do you know roughly how many times, let's say

15:25:13 17   between 2005, 2009?

15:25:15 18          A.  No.

15:25:16 19          Q.  Do you recall if cost of living adjustments

15:25:19 20   were part of the mix in terms of determining every --

15:25:24 21   all employees' compensation annually?

15:25:28 22          MR. RUBIN:  Objection.  Foundation.

15:25:30 23          THE WITNESS:  Every location basically did

15:25:32 24   a -- did -- every location in which we operated

15:25:39 25   determined the -- the compensation determined a

15:45:35  1            THE WITNESS:  Yes.

15:45:36  2   BY  MS. DERMODY:

15:45:37  3        Q.  And what was the gist of that conversation or

15:45:41  4   those conversations in this time period?

15:45:47  5        A.  I don't know about this time period but the

15:45:49  6   philosophy I think that I remember is we're not going to

15:45:54  7   let individual people get picked off by Facebook and

15:45:58  8   that ███████████████████████████████████████

15:46:02  9        Q.  And do you recall there being some -- let me

15:46:09 10   ask you this.  Who is ████████?

15:46:12 11        A.  I don't know.  He's just an engineer.

15:46:16 12        Q.  Okay.

15:46:17 13        A.  As far as I know.  I don't know him

15:46:18 14   personally.

15:46:18 15        Q.  And do you recall there being some reaction

15:46:22 16   from at least one person, if not more, that people that

15:46:27 17   were getting counteroffers were being treated

15:46:29 18   differently than the people that weren't making

15:46:31 19   themselves available to Facebook?

15:46:34 20        A.  Yes, there was a reaction.  I mean, I wouldn't

15:46:39 21   say it was widespread but there were individuals that

15:46:46 22   expressed concern about our aggressive counteroffer

15:46:51 23   strategy.

15:46:51 24        Q.  And do you recall what the thrust of the

15:46:58 25   concern was that was being expressed about that?

15:47:03  1        A.   I mean, the concern was that we would -- that

15:47:09  2   by staying at Google and being loyal to Google, that you

15:47:13  3   would be disadvantaged versus people that are actively

15:47:19  4   shopping themselves around and trying to get the best

15:47:22  5   salary and then coming back and asking for Google to

15:47:25  6   match it.

15:47:26  7              And if that strategy plays out poorly, then

15:47:29  8   you would be encouraging somebody to interview in other

15:47:33  9   places in order to increase their compensation.  That

15:47:35 10   was their argument.

15:47:39 11        Q.   Were there any steps that you're aware that

15:47:43 12   Google took to counter that concern or address that

15:47:46 13   concern?

15:47:49 14              MR. RUBIN:  Objection.  Foundation.

15:47:56 15              THE WITNESS:  I mean, I know that, you know,

15:47:58 16   the question was asked for me, I'm sure it was asked to

15:48:01 17   other people to explain why this is.  I feel like we

15:48:06 18   have a responsibility to answer that question.

15:48:09 19   BY  MS. DERMODY:

15:48:09 20        Q.   Do you know if Google or individuals within

15:48:12 21   Google took steps to increase the compensation of

15:48:16 22   coworkers around an employee who received a counteroffer

15:48:20 23   in order to address the concerns that that employee was

15:48:23 24   being treated differently truly because they were

15:48:25 25   disloyal enough to be solicited?



```
15:48:29  1        A.  ████████████████  █████████████████

15:48:31  2   ████████████████████████████████████████████████

15:48:35  3   ████████████████████████████████████████

15:48:38  4   ████████████████████████████████████████████████

15:48:41  5   ██████████████████████████████████████

15:48:47  6   ████████████████

15:48:48  7            ████████████████████████████████████████

15:48:50  8   ██████████████████████████████████

15:48:55  9   ███████████████████████  ████████████████████

15:48:58 10   ████████████████████████████████████████████████

15:49:02 11   ██████████████
```

15:49:15 12             MS. DERMODY:  Can I have 626?

15:49:35 13             MR. HARVEY:  (Complies.)

15:49:35 14   BY  MS. DERMODY:

15:49:36 15        Q.  So I've passed you the document --

15:49:38 16        A.  What perfect timing.

15:49:41 17        Q.  Sometimes you get it right.

15:49:44 18            -- marked as Plaintiff's Exhibit 626

15:49:48 19   previously and this document appears to be an email from

15:49:51 20   you from October 14th, 2010 to Shona Brown.

15:49:57 21             Do you recognize this document?

15:50:00 22        A.  Yes.

15:50:08 23             Can I go ahead and read it?

15:50:10 24        Q.  Sure, yes.

15:51:11 25        A.  (Reviews document.)

| | | |
|---|---|---|
| 15:52:04 | 1 | Okay.  I have completed it.  Thank you. |
| 15:52:08 | 2 | Q.  Sure. |
| 15:52:08 | 3 | This is a series of emails that's discussing |
| 15:52:12 | 4 | the counteroffer issue again; is that correct? |
| 15:52:15 | 5 | A.  That is correct. |
| 15:52:16 | 6 | Q.  And once again, there is some feedback from |
| 15:52:19 | 7 | the field of concern that counteroffers end up rewarding |
| 15:52:23 | 8 | the people that are not the loyal employees but who end |
| 15:52:27 | 9 | up getting paid more through the dumb luck of being |
| 15:52:31 | 10 | recruited; is that right? |
| 15:52:34 | 11 | MR. RUBIN:  Objection.  Mischaracterizes this |
| 15:52:35 | 12 | document.  Let it speak for itself, but if you can |
| 15:52:37 | 13 | answer, Alan. |
| 15:52:39 | 14 | THE WITNESS:  I don't think it is a dumb luck |
| 15:52:41 | 15 | situation.  I think as I said in the previous question |
| 15:52:46 | 16 | people that are incredibly loyal and never look outside, |
| 15:52:49 | 17 | you know, potentially have -- are disadvantaged.  That's |
| 15:52:56 | 18 | true across the board with all companies. |
| 15:52:58 | 19 | I mean, the people that are constantly |
| 15:53:01 | 20 | shopping themselves around with other companies, happens |
| 15:53:04 | 21 | to lawyers, happens in every place, there is potentially |
| 15:53:07 | 22 | an advantage to them over the long term of changing from |
| 15:53:11 | 23 | firm to firm and basically picking up the highest title |
| 15:53:14 | 24 | or highest salary. |
| 15:53:15 | 25 | Over the long term, that may or may not be the |

15:39:20  1            I, Mary Ann Scanlan-Stone, Certified Shorthand

15:39:20  2     Reporter licensed in the State of California, License

15:39:20  3     No. 8875, hereby certify that the deponent was by me

15:39:20  4     first duly sworn and the foregoing testimony was

15:39:20  5     reported by me and was thereafter transcribed with

15:39:20  6     computer-aided transcription; that the foregoing is a

15:39:20  7     full, complete, and true record of said proceedings.

15:39:20  8            I further certify that I am not of counsel or

15:39:20  9     attorney for either of any of the parties in the

15:39:20 10     foregoing proceeding and caption named or in any way

15:39:20 11     interested in the outcome of the cause in said caption.

15:39:20 12            The dismantling, unsealing, or unbinding of

15:39:20 13     the original transcript will render the reporter's

15:39:20 14     certificates null and void.

15:39:20 15            In witness whereof, I have hereunto set my

15:39:20 16     hand this day: March 3, 2013.

15:39:20 17            _____ Reading and Signing was requested.

15:39:20 18            _____ Reading and Signing was waived.

15:39:20 19            ___X___ Reading and signing was not requested.

15:39:20 20

15:39:20 21                        _____

15:39:20 22                        MARY ANN SCANLAN-STONE

15:39:22 23                        CSR 8875, RPR, CCRR, CLR

         24

         25

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF ALAN EUSTACE, DATED FEBRUARY 27, 2013**

*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 12:7 | Replace: "I can recall"<br><br>With: "I can't recall" | correction to transcript error |
| 18:7 | Replace: "and steady state"<br><br>With: "and at its steady state" | correction to transcript error |
| 18:9 | Replace: "responsibilities to me"<br><br>With: "responsibilities for me" | correction to transcript error |
| 18:21 | Replace: "VP -- VP of engineering but I was a VP in engineering and reported to the VP of engineering"<br><br>With: "VP -- I was a VP in engineering and reported to the VP of engineering" | clarification |
| 20:10 | Replace: "needed done"<br><br>With: "needed to be done" | correction to transcript error |
| 22:6 | Replace: "tell me what I thought"<br><br>With: "tell him what I thought" | correction to transcript error |
| 22:7 | Replace: "merits of what other people were"<br><br>With: "merits of what other people were doing" | correction to transcript error |
| 27:12 | Replace: "reported"<br><br>With: "report" | correction to transcript error |
| 27:15 | Replace: "continued"<br><br>With: "continues" | correction to transcript error |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 29:2 | Replace: "it's is"<br><br>With: "it is" | correction to transcript error |
| 32:8 | Replace: "with"<br><br>With: "within" | correction to transcript error |
| 37:25-38:1 | Replace: "drift across different companies"<br><br>With: "drift across different groups" | correction to transcript error |
| 38:1 | Replace: "companies"<br><br>With: "groups" | correction to transcript error |
| 40:22 | Replace: "there have been"<br><br>With: "there may have been" | correction to transcript error |
| 64:3 | Replace: "There's's"<br><br>With: "There's" | correction to transcript error |
| 66:15 | Replace: "backup"<br><br>With: "backend" | correction to transcript error |
| 95:5 | Replace: "Those companies"<br><br>With: "Those people" | correction to transcript error |
| 133:16 | Replace: "what the correct bands would go"<br><br>With: "what the correct bands would be" | correction to transcript error |
| 139:5 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:9 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:14 | Replace: "two" | correction to transcript error |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
|  | With: "II" |  |
| 142:6 | Replace: "I'm not even near." <br><br> With: "It's not very clear." | correction to transcript error |
| 154:12 | Delete: "but I think I really remember the stock grants" | correction to transcript error |
| 167:5 | Replace: "versions" <br><br> With: "inversions" | correction to transcript error |
| 178:2 | Delete: "Brand" | correction to transcript error |
| 180:3 | Replace: "cache" <br><br> With: "cachet" | correction to transcript error |
| 192:7 | Replace: "I changed" <br><br> With: "a change" | correction to transcript error |
| 194:9 | Replace: "Crous" <br><br> With: "Cos" | correction to transcript error |

Subject to the above changes, I certify that the transcript is true and correct.

_____          _____
Signature                                                          Date