# EXHIBIT 97 TO
# HARVEY DECLARATION
# REDACTED VERSION

# RiSC Training
## (Responsible Interviewing for SWE Candidates)



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039446

# Video: Objectives (Laszlo/Arnnon)

Why is interview the interview process important to the members of staffing?

How will competing each and al of the touch points from this training improve metrics (What's in it for me?)

60-120 seconds w/conviction ☺

CONFIDENTIAL ATTORNEYS EYES ONLY

# Key Players



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039448



CONFIDENTIAL ATTORNEYS EYES ONLY

# Terminology:
# Applicant, Lead or Candidate?

- **Lead (passive)** – any individual that Google engages in order to asses their qualifications for existing opportunities.

- **Applicant** – any individual who has expressed interest in Google opportunities.

- **Candidate** - any individual who has expressed interest in Google opportunities, meets the minimum qualifications and a member of staffing has invited them to continue in the hiring process.

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039450

# Terminology:
# Active vs. Passive Candidates

- Active Candidates have expressed interest in exploring opportunities at Google.

- Passive Candidates have not expressed interest in exploring opportunities at Google. We have initiated contact to determine a potential fit.

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039451

# Deb Ludwig
## Screening Overview

- o Screening Overview (content adviser - Deb Ludwig)

- o Roles & Responsibilities Choreography - Pg. 23

- o Resume Screening (for active candidate)

- + Deb Ludwig's team

- + Some embedded in the group....some not

- + Those that are not:

  - # Screen candidates

  - # Route to the appropriate req

- + Some contact candidates....some don't

CONFIDENTIAL ATTORNEYS EYES ONLY



Hiring Process

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039453



CONFIDENTIAL ATTORNEYS EYES ONLY

# Resume Screen: Format & Detail



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039455

# Resume Screen: Attribute Criteria



CONFIDENTIAL ATTORNEYS EYES ONLY



GOOG-HIGH TECH-00039457



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039458



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039459



# Resume Screen: Diversity

"Google values diversity and excellence in engineering.  Diversity of perspectives, ideas, and cultures enriches our products, services, and working environment".

We need to identify and document all the well-developed capacities of every candidate to accomplish something in their work and their relevance to Google.

CONFIDENTIAL ATTORNEYS EYES ONLY



Resume Screen: Research & Publications

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039461

# Resume Screen: *Negative* Indicators



CONFIDENTIAL ATTORNEYS EYES ONLY



**Resume Screen: Neutral Indicators**

CONFIDENTIAL ATTORNEYS EYES ONLY

# Resume Screen: Positive Keywords



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039464



Resume Screen: Negative Keywords

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039465

# Resume Screen: Good Snippets



Reason

Good Example

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039466



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039467



Resume Screen:

CONFIDENTIAL ATTORNEYS EYES ONLY



Resume Screen: Batch Resumes

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039469



# Resume Screen: Tips

CONFIDENTIAL ATTORNEYS EYES ONLY

# Resume Screen:

**For additional tips on the resume screening, refer to Steve Yegge's <u>unofficial guide</u>**

"This document has not been officially blessed by anyone at Google. It's just my own opinions. Your mileage may vary significantly. With that said, I hope you find it helpful, and I welcome your feedback"

Steve

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039471

# Kristin Kassaei
# Prescreen

- o Prescreen (content advisor - Kristin Kassaei)  --
Choreography - Pg. 8 + Interview Forms/Checklists +
Interview Skills - Pg. 10 - 11

  - + What is it?
  - + Why is it important?
  - + Roles & Responsibilities/who is responsible? (recruiter/sourcer)

  - + Process
    - # Who do you know at Google?
    - # Internal reference
  - + Where do they go from here? pass/no pass?

CONFIDENTIAL ATTORNEYS EYES ONLY





Prescreen: Overview

CONFIDENTIAL ATTORNEYS EYES ONLY



Prescreen: Scheduling Ramp

GOOG–HIGH TECH-00039475



Prescreen: The Prescreen

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039476



Prescreen: Closing Begins Now

CONFIDENTIAL ATTORNEYS EYES ONLY



# Prescreen: Checklist or Feedback?

Prescreened Feedback Form
(NEW PROPOSED)

CONFIDENTIAL ATTORNEYS EYES ONLY



Prescreen: Feedback Entry

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039479



**Prescreen: Next Steps**

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00039480



Prescreen: Conclusion

CONFIDENTIAL ATTORNEYS EYES ONLY

# Interviewer Selection Preview

GOOG-HIGH TECH-00039482

# Bob See, Kristin Kassaei
# Technical (Phone) Interview

- o Technical (Phone) Interview (content advisor - Bob See, Kristin Kassaei) -- Choreography - Pg. 10 + Interview Forms/Checklists + Interview Skills - Pg. 13 - 14
- * What is it?
- * Why is it important?
- + Roles & Responsibilities/who is responsible? (Engineer for interview; RC for scheduling)
- + Where do they go from here? pass/no pass?
- # Recommendation from interviewer
- # Recruiter determines next step

CONFIDENTIAL ATTORNEYS EYES ONLY



Hiring Process

CONFIDENTIAL ATTORNEYS EYES ONLY

# "Can I skip the Technical Phone Interview"?

## YES...if



CONFIDENTIAL ATTORNEYS EYES ONLY



# Technical Phone Interview: Overview

CONFIDENTIAL ATTORNEYS EYES ONLY

