# EXHIBIT 103 TO HARVEY DECLARATION REDACTED VERSION





CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                 GOOG-HIGH-TECH-00054906



SWE Value Propositions and Google Talking Points
Competitive Intelligence Group TIP Number 1, December 2007

Do Not Forward

4

CONFIDENTIAL ATTORNEY'S EYES ONLY

CONFIDENTIAL

GOOG-HIGH-TECH-00054908



CONFIDENTIAL ATTORNEY'S EYES ONLY       GOOG-HIGH-TECH-00054909



CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00054910



CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00054911

Case 5:11-cv-02509-LHK   Document 821   Filed 04/10/14   Page 9 of 10



CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00054912



SWE Value Propositions and Google Talking Points
Competitive Intelligence Group TiP Number 1, December 2007

Do Not Forward

CONFIDENTIAL

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00054913