# EXHIBIT 106 TO
# HARVEY DECLARATION
# REDACTED VERSION

| | |
|---|---|
| **From:** | Stacy Sullivan <stacy@google.com> on behalf of Stacy Sullivan |
| **Sent:** | Tuesday, January 09, 2007 4:35 AM |
| **To:** | Laszlo Bock; Jonathan Rosenberg |
| **Subject:** | RE: FW: [Eng-announce] [Fwd: Q4 interviewing stats] |

I'll talk with Andrea tomorrow on this. Cold calling into companies to recruit is to be expected unless they're on our "don't call" list. She and I just spoke today about helping her recruiting HR people and how much she needs helps. We couldn't be more supportive.

**From:** Laszlo Bock [mailto:laszlo@google.com]
**Sent:** Monday, January 08, 2007 8:12 PM
**To:** Jonathan Rosenberg; Stacy Savides Sullivan
**Subject:** RE: FW: [Eng-announce] [Fwd: Q4 interviewing stats]

(DO NOT FORWARD)

No idea what she's talking about .... I personally screened and prioritized███ HR resumes last week to get more quality HR candidates in the pool and have said to get search firms working on these jobs. Stacy and I are both supportive of adding███ HR people to your org. That's the first part of your question ... Stacy, could you please look into this? I don't want Andrea feeling she's alone in this.

On the second part, HR hiring is going more slowly than it should because the HR staffing team is week. The G&A staffing team leader, Gil Lawson, did the right thing (in coordination with me) and ███████████████████████████████████████
███████████████ It was more important to get the rest of the business running. That bottleneck is largely cleared now, and Gil plans to turn over ███ of the HR staffing team to upgrade. In the meantime, Stacy, Judy, I and the other Directors will be personally involved in prioritizing and screening candidates to get our pipeline up.

For extra credit, we've also retained Russell Reynolds to find 3 HR Directors -- one for Omid, one (likely) for Alan, and one for some combination of you/David/George. Stacy and I are discussing whether it makes sense to give Andrea a shot at leading HR for your org with a bigger team, or to have her rotate to another org when she's back from leave. Would be very interested in your perspective.

**From:** Jonathan Rosenberg [mailto:jonathan@google.com]
**Sent:** Monday, January 08, 2007 6:06 PM
**To:** Laszlo Bock; Stacy Savides Sullivan
**Subject:** FW: FW: [Eng-announce] [Fwd: Q4 interviewing stats]

what is her poaching issue. Why isn't she hiring fast?

**From:** Andrea Ritzer [mailto:aritzer@google.com]
**Sent:** Monday, January 08, 2007 6:01 PM
**To:** Jonathan Rosenberg
**Subject:** Re: FW: [Eng-announce] [Fwd: Q4 interviewing stats]

Until we do get PM HR staffed, it will be very challenging to add new initiatives w/o losing something out the other end.

I'm trying to be creative w/ recruiting from within the org as well as looking for seasoned people but we need to start poaching from other companies which is not something that we currently do. Stay on Laszlo on this- I will as well. We have to grow my team quickly or we will ultimately fail the Product folks and fall short of our

1

CONFIDENTIAL ATTORNEY'S EYES ONLY

responsibilities to them.

On 1/8/07, **Jonathan Rosenberg** <jonathan@google.com> wrote:
how do we get you staff so all the things eng does, we do?

**From:** Urs Hoelzle [mailto:urs@google.com]
**Sent:** Monday, January 08, 2007 4:40 PM
**To:** eng-announce@google.com
**Subject:** [Eng-announce] [Fwd: Q4 interviewing stats]


Here's an update to my email from Q4, with actual Q4 data plus some updates on what our plans are.

-------- Original Message --------

Urs and Alan,

Here are the interviewing stats for Q4. The suggested scoring guidelines, which were reworked based on feedback from Googlers after the Q3 stats were shared, are at the bottom of this message. Ivan and Shravanti are collaborating to facilitate the use of these stats in calibration sessions.

Thanks!
Judy and Shravanti

Data for everyone:
- sorted by time to feedback
- sorted by number of interviews
- sorted alphabetically

Data for groups (managers):
- sorted by time to feedback
- sorted by number of interviews
- sorted alphabetically

We're also updating the FAQ to highlight some upcoming enhancements to the stats, and to address some suggestions that will not be implemented in the near term. Here's a starter list:

Coming changes:



2

CONFIDENTIAL ATTORNEY'S EYES ONLY                                        GOOG-HIGH-TECH-00056841



- Better ways to access information about hiring and interviewing at Google. We are in the initial stages of developing of a hiring website and blog that will have updated news, information, and resources related to hiring at Google.
- Many of the above enhancements are possible due to the support of the Hiring Intergrouplet. To find out how you can help too, contact shravanti@google.com

Considered and aren't doing:

- Providing stats on hiring committee participation. It's a great idea, but there is not currently a systematic way to track this. We are currently in the process of re-platforming ATS. Hiring committees have been adding to the new design. We look forward to tracking hiring committee participation and other hiring related activities in the new ATS. Until then, keep writing about these accomplishments in your self-evaluations.
- Campus recruiting trips. The scorecard takes into account all types of interviews including interviews conducted on college campuses. However, there is currently no systematic way to track other campus related activities such as tech talks on campus. We are currently reviewing how these types of activities can be added to the new ATS. Until its launch, continue to write about all your hiring related contributions in your self-evaluations.
- Granularity to feedback latency. ATS does not currently acknowledge weekends and holidays. This is also in the cards as a possible feature in the new ATS.

Here are the updated scoring guidelines, based on discussion and suggestions from the Q3 stats --

**Personal Interviewing Score Guidelines (for Engineers):**

3

Eng-announce mailing list
Eng-announce@google.com
https://mailman.corp.google.com/mailman/listinfo/eng-announce

4

CONFIDENTIAL ATTORNEY'S EYES ONLY                                   GOOG-HIGH-TECH-00056843