# EXHIBIT 108 TO HARVEY DECLARATION REDACTED VERSION

| | |
|---|---|
| **From:** | Shona Brown <shona@google.com> on behalf of Shona Brown |
| **Sent:** | Saturday, November 19, 2005 1:11 AM |
| **To:** | Martha Josephson |
| **Cc:** | Campbell, Bill; Jonathan Rosenberg |
| **Subject:** | Re: FW: Google CMO search |

MJ-
We have a set of companies that we are particularly sensitive to (I asked Arnnon to forward to you in separate email) and that we want emg to know if any of their senior folks are being approached. It is a very short list. With these, I suggest ezi make sure we are aware before contact is made and also that the language is clearer that you are looking for leads and not the individual's own interest. thx.
slb

On 11/18/05, **Martha Josephson** <Martha.Josephson@ezi.net> wrote:
He has been helpful with referrals in the past and we ask people like him all the time for ideas.  We know full well that we can't touch Intuit people as targets.   (We also know we can't call this "CMO" after the first discussion, but the initials help orient outsiders to the type of seniority we need.)   Please forgive? mj


Martha Josephson
Egon Zehnder International
1290 Page Mill Road
Palo Alto, California  94304-1122
650-847-3055
650-283-3109 (mobile)
650-847-3050 (fax)
www.zehnder.com

>	-----Original Message-----
>	**From:** Shona Brown [mailto:shona@google.com]
>	**Sent:** Friday, November 18, 2005 3:01 PM
>	**To:** Campbell, Bill; Martha Josephson
>	**Cc:** Jonathan Rosenberg
>	**Subject:** Re: FW: Google CMO search
>	
>	Martha-
>	This is pretty bad. Can you educate your colleagues please.
>	slb
>	
>	On 11/18/05, **Campbell, Bill** <Bill_Campbell@intuit.com> wrote:
>	Jonathan
>	
>	Are you guys nuts?
>	
>	Bill
>	
>	-----Original Message-----
>	From: ▇▇▇▇▇▇▇▇▇▇
>	Sent: Friday, November 18, 2005 1:09 PM
>	To: Campbell, Bill
>	Subject: Fw: Google CMO search

1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                           GOOG-HIGH-TECH-00057458

thought you'd enjoy this!

Happy Thanksgiving and maybe I'll see you at the Stanford game.

Mark


-----Original Message-----
From: Kim Van Der Zon <kvdz@ezi.net>
To: ███████████████████████████████
Sent: Fri Nov 18 12:41:25 2005
Subject: Google CMO search



I am a Partner at Egon Zehnder International, and one of my colleagues suggested that I contact you in regards to a search we are conducting on behalf of our client Google for the newly created role of CMO. I have attached the spec for your perusal and look forward to any thoughts you may have.

Many thanks in advance for your time and consideration.

best,
Kim

<<Spec Google Head of Mkting.ZIP>>


Kim Van Der Zon
Egon Zehnder International
350 Park Avenue
NY, NY 10021
Phone:  212.519.6160
FAX: 212.519.6064
kvdz@ezi.net

only and are confidential.
If you are not the intended addressee, or the person responsible for
delivering it to the intended addressee,
you may neither copy nor deliver it to anyone else or use it in any
unauthorized manner.  To do so is prohibited
and may be unlawful.  If you receive this email by mistake, please advise
the sender immediately by using
the reply facility in your email software and notify the systems manager:
[Postmaster@ezi.net]

PRIVACY:  Unless instructed by you, we will retain your personal details in
our international database for
future business-related purposes.

For further expertise on leadership, visit our knowledge base at
www.egonzehnder.com .

If you are experiencing difficulty in opening an attachment to this mail,
please check you have Adobe Acrobat reader installed. The latest version can
be downloaded from http://www.adobe.com/products/acrobat/readstep2.html .

This message has been swept by Mailsweeper for the presence of computer
viruses.
**************************************************************************
********************************************************

<<Spec Google Head of Mkting.ZIP>>

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00057460