# EXHIBIT 111 TO HARVEY DECLARATION REDACTED VERSION

## MINUTES OF A SPECIAL MEETING
## OF THE LEADERSHIP DEVELOPMENT AND
## COMPENSATION COMMITTEE OF
## THE BOARD OF DIRECTORS OF

### GOOGLE INC.
### a Delaware corporation

December 2, 2007

Pursuant to notice duly and validly given, a special meeting of the Leadership Development and Compensation Committee (the "Committee") of the Board of Directors (the "Board") of Google Inc., a Delaware corporation ("Google"), was held by conference call at 3:00 p.m. PDT on December 2, 2007. The following Committee members were present on the call:

Arthur D. Levinson

Paul Otellini

# Redacted - Not Responsive

Laszlo began the meeting by outlining to the Committee the sole purpose of this special meeting,

CONFIDENTIAL

▬▬▬▬▬▬▬▬▬▬▬▬▬▬ The Committee asked questions of management and discussed various aspects ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬▬▬ ▬▬▬▬▬▬▬▬▬▬▬▬ The Committee also discussed with management Google's general compensation philosophy ▬▬▬▬▬▬▬

**Redacted - Not Responsive**

CONFIDENTIAL

# Redacted - Not Responsive

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00193219

CONFIDENTIAL

## **ADJOURNMENT**

There being no further business to come before the Committee, upon a motion duly made, seconded and approved, the meeting was declared adjourned.

_____
Donald Harrison, Secretary of the Meeting

4

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                    GOOG-HIGH-TECH-00193220

**Redacted - Not Responsive**

1

CONFIDENTIAL ATTORNEY'S EYES ONLY   GOOG-HIGH-TECH-00193221

**Redacted - Not Responsive**

CONFIDENTIAL ATTORNEY'S EYES ONLY
GOOG-HIGH-TECH-00193222

**Redacted - Not Responsive**

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00193223

# Redacted - Not Responsive

CONFIDENTIAL ATTORNEY'S EYES ONLY GOOG-HIGH-TECH-00193224