# EXHIBIT 114 TO HARVEY DECLARATION REDACTED VERSION



# Startup Talent Competition

Authors: Cooper Greene and Katie Temple
Contributor: Alex Carney

## OVERVIEW

In Q4, we continued our ▇
For these key talent competitors, our strategy includes counteroffers of up to ▇ the competing equity offer, in addition to offering aggressive compensation to head-to-head candidates.

▇

## FACEBOOK TALENT COMPETITION

### Facebook Results vs. Forecast

Since Q4 2010, we have forecasted exits to Facebook based on actual results and press / analyst reports of Facebook recruiting and growth. We measure our success based on actual Facebook exits vs. our forecast. In Q4, we lost ▇ Googlers to Facebook, ▇ than our quarterly forecast of ▇ and a ▇ in YoY exits. ▇

This data suggests ▇ The chart below illustrates historical Facebook offers to Googlers and exits to Facebook:

---

[1] Note, as exits to our key competitors decline we expect quarterly statistics to become more volatile as n-count decreases (i.e., small change in n-count can cause a large change in win rate percentages)

[2] Significant offer activity is defined as either (1) Offer extended to a VP or above or (2) 2x quarter-over-quarter increase in exits



**Quarterly # of Facebook Offers to Googlers and Exits to Facebook**

We have also updated our forecast of 2012 Facebook exits. ▮▮▮

For our 2012 forecast, we assumed a similar pattern ▮▮▮

### Counteroffers vs. Facebook

Our QoQ win rate remained stable at ▮% in Q4 (vs ▮ in Q3). ▮▮▮

For Facebook cases resolved in Q4 2011, we granted ▮ in counteroffer equity and ▮ ▮ In addition to compensation, ▮▮▮

Note, as Facebook's offers to Googlers have ▮ since Q4 2010, we expect quarterly statistics to become more volatile as n-count decreases (i.e., small change in n-count can cause a large change in win rate percentages).

Additional detail on Q4 Facebook counteroffer activity can be found in Attachment A.

### Facebook Head-to-Head Candidate Update

In Q4, we extended ▮ new candidate offers. Of these candidates, ▮ received a competing Facebook offer and ▮ resolved cases accepted Google's offer ▮

Additional head-to-head candidate details are provided in Attachment A.

---

[3] "Facebook to Open New York Engineering Office as Web Site Prepares for IPO" www.bloomberg.com (2-Dec-11)
[4] Multiple determined by (Google equity counteroffer + Googler's five-year unvested equity at time of counter) / competing organization's total equity offer
[5] ▮▮▮

## TWITTER TALENT COMPETITION

### Twitter Results vs. Forecast

There were ▆ total exits to Twitter in 2011▆ below our annual forecast of▆ In Q4, we had▆ exits to Twitter, ▆ greater than our forecast of ▆. Note, of the ▆ exits to Twitter in Q4▆ were ▆▆▆▆▆▆▆▆▆▆▆.

For our 2012 forecast, we assume Twitter will have ▆ YoY headcount growth (similar to headcount growth from 2009 to 2010), with ▆ of their 2012 hires coming from Google (consistent with our 2010 estimate). This implies ▆ exits in 2012 (vs. ▆ in 2011). We will measure our 2012 success based on actual 2012 exits to Twitter vs. this updated forecast.

### Counteroffers vs. Twitter

In Q4 we observed a ▆ YoY ▆ in the number of incoming Twitter offers and a ▆ YoY ▆ in the number of Googlers exiting to Twitter (▆ exits). Our Q4 win rate was ▆ (vs. ▆ in Q3; Q4 win rate reflects ▆)[6].

Our decreased Q4 counteroffer win rate reflects ▆ who was not ▆ and ▆ Googlers who wanted to experience roles outside of Google. Additionally, we hypothesize Twitter's Dec-11 site redesign and brand pages launch[7] may have increased Twitter's attractiveness as an employer. To support our talent retention strategy, ▆▆▆▆▆▆▆▆▆.

▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

Additional detail on Q4 Twitter counteroffer activity can be found in Attachment B.

## OTHER STARTUP TALENT COMPETITORS

### Square and Groupon

In Q4, Square made ▆ offers to Googlers (vs. ▆ in Q3). We countered ▆ and ▆ accepted our counteroffer to remain at Google. Groupon made ▆ offers to Googlers in Q4▆ VP-level Googler Redacted - Not Responsive **Redacted** and ▆▆▆▆. We will continue to monitor these organizations' recruiting trends. However, going forward we will only report these results if significant offer activity[9] occurs.

---

[6] Note, as exits to our key competitors decline we expect quarterly statistics to become more volatile as n-count decreases (i.e., small change in n-count can cause a large change in win rate percentages)
[7] "Twitter simplifies to find new users" www.businessweek.com (8-Dec-11)
[8] Spend includes resolved counteroffers and preemptive grants made vs. Twitter from 5-Oct-11 to 7-Dec-11
[9] Significant offer activity is defined as either (1) Offer extended to a VP or above or (2) 2x quarter-over-quarter increase in exits

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                                         GOOG-HIGH-TECH-00193408

### All Other Startup Talent Competitors

[REDACTED]

In Q4, we made [REDACTED] counteroffers (average equity counteroffer value = [REDACTED]) to other non-key startup competitors and won [REDACTED]. For cases resolved in Q4, we granted [REDACTED] in counteroffer equity to non-key startup competitors and [REDACTED].

---

[10] For non-key startup competitors, Googlers must meet the following guidelines to be eligible for a counteroffer: [REDACTED]

[11] [REDACTED]

**ATTACHMENT A**

### Facebook Counteroffer Update

| Date | Facebook Offer to Googler | Google Made Counteroffer | Google Won Counteroffer | Googler Re-hired from Facebook[1] | Google Win Rate as % of Resolved Counteroffers |
|---|---|---|---|---|---|
| Prior to 2010 | | | | | |
| Q1 2010 | | | | | |
| Q2 2010 | | | | | |
| Q3 2010 | | | | | |
| Q4 2010 | | | | | |
| Q1 2011 | | | | | |
| Q2 2011 | | | | | |
| Q3 2011 | | | | | |
| Q4 2011 | | | | | |
| Total Number | | | | | |
| % of Total Facebook Offers | | | | | |

Note: sorted by date; data as of 31-Dec-11
1) Rehires categorized based on date of original resignation (as opposed to date of rehire)

### Facebook Head-to-Head Candidate Update

| Date | Head-to-Head Candidates | Google Won Candidate | Google Win Rate as % of Resolved Candidates |
|---|---|---|---|
| Prior to 2010 | | | |
| Q1 2010 | | | |
| Q2 2010 | | | |
| Q3 2010 | | | |
| Q4 2010 | | | |
| Q1 2011 | | | |
| Q2 2011 | | | |
| Q3 2011 | | | |
| Q4 2011 | | | |

Note: sorted by date; data as of 31-Dec-11
1) Q4 2011: ▮ offers pending candidate decision

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00193410

**ATTACHMENT B**

### Twitter Counteroffer Update

| Date | Twitter Offer to Googler | Google Made Counteroffer | Google Won Counteroffer | Googler Re-hired from Twitter¹ | Google Win rate as % of Resolved Counteroffers |
|---|---|---|---|---|---|
| Prior to 2010 | | | | | |
| Q1 2010 | | | | | |
| Q2 2010 | | | | | |
| Q3 2010 | | | | | |
| Q4 2010 | | | | | |
| Q1 2011 | | | | | |
| Q2 2011 | | | | | |
| Q3 2011 | | | | | |
| Q4 2011 | | | | | |
| Total Number | | | | | |
| % of Total Twitter Offers | | | | | |

Note: sorted by date; data as of 31-Dec-11
1) Rehires categorized based on date of original resignation (as opposed to date of rehire)
2) Q4 2011: ■ counter pending Googler decision

### Twitter Head-to-Head Candidate Update

| Date | Head-to-Head Candidates | Google Won Candidate | Google Win rate as % of Resolved Counteroffers¹ |
|---|---|---|---|
| Prior to 2010 | | | |
| Q1 2010 | | | |
| Q2 2010 | | | |
| Q3 2010 | | | |
| Q4 2010 | | | |
| Q1 2011 | | | |
| Q2 2011 | | | |
| Q3 2011 | | | |
| Q4 2011 | | | |
| Total Number | | | |

Note: sorted by date; data as of 31-Dec-11
1) Q4 2011: ■ offers pending candidate decision

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00193411