# EXHIBIT 117 TO HARVEY DECLARATION REDACTED VERSION

**From:** Liane Hornsey <liane@google.com> on behalf of Liane Hornsey
**Sent:** Wednesday, August 04, 2010 12:55 PM
**To:** laszlo@google.com; prasadsetty@google.com
**Subject:** Fw: Fwd: Chat

Hi, I thought you may want to see this. I understand our current approach but wanted to just ensure you know that it's not just "POps theorists" like me that worry about the impact. Hopefully big bang will go some way to stopping this practice.

It may be shrewd to ensure that when we present big bang we link in order to sew a seed.

Liane

---

**From:** Liane Hornsey <liane@google.com>
**To:** 'adi@google.com' <adi@google.com>
**Sent:** Wed Aug 04 08:50:06 2010
**Subject:** Re: Fwd: Chat

Many thx Adi. I would like to forward to Laszlo and Prasad.

---

**From:** Aditya K. Roy <adi@google.com>
**To:** Liane Hornsey <liane@google.com>
**Sent:** Tue Aug 03 12:34:05 2010
**Subject:** Fwd: Chat

Liane see below. ( there are a couple of words in Telugu, the local language, but you will understand the mail OK)

(I anonymised the mail as she sent this in confidence to me, and because I think the content in the mail is imp, not the name of the person who sent it, ).

[REDACTED]

---------- Forwarded message ----------
From:
Date: Mon, Aug 2, 2010 at 10:39 AM
Subject: Re: Chat
To: "Aditya K. Roy" <adi@google.com>

Sorry Adi, the phone was in silent and I missed the call.

I'm all okay Adi. Just wanted to talk to you to get it out of my

[REDACTED]

1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00194945



Hope we can talk abt it sometime soon (let me know if I can call you tom mrng my time).

Cheers,


On 8/2/10, Aditya K. Roy <adi@google.com> wrote:
> Called twice
>
> On Aug 2, 2010 8:08 AM, "Aditya K. Roy" <adi@google.com> wrote:
>> Arrey hope you are ok. I will call
>>
>> On Aug 2, 2010 7:37 AM,
>> wrote:
>>> Hi Adi,
>>>
>>> Hope you had a good weekend! Would you have a few mins to chat
>>> sometime today or tomorrow? I just wanted to talk to you abt something
>>> I really am disturbed about (nothing personal, work related stuff).
>>>
>>> Let me know naa, and I'll call you or you can call me.
>>>
>>> Best,
>>>
>>>
>>> --
>>> Sent from my mobile device
>>>
>>>
>


--
Sent from my mobile device

2

CONFIDENTIAL ATTORNEY'S EYES ONLY                                             GOOG-HIGH-TECH-00194946