# EXHIBIT 119 TO
# HARVEY DECLARATION
# REDACTED VERSION

| **From:** | Laszlo Bock <laszlo@google.com> on behalf of Laszlo Bock |
| **Sent:** | Thursday, December 02, 2010 5:31 AM |
| **To:** | Alexandria Jacobs |
| **Cc:** | John Schirm; Prasad Setty; Frank Wagner; Mary Oh |
| **Subject:** | Re: 2011 Offer Ranges (Supplement to Larry Sheet) |

Excellent - thank you!

On Wed, Dec 1, 2010 at 7:20 PM, Alexandria Jacobs <ajacobs@google.com> wrote:
Hi Laszlo,

I have discussed with John who confirmed that the new ranges have been fully implemented and I have also shared this information with Larry. I will discuss with PSGA OC on Monday during offer review and also touch base with Akiva to ensure that EngOps OC is briefed and comfortable with this information as well.

Thank you,

Alex

Alexandria Jacobs
People Programs Manager
Linkedin: ajacobs@google.com

On Tue, Nov 30, 2010 at 10:58 PM, Laszlo Bock <laszlo@google.com> wrote:
Hi - there's been some confusion about this in offer review and among OC members ... has this been fully implemented/communicated?

On Tue, Nov 16, 2010 at 11:31 AM, John Schirm <johnschirm@google.com> wrote:
Thank you Laszlo.  Linked here is a copy of the SG&A only sheet for the offer committee.  I have provided Akiva an Eng only version for his use at the Eng committee.

Regards,
John

On Mon, Nov 15, 2010 at 10:02 PM, Laszlo Bock <laszlo@google.com> wrote:
Yes, I would brief both committees as well.

On Mon, Nov 15, 2010 at 8:42 PM, Prasad Setty <prasadsetty@google.com> wrote:
Laszlo:

This is responsive to our discussion from a couple of weeks back. The idea is to make sure Larry knows what future comp will look like post-BB. So, to show him a realistic picture, John did a proforma of the offers we'd have made for 2010 hires if BB had been implemented at the beginning of this year.

CONFIDENTIAL ATTORNEY'S EYES ONLY

The idea is for Alex to brief Larry about this 1:1 rather than send him the spreadsheet.

Let us know if you have any qns and if we should also brief the Eng and PSG&A offer review OC committee.

Prasad


On Mon, Nov 15, 2010 at 8:35 PM, John Schirm <johnschirm@google.com> wrote:
Laszlo,

Attached is a sheet we have provided to the offer team to help familiarize Larry with the new ranges of offers if he inquires during offer review.

As a reference, we chose a number of job families that have a high n-count for incumbents and offers.  The sheet details what we offered to candidates at each position and what we would have offered on a Pro Forma basis had Big Bang happened a year earlier.

The last 4 columns detail the new range for offers at each position in dollars and as a multiple of the peer median for incumbents:

- 

- 

Please let me know if you have any questions.

Regards,
John


--
Prasad Setty
People Analytics & Compensation
650 353 7921

2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00195365