# EXHIBIT 120 TO
# HARVEY DECLARATION
# REDACTED VERSION

# Produced in Native

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                                                    GOOG-HIGH-TECH-00196108

Google

# Proposal of New Google Compensation Philosophy

Summary for Google's Board of Directors
13-Oct-2010

**Authors**
Eric Schaffer
Jason Grishkoff
Matt Kunzweiler

Google Confidential and Proprietary 1

# Broad Employee Base
## Summary



Google has historically hired top-of-market talent, but we have targeted the market [redacted] percentile for base salary and target total cash. We successfully attracted and retained this talent at a "discount" based on our brand premium and strong growth.

[redacted]

- [redacted]
- Googlers value salary more than any other component of pay, substantially undervalue equity relative to the cost to the company, and materially undervalue bonus[2]

We propose a material increase in salaries, resulting in a [redacted] increase in average total compensation:

| | Avg. Base Salary | Avg. Actual Total Cash | Total Comp Spend |
|---|---|---|---|
| Proposed Increase | [redacted] | [redacted] | [redacted] |

This has the effect of shifting philosophy of paying cash compensation at the top of the market[3]:

| | Base Salary %ile | Target Total Cash %ile | Target Equity %ile |
|---|---|---|---|
| Current | [redacted] | [redacted] | [redacted] |
| Proposed | [redacted] | [redacted] | [redacted] |

Competitive advantages of top-of-market base pay philosophy:

- Employees adjust lifestyles (and fixed costs) according to base pay[4]
- Most companies (especially startups) lack the margins to support aggressive base pay levels

1. Salary competitiveness based on 2009 Googlegeist
2. Relative comp. element value based on 2008 conjoint study: equity valued at [redacted] bonus valued at [redacted] of base pay
3. Shifting the company multiplier to salary achieves the [redacted] %ile. An additional [redacted] increase is required to achieve our target
4. Based on 2010 Are You Fiscally Fit survey. Googlers adjust personal cost structure proportionally with salary increase/decrease

Google Confidential and Proprietary


# Broad Employee Base
## Detail: Proposed changes to cash compensation

**Proposal**

- Target top-of-market pay levels for salary and total cash (previously at the percentile)
- Employees would forfeit company multiplier to partially fund increases

**Rationale**

- Google hires top-of-market talent, but historically we have targeted the market percentile for base salary and target total cash. Increasing cash compensation levels will support our goal of attracting and retaining the world's best talent

**Program Mechanics**

- Shift the upside of the company multiplier / sales uplift to salary (assuming in-line with 2009 / 2010 performance)
- In addition to moving into salary, employees forfeit upside of
- Starting with the 2011 bonus year, we would calculate bonuses using only target percentage and individual multiplier (adjusting the payout curve to ensure differentiation of high vs. low performers).
- In parallel, implement a flat base pay increase for all employees

| SALARY [1] | BONUS [2] | BENEFITS/TAX IMPACT | TOTAL |
|---|---|---|---|

- This would result in:
  - average increase in salary →
  - average increase in target total cash[3] →

1. Continue standard annual merit increase process using pre-adjustment salaries and budget (no incremental cost above original plan)
2. Bonus savings = removing CM assuming performance + increasing slope of the individual multiplier curve
3. Note actual cash (assuming a CM of would increase by on average



# Broad Employee Base

## Detail: Proposed changes to equity compensation

**Proposal**

- Simplify equity programs by [redacted] going forward (for [redacted])
- Make equity more frequently monetizable by [redacted]

**Rationale**

- Googlers currently discount the value of equity due to the infrequency of vesting and lack of understanding of stock options

**Program Mechanics**

- [redacted]
- [redacted]
  - [redacted]
  - [redacted]
  - [redacted]
- [redacted]
- This would result in:
  - No changes to grant value targets
  - Reduction in dilution from annual refresh by [redacted] (allowing for future headcount growth within [redacted] equity budget)
  - Discontinuation of performance vesting for new hire grants

DOES THIS NEED TO BE REVIEWED BY THE FULL BOARD?



# Appendix:
## Examples of Impact on Salary and Bonus

Google

The following examples illustrate the impact of our proposal for 2010 vs. 2011 cashflows of US-based software engineering and direct ad sales populations:

*(values in $000s)*

| | Current Target with CM=1.0 | | | | Current Target with CM=2.0 | | | | Post-Adjustment Target (No CM)[1] | | | | | % TCC Δ from Curr. CM=2.0 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Title | Base | Bonus % | Bonus $ | TCC | Base | Bonus % | Bonus $ | TCC | Base | % Base Δ | Bonus % | Bonus $ | TCC | |
| Software Engineer Ladder, US | | | | | | | | | | | | | | |
| Direct Ad Sales Ladder, US | | | | | | | | | | | | | | |

Note: CM = Company Multiplier