# EXHIBIT 123 TO
# HARVEY DECLARATION
# REDACTED VERSION

# Produced in Native

CONFIDENTIAL ATTORNEY'S EYES ONLY

**Executive Sponsor:** Laszlo Bock

**Authors:** Eric Schaffer, Frank Wagner, Jason Grishkoff, Monica Davis, Prasad Setty, Stephanie Tietbohl

**WORK IN PROGRESS**

# Project Big Bang:
# Compensation Levers to Address Attrition

**OC Meeting #2:** August 31, 2010

**Agenda**

- OC discussion on acceptable level of regretted attrition, pay mix and magnitude
- Review strawman model and gather feedback
- Confirm appropriate next steps (e.g., additional research / analysis)

Google Confidential and Proprietary



Google Confidential and Proprietary

# Attrition could be partially mitigated through compensation levers



| Compensation Lever | Guiding Principles Discussion | Proposal & Rationale |
|---|---|---|

1. Conjoint  2008  2. Googlegeist 2009  3. Ruff 2010: Employees on avg save ~25%, independent of current salary, across all levels  4. Post Jul19 aggressive FB strategy; n =16  5.  Sales critical talent program made increases on t-Jan-10 to 149 participants;      retention to date (4 attrites )



New proposal may reduce attrition and provides meaningful salary increases while limiting margin impact and keeping cost neutral



For call discussion – not for OC deck

▼ INPUTS

Perf Rating | Current IM | Proposed IM

All monetary amounts in 000s USD
Assumes CM =

1. Using average of ratings from Q3 2009 - Q2 2010

Google Confidential and Proprietary

5



# For call discussion – not for OC deck

### 2010 Equity Spend[1]



| Equity Program | Vehicle (ratios in options : GSUs) | YTD Spend | Remaining Dilution[2] | Expected Spend[3] | Surplus Dilution | Surplus Value[4] |
|---|---|---|---|---|---|---|

1) Dilution assumes total common stock outstanding of ▇▇▇ shares at the end of 2010
2) Assuming a stock price of ▇▇▇ and all remaining grants are in GSUs, ▇▇▇ remains in the equity budget
3) Expected spend from August 18, 2010 to December 31, 2010
4) Expected surplus at the end of the year given proforma projection of equity spend through 12/31/2010

Google Confidential and Proprietary

6



Pay is skewed towards exceptional performers with discretionary cash and equity opportunity)



average Googler)

Google Confidential and Proprietary

8



Appendix



# Our proposed equity guidelines are changing by the same percent consistently by function

The chart below highlights impact of proposed guideline targets on each of Google's current US equity guideline families

*(values in $000s)*

| Equity Mult. As % of Current Guideline | Old "T" / Guideline - 95 | | Old "O" / Guideline - 5 | | Old "E" / Guideline - 11 | | Sales | |
|---|---|---|---|---|---|---|---|---|
| | Full-Value Equity | | Full-Value Equity | | Full-Value Equity | | Full-Value Equity | |
| Level | Current | Proposed | Current | Proposed | Current | Proposed | Current | Proposed |

NOT READY FOR REVIEW:
Need to add charts

# Google's equity dilution sensitivity to stock price and headcount growth

TBD: INSERT DILUTION IMPACT OF EQUITY BANG

Google Confidential and Proprietary     12

DO WE WANT TO INCLUDE THIS SLIDE IN THE APPENDIX WE HAND OUT TO OC?

# The median annual dilution of our competitors is ~1.65%

## Competitor Business Performance & Equity Dilution Detail

| Company[1] | Last 1-Year Growth | | | Fair Value Transfer | | | | | Market Assessment | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | EEs | Revenue | Mkt Cap | Total Value | Last 1-Year Growth | % Options | % RSUs | | FVT as % of Mkt Cap | Annual Dilution | FVT per EE (Broad) | FVT per EE (New Hire) |
| Amazon | 22% | 29% | (43%) | $374.3 M | (47%) | 0% | 100% | | 1.70% | 1.70% | $18.1 k | $33.3 k |
| Apple | 48% | 35% | (25%) | $1,146.0 M | 77% | 51% | 49% | | 1.13% | 1.61% | $35.8 k | $65.9 k |
| Cisco | 7% | 13% | (27%) | $1,768.3 M | 6% | 86% | 14% | | 1.37% | 2.89% | $26.7 k | $49.2 k |
| Dell | (7%) | (0%) | (55%) | $247.3 M | (59%) | 31% | 69% | | 1.33% | 1.59% | $3.2 k | $5.9 k |
| eBay | 5% | 11% | (59%) | $504.3 M | (4%) | 34% | 66% | | 2.82% | 3.66% | $31.1 k | $57.3 k |
| EMC | 12% | 12% | (46%) | $309.2 M | (13%) | 56% | 44% | | 1.47% | 2.44% | $7.3 k | $13.5 k |
| Hewlett Packard | 87% | 13% | (30%) | $988.4 M | 46% | 17% | 83% | | 1.07% | 1.34% | $3.1 k | $5.7 k |
| Intel | (3%) | (2%) | (47%) | $625.2 M | (39%) | 23% | 77% | | 0.77% | 1.04% | $7.5 k | $13.7 k |
| IBM | 3% | 5% | (25%) | $386.0 M | (31%) | 0% | 100% | | 0.34% | 0.34% | $1.0 k | $1.8 k |
| Microsoft | 15% | 18% | (9%) | $2,475.9 M | 24% | 0% | 100% | | 0.99% | 1.10% | $27.2 k | $50.1 k |
| Oracle | 2% | 4% | (17%) | $547.2 M | 19% | 0% | 0% | | 0.56% | 1.38% | $6.4 k | $11.7 k |
| Qualcomm | 20% | 26% | 3% | $822.4 M | 45% | 100% | 0% | | 1.16% | 3.10% | $53.4 k | $98.3 k |
| Sun Microsystems | 2% | 0% | (56%) | $312.5 M | 14% | 62% | 38% | | 3.81% | 4.12% | $9.0 k | $16.5 k |
| Yahoo | (5%) | 3% | (45%) | $270.2 M | (62%) | 25% | 75% | | 1.59% | 1.82% | $19.9 k | $36.6 k |
| 90th Percentile | 40% | 28% | (11%) | $1,581.6 M | 46% | 96% | 100% | | 2.48% | 3.49% | $34.4 k | $63.3 k |
| 75th Percentile | 19% | 17% | (25%) | $946.9 M | 22% | 60% | 82% | | 1.56% | 2.78% | $27.1 k | $49.8 k |
| 50th Percentile | 6% | 12% | (37%) | $525.7 M | 1% | 33% | 67% | | 1.25% | 1.65% | $13.5 k | $24.9 k |
| 25th Percentile | 2% | 3% | (47%) | $327.9 M | (37%) | 18% | 40% | | 1.01% | 1.35% | $6.6 k | $12.2 k |

1) All peer market data as of last FY'E

*** New Hire FVT per EE not publicly available on a per company basis. Per Radford LTI data and Buck Consulting's 2006 Long-term Incentive Survey, Custom Peer Company Cut, a ratio of 1.84x new hire to ongoing equity applied

Slide Graveyard



# Both proposals are total spend cost-neutral ($6.1B); however, cash spend and margin impact varies

**NOT READY FOR REVIEW:**
Numbers need to be updated

| Component | Current | Equity Bang |
|---|---|---|
| Salary | | |
| Bonus | | |
| Discretionary Bonus | | |
| **Total Cash** | | |
| **Op Margin Impact**[1] | | |
| Equity Budget[2] | | |
| **Total** | | |

1. Operating margin impact reflects 2010 forecast as of July 7; revenue = ___, non-GAAP operating margin = ___, operating margin = ___
2. 2010 actual dilution estimated a...
3. Subject to Board approval

Google Confidential and Proprietary        15

# Who is leaving?

- Regretted attrition generally increases with tenure; there appears to be opportunity at the 2 year mark
- With the exception of G&A, there is not a marked difference in overall attrition by job level

**Regretted Attrition (7/31/09 - 7/31/10)**

Key: Function Min ▮ Function Max



Source: PeopleView Attrition Dashboard  Includes voluntary regretted terms from 7/31/09 – 7/31/10.

People Analytics

Google Confidential and Proprietary



# Where are they going?

- In the past year, the majority of Eng/Ops and Product regretted exits left for small companies or start ups
- This is the case irrespective of the profile of hire (whether they joined Google from a small, med, or large company)

## Option after Leaving Google
7/31/09 – 7/31/10 regretted terms

## Eng/Ops & Product Regretted Exits
where they came from & left to by company size

Source: PeopleView Attrition Dashboard  Includes voluntary regretted terms from 7/31/09 – 7/31/10.

People Analytics

Google Confidential and Proprietary

17



Two proposals address attrition via compensation, but the primary pay vehicle (cash, equity) varies for each

Cash Bang

Equity Bang

"Wow" Factor

Salary

Bonus Targets

Company Multiplier

Equity Refresh

Total Cost

Op Margin Impact

Improve Pay Predictability

Implementation