# EXHIBIT 126 TO
# HARVEY DECLARATION
# REDACTED VERSION

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625200

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625201

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625202

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625203

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625204

CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-006625205

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 7

GOOG-HIGH-TECH-00625206

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625207

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625206

CONFIDENTIAL – ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00625209

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 11

GOOG-HIGH-TECH-00625210

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 12

GOOG-HIGH-TECH-00625211

CONFIDENTIAL – ATTORNEYS' EYES ONLY

Page 13

GOOG-HIGH-TECH-00625212

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625213

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625214

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625215

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625216

CONFIDENTIAL – ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625217

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625218

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625219

CONFIDENTIAL – ATTORNEYS' EYES ONLY



GOOG-HIGH-TECH-00625220

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625221

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625222

CONFIDENTIAL – ATTORNEY'S EYES ONLY



GOOG-HIGH-TECH-00625223