# EXHIBIT 127 TO HARVEY DECLARATION REDACTED VERSION

## AGREEMENT FOR EVALUATION AND TRIAL OF SOFTWARE

THIS AGREEMENT FOR EVALUATION AND TRIAL OF SOFTWARE ("Agreement") is entered into this 8th day of May 2002, by and between Google, Inc. having a place of business at 2400 Bayshore Parkway, Mountain View, California 94043 (hereinafter referred to as "GOOGLE") and Intel Corporation, a Delaware corporation with offices at 2200 Mission College Blvd., Santa Clara, CA 95054-1549, on behalf of itself and its affiliates worldwide (hereinafter referred to as "INTEL").

WHEREAS, GOOGLE is the owner of certain proprietary computer software referred to as the Google Enterprise Search product Version 3.2 (hereinafter referred to as the "Software"); and

WHEREAS, GOOGLE is the owner of certain proprietary computer hardware on which the Software will be installed (the hardware and Software hereinafter referred to collectively as the "Appliance"); and

WHEREAS, INTEL may be interested in licensing the Software or the Appliance but desires first to evaluate the Appliance on a trial basis; and

NOW, THEREFORE, in consideration of the covenants and mutual promises set forth above and for other good and valuable considerations, the parties agree as follows:



CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625224



CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625225

If to INTEL:  Intel Corp.
Attn: Stan Lovric
M/S: FM3-146
1900 Prairie City Rd
Folsom, CA 95630

If to GOOGLE:  Google, Inc.
Attn: Kulpreet Rana
cc: Joan Braddi
2400 Bayshore Parkway
Mountain View, California 94043

GOOGLE: Google, Inc.

By: _____
(Authorized Signature)

Title: Joan Braddi
VP Sales Partnerships Support
Google, Inc.
2400 Bayshore Parkway
Mountain View, CA 94043

Date: 5/9/02

INTEL: Intel Corporation

By: _____
(Authorized Signature)

Brent Magnuson
(Print Name)

Title: Senior Buyer

Date: May 8, 2002

-3-

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625226