# EXHIBIT 128 TO HARVEY DECLARATION REDACTED VERSION

**GOOGLE INC.**

**APPLIANCE EVALUATION AGREEMENT**

**Google Search Appliance ™**

This Appliance Evaluation Agreement for the Google Search Appliance ™ (the "Agreement") is between Google, Inc. and is entered into this **28th** day of **January**, 2004 by and between Google Inc., 2400 Bayshore Parkway, Mountain View, California 94043 ("Google") and Intel, a Delaware corporation with offices at **Santa Clara, CA,** ("Evaluator" or **"You"**).



Search Appliance Eval_Commercial_10...303.doc                              Page 1 of 4

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

**GOOG-HIGH-TECH-00625227**



Search_Appliance_Eval_Commercial_502303.doc                Page 2 of 4

CONFIDENTIAL-ATTORNEYS' EYES ONLY                GOOG-HIGH-TECH-00625228



Search_Appliance_Eval_Commercial_102303.doc                    Page 3 of 4

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625229

Google, Inc.

By: _____
(Authorized Signature)

Joan Braddi
(Print Name)

Title: VP Search Services & Support

Date: 02/04/2004

Evaluator: Intel Corporation

By: _____
(Authorized Signature)

Paul S. Scholz
(Print Name)

Title: Supplier Manager

Date: 1/28/2004

Search_Appliance_Eval_Commercial_102303.doc                Page 4 of 4

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**          **GOOG-HIGH-TECH-00625230**