# EXHIBIT 129 TO HARVEY DECLARATION REDACTED VERSION

**GOOGLE INC.**

**APPLIANCE EVALUATION AGREEMENT**

**Google Search Appliance ™**

This Appliance Evaluation Agreement for the Google Search Appliance (the "Agreement") is entered into this  1st  day of April, 2005   by and between Google Inc., 1600 Amphitheatre Parkway, Mountain View, California 94043 ("**Google**") and Intel Corporation , a Delaware corporation with offices at  5000 W. Chandler Blvd.  Chandler, AZ 85226, ("**Evaluator**" or "You").



Search_Appliance_Eval_Commercial_040504 (2).rtf        Page 1 of 4

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                                **GOOG-HIGH-TECH-00625235**



Search_Appliance_Eval_Commercial_040504 (2).rtf     Page 2 of 4

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**     GOOG-HIGH-TECH-00625236



Search_Appliance_Eval_Commercial_040504 (2).rtf    Page 3 of 4

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**　　　　　　　　　　　　　　　　**GOOG-HIGH-TECH-00625237**

[REDACTED]

Google Inc.

By: _____
(Authorized Signature)

David Girouard
(Print Name)

Title: General Manager, Enterprise

Date: 4/14/05

Evaluator: _Intel Corporation_

By: _____
(Authorized Signature)

Paul S. Scholz
(Print Name)

Title: Supplier Manager

Date: April 1st, 2005

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625238