# EXHIBIT 130 TO
# HARVEY DECLARATION
# REDACTED VERSION

GOOGLE CONFIDENTIAL/PROPRIETARY

## GOOGLE INC.
## SOURCE CODE EVALUATION LICENSE

This Source Code Evaluation License Agreement (the "Agreement") is entered into as of September 30, 2005 2005 (the "Effective Date"), by and between Google Inc., having its principal place of business at 1600 Amphitheatre Pkwy., Mountain View, California 94043 ("Google"), and Intel Corporation having its principal office at 2200 Mission College Blvd., Santa Clara, CA  95052 ("Licensee").

1.  DEFINITIONS



1 of 8

12 Sep 05/KBW

GOOGLE CONFIDENTIAL/PROPRIETARY



12 Sep 05/KBW

CONFIDENTIAL-ATTORNEYS' EYES ONLY                GOOG-HIGH-TECH-00625240

GOOGLE CONFIDENTIAL/PROPRIETARY



3 of 8                    12 Sep 05/KBW

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625241

GOOGLE CONFIDENTIAL/PROPRIETARY



4 of 8

12 Sep 05/KBW

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625242

GOOGLE CONFIDENTIAL/PROPRIETARY



13. NOTICES

14. GENERAL



12 Sep 05/KBW

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625243

GOOGLE CONFIDENTIAL/PROPRIETARY



6 of 8                                    12 Sep 05/KBW

CONFIDENTIAL-ATTORNEYS' EYES ONLY          GOOG-HIGH-TECH-00625244

GOOGLE CONFIDENTIAL/PROPRIETARY



IN WITNESS WHEREOF, each party has caused this Agreement to be executed by its duly authorized representative.

**GOOGLE INC.**                                        **INTEL CORPORATION**

By:_____        By:_____

Printed Name:_____        Printed Name:___Shekhar Borkar___

Title:_____        Title:____Intel Fellow_____

Date:_____        Date:____10/07/05_____

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                          **GOOG-HIGH-TECH-00625245**

GOOGLE CONFIDENTIAL/PROPRIETARY

EXHIBIT A



12 Sep 05/KBW

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625246