# EXHIBIT 132 TO HARVEY DECLARATION REDACTED VERSION

# MUTUAL NONDISCLOSURE AGREEMENT

For disclosure of Intuit information and/or Zip receipt of outside information

This Confidentiality Agreement is entered into as of 8-13-2009, by and between:

| Parties: | Intuit Canada ULC<br>7008 Roper Road<br>Edmonton, Alberta  T6B 3H2<br>Contact:<br>Phone:<br>Fax: | **DoubleClick, a division of Google, Inc.**<br>345 Spear Street<br>3-4th Floors<br>San Francisco, CA 94105<br>Contact:  Christina Kerwick<br>Phone:  (415) 736-5372<br>Fax:  (925) 281-2676 |
|---|---|---|
| Disclosed to: | **DoubleClick, a division of Google, Inc.** | Intuit Canada ULC |

Proprietary Information: [REDACTED]

Purpose of the Disclosure: [REDACTED]

**THE PARTIES HEREBY AGREE AS FOLLOWS:**

1. [REDACTED]

2. [REDACTED]

https://www.quickbase.com/db/bdxzp7bva?a=dbpage&pagename=MNDA%20-%20Canad...    8/13/2009

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                          **GOOG-HIGH-TECH-00625475**



(b)

(c)

(d)

(e)

(f)

(g)

3.

4.

5.

CONFIDENTIAL-ATTORNEYS' EYES ONLY                     GOOG-HIGH-TECH-00625476

[Redacted content]

**IN WITNESS THEREOF**, the parties have executed this Agreement as of the date first written above.

| **INTUIT CANADA ULC** | **DoubleClick, a division of Google, Inc.** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |

CONFIDENTIAL-ATTORNEYS' EYES ONLY  GOOG-HIGH-TECH-00625477

# Google Mutual Non-Disclosure Agreement
V032404C.1

This Mutual Non-Disclosure Agreement ("Agreement") is made and entere[d] into between Google Inc., for itself and its subsidiaries and affiliate[s] ("Google"), and "Participant" identified below, individually referred to as [a] "Party" and collectively referred to as the "Parties". The Parties wish t[o] exchange Confidential Information (as defined below in Section 2) for th[e] following purpose(s): a) to evaluate whether to enter into a contemplate[d] business transaction; and b) if the Parties enter into an agreement related t[o] such business transaction, to fulfill each Party's confidentiality obligations t[o] the extent the terms set forth below are incorporated therein (th[e] "Purpose"). The Parties have entered into this Agreement to protect th[e] confidentiality of information in accordance with the following terms:

1. The Effective Date of this Agreement is 10/29/2007.

[SIGNATURES APPEAR ON NEXT PAGE]



CONFIDENTIAL-ATTORNEYS' EYES ONLY                               GOOG-HIGH-TECH-00625478

| Google Inc. | | Participant: | |
|---|---|---|---|
| By: | *[signature]* | | Intuit Canada |
| Name: | Diane L Passaro | By: | *[signature]* |
| Title: | Contracts Manager | Name: | Barbara Anderson |
| Address: | 1600 Amphitheatre Parkway, Mountain View, CA 94043 | Title: | Group Marketing Manager |
| Date: | 11/20/07 | Address: | 7008 Roper Road Edmonton AB, T6B 3H2 |
| | | Date: | 11/16/07 |

(Rev. 032404)



CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625479