# EXHIBIT 134 TO
# HARVEY DECLARATION
# REDACTED VERSION

## INFORMATION SERVICES AGREEMENT

This Information Services Agreement (the "Agreement") is entered into by and between Apple Computer, Inc. ("Apple") and Google Technology Inc., ("Google") regarding Apple's use of the Services (defined below). This Agreement, dated Dec. 20, 2002 (the "Effective Date"), sets forth the terms and conditions under which Google makes the Services available to Apple.

1. Definitions. For purposes of this Agreement, the following terms will have the indicated meanings:



2. Services/Licenses.



CONFIDENTIAL-ATTORNEYS' EYES ONLY



CONFIDENTIAL-ATTORNEYS' EYES ONLY                                        GOOG-HIGH-TECH-00625487

8. Term and Termination.

CONFIDENTIAL-ATTORNEYS' EYES ONLY   GOOG-HIGH-TECH-00625488

This Agreement may be executed in counterparts, including facsimile counterparts.

| Google Technology Inc. | Apple Computer, Inc. |
|---|---|
| By: *(signature)* | By: *(signature)* |
| Print Name: Joan Braddi | Print Name: Philip Schiller |
| Title: VP Search Services | Title: Sr. VP WWPM |
| Date: 12-20-02 | Date: 12-19-02 |
| 2400 Bayshore Parkway | 1 Infinite Loop, MS 301-4GC |
| Mountain View, CA  94043 | Cupertino, CA  95014 |
| Tel:  (650) 330-0100 | Tel: (408) 996-1010 |
| Fax:  (650) 618-1711 | Fax: (408) 996-0275 |

**EXHIBIT A – APPLE END USER AGREEMENT**



CONFIDENTIAL-ATTORNEYS' EYES ONLY GOOG-HIGH-TECH-00625490

<s>



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625491</s>



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625492



CONFIDENTIAL-ATTORNEYS' EYES ONLY
GOOG-HIGH-TECH-00625493

**EXHIBIT B**

**Google Standard Mutual Non-Disclosure Agreement**

This Mutual Non-Disclosure Agreement ("Agreement") is made and entered into between Google Technology Inc., for itself and its subsidiaries ("Google"), and Apple Computer, Inc. ("Apple") for itself and its subsidiaries ("Apple"), individually referred to as a "Party" and collectively referred to as the "Parties". The Parties wish to explore a business opportunity in the field of evaluating the possibility of Apple using Google's Internet search services (the "Purpose"). In connection with this opportunity, each party may disclose to the other party certain confidential technical and business information. The parties have entered into this Agreement to assure the confidentiality of such information is maintained, in accordance with the following terms of this Agreement:

1. The Effective Date of this Agreement is defined on the Order Form.
2. 
3. 
4. 
5. 
6. 
7. 
8. 
9. 
10. 
11. 
12. 
13. 
14. 
15. 



# EXHIBIT C

## Google and Apple Brand Features

**Google Brand Features:**

**Apple Brand Features:**

Apple – Linking Agreement                            2                            CONFIDENTIAL

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625495