# EXHIBIT 135 TO HARVEY DECLARATION REDACTED VERSION

### Amendment One to Information Services Agreement
### between
### Google, Inc.
### and
### Apple Computer, Inc. ("Amendment 1")

The Information Services Agreement entered into between Apple Computer, Inc. ("Apple") and Google, Inc. (formerly doing business as "Google Technology, Inc.", "Google"), dated December 20, 2002 (the "Agreement"), is hereby amended, effective as of the date signed by Google below (the "Amendment 1 Effective Date"), as follows:



CONFIDENTIAL                    - 1 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625496



CONFIDENTIAL                    - 2 -

𝒟𝓋

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625497



CONFIDENTIAL            - 3 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625498



*[Rest of page left intentionally blank.]*

CONFIDENTIAL                          - 4 -

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625499**

IN WITNESS WHEREOF, the parties have executed this Amendment through their duly authorized representatives.

GOOGLE:                              APPLE:

By: _____       By: _____
        (signature)                         (signature)

Printed Name: _Joan Braddi_          Printed Name: _Philip Schiller_

Title: _VP Search Services_          Title: _Sr VP WWPM_

Date: _Jan. 14, 2005_                Date: _1/13/05_

CONFIDENTIAL                    - 5 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625500