# EXHIBIT 136 TO HARVEY DECLARATION REDACTED VERSION

## PRODUCT INTEGRATION AGREEMENT

This Product Integration Agreement, including all exhibits hereto (collectively referred to as the "**Agreement**"), effective as of the date signed by YouTube (the "**Effective Date**"), is made by and between Apple Inc., a California corporation with offices at 1 Infinite Loop, Cupertino, California 95014 ("**Apple**"), and YouTube, LLC, a Delaware limited liability company with offices at 1000 Cherry Avenue, Suite 200, San Bruno, CA 94066 ("**YouTube**").

1.     **Definitions.** The following capitalized terms shall have the meanings set forth below:





**Confidential**

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625509



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625510



2.      **Rights and Obligations of the Parties.**



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625511



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625512



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625513



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625515



**4.    Term and Termination.**



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625516



Confidential



CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625517



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625518



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625519



8.   **Representations, Warranties and Disclaimer.**



Confidential



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625521





Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625522



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625523



**IN WITNESS WHEREOF**, the parties have executed this Agreement by persons duly authorized as of the Effective Date, which shall be the date written by YouTube below.

**APPLE INC.**

By _____

Name _____

Title _____

Date _____

**YOUTUBE, LLC**

By:   GOOGLE INC.,
      ITS SOLE MEMBER

_____

By

_____

Name

_____

Title

_____

Date

Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625524

**EXHIBIT A**

**Apple Trademarks:**





Confidential

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625525**



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625526



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625527





Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625528

**EXHIBIT B**

**YouTube Trademarks:**



Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625529





Page 22 of 23

Confidential

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625530

UED)



Page 23 of 23

Confidential