# EXHIBIT 137 TO HARVEY DECLARATION REDACTED VERSION

# GOOGLE MAIL LICENSE AGREEMENT
## between
## Google Inc.
## and
## Apple Inc.

This License Agreement ("Agreement") is entered into and effective as of May 24, 2007 (the "Effective Date"), by and between Apple Inc., a California corporation having its principal place of business at One Infinite Loop, Cupertino, California 95014 ("Apple"), and Google Inc., a Delaware corporation having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, California 94043 ("Google").

## RECITALS

The parties desire to enter into an Agreement to enable Apple to incorporate access to Google's email service in certain Apple devices.

## AGREEMENT

1.    DEFINITIONS

1.1

1.2

1.3

1.4

1.5

1.6



CONFIDENTIAL                              - 1 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                        GOOG-HIGH-TECH-00625532

1.7

1.8

1.9

1.10

1.11

1.12

2.



CONFIDENTIAL

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625533

## 2.2 Trademark License



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                              **GOOG-HIGH-TECH-00625534**



3.   **RESPONSIBILITIES OF THE PARTIES**

3.1



3.2



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625535



**6.   SUPPORT AND MAINTENANCE**



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625536**

(a)



(b)

(c)

(d)

(e)

7.    CONFIDENTIALITY





CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625537



8.    TERM AND TERMINATION

8.1



8.2

8.3

8.4

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625538



9.

10.

CONFIDENTIAL-ATTORNEYS' EYES ONLY                              GOOG-HIGH-TECH-00625539

11.



152

CONFIDENTIAL

- 9 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY

13.    GENERAL

13.1



13.2

13.3

13.4

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625541



CONFIDENTIAL-ATTORNEYS' EYES ONLY                                    GOOG-HIGH-TECH-00625542

13.12 

IN WITNESS WHEREOF, the parties hereto have executed this Agreement as of the Effective Date.

**GOOGLE INC.**                              **APPLE INC.**

By: _____         By: _____

Print Name: _KENT WALKER_            Print Name: _Philip Schill_

Title: _VP L GC_                          Title: _S VP UWPM_

Date: _5-23-07_                           Date: _5-31-07_

CONFIDENTIAL                    - 12 -



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625543**

Exhibit A
Settings

Google Mail Settings



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625544**

**Exhibit B**
**Google Trademarks**



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625545**

Exhibit C

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625546**



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625547**

Exhibit D

Apple Trademarks



CONFIDENTIAL-ATTORNEYS' EYES ONLY                          GOOG-HIGH-TECH-00625548

Exhibit E



CONFIDENTIAL                          - 18 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625549



CONFIDENTIAL-ATTORNEYS' EYES ONLY                          GOOG-HIGH-TECH-00625550



CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625551



CONFIDENTIAL                    - 21 -

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625552