# EXHIBIT 138 TO HARVEY DECLARATION REDACTED VERSION

# CONTACT SYNC LICENSE AGREEMENT
### between
### Google, Inc.
### and
### Apple Inc.

This License Agreement ("Agreement") is entered into, effective as of January 14, 2008 (the "Effective Date"), by and between Apple Inc., a California corporation having its principal place of business at One Infinite Loop, Cupertino, California 95014 ("Apple"), and Google, Inc. ("Google"), having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA, 94043.

## 1.    DEFINITIONS

1.1

1.2

1.3

1.4



**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625631**

1.5

1.6

1.7

## 2.     GRANT OF RIGHTS

2.1



2.2

2.3

2.4

Confiden...

*Page 2*

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                          **GOOG-HIGH-TECH-00625632**



2.5

2.6

2.7

*Confidential*

*Page 3*

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625633



*Confidential*

*Page 4*

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625634



4.    CONFIDENTIALITY

*Confidential*

*Page 5*

CONFIDENTIAL-ATTORNEYS' EYES ONLY                GOOG-HIGH-TECH-00625635

5.    TERM



6.    TERMINATION

6.1

6.2    Effect of Termination.

CONFIDENTIAL-ATTORNEYS' EYES ONLY                    GOOG-HIGH-TECH-00625636



7.    **GENERAL**

7.1

7.2

7.3

Confi

Page 7

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625637**



CONFIDENTIAL-ATTORNEYS' EYES ONLY                          GOOG-HIGH-TECH-00625638




7.10

**CONFIDENTIAL-ATTORNEYS' EYES ONLY** **GOOG-HIGH-TECH-00625639**

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their duly authorized representatives:

APPLE INC.

BY: _____

NAME: Philip Schiller

TITLE: Sr VP WWPM

GOOGLE INC.

BY: _____

NAME: Megan J Smith

TITLE: VP New Bus-Devmt

*Confidential*

CONFIDENTIAL-ATTORNEYS' EYES ONLY       GOOG-HIGH-TECH-00625640

**EXHIBIT A**
Apple Affiliates

Apple Canada Inc.
Apple Computer (UK) Limited
Apple Computer AB
Apple Computer AG (SA) (Ltd,)
Apple Computer Benelux B.V.
Apple Computer Espana, S.A.
Apple Computer France S.A.R.L.
Apple Computer GmbH
Apple Computer Mexico, S.A. de C.V.
Apple Computer S.p.A
Apple Japan, Inc.

*Confidential*

*Page 11*

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**                    **GOOG-HIGH-TECH-00625641**