# EXHIBIT 15 TO GOOGLE MOTION FOR SUMMARY JUDGMENT REDACTED VERSION

# Produced in Native

CONFIDENTIAL ATTORNEY'S EYES ONLY



# Hiring GBS
## April 20, 2005

Arnnon Geshuri, Judy Gilbert

Contributors:  Todd Carlisle

04/19/05



# Agenda

- The Numbers
- "Interview-Free" Hiring Process Pilot
- Grants for Open Source Work
- Hiring Programs in Q2

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# EngOps Offer Stats for



**Tracking Offers for EngOps Staffing Initiatives as of**

| Initiative | Extended[1] | Accepted | Pending | Declined |
|---|---|---|---|---|
| TOTAL ENGOPS | | | | |

**Eng and NonEng Offer Accepts for          as of**

| Group | Accepted | Pending | Acc+Held | Goal | Delta |
|---|---|---|---|---|---|

**YTD Offers …**

| | Extended[1] | Accepted | Declined |
|---|---|---|---|

**EngOps Offers Declined**

| Reason | Current Quarter | Past Year[3] |
|---|---|---|

**Counter Offers**

| Competitor | Current Quarter | Past Year[3] |
|---|---|---|
| Total | | |

**EngOps Offers Declined**

| Current Quarter | Past Year[3] |
|---|---|

1. Extended offers include pending offers which have not yet been accepted or declined.  As such, the number of offers extended will add to more than the number accepted + number declined.  Extended offers also includes only those offers that have been extended in this quarter.

2.

3. Past Year is a rolling past year going back one year from today.

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

Google
3



# Growth in EngOps Over Time

## Hiring in EngOps in the Current Quarter

Cummulative Starts Over Current Quarter

## Analysis of Attrition

■ EngOps Reg.    ■ EngOps Not Reg.

Guaranteed Starts for Future Quarters Based on Offers Already Accepted

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

04/19/05



# Predicting Future Hiring

ENGOPS

NON-ENGOPS

*Predictions for Q1 were made as if the models guessed using the first month of hiring data from Q1.

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

04/19/05

5

# Predicted Performance for Q2 and Rest of Year

*The green cells indicate where the models predict we will beat Finance targets.*

**How Full is the Glass?**



**ENGOPS**

**NON-ENGOPS**

We see evidence of this conclusion if we compare the hiring we have seen in the first 2 weeks of Q2 (solid lines in graph) to the hiring rate we need to have to meet targets in each group (dotted lines)

**Starts for the Quarter**



*All predictions for the rest of 2005 were made using 2 weeks of hiring data from Q2. The matrix will now automatically adjust its predictions with each week of actual hiring data and thus become more accurate with each passing week.*



6

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

04/19/05

# OKR Review

**THEME 13:**
Innovate using people & technology structured differently



**Primary Owner(s):**
Amnon Geshuri/Shona Brown

**Status**:



RED: We won't hit this OKR without significant EMG intervention

YELLOW: We could hit this OKR if we had [x resources]

GREEN: We're sitting pretty and we'll will hit this OKR

**Plan of Action:** [if RED/YELLOW, plan to get the resources you need to hit OKR; [if GREEN, a couple of lines that discuss what else you need to do to hit the OKR]

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

04/19/05



7

# OKR Review


8

**THEME 13:**
Innovate using people & technology structured differently

**OKR**:
Hire VP of Corporate Communications, head of European PR, and 5 additional PR people

**Primary Owner(s):**
Arnnon Geshuri/Shona Brown/David Krane

**Status**:

🔴 RED: We won't hit this OKR without significant EMG intervention

🟡 YELLOW: We could hit this OKR if we had [x resources]

🟢 GREEN: We're sitting pretty and we'll will hit this OKR

**Plan of Action:** [if RED/YELLOW, plan to get the resources you need to hit OKR; if GREEN, a couple of lines that discuss what else you need to do to hit the OKR]

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

04/19/05

INTERVIEW-FREE HIRING

# Pilot Programs To Increase Candidate Pool

- Interview Free Recruting: The upcoming Eng Open House should provide a good pool of candidates for pilot program to hire Eng candidates without interviewing them

  - 

- Open Source Grants:



9

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL



10

# Streamlined Conversion Process

## <u>Onsite Contingent Workforce Management</u>

- We are excited to announce our selection of ██████ (a combined, web-based solution that will improve the way we acquire and pay temps and consultants at Google). With ███████, you'll be able to approve temp timecards, access headcount and spend reports for your temporary workforce and, in the near future, initiate compliance evaluations for any of your consultant needs.

- In choosing ██████ for this critical business function, we will streamline the complex process of on-boarding, managing, and paying our contingent workers and more effectively managing the risks associated with having a contingent workforce.

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

# Engineering Recruiting Organization Chart

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

11

04/19/05

# Non-Engineering Recruiting Organization Chart

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

04/19/05

Google

12

# International Recruiting Organization Chart

Google™

13

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

04/19/05

# Staffing College Programs Organization Chart



14

ATTORNEY-CLIENT PRIVILEGED AND CONFIDENTIAL

04/19/05