# EXHIBIT 16 TO GOOGLE MOTION FOR SUMMARY JUDGMENT REDACTED VERSION

**Top 25 New Hire Previous Employers (2007-2008)**
Sorted by current rank

| Rank | | | Company | # Hired | % of Reporting New Hires[1] | Current Peer Company |
|---|---|---|---|---|---|---|
| Current | 06-07 | Δ | | | | |
| 1 | 1 | - | ▮ | ▮ | ▮ | ▮ |
| 2 | 3 | +1 | ▮ | ▮ | ▮ | ▮ |
| 3 | 2 | -1 | ▮ | ▮ | ▮ | ▮ |
| 4 | 4 | - | ▮ | ▮ | ▮ | ▮ |
| 4 | 5 | +1 | ▮ | ▮ | ▮ | ▮ |
| 6 | 10 | +4 | ▮ | ▮ | ▮ | ▮ |
| 7 | 6 | -1 | ▮ | ▮ | ▮ | ▮ |
| 8 | 7 | -1 | ▮ | ▮ | ▮ | ▮ |
| 9 | 7 | -2 | ▮ | ▮ | ▮ | ▮ |
| 9 | 9 | - | ▮ | ▮ | ▮ | ▮ |
| 11 | 11 | - | ▮ | ▮ | ▮ | - |
| 12 | 15 | +3 | ▮ | ▮ | ▮ | - |
| 13 | 15 | +2 | ▮ | ▮ | ▮ | - |
| 14 | 11 | -3 | ▮ | ▮ | ▮ | - |
| 15 | 26 | +11 | ▮ | ▮ | ▮ | - |
| 16 | 13 | -3 | ▮ | ▮ | ▮ | - |
| 17 | 19 | +2 | ▮ | ▮ | ▮ | - |
| 17 | 24 | +7 | ▮ | ▮ | ▮ | - |
| 19 | 22 | +3 | ▮ | ▮ | ▮ | ▮ |
| 20 | 32 | +12 | ▮ | ▮ | ▮ | - |
| 20 | 22 | +2 | ▮ | ▮ | ▮ | - |
| 22 | 15 | -7 | ▮ | ▮ | ▮ | - |
| 22 | 27 | +5 | ▮ | ▮ | ▮ | - |
| 24 | 13 | -11 | ▮ | ▮ | ▮ | - |
| 24 | 32 | +8 | ▮ | ▮ | ▮ | - |

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                   GOOG-HIGH-TECH-00258494