# EXHIBIT 17 TO GOOGLE MOTION FOR SUMMARY JUDGMENT REDACTED VERSION

# GOOGLE LEADERSHIP DEVELOPMENT AND COMPENSATION COMMITTEE

## JANUARY 30, 2008

## [DRAFT FOR DISCUSSION]



Google Confidential and Proprietary

DRAFT FOR DISCUSSION



## MEMORANDUM

TO:   GOOGLE LEADERSHIP DEVELOPMENT AND COMPENSATION COMMITTEE

FROM:  SHONA BROWN     LASZLO BOCK
      SVP, BUSINESS OPERATIONS  VP, PEOPLE OPERATIONS

DATE:   JANUARY 23, 2008

SUBJECT:  AGENDA FOR JANUARY 30TH MEETING

My proposed agenda for our discussion is as follows (see corresponding attachments):

1. Leadership & development update **[contents still being developed – pending year end results]**

2. Review Peer Group for competitive compensation and benefits assessments
   SHONA:
   - **You have reviewed this analysis previously and agreed with the Peer Group changes.  We also incorporated your suggestions on talent competitor rankings.**
   - **Should we add Google's 2008 revenue and headcount forecasts to page 2 of this section (relevant rows of data are highlighted in yellow)?**

3. Review compensation and benefits philosophy
   SHONA:
   - **Do we want to include more detail in our discussion and tables on the benefits analysis beginning on page 2?**
   - **Should we add detail on benefits offered outside of the U.S.?**

4. Review Board and Executive ownership guidelines
   SHONA:
   - **This is a follow-up to the request made by the LDCC at the June meeting to address ownership requirements.**
   - **We have proposed ownership requirements ▮▮▮▮▮▮▮▮▮▮▮  All executives have sufficient holdings to easily achieve these guidelines.  Do the guidelines appear appropriate to you?**

5. Executive compensation
   a. Review Chief Executive Officer compensation
      SHONA:
      - **Do we include the CEO compensation section in the LDCC book as we have in the past or send as a separate document?**
      - **We have continued to exclude Paul's compensation (Intel CEO) from the CEO analysis as we did last year.**
   b. Review Founder compensation

CONFIDENTIAL ATTORNEY'S EYES ONLY

    c.  Review competitive analysis of Executive Staff compensation and propose compensation adjustments

**SHONA:**



–  **Also, note that market comparisons are based on compensation data from survey sources. We have provided proxy data for relevant positions in the appendix due to small sample size, but we want to point out that the proxy data is generally consistent with our survey findings.**

6.  Cash incentive plans **[contents still being developed – pending year end results]**
   - a.  Approve final 2007 cash incentive plan funding
   - b.  Propose 2008 cash incentive plan funding

7.  Equity incentive plans **[contents still being developed – pending year end results]**
   - a.  Review 2007 equity usage
   - b.  Update on              / discretionary grants
   - c.  Approve discretionary grant budget for SG&A critical talent
   - d.  Discuss 2008 equity vehicle usage
   - e.  Approve 2008 equity usage proposal
   - f.  Proposed Proxy request for additional shares

8.  Discuss Proxy statement disclosures **[to be provided by Legal]**

9.  Administrative items **[contents still being developed]**
   - a.  Review prior meeting minutes**[Legal]**
   - b.  Approve proposed resolutions**[Legal]**
     - i.  Prior meeting minutes
     - ii.  Board and Executive ownership guidelines
     - iii.  2007 cash incentive plan funding
     - iv.  2008 equity usage proposal
     - v.  Request for additional shares reserved for issuance
   - c.  2008 Committee calendar**[Compensation]**
   - d.  Review Designee grant approval activity**[Compensation at year end]**

[PLACE HOLDER]

## LEADERSHIP AND DEVELOPMENT UPDATE

Still in development – To be completed the first week of January

Agenda Items:

1. Scaling update
2. Org tree
3. CFO search
4. Hiring update
5. Eng resource management scaling
6. Retention update
7. Leadership development courses and programs update
8. Facebook rapid response update

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00223685



## 2008 Compensation Peer Group Selection
Overview of Selection Criteria, Previous Peers and Suggested Peer Group Changes

Authors:  Frank Wagner, Eric Schaffer, Tom Woo

### OVERVIEW

Three changes are recommended to Google's compensation peer group:

1. ███████████████████████████████████████
2. ███████████████████████████████████████
3. ███████████████████████████████████████

### PEER GROUP SELECTION CRITERIA

In 2007 Google peers were required to meet at least three of the following five criteria:

1. ███████████████████████████████████████
2. ███████████████████████████████████████
3. ███████████████████████████████████████
4. ███████████████████████████████████████
5. ███████████████████████████████████████

### ANALYSIS OF 2007 PEER GROUP AND PROPOSED CHANGES FOR 2008

CONFIDENTIAL ATTORNEY'S EYES ONLY

**DRAFT FOR DISCUSSION**

| Company (N=14) | Peer Group Selection Criteria[1] | | | | | | # of Criteria Met |
|---|---|---|---|---|---|---|---|
| | Industry | Talent Competitor[2] | Rev. (MM) | Market Cap (MM) | 2-Yr Growth[3] | | |
| | | | | | Rev. | Headcount | |

It summarizes their key measures and selection criteria and the impact of the proposed changes on the Peer Group:

| Company | Peer Group Selection Criteria[1] | | | | | | # of Criteria Met |
|---|---|---|---|---|---|---|---|
| | Industry | Talent Competitor[2] | Rev. (MM) | Market Cap (MM) | 2-Yr Growth[3] | | |
| | | | | | Rev. | Headcount | |

Company meets criteria
Company does not meet criteria

1) Peer group financial data is the most recent available.
2)
3)

GOOG-HIGH-TECH-00223687

**DRAFT FOR DISCUSSION**



## ATTACHMENT A: 2006 and YTD 2007 Google New Hire Previous Company Analysis

| Company | Talent Competitor Rank[1,2] | 2006 & 2007 Total Google Hires[3] | Peer Group Status |
|---|---|---|---|
| | | | Current |
| | | | Proposed |
| | | | Current |
| | | | Current |
| | | | Current |
| | | | Current |
| | | | Current |
| | | | Current |
| | | | Current |
| | | | Current |
| | | | Current |
| | | | Current |
| | | | Proposed |
| | | | Current |
| | | | Current |
| | | | Current |

1) Talent Competitor Rank and Total Hires figures exclude internal Google transfers and candidates sourced through staffing/temp agencies.

2) as

3)

4)

GOOG-HIGH-TECH-00223688



## Compensation and Benefits Philosophies
Discussion Document

Authors: Frank Wagner, Sue Wuthrich, Eric Schaffer
Contributor: Jon Silverman

## PURPOSE

1. Review overall compensation and benefits philosophies
2. Provide update on recent refinements to compensation philosophy
3. Review detailed benefits philosophy

## OVERVIEW OF COMPENSATION AND BENEFITS PHILOSOPHY

### General Rewards Philosophy

Our general rewards (compensation and benefits) philosophy is to deliver rewards in ways that support three primary business objectives:

1. Attract and retain the world's best talent
2. Support Google's culture of innovation and performance
3. Align employee interests with shareholder interests in the overall success of the company

### Compensation Philosophy

To achieve our rewards objectives, our compensation programs differentiate pay exponentially based on individual employee performance and more broadly share the upside and downside of company performance. This philosophy applies to all our employees, with increasing proportions of "leveraged" or "at-risk" compensation with increasing levels of leadership and responsibility.

### Benefits Philosophy

Our benefits philosophy is to deliver market-leading benefits to our employees for three key business reasons:

1. To provide a level of benefits that attracts and retains the world's best talent
2. To help balance Googlers' busy lives, allowing them to focus energy on what they love to do
3. To provide offerings to Googlers that have a high perceived value
   - Economies of scale and collective bargaining allow Google to source offerings at a lower cost than typically available to Googlers
   - Google delivers many offerings using tax efficient means

## REFINEMENTS TO COMPENSATION PHILOSOPHY

### Pay Positioning Relative to Market

The following table summarizes Google's intended compensation positioning against the market (this philosophy remains unchanged since last reported to the Committee):

| Employee Job Category | Base Salary %ile | Target Total Cash %ile | Target Equity %ile |
|---|---|---|---|
| | | | |

Our incentive programs are structured such that **_actual_** compensation realized should exceed target when either:

1. The employee performs above expectations, or
2. The company performs above expectations

CONFIDENTIAL ATTORNEY'S EYES ONLY

Target pay positions are evaluated annually and may vary for certain jobs to reflect the degree to which the Company is able to attract and retain desired talent.

Note that we will review our long-term retention policies in the first quarter of 2008 for presentation at a later LDCC meeting.

**Comparative Framework for Assessing Market Benchmarks**

We analyze market pay rates annually using the most relevant published survey sources available as well as SEC public filings for all direct pay elements (e.g., salary, cash incentives, equity).  As appropriate, we make adjustments to Google's pay practices to reflect any market changes to maintain desired market alignment. Specifically, we analyze pay data that reflect the following relevant labor markets at the time:

- ▬
- ▬
- ▬

We also test the quality of the survey market data by comparing survey data to previous compensation data of recently hired employees for each position. ▬

## DETAILED BENEFITS PHILOSOPHY

**Programs Offered**

To support our benefits philosophy, Google has a number of offerings that can be broadly categorized into three groups:

| Benefits Category | Concept | Sample Offerings (not all benefits available in all locations) |
|---|---|---|
| Core Programs | Health and retirement programs | • Health Insurance<br>• Retirement Plan – Defined Contribution<br>• Time Off Programs – Vacation, Holidays, Leaves<br>• Tax Efficient Savings Plans (e.g., Pre-Tax Spending Accounts) |
| Secure Foundation Programs | Coverage against certain catastrophic events | • Life Insurance<br>• Short-Term Disability<br>• Long-Term Disability<br>• Business Travel Accident Insurance |
| Google Perks | A set of innovative and unique non-cash benefits that increase employee's quality of life and productivity | • Wellness Programs (e.g., On-Site Physicians, Massage Program[1], On-Site Gyms)<br>• Personal Convenience (e.g., Meals, Laundry, Oil Change[1])<br>• Family Programs (e.g., Child Care[1], Maternity/Parental Leaves)<br>• Continuing Education (e.g., Tuition Reimbursement, Authors@google)<br>• Community Involvement (e.g., Gift Matching, Annual Trip, TGIF)<br>• Google Green (e.g., Fuel Efficient Car Program, Local Shuttle Service) |

1) These perks require an employee contribution.

**Benefits and Perks Eligibility**

Google designs benefits programs by balancing broad eligibility, which supports Google's egalitarian culture, with country-specific competitiveness.

When designing a Core Program or Secure Foundation Program offering, we typically focus on offering this benefit to all Googlers.  The magnitude of the benefit will be driven by local market conditions.

When designing Google Perks, we focus on the needs of local Googlers and the employment density for a given office. This allows us to focus funds for higher fixed-cost program components where they will have the highest level of business impact.  All Google Perks programs are customized and continually refined to most efficiently deliver perceived value (while maintaining target market positioning of our costs) to those who utilize the services.

CONFIDENTIAL ATTORNEY'S EYES ONLY

DRAFT FOR DISCUSSION

**Positioning Relative to Market**

Google intends to align its benefits programs against the market as follows:

| Benefits Category | Target Market Comparison | Current Market Positioning |
|---|---|---|
|  |  |  |

**Comparative Framework for Assessing Market Benchmarks**

We analyze market data using a variety of methods including competitive market research of common plan provisions and relative value measures from published and specialized survey sources.

When comparing ourselves to the market, we most heavily weigh competitive data from our Peer Group.

**Decision-Making Authority**

We have established a Benefits Committee which consists of Shona Brown (SVP, Business Operations), Laszlo Bock (VP, People Operations), and Sue Wuthrich (Director Benefits).  The Benefits Committee is deemed a fiduciary of the plan and is responsible for the day-to-day administration of the plan, including hiring record keepers, consultants, third party administrators, investment managers, accountants, etc.  Fiduciaries are responsible for acting prudently, following the terms of the written plan documentation and ensuring plans are consistent with local statutory requirements.

**Cost Efficiencies**

To ensure both cost and services are within Google standards, we conduct regular Request for Quotations (RFQs).  As discussed above, we regularly compare our cost basis to competitive market rates and published surveys.

CONFIDENTIAL ATTORNEY'S EYES ONLY



## Director Stock Ownership Requirements

Authors: Frank Wagner, Eric Schaffer, Tom Woo

**BACKGROUND AND MARKET ANALYSIS**

The LDCC requested during its June 12, 2007 meeting that Google research market Director equity ownership requirement practices and, if necessary, recommend changes to Google's requirements.

The table below details Peer and Google practices:



** Value not disclosed.
1) Guideline values for companies that express ownership requirements as a multiple of annual retainer have been estimated based on proxy disclosed compensation levels.

**RECOMMENDATION**

Given that Google's current Director stock ownership levels are highly competitive, no changes are recommended to Google's requirements at this time.

CONFIDENTIAL ATTORNEY'S EYES ONLY



## Executive Stock Ownership Requirements

Overview of Market Practices and Proposed Changes to Ownership Requirements

Authors: Frank Wagner, Eric Schaffer, Tom Woo

### PURPOSE

The LDCC requested during its June 12, 2007 meeting that Google research market equity ownership guideline practices and, if necessary, recommend changes to Google's requirements. ███████████████

███████████████████████████████████████████████████████████

The table below summarizes competitive market practices:



| Market Data | CEO[1] Required Value of Equity Holdings[4] (000s) | Equivalent Google Shares at $700 Share Price | SVP[2] Required Value of Equity Holdings[4] (000s) | Equivalent Google Shares at $700 Share Price | VP2[3] Required Value of Equity Holdings[5] (000s) | Equivalent Google Shares at $700 Share Price | VP1[3] Required Value of Equity Holdings[5] (000s) | Equivalent Google Shares at $700 Share Price | Years to Achieve Compliance |
|---|---|---|---|---|---|---|---|---|---|
|   |   |   |   |   |   |   |   |   |   |

1) Ownership requirements for peer group CEOs.
2) Ownership requirements for peer group Named Executive Officers, excluding the CEO.
3) Market data for similar positions from Equilar 2006 Executive Stock Ownership Guidelines Report.
4) Where requirements were expressed as a multiple of base salary, they were converted to a dollar value based on compensation disclosed in the proxy.
5) Survey data was provided as market median and was converted to 25th, 75th and 90th percentiles based on the same ratios appearing in the SVP data.
   Median Google salary for the grade was used to develop required holding values from salary multiple data.

### RECOMMENDATIONS

To (1) better align Google with market practices and (2) increase shareholder advisory services' (e.g., Institutional Shareholder Services, Glass-Lewis) perception of Google pay practices, we propose the following share ownership guidelines:

| Google Level | Proposed Google Share Ownership Requirements | | | Market 75th Percentile | | Google Grant Guidelines as a Multiple of Proposed Requirement | |
|---|---|---|---|---|---|---|---|
|   | Number of Shares | Value of Requirement at $700 share price | Years to Achieve Compliance | Required Value of Equity Holdings (000s) | Google Proposed as a Percent of Market 75th %ile | New Hire | Refresher Grant |
|   |   |   |   |   |   |   |   |

███████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████

**Redacted - Not Responsive**

Redacted - Not Responsive

███████████████████████████████████████████████████████████

ATTACHMENT A



| Company | Requirement Expressed As | Time to Achieve | Guideline Value¹ (000s) | | Equiv. Google Shares at $700 | |
|---|---|---|---|---|---|---|
| | | | CEO | Other Executives | CEO | Other Executives |

** Not disclosed in proxy filing.
1) Guideline value for companies that express ownership guidelines as a multiple of executive pay have been
   estimated based on proxy disclosed compensation levels.

**ATTACHMENT B**

| Guideline Category | Requirement (# of shares) | Executive | Title | | | After-tax Unvested Shares | Mutliple of Guideline |
|---|---|---|---|---|---|---|---|

# Redacted

Redacted

CONFIDENTIAL ATTORNEY'S EYES ONLY



## CEO Compensation Assessment

Authors: Frank Wagner, Eric Schaffer, Tom Woo

### OVERVIEW

Each year Google undertakes a review of its executive compensation practices to assess competitiveness to

# Redacted - Not Responsive

### METHODOLOGY

To identify relevant market practices, we analyzed non-founder CEO compensation of ▇ high technology companies that were deemed appropriate peer comparables. Company details and selection criteria are shown in Attachment A.

### COMPETITIVE SUMMARY

The following summarizes our analyses of peer company proxy findings compared to Google's current CEO compensation levels.[1,2]

*(Dollars in 000s)*

| Market Compensation | | Base Salary | Total Cash Comp. | Total Direct Comp. | | % Potential Ownership |
|---|---|---|---|---|---|---|
| | | | Redacted | | | |

\* Reflects Holiday Bonus paid to all Google employees.



**Cash Compensation**
- 
# Redacted - Not Responsive
- 
- 

**Long-term Incentives (LTI)**
- 
- 
- 

**Total Ownership**
- 

---

[1] Peer data reflects last fiscal year proxy filings. See Attachment B for a detailed summary of findings.
[2] Peer data has been annualized as appropriate.

CONFIDENTIAL ATTORNEY'S EYES ONLY

**ATTACHMENT A**

### Peer Company "Comparables" with Non-Founder CEOs



1) Company's rank in total number of Google new hires in 2006 and 2007 and is based on 7,724 new hires where a previous employer was listed.

CONFIDENTIAL ATTORNEY'S EYES ONLY

**ATTACHMENT B**

### Detailed Proxy Analyses – Total Direct Compensation



1) Stock options valued using the Risk-Adjusted Present Value methodology as detailed in Attachment D.
2) Restricted stock valued at face value on grant date.
3) LTIP value includes grant date present value of cash based long-term incentive plans and performance share unit plans.

Note:
– Percentiles and averages shown include zeros

### Detailed Proxy Analyses – Total Potential Ownership



Notes:
– Percentiles and averages shown include zeros
– Peer Percent Potential Ownership reflects holdings after the most recent fiscal year end.  Google reflects as of 10/30/2007

CONFIDENTIAL ATTORNEY'S EYES ONLY

**ATTACHMENT C**

**Detailed Paper Gain Analysis on Total Equity Granted**

| Google Incumbent | Tenure (years) | Total Equity Granted | Wtd. Avg. Grant Price | Approximate Gain on Total Equity Granted as of 12/31/2007 | | | |
|---|---|---|---|---|---|---|---|
| | | | | Total Current Holdings | Total Unvested Shares | Total Gain on Current Holdings (MM) | Unvested Paper Gains (MM) |
| Redacted | | | | | | | |

Note:
  −    Redacted

Assumptions:
  −    Paper gain assumes stock price of $636.24, which reflects the average Q4 2007 closing price
  −    "Total Equity Granted" includes all shares ever granted as compensation, including shares that have since been transferred or sold; does not include shares received as distributions from outside investments
  −    "Total Current Holdings" is net of sales and includes all shares from all sources.  Data is current as of most recent Form 4 filing (10/30/2007)

CONFIDENTIAL ATTORNEY'S EYES ONLY

**DRAFT FOR DISCUSSION**

## ATTACHMENT D

**Risk-Adjusted Present Value Methodology (to Value Stock Options)**

| Criteria | Assumption | Rationale |
|---|---|---|
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ |
| ▮▮▮▮▮▮ | ▮▮▮▮▮▮ | ▮▮▮▮▮▮▮▮▮▮ |
| 3.  Term of options | 5 years | Typical length of time employees hold options |
| 4.  Discount rate | ▮▮▮▮▮▮ | ▮▮▮▮▮▮ expected rate of return (i.e., risk-adjusted rate) |

**Example Peer Company Stock Option Calculation**

$$\frac{(\text{Grant price} \times [1 + \text{growth rate}]^{n}) - \text{Grant price}}{(1 + \text{discount rate})^{n}}$$

$$\frac{(\$25.00 \times [1 + 15\%]^{5\ \text{years}}) - \$25.00}{(1 + 15\%)^{5\ \text{years}}}$$

$$= \$12.57 \text{ per option (50\% of face value)}$$

**ATTACH 5B Founder Comp Assessment 2008-01-30**                    **DRAFT FOR DISCUSSION**



## Founder Compensation Assessment

Authors: Frank Wagner, Eric Schaffer, Tom Woo

### OVERVIEW

Each year Google undertakes a review of its executive compensation practices to assess its competitiveness

# Redacted

### METHODOLOGY

To identify relevant market practices, we analyzed the compensation of founders with operational roles from ██ high technology companies deemed appropriate peer comparables. Company details and selection criteria are shown in Attachment A.

### COMPETITIVE SUMMARY

The following summarizes our analyses of peer company proxy findings compared to Google's compensation levels.[1,2]

*(Dollars in 000s)*

| Market Compensation | Base Salary | Total Cash Comp. | Total Direct Comp. | % Potential Ownership |
|---|---|---|---|---|
| | | | | |

# Redacted

\* Reflects Holiday Bonus paid to all Google employees.

**Cash Compensation**

# Redacted

– 

**Total Direct Compensation** *(Total Cash + Long-term Incentives)*

– 

**Total Ownership**

– 

---

[1] See Attachment B for a detailed summary of proxy findings.
[2] Google total ownership positions shown are based on current equity holdings as shown in Attachment C.

CONFIDENTIAL ATTORNEY'S EYES ONLY

**Attachment A**

## Peer Company "Comparables" with Operational Founders



| Company | Reported Fiscal Year | Revenues (MM) | Market Cap (MM) | Headcount | 2-Year Growth | | Google Talent Competitor Rank[1] |
|---|---|---|---|---|---|---|---|
| | | | | | Revenue | Headcount | |
| | | | | | | | |
| Google 2006 | | | | | | | |
| Google 2007 | | | | | | | |
| Google 2008 (projected) | | | | | | | |

1) Company's rank in total number of Google new hires in 2006 and 2007 and is based on 7,724 new hires where a previous employer was listed.

GOOG-HIGH-TECH-00223702

**Attachment B**

## Detailed Proxy Analyses – Total Direct Compensation
*(Founders with operational roles)*



*(Dollars in 000s)*

\* Reflects Holiday Bonus paid to all Google employees.

1) Stock options valued using the Risk-Adjusted Present Value methodology as detailed in Attachment D.
2) Restricted stock valued at face value on grant date.
3) LTIP value includes grant date present value of cash based long term incentive plans and performance share unit plans.
4) In addition to Chairman of the Board, Michael Dell assumed duties as the CEO on January 31, 2007.

Note:
- Compensation shown for Google represents holiday bonuses paid equally to all full-time employees
- Percentiles and averages shown include zeros
- [Redacted]

  he announced a two-year plan for his transition out of a day-to-day role

## Detailed Proxy Analyses – Total Potential Ownership
*(Founders with operational roles)*



Note:
- Percentiles and averages shown include zeros
- Peer Percent Potential Ownership reflects holdings after the most recent fiscal year end.  Google is as of 11/1/2007
- [Redacted]

CONFIDENTIAL ATTORNEY'S EYES ONLY

**Attachment C**

**Detailed Paper Gain Analysis on Total Equity Granted**

| Google Incumbent | Tenure (years) | Total Equity Granted | Wtd. Avg. Grant Price | Approximate Gain on Total Equity Granted as of 12/31/2007 | | | |
|---|---|---|---|---|---|---|---|
| | | | | Total Current Holdings | Total Unvested Shares | Total Gain on Current Holdings (MM) | Unvested Paper Gains (MM) |
| Redacted | | | | | | | |

Assumptions:

- Paper gain assumes stock price of $636.24, which reflects the average Q4 2007 closing price
- "Total Equity Granted" includes all shares ever granted as compensation, including shares that have since been transferred or sold; does not include shares received as distributions from outside investments
- "Total Current Holdings" includes all shares from all sources and reflects recent sales. Data is current as of most recent Form 4 filings (11/1/2007)

CONFIDENTIAL ATTORNEY'S EYES ONLY



## Executive Staff Compensation Assessment

Authors:  Frank Wagner, Eric Schaffer, Crystal Millican
Contributor:  Tom Woo

### OVERVIEW

### METHODOLOGY

To identify relevant market practices, we analyzed custom cuts of survey compensation data for relevant peer companies and other similarly sized companies.  Peer companies and survey job matches are consistent with our previous executive compensation methodologies.

### EMG COMPETITIVE SUMMARY

Based on our competitive assessment, EMG pay is generally aligned with our compensation philosophy.  The chart below details the percentage of EMG members with compensation below, at or above our intended target market pay positioning.  Also, our target pay positioning for each element of compensation is shown in the row shaded in grey.

| Distribution of EMG Compensation Relative to Target Market Pay Positioning[1] | | | | |
|---|---|---|---|---|
| Elements of Compensation | 2008 Base Salary | 2008 Target Total Cash | 2008 Estimated Actual Total Cash | 2007 Equity[2] (one time awards annualized) |
| Google's *Target* Pay Positioning Relative to Market Practice | | | | |
| % of EMG Below Target  More than one quartile below target positioning | | | | |
| % of EMG Slightly Below Target  Less than one quartile below target positioning | | | | |
| % of EMG At Target | | | | |
| % of EMG Above Target | | | | |

## Redacted

Options are valued based on their fair market value on the date of grant.  GSUs are valued based on Google's stock price on the date of grant.
3) A +/- 5% interval around the 75th percentile is used to reflect target pay positioning for analyses in this section.

**DRAFT FOR DISCUSSION**

The following is a detailed summary of how each EMG member's compensation compares to the competitive market:



| Position | Incumbent | Current Base Salary | 2008 Target Total Cash | 2008 Estimated Actual Total Cash[1] | 2007 Equity[2] (one time awards annualized) |
|---|---|---|---|---|---|

**Redacted**

☐ = compensation more than one quartile below target

1) 2008 estimated actual total cash reflects the sum of 2008 base salaries and projected 2008 actual bonuses equal to 2.16x target bonuses based on expected individual and company performance.

2) Includes 2007 refresher equity as well as annualized one time special GSU awards. Options are valued based on their fair market value on the date of grant. GSUs are valued based on Google's stock price on the date of grant.

3) Supplemental proxy data for these incumbents is available in Attachment B.

**Redacted**

Note:
- See Attachment A for additional market detail on each element of compensation
- See Attachment B for proxy detail for relevant EMG members

CONFIDENTIAL ATTORNEY'S EYES ONLY

## ATTACHMENT A

**Market Comparables Analyzed**

[redacted]

Sources:

1. [redacted]
2. [redacted]
3. [redacted]

**Market Compensation Assessment**

### CURRENT BASE SALARY

(Dollars in 000s)



| Position | Incumbent | Google | | Market Data | | |
| | | Current Base Salary | Percentile Rank | 25th | 50th | 75th |
|---|---|---|---|---|---|---|

☐ = compensation more than one quartile below target

1) Urs Hoelzle has elected to receive a salary of $1 which is atypical for his position.

### 2008 TARGET TOTAL CASH

(Dollars in 000s)

| Position | Incumbent | Google | | Market Data | | |
| | | 2008 Target Total Cash | % Rank | 50th | 75th | 90th |
|---|---|---|---|---|---|---|

☐ = compensation more than one quartile below target

1) Urs Hoelzle has historically elected to forego his annual bonus.

CONFIDENTIAL ATTORNEY'S EYES ONLY

**DRAFT FOR DISCUSSION**

## 2008 ESTIMATED ACTUAL TOTAL CASH

*(Dollars in 000s)*

| Position | Incumbent | Google 2008 Estimated Actual Total Cash[1] | % Rank | Market Data 50th | 75th | 90th |
|---|---|---|---|---|---|---|
| Redacted | | | | | | |

1) 2008 estimated actual total cash reflects the sum of 2008 base salaries and projected 2008 actual bonuses equal to 2.16x target bonuses based on expected individual and company performance.

Redacted

## 2007 EQUITY

*(Dollars in 000s)*

| Position | Incumbent | Google 2007 Equity (one time awards annualized) | % Rank | Market Data 50th | 75th | 90th |
|---|---|---|---|---|---|---|
| Redacted | | | | | | |

1) Includes 2007 refresher equity as well as annualized one time special GSU awards.  Options are valued based on their fair market value on the date of grant.  GSUs are valued based on Google's stock price on the date of grant.
2) Market equity data for Shona Brown's position is not directly available from survey sources.  Market equity for her position is estimated based on internal equity.

**Redacted**

CONFIDENTIAL ATTORNEY'S EYES ONLY
GOOG-HIGH-TECH-00223708

**DRAFT FOR DISCUSSION**

**ATTACHMENT B**



**CHIEF FINANCIAL OFFICER** *(Dollars in 000s)*

| Company | Position Title | Incumbent | LFY Annualized Base Salary | LFY Annualized Total Cash | Annualized Restricted Stock Value[2] | Annualized Option Value[1] | Annualized LTIP Value[3] | Total Direct Comp. |
|---|---|---|---|---|---|---|---|---|
| Google | | | | Redacted | | | | |

**TOP TECHNICAL** *(Dollars in 000s)*

| Company | Position Title | Incumbent | LFY Annualized Base Salary | LFY Annualized Total Cash | Annualized Restricted Stock Value[2] | Annualized Option Value[1] | Annualized LTIP Value[3] | Total Direct Comp. |
|---|---|---|---|---|---|---|---|---|
| Google | | | | Redacted | | | | |

**TOP SALES** *(Dollars in 000s)*

| Company | Position Title | Incumbent | LFY Annualized Base Salary | LFY Annualized Total Cash | Annualized Restricted Stock Value[2] | Annualized Option Value[1] | Annualized LTIP Value[3] | Total Direct Comp. |
|---|---|---|---|---|---|---|---|---|
| Google | | | | Redacted | | | | |

1) Stock options valued using the Risk-Adjusted Present Value methodology.
2) Restricted stock valued at face value on grant date.
3) LTIP value includes grant date present value of cash based long-term incentive plans and performance share unit plans.

CONFIDENTIAL ATTORNEY'S EYES ONLY

[PLACE HOLDER]

## CASH INCENTIVE PLANS

Still in development – To be completed the first week of January

Agenda Items:

1. Approve final 2007 cash incentive plan funding
   a. Company multiplier
   b. Pool amount for each plan (executive, company, and sales)
2. Propose 2008 cash incentive plan funding

CONFIDENTIAL ATTORNEY'S EYES ONLY

[PLACE HOLDER]

## EQUITY INCENTIVE PLANS

Still in development – To be completed the first week of January

Agenda Items:

1. Review 2007 equity usage
2. Update on ██████████████/ discretionary grants
3. Approve discretionary grant budget for SG&A critical talent
4. Discuss 2008 equity vehicle usage
5. Approve 2008 equity usage proposal
6. Proposed proxy request for additional shares

CONFIDENTIAL ATTORNEY'S EYES ONLY

[PLACE HOLDER]

## DISCUSS PROXY STATEMENT DISCLOSURES

---

Still in development – Legal filed a statement with SEC on December 21, 2007.  We are still awaiting details.

---

Agenda Items:

1.  Compensation Discussion & Analysis
2.  SEC inquiry update

CONFIDENTIAL ATTORNEY'S EYES ONLY

[PLACE HOLDER]

## ADMINISTRATIVE ITEMS

Still in development – coordinating with Legal

Agenda Items:

1. Review prior meeting minutes
2. Approve proposed resolutions
   a. Prior meeting minutes
   b. Board and Executive ownership guidelines
   c. 2007 cash incentive plan funding
   d. 2008 equity usage proposal
   e. Request for additional shares reserved for issuance
3. 2008 Committee calendar
4. Review Designee grant approval activity

CONFIDENTIAL ATTORNEY'S EYES ONLY