# EXHIBIT 32 TO GOOGLE MOTION FOR SUMMARY JUDGMENT REDACTED VERSION

## Gentleman's Agreements



### Pixar

We have a verbal agreement with Pixar that says we will communicate with Pixar regarding people we could be potentially recruiting. The gentleman's agreement is based on the assumption that we are two extremely different companies, doing extremely different work. If a person would truly rather work at the other company then both facilities will respect their wishes.

- We do not actively recruit their employees, the employee has to approach us first. This applies to ALL positions, including accounting, production and the Art department.
- PRIOR to an offer being extended the recruiter contacts Gail Currey to discuss the intent to extend an offer to a Pixar employee.

Confidential                    Page 1                    { DATE }

Confidential                                              LUCAS00195586

- When it has been determined that you're going to make an offer, ask the Pixar employee to tell their supervisor that they are talking to us. Pixar does not need to know that we are talking until we know we are going to make an offer.
- We contact Pixar before making the offer to warn them we are going to extend an offer.
- We have actually canceled offers to people that Pixar said were "essential".
- We will work with Pixar regarding schedules so that neither facility's production schedules are impacted negatively.
- Because of the above it is rare for us to be in a position of bidding against Pixar. We will give an offer to a candidate, if Pixar counter offers, we will NOT counter again. Our first offer is our final offer.



### MANIX

We have a friendly, competitive relationship with ▮▮▮▮▮ Manix

- We can call their employees, even if they haven't approached us.
- After an offer has been accepted by one of their employees a representative of ILM will contact ▮▮▮▮▮ Manix management. We will give them the opportunity to tell us if the person is essential to the facility, and work out schedules so there isn't a negative impact on their productions.
- The idea here is to be up front and communicative, and not be seen to be out and out raiding.



Confidential                                                                                                         LUCAS00195587



### Matte World Digital
- ILM will not recruit a MWD employee during any period that they are rendering services to ILM or for a three-month period thereafter.
- If an MWD employee approaches ILM during this period we can talk with them.
- PRIOR to an offer being extended the recruiter contacts Gail Currey to discuss the intent to extend an offer to a MWD employee.
- After talking with Gail, the recruiter directs the employee to inform his supervisor that he/she is actively looking for work and would like to talk to us.
- We call MWD to confirm that the employee has talked to the supervisor.
- If that person is essential to a project an end date will be negotiated.



### SGI

- We do not actively recruit SGI employees, if they approach us we can interview them.
- Prior to extending an offer the recruiter should contact Gail Currey.
- After talking with Gail, let the candidate know that they should notify their manager that they are pursuing opportunities with ILM.
- Once they have talked to their manager call our representative, Michael Simon and ask him if it is okay to make this person an offer.
  As Michael is our marketing representative, it is unlikely that he will know him and will have to research it but he is pretty quick to respond to things.

