# EXHIBIT 33 TO GOOGLE MOTION FOR SUMMARY JUDGMENT

## Exhibit 2B
## Number of Employees by Defendant and Year
### Technical, Creative, and R&D Class

|      | Adobe | Apple | Google | Intel  | Intuit | Lucasfilm | Pixar | All Defendants |
|------|-------|-------|--------|--------|--------|-----------|-------|----------------|
| 2001 | 1,582 | 2,670 | 101    | 28,143 | 1,557  | 57        | 374   | 34,484         |
| 2002 | 1,441 | 2,866 | 207    | 26,912 | 1,977  | 65        | 413   | 33,881         |
| 2003 | 1,450 | 2,954 | 509    | 26,210 | 1,907  | 72        | 415   | 33,517         |
| 2004 | 1,579 | 2,942 | 1,026  | 25,698 | 1,829  | 80        | 438   | 33,592         |
| 2005 | 2,205 | 3,358 | 2,258  | 30,231 | 1,814  | 134       | 479   | 40,479         |
| 2006 | 2,218 | 3,677 | 3,776  | 28,857 | 1,863  | 274       | 551   | 41,216         |
| 2007 | 2,277 | 4,248 | 5,290  | 27,584 | 2,244  | 338       | 569   | 42,550         |
| 2008 | 2,400 | 4,950 | 6,388  | 27,167 | 2,349  | 322       | 667   | 44,243         |
| 2009 | 2,552 | 5,589 | 6,825  | 27,193 | 2,237  | 350       | 707   | 45,453         |
| 2010 | 2,489 | 6,663 | 8,693  | 27,748 | 2,308  | 339       | 754   | 48,994         |
| 2011 | 2,639 | 7,582 | 11,139 | 30,424 | 2,457  | 323       | 774   | 55,338         |

Source:  Dr. Leamer's backup data and materials.