# EXHIBIT 35 TO GOOGLE MOTION FOR SUMMARY JUDGMENT REDACTED VERSION

# Appendix 1A
## Analysis of Hires from Other Defendants
### (All-Salaried Employee Class)

**Panel A: 2001-2012**

| Hiring Company | Last Previous Company within 1 year | | | | | | | | Percentage of Row Total | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| Intel | | | | | | | | | | | | | | | | |
| Intuit | | | | | | | | | | | | | | | | |
| Lucasfilm | 0 | 6 | 0 | 2 | 0 | | 10 | 1,351 | 1,369 | 0.00% | 0.44% | 0.00% | 0.15% | 0.00% | | 0.73% |
| Pixar | 3 | 8 | 6 | 1 | 2 | 12 | | 1,335 | 1,367 | 0.22% | 0.59% | 0.44% | 0.07% | 0.15% | 0.88% | |
| All Defendants | 222 | 218 | 54 | 293 | 98 | 37 | 35 | 91,014 | 91,971 | 0.24% | 0.24% | 0.06% | 0.32% | 0.11% | 0.04% | 0.04% |

**Panel B: 2001-2004**

| Hiring Company | Last Previous Company within 1 year | | | | | | | | Percentage of Row Total | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| Intel | | | | | | | | | | | | | | | | |
| Intuit | | | | | | | | | | | | | | | | |
| Lucasfilm | 0 | 1 | 0 | 1 | 0 | | 3 | 402 | 407 | 0.00% | 0.25% | 0.00% | 0.25% | 0.00% | | 0.74% |
| Pixar | 0 | 4 | 0 | 0 | 1 | 3 | | 431 | 439 | 0.00% | 0.91% | 0.00% | 0.00% | 0.23% | 0.68% | |
| All Defendants | 34 | 45 | 0 | 34 | 15 | 6 | 5 | 23,042 | 23,181 | 0.15% | 0.19% | 0.00% | 0.15% | 0.06% | 0.03% | 0.02% |

**Panel C: 2005-2009**

| Hiring Company | Last Previous Company within 1 year | | | | | | | | Percentage of Row Total | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| Intel | | | | | | | | | | | | | | | | |
| Intuit | | | | | | | | | | | | | | | | |
| Lucasfilm | 0 | 5 | 0 | 1 | 0 | | 5 | 788 | 799 | 0.00% | 0.63% | 0.00% | 0.13% | 0.00% | | 0.63% |
| Pixar | 1 | 3 | 5 | 1 | 1 | 6 | | 657 | 674 | 0.15% | 0.45% | 0.74% | 0.15% | 0.15% | 0.89% | |
| All Defendants | 104 | 97 | 27 | 167 | 44 | 17 | 18 | 43,595 | 44,069 | 0.24% | 0.22% | 0.06% | 0.38% | 0.10% | 0.04% | 0.04% |

**Panel D: 2010-2012**

| Hiring Company | Last Previous Company within 1 year | | | | | | | | Percentage of Row Total | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| Intel | | | | | | | | | | | | | | | | |
| Intuit | | | | | | | | | | | | | | | | |
| Lucasfilm | 0 | 0 | 0 | 0 | 0 | | 2 | 161 | 163 | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 1.23% |
| Pixar | 2 | 1 | 1 | 0 | 0 | 3 | | 247 | 254 | 0.79% | 0.39% | 0.39% | 0.00% | 0.00% | 1.18% | |
| All Defendants | 84 | 76 | 27 | 92 | 39 | 14 | 12 | 24,377 | 24,721 | 0.34% | 0.31% | 0.11% | 0.37% | 0.16% | 0.06% | 0.05% |

Note: This analysis excludes hires indicated as acquisitions and hires showing the same defendant company as their immediate previous employer within one year of the hiring.
Source: Dr. Leamer's employee data.