# EXHIBIT 36 TO GOOGLE MOTION FOR SUMMARY JUDGMENT REDACTED VERSION

# Appendix 1B
## Analysis of Separations Going to Other Defendants
### (All-Salaried Employee Class)

**Panel A: 2001-2012**

| Separation Company | Next Company within 1 year | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| Intel | | | | | | | | | | | | | | | | |
| Intuit | | | | | | | | | | | | | | | | |
| Lucasfilm | 0 | 9 | 15 | 1 | 0 | 0 | 12 | 1,490 | 1,527 | 0.00% | 0.59% | 0.98% | 0.07% | 0.00% | 0.00% | 0.79% |
| Pixar | 0 | 11 | 6 | 2 | 0 | 7 | | 726 | 752 | 0.00% | 1.46% | 0.80% | 0.27% | 0.00% | 0.93% | |
| All Defendants | 122 | 326 | 336 | 35 | 74 | 15 | 31 | 72,287 | 73,226 | 0.17% | 0.45% | 0.46% | 0.05% | 0.10% | 0.02% | 0.04% |

**Panel B: 2001-2004**

| Separation Company | Next Company within 1 year | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| Intel | | | | | | | | | | | | | | | | |
| Intuit | | | | | | | | | | | | | | | | |
| Lucasfilm | 0 | 3 | 2 | 0 | 0 | 0 | 4 | 580 | 589 | 0.00% | 0.51% | 0.34% | 0.00% | 0.00% | 0.00% | 0.68% |
| Pixar | 0 | 2 | 1 | 0 | 0 | 3 | | 229 | 235 | 0.00% | 0.85% | 0.43% | 0.00% | 0.00% | 1.28% | |
| All Defendants | 28 | 55 | 24 | 3 | 22 | 5 | 9 | 25,399 | 25,545 | 0.11% | 0.22% | 0.09% | 0.01% | 0.09% | 0.02% | 0.04% |

**Panel C: 2005-2009**

| Separation Company | Next Company within 1 year | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| Intel | | | | | | | | | | | | | | | | |
| Intuit | | | | | | | | | | | | | | | | |
| Lucasfilm | 0 | 3 | 5 | 1 | 0 | 0 | 5 | 655 | 669 | 0.00% | 0.45% | 0.75% | 0.15% | 0.00% | 0.00% | 0.75% |
| Pixar | 0 | 4 | 3 | 2 | 0 | 2 | | 329 | 340 | 0.00% | 1.18% | 0.88% | 0.59% | 0.00% | 0.59% | |
| All Defendants | 70 | 151 | 182 | 17 | 39 | 8 | 16 | 35,375 | 35,858 | 0.20% | 0.42% | 0.51% | 0.05% | 0.11% | 0.02% | 0.04% |

**Panel D: 2010-2012**

| Separation Company | Next Company within 1 year | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | | | | | | | | | | | | | | | |
| Apple | | | | | | | | | | | | | | | | |
| Google | | | | | | | | | | | | | | | | |
| Intel | | | | | | | | | | | | | | | | |
| Intuit | | | | | | | | | | | | | | | | |
| Lucasfilm | 0 | 3 | 8 | 0 | 0 | 0 | 3 | 255 | 269 | 0.00% | 1.12% | 2.97% | 0.00% | 0.00% | 0.00% | 1.12% |
| Pixar | 0 | 5 | 2 | 0 | 0 | 2 | | 168 | 177 | 0.00% | 2.82% | 1.13% | 0.00% | 0.00% | 1.13% | |
| All Defendants | 24 | 120 | 130 | 15 | 13 | 2 | 6 | 11,513 | 11,823 | 0.20% | 1.01% | 1.10% | 0.13% | 0.11% | 0.02% | 0.05% |

Note: This analysis excludes separations that appear as immediately rehired by the same defendant company within one year.
Source: Dr. Leamer's employee data.