# EXHIBIT 3 TO
# KAHN DECLARATION

Highly Confidential, Attorneys Eyes Only

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | MASTER DOCKET NO. 11-CV-2509-LHK<br><br>**SUPPLEMENT TO EXPERT REPORT OF DAVID LEWIN, PH.D.** |

**December 6, 2013**

Highly Confidential, Attorneys Eyes Only

1. Attached hereto as Exhibits 14A.1 and 14B.1 are supplements to Exhibits 14A and 14B of my November 25, 2013 Expert Report.

2. Exhibit 14A.1 replicates Prof. Leamer's approach in Figure 19 of his October 1, 2012 Expert Witness Report, but with the data for all years from 2001 to 2011 for the Technical Class, which results in cumulative "overcompensation" (in Prof. Leamer's terms) for the time period in question.

3. Exhibit 14B.1 disaggregates the results for the Technical Class by Defendant, with data for all years from 2001 to 2011.

4. I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct. Executed this 6th day of December 2013, at Los Angeles, California.

Respectfully submitted,

Prof. David Lewin, PhD

Supplement to Expert Report of David Lewin, Ph.d.

2

Highly Confidential, Attorneys Eyes Only

**Exhibit 14A.1: Average Percentage Change in Total Compensation**
**Replication of "Preliminary Informal Impact Assessment" Using Prof. Leamer's Method**
**Technical Class**

| Year | Number of Employees | Change in Total Compensation | | | | Using Prof. Leamer's Method | |
| | | Mean | Median | 90th Percentile | Std. Dev. | Initial[1] | Cumulative |
|---|---|---|---|---|---|---|---|
| 2002 | 30,123 | -7.4% | -7.7% | 10.9% | 19.1% | | |
| 2003 | 30,231 | -4.3% | -3.7% | 13.6% | 20.2% | | |
| 2004 | 28,359 | 9.1% | 10.1% | 23.1% | 19.8% | | |
| 2005 | 30,101 | -1.4% | -1.9% | 13.5% | 20.9% | -3.8% | -3.8% |
| 2006 | 34,778 | 8.1% | 9.4% | 24.3% | 25.4% | 5.7% | 1.9% |
| 2007 | 36,276 | 7.5% | 4.8% | 27.0% | 23.8% | 5.1% | 7.0% |
| 2008 | 38,143 | 6.4% | 10.0% | 23.2% | 26.8% | 4.1% | 11.0% |
| 2009 | 41,245 | 8.7% | 4.5% | 36.4% | 25.0% | 6.3% | 17.4% |
| 2010 | 42,026 | 5.0% | 6.4% | 21.9% | 23.1% | | |
| 2011 | 45,419 | 9.4% | 8.1% | 28.4% | 22.6% | | |
| **Average** | | **4.1%** | **4.0%** | **22.2%** | **22.7%** | | |

Notes:    (1) Calculated as the average change in total compensation for the year minus the average changes in total compensation in 2002, 2003, 2004, 2010 and 2011. Source: Deposition of Edward E. Leamer, Ph.D., dated November 18, 2013, p. 999.

(2) Change in compensation measured only on employees that did not switch employers from previous year.

(3) Total compensation measured as base salary as of December plus annual bonuses, overtime compensation, and stock options and restricted stock awards.

(4) This analysis uses the same methodology as Prof. Leamer, but is adjusted to account for technical employees only and the benchmark period detailed above.

Source: Prof. Leamer's backup data and materials.

Highly Confidential, Attorneys Eyes Only

**Exhibit 14B.1: Average Percentage Change in Total Compensation by Defendant**
**Replication of "Preliminary Informal Impact Assessment" by Defendant Using Prof. Leamer's Method**
**Technical Class**

### Average Change in Total Compensation

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | All Defendants |
|------|-------|-------|--------|-------|--------|-----------|-------|----------------|
| 2002 | -26.2% | -14.0% | 23.4% | -4.8% | -29.9% | 10.4% | 2.9% | -7.4% |
| 2003 | 1.9% | 7.6% | 76.1% | -7.5% | 7.9% | 9.9% | 3.9% | -4.3% |
| 2004 | 0.5% | 4.1% | -39.2% | 12.2% | 6.2% | -1.7% | -32.7% | 9.1% |
| 2005 | 10.4% | 10.0% | -27.7% | -3.1% | 3.5% | 6.3% | 26.0% | -1.4% |
| 2006 | 5.9% | 13.9% | -42.8% | 11.3% | 13.4% | 13.4% | 15.0% | 8.1% |
| 2007 | 12.5% | 21.3% | 13.2% | 4.6% | 8.5% | 4.4% | 0.6% | 7.5% |
| 2008 | 5.5% | -1.7% | -18.5% | 12.5% | 10.3% | 6.7% | -1.0% | 6.4% |
| 2009 | -9.2% | 7.5% | 39.5% | 4.5% | -0.3% | -1.0% | -10.9% | 8.7% |
| 2010 | 3.5% | 14.5% | -12.4% | 6.7% | 13.3% | 3.6% | 12.4% | 5.0% |
| 2011 | 10.0% | 8.3% | 13.2% | 9.0% | 1.5% | 3.7% | 12.0% | 9.4% |

### Initial[1] (Using Prof. Leamer's Method)

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | All Defendants |
|------|-------|-------|--------|-------|--------|-----------|-------|----------------|
| 2005 | 12.5% | 5.9% | -39.9% | -6.2% | 3.8% | 1.1% | 26.3% | -3.8% |
| 2006 | 8.0% | 9.8% | -55.1% | 8.2% | 13.6% | 8.2% | 15.3% | 5.7% |
| 2007 | 14.6% | 17.2% | 1.0% | 1.5% | 8.8% | -0.7% | 0.9% | 5.1% |
| 2008 | 7.6% | -5.8% | -30.8% | 9.4% | 10.5% | 1.5% | -0.7% | 4.1% |
| 2009 | -7.2% | 3.4% | 27.3% | 1.4% | -0.1% | -6.2% | -10.6% | 6.3% |

### Cumulative (Using Prof. Leamer's Method)

| Year | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | All Defendants |
|------|-------|-------|--------|-------|--------|-----------|-------|----------------|
| 2005 | 12.5% | 5.9% | -39.9% | -6.2% | 3.8% | 1.1% | 26.3% | -3.8% |
| 2006 | 20.4% | 15.7% | -95.0% | 2.0% | 17.4% | 9.4% | 41.6% | 1.9% |
| 2007 | 35.0% | 32.9% | -94.0% | 3.5% | 26.2% | 8.6% | 42.5% | 7.0% |
| 2008 | 42.6% | 27.1% | -124.8% | 12.9% | 36.7% | 10.2% | 41.8% | 11.0% |
| 2009 | 35.4% | 30.5% | -97.5% | 14.2% | 36.6% | 4.0% | 31.3% | 17.4% |

Notes:

(1) Calculated as the average change in total compensation for the year minus the average changes in total compensation in 2002, 2003, 2004, 2010 and 2011.

(2) This analysis follows Prof. Leamer's methodology in his Figure 19 of treating 2005 as the first year of the agreements for all Defendants.

Source: Prof. Leamer's backup data and materials.