# EXHIBIT 94 TO
# HARVEY DECLARATION
# REDACTED VERSION



Google Confidential and Proprietary

# Google Compensation Basics

*Building a foundation of knowledge*

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Objectives

1) Provide recruiters with a strong foundational knowledge of compensation at Google

2) Prepare recruiters for common comp-related questions, objections and circumstances that they may encounter while working with a candidate

3) Increase transparency of Google's compensation philosophy and processes

4) Encourage broader recruiter collaboration with compensation team

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google

Google Confidential and Proprietary

# Agenda

- Compensation Philosophy
- Compensation Structure
- Bonus Plans
- Equity
- Benefits

GOOG-HIGH TECH-00036783

# Philosophy

*Value Proposition, Application, Roadblocks*

Google Confidential and Proprietary

# Compensation Philosophy



**Deliver pay in ways that support three primary business objectives:**

✓ Attract and retain the world's best talent

✓ Support the company's culture of innovation and performance

✓ Align employee interests with shareholder interests in the overall success of the company.

Pay-for-performance platform

"Leveraged" comp – earning opportunity increases with performance

Equity programs offer stake in company's success

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036785

# Total Reward Value Proposition

Google

**Google designs competitive total reward packages**

| TOTAL REWARD | | | | REWARD ELEMENT | OBJECTIVE |
|---|---|---|---|---|---|
| TOTAL REMUNERATION | | | | WORK CONTENT, ENVIRONMENT & CULTURE | Build one of the most intelligent, highly motivated groups of employees in the world and foster a flat, collaborative work environment. Provide ongoing exposure to interesting and challenging work |
| | | | | BENEFITS | Be a market leader in indirect awards in a way that adds meaningful value to employees' personal and professional lives |
| | TOTAL DIRECT PAY | | | EQUITY | Provide all employees with an ownership stake in the company's future performance, AND "meaningful" future value at grant |
| | | TOTAL CASH | | BONUS | Above-market highly leveraged short-term cash incentives that reward individual contributions rather than tenure or roles |
| | | | | BASE | Competitive base salaries |

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036786



Google

What's our history and where are we today?

**Illustrative**

*Our **target** pay rates have changed over time….*

*(actual varies with individual and company performance)*



Google Confidential and Proprietary

Google

Level 4 total direct compensation



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036788



# Compensation Structure

## *Ladders, Leveling, Benchmarking and Ranges*

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Job Ladders



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Sample Job Family - SWE



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036791

Google

Sample Job Family - Compensation Analyst



Google Confidential and Proprietary

GOOG-HIGH TECH-00036792

Google

# Leveling a New Job



Example: University Programs Specialist (Sydney)

- **Responsibilities:**
  - Prepare recruiting teams for campus visits
  - Create marketing and communications materials
  - Track results and effectiveness of campus activities
- **Requirements:**
  - Knowledge of the academic cycle and campus recruiting procedures and practices
  - BA/BS degree
  - Strong presentation skills
  - Exceptional verbal and written communication skills
  - Minimum of 3 years of experience in program/event management, recruiting, HR or a related area

**Establish Job Level and Profile**

Google Confidential and Proprietary

GOOG-HIGH TECH-00036793

Google

# Benchmarking

## What is Google's intended position relative to market (non-sales)?

- █ percentile for each element of pay (base, bonus, equity)
- We pay in accordance with the local market (not cost of living)

## How do we measure the market?

- External Survey Market Data
- Informal/Anecdotal sources
- Peer comparator companies
- Internal Comparisons

## How do we compare jobs to market?

- Functionally
- Scope factors
- Geographically

**Benchmark**

**Establish Job Level and Profile**

Google Confidential and Proprietary

GOOG-HIGH TECH-00036794



Google

Establishing Salary Ranges



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036795

# Determining Base Salary for Paul Aussie

Google

Google Confidential and Proprietary

## Paul Aussie's Profile

- Current Comp: 58k AUD
- Asking Comp: 64k AUD
- Data Points and Internal Equity

- MA from elite schools
- 5 years experience
- Managed a team of 12
- Relationships with many Australia universities



**Dependent on Candidate**

**Independent of Candidate**

GOOG-HIGH TECH-00036796



Google

Establishing Salary Ranges



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036797

Google

Slotting



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Bonus Programs

## Company, Sales, Sign-on, Relocation, Retention

Google

Company Bonus Program



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Company Bonus Program

**Company Bonus Plan Mechanics:**

**Calculation Detail:**



Google Confidential and Proprietary

Google

Company Bonus Program

Eligibility

Payout

Google Confidential and Proprietary

GOOG-HIGH TECH-00036802

Google

Sales Incentive Program



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google

# Sales Incentive Program

## Sales Incentive Plan Mechanics:

## OSO Quarterly Bonus Plan Mechanics :

### ANNUAL TRUE UP

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036804

Google

# Sign-on Bonus

## Overview

- Short-term vehicle used for "must-have" candidates

- Offset legitimate issues not addressed by other total reward elements



Sign-On Appropriate

Don't Use Sign-On

Google Confidential and Proprietary

GOOG-HIGH TECH-00036805

Google

# Relocation Packages (U.S)

Core Plan:
- 



Homeowners Plan:
- 
- 
- 
- 

Executive Plan:
- 

**\*\* Plan should be noted in OWF \*\***

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



International Relocation

Eligibility

Process

Google Confidential and Proprietary

GOOG-HIGH TECH-00036807



Equity

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036808

Google

Google Confidential and Proprietary

# Stock Options: Overview

- A stock option is a securities contract that gives the holder (the "Optionee") the right to purchase a set number of shares of the Company's Common Stock at a fixed price  (the "strike price").

- The **strike price**, or exercise price, is based on the value of the stock on the day the option was granted.

- An Employee is not able to exercise, or purchase his/her stock options until they have "vested".

  – Vest over four years: 1/4th after year one, and 1/48th per month thereafter

  – Granted at Fair Market Value (closing price on the date of grant)

CONFIDENTIAL ATTORNEYS EYES ONLY

# How is a "normal" stock option valued?



Google Confidential and Proprietary



Google Confidential and Proprietary

# Transferable Stock Options

*Program Overview, TSO Value, Auction Process*

CONFIDENTIAL ATTORNEYS EYES ONLY



# GSUs



- Similar to restricted stock

- Offer employees almost immediate "value" and "downside protection"

- Vest over four years: 1/4th per year

- No stock price movement is necessary for employee to realize a "gain"

- Gain is equal to the full price of the stock on the day of vest

- Performance contingent nature allows to calibrate value delivery on an after-the-fact basis

CONFIDENTIAL ATTORNEYS EYES ONLY



# Stock Options vs. GSUs: Tax Implications

## Note: Tax treatment varies by country

| Stock Options | • Gain to the employee is taxed as ordinary income when the options are exercised<br>• Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates |
| --- | --- |
| GSUs | • Gain to the employee (i.e., full share value + appreciation/depreciation) is taxed as ordinary income when the units vest<br>  ➢ Shares are granted net of tax withholding as shown:<br><br>Total GSUs Vested<br>`25 GSUs` **=** Gross Shares Granted `25 Class A Google Shares` **-** Employee Income Taxes Withheld `11 Class A Google Shares` (Rate = 42.93%) **=** Final Shares Acquired `14 Class A Google Shares`<br><br>• Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates |

### ... however, Google cannot offer tax advice and managers should direct candidates to their own tax advisors

Google Confidential and Proprietary

Google

# Refresher Grants Overview

Overview

Eligibility



**\*In some locations the refresh is in the form of GSUs**

Google Confidential and Proprietary

GOOG-HIGH TECH-00036814

# Benefits

*Health Insurance, Commuting, Food, Gym, Education, Savings Plans*

Google

Google Confidential and Proprietary

Google

# Core Benefits - US

Google Confidential and Proprietary



**Core Benefits**

- **Medical**
  - Blue Shield
  - Cigna
  - Kaiser
- **Dental**
  - Delta Dental
- **Vision**
  - VSP
- **Pre-tax Spending Accounts**
  - Medical FSA (Med-FSA)
  - Dependant Day Care (DCAP)
  - Commuter Choice
- **401k**
  - Pre-tax
  - After-tax
  - Roth
  - Employer Match
- **Life Insurance**
  - Basic Life Insurance
  - Voluntary Life Insurance
  - Business Travel Insurance (BTA)
- **Disability**
  - Short Term
  - Long Term
  - Workers Compensation

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036816

Google

Benefits - US

Google Confidential and Proprietary



GOOG-HIGH TECH-00036817



# Benefits – Intl

- Core benefit programs including health insurance, disability coverage and retirement/pension plans, business travel assistance.

- Time off programs including vacations/holidays, maternity/paternity/parental leaves, disability leaves, personal leaves.

- Google perks:
  - Food Services
  - Wellness Programs
    - Fitness/Gym subsidies
    - Employee Assistance Programs
  - Continuing Education
  - Language Training
  - Transportation Supplement Program

- Office perks are primary a function of headcount considerations and local market norms.  Please refer to MOMA for individual country benefits and/or contact intl-benefits@google.com

Google Confidential and Proprietary



# Recognition Plans

Google

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



might even be the path of entry to a

…but not every achievement or every person will qualify for both.

Google Confidential and Proprietary

Google

Most Recent

Google Confidential and Proprietary



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



GOOG-HIGH TECH-00036823



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Q and A

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036825

# Slide Notes

**Slide 3:**

Comp Philosophy

Value Proposition

Application

Roadblocks

Comp Structure

Ladders

Leveling

Benchmarking

Ranges

Bonus Plans

Company

Sales

Sign-On

Relocation

Retention

Equity



**Slide 5:**

Why did we establish this policy?

GOOG-HIGH TECH-00036826

# Slide Notes

Pay for Performance

We want to reward high performers and offer an incentive for hard work and great achievements

We want to promote innovation and performance

If there was just a base salary people may not be motivated to go above and beyond.  In this sense we've designed pay as a form of motivation.

To attract the kinds of employees that we want.  Companies that pay high base, low bonus want to attract a stable workforce that will stay until retirement – that's not necessarily the workforce we're looking for. We want innovative risk takers who will think outside the box and challenge themselves and their peers.

Leveraged Comp

We want employees to share in the success of Google as a company – Accordingly people are empowered to make a difference

Tied to the culture – very little micromanagement.

Equity Programs

Mixed arrangement of our equity packages offer downside protection

Through equity employees are tied into the success of Google (The better Google does, the higher the stock goes, the higher the stock goes the more money employees make)

We give equity to everyone.  This is rare – Most companies just give equity to manager level and above. This reinforces our belief in inclusion and equality.

**Slide 6:**

Google aims to be very competitive on total reward – we aim to be highly competitive, and offer a larger total reward packages than other companies. All aspects of our compensation package are strong and highly competitive. Salaries, bonuses and equity are all above market, and can be quite valuable in total. Many features of our benefits are unlike most other companies.

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

Please remember that our pay is highly competitive for the job that we ask them to do at Google. Don't confuse someone's background and pay history with reasonable expectations for the job...if a Company Controller decides to apply for a Accountant job, our pay will be highly competitive for the Accountant role – though it may not match the pay for their current role that is much larger.

We shouldn't apologize for our pay levels or alter our pay approach for those who choose to take a smaller job at Google that their job at a previous employer.

In addition to the financial aspects of our package we also offer a unique working environment that allows Googlers to work for a company which is changing the world, and offer the chance to work with truly exceptional people. This non-quantifiable aspect of our total offering can be very compelling to candidates, and can be just as valuable as the quantifiable aspect of our pay.

### Slide 7:

Our compensation philosophy today (for non-Sales) is to target compensation at the ▋ percentile for each of salary, total cash, and stock compensation.

What does this mean?

▋ percentile means we want to pay more than ▋ of companies for the same job in the same local market.

It doesn't mean we target our compensation to be the highest.  If you compare your salary with enough of your friends doing similar work at other companies, you should expect to find some earning higher salaries

However, if you were to compare actual total compensation, you might find Google compensation to be much higher, or even highest

Our compensation philosophy has been evolving as we have been evolving



GOOG-HIGH TECH-00036828

# Slide Notes

**Slide 8:**

Level 4 total direct compensation (as % of Year 1 base salary)

**Slide 10:**



**Slide 11:**



CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

### Slide 13:

BRAND NEW POSITIONS – Creating a Job Profile

Define the position based on Business Need & Expected Impact on the team, group, and the company.

Determine the skills and knowledge required for the position, plus key talents.

Provide the Comp team with the job description, and the Comp team will match the position using internal data sources.

We want to create new requisition – University Programs Specialist in Sydney.  We create job description – responsibilities/qualification, etc. <see job profile description below>  We level this job based on the profile we've created– University Programs Specialist = E3.

### JOB PROFILE

Responsibilities • Develop and maintain relationships with key academic and administrative representatives to enhance Google's presence at each university • Establish and execute recruiting strategies based on the expertise you've acquired at your assigned schools • Prepare recruiting teams for campus visits • Create marketing and communications materials that encourage top students to apply • Track results and effectiveness of campus activities and share best practices

Requirements • BA/BS degree • Knowledge of the academic cycle and campus recruiting procedures and practices • Minimum of 5 years of experience in program/event management, recruiting, HR or a related area • Self-directed and able to work independently • Proven ability to work with multiple groups, including remote teams • Strong presentation skills • Exceptional verbal and written communication skills

### Slide 14:

We set our pay levels consistent with our philosophy based on the role at Google and the local market. Essentially, we pay for cost of labor NOT cost of living.

What is Google's intended position relative to market (non-sales)?

█████ percentile for each element of pay - base salary, incentive and equity compensation

How do we measure the market?

Salary surveys:  Radford, Hewitt, Mercer, Watson Wyatt, Towers Perin

Informal/Anecdotal sources:

These sources include previous pay, trends noted by recruiters and "pulse" surveys

GOOG-HIGH TECH-00036830

# Slide Notes

Peer comparator companies

███████████████████████████████████████████████████████

How do we compare jobs to the market?

Functionally

Scope factors (role complexity, domain expertise, span of control, etc.)

Geographically

### Slide 15:

This shows how highly competitive our salaries can be. For this particular job, we try and target pay at the ███████████████████ Generally, we'd like to bring in new employees into the role below our market target and have them earn their way to higher salary levels. So, over time, our higher performers will be able to earn salaries over the market███████████████ for this job.

### Slide 16:

When confirming the candidate's level, consider how they compare against our Google incumbents.

How does this candidate's education and experience compare to their Google peers?

What specialized skills or critical knowledge might they bring?

Use this information about the candidate to determine where they should be placed in our nine tier system of salary levels

### Slide 17:

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

Based on all this information we can make an accurate assessment of where Paul should be comped within the salary range.

**Slide 18:**

Most Nooglers are assigned, at the time of hire, to a specific job level within a specific job family. This assignment reflects Google's experience that a Noogler's past education and work experience are excellent predictors of her future job performance. However, a Noogler hired into a slottable job family is assigned to a job level only after she has been a full-time Google employee for at least three months. In the interim, HR assigns these Nooglers a temporary pre-slot job level and a job title that reads Member of Technical Staff.



**Slide 20:**



CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

We've listed job titles here for some of our technical and non-technical jobs.

As you can see, bonus opportunities are determined by salary grade.



**Slide 21:**

Bonuses are calculated using a formula that includes 4 variables:

# Slide Notes



**Slide 22:**

Eligibility



**Slide 23:**



　　　　　　　　　　GOOG-HIGH TECH-00036834

# Slide Notes

Please understand the bonus target are competitive within the US market and cannot be used outside of the US as the bonus targets may vary outside of the US.

**Slide 24:**



**Slide 25:**

Situations where sign-on may be appropriate



Situations where sign-on is generally NOT appropriate



CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

How much should a sign on be?

Depends on the package and what needs to be done

### Slide 26:

Relocation packages may be one of the most undersold elements of our compensation packages, especially to higher level candidates.  Google offers extremely competitive packages that can include such things as fully reimbursed house hunting trips, car shipment and in-transit storage of household goods <refer to US Relo Packages Summary sheet in handouts>

### Slide 33:

With both kinds of equity, the recipient must pay ordinary income on the entire amount of gain. There's no getting around the ~40% tax.

The difference between options and GSUs:

 Options – Google grants non-qualified options (NSOs). NSOs are not taxed until the options are exercised

 GSUs – tax immediately upon vesting, due on that day. Therefore, to help employees avoid that administrative burden, we withhold tax upon payment. It's similar to how we withhold tax on a bonus as it's paid out.

The tax rate is the same rate as applied to bonus payments. And, as you report your taxes the following year, there might be a true up depending on the employee's individual tax situation..

To see your country's specific tax effect on Google stock options and/or GSUs:

www.pwcequityplanner.com

Username: Google EC

Password: blogger

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036836

# Slide Notes

**Slide 34:**

Who gets a grant?

Are employees in all countries eligible to receive grants?

When will grants be made?

**Slide 42:**

FAQ's:

Q: Who is eligible for a

# Slide Notes

Q: Will I have to stand up at TGIF if I get a ▮▮▮▮▮▮▮

A: No. You won't have to be publicly embarrassed. You'll just get some cash, and maybe a cute certificate.

Q: Can I nominate myself?

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q:  Can temporary workers/contractors nominate regular employees for peer bonuses?

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q: Alright, is it okay if I nominate ▮▮▮ and then ▮▮▮ nominates me?

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Q: Are interns eligible for ▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Slide 43:**

An opportunity for all teams to participate in a bonus program and more visibly recognize the teams and individuals for their accomplishments.

Selection is made at the manager/director level, however peer input is highly encouraged.

Two award amounts ▮▮▮▮▮▮▮▮▮▮▮ based on overall impact/contribution

Measurable improvement to customer satisfaction

Measurable efficiency gain

Measurable revenue impact

Demonstration of teamwork

Other outstanding individual or team contribution

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

CONFIDENTIAL ATTORNEYS EYES ONLY