# EXHIBIT 98 TO
# HARVEY DECLARATION
# REDACTED VERSION



Life of an Offer Workshop

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042588



# Today's Agenda

- Offer Process Overview
- The Offer Workflow System
- Preparing Offer Packets
- Internal Transfers & Conversions
- Comping an Offer
- Extending an Offer
- The Noogler Admin System

2

Google Confidential

GOOG-HIGH TECH-00042589

# Part 1: Offer Process Overview



Google Confidential

3

GOOG-HIGH TECH-00042590

# Offer Process



Google

Google Confidential

4

GOOG-HIGH TECH-00042591

# Critical Dates: Overview



Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042592

**Critical Dates:** Hiring Committee Decision



**Objective**

6

Google Confidential

GOOG-HIGH TECH-00042593

# Critical Dates: Preparing the Offer

**Things to Remember........**



Google Confidential

7

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042594



# Critical Dates: Sparrow Page & Packet Audit

[redacted]

**Engineering & Operations Offers**

[redacted]

**PSG&A Offers**

[redacted]

# Critical Dates: Pre-EMG Offer Review

## What is Pre-EMG?



9

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# Pre-EMG Offer Review: Outcomes & Actions



**PRE-EMG DECISIONS**

**WHAT DO I DO NEXT?**

10

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# Critical Dates: Comp Review

## What is Comp Review?

## Engineering & Operations Offers

## PSG&A Offers

Google

11

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



**Critical Dates:**

**Objectives**

Google

12

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# Offer Review: Outcomes & Actions

## WHAT DO I DO NEXT?



13

Google Confidential

GOOG-HIGH TECH-00042600



# Part 2:  Offer Workflow

14

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# The Offer Workflow System

**SYSTEM HIGHLIGHTS....**

☐ Allows recruiters to prepare offers for employee and intern hires

☐ Manages the review and approval process and allows recruiters to track the progress of their offers through the workflow

☐ Allows Google to document how compensation and equity is awarded and approved

☐ Pre-populates information from ATS, when available (e.g. interview scores, education, experience)

☐ Captures history of all actions taken on the offer

☐ Integrates with ATS and Noogler Admin Systems

15

Google Confidential

# The Offer Workflow Process



Google

16

Google Confidential

GOOG-HIGH TECH-00042603



# Part 3: Offer Packets

17

Google Confidential

# Crucial Elements of the Offer



**International Offers**



**Required Fields**

18

Google Confidential

GOOG-HIGH TECH-00042605

# The Perfect Offer Packet: Essential Documents

**Including these Essential Supporting Documents ensures your packet is stronger and complete....**



- 
- 
- 
- 
- 
- 
- 
- 

Check out the "perfect packet" to see what a strong offer packet looks like!

Google

19

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042606

# Part 4: Internal Transfers & Conversions

Google™

20

Google Confidential

**Specific Offer Types:** Internal Transfers



21

Google Confidential

GOOG-HIGH TECH-00042608

# Specific Offer Types: Temp and Intern Conversions

- Timeframe required to convert varies by department

- **Capture Essential Information in ATS**
  - ❑
  - ❑
  - ❑

- **Offer must be managed and extended through Offer Workflow**

- **Offer packets include:**
  - ❑
  - ❑



Google Confidential

22



# Part 5:  Comping an Offer

23

Google Confidential

# Our Compensation Philosophy



Deliver pay in ways that support three primary business objectives:

✓ Support the company's culture of innovation and performance,

✓ Attract and retain the world's best talent, and

✓ Align employee interests with shareholder interests in the overall success of the company.

Pay-for-performance platform

"Leveraged" comp with increasing levels of leadership

Incentive programs offer opportunity to earn above-market total pay

Google

24

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# Compensation Guidelines



| Offer Component | Guideline | Standard/Non-Standard |
|---|---|---|
| BASE | | |
| BONUS | | |
| EQUITY | | |
| SIGN ON | | |
| RELOCATION | | |

Google

25

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042612

# Leveling the Job: New & Existing Positions

**BRAND NEW POSITIONS**

**EXISITING POSITIONS**

Google

26

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

# Comping an Offer: Assessing Level & Base

**When confirming a candidate's level, it's important to consider:**



- 
- 

**When determining appropriate base salary, consider:**



- 
- 
- 

**Important!**

Gather as much data as possible on the candidate's current or competing offers. It is extremely useful information when comping an offer!



Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY



# Part 6:  Extending an Offer

Google Confidential

28



# Extending the Offer: Things to Remember

- ❑ Do's and Don'ts

- ❑ Candidate negotiation

- ❑ Guidelines and approvals

- ❑ Closing the candidate (selling the offer)

- ❑ Candidate decline

29

Google Confidential

GOOG-HIGH TECH-00042616

# Setting Candidate expectations: Post Hire

## January – Annual Performance Reviews

- ❑ Bonus Payments
- ❑ Salary Adjustments
- ❑ Promotions
- ❑ Slotting
- ❑ Annual Performance Review

## July – Mid Year Performance Reviews

- ❑ ▇▇▇▇▇▇
- ❑ Promotions
- ❑ Slotting
- ❑ Lightweight Performance Review

## Quarterly OKRs

Google

30

Google Confidential

# Generating Offer Letters: Timing and Content

**The Recruiting Coordinator generates the Offer Letter using OWF.**

**Timing:** When should I send the offer letter?

**Offer Letter content and clauses**

- 
- 
- 
- 
- 
- 



31

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042618



# Part 7:  The Noogler Admin System

32

Google Confidential

# The Noogler Admin System: Deadlines & Documents

**The Recruiter enters information into Noogler Admin after the candidate accepts the offer.**

**Wednesday 12 noon: Weekly Noogler Admin Deadline**

**Required information:**

- Start Date, Location Information & Cost Center
- Manager Name
- Computer and Operating System
- Phone
- Preferred Usernames

**USE THE NEWHIRE CHECKLIST HANDOUT FOR YOUR REFERENCE**

Google™

33

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042620



# Next Steps: Important Things to Remember

- Notify Keith Wolfe regarding candidate accepts who require immigration and relocation assistance

- Ensure **background check** is run well in advance of the start date

- **Provide HR with complete personnel file content**

  - ✓ Application          ✓ **Signed offer letter**

  - ✓ **Resume**            ✓ **OWF printout**

- **Continue to manage the candidate experience**

  - Send the "welcome e-mail" to candidate a few weeks prior to start and check in with candidate a few days prior to start

  - Advise new hire of first day orientation & Check to ensure your new hire actually started

34

Google Confidential



CONFIDENTIAL ATTORNEYS EYES ONLY
GOOG-HIGH TECH-00042622

# Slide Notes

### Slide 1:

Welcome to the fourth and last Staffing Training Module. Today's workshop will provide a high level overview of the offer review and approval process at Google, and how to successfully manage your candidates through this process.

### Slide 2:

Agenda:

Offer Process Overview: We will review today who is involved in the Offer review process, and why it is the way it is, including key deadlines to meet

The Offer Workflow System: We will go over at a high level how the system works, it's purpose, and how it supports the management of the Offer Review Approval process at Google

Preparing Offer Packets: How to prepare the perfect packet and use the Offer Packet Quality Checklist; the audit process and key deadlines

Specific Types of Offers: We will review the process for conversion and internal transfer hires

Comping an Offer: Review the Compensation Philosophy  and how to level and comp an offer

Extending the Offer: Selling the candidate and Dos & Don'ts

The Noogler Admin System: When and What you need to enter for the candidate

### Slide 4:

Let's Recap the Life Cycle of a candidate here at Google:



GOOG-HIGH TECH-00042623

# Slide Notes



The offer letter is generated by the RC, and after the candidate accepts the offer in OWF, the Recruiter then must update the candidate information in the Noogler Admin system.

Recruiter should also check in with the New Hire before they start, and ensure that they have a successful on-boarding process at Google. Help them to be successful and answer any questions.

**Slide 5:**

Process and Critical Dates Overview:

Your preparation for this process will begin early the week before. Let's now look at the WED – FRI timeline for offers that are being presented to █████████████

This varies among teams and departments: ██████████████████████████████

Wednesday: ████████████████████████████████████████

Thursday: █████████████████████████████████████████

Friday: ████████████████████████████████████

**Slide 6:**

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes



**Slide 7:**



How many of you have already attended the OWF Workshop?

Review the purpose of the system. Does anyone know what the other systems are?

Review the 3 things you have to do in ATS before you can create the offer and send it to OWF: Fill out the demographics, the candidate history, and assign the offer to yourself.

**Slide 8:**

Let's talk more about the purpose of the Sparrow Page and the Audit Process:

GOOG-HIGH TECH-00042625

# Slide Notes



**Slide 9:**

What is Pre-EMG?



GOOG-HIGH TECH-00042626

# Slide Notes



**Slide 10:**

Emphasize that this is part of the calibration process.



**Slide 11:**



**Slide 12:**

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes



**Slide 13:**



Approve



CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes



Reject

### Slide 15:

This should be review since you have all now attended the OWF Workshop. Let's briefly review how the OWF system supports our Offer Review Process.

Importance of documenting how comp is awarded, reviewed and approved. Discuss the Sarbanes-Oxley act.

All approval actions must be documented and taken in OWF, and match the "real time" offer review process. This is important, especially as we pursue a paperless review process in the near future.

### Slide 16:

Creating an offer begins in ATS, and you select to send the offer to OWF, and then fill out the required information.

Each review and approval point is represented here in the flowchart. Highlight the phases where the recruiter has editing access, and review how the system is a linear workflow.

Offer is in the recruiter's queue at the start and end of the process. Important to monitor your queue. If there is a candidate offer in your queue, it is there because it is waiting for you to do something with it. It is the recruiter's responsibility to ensure that the offer is in the correct status at each deadline and phase

# Slide Notes

**Slide 18:**

The legend in OWF helps guide you to fill out all the required fields in OWF. All of the above fields are essential for the comp team and the VPs to evaluate your offer and make the best decision.

Important Tools to Remember for International Offers:

IHED for GPA and Selectivity

Annualized currency converter for USD Equivalents

**Slide 19:**

Refer to the Offer Packet Quality Checklists when preparing your packets to ensure that they are complete, accurate,  and of the highest quality possible. Use the checklist to review the packet yourself, and the audit team will also use the checklist when evaluating the packet. All the key quality indicators are listed here. As new issues come up, we update the checklist and communicate these changes to recruiters.

Why is Offer Packet Quality so important? So what if I don't include the GPA equivalents and the transcripts?

These offer quality requests come directly from the SVPs who will review your packet and make the hiring decision. Including all this information helps them make an accurate and appropriate decision. GPA equivalents, for example, help them to assess candidates who attended international schools.

A Note about requesting transcripts and Test Scores from candidates:

Why does Google require this information from candidates? Our hiring philosophy is to hire people who are smart and can get things done. So, we look at this data to evaluate if the candidate is really smart, and if they will be a high performer while working here.    This information is essentially used to assess candidate aptitude.

However, use your judgment when requesting this information. The rules are not set in stone, and where it is not appropriate, don't ask. Use your discretion.

 Perfect Offer Packet - handout

A perfect offer packet was created as a reference for recruiters and hiring managers.

GOOG-HIGH TECH-00042630

# Slide Notes

### Slide 21:

There are 3 categories of Internal Transfers:



Internal transfers are a great source of hires and a great way to support our goals of career development

Employees who are interested in other opportunities within Google can have one "confidential informational interview" with the hiring manager. This process essentially starts with an informational interview with the hiring manager. The manager will asses if the transfer candidate has the required experience and skills to be qualified for the position.

If the employee is interested in applying for the role, they should officially notify their manager

The employee should supply their updated resume, and any other necessary documentation.

Compensation is always re-reviewed for this type of transfer. Salary is re-evaluated and the transfer candidate is paid for the new position they will be in.

Recruiter now gets involved in the process and assists in managing the interview schedule in ATS.

If the employee is chosen for the role, the hiring manager is responsible for negotiating the transfer date with the employee's current manager.

If the employee is NOT chosen for the role, the hiring manager must close out with the employee, explaining that they weren't chosen for the role and why.

If the chosen candidate is a current Googler, recruiter assists the hiring manager in completing the transfer paperwork.

### Slide 22:

Google has different types of conversion programs across the organization

       GOOG-HIGH TECH-00042631

# Slide Notes

Examples:

Other conversions can happen in a timeframe of anywhere from 3 – 12 months.

They are managed in ATS, copied from the Temp to Emplyee Req, and offers are created in OWF.

Packets should also include internal and external references, and temp performance data.

**Slide 24:**

Let's review Google's Compensation philosophy again, which was first presented in Staffing Orientation. Our comp programs support 3 business goals, and our philosophy of a pay for performance platform.

To achieve these objectives, Google has developed its compensation programs on a pay-for-performance platform intended to provide "start-up-like" reward opportunities for strong performance as well as downside exposure with underperformance. This philosophy applies to all Google employees, with increasing proportions of "leveraged" or "at-risk" compensation with increasing levels of leadership and responsibility.

While Google's base salaries are competitive with market, our incentive programs (e.g., bonus, stock) offer opportunities to earn above-market total pay.

**Slide 25:**

Starting point for all offers is the standard package for a given level. Let's talk about each element, including what's negotiable and non-negotiable.

Base Salary:

Base salary should reflect the amount the company is willing to pay for the expected minimum value that will be created by the individual during the year at any performance level. Used as a guide for setting base salary, Google's salary ranges are evaluated and determined each year by considering both external and internal data.  The objective in setting base salary is to reach a reasonable match between

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

what the company is willing to pay—based on the candidate's strength—versus what the candidate believes he/she is worth.. Any offers that exceed Hiring target will need to be approved by comp. (include sample range?)

Putting someone at the mid-point salary range allows us to give yearly increases to our employees, even if they are not ready to be promoted. So try to fit the comp in the lower end of the target.

Bonus:

Equity grants:

Sign-on Bonuses:

Relocation packages:

# Slide Notes

**Slide 26:**

Brand New Jobs

When defining a new job, it is important to:

Define the position based on business need and the impact the position is expected to have on team, group, and company performance.

Determine the foundational knowledge and skills required of the position plus the pivotal talent(s) that would raise the probability of success in a solid candidate (i.e., what talents would likely raise a candidate from expected solid performer to expected star performer?)

To level new jobs, provide your comp lead with a job description including job knowledge required for the role, level of impact to the business, leadership responsibilities, skills, education and experience required for the role.

Your comp lead will "match" the description to an external survey source (if available) and will determine the appropriate Google level or, if range of levels, the expected talent differences between each level.

The comp team will use the data you provide about the new job to provide you with salary guidelines for the new position.

Existing Positions



Review sample job matrix. Add bonus slide.

**Slide 27:**

# Slide Notes

Many Lead Recruiters have a good sense of prototypical employees per level or job type. Asking the hiring manager these questions too might be a useful way to ensure that you're leveling this candidate correctly.

Upon leveling the job, consider the following when determining the actual compensation:



Gather data! Everything you can about the candidates current compensation, target/actual bonuses, vested/unvested equity, equity type, guaranteed bonuses, etc (I should create a checklist for this!)

Let's talk about the actual steps involved and what to think about when determining an appropriate offer...

**Slide 29:**

Do's and Don'ts: refer to handout

Candidate Negotiation:



Guidelines and Approvals:

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

Sign-on bonus policy

Guideline for comp changes


Closing the Candidate:

Try to close the deal without exerting overdue pressure; provide clear limits for how long we can give them to decide.

Notify interviewers and the referring employee of the offer, and encourage them to contact the candidate to help close the deal, especially if they strongly connected with them during the interview.


Candidate Decline

If the candidate declines, indicate decline in OWF.

In ATS, indicate the reason for decline as well as new company (if accepted a competing offer)

Mark the candidate for future follow-up (if applicable)


Role Play??? Don't want too many role plays.

Develop a few scenarios for the role play:




**Slide 30:**

Salary Adjustments

# Slide Notes



Promotions

Bonus Program Handout ☐ Dave Rolefson (need to talk to him)

How are they prorated?

Do you have to be employed at the date the bonus is paid out?

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 31:**

Roles and Responsibilities

Generally, recruiting coordinators generate the offer letter based upon information found in OWF.

Recruiters should review the offer letters for accuracy, paying special attention to compensation, manager name (if applicable), start date and any special clauses (e.g. visa, relocation).

Recruiting coordinator obtains signature and mails offer letter to candidate.

Upon acceptance, recruiting coordinator partners to start background verification process.

When to send the offer letter

An offer letter should be sent as soon as the recruiter extends the offer to the candidate. If the candidate communicates concerns regarding compensation, the recruiter should resolve any issues (if possible) with his/her Comp Analyst prior to sending out the offer. We expect that some offer letters may be revised from time to time.

Electronic (PDF) vs. fax vs. hardcopy

If candidate is traveling or can't receive a fax copy of the offer, you may send a PDF version to their private e-mail. The PDF offer must be signed by a VP. Therefore, it might make sense to either scan or efax the offer to yourself prior to e-mailing it out.

Hardcopy offers must be sent to all candidates. This not only allows them to have a copy of the offer, but allows HR to receive the original offer letter back signed.

Confirm candidate address before mailing out the offer letters.

Mark "no signature required" when mailing to home address as the candidate will not likely be home during the day.

Supplemental Info in Offer Packets



CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes



### Slide 33:

Roles and Responsibilities

Recruiter enters system information, username and e-mail preferences,  starting location, start date, etc. in OWF upon candidate acceptance.

EngOps – recruiting coordinator enters information in Newhire

PSGA – recruiters enter information in Newhire


Information must be entered by Wednesday at 12pm (noon) for all new hires starting the following week. Missing information will cause a delay in determining cubical location and providing computer equipment.


Required Info:

Start date

Cost center

Location info

Manager name

Phone

Computer and OS

Computer name (Eng)

Preferred usernames


Handouts:  Reference the Newhire handouts.



### Slide 34:

Personnel file – do not include references, interview comments and ratings, etc.

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042639

# Slide Notes

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00042640