# EXHIBIT 172 TO
# CISNEROS DECLARATION
# REDACTED VERSION



EXHIBIT 172
WIT. Geshuri
DATE 8-17-12
KRAMM COURT REPORTING



# Google

Sourcing Diagnostic

July 2006

DRAFT

172.1

CONFIDENTIAL ATTORNEYS EYES ONLY

CONFIDENTIAL ATTORNEY'S EYES ONLY

## Objectives of Today

- Share findings from sourcing diagnostic

- Discuss proposed recommendations to address current challenges

-Privileged and Confidential-

Google
2

GOOG-HIGH TECH-00024151

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024152

# Executive Summary (I)

- The recruiting environment for top talent has become more challenging
    - Increased competition from competitors
    - Greater number of start-up opportunities
    - Talent pools are getting smaller and increasingly harder to find, particularly for women and under-represented minorities

- Passive sourcing will play an increasingly larger role in recruiting as we move forward as a company
    - Efficient and effective sourcing organization critical to acquire top talent in current market landscape

- Sourcing comprised of three primary activities
    - Identifying talent pools and what sourcing tools to use ("Where to look ")
    - Searching and identifying potential leads ("Look and Find")
    - Qualifying leads and converting them into active applicants ("Contact and Cultivate")

- Current sourcing model organized around verticals
    - Central sourcing support provided for diversity talent

- There are five common drivers of sourcing problems …
    - Organization around vertical and geographic silos
    - High share of contract labor in workforce mix
    - Misaligned incentives
    - Deep understanding of unique business dynamics and requirement not widely shared among Staffing team
    - Weak connectivity between Sourcers and Recruiters and Hiring Managers
    - System capability gaps

*-Privileged and Confidential-*



3

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024153

# Executive Summary (II)

- ... which create organizational and process inefficiencies in current sourcing practices
  - Duplication of effort on searches for positions with similar candidate profile
  - Limited business knowledge transferred to recruiting staff
  - Poor connectivity between key roles within Staffing
  - Limited sharing of qualified candidates across the organization

- Key drivers of sourcing problems fall into common themes
  - Organizational structure
  - Training
  - Process improvement
  - Metrics and measurement
  - Technology

- Proposed solutions attempt to close gaps existing in current organization and align with the common themes



*-Privileged and Confidential-*

Google
4

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-0002 4154

# It Will Be Challenging to Achieve Hiring Targets With Existing Recruiting Channels

Will Need to be Supplemented by Alternative Sources



Projected number of hires by source

*Illustrative*

Hiring gap can be closed in three ways
- Supplement with increased passive sourcing
- Cast wider recruiting net (e.g., expand beyond target schools for campus recruiting)
- Improve pass-through rates

*-Privileged and Confidential-*



5

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024155

## The Recruiting Environment for Top Talent Has Become More Challenging...



Source: ATS

-Privileged and Confidential-



## …While Inbound Flow from Job Boards Appears to Be Slowing



### Possible drivers of reduced on-line application flow

- **Increased number of job opportunities in Bay area competing for similar skill sets**
  - **More start-up opportunities**

- **More aggressive recruiting by traditional competitors**
  - **Microsoft**
  - **EBay**
  - **Yahoo**

- **Candidates self-selecting out of process**
  - **Hesitant to enter process widely known for being extremely selective**

### Efficient and effective sourcing organization critical to acquire top talent in current market landscape

(1) PSGA and Ops data is illustrative; currently awaiting data
Source: ATS

*-Privileged and Confidential-*

Google
7

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024156

172.7

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024157

172 8

## As Hiring Bar Raises, Certain Sources of Talent Will Become Less Important
Quality of Candidates Differ Significantly by Source



(1) Reflects Q1 2006 data
Source: Compensation team

Critical to find alternative candidate sources

Google
8

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024158

## Target Hirable Pools for Diverse Talent Available Extremely Small

Will need to expand proactive outreach and sourcing to tap into available talent supply

(1) Reflects Q1 2006 data
Source: NSF.gov Land of Plenty U.S SET Workforce by sector of employment, 2004 Inside Engineer CS degrees awarded
ASEE.org & 2006 University Relations Survey Data

Privileged and Confidential



9

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024159

172,10

# Employee Referrals Largest Source of Google Hires Overall
Google.com Distant Second



Highlights importance of a positive candidate experience

(1) Reflects Q1 2006 data
Source: ATS analysis

Google
10

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00024160

172.11

## Although Referrals Continue to Be Largest Source of Hires, Agencies and Passively Sourced Candidates Offer Highest Yield



(1) Reflects Q1 2006 data
Source: ATS analysis

Highlights importance of passive sourcing to the organization

Google
11

# Other Sources Have Significantly Lower Pass-Through Rates



Google 12

-Privileged and Confidential-

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

172.12

GOOG-HIGH TECH-00024161

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024162

172.13

# Similar Patterns Seen Internationally (I)
## EMEA



(1) Reflects Q1 2006 data
Source: ATS analysis

*-Privileged and Confidential-*


13

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024163

## Similar Patterns Seen Internationally (II)
EMEA



(1) Reflects Q1 2006 data
Source: ATS analysis

-Privileged and Confidential-

Google

14

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-0002416A

## However, Passive Sourcing is Becoming an Increasingly Important Lever in Finding Talent



Important to organize Sourcing function
to maximize sourcing efficiency

(1)  Reflects Q1-Q2 2006 data
Source:  ATS analysis



15

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024165

172.16

# Agencies Continue to Play an Important Role Internationally

(1) Reflects Q1 2006 data
Source: ATS analysis

-Privileged and Confidential-



16

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024166

172.17

# Sourcing Comprised of Three Primary Activities
Requires Different Skill Sets and Areas of Focus

  

| Identifying potential talent pools and sourcing tools | Conducting searches and Identifying potential candidates | Conducting outreach to candidates and converting to active applicants |

**Skill set**

| · Problem-solving facility | · Analytical | · Communication skills |
| | · Data mining | · Sales ability |
| | · Problem-solving facility | · Influence skills |
| | · Resume screening skills | |

  

**Output**

| · Sourcing strategy | · Unqualified pipeline of | · Qualified pipeline of active |
| · Talent pool map | potential candidates | applicants |

*Create Pipeline*                *Qualify Pipeline*

Tight integration between activities essential for effective and efficient sourcing processes


17

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024167

# Current Sourcing Model Organized Around Verticals
Central Sourcing Support Provided for Diversity Talent



However, current structure results in some process and organizational efficiencies
- Duplication of effort on searches for positions with similar candidate profile
- Weak connectivity between vertical and geographic silos
- Difficult to appropriately identify qualified candidates



18

CONFIDENTIAL ATTORNEYS EYES ONLY

# Under Current Google Model, Average Sourcer Time Study is Misleading

Personal
5%
Contact and Cultivate
40%
Look and Find
45%
Where to look
10%

Typical Sourcer [1]

**Typical Activities**

- Lunch
- Coffee/bathroom breaks

- Phone/e-mail potential candidates
- Phone/Technical screens
- Conduct periodic "check-in" discussions

- Conduct boolean searches on web
- Data mine resume databases, ATS, social networking sites, job boards
- Attend conferences/events

- Identify potential talent pools
- Brainstorm with peers on potential sources
- Identify new sourcing tools

| | |
|---|---|
| % candidates sourced | 9% |
| Offer rate % | 5% |

On average, sourcers spends approximately two days a week finding potential candidates and two days building relationships with candidates
- Less than a day spent identifying new talent pools

(1) Small sample size (n=20)
Note: 100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization

-Privileged and Confidential-

172.19
GOOG-HIGH TECH-00024168

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024169

# However, the Scope of a Sourcer's Responsibility Varies Significantly Across Verticals and Geography
## Resulting in Varying Degrees of Effectiveness



**Currently no real consistency in Sourcers' role across the Staffing organization**

- Sourcers in PSGA and EngOps tend to be more data miners
  - Limited interaction with candidates
  - Focused more on creating pipeline

- Majority of Sourcer time in EMEA, SRE, QA Diversity spent on developing long-term relationships with candidates and converting to applicants
  - Also allocate time to conducting front-end recruiting activities (e.g., pre-screen)
  - Higher leverage model

**May be opportunity to create consistently greater leverage for Sourcers and Recruiters across the organization**

(1) Small sample size (n=20)
Note: 100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization

-Privileged and Confidential-


20

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024170

# There is No Clear Strategy Around Sourcing Tools in Place...
## Over $1MM+ Invested in Sourcing Tools Globally Year-to-Date

**Wide Spectrum of sourcing tools with active contracts**

- Job Boards
  - Monster.com
  - Hot Jobs
  - CareerBuilder.com
  - Experience
  - Epronet
  - JobsInTheMoney

- Resume databases
  - infoGist
  - NimbleCat
  - MonsterTrak

- Social networking sites
  - LinkedIn
  - OpenVC (Europe)
  - Jobster
  - Facebook.com

(1) Reflects data Jan-June 2006
Source: Job boards team



We have already spent over $800K and US$300K in US and ROW respectively on various tools during the first half of 2006

Source

Google
21

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024171

17 a, 22

# ...Resulting in Over-investments in Tools That Have Not Historically Delivered Many Google Hires



*Illustrative – Analysis team current determining whether X-axis data is available at this level of detail*

Investment ($K)

Social Networking Sites

Job Boards

Resume Databases

% of Google Hires

(1)
Note:
Source: Job Boards team

Limited accountability or clear idea of return on investment



22

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024172

17a.23

# There are Five Common Drivers of Sourcing Problems (I)

| Key Drivers | Problem | | | | |
|---|---|---|---|---|---|
| | Lack "One Google" perspective | Limited sharing of candidates across the organization | Poor lead tracking and follow-up | High variability in quality of passively sourced candidates | Duplicate search efforts for candidates with similar profiles and competencies |
| Silos | ● | ● | ○ | ● | ● |
| Labor force mix | ● | ● | ○ | ● | ◐ |
| Incentive model | ◐ | ● | ○ | ○ | ○ |
| Systems | ○ | ◐ | ● | ○ | ○ |
| Business Knowledge | ○ | ● | ○ | ● | ◐ |

○ Not a driver    ◐ Somewhat of a driver    ● Key driver

-Privileged and Confidential-

Google

23

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024173

# There are Five Common Drivers of Sourcing Problems (II)

| Key Drivers | Problem | | | | |
|---|---|---|---|---|---|
| | High variability in EE referral process and response times | No strategy or accountability around sourcing tools | Sub-optimize efforts around third party research | Limited coordination around conference/ event leads | Lack of calibration b/w Sourcers, Resume Screeners and Recruiters |
| Silos | ● | ● | ● | ● | ● |
| Labor force mix | ○ | ○ | ○ | ○ | ○ |
| Incentive model | ◐ | ○ | ○ | ○ | ○ |
| Systems | ○ | ◐ | ○ | ◐ | ○ |
| Business Knowledge | ○ | ○ | ◐ | ○ | ● |

○ Not a driver    ◐ Somewhat of a driver    ● Key driver

-Privileged and Confidential-

Google

24

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024174

# There are Five Common Drivers of Sourcing Problems (III)

| Key Drivers | Problem | | |
|---|---|---|---|
| | Inconsistent treatment of diversity-sourced candidates | Inadequate support for international efforts | Limited ability to mine former candidates |
| Silos | ● | ● | ○ |
| Labor force mix | ○ | ○ | ○ |
| Incentive model | ○ | ○ | ○ |
| Systems | ◐ | ○ | ● |
| Business Knowledge | ● | ● | ○ |

| ○ Not a driver | ◐ Somewhat of a driver | ● Key driver |
|---|---|---|

-Privileged and Confidential-

Google
25

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024175

172.26

# Key Drivers of Sourcing Problems Fall into Common Themes
Proposed Recommendations Attempt to Close Gaps Existing in Current Organization

**Silos**

**Labor force mix**

**Business Knowledge**

**Incentive Model**

**Systems**

### Organizational Structure
- Centralize all pre-recruitment activities
- Centralize employee referrals
- Expand resume screening beyond Eng
- Develop sourcing and screen capability in EMEA

### Process
- Rationalize current suite of sourcing tools
- Establish governance model around sourcing tools
- Develop specific job profiles with pre-defined competencies
- Tap into additional talent pools to cast a wider net and increase quality of pipeline
- Create "hot candidate" lists of high priority applicants to be shared weekly

### Training
- Develop and implement Sourcer training
- Expand new hire Staffing orientation beyond systems training

### Metrics and Measurement
- Implement metrics to monitor sourcing tool usage and effectiveness
- Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates

### Technology
- Build out systemic lead management functionality
- Enhance data mining capabilities within ATS
- Develop systemic capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers



26

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-0002476





# Proposed Organizational Structure Seeks to Resolve Challenges With Current Organization
Expect to Achieve a Number of Benefits

**Sourcing Manager** — *Oversees all pre-recruitment activities*

**Lead Recruiters (by Vertical)**

**Strategy** | **Resume Screeners** | **Diversity** | **Data Miners** | **Sourcers** | **Candidate Developers**

- *Identifies and maps talent pools*
- *Develops sourcing strategy*
- *Evaluates/monitors tool usage and effectiveness*
- *Coordinates purchase of 3rd party research/ directories*

*Screens resumes for all active applicants*

- *Build diversity talent pipeline*
- *Provide front-end sourcing for conferences*
- *Qualify leads sourced from programs*

*Conduct searches to generate potential candidate names*

*Develop candidate pipeline for Cand. Dvlprs*

- *Qualify leads*
- *Pre-screen*
- *Convert to active applicants*

## Expected Benefits

- More efficient knowledge and best practice sharing
- Avoid diluting focus of Sourcers and Candidate Developers
- Greater consistency around sourcing tool usage
- Enables better sharing of candidates for positions with similar profiles and competencies
- Matrixed reporting structure between Sourcers and vertical Candidate Developers helps maintain business connectivity
- Centralized pool enables greater fungibility of resources and supports dynamic resource allocation model
  - Better able to allocate resources to areas where most needed; dynamic not static

27

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (I)

| Theme | Recommendation | | Problem It Will Help Address |
|---|---|---|---|
| Organizational Structure | • Centralize "Where to Look" and "Look & Find" activities under a Sourcing Manager<br>   - Sourcing strategy<br>   - Tool identification<br>   - Data mining<br>   - Candidate search<br>   - Lead qualification (including leads generated from events/conferences)<br><br>• Central team acts as strategic sourcing arm<br>   - Develops and refines global sourcing strategy<br>   - Identifies, evaluates and monitors sourcing tool usage and effectiveness<br>   - Maps and updates global talent pools<br>   - Coordinates and purchases third party research and directories<br><br>• Two utilities<br>   - One based in MTV, other in EMEA<br>   - Utilities to be aligned with Verticals<br><br>• Maintain distributed models for "Contact & Cultivate", excluding diversity | | • No strategy or accountability around sourcing tools<br><br>• Lack "One Google" perspective<br><br>• Limited sharing of candidates across the organization<br><br>• Duplicate search efforts for candidates with similar profiles and competencies<br><br>• Sub-optimize efforts around third party research<br><br>• Inconsistent treatment and limited coordination around conference/ event leads<br><br>• Inconsistent treatment of diversity-sourced candidates |
| | • Centralize ownership of Eng, Ops and PSGA employee referrals<br>   - Create formal service level agreement to establish appropriate response times | | • High variability in EE referral process and response times |

GOOG-HIGH TECH-00024177

28

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024178

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (II)

| Theme | Recommendation | | Problem It Will Help Address |
|---|---|---|---|
| Organizational Structure | • Expand Resume Screening function to include Ops and PSGA<br>  - Create international resume screening capability in EMEA | ➡ | • Lack of calibration between Sourcers, Resume Screeners and Recruiters |
| Training | • Establish formal Sourcer education series<br>  - New hire orientation<br>  - Refresher training for existing team members<br><br>• Training to include:<br>  - Business/product overviews<br>  - Overviews of office locations and specialties<br>  - Profiles of ideal candidates and key competencies<br>  - Resume screening skills<br>  - Overview of sourcing tools | ➡ | • Limited sharing of candidates across the organization<br><br>• High variability in quality of passively sourced candidates |
| Process Improvement | • Within newly constructed centralized team, align "Look & Find" resources by vertical to ensure appropriate connectivity with business<br>  - Prior to posting req, conduct 3-way meetings between Sourcer, Candidate Developer, Recruiter and Hiring Manager | ➡ | • High variability in quality of passively sourced candidates |
| | • Create weekly "hot candidate" lists for candidates fitting overall Google profile but rejected for specific area | ➡ | • Limited sharing of candidates across the organization |

29

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024179

172.30

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (III)

| Theme | Recommendation | | Problem It Will Help Address |
|---|---|---|---|
| Process Improvement | • Establish specific job profiles with pre-defined competencies for all position families within Google | | • High variability in quality of passively sourced candidates |
| | • Establish governance model around sourcing tools with broad representation<br>  - Develop evaluation criteria<br>  - Evaluate current tools<br>  - Rationalize current suite of tools<br>  - Establish on-going governance process | | • No strategy or accountability around sourcing tools |
| | • Tap into additional sources of talent in order to cast a wider net and increase quality of pipeline, e.g.,<br>  - Develop University Alumni program<br>  - Cast wider net beyond target schools | | • High variability in quality of passively sourced candidates |
| Metrics and Measurement | • Develop and implement metrics to monitor usage and track effectiveness (ROI) of sourcing tools | | • No strategy or accountability around sourcing tools |
| | • Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates | | • Limited sharing of candidates across the organization |
| Technology | • Build out systemic lead management functionality integrated with ATS<br>  - Currently in development | | • Poor lead tracking and follow-up |

30

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024180

172.31

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (IV)

| Theme | Recommendation | | Problem It Will Help Address |
|---|---|---|---|
| Technology | • Develop system-based capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers | | • Limited sharing of candidates across the organization |
| | • Enhance data mining capabilities within ATS<br>  - More searchable database will enable more efficient sourcing of candidates with higher potential of being Google fit, e.g.,<br>    • Former decline, Reject from Eng who is appropriate for PM | | • Limited sharing of candidates across the organization |

31

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024181

# Next Steps

|  | Estimated Timing |
|---|---|
| • Complete outstanding data analysis | July 31 |
| • Refine organizational and process recommendations | July 31 |
|     - More clearly articulate roles and responsibilities | |
|     - Flesh out process flows | |
| • Develop implementation and communication strategy | Aug 9 |
| • Continue moving forward with key tactical initiatives that will help move the needle in the short-term | |
|     - Work with key Staffing stakeholders to develop and roll out Sourcer training by Sept | Mid-Sept |
|     - Rationalize current suite of sourcing tools and develop governance model for tool evaluation go-forward | Mid-Aug |
|     - Develop pilot university alumni program | Mid-Sept |

-Privileged and Confidential-

Google

32

**APPENDIX**

172,33

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024182

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024183

# Size of Hiring Gap Differs by Business Vertical

(1)
Note:
Source:

-Privileged and Confidential-

Google
34

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024184



Enables Recruiters to focus limited bandwidth on only those candidates with the highest probability of being hired
- Similar model used in On-line Sales and Product Marketing

-Privileged and Confidential-

Google
35

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024185

17236

# Five Key Staffing Roles
## Scope of Responsibilities Varies Depending on Vertical

**Scope of Responsibilities**

**Role**

**Sourcer**
- Mine key data sources for potentially qualified passive candidates
- Convert leads to applicants
- Identify potentially qualified passive candidates and encourage them to attend Google events/conferences *(Diversity only)*
- Pre-screen and qualify leads for specific technical skills *(specific Verticals only)*
- Help shepherd diversity candidates through the application process *(Diversity only)*

**Candidate Developer** *(Diversity only)*
- Cold-call identified candidates passed from Diversity sourcers to "sell" them Google and encourage them to apply on-line
- Help shepherd diversity candidates through the application process

**Resume Screener**
- Pre-screen Eng-Ops on-line applications and employee referrals to pre-qualify candidates prior to forwarding on to Recruiter

**Recruiting Coordinator**
- Schedule phone-screen and on-site interviews
- Manage administrative end of candidate recruiting process

**Recruiter**
- Screen resumes in active queues *(PSGA only)*
- Gather interview feedback
- Prepare hiring committee and offer review packages
- Act as primary liaison with candidate

No real consistency on how various roles are used
- In some areas, multiple roles are collapsed into single functions



36

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Similar Distribution Exists by Industry Vertical



(1)  Reflects Q1 2006 data
Source:  ATS analysis

-Privileged and Confidential-

Google

37

GOOG-HIGH TECH-00024186

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024187

172138



# Interview Program Included Key Stakeholders
Over 35 Sourcers, Recruiters, and Staffing Program Managers Interviewed to Date

**Diversity**

**Engineering**

**Ops**

**PSGA**

**Staffing Programs**

*Gen'l Eng:*

*Enterprise*

*Product Development*

*SRE:*

*HR/Finance*

*On-line Sales*

*Platforms:*

*PSO*

**International**

**Other**

*-Privileged and Confidential-*

Note: *Italics* indicate interview scheduled but not yet completed

Google
38

CONFIDENTIAL ATTORNEYS EYES ONLY

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(I)

Organization

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| Large contingent workforce | • Difficult to attract best recruiting talent who have full-time opportunities<br><br>• High degree of churn creates instability within workforce<br>　- Loss of institutional knowledge<br><br>• 3-month learning curve coupled with 12-month contract<br>　- Releasing talent just as Recruiters/ Sourcers become productive<br><br>• Can foster competitive dynamics<br>　- Focus is on getting converted | • Shift Recruiting and Sourcer team mix towards more full-time resources |
| Lack of transparency in Contractor conversion process | • Lowers morale among recruiting and sourcing staff<br>　- Decision feels out of their control | • Define clear, explicit selection criteria<br>　- Ensure they are understood by all staff |
| Recruiters/Sourcers work in vertical silos | • Lack visibility into what fellow team members are working on<br>　- Unable to effectively share qualified candidates<br>　- Qualified candidates can languish in incorrect queues<br><br>• Limited understanding of functions outside immediate area and how roles relate to each other<br><br>• Poor communication between groups | • Implement mechanisms to actively and regularly connect Sourcers/Recruiters across the organization<br><br>• Reinstate centralized training sessions<br><br>• Create on-line resource to provide visibility into searches of other Sourcers/Recruiters |

GOOG-HIGH TECH-00024188

17 2,39

39

CONFIDENTIAL ATTORNEY'S EYES ONLY

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(II)

## Organization

| Issue/Challenge | Impact | | Potential Resolution |
|---|---|---|---|
| Weak linkages between Sourcers and Recruiters and Hiring Managers | • With some exceptions, general distrust of quality of candidates forwarded from Sourcers<br><br>• Sourcers lack sufficient understanding of requirements of specific roles<br>  - Difficult to appropriately identify qualified candidates | | • Where possible, co-locate Sourcers with their recruiting team and specific client groups<br>  - Work in small teams<br><br>• Conduct 3-way discussions upfront between Sourcer, Recruiter and Hiring Manager<br>  - Establish specific position profiles with defined competencies<br>  - Communicate desired candidate profile need to discuss upfront together |
| Wide variation in abilities among Recruiters | • Inability of some Recruiters to effectively manage full lifecycle, including sourcing<br>  - Unable able to carry "fair share" of burden for growth targets | | • Use more consistency in Recruiter profile hired into Google<br>  - Ensure full suite of Recruiting skills<br><br>• Expand sourcing skills of existing recruiters |
| Too resource-constrained to adequately manage pace of growth | • Latency in early stages of recruiting process<br>  - Applicants can languish in long queues<br><br>• High risk of burn out or diminishing returns | | • Thoughtfully add Staffing resources where they are most needed<br><br>• Consider expanding roles of more junior staff to alleviate administrative burden of recruiters |

*-Privileged and Confidential-*

Google

40

172.40

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024190

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(III)

Process

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| Lack coherent strategy and accountability around various sourcing tools, e.g., • Job boards, resume databases, events, conferences, agencies etc. | • Lack systemic way to track ROI of various tools employed - Risk over-investing in certain tools and under-investing in others - Unable to accurately track cost/hire | • Evaluate each tool individually • Implement metrics to monitor usage and track effectiveness • Assign accountability for sourcing tool investments |
| Lack robust, systemic lead management capability | • No formalized way to capture, track and follow-up on leads - Data scattered among multiple mediums (ATS, Excel spreadsheets, Salesforce.com) - Problematic when Sourcer/Recruiter contract expires | • Assign Staffing ownership for allocation of PSGA employee referrals • Build out lead management functionality |
| No formalized, coordinated way to share candidates across functions - Compounded by lack of visibility into what other team members work on | • Sub-optimize staffing processes - No incentive to change behavior - Concern more for good of the vertical function vs. the enterprise • Lose qualified candidates rejected for one area but appropriate for another | • Implement mechanisms to regularly connect Sourcers/Recruiters across the organization • Modify productivity metrics to provide "credit" for sharing candidates • Consider creating clearinghouse function |

-Privileged and Confidential-

Google
41

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024191

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(IV)

## Process

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| Limited business knowledge transferred to recruiting staff • No formal training beyond Staffing systems training | • Steepens learning curve for Recruiters and Sourcers - Not as effective initially as could be | • Leverage education series recently launched in Paris, e.g., - Provides business overviews, ideal candidate profiles, etc. • Create resource for Staffing members to look up roles of others |
| Significant administrative requirements for Recruiters • Particularly internationally | • Limits time available for sourcing for Recruiters needing to supplement their own queues | • Where possible, move more administrative responsibilities to Recruiting Coordinators, e.g., - Printing and creation of offer packets - New hire set up <br><br> • Add Coordinator role in EMEA |
| Ownership of event attendee lists | • Competition for names results in lack of coordination around candidates qualified for multiple profiles - Lose viable candidate • No resource to follow up on non-diversity leads | • Designate central owner in Staffing or Staffing Programs not aligned with a specific vertical |
| No coordinated way to request and capture research data | • Individual efforts initiated within various Verticals - More expensive than if launched a coordinated effort | • Designate central research owner in Staffing responsible for purchasing research |

*-Privileged and Confidential-*



42

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024192

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(IV)

## Process

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| Employee Referral Program challenges | • SLAs not being met with applicants sitting in Recruiter queues<br>  - Risk losing candidates with highest probability of passing Google bar<br><br>• Lack active owner for PSGA Employee Referral program<br>  - No way to actively enforce SLA because responsibility not centralized | • Assign Staffing ownership for allocation of PSGA employee referrals |
| Lack of pre-defined job profiles<br>  • Particularly on EngOps side | • Makes sourcing for right candidate more challenging<br>  - No clear guidelines | • Define key competencies for each job profile<br><br>• Re-write job descriptions to ensure understanding by external candidates |

*-Privileged and Confidential-*

Google

43

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024193

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(V)

## Talent Pool

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| No current methodology to map out global talent pools | • No central database or library to enable lead and competitive data to be indexed and retrieved across the organization<br><br>• Inability to be strategic about identifying and attracting high quality talent<br> - Sub-optimize leverage of costly Staffing resources | • Design and implement process to gather and organize leads and competitive data<br><br>• Develop talent pool mapping strategy and competitive intelligence capability |
| Small, qualified talent pools for certain areas, e.g,<br> • SRE<br> • Diversity | • Women and minorities continue to be under-represented within specific technical functions and internationally | • Tap into additional sources of talent in order to cast a wider net and increase potential pipeline, e.g.,<br> - Consider University Alumni program<br> - Forge partnerships with diversity alumni groups |
| Overall recruiting environment becoming more challenging | • Active pipelines appear to be shrinking<br> - Passive sourcing likely to become increasingly more important<br><br>• Current sources becoming even less effective in yielding qualified candidates | • Develop comprehensive sourcing strategy<br> - Include scenario analysis for different market environments |
| Strict application of hiring bar | • Some pools of talent not at target Tier 1,2 and 3 schools<br> - Particularly true for diversity and international PSGA candidates | • Cast wider net beyond target schools, e.g.,<br> - Consortium schools |

-Privileged and Confidential-

Google
44

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00024194

# ...While Others Challenges are Unique

**Diversity**

- Diversity team-sourced candidates auto-rejecting in resume screen
  - May have slightly different background than typical Google candidate
  - Diversity team having to implement manual work arounds to "revive" candidates and actively engage recruiters

- Latency in recruiting process costing Google to lose talented diversity candidates
  - Diversity team-sourced candidates getting lost in enormous queues as there is currently no way to flag applicants
    - Unable to segregate and work within specific SLAs (similar to EE Referrals)
  - Due to smaller population, latency in process disproportionately negatively impacts diverse applicants than general population
  - Diversity team must individually follow up with lead recruiters as stop-gap

- Lack of clear leadership within Diversity team
  - Separation between Candidate Developers and Program Sourcers somewhat artificial
  - Image issues within broader Staffing team



**International**

- No sourcing capability resident in EMEA
  - Without global sourcing function may not be tapping into all valuable talent pools

- Mountain View-based international allocated resources not effective or tenable
  - EMEA-based staff never been informed of who specific resources in Mountain View are
  - Time zone differences constrain ability to contact candidates
  - Don't adequately understand focus of individual EMEA recruiters and therefore queue candidates incorrectly

- Overly reliant on costly agencies for pipeline creation
  - Accounts for ~33% of all hires

- High hiring bar coupled with the need to recruit for multiple languages creates increasingly challenging environment (support 25 languages)

- Best recruiting talent difficult to convert in EMEA
  - Tend not to have university degrees and therefore fail to meet standard Google bar

*-Privileged and Confidential-*

Google
45

# Slide Notes

**Header:**

Enter Title of Presentation Here


**Footer:**

Google Confidential


**Slide 1:**

Enter Title of Presentation Here

Google Confidential


**Slide 2:**

Enter Title of Presentation Here

Google Confidential


**Slide 3:**

Enter Title of Presentation Here

Google Confidential


**Slide 4:**

Enter Title of Presentation Here

Google Confidential


**Slide 5:**

Enter Title of Presentation Here


172.46

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024195

# Slide Notes

Google Confidential

**Slide 6:**

Enter Title of Presentation Here

Google Confidential

**Slide 7:**

Enter Title of Presentation Here

Google Confidential

**Slide 8:**

Enter Title of Presentation Here

Google Confidential

**Slide 9:**

Enter Title of Presentation Here

Google Confidential

**Slide 10:**

Enter Title of Presentation Here

Google Confidential

*172.47*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024196

# Slide Notes

**Slide 11:**

Enter Title of Presentation Here

Google Confidential

**Slide 12:**

Enter Title of Presentation Here

Google Confidential

**Slide 13:**

Enter Title of Presentation Here

Google Confidential

**Slide 14:**

Enter Title of Presentation Here

Google Confidential

**Slide 15:**

Enter Title of Presentation Here

Google Confidential

**Slide 16:**

Enter Title of Presentation Here

Google Confidential

172.48

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024197

# Slide Notes

**Slide 17:**

Enter Title of Presentation Here

Google Confidential

**Slide 18:**

Enter Title of Presentation Here

Google Confidential

**Slide 19:**

Enter Title of Presentation Here

Google Confidential

**Slide 20:**

Enter Title of Presentation Here

Google Confidential

**Slide 21:**

Enter Title of Presentation Here

Google Confidential

**Slide 22:**

172.49

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024198

# Slide Notes

Enter Title of Presentation Here

Google Confidential


**Slide 23:**

Enter Title of Presentation Here

Google Confidential


**Slide 24:**

Enter Title of Presentation Here

Google Confidential


**Slide 25:**

Enter Title of Presentation Here

Google Confidential


**Slide 26:**

Enter Title of Presentation Here

Google Confidential


**Slide 27:**

Enter Title of Presentation Here

Google Confidential


172.50

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024199

# Slide Notes

### Slide 28:

Enter Title of Presentation Here

Google Confidential

### Slide 29:

Enter Title of Presentation Here

Google Confidential

### Slide 30:

Enter Title of Presentation Here

Google Confidential

### Slide 31:

Enter Title of Presentation Here

Google Confidential

### Slide 32:

Enter Title of Presentation Here

Google Confidential

### Slide 33:

Enter Title of Presentation Here

172.51

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024200

# Slide Notes

Google Confidential

**Slide 34:**

Enter Title of Presentation Here

Google Confidential

**Slide 35:**

Enter Title of Presentation Here

Google Confidential

**Slide 36:**

Enter Title of Presentation Here

Google Confidential

**Slide 37:**

Enter Title of Presentation Here

Google Confidential

**Slide 38:**

Enter Title of Presentation Here

Google Confidential

172.58

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024201

# Slide Notes

**Slide 39:**

Enter Title of Presentation Here

Google Confidential

**Slide 40:**

Enter Title of Presentation Here

Google Confidential

**Slide 41:**

Enter Title of Presentation Here

Google Confidential

**Slide 42:**

Enter Title of Presentation Here

Google Confidential

**Slide 43:**

Enter Title of Presentation Here

Google Confidential

**Slide 44:**

Enter Title of Presentation Here

Google Confidential

172.53

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024202

# Slide Notes

**Slide 45:**

Enter Title of Presentation Here

Google Confidential

$172.54$