# EXHIBIT 1606 TO CISNEROS DECLARATION REDACTED VERSION (PART 1 OF 2)



Google Confidential and Proprietary

# Comp Basics for Recruiters



EXHIBIT 1606
WIT: Wagner
DATE: 3.7.2013
ANNE TORREANO, CSR #10520

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036287

1606.1

CONFIDENTIAL ATTORNEY'S EYES ONLY

## Objectives

Go gle

1) Provide recruiters with a strong foundational knowledge of compensation at Google

2) Prepare recruiters for common comp-related questions, objections and circumstances that they may encounter while working with a candidate

3) Increase transparency of Google's compensation philosophy and processes

4) Encourage broader recruiter collaboration with compensation team

Google Confidential and Proprietary

GOOG-HIGH TECH-00036288

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Course Overview

Google

- ✓ Philosophy
- ✓ Compensation Components
- ✓ Comping an Offer
- ✓ Miscellaneous
- ✓ Objections and Rebuttals
- ✓ Contacts

Google Confidential and Proprietary

GOOG-HIGH TECH-00036289

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00036290

# Compensation Philosophy

Go gle

**Deliver pay in ways that support three primary business objectives:**

✓ Support the company's culture of innovation and performance,

✓ Attract and retain the world's best talent, and

✓ Align employee interests with shareholder interests in the overall success of the company.

 Pay-for-performance platform

 "Leveraged" comp with increasing levels of leadership

 Incentive programs offer opportunity to earn above-market total pay

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

## What's our pay history?

Go gle

### *Target market pay rates have changed with growth*



Google Confidential and Proprietary

GOOG-HIGH TECH-00036291

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Total Renumeration Value Proposition

Go gle

Google aims to be very competitive on total reward – most people experience a change in pay mix, resulting in larger total remuneration packages

| | | | REWARD ELEMENT | OBJECTIVE |
|---|---|---|---|---|
| TOTAL REWARD | | | WORK CONTENT, ENVIRONMENT & CULTURE | Build one of the most intelligent, highly motivated groups of employees in the world and foster a flat, collaborative work environment. Provide ongoing exposure to interesting and challenging work |
| | TOTAL REMUNERATION | | BENEFITS | Be a market leader in indirect awards in a way that adds meaningful value to employees' personal and professional lives |
| | | TOTAL DIRECT PAY | EQUITY | Provide all employees with an ownership stake in the company's future performance, AND "meaningful" future value at grant |
| | | | TOTAL CASH → BONUS | Above-market highly leveraged short-term cash incentives that reward individual contributions rather than tenure or roles |
| | | | BASE | Competitive base salaries |

Google Confidential and Proprietary

GOOG-HIGH TECH-00036292

# Total Renumeration Value Proposition

Go gle

Google aims to be very competitive on total reward – most people experience a change in pay mix, resulting in larger total remuneration packages

| | | REWARD ELEMENT | OBJECTIVE |
|---|---|---|---|
| TOTAL REWARD | | WORK CONTENT, ENVIRONMENT & CULTURE | Build one of the most intelligent, highly motivated groups of employees in the world and foster a flat, collaborative work environment. Provide ongoing exposure to interesting and challenging work |
| | TOTAL REMUNERATION | BENEFITS | Be a market leader in indirect awards in a way that adds meaningful value to employees' personal and professional lives |
| | TOTAL DIRECT PAY | EQUITY | Provide all employees with an ownership stake in the company's future performance, AND "meaningful" future value at grant |
| | TOTAL CASH | BONUS | Above-market highly leveraged short-term cash incentives that reward individual contributions rather than tenure or roles |
| | | BASE | Competitive base salaries |

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00036293

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036294





**Base**

**Total Cash**

**Total Direct Pay**

**Total Renumeration**

**Total Reward**

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

# How do we think about total direct compensation? 

Total Compensation = Salary + Bonus + Stock

**Target**

**Actual**
**upside**

Google Confidential and Proprietary

GOOG-HIGH TECH

# Compensation Components

## Setting a Base Salary

Google

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036296

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Compensation Components

Google

- Base Salary
  - Benchmarking
  - Leveling
  - Proposing a Base

- Bonus Programs
  - Company Bonus Program
  - Sales Incentive Program

- Long Term Incentives
  - Stock Options
  - Google Stock Units (GSUs)

- Sign-on Bonus and Relocation

Google Confidential and Proprietary

GOOG-HIGH TECH-00036297

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Benchmarking Overview

Go gle

What is Google's intended position relative to market (non-sales)?

• ▆▆▆▆ percentile for each element of pay - base salary, incentive and equity compensation

How do we measure the market?

• Salary surveys

• Informal/Anecdotal sources

• Peer comparator companies

 – ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

How do we compare jobs to the market?

• Functionally

• Scope factors (role complexity, domain expertise, span of control, etc.)

• Geographically

Google Confidential and Proprietary

GOOG-HIGH TECH-00036298

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Benchmarking Process





GOOG-HIGH TECH-00036299

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

## Benchmarking Philosophy

Go gle



GOOG-HIGH TECH-00036300

CONFIDENTIAL ATTORNEY'S EYES ONLY

## Leveling

Go gle

When leveling a job Google aims to be internally consistent and externally competitive.  Google levels jobs, not people.

- Factors
  - ████████████████████████
  - ████████████████

- ████████████████████████████████████████████
  ████████████████████

- ██████
  - ████████████████████████████████████████
  ████████████████████████████████████████████
  ████████████████████████████████

Google Confidential and Proprietary

GOOG-HIGH TECH-00036301



Base Salary

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

1606.16

CONFIDENTIAL ATTORNEYS EYES ONLY

## Comping an Offer

Go gle



Google Confidential and Proprietary

GOOG-HIGH TECH-00036303

Go gle

Google Confidential and Proprietary

# Process for leveling brand new job?

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036304

1606.18

Google

Google Confidential and Proprietary

# Compensation Components
## Bonus Programs

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036305

1606.19

CONFIDENTIAL ATTORNEYS EYES ONLY

# Company Bonus Program

Go gle



**On the Company Bonus Program**

**On Sales Incentive Program**

GOOG-HIGH TECH-00036306

CONFIDENTIAL ATTORNEY'S EYES ONLY

## Company Bonus Program

Go gle

Google offers above-market target cash incentives and an opportunity to earn up to █████████ ...



*(Percentages shown reflect percent of salary))*

Google Confidential and Proprietary

GOOG-HIGH TECH-00036307

CONFIDENTIAL ATTORNEYS EYES ONLY

# Company Bonus Program

Google

**Company Bonus Plan Mechanics:**



**Calculation Detail:**

Google Confidential and Proprietary

GOOG-HIGH TECH-00036308

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00036309

# Annual Review

Google

- Salary Review
  - Takes place in November
  - Opportunity for increase is based on performance and current pay relative to desired market position for role.

- Annual Bonus
  - Bonus calculation decisions made in February
  - Paid out in March
  - Based on Performance
    - OKRs
    - Metrics
    - Calibration scores

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

## Company Bonus Payout



GOOG-HIGH TECH-00036310

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Sales Incentive Program

Google



GOOG-HIGH TECH-00036311

1606.25

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036312

# Sales Incentive Program





Google Confidential and Proprietary

# Compensation Components
## Long Term Incentives

Google Confidential and Proprietary

GOOG-HIGH TECH-00036313

1606.27

CONFIDENTIAL ATTORNEY'S EYES ONLY

## Stock Options Overview

Go gle

• A stock option is a securities contract that gives the holder (the "Optionee") the right to purchase a set number of shares of the Company's Common Stock at a fixed price (the "strike price").

• There are two primary kinds of stock options:

- Non-statutory stock option (NSO)
- Restricted Stock Option (RSO)

• The **strike price**, or exercise price is based on the value of the stock on the day the option was granted.

• You don't own any stock until you exercise your Stock Options, which means that you have purchased the shares.

Google Confidential and Proprietary

GOOG-HIGH TECH-00036314

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00036315



# Glossary

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Stock Options vs. GSUs

Google

## Stock Options

- Vest over a four year schedule
    - 1 year cliff before 25% vest
    - Remaining shares vest at 1/48 of grant per month

- Holder **only** realizes a gain if the stock increases in value

- Awards based on level, location, and EMG grade.

## GSUs

- Vest over a four year schedule
    - 1 year cliff before 25% vest
    - Remaining shares vest at 25% per year

- Holder receives the full value of the stock regardless of whether stock increases or decreases in value

- Awards based on level, location, and EMG grade.

Google Confidential and Proprietary

GOOG-HIGH TECH-00036316

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Stock Options vs. GSUs

Go gle





GOOG-HIGH TECH-00036317

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00036318

## Stock Options vs. GSUs

Go gle

## What about US tax treatment?

| Stock Options | • **Gain to the employee is taxed as ordinary income** <u>when the options are exercised</u><br>• **Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates** |
|---|---|
| GSUs | • **Gain to the employee (i.e., full share value + appreciation/depreciation) is taxed as ordinary income** <u>when the units vest</u><br>   ➤ Shares are granted net of tax withholding as shown: |

|  | Total<br>GSUs<br>Vested |  | Gross Shares<br>Granted |  | Employee<br>Income Taxes<br>Withheld |  | Final Shares<br>Acquired |
|---|---|---|---|---|---|---|---|
|  | 25 GSUs | = | 25 Class A<br>Google Shares | - | 11 Class A<br>Google Shares<br>(Rate = 42.93%) | = | 14 Class A<br>**Google Shares** |

• **Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates**

**Note:  Tax treatment varies by country**

*... however, Google cannot offer tax advice and managers should direct candidates to their own tax advisors*

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

## Stock Options vs. GSUs

Go gle

**Google's new hire grants will be a combination of _both_ stock options and GSUs**

**Why?**



Note that programs may vary by country

Google Confidential and Proprietary

GOOG-HIGH TECH-00036319

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00036320

# New Hire Grant Program

Google



|  | Number Granted | Example Stock Price at Grant | Vested Gain After ONE Year (Assuming Annual Growth Rate) | | | | Total Gain Realized Over FOUR Years* (Assuming Annual Growth Rate) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | 5% | 10% | 15% | 20% | 5% | 10% | 15% | 20% |
| **Example NEW Google Grant Guideline** | | | | | | | | | | |
| | | | | | | | | | | |
| **Sample Company A Competing Offer** | | | | | | | | | | |
| Options | 2,000 | $  20.00 | $  500 | $  1,000 | $  1,500 | $  2,000 | $  5,256 | $  11,051 | $  17,424 | $  24,416 |
| **Sample Company B Competing Offer** | | | | | | | | | | |
| Restricted Stock | 1,000 | $  20.00 | $  5,250 | $  5,500 | $  5,750 | $  6,000 | $  22,628 | $  25,526 | $  28,712 | $  32,208 |

*Assumes annual exercise/settlement of vested gain.

**Don't let candidates get caught in the trap of comparing number of options/units alone!**

**Candidates should consider _growth scenarios_ and compare offers on that basis**

- **We have provided recruiters with a modeling tool to facilitate these comparisons**

- Candidates must make their **OWN** growth assumptions; Google cannot offer guidance on probable growth rates for any company

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00036321

# Transferable Stock Option (TSO) Program        Go gle

- Program launched April 2007

- TSOs are nonqualified stock options that may be sold (upon vest) to financial institutions through an online auction.

- Allows employees to capture the "intrinsic value" (market price – strike price) and "time value" of their options.

- Banks may be willing to pay a premium for increased future profits through hedging.

- Bid price will depend on the strike price, current Google market price, volatility of stock, current interest rates, the life of the option, and market conditions

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

## TSO Program

Go gle

## How are options valued?

• Institutional investors will pay the full "fair value" today for the rights to purchase both the:

- – Intrinsic value of options ("in the money" value), *and*
- – Time-value of options (potential future upside)

• However, employees may only sell up to **two years** of the remaining option life

- – There is always an incentive to continue holding options

• Time value becomes more tangible to employees

- – Every option held is an option valued
- – Black-Scholes models become more relevant

Google Confidential and Proprietary

GOOG-HIGH TECH-00036322

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH TECH-00036323

# TSOs

Go gle

## How might TSO values look to employees?



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

## TSO Program

Go gle

# How much are TSO's selling for?

Sample trading data from Q2:

| TSO Trading History Data as of 24-Apr-07 | | | | | |
|---|---|---|---|---|---|
| Option Strike Price | n | Intrinsic Option Value | TSO Option Value | Additional Value from TSOs | % |

Google Confidential and Proprietary

GOOG-HIGH TECH-00036324

CONFIDENTIAL ATTORNEY'S EYES ONLY

# TSO Example

Google

- Tom and Sally each own 100 options with a strike price of $400 per share

- All options are vested

- Google market price is currently $500.

GOOG-HIGH TECH-00036325

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEY'S EYES ONLY

# TSO Resources

Go gle

MOMA:  Frequently Asked Questions

Video:  TSO Video

Blog: TSO Blog

Marketwatch: Examples

GOOG-HIGH TECH-00036326

Google Confidential and Proprietary