Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PLAINTIFFS' NOTICE REGARDING MOTIONS *IN LIMINE*** <br><br>Courtroom:  8, 4th Floor<br>Judge:       Honorable Lucy H. Koh |

In light of the Court's instructions to the parties at the March 27, 2014 Case Management Conference, and in light of agreements Plaintiffs have reached with Defendants resolving several evidentiary issues, Plaintiffs have no motions *in limine*.

Plaintiffs reserve the right to raise additional evidentiary issues at the May 8, 2014 pretrial conference and during trial.

Dated:  April 10, 2014            Lieff Cabraser Heimann & Bernstein, LLP

By:    */s/ Kelly M. Dermody*
              Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM, INC.
255 California, Suite 450
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*

Eric L. Cramer
Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA  19103
Telephone:  (215) 875-3000
Facsimile:  (215) 875-4604

| | |
|---|---|
| 1 | Linda P. Nussbaum |
| 2 | Peter Barile<br>GRANT & EISENHOFER P.A. |
| 3 | 485 Lexington Avenue, 29th Floor<br>New York, NY  10017 |
| 4 | Telephone:  (646) 722-8500<br>Facsimile:  (646) 722-8501 |
| 5 | *Class Counsel* |

1169811.1 — - 3 - — PLAINTIFFS' NOTICE REGARDING MOTIONS *IN LIMINE*; MASTER DOCKET NO. 11-CV-2509-LHK