# EXHIBIT 1741 TO
# CISNEROS DECLARATION
# REDACTED VERSION



Staffing

# Hiring Policies and Protocols

## Table of Contents

### Overview

- Google's Hiring Guidelines
- Hiring "Do's and Don'ts"

### Legal Compliance and Protocols

- ▮▮▮▮▮▮▮
- Special Agreement (a.k.a. "Do Not Touch" list)
- Legal Compliance:
  - o Helping Candidates Comply with Confidential Information and Non-Solicit Agreements
  - o Candidate Code Sample Agreement
  - o Non-Disclosure Guidelines for Candidates
  - o Non-Disclosure Agreement (short form)
  - o Letter to Prospective Googlers with Regards to Complying with Agreement

### General Guidelines and Policies

- Extending an Offer Guidelines for Recruiters
- Offer Process Roles & Responsibilities
- Standard Document Distribution Protocol for New Hires
- Temporary Requisition Guidelines and Protocol
- Google Sign-On Bonus Policy
- 2005 Equity Program FAQ's
- GSU Offer Packet Insert
- Candidate Reimbursement Policy (Domestic)
- Candidate Reimbursement Policy (International)
- Domestic Relocation Policy Plan B – U.S. Regional Moves
- Domestic Relocation Policy Plan B – U.S./Canada Coastal Moves

EXHIBIT 1741
WIT: Kordestani.
DATE: 3. 11. 2013
ANNE TORREANO, CSR #10520



**Hiring Policies and Protocols**

# Overview

CONFIDENTIAL ATTORNEY'S EYES ONLY

1791.2

GOOG-HIGH-TECH-00194865



## Google's Hiring Guidelines



CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.3

GOOG-HIGH-TECH-00194866



## Hiring Do's and Don'ts



CONFIDENTIAL ATTORNEY'S EYES ONLY

1791.4

GOOG-HIGH-TECH-00194867



**Staffing**

## Hiring Policies and Protocols

# Legal Compliance and Protocols

CONFIDENTIAL ATTORNEY'S EYES ONLY                1741.5                GOOG-HIGH-TECH-00194868



Revision 0606.2005        **Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.6

GOOG-HIGH-TECH-00194869



## Special Agreements – a.k.a. "Do Not Touch List"
## Effective March 6, 2005

We have a special agreement with three companies going forward – Genentech, Intel, and Apple:

For each of these companies, we agreed:

- Not to directly cold call into those companies.
- But, we would accept internal or external references that indicated that an individual was "looking.
- And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us).

And please be cautious when recruiting teams from any company to keep our candidates and potential employees safe from legal action. Most companies have non-solicit agreements which would limit or prohibit a candidate from asking a coworker to interview with us as well.

CONFIDENTIAL ATTORNEY'S EYES ONLY                1741.7                GOOG-HIGH-TECH-00194870



**Helping Candidates Comply with Confidential Information
and Non-Solicit Agreements**

# REDACTED-PRIVILEGED

Revision 0629.2005          **Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY                1741.8                GOOG-HIGH-TECH-00194871





Signature of Candidate         Name of Candidate (Please print)

Date

Revision 0418.2005         **Google Inc.**

     1741.9      GOOG-HIGH-TECH-00194872



## Non-Disclosure Guidelines

To:     Google Candidates
From:   Google Staffing



Revision 0418.2005                          Google Inc.

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00194873



## Non-Disclosure Agreement



Revision 0727.2005                    Google Inc.

CONFIDENTIAL ATTORNEY'S EYES ONLY    1741.11    GOOG-HIGH-TECH-00194874



To:     Prospective Googlers
From:   Google Staffing



Google Staffing

Revision 0418.2005                    Google Inc.

F-141.12

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00194875



**Hiring Policies and Protocols**

# General Guidelines and Policies

CONFIDENTIAL ATTORNEY'S EYES ONLY    1741.13    GOOG-HIGH-TECH-00194876



## Extending an Offer Guidelines for Recruiters



   **Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY   1741.14   GOOG-HIGH-TECH-00194877



## Offer Process Roles & Responsibilities



Revision 0809.2005        **Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY                    1741.15                        GOOG-HIGH-TECH-00194878



## Standard Document Distribution Protocol to New Hires

**NDA Guidelines & Welcome Letter Updates**



CONFIDENTIAL ATTORNEY'S EYES ONLY                           1741.16                    GOOG-HIGH-TECH-00194879



## Temporary Requisition Guidelines and Protocol



Revision 0908.2005        **Google Staffing – Attorney-Client Privileged & Confidential**

CONFIDENTIAL ATTORNEY'S EYES ONLY                    1741.17              GOOG-HIGH-TECH-00194880

## Google Sign-On Bonus Policy



Google Staffing – Attorney-Client Privileged & Confidential

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.18

GOOG-HIGH-TECH-0019488

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**INTERNAL USE ONLY**
Updated: May 27, 2005

**FREQUENTLY ASKED QUESTIONS**

This internal document is intended to offer guidance to U.S. Managers and Recruiters on how to address questions about Google's new Long-term Incentive programs. Separate materials have been prepared for external use. Please contact David Rolefson (drolefson@google.com) for additional information or program materials.

**General Questions on Google Stock Units (GSUs):**

**What's a GSU?**
A GSU is an award that entitles the holder to a share of Google stock when the unit vests. One GSU equals one share of Google Class A common stock.



CONFIDENTIAL ATTORNEY'S EYES ONLY          1741.19          GOOG-HIGH-TECH-00194882

GOOGLE CONFIDENTIAL                                    INTERNAL USE ONLY
U.S. Equity Programs                                   Updated: May 27, 2005

**Microsoft issued restricted stock units recently. Google's move to GSUs is just another big-company move with no real upside to employees.**
Actually, we structured our grants according to what employees told us they would find most "meaningful" as a new hire. Focus groups conducted internally suggested that candidates would highly value GSUs and would be willing to trade some options for GSUs. Google has responded by offering a mix of both.

**Will GSUs pay dividends?**
No. Since GSUs do not convert to shares of stock until they vest, they do not entitle the holder to dividends, as long as they are unvested. When they do vest, they convert to shares of Google Class A common stock and entitle the holder to all shareholder rights, including rights to receive dividends, if any.

**Can we offer GSUs internationally? Do they work the same way?**
Generally, yes. We can currently offer GSUs to regular, full-time employees in most countries where we are actively hiring, including Australia, Brazil, Canada, China, Germany, Hong Kong, India, Ireland, Israel, Japan, Korea, Mexico, Netherlands, Norway, Russia, Spain, Sweden, Switzerland, and the U.K. In France and Italy we are currently able to offer stock options only. We will continue to update this list as we add employees in new countries and to reflect any changes in local regulatory constraints. Please be aware that due to local laws in some countries, the GSU plan mechanics may vary slightly from U.S. practice. Consult Compensation for applicable current local practices.

## New Hire Award Program

### Key Messages

1) **Google's New Hire equity program is designed to offer candidates both:**
   - **An equity stake in the company's future performance, and**
   - **Meaningful value at grant**

   That's why our new guidelines offer candidates a combination of traditional stock options and Google Stock Units (GSUs), which entitle the holder to shares of Google stock when the units vest.

2) **Rewarding performance is the cornerstone of our compensation philosophy.**
   We believe that by tying actual rewards to individual performance, we more appropriately compensate our employees for their contributions to Google. The number of GSUs a new hire receives is tied to actual performance. Google's culture is based on results, and we don't believe in "resting and vesting" – we want all candidates to understand that we offer very high equity value through our grants, and in exchange, we want high performers who are excited about coming to Google to do real work, both before the GSU grant and throughout the vesting period.

3) **This new hybrid model (stock options plus GSUs) reduces the problem created by potential market volatility.**
   GSUs offer employees immediate "value" and also offer "downside protection" since they have value even if the stock price drops or remains flat.

**What are grant sizes like? Are they smaller? Why?**

In number, grant sizes are smaller. Since GSU value is based on the full underlying share value in addition to any future stock price appreciation, fewer units are need to "match" the value of stock options, which only have value if the future stock price goes up.

CONFIDENTIAL ATTORNEY'S EYES ONLY

171. 20

GOOG-HIGH-TECH-00194883

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**INTERNAL USE ONLY**
Updated: May 27, 2005



CONFIDENTIAL ATTORNEY'S EYES ONLY                   1741.21                   GOOG-HIGH-TECH-00194884

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**INTERNAL USE ONLY**
Updated: May 27, 2005



CONFIDENTIAL ATTORNEY'S EYES ONLY          1741.22          GOOG-HIGH-TECH-00194885

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**INTERNAL USE ONLY**
Updated: May 27, 2005



CONFIDENTIAL ATTORNEY'S EYES ONLY          1741.23          GOOG-HIGH-TECH-00194886

 **Google Stock Units**

## What is a Google Stock Unit (GSU)?

A GSU is an award that entitles the holder to a share of Google stock when the unit vests. One vested GSU equals one share of Google Class A common stock.



| Initial Grant | | Vesting at One Year | | GSUs Vested | | Gross Shares | | Stock Price FMV at Vest (Example Only) | | Gross Gain to Employee at Vest |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 GSUs | X | 25% | = | 25 GSUs | = | 25 Class A Google Shares | X | $200 | = | $5,000 |

## How exactly does a GSU differ from a regular option?

A GSU differs from a regular option in that the shares are granted **_automatically_** upon vest. No "exercise" by the holder is required. Further, the stock price must go up for employee to realize a "gain" with a regular option, and the Googler's gross gain is equal to the future stock price minus the stock price at grant. But with a GSU, the stock price does not need to go up to realize a "gain" – essentially, the gross gain is equal to the full price of the stock on the day of vest. (Gains on both stock options and GSUs are subject to tax.)



**Note:** Growth scenario shown as illustrative only and is not intended to be predictive

## Are you creating these programs now because you expect Google's stock price to decline?

No. We're creating these programs because we committed to Googlers that we'd continue to be innovative in the way we deliver rewards. We don't want to do things the way they've always been done. We're simply identifying another means of rewarding employees for their performance, while also offering them a degree of protection from market volatility.

## Is a GSU the same as restricted stock?

Similar, but different. GSUs are not shares of stock, even though they convert to shares of stock upon vesting. As long as units are unvested, holders are not entitled to voting rights or dividends, if any.

Google Staffing – Attorney-Client Privileged & Confidential



Google Staffing – Attorney-Client Privileged & Confidential



CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.25

GOOG-HIGH-TECH-00194888



## Candidate Reimbursement Policy (Domestic)



CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.24

GOOG-HIGH-TECH-00194889



## Candidate Reimbursement Policy (International)



CONFIDENTIAL ATTORNEY'S EYES ONLY        1741.27        GOOG-HIGH-TECH-00194890



## Domestic Relocation Policy Plan B – U.S. Regional Moves

The purpose of this policy is to define relocation benefits for employees who are relocating at the Company's request.



1. ███████████

2. ███████████

3. ███████████

4. ███████████

5. ███████████

CONFIDENTIAL ATTORNEY'S EYES ONLY                    GOOG-HIGH-TECH-00194891

1741.28



## Domestic Relocation Policy Plan B – U.S. Regional Moves



6.

7.

8.

9.

10.

CONFIDENTIAL ATTORNEY'S EYES ONLY          1741.29          GOOG-HIGH-TECH-00194892



## Domestic Relocation Policy Plan B – U.S. Regional Moves

11. ▮▮▮▮▮

12. ▮▮▮▮▮

13. ▮▮▮▮▮

14. ▮▮▮▮▮

15. ▮▮▮▮▮

16. ▮▮▮▮▮

17. ▮▮▮▮▮

18. ▮▮▮▮▮

CONFIDENTIAL ATTORNEY'S EYES ONLY

1741.30

GOOG-HIGH-TECH-00194893



# Domestic Relocation Policy Plan C – U.S./Canada Coastal Moves

The purpose of this policy is to define relocation benefits for employees who are relocating at the Company's request.

**Policy**



1.

2.

3.

4.

5.

CONFIDENTIAL ATTORNEY'S EYES ONLY                    1741.31                    GOOG-HIGH-TECH-00194894



## Domestic Relocation Policy Plan C – U.S./Canada Coastal Moves



CONFIDENTIAL ATTORNEY'S EYES ONLY                    1741.32.                    GOOG-HIGH-TECH-00194895



## Domestic Relocation Policy Plan C – U.S./Canada Coastal Moves



CONFIDENTIAL ATTORNEY'S EYES ONLY                    1741.33                    GOOG-HIGH-TECH-00194896