# EXHIBIT 91 TO
# HARVEY DECLARATION
# REDACTED VERSION
# (PART 1 OF 5)

# Staffing Orientation

Google

Staffing Orientation_Overview_060805

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028981

# Introductions



- Name
- Experience in recruiting
- Role & area of recruiting at Google
- Time with Google
- One thing you want to get out of the class

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028982

CONFIDENTIAL ATTORNEYS EYES ONLY



# What we will be covering

- How is Recruitment Different at Google
- The Recruitment Process
- Google Comp & Equity
- Benefits, Immigration and Relocation

Google Confidential



GOOG-HIGH TECH-00028983



# Part I

## How is recruitment different at Google?

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028984





# Google Mission:

Organize the world's information and make it universally accessible and useful

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028985

# What sort of person can achieve a mission like that?



- Innovative
- High quality implementers
- Talented generalists
- Strong analytical skills
- Solution oriented mindset –You CAN get there from here

Google Confidential



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028986

CONFIDENTIAL ATTORNEYS EYES ONLY



# Google Culture Fit

- Enthusiastic
- Self motivated
- Passionate
- Well rounded with outside interests
- Ethical
- Communicate openly, clearly

Google Confidential



GOOG-HIGH TECH-00028987

CONFIDENTIAL ATTORNEYS EYES ONLY

# Recruiter's Key Responsibilities

- Manage the hiring process
- Limit corporate liability to non-solicit agreements
- Interview selection and guidance
- Influence Hiring Committee to make well-informed decisions in a timely manner
- Ensure candidate has a good experience

Google Confidential



GOOG-HIGH TECH-00028988

CONFIDENTIAL ATTORNEYS EYES ONLY

# A successful recruiter at Google is…



- Smart
- Resourceful
- Sees both the big picture & detail
- Efficient
- Strong interpersonal skills
- Able to handle stressful situations
- Lets go of "preconceived" ideas

Google Confidential



GOOG-HIGH TECH-00028989

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028990



# Ways to be successful

- Attend all five Staffing Trainings (Orientation, ATS Workshop, Day in the Life of a Recruiting Coordinator, Life of an Offer, OWF Workshop)
- Review the new recruiter orientation checklist
- Become familiar with the organization, Google functions and products
- Be resourceful.  Many of the best recruiters create their own reference tools and learn to network with each other
- MOMA and the Staffing Website

Google Confidential



# Part II

## The Recruitment Process and Other Resources



CONFIDENTIAL ATTORNEYS EYES ONLY

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028992

# Who else is on the Recruiting Team? 

- Screeners
- Sourcers
- Candidate Engagement Specialists
- Recruiters
- Coordinators
- Interviewers
- Hiring Committees
- EMG & Larry
- Staffing Programs

Google Confidential





# Recruitment Process

Google

Google Confidential