# EXHIBIT 91 TO
# HARVEY DECLARATION
# REDACTED VERSION
# (PART 2 OF 5)

CONFIDENTIAL ATTORNEYS EYES ONLY



# Things to Remember

- Identify superstars early in the process
- Follow up for phone screen and interview feedback
- Keep employees appraised of where referral is in the recruiting process
- Document all actions in ATS
- Never inflate an existing offer
- Use the Higher Education Database
- Never promise anything that you can't deliver

Google Confidential



GOOG-HIGH TECH-00028994

CONFIDENTIAL ATTORNEYS EYES ONLY



# Recruitment Resources

- Google's Online Application
- www.google.com/jobs
- Internet job boards
- Research companies
- Communities
- Associations
- Employee referrals
- Conferences & Diversity Events

Google Confidential



GOOG-HIGH TECH-00028995



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00028996

# Programs Groups

- Judy Gilbert, Director of Staffing Programs
- College relations
- Staffing analytics
- Event planning and conference support
- Training
- Special projects (code jam, marketing, etc.)
- Diversity programs
- Process improvement

Google Confidential



CONFIDENTIAL ATTORNEYS EYES ONLY

# Diversity at Google



Google aspires to be an organization that reflects the globally diverse audience that our search engine and tools serve. We believe that in addition to hiring the best talent, the diversity of perspectives, ideas, and cultures leads to the creation of better products and services.



GOOG-HIGH TECH-00028997

CONFIDENTIAL ATTORNEYS EYES ONLY



# Diversity at Google

- Employee Network Groups (such as the Google Women Engineers)
- Professional Development Series
- Domestic partner benefits
- Volunteering and support of external organizations
- K – 12 Program
- Scholarship programs for university students

**You have a role to play too…by sourcing/recruiting a diverse talent pool**

GOOG-HIGH TECH-00028998

Google Confidential



CONFIDENTIAL ATTORNEYS EYES ONLY



# Candidate Development

- Engagement philosophy
- When do we engage with a prospect?
- Focusing on (skills, experience, accomplishments)
- Handling passive candidates
- Creating & maintaining a positive candidate experience
- Steering clear from issues (please refer to diversity tab on our staffing website if you have questions regarding our do's and don'ts).

GOOG-HIGH TECH-00028999

Google Confidential



CONFIDENTIAL ATTORNEYS EYES ONLY



# Best Practices

- Recognize candidates first and foremost for their skills, experience, abilities, accomplishments, and potential.
- Handle candidates with care

  - Coach them through the process, and set appropriate expectations
  - Watch for latency (especially with ER's and passively sourced candidates)
  - If they don't fit your role, try to map them to another role that may be more appropriate (when in doubt send to Anand or Kishore anandb@google.com or kishore@google.com)

- Understand Google's requirements, and what others are recruiting for
- Think creatively (Diversity Workshop, Rock Star, AdWords campaign, etc.)
- Partner with Staffing Programs & Events Team
- Maintain a percentage of your time diversifying your candidate sourcing by focusing on passive URM (under represented minority) candidates

Google Confidential



GOOG-HIGH TECH-00029000



# Part III

## Comp & Equity

Google

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029001

CONFIDENTIAL ATTORNEYS EYES ONLY



Employee Value Proposition

| | Reward Element | Objective | Details |
|---|---|---|---|
| **INDIRECT** | **Work Environment & Culture** | Build one of the most intelligent, highly motivated groups of employees in the world and foster a flat, collaborative work environment | ▶ Rigorously apply high hiring standards<br>▶ Solicit input from all levels of employees for every hire<br>▶ Promote direct communication through informality and minimal hierarchy internally |
| | **Work Content** | Provide ongoing exposure to interesting and challenging work | ▶ Allow flexibility to pursue own work-related interests and development opportunities<br>▶ Challenge conventional ways of doing things in all areas of our business |
| | **Benefits & Perquisites** | Be a market leader in indirect awards in a way that adds meaningful value to employees' personal and professional lives | Examples:<br>▶ 401(k) plan & company match<br>▶ Corporate matching and volunteerism opportunities through Google Foundation<br>▶ Regular social events (e.g., ski trip, beer busts, movies)<br>▶ Menu of individually tailored benefits (e.g., financial planning, day care services)<br>▶ Google café & food<br>▶ On-site massage, doctor, dentist, gym, yoga, haircut, etc. |
| **DIRECT** | **Cash** | Offer competitive compensation with a high degree of "at-risk" pay based on performance | |
| | **Equity** | Provide all employees with an ownership stake in the company | |



GOOG-HIGH TECH-00029002



# Google™

## Training Objective

Today we will address the following

- **Google's compensation philosophy**
- **Google's company bonus program**
- **Google's equity program**

23

Confidential – Internal Use Only

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029003

CONFIDENTIAL ATTORNEYS EYES ONLY



# Compensation Philosophy

primary busine

✓ Support the company's culture of innovation and performance,

✓ Attract and retain the world's best talent, and

✓ Align employee interests with shareholder interests in the overall success of the company.

Pay-for-performance platform

"Leveraged" comp with increasing levels of leadership

Incentive programs offer opportunity to earn above-market total pay



GOOG-HIGH TECH-00029004

CONFIDENTIAL ATTORNEYS EYES ONLY



## Cash Compensation: Base Salary

"Competitive" doesn't have to mean higher salaries than everyone else

*Google targets competitive market salaries and above-market variable pay*

Salaries are just **_part_** of an overall pay program that delivers above-market rewards for performance





GOOG-HIGH TECH-00029005