# EXHIBIT 91 TO
# HARVEY DECLARATION
# REDACTED VERSION
# (PART 3 OF 5)

CONFIDENTIAL ATTORNEYS EYES ONLY

# How are jobs categorized at Google?



GOOG-HIGH TECH-00029006

CONFIDENTIAL ATTORNEYS EYES ONLY



# Cash Compensation: Company Bonus Plan

Google offers above-market target cash incentives and an opportunity to earn up to [REDACTED]..



| Salary Grade (T/O/E) | Sample Job Titles | | Target Annual Bonus | Max Annual Bonus (7x target) |
|---|---|---|---|---|
| | Technical | Non-Technical | | |

*(Percentages shown reflect percent of salary)*

... *"market" maximum payouts are typically 1.5x – 2x target*



GOOG-HIGH TECH-00029007



# Cash Compensation: Company Bonus Plan

**Company Bonus Plan Mechanics:**



**Calculation Detail:**



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029008

Confidential – Internal Use Only

CONFIDENTIAL ATTORNEYS EYES ONLY



# Long Term Incentive Program



\* *Note that equity programs may differ by country*

GOOG-HIGH TECH-00029009

Confidential – Internal Use Only                              29



CONFIDENTIAL ATTORNEYS EYES ONLY



# Introducing GSUs

## What is a Google Stock Unit (GSU)?

**Definition:** An award that entitles the holder to a share of Google stock when the unit vests

**Example:**



| Initial Grant | | Vesting at One Year | | GSUs Vested | | Shares Granted | | Stock Price FMV at Vest | | Total Gain to Employee at Vest |
|---|---|---|---|---|---|---|---|---|---|---|
| 100 GSUs | X | 25% | = | 25 GSUs | = | 25 Class A Google Shares | X | $400 | = | $10,000 |

- The shares are granted **_automatically_** upon vest; no "exercise" by the holder is required
- GSU value = GOOG stock price value (i.e., 1 GSU = value of 1 share of stock)



GOOG-HIGH TECH-00029010

CONFIDENTIAL ATTORNEYS EYES ONLY

# Google™ — Options vs. GSUs

## What is the difference between stock options and GSUs?



Stock Options
- Stock price must go up for employee to realize a "gain"
- Gain is equal to the future stock price minus the stock price at grant



GSUs
- No stock price movement is necessary for employee to realize a "gain"
- Gain is equal to the full price of the stock on the day of vest

**Note:** Growth scenario is shown as illustrative only and is not intended to be predictive





# Options vs. GSUs

## What about U.S. tax treatment?

| Stock Options | • Gain to the employee is taxed as ordinary income **when the options are exercised**<br>• Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates |
|---|---|
| GSUs | • Gain to the employee (i.e., full share value + appreciation/depreciation) is taxed as ordinary income **when the units vest**<br>  ➢ Shares are granted net of tax withholding as shown:<br><br>Total GSUs Vested: 25 GSUs = Gross Shares Granted: 25 Class A Google Shares − Employee Income Taxes Withheld: 11 Class A Google Shares (Rate = 42.93%) = Final Shares Acquired: **14 Class A Google Shares**<br><br>• Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates |

Note: Tax treatment varies by country

*... however, Google cannot offer tax advice and managers should direct candidates to their own tax advisors*



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029012

CONFIDENTIAL ATTORNEYS EYES ONLY



# New Hire Grant Program

Google's new hire grants will be a combination of **_both_** stock options and GSUs

## Why?



- 
- 
- 

* Note that programs may vary by country



GOOG-HIGH TECH-00029013

Confidential – Internal Use Only              33