# EXHIBIT 91 TO
# HARVEY DECLARATION
# REDACTED VERSION
# (PART 4 OF 5)

CONFIDENTIAL ATTORNEYS EYES ONLY

 **New Hire Grant Program**

## Google's new grant program positions us very favorably against competitors



| | Number Granted | Example Stock Price at Grant | Vested Gain After ONE Year (Assuming Annual Growth Rate) | | | | Total Gain Realized Over FOUR Years* (Assuming Annual Growth Rate) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5% | 10% | 15% | 20% | 5% | 10% | 15% | 20% |
| **Example NEW Google Grant Guideline** | | | | | | | | | | |
| | | | | | | | | | | |
| **Sample Company A Competing Offer** | | | | | | | | | | |
| Options | 2,000 | $ 20.00 | $ 500 | $ 1,000 | $ 1,500 | $ 2,000 | $ 5,256 | $ 11,051 | $ 17,424 | $ 24,416 |
| **Sample Company B Competing Offer** | | | | | | | | | | |
| Restricted Stock | 1,000 | $ 20.00 | $ 5,250 | $ 5,500 | $ 5,750 | $ 6,000 | $ 22,628 | $ 25,526 | $ 28,712 | $ 32,208 |

*Assumes annual exercise/settlement of vested gain.

- Don't let candidates get caught in the trap of comparing number of options/units alone!
- Candidates should consider *growth scenarios* and compare offers on that basis
    - **We have provided recruiters with a modeling tool to facilitate these comparisons**
    - Candidates must make their **OWN** growth assumptions; Google cannot offer guidance on probable growth rates for any company

GOOG-HIGH TECH-00029014

CONFIDENTIAL ATTORNEYS EYES ONLY



**New Hire Grant Program**

## How do GSU performance features work?

- The actual number of GSUs that vest may be adjusted to reflect BOTH:

  - **Employee performance**: The employee's individual annual performance, **AND**

  - **Market considerations**:  The employee's option strike price relative to other employees who started at about the same time

- An adjustment multiple of ███████ is applied at each annual vesting period to reflect these considerations

  **Example:** ████████████████████████████████████

  ████████████████████████████████████

  - **On average, vesting will be at ███ of target**

  - **After 1 year worth of data, ███ of employees vested at ████ or greater of their original grant.**



GOOG-HIGH TECH-00029015



## Google™

GSU Features

Why do we use performance and market adjustment features?

1. It provides a better incentive by more directly tying rewards to performance

2. It reduces inequalities unintentionally created by stock price volatility alone

36

Confidential – Internal Use Only

GOOG-HIGH TECH-00029016

CONFIDENTIAL ATTORNEYS EYES ONLY

 **Key Communication Messages**

## Google's compensation programs support its pay-for-performance philosophy

- **Base salaries are competitive**

- **Above-market total cash is available through cash incentives, with exponentially higher payouts for higher performers**

- **Google's New Hire equity program was designed to offer candidates BOTH:**
  - An equity stake in the company's future performance, AND
  - "Meaningful" future value at grant

- **Fairness is a cornerstone of the equity program**
  - Initial grant levels are intended to be fair
  - GSU performance and fairness adjustments allow us to "correct" for unintended inequities

- **Once on board, employees will have opportunities to renew their equity stakes in Google** (through Refresher Grants and Founders Awards)



GOOG-HIGH TECH-00029017

CONFIDENTIAL ATTORNEYS EYES ONLY



# Compensation Contact List

| AREA | CONTACT | EMAIL/PHONE |
|------|---------|-------------|
| Comping Offers | | |
| All Other Comp Guidance and Support | | |
| India (All functions) | | |
| Rest of Asia Pacific (Sales) | | |
| Rest of Asia Pacific (EngOps, PSGA) | | |





# Part IV

## Benefits, Immigration and Relocation

CONFIDENTIAL ATTORNEYS EYES ONLY

CONFIDENTIAL ATTORNEYS EYES ONLY



# Health Benefits

- **Medical Insurance:**            Blue Shield PPO

    Blue Shield OOA (outside CA)

    Blue Shield HMO (CA only)

    Cigna PPO

    Cigna HMO

    Kaiser HMO (CA only)

- **Dental Insurance:**            Delta Dental
- **Vision Insurance:**            VSP

GOOG-HIGH TECH-00029020

Google Confidential





# Financial Benefits

- 401(k) Plan through Vanguard
  - Employee contributes with a Google match up to $2200 per year.
  - 14 investment options available.
  - 529 College Savings Investment Plan
- Flex Spending Account Plan
  - Health Spending Account
  - Dependent Care Account
  - Qualified Transportation Benefit
- 529 College Savings Plan
- Group Life Insurance
- Voluntary Life Insurance
- Short Term Disability insurance
- Long Term Disability Insurance
- Adoption assistance
- Tuition Reimbursement

Google Confidential



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029021