# EXHIBIT 91 TO HARVEY DECLARATION REDACTED VERSION (PART 5 OF 5)

CONFIDENTIAL ATTORNEYS EYES ONLY

# Time Off



- **Vacation**:

| 1st Year | 4th Year | 6th Year |
|---|---|---|
| 15 days | 20 days | 25 days |

- **Holidays:** 10 paid holidays per year
- **Sick time:** Days taken as necessary
- **Outings:** Company outings have included all-staff ski, and summer picnic

- **Maternity leave**
- **Parental Leave**

Google Confidential



GOOG-HIGH TECH-00029022

CONFIDENTIAL ATTORNEYS EYES ONLY



# Perks

- Recreational facility, including pools and aerobic classes
- Healthy breakfast, lunch and dinner
- Shuttle services
- Fuel-Efficient Vehicle Incentive Program
- Gift matching
- Purchasing discounts

Onsite Services
- Carwash and oil change
- Massage
- Dry cleaning
- Hair cuts
- Doctor
- Dentist

Google Confidential



GOOG-HIGH TECH-00029023

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029024



# Immigration – Visas

- H-1Bs
    - Technical positions and some others
    - Degree required
    - H-1B Cap for NEW H-1B petitions
    - Backfill possibilities
- TN (Canada and Mexico)
    - Technical positions
    - Degree required
- J-1 (Exchange)
    - For short-term stays of 18 months or less
    - 2 year foreign residency requirement
- Must be noted in offer workflow
- Notify Keith Wolfe upon candidate acceptance

Google Confidential



CONFIDENTIAL ATTORNEYS EYES ONLY



# Relocation: In-Country

- Some work experience is required to receive relocation package
- Cost to Google is between $15-30K
- Includes:
  - Area orientation and house hunting
  - Movement of goods and car
  - Temporary housing
  - Tax gross-up
  - No financial home sale or purchase assistance
  - $3500 lump sum bonus (paid in first paycheck minus taxes)
- Must be noted in Offer Workflow including lump sum amount
- Notify Keith Wolfe upon candidate acceptance

Google Confidential



GOOG-HIGH TECH-00029025

CONFIDENTIAL ATTORNEYS EYES ONLY

# Relocation: International



- Some work experience is required
- Cost to Google is between $20-40K
- Includes:
    - Area orientation and house hunting
    - Movement of goods
    - Temporary housing
    - Tax gross-up
    - No financial home sale or purchase assistance
    - $5000 lump sum bonus (paid in first paycheck minus taxes)
- Must be noted in Offer Workflow including lump sum amount
- Notify Keith Wolfe upon candidate acceptance

Google Confidential



GOOG-HIGH TECH-00029026



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00029027