# EXHIBIT 92 TO
# HARVEY DECLARATION
# REDACTED VERSION



Google Confidential and Proprietary

# Compensation Basics

*Building a foundation of knowledge*

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Google Confidential and Proprietary

## Objectives

1) Provide recruiters with a strong foundational knowledge of compensation at Google

2) Prepare recruiters for common comp-related questions, objections and circumstances that they may encounter while working with a candidate

3) Increase transparency of Google's compensation philosophy and processes

4) Encourage broader recruiter collaboration with compensation team



Google Confidential and Proprietary

# Agenda

- Compensation Philosophy
- Compensation Components
- Comping an Offer
- Managing Objections
- TBD



# Compensation Philosophy

**Deliver pay in ways that support three primary business objectives:**

✓ Attract and retain the world's best talent

✓ Support the company's culture of innovation and performance

✓ Align employee interests with shareholder interests in the overall success of the company.

Pay-for-performance platform

"Leveraged" comp with increasing levels of leadership

Incentive programs offer opportunity to earn above-market total pay

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



# Total Reward Value Proposition

## Google designs competitive total reward packages

| TOTAL REWARD | | | | REWARD ELEMENT | OBJECTIVE |
|---|---|---|---|---|---|
| | | | | WORK CONTENT, ENVIRONMENT & CULTURE | Build one of the most intelligent, highly motivated groups of employees in the world and foster a flat, collaborative work environment. Provide ongoing exposure to interesting and challenging work |
| | TOTAL REMUNERATION | | | BENEFITS | Be a market leader in indirect awards in a way that adds meaningful value to employees' personal and professional lives |
| | | TOTAL DIRECT PAY | | EQUITY | Provide all employees with an ownership stake in the company's future performance, AND "meaningful" future value at grant |
| | | | TOTAL CASH | BONUS | Above-market highly leveraged short-term cash incentives that reward individual contributions rather than tenure or roles |
| | | | | BASE | Competitive base salaries |



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



# What's our pay history?

## Target pay rates have changed over time



**Percentile Rank**

Google Confidential and Proprietary



# Target vs. Actual Total Compensation

## Total Compensation = Salary + Bonus + Stock

*as % of salary*



CONFIDENTIAL ATTORNEYS EYES ONLY



# Compensation Philosophy - Application

- Level of salary / market reference points

- Size of targets / awards

- Leverage for top performers

- "Cascading" value with refresh grants and vesting equity

Google Confidential and Proprietary



Google Confidential and Proprietary

# Compensation Philosophy - Roadblocks

- Misunderstandings of Programs

- Expectations (e.g. GSU's, TSO's)

- Perception of value (e.g. Refresh grants)

- Talent Pool



Google Confidential and Proprietary

# Compensation Components

## Setting a Base Salary

GOOG-HIGH TECH-00036379

Google

Job Ladders



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036380



# Process



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY





Sample Job Family - SWE

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036382



Sample Job Family - PSG&A



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036383

Google

Google Confidential and Proprietary

# Sample Job Family - PSG&A

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Benchmarking Overview

What is Google's intended position relative to market (non-sales)?

- ■ percentile for each element of pay (base, bonus, equity)

  Comp team has nice slides to illustrate some of this

## How do we measure the market?

- External Survey Market Data

- Informal/Anecdotal sources

- Peer comparator companies

## How do we compare jobs to the market?

- Functionally

- Scope factors (role complexity, domain expertise, span of control, etc.)

- Geographically

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

Google Confidential and Proprietary

You'll have to explain this well

Benchmarking Process



GOOG-HIGH TECH-00036386



Benchmarking Philosophy



CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Leveling New Jobs

Not sure where this goes

When leveling a job Google aims to be internally consistent and externally competitive. Google levels jobs, not people.

- Factors
  – Specialized Skills or Knowledge
  – Education/Experience

- Recruiter works with Hiring Manager to determine level -- Comp Team advises
  •



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Compensation Components

*Bonus Programs*

GOOG-HIGH TECH-00036389



# Company Bonus Program

Google offers above-market target cash incentives and an opportunity to earn up to ██ ██ …



*(Percentages shown reflect percent of salary)*

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



# Company Bonus Program

**Company Bonus Plan Mechanics:**



**Calculation Detail:**

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036391

Google

Company Bonus Payout

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036392

Google

Sales Incentive Program



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



# Sales Incentive Program

**Legend:**

■ = Communicated up front   ■ = Communicated after performance period

**Sales Incentive Plan Mechanics:**



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Compensation Components

*Long Term Incentives*

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

# Stock Options: Overview

- A stock option is a securities contract that gives the holder (the "Optionee") the right to purchase a set number of shares of the Company's Common Stock at a fixed price (the "strike price").

- There are two primary kinds of stock options:

    - Non-statutory stock option (NSO)

    - Restricted Stock Option (RSO)

- The **strike price**, or exercise price, is based on the value of the stock on the day the option was granted.

- You don't own any stock until you exercise your Stock Options, which means that you have purchased the shares.

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036396



# Example of Stock Appreciation



Google Confidential and Proprietary



# New Hire Grants: Stock Options & GSUs

## Stock Options

- Value derived from an increasing stock price over time; intended to provide upside leverage and some downside risk

- Granted at Fair Market Value (closing price on the date of grant)

- Vest over four years: 1/4th after year one, and 1/48th per month thereafter

## GSUs

- Offer employees almost immediate "value" and "downside protection"

- Vest over four years: 1/4th per year

- Performance contingent nature allows to calibrate value delivery on an after-the-fact basis

> Note that programs may vary by country

Google Confidential and Proprietary



# Stock Options vs. GSUs



## Stock Options

$500 Stock Price at Grant

$25 Appreciation

$25 Total Value "Gain" to Employee

$500 Share value not transferred to Employee

Stock Price

Grant Date                    Vest Date                    Time

- **Stock price must go up for employee to realize a "gain"**
- **Gain is equal to the future stock price minus the stock price at grant**

## GSUs

$500 Stock Price at Grant

$25 Appreciation

$25 + $500 = $525

Total Value "Gain" to Employee

$500 Share value transferred to Employee

Grant Date                    Vest Date

- **No stock price movement is necessary for employee to realize a "gain"**
- **Gain is equal to the full price of the stock on the day of vest**

Google Confidential and Proprietary



# Stock Options vs. GSUs: Tax Implications

**Note: Tax treatment varies by country**

| | |
|---|---|
| **Stock Options** | • **Gain to the employee is taxed as ordinary income <u>when the options are exercised</u>**<br>• **Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates** |
| **GSUs** | • **Gain to the employee (i.e., full share value + appreciation/depreciation) is taxed as ordinary income <u>when the units vest</u>**<br>➤ Shares are granted net of tax withholding as shown:<br><br>Total GSUs Vested = Gross Shares Granted − Employee Income Taxes Withheld = Final Shares Acquired<br><br>25 GSUs = 25 Class A Google Shares − 11 Class A Google Shares (Rate = 42.93%) = 14 Class A Google Shares<br><br>• **Upon sale of acquired shares, any further appreciation is taxed at applicable capital gains rates** |

*... however, Google cannot offer tax advice and managers should direct candidates to their own tax advisors*

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



# New Hire Grant Program



| | Number Granted | Example Stock Price at Grant | Vested Gain After ONE Year (Assuming Annual Growth Rate) | | | | Total Gain Realized Over FOUR Years* (Assuming Annual Growth Rate) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 5% | 10% | 15% | 20% | 5% | 10% | 15% | 20% |
| **Example NEW Google Grant Guideline** | | | | | | | | | | |
| **Sample Company A Competing Offer** | | | | | | | | | | |
| Options | 2,000 | $ 20.00 | $ 500 | $ 1,000 | $ 1,500 | $ 2,000 | $ 5,256 | $ 11,051 | $ 17,424 | $ 24,416 |
| **Sample Company B Competing Offer** | | | | | | | | | | |
| Restricted Stock | 1,000 | $ 20.00 | $ 5,250 | $ 5,500 | $ 5,750 | $ 6,000 | $ 22,628 | $ 25,526 | $ 28,712 | $ 32,208 |

*Assumes annual exercise/settlement of vested gain.

## Don't let candidates get caught in the trap of comparing number of options/units alone!

Google Confidential and Proprietary



Google

TSO Program: Overview



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY

# TSO Program: How are options valued?



Google Confidential and Proprietary



# TSO Program

## How might TSO values look to employees?



Google Confidential and Proprietary

# TSO Program: How much are they selling for?

Sample trading data from Q2:



Google Confidential and Proprietary

Google

# TSO Example

- Tom and Sally each own 100 options with a strike price of $400 per share

- All options are vested

- Google market price is currently $500.

May not be necessary

Google Confidential and Proprietary

Google

Google Confidential and Proprietary

# TSO Resources

MOMA:  Frequently Asked Questions

Video:  TSO Video

Blog: TSO Blog

Marketwatch: Examples

May not be necessary – should be part of toolkit



CONFIDENTIAL ATTORNEYS EYES ONLY

# Determining Refresher Grant Payouts

Google

Need to explain well



Google Confidential and Proprietary

GOOG-HIGH TECH-00036409



# Overview

...might even be the path of entry to a ▮.

...but not every achievement or every person will qualify for both.

Google Confidential and Proprietary

Google

Most Recent

emg award

Google Confidential and Proprietary



Google Confidential and Proprietary

# Compensation Components
## *Sign-on Bonus and Relocation*



# Sign-on Bonus

## Overview

- Short-term vehicle used for "must-have" candidates

- Offset legitimate issues not addressed by other total reward elements



Sign-On Appropriate

Don't Use Sign-On

Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary



Google Confidential and Proprietary

# International Relocation

## International Relocation



Google Confidential and Proprietary

# Comping an Offer

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Roles and Responsibilities

- Compensation Team's role
  - Communicate offer parameters by level, role
  - Establish a "Service Level Agreement" for offer turnaround and volume
  - Train Lead Recruiters on Compensation design and offer process, and maintain training materials
  - Comp offers for non-standard Jobs
  - Be a consultant on challenging circumstances and questions
  - Provide analytic work for variance from guidelines and quality assurance

- Lead Recruiter's role
  - Responsible for training Recruiters and meeting guidelines
  - Recruiter adherence to process, parameters and guidelines
  - Point of contact for compensation communications

- Recruiter's role
  - Understand offer process and systems
  - Make offers by applying rules set by Compensation
  - Understand Google's Compensation philosophy and practices
  - Sell the offer: our value proposition is not solely compensation

CONFIDENTIAL ATTORNEYS EYES ONLY



Google

Google Confidential and Proprietary

# Base Salary

CONFIDENTIAL ATTORNEYS EYES ONLY

Google Confidential and Proprietary

# Factors in determining Compensation



CONFIDENTIAL ATTORNEYS EYES ONLY

# Process – Level | and below Standard



Recruiter gathers relevant candidate info

Recruiter comps

Standard offers

Google Confidential and Proprietary

GOOG-HIGH TECH-00036420



# Process – Level and Non Standards



Recruiter gathers relevant candidate info

Recruiter comps

Standard offers

Google Confidential and Proprietary

Google Confidential and Proprietary

# Process – Exploding Offer



Recruiter gathers relevant candidate info

Recruiter comps

Standard offers

GOOG-HIGH TECH-00036422

Google

Google Confidential and Proprietary

# Comp Genie

## What is it?

## Why do we have it?

## How do you use?

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036423




Google

# "Exploding" Offers and Offline Approvals

If a candidate has an exploding offer that expires before the candidate would move all the way through the normal offer review






An "exploding" offer refers to a competing offer that a candidate must accept or decline by a specific deadline



Google Confidential and Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



# Example/Scenario – Creating an offer

- Tommy Candidate
  - B.S and M.S. from Stanford University in Computer Science
  - 3 years experience at IBM
  - Specialized in _____
  - Current base salary is $72,000
  - Competing Offer

Google Confidential and Proprietary

GOOG-HIGH TECH-00036425

Google

Google Confidential and Proprietary

# Example/Scenario – Selling an offer

GOOG-HIGH TECH-00036426



Google Confidential and Proprietary

# Other Programs

Google

Google Confidential and Proprietary

# Annual Review

- Salary Review



Not sure this is the right spot

- Time Line

  – When do bonuses and merits/promo get paid?

  – When must someone start to be eligible.



Google

Google Confidential and Proprietary



# Promotion?

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036429

Google

Executive Candidates

Unique Factors for Execs:



What can you do?

Google Confidential and Proprietary



Google Confidential and Proprietary



Google Confidential and Proprietary



Google Confidential and Proprietary



CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Offer Extended

Google

# Objection

"I recognize that your overall package is great, but I can't afford to take this cut in my salary. I have certain ongoing expenses I need to meet NOW, and your bonuses and stock aren't payable until a year from now."

Recruiters meet in a group to discuss responses or discuss good vs. bad answer

Google Confidential and Proprietary



Google

Objection

"I know for a fact that my friends received a better base salary when they were hired. Why aren't I getting the same package?"

Google Confidential and Proprietary



Google Confidential and Proprietary

"I feel that there's some real risk involved in your bonus program considering the impact company performance has on payouts. I would prefer the security of a higher base salary"

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

"I'm taking a massive base pay and title cut. What kind of assurance can I have that this performance-based philosophy will really pay out?"

Google

# Objection

(for E2 --> N2 roles in US) "Why is this position non-exempt? Please give more details on how it impacts my compensation (e.g., how will my bonus work)."

Google Confidential and Proprietary

GOOG-HIGH TECH-00036440

Google

Google Confidential and Proprietary

# Objection

## Cost of living changes?

GOOG-HIGH TECH-00036441



Google

Google Confidential and Proprietary

# Candidate Renegotiation

- "Candidate Request Revision" in OWF

- Work with Comp Analysts to propose new offer

  -

GOOG-HIGH TECH-00036442

Google

Google Confidential and Proprietary

# Contacts

Google

Who's Who?

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036444

Google

# Contacts

| Region | Function/ region | Name | Email | Phone |
|--------|------------------|------|-------|-------|
| US | Eng & Ops | | | |
| US | Sales | | | |
| US | PM, G&A | | | |
| US | backup | | | |
| US | backup | | | |
| US | backup | | | |
| US | backup | | | |
| EMEA | all | | | |
| EMEA | backup | | | |
| APAC | India, Singapore, Korea, Japan | | | |
| APAC | backup for Barun | | | |
| APAC | Greater China | | | |
| APAC | Australia, New Zealand (Greater China backup) | | | |
| LatAm | Sales | | | |
| LatAm | Eng | | | |
| | backup | | | |
| LatAm | PSGA | | | |

Proprietary

CONFIDENTIAL ATTORNEYS EYES ONLY



Google Confidential and Proprietary

# Questions?



# Leveling: Add as notes to comp practice

- Quality bar is extremely high

- Consequently there is a tendency to seek out candidates that are over-qualified because recruiters feel that those individuals will have the best chance of meeting our hiring bar

- These candidates often take the jobs because the comp is still competitive. However, they may grow tired of the role after time – leads to apathy or higher attrition

- Important to attempt to find and level candidates appropriately

Google Confidential and Proprietary

Google

# Leveling and Titles

- Titles are not particularly important at Google.
  - Flat organization
  - Reinforces democratic/egalitarian culture
  - Performance rather than position is valued

- Consequently new employees sometimes take "title cuts" (i.e., VP at past organization may equal Director at Google)

- Google comps for position at Google, not past role – leads to confusion about market ranges and appropriate comp. Market ranges are different for VP vs. Director.

- Google sells this strategy through growth potential

- Can create a disconnect between title vs. role vs. comp

Google Confidential and Proprietary

GOOG-HIGH TECH-00036448



Determining Base Comp

Google

Google Confidential and Proprietary

GOOG-HIGH TECH-00036449

# Slide Notes

**Slide 3:**

Philosophy

Pay History

Total Renumeration Value Proposition

Components

Base Salary

Benchmarking

Leveling

Setting Base

Bonus Programs

Company Bonus Program

Sales Incentive Program

Long Term Incentives

Stock Options

GSUs

TSO Program

Sign-on Bonus and Relocation

Comping an Offer

Process

Application/Example

Executive Review (equity changes)

Roles and Responsibilities

Miscellaneous

Annual Review

International Comp

Candidate Renegotiation

Exploding Offers

Executive Candidates

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036450

# Slide Notes



Objections and Rebuttals

Contacts

Questions

**Slide 4:**

Why did we establish this policy?

We want to reward high performers – incentive for hard work and great achievements

Share in the success of Google as a company – people are given agency

Tied to the culture – very little micromanagement.

If there was just a base salary people may not work has hard.  What is pay designed to do?  Pay as motivation.

Mixed arrangement of stock options and GSUs offer downside protection

Through equity employees are tied into the success of Google

Aligns employee and company success

We give equity to everyone.  Rare – Most companies just give equity to manager level and above -- inclusion

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

80% of US companies have bonus programs for employees

We can afford to pay this way.

We want to promote innovation and performance

Companies that pay high base, low bonus want to attract a stable workforce that will stay until retirement – we aren't attracting those kinds of people

**Slide 5:**

Google aims to be very competitive on total reward – most people experience a change in pay mix, resulting in larger total remuneration packages

**Slide 6:**

Our compensation philosophy today (for non-Sales) is to target compensation at the 75th percentile for each of salary, total cash, and stock compensation.

What does this mean?

█ percentile means we want to pay more than █ of companies and less than █ of companies for the same job in the same local market.

It doesn't mean we target our compensation to be the highest.  If you compare your salary with enough of your friends doing similar work at other companies, you should expect to find █ getting higher salaries

However, if you were to compare actual total compensation, you might find Google compensation to be much higher, or even highest

Our compensation philosophy has been evolving as we have been evolving



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036452

## Slide Notes



**Slide 7:**

Compensation at Google is a lot more than just salary.  When we talk about compensation we mean *total* compensation.  When you add in bonuses and annual stock vesting, compensation at Google becomes more and more competitive.  So if you're going to compare Google compensation to compensation at other companies, add all the pieces together.

One thing that's uncommon about Google's compensation is what we mean by target.  When other companies say target they mean max.  When we say target we mean target – and we expect there's a very strong chance you will be paid above target in your *actual* compensation.  Actuals shown here are averages for the last year, but actual bonuses and stock compensation can vary dramatically based on both your performance and the company's performance.

**Slide 10:**

Base Salary

Benchmarking

Leveling

Proposing a Base

 Bonus Programs

Company Bonus Program

Sales Incentive Program

 Long Term Incentives

Stock Options

Google Stock Units (GSUs)

 Sign-on Bonus and Relocation

CONFIDENTIAL ATTORNEYS EYES ONLY                                                                GOOG-HIGH TECH-00036453

# Slide Notes

**Slide 12:**



**Slide 16:**

Cost of Living vs. Cost of Labor

We set our pay levels consistent with our philosophy based on the role at Google and the local market. Essentially, we pay for cost of labor NOT cost of living.

What is Google's intended position relative to market (non-sales)?

 percentile for each element of pay - base salary, incentive and equity compensation

How do we measure the market?

Salary surveys:  Radford, Hewitt, Mercer, Watson Wyatt, Towers Perin

Informal/Anecdotal sources

Peer comparator companies

How do we compare jobs to the market?

Functionally

Scope factors (role complexity, domain expertise, span of control, etc.)

Geographically

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Slide 19:**

When confirming the candidate's level, consider how they compare against our Google incumbents.

How does this candidate's education and experience compare to their Google peers?

What specialized skills or critical knowledge might they bring?

Use this information about the candidate to determine where they should be placed in our nine tier system of salary levels, which we review in Staffing Orientation.

LEVELING: Job vs. candidate

Many Lead Recruiters have a good sense of prototypical employees per level or job type. Asking the hiring manager these questions too might be a useful way to ensure that you're leveling this candidate correctly.

Upon leveling the job, consider the following when determining the actual compensation:



Internally consistent – ████████████████████████
████████████████████████████████████

Externally competitive – ████████████████████
████████████████████████████████████
████████████████

Gather data! ████████████████████████████
████████████████████████████████

Let's talk about the actual steps involved and what to think about when determining an appropriate offer…

**Slide 22:**

Historical payouts have been ████ + of target for ███ of Googlers

# Slide Notes

Larger payouts are possible, but few in number

**Slide 26:**

Google Equity Programs

Stock Options & Google Stock Units (GSUs)

Transferable Stock Options



Special Programs



**Slide 32:**

Candidates should consider growth scenarios and compare offers on that basis

We have provided recruiters with a modeling tool to facilitate these comparisons

Candidates must make their OWN growth assumptions; Google cannot offer guidance on probable growth rates for any company

**Slide 33:**

We set up an online auction that allows employees to sell their vested stock options in real time through a tool we developed with Morgan Stanley.  Options have to clear a few filters to be eligible for sale in this auction.

They have to be vested

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00036456

# Slide Notes

They have to be granted post-IPO

They have to be held by non-executives.


This is a program for rank and file employees to understand and access the real value of their options.


The beauty of it is that it's simple.  We know that investment banks are providing bids everyday on Google options in the public options markets, so we asked some of them to point their bidding engines over to our auction and provide our employees with bids in a similar manner.   These banks use their own algorithms to stream bids in real time to a clearing engine that identifies the highest bid and shows it to employees through an interface that works like a personal brokerage account.  When employees login to the auction site they can look at the prices moving up and down throughout the day and decide if they want to sell or continue to hold their options.  Either way, we've succeeded in making the intangible time value tangible; and we've simplfed the communication of option value.


We launched this program in April, and it's working exactly as we'd hoped.  The effect has been happy and informed employees, and as we expected, *not* a rush to dump their options and take the money. Employees are saying WOW, these options really are valuable – some are selling; but many are looking, seeing, understanding, and holding.  Either way, we've achieved our objective of making every option held an option valued.  That's good for retention, good for compensation, good for Google, and good for our shareholders.


**Slide 34:**

In an indirect way, we've actually made B-S relevant to employees.  Now even though employees can't hedge their options, they can sell them to investors who can.  Because banks can hedge options, they are willing to pay the full fair value today for the rights to purchase both the instrinsic value of the options that employees could always monetize and also a premium on top of that for the rights to continue holding the options -- and that's the time value of the options that employees couldn't monetize before the TSO program.


There's just one catch -- they can't monetize the whole time value by selling all of the remaining option life through the TSO program.  As soon as an employee option is transferred to a bank it becomes a maximum 2-year option and any remaining life is cut off.  If less than two years remain on the employee option, then we start rounding down the  remaining transferable life to the nearest six months so that the life that an employee holds is always greater than the life that an employee can sell.  We grant 10-year options to employees and we want them to have an incentive to be long-term stakeholders.  If they want

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00036457

# Slide Notes

the full 10-year time value they should hold them the full 10-years.  If they want to cash out earlier they'll still have to leave some of their time value on the table.

Let's take a look at how TSO values look to employees...

<u>**Slide 35:**</u>

On the next slide, we've extrapolated a hypothetical TSO value curve (pink) based on Q2 actual trading data.  We compared it to the value proposition of traditional options (blue).  The green shaded area between the two curves is the additional value available through the TSO program at any point in time. As you would expect, similar to any Black-Scholes model calculations, the program has the least incremental value for options that significantly underwater or significantly in the money and the most value for near-the-money options.

Let's take a look at some actual transaction data on the next slide...

<u>**Slide 36:**</u>

The auction is working very efficiently as the values employees are getting are similar to what you would expect to see in the public options market or a Black-Scholes calculation.

I think it's clear that Google's TSO program is great for employees, but what does it mean for the company…?

<u>**Slide 39:**</u>

Rewards high performers with an additional stake in the company's future performance in the form of stock options

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036458

# Slide Notes

 Motivates high performers' contributions to Google's long-term growth rather than provide immediate value for contributions already made (cash incentive plans do that)

 Creates an incentive for all employees to reach high performance levels on an ongoing basis

████████████████████████████████    █████████████████████████████

Who gets a grant?

███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████
███████████████████████████████████████████████████████████████

Are employees in all countries eligible to receive grants?

███████████████████████████████████████████████████████████████

When will grants be made?

███████████████████████████████████████████████████████

**Slide 44:**

Situations where sign-on may be appropriate

# Slide Notes



Situations where sign-on is generally NOT appropriate



How much should a sign on be?

Depends on the package and what needs to be done

**Slide 59:**

Salary Increases

Google awards salary increases based on a variety of factors including competence, how well you have accomplished the goals set with your Manager over the last year, and sustained performance. Additionally, your salary increase will be contingent on other factors, such as industry-wide averages and Company resources allocated for salary increases.

The salary review process, though still developing, is designed to be fair, consistent, and to clearly promote the link between pay and performance. The following factors will be taken into consideration in determining the amount of a salary increase:



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00036460

# Slide Notes

**Slide 61:**

Executive Candidates generally follow the same process as all other Googlers.  However, there are some unique factors to consider:

**Slide 63:**

Two award amounts ███████████████████ based on overall impact/contribution

Measurable improvement to customer satisfaction

Measurable efficiency gain

Measurable revenue impact

Demonstration of teamwork

Other outstanding individual or team contribution

**Slide 79:**

Egalitarian Culture

Example – SVP's being kicked out of a conference room because it was reserved by lower level employees and it was their time to use the room

CONFIDENTIAL ATTORNEYS EYES ONLY