1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Brendan Glackin (State Bar No. 199643)
   Dean Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
   Lisa J. Cisneros (State Bar No. 251473)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, California  94111-3339
   Telephone:  415.956.1000
6  Facsimile:  415.956.1008

7  Joseph R. Saveri (State Bar No. 130064)
   James D. Dallal (State Bar No.  277826)
8  JOSEPH SAVERI LAW FIRM
   255 California, Suite 450
9  San Francisco, California 94111
   Telephone: 415.500.6800
10 Facsimile: 415.500.6803

11 *Co-Lead Class Counsel*

12                  UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14                      SAN JOSE DIVISION

15 | IN RE: HIGH-TECH EMPLOYEE | Master Docket No. 11-CV-2509-LHK |
   | ANTITRUST LITIGATION | |
16 | | **DECLARATION OF LISA J. CISNEROS** |
   | THIS DOCUMENT RELATES TO: | **IN SUPPORT OF PLAINTIFFS'** |
17 | | **MEMORANDUM OF LAW IN SUPPORT** |
   | All Actions | **OF APPLICATION OF THE PER SE** |
18 | | **STANDARD** |

19

20

21

22

23

24

25

26

27

28

1  I, Lisa J. Cisneros, declare:

2      I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a

3  member of the State Bar of California, and am admitted to practice before the United States

4  District Court for the Northern District of California.  I am one of the counsel for the Plaintiffs in

5  this action.  I submit the following declaration in support of Plaintiffs' Memorandum of Law In

6  Support of Application of the Per Se Standard.  I make this declaration based on my own personal

7  knowledge.  If called upon to testify, I could and would testify competently to the truth of the

8  matters stated herein.

9  **I.      Deposition Testimony of Defendants' Experts and Witnesses**

10      1.      Attached hereto as **Exhibit 1** is a true and correct copy of the excerpts for the

11  December 7, 2013 deposition of Apple Chief Executive Officer Tim Cook.

12      2.      Attached hereto as **Exhibit 2** is a true and correct copy of the excerpts for the

13  December 11, 2013 deposition of David Lewin.

14      3.      Attached hereto as **Exhibit 3** is a true and correct copy of the excerpts for the

15  December 7, 2013 deposition of Kevin Murphy.

16      4.      Attached hereto as **Exhibit 4** is a true and correct copy of the excerpts for the

17  December 7, 2013 deposition of Edward A. Snyder.

18      5.      Attached hereto as **Exhibit 5** is a true and correct copy of the excerpts for the

19  December 8, 2013 deposition of Eric L. Talley.

20  **II.     Defendants' Expert Reports**

21      6.      Attached hereto as **Exhibit 6** is a true and correct copy of the November 25, 2013

22  Expert Report of Kevin Murphy.

23      7.      Attached hereto as **Exhibit 7** is a true and correct copy of the December 6, 2013

24  Expert Report of Edward Snyder.

25      8.      Attached hereto as **Exhibit 8** is a true and correct copy of the November 25, 2013

26  Expert Report of Eric Talley.

27

28

DECLARATION OF LISA J. CISNEROS
NO. 11-CV-2509-LHK

1169694.3

**III.   Plaintiffs' Expert Reports**

9.     Attached hereto as **Exhibit 9** is a true and correct copy of the October 28, 2013 Expert Report of Matthew Marx.

10.     Attached hereto as **Exhibit 10** is a true and correct copy of the December 11, 2013 Reply Expert Report of Matthew Marx.

**IV.   Plaintiffs' Deposition Exhibits**

11.     Attached hereto as **Exhibit 166** is a true and correct copy of Plaintiffs' Exhibit 166, the Final Judgment issued in *United States v. Adobe Systems, Inc., et al.*, Case No. 10-1629 (D.D.C. Mar. 18, 2011).

12.     Attached hereto as **Exhibit 168** is a true and correct copy of Plaintiffs' Exhibit 168, the Department of Justice's Competitive Impact Statement filed in *United States v. Adobe Systems, Inc., et al.*, Case No. 10-1629 (D.D.C. Sept. 24, 2010).

13.     Attached hereto as **Exhibit 182** is a true and correct copy of Plaintiffs' Exhibit 182, GOOG-HIGH TECH-00008283-4.

14.     Attached hereto as **Exhibit 223** is a true and correct copy of Plaintiffs' Exhibit 223, 231APPLE002143-4.

15.     Attached hereto as **Exhibit 597** is a true and correct copy of Plaintiffs' Exhibit 597, GOOG-HIGH-TECH-00056882.

16.     Attached hereto as **Exhibit 1871** is a true and correct copy of Plaintiffs' Exhibit 1871, GOOG-HIGH-TECH-00061052-3.

17.     Attached hereto as **Exhibit 2923** is a true and correct copy of Plaintiffs' Exhibit 2923, the Model Merger Agreement for the Acquisition of a Public Company, published by the Mergers and Acquisitions Committee for the Business Law Section of the American Bar Association (2011).

18.     Attached hereto as **Exhibit 2924** is a true and correct copy of Plaintiffs' Exhibit 2924, 231APPLE123280.

19.     Attached here **Exhibit 2925** is a true and correct copy of Plaintiffs' Exhibit 2925, 231APPLE124988 – 231APPLE125030.

1169694.3

20.     Attached here **Exhibit 2926** is a true and correct copy of Plaintiffs' Exhibit 2926, GOOG-HIGH-TECH-00625224 – 226.

21.     Attached here **Exhibit 2927** is a true and correct copy of Plaintiffs' Exhibit 2927, GOOG-HIGH-TECH-00625231-34.

22.     Attached here **Exhibit 2928** is a true and correct copy of Plaintiffs' Exhibit 2928, GOOG-HIGH-TECH-00625464 -473.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed April 10, 2014, in San Francisco, California.

/s/ *Lisa J. Cisneros*
Lisa J. Cisneros