UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
NOTICE
This document has been removed
by order of the court.

For more information, please see the entire docket sheet, or contact the clerk's office, or consult chambers.