# EXHIBIT 182

**FILED UNDER SEAL**