# EXHIBIT 1871

| | |
|---|---|
| **From:** | Sergey Brin <sergey@google.com> on behalf of Sergey Brin |
| **Sent:** | Thursday, February 17, 2005 8:20 PM |
| **To:** | emg@google.com; joan@google.com; Bill Campbell |
| **Cc:** | arnnon@google.com |
| **Subject:** | Re: FW: [Fwd: RE: irate call from steve jobs] |

So I got another irate call from jobs today.
I don't think we should let that determine our hiring strategy but thought I would let you know.
Basically, he said "if you hire a single one of these people that means war".
I said I could not promise any outcome but I would discuss it with the executive team again.
I asked if he expected us to withdraw offers and he said yes.

In reviewing the data below again, I do think this could be treated as not just an employee referral since he referred essentially a whole team. So a compromise would be to continue with the offer we have made (to Redacted?) but not to make offers to any of the others unless they get permission from Apple.

In any case, lets not make any new offers or contact new people at Apple until we have had a chance to discuss.

--Sergey

On Mon, 14 Feb 2005 11:58:01 -0800, **Arnnon Geshuri** <arnnon@google.com> wrote:

Quick update on Safari: As Alan mentions below, Ben Goodger, a Google Employee, referred Redacted as well as three other developers from Apple's Safari team. We have already contacted two of the leads, Redacted and Redacted but have yet to contact Redacted

Redacted is currently in discussion with both the Mozilla Foundation and a start-up – so he was planning on leaving Apple very soon regardless of our efforts.

We are careful to adhere to non-compete agreements if we have established these with any company. However, it is the staffing organization's practice to aggressively pursue leads that come from our employees and bring the best talent onboard.

---

**From:** Urs Hoelzle [mailto:urs@google.com]
**Sent:** Sunday, February 13, 2005 5:44 PM
**To:** Arnnon Geshuri
**Subject:** [Fwd: RE: irate call from steve jobs]

-------- Original Message --------

1

EXHIBIT 1871
WIT. BRIN
DATE 3-19-13
KRAMM COURT REPORTING

1871.1

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00061052

**Subject:** RE: irate call from steve jobs
**Date:** Sun, 13 Feb 2005 16:16:54 -0800
**From:** Alan Eustace <eustace@google.com>
**To:** 'Sergey Brin' <sergey@google.com>, 'Emg@Google. Com' <emg@google.com>, 'Joan Braddi' <joan@google.com>

Ben and I have been working for over 2 months to recruit Redacted from the Safari team. He is absolutely one of the best in the world at Browser technology. He was the primary contributor to Zuel, so he has a long history with Mozilla. The Mozilla foundation was also trying to hire him. We finally got him to "come by and talk to a few people" last week. Carrie is throwing together the world's shortest resume. He comes to offer review on Monday, and if we make him that offer, he is likely to accept. He seemed to care whether the world has an alternative to IE. I don't believe that we have contacted anyone else from the Safari team, but I'll check with Carrie. I know that wherever Redacted goes, other talented people are likely to follow.

Alan

---

**From:** Sergey Brin [mailto:sergey@google.com]
**Sent:** Sunday, February 13, 2005 1:06 AM
**To:** Emg@Google. Com; Joan Braddi
**Subject:** irate call from steve jobs

so i got a call from steve jobs today who was very agitated.
it was about us recruiting from the safari team.
he was sure we were building a browser and were trying to get the safari team.
he made various veiled threats too though i am not inclined to hold them against him too much
as he seemed beside himself (as eric would say).

anyhow, i told him we were not building a browser and that to my knowledge we were not systematically
going after the safari team in particular. and that we should talk about various opportunities.
i also said i would follow up and check on our recruiting strategies wrt apple and safari. he seemed soothed.

so i just wanted to check what our status was in various respects and what we want to do about partners/friendly
companies and recruiting. on the browser, i know and told him that we have mozilla people working here ...
largely on firefox. i did not mention we may release an enhanced version but i am not sure we are going to yet.
on recruiting i have heard recently of one candidate out of apple that had browser expertise so i guess he would
be on safari. i mentioned this to steve and he told me he was cool with us hiring anyone who came to us but was
angry about systematic solicitation. i don't know if there is some systematic safari recruiting effort htat we have.

so please update me on what you know here and on what you think we should have as policy.
on another note, Redacted - Not Responsive
Redacted - Not Responsive

--sergey

CONFIDENTIAL ATTORNEY'S EYES ONLY

1871.2

GOOG-HIGH-TECH-00061053