# EXHIBIT 2924

**FILED UNDER SEAL**