# EXHIBIT 2925

**FILED UNDER SEAL**