# EXHIBIT 2926

**FILED UNDER SEAL**