# EXHIBIT 2927

# FILED UNDER SEAL