# EXHIBIT 2928

**FILED UNDER SEAL**