# EXHIBIT 87 TO
# HARVEY DECLARATION
# REDACTED VERSION

| From: | Yolanda Mangolini | Sent:4/19/2007 4:13 PM |
|---|---|---|
| To: [ - ] | Carrie Laureno | |
| Cc: [ - ] | | |
| Bcc: [ - ] | | |
| Subject: | Re: diagnostic on sourcing... | |

Sorry about that! I completely forgot to send it to you. Here you go...The first deck is the overall diagnostic. Some of the graphs in it are illustrative as I was awaiting data. After I reviewed this deck with Shona, she told me she didn't need me to get the data since the qualitative info was strong enough to support the case. My thinking around the recommendation also evolved and the second deck shows how the collaborative sourcing team works. The last slide just depicts what's in my organization.


On 4/19/07, Carrie Laureno <claureno@google.com> wrote:

Hi Yolanda!

When you get a chance, I would love to look at your Hiring Diagnostic. Hope you are having a good Thursday.

Thanks,

Carrie

_____

Carrie Laureno
Staffing Programs Manager
Google, Inc.
direct: 650.214.4094
mobile: 917.607.3555



--
Yolanda Mangolini
Google
Staffing Programs Manager
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

CONFIDENTIAL ATTORNEYS EYES ONLY





Google

Sourcing Diagnostic

July 2006

DRAFT

CONFIDENTIAL ATTORNEYS EYES ONLY

# Objectives of Today

- Share findings from sourcing diagnostic

- Discuss proposed recommendations to address current challenges

Google

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024151



# Executive Summary (I)

- The recruiting environment for top talent has become more challenging
  - Increased competition from competitors
  - Greater number of start-up opportunities
  - Talent pools are getting smaller and increasingly harder to find, particularly for women and under-represented minorities

- Passive sourcing will play an increasingly larger role in recruiting as we move forward as a company
  - Efficient and effective sourcing organization critical to acquire top talent in current market landscape

- Sourcing comprised of three primary activities
  - Identifying talent pools and what sourcing tools to use ("Where to look ")
  - Searching and identifying potential leads ("Look and Find")
  - Qualifying leads and converting them into active applicants ("Contact and Cultivate")

- Current sourcing model organized around verticals
  - Central sourcing support provided for diversity talent

- There are five common drivers of sourcing problems …
  - Organization around vertical and geographic silos
  - High share of contract labor in workforce mix
  - Misaligned incentives
  - Deep understanding of unique business dynamics and requirement not widely shared among Staffing team
  - Weak connectivity between Sourcers and Recruiters and Hiring Managers
  - System capability gaps

-Privileged and Confidential-

GOOG-HIGH TECH-00024152

# Executive Summary (II)

- … which create organizational and process inefficiencies in current sourcing practices
  - Duplication of effort on searches for positions with similar candidate profile
  - Limited business knowledge transferred to recruiting staff
  - Poor connectivity between key roles within Staffing
  - Limited sharing of qualified candidates across the organization

- Key drivers of sourcing problems fall into common themes
  - Organizational structure
  - Training
  - Process improvement
  - Metrics and measurement
  - Technology

- Proposed solutions attempt to close gaps existing in current organization and align with the common themes



Google

*-Privileged and Confidential-*

4

CONFIDENTIAL ATTORNEYS EYES ONLY



GOOG-HIGH TECH-00024154

# The Recruiting Environment for Top Talent Has Become More Challenging...



Source: ATS

-Privileged and Confidential-

GOOG-HIGH TECH-00024155

# ...While Inbound Flow from Job Boards Appears to Be Slowing



**Possible drivers of reduced on-line application flow**

- Increased number of job opportunities in Bay area competing for similar skill sets
  - More start-up opportunities

- More aggressive recruiting by traditional competitors
  - Microsoft
  - EBay
  - Yahoo

- Candidates self-selecting out of process
  - Hesitant to enter process widely known for being extremely selective

**Efficient and effective sourcing organization critical to acquire top talent in current market landscape**

-*Privileged and Confidential-*

(1) PSGA and Ops data is illustrative; currently awaiting data
Source: ATS

Google
7

# As Hiring Bar Raises, Certain Sources of Talent Will Become Less Important

## Quality of Candidates Differ Significantly by Source



**Critical to find alternative candidate sources**

(1) Reflects Q1 2006 data
Source:  Compensation team

CONFIDENTIAL ATTORNEYS EYES ONLY

# Target Hirable Pools for Diverse Talent Available Extremely Small



Will need to expand proactive outreach and sourcing to tap into available talent supply

(1) Reflects Q1 2006 data
Source: NSF.gov Land of Plenty U.S SET Workforce by sector of employment and 2004 Inside the Engineer CS degrees awarded
ASEE.org & 2006 University Relations Survey Data

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024158

# Employee Referrals Largest Source of Google Hires Overall
## Google.com Distant Second



Highlights importance of a positive candidate experience

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

# Although Referrals Continue to Be Largest Source of Hires, Agencies and Passively Sourced Candidates Offer Highest Yield



Highlights importance of passive sourcing to the organization

(1) Reflects Q1 2006 data
Source: ATS analysis

Google

11

CONFIDENTIAL ATTORNEYS EYES ONLY

# Other Sources Have Significantly Lower Pass-Through Rates



-Privileged and Confidential-

Google

12

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

# Similar Patterns Seen Internationally (I)
## EMEA



Google

13

-Privileged and Confidential-

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

# Similar Patterns Seen Internationally (II)
## EMEA



Google
14

-Privileged and Confidential-

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024163

# However, Passive Sourcing is Becoming an Increasingly Important Lever in Finding Talent



Important to organize Sourcing function to maximize sourcing efficiency

(1) Reflects Q1-Q2 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024164



# Agencies Continue to Play an Important Role Internationally

-Privileged and Confidential-

Google 16

(1) Reflects Q1 2006 data
Source: ATS analysis

CONFIDENTIAL ATTORNEYS EYES ONLY

# Sourcing Comprised of Three Primary Activities
## Requires Different Skill Sets and Areas of Focus

| | **Where to Look** | **Look and Find** | **Contact and Cultivate** |
|---|---|---|---|
| | Identifying potential talent pools and sourcing tools | Conducting searches and identifying potential candidates | Conducting outreach to candidates and converting to active applicants |
| **Skill set** | • Problem-solving facility | • Analytical<br>• Data mining<br>• Problem-solving facility<br>• Resume screening skills | • Communication skills<br>• Sales ability<br>• Influence skills |
| **Output** | • Sourcing strategy<br>• Talent pool map | • Unqualified pipeline of potential candidates | • Qualified pipeline of active applicants |

*Create Pipeline*  *Qualify Pipeline*

Tight integration between activities essential for effective and efficient sourcing processes

Google

17

GOOG-HIGH TECH-00024166

# Current Sourcing Model Organized Around Verticals
## Central Sourcing Support Provided for Diversity Talent

Google
18

However, current structure results in some process and organizational efficiencies
- Duplication of effort on searches for positions with similar candidate profile
- Weak connectivity between vertical and geographic silos
- Difficult to appropriately identify qualified candidates

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024167

# Under Current Google Model, Average Sourcer Time Study is Misleading

Google

| | Typical Activities |
|---|---|
| **Personal** | • Lunch<br>• Coffee/bathroom breaks |
| **Contact and Cultivate** | • Phone/e-mail potential candidates<br>• Phone/Technical screens<br>• Conduct periodic "check-in" discussions |
| **Look and Find** | • Conduct boolean searches on web<br>• Data mine resume databases, ATS, social networking sites, job boards<br>• Attend conferences/events |
| **Where to look** | • Identify potential talent pools<br>• Brainstorm with peers on potential sources<br>• Identify new sourcing tools |

Typical Sourcer[1]

Personal — 5%
Contact and Cultivate — 40%
Look and Find — 45%
Where to look — 10%

| | |
|---|---|
| % candidates sourced | 9% |
| Offer rate % | 5% |

On average, sourcers spends approximately two days a week finding potential candidates and two days building relationships with candidates
  ▪ Less than a day spent identifying new talent pools

-*Privileged and Confidential-*

(1) Small sample size (n=20)
Note: 100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization

CONFIDENTIAL ATTORNEYS EYES ONLY

# However, the Scope of a Sourcer's Responsibility Varies Significantly Across Verticals and Geography
### Resulting in Varying Degrees of Effectiveness



- Currently no real consistency in Sourcers' role across the Staffing organization

- Sourcers in PSGA and EngOps tend to be more data miners
  - Limited interaction with candidates
  - Focused more on creating pipeline

- Majority of Sourcer time in EMEA, SRE, QA Diversity spent on developing long-term relationships with candidates and converting to applicants
  - Also allocate time to conducting front-end recruiting activities (e.g., pre-screen)
  - Higher leverage model

May be opportunity to create consistently greater leverage for Sourcers and Recruiters across the organization

| | Online Sales | PSO | EngOps | SRE | Diversity | EMEA |
|---|---|---|---|---|---|---|
| % candidates sourced | X% | X% | X% | X% | X% | X% |
| Offer rate % | X% | X% | X% | X% | X% | X% |

Data Miners

Candidate Developers

(1) Small sample size (n=20)
Note: 100% = Sourcer week
Source: Diary study surveying 110 sourcers across the Staffing organization

*Privileged and Confidential*

CONFIDENTIAL ATTORNEYS EYES ONLY

# There is No Clear Strategy Around Sourcing Tools in Place...



Source

-Privileged and Confidential-

(1) Reflects data Jan–June 2006
Source: Job boards team

21

CONFIDENTIAL ATTORNEYS EYES ONLY



...Resulting in Over-investments in Tools That Have Not Historically Delivered Many Google Hires

*Illustrative – Analysis team current determining whether X-axis data is available at this level of detail*

Investment ($K)

Social Networking Sites

Job Boards

Resume Databases

% of Google Hires

Limited accountability or clear idea of return on investment

Google
22

(1)
Note:
Source: Job Boards team

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024171

# There are Five Common Drivers of Sourcing Problems (I)

**Key Drivers**

**Problem**

| Key Drivers | Lack "One Google" perspective | Limited sharing of candidates across the organization | Poor lead tracking and follow-up | High variability in quality of passively sourced candidates | Duplicate search efforts for candidates with similar profiles and competencies |
|---|---|---|---|---|---|
| Silos | Key driver | Key driver | Not a driver | Key driver | Key driver |
| Labor force mix | Key driver | Key driver | Not a driver | Key driver | Somewhat of a driver |
| Incentive model | Somewhat of a driver | Key driver | Not a driver | Not a driver | Not a driver |
| Systems | Not a driver | Somewhat of a driver | Key driver | Not a driver | Not a driver |
| Business Knowledge | Not a driver | Key driver | Not a driver | Key driver | Somewhat of a driver |

**Legend:**
- ○ Not a driver
- ◑ Somewhat of a driver
- ● Key driver

*-Privileged and Confidential-*

Google
23

GOOG-HIGH TECH-00024172

# There are Five Common Drivers of Sourcing Problems (II)

*Problem*

**Key Drivers**

| Key Drivers | High variability in EE referral process and response times | No strategy or accountability around sourcing tools | Sub-optimize efforts around third party research | Limited coordination around conference/event leads | Lack of calibration b/w Sourcers, Resume Screeners and Recruiters |
|---|---|---|---|---|---|
| Silos | ● | ● | ● | ● | ● |
| Labor force mix | ○ | ○ | ○ | ○ | ○ |
| Incentive model | ◐ | ○ | ○ | ○ | ○ |
| Systems | ○ | ◐ | ○ | ◐ | ○ |
| Business Knowledge | ○ | ○ | ◐ | ○ | ● |

○ Not a driver   ◐ Somewhat of a driver   ● Key driver

*-Privileged and Confidential-*

Google
24

GOOG-HIGH TECH-00024173

# There are Five Common Drivers of Sourcing Problems (III)



| Key Drivers | Problem | | |
|---|---|---|---|
| | Inconsistent treatment of diversity-sourced candidates | Inadequate support for international efforts | Limited ability to mine former candidates |
| Silos | ● | ● | ○ |
| Labor force mix | ○ | ○ | ○ |
| Incentive model | ○ | ○ | ○ |
| Systems | ◑ | ○ | ● |
| Business Knowledge | ● | ● | ○ |

○ Not a driver   ◑ Somewhat of a driver   ● Key driver

*-Privileged and Confidential-*

Google

25

GOOG-HIGH TECH-00024174

# Key Drivers of Sourcing Problems Fall into Common Themes
Proposed Recommendations Attempt to Close Gaps Existing in Current Organization



**Silos**

**Organizational Structure**
- Centralize all pre-recruitment activities
- Centralize employee referrals
- Expand resume screening beyond Eng
- Develop sourcing and screen capability in EMEA

**Labor force mix**

**Process**
- Rationalize current suite of sourcing tools
- Establish governance model around sourcing tools
- Develop specific job profiles with pre-defined competencies
- Tap into additional talent pools to cast a wider net and increase quality of pipeline
- Create "hot candidate" lists of high priority applicants to be shared weekly

**Business Knowledge**

**Training**
- Develop and implement Sourcer training
- Expand new hire Staffing orientation beyond systems training

**Incentive Model**

**Metrics and Measurement**
- Implement metrics to monitor sourcing tool usage and effectiveness
- Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates

**Systems**

**Technology**
- Build out systemic lead management functionality
- Enhance data mining capabilities within ATS
- Develop systemic capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers

Google

26

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024175

# Proposed Organizational Structure Seeks to Resolve Challenges With Current Organization

Expect to Achieve a Number of Benefits



**Sourcing Manager**

*Oversees all pre-recruitment activities*

**Lead Recruiters** *(by Vertical)*

**Candidate Developers**
- Qualify leads
- Pre-screen
- Convert to active applicants

**Strategy**
- *Identifies and maps talent pools*
- *Develops sourcing strategy*
- *Evaluates/monitors tool usage and effectiveness*
- *Coordinates purchase of 3rd party research/directories*

**Resume Screeners**
- *Screens resumes for all active applicants*

**Diversity**
- *Build diversity talent pipeline*
- *Provide front-end sourcing for conferences*
- *Qualify leads sourced from programs*

**Data Miners**
- *Conduct searches to generate potential candidate names*

**Sourcers**
- *Develop candidate pipeline for Cand. Dvlprs*

**Expected Benefits**
- More efficient knowledge and best practice sharing
- Avoid diluting focus of Sourcers and Candidate Developers
- Greater consistency around sourcing tool usage
- Enables better sharing of candidates for positions with similar profiles and competencies
- Matrixed reporting structure between Sourcers and vertical Candidate Developers helps maintain business connectivity
- Centralized pool enables greater fungibility of resources and supports dynamic resource allocation model
  - Better able to allocate resources to areas where most needed; dynamic not static

GOOG-HIGH TECH-00024176

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (I)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Organizational Structure | • Centralize "Where to Look" and "Look & Find" activities under a Sourcing Manager<br>  - Sourcing strategy<br>  - Tool identification<br>  - Data mining<br>  - Candidate search<br>  - Lead qualification (including leads generated from events/conferences)<br><br>• Central team acts as strategic sourcing arm<br>  - Develops and refines global sourcing strategy<br>  - Identifies, evaluates and monitors sourcing tool usage and effectiveness<br>  - Maps and updates global talent pools<br>  - Coordinates and purchases third party research and directories<br><br>• Two utilities<br>  - One based in MTV, other in EMEA<br>  - Utilities to be aligned with Verticals<br><br>• Maintain distributed models for "Contact & Cultivate", excluding diversity<br><br>• Centralize ownership of Eng, Ops and PSGA employee referrals<br>  - Create formal service level agreement to establish appropriate response times | • No strategy or accountability around sourcing tools<br><br>• Lack "One Google" perspective<br><br>• Limited sharing of candidates across the organization<br><br>• Duplicate search efforts for candidates with similar profiles and competencies<br><br>• Sub-optimize efforts around third party research<br><br>• Inconsistent treatment and limited coordination around conference/ event leads<br><br>• Inconsistent treatment of diversity-sourced candidates<br><br>• High variability in EE referral process and response times |

28

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (II)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Organizational Structure | • Expand Resume Screening function to include Ops and PSGA<br>  - Create international resume screening capability in EMEA | • Lack of calibration between Sourcers, Resume Screeners and Recruiters |
| Training | • Establish formal Sourcer education series<br>  - New hire orientation<br>  - Refresher training for existing team members<br><br>• Training to include:<br>  - Business/product overviews<br>  - Overviews of office locations and specialties<br>  - Profiles of ideal candidates and key competencies<br>  - Resume screening skills<br>  - Overview of sourcing tools | • Limited sharing of candidates across the organization<br><br>• High variability in quality of passively sourced candidates |
| Process Improvement | • Within newly constructed centralized team, align "Look & Find" resources by vertical to ensure appropriate connectivity with business<br>  - Prior to posting req, conduct 3-way meetings between Sourcer, Candidate Developer, Recruiter and Hiring Manager<br><br>• Create weekly "hot candidate" lists for candidates fitting overall Google profile but rejected for specific area | • High variability in quality of passively sourced candidates<br><br>• Limited sharing of candidates across the organization |

29

CONFIDENTIAL ATTORNEYS EYES ONLY

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (III)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Process Improvement | • Establish specific job profiles with pre-defined competencies for all position families within Google | • High variability in quality of passively sourced candidates |
| | • Establish governance model around sourcing tools with broad representation<br>  - Develop evaluation criteria<br>  - Evaluate current tools<br>  - Rationalize current suite of tools<br>  - Establish on-going governance process | • No strategy or accountability around sourcing tools |
| | • Tap into additional sources of talent in order to cast a wider net and increase quality of pipeline, e.g.,<br>  - Develop University Alumni program<br>  - Cast wider net beyond target schools | • High variability in quality of passively sourced candidates |
| Metrics and Measurement | • Develop and implement metrics to monitor usage and track effectiveness (ROI) of sourcing tools | • No strategy or accountability around sourcing tools |
| | • Modify Sourcer and Recruiter productivity metrics to provide "credit" for sharing candidates | • Limited sharing of candidates across the organization |
| Technology | • Build out systemic lead management functionality integrated with ATS<br>  - Currently in development | • Poor lead tracking and follow-up |

30

GOOG-HIGH TECH-00024179

# Proposed Solutions Attempt to Close Gaps Existing in Current Organization (IV)

| Theme | Recommendation | Problem It Will Help Address |
|---|---|---|
| Technology | • Develop system-based capability to enable Staffing team members to look up areas of focus of other Recruiters and Sourcers | • Limited sharing of candidates across the organization |
| | • Enhance data mining capabilities within ATS<br>  - More searchable database will enable more efficient sourcing of candidates with higher potential of being Google fit, e.g.,<br>  • Former decline, Reject from Eng who is appropriate for PM | • Limited sharing of candidates across the organization |

31

GOOG-HIGH TECH-00024180

# Next Steps

| | Estimated Timing |
|---|---|
| • Complete outstanding data analysis | July 31 |
| • Refine organizational and process recommendations | July 31 |
|   - More clearly articulate roles and responsibilities | |
|   - Flesh out process flows | |
| • Develop implementation and communication strategy | Aug 9 |
| • Continue moving forward with key tactical initiatives that will help move the needle in the short-term | |
|   - Work with key Staffing stakeholders to develop and roll out Sourcer training by Sept | Mid-Sept |
|   - Rationalize current suite of sourcing tools and develop governance model for tool evaluation go-forward | Mid-Aug |
|   - Develop pilot university alumni program | Mid-Sept |



32

-Privileged and Confidential-

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024181

# APPENDIX

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024182

# Size of Hiring Gap Differs by Business Vertical



Note:  (1)
Source:

-Privileged and Confidential-

Google 34

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00024183



Enables Recruiters to focus limited bandwidth on only those candidates with the highest probability of being hired
  ▪ Similar model used in On-line Sales and Product Marketing

-Privileged and Confidential-

Google

35

CONFIDENTIAL ATTORNEYS EYES ONLY

# Five Key Staffing Roles
## Scope of Responsibilities Varies Depending on Vertical



36

| Role | Scope of Responsibilities |
|------|---------------------------|
| **Sourcer** | • Mine key data sources for potentially qualified passive candidates<br>• Convert leads to applicants<br>• Identify potentially qualified passive candidates and encourage them to attend Google events/conferences *(Diversity only)*<br>• Pre-screen and qualify leads for specific technical skills *(specific Vertical/s only)*<br>• Help shepherd diversity candidates through the application process *(Diversity only)* |
| **Candidate Developer** *(Diversity only)* | • Cold-call identified candidates passed from Diversity sourcers to "sell" them Google and encourage them to apply on-line<br>• Help shepherd diversity candidates through the application process |
| **Resume Screener** | • Pre-screen Eng-Ops on-line applications and employee referrals to pre-qualify candidates prior to forwarding on to Recruiter |
| **Recruiting Coordinator** | • Schedule phone-screen and on-site interviews<br>• Manage administrative end of candidate recruiting process |
| **Recruiter** | • Screen resumes in active queues *(PSGA only)*<br>• Gather interview feedback<br>• Prepare hiring committee and offer review packages<br>• Act as primary liaison with candidate |

No real consistency on how various roles are used
• In some areas, multiple roles are collapsed into single functions

# Similar Distribution Exists by Industry Vertical



-Privileged and Confidential-

(1) Reflects Q1 2006 data
Source: ATS analysis

Google 37

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024186

# Interview Program Included Key Stakeholders

Over 35 Sourcers, Recruiters, and Staffing Program Managers Interviewed to Date



-Privileged and Confidential-

Note: *Italics* indicate interview scheduled but not yet completed

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(I)

Organization

| Issue/Challenge | Impact | Potential Resolution |
|---|---|---|
| Large contingent workforce | • Difficult to attract best recruiting talent who have full-time opportunities<br>• High degree of churn creates instability within workforce<br> - Loss of institutional knowledge<br>• 3-month learning curve coupled with 12-month contract<br> - Releasing talent just as Recruiters/Sourcers become productive<br>• Can foster competitive dynamics<br> - Focus is on getting converted | • Shift Recruiting and Sourcer team mix towards more full-time resources |
| Lack of transparency in Contractor conversion process | • Lowers morale among recruiting and sourcing staff<br> - Decision feels out of their control | • Define clear, explicit selection criteria<br> - Ensure they are understood by all staff |
| Recruiters/Sourcers work in vertical silos | • Lack visibility into what fellow team members are working on<br> - Unable to effectively share qualified candidates<br> - Qualified candidates can languish in incorrect queues<br>• Limited understanding of functions outside immediate area and how roles relate to each other<br>• Poor communication between groups | • Implement mechanisms to actively and regularly connect Sourcers/Recruiters across the organization<br>• Reinstate centralized training sessions<br>• Create on-line resource to provide visibility into searches of other Sourcers/Recruiters |

Organization

39

CONFIDENTIAL ATTORNEYS EYES ONLY

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(II)

Organization

| Organization | Issue/Challenge | Impact | | Potential Resolution |
|---|---|---|---|---|
| | Weak linkages between Sourcers and Recruiters and Hiring Managers | • With some exceptions, general distrust of quality of candidates forwarded from Sourcers<br><br>• Sourcers lack sufficient understanding of requirements of specific roles<br>  - Difficult to appropriately identify qualified candidates | ⬆ | • Where possible, co-locate Sourcers with their recruiting team and specific client groups<br>  - Work in small teams<br><br>• Conduct 3-way discussions upfront between Sourcer, Recruiter and Hiring Manager<br>  - Establish specific position profiles with defined competencies<br>  - Communicate desired candidate profile need to discuss upfront together |
| | Wide variation in abilities among Recruiters | • Inability of some Recruiters to effectively manage full lifecycle, including sourcing<br>  - Unable able to carry "fair share" of burden for growth targets | ⬆ | • Use more consistency in Recruiter profile hired into Google<br>  - Ensure full suite of Recruiting skills<br><br>• Expand sourcing skills of existing recruiters |
| | Too resource-constrained to adequately manage pace of growth | • Latency in early stages of recruiting process<br>  - Applicants can languish in long queues<br><br>• High risk of burn out or diminishing returns | ⬆ | • Thoughtfully add Staffing resources where they are most needed<br><br>• Consider expanding roles of more junior staff to alleviate administrative burden of recruiters |

Google

40

-Privileged and Confidential-

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing…(III)

### Process



41

| Process | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| | Lack coherent strategy and accountability around various sourcing tools, e.g., <br>• Job boards, resume databases, events, conferences, agencies etc. | • Lack systemic way to track ROI of various tools employed <br>– Risk over-investing in certain tools and under-investing in others <br>– Unable to accurately track cost/hire | • Evaluate each tool individually <br><br>• Implement metrics to monitor usage and track effectiveness <br><br>• Assign accountability for sourcing tool investments |
| | Lack robust, systemic lead management capability | • No formalized way to capture, track and follow-up on leads <br>– Data scattered among multiple mediums (ATS, Excel spreadsheets, Salesforce.com) <br>– Problematic when Sourcer/Recruiter contract expires | • Assign Staffing ownership for allocation of PSGA employee referrals <br><br>• Build out lead management functionality |
| | No formalized, coordinated way to share candidates across functions <br>– Compounded by lack of visibility into what other team members work on | • Sub-optimize staffing processes <br>– No incentive to change behavior <br>– Concern more for good of the vertical function vs. the enterprise <br>• Lose qualified candidates rejected for one area but appropriate for another | • Implement mechanisms to regularly connect Sourcers/Recruiters across the organization <br><br>• Modify productivity metrics to provide "credit" for sharing candidates <br><br>• Consider creating clearinghouse function |

-Privileged and Confidential-

GOOG-HIGH TECH-00024190

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(IV)

## Process

| | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| **Process** | Limited business knowledge transferred to recruiting staff<br>• No formal training beyond Staffing systems training | • Steepens learning curve for Recruiters and Sourcers<br>- Not as effective initially as could be | • Leverage education series recently launched in Paris, e.g.,<br>- Provides business overviews, ideal candidate profiles, etc.<br>• Create resource for Staffing members to look up roles of others |
| | Significant administrative requirements for Recruiters<br>• Particularly internationally | • Limits time available for sourcing for Recruiters needing to supplement their own queues | • Where possible, move more administrative responsibilities to Recruiting Coordinators, e.g.,<br>- Printing and creation of offer packets<br>- New hire set up<br>• Add Coordinator role in EMEA |
| | Ownership of event attendee lists | • Competition for names results in lack of coordination around candidates qualified for multiple profiles<br>- Lose viable candidate<br>• No resource to follow up on non-diversity leads | • Designate central owner in Staffing or Staffing Programs not aligned with a specific vertical |
| | No coordinated way to request and capture research data | • Individual efforts initiated within various Verticals<br>- More expensive than if launched a coordinated effort | • Designate central research owner in Staffing responsible for purchasing research |

-Privileged and Confidential-



42

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(IV)

Process

| | Issue/Challenge | Impact | | Potential Resolution |
|---|---|---|---|---|
| **Process** | Employee Referral Program challenges | • SLAs not being met with applicants sitting in Recruiter queues<br>  - Risk losing candidates with highest probability of passing Google bar<br><br>• Lack active owner for PSGA Employee Referral program<br>  - No way to actively enforce SLA because responsibility not centralized | | • Assign Staffing ownership for allocation of PSGA employee referrals |
| | Lack of pre-defined job profiles<br>• Particularly on EngOps side | • Makes sourcing for right candidate more challenging<br>  - No clear guidelines | | • Define key competencies for each job profile<br><br>• Re-write job descriptions to ensure understanding by external candidates |

Google
43

-Privileged and Confidential-

GOOG-HIGH TECH-00024192

# A Number of Issues Have Emerged from Interviews That Are Shared Across Staffing...(V)

## Talent Pool

| Talent Pool | Issue/Challenge | Impact | Potential Resolution |
|---|---|---|---|
| | No current methodology to map out global talent pools | • No central database or library to enable lead and competitive data to be indexed and retrieved across the organization<br><br>• Inability to be strategic about identifying and attracting high quality talent<br> - Sub-optimize leverage of costly Staffing resources | • Design and implement process to gather and organize leads and competitive data<br><br>• Develop talent pool mapping strategy and competitive intelligence capability |
| | Small, qualified talent pools for certain areas, e.g,<br>• SRE<br>• Diversity | • Women and minorities continue to be under-represented within specific technical functions and internationally | • Tap into additional sources of talent in order to cast a wider net and increase potential pipeline, e.g.,<br> - Consider University Alumni program<br> - Forge partnerships with diversity alumni groups |
| | Overall recruiting environment becoming more challenging | • Active pipelines appear to be shrinking<br> - Passive sourcing likely to become increasingly more important<br><br>• Current sources becoming even less effective in yielding qualified candidates | • Develop comprehensive sourcing strategy<br> - Include scenario analysis for different market environments |
| | Strict application of hiring bar | • Some pools of talent not at target Tier 1,2 and 3 schools<br> - Particularly true for diversity and international PSGA candidates | • Cast wider net beyond target schools, e.g.,<br> - Consortium schools |



-Privileged and Confidential-

44

GOOG-HIGH TECH-00024193

# ...While Others Challenges are Unique



## International

- No sourcing capability resident in EMEA
  - Without global sourcing function may not be tapping into all valuable talent pools

- Mountain View-based international allocated resources not effective or tenable
  - EMEA-based staff never been informed of who specific resources in Mountain View are
  - Time zone differences constrain ability to contact candidates
  - Don't adequately understand focus of individual EMEA recruiters and therefore queue candidates incorrectly

- Overly reliant on costly agencies for pipeline creation
  - Accounts for ~33% of all hires

- High hiring bar coupled with the need to recruit for multiple languages creates increasingly challenging environment (support 25 languages)

- Best recruiting talent difficult to convert in EMEA
  - Tend not to have university degrees and therefore fail to meet standard Google bar



## Diversity

- Diversity team-sourced candidates auto-rejecting in resume screen
  - May have slightly different background than typical Google candidate
  - Diversity team having to implement manual work arounds to "revive" candidates and actively engage recruiters

- Latency in recruiting process costing Google to lose talented diversity candidates
  - Diversity team-sourced candidates getting lost in enormous queues as there is currently no way to flag applicants
    - Unable to segregate and work within specific SLAs (similar to EE Referrals)
  - Due to smaller population, latency in process disproportionately negatively impacts diverse applicants than general population
  - Diversity team must individually follow up with lead recruiters as stop-gap

- Lack of clear leadership within Diversity team
  - Separation between Candidate Developers and Program Sourcers somewhat artificial
  - Image issues within broader Staffing team

*-Privileged and Confidential-*

45

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024194

# Slide Notes

**Header:**

Enter Title of Presentation Here

**Footer:**

Google Confidential

**Slide 1:**

Enter Title of Presentation Here

Google Confidential

**Slide 2:**

Enter Title of Presentation Here

Google Confidential

**Slide 3:**

Enter Title of Presentation Here

Google Confidential

**Slide 4:**

Enter Title of Presentation Here

Google Confidential

**Slide 5:**

Enter Title of Presentation Here

GOOG-HIGH TECH-00024195

# Slide Notes

Google Confidential

**Slide 6:**

Enter Title of Presentation Here

Google Confidential

**Slide 7:**

Enter Title of Presentation Here

Google Confidential

**Slide 8:**

Enter Title of Presentation Here

Google Confidential

**Slide 9:**

Enter Title of Presentation Here

Google Confidential

**Slide 10:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024196

# Slide Notes

**Slide 11:**

Enter Title of Presentation Here

Google Confidential

**Slide 12:**

Enter Title of Presentation Here

Google Confidential

**Slide 13:**

Enter Title of Presentation Here

Google Confidential

**Slide 14:**

Enter Title of Presentation Here

Google Confidential

**Slide 15:**

Enter Title of Presentation Here

Google Confidential

**Slide 16:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024197

# Slide Notes

**Slide 17:**

Enter Title of Presentation Here

Google Confidential

**Slide 18:**

Enter Title of Presentation Here

Google Confidential

**Slide 19:**

Enter Title of Presentation Here

Google Confidential

**Slide 20:**

Enter Title of Presentation Here

Google Confidential

**Slide 21:**

Enter Title of Presentation Here

Google Confidential

**Slide 22:**

GOOG-HIGH TECH-00024198

# Slide Notes

Enter Title of Presentation Here

Google Confidential

**Slide 23:**

Enter Title of Presentation Here

Google Confidential

**Slide 24:**

Enter Title of Presentation Here

Google Confidential

**Slide 25:**

Enter Title of Presentation Here

Google Confidential

**Slide 26:**

Enter Title of Presentation Here

Google Confidential

**Slide 27:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00024199

# Slide Notes

**Slide 28:**

Enter Title of Presentation Here

Google Confidential

**Slide 29:**

Enter Title of Presentation Here

Google Confidential

**Slide 30:**

Enter Title of Presentation Here

Google Confidential

**Slide 31:**

Enter Title of Presentation Here

Google Confidential

**Slide 32:**

Enter Title of Presentation Here

Google Confidential

**Slide 33:**

Enter Title of Presentation Here

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024200

# Slide Notes

Google Confidential

**Slide 34:**

Enter Title of Presentation Here

Google Confidential

**Slide 35:**

Enter Title of Presentation Here

Google Confidential

**Slide 36:**

Enter Title of Presentation Here

Google Confidential

**Slide 37:**

Enter Title of Presentation Here

Google Confidential

**Slide 38:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024201

# Slide Notes

**Slide 39:**

Enter Title of Presentation Here

Google Confidential

**Slide 40:**

Enter Title of Presentation Here

Google Confidential

**Slide 41:**

Enter Title of Presentation Here

Google Confidential

**Slide 42:**

Enter Title of Presentation Here

Google Confidential

**Slide 43:**

Enter Title of Presentation Here

Google Confidential

**Slide 44:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024202

# Slide Notes

**Slide 45:**

Enter Title of Presentation Here

Google Confidential

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024203





**Google**

Collaborative Sourcing Model

Engineering Leads Meeting

April 3, 2007

*DRAFT*

CONFIDENTIAL ATTORNEYS EYES ONLY



# Objectives of Today's Discussion

- Recap collaborative sourcing approach
  - Review rationale, team structure and roles, and expected benefits
  - Brief overview of job profiles
  - Proposed process approach

- Solicit feedback on proposed rules of engagement

- Discuss proposed productivity targets

- Share results-to-date

*-Privileged and Confidential-*

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024205

# Collaborative Sourcing Model Grounded in Belief that Many Talent Profiles Are Shared Across Verticals

## Overview of Collaborative Sourcing Team



**Team Structure**

**Responsibilities/ Role**

**Expected Benefits**

We are proactively taking steps to bring team up  the learning curve and ensure calibration with expectations of Verticals
- Hosted 1:1 discussions with Technical Lead Recruiters/Sourcers to better understand hiring needs, specific hiring bars and nuances of particular job requisitions
- Participate in weekly Gen Eng resume reviews
- Plans to attend various hiring committees

3

CONFIDENTIAL ATTORNEYS EYES ONLY

# Collaborative Sourcing Team Will Be Organized Around Twelve Defined Shared Profiles (I)

| | 1 Program Mgmt | 2 Analyst | 3 Client Svcs/ Customer Support | 4 Sales | 5 Marketing | 6 Strategy Development |
|---|---|---|---|---|---|---|
| **Technical** | • Systems Project Manager<br>• Proj Manager - Network Ops<br>• Technical Engineering Project Manager<br>• Engineering Project Manager<br>• Global Deployment Project Manager<br>• Integration Program Manager (Search Svcs)<br>• Engineering Program Manager | • Data Analyst - Tech Ops<br>• Global Infrastructure Research Analyst<br>• Supply Chain Cost Analyst (Platforms) | • Front-end Enterprise Technical Support Engineer<br>• PSO Sales Engineer<br>• OSO Technical Solutions Specialist<br>• Ad Operations Specialist (Technical Support)<br>• API Support Engineer (OSO) | • Enterprise Sales Engineer<br>• Enterprise On-line Technical Sales Rep<br>• Technical Account Managers<br>• Sales Engineer - Technical Operations<br>• Customer Solutions Engineer (Ad Sales) | — | • Technology Program Manager (PSO)<br>• Product Manager |
| **Non-Technical** | • Staffing Program Associate/Manager<br>• Program Manager – Staffing Systems<br>• Acquisition Integration Manager | • Staffing Analyst<br>• Technical Sales Analyst (OSO)<br>• Customer Analytics Associate (Product Mktg)<br>• Business Analyst (Sales/Finance)<br>• Business Risk Analyst<br>• Financial Analyst<br>• HRIS Analyst<br>• Marketing Analyst<br>• Business Analyst - Compensation<br>• Decision Support Analyst (Marketing)<br>• Account Strategist<br>• Sr. Sales Operations Specialist (NASO) | • On-line Product Support Coordinator<br>• On-line Operations Coordinator<br>• On-line Sales Support<br>• Google Checkout Strategic Partner Coordinator | • Google Business Solutions<br>• Account Manager - Ad sales<br>• Inside Sales Rep (Enterprise)<br>• Enterprise Sales Manager<br>• Strategic Partnership Development Manager | • Industry Marketing Manager<br>• Country Marketing Manager<br>• Product Marketing Manager | • Business Operations Associate/Project Manager<br>• Business Development Associate/Manager<br>• Strategic Partnership Developers<br>• Product Marketing Manager – Enterprise Field Marketing<br>• Corporate Development Manager/Principal<br>• Senior Business Analyst (OSO) |

# Collaborative Sourcing Team Will Be Organized Around Twelve Defined Shared Profiles (II)

| 7 Software Engineer | 8 User Experience/ Researcher | 9 Systems Stability/Security | 10 Core Infrastructure | 11 Team Managers | 12 Supply Chain |
|---|---|---|---|---|---|
| **Technical** | | | | | |
| • SWEs<br>• SWEs Test<br>• SW Quality Assurance Engineer<br>• UI Engineer<br>• Systems Software Engineer (Platforms)<br>• Associate Product Manager/Product Manager<br>• Software Engineer – Kernel (Platforms)<br>• Technical Solutions Engineer (PSO)<br>• Site Reliability Engineer<br>• Back-end Technical Support Engineer (Enterprise)<br>• Web Application Engineer (Internal Applications)<br>• Web Application Engineer (Enterprise)<br>• Web Application Engineer (PSO)<br>• Web Application Engineer (Ad Sales)<br>• Web Developer (UX) | • User Interface Designer<br>• UI Design Lead<br>• User Experience Researcher<br>• Visual Designer<br>• Interaction Designer | • System Administrators (Windows, Macs, Linux)<br>• Systems Security Engineer<br>• Information Security Engineer<br>• Technical Solutions Engineer – Partner Reliability Engineer (PSO)<br>• Site Reliability Engineer | • Hardware Engineer<br>• Hardware System Engineer<br>• Hardware Testing Engineer<br>• Networking Hardware Engineer<br>• System Infrastructure Engineer<br>• Site Reliability Engineer | • Technical Lead Manager<br>• Engineering Director<br>• Hardware Operations Manager<br>• Network Operations Manager | |
| **Non-Technical** | | | | | |
| | | | | • On-line Operations Manager<br>• Staffing Manager<br>• Team Manager - NASO | • Supply Chain Project Manager (Platforms)<br>• Manufacturing Project Manager<br>• Supply Chain Program Manager (Google.com Eng)<br>• Book Search Production Specialist |

Will source against only ten of the profiles since our hiring needs are not great enough around the other two to warrant centralized sourcing resources

Google

5

GOOG-HIGH TECH-00024208



# Although We Initially Planned to Leverage a "Pull" Strategy to Align Leads With Business Verticals…

ILLUSTRATIVE

**Embedded Sourcers/CES**

- PSO
- Enterprise
- Gen Eng
- OSO
- …etc

Grab Bag

- Analyst
- Technical Sales
- Program Management
- Customer Support
- SWE

Pull strategy requires embedded resources to actively leverage grab bag as an additional candidate source

**Collaborative Sourcing Team**

- Sourcers A & B
- Sourcers C, D & E
- Sourcers F & G
- Sourcers H, I & J
- …etc

Note: There could be multiple levels within a profile

Google

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024210



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024211

# Will Establish Clear Targets To Ensure Appropriate Pipeline Generation

Proposed Minimum Per Month Targets[1]

Generated Leads

Resumes in ATS/Applicants[2]

Phone Screens[3]

On-site interviews[3]

Offer Extends[3]

100-150

50-75

25-35

5-8

1-2

Note: Targets are per Sourcer
(1) Assumes full productivity reached after 3 months
(2) Assumes a 40-50% fall out rate of generated leads to contacts and an additional 40-50% from contacts to qualified applicant
(3) Assumes similar productivity levels to top quartile Gen Eng sourcers

Google
9

GOOG-HIGH TECH-00024212



# Results-To-Date

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Header:**

Enter Title of Presentation Here

**Footer:**

Google Confidential

**Slide 1:**

Enter Title of Presentation Here

Google Confidential

**Slide 2:**

Enter Title of Presentation Here

Google Confidential

**Slide 3:**

Enter Title of Presentation Here

Google Confidential

**Slide 4:**

Enter Title of Presentation Here

Google Confidential

**Slide 5:**

Enter Title of Presentation Here

# Slide Notes

Google Confidential

**Slide 6:**

Enter Title of Presentation Here

Google Confidential

Allows time for calibration

**Slide 7:**

Enter Title of Presentation Here

Google Confidential

**Slide 8:**

Enter Title of Presentation Here

Google Confidential

**Slide 9:**

Enter Title of Presentation Here

Google Confidential

**Slide 10:**

Enter Title of Presentation Here

Google Confidential

GOOG-HIGH TECH-00024215

**Slide Notes**

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00024216



(1) Assumes 2-3 Sourcers per profile

CONFIDENTIAL ATTORNEYS EYES ONLY

# Slide Notes

**Header:**

Enter Title of Presentation Here

**Footer:**

Google Confidential

**Slide 1:**

Enter Title of Presentation Here

Google Confidential