Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Roberta D. Tonelli (State Bar No. 278738)
rtonelli@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **Case No. 11-CV-2509  LHK**<br><br>**DECLARATION OF ROBERTA D. TONELLI IN SUPPORT OF DEFENDANTS' JOINT ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

1    I, ROBERTA D. TONELLI, declare:

2    1.    I am an attorney at law, duly admitted to practice in the State of California and

3    before this Court.  I am an associate at the law firm of Jones Day, counsel for Defendant Intuit Inc.

4    ("Intuit") in the above-captioned action.  I submit this Declaration in support of Defendants' Joint

5    Renewed Motion to Seal Materials in Connection with Summary Judgment and Daubert Motions

6    and Defendants' Motion to Strike.  As one of the attorneys involved in the defense of this action,

7    unless as otherwise stated, I have personal knowledge of the facts stated in this Declaration and if

8    called as a witness I could and would testify competently to them.

9    2.    I have reviewed Exhibit A to the Omnibus Declaration of Christina J. Brown in

10   Support of Defendants' Replies in Support of Joint Motion to Exclude Testimony of Edward E.

11   Leamer, Ph.D. and Joint Motion to Strike Improper Rebuttal Testimony in Dr. Leamer's Reply

12   Expert Report ("Omnibus Brown Declaration").

13   3.    I have reviewed Plaintiffs' Consolidated Opposition To Defendants' Joint And

14   Individual Motions For Summary Judgment, the Declaration of Dean M. Harvey in Support of

15   Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560, 561 564, 570, and the Declaration

16   of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs Re Dkts. 554, 556, 557, 559, 560,

17   561, 564, 570 and supporting exhibits.

18   4.    I have reviewed Plaintiffs' Notice of Motion and Motion to Exclude Expert

19   Testimony Proffered by Defendants ("Plaintiffs' Motion to Exclude"), the Declaration of Lisa J.

20   Cisneros in Support of Plaintiffs' Motion to Exclude Expert Testimony Proffered by Defendants

21   ("Cisneros Decl. ISO Motion to Exclude"), Declaration of Lisa J. Cisneros in Support of

22   Plaintiffs' January 9, 2014 Administrative Motion to Seal ("Cisneros Decl. ISO Motion to Seal"),

23   and supporting exhibits.

24   5.    I have reviewed the Declaration of Anne Selin in Support of Google's Motion for

25   Summary Judgment and its accompanying exhibits, ("Google MSJ"), the Declaration of Victoria

26   Weatherford in Support of Apple's Motion for Summary Judgment and its accompanying exhibits,

27   ("Apple MSJ"), the Declaration of Christina Brown in Support of Defendants' Joint Motion to

28   Stricke Improper Rebuttal Testimony in Dr. Leamer's Expert Report or, in the Alternative, for

Tonelli Declaration ISO Defs.'
Joint Renewed Motion to Seal
CASE NO. 11-CV-2509 LHK

1    Leave to Submit a Reply Report of Dr. Stiroh ("Motion to Strike"), and the Declaration of

2    Victoria Weatherford in Support of Apple's Motion for Summary Judgment and its

3    accompanying exhibits, ("Defendants' Motion to Exclude").

4          6.      As described below, the information requested to be sealed contains or

5    summarizes Intuit's compensation and recruiting methods, data, practices, strategies and policies.

6    Intuit has designated this information as "CONFIDENTIAL" or "CONFIDENTIAL –

7    ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.  (Dk. No. 107).

8          7.      As noted in the Declaration of Lisa K. Borgeson In Support of Renewed

9    Administrative Motion to File Under Seal (Dk. No. 285), the Declaration of Mason Stubblefield

10   in Support of Intuit's Response Motion to Seal (Dk. No. 585-1), the Declaration of Catherine T.

11   Zeng in Support of Renewed Administrative Motion to File Under Seal (Dk. No. 397), the

12   Declaration of Catherine Zeng in Support of Defendants' Response to Plaintiff's Administrative

13   Motion to Seal (Dk. No. 425), the Declaration of Catherine Zeng in Support of Defendants'

14   Motion to Seal (Dk. No. 448), and the Declaration of Rowan T. Mason in Support of Defendants'

15   Joint Response to Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Reply in

16   Support of Supplemental Motion for Class Certification (Dk. No. 464), Intuit's salary and

17   compensation data, strategies and methods are non-public, highly sensitive and confidential, and

18   private to Intuit and its employees.

19         8.      Moreover, Intuit's recruiting strategies, methods, data and practices, and

20   confidential agreements are also non-public and proprietary to Intuit.  Therefore, information

21   pertaining to Intuit's recruiting and compensation methods, strategies, practices and data is

22   confidential and public dissemination of that information could cause Intuit competitive harm.

23         9.      Additionally, the February 21, 2014 Declaration of John Geering In Support of

24   Defendants' Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 676)

25   ("2/21/14 Geering Decl."), establishes that Intuit maintained certain agreements with Google and

26   that certain redacted portions of those agreements are highly confidential, competitively sensitive,

27   and proprietary.

28

Tonelli Declaration ISO Defs.'
Joint Renewed Motion to Seal
CASE NO. 11-CV-2509 LHK

10.     Specifically, Intuit seeks to keep the following redacted portions of the following documents under seal:

**EXPERT REPORTS**

**July 12, 2012 Rebuttal Supplemental Expert Report of Edward E. Leamer, Ph.D.**

11.     Intuit seeks to seal the following portions of the July 12, 2012 Rebuttal Supplemental Expert Report of Edward Leamer, Ph.D., which the Court sealed in its March 14, 2013 Order (ECF No. 730):

      a.     Page 9, paragraph 23 contains confidential information derived from the testimony of Intuit's Mason Stubblefield regarding compensation and employee retention practices. This is confidential Intuit information that pertains to Intuit's compensation methods, strategies, and practices.

**May 10, 2013 Supplemental Expert Report of Edward E. Leamer, Ph.D**

12.     Intuit seeks to seal the following portions of the May 10, 2013 Supplemental Expert Report of Edward Leamer, Ph.D., which the Court sealed in its March 14, 2013 Order (ECF No. 730):

      a.     Figure 19 (Page 31) contains confidential information about actual average compensation at Intuit. This is confidential employee salary information that pertains to Intuit's compensation methods, strategies, practices and data.

      b.     Exhibit 2, pages 19-20 contain confidential information about specific job titles at Intuit. This is confidential Intuit information that pertains to Intuit's compensation and employee management practices.

**December 11, 2013 Reply Expert Report of Edward E. Leamer, Ph.D.**

13.     Intuit seeks to seal the following portions of the December 11, 2013 Merits Reply Expert Report of Edward Leamer, Ph.D.:

      a.     Page 77, paragraph 6 contains confidential Intuit compensation information about the average compensation of Intuit Technical Class members and about the specific salary of Senior Software Engineers.

- 4 -

Tonelli Declaration ISO Defs.'
Joint Renewed Motion to Seal
CASE NO. 11-CV-2509 LHK

**May 10, 2013 Expert Witness Report of Kevin Hallock**

14.     Intuit seeks to seal the following portions of the May 10, 2013 Expert Report of Kevin Hallock, Ph.D., which the Court sealed in its March 14, 2013 Order (ECF No. 730):

   a.   Paragraph 86 contains confidential employee codes used by Intuit and testimony from Intuit's Chris Galy regarding those codes. This is confidential Intuit information that pertains to Intuit's employee management and compensation practices.

   b.   Paragraph 88 contains confidential information regarding employee classifications used by Intuit. This is confidential Intuit information that pertains to Intuit's employee management practices.

   c.   Paragraph 199 contains confidential testimony from Intuit's Alex Lintner regarding efforts made relating to employee retention. This is confidential Intuit information that pertains to Intuit's compensation and employee retention practices.

**October 28, 2013 Expert Witness Report of Kevin F. Hallock, Ph.D.**

15.     Intuit seeks to seal the following portions of the October 28, 2013 Expert Report of Kevin F. Hallock, Ph.D.:

   a.   Page 23, paragraph 74 contains confidential information about compensation decision-making and hiring at Intuit.  This is confidential internal Intuit and employee data that pertains to Intuit's compensation methods, strategies, and practices.

   b.   Page 24, paragraph 76 contains confidential information regarding employee classifications used by Intuit. This is confidential Intuit information that pertains to Intuit's employee management practices.

   c.   Paragraph 187 contains confidential testimony from Intuit's Alex Lintner regarding efforts made relating to employee retention. This is confidential Intuit information that pertains to Intuit's compensation and employee retention

1    practices.

2    **November 25, 2013 Expert Report of Elizabeth Becker, Ph.D.**

3    16.    Intuit seeks to seal the following portions of the November 25, 2013 Expert Report

4    of Elizabeth Becker, Ph.D.:

5        a.   Page 24, paragraph 89, redacted portions contains confidential information about

6             Intuit's compensation practices, including the ranges of employee salaries, the

7             compensation of incoming employees, and cash and equity awards.

8        b.   Page 29, paragraph 111, redacted portions contain confidential information about

9             Intuit's compensation of a specific employee, including base salary and equity

10            grant.

11       c.   Page 30, paragraph 116, redacted portions contain confidential information about

12            Intuit's compensation of a specific employee, including base salary and equity

13            grant.

14       d.   Page 37, paragraph 139, redacted portion contains confidential information about

15            Intuit's employee retention and new hire information.

16       e.   Page 40, paragraph 155, redacted portions contain confidential information about

17            Intuit's compensation practices and use of compensation survey data.

18       f.   Appendix B3 and Exhibit B3 contain confidential information regarding Intuit's

19            compensation and hiring practices, including the granting of equity awards relative

20            to base salary.

21       g.   Appendix E3 contains confidential information regarding Intuit's average annual

22            wage, derived from Intuit's confidential compensation data.

23       h.    Attachment 3, pages 115-130 contains confidential information regarding Intuit's

24            compensation of various job titles including salary ranges for each.

25    **November 12, 2012 Expert Report of Professor Kevin M. Murphy**

26    17.    Intuit seeks to file under seal the redacted portions of the November 12, 2012

27    Expert Report of Professor Kevin M. Murphy that the Court sealed in its September 30, 2013

28    Order (ECF No. 509):

Tonelli Declaration ISO Defs.'
Joint Renewed Motion to Seal
CASE NO. 11-CV-2509 LHK

- 6 -

a.  Appendix 1A contains confidential information about the number and percentage of hires at Intuit from other defendants. This is confidential employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

b.  Appendix 1B contains confidential information about the number and percentage of separations at Intuit that went to other defendants. This is confidential employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

c.  Appendix 1C contains confidential information about the number and percentage of hires at Intuit from other defendants. This is confidential employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

d.  Appendix 1D contains confidential information about the number and percentage of separations at Intuit that went to other defendants. This is confidential employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

e.  Appendix 2A contains confidential information about the number and percentage of hires at Intuit from other defendants. This is confidential employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

f.  Appendix 2B contains confidential information about the number and percentage of separations at Intuit that went to other defendants. This is confidential employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

g.   Appendix 2C contains confidential information about the number and percentage of hires at Intuit from other defendants. This is confidential employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

h.  Appendix 2D contains confidential information about the number and percentage of separations at Intuit that went to other defendants. This is confidential employee data that pertains to Intuit's recruiting strategies, methodologies, and practices.

i.  Appendix 4A contains information about the distribution of base salaries at Intuit. This is confidential employee salary information that pertains to Intuit's compensation methods, strategies, practices and data.

j.  Appendix 4B contains information about the distribution of base salaries at Intuit.

This is confidential employee salary information that pertains to Intuit's compensation methods, strategies, practices and data.

k.  Appendix 4C contains information about the distribution of total compensation at Intuit. This is confidential employee salary information that pertains to Intuit's compensation methods, strategies, practices and data.

l.   Appendix 4D contains information about the distribution of total compensation at Intuit. This is confidential employee salary information that pertains to Intuit's compensation methods, strategies, practices and data.

m.  Appendix 5C contains information about the distribution of total compensation for the top 10 jobs at Intuit. This is confidential employee salary information that pertains to Intuit's compensation methods, strategies, practices and data.

n.  Appendix 6C contains information about the distribution of annual changes in total compensation for the top 10 jobs at Intuit. This is confidential employee salary information that pertains to Intuit's compensation methods, strategies, practices and data.

**June 21, 2013 Supplemental Expert Report of Professor Kevin M. Murphy, Ph.D.**

18.  Intuit seeks to seal portions of the June 21, 2013 Supplemental Expert Report of Professor Kevin M. Murphy, which the Court sealed in its March 14, 2013 Order (ECF No. 730):

a.  Redacted portions of Exhibit 1 and 2, which contain confidential information about Intuit's job title information and associated compensation data. This is internal confidential Intuit information that directly relates to Intuit's compensation strategies and practices.

b.  Redacted portions of Appendix B, which contains confidential information about Intuit's job titles and associated compensation. This is confidential Intuit information that pertains to Intuit's compensation and employee management practices.

**November 25, 2013 Expert Report of Professor Kevin M. Murphy, Ph.D.**

19.   Intuit seeks to file under seal the redacted portions of the November 25, 2013 Expert Report of Professor Kevin M. Murphy:

    a.   Appendix E is the November 12, 2012 Expert Report of Professor Kevin M. Murphy. Intuit previously sought to file under seal redacted portions of the November 12, 2012 Murphy Report, which the Court granted in its order on September 30, 2013 (Dkt. No. 509). Intuit again seeks to redact those portions of Appendices 1A, 1B, 1C, 1D, 2A, 2B, 2C, 2D, 4A, 4B, 4C, 4D, 5C, and 6C to Murphy's Nov. 12, 2012 Report.

    b.   Appendix F is the June 21, 2013 Supplemental Expert Report of Professor Kevin M. Murphy. Intuit seeks to seal portions of the June 21, 2013 Supplemental Expert Report of Professor Kevin M. Murphy, which the Court sealed in its March 14, 2013 Order (ECF No. 730):

        i.   Redacted portions of Exhibit 1 and 2, which contain confidential information about Intuit's job title information and associated compensation data. This is internal confidential Intuit information that directly relates to Intuit's compensation strategies and practices.

        ii.   Redacted portions of Appendix B, which contains confidential information about Intuit's job titles and associated compensation. This is confidential Intuit information that pertains to Intuit's compensation and employee management practices.

**November 25, 2013 Expert Report of Lauren J. Stiroh, Ph.D.**

20.   Intuit seeks to seal the following portions of the November 25, 2013 Expert Report of Lauren J. Stiroh, Ph.D.:

    a.   Paragraphs 59, 60, and 63-67 contain confidential Intuit compensation information, including types of compensation provided to employees, ways in which Intuit differentiates employee compensation, and the criteria and process that Intuit uses to determine employee compensation.

b.   Exhibits III.34-40 reveals confidential information regarding the average compensation for Intuit Technical Class members and the averages of the various components of Intuit's compensation packages.

c.   Exhibit IV.15, pages 125-136, reveal confidential information about the number of employees in Intuit's specific job titles in each year.

**December 11, 2013 Merits Rebuttal Report of Matthew Marx**

21.   Intuit seeks to seal the following portions of the December 11, 2013 Merits Rebuttal Report of Matthew Marx:

a.   Exhibit 3 contains confidential information about the number of employees in certain of Intuit's specific job titles. This is confidential Intuit information that pertains to Intuit's employee management practices and company structure.

## EXPERT DEPOSITION EXCERPTS

**Cisneros Exhibit KKK, Eric L. Talley, J.D., Ph.D., December 8, 2013 Deposition Excerpts**

22.   Intuit seeks to keep the redacted portions of the December 8, 2013 deposition of Eric L. Talley, J.D., Ph.D., which contains information derived from an agreement between Intuit and Google, under seal.  As explained in the 2/21/14 Geering Decl (Dkt. No. 676), such agreements reflect highly confidential, competitively sensitive, and proprietary information.

## FACT WITNESS DEPOSITIONS EXCERPTS

**Cisneros Exhibit LL, William Campbell, February 5, 2013 Deposition Excerpts**

23.   Intuit seeks to keep the following redacted portion of Exhibit LL under seal, which the Court sealed in its March 14, 2013 Order (ECF No. 730): 100:19.  The redacted portion of Exhibit LL pertains to a former Intuit employee's identity and job performance. This information is confidential and private because the former employee has not sought to have his identity and job performance placed in the public record.

**Cisneros Exhibit MM, Chris Galy, March 20, 2013 Deposition Excerpts**

24.   Intuit seeks to keep the following redacted portions of Exhibit MM under seal: 181:16-17; 182:5-6, 14-15, 17, 20-24; 192:3-5, 10-25; 193:4-9, 15-16; 203:5-10; 206:5-14;

208:20-23.  The redacted portions of Exhibit MM contain confidential deposition testimony from Intuit's Chris Galy regarding Intuit's practices with respect to recruiting strategies and compensation methods pertaining to new hires, specific data inputs, total compensation and specific compensation actions. This is confidential internal Intuit information that pertains to Intuit's compensation and recruiting methods, strategies, practices and data.

**Cisneros Exhibit PP, Mason Stubblefield, March 29, 2013 Deposition Excerpts**

25.     Intuit seeks to keep the following redacted portions of Exhibit PP under seal: 23:18-25; 24:8-11; 24:16-25:1; 26:13-18; 29:19-30:2; 30:9-24; 31:1-5, 7-12, 14-19, 21-23; 32:10-33:2; 34:16-24; 35:3-16; 35:20-36:13; 37:21-38:10; 38:13-25; 39:2-9; 39:11-40:4; 40:24-21:11; 41:15-42:2; 42:11-17, 19-25; 46:25-47:12; 60:5-16; 62:21-63:1; 63:5-8; 63:25-64:14; 64:22-65:3; 65:5-17, 20-22; 66:8-12, 14-20; 68:2-8, 12-17; 68:19-69:5; 69:8-9, 11-13; 69:21-70:2; 70:6-16; 70:24-71:2; 71:13-14, 17-20; 71:24-72:25; 73:17-23; 74:1-8; 81:13-82:11; 82:24-834; 73:8-9; 83:11-84:1; 85:15-86:8; 86:12-15; 89:9-10; 90:8-23; 91:1-2, 12-17; 93:5-13, 15-25; 94:3-4, 9-13; 101:20-22; 102:3, 10-11, 18, 22-23; 103:19-104:6; 104:10-11, 14-15; 104:17-105:3; 107:6-7, 10-13, 16-17; 107:25-108:10; 108:15-16, 19-24; 109:6-16, 24-25; 110:5-6, 8-11; 115:8, 10, 12-15; 115:24-116:2; 116:7-8, 10-11; 117:14-18; 118:1-4, 20-21; 118:23-119:11; 119:16-17; 120:2-10, 12-18, 20-24; 121:6-10, 15-20, 22-25; 123:13-24; 124:2-10; 124:23-125:6; 125:9-25; 127:2-15; 127:18-128:3; 128:9-10, 13-20; 129:1-5; 130:12-20; 133:8-9, 13-5; 134:5-20; 134:23-135:1; 135:7-25; 136:11-13; 136:17-137:3; 139:10-11, 16-17; 139:20-140:2; 140:7-9, 11-21; 141:5-7, 15; and 141:19-142:1.  The redacted portions of Exhibit PP contain confidential deposition testimony from Intuit's Mason Stubblefield regarding Intuit's practices with respect to compensation methods pertaining to new hires, specific data inputs, market data, total compensation, compensation systems and tools, and specific compensation actions, philosophies and decisions. This is confidential internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and data.

**Cisneros Exhibit QQ, Sherry Whiteley, March 14, 2013 Deposition Excerpts**

26.     Intuit seeks to keep the following redacted portions of Exhibit QQ under seal: 28:10-11, 13-17, 19-20; 28:24-29:2; 29:21-23; 31:12-19; 31:23-32:4; 32:7-8, 10-11; 32:15-33:7;

33:10-34:3; 34:6-10, 12-19; 35:12-16; 35:20-36:2; 36:20-21; 36:24-37:3; 37:4; 37:6-38:2; 38:6-9, 11, 14-23; 99:4-7; 102:5-8, 11-14; 104:4-7, 9-13; 110:21-111:6, 111:8-12, 14-17, 19-20; 111:25-112:5; 112:14-22; 113:11, 13-15, 17; 119:7-11, 14, 16; 120:12-19; 121:1-2, 4, 6-21; 121:23-122:9; 122:24-5; 123:7-16; 149:14-22; 150:1-3, 6-20; 151:7-8; 154:1-3, 6-8; and 155:1-3, 7-15.  The redacted portions of Exhibit QQ contain confidential deposition testimony from Intuit's Sherry Whiteley regarding Intuit's practices with respect to recruiting and compensation methods pertaining to new hires, employee reviews and performance ratings, budgets, bonus compensation, equity, employee retention strategies, specific data inputs, market data and specific compensation actions, philosophies and decisions. This is confidential internal Intuit information that pertains to Intuit's recruiting and compensation methods, strategies, practices and data.

**DOCUMENTS**

**Cisneros Exhibit 912, INTUIT_040817**

27.     Intuit seeks to keep redacted portions of Cisneros Exhibit 912 under seal, which the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 912 contains confidential information about Intuit's determinations and distribution decision making with respect to salaries, stock options, performance incentive plans, merit increases and other compensation information. This is confidential internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and data.

**Cisneros Exhibit 914, INTUIT_001614**

28.     Intuit seeks to keep redacted portions of Cisneros Exhibit 914 under seal, which the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 914 contains confidential information about Intuit's philosophies and practices with respect to total compensation and employee engagement. This is confidential internal Intuit information that pertains to Intuit's compensation methods, strategies, practices and data.

**Cisneros Exhibit 1107, INTUIT_007865**

29.     Intuit seeks to keep redacted portions of Cisneros Exhibit 1107 under seal, which the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 1107 contains confidential information related to Intuit's determination of business manager requirements and needs for new

candidates. This is confidential internal Intuit information that pertains to Intuit's recruiting
methods, strategies, practices and data.

**Cisneros Exhibit 1760, INTUIT_052803**

30.    Intuit seeks to keep redacted portions of Cisneros Exhibit 1760 under seal, which
the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 1760 contains confidential
information about Intuit's philosophies, practices and decision making with respect to employee
compensation. This is confidential internal Intuit information that pertains to Intuit's
compensation methods, strategies, practices and data.

**Cisneros Exhibit 1761, INTUIT_049796**

31.    Intuit seeks to keep redacted portions of Cisneros Exhibit 1761 under seal, which
the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 1761 contains confidential
information about Intuit's philosophies and practices with respect to total compensation,
employee engagement, and career progression. This is confidential internal Intuit information that
pertains to Intuit's compensation methods, strategies, practices and data.

**Cisneros Exhibit 2135, INTUIT_034255**

32.    Intuit seeks to keep redacted portions of Cisneros Exhibit 2135 under seal, which
the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 2135 contains confidential
information about Intuit's strategies, processes, and performance with respect to candidate
generation and recruiting. This is confidential Intuit and employee data that pertains to Intuit's
recruiting strategies, methodologies, and practices.

**Cisneros Exhibit 2140, INTUIT_039756**

33.    Intuit seeks to keep redacted portions of Cisneros Exhibit 2140 under seal, which
the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 2140 contains confidential
information about Intuit's guidelines for new hire equity grants.  This is confidential Intuit and
employee information that contains both Intuit's recruiting and compensation strategies and
employee compensation information.

Tonelli Declaration ISO Defs.'
Joint Renewed Motion to Seal
CASE NO. 11-CV-2509 LHK

**Cisneros Exhibit 2142, INTUIT_039793**

34.     Intuit seeks to keep redacted portions of Cisneros Exhibit 2142 under seal, which the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 2142 contains confidential information from Intuit recruiters regarding strategies, knowledge, and performance information with respect to Intuit's candidate generation and recruiting efforts.  This is confidential Intuit data that pertains to Intuit's recruiting strategies, methodologies, and practices.

**Cisneros Exhibit 2362, INTUIT_056426**

35.     Intuit seeks to keep redacted portions of Cisneros Exhibit 2362 under seal.  Exhibit 2362 contains confidential information regarding an agreement between Google and Intuit.  As explained in the 2/21/14 Geering Decl. (Dkt. No. 676), such agreements reflect highly confidential and competitively sensitive information.

**Cisneros Exhibit 2364, INTUIT_056624**

36.     Intuit seeks to keep redacted portions of Cisneros Exhibit 2364 under seal.  Exhibit 2364 contains confidential information regarding an agreement between Google and Intuit.  As explained in the 2/21/14 Geering Decl. (Dkt. No. 676), such agreements reflect highly confidential and competitively sensitive information.

**Cisneros Exhibit 2366, INTUIT_056620**

37.     Intuit seeks to keep redacted portions of Cisneros Exhibit 2366 under seal.  Exhibit 2366 contains confidential information regarding an agreement between Google and Intuit.  As explained in the 2/21/14 Geering Decl. (Dkt. No. 676), such agreements reflect highly confidential and competitively sensitive information.

**Cisneros Exhibit 2738, INTUIT_043557**

38.     Intuit seeks to keep redacted portions of Cisneros Exhibit 2738 under seal, which the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 2738 contains confidential information regarding Intuit's compensation and stock grant decision-making. This is confidential internal Intuit and employee information that pertains to Intuit's compensation methods, strategies, practices and data.

1    **Cisneros Exhibit 2739, INTUIT_043560**

2         39.    Intuit seeks to keep redacted portions of Cisneros Exhibit 2739 under seal, which

3    the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 2739 contains confidential

4    information regarding Intuit's compensation practices, including salary and employee stock grant

5    decision-making, employee performance review process, and retention and recruiting guidelines.

6    The document also contains information on Intuit's collection and management of internal and

7    external compensation information. This is confidential internal Intuit and employee data that

8    pertains to Intuit's compensation, recruiting, and employee management methods, strategies,

9    practices and data.

10    **Cisneros Exhibit 2740, INTUIT _052841**

11         40.    Intuit seeks to keep redacted portions of Cisneros Exhibit 2740 under seal, which

12    the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 2740 contains confidential

13    information regarding Intuit's employee performance review process and compensation practices,

14    including salary and employee stock grant decision-making. The document also contains

15    information on Intuit's collection and management of internal and external compensation

16    information. This is confidential internal Intuit and employee data that pertains to Intuit's

17    compensation and employee management methods, strategies, practices and data.

18    **Cisneros Exhibit 2743, INTUIT_041933**

19         41.    Intuit seeks to keep redacted portions of Cisneros Exhibit 2743 under seal, which

20    the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 2743 contains confidential

21    information about an Intuit job profile and related compensation and equity determinations. This

22    is confidential internal Intuit information that pertains to Intuit's compensation and employee

23    management methods, strategies, practices and data.

24    **Cisneros Exhibit 2744, INTUIT 052826**

25         42.    Intuit seeks to keep redacted portions of Cisneros Exhibit 2744 under seal, which

26    the Court sealed in its March 14, 2013 Order (ECF No. 730).  Exhibit 2744 contains confidential

27    information about compensation and stock grant decision-making at Intuit. This is confidential

28    internal Intuit and employee data that pertains to Intuit's compensation methods, strategies,

1    practices and data.

2              **Harvey Exhibit 132, GOOG-HIGH-TECH-00625475**

3         43.    Intuit seeks to keep redacted portions of Harvey Exhibit 132 under seal.  Exhibit

4    132 contains confidential information regarding an agreement between Google and Intuit.  As

5    explained in the 2/21/14 Geering Decl. (Dkt. No. 676), such agreements reflect highly

6    confidential and competitively sensitive information.

7              **Harvey Exhibit 133, GOOG-HIGH-TECH-00625480**

8         44.    Intuit seeks to keep redacted portions of Harvey Exhibit 133 under seal.  Exhibit

9    133 contains confidential information regarding an agreement between Google and Intuit.  As

10   explained in the 2/21/14 Geering Decl. (Dkt. No. 676), such agreements reflect highly

11   confidential and competitively sensitive information.

12             **Harvey Exhibit 157, INTUIT_001661**

13        45.    Intuit seeks to keep redacted portions of Harvey Exhibit 157 under seal.  Exhibit

14   157 contains confidential information about Intuit job profiles and responsibilities. This is

15   confidential internal Intuit information that pertains to Intuit's job structure and employee

16   management methods, strategies, practices and data.

17             **Harvey Exhibit 159, INTUIT_003008**

18        46.    Intuit seeks to keep redacted portions of Harvey Exhibit 159 under seal.  Exhibit

19   159 contains confidential personal information about a third-party job candidate that the

20   candidate has not sought to place in the public record.

21        47.    I declare under penalty of perjury under the laws of the United States that the

22   foregoing is true and correct.  Executed on this 10th day of April, 2014 in San Francisco,

23   California.

24                                          /S/ Roberta D. Tonelli

25                                          Roberta D. Tonelli

26

27

28

Tonelli Declaration ISO Defs.'
Joint Renewed Motion to Seal
CASE NO. 11-CV-2509 LHK