# Exhibit 59

Declaration of Dean M. Harvey in Support of Plaintiffs'
Opposition Briefs, February 7, 2014,
(Dkt. 607)

(Public - redacted under seal portions)

231APPLE007258



# FY07 U.S. Base Pay Salary Structures



Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE007258



Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE007259