# Exhibit 60

Declaration of Dean M. Harvey in Support of Plaintiffs'
Opposition Briefs, February 7, 2014,
(Dkt. 607)

(Public - redacted under seal portions)

231APPLE008537



## Base Salary Structures



Apple Need to Know Confidential
July 2007

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                             231APPLE008537



Apple Need to Know Confidential
July 2007

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                                                                    231APPLE008538