# Exhibit 61

Declaration of Dean M. Harvey in Support of Plaintiffs'

Opposition Briefs, February 7, 2014,

(Dkt. 607)

(Public - redacted under seal portions)

231APPLE008912



# Base Salary Structures



Apple Need to Know Confidential
Effective July 15, 2008

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                       231APPLE008912



Apple Need to Know Confidential
Effective July 15, 2008

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                                                         231APPLE008913