# Exhibit 62

Declaration of Dean M. Harvey in Support of Plaintiffs'

Opposition Briefs, February 7, 2014,

(Dkt. 607)

(Public - redacted under seal portions)

231APPLE011618

# Base Pay Salary Structures
## Compensation Framework FY06



Apple Confidential
Summer 2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE011618



Apple Confidential
Summer 2005

CONFIDENTIAL - ATTORNEYS' EYES ONLY