# Exhibit 67

Declaration of Dean M. Harvey in Support of Plaintiffs'

Opposition Briefs, February 7, 2014,

(Dkt. 607)

(Public - redacted under seal portions)

231APPLE105340



# Base Salary Structures



Apple Need to Know Confidential
Effective August 17, 2009

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          231APPLE105340



Apple Need to Know Confidential
Effective August 17, 2009

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE105341