# EXHIBIT 1609 TO CISNEROS DECLARATION REDACTED VERSION

# Produced in Native



CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00475237

1609.1

Confidential – Please
do not distribute



# Salary Planning 2007
# Presentation to Engineering Directors

29 October 2007

Authors: Frank Wagner, Tiffany Wu



## Agenda

- Google's compensation philosophy & background
- Improvements vs. last salary planning cycle
  - Design
  - Process & tools
- Salary planning approach
  - ███████████████
  - ████████████████
  - ████████████████
  - ███████████████
- Appendix: Business rules for 2007 Salary Planning cycle
- Q&A



Confidential – Please do not distribute

2

Google's compensation philosophy

**Google strives to pay Googlers in ways that support three main objectives:**

1. Attract and retain the world's best talent

2. Support Google's culture of innovation and performance

3. Align employee interests with shareholder interests in company success


Compensation

3

Confidential – Please do not distribute

# Total reward value proposition

## *Google designs competitive total reward packages – extrinsic/intrinsic*

| | REWARD ELEMENT | OBJECTIVE |
|---|---|---|
| TOTAL REWARD | WORK CONTENT, ENVIRONMENT & CULTURE | Build one of the most intelligent, highly motivated groups of employees in the world and foster a flat, collaborative work environment. Provide ongoing exposure to interesting and challenging work |
| TOTAL REMUNERATION | BENEFITS | Be a market leader in indirect awards in a way that adds meaningful value to employees' personal and professional lives |
| TOTAL DIRECT PAY | EQUITY | Provide all employees with an ownership stake in the company's future performance, AND "meaningful" future value at grant |
| TOTAL CASH | BONUS | Above-market highly leveraged short-term cash incentives that reward individual contributions rather than tenure or roles |
| | BASE | Competitive base salaries |

Google™
Compensation

4

Confidential – Please do not distribute

16045

## What's our history and where are we today?



Confidential – Please do not distribute

Google
Compensation

5

## The application of our compensation philosophy

- Base pay

  - Goal: align salaries and performance

  - Provide competitive, performance-oriented pay

    - 

    - 

    - 

- Total direct compensation (base + bonus + equity)

  - 

  - 

Google™
Compensation

6

Confidential – Please do not distribute

# Improvements vs. last salary planning cycle

| | | |
|---|---|---|
| #1 | Buy-in on design principles | Reviewed base salary program design and business rules with Eng Steering Committee and VPs/SVPs, including comparison of outcomes using old algorithm vs. new algorithm |
| #2 | Clarity on how we set base pay rates | Benchmarked jobs to target ▮▮▮▮▮ percentile base salaries for by comparing salary surveys from every geography; our salary survey data comes from a peer group of companies that closely matches the type of companies with which we compete for talent |
| #3 | Transparency of salary adjustment algorithm | Merit and promotional matrices that drive the modeled amounts available to all planners and managers at gComp help website |
| #4 | Transparency of individual employee data | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| #5 | Treating "corner cases" fairly and consistently | ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ |
| #6 | Data quality | Better processes – including GHR data freezes, procedure for managing transfers and data audits prior to launch – to ensure inputs used to drive modeled individual increases are accurate; automated process for syncing data between GHR, PERF and gComp |
| #7 | Salary planning application | New, internally developed tool, with feature improvements over vendor tool from last cycle:<br>Notes functionality and audit trail functionality<br>Supports Firefox 1.5+ on Mac, Linux, and Windows and Mac OS<br>Loaded on Google production servers and tested internationally<br>Intuitive, easy-to-use currency conversion interface<br>Planners are able to recommend changes for employees marked for "zero" increases |
| #8 | Access to salary planning application | For the first time ever, managers across Google will be given read-only access to view their direct reports' data and add a supporting note |

Google
Compensation

7

Confidential – Please do not distribute

## How we determine market reference points



Google
Compensation

8

Confidential – Please do not distribute

## Merit increase matrix: overview of philosophy and design principles



Compensation

Confidential – Please do not distribute

9

## Promotion increase matrix: overview of philosophy and design principles



Confidential – Please do not distribute

10



## Budget & Planner Discretion

Confidential – Please do not distribute

Google
Compensation

11

## Appendix: Business rules for 2007 Salary Planning cycle

- 
- 
- 
- 

Google
Compensation

Confidential – Please do not distribute

12

# Questions & Answers

Google™
Compensation

13

Confidential – Please do not distribute

1609.14

Thank You!



Confidential – Please do not distribute

Google™ Compensation

14

1609.15