# APPENDICES TO THE EXPERT REPORT OF DR. ELIZABETH BECKER
# REDACTED VERSION
# (Part 1 of 2)

Highly Confidential

Appendix A1
**Google - Base Salary by Grade**
**Technical, Creative, and R&D Class**
**2004**



Base Salary ($)

Grade Level

| | Base Salary - between the 5th and 95th percentiles | | Base Salary - below 5th and above 95th percentiles |
|---|---|---|---|
| | Guideline Base Salary Range | | New Hire's Base Salary |

Notes:    Mean base salary in each grade is shown in white.
          Number of employees in each year is shown on top of each box.
Source:   Dr. Leamer's backup and Dr. Hallock's backup.

**Appendix A2**
**Number of Employees and New Hires by Defendant and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| | Number of Employees | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Defendant** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| ADOBE | 1,582 | 1,441 | 1,450 | 1,579 | 2,205 | 2,218 | 2,277 | 2,400 | 2,552 | 2,489 | 2,639 |
| APPLE | 2,670 | 2,866 | 2,954 | 2,942 | 3,358 | 3,677 | 4,248 | 4,950 | 5,589 | 6,663 | 7,582 |
| GOOGLE | 101 | 207 | 509 | 1,026 | 2,258 | 3,776 | 5,289 | 6,387 | 6,824 | 8,693 | 11,139 |
| INTEL | 28,143 | 26,911 | 26,209 | 25,698 | 30,230 | 28,856 | 27,583 | 27,167 | 27,017 | 27,741 | 30,411 |
| INTUIT | 1,554 | 1,973 | 1,904 | 1,826 | 1,809 | 1,859 | 2,233 | 2,317 | 2,208 | 2,278 | 2,429 |
| LUCASFILM | 57 | 65 | 72 | 80 | 134 | 274 | 335 | 320 | 348 | 338 | 320 |
| PIXAR | 372 | 411 | 413 | 435 | 476 | 548 | 564 | 661 | 700 | 746 | 765 |
| **Total** | **34,479** | **33,874** | **33,511** | **33,586** | **40,470** | **41,208** | **42,529** | **44,202** | **45,238** | **48,948** | **55,285** |

| | Number of New Hires | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Defendant** | **2001** | **2002** | **2003** | **2004** | **2005** | **2006** | **2007** | **2008** | **2009** | **2010** | **2011** |
| ADOBE | 214 | 120 | 131 | 215 | 724 | 331 | 311 | 258 | 382 | 297 | 348 |
| APPLE | 542 | 354 | 302 | 339 | 643 | 589 | 752 | 859 | 819 | 1,331 | 1,508 |
| GOOGLE | 44 | 109 | 294 | 537 | 1,263 | 1,550 | 1,717 | 1,387 | 653 | 2,138 | 2,788 |
| INTEL | 3,151 | 974 | 841 | 1,831 | 4,561 | 1,675 | 1,192 | 1,935 | 766 | 1,731 | 3,435 |
| INTUIT | 299 | 397 | 245 | 263 | 360 | 373 | 652 | 373 | 234 | 293 | 329 |
| LUCASFILM | 18 | 6 | 7 | 9 | 36 | 127 | 81 | 50 | 43 | 57 | 23 |
| PIXAR | 103 | 71 | 45 | 45 | 62 | 97 | 48 | 134 | 84 | 83 | 81 |
| **Total** | **4,371** | **2,031** | **1,865** | **3,239** | **7,649** | **4,742** | **4,753** | **4,996** | **2,981** | **5,930** | **8,512** |

Notes:  The following employees are dropped: interns, part-time employees, senior executives, retail employees,
non-U.S. employees, and hourly employees.

235 Intel's employees with home country other than the U.S. in 2009 are dropped.

New hires are defined as employees who have their first observed record within 12 months after their current hire date.
Employees with first observed records on January 2001 need to have been hired in that month in order to be counted as
a new hires.

Source:  Dr. Leamer's backup.

**Appendix A3**
**Intel - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Note:  235 employees with home country other than the U S  in 2009 are dropped

Source:  Dr  Leamer's backup

Highly Confidential

Appendix A4
Intel ███████ Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011



Notes:  235 employees with home country other than the U.S. in 2009 are dropped.
Mean base salary in each grade is shown in white.
Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.

Highly Confidential

### Appendix A4
### Intel ████ Base Salary Over Time
### Technical, Creative, and R&D Class
### 2001 - 2011





Base Salary - between the 5th and 95th percentiles     Base Salary - below 5th and above 95th percentiles     • New Hire's Base Salary

Notes:  235 employees with home country other than the U.S. in 2009 are dropped.
Mean base salary in each grade is shown in white.
Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix A4
Intel ██████ - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011



Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
         Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.

Highly Confidential



Appendix A4
Intel ▮▮▮▮ - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011

Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
         Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.



**Appendix A4**

**Intel ▮▮▮ - Base Salary Over Time**

**Technical, Creative, and R&D Class**

**2001 - 2011**

Base Salary ($)

Base Salary - between the 5th and 95th percentiles    Base Salary - below 5th and above 95th percentiles    • New Hire's Base Salary

Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
Mean base salary in each grade is shown in white.
Number of employees in each year is shown on top of each box.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix A4**
**Intel ▓▓▓ – Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes:   235 employees with home country other than the U.S. in 2009 are dropped.
         Mean base salary in each grade is shown in white.
         Number of employees in each year is shown on top of each box.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A4**
**Intel ▉▉▉ - Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Base Salary ($)

| | Base Salary - between the 5th and 95th percentiles | | Base Salary - below 5th and above 95th percentiles | | • | New Hire's Base Salary |

Notes: 235 employees with home country other than the U.S. in 2009 are dropped.
       Mean base salary in each grade is shown in white.
       Number of employees in each year is shown on top of each box.
Source: Dr. Leamer's backup.

**Appendix A5**
**Apple - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source:   Dr  Leamer's backup

Highly Confidential

Appendix A6
▮▮▮▮ - Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011





Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.



Appendix A6
████████ - Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011

Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix A6
▇▇▇▇ - Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011



Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential



Appendix A6
■■■■■ - Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011

Highly Confidential

Appendix A6
- Base Salary Over Time
Technical, Creative, and R&D Class
2005 - 2011



Notes: Number of employees in each year is shown on top of each box.
Mean base salary in each grade is shown in white.
Source: Dr. Leamer's backup.

**Appendix A7**
**Select Adobe Job Code Years With Multipe Salary Ranges**
**Technical, Creative, and R&D Class**

| Job Code | Job Title | Year | Minimum | Middle | Maximum |
|---|---|---|---|---|---|



Source: Dr. Leamer's backup.

## Appendix A8
## Adobe - Number of Employees by Job Code and Year
## Technical, Creative, and R&D Class
## 2001 - 2011

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



## Appendix A8
## Adobe - Number of Employees by Job Code and Year
## Technical, Creative, and R&D Class
## 2001 - 2011

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|------|------|------|------|------|



Highly Confidential

# Appendix A8
## Adobe - Number of Employees by Job Code and Year
## Technical, Creative, and R&D Class
## 2001 - 2011

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|------|------|------|------|------|



Highly Confidential

**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|----------|------|------|------|------|------|------|------|------|------|------|------|



**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



**Appendix A8**
**Adobe - Number of Employees by Job Code and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**

| Job Code | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|



Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Number of Employees in Job Code

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



**Number of Employees in Job Code**

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



**Number of Employees in Job Code**

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Number of Employees in Job Code

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Count of Adobe Job Codes

Number of Employees in Job Code

Source: Dr. Leamer's backup.

**Appendix A9**
**Count of Adobe Job Codes**
**By Number of Employees in Job Code**
**Technical, Creative, and R&D Class**



Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A10**

**Adobe ███████ - Base Salary Over Time**

**Technical, Creative, and R&D Class**

**2001 - 2011**



Base Salary ($)

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011



■ Base Salary - between the 5th and 95th percentiles   ▢ Base Salary - below 5th and above 95th percentiles   • New Hire's Base Salary

Notes:  Number of employees in each year is shown on top of each box.
Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A10**
**Adobe █████████ Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes:  Number of employees in each year is shown on top of each box.
        Mean base salary in each grade is shown in white.
Source: Dr. Leamer's backup.

**Appendix A10**

**Adobe ▮▮▮▮▮ - Base Salary Over Time**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes: Number of employees in each year is shown on top of each box.
Mean base salary in each grade is shown in white.
Source: Dr. Leamer's backup.

Highly Confidential

Adobe ████ - Base Salary Over Time
Appendix A10
Technical, Creative, and R&D Class
2001 - 2011



Notes:  Number of employees in each year is shown on top of each box.
Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Appendix A-11
Adobe ████████ - Base Salary Over Time
Technical, Creative, and R&D Class
2001 - 2011



Notes:   Number of employees in each year is shown on top of each box.
         Mean base salary in each grade is shown in white.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix A12

## Adobe, Apple, Intel - Weighted Average Base Salary of Selected Grades
### Technical, Creative and R&D Class
### 2001 - 2011



Notes:   Number of employees in each year is shown in black.
         Average base salary is calculated by year and includes Intel employees in grades 5 to 11, Adobe employees in job codes 3001078, 3001498, 3001077, 3001079 and
         Apple employees in grades 1080, 1082, 1084, 1086, and 1088.
         The average growth rate of the average base salary is 4.5% during the alleged conduct period, and 3.5% outside of the alleged conduct period.
         Alternatively, the average growth rate of the average base salary is 3.0% during the alleged conduct period, and 2.3% outside of the alleged conduct period
         when growth is first calculated by grade and then averaged across the year.
Source:  Dr. Leamer's backup.

**Appendix A13**
**Google - Number of Employees by Grade Level and Year**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source:   Dr. Leamer's backup.

Highly Confidential

Appendix A14
Number of Employees by Job Title Over Time
Technical, Creative, and R&D Class



Number of Employees

2001   2002   2003   2004   2005   2006   2007   2008   2009   2010

- ENTERPRISE_TECH_SOLUTIONS_ENGINEER_I_SPEC
- MEMBER_OF_TECH_STAFF_ENGINEERING
- RESEARCH_ENGINEER_I
- SOFTWARE_ENGINEER_I
- SOFTWARE_TEST_ENGINEER
- TECH_SOLUTIONS_ENGINEER_I
- WEB_APPLICATIONS_ENGINEER

Source:  Dr. Leamer's backup.

Highly Confidential

Appendix A14

Google — Number of Employees Billed in Each Job Title
Technical, Creative, and R&D Class
2001 - 2011



Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A14**

Google ▆▆▆▆▆▆▆ — Number of Employees Billing Time to Litigation Code
Technical, Creative, and R&D Class
2001 - 2011



Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A14**

Google - Number of Employees by Job Title (2/4/14)
Technical, Creative, and R&D Class
2001 - 2011



| | | |
|---|---|---|
| BUSINESS_PRODUCT_MGR | ECONOMIST_II | ENGINEERING_MGR_I |
| ENTERPRISE_SR_APPLICATIONS_ENGINEER | ENTERPRISE_SR_TECH_SOLUTIONS_ENGINEER_SPEC | MGR_I_ENTERPRISE_TECH_SOLUTIONS_ENGINEER_SPEC |
| MGR_I_SWE_SRE | MGR_SOFTWARE_ENGINEERING_I | MTS_SR_APPLICATIONS_ENGINEER |
| MTS_SR_HARDWARE_ENGINEER | MTS_SR_RESEARCH_SCIENTIST | MTS_SR_SOFTWARE_ENGINEER |
| MTS_SR_SOFTWARE_ENGINEER_IN_TEST | MTS_SR_SWE_SRE | PRODUCT_MGR |
| PSO_SR_TECH_SOLUTIONS_ENGINEER | SR_HARDWARE_ENGINEER | SR_INDUSTRIAL_ENGINEER |
| SR_PROJECT_ENGINEER | SR_RESEARCH_SCIENTIST | SR_SOFTWARE_ENGINEER |
| SR_SOFTWARE_ENGINEER_IN_TEST | SR_SOFTWARE_ENGINEER_PARTNER_SOLUTIONS | SR_SWE_SRE |
| YET_TO_ASSIGN_T5_LEVEL | | |

Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A14**

Google Number of Employees by Job Title per Time
Technical, Creative, and R&D Class
2001 - 2011



2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

| | | |
|---|---|---|
| BUSINESS_PRODUCT_MGR | ENGINEERING_MGR_II | ENTERPRISE_STAFF_TECH_SOLUTIONS_ENGINEER_SPEC |
| MGR_II_ENTERPRISE_APPLICATIONS_ENGINEER | MGR_II_ENTERPRISE_TECH_SOLUTIONS_ENGINEER_SPEC | MGR_II_SOFTWARE_ENGINEERING_PARTNER_SOLUTIONS |
| MGR_II_SWE_SRE | MGR_SOFTWARE_ENGINEERING_II | MTS_STAFF_HARDWARE_ENGINEER |
| MTS_STAFF_RESEARCH_SCIENTIST | MTS_STAFF_SOFTWARE_ENGINEER | MTS_STAFF_SOFTWARE_ENGINEER_IN_TEST |
| MTS_STAFF_SWE_SRE | PRODUCT_MGR | PSO_STAFF_TECH_SOLUTIONS_ENGINEER |
| PSO_TECH_SOLUTIONS_ENGINEERING_MGR_I | STAFF_HARDWARE_ENGINEER | STAFF_INDUSTRIAL_ENGINEER |
| STAFF_RESEARCH_SCIENTIST | STAFF_SOFTWARE_ENGINEER | STAFF_SOFTWARE_ENGINEER_IN_TEST |
| STAFF_SOFTWARE_ENGINEER_PARTNER_SOLUTIONS | STAFF_SWE_SRE | |

Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A14**

Google — Number of Employees by Job Title (Net of Time)

Technical, Creative, and R&D Class

2001 - 2011



Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A14**

Google — Number of Employees by Job Title — Full Time, Technical, Creative, and R&D Class



| | | |
|---|---|---|
| ■ DIR_SOFTWARE_ENGINEERING | ■ DIR_SOFTWARE_ENGINEERING_PARTNER_SOLUTIONS | ■ DIR_SWE_SRE |
| ■ DIR_TECH_OPS | ■ MACHINE_LEARNING_DIR | ■ MTS_PRINCIPAL_SOFTWARE_ENGINEER |
| ■ PRINCIPAL_HARDWARE_ENGINEER | ■ PRINCIPAL_SCIENTIST | ■ PRINCIPAL_SOFTWARE_ENGINEER |
| ■ RESEARCH_DIR | ■ TECH_DIR | |

Source: Dr. Leamer's backup.

Highly Confidential

Appendix A14

Google — Number of Employees by Job Title Over Time
Technical, Creative, and R&D Class
2001 - 2011



Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A15**

Google █████████ Number of Employees Billed within Each Title
Technical, Creative, and R&D Class



Source: Dr. Leamer's backup.

Highly Confidential



Appendix A16
Google ██████
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011



Notes:  Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix A16
Google -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011



2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

| Average Base Salary | Average Bonus | Average Equity Grants |

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.



Appendix A16
Google -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001-2011



| | Average Base Salary | | Average Bonus | | Average Equity Grants |

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix A16
Google -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class



Notes:   Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.

Highly Confidential



**Appendix A16**
**Google - ▮▮▮▮**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix A16**

**Google -** ▮▮▮▮

**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

| Average Base Salary | Average Bonus | Average Equity Grants |
|---|---|---|

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix A16
Google -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class



Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Appendix A16
Google - ███████
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



| Average Base Salary | Average Bonus | Average Equity Grants |

Notes:   Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix A17**
**Google - ▮▮▮▮**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



Source: Dr. Leamer's backup.

Highly Confidential

**Appendix A17**
**Google - ▉▉▉▉**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



Source:  Dr. Leamer's backup.

Appendix A17
Google - 
Share of Employees New to the Grade
Technical, Creative, and R&D Class
2002 - 2011



| Employees New to Grade | Employees Previously in Grade |

Source:  Dr. Leamer's backup.

Appendix A17
Google - █████
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



| | Employees New to Grade | | Employees Previously in Grade |

Source:  Dr. Leamer's backup.

**Appendix A17**
**Google - ▮▮▮▮▮▮**
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

 Employees New to Grade     Employees Previously in Grade

Source:  Dr. Leamer's backup.

Appendix A17
Google - ████
Share of Employees New to the Grade
Technical, Creative, and R&D Class
2002 - 2011



| Employees New to Grade | Employees Previously in Grade |

Source: Dr. Leamer's backup.

Highly Confidential

Appendix A17
Google - 
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



Source: Dr. Leamer's backup.

Highly Confidential

Appendix A17
Google - 
**Share of Employees New to the Grade**
**Technical, Creative, and R&D Class**
**2002 - 2011**



| | Employees New to Grade | | Employees Previously in Grade |

Source:  Dr. Leamer's backup.

Appendix A18
Intuit Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001 - 2011



Notes: Excludes over-time and LTI compensation.
Source: Dr. Leamer's backup.

Appendix A19

**Pixar Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Notes: Excludes over-time and LTI compensation.
Source: Dr. Leamer's backup.

Highly Confidential

Appendix A20
Lucasfilm Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2001 - 2011



Notes: Excludes over-time and LTI compensation.
Source: Dr. Leamer's backup.



Highly Confidential

**Appendix B1**
**Adobe, Apple, Intel, and Google**
**Separation Rates Comparison Between Employees with Some and Zero Equity Grants**
**Technical, Creative and R&D Class**



Source:   Dr. Leamer's backup.

**Appendix B2**
**Adobe, Apple, Intel, and Google**
**Retention of Employees with Some and Zero Equity Grants**
**Technical, Creative and R&D Class**
**2001 - 2011**



Note: Stayers are defined as employees at year-end that are also present in the next year-end data for the defendant
      Leavers are defined as employees at year-end that are not present in the next year-end data for the defendant

Source: Dr  Leamer's backup

Highly Confidential



Appendix B3
Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2001



Notes:   Excludes a total of   140 employee(s) with no equity grants.
         Excludes a total of   30 employee(s) with a ratio greater than 2.
         Includes   1,412 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential



Appendix B5
**Adobe -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**



Notes:   Excludes a total of 1,013 employee(s) with no equity grants.
Excludes a total of   12 employee(s) with a ratio greater than 2.
Includes   416 employee(s) in the class.
Source:   Dr. Leamer's backup.

Appendix B5
Adobe -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2003



Notes:   Excludes a total of   680 employee(s) with no equity grants.
         Excludes a total of    6 employee(s) with a ratio greater than 2.
         Includes   764 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**



Notes:    Excludes a total of   810 employee(s) with no equity grants.
              Excludes a total of    4 employee(s) with a ratio greater than 2.
              Includes    765 employee(s) in the class.
Source:   Dr. Leamer's backup.

Appendix B5
**Adobe -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Notes:   Excludes a total of   607 employee(s) with no equity grants.
         Excludes a total of    7 employee(s) with a ratio greater than 2.
         Includes  1,591 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B5**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**



Notes:   Excludes a total of   666 employee(s) with no equity grants.
         Excludes a total of   11 employee(s) with a ratio greater than 2.
         Includes  1,541 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B5**
**Adobe -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Notes:  Excludes a total of  724 employee(s) with no equity grants.
        Excludes a total of  21 employee(s) with a ratio greater than 2.
        Includes  1,532 employee(s) in the class.
Source:  Dr. Leamer's backup.

Appendix B3
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes:  Excludes a total of   713 employee(s) with no equity grants.
        Excludes a total of   15 employee(s) with a ratio greater than 2.
        Includes  1,672 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Notes:   Excludes a total of 1,088 employee(s) with no equity grants.
         Excludes a total of   62 employee(s) with a ratio greater than 2.
         Includes  1,402 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Adobe -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Notes:   Excludes a total of 1,062 employee(s) with no equity grants.
         Excludes a total of   24 employee(s) with a ratio greater than 2.
         Includes  1,403 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B5**
**Adobe - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Notes:  Excludes a total of 1,122 employee(s) with no equity grants.
        Excludes a total of   42 employee(s) with a ratio greater than 2.
        Includes  1,475 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B5**

## Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
### Technical, Creative and R&D Class
### 2001



Notes:   Excludes a total of    23 employee(s) with no equity grants.
         Excludes a total of    2 employee(s) with a ratio greater than 4.
         Includes  2,645 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**



Notes:  Excludes a total of 2,559 employee(s) with no equity grants.
        Excludes a total of   1  employee(s) with a ratio greater than 4.
        Includes   306 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B5**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**



Notes:   Excludes a total of 1,435 employee(s) with no equity grants.
            Excludes a total of   0 employee(s) with a ratio greater than 4.
            Includes  1,519 employee(s) in the class.
Source:   Dr. Leamer's backup.

**Appendix B3**
**Apple -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**



Notes:  Excludes a total of 2,002 employee(s) with no equity grants.
        Excludes a total of   1 employee(s) with a ratio greater than 4.
        Includes   939 employee(s) in the class.
Source:  Dr. Leamer's backup.



**Appendix B5**
**Apple -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Notes:   Excludes a total of 1,951 employee(s) with no equity grants.
         Excludes a total of   8 employee(s) with a ratio greater than 4.
         Includes  1,399 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B5**
**Apple -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**



Notes:   Excludes a total of 1,988 employee(s) with no equity grants.
         Excludes a total of  13 employee(s) with a ratio greater than 4.
         Includes  1,676 employee(s) in the class.
Source:   Dr. Leamer's backup.

Appendix B3
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Notes:   Excludes a total of 1,797 employee(s) with no equity grants.
            Excludes a total of   39 employee(s) with a ratio greater than 4.
            Includes  2,412 employee(s) in the class.
Source:   Dr. Leamer's backup.



**Appendix B5**
**Apple -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes:   Excludes a total of 1,695 employee(s) with no equity grants.
          Excludes a total of  33 employee(s) with a ratio greater than 4.
          Includes  3,222 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
### Apple -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
### Technical, Creative and R&D Class
### 2009



Notes:   Excludes a total of 1,866 employee(s) with no equity grants.
         Excludes a total of  45 employee(s) with a ratio greater than 4.
         Includes 3,678 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B3**
**Apple - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Notes:  Excludes a total of 1,679 employee(s) with no equity grants.
        Excludes a total of   76 employee(s) with a ratio greater than 4.
        Includes  4,908 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B3**
**Apple -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Notes:   Excludes a total of 1,523 employee(s) with no equity grants.
         Excludes a total of  74 employee(s) with a ratio greater than 4.
         Includes  5,985 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B3**
**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2001**



Notes: Excludes a total of    52 employee(s) with no equity grants.
       Excludes a total of    0 employee(s) with a ratio greater than 4.
       Includes     49 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix B3
**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2002**



Notes:  Excludes a total of  172 employee(s) with no equity grants.
        Excludes a total of  0 employee(s) with a ratio greater than 4.
        Includes  35 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B5

**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  150 employee(s) with no equity grants.
         Excludes a total of   51 employee(s) with a ratio greater than 4.
         Includes   308 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**



Notes:   Excludes a total of  459 employee(s) with no equity grants.
         Excludes a total of   99 employee(s) with a ratio greater than 4.
         Includes   468 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Notes:   Excludes a total of  456 employee(s) with no equity grants.
          Excludes a total of  296 employee(s) with a ratio greater than 4.
          Includes  1,506 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**



Notes:    Excludes a total of   477 employee(s) with no equity grants.
          Excludes a total of    64 employee(s) with a ratio greater than 4.
          Includes 3,235 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3

**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Ratio of Equity Grants Relative to Base Salary

Share of Workforce (%)

Notes:  Excludes a total of  207 employee(s) with no equity grants.
Excludes a total of  198 employee(s) with a ratio greater than 4.
Includes  4,884 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes:   Excludes a total of 1,054 employee(s) with no equity grants.
         Excludes a total of  43 employee(s) with a ratio greater than 4.
         Includes  5,290 employee(s) in the class.
Source:  Dr. Leamer's backup.



Highly Confidential

Appendix B3

**Google - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  131 employee(s) with no equity grants.
         Excludes a total of  396 employee(s) with a ratio greater than 4.
         Includes  6,297 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Notes:   Excludes a total of  776 employee(s) with no equity grants.
         Excludes a total of  356 employee(s) with a ratio greater than 4.
         Includes  7,561 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Google -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Notes:   Excludes a total of 1,523 employee(s) with no equity grants.
         Excludes a total of  142 employee(s) with a ratio greater than 4.
         Includes  9,474 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2001**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of  418 employee(s) with no equity grants.
        Excludes a total of  583 employee(s) with a ratio greater than 2.
        Includes 27,142 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**



Notes:   Excludes a total of   518 employee(s) with no equity grants.
         Excludes a total of  165 employee(s) with a ratio greater than 2.
         Includes 26,228 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential



Appendix B3
Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2003



Notes:   Excludes a total of 2,404 employee(s) with no equity grants.
         Excludes a total of  82 employee(s) with a ratio greater than 2.
         Includes 23,723 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**



Notes:  Excludes a total of 2,248 employee(s) with no equity grants.
        Excludes a total of 174 employee(s) with a ratio greater than 2.
        Includes 23,276 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B3**
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Notes:   Excludes a total of 2,968 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes 27,262 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**



Notes:    Excludes a total of 1,675 employee(s) with no equity grants.
          Excludes a total of   6 employee(s) with a ratio greater than 2.
          Includes 27,175 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Notes:   Excludes a total of 1,821 employee(s) with no equity grants.
         Excludes a total of   3 employee(s) with a ratio greater than 2.
         Includes 25,759 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes: Excludes a total of 1,715 employee(s) with no equity grants.
Excludes a total of   6 employee(s) with a ratio greater than 2.
Includes 25,446 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Intel - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   712 employee(s) with no equity grants.
         Excludes a total of   20 employee(s) with a ratio greater than 2.
         Includes 26,285 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Notes:   Excludes a total of 2,262 employee(s) with no equity grants.
         Excludes a total of   4 employee(s) with a ratio greater than 2.
         Includes 25,475 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B3**
**Intel -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Notes:   Excludes a total of 3,247 employee(s) with no equity grants.
         Excludes a total of   1 employee(s) with a ratio greater than 2.
         Includes 27,163 employee(s) in the class.
Source:  Dr. Leamer's backup.



**Appendix B3**
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2001**

Share of Workforce (%)

0.0   0.1   0.2   0.3   0.4   0.5   0.6   0.7   0.8   0.9   1.0   1.1   1.2   1.3   1.4   1.5   1.6   1.7   1.8   1.9   2.0

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   200 employee(s) with no equity grants.
         Excludes a total of   14 employee(s) with a ratio greater than 2.
         Includes   1,340 employee(s) in the class.
Source:  Dr. Leamer's backup.

Appendix B3

**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2002**



Notes:   Excludes a total of 1,416 employee(s) with no equity grants.
         Excludes a total of   1 employee(s) with a ratio greater than 2.
         Includes   556 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**



Notes:   Excludes a total of   864 employee(s) with no equity grants.
          Excludes a total of     1 employee(s) with a ratio greater than 2.
          Includes  1,039 employee(s) in the class.
Source:  Dr. Leamer's backup.

**Appendix B3**
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**



Notes:   Excludes a total of   756 employee(s) with no equity grants.
         Excludes a total of   1 employee(s) with a ratio greater than 2.
         Includes  1,069 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Intuit -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Notes:   Excludes a total of   614 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes  1,195 employee(s) in the class.
Source:  Dr. Leamer's backup.



Highly Confidential

Appendix B3
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**

Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of   117 employee(s) with no equity grants.
          Excludes a total of    0 employee(s) with a ratio greater than 2.
          Includes  1,742 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B3**
**Intuit -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Notes:   Excludes a total of   414 employee(s) with no equity grants.
          Excludes a total of   0 employee(s) with a ratio greater than 2.
          Includes  1,819 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes:   Excludes a total of   161 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes  2,156 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Intuit -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Notes:   Excludes a total of   120 employee(s) with no equity grants.
Excludes a total of   0 employee(s) with a ratio greater than 2.
Includes  2,088 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Intuit -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Notes:   Excludes a total of   142 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes  2,136 employee(s) in the class.
Source:   Dr. Leamer's backup.

**Appendix B3**
**Intuit - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Notes:   Excludes a total of   203 employee(s) with no equity grants.
         Excludes a total of     0 employee(s) with a ratio greater than 2.
         Includes  2,226 employee(s) in the class.
Source:  Dr. Leamer's backup.



Appendix B3
Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2001

Notes:   Excludes a total of   304 employee(s) with no equity grants.
         Excludes a total of    0 employee(s) with a ratio greater than 2.
         Includes    68 employee(s) in the class.
Source:  Dr. Leamer's backup.

Appendix B3
### Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
### Technical, Creative and R&D Class
### 2002



Notes:   Excludes a total of   334 employee(s) with no equity grants.
             Excludes a total of   25 employee(s) with a ratio greater than 2.
             Includes    52 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**



Notes:   Excludes a total of   355 employee(s) with no equity grants.
         Excludes a total of   51 employee(s) with a ratio greater than 2.
         Includes      7 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2004**



Notes:  Excludes a total of   387 employee(s) with no equity grants.
         Excludes a total of   20 employee(s) with a ratio greater than 2.
         Includes   28 employee(s) in the class.
Source:  Dr. Leamer's backup.



Appendix B3
Pixar - Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2005

Notes:    Excludes a total of   158 employee(s) with no equity grants.
          Excludes a total of   23 employee(s) with a ratio greater than 2.
          Includes   295 employee(s) in the class.
Source:   Dr. Leamer's backup.



Appendix B3
Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2006

Notes:   Excludes a total of   136 employee(s) with no equity grants.
         Excludes a total of   13 employee(s) with a ratio greater than 2.
         Includes   399 employee(s) in the class.
Source:  Dr. Leamer's backup.

Appendix B3
**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
2007



Notes:   Excludes a total of    5 employee(s) with no equity grants.
         Excludes a total of    8 employee(s) with a ratio greater than 2.
         Includes    551 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3

**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes:    Excludes a total of    32 employee(s) with no equity grants.
          Excludes a total of    0 employee(s) with a ratio greater than 2.
          Includes    629 employee(s) in the class.
Source:   Dr. Leamer's backup.



Appendix B3
Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2009

Notes:   Excludes a total of    660 employee(s) with no equity grants.
        Excludes a total of    0 employee(s) with a ratio greater than 2.
        Includes    40 employee(s) in the class.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
2010



Notes:   Excludes a total of  745 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 2.
         Includes   1 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B3
**Pixar -Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Notes: Excludes a total of  764 employee(s) with no equity grants.
Excludes a total of  0 employee(s) with a ratio greater than 2.
Includes  1 employee(s) in the class.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B4
**Share of Workforce Which was Awarded Some Equity Grants**
**Technical, Creative, and R&D Class**
**2001 - 2011**



Source:  Dr. Leamer's backup.



Appendix B5

Intel –

**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



Notes:   Excludes over-time and LTI compensation.
         235 employees with home country other than the U.S. in 2009 are dropped.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix B5
Intel - ▮▮▮▮▮
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



| Average Base Salary | Average Bonus | Average Equity Grants |

Notes:    Excludes over-time and LTI compensation.
          235 employees with home country other than the U.S. in 2009 are dropped.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix B5
Intel - ▮▮▮
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



Notes:   Excludes over-time and LTI compensation.
         235 employees with home country other than the U.S. in 2009 are dropped.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix B5
Intel - █████
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



Notes:   Excludes over-time and LTI compensation.
         235 employees with home country other than the U.S. in 2009 are dropped.
Source:  Dr. Leamer's backup.

Highly Confidential



Appendix B5
Intel - ███████
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



Notes:  Excludes over-time and LTI compensation.
        235 employees with home country other than the U.S. in 2009 are dropped.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B5
Intel -
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

Average Base Salary    Average Bonus    Average Equity Grants

Notes:  Excludes over-time and LTI compensation.
        235 employees with home country other than the U.S. in 2009 are dropped.
Source:  Dr. Leamer's backup.

Highly Confidential



Appendix B5
Intel -
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2001-2011**



| Average Base Salary | Average Bonus | Average Equity Grants |

Notes:    Excludes over-time and LTI compensation.
            235 employees with home country other than the U.S. in 2009 are dropped.
Source:   Dr. Leamer's backup.