# APPENDICES TO THE EXPERT REPORT OF DR. ELIZABETH BECKER
# REDACTED VERSION
# (Part 2 of 2)

Highly Confidential





Notes:  Excludes over-time and LTI compensation.
Source:  Dr. Leamer's backup.

Highly Confidential

Appendix B6
Apple -
Base Salary, Bonus, Equity Grants as Percent of Total Compensation
Technical, Creative, and R&D Class
2005 - 2011



Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential

Appendix B6
Apple - ▮▮▮▮
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2005 - 2011**



Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential

**Appendix B6**
**Apple - ▮▮▮▮▮**
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2005 - 2011**



Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

Highly Confidential



Appendix B6
Apple –
**Base Salary, Bonus, Equity Grants as Percent of Total Compensation**
**Technical, Creative, and R&D Class**
**2005 - 2011**

Notes:   Excludes over-time and LTI compensation.
Source:   Dr. Leamer's backup.

**Appendix B7**
**Intel - Santa Clara, CA Location**
**Digital Enterprise Group Department**
**Job Title Component Design Engineer 8**

**Total Compensation Relative to Performance Rating**
**Technical, Creative and R&D Class**

| Year | Performance Rating | Total Compensation | | | No. of Employees |
| --- | --- | --- | --- | --- | --- |
| | | Minimum | Median | Maximum | |



Note:  Key talent is defined as employees with total compensation greater than $150,000
and more than 15% in equity grants.

Source:  Dr. Leamer's backup.

**Appendix B8**
**Intel - Santa Clara, CA Location**
**Digital Enterprise Group Department**
**Job Title Component Design Engineer 8**

**Equity Grants Relative to Performance Rating**
**Technical, Creative and R&D Class**

| Year | Performance Rating | Equity Grants | | | No. of Employees |
|------|-------------------|---------------|--------|---------|------------------|
| | | Minimum | Median | Maximum | |



Note: Key talent is defined as employees with total compensation greater than $150,000 and more than 15% in equity grants.

Source: Dr. Leamer's backup.

Appendix C?
Average Equity Grants by Defendant and Year
Technical, Creative, and R&D Class
2001 - 2011



Source:  Dr. Leamer's backup.

Appendix C2
**Adobe - San Jose Location**
**ETG, Core Technology Department**
Job Title
**Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers**
**Technical, Creative and R&D Class**
**2001-2011**



Notes:   Uniquely rewarded members are defined as employees with total compensation greater than $120,000
          and more than 15% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential



Appendix C2
Apple - Santa Clara Valley Location

Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers
Technical, Creative and R&D Class
2005-2011



Notes:   Uniquely rewarded members are defined as employees in ICT grade level with total compensation greater than $200,000
and more than 40% earned in equity grants.
Source: Dr. Leamer's backup.

Appendix C2
Google - Mountain View Location

**Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers**
**Technical, Creative and R&D Class**
**2002-2011**



Notes: Uniquely rewarded members are defined as employees with total compensation greater than $200,000
and more than 60% earned in equity grants.
Source: Dr. Leamer's backup.



Appendix C2
Intel - Santa Clara Location

Equity Grants Over Time for Uniquely Rewarded Class Members and Their Peers
Technical, Creative and R&D Class
2005-2011



Notes:  Uniquely rewarded members are defined as employees with total compensation greater than $150,000
and more than 15% earned in equity grants.
Source: Dr. Leamer's backup.

Highly Confidential



Appendix C5
Google - Mountain View Location -
Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2002



Notes:  Excludes a total of    3 employee(s) with no equity grants.
        Excludes a total of    0 employee(s) with a ratio greater than 4.
        Includes    0 employee(s) in the class.
Source: Dr. Leamer's backup.



Appendix C3
**Google - Mountain View Location -** ▮▮▮▮▮
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2003**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of    7 employee(s) with no equity grants.
         Excludes a total of    5 employee(s) with a ratio greater than 4.
         Includes   10 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix C9
Google - Mountain View Location -
Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2004



Notes:   Excludes a total of    25 employee(s) with no equity grants.
         Excludes a total of     2 employee(s) with a ratio greater than 4.
         Includes    1 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix C5
Google - Mountain View Location - ███████
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
Technical, Creative and R&D Class
2005



Notes:   Excludes a total of   38 employee(s) with no equity grants.
Excludes a total of   7 employee(s) with a ratio greater than 4.
Includes   29 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

**Appendix C5**
**Google - Mountain View Location - ▮▮▮▮▮▮▮▮**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**



Notes:   Excludes a total of   14 employee(s) with no equity grants.
         Excludes a total of    2 employee(s) with a ratio greater than 4.
         Includes   91 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

**Appendix C5**
**Google - Mountain View Location -** ███████
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



Notes:   Excludes a total of    4 employee(s) with no equity grants.
         Excludes a total of   34 employee(s) with a ratio greater than 4.
         Includes   156 employee(s) in the class.
Source: Dr. Leamer's backup.

**Appendix C5**
**Google - Mountain View Location -** ▉▉▉▉▉▉▉▉▉
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes:  Excludes a total of    29 employee(s) with no equity grants.
        Excludes a total of     0 employee(s) with a ratio greater than 4.
        Includes   222 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



**Appendix C5**
**Google - Mountain View Location -** █████
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Notes:   Excludes a total of    2 employee(s) with no equity grants.
         Excludes a total of  101 employee(s) with a ratio greater than 4.
         Includes   240 employee(s) in the class.
Source: Dr. Leamer's backup.



**Appendix C5**
**Google - Mountain View Location ▬**
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Notes:   Excludes a total of   20 employee(s) with no equity grants.
         Excludes a total of   63 employee(s) with a ratio greater than 4.
         Includes  353 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

**Appendix C5**
**Google - Mountain View Location -** ████████████
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Notes:   Excludes a total of   27 employee(s) with no equity grants.
         Excludes a total of   13 employee(s) with a ratio greater than 4.
         Includes   528 employee(s) in the class.
Source: Dr. Leamer's backup.



Appendix C-

Apple -

**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Notes:   Excludes a total of 1,198 employee(s) with no equity grants.
        Excludes a total of    0 employee(s) with a ratio greater than 4.
        Includes  805 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix C5

**Apple -** ███████████
**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,383 employee(s) with no equity grants.
         Excludes a total of    0 employee(s) with a ratio greater than 4.
         Includes    953 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

**Appendix C-3**

Apple -
Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class



Notes:   Excludes a total of 1,271 employee(s) with no equity grants.
         Excludes a total of   0 employee(s) with a ratio greater than 4.
         Includes 1,473 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

Appendix C3

Apple -

**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes:  Excludes a total of 1,239 employee(s) with no equity grants.
Excludes a total of   9 employee(s) with a ratio greater than 4.
Includes 1,951 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

Appendix C-9
Apple -
Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
Technical, Creative and R&D Class
2009



Notes:  Excludes a total of 1,392 employee(s) with no equity grants.
        Excludes a total of   8 employee(s) with a ratio greater than 4.
        Includes 2,350 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix C+

**Apple -**

**Individual Employees' Ratio of Equity Grants Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2010**



Notes:  Excludes a total of 1,288 employee(s) with no equity grants.
        Excludes a total of    5 employee(s) with a ratio greater than 4.
        Includes 3,244 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix C-9

Apple - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
## Individual Employees' Ratio of Equity Grants Relative to Their Base Salary
### Technical, Creative and R&D Class
#### 2011



Share of Workforce (%)

Ratio of Equity Grants Relative to Base Salary

Notes:   Excludes a total of 1,134 employee(s) with no equity grants.
         Excludes a total of    4 employee(s) with a ratio greater than 4.
         Includes 3,988 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential



Apple - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Appendix C-4

**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2005**



Notes:   Excludes a total of 1,198 employee(s) with no stock or option grant.
         Excludes a total of    0 employee(s) with a ratio greater than 4.
         Includes   805 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix C-3

**Apple -**
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2006**



Notes:   Excludes a total of 1,383 employee(s) with no stock or option grant.
Excludes a total of    0 employee(s) with a ratio greater than 4.
Includes   953 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix C-3

Apple - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2007**



**Ratio of Restricted Stock and Stock Options Relative to Base Salary**

Notes:   Excludes a total of 1,271 employee(s) with no stock or option grant.
         Excludes a total of    0 employee(s) with a ratio greater than 4.
         Includes 1,473 employee(s) in the class.
Source: Dr. Leamer's backup.



Appendix C-3

Apple -

**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2008**



Notes:   Excludes a total of 1,239 employee(s) with no stock or option grant.
        Excludes a total of    9 employee(s) with a ratio greater than 4.
        Includes 1,951 employee(s) in the class.
Source: Dr. Leamer's backup.

Highly Confidential

Appendix C-3

**Apple -**
**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2009**



Percent (%)

Ratio of Restricted Stock and Stock Options Relative to Base Salary

0.0 0.1 0.2 0.3 0.4 0.5 0.6 0.7 0.8 0.9 1.0 1.1 1.2 1.3 1.4 1.5 1.6 1.7 1.8 1.9 2.0 2.1 2.2 2.3 2.4 2.5 2.6 2.7 2.8 2.9 3.0 3.1 3.2 3.3 3.4 3.5 3.6 3.7 3.8 3.9 4.0

Notes:   Excludes a total of 1,392 employee(s) with no stock or option grant.
Excludes a total of   8 employee(s) with a ratio greater than 4.
Includes 2,350 employee(s) in the class.
Source: Dr. Leamer's backup.

Appendix C-3

## Apple -

### Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary
### Technical, Creative and R&D Class
### 2010



Ratio of Restricted Stock and Stock Options Relative to Base Salary

Notes:   Excludes a total of 1,288 employee(s) with no stock or option grant.
Excludes a total of    5 employee(s) with a ratio greater than 4.
Includes 3,244 employee(s) in the class.
Source: Dr. Leamer's backup.

**Apple -** ████████
**Appendix C-**

**Individual Employees' Ratio of Stocks and Options Relative to Their Base Salary**
**Technical, Creative and R&D Class**
**2011**



Ratio of Restricted Stock and Stock Options Relative to Base Salary

Percent (%)

Notes:   Excludes a total of 1,134 employee(s) with no stock or option grant.
Excludes a total of    4 employee(s) with a ratio greater than 4.
Includes 3,988 employee(s) in the class.
Source: Dr. Leamer's backup.

**Appendix C5**

**Intel - ███████████**

**Performance Rating by Year for Uniquely Rewarded**
**Class Members and Their Peers**

**Technical, Creative and R&D Class**



| Year | Performance Rating | Uniquely Rewarded Members | Other Members | Total |
|------|-------------------|---------------------------|---------------|-------|

Note: Uniquely rewarded members are defined as employees with total compensation
greater than $150,000 and more than 15% in restricted stock and options

Source: Dr. Leamer's backup.

**Appendix D1**
**Hires from Other Defendants as a Share of All Hires**
**Technical, Creative and R&D Class**
**2001 - 2011**

| Year | New Hires From Other Defendants | All New Hires | New Hires from Other Defendants as a Share of All New Hires |
|------|------|------|------|
| 2001 | 20 | 4,215 | 0.5 % |
| 2002 | 12 | 2,259 | 0.5 |
| 2003 | 14 | 2,032 | 0.7 |
| 2004 | 21 | 3,871 | 0.5 |
| 2005 | 53 | 7,576 | 0.7 |
| 2006 | 57 | 5,517 | 1.0 |
| 2007 | 76 | 5,039 | 1.5 |
| 2008 | 57 | 5,187 | 1.1 |
| 2009 | 42 | 2,775 | 1.5 |
| 2010 | 116 | 6,114 | 1.9 |
| 2011 | 109 | 8,125 | 1.3 |
| **Total** | **577** | **52,710** | **1.1 %** |

Source:  Dr. Leamer's backup.

**Appendix D2**
**Adobe Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**



Source: Dr. Leamer's backup.

**Appendix D2**
**Apple Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 – 2011**



Source: Dr. Leamer's backup.

**Appendix D2**
**Google  Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 – 2011**



Number of Employees

2001  2002  2003  2004  2005  2006  2007  2008  2009  2010  2011

New Hires   Leavers   Hired & Left within Year
Stayers   Sum of Hires & Leavers   Stayers without class movement

Source: Dr. Leamer's backup.

**Appendix D2**
**Intel Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 - 2011**



Source: Dr. Leamer's backup.



**Appendix D2
Intuit Retained Employees, New Hires, and Departures
Ever in Technical, Creative, and R&D
2001 - 2011**

Source: Dr. Leamer's backup.



**Appendix D2**
**Lucasfilm Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 – 2011**

Source: Dr. Leamer's backup.



**Appendix D2**
**Pixar Retained Employees, New Hires, and Departures**
**Ever in Technical, Creative, and R&D**
**2001 – 2011**

Source: Dr. Leamer's backup.

### Appendix E1
### Employee Concentration by Core-Based Statistical Area
### Adobe, Apple, Google, Intel, Intuit, Lucasfilm, and Pixar
### Technical, Creative and R&D Class
### 2007



**Core-Based Statistical Area (CBSA)**

- Bay Area: 44.90%
- Portland-Vancouver-Hillsboro, OR-WA: 21.15%
- Phoenix-Mesa-Scottsdale, AZ: 12.83%
- Seattle-Tacoma-Bellevue, WA: 3.51%
- Boston-Cambridge-Newton, MA-NH: 2.93%
- Albuquerque, NM: 2.65%
- Austin-Round Rock, TX: 1.69%
- San Diego-Carlsbad, CA: 1.37%
- Los Angeles-Long Beach-Anaheim, CA: 1.31%
- New York-Newark-Jersey City, NY-NJ-PA: 1.21%
- Fort Collins, CO: 0.93%
- Other: 5.45%

Non-Bay Area: 55.10%

Notes: California CBSAs Sacramento (10.73%), San Francisco (4.36%), San Jose (29.76%), and Santa Rosa (0.05%)
   are combined into "Bay Area."
   CBSAs with less than 0.50% share and employees without an identified CBSA are combined into "Other."

Source: Dr. Leamer's backup.



**Appendix E2**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**USA, 2001-2011**

Note: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.



### Appendix E3
### Defendants Base Salary vs. Average Annual Wages
### in Technical, Creative, and R&D Occupations
### USA, 2001-2011

Notes: Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential

**Appendix E3**
**Defendants Employment vs. Average Annual Wages**
**in Technical, Creative, and R&D Occupations**
**USA, 2001-2011**



Notes:   Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.

Sources:   Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.



**Appendix E4**
**Defendants Employment vs. Total Employment**
**in Technical, Creative, and R&D Occupations**
**Bay Area, 2001-2011**

Notes:  Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City, CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources:  Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.



### Appendix E5
### Defendants Employment vs. Total Employment
### in Technical, Creative, and R&D Occupations
### Bay Area, 2001-2011

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City, CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

### Appendix E6
### Defendants Base Salary vs. Average Annual Wages
### in Technical, Creative, and R&D Occupations
### Bay Area, 2001-2011



Notes:  Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
        Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty
        pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
        Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-
        1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
        Bay Area comprised of Oakland, CA PMSA, San Francisco, CA PMSA, San Jose, CA PMSA, Oakland-Fremont-Hayward, CA Metropolitan Division, San Francisco-San Mateo-Redwood City,
        CA Metropolitan Division, and San Jose-Sunnyvale-Santa Clara, CA.

Sources:  Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
          Dr. Leamer's backup.



## Appendix E7
## Defendants Employment vs. Total Employment
## in Technical, Creative, and R&D Occupations
## Portland Area, 2001-2011

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024. Portland Area comprised of Portland-Vancouver, OR-WA PMSA, Portland-Vancouver-Beaverton, OR-WA, and Portland-Vancouver-Hillsboro, OR-WA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
   Dr. Leamer's backup.



### Appendix E8
### Defendants Employment vs. Total Employment
### in Technical, Creative, and R&D Occupations
### Phoenix Area, 2001-2011

Notes: Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024. Phoenix Area comprised of Phoenix-Mesa, AZ MSA, Phoenix-Mesa-Scottsdale, AZ, and Phoenix-Mesa-Glendale, AZ.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

Highly Confidential

## Appendix E9
## Defendants Base Salary vs. Average Annual Wages
## in Technical, Creative, and R&D Occupations



Notes: Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
Portland Area comprised of Portland-Vancouver, OR-WA PMSA, Portland-Vancouver-Beaverton, OR-WA, and Portland-Vancouver-Hillsboro, OR-WA.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.

## Appendix E10
## Defendants Base Salary vs. Average Annual Wages
## in Technical, Creative, and R&D Occupations



Notes:  Average annual wages are calculated based as a weighted average of annual wages based on employment numbers in each profession and area.
Annual wages consist of base salary, cost-of-living allowances, guaranteed pay, hazardous-duty pay, commissions, production bonuses, and tips. Annual wages do not include back pay, jury duty pay, overtime pay, severance pay, shift differentials, nonproduction bonuses, or tuition reimbursements.
Total employment is summed across the following Standard Occupational Classification codes: 15-0000, 15-1011, 15-1021, 15-1031, 15-1032, 15-1111, 15-1131, 15-1132, 15-1133, 15-1041, 15-1150, 15-1151, 15-1152, 15-1051, 15-1061, 15-1071, 15-1121, 15-1141, 15-1142, 15-1081, 15-1179, 15-1122, 15-1134, 15-1143, 15-1099, 15-1799, 15-1199, 17-2061, 27-1014, and 27-1024.
Phoenix Area comprised of Phoenix-Mesa, AZ MSA, Phoenix-Mesa-Scottsdale, AZ, and Phoenix-Mesa-Glendale, AZ.

Sources: Bureau of Labor Statistics, Occupational Employment Survey 2001-2011 accessed on November 15, 2013.
Dr. Leamer's backup.