# Exhibit 68

Declaration of Dean M. Harvey in Support of Plaintiffs'

Opposition Briefs, February 7, 2014,

(Dkt. 607)

(Public - redacted under seal portions)

231APPLE108086

Subject: Re: ▮▮▮▮▮
From: "Mark Bentley" <mbentley@apple.com>
To: "bob mansfield" <bobmans@apple.com>
Cc: "Cheryl Smith" <ch.smith@apple.com>, "Jeff Dauber" <dauber@apple.com>
Date: Wed, 09 May 2007 04:31:35 +0000

Bob,

Darrin & I met with Jeff this afternoon and are in the process of putting a game plan together for him. Bottom line is that we need to do more targeted recruiting of "passive" candidates ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Thanks-Mark

On May 8, 2007, at 8:46 AM, bob mansfield wrote:

> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> Bob
>
> Begin forwarded message:
> From: Jeff Dauber <dauber@apple.com>
> Date: May 8, 2007 7:50:28 AM PDT
> To: bob mansfield <bobmans@apple.com>
> Subject: Re: ▮▮▮▮▮
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
>
> Jeff

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE108086

> On May 8, 2007, at 7:47 AM, bob mansfield wrote:
> Where are we against this plan?
>
> Bob

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                       231APPLE108087