# Exhibit 71

Declaration of Dean M. Harvey in Support of Plaintiffs'

Opposition Briefs, February 7, 2014,

(Dkt. 607)

(Public - redacted under seal portions)

231APPLE124988

**LICENSE AGREEMENT**
between
**Google Inc.**
and
**Apple Computer, Inc.**

This License Agreement ("Agreement") is entered into, effective as of January 3, 2007 (the "Effective Date"), by and between Apple Computer, Inc., a California corporation having its principal place of business at One Infinite Loop, Cupertino, California 95014 ("Apple"), and Google Inc., a Delaware corporation having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA, 94043 ("Google").

**RECITALS**

The parties desire to enter into an Agreement to license certain software from Google to Apple in source code form pursuant to the terms and conditions set forth below.

**AGREEMENT**

**1. DEFINITIONS**



*Confidential*                                                                 *Page 1*   

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE124988



*Confidential*                                        *Page 2*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                     231APPLE124989



z   LICENSE

*Confidential*                                                    *Page 1*



2.4   Trademark License.

*Confidential*                                                                              *Page 4*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                      231APPLE124991



**3    RESPONSIBILITIES OF THE PARTIES**

3.1    Apple Responsibilities

CONFIDENTIAL - ATTORNEYS' EYES ONLY                               231APPLE124992



*Confidential*                                              *Page 6*

CONFIDENTIAL · ATTORNEYS' EYES ONLY                    231APPLE124993



*Confidential*                                                            *Page 7*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                231APPLE124994

**3.2    Google Responsibilities**



*Confidential*                                                          *Page 8*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                         231APPLE124995



**4. MISCELLANEOUS**

*Confidential*                                                                 *Page 9*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                231APPLE124996



**5. OWNERSHIP**

*Confidential*                                                          *Page 10*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                231APPLE124997

6.   **REPRESENTATIONS AND WARRANTIES**



7.   **INDEMNIFICATION**

*Confidential*                                          *Page 11*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          231APPLE124998



*Confidential*

*Page 12*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE124999



8.    _DISCLAIMERS AND LIMITATION OF LIABILITY_

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        231APPLE125000



**9.    CONFIDENTIALITY**

*Confidential*                                                                 *Page 14*



10.   **TERM**

11.   **TERMINATION**

11.2   Effect of Termination.

*Confidential*                                                                 *Page 15*



Confidential                                    Page 16

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125003



**13.  GENERAL**

13.1

13.2

13.3

13.4

13.5

*Confidential*                                                      *Page 17*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125004



13.6

13.7

13.8

13.9

13.10

13.12

*Confidential*

*Page 18*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125005

duly authorized representative of both parties.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed
by their duly authorized representatives:

APPLE COMPUTER, INC.          GOOGLE INC.

BY: _Philip Schiller_         BY: _Marissa Mayer_

NAME: Philip W. Schiller      NAME: Marissa A Mayer

TITLE: SVP WW Mkt             TITLE: VP, Search & User Experience

*Confidential*                                    *Page 19*



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125006



*Confidential*                                    *Page 20*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125007



*Confidential*

*Page 21*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125008



Confidential                                              Page 22

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125009



*Confidential*                                    *Page 21*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                      231APPLE125010

**Exhibit B**
Apple Trademarks and Google Trademarks



*Confidential*                                           *Page 24*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125011

**Exhibit C**
Server Protocol

*Confidential*                                    *Page 25*

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125012



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125013



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125014



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125015



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125016



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125017



CONFIDENTIAL - ATTORNEYS' EYES ONLY 231APPLE125018



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125019



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125020



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125021



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125022



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125023



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125024



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125025



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125026



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125027



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125028



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125029

**Exhibit D**
Apple Subsidiaries

*Confidential*

*Page 26*



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125030