# Exhibit 72

Declaration of Dean M. Harvey in Support of Plaintiffs'

Opposition Briefs, February 7, 2014,

(Dkt. 607)

(Public - redacted under seal portions)

231APPLE130883

JAN-02-2007 17:04 From:                         To:1 650 618 1806      P.2

## LICENSE AGREEMENT
### between
### Google Inc.
### and
### Apple Computer, Inc.

This License Agreement ("Agreement") is entered into, effective as of _____, 2007 (the "Effective Date"), by and between Apple Computer, Inc., a California corporation having its principal place of business at One Infinite Loop, Cupertino, California 95014 ("Apple"), and Google Inc., a Delaware corporation having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA, 94043 ("Google").

### RECITALS

The parties desire to enter into an Agreement to license certain software from Google to Apple in source code form pursuant to the terms and conditions set forth below.

### AGREEMENT

1. DEFINITIONS



*Confidential*                                                  *Page 1*



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130883

JAN-02-2007 17:04 From:                    To:1 650 618 1806       P.3



*Confidential*                                              *Page 2*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130884

JAN-02-2007 17:04 Frost                              To:1 650 618 1806        P.4



2    LICENSE



*Confidential*                                                      *Page 3*



CONFIDENTIAL · ATTORNEYS' EYES ONLY                           231APPLE130885



2.4    Trademark License.



*Confidential*                                            *Page 4*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130886



## 3   RESPONSIBILITIES OF THE PARTIES

### 3.1   Apple Responsibilities



*Confidential*                                                      *Page 5*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE130887

JAN-02-2007 17:05 From:                                    To:1 650 618 1806        P.7/27



*Confidential*                                                          *Page 6*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                231APPLE130888

JAN-02-2007 17:05 From:                          To:1 650 618 1806       P.8/27



*Confidential*                                                      *Page 7*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130889

JAN-02-2007 17:06 From:                          To:1 650 618 1806        P.9/27

### 3.2    Google Responsibilities



*Confidential*                                                                    *Page 8*



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130890



**4. MISCELLANEOUS**



*Confidential*                                                    *Page 9*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130891



5.    **OWNERSHIP**



*Confidential*                                                    *Page 10*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                231APPLE130892

JAN-02-2007 17:07 From:                    To:1 650 618 1606      P.12/27

6.     **REPRESENTATIONS AND WARRANTIES**



7.     **INDEMNIFICATION**



*Confidential*                                          *Page 11*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130893



Confidential                                                    Page 12



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE130894



8.   DISCLAIMERS AND LIMITATION OF LIABILITY



*Confidential*                                                    *Page 13*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                         231APPLE130895



**9.    CONFIDENTIALITY**



*Confidential*                                                    *Page 14*



CONFIDENTIAL · ATTORNEYS' EYES ONLY                              231APPLE130896



10.    **TERM**



11.    **TERMINATION**



11.2    _Effect of Termination._

_Confidential_                                                   _Page 15_



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE130897



12.

Confidential                                                        Page 16



CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE130898



**13.    GENERAL**

13.1

13.2

13.3

13.4

13.5

*Confidential*                                          *Page 17*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130899



13.6

13.7

13.8

13.9

13.10

13.12

*Confidential*                                                    *Page 18*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE130900

duly authorized representative of both parties.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed by their duly authorized representatives:

APPLE COMPUTER, INC.                    GOOGLE INC.

BY: _____                   BY: _____

NAME: Philip W. Schiller                NAME: Marissa A. Mayer

TITLE: Sr VP ww WW                      TITLE: VP, Search & User Experience

Confidential                                                Page 19



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130901

JAN-02-2007 17:10 From:           To:1 650 618 1806     P.21/27



Confidential                                    Page 20



CONFIDENTIAL - ATTORNEYS' EYES ONLY                            231APPLE130902

JAN-02-2007 17:10 From:                    To:1 650 610 1806        P.22/27



*Confidential*                                              *Page 21*

CONFIDENTIAL - ATTORNEYS' EYES ONLY



231APPLE130903



Confidential                                    Page 22



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130904

JAN-02-2007 17:11 From:                    To:1 650 618 1806        P.24/27



*Confidential*                                          *Page 23*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130905

Exhibit B
Apple Trademarks and Google Trademarks



*Confidential*                                      *Page 24*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE130906

JAN-02-2007 17:11 From:                                    To:1 650 618 1806      P.26/27

**Exhibit C**
Server Protocol

*Confidential*                                        *Page 25*



CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE130907



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130908



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130911





CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130912



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130913



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130914



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130915



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130918



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130917



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130918



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130919



CONFIDENTIAL - ATTORNEYS' EYES ONLY



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130921



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130922

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130923



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE130924

**Exhibit D**
Apple Subsidiaries

*Confidential*                                              *Page 26*



CONFIDENTIAL - ATTORNEYS' EYES ONLY
                                                           231APPLE130925