# Exhibit 73

Declaration of Dean M. Harvey in Support of Plaintiffs'
Opposition Briefs, February 7, 2014,
(Dkt. 607)

(Public - redacted under seal portions)

231APPLE131137

# My Location Protocol Terms of Service

Defined terms shall have the meaning as defined in the GMM License Agreement dated January 3, 2007 by and between the parties.

1. **Service.**

1.2 **Appropriate Conduct and Prohibited Uses.**

CONFIDENTIAL - ATTORNEYS' EYES ONLY 231APPLE131137



2. **Google Proprietary Rights.**

3. **Privacy Policy.**



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE131139

CONFIDENTIAL - ATTORNEYS' EYES ONLY 231APPLE131140