# Exhibit 74

Declaration of Dean M. Harvey in Support of Plaintiffs'

Opposition Briefs, February 7, 2014,

(Dkt. 607)

(Public - redacted under seal portions)

231APPLE132589

## INFORMATION SERVICES AGREEMENT

This Information Services Agreement (the "Agreement") is entered into by and between Apple Computer, Inc. ("Apple") and Google Technology Inc., ("Google") regarding Apple's use of the Services (defined below). This Agreement, dated Dec. 20, 2002 (the "Effective Date"), sets forth the terms and conditions under which Google makes the Services available to Apple.

1. <u>Definitions</u>. For purposes of this Agreement, the following terms will have the indicated meanings:



2. <u>Services/Licenses</u>.



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132590



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132591

This Agreement may be executed in counterparts, including facsimile counterparts.

| Google Technology Inc. | Apple Computer, Inc. |
|---|---|
| By: _[signature]_ | By: _[signature]_ |
| Print Name: Joan Braddi | Print Name: Philip Schiller |
| Title: VP Search Services | Title: Sr. VP WWPM |
| Date: 12-20-02 | Date: 12-19-02 |
| 2400 Bayshore Parkway | 1 Infinite Loop, MS 301-4GC |
| Mountain View, CA 94043 | Cupertino, CA 95014 |
| Tel: (650) 330-0100 | Tel: (408) 996-1010 |
| Fax: (650) 618-1711 | Fax: (408) 996-0275 |

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## EXHIBIT A – APPLE END USER AGREEMENT

**ENGLISH**

**APPLE COMPUTER, INC.**
**SOFTWARE LICENSE AGREEMENT FOR MAC OS X**
**SINGLE USE LICENSE**



CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                               231APPLE132593



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132594



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132595



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132596

**EXHIBIT B**

Google Standard Mutual Non-Disclosure Agreement

This Mutual Non-Disclosure Agreement ("Agreement") is made and entered into between Google Technology Inc., for itself and its subsidiaries ("Google"), and Apple Computer, Inc. ("Apple") for itself and its subsidiaries ("Apple"), individually referred to as a "Party" and collectively referred to as the "Parties". The Parties wish to explore a business opportunity in the field of evaluating the possibility of Apple using Google's Internet search services (the "Purpose"). In connection with this opportunity, each party may disclose to the other party certain confidential technical and business information. The parties have entered into this Agreement to assure the confidentiality of such information is maintained, in accordance with the following terms of this Agreement:



1.
2.
3.
4.
5.
6.
7.
8.
9.
10.
11.
12.
13.
14.
15.

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 231APPLE132597

**EXHIBIT C**

**Google and Apple Brand Features**

**Google Brand Features:**

**Apple Brand Features:**

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                                 231APPLE132598