1  Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
2  Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
5  San Francisco, California  94111-3339
Telephone:  415.956.1000
6  Facsimile:  415.956.1008

7  Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No.  277826)
8  JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery St., Suite 625
9  San Francisco, California 94111
Telephone: 415.500.6800
10  Facsimile: 415.500.6803

11
*Co-Lead Class Counsel*
12

13                    UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                          SAN JOSE DIVISION

16

17  IN RE: HIGH-TECH EMPLOYEE            Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
18                                       **PLAINTIFFS' ADMINISTRATIVE**
    THIS DOCUMENT RELATES TO:            **MOTION TO SEAL PURSUANT TO CIVIL**
19                                       **LOCAL RULES 7-11 AND 79-5(d) and (e)**
    All Actions
20
                                         Judge:      Honorable Lucy H. Koh
21

22

23

24

25

26

27

28

1    Pursuant to Civil Local Rule 7-11 and 79-5(d) and (e), Plaintiffs respectfully request that

2    this Court authorize the filing under seal of the following documents:

3         1.   Exhibits 1-8, 182 and 2924-2928 to the Declaration of Lisa J. Cisneros In Support

4              of Plaintiffs' Memorandum of Law In Support of Application of the Per Se

5              Standard.

6    Plaintiffs request that the above noted documents be filed under seal because they are or

7    refer to documents or information that Defendants have designated "CONFIDENTIAL" or

8    "CONFIDENTIAL – ATTORNEYS' EYES ONLY" under the Stipulated Protective Order

9    (Modified by the Court) (Dkt. No. 107).  None of the information at issue was designated as

10   confidential by Plaintiffs.  Plaintiffs reserve the right to challenge any "CONFIDENTIAL" or

11   "CONFIDENTIAL – ATTORNEYS' EYES ONLY" designation under the Stipulated Protective

12   Order (Modified by the Court) (Dkt. No. 107) as well as the sealability of these documents under

13   Civil Local Rule 79-5.

14   Rule 26(c) of the Federal Rules of Civil Procedure provides discretion for a trial court to

15   permit sealing of court documents.  Fed. R. Civ. P. 26(c)(1).  In the context of a non-dispositive

16   motion, the Ninth Circuit allows an exception to the presumption of access to judicial records for

17   "good cause."  *Pintos v. Pacific Creditors Assoc.*, 565 F.3d 1106, 1115 (9th Cir. 2009) ("In light of

18   the weaker public interest in nondispositive materials, we apply the 'good cause' standard when

19   parties wish to keep them under seal."); *cf. Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172,

20   1179 (9th Cir. 2006).  Under Rule 26(c)(1), "The court may, for good cause, issue an order to protect

21   a party or person from annoyance, embarrassment, oppression, or undue burden or expense."

22

23

24

25

26

27

28

1169695.1                                   - 1 -                    PLAINTIFFS' ADMIN. MOTION TO SEAL
                                                                     CASE NO. 11-CV-2509-LHK

1   Dated:  April 10, 2014

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Respectfully Submitted,

By: */s/ Lisa J. Cisneros*
        Lisa J. Cisneros

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri
James Dallal
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery St., Suite 625
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile: (415) 500-6803

*Co-Lead Class Counsel*