1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Brendan Glackin (State Bar No. 199643)
   Dean Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
   Lisa J. Cisneros (State Bar No. 251473)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, California 94111-3339
   Telephone: (415) 956-1000
6  Facsimile: (415) 956-1008

7  Joseph R. Saveri (State Bar No. 130064)
   James D. Dallal (State Bar No. 277826)
8  JOSEPH SAVERI LAW FIRM
   505 255 California, Suite 450
9  San Francisco, CA 94111
   Telephone: (415) 500-6800
10 Facsimile: (415) 500-6803

11 *Co-Lead Class Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF LISA J. CISNEROS IN SUPPORT OF PLAINTIFFS' ADMINISTRATIVE MOTION, PURSUANT TO LOCAL RULE 79-5(d), TO SEAL PLAINTIFFS' MOTION TO COMPEL** |

1    I, Lisa J. Cisneros, declare:

2    I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a
3    member of the State Bar of California, and am admitted to practice before the United States
4    District Court for the Northern District of California. I am one of the counsel for Plaintiffs in this
5    action. I make this declaration based on my own personal knowledge. If called upon to testify, I
6    could and would testify competently to the truth of the matters stated herein.

7    1.    The following exhibits to the Declaration of Lisa J. Cisneros In Support of
8    Plaintiffs' Memorandum of Law In Support of Application of the Per Se Standard have been
9    designated CONFIDENTIAL or CONFIDENTIAL-ATTORNEYS' EYES by Defendants:

10   2.    **Exhibit 1:** December 7, 2013 deposition of Apple Chief Executive Officer Tim
11   Cook.
12   3.    **Exhibit 2**: December 11, 2013 deposition of David Lewin.
13   4.    **Exhibit 3**: December 7, 2013 deposition of Kevin Murphy.
14   5.    **Exhibit 4:** December 7, 2013 deposition of Edward A. Snyder.
15   6.    **Exhibit 5:** December 8, 2013 deposition of Eric L. Talley.
16   7.    **Exhibit 6:** November 25, 2013 Expert Report of Kevin Murphy.
17   8.    **Exhibit 7:** December 6, 2013 Expert Report of Edward Snyder.
18   9.    **Exhibit 8:** November 25, 2013 Expert Report of Eric Talley.
19   10.   **Exhibit 182:** Plaintiffs' Exhibit 182, GOOG-HIGH TECH-00008283-4.
20   11.   **Exhibit 2924:** Plaintiffs' Exhibit 2924, 231APPLE123280
21   12.   **Exhibit 2925:** Plaintiffs' Exhibit 2925, 231 APPLE124988-5030
22   13.   **Exhibit 2926:** Plaintiffs' Exhibit 2923, GOOG-HIGH-TECH-00625224-26
23   14.   **Exhibit 2927:** Plaintiffs' Exhibit 2927, GOOG-HIGH-TECH-0062531-34
24   15.   **Exhibit 2928:** Plaintiffs' Exhibit 2928, GOOG-HIGH-TECH-00625464-73

25
26
27
28

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 10th day of April, 2014, in San Francisco, California.

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Lisa J. Cisneros*
Lisa J. Cisneros