# Exhibit 861

Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs ("Cisneros"), February 6, 2014, (Dkt. 605)

(Public - redacted under seal portions)

231APPLE095700

Subject: Re: couple things  
Date: Fri, 30 Jun 2006 23:02:47 +0000  
From: "Steve Jobs" <sjobs@apple.com>  
To: "Danielle Lambert" <lambert@apple.com>  
Message-ID: <814AAD30-0A77-473B-B278-B328C89ED449@apple.com>

Steve

On Jun 30, 2006, at 3:38 PM, Danielle Lambert wrote:

Correction-

Dani

Begin forwarded message:

From: Danielle Lambert <lambert@apple.com>  
Date: June 30, 2006 9:38:35 AM PDT  
To: Steve Jobs <sjobs@apple.com>  
Subject: couple things

Steve,

A couple follow up items before you head out:

- Have you had a chance to speak

- We have been diving into the search for someone to lead an ad sales team and surfacing some good folks. We are researching Google to see who's there and learn what we can about their backgrounds, but are not directly calling them directly given the agreement you & Sergey struck not to recruit from one another. We are tapping into the other companies first to avoid having to go there. You agree with that approach?

Dani

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE095700



861.1

------ end message ------

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095701

8612