# Exhibit 1130

Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs ("Cisneros"), February 6, 2014, (Dkt. 605)

(Public - redacted under seal portions)

231APPLE099371

Subject: Fwd: Non-exempt team
From: "Ron Okamoto" <rokamoto@apple.com>
To: "Phillip Shoemaker" <pshoemaker@apple.com>
Date: Tue, 14 Sep 2010 22:28:11 +0000

Phillip,

We need to talk about implementing this. Please don't forward.

Thanks.

Begin forwarded message:

From: Philip Schiller <schiller@apple.com>
Date: September 14, 2010 3:12:34 PM PDT
To: Ron Okamoto <rokamoto@apple.com>
Cc: Paige Riveron <priveron@apple.com>
Subject: Re: Non-exempt team

I am fine with this as long as we remain in the budgeted amounts for both merit increases and bonus.

On Sep 14, 2010, at 3:06 PM, Ron Okamoto wrote:
Phil,

Paige and Pam have checked to see how other groups in Apple are handling their merit raises and bonuses for non-exempt employees. All teams are using the corporate guidelines of ▇ for their teams based on performance and salary range.

An important consideration is that folks who are at the top of their salary range wouldn't get merit raises. They would have to get promoted into a higher pay grade to continue getting pay raises.

Based on this, I propose that we do the same for our non-exempt app reviewers:

- Evaluate each app reviewer for merit raises on an individual basis. Target ▇ for the team like the rest of the company.

- Keep salaries in line with job classification ranges and keeping in mind salary growth over time. (We have a few team members who are bumping the top of the range, if their performance warrants it, we can bonus them instead of a merit raise)

- Award bonuses on an individual basis as well depending upon performance. Bonuses at amounts equitable to the rest of the DR team.

EXHIBIT 1130
Deponent Okamoto
Date 2-27-13

Gina V. Carbone, CSR

CONFIDENTIAL - ATTORNEYS' EYES ONLY          1130.1          231APPLE099371

> We just need to release the $141K held from our original allocation back to our merit budget to complete this.
>
> Ron.

CONFIDENTIAL - ATTORNEYS' EYES ONLY

1130.2

231APPLE099372