# Exhibit 1854

Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs ("Cisneros"), February 6, 2014, (Dkt. 605)

(Public - redacted under seal portions)

231APPLE100673

# Apple Inc. Compensation Committee

August 5, 2009

Apple Need to Know Confidential

231APPLE100673

1854.1

EXHIBIT 1854
Deponent Burmeister
Date 3-15-13
Gina V. Carbone, CSR

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Projected FY09 Bonus Plan Results

- ████████████████████████████████████████
  ████████████████████████
- ████████████████████████████████
- ██████████████████████████████████
- ██████████████████████████████████

Information Item　　　　　　　　　　　　　　　　　　　　　Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY　　　　　　　　　　　　　　　231APPLE100674

# EQUITY PLAN UPDATE



Information Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE100675

# Proposed FY10 Equity Compensation Plan

- ████████████████████████████████████████
    - ████████████████████████████████████
    - ████████████████████
    - ████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

Action Item                                      Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE100676

# Proposed FY10 Annual Grant Guidelines



Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE100677

# Proposed FY10 New Hire and Promotion Grant



Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE100678

# Proposed FY10 Merit Increase Program

- Competitive data indicates that half of all high technology companies are planning a merit increase with an average budget of 3.25 percent

- ██████████████████





- Executive Management supports this recommendation and believes it is important to recognize and reward all employees for their hard work and contribution to the Company's overall success

Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY            231APPLE100679

# Proposed Peer Group for FY09 Executive Compensation Review (non-Retail)



Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE100680

# Proposed Peer Group for FY09 Executive Compensation Review (Retail)



Action Item

Apple Need to Know Confidential

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE100681