# Exhibit 1855

## (Part 4 of 4)

Declaration of Lisa J. Cisneros in Support of Plaintiffs'
Opposition Briefs ("Cisneros"), February 6, 2014,
(Dkt. 605)

(Public - redacted under seal portions)

Declaration of Steven Burmeister in Support of

Defendants' Opposition to Plaintiffs' Motion for Class Certification

November 12, 2012

Exs. B and C

# Total Rewards Planning
## Merit

### Budget

| Country | FY07 target merit |
|---|---|
| Australia | ■■ |
| Austria | ■■ |
| Belgium | ■■ |
| Brazil | ■■ |
| Canada | ■■ |
| China | ■■ |
| Denmark | ■■ |
| Finland | ■■ |
| France | ■■ |
| Germany | ■■ |
| Hong Kong | ■■ |
| India | ■■ |
| Ireland | ■■ |
| Italy | ■■ |
| Japan | ■■ |
| Korea | ■■ |
| Luxembourg | ■■ |
| Malaysia | ■■ |
| Mexico | ■■ |
| Netherlands | ■■ |
| Norway | ■■ |
| Philippines | ■■ |
| Singapore | ■■ |
| Spain | ■■ |
| Sweden | ■■ |
| Switzerland | ■■ |
| Taiwan | ■■ |
| Thailand | ■■ |
| United Kingdom | ■■ |
| United States | ■■ |

Apple Confidential

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095051

# Total Rewards Planning
## Merit

### Sample Distribution Matrices

Sample distribution matrices illustrate how to move exceptional and significant performers to current market levels

- Matrices can be adapted to strategy as needed




Apple Confidential

Wednesday, June 13, 2012



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095052

# Total Rewards Planning
## Bonus

Below-Director Performance Bonus (pool charged), does not apply to VPD, In-Store Retail, and employees participating in any other structured bonus program

Bonus - First tool to really differentiate recognition and rewards for specific, outstanding achievements

### Considerations
- Who plans bonuses?
- Which employees qualify for a bonus?
- What bonuses have already been paid?
- How much funding remains in pool?

### Resources
- 
- 
- y
- 

Apple Confidential

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095053

# Total Rewards Planning
## Bonus



Apple Confidential

Wednesday, June 13, 2012



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095054

# Total Rewards Planning
## Annual Stock

Stock options represent a long-term retention tool

**Budget**

FY07 stock option guidelines set using select cut of high-tech peer set and targeted positioning
- Global budgets are presented for three levels of management and are based on each LOB's distribution of eligible employee population

**Resources**

- 
- 
- 

Apple Confidential

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Rewards Planning
## Annual Stock



| Country | Recommended stock guideline |
|---------|------------------------------|
| Australia | |
| Austria | |
| Belgium | |
| Brazil | |
| Canada | |
| China | |
| Denmark | |
| Finland | |
| France | |
| Germany | |
| Hong Kong | |
| India | |
| Ireland | |
| Italy | |
| Japan | |
| Korea | |
| Luxembourg | |
| Malaysia | |
| Mexico | |
| Netherlands | |
| Norway | |
| Philippines | |
| Singapore | |
| Spain | |
| Sweden | |
| Switzerland | |
| Taiwan | |
| Thailand | |
| United Kingdom | |
| United States | |

Apple Confidential

Wednesday, June 13, 2012



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095056

# Total Rewards Planning
## Overall Review, Prep for Employee Conversation

**Think of total compensation package for each employee - tie everything together**
- Are reward recommendations in line with strategy?
- Is base salary fair, from a market and peer perspective?
- Did you recognize extraordinary achievement with a bonus?
- Were your key employees locked-in with a stock grant?

**Begin to think about salesmanship and message communication**
- Understand and be comfortable rolling-out program

Apple Confidential

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095057

# Total Comp Planning Tools & Information

1855.113

231APPLE095058

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Total Comp Planning Tools & Information



**Four main layouts**
- Merit and Job, Cash Bonus, Stock
  - Merit and Job only
  - Bonus only
  - Stock only
    Notes:  Can plan for bonus and stock without performance rating, merit planning requires performance rating

Apple Confidential

Wednesday, June 13, 2012



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095059



# Total Comp Planning Screen



Apple Confidential

Wednesday, June 13, 2012

# Salary & Job Screen



Apple Confidential

Wednesday, June 13, 2012

231APPLE095061

# Bonus Screen



Apple Confidential

Wednesday, June 13, 2012

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095062

# Stock Screen



Apple Confidential

Wednesday, June 13, 2012



CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE095063