# Exhibit 1858

Declaration of Lisa J. Cisneros in Support of Plaintiffs'

Opposition Briefs ("Cisneros"), February 6, 2014,

(Dkt. 605)

(Public - redacted under seal portions)

231APPLE098912

**Apple Computer, Inc.**

**2006 Compensation Analysis:  USA Region**

**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.



CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

18581

EXHIBIT 1858
Deponent Burness +4c
Date 3-15-13
Gina V. Carbone, CSR

# Apple Computer, Inc.

## 2006 Compensation Analysis:  USA Region

### Actual vs. Market Data

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**

**2006 Compensation Analysis:  EMEA - Austria**

**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**

**2006 Compensation Analysis: EMEA - Belgium**

**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Finland**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
2006 Compensation Analysis: EMEA - France
Actual vs. Market Data

CONFIDENTIAL – ATTORNEY'S EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Germany**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Italy**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
2006 Compensation Analysis: EMEA - Netherlands
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
**2006 Compensation Analysis:  EMEA - Norway**
**Actual vs. Market Data**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

| Apple Computer, Inc. | | | | | | | | | | | | |
| 2006 Compensation Analysis:  EMEA - Sweden | | | | | | | | | | | | |
| Actual vs. Market Data | | | | | | | | | | | | |

CONFIDENTIAL – ATTORNEYS EYES ONLY

**Apple Computer, Inc.**
2006 Compensation Analysis:  EMEA - Switzerland
Actual vs. Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

**Apple Computer, Inc.**
2006 Compensation Analysis:  EMEA - United Kingdom
Actual vs. Market Data

1858.14

231:APPLE058912

**Apple**

**2006 Compensation Analysis: Ireland**

**Actual vs. Market Data**

NOTE - This analysis includes positions a total of 48 positions for which we do not have market survey data as we have a good knowledge of market practice and therefore have make a good estimate.

CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.15

231:APPLE098912

**Apple**

**2006 Compensation Analysis: Canada**

**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.



**Apple**
**2006 Compensation Analysis: Australia**
**Actual vs. Market Data**

NOTE - Employees in jobs for which there is no market data have been excluded from this summary.

CONFIDENTIAL - ATTORNEYS EYES ONLY

| Apple Computer, Inc. | | | | | | | | | | | | | | | | | | | |
| 2006 Compensation Analysis:  US Retail Corporate | | | | | | | | | | | | | | | | | | | |
| Actual vs. Market Data | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | |

CONFIDENTIAL – ATTORNEYS EYES ONLY

**Apple Computer, Inc.**

**2006 Compensation Analysis:  US Retail Stores**

**Actual vs. Market Data - PRELIMINARY**

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

# Apple Computer, Inc.

## 2006 Compensation Analysis:  US Retail Stores

### No Market Data

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

1858.20

Marketing
Average SRP by Job Level
EE Data as of 07.26.06



1858.21

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

Marketing
Average SRP by Job Title
EE Data as of 07.26.06



231APPLE098912
1858.22

Marketing
Average SRP by Job Title
EE Data as of 07.26.06



CONFIDENTIAL – ATTORNEYS EYES ONLY

1858.23

231APPLE098912

Marketing
Average SRP by Job Title
EE Data as of 07.26.06

CONFIDENTIAL – ATTORNEYS EYES ONLY

231APPLE098912

1 858.24