# Exhibit 1859

Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs ("Cisneros"), February 6, 2014, (Dkt. 605)

(Public - redacted under seal portions)

231APPLE1 05324


## 2009/2010 Base Salary Structure Adjustments



Apple Need to Know Confidential
Effective August 17, 2009

EXHIBIT 1859
Deponent Burmeister
Date 3-15-13
Gina V. Carbone, CSR

CONFIDENTIAL - ATTORNEYS' EYES ONLY                              231APPLE105324