# Exhibit 2249

Declaration of Lisa J. Cisneros in Support of Plaintiffs' Opposition Briefs ("Cisneros"), February 6, 2014, (Dkt. 605)

(Public - redacted under seal portions)

231APPLE132408

|  |  |
|---:|:---|
| **To:** | Patrice Gautier <pgautier@apple.com> |
| **From:** | Brian Croll <briancroll@apple.com> |
| **Subject:** | Google/Apple NDA |
| **Attachment:** | apple computer - nda - 7.14.04.pdf |
| **Date:** | Wed, 08 Dec 2004 15:00:08 -0800 |

Any news on the NDA to get Google iTunes data?

- Brian

---------- Forwarded message ----------
From: Jeff Shardell <jeffs@google.com>
Date: Fri, 3 Dec 2004 12:01:54 -0800
Subject: Apple NDA
To: pgautier@apple.com
Cc: David Alpert <alpert@google.com>, slevy@google.com

Hi Patrice,



Best regards,

Jeff

--
Jeff Shardell
Director, WebSearch and Syndication
jeffs@google.com

Google Inc.
1600 Amphitheatre Parkway
Mountain View CA 94043
Tel:  650-623-4656
Fax:  650-618-1711
Cell: 415-297-5066

--
Jeff Shardell



2249.1

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                         231APPLE132408

2249.2

Director, WebSearch and Syndication
jeffs@google.com

Google Inc.
1600 Amphitheatre Parkway
Mountain View CA 94043
Tel:  650-623-4656
Fax: 650-618-1711
Cell: 415-297-5066

2249.2

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132409

JUL-13-2004 14:55        APPLE COMPUTER                 1 408 974 1756     P.02/03

SJG 032504
*Confidentiality Agreement (Mutual)*
Page 1 of 2

## APPLE COMPUTER, INC.
## CONFIDENTIALITY AGREEMENT (Mutual)

This Confidentiality Agreement (the "Agreement") is entered into and is effective as of July 14, 2004 (the "Effective Date") by and between Apple Computer, Inc., 1 Infinite Loop, Cupertino, California 95014 ("Apple") and Google Inc., 1600 Amphitheater Parkway, Mountain View, CA, 94043 ("Google").



1. [redacted]

2. [redacted]

3. [redacted]

4. [redacted]

2749.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                       231APPLE132410

SJG 032504
*Confidentiality Agreement (Mutual)*
Page 2 of 2

5.

6.

7.

8.

Understood and Agreed to by the duly authorized representatives of the parties:

| Apple Computer, Inc. | | Google Inc. | |
|---|---|---|---|
| [Signature] | 13 July 2004 | [Signature] Sharon | 07/13/2004 |
| By (Signature) | Date | By (Signature) | Date |
| Timothy S. Schaaff V.P. | | Sharon Levy, Sr Contracts Mgr. | |
| Printed Name and Title | | Printed Name and Title | |

**Apple Employee: Return signed original to Legal, M/S 3-I**

2299.4

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE132411