1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   DANIEL PURCELL - # 191424
3  dpurcell@kvn.com
   EUGENE M. PAIGE - # 202849
4  epaige@kvn.com
   JUSTINA SESSIONS - # 270914
5  jsessions@kvn.com
   CODY S. HARRIS - # 255302
6  charris@kvn.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
8  Facsimile:    415 397 7188

9  Attorneys for Defendant
   GOOGLE Inc.

10

11                 UNITED STATES DISTRICT COURT

12               NORTHERN DISTRICT OF CALIFORNIA

13                          SAN JOSE

14  IN RE:  HIGH-TECH EMPLOYEE              Case No. 5:11-cv-2509-LHK
    ANTITRUST LITIGATION
15                                          **[PROPOSED] ORDER GRANTING
                                            DEFENDANTS' JOINT MOTIONS IN
16  THIS DOCUMENT RELATES TO:               LIMINE**

17  ALL ACTIONS

18

19

20

21

22

23

24

25

26

27

28

815921.01

1    Having considered Defendants' Joint Motions in Limine dated April 10, 2014, IT IS

2    HEREBY ORDERED THAT Defendants Motions in Limine Nos. 1-10 are GRANTED.

3

4    IT IS SO ORDERED.

5

6    Dated:                                    By: _____
                                                   Honorable Lucy H. Koh
7                                                  United States District Court Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT MOTIONS IN LIMINE
Case No. 5:11-cv-2509-LHK

815921.01