# Exhibit 114

Declaration of Lauren J. Stiroh, Ph.D. in Support of Defendants' Joint Motion to Exclude the Expert Testimony of Edward E. Leamer, Ph.D., January 10, 2014 (Dkt. 574)

Edward Leamer, Ph.D., December 19, 2013 Deposition, Exhibit 114

Highly Confidential -- Attorneys' Eyes Only



**Number of New Hires by Defendant vs. Total Number of New Hires
2001 to 2011**

Notes: New hire counts include all Technical, Creative and R&D employees who were hired by the Defendant at any point during the calendar year.
Numbers above reflect annual totals and are not a continuous series.
Source: Dr. Leamer Merits Backup.

NERA Economic Consulting

EXHIBIT
114
Leamer 12-19-13