# Exhibit N

Declaration of Lisa J. Cisneros in Support of Plaintiffs'
Opposition Briefs ("Cisneros"), February 6, 2014,
(Dkt. 605)

(Public - redacted under seal portions)

Steven Burmeister

March 15, 2013 Deposition

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:  HIGH-TECH EMPLOYEE          )

ANTITRUST LITIGATION               )

                                   )   No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:          )

ALL ACTIONS.                       )

_____)

CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF STEVEN BURMEISTER

March 15, 2013

REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

09:13:16   1    Apple, and I was interested and applied for the role.

09:13:22   2        Q.  Where were you working at the time -- or I'm

09:13:24   3    assuming you were working at the time.  Were you working

09:13:26   4    somewhere else at that time?

09:13:27   5        A.  Yes.

09:13:28   6        Q.  Where were you working?

09:13:30   7        A.  Rand Corporation.

09:13:36   8        Q.  What was the name of the senior director of

09:13:39   9    compensation and benefits who contacted you?

09:13:42   10       A.  Valerie Williams.

09:13:50   11       Q.  And she contacted you directly sometime around,

09:13:53   12   I'm guessing, early 2001?

09:13:57   13       A.  Late 2000.

09:14:01   14       Q.  Had you indicated to Valerie Williams that you

09:14:04   15   were looking for other work before she contacted you

09:14:08   16   about a potential opportunity at Apple?

09:14:10   17       A.  No.

09:14:18   18       Q.  Could you run me through the positions you've

09:14:22   19   held at the company since March of 2001.

09:14:30   20       A.  Compensation manager, compensation director.

09:14:36   21   Then as senior director, I had at one time compensation,

09:14:47   22   the company's HRIS group, and HR marketing group as well

09:14:52   23   as HR reporting.  And the three groups -- HR marketing,

09:14:59   24   HR reporting, and HR -- the HRIS group -- now report

09:15:05   25   into different areas.

09:15:12  1      Q.  Okay.  And after senior director of

09:15:15  2  compensation, you moved into your current position as

09:15:19  3  the senior director of compensation -- I'm sorry, senior

09:15:24  4  director of compensation, correct?

09:15:27  5      A.  That's the one consistent role I've had.

09:15:29  6      Q.  Oh, you -- okay.  Got ya.  So it just stayed --

09:15:31  7  your title stayed the same, you just dropped three --

09:15:34  8  three of the areas of your work were moved to other

09:15:41  9  departments or other -- you said they now report to

09:15:45 10  different what?

09:15:48 11      A.  Different groups within HR.

09:15:50 12      Q.  Okay.  Got ya.

09:15:54 13          How long did you hold the compensation manager

09:15:56 14  position?

09:16:03 15      A.  Approximately three to four years.

09:16:09 16      Q.  From March of 2001 to sometime in 2004 or 2005?

09:16:14 17      A.  Yes.

09:16:19 18      Q.  And you became compensation director, then,

09:16:21 19  sometime around 2004 to '05?

09:16:23 20      A.  Right.

09:16:23 21      Q.  When did you become the senior director of

09:16:25 22  compensation?

09:16:31 23      A.  I believe it was 2007.

09:16:42 24      Q.  Did you have a -- was there a job level

09:16:47 25  associated with the compensation manager position; do

09:16:52  1    you know?

09:16:57  2        A.  It was -- at the time, early in 2000s, we had a

09:17:04  3    different job structure than we currently have today.  I

09:17:08  4    believe it was -- we didn't have levels at that time.  I

09:17:11  5    believe it was just compensation manager.

09:17:18  6        Q.  And the job structure system came into being

09:17:23  7    sometime around two -- the current job structure system

09:17:26  8    came into being sometime around 2005?

09:17:28  9        A.  Yes.

09:17:29  10        Q.  Is that right?

09:17:31  11             Was it introduced at the beginning of the

09:17:32  12    financial year 2005?

09:17:35  13        A.  Globally, it took approximately six months to

09:17:46  14    implement.

09:17:48  15        Q.  Okay.

09:17:50  16        A.  So in that time frame.

09:17:58  17        Q.  Did the job structure system roll out first in

09:18:06  18    the U.S. and then over the next six months globally or

09:18:09  19    was -- and when -- I guess I'm wondering when you began

09:18:13  20    to operate under the current job structure system.

09:18:18  21        A.  The U.S. was the first group to roll under the

09:18:21  22    new process.

09:18:25  23        Q.  Okay.  Once that new process came into being,

09:18:34  24    did you have a job level associated with your title?

09:18:41  25        A.  I believe I was compensation director at that

09:18:43  1  time.

09:18:44  2      Q.  And was there -- did that have a level or a --

09:18:49  3  did the compensation director position have a level

09:18:51  4  within the job structure as it existed -- or as it came

09:18:56  5  to exist around 2005?

09:18:58  6      A.  Yes.  There are two levels of director.  Just

09:19:04  7  director and senior director.

09:19:06  8      Q.  Okay.  Was there a numerical level number --

09:19:18  9  was there a numerical level associated with the director

09:19:22 10  position?

09:19:23 11      A.  No.

09:19:24 12      Q.  Okay.  And I assume, then, not for senior

09:19:27 13  director position either?

09:19:28 14      A.  Correct.

09:19:32 15      Q.  Okay.  Was there a pay range or a salary range

09:19:34 16  associated with your compensation manager position?

09:19:38 17      A.  Yes.

09:19:45 18      Q.  Was there also a salary range associated with

09:19:47 19  your compensation director position?

09:19:49 20      A.  Yes.

09:19:50 21      Q.  Was there a -- did you jump from one salary

09:19:54 22  range to another when you were promoted from

09:19:57 23  compensation manager to compensation director?

09:20:01 24      A.  Each job is assigned a salary range in the

09:20:05 25  structure.  So with each job move, the job is assigned

| | | |
|---|---|---|
| 09:20:11 | 1 | to a different -- it could be a different -- it could be |
| 09:20:14 | 2 | the same if it's overlapping salary structure. |
| 09:20:29 | 3 | Q.  And your senior director of compensation |
| 09:20:32 | 4 | position currently is assigned a salary range in the -- |
| 09:20:36 | 5 | in Apple's job structure; is that right? |
| 09:20:38 | 6 | A.  Yes. |
| 09:20:46 | 7 | Q.  Okay.  Are all of the senior directors -- do |
| 09:20:52 | 8 | all of the senior directors hold the same salary -- |
| 09:21:00 | 9 | well, let me scratch that. |
| 09:21:03 | 10 | Does the same salary range apply to all senior |
| 09:21:06 | 11 | directors in Apple's current job structure? |
| 09:21:09 | 12 | MR. RILEY:  Object to the form. |
| 09:21:13 | 13 | I'm sorry.  I had to object.  Go ahead and |
| 09:21:14 | 14 | answer the question. |
| 09:21:16 | 15 | THE WITNESS:  Can you please repeat the |
| 09:21:17 | 16 | question. |
| 09:21:18 | 17 | MS. LEEBOVE:  Q.  Yes. |
| 09:21:19 | 18 | Are all of the senior directors -- I'm sorry. |
| 09:21:23 | 19 | That was not my question. |
| 09:21:25 | 20 | Does the same salary range apply to all senior |
| 09:21:29 | 21 | directors in Apple's current job structure? |
| 09:21:36 | 22 | A.  By "salary range," you mean one salary range |
| 09:21:38 | 23 | for every senior director position? |
| 09:21:40 | 24 | Q.  Right. |
| 09:21:41 | 25 | A.  No. |

| | | |
|---|---|---|
| 09:21:42 | 1 | Q.  Okay.  How do the -- on what basis do the |
| 09:21:56 | 2 | salary ranges vary for the senior director position in |
| 09:21:58 | 3 | Apple? |
| 09:22:03 | 4 | MR. RILEY:  Object to the form. |
| 09:22:11 | 5 | THE WITNESS:  Salary -- jobs are assigned to |
| 09:22:15 | 6 | salary ranges based on Apple's determination of market |
| 09:22:28 | 7 | worth and internal value. |
| 09:22:48 | 8 | MS. LEEBOVE:  Q.  Do -- well, we'll talk |
| 09:22:50 | 9 | about the job structure more later. |
| 09:22:55 | 10 | But before we get there, is the -- does the -- |
| 09:22:57 | 11 | does the line of business -- does the particular line of |
| 09:23:04 | 12 | business that a director works in have anything to do -- |
| 09:23:07 | 13 | is that correlated to the salary range for that director |
| 09:23:09 | 14 | position? |
| 09:23:15 | 15 | MR. RILEY:  Object to the form. |
| 09:23:18 | 16 | THE WITNESS:  By line of business a director |
| 09:23:21 | 17 | reports to -- not necessarily, no. |
| 09:23:30 | 18 | MS. LEEBOVE:  Q.  Okay.  Back in June of |
| 09:23:40 | 19 | 2012, you testified that part of your |
| 09:23:43 | 20 | responsibilities was to oversee the company's stock |
| 09:23:46 | 21 | option compensation and bonus compensation.  Has |
| 09:23:48 | 22 | that remained true through today? |
| 09:23:53 | 23 | A.  I am responsible for all of the compensation |
| 09:23:56 | 24 | programs at Apple. |
| 09:24:05 | 25 | Q.  Does that include base salaries?  Are you |

09:24:10  1    responsible for administering the base salary structure

09:24:15  2    at Apple?

09:24:17  3        A.  I am, yes.

09:24:26  4        Q.  Okay.  And are you also ultimately responsible

09:24:29  5    for bonus compensation throughout the company?

09:24:34  6            MR. RILEY:  Objection to the form.

09:24:38  7            THE WITNESS:  I am responsible for bonus

09:24:40  8    program design.

09:24:43  9            MS. LEEBOVE:  Q.  Okay.  And backing up,

09:24:49 10    are you then -- would you say that you're also

09:24:50 11    responsible for base salary program design?

09:24:55 12        A.  Yes.

09:25:01 13        Q.  And are you also responsible for the design of

09:25:03 14    the equity grant program?

09:25:17 15        A.  With -- by design, it's a little bit different

09:25:25 16    than base salary and bonus.  Our equity program is

09:25:34 17    designed in conjunction with our compensation committee.

09:25:49 18        Q.  Can you tell me what your -- well, would you

09:25:51 19    describe for me, please, your current job

09:25:55 20    responsibilities as the senior director of compensation.

09:26:02 21        A.  My group is responsible for the job structure,

09:26:10 22    the salary range structure, bonus plan design, and

09:26:17 23    equity plan design and administration for Apple.

09:26:37 24        Q.  Do you have any responsibility for recruiting

09:26:42 25    employees for Apple?

| | | |
|---|---|---|
| 09:26:44 | 1 | A.  No. |
| 09:26:45 | 2 | Q.  Have you ever had any responsibility for |
| 09:26:47 | 3 | recruiting employees into Apple? |
| 09:26:51 | 4 | A.  No. |
| 09:27:04 | 5 | Q.  When does Apple's fiscal year start? |
| 09:27:12 | 6 | A.  It varies by year.  Generally it's the end of |
| 09:27:17 | 7 | September or beginning of October.  Depending on |
| 09:27:24 | 8 | calendar dates. |
| 09:27:26 | 9 | Q.  Okay.  But Apple doesn't -- the financial -- |
| 09:27:30 | 10 | the fiscal year is different than -- you don't operate |
| 09:27:32 | 11 | on a calendar year?  The calendar year isn't -- your |
| 09:27:37 | 12 | fiscal year isn't based on the calendar year? |
| 09:27:40 | 13 | A.  Correct. |
| 09:27:43 | 14 | Q.  Okay.  So you mentioned that the bonus plan is |
| 09:27:55 | 15 | designed in conjunction with the compensation committee. |
| 09:27:58 | 16 | Does the compensation committee also play a role in the |
| 09:28:03 | 17 | design of the bonus program? |
| 09:28:08 | 18 | MR. RILEY:  Objection to the form. |
| 09:28:13 | 19 | THE WITNESS:  I mentioned that the equity |
| 09:28:15 | 20 | program is designed in conjunction with the compensation |
| 09:28:18 | 21 | committee. |
| 09:28:26 | 22 | MS. LEEBOVE:  Q.  Oh, I'm sorry.  You're |
| 09:28:27 | 23 | right. |
| 09:28:28 | 24 | But the -- so the equity program is designed in |
| 09:28:31 | 25 | conjunction with the compensation committee, but the |

09:28:33  1   bonus program -- I'm just wondering whether the

09:28:37  2   compensation committee -- or what level of oversight the

09:28:40  3   compensation committee has over the design of the bonus

09:28:42  4   program, if any.

09:28:46  5       A.   The compensation committee has complete

09:28:50  6   overview in the design of the executive bonus program,

09:28:54  7   the "executive," meaning Section 16 officers.

09:29:05  8       Q.   Does the compensation committee play any role

09:29:07  9   in the design of the bonus program with respect to

09:29:10 10   employees who are not Section 16?

09:29:13 11       A.   The compensation committee approves total

09:29:16 12   overall budget and the plan design for vice presidents'

09:29:24 13   annual bonus plan and the VP and director quarterly

09:29:27 14   bonus plan.

09:29:40 15       Q.   Does the compensation committee play or have

09:29:43 16   any oversight role in the base salary program design?

09:30:06 17       A.   No.  The base salary program design is created

09:30:12 18   and maintained by my group.

09:30:26 19       Q.   The compensation committee is involved, to a

09:30:30 20   certain degree, in the merit increase budget, though; is

09:30:33 21   that true?

09:30:34 22       A.   Yes.

09:30:43 23       Q.   Okay.  And the merit increase budget applies to

09:30:53 24   Apple employees who are not Section 16 executives; is

09:30:55 25   that right?  Or do -- or the Section 16 executive

09:31:01  1   officers, do they participate in the merit -- do they

09:31:03  2   have a stake in the merit increase budget?

09:31:08  3           MR. RILEY:  Objection to the form.

09:31:10  4           THE WITNESS:  What do you mean by "stake"?

09:31:13  5           MS. LEEBOVE:  Q.  Would they -- do the

09:31:14  6   executive officers receive merit increases out of

09:31:19  7   the merit increase budget that the compensation

09:31:21  8   committee approves?

09:31:24  9       A.  No.  We review executive compensation

09:31:27 10   separately.

09:31:45 11       Q.  Is the job -- and I may have just taken poor

09:31:48 12   notes or -- or not listened carefully enough.

09:31:52 13           Does your -- does your group design and

09:31:56 14   administer the job structure?

09:31:59 15       A.  Yes.

09:32:00 16       Q.  Okay.  And the salary -- and the salary

09:32:02 17   structure?

09:32:03 18       A.  And the base --

09:32:04 19           MR. RILEY:  Objection to the form.

09:32:08 20           I'm sorry, you need to let me --

09:32:10 21           THE WITNESS:  Sorry.

09:32:10 22           MR. RILEY:  -- object and then you need to

09:32:12 23   state your answer so she gets it.

09:32:15 24           MS. LEEBOVE:  Q.  I often tell my witnesses

09:32:17 25   to take a breath so that my -- so that I can state

Deposition of Steven Burmeister                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 09:32:22 | 1 | an objection if I need to. |
| 09:32:26 | 2 | But backing up, just for clarity, your group |
| 09:32:30 | 3 | and then -- your group designs both Apple's job |
| 09:32:32 | 4 | structure and its base salary structure? |
| 09:32:35 | 5 | MR. RILEY:  Object to the form. |
| 09:32:42 | 6 | THE WITNESS:  My group does design the base |
| 09:32:49 | 7 | salary structure and job structures. |
| 09:32:57 | 8 | MS. LEEBOVE:  Q.  Who do you report to? |
| 09:33:00 | 9 | A.  The VP of human resources. |
| 09:33:06 | 10 | Q.  Who is the VP of human resources? |
| 09:33:10 | 11 | A.  Joel Podolny. |
| 09:33:16 | 12 | Q.  Has Mr. Podolny been the vice president of |
| 09:33:21 | 13 | human resources since you -- well, has -- since you |
| 09:33:25 | 14 | became the senior compensation director? |
| 09:33:29 | 15 | A.  No. |
| 09:33:30 | 16 | Q.  Or senior director of compensation, I should |
| 09:33:32 | 17 | say. |
| 09:33:33 | 18 | A.  No. |
| 09:33:34 | 19 | Q.  When did Mr. Podolny become your -- is he your |
| 09:33:38 | 20 | boss?  Do you consider Mr. Podolny your boss? |
| 09:33:41 | 21 | A.  Yes. |
| 09:33:42 | 22 | Q.  Okay.  When did Mr. Podolny become your boss? |
| 09:33:47 | 23 | A.  Approximately two and a half years ago. |
| 09:33:54 | 24 | Q.  Who did you report to before you reported to |
| 09:33:57 | 25 | Mr. Podolny? |

KRAMM COURT REPORTING          CONFIDENTIAL - ATTONEYS' EYES ONLY          Page: 22

| | | |
|---|---|---|
| 09:34:00 | 1 | A.  We had an interim HR leader named Mark Bentley. |
| 09:34:16 | 2 | Q.  And did you report to somebody else before Mark |
| 09:34:20 | 3 | Bentley, before you reported to Mark Bentley? |
| 09:34:24 | 4 | A.  Yes. |
| 09:34:24 | 5 | Q.  Who was that? |
| 09:34:26 | 6 | A.  Danielle Lambert. |
| 09:34:37 | 7 | Q.  Did you report to Ms. Lambert when you became |
| 09:34:41 | 8 | the senior director of compensation in 2007? |
| 09:34:43 | 9 | A.  Yes. |
| 09:35:02 | 10 | Q.  Does the -- does Joel Podolny have to -- well, |
| 09:35:16 | 11 | do you need to have the Apple's job structure and base |
| 09:35:22 | 12 | salary range structure approved by anybody within Apple |
| 09:35:27 | 13 | before it takes effect? |
| 09:35:30 | 14 | A.  No. |
| 09:35:32 | 15 | Q.  You have -- just your group has -- you and your |
| 09:35:35 | 16 | group have ultimate responsibility for those two items? |
| 09:35:39 | 17 | A.  Yes. |
| 09:35:40 | 18 | Q.  Okay.  Part of your job is to attend and |
| 09:36:03 | 19 | prepare materials for Apple's compensation committee; is |
| 09:36:05 | 20 | that correct? |
| 09:36:06 | 21 | A.  Yes. |
| 09:36:06 | 22 | Q.  Do you also attend the meetings? |
| 09:36:08 | 23 | A.  Yes. |
| 09:36:12 | 24 | Q.  When did you -- when -- well, was it at the |
| 09:36:18 | 25 | point when you became the senior director of |

| | | |
|---|---|---|
| 09:54:28 | 1 | MR. RILEY:  Object to the form. |
| 09:54:30 | 2 | MS. LEEBOVE:  Q.  Was it part of your job |
| 09:54:31 | 3 | to prepare these minutes? |
| 09:54:36 | 4 | A.  I prepared the minutes for a period in time |
| 09:54:41 | 5 | when we were in between corporate counsel at Apple.  So |
| 09:54:48 | 6 | a very short period of time. |
| 09:54:51 | 7 | Q.  Oh, I see.  And does corporate -- but corporate |
| 09:54:53 | 8 | counsel typically prepares the minutes of the meetings |
| 09:54:59 | 9 | of the compensation committee? |
| 09:55:00 | 10 | A.  They had, and they do today. |
| 09:55:06 | 11 | Q.  Do you know when the minutes are prepared in |
| 09:55:08 | 12 | relation to when the compensation committee meeting |
| 09:55:10 | 13 | happens? |
| 09:55:16 | 14 | A.  The minutes are prepared after the meeting and |
| 09:55:21 | 15 | prior to the next upcoming meeting. |
| 09:55:25 | 16 | Q.  What is the lag time typically between a |
| 09:55:28 | 17 | meeting of the compensation committee and the |
| 09:55:30 | 18 | preparation of the minutes? |
| 09:55:34 | 19 | MR. RILEY:  Object to form. |
| 09:55:46 | 20 | THE WITNESS:  I don't think there is a standard |
| 09:55:51 | 21 | time. |
| 09:55:55 | 22 | MS. LEEBOVE:  Q.  Okay.  Did you attend the |
| 09:56:02 | 23 | July 10th, 2007, meeting of the compensation |
| 09:56:05 | 24 | committee of the board of directors of Apple? |
| 09:56:07 | 25 | A.  Yes. |

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

09:56:25   1        Q.  I'm looking at the center of the second page.

09:56:31   2    There's a header that says "FY08 Merit Increase Budget."

09:56:37   3    If the -- why did -- well, why was it Ms. Lambert's --

09:56:47   4    was it Ms. Lambert's job to prepare the merit increase

09:56:50   5    budget design at that time for the financial year 2008?

09:56:57   6        A.  As VP of HR, she was overall responsible.  But

09:57:03   7    in this meeting, she presented the recommendation for a

09:57:08   8    merit increase budget.  It was my group that prepared --

09:57:12   9    or that did all of the research and prepared the

09:57:15   10   recommendations.

09:57:19   11       Q.  Was it your group that made the recommendation

09:57:22   12   that ████████████████████████████████████████████████

09:57:27   13   ████████████████████████

09:57:31   14       A.  Yes.

09:57:32   15       Q.  What did you mean by "████████████████████████

09:57:36   16   ████████████████████████

09:57:44   17       A.  ████████████████████████████████████████████

09:57:49   18   ████████████████████████████████████████████████

09:57:56   19   ██████████

09:58:01   20       Q.  ████████████████████████████████████████████

09:58:06   21   ████████████████████████████████████████████

09:58:16   22   ████████████████████████████████████████████████

09:58:19   23   ████████████████████████

09:58:21   24            MR. RILEY:  Object to the form.

09:58:33   25            THE WITNESS:  ████████████████████████████████

Deposition of Steven Burmeister                   In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

09:58:35   1   ███████████████████████████████████████

09:58:41   2   ███████████████████      █████████████████

09:58:47   3   ████████████████████████████████████████████

09:58:53   4   ████████████████████████████████████████

09:58:57   5   ██████████████████████████████████

09:59:01   6   ████████████████████.

09:59:10   7            MS. LEEBOVE:  Q.  ██████████████████

09:59:12   8   ████████████████████████████████

09:59:15   9   ██████████████████████████████████████

09:59:20  10   ████████████████████████████████████

09:59:22  11   █████    █████████████████████████████

09:59:31  12   ██████████████████████████████████████

09:59:35  13   ████████████████████████████████████████-

09:59:38  14   ██████████████████████████████████████

09:59:41  15   ████████████████████████████████████████

09:59:46  16            MR. RILEY:  Object to the form.

09:59:52  17            THE WITNESS:  ██████████████████

09:59:55  18   ████████████████████████████████████████████

10:00:04  19   █████████████████████████████████████

10:00:08  20   ██████████████████████████████████████

10:00:15  21   ████████████████.

10:00:24  22            MS. LEEBOVE:  Q.  ███████████████████

10:00:26  23   ██████████████████████████████████████

10:00:30  24   ████████████████████████

10:00:34  25            MR. RILEY:  Object to the form.

| | | |
|---|---|---|
| 10:00:36 | 1 | MS. LEEBOVE: Q. ██████████████████ |
| 10:00:37 | 2 | ████████████████████████████████ |
| 10:00:48 | 3 | MR. RILEY: Object to the form. |
| 10:00:48 | 4 | THE WITNESS: I'm sorry, can you repeat. |
| 10:00:51 | 5 | MS. LEEBOVE: Q. I'm wondering whether |
| 10:00:53 | 6 | ██████████████████████████ |
| 10:00:55 | 7 | ████████████████████████████ |
| 10:00:58 | 8 | ██████████████████████████ |
| 10:01:03 | 9 | ██████████████████████████ |
| 10:01:07 | 10 | ████ |
| 10:01:12 | 11 | A. ████████████████████████████████ |
| 10:01:16 | 12 | ██████████████████████████████████ |
| 10:01:23 | 13 | ██████████████████████████████ |
| 10:01:39 | 14 | Q. What -- who are "all employees below NEO"? Who |
| 10:01:52 | 15 | does that refer to as that phrase is used? |
| 10:01:54 | 16 | A. Where -- |
| 10:01:55 | 17 | Q. It says, "Ms. Lambert presented the base salary |
| 10:01:56 | 18 | market position for all employees below NEO." |
| 10:02:01 | 19 | I'm wondering who the "all employees below NEO" |
| 10:02:04 | 20 | refers to. |
| 10:02:04 | 21 | A. NEO is named executive officers, but it's |
| 10:02:07 | 22 | really all employees below all executive officers. |
| 10:02:10 | 23 | Q. So that would include such high-ranking |
| 10:02:25 | 24 | employees as vice presidents and directors? |
| 10:02:29 | 25 | A. Yes. |

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
10:02:32   1        Q.  Skipping down to the next header, it says
10:02:34   2   "Financial Year" or "FY08 Below-Director Performance
10:02:37   3   Bonus Program."
10:02:44   4        Do you recall what it -- I can just read the
10:02:47   5   sentence out loud.  It says,  ████████████████████
10:02:50   6   █████████████████████████████████████████████████
10:02:56   7   █████████████████████████████████████████
10:02:59   8   ███████████████████████████████████████████████
10:03:03   9   █████████████████████████
10:03:07   10       Do you know what the ██████████████████████
10:03:10   11  issues were that Ms. Lambert discussed at the July 10th,
10:03:19   12  2007, compensation committee meeting?
10:03:32   13       A.  Ms. Lambert is familiar, having been a
10:03:37   14  recruiter prior to being vice president of human
10:03:40   15  resources.  ██████████████████████████████████████
10:03:45   16  ███████████████  ████████████████████████
10:03:55   17  ████████████████████████  ████████████████████████
10:04:01   18  ███████████████████████████████████████████████
10:04:09   19  ███████████████████████████████████████████████████
10:04:14   20  ████████████████████████████████████████████
10:04:17   21  ██████████
10:04:39   22       Q.  Do you mean, in essence, that you wanted to
10:04:42   23  raise salaries so people didn't leave because they felt
10:04:44   24  they were undercompensated?
10:04:48   25            MR. RILEY:  Object to the form.
```

| | | |
|---|---|---|
| 10:04:50 | 1 | THE WITNESS:  Yeah.  This doesn't -- it doesn't |
| 10:04:52 | 2 | relate to salaries. |
| 10:04:55 | 3 | MS. LEEBOVE:  Q.  Then what's the issue |
| 10:04:56 | 4 | with -- then ███████████████████████ |
| 10:05:04 | 5 | ████████████████ |
| 10:05:11 | 6 | A.  How does the base salary program -- |
| 10:05:15 | 7 | Q.  ████████████████████████████ |
| 10:05:17 | 8 | ████████████████████████████████████ |
| 10:05:24 | 9 | MR. RILEY:  Object to the form. |
| 10:05:27 | 10 | THE WITNESS:  I don't recall her discussion, |
| 10:05:29 | 11 | what she was referring to at this time with the |
| 10:05:36 | 12 | ███████████   █████████████   ██████ |
| 10:05:40 | 13 | ██████████████████████████ |
| 10:05:42 | 14 | ███████████   █████████████████ |
| 10:05:48 | 15 | ████████████████████████████████ |
| 10:05:52 | 16 | ████████████████████████████████ |
| 10:05:58 | 17 | ███████████████████████████████ |
| 10:06:08 | 18 | █████████████. |
| 10:06:18 | 19 | MS. LEEBOVE:  Q.  The compensation |
| 10:06:19 | 20 | committee meetings are pretty quick, aren't they? |
| 10:06:22 | 21 | A.  By "quick"? |
| 10:06:24 | 22 | Q.  Do they last only a half hour apiece? |
| 10:06:28 | 23 | A.  Each meeting -- it varies depending on the |
| 10:06:33 | 24 | agenda for that meeting. |
| 10:06:46 | 25 | MR. RILEY:  We've been going for about an hour. |

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

10:26:29  1        A.  Depending on the -- the calendar and the amount

10:26:36  2    of materials we have to cover, it generally goes a half

10:26:39  3    hour to an hour.

10:26:40  4        Q.  Okay.  Is there -- well, I can represent to you

10:26:50  5    that the meeting agendas that I've seen have all at

10:26:55  6    least appeared to be planned for about a half an hour.

10:26:59  7    Or for half an hour broken down by these very concise,

10:27:03  8    you know, one minute, four minutes, three minutes time

10:27:07  9    periods.

10:27:08  10        Do you know whose -- is there a particular

10:27:10  11    reason why the meetings are generally or appear

10:27:15  12    generally to be so concise?

10:27:18  13        MR. RILEY:  Object to the form.

10:27:22  14        THE WITNESS:  By "concise"?

10:27:26  15        MS. LEEBOVE:  Q.  Approximately a half an

10:27:28  16    hour to an hour long with these very specific

10:27:37  17    minute -- increments of time by minutes per action

10:27:42  18    item or business item?

10:27:50  19        A.  We assign times.  That's a very arbitrary

10:27:53  20    guess.  We discuss each item as long as it takes -- as

10:27:58  21    long as the committee would like to discuss that item.

10:28:04  22    And we -- based on the agenda, the content of the

10:28:13  23    agenda, we determine -- we allocate a total amount of

10:28:16  24    time for that meeting.

10:28:18  25        Q.  So looking at the Wednesday, August 5th, 2009,

| | | |
|---|---|---|
| 10:28:22 | 1 | compensation committee meeting agenda, just pulling an |
| 10:28:28 | 2 | item out, line 2, "FY09 Compensation Update," it appears |
| 10:28:34 | 3 | that you and Mark Bentley were the presenters.  It's an |
| 10:28:37 | 4 | information item, length, four minutes.  Is someone |
| 10:28:40 | 5 | timing you so that when you hit four minutes, you're |
| 10:28:42 | 6 | just -- an alarm goes off and you're done or you can |
| 10:28:46 | 7 | take as much time as you actually need to present the |
| 10:28:49 | 8 | item? |
| 10:28:50 | 9 | A.  Yeah.  In each item, we present and take -- and |
| 10:28:56 | 10 | the committee discusses it as long as they need to. |
| 10:29:00 | 11 | Q.  Okay.  So the length assigned to it on the |
| 10:29:04 | 12 | meeting agenda isn't a limit, necessarily, at all? |
| 10:29:07 | 13 | A.  No. |
| 10:29:14 | 14 | Q.  And Exhibit 1854, do you recognize that |
| 10:29:19 | 15 | document? |
| 10:29:20 | 16 | A.  Yes. |
| 10:29:22 | 17 | Q.  What is Exhibit 1854? |
| 10:29:25 | 18 | A.  It is the meeting materials related to the |
| 10:29:29 | 19 | agenda that we just reviewed. |
| 10:29:33 | 20 | Q.  Did you prepare the materials for the August |
| 10:29:36 | 21 | 5th, 2009, compensation committee meeting? |
| 10:29:38 | 22 | A.  Yes. |
| 10:29:46 | 23 | Q.  If you turn to page -- or the page that has the |
| 10:29:54 | 24 | Bates number that ends 100677, I think it's page 5, the |
| 10:30:00 | 25 | fifth page.  What is represented here on this fifth page |

10:30:09  1   of these materials that you prepared on 231APPLE100677?

10:30:20  2       A.  The proposed FY -- fiscal year '10 annual grant

10:30:28  3   guidelines.

10:30:34  4       Q.  ███████████████████████████████████████████

10:30:38  5   ████████████████████   ███████████████████████████

10:30:44  6   ████████████████████████████████████████████████████

10:30:49  7   ███████████████████████████████████████

10:30:54  8       MR.  RILEY:  Object to the form.

10:31:03  9       THE WITNESS:  Can you --

10:31:06 10       MS.  LEEBOVE:  Q.  Do you need me to

10:31:07 11   clarify?

10:31:07 12       A.  Yeah.

10:31:09 13       Q.  ███████████████████████████████████████████

10:31:13 14   ██████████████████████████████████████████████████████

10:31:20 15   ████████████████████████████████   █████████████████

10:31:27 16   █████████████████

10:31:31 17       MR.  RILEY:  Object to the form.

10:31:37 18       MS.  LEEBOVE:  Q.  Or maybe you can explain

10:31:38 19   to me what the first column of this chart

10:31:40 20   represents.

10:31:45 21       A.  ██████████████████████████████████████████

10:31:49 22   ████████████████

10:31:53 23       Q.  ██████████████████████████████████████████

10:31:56 24   ██████████████

10:32:00 25       A.  █████████████████████████████████████████

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



```
10:32:05   1
10:32:13   2
10:32:17   3
10:32:24   4
10:32:32   5       Q.
10:32:38   6
10:32:42   7
10:32:47   8           MR. RILEY:  Object to the form.
10:32:54   9           THE WITNESS:  By "eligible"?
10:32:57  10           MS. LEEBOVE:  Q.  Well, what is --
10:33:00  11
10:33:05  12
10:33:13  13       A.
10:33:18  14
10:33:24  15
10:33:37  16
10:33:47  17
10:33:52  18                         .
10:33:54  19       Q.
10:34:00  20
10:34:04  21       A.
10:34:10  22
10:34:18  23
10:34:25  24
10:34:34  25
```



10:34:39  1

10:34:48  2

10:34:55  3

10:34:59  4

10:35:05  5

10:35:11  6

10:35:16  7

10:35:19  8

10:35:26  9

10:35:30  10

10:35:33  11

10:35:38  12

10:35:44  13

10:36:01  14      Q.  And I think we'll -- well, I know we'll talk a

10:36:04  15  bit more about the job structure.  But do these job

10:36:09  16  levels, as listed here in this first column on the left

10:36:12  17  on page 231APPLE10067, do these -- are these job levels

10:36:20  18  that appear in the Apple job structure?

10:36:28  19          MR. RILEY:  Object to the form.

10:36:32  20          THE WITNESS:  These are Apple job levels.

10:36:40  21          MS. LEEBOVE:  Q.  And do they -- do the job

10:36:43  22  levels relate in any way to the larger job

10:36:46  23  structure?

10:36:49  24          MR. RILEY:  Object to the form.

10:36:55  25          THE WITNESS:  Larger job structure.  What are

10:36:56  1    you including in -- what do you mean by "larger job

10:36:59  2    structure"?

10:37:00  3             MS. LEEBOVE:  Q.  You've mentioned that

10:37:02  4    Apple has a job structure; is that right?

10:37:08  5        A.  Apple, we have defined jobs and then levels

10:37:16  6    within each job.

10:37:18  7        Q.  Okay.  Are there any other -- is -- you

10:37:23  8    mentioned ███████████████    ████████████████████████

10:37:27  9    ████████████████?

10:37:30  10       A.  Right.

10:37:30  11       Q.  █████████████████████.

10:37:34  12           ████████████████████████████████████████████

10:37:39  13    ████

10:37:42  14       A.  Yes.

10:37:43  15       Q.  Okay.  Were the -- and ██████████████████████

10:38:01  16    ███████████████████████████████████████████████████

10:38:08  17    ███████████████████████████████████████████████████

10:38:15  18    ████

10:38:17  19           MR. RILEY:  Object to the form.

10:38:19  20           THE WITNESS:  The two -- they're two separate

10:38:24  21    and distinct job levels.

10:38:28  22           MS. LEEBOVE:  Q.  Okay.  Is there such a

10:38:29  23    thing as an ██████████████?

10:38:37  24           MR. RILEY:  Object to the form.

10:38:42  25           THE WITNESS:  Yeah.  Each job level is separate

| 10:46:16 | 1 | were increased at once? |
|---|---|---|
| 10:46:17 | 2 | A.  No. |
| 10:47:14 | 3 | (Whereupon, Exhibit 1855 was marked for |
| 10:47:14 | 4 | identification.) |
| 10:47:17 | 5 | MS. LEEBOVE:  Q.  Mr. Burmeister, you have |
| 10:47:18 | 6 | in front of you Exhibit 1855, which I'm guessing |
| 10:47:25 | 7 | you're familiar with, but please take a -- as long |
| 10:47:28 | 8 | as you need to review it. |
| 10:49:44 | 9 | A.  Okay. |
| 10:49:48 | 10 | Q.  Do you recognize this document, Exhibit 1855? |
| 10:49:51 | 11 | A.  Yes. |
| 10:49:52 | 12 | Q.  What is it? |
| 10:49:54 | 13 | A.  A copy of my declaration and along with the |
| 10:50:01 | 14 | exhibits or attachments. |
| 10:50:04 | 15 | Q.  And I think you mentioned that you've reviewed |
| 10:50:06 | 16 | your declaration also in preparation for your deposition |
| 10:50:08 | 17 | today? |
| 10:50:08 | 18 | A.  Yes. |
| 10:50:11 | 19 | Q.  In your review of your declaration in prep -- |
| 10:50:14 | 20 | in preparation for your deposition, did you -- have |
| 10:50:20 | 21 | you -- did you notice anything in your declaration that |
| 10:50:23 | 22 | you would change for -- well, have you noticed anything |
| 10:50:30 | 23 | in your declaration that you would change to make it |
| 10:50:32 | 24 | more accurate or truthful? |
| 10:50:34 | 25 | A.  No. |

10:50:51  1      Q.   In paragraph 3 of your declaration at line 15,

10:50:57  2   you refer to overall compensation budgets, plural.  What

10:51:04  3   did you mean by compensation budgets in the plural?

10:51:30  4      A.   Compensation budgets are three main

10:51:36  5   compensation components:  base salary, bonus, and

10:51:39  6   stock.  And we set the overall compensation budget for

10:51:48  7   these three compensation elements and then provide them

10:51:55  8   to the line of businesses, which then allocate them as

10:51:59  9   appropriate to each of their employees based on

10:52:02  10  performance and contribution.

10:52:14  11     Q.   What are Apple's lines of business currently?

10:52:23  12     A.   There are a number of lines of businesses.  Let

10:52:30  13  me see.

10:52:31  14     Q.   Well, if we could start with your group, what

10:52:33  15  line of business -- line of business do you fall under?

10:52:36  16     A.   HR.

10:52:42  17     Q.   Okay.  Have the number of lines of businesses

10:52:45  18  within Apple changed over time?

10:52:49  19     A.   They have evolved as the business has evolved

10:52:52  20  over the 12 years I've been here.

10:52:55  21     Q.   Since 2005, have any lines of business been

10:52:59  22  created or eliminated?

10:53:03  23     A.   Yes.

10:53:05  24     Q.   Okay.  Which lines -- or what lines of business

10:53:08  25  have been created since 2005?

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

10:53:14  1    A.  Off the top of my head, we have a human

10:53:22  2    interface group, an iOS group, Internet software and

10:53:33  3    services group.  I believe these are the three main ones

10:53:52  4    that we've created.

10:53:53  5         Q.  Do you know how many lines of business Apple

10:53:56  6    presently encompasses?

10:54:02  7         A.  I would say ████████████████████.  But I

10:54:08  8    would have to -- I'd have to look at some of my

10:54:11  9    information -- my documents to see.

10:54:14  10        Q.  Okay.  In paragraph 4 of your declaration, at

10:54:24  11    lines 24 to 25, you state that, █████████████████

10:54:28  12    ████████████████████████████████████████████████

10:54:30  13    ███████████████████

10:54:31  14             What do you mean by that?

10:54:45  15        A.  That we provide compensation budgets for merit,

10:54:51  16    bonus, and stock, and then Apple leadership has adjusted

10:54:57  17    compensation as appropriate for their employees based on

10:55:04  18    merit performance, potential.  ████████████████████

10:55:09  19    ██████████████████████████████████████████████████

10:55:13  20    ███████████████

10:55:15  21        Q.  Does this annual process result in a shifting

10:55:21  22    of salary ranges for each job within the company?

10:55:32  23             MR. RILEY:  Object to the form.

10:55:33  24             THE WITNESS:  By "shifting of salary ranges"?

10:55:35  25             MS. LEEBOVE:  Q.  Well, when you say that

| | | |
|---|---|---|
| 10:55:36 | 1 | Apple has adjusted compensation, do you -- on an |
| 10:55:39 | 2 | annual basis for approximately the last eight years, |
| 10:55:45 | 3 | is part of what you mean to say that Apple's salary |
| 10:55:50 | 4 | ranges have been adjusted on an annual basis for |
| 10:55:55 | 5 | approximately the last eight years? |
| 10:56:00 | 6 | A.  No. |
| 10:56:01 | 7 | Q.  Okay.  What does that mean, then, that Apple |
| 10:56:03 | 8 | has adjusted compensation on an annual basis for |
| 10:56:05 | 9 | approximately the last eight years? |
| 10:56:12 | 10 | A.  I meant that Apple has had an annual planning |
| 10:56:15 | 11 | cycle where we've provided merit budgets, bonus budgets, |
| 10:56:20 | 12 | and stock budgets for leaders to award their employees |
| 10:56:25 | 13 | as appropriate. |
| 10:56:42 | 14 | Q.  You mentioned that Apple's main source of |
| 10:56:44 | 15 | external market data is Radford? |
| 10:56:47 | 16 | A.  Yes. |
| 10:56:51 | 17 | Q.  Do you know how many surveys in addition to |
| 10:56:55 | 18 | Radford Apple looks to for external market data? |
| 10:57:04 | 19 | A.  Radford is the main survey source that we use. |
| 10:57:12 | 20 | We -- we base all of our -- that is our main data |
| 10:57:17 | 21 | source. |
| 10:57:41 | 22 | Q.  I'm just flipping through your -- skipping |
| 10:57:43 | 23 | forward a bit in your declaration to paragraph 6.  At |
| 10:57:50 | 24 | lines 23 to 24 you wrote, "Apple also uses the market |
| 10:57:57 | 25 | data described above to set salary ranges for job levels |

| | | |
|---|---|---|
| 10:58:00 | 1 | and grades." |
| 10:58:05 | 2 | Is that still true today? |
| 10:58:18 | 3 | A.  Yes.  We -- and by "salary ranges," I mean the |
| 10:58:22 | 4 | reference points for salaries by job and level. |
| 10:58:38 | 5 | Q.  Do your salary ranges or reference points -- |
| 10:58:46 | 6 | does the salary range consist of a minimum base salary, |
| 10:58:50 | 7 | a midpoint, and a maximum? |
| 10:58:52 | 8 | A.  Yes. |
| 10:58:54 | 9 | MR. RILEY:  Object to the form. |
| 10:59:01 | 10 | MS. LEEBOVE:  Q.  In response to Apple's |
| 10:59:04 | 11 | analysis of market data on an annual basis, do the |
| 10:59:15 | 12 | salary range minimums increase on an annual basis? |
| 10:59:23 | 13 | MR. RILEY:  Object to the form. |
| 10:59:24 | 14 | THE WITNESS:  Can -- can you repeat the |
| 10:59:48 | 15 | question, please. |
| 10:59:55 | 16 | MS. LEEBOVE:  Q.  Let me see if I can ask |
| 10:59:58 | 17 | it differently. |
| 11:00:03 | 18 | Is it fair to say that Apple uses market data |
| 11:00:05 | 19 | to set minimum, midpoint, and maximum salaries for job |
| 11:00:11 | 20 | levels and grades? |
| 11:00:13 | 21 | MR. RILEY:  Object to the form. |
| 11:00:40 | 22 | THE WITNESS:  Apple -- it's -- by "Apple," your |
| 11:00:43 | 23 | statement Apple set salaries is very broad.  Each |
| 11:00:47 | 24 | individual manager determines the compensation -- total |
| 11:00:52 | 25 | compensation based bonus, and stock award that an |

| | | |
|---|---|---|
| 11:00:59 | 1 | individual has earned.  But by -- your statement Apple |
| 11:01:07 | 2 | used survey data to set Apple salaries, no.  It's a very |
| 11:01:15 | 3 | indirect relationship. |
| 11:01:17 | 4 | MS. LEEBOVE:  Q.  Well, does Apple use |
| 11:01:20 | 5 | market data to set salary ranges? |
| 11:01:27 | 6 | A.  That's a -- it's a ref- -- we use survey data |
| 11:01:31 | 7 | as a reference.  It's one of the inputs that I consider, |
| 11:01:35 | 8 | my group considers when we establish market competitive |
| 11:01:43 | 9 | ranges. |
| 11:01:46 | 10 | Q.  Well, I'm just -- I'm actually reading a |
| 11:01:48 | 11 | statement that you wrote that says, "Apple also uses the |
| 11:01:52 | 12 | market data described above to set salary ranges for job |
| 11:01:56 | 13 | levels and grades." |
| 11:01:57 | 14 | So is that not true?  Apple does not use market |
| 11:02:05 | 15 | data to set salary ranges for job levels and grades? |
| 11:02:08 | 16 | A.  No, it is true.  That is one of the sources of |
| 11:02:13 | 17 | information that my group uses to determine what salary |
| 11:02:19 | 18 | ranges, references are appropriate for Apple.  But it is |
| 11:02:24 | 19 | not the sole -- it's not the sole source. |
| 11:02:27 | 20 | Q.  Okay.  That's fair.  I understand. |
| 11:02:49 | 21 | In paragraph 7, the first sentence of it says, |
| 11:02:53 | 22 | "Once the budgets are set, Apple's managers determine |
| 11:02:59 | 23 | promotions and distribute salaries, bonuses, and stock |
| 11:03:02 | 24 | awards among the individual employees they supervise on |
| 11:03:04 | 25 | the basis of performance reviews and other factors, such |

11:03:08   1   as an employee's skill set and importance to the overall

11:03:11   2   success of the group."

11:03:21   3          Are individual employees' salaries, base

11:03:26   4   salaries, determined by reference to the salary range

11:03:31   5   associated with their positions?

11:03:36   6          MR. RILEY:  Object to the form.

11:03:47   7          THE WITNESS:  Are you asking -- I'm not sure,

11:03:51   8   yeah, what you're asking in that question.

11:03:56   9          MS. LEEBOVE:  Q.  Do Apple's managers

11:03:58  10   distribute salaries with reference to the salary

11:04:04  11   ranges for their employees' positions?

11:04:07  12          MR. RILEY:  Object to the form.

11:04:11  13          THE WITNESS:  Salaries are awarded based on the

11:04:15  14   individual's performance and the other factors as I have

11:04:18  15   listed.  Our salary ranges are reference points.

11:04:22  16   They're -- they're not hard minimums or hard maximums.

11:04:30  17   Those are purely a reference point.  But salaries are

11:04:34  18   truly determined based on an individual one-by-one

11:04:41  19   assessment of the individual.

11:04:46  20          MS. LEEBOVE:  Q.  Do you know how many

11:04:47  21   employees make less than the minimum salary range

11:04:54  22   of -- the minimum of the salary range set for their

11:04:56  23   position?

11:04:57  24          MR. RILEY:  Object to the form.

11:05:02  25          THE WITNESS:  I don't know the number, but

11:05:06  1    there are employees --

11:05:07  2            MS. LEEBOVE:  Q.  Do --

11:05:07  3        A.  -- who do make less than --

11:05:09  4        Q.  Oh, I'm sorry.  I interrupted you.

11:05:12  5        A.  No.  I was saying I don't know the exact

11:05:14  6    number, but there are employees whose salary fall below

11:05:22  7    the minimum reference point.

11:05:24  8        Q.  Do you know about what percentage of Apple

11:05:27  9    employees' salaries fall below the minimum reference

11:05:34 10    point --

11:05:35 11            MR. RILEY:  Object to the form.

11:05:36 12            MS. LEEBOVE:  Q.  -- of the -- of the

11:05:36 13    salary range for their position?

11:05:39 14        A.  I -- I couldn't -- I couldn't guess --

11:05:43 15        Q.  Do you think --

11:05:40 16        A.  -- offhand.

11:05:44 17        Q.  Do you think it's less than half?

11:05:47 18        A.  I would say it's less than half.

11:05:54 19        Q.  Do you think it's less than 10 percent?

11:05:59 20            MR. RILEY:  Object to the form.

11:06:01 21            THE WITNESS:  That's getting too specific.  I

11:06:03 22    couldn't say yes or no without looking at the data.

11:06:05 23            MS. LEEBOVE:  Q.  Okay.  So without looking

11:06:06 24    at the data, you think it's possible that more than

11:06:08 25    10 percent of Apple's employees make less than the

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 11:08:03 | 1 |  |
| 11:08:15 | 2 | A. |
| 11:08:18 | 3 | |
| 11:08:21 | 4 | |
| 11:08:28 | 5 | |
| 11:08:34 | 6 | |
| 11:08:37 | 7 | |
| 11:08:42 | 8 | |
| 11:08:48 | 9 | t |
| 11:08:51 | 10 | |
| 11:08:54 | 11 | |

11:09:06  12      Q.  Has it ever been your experience that a manager

11:09:08  13  has given their -- their entire salary increase budget

11:09:18  14  for a particular year over to just one employee?

11:09:22  15      A.  No.

11:09:41  16      Q.  Do managers ever, in your experience, leave

11:09:43  17  money on the table?  In other words, have merit increase

11:09:49  18  funds allotted to them that they don't distribute to

11:09:52  19  their employees?

11:09:54  20      A.  Yes.

11:09:55  21      Q.  Does that happen frequently?

11:10:01  22      A.  It depends on the group and the leadership.  It

11:10:06  23  just depends by area.

11:10:19  24      Q.  Does paragraph 10 of your declaration, I'm

11:10:23  25  assuming that refers to the process you were talking

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | |
|---|---|
| 11:10:25 | 1 | about in 2005 where Apple changed its job structure?  Or |
| 11:10:37 | 2 | I guess I should say, is this the -- in paragraph 10, |
| 11:10:40 | 3 | are you referring to what we discussed earlier where |
| 11:10:44 | 4 | Apple created a job structure that replaced the -- its |
| 11:10:53 | 5 | old system? |
| 11:10:58 | 6 | A.  Yeah.  In 2010 is when we cleaned up our whole |
| 11:11:09 | 7 | compensation or approach to compensation.  The jobs, job |
| 11:11:16 | 8 | levels, ranges, we just updated them to reflect the |
| 11:11:22 | 9 | business as it was evolving in 2005.  And -- and planned |
| 11:11:28 | 10 | to scale for future years. |
| 11:11:30 | 11 | Q.  Did you -- did you mean to say 2010 just now? |
| 11:11:34 | 12 | You said in 2010 Apple cleaned up its whole approach to |
| 11:11:39 | 13 | compensation.  Did you mean 2005? |
| 11:11:40 | 14 | A.  Yes. |
| 11:11:41 | 15 | Q.  Okay. |
| 11:11:41 | 16 | A.  Sorry. |
| 11:12:57 | 17 | (Whereupon, Exhibit 1856 was marked for |
| 11:12:57 | 18 | identification.) |
| 11:13:01 | 19 | MS. LEEBOVE:  Q.  Mr. Burmeister, you've |
| 11:13:02 | 20 | been handed Exhibit 1856.  It is a nine-page |
| 11:13:13 | 21 | document starting with 231APPLE105342 running |
| 11:13:17 | 22 | through 231APPLE105350. |
| 11:13:24 | 23 | If you could have a look at it and let me know |
| 11:13:26 | 24 | when you've had a chance to do that. |
| 11:14:08 | 25 | Do you recognize the document that's been |

11:14:09  1    marked Exhibit 1856?

11:14:11  2        A.  Yes.

11:14:12  3        Q.  Did you prepare this document or did you

11:14:18  4    participate in creating this document?

11:14:24  5        A.  This document was prepared by my group.

11:14:36  6        Q.  And what is this?

11:14:43  7        A.  This is the document we used to communicate and

11:14:47  8    roll out the -- our new compensation -- globally

11:14:56  9    consistent compensation approach.

11:15:09 10        Q.  When was this document created?  It looks like

11:15:14 11    for fiscal year 2005?

11:15:16 12            Is that correct?

11:15:33 13        A.  I believe it was to be effective at the

11:15:35 14    beginning of fiscal year 2005.

11:15:37 15        Q.  Has this document been updated?  Is there a

11:15:39 16    compensation framework for fiscal years 2006 through the

11:15:44 17    present?

11:15:50 18        A.  No.  This was the -- this was the effort to

11:15:56 19    reflect the current jobs at Apple and to ensure global

11:16:01 20    consistency, and we've maintained that through the

11:16:03 21    years, so there hasn't been another effort to totally

11:16:06 22    revise the approach as we did here.

11:16:10 23        Q.  Okay.  So has this framework that was

11:16:15 24    introduced for fiscal year 2005 been maintained, then,

11:16:19 25    to the present?

11:16:22  1     A.  It has evolved as the business has evolved

11:16:25  2  since 2005, yes.

11:16:39  3     Q.  If you could look at page 4 for me, please.

11:16:45  4  And by all means, take as much time as you need.  But my

11:16:50  5  question is whether any of the salary administration

11:16:58  6  guidelines that are set forth here on page 4 have

11:17:01  7  evolved since 2005.

11:17:19  8     A.  This document was intended to provide managers

11:17:22  9  with a framework of how to think about compensation

11:17:28 10  decisions.  And it was by no means rules or a directive

11:17:35 11  toward them.  It was just simply to give them a

11:17:37 12  framework to make the best business decision -- decision

11:17:41 13  possible.  And the same kind of recommendations apply

11:17:47 14  today, and this has not been updated.

11:17:58 15     Q.  One of the recommendations under "Determining

11:18:01 16  Starting Salaries" -- well, it says, "Starting salaries

11:18:05 17  for new employees are determined by referring to," and

11:18:08 18  the first bullet point says, "Salaries/grades of present

11:18:12 19  employees in related positions."

11:18:16 20     Why would you want to look to salaries and

11:18:19 21  grades of present employees in related positions to

11:18:21 22  determine the starting salary for a new employee?

11:18:25 23     MR. RILEY:  Object to the form.

11:18:48 24     THE WITNESS:  I think that is one factor a

11:18:53 25  manager should look at when evaluating a candidate to

11:18:58  1    see -- and, again, just one of the factors, to see where

11:19:03  2    he or she would fit within their organization, or even

11:19:09  3    if they could fit within their organization.

11:19:26  4              MS. LEEBOVE:  Q.  Are starting salaries

11:19:27  5    determined with reference to the salaries and grades

11:19:29  6    of present employees in related positions?

11:19:33  7              MR. RILEY:  Object to the form.

11:19:46  8              THE WITNESS:  Are you asking if salaries are

11:19:48  9    set based on that reference point alone?

11:19:55  10             MS. LEEBOVE:  Q.  No.  I'm asking whether

11:19:56  11   salaries are set with reference in part to the

11:20:01  12   salaries and grades of present employees in related

11:20:05  13   positions.

11:20:07  14             MR. RILEY:  Object to the form.

11:20:14  15             THE WITNESS:  We suggest that managers be aware

11:20:16  16   of where this candidate may fall within his or her

11:20:22  17   structure.  But, again, it's only one reference point

11:20:25  18   that he or she may use to determine the starting salary.

11:20:34  19             MS. LEEBOVE:  Q.  And the other reference

11:20:35  20   points are set forth in the other three bullet

11:20:38  21   points here?  Would the other three reference points

11:20:41  22   be the salary range for the position being filled,

11:20:44  23   the individual's related education and job

11:20:46  24   experience, and the individual's salary history?

11:20:50  25             A.  To name -- to name just a few, yeah.  A manager

11:20:55  1   could have additional criteria based on the role he or

11:20:59  2   she is trying to fill.

11:21:02  3       Q.  Such as?  What are some examples of additional

11:21:07  4   criteria that might help to -- a manager to determine an

11:21:10  5   employee's starting salary besides the four reference

11:21:13  6   points that are listed here?

11:21:15  7       A.  You're looking at, is it a -- you know, it just

11:21:29  8   would depend by the manager.  They would have their own

11:21:33  9   criteria that they would be looking at, what is

11:21:35 10   important to them.

11:21:43 11       Q.  Have you ever heard of the term "internal

11:21:45 12   equity"?

11:21:49 13       A.  I've -- in a compensation speak language, we

11:21:54 14   use the term "internal equity."

11:21:57 15       Q.  What does it -- what does internal equity mean

11:21:59 16   to you in your compensation speak language?

11:22:05 17       A.  Internal equity means, to me, that what you're

11:22:11 18   looking at, if you're looking at compensation, that it's

11:22:15 19   fair based on the individual's contribution relative to

11:22:21 20   the other employees in your group, or across your

11:22:26 21   organization, whatever your scope of management is.

11:22:35 22       Q.  Is there an internal equity component to

11:22:40 23   determining starting salaries at Apple?

11:22:54 24       A.  It -- internal equity plays into a few, if not

11:22:59 25   all, of these bullets for managers to consider when

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:23:04  1    looking at a candidate to determine a new starting

11:23:07  2    salary.

11:23:12  3         Q.  Does internal equity factor into Apple's

11:23:25  4    compensation -- or does internal equity factor into a

11:23:29  5    salary adjustment made upon a promotion?

11:23:36  6              MR. RILEY:  Object to the form.

11:23:42  7              THE WITNESS:  Are you asking if a manager

11:23:44  8    considers --

11:23:47  9              MS. LEEBOVE:  Q.  Well, I guess I'm asking

11:23:49  10   whether internal equity is a factor at Apple in

11:23:56  11   determining promotional increases.

11:23:59  12             MR. RILEY:  Object to the form.

11:24:09  13             THE WITNESS:  At Apple, each manager has the

11:24:11  14   latitude to determine what is appropriate to pay an

11:24:15  15   individual -- or to -- for promotional increase.

11:24:22  16   Internal equity may or may not factor into their

11:24:27  17   ultimate decision.

11:24:39  18             MS. LEEBOVE:  Q.  What does it mean here --

11:24:41  19   and I'm looking at page 4, starting with ██████

11:24:46  20   ███████████████████████████████████████████

11:24:50  21   ██████████████████████████████████████████

11:24:53  22   █████████████████████████████████████

11:24:57  23   ████████████████████████████████████████

11:24:59  24   █████████████████████████

11:25:01  25             What does that mean?

11:25:17  1        A.   Within these salary administration guidelines,

11:25:20  2    it was -- there was suggestions for how managers could

11:25:23  3    think about, in this case, promotions.  And one of the

11:25:29  4    considerations could be to look at the salaries of

11:25:35  5    individuals in jobs of -- in either the same job, jobs

11:25:47  6    of equivalent value, within the same geographic

11:25:51  7    location.  So it's one factor that managers -- we

11:25:54  8    recommend they consider.

11:26:01  9        Q.   Why?

11:26:05 10        A.   Why what?

11:26:07 11        Q.   Why do you recommend that managers consider the

11:26:09 12    salaries of incumbents in positions of equivalent value

11:26:13 13    and within the same geographical location when

11:26:17 14    determining a promotional increase for an employee?

11:26:21 15        A.   In my view, it's appropriate to be aware of

11:26:29 16    what others in a similar job and level and geographic

11:26:33 17    area are making so that you can assess what this person

11:26:38 18    is bringing into the table to make sure that if you --

11:26:43 19    that it's appropriate salary based on the individuals in

11:26:47 20    the group.  So it's fair and equitable.

11:26:55 21        Q.   Is it important to Apple that members of a

11:27:01 22    particular group believe their salaries are fair and

11:27:06 23    equitable as compared to each other?

11:27:11 24             MR. RILEY:  Object to the form.

11:27:12 25             THE WITNESS:  That's pretty broad.  I'm not

| | | |
|---|---|---|
| 11:27:14 | 1 | sure what you're asking. |
| 11:27:21 | 2 | MS. LEEBOVE:  Q.  If incumbent employees |
| 11:27:23 | 3 | are in positions of equivalent value in the same |
| 11:27:26 | 4 | geographical location, all things being otherwise |
| 11:27:33 | 5 | equal, if they were making wildly different |
| 11:27:36 | 6 | salaries, do you think that would be problematic at |
| 11:27:43 | 7 | all? |
| 11:27:45 | 8 | MR. RILEY:  Object to the form. |
| 11:27:57 | 9 | THE WITNESS:  What do you consider "wildly |
| 11:27:58 | 10 | different"? |
| 11:28:01 | 11 | MS. LEEBOVE:  Q.  If we have two, let's |
| 11:28:05 | 12 | say, software engineers and they both finished |
| 11:28:09 | 13 | college at the same time, they're both working in -- |
| 11:28:12 | 14 | on the peninsula, and their manager regards them as |
| 11:28:20 | 15 | having equivalent value to his or her group, why |
| 11:28:24 | 16 | would Apple not recommend that their compensation |
| 11:28:33 | 17 | differ by a significant amount of money? |
| 11:28:38 | 18 | MR. RILEY:  Object to the form. |
| 11:28:43 | 19 | THE WITNESS:  Okay.  I tracked up until the why |
| 11:28:45 | 20 | wouldn't Apple recommend. |
| 11:28:48 | 21 | MS. LEEBOVE:  Q.  Why doesn't Apple -- does |
| 11:28:49 | 22 | Apple recommend that incumbents in positions of |
| 11:28:51 | 23 | equivalent value within the same geographical |
| 11:28:54 | 24 | location are compensated similarly? |
| 11:28:58 | 25 | MR. RILEY:  Object to the form. |

11:42:28  1    between or among locations with different geographic

11:42:31  2    breakouts, does Apple management strive to promote

11:42:36  3    consistent treatment of these employees and to reduce

11:42:40  4    potential negative financial impact that may come from

11:42:42  5    accepting a position in a lower salary structure?

11:42:47  6        A.  Consistent -- by "consistent treatment," I mean

11:42:52  7    looking at -- looking at the various factors related to

11:42:57  8    that individual's transfer, not consistent in pay levels

11:43:03  9    or bonuses.  So by "consistent treatment," it's a

11:43:10  10   consistent -- you should -- you should consider these

11:43:14  11   factors.  So it's a consistent review of potential

11:43:20  12   factors in that person's transfer.

11:43:26  13          I just rambled.  Sorry.

11:43:29  14      Q.  I do it too.

11:43:34  15          MR. RILEY:  We've been going over an hour.

11:43:35  16   Would this be a good time for a break?

11:43:39  17          MS. LEEBOVE:  Sure.

11:43:41  18          MR. RILEY:  Thanks.

11:43:41  19          THE VIDEOGRAPHER:  This is the end of video

11:43:42  20   No. 2.  The time is 11:43 a.m.  We're going off the

11:43:46  21   record.

11:43:48  22          (Recess taken.)

11:59:36  23          THE VIDEOGRAPHER:  This is the beginning of

11:59:38  24   video No. 3 in the deposition of Steven Burmeister.  The

11:59:42  25   time is 11:59 a.m.  We're back on the record.

| | | |
|---|---|---|
| 11:59:50 | 1 | MS. LEEBOVE:  Q.  Mr. Burmeister, I'm still |
| 11:59:52 | 2 | looking at Exhibit 1856.  You've still got that open |
| 11:59:55 | 3 | in front of you; yes? |
| 11:59:56 | 4 | A.  Yes. |
| 11:59:56 | 5 | Q.  Can you tell me what -- I can read the top of |
| 11:59:59 | 6 | the page it says "Base Pay Salary Structures" on page 7. |
| 12:00:09 | 7 | But can you explain to me what this means to you as the |
| 12:00:20 | 8 | senior compensation director at Apple. |
| 12:00:23 | 9 | A.  These are the reference points for a salary |
| 12:00:26 | 10 | range, for various salary ranges. |
| 12:00:31 | 11 | Q.  ████████████████████████████████████ |
| 12:00:34 | 12 | ████████████████  ████████████████████████ |
| 12:00:38 | 13 | ██████████████████  ████████████████████████ |
| 12:00:43 | 14 | ██████████████████████████████  ██████████████ |
| 12:00:49 | 15 | ████████████████? |
| 12:00:51 | 16 | A.  ████████████████████  ████████████████████ |
| 12:00:56 | 17 | ████████████████████████████████████████████████████ |
| 12:00:59 | 18 | ██████ |
| 12:01:06 | 19 | Q.  Okay.  ████████████████████████████████ |
| 12:01:13 | 20 | ████████████████?  And how do you -- I guess -- and this is |
| 12:01:24 | 21 | just for my own benefit, I'm just trying to determine |
| 12:01:28 | 22 | the relevance of this and -- and what it means.  Just |
| 12:01:32 | 23 | very -- first just very generally.  So if it -- if an |
| 12:01:36 | 24 | ████████████████████████████████████████████████ |
| 12:01:41 | 25 | ██████████████████████████ |

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
12:01:45  1        A.  I wouldn't look at it as that, and we don't --
12:01:48  2   we don't use it like that. ██████████████████████
12:01:55  3   ████████████████████████████████████████████████████
12:01:59  4   ████████████████████████████████████████████
12:02:04  5   ██████████████████████████████████████████████
12:02:11  6   ████████████████████████████████████████████████████
12:02:14  7   ██████████████████████████████
12:02:24  8        Q.  ███████████████████████████████████████
12:02:31  9   ████████████
12:02:35 10        A.  The -- no. ████████████████████████
12:02:42 11   ███████████████████████████████████████████
12:02:46 12   ███████████████████████████  ████████████████
12:02:52 13   ████████████████████████████████████████████████
12:02:55 14   ████████████████████████████████████.
12:03:06 15        Q.  Are these job grades still in effect at Apple
12:03:12 16   this year?
12:03:15 17           MR. RILEY:  Object to the form.
12:03:18 18           THE WITNESS:  Which part of the job grades are
12:03:21 19   you referring to?
12:03:23 20           MS. LEEBOVE:  Q.  Well, just the -- the job
12:03:24 21   number.  So do grades -- for instance, ████████████
12:03:27 22   ██████████████████████████████████████████
12:03:34 23   ██████████████████████████████████████████
12:03:37 24   █████████████████████████████████████████
12:03:47 25   ████████████████
```

| | | |
|---|---|---|
| 12:03:53 | 1 | A.  ████████████████████████ |
| 12:03:56 | 2 | ████████   ████████████████ |
| 12:04:01 | 3 | ████████████████. |
| 12:04:09 | 4 | Q.  ███████████████████████ |
| 12:04:15 | 5 | ████████████████████ |
| 12:04:17 | 6 | █████████████████████████████s |
| 12:04:20 | 7 | ████████████████████████████- |
| 12:04:24 | 8 | ██████████████████████████ |
| 12:04:30 | 9 | ████████████████ |
| 12:04:36 | 10 | A. █████████████████████  ██ |
| 12:04:39 | 11 | ███████ |
| 12:04:45 | 12 | Q.  Have additional grades been added since 2005? |
| 12:04:57 | 13 | A.  We added a new structure to better reflect our |
| 12:05:02 | 14 | in-store retail organization.  But these structures for |
| 12:05:11 | 15 | the non-in-store retail remain in place. |
| 12:05:14 | 16 | Q.  Okay.  How many job families does Apple |
| 12:05:33 | 17 | currently encompass? |
| 12:05:45 | 18 | A.  I would have to go back and look to get the |
| 12:05:48 | 19 | exact number.  I define "job family" as a job.  So |
| 12:05:58 | 20 | within, for example, ████████████████ |
| 12:06:02 | 21 | ████████████████████  ███████ |
| 12:06:09 | 22 | ████████████  ████████████████ |
| 12:06:14 | 23 | ████████████    So the exact number, I would have to |
| 12:06:17 | 24 | go back and look to see how many we have. |
| 12:06:21 | 25 | Q.  Do job families exist within -- do members of |

| | | |
|---|---|---|
| 12:06:26 | 1 | the same job family exist within different lines of |
| 12:06:29 | 2 | business in Apple?  For instance, might there be a |
| 12:06:36 | 3 | financial analyst in the iPod group as well as a |
| 12:06:38 | 4 | financial analyst in HR? |
| 12:06:40 | 5 | A.  Yes. |
| 12:06:42 | 6 | Q.  And are the financial analysts -- how is |
| 12:06:52 | 7 | their -- is their -- are all of the financial analysts' |
| 12:06:56 | 8 | compensation determined with reference to the same |
| 12:06:58 | 9 | salary ranges? |
| 12:07:03 | 10 | MR. RILEY:  Object to the form. |
| 12:07:08 | 11 | THE WITNESS:  Are there -- are you asking if |
| 12:07:12 | 12 | each individual salary -- |
| 12:07:16 | 13 | MS. LEEBOVE:  Q.  No. |
| 12:07:17 | 14 | A.  -- is determined? |
| 12:07:19 | 15 | Q.  I'm asking whether the financial analyst |
| 12:07:21 | 16 | position -- whether the financial analyst positions, I |
| 12:07:29 | 17 | should say, whether the same set of salary range |
| 12:07:37 | 18 | guidelines would apply to a financial analyst regardless |
| 12:07:40 | 19 | of which line of business he or she works in within |
| 12:07:43 | 20 | Apple. |
| 12:07:44 | 21 | MR. RILEY:  Object to the form. |
| 12:08:07 | 22 | THE WITNESS:  Let me answer this -- I'll give |
| 12:08:08 | 23 | you an example.  ████████████████████████████ |
| 12:08:14 | 24 | ████████████████████████████████████████████ |
| 12:08:20 | 25 | ████████████████████████████████ |

12:25:01  1    more divisions between or among managers level --

12:25:06  2    Manager Levels 1, 2, and 3?

12:25:10  3         A.  Each management levels are just that.  They

12:25:14  4    wouldn't have an IC.  You're either an individual

12:25:17  5    contributor or a manager, but you wouldn't be both.

12:25:21  6         Q.  Okay.  And then how about the executives?  How

12:25:36  7    many levels of executives are there?

12:25:41  8         A.  By "executive" -- I'll define "executive" as

12:25:46  9    director and above.  And we have two levels of director:

12:25:53 10    director and senior director.  We have vice president

12:26:02 11    and senior vice president.

12:26:11 12         Q.  Are those four different levels within the

12:26:13 13    executives -- director, senior director, VP, and senior

12:26:16 14    VP?

12:26:22 15         A.  They're four different job levels.

12:26:26 16         Q.  Might a director, senior director, VP, or

12:26:31 17    senior VP also be an IC?

12:26:33 18         A.  No.

12:26:38 19         Q.  Okay.  Where would I go to find, to the extent

12:27:18 20    they have not been produced, because I'm not certain

12:27:21 21    that there are -- you mentioned that the base pay

12:27:26 22    salary -- there -- for some years, the base pay salary

12:27:28 23    structure has -- well, the base pay salary structure has

12:27:31 24    from time -- has changed from year to year, but not

12:27:34 25    necessarily; is that right?

| | | |
|---|---|---|
| 12:27:38 | 1 | MR. RILEY:  Object to the form. |
| 12:27:41 | 2 | MS. LEEBOVE:  Q.  Is there a separate base |
| 12:27:42 | 3 | pay salary structure compensation framework for each |
| 12:27:45 | 4 | fiscal year? |
| 12:27:47 | 5 | A.  No. |
| 12:27:51 | 6 | Q.  Okay.  If I wanted to see all of the base pay |
| 12:27:55 | 7 | salary structure compensation frameworks that have been |
| 12:27:59 | 8 | in operation at Apple between fiscal year 2005 and the |
| 12:28:02 | 9 | present, where would those be? |
| 12:28:07 | 10 | A.  The term "compensation framework" specifically, |
| 12:28:12 | 11 | we use it in relation to this project.  We have -- there |
| 12:28:18 | 12 | are jobs and salary ranges for each year, and we have |
| 12:28:27 | 13 | those in our HRIS system.  But they wouldn't be called |
| 12:28:30 | 14 | "compensation framework." |
| 12:28:36 | 15 | Q.  Okay.  Let me just ask you what -- to the |
| 12:28:49 | 16 | extent it could conceivably help at all.  Exhibit 1857. |
| 12:28:59 | 17 | (Whereupon, Exhibit 1857 was marked for |
| 12:28:59 | 18 | identification.) |
| 12:29:23 | 19 | MS. LEEBOVE:  Q.  Mr. Burmeister, you've |
| 12:29:24 | 20 | been handed Exhibit 1857.  Take the time you need to |
| 12:29:27 | 21 | look at it. |
| 12:29:33 | 22 | I can tell you my first question is going to be |
| 12:29:36 | 23 | super basic, which is, what is this? |
| 12:30:15 | 24 | A.  This appears to be a ███████████████ |
| 12:30:19 | 25 | ████████████████████ |

Deposition of Steven Burmeister                              In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | | |
|---|---|---|
| 12:30:21 | 1 | Q.  Okay.  And by "this," let me just clarify |
| 12:30:23 | 2 | you're talking about Exhibit 1857, which begins with |
| 12:30:28 | 3 | 231APPLE098851 through 98- -- oh, they're all the same |
| 12:30:35 | 4 | Bates number.  Okay.  So it's a multipage document with |
| 12:30:40 | 5 | every page bearing the same number, 231APPLE098851. |
| 12:30:45 | 6 | And you said this looks to be a |
| 12:30:47 | 7 | |
| 12:30:48 | 8 | A.  Yes. |
| 12:30:51 | 9 | Q. |
| 12:30:54 | 10 | A.  Yeah. |
| 12:30:57 | 11 | Q.  Does Apple use -- does Apple |
| 12:31:04 | 12 | ? |
| 12:31:09 | 13 | A. |
| 12:31:13 | 14 | |
| 12:31:17 | 15 | a |
| 12:31:20 | 16 | Q.  Is that called benchmarking? |
| 12:31:22 | 17 | MR. RILEY:  Object to the form. |
| 12:31:29 | 18 | THE WITNESS:  Are -- is what called |
| 12:31:30 | 19 | benchmarking? |
| 12:31:31 | 20 | MS. LEEBOVE:  Q. |
| 12:31:32 | 21 | |
| 12:31:34 | 22 | |
| 12:31:41 | 23 | |
| 12:31:44 | 24 | |
| 12:31:49 | 25 | A.  It's one element of benchmarking.  Benchmarking |

| 12:31:55 | 1 | is a broad term that we use more generally. |
|---|---|---|
| 12:32:01 | 2 | Q. How do you use the term -- what does |
| 12:32:04 | 3 | benchmarking mean to you in your work as the senior |
| 12:32:07 | 4 | compensation director at Apple? |
| 12:32:10 | 5 | A. Benchmarking is, to me, a comparison of one -- |
| 12:32:20 | 6 | an area -- you benchmark -- you can benchmark any piece |
| 12:32:27 | 7 | of the compensation program to any -- you benchmark, you |
| 12:32:33 | 8 | are comparing it to something. So the benchmark is just |
| 12:32:36 | 9 | a comparison. |
| 12:32:40 | 10 | Q. So this wasn't -- and I just had no idea what |
| 12:32:44 | 11 | this was. So these are ▇▇▇▇▇▇▇, this isn't an |
| 12:32:48 | 12 | internal inventory, so to speak, of positions within |
| 12:32:56 | 13 | Apple? |
| 12:32:57 | 14 | A. It appears just to be ▇▇▇▇▇ |
| 12:32:59 | 15 | Q. Okay. I want to flip back, if we could, to |
| 12:33:28 | 16 | Exhibit 1856, which is the -- there you go. |
| 12:33:44 | 17 | I think we had left off under the -- on page |
| 12:33:47 | 18 | 231APPLE105345. It's page 4 of the document. We were |
| 12:33:52 | 19 | talking when we last spoke about this document about the |
| 12:33:55 | 20 | section about transfers to regions with different salary |
| 12:33:58 | 21 | structures. |
| 12:33:59 | 22 | One of the bullets here says, "In order to make |
| 12:34:06 | 23 | a salary decision under these circumstances, the manager |
| 12:34:10 | 24 | should consider each of the following factors." And one |
| 12:34:15 | 25 | of the factors is, ▇▇▇▇▇▇ |

| 12:48:49 | 1 | MS. LEEBOVE:  Q.  Are you aware of |
| 12:48:50 | 2 | instances where employees who were performing |
| 12:49:00 | 3 | satisfactorily have been paid less than the minimum |
| 12:49:05 | 4 | for their salary range or salary ranges? |
| 12:49:09 | 5 | MR. RILEY:  Object to the form. |
| 12:49:16 | 6 | THE WITNESS:  Are you asking is it possible? |
| 12:49:19 | 7 | MS. LEEBOVE:  Q.  I'm asking -- well, I |
| 12:49:22 | 8 | think you've told me repeatedly that it's possible. |
| 12:49:25 | 9 | I'm wondering whether, in your experience, it has |
| 12:49:28 | 10 | happened. |
| 12:49:30 | 11 | MR. RILEY:  Object to the form. |
| 12:49:40 | 12 | THE WITNESS:  I'd have to go back at the data |
| 12:49:44 | 13 | to look to see the individual actual actions to |
| 12:49:51 | 14 | determine if there are or aren't. |
| 12:49:59 | 15 | MS. LEEBOVE:  Q.  You have no way of |
| 12:49:59 | 16 | knowing without looking back to the -- to employees' |
| 12:50:03 | 17 | compensation records whether, in -- in your |
| 12:50:07 | 18 | experience, there have been Apple employees who are |
| 12:50:11 | 19 | performing satisfactorily but who are being paid |
| 12:50:16 | 20 | below the minimum of their salary range? |
| 12:50:20 | 21 | MR. RILEY:  Object to the form. |
| 12:50:35 | 22 | THE WITNESS:  Performance evaluation is such |
| 12:50:36 | 23 | a -- it's one aspect of the evaluation.  So it could |
| 12:50:49 | 24 | absolutely be a possibility, but without looking at the |
| 12:50:52 | 25 | data to see exactly where every employee is, I don't |

| | | |
|---|---|---|
| 12:50:56 | 1 | know where we're at. |
| 12:51:00 | 2 | MS. LEEBOVE:  Okay.  Well, I actually would |
| 12:51:05 | 3 | like to take a break so I can do some assessment and |
| 12:51:09 | 4 | shuffling of my materials here.  And I think it may be |
| 12:51:13 | 5 | close to -- it's almost 1:00 o'clock.  Do you guys want |
| 12:51:19 | 6 | to break for lunch? |
| 12:51:21 | 7 | MR. RILEY:  Sure. |
| 12:51:22 | 8 | MS. LEEBOVE:  Assuming you want to eat.  Okay. |
| 12:51:26 | 9 | THE VIDEOGRAPHER:  Should we go off the record? |
| 12:51:27 | 10 | MS. LEEBOVE:  Yeah.  Let's do that. |
| 12:51:28 | 11 | THE VIDEOGRAPHER:  This is the end of video |
| 12:51:30 | 12 | No. 3.  The time is 12:51 p.m.  We're off the record. |
| 12:51:33 | 13 | (Recess taken.) |
| 01:44:51 | 14 | THE VIDEOGRAPHER:  This is the beginning of |
| 01:44:52 | 15 | video No. 4 in the deposition of Steven Burmeister.  The |
| 01:44:56 | 16 | time is 1:44 p.m.  We're back on the record. |
| 01:45:03 | 17 | MS. LEEBOVE:  Q.  Welcome back. |
| 01:45:04 | 18 | A.  Thank you. |
| 01:45:08 | 19 | Q.  Let me start with showing you yet another |
| 01:45:15 | 20 | exhibit. |
| 01:45:35 | 21 | (Whereupon, Exhibit 1858 was marked for |
| 01:45:35 | 22 | identification.) |
| 01:45:39 | 23 | MS. LEEBOVE:  Q.  So, Mr. Burmeister, |
| 01:45:40 | 24 | you've been handed Exhibit 1858.  It's a document |
| 01:45:47 | 25 | that begins on the page Bates-stamped 231APPLE098912 |

01:45:53  1    and runs double-sided through -- oh, 098912.

01:46:05  2            MR. RILEY:  I think these were produced in

01:46:07  3    electronic format --

01:46:07  4            MS. LEEBOVE:  Yes.

01:46:08  5            MR. RILEY:  -- so when you printed them out,

01:46:11  6    they came out....

01:46:42  7            MS. LEEBOVE:  Q.  And to the extent it

01:46:44  8    makes a difference for you in reviewing this, I

01:46:46  9    don't have any interest in any of the pages that

01:46:49  10   relates to any country other than the U.S.  And I

01:46:55  11   see that's -- most of this document relates to

01:46:58  12   foreign markets.

01:48:04  13           Ready?

01:48:06  14       A.  Uh-huh.

01:48:06  15       Q.  Can you tell me what this document is,

01:48:08  16   Mr. Burmeister?

01:48:09  17       A.  It looks to be a recap of competitive --

01:48:14  18   rather, compensation analysis that we conducted back in

01:48:21  19   2006.

01:48:24  20       Q.  Have you conducted similar analyses for the

01:48:31  21   years between 2005 and -- and 2010?  Obviously this is

01:48:35  22   2006.  But have you produced similar compensation

01:48:40  23   analyses for 2005, '7, '8, '9, and '10?

01:48:45  24       A.  Yes.

01:48:47  25       Q.  Okay.  Is this a report that you run with a

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

01:48:52   1    particular frequency?

01:48:56   2        A.  We look at this on an overall basis once per

01:49:00   3    year.

01:49:06   4        Q.  Okay.  What is the reason for your looking at

01:49:10   5    this on an overall basis once a year?

01:49:15   6        A.  It's a -- so we have an awareness of where we

01:49:21   7    pay on average against our reference point.

01:49:27   8        Q.  And in this instance, ███████████████████████

01:49:30   9    ███████████████████████████    ████████████████████████

01:49:39   10       A.  ██████████████████████████████    ████████████

01:49:45   11    ████████████████████████████████████████

01:49:50   12    ██████████████████████████████████.

01:49:58   13       Q.  In your work as the senior compensation

01:50:01   14   director, ███████████████████████████████

01:50:05   15   ████████████████████████████████████████████████████████

01:50:11   16   █████████████████████

01:50:20   17            MR. RILEY:  Object to the form of the question.

01:50:24   18            THE WITNESS:  Yeah, in my -- can you be more

01:50:29   19   specific about in my work as compensation --

01:50:34   20            MS. LEEBOVE:  Q.  Oh, sure.

01:50:35   21            Does Apple -- well, it didn't necessarily so

01:50:37   22   much have to do with you personally, but do you know

01:50:39   23   whether Apple, as a company in setting salaries in the

01:50:46   24   United States, whether Apple ████████████████████████

01:50:51   25   █████████████████████████████████████

01:50:58  1     ██████████████████

01:50:59  2      A.  ██████████████████████████  ███████████

01:51:02  3     ████████████████████████████████████

01:51:05  4     ███████████████████████████████████████

01:51:10  5     ██████████████████

01:51:13  6      Q.  And to clarify, ███████████████████

01:51:16  7     ███████████████████████  █████████

01:51:19  8     ████████████████████████████████████████,

01:51:26  9     ███████████████████████████████████

01:51:29 10     ████████████████████████████?  If that

01:51:34 11   makes sense to you.

01:51:35 12        MR. RILEY:  Object to the form.

01:51:44 13        THE WITNESS:  █████████████████

01:51:46 14     ███████████████████████████

01:51:51 15     ██████████████████████████████████████

01:51:52 16     █████████████████████████████████████

01:52:00 17     ████████████████████████████.

01:52:09 18        MS. LEEBOVE:  Q.  Is one of Apple's goals

01:52:11 19   to keep compensation in line with the -- with

01:52:20 20   competitive market rates?

01:52:28 21        MR. RILEY:  Object to the form.

01:52:39 22        THE WITNESS:  In line with?  Meaning?

01:52:45 23        MS. LEEBOVE:  Q.  Is it fair to say that

01:52:45 24   Apple pays wages that correspond to prevailing rates

01:52:54 25   in the outside market for similar jobs?

| | | |
|---|---|---|
| 02:06:53 | 1 | A.   CEO, Facilities, Finance, HR, IS&T -- |
| 02:07:01 | 2 | Q.   What is IS&T?  Sorry to interrupt you. |
| 02:07:04 | 3 | A.   IS&T -- what's the acronym?  Information |
| 02:07:07 | 4 | systems and technology. |
| 02:07:13 | 5 | -- Legal, Applecare, Filemaker, Hardware, |
| 02:07:23 | 6 | Operations, Sales, Software. |
| 02:07:32 | 7 | Q.   Did iPod not exist in 2005? |
| 02:07:35 | 8 | A.   iPod did in 2005. |
| 02:07:36 | 9 | Q.   Okay.  Is iPod -- would iPod be included on the |
| 02:07:40 | 10 | list of lines of business that have existed for each |
| 02:07:43 | 11 | fiscal year 2005 to the present -- or to 2010, rather? |
| 02:07:48 | 12 | A.   No. |
| 02:07:49 | 13 | Q.   When did -- has iPod fallen off the list of |
| 02:07:52 | 14 | lines of business? |
| 02:07:54 | 15 | A.   The business has evolved and we no longer have |
| 02:07:58 | 16 | a stand-alone iPod division.  It has been blended in |
| 02:08:03 | 17 | with the hardware group. |
| 02:08:12 | 18 | Q.   And what happened to the Applications line of |
| 02:08:14 | 19 | business? |
| 02:08:15 | 20 | A.   Applications has been further defined.  We no |
| 02:08:20 | 21 | longer have just an overall Applications group.  We have |
| 02:08:23 | 22 | a Internet Software and Services group, ISS.  We have a |
| 02:08:34 | 23 | iTunes group.  And I believe there is another one. |
| 02:08:40 | 24 | There is three that we split off to, and I'd have to |
| 02:08:44 | 25 | look to see the current three. |

| 02:08:50 | 1 | Q.  So if we turn to page 2, what in -- I would |
| 02:09:03 | 2 | like for you to walk me through this page just as we did |
| 02:09:06 | 3 | the first page.  Can you tell me what the "Job Level" |
| 02:09:10 | 4 | column describes and what these letters and numbers |
| 02:09:19 | 5 | stand for? |
| 02:09:21 | 6 | A.  Sure.  This page is representing the data in a |
| 02:09:27 | 7 | different view.  The first page we looked at was by line |
| 02:09:32 | 8 | of business hierarchy.  This second page is representing |
| 02:09:38 | 9 | the data by job level regardless of which line of |
| 02:09:44 | 10 | business it falls into. |
| 02:09:48 | 11 | Q.  Is this an -- well, ███████████████████ |
| 02:09:54 | 12 | ████████████████████████ |
| 02:10:02 | 13 | A.  ████ |
| 02:10:05 | 14 | Q.  Okay.  And have these job -- |
| 02:10:07 | 15 | A.  Up -- |
| 02:10:08 | 16 | Q.  Oh, go ahead. |
| 02:10:09 | 17 | A.  ██████████████ |
| 02:10:11 | 18 | Q.  Okay. |
| 02:10:12 | 19 | A.  Sorry. |
| 02:10:12 | 20 | Q.  So there are -- there were additional job |
| 02:10:17 | 21 | levels above director, which would be, I'm guessing, the |
| 02:10:23 | 22 | executive level?  Or -- well, you tell me.  I shouldn't |
| 02:10:28 | 23 | be guessing. |
| 02:10:29 | 24 | A.  Yeah.  Senior director, EVP, SVP, and CEO. |
| 02:10:37 | 25 | Q.  Just out of curiosity it lists CEOs within each |

02:10:40  1    line of business on the first page.  Who would -- who

02:10:45  2    are those CEOs?

02:10:48  3        A.  It's -- CEO is -- we call it a line of

02:10:52  4    business.  It would be the support people in the office

02:10:57  5    of the CEO.  So his admin, his technology support.  It's

02:11:04  6    very few -- it's four people, but we segment them only

02:11:07  7    to his office.

02:11:09  8        Q.  Okay.  All right.  But moving back, then, to

02:11:15  9    page 2, aside from senior directors, vice presidents,

02:11:22 10    senior vice presidents, and the CEO, are all of Apple's

02:11:27 11    job levels for 2006 reflected in the first column on

02:11:31 12    page 2 of the 2006 compensation analysis for the USA

02:11:35 13    region?

02:11:36 14        A.  Yes.

02:11:40 15        Q.  Have these job levels remained constant

02:11:42 16    between -- did these job levels remain constant between

02:11:47 17    2005 and 2010?

02:11:49 18        A.  By "remain constant"?

02:11:52 19        Q.  Did each of these job levels exist for the

02:11:56 20    fiscal years 2005 through 2010?

02:11:58 21        A.  Yes.

02:12:02 22        Q.  Were any additional job levels added --

02:12:08 23        A.  Yes.

02:12:08 24        Q.  -- after 2006?

02:12:11 25            Can you tell me what they are?

02:26:24  1   or an S?

02:26:27  2        A.   There could be a job in the R&D and marketing

02:26:32  3   group that has a support-level position.

02:26:40  4        Q.   Okay.  The first five items listed under "Job

02:26:53  5   Level" here on this second page of this Exhibit 1858, it

02:27:00  6   says "DIR."  And that -- does that stand for director?

02:27:06  7        A.   Yes.

02:27:07  8        Q.   MGR3, is that Manager Level 3?

02:27:09  9        A.   Yes.

02:27:11 10        Q.   MGR2, Manager Level 2?

02:27:13 11        A.   Yes.

02:27:13 12        Q.   Is MGR1, Manager Level 1?

02:27:16 13        A.   Yes.

02:27:17 14        Q.   And SUP is supervisor?

02:27:19 15        A.   Correct.

02:27:21 16        Q.   Are those five job levels listed here in

02:27:24 17   hierarchical order from top down?

02:27:29 18        A.   Yes.

02:27:38 19        Q.   Do the supervisor, manager, and director job

02:27:40 20   levels also -- is there -- well, I guess what I'm trying

02:27:50 21   to understand is whether there would be, within the R&D

02:27:55 22   and marketing group -- which we discussed are within the

02:27:58 23   R&D and marketing jobs, which would fall under the ICT

02:28:02 24   job levels, right? -- are there also supervisors and

02:28:08 25   managers and directors who work in R&D and marketing?

02:28:12   1        A.   Yes.

02:28:16   2        Q.   Are there supervisors, managers, and directors

02:28:19   3   whose work would fall under support or hourly?

02:28:28   4        A.   Could you ask that again, please.

02:28:30   5        Q.   I'm not sure.  I don't think so actually.

02:28:32   6        A.   Okay.

02:28:38   7        Q.   Can you walk me through these columns as well,

02:28:40   8   though?  So for -- if we just take the director line all

02:28:41   9   the way across --

02:28:43  10        A.   Sure.

02:28:43  11        Q.   -- can you tell me what those different columns

02:28:44  12   mean.

02:28:46  13        A.   This second page is laid out as the first page

02:28:51  14   is.  The only different is the view, instead of line of

02:28:55  15   business, is by job level.  So we have a number of

02:28:59  16   directors.  ████████████████████████████   ████████

02:29:05  17   ██████████████████████████████████████████████

02:29:09  18   ███████████████████████████████████████████

02:29:16  19   ████

02:29:17  20       █████████████████████████████████████

02:29:19  21   ███████████████████████████████████████████

02:29:25  22   ████████████████████████  █████████████████

02:29:29  23   ██████████████████████████████████

02:29:37  24   █████████████████████████████████████████████

02:29:40  25   █████████████████████  ████████████████████

Deposition of Steven Burmeister                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
02:29:47   1   ████████████████████████████████████████████
02:29:52   2   ███████████████████████████  ████████████████
02:30:00   3   ████████████████████████████████████████████
02:30:07   4   ██████████████
02:30:09   5        ██████████████████████████████████████
02:30:14   6   █████████████████████████  ██████████████████
02:30:17   7   ████████████████████████████████████████
02:30:22   8   ███████████████████████████
02:30:24   9        Q.  Okay.  Can you walk me through the second
02:30:30  10   grouping of columns under ████████████████  as well.
02:30:33  11        A.  Yep.  ██████████████████████████████████
02:30:36  12   ███████████████████████  ██████████████████████
02:30:42  13   ██████████████████████████████████████████████
02:30:48  14   ███████████████████████████████████████████
02:30:51  15   ████████████████████████████  █████████████████
02:30:54  16   ███████████████████████████████████████████
02:30:59  17   ████████████████████████████
02:31:04  18        Q.  And then those last four columns under "Bonus."
02:31:08  19        A.  Bonus --
02:31:08  20        Q.  Can you explain those to me as well.
02:31:10  21        A.  Oh, sure.
02:31:12  22             ██████████████████████████████████████
02:31:16  23   ███████████████████████████████████████████
02:31:23  24   ████████████████████████████████  ████████████
02:31:28  25   █████████████████████████████████████████████
```

02:31:33  1  ███████████  ████████████████

02:31:36  2  ████████  ████████████  ████████████

02:31:43  3  ████████████████████

02:31:48  4  ████████████████████████

02:31:52  5      Q.  Okay.  And then where -- well, are there

02:32:28  6  particular -- is there a single salary range that's

02:32:39  7  associated with the director -- with the director level

02:32:44  8  position?  I'm not asking with reference to this

02:32:49  9  document, because I don't see any salary ranges on here.

02:32:51  10  But is there a salary range then associated with the

02:32:54  11  director level position?

02:32:57  12          MR. RILEY:  Object to the form.

02:33:05  13          THE WITNESS:  Yeah.  That's broad.  And no,

02:33:10  14  it's -- that's too broad of a statement.  Each specific

02:33:20  15  director level position is assigned to the appropriate

02:33:23  16  grade range, which could be different job between job.

02:33:39  17          MS. LEEBOVE:  Q.  Can you overlay Apple's

02:33:44  18  base salary range structure onto this -- onto its

02:33:49  19  job level structure?  Is that possible?

02:33:55  20          MR. RILEY:  Object to the form.

02:34:02  21          THE WITNESS:  I -- I haven't tried to do that,

02:34:06  22  so I'm not sure how I would do it or what information

02:34:11  23  that would provide to me.

02:34:17  24          MS. LEEBOVE:  Q.  Is there a -- how did

02:34:27  25  these job levels -- or, well, first, I guess my

Deposition of Steven Burmeister          In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

02:34:30  1    question is, do these job levels correspond in any

02:34:33  2    way to the -- to the jobs that are list -- that are

02:34:48  3    identified in Apple's base salary structure?

02:35:03  4        A.  These are the job levels that we use in our --

02:35:06  5    our compensation programs at Apple.

02:36:04  6        Q.  If you'd turn back to Exhibit 1856, please.

02:36:19  7    Can you tell me whether there is any relation between

02:36:23  8    these job levels that are listed on -- okay.  So let me

02:36:27  9    start over.

02:36:28  10       If we look on Exhibit 1858 at page 2 and the

02:36:33  11   list of job levels that are set out here, do these

02:36:38  12   correspond in any way to the grades that make up the

02:36:43  13   base pay salary structures in Exhibit 1856?

02:36:58  14       A.  Well, levels are further breakdowns -- it's a

02:37:05  15   definition of level within each job.  ██████████████

02:37:09  16   █████████████████████████████████████████.

02:37:20  17       Q.  ████████████████████████████████████████████

02:37:23  18   █████

02:37:28  19       A.  ███████████████████████████████████████████

02:37:34  20   ███████████████████████  ██████████████████████████

02:37:39  21   █████████████████████████████████████████████████

02:37:54  22   █████████████████████████████████████████████████

02:37:58  23   ████████████████████████████████████████████████

02:38:03  24   ██████████████████████████████████

02:38:11  25       Q.  Is there a document that you could point me to

02:38:17  1     that sets forth where each -- your ███████████████

02:38:24  2     ████████████████████████████████████████████

02:38:30  3     ███████████████████████████████████████

02:38:38  4         A.  ██████████████████████████████████

02:38:42  5     ███████████████████████████████████████ --

02:38:47  6     ████████████████████████ ██████████████████████████

02:38:52  7     ████████████████████ ██████████████████████████

02:39:05  8     ███████████████████████████████████████████

02:39:12  9     ███████████████

02:39:14  10        Q.  Is there a list or database or -- well, let me

02:39:25  11    start over.

02:39:26  12            Is there somewhere that I could look to see the

02:39:31  13    salary range assigned to each job and level within

02:39:36  14    Apple?

02:39:39  15        A.  Yes.

02:39:40  16        Q.  And what is that that I would look to for that

02:39:44  17    information?

02:39:46  18        A.  It's -- it's something that I could pull

02:39:49  19    together.

02:40:02  20        Q.  So it's data that you have, but not -- you'd

02:40:05  21    have to create a -- you'd have to create a document for

02:40:12  22    me that would list -- that would identify each job --

02:40:13  23    job and level assigned and the assigned salary range?

02:40:17  24        A.  Correct.

02:40:22  25        Q.  Okay.  If we turn to -- gosh, I wish these

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

02:40:57  1    pages were numbered.  I'm looking at the page that reads

02:41:12  2    at the top "Apple Computer Inc., 2006 Compensation Data

02:41:16  3    Analysis, U.S. Retail Corporate, Actual vs. Market

02:41:19  4    Data."  If you could find that page in your

02:41:25  5    Exhibit 1858.

02:41:41  6         A.  To confirm, the page that says "2006

02:41:44  7    Compensation Analysis U.S. Retail Stores," and on the

02:41:47  8    third line, "No Market Data"?

02:41:49  9         Q.  No.  Mine says -- there you are.

02:41:55 10         A.  Okay.

02:42:01 11         Q.  Can you tell me what the "Job Code" column

02:42:05 12    signifies?

02:42:16 13         A.  It's a code associated with the job that's in

02:42:19 14    level -- I'm sorry, Column 2.

02:42:27 15         Q.  Does each job within Apple have a job code?

02:42:30 16         A.  Yes.

02:42:43 17         Q.  ████████████████████████████████████

02:42:46 18    ████████████████████████████

02:42:48 19         A.  ████████

02:43:03 20         Q.  If we look at the very first line here, it

02:43:05 21    says, ████████████████████████████████████

02:43:13 22    ████████████████████    ████████    ████████████████

02:43:23 23    ████████████████████████

02:43:27 24         A.  ████    ████████████████████████████████

02:43:30 25    ████████████████████████████

Deposition of Steven Burmeister                     In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

03:49:32  1   what they had communicated at that time.

03:49:35  2            MS. LEEBOVE:  Q.  Okay.  In the -- was it

03:49:49  3   your experience when you attended the Deloitte

03:49:51  4   quarterly high-tech roundtable meetings that

03:49:55  5   representatives of the companies that attended would

03:49:59  6   share nonpublic compensation information?

03:50:09  7            MR. RILEY:  Object to the form.

03:50:18  8            THE WITNESS:  What would you consider nonpublic

03:50:25  9   compensation information?

03:50:29 10            MS. LEEBOVE:  Q.  Well, do you typically,

03:50:31 11   as you're engaging in the compensation planning

03:50:33 12   cycle for Apple, do you typically keep your

03:50:37 13   counterparts at Adobe in the loop on Apple's

03:50:40 14   progress and its targets and the work that it's

03:50:44 15   doing?

03:50:45 16       A.  No, absolutely -- no detail, no specifics.

03:50:50 17       Q.  And would you give any other company any

03:50:54 18   detailed information about Apple's compensation planning

03:50:59 19   as it was happening?

03:51:02 20            MR. RILEY:  Object to the form.

03:51:11 21            THE WITNESS:  Apple is generally the first out

03:51:13 22   of the gate.  We don't share information with anyone.

03:51:17 23   We're always first to the party.  So we have no reason

03:51:23 24   to share information with anyone.

03:51:29 25            MS. LEEBOVE:  Q.  Okay.  You can set these

```
03:51:31  1    aside.

03:51:46  2         I think you have there still somewhere in your

03:51:48  3    pile of documents Exhibit 1861.  It's this one.  It's

03:51:52  4    the Review.  Recognize.  And Reward for FY08.

03:52:03  5         And if you turn to page 30, I don't know if

03:52:05  6    you've had a chance to review every page, but take a

03:52:12  7    moment and have a look.

03:52:15  8         A.  30 -- which --

03:52:17  9         Q.  They're actually numbered for a change.  ████

03:52:20 10    ████████████████████████████████████████████████████

03:52:24 11    ██████████  ████████████████████████████

03:52:50 12         A.  Okay.

03:52:51 13         Q.  Okay.  █████████████████████████████   ████

03:52:54 14    ████████████████████████████████████████████████."

03:52:57 15    █████████████████████████████████████████████████████

03:53:02 16    █████████████████████████████████████████████████████

03:53:05 17    █████████████████████

03:53:06 18         Do you see where it says that?

03:53:07 19         A.  Yes.

03:53:09 20         Q.  Do you disagree with that statement?

03:53:18 21         A.  No, as it relates to the context of the entire

03:53:22 22    compensation planning process.

03:53:30 23         Q.  What do you mean?

03:53:31 24         A.  ██████████████████████████████████████████████,

03:53:39 25    ██████████████████████████████████████████████████
```

Deposition of Steven Burmeister                  In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

```
03:53:45   1  ███████████████████████████████████████
03:53:48   2  ███████████████████████████████████████
03:53:54   3  ████████████████████████████████████
03:53:59   4  ██████████████
03:54:09   5      Q.  ████████████████████████████████
03:54:11   6  ██████████████████████?
03:54:21   7      A.  Right.  That was the sentence you asked me
03:54:23   8  to....
03:54:23   9      Q.  ████████████████████████████████
03:54:24  10  ████████████████████████████████████████?
03:54:36  11      Does that happen in Apple?
03:54:39  12      A.  ██████████████████████████  --
03:54:41  13  ██████████████████████████████████
03:54:48  14  ████████████████  ██████████████████
03:54:53  15  ███████████████████████████████████████
03:54:57  16  ██████████████████████████████████
03:55:03  17  █████████████████████████████████████████
03:55:09  18  ██████
03:55:22  19      Q.  ██████████████████████████████████
03:55:24  20  ██████████████████████████████████
03:55:28  21  ████████████████████
03:55:34  22      A.  ██████████████████████  ██
03:55:41  23  ███████████████████████████████████
03:55:45  24  █████████████████████████████████████████
03:55:51  25  █████████████████████████████████████
```



Deposition of Steven Burmeister                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

03:55:56   1   ███████████████████████████████████

03:55:58   2   ██████████████████████████████ .

03:56:05   3        Q.   ██████████████████████████████

03:56:08   4   ████████████████████ ?

03:56:09   5        A.   █████████ .

03:56:18   6        Q.   ██████████████████████████████

03:56:21   7   ███████████████████████████████████

03:56:31   8   ████████████████████████████

03:56:40   9   ██████████████████████████████

03:56:51  10        A.   ███   ████████████████████████

03:56:55  11   ███████████████████████████████████

03:57:00  12   ██████████████████████████████

03:57:05  13   ███████████████████████████

03:57:09  14   ██████████████████   ████████████████

03:57:13  15   ████████████   ██████████████████

03:57:18  16   █████████████████████████████

03:57:20  17   ████████████   ██████████████████████

03:57:23  18   █████████████████████████████

03:57:27  19   ████████████   ██████████████████████

03:57:34  20   ████████████████

03:57:35  21        Q.   Okay.  But it's not a visual that's supposed to

03:57:38  22   be designed to represent how somebody's salary -- the

03:57:41  23   proportions of somebody's -- of an individual's

03:57:44  24   salary -- or an individual's compensation, rather, total

03:57:47  25   compensation?

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

03:57:48  1      A.  No.

03:57:49  2      Q.  So I think you just mentioned that the base

03:58:03  3  salary is a reflection of an employee's achievement and

03:58:08  4  potential?

03:58:08  5      A.  No.  I was referring to a potential merit

03:58:11  6  increase.

03:58:11  7      Q.  Okay.  Is achievement within Apple typically

03:58:27  8  rewarded with -- within an employee's base salary?

03:58:36  9      A.  Could be one of the factors that a manager

03:58:38 10  takes into consideration when considering whether or not

03:58:42 11  to give a merit increase.

03:58:55 12      Q.  Is there a preference for use of a -- for

03:58:57 13  managers to use a bonus to reward achievement versus an

03:59:00 14  increase in base salary to reward achievement?

03:59:05 15          MR. RILEY:  Objection to the form.

03:59:14 16          THE WITNESS:  My preference or whose

03:59:16 17  preference?

03:59:19 18          MS. LEEBOVE:  Q.  Apple's preference.

03:59:21 19      A.  I think that they're very separate and distinct

03:59:26 20  compensation elements that preference doesn't really

03:59:31 21  play into it.  Because you would use -- you would use

03:59:35 22  each lever in a different way.

04:00:22 23      Q.  I think you have in front of you Exhibit 1859.

04:00:25 24  I don't know that we actually discussed it.

04:00:43 25          Can you tell me what Exhibit 1859 is that bears

Deposition of Steven Burmeister                    In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

04:00:46  1    the Bates stamp 231APPLE105324?

04:00:55  2         A.  I believe this was a one-page overview, a

04:01:00  3    communication that we used to provide division HR, the

04:01:05  4    HR managers that work with the various lines of

04:01:07  5    businesses to give them an awareness and education of

04:01:14  6    the base salary structure adjustment process, what it

04:01:20  7    included, timing, what have you.

04:01:23  8         Q.  So what does this mean ███████████████████

04:01:26  9    █████████████████████████████████  ███████████████████

04:01:29  10   ████████████████████

04:01:33  11        A.  ██████████████████████████████████████████

04:01:40  12   ██████████  ████████████████████████████████

04:01:52  13        Q.  ██████████████████████████████████████████████

04:01:59  14   ███████████████████████████████████████████████████

04:02:03  15   ████████████████████████████████████████████

04:02:08  16   ████████████

04:02:13  17        A.  ███████████████████████████████  ████████████

04:02:17  18   █████████████████████████████████████████████

04:02:23  19   █████████████

04:02:30  20        Q.  ████████████████████████████████████████████

04:02:33  21   ███████████████████████████████████████████████████

04:02:39  22   ███████████████████████████████████████████

04:02:43  23        A.  ██████

04:02:44  24        Q.  ███████████████████████████████████

04:02:47  25        A.  ████████████

| | | |
|---|---|---|
| 04:03:26 | 1 | MS. LEEBOVE:  I really don't want to have to |
| 04:03:28 | 2 | schlep this box back to my office, so I'm going to get |
| 04:03:31 | 3 | rid of as much of the paper as I possibly can here. |
| 04:03:36 | 4 | Are we at Exhibit 1865? |
| 04:03:38 | 5 | THE REPORTER:  Yes. |
| 04:03:39 | 6 | (Whereupon, Exhibit 1865 was marked for |
| 04:03:39 | 7 | identification.) |
| 04:06:51 | 8 | MS. LEEBOVE:  Q.  Do you recognize |
| 04:06:51 | 9 | Exhibit 1865? |
| 04:06:52 | 10 | A.  Yes. |
| 04:06:53 | 11 | Q.  What is it? |
| 04:06:55 | 12 | A.  It is the report we use to roll out and |
| 04:07:03 | 13 | communicate our FY -- it was August of 2009, it would |
| 04:07:09 | 14 | have been our FY10 annual planning process. |
| 04:07:17 | 15 | Q.  So if we judge a book by its cover, |
| 04:07:21 | 16 | Exhibit 1865 looks rather like Exhibit 1861.  Did you |
| 04:07:25 | 17 | prepare one of these Review Reward Recognize reports on |
| 04:07:29 | 18 | an annual basis between 2005 and 2010? |
| 04:07:37 | 19 | A.  We communicate and train our annual planning |
| 04:07:40 | 20 | process prior to launching the annual planning process. |
| 04:07:46 | 21 | The materials evolve over time.  If something -- |
| 04:07:53 | 22 | consistency in -- changing the program design for the |
| 04:07:57 | 23 | sake of changing program design is not a desire.  So if |
| 04:08:00 | 24 | we had something that worked, we used it. |
| 04:08:06 | 25 | Q.  No point in reinventing the wheel.  That's for |

05:35:16  1    various financial aspects related to our programs.

05:35:29  2         Q.  Do you speak to Mr. Oppenheimer before you

05:35:33  3    propose changes in the compensation program to the

05:35:42  4    compensation committee?

05:35:45  5         A.  Which change --

05:35:46  6         Q.  I mean, do you -- do you -- do you discuss your

05:35:52  7    proposals regarding -- well, let me just back up.

05:35:56  8              Do you -- does Mr. Oppenheimer ever sign off on

05:36:04  9    any decisions that you make in your work as a senior

05:36:08 10    compensation director?

05:36:17 11         A.  By "sign off," a formal process?

05:36:20 12         Q.  Do you need his approval to do anything that

05:36:22 13    you do in your work at Apple?

05:36:27 14         A.  Each year I review the annual planning process,

05:36:32 15    the proposal with him, prior to -- well, the past couple

05:36:40 16    of years it has been with he and Tim Cook together.  And

05:36:43 17    Peter reviews it from a P&L-impact perspective.

05:36:55 18         Q.  Would you approve -- would you make your annual

05:36:58 19    planning proposal to the compensation committee without

05:37:04 20    Peter's blessing, formal or informal as it may be?

05:37:07 21         A.  No, I --

05:37:08 22              MR. RILEY:  Object to the form.

05:37:13 23              MS. LEEBOVE:  Q.  Did -- were you able to

05:37:14 24    answer the question?

05:37:18 25         A.  I wouldn't propose the annual compensation

| | | |
|---|---|---|
| 05:37:22 | 1 | program below Section 16 officers to the compensation |
| 05:37:28 | 2 | committee until I had reviewed it with both Tim and |
| 05:37:32 | 3 | Peter and they were comfortable with the approach. |
| 05:37:37 | 4 | Q.  Okay.  Do you have a -- well, is there a |
| 05:37:49 | 5 | professional relationship between your position and Phil |
| 05:37:53 | 6 | Schiller's position within Apple? |
| 05:37:58 | 7 | A.  Just in that he's a Section 16 officer, but I |
| 05:38:02 | 8 | don't interact with him. |
| 05:38:03 | 9 | MS. LEEBOVE:  Okay.  I think we can conclude. |
| 05:38:14 | 10 | MR. RILEY:  I have a couple of questions. |
| 05:38:14 | 11 | |
| 05:38:14 | 12 | EXAMINATION BY MR. RILEY |
| 05:38:14 | 13 | MR. RILEY:  Q.  Could you please turn to |
| 05:38:19 | 14 | Exhibit 1859. |
| 05:38:23 | 15 | Counsel asked you to read the first sentence |
| 05:38:31 | 16 | and not the second sentence of Exhibit 1859.  Could you |
| 05:38:34 | 17 | read that second sentence, please. |
| 05:38:37 | 18 | A.  Second sentence in the first paragraph? |
| 05:38:40 | 19 | Q.  Yes. |
| 05:38:40 | 20 | A.  █████████████████████████████████████ |
| 05:38:43 | 21 | ████████████████████████████████████████████ |
| 05:38:45 | 22 | ████████████████████████████████████████████ |
| 05:38:48 | 23 | ███████████████████████ |
| 05:38:51 | 24 | Q.  ███████████████████████████████████████ |
| 05:38:55 | 25 | ██████████████████████████████████████████, |

Deposition of Steven Burmeister      In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION



```
05:39:01   1
05:39:04   2
05:39:07   3       A.
05:39:10   4       Q.
05:39:12   5       A.
05:39:17   6
05:39:26   7              MR. RILEY:   Thank you.
05:39:29   8              THE VIDEOGRAPHER:   This marks the end of video
05:39:31   9    No. 6 and the end of today's proceedings.   The time is
05:39:36  10    5:39 p.m.   We're going off the record.
05:39:39  11              (The deposition concluded at 5:39 PM)
05:39:39  12
05:39:39  13
05:39:39  14
05:39:39  15
05:39:39  16
05:39:39  17
05:39:39  18
05:39:39  19
05:39:39  20
05:39:39  21
05:39:39  22
05:39:39  23
05:39:39  24
05:39:39  25
```

1        I, Gina V. Carbone, Certified Shorthand

2   Reporter licensed in the State of California, License

3   No. 8249, hereby certify that the deponent was by me

4   first duly sworn and the foregoing testimony was

5   reported by me and was thereafter transcribed with

6   computer-aided transcription; that the foregoing is a

7   full, complete, and true record of said proceedings.

8        I further certify that I am not of counsel or

9   attorney for either of any of the parties in the

10   foregoing proceeding and caption named or in any way

11   interested in the outcome of the cause in said caption.

12        The dismantling, unsealing, or unbinding of

13   the original transcript will render the reporter's

14   certificates null and void.

15        In witness whereof, I have hereunto set my

16   hand this day:  March 27, 2013.

17        _____ Reading and Signing was requested.

18        _____ Reading and Signing was waived.

19        ___X___ Reading and signing was not requested.

20

21

22        _____

23        GINA  V. CARBONE

24        CSR 8249, CRR, CCRR

25

In Re: High-Tech Employee Antitrust Litigation

United States District Court, Northern District of California – San Jose Division
Case No. 11-CV-2509-LHK

Deposition Errata Sheet

**Steven Burmeister**
**June 27, 2012**

| Deposition Page # | Line # | Currently Reads | Change To Read As | Reason for Change |
|---|---|---|---|---|
| 19 | 4 | …nothing to do with time related at Apple. | …nothing to do with time worked at Apple. | Clarification of record |
| 20 | 14-15 | …HR has responsibility for that in the past…. | …HR had responsibility for that in the past…. | Clarification of record |
| 23 | 8-9 | …year in which the bonus was charged to. | …year that the bonus was charged to. | Clarification of record |
| 43 | 18 | What does the "Field Release Date" mean? | What does the field "Release Date" mean? | Transcription error |
| 43 | 22 | What about the "Field Market Value"? | What about the field "Market Value"? | Transcription error |
| 43 | 25 | What about "Field Name Plan"? | What about the field named "Plan"? | Transcription error |
| 47 | 4 | …remain unvesting… | …remain unvested… | Clarification of record |

Dated: August ___, 2012

_Steven Burmeister_
**Steven Burmeister**

CONFIDENTIAL - ATTORNEYS' EYES ONLY

Name of case:          *In re: High-Tech Employee Antitrust Litigation*
                       Case No. 11-CV-2509-LHK  (N.D. Cal.)

Date of deposition:    June 27, 2012

Name of witness:       **Steven Burmeister**

DECLARATION UNDER PENALTY OF PERJURY

I hereby certify that I read the foregoing deposition, and that the transcription together with any corrections noted on the Deposition Errata Sheet hereof, with the understanding that I offer these changes as if still under oath, is a true and accurate record of my testimony given at the time and place noted.

Signed on the _____ day of August, 2012.

                                                **Steven Burmeister**

CONFIDENTIAL - ATTORNEYS' EYES ONLY