# EXHIBIT 389 TO CISNEROS DECLARATION REDACTED VERSION



**MEMORANDUM**

TO:        GOOGLE LEADERSHIP DEVELOPMENT AND COMPENSATION COMMITTEE

FROM:    LASZLO BOCK
             VP, PEOPLE OPERATIONS

DATE:    NOVEMBER 2, 2010

SUBJECT:  AGENDA FOR NOVEMBER 8 MEETING

The proposed agenda for our discussion is as follows:

1. Revised compensation philosophy

2. Q4 2010 OC Refresh



389.1

76616DOC005974
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**SECTION 1 Revised Compensation Philosophy (8-Nov-10)**



**Revised Compensation Proposal**

Authors: Eric Schaffer, Jason Grishkoff, Laszlo Bock, Matt Kunzweiler and Prasad Setty

## SUMMARY

On 13-Oct-2010, we presented a compensation philosophy proposal to the LDCC and full Board. The primary purpose of the proposal is to better attract and retain employees, especially in light of recent talent competition. The proposal also better aligns our cash compensation (currently at the market ▮ percentile) with our top-of-market talent.

The Board provided feedback on three key issues. After further deliberation, Management resolved to implement our original cash compensation plan for the broad employee base and executives, but delay equity changes (for consideration later in 2011). The original and updated proposals are detailed below:

| | Cash Compensation Proposal | Equity Compensation Proposal |
|---|---|---|
| | ▮ | ▮ |

These decisions are based on the following feedback from the full Board:

- ***Ensure adjustments are meritocratic / not "socialistic"*** – our current programs highly differentiate cash compensation based on performance. ▮

- ***Consider phased approach / lower overall program cost*** – ▮

- ***Estimate impact on attrition*** – we estimate 2011 attrition rates will decrease to ▮ (vs. an estimated ▮ attrition rate without these adjustments). This is based on a ▮ reduction of individual contributor attrition, ▮ for managers and non-technical directors, and ▮ for technical directors. Note, relevant historical data / benchmarks are unavailable internally or externally. After implementation, we will gather and use actual data to refine our forecasts

389.2

76616DOC005975
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**REPSONSES TO BOARD FEEDBACK**

**Ensure Adjustments Are Meritocratic / Not "Socialistic"**

We are ensuring that adjustments are meritocratic through three means:



1. The salary increases that apply to all Googlers (flat 10% increase ▮
2. ▮
3. ▮

The net result of these changes is illustrated in the chart below. Higher performers will receive significantly higher increases in both salaries and total cash compensation relative to low performers.

% Cash Comp Increase by Performance Rating



**Consider Phased Approach / Lower Overall Program Cost**

Based on the Board's guidance to consider a phased approach, we have segmented the roll-out of this program into:



- ▮ I ▮
- ▮ II ▮

We also evaluated alternative proposals with reduced overall costs. For example, we considered a ▮ (vs. ▮) proposal by reducing the flat salary increase to ▮ (from ▮). Management determined this to be of insufficient scale to achieve the program's objectives (for reference, our 2010 annual merit increase budget was ▮

We ultimately determined the original funding level of ▮ is necessary to address current market dynamics – most notably, increasing salaries at high-growth companies / startups[1]. This trend is substantiated by counteroffers / head-to-head offers vs. Facebook and Twitter, which show these companies are:

- ▮
- ▮

---

1. http://techcrunch.com/2010/10/14/is-the-valley-falling-out-of-love-with-options/

389.3

76616DOC005976
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Estimate Impact on Attrition**

We estimate a ▮ reduction in individual contributor attrition levels, a ▮ reduction for managers and non-technical directors, and a ▮ impact on technical directors. Overall, we estimate 2011 attrition rates will decrease to ▮ (vs. our original projection of ▮).

The scale of these cash compensation changes is unique to both Google and the market. Therefore, these attrition forecasts lack adequate historical / benchmark data and are only rough estimates. After implementing our proposed changes, we will report the resulting data to the LDCC and use it to refine future forecasts.

The following chart shows Google-wide attrition projections for 2011. The shaded region in the right-hand chart indicates our forecast's margin of error, which broadens over time.



2010 Actual Attrition and 2011 Projected Attrition post-Compensation adjustment

1. Forecasted Q4 2010 attrition
2. We anticipate only ~75% impact in Q1, as a subset of departing Googlers will have already made plans before our program's announcement

## PROPOSAL FOR VPs AND SVPs

**Proposed Changes to Cash Compensation**

We also propose implementing our original proposal for VPs / SVPs:

- ▮
- ▮
- ▮

Salaries will be capped at ▮[1].

---

1. There will be a small n-count of non-OC members who will exceed this cap based on historical compensation arrangements. These and future exceptions will require approval of the CEO

389.4

76616DOC005977
CONFIDENTIAL - ATTORNEYS' EYES ONLY





Notes:

*Estimated Actual: Assumes historical company performance (▇) and historical individual performance (from 2009/2010 bonus cycle for SVPs; trailing 4Q performance for all others) in both Current and Big Bang scenarios*

1) Assumes bonus paid in year earned
2) Excludes ▇ ▇
3) High historical individual multiplier results in lesser degree of % increase for TCC from 2010 to 2011
4) Salary and bonus prorated at ▇

389.5

76616DOC005978
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Q4 2010 OC Refresh

Authors: Jason Grishkoff and Matt Kunzweiler

## OVERVIEW



($M s)

| Category | Executive | Proposed Q4 Grant | Total 2010 Grant Value | Market Equity Data | | 2011 Equity Cashflow[3] |
|---|---|---|---|---|---|---|
| | | | | Standard Mkt. Data[1] | S&P CEO Data[2] | |
| Redacted - Privacy | Redacted - Privacy | Redacted - Privacy | | | | |

\* = Likely to be Named Executive Officers in 2011 as disclosed in our 2011 Proxy

See Attachment A for detailed market data.

See Attachment B for detailed cashflow data by OC member.

389.6

76616DOC005979
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**ATTACHMENT A**

### Detailed Market Equity Data



\* = Likely to be Named Executive Officers in 2011 as disclosed in our 2011 Proxy
1) SVPs benchmarked to S&P100; VP1s and VP2s benchmarked to S&P101-500

389.7

76616DOC005980
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**SECTION 2 Q4 2010 OC Refresh (8-Nov-10)**  Page 3 of 3

**ATTACHMENT B**

**Historical and Future Cashflow Detail**

($Ms)

| Executive | Historical Refresh and New Hire Equity Grants | | | | | 4-year Equity Flows[1] | | | | | | Proposed Equity | Post-2010 Refresh 4-year Equity Flows[1,2] | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 2006 | 2007 | 2008 | 2009 | 2010 | 2010 | 2011 | 2012 | 2013 | 2014 | Total | Avg[3] | | 2011 | 2012 | 2013 | 2014 | Total | Avg[3] |
| SVP Officers | | | | | | | | | | | | | | | | | | | |
| Redacted - Privacy | Redacted - Privacy | | | | | | | | | | | | | Redacted - Privacy | | | | | |
| SVPs | | | | | | | | | | | | | | | | | | | |
| Redacted - Privacy | Redacted - Privacy | | | | | | | | | | | | | | | | | | |
| VP2 | | | | | | | | | | | | | | | | | | | |
| Redacted - Privacy | | | | | | | | | | | | | | | | | | | |
| VP1 | | | | | | | | | | | | | | | | | | | |
| Redacted - Privacy | | | | | | | | | | | | | | | | | | | |

☐ = Not on OC at time of grant
▦ = Amounts entered under Proposed 2010 Equity are reflected in Post-2010 Refresh 4-Year Equity Flows
** Urs declined a $20.0M grant and Omid declined a $10.0M grant in Mar. 2009

1) As of Oct-10; assumes sale at vest, $600 current stock price and 10% annual growth rate
2) Includes Proposed Equity granted at a 2:1 options to GSU ratio. Assumes grant date of 1-Dec-10. Options vest 1/4th at first anniversary, and 1/48th each month thereafter; GSUs vest 1/4th at first anniversary, and 1/16th at each quarter thereafter
3) Average does not include 0's

389.8

76616DOC005981
CONFIDENTIAL - ATTORNEYS' EYES ONLY