# EXHIBIT 19 TO GOOGLE MOTION FOR SUMMARY JUDGMENT REDACTED VERSION

**SECTION 3 Startup Talent Competition (13-Oct-10)**



## Startup Talent Competition

Authors: Katie Temple and Krystal Cope
Contributors: Linda Veenker and Natalie Johnson

### OVERVIEW

In 2010 to date, ▉ of technical employees who reported leaving Google for another company went to a startup organization. Of these employees, the highest percentage ▉ went to Facebook.

Our research indicates that Google continues to be one of the top organizations targeted by Facebook recruiting efforts. We estimate ▉ of new Facebook employees in 2010 were recruited from Google.

In Q3, Facebook made ▉ offers to Googlers (vs ▉ in Q2). We extended counteroffers to ▉ of these employees, of which ▉ were successful (vs. ▉% in Q2). We attribute this upward trend to: (1) counteroffering most Facebook offers; (2) increasing our equity offers to the equivalent of ▉ Facebook's equity offers at a ▉ valuation (increased from ▉ in late August): (3) further emphasis on ▉ ▉ components of our counteroffers

We also launched a number of initiatives in late Q3 to support talent retention, including counteroffer training for our Engineering executives, more systematic Facebook exit interviews, a talent recovery pilot and research to anticipate which Google employees will be targeted by Facebook.

### FACEBOOK FORECAST

At the LDCC's request, in April we created a 2-year forecast of the number of offers Facebook would make to Googlers. Due to the recent escalation of actual Facebook offers made to Googlers, we have updated our forecast and shortened the forecast period to four quarters only (see Attachment A for previous quarter's forecast). We also created a 4-quarter forecast of the number of exits to Facebook, based on our current counteroffer philosophy and a continued win rate of ▉.



Facebook Offers to Googlers and Exits to Facebook

We propose measuring our success against the number of Facebook exits benchmark, since Google's efforts can affect the number of exits but not the number of Facebook offers.

## RECRUITING LANDSCAPE

### Facebook Recruiting from Google

In 2010 to date, ▇ of technical employees who reported leaving Google for another company went to a startup organization. Facebook accounted for the highest proportion of these exits ▇

Since 2005, we estimate ▇ of Facebook employees were recruited directly from Google. In 2010, we believe ▇ were recruited directly from Google. The table below shows the top five sources of Facebook hires according to our analysis[1].



Facebook Talent Sources as % of Hires
(2005 – 2010)

| # Confirmed FB hires | n = 165 / n = 71 | n = 85 / n = 8 | n = 53 / n = 5 | n = 29 / n = 3 | n = 4 / n = 3 |

Based on our analysis, Facebook likely contacted about ▇ of Googlers to yield the ▇ hires from Google in 2010 to date. Making reasonable assumptions about Facebook's future recruiting capacity and Google's headcount growth, ▇

## FACEBOOK COUNTEROFFERS

### Facebook Counteroffer Update



---

1) Google's Competitive Intelligence Group has identified the names of ▇ known current and former Facebook employees through public venues such as LinkedIn.com and Facebook.com. Google data represents known Google exits to Facebook with confidence intervals for unreported Facebook attrition. Non-Google data represents exits reported by employees in public venues with confidence intervals to reflect potential reporting errors (assumed to be similar in proportion to unreported GOOG exits). Confidence intervals were calculated by evaluating the rate previous Google employees disclosed their current employer as Facebook against our internal reporting.

2) Estimated total Facebook offers in 2010 based on known Facebook offers ▇ estimated number of Googler Facebook candidates based on number of offers ▇ estimated number of calls based on number of candidates ▇ We assumed a ▇ annual Google headcount growth 2011-2015, ▇ in 2016+ and ▇ annual Google attrition.

**Redacted**

Sample of Q3 2010 Google Non-Monetary Offers

| Function | Level | Title | Non-monetary counteroffer component | Won? |
|---|---|---|---|---|
| Eng/Ops | | | | |
| Product | | Redacted - Not Responsive | | |
| Sales | | | | |

**Redacted**

Additional counteroffer details are provided in the tables below:

### Attrition to Facebook - Counteroffer Update

| Date | Facebook Offer to Googler Made | Google Counteroffer | Google Won Counteroffer | Googler Re-hired from Facebook[1] | Google Win rate as % of Counteroffers Made |
|---|---|---|---|---|---|
| Q2 2007 | | | | | |
| Q3 2007 | | | | | |
| Q4 2007 | | | | | |
| Q1 2008 | | | | | |
| Q2 2008 | | | | | |
| Q3 2008 | | | | | |
| Q4 2008 | | | | | |
| Q1 2009 | | | | | |
| Q2 2009 | | | | | |
| Q3 2009 | | | | | |
| Q4 2009 | | | | | |
| Q1 2010 | | | | | |
| Q2 2010 | | | | | |
| Q3 2010 | | | | | |
| Total Number | | | | | |
| % of Total Facebook Offers | | | | | |

Note: data as of 01-Oct-10

1) Rehires categorized based on date of original resignation (as opposed to date of rehire)

| Function | Q3 2010 Facebook Offers | | | Q3 2010 Counteroffer Details | | |
|---|---|---|---|---|---|---|
| | # Googlers Counteroffered | # Googlers Not Counteroffered | Total Offers Made to Googlers | Avg Counteroffer as Mult. of Facebook[1] | # Counteroffers Won | Google Win Rate as % of Counteroffers Made |
| Eng/Ops | | | | | | |
| G&A | | | | | | |
| Product | | | | | | |
| Sales | | | | | | |
| Total | | | | | | |

\*\*Data unavailable due to low n-count of disclosed Facebook equity offers
Updated as of 01-Oct-10
1) Reflects equity awards only; Facebook's base salary and bonus levels are generally similar to Google levels.

### Facebook Head-to-Head Candidate Update

In Q3, we extended ▓▓ candidate offers. Of these candidates, ▓▓ received a competing Facebook offer. Of these, ▓▓ accepted Google's offer.

Additional offer details are provided in the table below:

### Facebook Head-to-Head Candidate Update

| Date | Head-to-Head Candidates | Google Won Candidate | Google Win Rate as % Candidates |
|---|---|---|---|
| Q2 2007 | | | |
| Q3 2007 | | | |
| Q4 2007 | | | |
| Q1 2008 | | | |
| Q2 2008 | | | |
| Q3 2008 | | | |
| Q4 2008 | | | |
| Q1 2009 | | | |
| Q2 2009 | | | |
| Q3 2009 | | | |
| Q4 2009 | | | |
| Q1 2010 | | | |
| Q2 2010 | | | |
| Q3 2010 | | | |
| Total Number | | | |

Note: data as of 01-Oct-10

## FUTURE STRATEGY

To support talent retention and recovery against startups, we launched a number of new initiatives in late Q3, including:

- 
-
-
-

**ATTACHMENT A**

Facebook Forecast as presented to the LDCC on July 14, 2010



**ATTACHMENT B**

**Engineering Executive Talking Points**



CONFIDENTIAL ATTORNEY'S EYES ONLY                                      GOOG-HIGH-TECH-00193366.R



CONFIDENTIAL ATTORNEY'S EYES ONLY                                       GOOG-HIGH-TECH-00193367.R