# EXHIBIT 2924

# Google Mutual Non-Disclosure Agreement
V032404C.1

This Mutual Non-Disclosure Agreement ("Agreement") is made and entered ...etween Google Inc., for itself and its subsidiaries and affiliates ...gle"), and "Participant" identified below, individually referred to as a "Party" and collectively referred to as the "Parties". The Parties wish to exchange Confidential Information (as defined below in Section 2) for the following purpose(s): a) to evaluate whether to enter into a contemplated business transaction; and b) if the Parties enter into an agreement related to such business transaction, to fulfill each Party's confidentiality obligations to the extent the terms set forth below are incorporated therein (the "Purpose"). The Parties have entered into this Agreement to protect the confidentiality of information in accordance with the following terms:

1. The Effective Date of this Agreement is 2/11/05
2. [redacted]
3. [redacted]
4. [redacted]
5. [redacted]
6. [redacted]
7. [redacted]
8. [redacted]
9. [redacted]
10. [redacted]
11. [redacted]
12. [redacted]
13. [redacted]
14. [redacted]
15. [redacted]
16. [redacted]
17. [redacted]

| | Google Inc. | Participant: Apple Computer, Inc. |
|---|---|---|
| By: | George Reyes (signature) | (signature) |
| Name: | George Reyes | Preston Patton |
| Title: | CFO | Senior Manager |
| Address: | 1600 Amphitheatre Parkway, Mountain View, CA 94043 | 1 Infinite Loop, Mail Stop 38-3CM, Cupertino, CA 95014 |
| Date: | 2/11/05 | 2/8/05 |

2/11/05

(Rev. 032404)

EXHIBIT 2928
WIT. TALLEY
DATE 12-5-13
KRAMM COURT REPORTING

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE123280