# EXHIBIT 2927

FEB-03-2004 09:45 FROM INTEL CORP. PURCHASING TO 916506191835 P.02/05

## GOOGLE INC.

## APPLIANCE EVALUATION AGREEMENT

Google Search Appliance ™

This Appliance Evaluation Agreement for the Google Search Appliance ™ (the "Agreement") is between Google, Inc. and is entered into this 2nd day of February, 2004 by and between Google Inc., 2400 Bayshore Parkway, Mountain View, California 94043 ("Google") and Intel, a Delaware corporation with offices at Santa Clara, ("Evaluator" or "You").

Search_Appliance_Eval_Commercial_102303.doc    Page 1 of 4

EXHIBIT 2927
WIT. TALLEY
DATE 12-8-13
KRAMM COURT REPORTING

2927.1

CONFIDENTIAL-ATTORNEYS' EYES ONLY    GOOG-HIGH-TECH-00625231

2127.2



Search_Appliance_Eval_Commercial_102303.doc　　Page 2 of 4

CONFIDENTIAL-ATTORNEYS' EYES ONLY

2127.2　　GOOG-HIGH-TECH-00625232

Search_Appliance_Eval_Commercial_102303.doc    Page 3 of 4

2927.3

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625233

Case 5:11-cv-02509-LHK Document 867-5 Filed 04/14/14 Page 5 of 5

████████████████████████████

Google, Inc.

By: _____(signature)_____
(Authorized Signature)

_____John Bardi_____
(Print Name)

Title: VP, Consult Services & Support

Date: 2/4/2004

Evaluator

By: _____(signature)_____
(Authorized Signature)

Paul S. Scholz
(Print Name)

Title: Supplier Manager

Date: 2/2/2004

Search_Appliance_Eval_Commercial_102303.doc        Page 4 of 4

TOTAL P.05

CONFIDENTIAL-ATTORNEYS' EYES ONLY        2927.4        GOOG-HIGH-TECH-00625234