# EXHIBIT 2925

**LICENSE AGREEMENT**
between
**Google Inc.**
and
**Apple Computer, Inc.**

This License Agreement ("Agreement") is entered into, effective as of January 3, 2007 (the "Effective Date"), by and between Apple Computer, Inc., a California corporation having its principal place of business at One Infinite Loop, Cupertino, California 95014 ("Apple"), and Google Inc., a Delaware corporation having its principal place of business at 1600 Amphitheatre Parkway, Mountain View, CA, 94043 ("Google").

**RECITALS**

The parties desire to enter into an Agreement to license certain software from Google to Apple in source code form pursuant to the terms and conditions set forth below.

**AGREEMENT**

## 1. DEFINITIONS



*Confidential*                                                    *Page 1*   

EXHIBIT **2925**
WIT. **TALLEY**
DATE **12-8-13**
*KRAMM COURT REPORTING*



2925.1



*Confidential*                                                                                      *Page 2*



2925.2

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          231APPLE124989



**2      LICENSE**



*Confidential*                                                                                    *Page 3*



2925.3

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                             231APPLE124990



2.4     Trademark License.



*Confidential*                                                                                      *Page 4*



2925.4

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        231APPLE124991



**3      RESPONSIBILITIES OF THE PARTIES**



*Confidential*                                              *Page 5*



2925.5

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE124992



*Confidential*                                                                                              *Page 6*



2 925.6

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                 231APPLE124993



*Confidential*                                                                 *Page 7*



29257

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE124994

**3.2     Google Responsibilities**



*Confidential*                                                                                    *Page 8*



2925.8

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE124995



**4. MISCELLANEOUS**



*Confidential*                                                   *Page 9*



2925.9

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        231APPLE124996



**5.   OWNERSHIP**



*Confidential*                                                                                           *Page 10*



2925.10

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE124997

6.    **REPRESENTATIONS AND WARRANTIES**



7.    **INDEMNIFICATION**





2925.11

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE124998



*Confidential*                                                        *Page 12*

2925.12



8.   <u>**DISCLAIMERS AND LIMITATION OF LIABILITY**</u>



*Confidential*                                                    *Page 13*



29 25.13

CONFIDENTIAL - ATTORNEYS' EYES ONLY                           231APPLE125000



9.     **CONFIDENTIALITY**



*Confidential*                                                                 *Page 14*



2925.14

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125001



**10.   TERM**



**11.   TERMINATION**



11.2   <u>Effect of Termination</u>.

*Confidential*                                                    *Page 15*



*2925.15*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125002



*Confidential*                                                        *Page 16*



2925.16

CONFIDENTIAL - ATTORNEYS' EYES ONLY                        231APPLE125003



13.   **GENERAL**





2925.17

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                   231APPLE125004



*Confidential*                                                      *Page 18*



2925.18

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125005

duly authorized representative of both parties.


IN WITNESS WHEREOF, the parties have caused this Agreement to be executed
by their duly authorized representatives:


**APPLE COMPUTER, INC.**               **GOOGLE INC.**

BY: _____          BY: _____

NAME: _Philip W. Schiller_             NAME: _Marissa A Mayer_

TITLE: _SVP PRWWM_                      TITLE: _VP, Search & User Experience_


*Confidential*                                              *Page 19*



2925.19

CONFIDENTIAL - ATTORNEYS' EYES ONLY                          231APPLE125006



*Confidential*                                         *Page 20*



2925.20

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125007



*Confidential*                                                                                 *Page 21*



2925.21

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                                231APPLE125008



*Confidential*                                          *Page 22*



2925.22

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          231APPLE125009



*Confidential*                                                                  *Page 23*



*2925.23*

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                    231APPLE125010

**Exhibit B**
Apple Trademarks and Google Trademarks



*Confidential*                                          *Page 24*



2925.24

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125011

**Exhibit C**
Server Protocol



2925.25

CONFIDENTIAL - ATTORNEYS' EYES ONLY                    231APPLE125012

231APPLE125013

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125014

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125015

CONFIDENTIAL - ATTORNEYS' EYES ONLY



231APPLE125016

CONFIDENTIAL - ATTORNEYS' EYES ONLY

2925.30

231APPLE125017



CONFIDENTIAL - ATTORNEYS' EYES ONLY

2925.31

231APPLE125018

CONFIDENTIAL - ATTORNEYS' EYES ONLY



2925.32

231APPLE125019

CONFIDENTIAL - ATTORNEYS' EYES ONLY

2925.33

231APPLE125020

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125021

242534

CONFIDENTIAL - ATTORNEYS' EYES ONLY



2925.35

231APPLE125022

CONFIDENTIAL - ATTORNEYS' EYES ONLY



2925.36

231APPLE125023

CONFIDENTIAL - ATTORNEYS' EYES ONLY



231APPLE125024

2925.37

CONFIDENTIAL - ATTORNEYS' EYES ONLY



231APPLE125025

CONFIDENTIAL - ATTORNEYS' EYES ONLY



2925.39

231APPLE125026

CONFIDENTIAL - ATTORNEYS' EYES ONLY



231APPLE125027

2925.40

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE125028

CONFIDENTIAL - ATTORNEYS' EYES ONLY



231APPLE125029

CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Exhibit D**
Apple Subsidiaries

*Confidential*                                                                                       *Page 26*



2925.43

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                        231APPLE125030