# EXHIBIT 2928

## GOOGLE SOFTWARE DISTRIBUTION AGREEMENT

This Google Software Distribution Agreement (the **"Agreement"**) is made by and between the distributor whose details are set out in Schedule 1 (**"Distributor"**) and Google Inc., with offices at 1600 Amphitheatre Parkway, Mountain View, CA 94043 (which, with its affiliates, shall be referred to herein as **"Google"**). This Agreement shall be effective as of the date signed by Google below (**"Effective Date"**)

**SECTION 1.    DEFINITIONS**



**SECTION 2.    LICENSE GRANTS AND RESTRICTIONS**



**Google Confidential**
**EXECUTION COPY**

VM100505

EXHIBIT 2928
WIT. TALLEY
DATE 12-8-13
KRAMM COURT REPORTING

2928.1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

GOOG-HIGH-TECH-00625464



**SECTION 3.    DISTRIBUTION AND OTHER OBLIGATIONS**



**Google Confidential**
**EXECUTION COPY**

VM100505

2928.2

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

GOOG-HIGH-TECH-00625465



Google Confidential
EXECUTION COPY

VM100505

2928.3

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625466



**SECTION 7.   WARRANTIES**

**Google Confidential**
**EXECUTION COPY**

VM100505

2928.5

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**          **GOOG-HIGH-TECH-00625468**



SECTION 9.    INDEMNIFICATION

SECTION 10.    GENERAL

**Google Confidential**
EXECUTION COPY

VM100505

2928.6

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625469



Signed by the parties on the dates shown below.

**DISTRIBUTOR**

Signature

Name  MAURICE SEVIGNY

Title  GROUP PRODUCT MANAGER, SBD

Date  DEC 4/2007

**GOOGLE INC.**

Signature

Name  Megan J Smith

Title  VP New Bis Dev.

Date  Dec 5 2007



**Google Confidential**
**EXECUTION COPY**

VM100505

2928.8

CONFIDENTIAL-ATTORNEYS' EYES ONLY

GOOG-HIGH-TECH-00625471

**Schedule 1**

**Distributor Details**

Full legal name of Distributor:  Intuit Canada Limited



**Google Confidential**
**EXECUTION COPY**

VM100505

2928.1

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**          GOOG-HIGH-TECH-00625472

Schedule 2



**Google Confidential**
**EXECUTION COPY**

VM100505

2928.10

**CONFIDENTIAL-ATTORNEYS' EYES ONLY**

GOOG-HIGH-TECH-00625473