GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant Intel Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF GREGORY M. SERGI ON BEHALF OF INTEL IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL REGARDING FILINGS RELATED TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF APPLICATION OF THE PER SE STANDARD** |

I, Gregory M. Sergi, hereby declare and say:

1. I am an attorney with Munger, Tolles & Olson LLP, counsel of record for Intel Corporation ("Intel") in this case, and am admitted to practice before this Court. I make this declaration in support of Defendants' Joint Response to Plaintiffs' Administrative Motion To Seal Regarding Filings Related to Plaintiffs' Memorandum of Law in Support of Application of the Per Se Standard being filed concurrently with this Declaration. On behalf of Intel, I make this declaration pursuant to Local Rules 79-5(d) and 7-11(a) to demonstrate good cause for the portions of the document described below to be filed under seal. If called and sworn as a witness, I could and would competently testify to the matters stated below.

2. I have reviewed the document listed below, and made specific, narrowly tailored redactions where necessary to protect highly confidential and highly sensitive Intel information regarding its compensation, hiring, and recruiting practices.

3. **Amended Expert Report of Edward A. Snyder, Ph.D. (December 6, 2013) [Cisneros Exhibit 7]:** The grounds for redactions of Intel confidential information in this document are stated in the Declaration of Gregory M. Sergi on behalf of Intel in Support of Defendants' Renewed Motion to Seal Materials in Connection with Summary Judgment and Daubert Motions, Docket Item 854, ¶¶ 3, 19, 45-46 (filed Apr. 10, 2014).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 14th day of April, 2014 at Los Angeles, California.

DATED:  April 14, 2014

           */s/ Gregory M. Sergi*
           Gregory M. Sergi