MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL REGARDING FILINGS RELATED TO PLAINTIFFS' MEMORANDUM OF LAW IN SUPPORT OF APPLICATION OF THE PER SE STANDARD** |

1  Having considered Defendants' Joint Response to Plaintiffs' Administrative Motion to
2  Seal Regarding Filings Related to Plaintiffs' Memorandum of Law in Support of Application of
3  the Per Se Standard [ECF No. 867] and the declarations submitted in support of that motion,
4  having determined that the public disclosure of the confidential information described therein
5  would harm Defendants, and finding good cause to seal that information, IT IS HEREBY
6  ORDERED THAT the motion is GRANTED.

7  Pursuant to Northern District Civil Local Rule 79-5, the following portions of the
8  following documents have been properly redacted and publicly filed, for the reasons provided in
9  the corresponding declarations.  The redacted portions shall remain under seal.

| Exhibit To Be Sealed (in redacted form) | Source of Support for Sealing |
| --- | --- |
| Ex. 5 to the Declaration of Lisa J. Cisneros In Support of Plaintiffs' Memorandum of Law In Support of Application of the Per Se Standard (ECF No. 833) ("Cisneros Ex.") (redacted portions) | Declaration of Anne M. Selin ISO Defs.' Joint Response to Plaintiffs' Administrative Motion to Seal Re: Filings Related to Plaintiffs' Memorandum of Law ISO Application of the Per Se Standard (ECF No. 875) ("Selin Decl.") at ¶ 4; Declaration of Roberta D. Tonelli ISO Defs.' Joint Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 870) ("Tonelli Decl.") at ¶ 8. |
| Cisneros Ex. 6 (redacted portions) | Declaration of Christina Brown ISO Defs' Joint Response to Plaintiffs' Administrative Motion to Seal Re: Filings Related to Plaintiffs' Memorandum of Law ISO Application of the Per Se Standard (ECF No. 874) ("Brown Decl.") at ¶ 3; Selin Decl. at ¶ 5. |

| Exhibit To Be Sealed (in redacted form) | Source of Support for Sealing |
|---|---|
| Cisneros Ex. 7 (redacted portions) | Declaration of Lin W. Kahn ISO Defendants' Joint Repsonse to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 872) ("Kahn Decl.") at ¶ 9; |
| | Declaration of Gregory M. Sergi on Behalf of Intel ISO Defs.' Joint Response to Plaintiffs' Administrative Motion to Seal Regarding Filings Related to Plaintiffs' Memorandum of Law ISO of Application of the Per Standard (ECF No. 873) at ¶ 3; |
| | Selin Decl. at ¶ 6. |
| Cisneros Ex. 8 (redacted portions) | Selin Decl. at ¶ 7. |
| Cisneros Ex. 10 (redacted portions) | Tonelli Decl. at ¶ 9; Kahn Decl. ¶ 10; Brown Decl. at ¶ 4; Selin Decl. at ¶ 8. |
| Cisneros Ex. 2924 (redacted portions) | Brown Decl. at ¶ 5; Selin Decl. at ¶ 9. |
| Cisneros Ex. 2925 (redacted portions) | Brown Decl. at ¶ 6; Selin Decl. at ¶ 10. |
| Cisneros Ex. 2926 (redacted portions) | Selin Decl. at ¶ 11. |
| Cisneros Ex. 2927 (redacted portions) | Selin Decl. at ¶ 12. |
| Cisneros Ex. 2928 (redacted portions) | Tonelli Decl. at ¶ 10; Selin Decl. at ¶ 13. |

**IT IS SO ORDERED.**

Date:_____                           _____
                                        HONORABLE LUCY H. KOH
                                        United States District Court Judge