KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA SESSIONS - # 270914
jsessions@kvn.com
CODY S. HARRIS - # 255302
charris@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE INC.

[Additional counsel listed under signature block]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 5:11-cv-2509-LHK<br><br>**DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL** |
|---|---|

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL
Case No. 5:11-cv-2509-LHK

816148

Pursuant to Civil Local Rule 7-11 and 79-5(d), Defendants respectfully request an order allowing the following documents to be filed under seal in their entirety:

1. Defendants' Opposition to Plaintiffs' Motion to Compel; and

2. Declaration of Cody S. Harris in Support of Defendants' Opposition to Plaintiffs' Motion to Compel.

Federal Rule of Civil Procedure 26(c) authorizes the court to seal court documents. Fed. R. Civ. P. 26(c)(1). For non-dispositive motions, the Ninth Circuit allows an exception to the presumption of access to judicial records for "good cause." *Pintos v. Pacific Creditors Assoc.*, 565 F.3d 1106, 1115 (9th Cir. 2009) ("In light of the weaker public interest in nondispositive materials, we apply the 'good cause' standard when parties wish to keep them under seal.").

The Court has already indicated that good cause exists to seal the documents listed above, and has ordered that they be filed under seal. *See* Case Management Conference Hr'g Tr., at 30:7-9 (Mar. 27, 2014) ("MR. VAN NEST: . . . By 'in camera,' we were going to file these under seal." THE COURT: Yes, that's fine."); March 27, 2014 Case Management Order (Dkt. 768). Accordingly, Defendants request that the above-mentioned documents be filed under seal.

Respectfully submitted,

Dated: April 15, 2014                KEKER & VAN NEST LLP

By:  /s/ *Robert A. Van Nest*
     Robert A. Van Nest

     Daniel Purcell
     Eugene M. Paige
     Justina Sessions
     Cody S. Harris
     633 Battery Street
     San Francisco, CA  94111
     Telephone:  (415) 391-5400
     Facsimile:  (415) 397-7188

1

DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL
Case No. 5:11-cv-2509-LHK

816148

Dated: April 15, 2014					MAYER BROWN LLP


						By:	/s/ Lee H. Rubin
							Lee H. Rubin

							Edward D. Johnson
							Donald M. Falk
							Two Palo Alto Square
							3000 El Camino Real, Suite 300
							Palo Alto, CA  94306-2112
							Telephone:	(650) 331-2057
							Facsimile:	(650) 331-4557

							*Attorneys for Defendant GOOGLE INC.*


Dated:	April 15, 2014					O'MELVENY & MYERS LLP


						By:	/s/ *Michael F. Tubach*
							Michael F. Tubach

							George Riley
							Christina J. Brown
							Two Embarcadero Center, 28th Floor
							San Francisco, CA  94111
							Telephone:	(415) 984-8700
							Facsimile:	(415) 984-8701

							*Attorneys For Defendant APPLE INC.*

2
DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL
Case No. 5:11-cv-2509-LHK

816148

Dated:   April 15, 2014                    JONES DAY

By:   /s/ *David C. Kiernan*
      David C. Kiernan

      Robert A. Mittelstaedt
      Lin W. Kahn
      555 California Street, 26th Floor
      San Francisco, CA  94104
      Telephone:     (415) 626-3939
      Facsimile:     (415) 875-5700

      *Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated:   April 15, 2014                    MUNGER TOLLES & OLSON LLP

By:   */s/ Gregory P. Stone*
      Gregory P. Stone

      355 South Grand Avenue, 35th Floor
      Los Angles, CA  90071-1560
      Telephone:     (213) 683-9100
      Facsimile:     (213) 687-3702

      *Attorneys for Defendant INTEL CORPORATION*

**CONCURRENCE**

I, Robert A. Van Nest, am the ECF user whose ID and password are being used to file this DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO COMPEL.  In compliance with General Order 45, X.B., I hereby attest that Lee H. Rubin, Michael F. Tubach, David C. Kiernan, and Gregory P. Stone have concurred in this filing.

3
DEFENDANTS' ADMINISTRATIVE MOTION TO SEAL DEFENDANTS' OPPOSITION TO
PLAINTIFFS' MOTION TO COMPEL
Case No. 5:11-cv-2509-LHK

816148