# Exhibits 1-9 Filed Under Seal