# EXHIBIT 11

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 1

1          UNITED STATES DISTRICT COURT
2     NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION
3
4    ---------------------------
5    IN RE: HIGH-TECH EMPLOYEE )
6    ANTITRUST LITIGATION      ) No. 11-CV-2509-LHK
7    ---------------------------
8
9
10
11       -HIGHLY CONFIDENTIAL ATTORNEYS' EYES ONLY-
12
13       VIDEOTAPED DEPOSITION OF BRANDON MARSHALL
14               San Francisco, California
15              Monday, October 22, 2012
16                     Volume I
17
18
19   Reported by:
20   ASHLEY SOEVYN
21   CSR No. 12019
22   Job No. 1541283
23
24
25   PAGES 1 - 341

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 21

| | | |
|---|---|---|
| 1 | but just to -- just -- I will try to help | 09:13:26 |
| 2 | Mr. Marshall out here a little bit.  You can tell | 09:13:27 |
| 3 | her that you looked at documents to prepare, but | 09:13:29 |
| 4 | just -- I instruct you not to disclose to her the | 09:13:33 |
| 5 | identity of any documents that I selected to show | 09:13:36 |
| 6 | you, if that makes sense.  Tell her whether or not | 09:13:39 |
| 7 | your looked at things. | 09:13:42 |
| 8 |       THE WITNESS:  Yeah, I did look at things. | 09:13:43 |
| 9 | BY MS. KAHN: | 09:13:46 |
| 10 |    Q.   And how many documents would you say that | 09:13:46 |
| 11 | you looked at? | 09:13:47 |
| 12 |       MR. GLACKIN:  You can answer that. | 09:13:49 |
| 13 |       THE WITNESS:  There were a large volume of | 09:13:50 |
| 14 | documents, and I looked at many, many pages.  I | 09:13:51 |
| 15 | would estimate there were at least 1,000 pages.  I | 09:13:57 |
| 16 | did not read every page in its entirety, but I did | 09:14:02 |
| 17 | flip through them and I read a substantial number of | 09:14:05 |
| 18 | them. | 09:14:11 |
| 19 | BY MS. KAHN: | 09:14:13 |
| 20 |    Q.   Approximately 1,000 pages? | 09:14:13 |
| 21 |    A.   I have no idea how to estimate that. | 09:14:15 |
| 22 |    Q.   And did any of those documents that you | 09:14:17 |
| 23 | reviewed trigger your memory about a past event? | 09:14:19 |
| 24 |       MR. GLACKIN:  All right.  You can answer | 09:14:26 |
| 25 | that "yes" or "no." | 09:14:30 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 22

| | | |
|---|---|---|
| 1 | THE WITNESS:  Trigger my memory of past | 09:14:34 |
| 2 | events?  Yes, I believe they refreshed my memory | 09:14:36 |
| 3 | about things that had happened in the past a little | 09:14:40 |
| 4 | bit. | 09:14:43 |
| 5 | BY MS. KAHN: | 09:14:46 |
| 6 | Q.   So which documents specifically refreshed | 09:14:46 |
| 7 | your memory? | 09:14:48 |
| 8 | MR. GLACKIN:  I will instruct him not to | 09:14:50 |
| 9 | answer that question.  At the end of the deposition, | 09:14:51 |
| 10 | you are entitled to ask him if any of the documents | 09:14:53 |
| 11 | you reviewed helped him remember something he | 09:14:57 |
| 12 | testified about, but I don't think it's proper right | 09:14:59 |
| 13 | now to ask him to identify anything, just based on | 09:15:01 |
| 14 | what's happened so far.  I'm going to instruct him | 09:15:02 |
| 15 | not to answer that, but you can answer the other | 09:15:02 |
| 16 | question at the end. | 09:15:05 |
| 17 | BY MS. KAHN: | 09:15:06 |
| 18 | Q.   Are you going to follow counsel's advice? | 09:15:06 |
| 19 | A.   Yes. | 09:15:10 |
| 20 | Q.   Did you take any notes to prepare for | 09:15:16 |
| 21 | today? | 09:15:21 |
| 22 | A.   No. | 09:15:21 |
| 23 | Q.   How did you become involved with this | 09:15:23 |
| 24 | lawsuit? | 09:15:26 |
| 25 | A.   So at some point, I heard about the | 09:15:26 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 23

| | | |
|---|---|---|
| 1 | Department of Justice investigation into the alleged | 09:15:28 |
| 2 | conspiracies among the various defendants.  And at | 09:15:33 |
| 3 | some point, I also heard of the class action lawsuit | 09:15:39 |
| 4 | that was already in progress with Lieff, Cabraser. | 09:15:42 |
| 5 | And I did not know who Lieff, Cabraser was at that | 09:15:48 |
| 6 | time.  But I heard there was a lawsuit, and I | 09:15:51 |
| 7 | realized I was a member of the affected class, so I | 09:15:53 |
| 8 | contacted Lieff, Cabraser and asked if I could be | 09:15:56 |
| 9 | added to the class thinking that I would be just | 09:15:59 |
| 10 | added as an unnamed plaintiff.  I did not realize I | 09:16:05 |
| 11 | would end up in this position. | 09:16:09 |
| 12 |     Q.   You said you heard about the DOJ | 09:16:11 |
| 13 | investigation.  How did you hear about it? | 09:16:13 |
| 14 |     A.   Through the media.  I don't recall | 09:16:15 |
| 15 | exactly. | 09:16:17 |
| 16 |     Q.   What did you hear about it? | 09:16:18 |
| 17 |     A.   I heard that there was an attempt to | 09:16:19 |
| 18 | suppress wages. | 09:16:24 |
| 19 |     Q.   Anything else? | 09:16:30 |
| 20 |     A.   Agreements among the various defendants | 09:16:30 |
| 21 | which would have affected suppressing wages. | 09:16:36 |
| 22 |     Q.   Anything else? | 09:16:39 |
| 23 |     A.   Agreements not to -- well, the agreements | 09:16:40 |
| 24 | in a little more detail as I understand them, they | 09:16:41 |
| 25 | would agree not to cold call each other and not to | 09:16:45 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 24

| | | |
|---|---|---|
| 1 | talk to each other's employees for purposes of | 09:16:49 |
| 2 | hiring them out from one company if they were | 09:16:54 |
| 3 | already engaged in employment with one of those | 09:16:57 |
| 4 | companies. | 09:16:59 |
| 5 |    Q.   Anything else? | 09:17:00 |
| 6 |    (Ms. Henn, Esq. and Mr. Tubach, Esq. enters | 09:17:04 |
| 7 |         conference room.) | 09:17:04 |
| 8 |    A.   Probably that I don't recall | 09:17:06 |
| 9 | specifically. | 09:17:08 |
| 10 |    Q.   And that was all from the media? | 09:17:08 |
| 11 |    A.   I believe so, yes. | 09:17:10 |
| 12 |    Q.   And how did you hear about this lawsuit? | 09:17:11 |
| 13 |    A.   I heard about this lawsuit also from the | 09:17:13 |
| 14 | media after hearing about the Department of Justice | 09:17:18 |
| 15 | investigation. | 09:17:20 |
| 16 |    Q.   What did you hear about it at that time? | 09:17:22 |
| 17 |    A.   I heard that there was a lawsuit, and I | 09:17:23 |
| 18 | don't recall exactly what the verbiage was, but I | 09:17:32 |
| 19 | knew that the lawsuit corresponded to the Department | 09:17:35 |
| 20 | of Justice's investigation. | 09:17:40 |
| 21 |    Q.   And then you contacted counsel? | 09:17:41 |
| 22 |    A.   Yes. | 09:17:42 |
| 23 |    Q.   So why did you do that? | 09:17:43 |
| 24 |    A.   Because I was a member of the affected | 09:17:44 |
| 25 | class and I felt that if my wages were unfairly | 09:17:46 |

Veritext National Deposition & Litigation Services
866 299-5127

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 25

| | | |
|---|---|---|
| 1 | suppressed, then I should be entitled to the | 09:17:52 |
| 2 | difference between what I was paid and what I should | 09:17:55 |
| 3 | have been paid. | 09:17:57 |
| 4 |     Q.   When did you contact counsel? | 09:17:59 |
| 5 |     A.   I don't recall the exact time, but counsel | 09:18:03 |
| 6 | probably has that information. | 09:18:08 |
| 7 |     Q.   Do you have an estimate in your mind, as | 09:18:11 |
| 8 | you sit here today? | 09:18:13 |
| 9 |     A.   It seems like it would have been sometime | 09:18:14 |
| 10 | early 2011 or something like that, but I'm not | 09:18:19 |
| 11 | sure. | 09:18:23 |
| 12 |     Q.   If you prevail, what do you expect to | 09:18:24 |
| 13 | recover? | 09:18:27 |
| 14 |     A.   I don't expect to recover anything | 09:18:28 |
| 15 | necessarily, but I expect that the members of the | 09:18:34 |
| 16 | class would receive justice.  And I hope to recover | 09:18:36 |
| 17 | what I said in my previous answer, which is a | 09:18:40 |
| 18 | difference between the wages that I was paid and | 09:18:43 |
| 19 | what I believe I should have been paid.  My wages | 09:18:46 |
| 20 | were not artificially suppressed by anti-media | 09:18:49 |
| 21 | means. | 09:18:57 |
| 22 |     Q.   You provided written interrogatory | 09:18:58 |
| 23 | responses, correct? | 09:19:00 |
| 24 |     A.   Yes. | 09:19:01 |
| 25 |     Q.   And your responses were under oath? | 09:19:01 |

HIGHLY CONFIDENTIAL - ATTORNEYS EYES ONLY

Page 26

| | | |
|---|---|---|
| 1 | A. Yes. | 09:19:03 |
| 2 | Q. You verified that you were providing those | 09:19:03 |
| 3 | responses under penalty of perjury? | 09:19:05 |
| 4 | A. Under penalty of perjury, yes. | 09:19:08 |
| 5 | Q. Were your responses accurate? | 09:19:15 |
| 6 | A. Yes, they were accurate. | 09:19:16 |
| 7 | Q. As you sit here, I know you don't have it | 09:19:18 |
| 8 | in front of you, but as you sit here, is there | 09:19:20 |
| 9 | anything you want to change about your responses? | 09:19:21 |
| 10 | A. I think that there -- in some cases, were | 09:19:24 |
| 11 | less than complete. I think that they were in all | 09:19:25 |
| 12 | cases accurate, but if you want to go through them | 09:19:28 |
| 13 | one by one, I would be happy to try to make them as | 09:19:30 |
| 14 | complete as possible. | 09:19:33 |
| 15 | Q. So no inaccuracies as you sit here? | 09:19:35 |
| 16 | A. Not that I'm aware of, no. | 09:19:40 |
| 17 | Q. And when you say "they were less than | 09:19:43 |
| 18 | complete," without having the document in front of | 09:19:45 |
| 19 | you, does anything come to mind? | 09:19:48 |
| 20 | A. Yes, specifically, there was an answer | 09:19:50 |
| 21 | where I spoke about cold calling, had I ever been | 09:19:53 |
| 22 | cold called. I believe, I only recounted one | 09:19:56 |
| 23 | instance of that. I think it's fairly obvious, even | 09:20:00 |
| 24 | from the e-mails that I supplied to you, that there | 09:20:04 |
| 25 | were more than the one occasion -- there were more | 09:20:07 |