# Exhibits 13-19 Filed Under Seal