# Exhibit 80
# Filed Under Seal