# Exhibit 281A
# Filed Under Seal