# Exhibit 637
# Filed Under Seal