# Exhibit 1871
# Filed Under Seal