1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Brendan P. Glackin (State Bar No. 199643)
   Dean M. Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
   Lisa J. Cisneros (State Bar No. 251473)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, California 94111-3339
   Telephone: (415) 956-1000
6  Facsimile: (415) 956-1008

7  Joseph R. Saveri (State Bar No. 130064)
   James Dallal (State Bar No. 277826)
8  JOSEPH SAVERI LAW FIRM
   505 Montgomery Street, Suite 625
9  San Francisco, California 94111
   Telephone: (415) 500-6800
10 Facsimile: (415) 395-9940

11 *Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE INCORRECTLY FILED DOCUMENT** |

1  Having considered Plaintiffs' Motion to Remove Incorrectly Filed Document and the
2  document located at Dkts. 879-Exhibit 2 and 880, the Court hereby orders its permanent removal
3  from the docket for this action.
4  IT IS SO ORDERED.

7  Dated: _____              _____
8                                       LUCY H. KOH
                                        United States District Judge

1171001.1                          - 1 -                [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO
                                                        REMOVE INCORRECTLY FILED DOCUMENT
                                                        MASTER DOCKET NO. 11-CV-2509-LHK