1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
3  Lin W. Kahn (State Bar No. 261387)
   linkahn@jonesday.com
4  JONES DAY
   555 California Street, 26th Floor
5  San Francisco, CA 94104
   Telephone: (415) 626-3939
6  Facsimile: (415) 875-5700

7  Attorneys for Defendant
   Adobe Systems Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DEFENDANT ADOBE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

1   Defendant Adobe Systems Inc. ("Adobe") respectfully requests that ECF No. 737-9, the revised, redacted version of Exhibit 3 to the Declaration of Lin W. Kahn in Support of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification, filed on March 21, 2014, be removed from the docket as soon as possible.

On March 21, 2014, Defendants filed a Notice of Filing Revised Redacted Documents in Response to Order Granting in Part and Denying in Part Motions to Seal (ECF No. 737). Defendants erroneously publicly filed a version of revised, redacted Exhibit 3 to the Declaration of Lin W. Kahn in support of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification (ECF No. 737-9), containing unredacted information that the Court ordered be filed under seal (ECF No. 730) pursuant to Defendants' Joint Administrative Motion to File Under Seal Defendants' Opposition to Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents (ECF No. 450) and the Declaration of Anne M. Selin in support thereof (ECF No. 443). Thus, Adobe hereby requests that ECF No. 737-9 be removed from the docket as soon as possible.

Adobe concurrently files a Notice of Errata and Errata to the revised, redacted Exhibit 3 to the Declaration of Lin W. Kahn in support of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification.

Dated: April 18, 2014         JONES DAY

                              By:    */s/ Lin W. Kahn*
                                     Lin W. Kahn

                              *Attorneys for Defendant ADOBE SYSTEMS, INC.*

SFI-856787v1