Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTI-TRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

1  Now before the Court is Defendant Adobe Systems Inc.'s Motion to Remove Incorrectly
2  Filed Documents. The motion is GRANTED.
3  The Court HEREBY ORDERS THE CLERK to remove from the physical and electronic
4  docket ECF No. 737-9, revised, redacted Exhibit 3 to the Declaration of Lin W. Kahn in support
5  of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification.
6  **IT IS SO ORDERED.**
7  Date:_____                      _____
8                                      HONORABLE LUCY H. KOH
                                        United States District Court Judge
9
10 SFI-857396v1