| | |
|---|---|
| 1 | Robert A. Mittelstaedt (State Bar No. 60359)<br>ramittelstaedt@jonesday.com |
| 2 | David C. Kiernan (State Bar No. 215335)<br>dkiernan@jonesday.com |
| 3 | Lin W. Kahn (State Bar No. 261387)<br>linkahn@jonesday.com |
| 4 | JONES DAY<br>555 California Street, 26th Floor |
| 5 | San Francisco, CA 94104<br>Telephone: (415) 626-3939 |
| 6 | Facsimile: (415) 875-5700 |
| 7 | Attorneys for Defendant<br>Adobe Systems Inc. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF ERRATA AND ERRATA TO REVISED REDACTED EXHIBIT 3 TO THE DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION** |

On March 21, 2014, Defendants filed a Notice of Filing Revised Redacted Documents in Response to Order Granting in Part and Denying in Part Motions to Seal (ECF No. 737).  Adobe erroneously publicly filed a version of revised, redacted Exhibit 3 to the Declaration of Lin W. Kahn in support of Defendants' Opposition to Plaintiffs' Supplemental Motion for Class Certification (ECF No. 737-9), containing unredacted information that the Court ordered be filed under seal (ECF No. 730) pursuant to Defendants' Joint Administrative Motion to File Under Seal Defendants' Opposition to Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents (ECF No. 450), and the Declaration of Anne M. Selin in support thereof (ECF No. 443).  Adobe hereby submits an errata to ECF No. 737-9, revised, redacted Exhibits 3 with a corrected redacted version.

Dated:  April 18, 2014                JONES DAY

                                      By:     */s/ Lin W. Kahn*
                                              Lin W. Kahn

                                      *Attorneys for Defendant ADOBE SYSTEMS, INC.*

SFI-857400v1