1  Robert A. Mittelstaedt (State Bar No. 60359)
   ramittelstaedt@jonesday.com
2  Craig A. Waldman (State Bar No. 229943)
   cwaldman@jonesday.com
3  David C. Kiernan (State Bar No. 215335)
   dkiernan@jonesday.com
4  Lin W. Kahn (State Bar No. 261387)
   linkahn@jonesday.com
5  JONES DAY
   555 California Street, 26th Floor
6  San Francisco, CA 94104
   Telephone: (415) 626-3939
7  Facsimile: (415) 875-5700

8  Attorneys for Defendant
   Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**EXHIBIT 3 TO DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION**<br><br>**[REDACTED PUBLIC VERSION]** |

```
 1                UNITED STATES DISTRICT COURT

 2              NORTHERN DISTRICT OF CALIFORNIA

 3                     SAN JOSE DIVISION

 4

 5   IN RE:  HIGH-TECH EMPLOYEE     )

 6   ANTITRUST LITIGATION           )

 7                                  )  No. 11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:      )

 9   ALL ACTIONS.                   )

10   _____

11

12           VIDEO DEPOSITION OF FRANK WAGNER

13       HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

14                     March 7, 2013

15

16      Reported by:  Anne Torreano, CSR No. 10520

17

18

19

20

21

22

23

24

25
```

1  they were forwarded and granted.

2       So we ran the granting process or compiled the

3  list and analysis related to the granting process.

4       Q.  Okay.  And you mentioned the annual grant

5  cycle.  Is that all part of the equity refresh?

6       A.  We had -- yes.

7       Q.  Okay.  What was the competitive analysis that

8  you were doing?

9       A.  Related to equity?

10      Q.  Related to compensation.

11      A.  So my team looks at -- did and continues to

12 look at jobs for Google.  We benchmark all jobs, or as

13 many jobs as possible, to the competitive marketplace.

14 We benchmark over 10,000 individual combinations of job

15 families and levels to surveys, and we produce -- we

16 look at obtaining a competitive target based off our

17 compensation philosophy for our salaries, for total

18 cash and also for equity.

19      Q.  And is that work connected to developing

20 salary bands for different positions?

21          MR. RUBIN:  Objection.  Lacks foundation.

22          THE WITNESS:  That work is related to

23 developing our market targets, and we have approximate

24 ranges for salaries around that.  And those ranges are

25 guideposts or guidelines.

1    But planners, when they make decisions about
2    compensation, could actually go above the top of the
3    band, or when we bring folks in as new hires for
4    various circumstances, they could actually go below the
5    bottom of the band, or the range, if you would, the
6    minimum.
7    BY MS. DERMODY:
8        Q.   And what is the process if a planner wants to
9    bring in someone outside the range?
10       A.   So you mean we have a job offer for a new
11   candidate or new external candidate?
12       Q.   Sure.  We'll start with that.
13       A.   Generally what we would attempt to do is --
14   and you're speaking of salaries?
15       Q.   Yes.
16       A.   Right.
17            Well, it's important to recognize that we look
18   at it on a total compensation picture and not just on
19   salaries.  So we try to ensure our total compensation
20   package exceeds what that individual has at their prior
21   employer.
22            It is our preference and our guideline that we
23   try, in the mix of compensation, to ensure that
24   salaries come in toward the bottom of the range
25   because -- or our market target, which we refer to as

|  |  |
|---|---|
|  | 1   the market reference point.  If you don't mind, I'll |
|  | 2   use the "MRP" terminology because it's fewer words to |
|  | 3   have to say the acronym. |
|  | 4        Q.   I'm sorry.  That's market -- |
| 10:35:17 | 5        A.   Reference point. |
|  | 6        Q.   Okay. |
|  | 7        A.   And what we try to do is bring in new |
|  | 8   candidates or new employees toward the bottom of the |
|  | 9   range, because we have a pay-for-performance |
| 10:35:26 | 10  philosophy, and we'd like their salaries to progress |
|  | 11  and be aligned with their demonstrated performance |
|  | 12  after the fact as opposed to bringing folks in higher |
|  | 13  in the range. |
|  | 14       It is rare that we bring in people high in the |
| 10:35:38 | 15  range, but we do sometimes, depending on their current |
|  | 16  rates of salaries at their current employer. |
|  | 17       Q.   Okay.  And circling -- I appreciate that |
|  | 18  description, by the way. |
|  | 19       Circling back to what happens if someone's |
| 10:35:51 | 20  going to be slotted outside the range, is there a |
|  | 21  process for the planner to get approval for that, or |
|  | 22  does that just happen in the planner's discretion? |
|  | 23       A.   So let me clarify a couple things. |
|  | 24       So I would distinguish between our annual |
| 10:36:07 | 25  merit cycle, where planners are actually planning for a |

```
 1    team of people and we -- for which we have budgets, and
 2    that should be distinguished from new-hire, new-hire
 3    rates of pay.
 4             So planners or managers have less input,
 5    except at the executive level, but they have input, of
 6    course, for new-hire offers.
 7             Because of our ranges being highly competitive
 8    and well above market, it is a rarity that folks would
 9    be outside the top of the range.
10        Q.   Okay.  And then switching to an incumbent
11    employee who a manager might think deserves more pay
12    than the range would allow, what is the process for --
13    for that salary to be approved?
14             MR. RUBIN:  Objection.  Vague.
15             THE WITNESS:  Well, if you mean what happens
16    if someone is highly paid relative to our market
17    target, if they are a stellar performer, then it's
18    likely that a proposed increase would be approved, but
19    it would be their judgment.
20             And then if it was a poor performer, then we
21    may not approve that rate of salary increase.
22    BY MS. DERMODY:
23        Q.   And what is the approval process for that
24    position?
25        A.   It goes from the compensation team and me up
```

1   getting into confidential business discussions,

2   designate the transcript under the protective order as

3   highly confidential, attorneys' eyes only.

4           MS. DERMODY:  Okay.

10:52:10  5   BY MS. DERMODY:

6       Q.  In terms of the periodic reporting, what do

7   you recall being reported about the compensation

8   philosophy of the company?

9           MR. RUBIN:  Objection.  Vague.

10:52:26 10           THE WITNESS:  Do you mean in 2007 or 2008

11   or ...

12   BY MS. DERMODY:

13       Q.  Let's start with 2007, sure.  And this is what

14   you had described as a periodic report to the LDCC.

10:52:36 15       A.  Right.

16           So in 2007 we changed our compensation

17   philosophy to increase our market targeting for our

18   cash compensation.

19       Q.  And what did that involve?

10:53:00 20       A.  [REDACTED]

[REDACTED]

[REDACTED]

[REDACTED]

24       Q.  And was that for all employees at Google?

10:53:18 25       A.  Yes.

```
 1   the role for our lead who managed our base pay and
 2   bonus planning.
 3       Q.   And was the information that's collected here
 4   under the "Original Matrices" information that you
 5   would have collected every year as part of the annual
 6   planning?
 7       A.   You mean would we do a summary like this of
 8   each year's merit spend?
 9       Q.   Yes.
10       A.   That's correct, yes, we would.
11       Q.   This is just normal comp planning that you and
12   your direct reports did together?
13       A.   Yeah, this is a summary of the results of comp
14   planning, so that after -- you know, we -- we released
15   a tool or a software program that managers -- that
16   prepopulated managers' employees our suggested increase
17   algorithm, one that's highly performance oriented and
18   also takes into consideration your absolute pay level.
19           And then managers have the ability or the discretion to
20   change from the suggested numbers as to -- as to what
21   they see fit.
22           And then that information is given back to us,
23   and then we summarize it and review outliers.  We look
24   at aggregate spend and those kind of things.
25       Q.   Okay.  What do you do when you identify
```

1  ███████████████████████████████████████
2  ██ ████████████████████████████████ ?
3     A.  ███████████████████████████████
4  ███████████████████████████████████████
██████ 5  █████████████████
6        █████████████████████████████████
7  ███████████████████████████████████████
8  █████████████████████████████████████
9  ███████████████████████████████████
██████████ 10  █████ ████████████████████████
11  █████████████████████████████████████████
12  ███████████████████████████████████
13  ████
14        █████████████████████████████████
██████████ 15  ████████████████████████████████████
16  ██████████████████████████████ ████
17  ████████████████████████████████
18  ████████████████████████████████████████
19  ███████████████████████████████
01:48:28 20  █████████████████████████████████
21  ████████████████████████████████
22  ████████████████████████████ ████████████
23  ████████████████████████████████████████
24  ██████████████████████████████████████ .
01:48:43 25     Q.  Okay.  And just so I understand what this

```
 1   ████████████████████████████████████████
     █
 2   ████████████████████████  ██████████████
     █
 3   ████████████████████████████
     █
 4      Q.  ████  ██████████████████████████
██████ █
     ████████████████████████████████
     █
 6   ████████████████████████████████████████ ?
 7      A.  ████████████████████████████████
     █
     ████████████████████████████████████████
 9   ████████████████  ██████████████
██████ ████████████████████████████████████████
     █
     ████████████████████████████  .  ██████
     █
     ████████████████████████████████████████
     █
     ████████████████████████████████████████
     █
     ████████████████████████████████
02:21:10  15      Q.  Okay.
          16          (DEPOSITION EXHIBIT 1606 MARKED.)
          17   BY MS. DERMODY:
          18      Q.  All right.  The document that's been marked
          19   Exhibit 1606 should start with the Bates number 36287.
02:21:43  20          Do you see that?
          21      A.  I do.
          22      Q.  And in looking at this document, is this the
          23   Compensation Basics that is being described in Exhibit
          24   1605 by Ms. Eng as one of the projects that your team
02:22:01  25   was undertaking?
```

```
 1   forth from our internal communication team to change
 2   the language to make it more Googley, have the right
 3   internal Google voice.
 4       Q.   And on page 474902 of this exhibit, you'll see
 5   in the middle of the page, "Considerations For Salary
 6   Planning."
 7            Do you see that?
 8       A.   Yes.
 9       Q.   And the first bullet point, "Do your team's
10   increases reflect Google's goal to distribute salaries
11   fairly among employees based on market competitiveness
12   and" --
13       A.   I'm sorry.  Where are you?
14            Oh, I'm sorry.  I missed the first bullet.  I
15   was reading the paragraph before.  Sorry.
16            Could you start over again?
17       Q.   Sure.  Just want to make sure you're looking
18   at the same place I'm looking.
19            First bullet point says, "Do your team's
20   increases reflect Google's goal to distribute salaries
21   fairly among employees based on market competitiveness
22   and each individual's performance on the job"?
23       A.   Yes.
24       Q.   Who was being instructed to use that type of
25   question as a guideline for salary planning?
```

```
 1              MR. RUBIN:  Objection.  Lacks foundation.
 2              THE WITNESS:  So to whom was this aimed at?
 3     Is that what you mean?
 4              MS. DERMODY:  Yes, exactly.
 5              THE WITNESS:  It would be the people who are
 6     planning.
 7     BY MS. DERMODY:
 8         Q.   And what titles would those people have?
 9         A.   Managers, directors.
10         Q.   And would that be across the company?
11         A.   Who would receive this instruction?
12         Q.   Yes.
13         A.   It was the people who were determined to be
14     planning.  Not every manager, but yes, it would be --
15     because some level -- some managers have very few
16     employees, but it would be managers and directors
17     across the company.
18         Q.   Okay.  And that would include people in the
19     technical area as well as sales?
20         A.   That's correct, in both technical, sales and
21     G&A.
22         Q.   And "G&A" you've used a couple of times.  What
23     is -- does that have a longer name that's an acronym
24     for?
25         A.   It does.  Yes, G&A.  It's G ampersand A.
```

```
 1                  REPORTER'S CERTIFICATE
 2          I, Anne Torreano, Certified Shorthand Reporter
 3   licensed in the State of California, License No. 10520,
 4   hereby certify that the deponent was by me first duly
 5   sworn, and the foregoing testimony was reported by me
 6   and was thereafter transcribed with computer aided
 7   transcription; that the foregoing is a full, complete,
 8   and true record of said proceedings.
 9          I further certify that I am not of counsel or
10   attorney for either or any of the parties in the
11   foregoing proceeding and caption named or in any way
12   interested in the outcome of the cause in said caption.
13          The dismantling, unsealing, or unbinding of
14   the original transcript will render the reporter's
15   certificates null and void.
16          In witness whereof, I have subscribed my name
17   this 18th day of March, 2013.
18
19          [ ] Reading and Signing was requested.
20          [ ] Reading and Signing was waived.
21          [X] Reading and Signing was not requested.
22
23
24                         _____
25                         ANNE M. TORREANO, CSR No. 10520
```

## CORRECTIONS TO DEPOSITION TRANSCRIPT OF
## FRANK WAGNER, DATED MARCH 7, 2013
*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 17:10 | Replace: "Northrup"  With: "Northrop" | correction to transcript error |
| 31:16 | Delete: "per" | correction to transcript error |
| 38:4 | Replace: "programs"  With: "program" | correction to transcript error |
| 52:20-21 | Replace: "general administrative types of roles. For example, finance, People Operations, communications."  With: "General & Administrative types of roles. For example, Finance, People Operations, Communications." | correction to transcript error |
| 56:5 | Replace: "topical"  With: "type of" | correction to transcript error |
| 60:24 | Replace: "end"  With: "n" | correction to transcript error |
| 61:1 | Replace: "request"  With: "requests" | correction to transcript error |
| 69:23 | Replace: "time finite"  With: "finite time" | correction to transcript error |
| 72:20 | Replace: "forms" | correction to transcript error |

1

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF
FRANK WAGNER, DATED MARCH 7, 2013**
*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| | With: "forums" | |
| 78:5 | Replace: "Art and Art"<br><br>With: "Art who" | correction to transcript error |
| 83:24 | Replace: "was"<br><br>With: "is" | correction to transcript error |
| 85:18 | Replace: "2000"<br><br>With: "2009" | correction to transcript error |
| 86:12 | Replace: "Sun"<br><br>With: "Sen" | correction to transcript error |
| 89:10 | Replace: "Yes."<br><br>With: "Until 2011." | correction and clarification |
| 93:13 | Replace: "finance"<br><br>With: "Finance" | correction to transcript error |
| 99:16 | Replace: "although in 2000 -- this is for 2008"<br><br>With: "this is for 2008" | correction and clarification |
| 100:11 | Insert "multiplier" after 1.62 | correction and clarification |

2

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF
FRANK WAGNER, DATED MARCH 7, 2013**
*In re High-Tech Employee Antitrust Litigation*
Case No. 11-CV-2509-LHK (N.D. Cal.)

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 102:9 | Replace: "And so that individual who had that 15"<br><br>With: "And so that individual who had the ▇ bonus" | correction to transcript error |
| 108:15-17 | Replace: "▇"<br><br>With: "t▇" | correction to transcript error |
| 110:21 | Replace: "is other location"<br><br>With: "is the other location" | correction to transcript error |
| 118:16 | Replace: "international"<br><br>With: "internationally" | correction to transcript error |
| 124:1 | Replace: "hundred, two hundred"<br><br>With: "one hundred to two hundred" | correction to transcript error |
| 125:1 | Replace: "anybody come"<br><br>With: "anyone who came" | correction to transcript error |
| 130:21 | Delete: "un-- to" | correction to transcript error |
| 139:13 | Replace: "the barter compare"<br><br>With: "the peer comparator" | correction to transcript error |
| 141:3 | Replace: "2 RVP" | correction to transcript error |

3

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF**
**FRANK WAGNER, DATED MARCH 7, 2013**
*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
|  | With: "to our VP" |  |
| 146:15 | Replace: "provider"<br><br>With: "target" | correction to transcript error |
| 146:18 | Replace: "sales"<br><br>With: "Sales" | correction to transcript error |
| 146:22 | Replace: "Glen"<br><br>With: "Glen Elliott" | correction and clarification |
| 147:10-11 | Replace: "comp international at Google. So those are the people like Barun Sun"<br><br>With: "Comp International at Google. So those are the people like Barun Sen" | correction to transcript error |
| 148:25 | Replace: "fall 2000"<br><br>With: "fall 2007" | correction to transcript error |
| 166:25 | Replace: "trying get to"<br><br>With: "trying to get to" | correction to transcript error |
| 167:6-7 | Replace: "In the same time decrease the number of companies in the pool."<br><br>With: "At the same time decrease the number of companies in the pool." | correction to transcript error |
| 167:11-12 | Replace: I recall we gave equity at ▮▮▮▮ of the competing companies. | correction to transcript error |

4

## CORRECTIONS TO DEPOSITION TRANSCRIPT OF
## FRANK WAGNER, DATED MARCH 7, 2013
*In re High-Tech Employee Antitrust Litigation*
Case No. 11-CV-2509-LHK (N.D. Cal.)

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
|  | With: "I recall we gave equity at ▓▓▓ of the competing companies." [add quotations] |  |
| 176:19 | Replace: "to do"<br><br>With: "to view" | correction to transcript error |
| 177:13 | Delete: "intern -- " | correction to transcript error |
| 186:1-2 | Replace: "General and administration functions. So those would be the functions of People Operations, finance, legal"<br><br>With: "General and Administration functions. So those would be the functions of People Operations, Finance, Legal" | correction to transcript error |
| 187:14 | Replace: "2000"<br><br>With: "2009" | correction to transcript error |
| 197:23 | Replace: "cash bonus"<br><br>With: "cash" | correction and clarification |
| 206:6 | Replace: "on Mr. Bock."<br><br>With: ", only Mr. Bock." | correction and clarification |
| 218:16 | Replace: "comp position"<br><br>With: "composition" | correction to transcript error |
| 222:18 | Replace: "effected"<br><br>With: "effective" | correction to transcript error |

5

CORRECTIONS TO DEPOSITION TRANSCRIPT OF
FRANK WAGNER, DATED MARCH 7, 2013
*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

Subject to the above changes, I certify that the transcript is true and correct.

_____  	_____
Signature  	Date  	4/23/13

6