GREGORY P. STONE (State Bar No. 78329)
gregory.stone@mto.com
BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
STEVEN M. PERRY (State Bar No. 106154)
steven.perry@mto.com
BETHANY W. KRISTOVICH (State Bar No. 241891)
bethany.kristovich@mto.com
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile:   (213) 687-3702

Attorneys for Defendant Intel Corporation

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF GREGORY M. SERGI IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' MOTION FOR APPLICATION OF THE PER SE STANDARD** |

1        I, Gregory M. Sergi, hereby declare and say:

2        1.     I am an attorney with Munger, Tolles & Olson LLP, counsel of record for Intel

3 Corporation ("Intel") in this case, a member of the State Bar of California, and admitted to

4 practice before this Court.  I make this declaration in support of Defendants' Joint Response to

5 Plaintiffs' Motion for Application of the Per Se Standard being filed concurrently with this

6 declaration.  I make this declaration based on my own personal knowledge.  If called and sworn as

7 a witness, I could and would competently testify to the truth of the matters stated below.

8        2.     Attached as **Exhibit 1** is a true and correct copy of excerpts from the court

9 reporter's transcript of the hearing held in the above-captioned matter on March 27, 2014.

10        3.     Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition of

11 Edward E. Leamer, Ph.D., on November 18, 2013, in the above-captioned matter.

12        4.     Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition of

13 Matthew Marx, on November 15, 2013, in the above-captioned matter.

14

15        I declare under penalty of perjury under the laws of the United States that the foregoing is

16 true and correct.

17        Executed this 18th day of April, 2014 at Los Angeles, California.

18        DATED:   April 18, 2014

19

20               */s/ Gregory M. Sergi*

                     Gregory M. Sergi

21

22

23

24

25

26

27

28

SERGI DECL. ISO OF DEFS.' RESP. TO MOT. FOR APPLICATION OF THE PER SE STANDARD