# EXHIBIT 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE:  HIGH-TECH EMPLOYEE      )

ANTITRUST LITIGATION            )

                                )   No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:       )

ALL ACTIONS.                    )

_____)

HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEO DEPOSITION OF SERGEY BRIN

MARCH 19, 2013

Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

| | | |
|---|---|---|
| 13:03:12 | 1 | about the agreements between Apple and Google on this |
| 13:03:14 | 2 | subject than you did. |
| 13:03:16 | 3 |     MR. RUBIN:  Objection to form. |
| 13:03:17 | 4 |     THE WITNESS:  But once again, you are |
| 13:03:18 | 5 | presupposing there was an agreement.  In your question |
| 13:03:20 | 6 | you are presupposing the answer you want to hear. |
| 13:03:23 | 7 | BY MR. HEIMANN: |
| 13:03:23 | 8 |     Q.  Well, the question that I originally posed to |
| 13:03:25 | 9 | you -- |
| 13:03:25 | 10 |     A.  Yeah. |
| 13:03:25 | 11 |     Q.  -- is, is it your view that he knew more about |
| 13:03:28 | 12 | the existence or non-existence of agreements relating to |
| 13:03:31 | 13 | recruiting than you did. |
| 13:03:33 | 14 |     A.  I'm telling you -- |
| 13:03:33 | 15 |     MR. RUBIN:  Just let me -- objection to form. |
| 13:03:35 | 16 |     THE WITNESS:  I'm telling you this has nothing |
| 13:03:36 | 17 | to do with agreements, nonagreements, things like that. |
| 13:03:40 | 18 | It's about Steve's ego and emotions. |
| 13:03:44 | 19 | BY MR. HEIMANN: |
| 13:03:44 | 20 |     Q.  What is about Steve's ego and emotions? |
| 13:03:47 | 21 |     A.  Alan just didn't want to agitate and piss off |
| 13:03:50 | 22 | Steve needlessly. |
| 13:03:52 | 23 |     Q.  And how does that explain Mr. -- or |
| 13:03:57 | 24 | ▬▬▬▬▬▬'s understanding that a gentleman agreement |
| 13:04:00 | 25 | existed between Google and Apple regarding recruiting |

| | | |
|---|---|---|
| 13:04:03 | 1 | employees or hiring employees from each other? |
| 13:04:06 | 2 | A.  I'm sure that Alan expressed some of the |
| 13:04:09 | 3 | sensitivity and -- to ▓▓▓▓ about Google hiring |
| 13:04:17 | 4 | people close to Steve and people Steve might care about, |
| 13:04:20 | 5 | and I don't know.  Who knows how Alan conveyed that and |
| 13:04:25 | 6 | what ▓▓▓▓ took away from that?  I wouldn't want to |
| 13:04:31 | 7 | speculate. |
| 13:04:31 | 8 | Q.  All right.  But in any event, you didn't take |
| 13:04:34 | 9 | any steps to correct any misimpressions when you received |
| 13:04:36 | 10 | this email. |
| 13:04:38 | 11 | MR. RUBIN:  Objection.  Form. |
| 13:04:41 | 12 | THE WITNESS:  No.  I mean I wouldn't -- I don't |
| 13:04:43 | 13 | think I ever even interacted directly with ▓▓▓▓ in |
| 13:04:47 | 14 | any way. |
| 13:04:47 | 15 | BY MR. HEIMANN: |
| 13:04:48 | 16 | Q.  Okay.  Did -- did you have an understanding of |
| 13:04:52 | 17 | Mr. Jobs' view about how Silicon Valley companies should |
| 13:04:58 | 18 | interact with each other with respect to hiring away |
| 13:05:02 | 19 | other companies' employees? |
| 13:05:04 | 20 | MR. RUBIN:  Objection.  Form. |
| 13:05:06 | 21 | THE WITNESS:  I think Mr. Jobs' view was that |
| 13:05:09 | 22 | people shouldn't piss him off.  And I think that things |
| 13:05:14 | 23 | that pissed him off were -- would be hiring, you know -- |
| 13:05:19 | 24 | whatever.  Certain people that he deemed important at the |
| 13:05:21 | 25 | time or close to him or knew or, you know, who knows what |

| | | |
|---|---|---|
| 13:05:27 | 1 | would trip his emotions exactly, but I think this |
| 13:05:31 | 2 | situation of ███████ specifically is because he was |
| 13:05:34 | 3 | close to ███████ in some way.  I don't personally know |
| 13:05:37 | 4 | their history, but I believe they were friends or |
| 13:05:39 | 5 | something. |
| 13:05:39 | 6 | BY MR. HEIMANN: |
| 13:05:40 | 7 |     Q.  Well, didn't you have an understanding that |
| 13:05:41 | 8 | Mr. Jobs' view was that no one in Silicon Valley should |
| 13:05:44 | 9 | be trying to hire away employees of Apple from Apple? |
| 13:05:49 | 10 |     A.  I'm sure that he wished that that was the case. |
| 13:05:52 | 11 | I don't think he was even that unreasonable.  But, yeah, |
| 13:05:57 | 12 | I mean I think there were certain times and certain |
| 13:06:00 | 13 | employees and solicitations at Apple. |
| 13:06:12 | 14 |     Q.  Let's take a look at Exhibit 861.  This is an |
| 13:06:26 | 15 | email from June of 2006 that, as near as I can tell, is |
| 13:06:29 | 16 | internal to Apple.  I want to focus your attention on the |
| 13:06:33 | 17 | last paragraph of the email from Danielle Lambert or |
| 13:06:46 | 18 | "Lambert" to Steve Jobs. |
| 13:07:15 | 19 |     A.  Okay.  I see it. |
| 13:07:16 | 20 |     Q.  In this email the author wrote to Mr. Jobs, "We |
| 13:07:19 | 21 | have been diving into the search for someone to lead an |
| 13:07:23 | 22 | ad sales team and surfacing some good folks.  We are |
| 13:07:26 | 23 | researching Google to see who is there, and learn what we |
| 13:07:30 | 24 | can about their backgrounds, but are not directly calling |
| 13:07:33 | 25 | them directly, given the agreement you and Sergey struck |