Subject: Fwd: Sous Chef application
Date: Tue, 03 Jun 2008 08:21:39 -0700
From: Mark Bentley <mbentley@apple.com>
To: Danielle Lambert <lambert@apple.com>
Message-ID: <C85278AC-622D-4543-AD67-56F386FB2D3E@apple.com>

Heads up that we are getting a few folks from Google submitting their resumes to our website ( for the Dickman openings ).   I spoke to Julie Gaither about the sensitivity around this a few weeks ago, and she gets it loud & clear ( as does John evidently ).   We are not recruiting these folks, they are actively seeking us out.

Please let me know if you want recruiting to be handling this differently?   Also, just as a side note, I have heard some rumblings the last couple of months that Google may not necessarily be honoring their part of the hands-off policy, although I don't have any hard evidence.   I know we have lost a couple of people recently from HW to them, but I believe both were fairly unhappy folks, so it's hard to say how things actually got initiated.

Mark

Begin forwarded message:

> From: Julie Gaither <julieg@apple.com>
> Date: June 2, 2008 3:05:40 PM PDT
> To: Mark Bentley <mbentley@apple.com>
> Subject: Fwd: Sous Chef application
>
> Mark,
>
> Another Bon Appetit - Google applicant
>
> Begin forwarded message:
>
>> From: Julie Gaither <julieg@apple.com>
>> Date: June 2, 2008 3:04:57 PM PDT
>> To: John Dickman <dickman@apple.com>
>> Cc: Carmina Calderon <carmina@apple.com>
>> Subject: Sous Chef application
>>
>> Hi John,
>>
>> Forwarding you an applicant for Sous Chef:
>>
>> **Cover Letter & Resume (Paste in text box) :**
>> [redacted]
>> June 1, 2008
>>
>> Attention: Apple Recruiting-
>>
>> My name is [redacted] and I am currently the day time Sous Chef in charge of No Name Café, Bon Appetit@Google. No Name is the second busiest café at Google headquarters, serving over 2500 meals and 1200 teas, daily. We have also been repeatedly voted among the top three favorite cafés out of the 18 cafés on the Google campus.
>>
>> I started my food career at a catering company when I was 14 years old, and have worked continuously in the culinary

EXHIBIT 281 A
Deponent Lambert
Date 10-2-12

Gina V. Carbone, CSR

CONFIDENTIAL TREATMENT REQUESTED
CONFIDENTIAL ATTORNEYS' EYES ONLY

281A.1

176APPLE002217
231APPLE002217

profession ever since, picking up my BAS in history and business at Mississippi State University on the way. I have worked at large and small restaurants, fine dining to French bistro, most recently accumulating over five years as a sous chef or higher. As my resume reflects, my experience includes extensive experience as an effective manager of staff, food cost, budgeting, labor cost, pricing, purchasing and receiving and service. I also like to have fun at work and strive for an enjoyable, low turn-over work experience for my staff and co-managers.

My tenure at Google, working with Executive Chef Nate Keller, under Culinary Director John Dickman, has further honed my skill set. It now also includes creating very high quality food at very high volume, an even stronger commitment to healthy as well as delicious food, higher awareness of sustainable sources and seasonal daily changing menus, a fast reaction time to necessary changes in the culinary program, and creating a warm, friendly café that employees love to eat in every day.

It would be an honor and a privilege to work again with John Dickman. If you are interested in further exploring what I can add to the culinary program at Apple, please call me to set up an appointment to meet at your convenience.

Best Regards,



Objective To challenge myself and my staff by expanding our knowledge of food, improving cooking technique, and striving for efficiency while adhering to high quality and sustainable food sources.

Experience Bon Appetit @ Google, No Name Café, Mt. View, California
February 2007 - Present
Sous Chef

Began as opening kitchen manager of a new Google café, Café 5ive. Was soon promoted to Sous Chef of No Name Café. Now manage all aspects of 2nd largest Google Café, serving over 2500 daily meals from a daily changing menu.

Effectively manage a multicultural staff of 55+ in a café with a $6.5M annual operating budget
Write a daily changing menu for breakfast, lunch, dinner and afternoon tea, serving over 2500 meals per day plus 1200 daily teas
Supervise the overall success of the Café through adhering to Google/Bon Appétit's food values of delicious, healthy food made daily from scratch. Use sustainable, organic food sources whenever possible
Instill a top level of warm and friendly service in the staff, catering to engineers and Google founders
Strive daily to foster a sense of responsibility and awareness among cooks in regards to quality, sustainability, locality/seasonality, and community

Tutor Language Tech, Prague, Czech Republic
September 2005 - August 2006 English Teacher

Taught 1-14 university age students for 50-60 hours/week. Used additional time traveling Europe with regional cuisines as a passionate focus.

Nenana View Grille, Denali National Park, Alaska April 2005 - September 2005 (full season) Chef De Cuisine

Began as sous chef, attention to detail and commitment to standards quickly led to promotion to chef de cuisine.

Solely responsible for all BOH operations, including menu planning, ordering/receiving product, and adhering to budget constraints
Established and maintained excellent rapport with vendors
Scheduled and trained 35 employees
Senior manager in charge of high volume (140 seat) hotel restaurant with exceptional standard of quality, open nearly 24 hours/day. Served approximately 500 meals per day.

Café Degas, New Orleans, Louisiana
October 2004 - April 2005
Lead Cook

Served as lead cook in a small French Bistro. Opportunity to hone technique with Chef Ryan Hughes and learn the workings of a French neighborhood bistro.

CONFIDENTIAL TREATMENT REQUESTED
CONFIDENTIAL ATTORNEYS' EYES ONLY

281A.2

176APPLE002218
231APPLE002218

Developed organizational skills to most effectively work within a small venue of 60 seats
Refined specifically French cooking skills with primarily French staff

Palace Café, New Orleans, Louisiana January 2001 - October 2004 Sous Chef Began as line cook and was quickly promoted to lead cook, then saucier and then sous chef, under Chef Darin Nesbit. Palace Café is a 250-seat fine dining restaurant that has received the Ivy and James Beard awards.

Responsible for ordering and creating specials utilizing fresh, local ingredients
Instrumental in team building and instructing staff of 50 in the importance of professional demeanor and cleanliness
Practiced quality control within high volume café and ensured that standards were met throughout service

Ralph's on the Park, New Orleans, Louisiana
November 2003 - April 2004
Opening Team Member

Granted a six month hiatus from Palace Café to open Ralph's on the Park with Chef Gerard Maras.

Instrumental in creating consistent atmosphere and establishing continuity within family of restaurants
Maintained commitment to working with fresh local ingredients
Developed routines that enabled maximum exposure to learning opportunities with Chef Maras

Education Mississippi State University
B.A.S., Summa Cum Laude, History major, General Business minor, 1999

Tipton-Rosemark Academy
High School Diploma, 1995

ITC Praha, Czech Republic
TEFL Certificate (Teaching English as a Foreign Language), December 2005

Interests I enjoy traveling, hiking, fishing, and mechanics

Excellent References Available upon request
Julie Gaither | Recruiting Manager | Apple Inc | direct 408.974.0038




Julie Gaither | Recruiting Manager | Apple Inc | direct 408.974.0038

------ end message ------

CONFIDENTIAL TREATMENT REQUESTED
CONFIDENTIAL ATTORNEYS' EYES ONLY

281a.3

176APPLE002219
231APPLE002219