# EXHIBIT 80

| year | WWID | COUNTRY | SITE2 | STATUS | SEX | AGE | HIREDATE | TERMDATE | REHIRE | TIJ | JOBCODE | JOBDATE | TITLE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2001 | ███ | USA | OR | A | M | ███ | 9/26/1988 | | | ███ | 373 | 4/1/2001 | Prod Line Mktg Eng, Sr Staff |
| 2002 | | USA | OR | A | M | | 9/26/1988 | | | | 1151 | 2/19/2002 | Marketing Manager |
| 2003 | | USA | OR | A | M | | 9/26/1988 | | | | 1151 | 2/19/2002 | Marketing Manager |
| 2004 | | USA | OR | A | M | | 9/26/1988 | | | | 300035 | | Marketing Manager |
| 2005 | | CHN | SH | A | M | | 9/26/1988 | | | | 300035 | | Marketing Manager |
| 2006 | | CHN | SH | A | M | | 9/26/1988 | | | | 300035 | | Marketing Manager |
| 2007 | | CHN | SH | A | M | | 9/26/1988 | | | | 300035 | | Marketing Manager |
| 2012 | | USA | OR | A | M | | 9/26/1988 | | 4/16/2012 | | 300007 | | Engineering Manager |





EXHIBIT NO. 80
SCHMITT & LEHMANN, INC



| TIG | GRADE | MGRWWID | REV1DATE | RATING1 | REV2DATE | RATING2 | REV3DATE | RATING3 | BASESAL | EBTGT |
|-----|-------|---------|----------|---------|----------|---------|----------|---------|---------|-------|
| | 9 | | 4/1/2001 | | 4/1/2000 | | 4/1/1999 | | | |
| | 9 | | 4/1/2002 | | 4/1/2001 | | 4/1/2000 | | | |
| | 9 | | 4/1/2003 | | 4/1/2002 | | 4/1/2001 | | | |
| | 9 | | 4/1/2004 | | 4/1/2003 | | 4/1/2002 | | | |
| | 9 | | 4/1/2005 | | 4/1/2004 | | 4/1/2003 | | | |
| | 9 | | 4/1/2006 | | 4/1/2005 | | 4/1/2004 | | | |
| | 9 | | 4/1/2007 | | 4/1/2006 | | 4/1/2005 | | | |
| | 9 | | 4/1/2009 | | 4/1/2008 | | 4/1/2007 | | | |