Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**DECLARATION OF LIN W. KAHN IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

I, Lin W. Kahn, declare as follows:

1. I am an attorney with the law firm of Jones Day, counsel for Defendant Adobe Systems Inc. ("Adobe") in the above-captioned action. I am admitted to practice law before this Court. I submit this declaration in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal. As an attorney involved in the defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

2. I have reviewed Plaintiffs' Opposition to Defendants' Joint Motions *In Limine* ("Opposition"), the Declaration of Anne B. Shaver in Support of the Opposition ("Shaver Decl."), and attached exhibits.

3. As described below, the information requested to be sealed contains or summarizes Adobe's compensation and recruiting data, practices, strategies and policies. Adobe has designated this information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case. (ECF No. 107).

4. The October 9, 2012 Declaration of Donna Morris In Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 196) ("10/9/2012 Morris Decl."), the January 9, 2014 Declaration of Jeff Vijungco in Support of Motion to Seal (ECF No. 578), and the Declaration of Rosemary Arriada-Keiper in Support of Motion to Seal (ECF No. 579) establish that Adobe's compensation data, practices, strategies and policies, as well as its recruiting data, practices, strategies and policies (such as the information sought to be redacted below), are confidential and commercially sensitive. As stated in these declarations, it is Adobe's practice to keep such information confidential, for internal use only, and not to disclose them to the public.

5. Moreover, these declarations establish that the public disclosure of this information would competitively harm Adobe, including impairing its competitive position in recruiting, hiring, and compensating employees. Ms. Arriada-Keiper and Mr. Vijungco declared that Adobe derives independent economic value from keeping its compensation data and compensation, recruiting and hiring practices, strategies, and policies confidential, including

- 1 -

Kahn Declaration ISO Defs.'
Joint Response Adm. Motion to Seal
Master Docket No. 11-CV-2509-LHK

keeping it from other persons, entities, and/or competitors who could obtain economic value from its disclosure or use.

6. Furthermore, as stated in the above declarations, the public disclosure of this information, created for internal use, would give third-parties insights into confidential and sensitive aspects of Adobe's operations and deprive Adobe of its investment in developing these practices, strategies, and policies. These declarations further establish that such disclosure would give other entities an unearned advantage by giving them the benefit of knowing how Adobe compensates employees and Adobe's compensation, recruiting, and hiring practices, strategies, and policies.

7. In addition to the above, Adobe's declarations filed in support of the Opposition to Plaintiffs' Motion for Class Certification also establish the confidentiality of Adobe's compensation and recruiting data, practices, strategies and policies. In particular, the Declaration of Donna Morris of Adobe Systems Inc. in Support of the Opposition to Plaintiffs' Motion for Class Certification (ECF No. 215, Exhibit 14) ("11/9/2012 Morris Decl."), paragraph 3, establishes that Adobe's salary and compensation data, policies and strategies are confidential and that public dissemination of that information could cause Adobe competitive harm. The Declaration of Jeff Vijungco of Adobe Systems Inc. in Support of the Opposition to Plaintiffs' Motion for Class Certification (ECF No. 215, Exhibit 15) ("Vijungco Decl."), paragraph 3, similarly establishes that Adobe's recruiting and hiring data, policies and strategies are confidential and that public dissemination of that information could cause Adobe competitive harm.

8. Specifically, Adobe seeks to keep the redacted parts of the following documents under seal:

**December 6, 2013 Amended Expert Report of Edward A. Snyder, Ph.D. (Shaver Dec. Ex. 14)**

9. Adobe seeks to seal the following portions of the December 6, 2013 Amended Expert Report of Edward A. Snyder, Ph.D. (proposed redacted version previously submitted at ECF No. 842):

- 2 -

Kahn Declaration ISO Defs.'
Joint Response Adm. Motion to Seal
Master Docket No. 11-CV-2509-LHK

      a) Redacted portion of paragraph 36 and footnote 15 on pages 17 to 18 contain confidential information regarding Adobe's recruiting and hiring strategies and practices.

**December 11, 2013 Rebuttal Report of Matthew Marx (Shaver Decl. Ex. 17)**

10. Adobe seeks to seal the following portions of the December 11, 2013 Rebuttal Report of Matthew Marx (proposed redacted version previously submitted at ECF No. 832-2):

      a) Exhibit 3 reveals confidential information about the number of employees at Adobe in a specific position.

**December 11, 2013 Reply Expert Report of Edward E. Leamer, Ph.D. (Shaver Decl. Ex. 19)**

11. Adobe seeks to seal the following portions of the December 11, 2013 Merits Reply Expert Report of Edward Leamer, Ph.D. (proposed redacted version previously submitted at ECF No. 856-10):

      a) Page 22, Figure 6 reveals confidential information about the annual distribution of compensation by year.

      b) Pages 23 to 24, paragraph 42 and Figure 7 contain confidential Adobe information related to Adobe's acquisition of Macromedia and compensation for Macromedia employees as compared to Adobe employees and Adobe salary ranges.

      c) Page 44, Figure 14 reveals confidential Adobe compensation information about the average compensation of Adobe Technical Class members.

      d) Pages 76 to 77, Appendix A contains confidential Adobe compensation information, including the salary range for a specific job title, the age of employees in that title, and salary for specific individuals.

//
//
//
//
//

1   I declare under penalty of perjury under the laws of the United States that the foregoing is
2   true and correct.  Executed this 21st day of April 2014 in San Francisco, California.
3
4
5                                           By: */s/ Lin W. Kahn*
                                                     Lin W. Kahn
6
7   SFI-859074v1
8

- 4 -

Kahn Declaration ISO Defs.'
Joint Response Adm. Motion to Seal
Master Docket No. 11-CV-2509-LHK