Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Roberta D. Tonelli (State Bar No. 278738)
rtonelli@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **Case No. 11-CV-2509  LHK**<br><br>**DECLARATION OF ROBERTA D. TONELLI IN SUPPORT OF DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

I, ROBERTA D. TONELLI, declare:

1.      I am an attorney at law, duly admitted to practice in the State of California and before this Court.  I am an associate at the law firm of Jones Day, counsel for Defendant Intuit Inc. ("Intuit") in the above-captioned action.  I submit this Declaration in support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal.  As one of the attorneys involved in the defense of this action, unless as otherwise stated, I have personal knowledge of the facts stated in this Declaration and if called as a witness I could and would testify competently to them.

2.      I have reviewed Plaintiffs' Opposition to Defendants' Joint Motions In Limine ("Opposition"), the Declaration of Anne B. Shaver in Support of the Opposition ("Shaver Decl."), and attached exhibits.

3.      As described below, the information requested to be sealed contains or summarizes Intuit's compensation and recruiting methods, data, practices, strategies and policies. Intuit has designated this information as "CONFIDENTIAL – ATTORNEYS' EYES ONLY" pursuant to the Protective Order in this case.  (Dk. No. 107).

4.      As noted in the Declaration of Lisa K. Borgeson In Support of Renewed Administrative Motion to File Under Seal (Dk. No. 285), the Declaration of Mason Stubblefield in Support of Intuit's Response Motion to Seal (Dk. No. 585-1), the Declaration of Catherine T. Zeng in Support of Renewed Administrative Motion to File Under Seal (Dk. No. 397), the Declaration of Catherine Zeng in Support of Defendants' Response to Plaintiff's Administrative Motion to Seal (Dk. No. 425), the Declaration of Catherine Zeng in Support of Defendants' Motion to Seal (Dk. No. 448), and the Declaration of Rowan T. Mason in Support of Defendants' Joint Response to Plaintiffs' Administrative Motion to File Under Seal Plaintiffs' Reply in Support of Supplemental Motion for Class Certification (Dk. No. 464), Intuit's salary and compensation data, strategies and methods are non-public, highly sensitive and confidential, and private to Intuit and its employees.

5.      Moreover, Intuit's recruiting strategies, methods, data and practices, and confidential agreements are also non-public and proprietary to Intuit.  Therefore, information

pertaining to Intuit's recruiting and compensation methods, strategies, practices and data is confidential and public dissemination of that information could cause Intuit competitive harm.

6.     Additionally, the February 21, 2014 Declaration of John Geering In Support of Defendants' Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 676), establishes that Intuit maintained certain agreements with Google and that certain redacted portions of those agreements are highly confidential, competitively sensitive, and proprietary.

7.     Specifically, Intuit seeks to keep the following redacted portions of the following documents under seal:

**December 11, 2013 Rebuttal Report of Matthew Marx (Shaver Decl. Ex. 17)**

8.     Intuit seeks to seal the following portions of the December 11, 2013 Rebuttal Report of Matthew Marx (proposed redacted version previously submitted at ECF No. 832-2):

    a.  Exhibit 3 contains confidential information about the number of employees in certain of Intuit's specific job titles. This is confidential Intuit information that pertains to Intuit's employee management practices and company structure.

**December 11, 2013 Reply Expert Report of Edward E. Leamer, Ph.D. (Shaver Decl. Ex. 19)**

9.     Intuit seeks to seal the following portions of the December 11, 2013 Merits Reply Expert Report of Edward Leamer, Ph.D. (proposed redacted version previously submitted at ECF No. 856-10):

    a.  Page 77, paragraph 6 contains confidential Intuit compensation information about the average compensation of Intuit Technical Class members and about the specific salary of Senior Software Engineers.

10.    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.  Executed on this 21st day of April, 2014 in San Francisco, California.

/S/ Roberta D. Tonelli
Roberta D. Tonelli