MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ERIC B. EVANS (SBN 232476)
eevans@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone: (650) 331-2000
Facsimile: (650) 331-2061

*Attorneys for Defendant*
*Google Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' JOINT RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO SEAL REGARDING FILINGS RELATED TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' JOINT MOTIONS *IN LIMINE*** |

Having considered Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal Regarding Filings Related to Plaintiffs' Opposition to Defendants' Joint Motions *In Limine* [ECF No. 889] and the declarations submitted in support of that motion, having determined that the public disclosure of the confidential information described therein would harm Defendants, and finding good cause to seal that information, IT IS HEREBY ORDERED THAT the motion is GRANTED.

Pursuant to Northern District Civil Local Rule 79-5, the following portions of the following documents have been properly redacted and publicly filed, for the reasons provided in the corresponding declarations. The redacted portions shall remain under seal.

| **Brief or Exhibit To Be Sealed** | **Source of Support for Sealing** |
|---|---|
| Plaintiffs' Opposition to Defendants' Joint Motions *In Limine* (redacted portions) (Proposed redacted version filed at ECF No. 889-3) | Declaration of Anne M. Selin ISO Defs.' Joint Response to Plaintiffs' Administrative Motion to Seal Re: Filings Related to Plaintiffs' Opposition to Defs.' Joint Motions *In Limine* (ECF No. 894) ("Selin Decl.") at ¶ 4. |
| Ex. 1 to the Declaration of Anne B. Shaver ISO Plaintiffs' Opposition to Defendants' Joint Motions In Limine (ECF No. 881) ("Shaver Ex.") (redacted portions) (Proposed redacted version filed at ECF No. 889-1) | Selin Decl. at ¶ 5; Declaration of Christina Brown ISO Defs.' Joint Response to Plaintiffs' Administrative Motion to Seal Re: Filings Related to Plaintiffs' Opposition to Defs.' Joint Motions *In Limine* (ECF No. 893) ("Brown Decl.") at ¶ 3. |
| Shaver Ex. 13 (redacted portions) (Proposed redacted version filed at ECF No. 846) | Selin Decl. at ¶ 6; Brown Decl. ¶ 4; Declaration of Gregory M. Sergi on Behalf of Intel ISO Defs.' Joint Response to Plaintiffs' Administrative Motion to Seal Re: Filings Related to Plaintiffs' Opposition to Defs.' Joint Motions *In Limine* (ECF No. 892) ("Sergi Decl.") at ¶ 5. |
| Shaver Ex. 14 (redacted portions) (Proposed redacted version filed at ECF No. 842) | Selin Decl. at ¶ 7; Sergi Decl. ¶ 6; Declaration of Lin W. Kahn ISO Defs.' Joint Response to Administrative Motion to Seal (ECF No. 890) ("Kahn Decl.") at ¶ 9. |

| Brief or Exhibit To Be Sealed | Source of Support for Sealing |
|---|---|
| Shaver Ex. 15 (redacted portions)<br>(Proposed redacted version filed at ECF No. 842-2) | Selin Decl. at ¶ 8. |
| Shaver Ex. 17 (redacted portions)<br>(Proposed redacted version filed at ECF No. 832-2) | Selin Decl. at ¶ 9; Kahn Decl. at ¶ 10; Brown Decl. ¶ 5; Declaration of Roberta D. Tonelli ISO Defs.' Joint Response to Plaintiffs' Administrative Motion to File Under Seal (ECF No. 891) ("Tonelli Decl.") at ¶ 8. |
| Shaver Ex. 18 (redacted portions)<br>(Proposed redacted version filed at ECF No. 856-8) | Selin Decl. at ¶ 10; Sergi Decl. ¶ 7; Brown Decl. ¶ 6. |
| Shaver Ex. 19 (redacted portions)<br>(Proposed redacted version filed at ECF No. 856-10) | Selin Decl. at ¶ 11; Kahn Decl. at ¶ 11; Sergi Decl. ¶ 8; Tonelli Decl. at ¶ 9; Brown Decl. ¶ 7. |
| Shaver Ex. 80 (redacted portions)<br>(Proposed redacted version filed at ECF No. 889-11) | Sergi Decl. ¶ 9. |
| Shaver Ex. 278 (redacted portions)<br>(Proposed redacted version filed at ECF No. 889-5) | Brown Decl. ¶ 8. |
| Shaver Ex. 279 (redacted portions)<br>(Proposed redacted version filed at ECF No. 889-7) | Brown Decl. ¶ 9. |
| Shaver Ex. 281A (redacted portions)<br>(Proposed redacted version filed at ECF No. 889-9) | Brown Decl. ¶ 10. |

**IT IS SO ORDERED.**

Date:_____                          _____
                                       HONORABLE LUCY H. KOH
                                       United States District Court Judge