MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:    (650) 331-2061

*Attorneys for Defendant
Google Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DEFENDANT GOOGLE INC'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |

1  Defendant Google Inc. ("Google") respectfully requests that the Expert Report of Lauren
2  J. Stiroh (ECF No. 838-2), Google's Motion for Summary Judgment Exhibit 19 (ECF No. 825-
3  8), Harvey Declaration Exhibit 112 (ECF No. 821-10), Harvey Declaration Exhibit 122 (ECF
4  No. 822-8), Cisneros Declaration Exhibit 389 (ECF No. 807), and Cisneros Declaration Exhibit
5  JJJ (ECF No. 860-1) be removed from the docket as soon as possible.

6  In connection with Defendants' Joint Renewed Motion To Seal Materials In Connection
7  With Summary Judgment and Daubert Motions and Defendants' Motion to Strike (ECF No.
8  790), Google filed proposed public versions of the Expert Report of Lauren J. Stiroh, Ph.D. (ECF
9  No. 838-2) ("Stiroh Report"). In addition, Google filed proposed public versions of numerous
10 exhibits, including: Motion for Summary Judgment Exhibit 19 (ECF No. 825-8); Harvey
11 Declaration Exhibit 112 (ECF No. 821-10); Harvey Declaration Exhibit 122 (ECF No. 822-8);
12 Cisneros Declaration Exhibit 389 (ECF No. 807); and Cisneros Declaration Exhibit JJJ (ECF No.
13 860-1) ("Exhibits Related to Google"). Google inadvertently filed versions of the Stiroh Report
14 and the Exhibits Related to Google that did not contain all of the redactions that Google seeks to
15 make to such documents. Because Docket Nos. 838-2; 825-8; 821-10; 822-8; 807; and 860-1
16 contain highly confidential and sensitive information that Google has requested to maintain
17 under seal, Google requests that 838-2; 825-8; 821-10; 822-8; 807; and 860-1 be removed from
18 the docket as soon as possible.

19 On April 14, 2014, Google filed the corrected version of the Stiroh Report at ECF No.
20 863, the corrected version of Cisneros Declaration Exhibit 389 at ECF No. 864, the corrected
21 version of Google's Motion for Summary Judgment Exhibit 19 at ECF No. 866, and the
22 corrected version of Cisneros Declaration Exhibit JJJ at ECF No. 862. Google will file corrected
23 redacted versions of Harvey Declaration Exhibit 112 and Harvey Declaration Exhibit 122
24 shortly.

Dated: April 22, 2014               MAYER BROWN LLP

                                    */s/ Anne M. Selin*                              .

                                    LEE H. RUBIN (Bar No. 141331)

| | |
|---|---|
| 1 | lrubin@mayerbrown.com |
| | EDWARD D. JOHNSON (Bar No. 189475) |
| 2 | wjohnson@mayerbrown.com |
| | DONALD M. FALK (SBN 150256) |
| 3 | dfalk@mayerbrown.com |
| | ANNE M. SELIN (SBN 270634) |
| 4 | aselin@mayerbrown.com |
| | MAYER BROWN LLP |
| 5 | Two Palo Alto Square, Suite 300 |
| | Palo Alto, CA  94306-2112 |
| 6 | Telephone:     (650) 331-2000 |
| 7 | Facsimile:      (650) 331-2060 |
| 8 | Attorneys for Defendant Google Inc. |

-2-
DEFENDANT GOOGLE'S MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS
MASTER DOCKET NO. 11-CV-2509-LHK