MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:    (650) 331-2000
Facsimile:     (650) 331-2061

*Attorneys for Defendant
Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: | **[PROPOSED] ORDER GRANTING MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS** |
| ALL ACTIONS | |

Now before the Court is Defendant Google Inc.'s Motion to Remove Incorrectly Filed Documents. The motion is GRANTED.

The Court HEREBY ORDERS THE CLERK to remove from the physical and electronic docket the following documents: the Expert Report of Lauren J. Stiroh, Ph.D. (ECF No. 838-2); Google's Motion for Summary Judgment Exhibit 19 (ECF No. 825-8); Harvey Declaration Exhibit 112 (ECF No. 821-10); Harvey Declaration Exhibit 122 (ECF No. 822-8); Cisneros Declaration Exhibit 389 (ECF No. 807); and Cisneros Declaration Exhibit JJJ (ECF No. 860-1).

**IT IS SO ORDERED.**

Date:_____                          _____
                                       HONORABLE LUCY H. KOH
                                       United States District Court Judge