MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:  (650) 331-2000
Facsimile:  (650) 331-2061

*Attorneys for Defendant
Google Inc.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF ERRATA AND ERRATA TO CERTAIN FILINGS RELATED TO DEFENDANTS' JOINT RENEWED MOTION TO SEAL MATERIALS IN CONNECTION WITH SUMMARY JUDGMENT AND DAUBERT MOTIONS AND DEFENDANTS' MOTION TO STRIKE (ECF NOS. 838-2; 825-8; 821-10; 822-8; 807; AND 860-1)** |

1   On April 10, 2014, Defendants Adobe Systems, Inc., Apple Inc., Google Inc. ("Google"), Intel Corporation, Intuit Inc., Lucasfilm Ltd., and Pixar (collectively, "Defendants") filed a Joint Renewed Motion To Seal Materials In Connection With Summary Judgment and Daubert Motions and Defendants' Motion to Strike ("Joint Renewed Motion to Seal").  ECF No. 790.  In support thereof, Google filed a proposed redacted and highlighted version of the Expert Report of Lauren J. Stiroh (ECF No. 838-2) ("Stiroh Report").  In addition, Google also filed proposed redacted and highlighted versions of numerous exhibits, including:  Google's Motion for Summary Judgment Exhibit 19 (ECF No. 825-8), Harvey Declaration Exhibit 112 (ECF No. 821-10), Harvey Declaration Exhibit 122 (822-8); Cisneros Declaration Exhibit 389 (ECF No. 807) and Cisneros Declaration Exhibit JJJ (ECF No. 860-1) ("Exhibits Related to Google").

The Stiroh Report and Exhibits Related to Google contain confidential information that Defendants have requested to maintain under seal.  Google inadvertently filed redacted versions of the Stiroh Report and Exhibits Related to Google that did not contain all of the redactions that Google seeks to make to the Stiroh Report and Exhibits Related to Google.  Google has filed the corrected version of the Stiroh Report at ECF No. 863, the corrected version of Cisneros Declaration Exhibit 389 at ECF No. 864, the corrected version of Google's Motion for Summary Judgment Exhibit 19 at ECF No. 866, and the corrected version of Cisneros Declaration Exhibit JJJ at ECF No. 862.  In addition, attached hereto are corrected versions of Harvey Declaration Exhibit 112 and Harvey Declaration Exhibit 122.  Google will submit a courtesy chambers copy of this Errata with the attached corrected version of these exhibits.

Dated:  April 22, 2014                           MAYER BROWN LLP

                                                                              */s/ Anne M. Selin*                           .

LEE H. RUBIN (Bar No. 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (Bar No. 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
MAYER BROWN LLP
Two Palo Alto Square, Suite 300
Palo Alto, CA  94306-2112
Telephone:     (650) 331-2000
Facsimile:      (650) 331-2060

1

Attorneys for Defendant Google Inc.