# EXHIBIT 122 TO
# HARVEY DECLARATION
# REDACTED VERSION

## Produced in Native

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00196687

**Executive Sponsor:** Laszlo Bock

**Authors:** Eric Schaffer, Frank Wagner, Jason Grishkoff, Monica Davis, Prasad Setty, Stephanie Tietbohl

**WORK IN PROGRESS**

# Project Big Bang: Compensation Levers to Address Attrition

**OC Meeting #2:** August 31, 2010

**Agenda**

- OC discussion on acceptable level of regretted attrition, pay mix and magnitude
- Review strawman model and gather feedback
- Confirm appropriate next steps (e.g., additional research / analysis)

Google Confidential and Proprietary

# Attrition remains a growing concern

**NOT READY FOR REVIEW:**

## Overall quarterly attrition is increasing

Trailing 4Q total attrition:
Trailing 4Q regretted attrition:

2Q06 3Q06 4Q06 1Q07 2Q07 3Q07 4Q07 1Q08 2Q08 3Q08 4Q08 1Q09 2Q09 3Q09 4Q09 1Q10 2Q10

## Forever attrition generally tracks to broad regretted attrition

Trailing 4Q forever attrition:

## Facebook counteroffer wins

1Q07 2Q07 3Q07 4Q07 1Q08 2Q08 3Q08 4Q08 1Q09 2Q09 3Q09 4Q09 1Q10 2Q10

-5

**OC Discussion:**

What is an acceptable level of regretted attrition?

READY FOR REVIEW

Google

# Attrition could be partially mitigated through compensation levers

| Compensation Lever | Guiding Principles Discussion | Overview |
|---|---|---|
| | | |

Google Confidential and Proprietary

1. Conjoint 2008  2. Googlegeist 2009  3. Ruff 2010 - Employees on average save ~25%, independent of current base pay (true across all levels)  4. Sales critical talent program made increases on 1-Jan-10 to 149 participants; ▬ retention to date (4 attrites)



READY FOR REVIEW

# New proposal may reduce attrition and provides meaningful salary increases while limiting margin impact and keeping cost neutral ($6B)



| | Salary | Bonus | Equity Refresh | "Wow" Factor | Total Comp |
|---|---|---|---|---|---|

- OC Ask
- Proposal
- Spend & Op Margin Impact
- Googler Impact

1. Operating margin impact reflects 2010 forecast as of July 7; revenue = ▮, operating margin = ▮, non-GAAP operating margin = ▮
2. Subject to Board approval

Google Confidential and Proprietary    4

# Example compensation mechanics impact under cash and equity bang to SWE ladder (US - individual contributor)



**NOT READY FOR REVIEW:**
Break out annual vs. discretionary vs. mega
Build in new equity %s





# Performance differentiation

Insert three charts to show comp impact under three perf scenarios (3.0, 3.4, 4.0)

Google Confidential and Proprietary

# Considerations to address during future OC meetings

**NOT READY FOR REVIEW:**
Update bullets
Add text on EE+ contract idea

## Implementation Considerations

- **Board**
  - ▪
  - ▪

- **Revamping Compensation Systems**
  - ▪
  - ▪
  - ▪
  - ▪

- **People-Related Issues**
  - ▪
  - ▪

- **Legal and Regulatory Issues**
  - ▪
  - ▪

## Risks

- 
-

# Appendix

Google Confidential and Proprietary

**NOT READY FOR REVIEW:**
Need to add chart

Equity Impact

INSERT CHART WITH NEW EQUITY INFO: CURRENT VS. NEW BY

Google Confidential and Proprietary    9



**NOT READY FOR REVIEW:** Need to add charts

Dilution

INSERT DILUTION IMPACT

INSERT PEER DILUTION %S

Google Confidential and Proprietary



# Both proposals are total spend cost-neutral ($6.1B); however, cash spend and margin impact varies

**NOT READY FOR REVIEW:**
Numbers need to be updated

| Component | Current | Equity Bang |
|---|---|---|
| Salary | | |
| Bonus | | |
| Discretionary Bonus | | |
| **Total Cash** | | |
| **Op Margin Impact[1]** | | |
| Equity Budget[2] | | |
| **Total** | | |

1. Operating margin impact reflects 2010 forecast as of July 7; revenue = ▮, non-GAAP operating margin = ▮, operating margin = ▮
2. 2010 actual dilution estimated at ▮
3. Subject to Board approval

Google Confidential and Proprietary        11

# Slide Graveyard

Google Confidential and Proprietary   12

# Two proposals address attrition via compensation, but the primary pay vehicle (cash, equity) varies for each



| | Cash Bang | Equity Bang |
|---|---|---|
| "Wow" Factor | | |
| Salary | | |
| Bonus Targets | | |
| Company Multiplier | | |
| Equity Refresh | | |
| Total Cost | | |
| Op Margin Impact | | |
| Improve Pay Predictability | | |
| Implementation | | |