

**U.S. Department of Justice**

Antitrust Division

*San Francisco Office*

*450 Golden Gate Avenue*  *415/934-5300*
*Box 36046, Room 10-0101*  *FAX 415/934-5399*
*San Francisco, CA 94102-3478*

April 24, 2014

Clerk of the Court
United States District Court for the
  Northern District of California
San Jose Division, Civil Division
280 S. 1st Street, Room 4050
San Jose, CA 95113

    Re: In re: High-Tech Employee Antitrust Litigation, 11-CV-2503-LHK

Dear Sir or Madam,

    It has recently come to my attention that the United States appears on the docket as a plaintiff in the above-referenced matter. The United States is not a party to this action and does hereby request to be removed from the docket of this case.

    Thank you for your courtesy and prompt attention to this matter.

                                        Very truly yours,

                                        Anna T. Pletcher
                                        Trial Attorney
                                        United States Department of Justice
                                        Antitrust Division

ATP:jnt