1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Brendan Glackin (State Bar No. 199643)
   Dean Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
   Lisa J. Cisneros (State Bar No. 251473)
4  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA  94111-3339
   Telephone:  (415) 956-1000
6  Facsimile:   (415) 956-1008

7  Joseph R. Saveri (State Bar No. 130064)
   James Dallal (State Bar No.  277826)
8  JOSEPH SAVERI LAW FIRM
   505 Montgomery Street, Suite 625
9  San Francisco, California 94111
   Telephone: 415.500.6800
10 Facsimile: 415.500.6803

11 *Co-Lead Class Counsel*

12
13                           UNITED STATES DISTRICT COURT
14                          NORTHERN DISTRICT OF CALIFORNIA
15                                    SAN JOSE DIVISION
16

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER DOCKET NO. 11-CV-2509-LHK<br><br>**NOTICE OF UPDATE REGARDING MOTIONS FOR FINAL APPROVAL, ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS** |

17
18
19
20
21
22
23
24
25
26
27
28

1171524.1

NOTICE OF UPDATE RE: MOTIONS FOR FINAL
APPROVAL, ATTORNEYS' FEES AND COSTS, AND
SERVICE AWARDS
MASTER DOCKET NO. 11-CV-2509-LHK

1 | Pursuant to the Court's October 30, 2013 Order Granting Preliminary Approval (Dkt.
2 | 540), Plaintiffs hereby provide an update regarding Plaintiffs' Motions for Final Approval,
3 | Attorneys' Fees and Costs, and Service Awards.
4 | Plaintiffs submitted their Motion for Final Approval on April 10, 2014.  (Dkt. 809.)
5 | Plaintiffs hereby provide updated data regarding the Class members' response to the Settlements.
6 | As of April 23, 2014, 10,710 Class members have filed claim forms (of these, 10,336 were timely
7 | filed and 374 were untimely); 177 Class members have opted out of the Settlements (168 timely
8 | and 9 untimely); and 5 Class members have objected to the Settlements.[1]  Declaration of Anne B.
9 | Shaver, ¶ 1.  There have been no new objections filed since Plaintiffs' Motion for Final Approval.
10 | Plaintiffs also respectfully submit a revised Proposed Order Granting Plaintiffs' Motion for Final
11 | Approval, attached hereto as Exhibit 1.
12 | Plaintiffs have no updates to report regarding their Motion for Attorneys' Fees and Costs
13 | and Service Awards.  (Dkt. 718.)

Dated:  April 24, 2014         Respectfully submitted,

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Anne B. Shaver*
         Anne B. Shaver

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956.1000
Facsimile:   (415) 956.1008

---

[1] The parties respectfully request that all late claims received up to the day of the final approval hearing be deemed timely filed.

1171524.1                                              - 1 -                   NOTICE OF UPDATE RE: MOTIONS FOR FINAL
                                                                               APPROVAL, ATTORNEYS' FEES AND COSTS, AND
                                                                                                   SERVICE AWARDS
                                                                               MASTER DOCKET NO. 11-CV-2509-LHK

1  Joseph R. Saveri (State Bar No. 130064)
   James Dallal (State Bar No.  277826)
2  JOSEPH SAVERI LAW FIRM
   505 Montgomery Street, Suite 625
3  San Francisco, California 94111
   Telephone: 415.500.6800
4  Facsimile: 415.500.6803

5  *Co-Lead Class Counsel*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1171524.1 — - 2 - — NOTICE OF UPDATE RE: MOTIONS FOR FINAL APPROVAL, ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS
MASTER DOCKET NO. 11-CV-2509-LHK