Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery, Suite 625
San Francisco, CA  94111
Telephone:  (415) 500-6800
Facsimile:  (415) 500-6803

*Co-Lead Class Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS' NOTICE OF UPDATE REGARDING MOTIONS FOR FINAL APPROVAL, ATTORNEYS' FEES AND COSTS, AND SERVICE AWARDS** |

1   I, Anne B. Shaver, declare:

2   I am an associate in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a
3   member of the State Bar of California, and am admitted to practice before the United States
4   District Court for the Northern District of California.  I am one of the attorneys for Plaintiffs in
5   this action.  I make this declaration based on my own personal knowledge.  If called upon to
6   testify, I could and would testify competently to the truth of the matters stated herein.

7   1.   The Claims Administrator has informed me that, as of April 23, 2014, 10,710
8   Class members have filed claim forms.  Of these, 10,336 were filed before the deadline, and 374
9   were filed after the deadline.  177 Class members have opted out of the Settlements.  Of these,
10  168 filed opt out requests before the deadline, and 9 filed opt out requests after the deadline.
11  There have been no additional objections since Plaintiffs filed their Motion for Final Approval.

12  I declare under penalty of perjury under the laws of the United States that the foregoing is
13  true and correct.

14  Executed this 24th day of April, 2014, in San Francisco, California.

15  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

17  By:   */s/ Anne B. Shaver*
      Anne B. Shaver

1171616.1 — - 1 - — DECLARATION OF ANNE B. SHAVER
Master Docket No. 11-CV-2509-LHK