**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | ORDER VACATING PRETRIAL AND TRIAL DATES AND SETTING PRELIMINARY APPROVAL HEARING DATE |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | |

    Plaintiffs and Defendants Adobe, Apple, Google, and Intel shall file their Motion for Preliminary Approval of Class Action Settlement by May 22, 2014. The Court VACATES the May 8, 2014 pre-trial conference, the May 27, 2014 trial, and all other pre-trial deadlines. The Motion for Preliminary Approval of Class Action Settlement will be heard on June 19, 2014, at 1:30 p.m. The Motion and accompanying proposed order should contain a comprehensive analysis of why the settlement meets the standards for preliminary approval.

**IT IS SO ORDERED.**

Dated: April 25, 2014

                                                       _____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
ORDER VACATING PRETRIAL AND TRIAL DATES AND SETTING PRELIMINARY APPROVAL HEARING DATE