# EXHIBIT A

| TIMELY-FILED EXCLUSIONS FROM SETTLEMENT | | |
|---|---|---|
| **LNAME** | **FNAME** | **REFID** |
| Ackalloor | Binay J | D51TDNM |
| Arena | Gregory | D523S43 |
| Baca | Valerie L | D0T02YU |
| Bock | Jeffrey | D4SC706 |
| Bohr | Mark | D22HY98 |
| Boles | Christine R | D3B73FV |
| Britton | William W | D37WEH5 |
| Brookreson | Chris | D3GA1Y4 |
| Brune | Kevin | D1H161C |
| Buckley | Eileen | D8FKUCE |
| Buehler | Mark | D0W94FR |
| Carlier | Claude | D2229J6 |
| Carranza | Holman | D47TJSF |
| Cassens | Al | D22TLW0 |
| Chavez | Edward | D121A4P |
| Chawla | Feni | D5VJTFH |
| Chen | Jennifer | D1YG39B |
| Cheng | Shih-Chia | D1XPIL9 |
| Childs | Charles | D40TD4O |
| Clayburn | James | D1EE29P |
| Cutter | Douglas J | D53WEJG |
| Day | Jennifer | D4X1CT1 |
| DelVecchio | Daniel | D4KOGUM |
| DuHain | Mary | D23NMAR |
| Dzakovic | Miroslav | D1IJCW2 |
| Fakhrai | Hamid | D42L695 |
| Fauser | Cornelia | D957KZ0 |
| Fernadez-Gomez | Santiago | D4204LW |
| Finkel | Brian Scott | D3CCD5V |
| Foster | Charles | Unspecified |
| Freitas | Anthony S | D1DK1T9 |
| Fu | Bo | D16Y4RF |
| Garcia | DeAna | D212U88 |
| Giles | Michael Jason | D3805W8 |
| Giraldo | Carlos | D133I7Z |
| Gonzales | Robert | D43V5GE |
| Gowan | Geoffrey | D3ZT2HL |
| Graham | Dennis | D54VQVH |
| Grandmason | Erick | D24YH9N |
| Griffin | Vincent W | Unidentified |
| Groesbeck | Travis | D2K0553 |
| Gronsky | Stafan | D95CL15 |
| Guerra | Alfredo | D293VQS |
| Hallock | Jeffrey | D2BNRT4 |

| | | |
|---|---|---|
| Hammitt | Lynne D | D217TJC |
| Haney | Brian | D2GHY95 |
| Hawbaker | Suzan | D5238OJ |
| Helfrich | Scott | D11U96W |
| Hight | John | D39G39S |
| Hines | Justin S | D10015N |
| Hofemeier | Gael and Ulf | Unidentified |
| Hsu | Janejane | D1UVX9T |
| Hulubei | Tudor | D3641T0 |
| Huynh | Kim | D1M399O |
| Isham | Alan | D1C00T0 |
| Iwamoto | Narifumi | D2AH153 |
| Iyer | Vijay Mani | D19FNG8 |
| Jackson | Roy | D4RYLK4 |
| Jawadi | Vijaya | D409767 |
| Jeske | David William | D152933 |
| Jones | Harley | D25FNGU |
| Jones | Kevin | D53VQHC |
| Joshi | Sopan | D0Y9371 |
| Karve | Amod | D54ZWQ6 |
| Kinneer | Kenneth | D3EEH32 |
| Klock | Philip | D5YI5CB |
| Koyyana | Ravi Kumari | D288655 |
| Krampfert | Tanja | D95T9EW |
| Kulink | Kenneth R | D4V007S |
| Lachawiec Jr. | Anthony J | D2D6XLH |
| Lethin | Douglas O | D6E56Y3 |
| Lin | Jerry P | D3YF166 |
| Linares | Silvia | D536RLC |
| Logan | Diane M | D0V9877 |
| Lopez | Carl | D13C8K7 |
| Lopez | Nilda | D13VHV0 |
| Mangal | Sandeep | D3846PW |
| Mansfield | Robert | D2L08CR |
| Manson | Jeremy | D15R98D |
| Matthews | Shane | D53AW1C |
| Matyas | Matthew | D1WTK2C |
| McConnell | Christopher J | D1D73KO |
| McCorkle | Jack R | D6E1CUS |
| McKenney | Julie A | D25DKL0 |
| McNeil | Nicholas | D3Z74HS |
| Meyer | Charles | D18K3AJ |
| Militello | Joe | D0VAG02 |
| Militello | Joseph | D0VAG02 |
| Morgan | Daniel | D4Q9A79 |
| Muller | Michael | D16X1L6 |
| Newcomb | Chris | D2H81HM |

| | | |
|---|---|---|
| Nezar | Azzouz | D48I8AS |
| Nguyen | Au H | D19HZO5 |
| Obenza | Raymond | D4O49FM |
| Ober | Erin | D0PLRE4 |
| Paranjapye | Anay | D4R4574 |
| Paulson | Rick | D1KS81Z |
| Pineda | Roberto | D94E26L |
| Porr | Gregor M | D54N67D |
| Poulsen | David K | D4A75AL |
| Power | Gregory | D213Z0C |
| Qualls | Carlos L | D42U139 |
| Ramadoss | Aroul | D3E2NO9 |
| Ratchup Sr. | Raymond | D5374J5 |
| Reese | Randal R | D19M9JB |
| Rider | Scott | D397MW3 |
| Riley | Patrick | D1591IQ |
| Rodriguez | Javier | D39J691 |
| Rogoyski | Adam | D3569A8 |
| Roslakka | Martti | D0Q0X5G |
| Rost | David | D210XG5 |
| Rubicam | Joel | D444U74 |
| Sadowsky | John | D26L2W0 |
| Sandgathe | Joel | D13518S |
| Scherl (Deceased) | Giorgio | D2G9S81 |
| Schmidt | Chad | D4O55R5 |
| Schneckloth | Mark Charles | D2H4W93 |
| Schrock | Eric | D15ASJG |
| Schuller | Donald G | D4L0P51 |
| Schuller | Geoff | D4L0P51 |
| Sepulveda | Nelson | D959076 |
| Serebryannik | Arkady | D3WG0BS |
| Sharma | Niraj | D3HJ31Q |
| Sharp | Christopher | D0NS2M1 |
| Smith | Martin | D2G92RQ |
| Sorenson | Paul F | D244F6B |
| Stableford | Vernon G | D4UK60W |
| Talen | Devrin Can | D146TTN |
| Taylor | Gregory F | D43G17O |
| Teagan | Kenneth Frazier | D7587CL |
| Thompson III | James E | D2B8B0I |
| Tipre | Radhika | D3RE94K |
| Toyoda | Kaz | D4J58L4 |
| Trias Sanz | Roger | D4F4Y6I |
| Van der Veer | Bastiaan | D1QR3R6 |
| Vinter | Steve | D0J087H |
| Wadolny | Andrew | D52S951 |
| Wages | Eric | D36C2SB |

| | | |
|---|---|---|
| Walton | Cory | D4831MY |
| Warren | Michael | D234U53 |
| Weaver | Brett | D7500Q5 |
| Weiner | Joyce | D4448O0 |
| Whittle | Troy | D238C2P |
| Wieckowski | Maciej | D15UZLG |
| Woltzen | Hugh | D3J0GNS |
| Wysocki Jr. | Alfred W | D12D796 |
| Youngs | Lynn | D2L066M |