Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE OF *IN CAMERA* SUBMISSION OF DETAILED TIME RECORDS**<br><br>Courtroom: 8, 4th Floor<br>Judge:  Honorable Lucy H. Koh |

Co-Lead Class Counsel Lieff, Cabraser, Heimann & Bernstein LLP hereby provide notice of their *in camera* submission of detailed time records in connection with the prosecution of this action prior to October 30, 2013. This submission is pursuant to the Court's instructions at the May 1, 2014 hearing on Plaintiffs' Motion for Final Approval of Class Action Settlements (Dkt. 809), and Plaintiffs' Motions for Attorneys' Fees, Reimbursement of Expenses, and Service Awards (Dkt. 718). *See* May 1, 2014 Mot. Hr'g Tr. 21:6-7.

Dated: May 8, 2014                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     */s/ Kelly M. Dermody*
               Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Car No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Class Counsel*