UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

## CIVIL MINUTES

**Court Proceedings:** Motion Hearing, Thursday, May 1, 2014
**Case Number:** 11-02509-LHK

**Courtroom Deputy Clerk:** Martha Parker Brown        Time in Court: 42 min.
**Court Reporter:** Lee-Anne Shortridge

**TITLE:    IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**

   **Attorneys Present:**
      For Plaintiffs:  Joseph Saveri, Kelly Dermody, Dean Harvey, Brendan Glackin, James Dallal
      For Defendants: Emily Henn for Pixar/Lucasfilm
                David Kiernan for Intuit

   PROCEEDINGS:

   Motions for Settlement and Attorney Fees are held.  The Court will issue a written order.  Court is adjourned.