AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

Northern District of California

In re: High-Tech Employee Antitrust Litigation
                      Plaintiff (s),
V.
Adobe Inc., et al.
                      Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:11-cv-2509-LHK

Notice is hereby given that, subject to approval by the court, __Michael Devine__ substitutes
                                                                            (Party (s) Name)

__Daniel C. Girard__, State Bar No. __114826__ as counsel of record in
(Name of New Attorney)

place of __Lieff Cabraser Heimann & Bernstein LLP; Joseph Saveri Law Firm, Inc.__
                                         (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:        GIRARD GIBBS LLP
    Address:            601 California Street, 14th Floor
    Telephone:       (415) 981-4800     Facsimile (415) 981-4846
    E-Mail (Optional):  dcg@girardgibbs.com

I consent to the above substitution.
Date: May 21, 2014
                                                       (Signature of Party (s))

I consent to being substituted.
Date: May 2/, 2014
                                                   (Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 21, 2014
                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May   , 2014
                                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**