AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

In re: High-Tech Employee Antitrust Litigation

Plaintiff (s),

V.

Adobe Inc., et al.

Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 5:11-cv-2509-LHK

Notice is hereby given that, subject to approval by the court, __Michael Devine__ substitutes
(Party (s) Name)

__Dena C. Sharp__, State Bar No. __245869__ as counsel of record in
(Name of New Attorney)

place of __Lieff Cabraser Heimann & Bernstein LLP; Joseph Saveri Law Firm, Inc.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: **GIRARD GIBBS LLP**
Address: 601 California Street, 14th Floor
Telephone: (415) 981-4800    Facsimile (415) 981-4846
E-Mail (Optional): chc@girardgibbs.com

I consent to the above substitution.
Date: May 21, 2014
(Signature of Party (s))

I consent to being substituted.
Date: May 21, 2014
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: May 21, 2014
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: May    , 2014
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]