1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Brendan Glackin (State Bar No. 199643)
   Dean Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
   Lisa J. Cisneros (State Bar No. 251473)
4  LIEFF CABRASER HEIMANN &
   BERNSTEIN, LLP
5  275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
6  Telephone:  415.956.1000
   Facsimile:   415.956.1008
7
   Joseph R. Saveri (State Bar No. 130064)
8  James Dallal (State Bar No. 277826)
   JOSEPH SAVERI LAW FIRM, INC.
9  505 Montgomery, Suite 625
   San Francisco, CA 94111
10 Telephone:  415.500.6800
   Facsimile:   415.395.9940
11
   *Co-Lead Class Counsel*
12

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**CLASS ACTION**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUBSTITUTION OF COUNSEL FOR MICHAEL DEVINE** |

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

2      It is hereby stipulated that Plaintiff Michael Devine hereby substitutes:

Daniel C. Girard (State Bar No. 114826)
Dena C. Sharp (State Bar No. 245869)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, CA 94108
Telephone:  (415) 981-4800
Facsimile:  (415) 981-4846

as counsel of record for Michael Devine, instead and in place of:

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415.500.6800
Facsimile:  415.395.9940

Michael Devine, Co-Lead Class Counsel, and Girard Gibbs each consents to this substitution, and

Michael Devine consents to Co-Lead Class Counsel's withdrawal as his counsel in this action.

- 1 -

STIPULATION AND [PROPOSED] ORDER RE:
SUBSTIUTION OF COUNSEL
MASTER DOCKET 11-CV-2509-LHK

| | | |
|---|---|---|
| 1 | Dated: May 21, 2014 | GIRARD GIBBS LLP |
| 2 | | |
| 3 | | By:   */s/ Daniel C. Girard*<br>       Daniel C. Girard |
| 4 | | Daniel C. Girard (State Bar No. 114826) |
| 5 | | Dena C. Sharp (State Bar No. 245869)<br>GIRARD GIBBS LLP |
| 6 | | 601 California Street, 14th Floor |
| 7 | | San Francisco, CA 94108<br>Telephone: (415) 981-4800 |
| 8 | | Facsimile: (415) 981-4846 |
| 9 | | |
| 10 | Dated: May 21, 2014 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP |
| 11 | | |
| 12 | | By:   */s/ Kelly M. Dermody*<br>       Kelly M. Dermody |
| 13 | | Richard M. Heimann (State Bar No. 63607) |
| 14 | | Kelly M. Dermody (State Bar No. 171716)<br>Brendan Glackin (State Bar No. 199643) |
| 15 | | Dean Harvey (State Bar No. 250298)<br>Anne B. Shaver (State Bar No. 255928) |
| 16 | | Lisa J. Cisneros (State Bar No. 251473)<br>275 Battery Street, 29th Floor |
| 17 | | San Francisco, California 94111-3339<br>Telephone: 415.956.1000 |
| 18 | | Facsimile: 415.956.1008 |
| 19 | | JOSEPH SAVERI LAW FIRM, INC. |
| 20 | | By:   */s/ Joseph R. Saveri*<br>       Joseph R. Saveri |
| 21 | | |
| 22 | | Joseph R. Saveri (State Bar No. 130064)<br>James Dallal (State Bar No. 277826) |
| 23 | | JOSEPH SAVERI LAW FIRM, INC<br>505 Montgomery, Suite 625 |
| 24 | | San Francisco, CA 94111<br>Telephone: 415. 500.6800 |
| 25 | | Facsimile: 415. 395.9940<br><br>*Co-Lead Class Counsel* |

26  ATTESTATION: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the

27  filing of this document has been obtained from all signatories.

28

- 2 -    STIPULATION AND [PROPOSED] ORDER RE:
SUBSTIUTION OF COUNSEL
MASTER DOCKET 11-CV-2509-LHK

1
2      Pursuant to stipulation, IT IS SO ORDERED.  Co-Lead Class Counsel is hereby given
3  permission to withdraw as counsel for Michael Devine in this action.
4
5
   Dated:  May __, 2014         By:  _____
6                                     HON. LUCY H. KOH
                                      UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                                              - 3 -     STIPULATION AND [PROPOSED] ORDER RE:
                                                        SUBSTIUTION OF COUNSEL
                                                        MASTER DOCKET 11-CV-2509-LHK