# EXHIBIT 1

# EXHIBIT C – REDACTED

Econ One
9/19/2013

Adobe

1 of 15

Econ One
9/19/2013

**Apple**

2 of 15



Econ One
9/19/2013

Apple

3 of 15



Econ One
9/19/2013

**Google**



5 of 15

Econ One
9/19/2013

**Google**

6 of 15

Econ One
9/19/2013

**Google**

7 of 15



Intel

Econ One
9/19/2013

9 of 15

Intel

Econ One
9/19/2013

11 of 15

Intel

Econ One
9/19/2013

12 of 15



## Lucasfilm

1. ANIMATION_SUPERVISOR
2. ANIMATOR_I
3. ANIMATOR_II
4. ARCHITECT
5. ARTIST
6. ARTIST_I
7. ARTIST_II
8. ARTIST_III
9. ART_DIRECTOR
10. ASSISTANT_EPISODIC_DIRECTOR
11. ASSISTANT_GRAPHIC_ARTIST
12. ASSOCIATE_ARTIST
13. ASSOCIATE_PRODUCER
14. ASSOCIATE_PRODUCER_ANIMATION
15. ASSOCIATE_PRODUCTION_MANAGER
16. ASSOCIATE_TECHNICAL_ARTIST
17. AUDIO_LEAD
18. BUILD_ENGINEER_SOFTWARE_ENGIN
19. BUSINESS_INTEGRATION_MANAGER
20. BUSINESS_SYSTEMS_ANALYST_I
21. BUSINESS_SYSTEMS_PROGRAMMER
22. BUSINESS_SYSTEM_ANALYST_II
23. CG_DEPARTMENT_SUPERVISOR
24. CG_SUPERVISOR
25. CHARACTER_TECHNICAL_DIRECTOR_I
26. CHARACTER_TECH_DIRECTOR_II
27. CONCEPT_ARTIST
28. CONCEPT_DESIGNER_II
29. CREATIVE_DIRECTOR_II
30. DATABASE_ADMINISTRATOR_I
31. DATABASE_ADMINISTRATOR_II
32. DATABASE_ADMINISTRATOR_III
33. DATABASE_SYSTEMS_DEVELOPER_I
34. DATABASE_SYSTEMS_DEVELOPER_II
35. DATABASE_SYS_DEVEL__FILEMAKER
36. DEPARTMENT_COORDINATOR
37. DESIGNER_I
38. DESIGNER_II
39. DESKTOP_SUPERVISOR
40. DESKTOP_SYSTEMS_LEAD
41. DESKTOP_SYSTEMS_SPECIALIST_I
42. DIGITAL_ARTIST_II
43. DIGITAL_ARTIST_PRODCTN_MANAGER
44. DIGITAL_ARTIST_SUPERVISOR
45. DIGITAL_ASSET_SUPERVISOR
46. DIGITAL_CHARACTER_SUPERVISOR
47. DIGITAL_IMAGE_ARCHIVES_MANAGER
48. DIGITAL_PRODUCTION_SUPERVISOR
49. DIGITAL_RESOURCE_MANAGER
50. DIGITAL_SUPERVISOR
51. DIRECTOR_ANIMATION_DEVELOPMENT
52. DIRECTOR_ENGINEERING
53. DIRECTOR_INFORMATION_SERVICES
54. DIRECTOR_INFORMATION_TECHNOLOGY
55. DIRECTOR_OF_BUSINESS_SYSTEMS
56. DIRECTOR_PRODUCTION_TECHNOLOGY
57. DIRECTOR_RESEARCH_&_DEVELOPMT
58. ENGINEERING_MANAGER
59. ENGINEERING_SUPERVISOR
60. EPISODIC_DIRECTOR
61. EXTERNAL_ART_DIRECTOR
62. EXTERNAL_CREATIVE
63. EXTERNAL_TECHNICAL_DIRECTOR
64. FILEMAKER_DEVELOPER
65. HEAD_OF_ANIMATION_TECHNOLOGY
66. HRIS_BUSINESS_SYSTEMS_ANALYST
67. HUMAN_RESOURCES_MANAGER
68. INTERNET_PROD_&_DESIGN_MANAGER
69. INTERNET_PROD_GRAPHIC_ARTIST
70. IS_PROJECT_MANAGER
71. IS_SOFTWARE_DEVELOPER_II
72. IS_SOFTWARE_DEVELOPER_III
73. IS_SUPERVISOR
74. IT_MANAGER
75. IT_PROJECT_MANAGER
76. IT_SUPERVISOR
77. LAYOUT_ARTIST
78. LEAD_ANIMATOR
79. LEAD_CONCEPT_DESIGNER
80. LEAD_DESIGNER
81. LEAD_DIGITAL_ARTIST_I
82. LEAD_IS_SOFTWARE_DEVELOPER
83. LEAD_MODELER
84. LEAD_ORACLE_DATABASE_ADMIN
85. LEAD_SOFTWARE_ENGINEER
86. LEAD_TECHNICAL_DIRECTOR
87. LEAD_UNIX_SYSTEMS_ADMIN
88. MANAGER_BUS_SYSTEMS_PROGRAMMING
89. MANAGER_DESKTOP_SYSTEMS
90. MANAGER_DIG_ARTIST_DEV_SINGAPORE
91. MANAGER_IS_SW_DEVELOPMENT
92. MANAGER_LOGISTICS_&_CUST_SERVICE
93. MANAGER_QA
94. MANAGER_SOFTWARE_DEVELOPMENT
95. MANAGER_SYSTEMS_OPERATIONS
96. MEDIA_SYSTEMS_ENGINEER_I
97. MEDIA_SYSTEMS_ENGINEER_II
98. MEDIA_SYSTEMS_SOFTWARE_ENGINEER
99. MID_LEVEL_ANIMATOR
100. NETWORK_ENGINEER
101. NETWORK_SYSTEMS_ADMINSTR_II
102. ORACLE_DATABASE_ADMIN_II
103. PRE_VIZ_LEAD_ARTIST
104. PRINCIPAL_ENGINEER
105. PRINCIPAL_R&D_ENGINEER
106. PRODUCER
107. PRODUCER_ANIMATION
108. PRODUCTION_MANAGER_I
109. PRODUCTION_MANAGER_II
110. PRODUCTION_SYSTEMS_SUPERVISOR
111. PRODUCTION_TECHNOLOGY_MANAGER
112. PRODUCT_TECHNOLOGY_SPECIALIST
113. PROJECT_MANAGER_II
114. QUALITY_CONTROL_LEAD
115. R&D_ENGINEER_I
116. R&D_ENGINEER_II
117. R&D_ENGINEER_III
118. R&D_OPERATIONS_MANAGER
119. R&D_PRODUCT_SPECIALIST_II
120. R&D_PROJECT_MANAGER_II
121. R&D_SUPERVISOR
122. RIGGING_LEAD
123. SCULPTER_DESIGNER
124. SENIOR_ANIMATOR
125. SENIOR_ARTIST
126. SENIOR_ARTIST_I
127. SENIOR_ARTIST_II
128. SENIOR_BUSINESS_SYSTEMS_PROGRAMMER
129. SENIOR_BUSINESS_SYSTEM_ANALYST
130. SENIOR_CHARACTER_TECH_DIRECTOR
131. SENIOR_CONCEPT_DESIGNER
132. SENIOR_DESIGNER
133. SENIOR_DIGITAL_ARTIST
134. SENIOR_GRAPHIC_ARTIST
135. SENIOR_IS_SOFTWARE_DEVELOPER
136. SENIOR_LEAD_ARTIST_I
137. SENIOR_MANAGER_INTERNET_PROD_&_DESIGN
138. SENIOR_MANAGER_NETWORK_OPERATIONS
139. SENIOR_MANAGER_QUALITY_ASSURANCE
140. SENIOR_MANAGER_R&D_OPERATIONS
141. SENIOR_MANAGER_SYSTEMS_OPERATIONS
142. SENIOR_MODELER
143. SENIOR_NETWORK_ENGINEER
144. SENIOR_ORACLE_DATABASE_ADMIN
145. SENIOR_PRODUCER
146. SENIOR_R&D_ENGINEER
147. SENIOR_SOFTWARE_ENGINEER
148. SENIOR_SYSTEMS_ENGINEER
149. SENIOR_TECHNICAL_DIRECTOR
150. SENIOR_TECHNOLOGY_OFFICER
151. SENIOR_VIDEO_ENGINEER
152. SET_DIRECTOR
153. SOFTWARE_ENGINEER
154. SOFTWARE_ENGINEER_I
155. SOFTWARE_ENGINEER_II
156. SOUND_DESIGNER
157. STORYBOARD_ARTIST
158. SUPERVISOR_VIDEO_ENGINEERING
159. SYSTEMS_ADMINISTRATOR_II
160. SYSTEMS_ENGINEER
161. SYSTEMS_ENGINEER_LINUX
162. SYSTEMS_ENGINEER__VIDEO_SOFTWARE
163. TECHNICAL_DIRECTOR_I
164. TECHNICAL_DIRECTOR_II
165. TECHNICAL_SUPERVISOR
166. TECH_TRAINING_SPECIALIST_I
167. TV_ANIMATOR
168. UI_ARTIST
169. UNIX_SYSTEMS_ADMINISTRATOR_II
170. VFX_SUPERVISOR
171. VISUAL_EFFECTS_ARTIST
172. VISUAL_EFFECTS_PRODUCER_I
173. VISUAL_EFFECTS_PRODUCER_II
174. WEB_DEVELOPER_I
175. WEB_DEVELOPER_II
176. WEB_DEVELOPER_III
177. WEB_PRODUCER
178. WINDOWS_SYSTEM_ADMINISTRATORII

Econ One
9/19/2013

## Pixar

1. 360_DEGREE_CREATIVE_LEAD
2. 360_DEGREE_TECH_LEAD
3. ADMINISTRATOR_SYSTEM_ASSET
4. ADMINISTRATOR_TECH_DEPT
5. ANIMATOR
6. ANIMATOR_DIRECTING
7. ANIMATOR_FIX
8. ANIMATOR_FIX_LEAD
9. ANIMATOR_SUPERVISING
10. APPLICATION_DEVELOPER
11. ARCHITECT_SYSTEM
12. ARTIST_AFTER_EFFECTS
13. ARTIST_ASST_STORY
14. ARTIST_CHARACTER
15. ARTIST_GRAPHIC
16. ARTIST_MOTION_GRAPHIC
17. ARTIST_SKETCH
18. ARTIST_STORY
19. ARTIST_STORY_DEVELOPMENT
20. ARTIST_STORY_TEMP
21. ART_DIRECTOR
22. ART_DIRECTOR_SHADING
23. CGI_PAINTER
24. CHARACTER_DESIGNER
25. CREATIVE_RESOURCES_ARTIST
26. DESIGNER
27. DESIGNER_CAMERA
28. DESIGNER_ENVIRONMENTAL
29. DESIGNER_GRAPHIC
30. DESIGNER_PRODUCTION
31. DESIGNER_SHADING
32. DESIGN_LEAD
33. DEVELOPER_RENDERMAN_PRODUCTS
34. DIR_MEDIA_SYSTEMS
35. DIR_PHOTOSCIENCE
36. DIR_RENDERMAN_PRODUCT_DEV
37. DIR_STEREO_&_IMAGE_MASTERING
38. DIR_STUDIO_TOOLS
39. DIR_SYSTEMS_INFRASTRUCTURE
40. ENGINEER
41. ENGINEERING_MANAGER
42. ENGINEER_API_QUALITY_ASSURANC
43. ENGINEER_APPLICATIONS
44. ENGINEER_ASSOCIATE
45. ENGINEER_ASSURANCE_AUTOMATION
46. ENGINEER_EDITORIAL_PIPELINE
47. ENGINEER_EDITORIAL_SUPPORT
48. ENGINEER_IMAGE_MASTERING
49. ENGINEER_LEAD
50. ENGINEER_LEAD_PHOTOSCIENCE
51. ENGINEER_LEAD_SOFTWARE
52. ENGINEER_MEDIA_SYSTEMS
53. ENGINEER_MENV_SUPPORT
54. ENGINEER_PHOTOSCIENCE
55. ENGINEER_PIPELINE
56. ENGINEER_PIPELINE_ROTATION
57. ENGINEER_PNG_LEAD_SOFTWARE
58. ENGINEER_PNG_QUALITY_ASSURANC
59. ENGINEER_PNG_SOFTWARE
60. ENGINEER_PNG_SR_SOFTWARE
61. ENGINEER_PRODUCTION
62. ENGINEER_PRODUCTION_SUPPORT
63. ENGINEER_QUALITY_ASSURANCE
64. ENGINEER_RECORDING
65. ENGINEER_RENDERMAN_SUPPORT
66. ENGINEER_SCREENING_ROOM
67. ENGINEER_SOFTWARE
68. ENGINEER_SOFTWARE_GRAPHICS
69. ENGINEER_SOFTWARE_ROTATION
70. ENGINEER_SOFTWARE_TECHSUPPORT
71. ENGINEER_SOFTWARE_TEMPORARY
72. ENGINEER_SOFTWARE_TEST
73. ENGINEER_SR_AUTOMATION
74. ENGINEER_SR_MEDIA_SYSTEM
75. ENGINEER_SR_SOFTWARE
76. ENGINEER_SR_SW_INFRASTRUCTURE
77. ENGINEER_STUDIO_SUPPORT
78. ENGINEER_SW_INFRASTRUCTURE
79. ENGINEER_TECHNICAL_SUPPORT
80. ENGINEER_VIDEO
81. FINANCIAL_APPS_DEVELOPER
82. HR_APPLICATION_DEVELOPER
83. IMAGE_MASTERING_COORDINATOR
84. INTERACTION_DESIGNER
85. INTRANET_DESIGNER_PNG
86. LAYOUT_ARTIST
87. LAYOUT_ARTIST_LEAD
88. MEDIA_SYSTEMS_COORDINATOR
89. MGR_360_GROUP
90. MGR_APPLICATIONS_GROUP
91. MGR_A_V_ENGINEERING
92. MGR_BUILD
93. MGR_DESKTOP_SYSTEMS
94. MGR_FINANCIAL_SYSTEMS
95. MGR_IMAGE_MASTERING
96. MGR_INFRASTRUCTURE
97. MGR_IT_CONSTRUCTION
98. MGR_LEAD_PROJ_STUDIO_TOOLS
99. MGR_MEDIA_SYSTEMS
100. MGR_PROJECT
101. MGR_QUALITY_ASSURANCE
102. MGR_RPG
103. MGR_SR_PROJECT_STUDIO_TOOLS
104. MGR_SW_INFRASTRUCTURE
105. MGR_SYSTEMS_INFRASTRUCTURE
106. MGR_SYSTEMS_OPERATIONS
107. MGR_TOOLS_WORKFLOW
108. MGR_USER_INTERFACE
109. PAINTER_DIGITAL
110. PAINTER_MATTE
111. PHOTOSCIENCE_COORDINATOR
112. PNG_GROUP_LEAD
113. PROJECT_COORDINATOR
114. PROJECT_MGR_PNG
115. PROJECT_MGR_RENDERMAN
116. PROJECT_MGR_STUDIO_TOOLS
117. PROJECT_MGR_SYSTEMS
118. QA_TESTER
119. RAPD_PROTOTYPE_COMPUTER_ARTIST
120. RENDER_PIPELINE_SPECIALIST
121. RESIDENT_ANIMATION
122. RESIDENT_SOFTWARE_ENGINEER
123. RESIDENT_TECHNICAL_DIRECTOR
124. RESIDENT_TEST_PILOT
125. SCIENTIST_SR
126. SCULPTOR
127. SOFTWARE_DEVELOPER
128. STORY_ARTIST_DIGITAL
129. SYSTEMS_ADMINISTRATOR
130. SYSTEMS_ADMINISTRATOR_ASSET
131. SYSTEMS_ADMINISTRATOR_JR
132. SYSTEMS_ADMINISTRATOR_JR_MAC
133. SYSTEMS_ADMINISTRATOR_LEAD
134. SYSTEMS_ADMINISTRATOR_SR
135. SYSTEMS_ANALYST
136. SYSTEMS_COORDINATOR
137. TECHNICAL_DIRECTOR
138. TECHNICAL_DIRECTOR_LEAD
139. TECHNICAL_DIRECTOR_ROTATION
140. TECHNICAL_DIRECTOR_TOOLS
141. TECHNICAL_LEAD_A_V
142. TECHNICAL_LEAD_BACKUP_GROUP
143. TECHNICAL_LEAD_IMAG_MASTERING
144. TECHNICAL_LEAD_MEDIA_SYSTEMS
145. TECHNICAL_LEAD_RENDERING
146. TECHNICAL_LEAD_STORAGE
147. TECHNICAL_LEAD_TELECOM
148. TECHNICAL_WRITER
149. TECHNICAL_WRITER_API
150. TECH_DIRECTOR_CRTV_SVCS
151. TECH_DIRECTOR_DEPT_SUPV
152. TECH_DIRECTOR_LEAD_CRTV_SVCS
153. TECH_DIRECTOR_SUPERVISING
154. TECH_DIR_SR_ANIM_SCIENTIST
155. TEST_PILOT_LEAD
156. TEST_PILOT_SENIOR
157. USER_INTERFACE_DESIGNER
158. USER_INTERFACE_DESIGNER_SR
159. VISUAL_DESIGNER
160. WEB_DOCUMENTATION_SPECIALIST
161. WORKFLOW_ARTIST
162. WORKFLOW_INTERACTION_DESIGNER

Econ One
9/19/2013