Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT C AND ATTACHMENT 1 TO THE SETTLEMENT AGREEMENT**<br><br>Judge: Honorable Lucy H. Koh |

Plaintiffs' Administrative Motion to File Under Seal Portions Of Exhibit C And Attachment 1 to the Settlement Agreement is hereby **GRANTED.**

IT IS HEREBY ORDERED that the designated portions of Exhibits C and Attachment 1 to Plaintiffs' Settlement Agreement with Defendants Adobe Systems Incorporated, Apple Inc., Google Inc., and Intel Corporation shall remain under seal.

**IT IS SO ORDERED.**

Dated: _____    _____
                          LUCY H. KOH
                          United States District Judge