**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | ORDER DENYING WIHTOUT PREJUDICE PRETRIAL MOTIONS AND GRANTING ADMINISTRATIVE MOTIONS TO SEAL |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | |

In light of Plaintiffs' Motion for Preliminary Approval, ECF No. 920, the Court:

- DENIES WITHOUT PREJUDICE Defendants' Motions in Limine, ECF No. 855; Plaintiffs' Motion for Application of the Per Se Standard, ECF No. 830; Plaintiffs' Motion to Compel, ECF No. 789; Defendants' Motion to Exclude Dr. Marx, ECF No. 559; and Plaintiffs' Motion to Exclude Defendants' Experts, ECF No. 565.

- GRANTS the Administrative Motions to File Under Seal documents related to the above Motions that the Court has denied without prejudice, ECF Nos. 738, 789, 843, 867, 878, 879. *See Apple, Inc. v. Samsung Elecs. Co.*, 727 F.3d 1214, 1226 (Fed. Cir. 2013) (where documents that are subject to a motion to seal have not been considered by a court or a

1

Case No.:  11-CV-02509-LHK
ORDER DENYING WITHOUT PREJUDICE PRETRIAL MOTIONS AND GRANTING ADMINISTRATIVE MOTIONS TO SEAL

jury, "public's understanding of the judicial proceedings" would not be diminished by sealing the information).

The Court will issue separate orders addressing the remaining pending sealing motions.

**IT IS SO ORDERED.**

Dated: May 23, 2014

_____
LUCY H. KOH
United States District Judge