Daniel C. Girard (State Bar No. 114826)
Dena C. Sharp (State Bar No. 245869)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:    (415) 981-4800
Facsimile:    (415) 981-4846

*Attorneys for Plaintiff Michael Devine*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-02509-LHK<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF DANIEL C. GIRARD** |

1 | PLEASE TAKE NOTICE that Daniel C. Girard of the firm Girard Gibbs LLP hereby enters his appearance in the above-captioned action as counsel for Plaintiff Michael Devine.

Dated: May 23, 2014

Respectfully submitted,

**GIRARD GIBBS LLP**

By: */s/ Daniel C. Girard*
　　　Daniel C. Girard

601 California Street, 14th Floor
San Francisco, California 94108
Telephone:　(415) 981-4800
Facsimile:　(415) 981-4846
Email: dcg@girardgibbs.com

1
NOTICE OF APPEARANCE OF DANIEL C. GIRARD
MASTER DOCKET NO. 11-CV-02509-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2014, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, and served a copy on all counsel of record via the CM/ECF System.

                                                      */s/ Daniel C. Girard*