1

Daniel C. Girard (State Bar No. 114826)
Dena C. Sharp (State Bar No. 245869)

2

GIRARD GIBBS LLP

3

601 California Street, 14th Floor
San Francisco, California 94108

4

Telephone:     (415) 981-4800
Facsimile:     (415) 981-4846

5

6

*Attorneys for Plaintiff Michael Devine*

7

8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

12

IN RE: HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION

13

14

THIS DOCUMENT RELATES TO:

15

ALL ACTIONS

Master Docket No. 11-CV-02509-LHK

**CLASS ACTION**

**NOTICE OF APPEARANCE OF
DENA C. SHARP**

16

17

18

19

20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that Dena C. Sharp of the firm Girard Gibbs LLP hereby enters her

2    appearance in the above-captioned action as counsel for Plaintiff Michael Devine.

3

4    Dated: May 23, 2014                    Respectfully submitted,

5                                           **GIRARD GIBBS LLP**

6                                           By:    */s/ Dena C. Sharp*
                                                      Dena C. Sharp
7

8                                           601 California Street, 14th Floor
                                            San Francisco, California 94108
9                                           Telephone:    (415) 981-4800
                                            Facsimile:    (415) 981-4846
10                                          Email: chc@girardgibbs.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

NOTICE OF APPEARANCE OF DENA C. SHARP
MASTER DOCKET NO. 11-CV-02509-LHK

**CERTIFICATE OF SERVICE**

I hereby certify that on May 23, 2014, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, and served a copy on all counsel of record via the CM/ECF System.

_/s/ Dena C. Sharp_

NOTICE OF APPEARANCE OF DENA C. SHARP
MASTER DOCKET NO. 11-CV-02509-LHK