Daniel C. Girard (State Bar No. 114826)
Dena C. Sharp (State Bar No. 245869)
Elizabeth A. Kramer (State Bar No. 293129)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone:    (415) 981-4800
Facsimile:     (415) 981-4846

*Attorneys for Plaintiff Michael Devine*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-02509-LHK<br><br>**CLASS ACTION**<br><br>**NOTICE OF APPEARANCE OF ELIZABETH A. KRAMER** |

1 | PLEASE TAKE NOTICE that Elizabeth A. Kramer of the firm Girard Gibbs LLP hereby enters her appearance in the above-captioned action as counsel for Plaintiff Michael Devine.

Dated: May 27, 2014

Respectfully submitted,

**GIRARD GIBBS LLP**

By: */s/ Elizabeth A. Kramer*
     Elizabeth A. Kramer

601 California Street, 14th Floor
San Francisco, California 94108
Telephone:   (415) 981-4800
Facsimile:   (415) 981-4846
Email: eak@girardgibbs.com

**CERTIFICATE OF SERVICE**

I hereby certify that on May 27, 2014, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, and served a copy on all counsel of record via the CM/ECF System.

/s/ Elizabeth A. Kramer