Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Lin W. Kahn (State Bar No. 261387)
linkahn@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | **Master Docket No. 11-CV-2509-LHK**<br><br>**NOTICE OF MAILING OF LETTER TO ATTORNEYS GENERAL PURSUANT TO 28 U.S.C. § 1715** |

Defendants Adobe Systems, Inc., Apple Inc., Google Inc., and Intel Corporation hereby notify the Court that, pursuant to 28 U.S.C. § 1715, a letter (copy attached hereto as Exhibit A) was mailed on June 2, 2014 to the Attorney General of the United States, the Assistant Attorney General in charge of the Antitrust Division and the Attorneys General, or equivalent thereof, of all 50 states, the District of Columbia, Puerto Rico, and the U.S. Virgin Islands, giving notice of the proposed settlement and providing all of the materials and information required by § 1715.

Dated: June 3, 2014                     JONES DAY

                                        By:      /s/ Robert A. Mittelstaedt
                                                  Robert A. Mittelstaedt

                                        Robert A. Mittelstaedt
                                        David C. Kiernan
                                        Lin W. Kahn
                                        555 California Street, 26th Floor
                                        San Francisco, CA  94104
                                        Telephone:  (415) 626-3939
                                        Facsimile:   (415) 875-5700

                                        *Attorneys for Defendant ADOBE SYSTEMS, INC.*


Dated: June 3, 2014                     O'MELVENY & MYERS LLP

                                        By:      /s/ Michael F. Tubach
                                                  Michael F. Tubach

                                        George Riley
                                        Michael F. Tubach
                                        Christina J. Brown
                                        Two Embarcadero Center, 28th Floor
                                        San Francisco, CA  94111
                                        Telephone:  (415) 984-8700
                                        Facsimile:   (415) 984-8701

                                        *Attorneys for Defendant APPLE INC.*

| | | |
|---|---|---|
| 1 | Dated: June 3, 2014 | MAYER BROWN LLP |
| 2 | | |
| 3 | | By:  /s/ Lee H. Rubin  <br>Lee H. Rubin |
| 4 | | Lee H. Rubin <br>Edward D. Johnson |
| 5 | | Donald M. Falk <br>Anne Selin |
| 6 | | Two Palo Alto Square <br>3000 El Camino Real, Suite 300 |
| 7 | | Palo Alto, CA  94306-2112 <br>Telephone:  (650) 331-2057 |
| 8 | | Facsimile:  (650) 331-4557 |
| 9 | | *Attorneys for Defendant GOOGLE INC.* |
| 10 | Dated: June 3, 2014 | KEKER & VAN NEST LLP |
| 11 | | |
| 12 | | By:  /s/ Robert A. Van Nest  <br>Robert A. Van Nest |
| 13 | | Robert A. Van Nest <br>Daniel Purcell |
| 14 | | Eugene M. Paige <br>Justina Sessions |
| 15 | | 633 Battery Street <br>San Francisco, CA 94111-1809 |
| 16 | | Telephone:  (415) 391-5400 <br>Facsimile:  (415) 397-7188 |
| 17 | | *Attorneys for Defendant GOOGLE INC.* |
| 18 | | |
| 19 | Dated: June 3, 2014 | MUNGER, TOLLES & OLSON LLP |
| 20 | | |
| 21 | | By:  /s/ Gregory P. Stone  <br>Gregory P. Stone |
| 22 | | Gregory P. Stone <br>Bradley S. Phillips |
| 23 | | Steven M. Perry <br>Gregory Sergi |
| 24 | | 355 South Grande Ave., 35th Floor <br>Los Angeles, CA 90071 |
| 25 | | Telephone:  (213) 683-9100 <br>Facsimile:  (213) 687-3702 |
| 26 | | *Attorneys for Defendant INTEL CORPORATION* |
| 27 | | |
| 28 | | |

<u>SIGNATURE ATTESTATION</u>

I hereby attest that concurrence in the filing of this document has been obtained from all persons whose signatures are indicated by a "conformed" signature (/s/) within this efiled document.

Dated: June 3, 2014                                 JONES DAY

                                                                    By: */s/ Lin W. Kahn*
                                                                            Attorneys for Defendant
                                                                            ADOBE SYSTEMS INC.