EMILY JOHNSON HENN (S.B. #269482)
ehenn@cov.com
COVINGTON & BURLING LLP
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone:    (650) 632-4700
Facsimile:    (650) 632-4800

DEBORAH A. GARZA (*pro hac vice*)
dgarza@cov.com
JOHN W. NIELDS JR. (*pro hac vice*)
jnields@cov.com
THOMAS A. ISAACSON (*pro hac vice*)
tisaacson@cov.com
CHINUE RICHARDSON (*pro hac vice*)
crichardson@cov.com
COVINGTON & BURLING LLP
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone:    (202) 662-6000
Facsimile:    (202) 662-6291

Attorneys for Defendants
PIXAR and LUCASFILM LTD.

[Additional Counsel on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**PIXAR, LUCASFILM, LTD. AND INTUIT INC.'S JOINT CONSENT MOTION REQUESTING THAT JUDGMENT BE SET OUT IN A SEPARATE DOCUMENT** |
|---|---|

   Pursuant to Federal Rule of Civil Procedure 58(d), Defendants Pixar, Lucasfilm, Ltd., and Intuit Inc. (collectively the "Settling Defendants") respectfully request that the final judgment entered by the Court in its May 16, 2014 Order granting Plaintiffs' motion for final approval of the class action settlements with the Settling Defendants be set out in a separate document and entered in the docket pursuant to Federal Rule of Civil Procedure 58(a).  The

Settlings Defendants have conferred with Plaintiffs, and Plaintiffs consent to this request. A proposed final judgment is attached.

June 6, 2014                              COVINGTON & BURLING LLP

                                          By */s/* Emily Johnson Henn
                                              Emily Johnson Henn

                                          *Attorneys for Defendants PIXAR and LUCASFILM LTD.*


                                          JONES DAY

                                          By /s/ David C. Kiernan

                                              David C. Kiernan


                                          ROBERT A. MITTELSTAEDT (S.B. # 60359)
                                          ramittelstaedt@JonesDay.com
                                          CRAIG E. STEWART (S.B # 129530)
                                          cestewart@JonesDay.com
                                          DAVID C. KIERNAN (S.B. # 215335)
                                          dkiernan@JonesDay.com
                                          JONES DAY
                                          555 California Street, 26th Floor
                                          San Francisco, CA 94104
                                          Telephone:    (415) 626-3939
                                          Facsimile:    (415) 875-5700

                                          *Attorneys for Defendants INTUIT*

**ATTESTATION**: The filer attests that concurrence in the filing of this document has been obtained from all signatories.

PIXAR, LUCASFILM, LTD. AND INTUIT INC.'S JOINT CONSENT MOTION REQUESTING THAT JUDGMENT BE SET OUT IN A SEPARATE DOCUMENT
Master Docket No. 11-CV-2509-LHK

2