1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>[PROPOSED] **FINAL JUDGMENT** |

Following an Order by this Court dated May 16, 2014 (Dkt. No. 915), **FINAL JUDGMENT IS HEREBY ENTERED** in this action as between Plaintiffs and the Class and Pixar, Lucasfilm, Ltd., and Intuit Inc. (collectively the "Settling Defendants"), as defined in Federal Rule of Civil Procedure 58(a).  Pursuant to this Judgment:

    1.    All Released Claims of Plaintiffs and the Class are hereby released as against the Settling Defendants and all other Released Parties as defined in the Settlements.

    2.    The Court finds that the Class members who have exercised their right to exclude themselves from this Action, by submitting timely requests for exclusion pursuant to the notice mailed to the Class, are not included in or bound by this order and final judgment.  The excluded Class members are listed in Exhibit A to this Court's Order Granting Final Approval (Dkt. No. 915).

3.      Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlements.

4.      The parties and the Claims Administrator are hereby ordered to comply with the terms of the Settlements.

5.      This action is dismissed with prejudice as against the Settling Defendants, each side to bear its own costs and attorneys' fees except as provided by the Settlements and the Court's orders.

6.      This document constitutes a judgment and separate document for purposes of Fed. R. Civ. P. 58(a).

**IT IS SO ORDERED.**

Dated: _June 9, 2014          _          _Lucy H. Koh_

LUCY H. KOH
United States District Judge