Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig E. Stewart (State Bar No. 129530)
cestewart@JonesDay.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
Roberta D. Tonelli (State Bar No. 278738)
rtonelli@JonesDay.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
INTUIT INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | **Case No. 11-CV-2509  LHK**<br><br>**INTUIT INC., PIXAR, AND LUCASFILM, LTD.'S JOINT MOTION REQUESTING ENTRY OF AMENDED FINAL JUDGMENT**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

Defendants Intuit Inc., Pixar, and Lucasfilm, Ltd. (collectively the "Settled Defendants") respectfully request that the Court amend the final judgment entered on June 9, 2014 (ECF No. 936) between Plaintiffs and the Class and the Settled Defendants.

1. Pursuant to Federal Rule of Civil Procedure 54(b), when adjudicating a case involving multiple claims or multiple parties, "the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties *only if the court expressly determines that there is no just reason for delay*." Fed. R. Civ. P. 54(b) (emphasis added).

2. In its May 16, 2014 Order (ECF No. 915), the Court granted final approval of the class action settlements with Settled Defendants, dismissed this action with prejudice as against the Settling Defendants, and found final judgment appropriate in this action as between Plaintiffs

1 and the Class and Settling Defendants.  The Court entered Final Judgment on June 9, 2014 (ECF
2 No. 936).

3        3.       Having fully and finally resolved all claims between Plaintiffs and the Class and
4 Settling Defendants, there is no just reason for delaying entry of final judgment with respect to
5 these claims and parties, and the Settled Defendants hereby request that the Court enter an
6 amended final judgment, pursuant to Federal Rule of Civil Procedure 54(a) and (b).  The Settled
7 Defendants have conferred with Plaintiffs, and Plaintiffs consent to this request.  A proposed
8 amended final judgment is attached.

Dated:  June 9, 2014

JONES DAY

By          /s/ David C. Kiernan
David C. Kiernan

*Attorneys for Defendant INTUIT INC*.

Dated:  June 9, 2014

COVINGTON & BURLING LLP

By          /s/ Emily Johnson Henn
Emily Johnson Henn

Emily Johnson Henn
333 Twin Dolphin Dr., Suite 700
Redwood Shores, CA 94065
Telephone: (650) 632-4700
Facsimile: (650) 632-4800

Deborah A. Garza
John W. Nields Jr.
Thomas A. Isaacson
Chinue Richardson
1201 Pennsylvania Avenue NW
Washington, DC 20004
Telephone: (202) 662-6000
Facsimile: (202) 662-6291

*Attorneys for Defendants PIXAR and LUCASFILM LTD.*

**ATTESTATION:** The filer attests that concurrence in the filing of this document has been obtained from all signatories.

SFI-863313v3

- 2 -

Motion Requesting Entry of Amended Final Judgment
CASE NO. 11-CV-2509 LHK