UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | Case No. 11-CV-2509  LHK<br><br>**[PROPOSED] AMENDED FINAL JUDGMENT**<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

Following an Order by this Court dated May 16, 2014 (ECF No. 915), the Court hereby enters **FINAL JUDGMENT** in this action as between Plaintiffs and the Class and Pixar, Lucasfilm, Ltd., and Intuit Inc. (collectively the "Settled Defendants").  Pursuant to this Judgment:

    1.    All Released Claims of Plaintiffs and the Class are hereby released as against the Settled Defendants and all other Released Parties as defined in the Settlements.

    2.    Class members who have exercised their right to exclude themselves from this Action, listed in Exhibit A to the Court's Order Granting Final Approval (ECF No. 915), are not bound by this Final Judgment.

    3.    Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlements.

    4.    The parties and the Claims Administrator are hereby ordered to comply with the

1    terms of the Settlements.

2        5.    This action is dismissed with prejudice as against the Settled Defendants, each side
3    to bear its own costs and attorneys' fees except as provided by the Settlements and the Court's
4    orders, ECF Nos. 915, 916.

5        6.    This document constitutes final judgment and separate document for purposes of
6    Federal Rules of Civil Procedure 58(a).

7        7.    The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil
8    Procedure, that this Final Judgment should be entered and further finds that there is no just reason
9    for delay in the entry of this Judgment, as a Final Judgment, as to the Plaintiffs and the Class and
10   the Settled Defendants.  Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

12   Dated: _____        _____
                                     LUCY H. KOH
13                                   United States District Judge

SFI-863314v2

- 2 -

[Proposed] Final Amended Judgment
CASE NO. 11-CV-2509 LHK