UNITED STATES DISTRICT COURT
JUDGE LUCY H. KOH, PRESIDING
COURTROOM NO. 8-4th FLOOR

## CIVIL MINUTES

**Court Proceedings:** Motion Hearing, Thursday, June 19, 2014
**Case Number:** 11-02509-LHK

**Courtroom Deputy Clerk:** Martha Parker Brown          Time in Court: 1 hr. 32 min.
**Court Reporter:** Lee-Anne Shortridge

**TITLE:  IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**

   Attorneys Present:
       For Plaintiffs:  Kelly Dermody/Brendan Glackin/Dean Harvey/Joseph Saveri/Daniel C. Gerard
       For Defendants: Robert VanNest/Justina Sessions for Google
                       George Riley/Christina Brown for Apple
                       Lin Kahn for Adobe
                       Steven M. Perry for Intel

PROCEEDINGS:

   Motion hearing is held.  The Court sets a date for further Approval Hearing on November, 6, 2014 at 1:30 p.m.
   Court is adjourned.