Clear Form

| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA CAND 435 (CAND Rev. 2013) | TRANSCRIPT ORDER Please use one form per court reporter. CJA counsel please use Form CJA24 Please read instructions on next page. | COURT USE ONLY DUE DATE: |
|---|---|---|

| 1a. CONTACT PERSON FOR THIS ORDER | 2a. CONTACT PHONE NUMBER | 3a. CONTACT EMAIL ADDRESS |
|---|---|---|
| Elizabeth A. Kramer | (415) 981-4800 | eak@girardgibbs.com |
| 1b. ATTORNEY NAME (if different) | 2b. ATTORNEY PHONE NUMBER | 3b. ATTORNEY EMAIL ADDRESS |
| | | |

| 4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE) | 5. CASE NAME | 6. CASE NUMBER |
|---|---|---|
| Girard Gibbs LLP 601 California St., 14th Floor San Francisco, CA 94108 | In re High-Tech Employee Antitrust Litigation | 11-2509 |

| 7. COURT REPORTER NAME (FOR FTR, LEAVE BLANK AND CHECK BOX)→ ☐ FTR | 8. THIS TRANSCRIPT ORDER IS FOR: |
|---|---|
| Lee-Anne Shortridge | ☐ APPEAL   ☐ CRIMINAL   ☐ In forma pauperis (NOTE: Court order for transcripts must be attached) <br> ☐ NON-APPEAL   ☑ CIVIL   ■ CJA: Do not use this form; use Form CJA24 |

9. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested), format(s) & quantity and delivery type:

a. HEARING(S) (OR PORTIONS OF HEARINGS)  
b. SELECT FORMAT(S) (NOTE: ECF access is included with purchase of PDF, text, paper or condensed.)  
c. DELIVERY TYPE (Choose one per line)

| DATE | JUDGE (initials) | TYPE (e.g. CMC) | PORTION If requesting less than full hearing, specify portion (e.g. witness or time) | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | ECF ACCESS (web) | ORDINARY (30-day) | 14-Day | EXPEDITED (7-day) | DAILY (Next day) | HOURLY (2 hrs) | REALTIME |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/19/2014 | LHK | Hearing | | ○ | ○ | ○ | ● | ○ | ○ | ○ | ⦿ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

10. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC:

| ORDER & CERTIFICATION (11. & 12.) By signing below, I certify that I will pay all charges (deposit plus additional). | 12. DATE |
|---|---|
| 11. SIGNATURE    /s/ Elizabeth A. Kramer | 06/20/2014 |

| DISTRIBUTION: | ☐ COURT COPY | ☐ TRANSCRIPTION COPY | ☐ ORDER RECEIPT | ☐ ORDER COPY |
|---|---|---|---|---|