UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| **IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>**All Actions** | Case No. 11-CV-2509  LHK<br><br>[PROPOSED] AMENDED FINAL JUDGMENT<br><br>Date Consolidated Amended Compl. Filed: September 13, 2011 |

Following an Order by this Court dated May 16, 2014 (ECF No. 915), the Court hereby enters **FINAL JUDGMENT** in this action as between Plaintiffs and the Class and Pixar, Lucasfilm, Ltd., and Intuit Inc. (collectively the "Settled Defendants").  Pursuant to this Judgment:

1.      All Released Claims of Plaintiffs and the Class are hereby released as against the Settled Defendants and all other Released Parties as defined in the Settlements.

2.      Class members who have exercised their right to exclude themselves from this Action, listed in Exhibit A to the Court's Order Granting Final Approval (ECF No. 915), are not bound by this Final Judgment.

3.      Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlements.

4.      The parties and the Claims Administrator are hereby ordered to comply with the

SFI-863314v2

terms of the Settlements.

5. This action is dismissed with prejudice as against the Settled Defendants, each side to bear its own costs and attorneys' fees except as provided by the Settlements and the Court's orders, ECF Nos. 915, 916.

6. This document constitutes final judgment and separate document for purposes of Federal Rules of Civil Procedure 58(a).

7. The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and further finds that there is no just reason for delay in the entry of this Judgment, as a Final Judgment, as to the Plaintiffs and the Class and the Settled Defendants. Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

Dated: 06/20/2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge