June 27, 2014

The Honorable Lucy H. Koh
United States District Court
for the Northern District of California
280 South First Street, #4050,
Courtroom 8 – 4th Floor
San Jose, CA 95113

**RECEIVED**

JUN 30 2014

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose Division

Re: In re High-Tech Employee Antitrust Litigation
11-CV-2509-LHK (N.D. Cal.)

Your Honor,

I am a Class Member in this case.  I agree strongly with the objections raised by Class Representative Michael Devine in regards to the proposed settlement agreement in the amount of $324 million.  I can also relate that several friends and coworkers of mine, who are also class members from companies such as Google, share the same opinion.

The proposed settlement is a sham and a complete misrepresentation of the interests of the Class.  A settlement for roughly 10% of actual damages does not come even close to the actual damages I, and many others, personally sustained as a result of the alleged action taken by these companies.  Let's also not forget the punitive damages that would likely be awarded were the case to proceed.  There is a strong chance we would see 30x the settlement amount in the case ... and I do not estimate the chance of the class winning as less than 1 in 30 ... given the apparent strength of the case that has already been built.

The Plaintiffs' counsel is acting deliberately against the best interests of the Class and is acting deliberately in the counsel's sole favor.  I ask that you reject this settlement and take action to ensure that the Class is fairly, adequately, and ethically represented in the upcoming lawsuit.

Richard Kuo
338 Spear St., Unit 7D
San Francisco, CA 94105