July 2, 2014


**VIA ECF**

Deepti Yadlapalli
1167 Bodega Drive
Sunnyvale, CA 94086

The Honorable Lucy H. Koh
United States District Court
280 South First Street, #4050,
Courtroom 8 – 4th Floor
San Jose, CA 95113

RE:   *In re High-Tech Employee Antitrust Litigation*,
      11-cv-2509-LHK (N.D. Cal.)

Your Honor:

I am a member of the certified Class.  I support the proposed settlement with Adobe, Apple, Google, and Intel.  I am confirming by this letter to the Court which I have asked counsel to file on my behalf.

Very truly yours,

Deepti Yadlapalli