1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL; GRANTING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** |  |

Pending before the Court are administrative motions to file under seal and various motions to remove incorrectly filed documents. The Court GRANTS IN PART and DENIES WITH PREJUDICE IN PART the administrative motions to file under seal and GRANTS the motions to remove incorrectly filed documents for the reasons stated below.

I.      **ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL**

        A.      **Class Certification Briefing**

        The parties filed numerous administrative motions to file under seal in connection with the briefing on Plaintiffs' Supplemental Motion for Class Certification. The Court granted in part and

denied in part these motions on March 14, 2014. *See* ECF No. 730. Some of the denials were without prejudice to Defendants' narrowing of requests that the Court found overbroad.

Defendants filed a renewed administrative motion to file under seal the documents regarding which the Court denied without prejudice previous administrative motions to file under seal. *See* ECF No. 773. Applying the "good cause" standard set forth in this Court's March 14, 2014 order, *see* ECF No. 730 at 1-3, the Court rules as follows on the renewed motion:[1]

| ECF No. | Document | Result |
|---------|----------|--------|
| | | |
| 773 | Cisneros Decl., Ex. 173 | GRANTED |
| | Cisneros Decl., Ex. 176 | GRANTED |
| | Cisneros Decl., Ex. 472 | DENIED |
| | Cisneros Decl., Ex. 608 | DENIED |
| | Cisneros Decl., Ex. 614 | DENIED |
| 774 | Cisneros Decl., Ex. 616 | GRANTED |
| | Cisneros Decl., Ex. 621 | GRANTED |
| | Cisneros Decl., Ex. 660 | GRANTED |
| | Cisneros Decl., Ex. 666 | GRANTED |
| | Cisneros Decl., Ex. 668 | GRANTED |
| | Cisneros Decl., Ex. 674 | DENIED as to the second bullet points under number 3 on GOOG-HIGH-TECH-00252602. GRANTED as to the rest. |
| | Cisneros Decl., Ex. 1600 | GRANTED |
| 775 | Cisneros Decl., Ex. 1606 | DENIED as to GOOG-HIGH-TECH-00036301. GRANTED as to the rest. |
| | Cisneros Decl., Ex. 1609 | DENIED as to 1609.3, 1609.7, 1609.9. GRANTED as to the rest. |
| 776 | Cisneros Decl., Ex. 1613 | GRANTED |
| | Cisneros Decl., Ex. 1618 | GRANTED |
| | Cisneros Decl., Ex. 1625 | GRANTED |
| | Cisneros Decl., Ex. 1629 | GRANTED |
| | Cisneros Decl., Ex. 1753 | GRANTED |
| | Cisneros Decl., Ex. 2422 | GRANTED |
| | Cisneros Decl., Ex. 2425 | GRANTED |
| | Cisneros Decl., Ex. 2426 | DENIED as to bullet point 3 on 2426.3. However, the actual percentage numbers may be sealed. GRANTED as to the rest. |
| 778 | Cisneros Decl., Ex. Q | DENIED as to material sought to be sealed on pages 71, 79, 80 (lines 1 and 2), 82 (lines 21-23). GRANTED as to the rest. |

---

[1] All denials are with prejudice as the parties have already had an opportunity to amend their sealing requests.

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS

| 779 | Cisneros Decl., Ex. R | DENIED as to material sought to be sealed on pages 177-80. GRANTED as to the rest. |
| | Cisneros Decl., Ex. S | GRANTED as to the material sought to be sealed on pages 232-33. DENIED as to the rest. |
| | Cisneros Decl., Ex. T | DENIED as to the material sought to be sealed on 38-39. GRANTED as to the rest. |
| 780 | Cisneros Decl., Ex. V | DENIED. |
| | Cisneros Decl., Ex. W | DENIED as to the material sought to be sealed on page 46. GRANTED as to the rest. |
| | Cisneros Decl., Ex. X | GRANTED |
| | Cisneros Decl., Ex. EE | GRANTED |
| | Harvey Decl., Ex. 14 | GRANTED |
| | Shaver Decl., Ex. E | GRANTED |
| | Shaver Decl., Ex. K | GRANTED |
| | Shaver Decl., Ex. O | GRANTED |
| 781 | Cisneros Decl., Ex. 1130 | GRANTED |
| | Cisneros Decl., Ex. 1376 | GRANTED |
| | Kahn Decl., Ex. 2 | DENIED as to the material sought to be sealed on pages 57-58. GRANTED as to the rest. |
| | Kahn Dec., Ex. 13 | GRANTED |
| 782 | Brown Decl., Ex 8 | GRANTED as to all material sought to be sealed before Page 217, Line 11. DENIED as to the rest. |
| | Cisneros Decl., Ex. FF | DENIED |
| | Cisneros Decl., Ex. II | GRANTED |
| | Cisneros Decl., Ex. JJ | GRANTED |
| | Kahn Deck., Ex. 7 | DENIED |
| | Shaver Decl., Ex. J | DENIED |
| 785 | Brown Decl., Ex. 9 | GRANTED |
| | Kahn Decl., Ex. 8 | GRANTED |
| | Shaver Decl., Ex. F | GRANTED |

## B.    Summary Judgment and *Daubert* Briefing

Defendants also move to seal various documents related to the summary judgment and

*Daubert* briefing. *See* ECF No. 790.[2] Defendants concede that these documents may only be sealed

if compelling reasons support sealing. *Id.* at 2. This Court has described the "compelling reasons"

standard as follows:

> Historically, courts have recognized a "general right to inspect and copy public records and documents, including judicial records." *Nixon v. Warner Commc'ns, Inc.*, 435 U.S. 589, 597 & n.7 (1978). "Unless a particular court record is one 'traditionally kept

---

[2] Defendants had initially filed broader requests. At the hearing on the summary judgment and *Daubert* motions, Defendants voluntarily agreed to withdraw previous requests and to file this narrower request. Because Defendants have already had an opportunity to narrow requests, all denials are with prejudice.

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS

secret,' a 'strong presumption in favor of access' is the starting point." *Kamakana v. City and Cnty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2006) (quoting *Foltz v. State Farm Mut. Auto. Ins. Co.*, 331 F.3d 1122, 1135 (9th Cir. 2003)).

To overcome this strong presumption, a party seeking to seal a judicial record must articulate "compelling reasons supported by specific factual findings that outweigh the general history of access and the public policies favoring disclosure." *Id.* at 1178-79 (internal quotation marks and citations omitted). "In general, 'compelling reasons' . . . exist when such 'court files might have become a vehicle for improper purposes,' such as the use of records to gratify private spite, promote public scandal, circulate libelous statements, or release trade secrets." *Id.* at 1179 (citing *Nixon*, 435 U.S. at 598). "The mere fact that the production of records may lead to a litigant's embarrassment, incrimination, or exposure to further litigation will not, without more, compel the court to seal its records." *Id.* (citing *Foltz*, 331 F.3d at 1136).

ECF No. 730 at 1-2. Applying the "compelling reasons" standard, the Court rules as follows on Defendants' motion to seal documents related to the summary judgment and *Daubert* briefing:

| ECF No. | Document | Result |
|---|---|---|
| | | |
| 791 | Harvey Decl., Ex. 140 | GRANTED |
| | Harvey Decl., Ex. 142 | GRANTED |
| | Harvey Decl., Ex. 143 | DENIED as to the material sought to be sealed on pages 11, 64, and 65. GRANTED as to the rest. |
| | Harvey Decl., Ex.145 | DENIED as to the material sought to be sealed on pages 6 and 18. GRANTED as to the rest. |
| | Harvey Decl., Ex. 146 | DENIED as to the material sought to be sealed on pages 7-11, 14. GRANTED as to the rest. |
| 792 | Harvey Decl., Ex. 148 | GRANTED |
| | Harvey Decl., Ex. 149 | GRANTED |
| 793 | Harvey Decl., Ex. 150 | DENIED as to the material sought to be sealed on the page bearing the label 76579DOC002323_000021. GRANTED as to the rest. |
| | Harvey Decl., Ex. 152 | GRANTED |
| | Harvey Decl., Ex. 153 | DENIED as to the material sought to be sealed on the page bearing the label 76592DOC015628. GRANTED as to the rest. |
| | Cisneros Decl., Ex. 391 | GRANTED |
| | Cisneros Decl., Ex. 393 | GRANTED |
| | Cisneros Decl., Ex. 398 | DENIED as to material sought to be sealed on page bearing the label 76579DOC005962. GRANTED as to the rest. |
| 794 | Exhibit 8 | GRANTED |
| | Exhibit 163 | GRANTED |
| | Exhibit 170 | GRANTED |
| | Exhibit 171 | GRANTED |
| | Exhibit 359 | GRANTED |
| | Exhibit 360 | GRANTED |

4

United States District Court
For the Northern District of California

| | | Exhibit 690 | GRANTED |
|---|---|---|---|
| | | Exhibit 710 | GRANTED |
| | | Exhibit 711 | DENIED as to the material sought to be sealed in paragraphs 10 and 18. GRANTED as to the rest. |
| | | Exhibit 715 | GRANTED |
| | | Exhibit 727 | GRANTED |
| | | Exhibit 728 | GRANTED |
| | | Exhibit 729 | GRANTED |
| | | Exhibit 730 | GRANTED |
| | 795-96 | Cisneros Decl., Ex. 399 | DENIED as to the material sought to be sealed on page 8. GRANTED as to the rest. |
| | | Cisneros Decl., Ex. 400 | DENIED as to the material sought to be sealed on page 17. GRANTED as to the rest. |
| | | Cisneros Decl., Ex. 478 | GRANTED |
| | | Cisneros Decl., Ex. 781 | GRANTED |
| | | Cisneros Decl., Ex. 2030 | GRANTED |
| | | Cisneros Decl., Ex. 2031 | GRANTED |
| | | Cisneros Decl., Ex. 2033 | GRANTED |
| | | Cisneros Decl., Ex. 2035 | GRANTED |
| | 797 | Cisneros Decl., Ex. MM | GRANTED |
| | | Cisneros Decl., Ex. PP | DENIED. Proposed redactions are overbroad. |
| | | Cisneros Decl., Ex. QQ | GRANTED |
| | | Cisneros Decl., Ex. 912 | GRANTED |
| | | Cisneros Decl., Ex. 914 | GRANTED |
| | 798 | Cisneros Decl., Ex. 2043 | GRANTED |
| | | Cisneros Decl., Ex. 2356 | GRANTED |
| | | Cisneros Decl., Ex. HH | GRANTED |
| | 799 | Cisneros Decl., Ex. 210 | GRANTED |
| | | Cisneros Decl., Ex. 211 | GRANTED |
| | | Cisneros Decl., Ex. 212 | GRANTED |
| | | Cisneros Decl., Ex. 214 | GRANTED |
| | | Cisneros Decl., Ex. 216 | GRANTED |
| | | Cisneros Decl., Ex. 300 | GRANTED |
| | | Cisneros Decl., Ex. 303 | GRANTED |
| | | Cisneros Decl., Ex. 416 | DENIED. Proposed redactions are overbroad and include arguments and facts already publicly disclosed (e.g., "Adobe assigned each job code a broad salary range. Because of the breadth of salary ranges, actual base salary could and did vary significantly among employees with the same job code."). |
| | | Cisneros Decl., Ex. 1158 | GRANTED |
| | | Cisneros Decl., Ex. 1159 | GRANTED |
| | | Cisneros Decl., Ex. 1160 | GRANTED |
| | | Cisneros Decl., Ex. 1250 | GRANTED |
| | 800 | Cisneros Decl., Ex. 1107 | GRANTED |

5

| | Cisneros Decl., Ex. 1760 | GRANTED |
|---|---|---|
| | Cisneros Decl., Ex. 1761 | GRANTED |
| | Cisneros Decl., Ex. 2135 | DENIED as to material sought to be sealed on page 2135.5. GRANTED as to the rest. |
| | Cisneros Decl., Ex. 2140 | GRANTED |
| | Cisneros Decl., Ex. 2142 | GRANTED |
| 801 | Cisneros Decl., Ex. 2486 | DENIED as to material sought to be sealed in paragraphs 6-8, 10, 17, 20, 23, 31, 33, and 34. GRANTED as to the rest. |
| 802 | Exhibit 945 | GRANTED |
| | Exhibit 949 | GRANTED |
| | Exhibit 2084 | GRANTED |
| | Exhibit 2088 | GRANTED |
| | Exhibit 2092 | GRANTED |
| | Exhibit 2094 | GRANTED |
| | Exhibit 2096 | GRANTED |
| | Exhibit 2100 | GRANTED |
| | Exhibit RR | GRANTED |
| | Exhibit SS | GRANTED |
| | Exhibit TT | GRANTED |
| | Exhibit UU | GRANTED |
| | Exhibit VV | GRANTED |
| | Exhibit WW | GRANTED |
| 803 | Cisneros Decl., Ex. 2362 | GRANTED |
| | Cisneros Decl., Ex. 2364 | GRANTED |
| | Cisneros Decl., Ex. 2366 | GRANTED |
| 804 | Cisneros Decl., Ex. 2487 | DENIED as to material sought to be sealed on page 2487.17. GRANTED as to the rest. |
| | Cisneros Decl., Ex. 2501 | GRANTED |
| | Cisneros Decl., Ex. 2800 | DENIED |
| | Cisneros Decl., Ex. 2812 | GRANTED |
| | Cisneros Decl., Ex. 2823 | GRANTED |
| | Cisneros Decl., Ex. 2825 | GRANTED |
| | Cisneros Decl., Ex. A | DENIED |
| | Cisneros Decl., Ex. B | GRANTED |
| | Cisneros Decl., Ex. C | DENIED. Proposed redactions are overbroad (e.g., Q. "What do you mean by 'incentive payments' or 'incentive compensation'?"). |
| | Cisneros Decl., Ex. D | DENIED as to the material sought to be sealed on pages before page 108. GRANTED as to material sought to be sealed on page 108 and all pages thereafter. |
| | Cisneros Decl., Ex. F | DENIED as to material sought to be sealed on pages 109-11. GRANTED as to the rest. |
| 805 | Cisneros Decl., Ex. 173 | GRANTED |
| | Cisneros Decl., Ex. 175 | GRANTED |

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS

United States District Court
For the Northern District of California

| | Cisneros Decl., Ex. 176 | GRANTED |
|---|---|---|
| | Cisneros Decl., Ex. 190 | GRANTED |
| | Cisneros Decl., Ex. 192 | GRANTED |
| | Cisneros Decl., Ex. 200 | GRANTED |
| | Cisneros Decl., Ex. 201 | GRANTED |
| | Cisneros Decl., Ex. 204 | GRANTED |
| | Cisneros Decl., Ex. 278 | GRANTED |
| | Cisneros Decl., Ex. 279 | GRANTED |
| 806 | Exhibit 129 | GRANTED |
| | Exhibit 134 | GRANTED |
| | Exhibit 172 | GRANTED |
| | Exhibit 177 | GRANTED |
| | Exhibit 178 | GRANTED |
| | Exhibit 179 | GRANTED |
| | Exhibit 180 | GRANTED |
| | Exhibit 420 | GRANTED |
| | Exhibit 421 | GRANTED |
| | Exhibit 424 | GRANTED |
| | Exhibit 947 | GRANTED |
| 807 | Cisneros Decl., Ex. 389 | GRANTED. |
| | Cisneros Decl., Ex. 471 | DENIED as to the material sought to be sealed on page 471.1. GRANTED as to the rest. |
| | Cisneros Decl., Ex. 472 | DENIED. Statements that Big Bang may "put pressure on pay for coveted technical jobs and increase pay systematically for these jobs" is critical to public understanding of this case. |
| | Cisneros Decl., Ex. 608 | DENIED |
| | Cisneros Decl., Ex. 614 | DENIED |
| | Cisneros Decl., Ex. 616 | GRANTED |
| | Cisneros Decl., Ex. 621 | GRANTED |
| | Cisneros Decl., Ex. 626 | DENIED |
| | Cisneros Decl., Ex. 635 | GRANTED |
| | Cisneros Decl., Ex. 648 | GRANTED |
| 808 & 813 | Cisneros Decl., Ex. 2738 | GRANTED |
| | Cisneros Decl., Ex. 2739 | GRANTED |
| | Cisneros Decl., Ex. 2740 | GRANTED |
| | Cisneros Decl., Ex. 2743 | GRANTED |
| | Cisneros Decl., Ex. 2744 | GRANTED |
| 811 | Harvey Decl., Ex. 34 | GRANTED |
| | Harvey Decl., Ex. 35 | GRANTED |
| | Harvey Decl., Ex. 37 | GRANTED |
| | Harvey Decl., Ex. 41 | DENIED |
| | Harvey Decl., Ex. 42 | GRANTED |
| | Harvey Decl., Ex. 43 | DENIED |
| | Harvey Decl., Ex. 44 | GRANTED |
| | Harvey Decl., Ex. 45 | GRANTED |

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS

| | Harvey Decl., Ex. 48 | GRANTED |
|---|---|---|
| | Harvey Decl., Ex. 49 | GRANTED |
| | Harvey Decl., Ex. 50 | GRANTED |
| | Harvey Decl., Ex. 51 | GRANTED |
| | Harvey Decl., Ex. 52 | GRANTED |
| | Harvey Decl., Ex. 53 | GRANTED |
| | Harvey Decl., Ex. 54 | GRANTED |
| | Harvey Decl., Ex. 189 | GRANTED |
| 814 | Cisneros Decl., Ex. 650 | GRANTED |
| | Cisneros Decl., Ex. 653 | GRANTED |
| | Cisneros Decl., Ex. 660 | GRANTED |
| | Cisneros Decl., Ex. 666 | GRANTED |
| | Cisneros Decl., Ex. 667 | GRANTED |
| | Cisneros Decl., Ex. 668 | GRANTED |
| | Cisneros Decl., Ex. 674 | GRANTED |
| | Cisneros Decl., Ex. 872 | GRANTED |
| | Cisneros Decl., Ex. 1600 | GRANTED |
| | Cisneros Decl., Ex. 1613 | GRANTED |
| 815 | Harvey Decl., Ex. 157 | GRANTED |
| | Harvey Decl., Ex. 159 | GRANTED |
| 816 | Exhibit 1304 | GRANTED |
| | Exhibit 1306 | GRANTED |
| | Exhibit 1307 | GRANTED |
| | Exhibit 1308 | GRANTED |
| | Exhibit 1309 | GRANTED |
| | Exhibit 2356 | GRANTED |
| | Exhibit XX | GRANTED |
| | Exhibit YY | DENIED as to the material sought to be sealed on pages 209-10. GRANTED as to the rest. |
| | Exhibit ZZ | GRANTED |
| | Exhibit AAA | GRANTED |
| | Exhibit BBB | GRANTED |
| | Exhibit CCC | GRANTED |
| 817 | Cisneros Decl., Ex. 1618 | GRANTED |
| | Cisneros Decl., Ex. 1625 | GRANTED |
| | Cisneros Decl., Ex. 1629 | GRANTED |
| | Cisneros Decl., Ex. 1753 | GRANTED |
| | Cisneros Decl., Ex. 2362 | GRANTED above. |
| | Cisneros Decl., Ex. 2364 | GRANTED above. |
| | Cisneros Decl., Ex. 2366 | GRANTED above. |
| 818 | Cisneros Decl., Ex. 2422 | GRANTED |
| | Cisneros Decl., Ex. 2425 | GRANTED |
| | Cisneros Decl., Ex. 2426 | GRANTED |
| 819 | Cisneros Decl., Ex. U | DENIED as to material sought to be sealed on pages 44, 52, and 71. GRANTED as to the rest. |
| | Cisneros Decl., Ex. V | DENIED as to material sought to be sealed on pages |

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO
REMOVE INCORRECTLY FILED DOCUMENTS

**United States District Court**
For the Northern District of California

| | | |
|---|---|---|
| | | 176-80. GRANTED as to the rest. |
| | Cisneros Decl., Ex. W | GRANTED |
| | Cisneros Decl., Ex. X | GRANTED |
| | Cisneros Decl., Ex. Z | GRANTED |
| | Cisneros Decl., Ex. BB | GRANTED |
| | Cisneros Decl., Ex. CC | GRANTED |
| | Cisneros Decl., Ex. DD | DENIED as to material sought to be sealed on pages 63-66. GRANTED as to the rest. |
| | Cisneros Decl., Ex. JJ | GRANTED |
| | Cisneros Decl., Ex. LL | GRANTED |
| 820 | Harvey Decl., Ex. 76 | GRANTED |
| | Harvey Decl., Ex. 77 | GRANTED |
| | Harvey Decl., Ex. 78 | GRANTED |
| | Harvey Decl., Ex. 80 | GRANTED |
| | Harvey Decl., Ex. 85 | GRANTED |
| | Harvey Decl., Ex. 89 | GRANTED |
| | Harvey Decl., Ex. 90 | GRANTED |
| | Harvey Decl., Ex. 95 | GRANTED |
| | Harvey Decl., Ex. 97 | GRANTED |
| | Harvey Decl., Ex. 100 | GRANTED |
| 821 | Harvey Decl., Ex. 103 | GRANTED |
| | Harvey Decl., Ex. 106 | GRANTED |
| | Harvey Decl., Ex. 108 | GRANTED |
| | Harvey Decl., Ex. 110 | GRANTED |
| | Harvey Decl., Ex. 111 | GRANTED |
| | Harvey Decl., Ex. 112 | GRANTED |
| | Harvey Decl., Ex. 113 | GRANTED |
| | Harvey Decl., Ex. 114 | GRANTED |
| | Harvey Decl., Ex. 115 | GRANTED |
| | Harvey Decl., Ex. 117 | GRANTED |
| 822 | Harvey Decl., Ex. 118 | GRANTED |
| | Harvey Decl., Ex. 119 | GRANTED |
| | Harvey Decl., Ex. 120 | GRANTED |
| | Harvey Decl., Ex. 121 | GRANTED |
| | Harvey Decl., Ex. 122 | GRANTED |
| | Harvey Decl., Ex. 123 | GRANTED |
| | Harvey Decl., Ex. 125 | GRANTED |
| | Harvey Decl., Ex. 126 | GRANTED |
| | Harvey Decl., Ex. 127 | GRANTED |
| | Harvey Decl., Ex. 128 | GRANTED |
| 823 | Harvey Decl., Ex. 129 | GRANTED |
| | Harvey Decl., Ex. 130 | GRANTED |
| | Harvey Decl., Ex. 131 | GRANTED |
| | Harvey Decl., Ex. 132 | GRANTED |
| | Harvey Decl., Ex. 133 | GRANTED |
| | Harvey Decl., Ex. 134 | GRANTED |

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS

|  |  |  |
|---|---|---|
|  | Harvey Decl., Ex. 135 | GRANTED |
|  | Harvey Decl., Ex. 136 | GRANTED |
|  | Harvey Decl., Ex. 137 | GRANTED |
|  | Harvey Decl., Ex. 138 | GRANTED |
|  | Harvey Decl., Ex. 139 | GRANTED |
| 825 | Google's Motion for Summary Judgment ("MSJ") | DENIED |
|  | Google MSJ, Ex. 15 | GRANTED |
|  | Google MSJ, Ex. 16 | GRANTED |
|  | Google MSJ, Ex. 17 | GRANTED |
|  | Google MSJ, Ex. 19 | GRANTED |
|  | Google MSJ, Ex. 32 | DENIED |
|  | Google MSJ, Ex. 34 | GRANTED |
|  | Google MSJ, Ex. 35 | DENIED |
|  | Google MSJ, Ex. 36 | DENIED |
| 826 | Harvey Decl., Ex. 124 | GRANTED |
|  | Evans Decl., Ex. 1 | GRANTED |
| 827 | Harvey Decl., Ex. 94 | GRANTED |
|  | Harvey Decl., Ex. 96 | GRANTED |
|  | Harvey Decl., Ex. 98 | GRANTED |
|  | Harvey Decl., Ex. 101 | GRANTED |
| 828 | Cisneros Decl., Ex. 172 | GRANTED |
|  | Cisneros Decl., Ex. 1606 | GRANTED |
|  | Harvey Decl., Ex. 86[3] | DENIED as to the material sought to be sealed on the page bearing the label GOOG-HIGH-TECH-0023519 (Microsoft Recruiting Protocol). GRANTED as to the rest. |
| 831 | Cisneros Decl., Ex. 1741 | DENIED as to Microsoft Recruiting Protocol. GRANTED as to the rest. |
|  | Harvey Decl., Ex. 91 | GRANTED |
|  | Harvey Decl., Ex. 92 | GRANTED |
|  | Harvey Decl., Ex. 93 | GRANTED |
| 832 | Alan Manning Expert Report | DENIED |
|  | Matthew Marx Rebuttal Report | DENIED |
|  | Kevin Hallock Expert Report (May 10, 2013) | GRANTED as to the material sought to be sealed in paragraphs 38, 41, 42, 50, 61, 86, 94, 96, 107, 116, 156, 170, 199, 215, 216, and 217, the names in paragraph 115, and the names and numbers in paragraph 169. DENIED as to the rest. |
|  | Kevin Hallock Expert Report (October 27, 2013) | DENIED to the extent the sealing request was denied as to the May 10, 2013 expert report. GRANTED as to the rest. |

[3] The full unredacted, under seal version of this document is at ECF No. 861.

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS

United States District Court
For the Northern District of California

| | | |
|---|---|---|
| | Kevin Hallock Deposition | GRANTED |
| | Kathryn Shaw Deposition | GRANTED |
| 835 | Google MSJ, Ex. 18 | GRANTED |
| | Harvey Decl., Ex. 87 | GRANTED |
| 837 | Harvey Decl., Ex. 58 | DENIED |
| | Harvey Decl., Ex. 59 | GRANTED |
| | Harvey Decl., Ex. 60 | GRANTED |
| | Harvey Decl., Ex. 61 | GRANTED |
| | Harvey Decl., Ex. 62 | GRANTED |
| | Harvey Decl., Ex. 63 | DENIED as to the following language: "He will be taking a pay cut to join our group (internal equity issues)" and "we'll be giving him a pay cut due to internal equity." GRANTED as to the rest. |
| | Harvey Decl., Ex. 64 | GRANTED |
| | Harvey Decl., Ex. 66 | GRANTED |
| | Harvey Decl., Ex. 67 | GRANTED |
| 838 | Cisneros Decl., Ex. 1609 | GRANTED |
| | Lauren Stiroh Expert Report | DENIED as to the material sought to be sealed in paragraphs 21, 23, 32, 38, and 60. GRANTED as to the rest. |
| 839 | Betsey Becker Expert Report | DENIED as to the material sought to be sealed in paragraphs 35, 40, 44, 54, 62, 71, 142, 144, 147, 148, 149. GRANTED as to the rest. |
| | Betsey Becker Expert Report Appendices | GRANTED |
| 840 | Harvey Decl., Ex. 68 | GRANTED |
| | Harvey Decl., Ex. 69 | GRANTED |
| | Harvey Decl., Ex. 70 | GRANTED |
| | Harvey Decl., Ex. 71 | GRANTED |
| | Harvey Decl., Ex. 72 | GRANTED |
| | Harvey Decl., Ex. 73 | GRANTED |
| | Harvey Decl., Ex. 74 | GRANTED |
| | Harvey Decl., Ex. 75 | GRANTED |
| 841 | Betsey Becker Expert Report Attachments | GRANTED |
| 842 | Edward Snyder Expert Report | GRANTED |
| | Eric Talley Expert Report | GRANTED |
| 844 | David Lewin Expert Report | DENIED as to material sought to be sealed in paragraphs 30, 71, and 84. GRANTED as to the rest. |
| | Supplement to David Lewin Expert Report | GRANTED |
| 845 | Cisneros Decl., Ex. 268 | GRANTED |
| | Cisneros Decl., Ex. 278 | GRANTED |
| | Cisneros Decl., Ex. 279 | GRANTED |
| | Cisneros Decl., Ex. 861 | GRANTED |

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO
REMOVE INCORRECTLY FILED DOCUMENTS

United States District Court
For the Northern District of California

| | | |
|---|---|---|
| | Cisneros Decl., Ex. 1130 | GRANTED |
| | Cisneros Decl., Ex. 1376 | GRANTED |
| | Cisneros Decl., Ex. 1854 | GRANTED |
| 846 | Kevin Murphy Expert Report | GRANTED |
| 847 & 849 | Cisneros Decl., Ex. 1855 | GRANTED |
| 848 | Kevin Murphy Expert Report | GRANTED |
| 851 | Kevin Murphy Supplemental Expert Report | GRANTED |
| 852 | Talley Deposition | DENIED |
| 853 | Cisneros Decl., Ex. 1856 | GRANTED |
| | Cisneros Decl., Ex. 1858 | GRANTED |
| | Cisneros Decl., Ex. 1859 | GRANTED |
| | Cisneros Decl., Ex. 2249 | GRANTED |
| | Cisneros Decl., Ex. 2262 | GRANTED |
| 856 | Edward Leamer Expert Report (Oct. 1, 2012) | DENIED as to Figures 3 and 4 on page 23, paragraph 115, and paragraph 119. GRANTED as to the rest. |
| | Edward Leamer Reply Expert Report (Dec. 10, 2012) | GRANTED |
| | Edward Leamer Supplemental Expert Report (May 10, 2013) | GRANTED |
| | Edward Leamer Supplemental Expert Report (July 12, 2013) | GRANTED |
| | Edward Leamer Expert Report (Oct. 28, 2013) | DENIED as to Figure 2 on page 5. GRANTED as to the rest. |
| | Edward Leamer Reply Expert Report (Dec. 11, 2013) | DENIED as to Table 1 on page 3. GRANTED as to the rest. |
| 858 | Cisneros Decl., Ex. J | GRANTED |
| | Cisneros Decl., Ex. K | DENIED |
| | Cisneros Decl., Ex. L | DENIED |
| | Cisneros Decl., Ex. M | DENIED |
| | Cisneros Decl., Ex. N | GRANTED |
| | Cisneros Decl., Ex. Q | GRANTED |
| | Cisneros Decl., Ex. S | DENIED |
| | Cisneros Decl., Ex. T | GRANTED |
| 860 | Cisneros Decl., Ex. JJJ | GRANTED |
| | Cisneros Decl., Ex. DDD | GRANTED |
| 861 | Harvey Decl., Ex. 86 | DENIED up to and through the material sought to be sealed on page 18. GRANTED as to the rest. |

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO
REMOVE INCORRECTLY FILED DOCUMENTS

United States District Court
For the Northern District of California

**II.      MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS**

Also pending are various motions to remove incorrectly filed documents filed by the parties. All of these motions result from errors in redactions in the filing process, and all of the documents subject to these motions have been locked by the Clerk. None of these motions is opposed. Accordingly, the Court GRANTS the following motions to remove incorrectly filed documents:

- **ECF No. 687:** The motion seeks to remove ECF No. 562-2. The corrected version of the document is available at ECF No. 688.

- **ECF No. 725:** This motion seeks to remove ECF No. 724. The corrected version of the document is available at ECF No. 726.

- **ECF No. 877:** This motion seeks to remove ECF No. 833-10. The corrected version of the document is available at ECF No. 871-6.

- **ECF No. 884:** This motion seeks to remove ECF No. 879-2 and ECF No. 880. The corrected versions of these documents are available to ECF No. 882 and ECF No. 883.

- **ECF No. 885:**  This motion seeks to remove ECF No. 737-9. The corrected version of the document is available at ECF No. 886.

- **ECF No. 896:** This motion seeks to remove ECF Nos. 838-2, 825-8, 821-10, 822-8, 807, and 860-1. The corrected versions of these documents are available at ECF Nos. 862, 864, 866, and 897.

**III.      CONCLUSION**

For the foregoing reasons, the administrative motions to seal are GRANTED IN PART and DENIED WITH PREJUDICE IN PART and the motions to remove incorrectly filed documents are GRANTED.

**IT IS SO ORDERED.**

Dated:  July 7, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

13

Case No.: 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART MOTIONS TO SEAL; GRANTING MOTIONS TO REMOVE INCORRECTLY FILED DOCUMENTS