**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION ) ) ) ) ) ) ) THIS DOCUMENT RELATES TO: ) ) **ALL ACTIONS** ) ) ) | Case No.: 11-CV-02509-LHK<br><br>ORDER DENYING MOTION TO INTERVENE |

Three individuals ("putative intervenors") have filed a Motion to Intervene, which includes a Motion for Recusal. *See* ECF No. 952. Both the Motion to Intervene and the Motion for Recusal lack merit. Moreover, Cathy Jones, the attorney who purportedly signed these motions, has informed the Courtroom Deputy, Martha Parker Brown, that Ms. Jones did not file these motions and has reported the filing of these motions in Ms. Jones' name to the State Bar. Accordingly, the Court DENIES these motions.

**IT IS SO ORDERED.**

Dated: July 8, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
ORDER DENYING MOTION TO INTERVENE