1

2  CHRIS EUBANK,
   GARY NELSON,
3  BRAD GREENSPAN ,
   Applicants for Intervention.
4

5

6                    UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
7

8  SAN JOSE DIVISION      )      Case No.: 11-CV-02509-
   IN RE: HIGH-TECH       )
9  EMPLOYEE               )
   ANTITRUST              )
10 LITIGATION             )
                          )      CERTIFICATE OF SERVICE
11                        )
                          )
12 THIS DOCUMENT RELATES TO:
13 **ALL ACTIONS**               Judge: Hon. Lucy H. Koh
                                 Courtroom: 8, 4th Floor
14                               Date:  August 28, 2014
                                 Time: 1:30 p.m.
15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                   1

1

2  PROOF OF SERVICE BY ELECTRONIC MAIL AND FILE-TRANSFER PROTOCOL

3

4  I am a citizen of the United States and employed in California with the Clerk of the Court using the

5  CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the

6  Attached Electronic Mail Notice List, I am readily familiar with practice for collection and

7  processing of documents for service via e-mail, and that practice is that the documents are attached

8  to an e-mail and sent to the recipient's e-mail account the same day as the date listed on this Proof

9  of Service. My business address is

10
    14938 Camden Ave
11  Suite 47
    San Jose, CA 95124
12

13
    On July 8, 2014, a true and correct copy of the below documents:
14

15      1.  PLAINTIFFS' MOTION TO INTERVENE

16  were delivered via electronic mail to: See attached list.

17  In addition, I caused copies of the aforementioned documents to be served upon

18  the parties set forth on the annexed A & B service list on the date and in the manner noted thereon.

19
    I certify under penalty of perjury that the foregoing statements made by me are true and
20
    correct.
21

22

23  /s/ Cathy Jones
    Cathy Jones
24

25

26

27

28

CERTIFICATE OF SERVICE

1

2

3  Annex A

4

5  SERVICE LIST

6  SERVED VIA ECF

7  Paula Lenore Blizzard plb@kvn.com, efiling@kvn.com, mcanales@kvn.com

8  Peter A. Barile , III pbarile@gelaw.com, bsmith@gelaw.com, cmackintosh@gelaw.com
   Richard Martin Heimann rheimann@lchb.com

9  Robert Addy Van Nest rvannest@kvn.com, efiling@kvn.com, scole@kvn.com
   Robert Allan Mittelstaedt ramittelstaedt@jonesday.com, mlandsborough@jonesday.com,

10 pwalter@jonesday.com
   Roberta Diane Tonelli rtonelli@jonesday.com, mrivera@jonesday.com

11 Rowan Thomas Mason rmason@jonesday.com

12 Sarah Rebecca Schalman-Bergen sschalman-bergen@bm.net, mprincipato@bm.net
   Shanon Jude Carson scarson@bm.net

13 Steven McCall Perry steven.perry@mto.com, eunice.ikemoto@mto.com
   SuDarsana Srinivasan dsrinivasan@lchb.com

14 Thomas A. Isaacson tisaacson@cov.com, bdavilar@cov.com
   Victoria Leigh Weatherford vweatherford@omm.com, lsarson@omm.com

15 Flora F Vigo fvigo@omm.com, dmeredith@omm.com

16 George Riley griley@omm.com
   George A. Riley griley@omm.com, cchiu@omm.com, lperez@omm.com

17 Gregory M. Sergi gregory.sergi@mto.com
   Gregory P. Stone gregory.stone@mto.com, candace.yun@mto.com, Kevin.Park@mto.com,

18 Ramona.Salgado@mto.com
   James Gerard Beebe Dallal jdallal@saverilawfirm.com

19 James Keith Rothstein jrothstein@omm.com
   John P Mittelbach john.mittelbach@mto.com, cynthia.soden@mto.com

20 John W. Nields , Jr jnields@cov.com

21 Joseph Peter Forderer jforderer@lchb.com
   Joseph R. Saveri jsaveri@saverilawfirm.com, dclevenger@saverilawfirm.com,

22 gsaveri@saverilawfirm.com, plall@saverilawfirm.com

23 Joshua P. Davis davisj@usfca.edu
   Justina Kahn Sessions jsessions@kvn.com, ccrane@kvn.com, efiling@kvn.com, jah@kvn.com,

24 jselby@kvn.com
   Kelly M. Dermody kdermody@lchb.com

25 Kevin E. Rayhill krayhill@saverilawfirm.com
   Lee H. Rubin lrubin@mayerbrown.com, krowse@mayerb rown.com

26 Lin W. Kahn linkahn@jonesday.com, mdavis@jonesday.com

27 Linda Phyllis Nussbaum lnussbaum@gelaw.com, shaggerty@gelaw.com, sschwaiger@gelaw.com
   Lisa Janine Cisneros lcisneros@lchb.com, melias@lchb.com

28 Lisa Jennifer Leebove lleebove@saverilawfirm.com, dclevenger@saverilawfirm.com
   Michael Frederick Tubach mtubach@omm.com, kquintanilla@omm.com

CERTIFICATE OF SERVICE

1

2

3

4

5   Chinue Turner Richardson crichardson@cov.com, sculp@cov.com

6   Christina H Sharp chc@girardgibbs.com, amv@girardgibbs.com, ast@girardgibbs.com,
    eak@girardgibbs.com, lav@girardgibbs.com, mce@girardgibbs.com

7   Christina Joanne Brown cjbrown@omm.com, jrothstein@omm.com, kwawrzyniak@omm.com,
    lsarson@omm.com, modonnell@omm.com

8   Cody Shawn Harris charris@kvn.com, efiling@kvn.com, jsmith@kvn.com

    Craig Andrew Waldman cwaldman@jonesday.com

9   Craig Ellsworth Stewart cestewart@jonesday.com, mlandsborough@jonesday.com

10  Daniel C. Girard dcg@girardgibbs.com, amv@girardgibbs.com, chc@girardgibbs.com,
    eak@girardgibbs.com, lav@girardgibbs.com, mce@girardgibbs.com

11  Daniel Edward Purcell dpurcell@kvn.com, dzimmer@kvn.com, efiling@kvn.com, jwinars@kvn.com

    David Craig Kiernan dkiernan@jonesday.com, lwong@jonesday.com, pjulian@jonesday.com

12  Dean Michael Harvey dharvey@lchb.com, imerrifield@lchb.com

    Deborah A. Garza dgarza@cov.com, dgarza@cov.com

13  Donald M. Falk dfalk@mayerbrown.com, kneale@mayerbrown.com, ladocket@mayerbrown.com

14  Edward D. Johnson wjohnson@mayerbrown.com, eevans@mayerbrown.com,
    mkarczewski@mayerbrown.com, pdocket@mayerbrown.com

15  Elizabeth Antonia Kramer eak@girardgibbs.com, amv@girardgibbs.com

    Emily Johnson Henn ehenn@cov.com, ehenn@cov.com, cchen@cov.com, dgarza@cov.com

16  Eric Evans eevans@mayerbrown.com, cpohorski@mayerbrown.com, paldocket@mayerbrown.com

17  Eric B. Fastiff efastiff@lchb.com, btroxel@lchb.com, jforderer@lchb.com

    Eric L. Cramer ecramer@bm.net

18  Eugene Morris Paige EMP@kvn.com, ccrane@kvn.com, dfox@kvn.com, efiling@kvn.com

19  Daniel C. Girard (State Bar No. 114826)
    Dena C. Sharp (State Bar No. 245869)

20  Elizabeth A. Kramer (State Bar No. 293129)
    GIRARD GIBBS LLP

21
    601 California Street, 14th Floor

22  San Francisco, California 94108
    Telephone: (415) 981-4800

23  Facsimile: (415) 981-4846

24  Counsel for Class Representative
    Michael Devine

25  Richard M. Heimann (State Bar No. 63607)
    Kelly M. Dermody (State Bar No. 171716)

26  Brendan Glackin (State Bar No. 199643)
    Dean Harvey (State Bar No. 250298)

27  Anne B. Shaver (State Bar No. 255928)
    Lisa J. Cisneros (State Bar No. 251473)

28  LIEFF CABRASER HEIMANN &
    BERNSTEIN, LLP

                                    4

CERTIFICATE OF SERVICE

275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)

JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940

Robert A. Mittelstaedt
Craig A. Waldman
David Kiernan
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
ramittelstaedt@jonesday.com
cwaldman@jonesday.com
dkiernan@jonesday.com
Tel.: (415) 626-3939
Fax: (415) 875-5700

Counsel for Defendant Adobe Systems Inc.
George Riley
Michael F. Tubach
Lisa Chen
Christina J. Brown

O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
griley@omm.com
mtubach@omm.com
lisachen@omm.com
cjbrown@omm.com
Tel.: (415) 984-8700
Fax: (415) 984-8701
Counsel for Defendant Apple Inc.
Lee H. Rubin
Edward D. Johnson

MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
lrubin@mayerbrown.com
wjohnson@mayerbrown.com
Tel.: (650) 331-2000
Fax: (650) 331-2060
Kristen A. Rowse

CERTIFICATE OF SERVICE

1

2   MAYER BROWN LLP
    350 South Grand Avenue, 25th Floor
3   Los Angeles, CA 90071-2112
    krowse@mayerbrown.com
    Tel.: (213) 229 5137
4   Fax: (213) 576 8139
    Counsel for Defendant Google Inc.
5   Donn P. Pickett
    Frank M. Hinman
6   Sujal Shah

7   BINGHAM MCCUTCHEN LLP
    Three Embarcadero Center, 18th Floor
8   San Francisco, CA 94111
    donn.pickett@bingham.com
9   frank.hinman@bingham.com
    sujal.shah@bingham.com
10  Tel.: (415) 393-2000
    Fax: (415) 393-2286
11  Counsel for Defendant Intel Corp.
    B
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

1

2    Annex B – Service by U.S. mail

3

4    Sarah E Reynolds
     Mayer Brown, LLP

5    71 South Wacker Drive
     Chicago, IL 60606

6

7

8    Vincent J. Connelly
     Mayer Brown LLP

9    71 South Wacker Drive
     Chicago, IL 60606

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE