# Exhibit 608 to the Cisneros Declaration, Revised Version

| | |
|---|---|
| **From:** | Eric Schmidt <eschmidt@google.com> on behalf of Eric Schmidt |
| **Sent:** | Wednesday, November 14, 2007 12:41 AM |
| **To:** | Bill Coughran |
| **Cc:** | EMG |
| **Subject:** | Re: facebook offers |

Since I announced our 1 hour policy exactly 24 hours ago we should be embarrassed and disgusted by this leak. Eric
On Nov 13, 2007, at 4:36 PM, Bill Coughran wrote:


It seems that EMG discussions leak quickly.

Bill

---------- Forwarded message ----------
From: **Vijay Gill** <vgill@google.com>
Date: Nov 13, 2007 1:42 PM
Subject: facebook offers
To: wmc@google.com, Ivan Ernest <ivane@google.com>


Bill, Ivan, this came into my mailbox today.

--beginquote
I just got word that Google is open to significantly enhancing the
offers to candidates who also have offers from Facebook (see my note
to recruiters below). The company is also instituting a policy in
which we are committed to providing counter-offers within an hour to
Googlers who give notice about getting a Facebook offer. I don't know
many details but can chase them down if it has not yet been
communicated to you.

--endquote

Is this true? If so, it appears to reward folks applying to facebook, and appears to contravene our equal pay for equal performance policy. I am disturbed by this policy, even though I recently lost one engineer to facebook.

/vijay


---

Emg mailing list
Emg@google.com
https://mailman.corp.google.com/mailman/listinfo/emg

1

CONFIDENTIAL ATTORNEY'S EYES ONLY              GOOG-HIGH-TECH-00255349