# Exhibit 614 to the Cisneros Declaration, Revised Version

| | |
|---|---|
| **From:** | Kent Walker <kwalker@google.com> on behalf of Kent Walker |
| **Sent:** | Saturday, March 15, 2008 8:36 PM |
| **To:** | Laszlo Bock; Alan Eustace |
| **Cc:** | Kent Walker; Arnnon Geshuri; Amy Lambert |
| **Subject:** | Re: FW: Building SRE @ Facebook? |

\*\*\* Privileged.  Please don't forward. \*\*\*

# Redacted - Privileged

-- K


----- Original Message -----
From: Laszlo Bock <laszlo@google.com>
To: Alan Eustace
Cc: Kent Walker; Arnnon Geshuri
Sent: Sat Mar 15 12:59:27 2008
Subject: FW: FW: Building SRE @ Facebook?

Alan - Some very good thoughts below from Arnnon on how to respond to the SRE recruiting from Facebook.  Let us know how we can help. -- Laszlo


From: Arnnon Geshuri [mailto:arnnon@google.com]
Sent: Saturday, March 15, 2008 12:43 PM
To: Laszlo Bock
Subject: Re: FW: Building SRE @ Facebook?


A few thoughts

We can:
1) Go on the defensive;
2) Go on the offensive; or
3) Do nothing

Go on the Defensive


\*       As has been suggested, we contact Sheryl (who owns the staffing organization) and ask her to put a stop to the targeted sourcing effort directed at our SRE team.  We may want to consider establishing a mutual "Do Not Call" agreement that specifies we will not cold-call into each other and only accept unsolicited resumes or applications.

\*       We should look internally and review the attrition rate for the SRE group.  We may want to consider additional individual retention incentives or team incentives to keep attrition as low as possible in SRE.

# Redacted - Privileged

1

CONFIDENTIAL ATTORNEY'S EYES ONLY



PLAINTIFF'S
EXHIBIT
614
S. Brown

GOOG-HIGH-TECH-00379327

614.1

*        Use the informal recruiter network to curtail this activity as much as possible.  We call our contacts at Facebook periodically (many are former Google contractors - e.g., Sean Murphy, Ravi Pindiproli) to find out what they are up to and to ask them to stop calling certain engineers that are complaining about being bugged by Facebook. We would use this network to ask them to ease up on their sourcing efforts.
*        Ban Facebook recruiters from coming to Google Campus (or have them escorted similar to what we do with MS folks). About two months ago, Google hosted a tech user function and some of our staffing folks saw several Facebook recruiters mingling around socializing with both Googlers and visiting techies.  Even though it was an open event, we approached the recruiters at the time and said this was not a recruiting event and gave them a warning to we would be watching them.  From this point on, we would either not allow Facebook staffing folks on campus or have them escorted for the duration of their visit.


Go on the Offensive


*        Start an aggressive campaign to call into their company and go after their folks - no holds barred.  We would be unrelenting and a force of nature.


Do Nothing


*        Continue to monitor the situation and make sure we are tracking their recruiting patterns and how many folks are leaving for Facebook.  If it stays below an acceptable level of attrition then we just continue to keep vigilant and look for any significant fluctuations.



On Fri, Mar 14, 2008 at 3:44 PM, Laszlo Bock <laszlo@google.com> wrote:


    thoughts on this?


    _____

    From: Eric Schmidt [mailto:eschmidt@google.com]
    Sent: Friday, March 14, 2008 3:37 PM
    To: Kent Walker; Laszlo Bock
    Cc: Eric Schmidt
    Subject: FW: Building SRE @ Facebook?

# Redacted - Privileged

    _____

    From: Alan Eustace [mailto:eustace@google.com]
    Sent: Saturday, March 15, 2008 5:50 AM
    To: Larry Page; Eric Schmidt
    Subject: Fwd: Building SRE @ Facebook?


    Facebook has copied the SRE req verbatim, and appears to be cold-calling the SRE organization.  What do you think the best way to handle this is?  Should I call the VP of engineering?  Should one of you call Mark?  Should I call Sheryl?

2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00379328

614.2

Alan

---------- Forwarded message ----------
From: Alan Eustace <eustace@google.com>
Date: Mar 14, 2008 2:48 PM
Subject: Re: Building SRE @ Facebook?
To: Todd Curtiss <todd@google.com>
Cc: Ben Treynor <btreynor@google.com>

Thanks.  I'll have someone call Facebook and complain, although I doubt they will do anything about it.

Alan

On 3/7/08, Todd Curtiss <todd@google.com> wrote:

Hi Ben, Alan,

A couple weeks ago, we noticed that Facebook has lifted the job title and descriptions -- pretty much verbatim -- for SRE http://www.facebook.com/jobs/#Site%20Reliability%20Engineer). Imitation is the sincerest form, etc., but of course, the recent news about Sheryl caused a bit of stir, and then I got the e-mail below this week.

This was a fairly blatant poach-attempt from J. Random Facebook Recruiter, and while I don't think they're doing anything unethical by contacting Googlers, it's something I'm sure we'd prefer wasn't happening. Is there something we can do to head this off?

I'd be game to reply to this guy asking where he got my information, but I doubt he'll be forthcoming.

In any case, just wanted to make you aware.

Thanks,
-todd

---------- Forwarded message ----------
From: Andy Flack <aflack@facebook.com>
Date: Mon, Mar 3, 2008 at 4:31 PM
Subject: Building SRE @ Facebook?
To: todd@google.com

Hi Todd

3

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00379329

614.3

I handle the recruiting for Ops and IT here at Facebook and I wanted to see if you'd be interested in helping to build our

rapidly-scaling SRE infrastructure. Although we haven't yet posted a position for this role, we'd certainly be interested in talking to you to see how you might fit our needs at this time.


Let me know if you'd like to chat further.


Thanks


Andy


Andy Flack | Senior Technical Recruiter | Facebook
(:: 650.543.4851 - office (:: 650-714-7487 - mobile
8:: 151 University Avenue | Palo Alto, CA | 94301
*:: aflack@facebook.com

4

CONFIDENTIAL ATTORNEY'S ONLY

GOOG-HIGH-TECH-00379330

614.4