# Exhibit 674 to the Cisneros Declaration, Revised Version – Redacted

| | |
|---|---|
| From: | Campbell, Bill <bill_campbell@intuit.com> on behalf of Campbell, Bill |
| Sent: | Tuesday, September 14, 2010 8:19 PM |
| To: | Patrick Pichette; Shona Brown; Eric Schmidt |
| Subject: | RE: a few observations on organization/leadership issues |

Patrick

This is beautifully done. It is food for further thought....and action.

Also, I am with you on the titles. This saved my company during the dot.com boom.

From: Patrick Pichette [mailto:ppichette@google.com]
Sent: Monday, September 13, 2010 3:49 PM
To: Shona Brown; Eric Schmidt
Cc: Campbell, Bill
Subject: Re: a few observations on organization/leadership issues

As promised, here are comments on these topics, especially with the view of setting ourselves for success for 2011 and beyond. I took the time to reflect on them, as I believe they are important topics to clarify if we are to increase our velocity for next year.

1. Allow me to start with point #2 - Product Strategy. 

2. The reason I wished to discuss accountability second, is now I hope clearer, now that I have made my case for a need

1



PLAINTIFF'S EXHIBIT 674 Campbell

for higher accountability for product strategy.



3. Finally, I wish to comment on the VP/Director issue. Shona and me have discussed this, and she knows I have somewhat different approach on this topic.

- 

- Finally, on the numbers of VPs, I hold a different belief than most. As long as we have a clear internal discipline in ranking, e.g. levels 1 to 9 and VPs 1 and 2, We should not care so much as to how many VPs we have.
In fact, I would be glad to have most sales senior people hold the title of Vice President, if it helps them in their jobs - as long as we internally know that they are level 8s or 9s and not VP1 or VP2. What matters is internal equity not titles.
For the record, I am also OK with Country President! We all will know they are Level 8s or Level 9s. And they care about it, and costs us NOTHING!

So I say let's relax on the external titles a little and buy some good will.

So there you have it! Food for thought as we enter 2011 strategy and OCQ season.

Patrick

On Mon, Sep 6, 2010 at 1:27 PM, Shona Brown <shona@google.com> wrote:
Eric -

Patrick and I spent some time brainstorming last week on organization/leadership issues -- we can't help it, our idea of fun is to geek out on these questions. And, since you mentioned in the OC that you were going to spend some time with Larry and Sergey thinking about this topic, I thought I would share a few of my observations. (Patrick feel free to add your thoughts)

1. Accountability
In general I like to focus on is what IS working and build on it. One thing that does work for accountability is you having a staff that across the group covers all areas of responsibility at Google. In particular, it works well when you make a point on a sticky issue of asking who is responsible for it and then assign resolution to 1 or more of the staff to resolve it and then we have it on our AI list and follow-up to make sure it happens.

2



2. Product Strategy

3. The GM thing

4. The VP/Director layer

Just some food for thought. Hope it helps.
slb

CONFIDENTIAL ATTORNEY'S EYES ONLY            GOOG-HIGH-TECH-00252603

674.3

4

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00252604

671.4