# Exhibit 1609 to the Cisneros Declaration, Revised Version – Redacted

Produced in Native



EXHIBIT 1609
WIT: Wagner
DATE: 3.7.2013
ANNE TORREANO, CSR #10520

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00475237

1609.1

Confidential – Please
do not distribute



# Salary Planning 2007
# Presentation to Engineering Directors

29 October 2007

Authors: Frank Wagner, Tiffany Wu



## Agenda

- Google's compensation philosophy & background
- Improvements vs. last salary planning cycle
  - Design
  - Process & tools
- Salary planning approach
  - Market reference points
  - Merit adjustment principles
  - Promo adjustment principles
  - Budgets & planner discretion
- Appendix: Business rules for 2007 Salary Planning cycle
- Q&A


Compensation

Confidential – Please do not distribute

2

Google's compensation philosophy

**Google strives to pay Googlers in ways that support three main objectives:**

1. Attract and retain the world's best talent

2. Support Google's culture of innovation and performance

3. Align employee interests with shareholder interests in company success

Google
Compensation

3

Confidential – Please do not distribute



Confidential – Please do not distribute

## What's our history and where are we today?



Google
Compensation

5

## The application of our compensation philosophy

- Base pay
  - Goal: align salaries and performance
  - Provide competitive, performance-oriented pay
    - The targeted salary for the employee's job code and comp region, set at the market 75th percentile → note: we pay for the job as performed at Google
    - Move salaries of good performers aggressively relative to market and peers
    - Limit salary increases for low performers
- Total direct compensation (base + bonus + equity)
  - Leverage for top performers through bonus program
  - "Cascading" value with refresh grants and vesting equity as long-term incentive


Compensation

6

Confidential – Please do not distribute

Merit and promotional matrices that drive the modeled amounts available to all planners and managers at gComp help website

Better processes – including GHR data freezes, procedure for managing transfers and data audits prior to launch – to ensure inputs used to drive modeled individual increases are accurate; automated process for syncing data between GHR, PERF and gComp

New, internally developed tool, with feature improvements over vendor tool from last cycle:
Notes functionality and audit trail functionality
Supports Firefox 1.5+ on Mac, Linux, and Windows and Mac OS
Loaded on Google production servers and tested internationally
Intuitive, easy-to-use currency conversion interface
Planners are able to recommend changes for employees marked for "zero" increases

Google
Compensation

7

Confidential – Please not distribute

# How we determine market reference points

### "Virtual Markets" Analysis

"Virtual markets" median (based on previous pay for recent Google hires) for large n count populations job codes (where n >= 50), such as:

- Systems Administrator II
- SQA Engineer/Tester II
- Technical Program Manager III
- SWE II through Staff SWE (Level 3 through Level 6)

### Market Survey Benchmarking

Through benchmarking our pay practices inside and outside of Google using multiple survey sources, we determine a target pay rate for each job family and level combination

We refer to this target pay rate as the market reference point (MRP), which is set at the market 75th percentile for most roles (i.e., better than 75% of other companies for the same position)

The MRP is the basis of all modeled salary increases

**Google uses the higher of the two data points**

**In most cases, "virtual market" is below market 75th percentile**



Compensation

8

Confidential – Please do not distribute





Confidential – Please do not distribute

Compensation

9



Confidential – Please do not distribute

10

## Budget & Planner Discretion



Confidential – Please do not distribute

Google
Compensation

11



Confidential – Please do not distribute

Google
Compensation

12

1609.13

# Questions & Answers

Google
Compensation

13

Confidential – Please do not distribute

1609.14

Thank You!



Confidential – Please do not distribute

Google
Compensation

14

1609.15