# Exhibit 2426 to the Cisneros Declaration, Revised Version – Redacted





Q3 - Performance Rating Distribution and Descriptive Statistics
(Effective Oct-24-2008 - 5:00 PM PDT)



EXHIBIT 2426
WIT: Bock
DATE: 3.27.2013
ANNE TORREANO, CSR #10520

2426.1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00281629

Q3 - Performance Rating Distribution and Descriptive Statistics
(Effective Oct-24-2005 - 5:00 PM PDT)

| | | EMG Breakdown | | | | | | Does not meet expectations | Meets expectations | Exceeds expectations | Wow! |
|---|---|---|---|---|---|---|---|---|---|---|---|
| EMG Breakdown | N-count Submitted | Total n eligible for rating | % Complete | Average | Median | Mode | Std. Dev. | 1.0 - 2.9 | 3.0 - 3.4 | 3.5 - 3.9 | 4.0 - 5.0 |

2426.2

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00281630

**Merit and promotional increases for Directors and others**



3. **Our budget is comparable to other tech companies**
   a. We called tech companies this week to check merit budgets to compare to our ▮. They told us their merit budgets are:
      i. Adobe – ▮
      ii. Amazon – ▮
      iii. Apple – ▮
      iv. Cisco – ▮
      v. Intel – ▮ (still finalizing)

Thanks,
Laszlo

24 26.3

CONFIDENTIAL ATTORNEY'S EYES ONLY                                        GOOG-HIGH-TECH-00281631

DATA

[redacted]

The next tables show weighted average market reference points, current weighted average Googler salaries, and the % before and after the next increase:

[redacted]

2426.4

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00281632