# Exhibit T to the Cisneros Declaration, Revised Version – Redacted

```
 1              UNITED STATES DISTRICT COURT

 2             NORTHERN DISTRICT OF CALIFORNIA

 3                   SAN JOSE DIVISION

 4

 5  IN RE:  HIGH-TECH EMPLOYEE  )

 6  ANTITRUST LITIGATION        )

 7                              )  No. 11-CV-2509-LHK

 8  THIS DOCUMENT RELATES TO:   )

 9  ALL ACTIONS.                )

10  _____)

11

12     HIGHLY CONFIDENTIAL - FOR ATTORNEYS' EYES ONLY

13

14          VIDEO DEPOSITION OF ALAN EUSTACE

15

16                  FEBRUARY 27, 2013

17

18      Reported by:  Mary Ann Scanlan-Stone, CSR No. 8875,

19                   RPR, CCRR, CLR

20

21

22

23

24

25
```

10:28:48  1    so...

10:28:49  2         Q.  Right.

10:28:49  3             Now, when you became a senior VP of

10:28:52  4    engineering, how did your duties change?

10:28:55  5         A.  Not at all.  That was a straight title change.

10:29:02  6         Q.  Once you were senior VP, all of the VPs

10:29:05  7    reported in to you?

10:29:06  8         A.  No, no.  Even when I was a VP, the VPs

10:29:10  9    reported in to me.

10:29:11 10             Actually mostly I -- when I first -- I was the

10:29:13 11    first -- besides Wayne Rosing, I was the first VP of

10:29:16 12    engineering at Google.

10:29:17 13             So after that, after he left, I was still a VP

10:29:21 14    of engineering.  At that point, I had mostly directors

10:29:24 15    of engineering reporting in to me but later on, I had

10:29:27 16    VPs of engineering reporting in to me even though I was

10:29:30 17    still a VP of engineering.  We weren't hung up on, you

10:29:33 18    know, the VPs can't report in to other VPs.

10:29:36 19         Q.  Did the headcount change by the time you were

10:29:38 20    a senior VP of engineering?

10:29:40 21         A.  The headcount went up.  Every year, headcount,

10:29:44 22    you know, went up dramatically.  Essentially for many

10:29:48 23    years, it doubled every year.

10:29:50 24         Q.  So if you could ballpark what your groups

10:29:55 25    looked like by the time you were senior VP?

| | | |
|---|---|---|
| 10:29:59 | 1 | A.  I think the peak reporting that I ever had was |
| 10:30:02 | 2 | about 16,000 people. |
| 10:30:03 | 3 | Q.  That is a lot. |
| 10:30:06 | 4 | A.  That is a lot. |
| 10:30:08 | 5 | Q.  Is that when you were senior VP of |
| 10:30:09 | 6 | engineering? |
| 10:30:10 | 7 | A.  Yes.  That wasn't at the beginning when I was |
| 10:30:11 | 8 | a senior VP but right before the reorganization, I think |
| 10:30:15 | 9 | it was probably about 16,000, roughly half the company. |
| 10:30:21 | 10 | Q.  So that was in the 2008 era? |
| 10:30:24 | 11 | A.  Yeah -- well, no.  That was right before the |
| 10:30:26 | 12 | reorganization, which happened in 2011 so... |
| 10:30:29 | 13 | Q.  Okay. |
| 10:30:29 | 14 | A.  Yeah. |
| 10:30:29 | 15 | Q.  And that was when you were changed to senior |
| 10:30:32 | 16 | VP of knowledge? |
| 10:30:33 | 17 | A.  Yes. |
| 10:30:34 | 18 | Q.  Right before that? |
| 10:30:35 | 19 | A.  Right before that. |
| 10:30:36 | 20 | Q.  Okay, got it. |
| 10:30:37 | 21 | A.  It is a complicated picture. |
| 10:30:39 | 22 | Q.  In the -- if you can think back to the 2009 |
| 10:30:45 | 23 | era, what was your headcount then? |
| 10:30:51 | 24 | A.  Essentially we doubled almost every year, so I |
| 10:30:53 | 25 | would say if you had looked at the headcount, it was |

10:30:58   1   probably somewhere in the range of 5,000 at that point.

10:31:09   2        Q.  When you were senior VP of engineering, did

10:31:10   3   you have --

10:31:11   4        A.  Actually, let me change that.  The headcount

10:31:13   5   was doubling, then it slowed down over the last, you

10:31:16   6   know, few years.  You can't double every year at very

10:31:20   7   large numbers.

10:31:20   8             So, you know, I think it might have been lower

10:31:23   9   than that then.  It might have been -- or it might have

10:31:29  10   been slightly higher than that.  It might have been

10:31:32  11   10,000 rather than 5,000.

10:31:34  12        Q.  Okay, thank you.

10:31:36  13             When you were senior VP of engineering, did

10:31:39  14   you have a role at that point in policy development

10:31:41  15   around recruiting?

10:31:42  16        A.  No.

10:31:43  17        Q.  How about in terms of policy around

10:31:45  18   compensation?

10:31:48  19        A.  I mean in both these, obviously people

10:31:51  20   solicited my inputs on things like, you know,

10:31:53  21   recruiting, I need more systems people, I need --

10:31:57  22   obviously I need to go in that.

10:31:59  23             I saw compensation on a daily basis so, you

10:32:02  24   know, every offer -- the way that we make offers at the

10:32:05  25   company, which is different than most companies, is

| | | |
|---|---|---|
| 10:32:10 | 1 | ███████████████  ████████████████ |
| 10:32:12 | 2 | ██████████████████████████  ██████ |
| 10:32:16 | 3 | ████████████████████████████████ |
| 10:32:21 | 4 | ████████████████████████████████ |
| 10:32:25 | 5 | ████████████████████ |
| 10:32:27 | 6 | ████████████████████████████ |
| 10:32:29 | 7 | ████████████████████████ |
| 10:32:33 | 8 | ████████████████████████████████ |
| 10:32:35 | 9 | ██████████████████████████ |
| 10:32:39 | 10 | ███████████████████████████ |
| 10:32:43 | 11 | ████████████████████████████████ |
| 10:32:46 | 12 | █████ |
| 10:32:47 | 13 | ████████████  ███████ |
| 10:32:50 | 14 | ███████████████  █████████ |
| 10:32:53 | 15 | █████████████████ |
| 10:32:56 | 16 | ████████████████████████████████ |
| 10:32:59 | 17 | ████████████████████████████████ |
| 10:33:02 | 18 | ██████████████████████████████ |
| 10:33:05 | 19 | ███████████████████████ |

10:33:21 20      Q.  And now that you are senior VP of knowledge,

10:33:23 21  have your duties changed yet again?

10:33:27 22      A.  Oh, yeah.  That was a dramatic change.  That

10:33:30 23  was -- before, we were organized functionally where

10:33:32 24  engineering basically was in one large organization and

10:33:36 25  now we're organized by product areas and so each product

10:33:41  1    area has a different leader and has both product and

10:33:46  2    engineering underneath it.

10:33:48  3             It doesn't have horizontal functions like

10:33:52  4    sales and things like that.  It's not like GM style

10:33:55  5    role, but, yes, it changed, it changed dramatically.

10:33:59  6             Most of the company that I used to manage, I

10:34:01  7    no longer manage and Search and what Search is becoming

10:34:05  8    was underneath me.

10:34:06  9         Q.  Okay.

10:34:07  10        A.  I also as an anomaly had responsibility for

10:34:11  11   international offices, although many of the

10:34:15  12   international offices, now the heads reported directly

10:34:18  13   in to product areas, but nominally, I still have

10:34:21  14   responsibility for making sure that the health of our

10:34:23  15   international offices continued.

10:34:28  16        Q.  When you were first hired as VP of

10:34:30  17   engineering, to whom did you report?

10:34:33  18        A.  Wayne Rosing.

10:34:34  19        Q.  And who was Mr. Rosing's supervisor?

10:34:38  20        A.  Excuse me.  When I was hired as director of

10:34:40  21   engineering, is that what you said?

10:34:41  22        Q.  Yes.

10:34:43  23             MR. RUBIN:  I think it is Rosing, R-O-S-I-N-G.

10:34:47  24             MS. DERMODY:  Rosing.  Thank you.

10:34:48  25             MR. RUBIN:  Sure.

| | | |
|---|---|---|
| 10:43:53 | 1 | would be -- you know, we would spend four or five hours |
| 10:43:56 | 2 | together every Monday.  I wasn't going to add another |
| 10:43:59 | 3 | meeting on top of that, but we did regularly talk about |
| 10:44:02 | 4 | topics. |
| 10:44:02 | 5 | If something came up, we would create a |
| 10:44:05 | 6 | meeting for it.  You know, a few of those people, if I |
| 10:44:07 | 7 | look at where most of my emails went back and forth, |
| 10:44:10 | 8 | they were to those people.  So, no, but we did not have |
| 10:44:14 | 9 | a separate meeting. |





```
10:44:57  1
10:45:00  2
10:45:04  3
10:45:07  4
10:45:10  5
10:45:13  6
10:45:16  7
10:45:20  8
```

10:45:21  9        Q.  And in that same time period, that is when you

10:45:24  10   were VP or senior VP of engineering, was there a

10:45:28  11   compensation committee of the company?

10:45:32  12              MR. RUBIN:  Of the board you mean?

10:45:33  13              MS. DERMODY:  Of the company.

10:45:35  14              MR. RUBIN:  Oh, the company.

10:45:37  15              THE WITNESS:  There was a compensation

10:45:38  16   committee on the board.  I don't recall a compensation

10:45:41  17   committee other than the board.

10:45:43  18   BY MS. DERMODY:

10:45:43  19        Q.  And was there a group of people at the company

10:45:46  20   level who were dedicated to reviewing compensation

10:45:49  21   issues in an organized way?

10:45:52  22        A.  Yes.  In the HR organization, there was a

10:45:55  23   group in HR, what we call People Ops that was

10:46:00  24   responsible for compensation across the company.

10:46:08  25        Q.  In that same time period when you were VP or

| | | |
|---|---|---|
| 10:46:11 | 1 | senior VP of engineering, who was the leader or leaders |
| 10:46:14 | 2 | of that group? |
| 10:46:18 | 3 | A.   The leader right now is Frank, I don't |
| 10:46:20 | 4 | remember his last name, and there was somebody before |
| 10:46:21 | 5 | that that handled compensation and I'm sorry, I just |
| 10:46:26 | 6 | don't recall the name. |
| 10:46:34 | 7 | Q.   And what was, as far as you know, the role of |
| 10:46:37 | 8 | that group in terms of establishing compensation for the |
| 10:46:39 | 9 | company, if any? |
| 10:46:41 | 10 | A.   They were responsible for making sure that we, |
| 10:46:43 | 11 | you know, have, you know, a total comp across, you know, |
| 10:46:47 | 12 | engineering and product and, you know, sales and |
| 10:46:50 | 13 | marketing and legal. |
| 10:46:51 | 14 | So their responsibility was to take a global |
| 10:46:55 | 15 | look at compensation across the company. |
| 10:46:56 | 16 | Q.   But I think that we've lost a word in your |
| 10:47:00 | 17 | answer.  Let's make sure. |
| 10:47:01 | 18 | You said they were responsible for making sure |
| 10:47:04 | 19 | that we have something in engineering and product. |
| 10:47:08 | 20 | A.   I have no idea what that word might have been. |
| 10:47:10 | 21 | I mean, they were responsible for compensation across |
| 10:47:12 | 22 | the company. |
| 10:47:13 | 23 | Q.   Okay. |
| 10:47:14 | 24 | A.   It included, you know -- if you're not |
| 10:47:19 | 25 | careful, compensation will drift across different |

| | | |
|---|---|---|
| 10:47:21 | 1 | companies and you will end up with inequities across the |
| 10:47:25 | 2 | company and, you know, they're responsible for coming up |
| 10:47:28 | 3 | with a compensation plan which is inclusive of all the |
| 10:47:31 | 4 | different groups in the company. |
| 10:47:34 | 5 | Q.  Okay. |
| 10:47:34 | 6 | Was that to make sure that directors in one |
| 10:47:38 | 7 | area of the company weren't being paid vastly different |
| 10:47:41 | 8 | than directors in a different part of the company, |
| 10:47:44 | 9 | people with equivalent talents were paid similarly? |
| 10:47:47 | 10 | A.  No, I wouldn't say that.  You know, we're an |
| 10:47:49 | 11 | engineering company, right, so Larry has always said and |
| 10:47:53 | 12 | Eric has always said that the engineering side of the |
| 10:47:55 | 13 | organization from a compensation point of view and |
| 10:47:57 | 14 | engineering and product actually get treated differently |
| 10:48:01 | 15 | than the rest of the company, and I think that was well |
| 10:48:03 | 16 | known in the company. |
| 10:48:04 | 17 | So, you know, we're building great products. |
| 10:48:07 | 18 | We want to make sure we get the best possible people |
| 10:48:10 | 19 | building those great products and so, you know, maybe |
| 10:48:13 | 20 | it's just my own view but I thought engineering got |
| 10:48:16 | 21 | treated -- engineering and product were treated |
| 10:48:18 | 22 | differently. |
| 10:48:19 | 23 | Actually I know that's true, that compensation |
| 10:48:22 | 24 | systems were set up to compensate engineers and product |
| 10:48:25 | 25 | managers differently than the rest of the company.  A |

10:48:28  1    director is not a director, is not -- a director is not

10:48:31  2    a director is not a director across the company.

10:48:34  3           Q.  Okay.

10:48:44  4               In terms of the compensation committee of the

10:48:48  5    board, did you ever participate in those meetings?

10:48:52  6           A.  Not a single time.

10:48:54  7           Q.  Okay.

10:48:54  8           A.  As a matter of fact, I try to avoid board

10:48:57  9    meetings completely.  I was very successful for many

10:49:00 10    years.

10:49:02 11           Q.  Have you ever participated in any board

10:49:05 12    meeting where the issue of recruiting or the issue of

10:49:08 13    compensation was discussed?

10:49:17 14           A.  Any board meeting where -- I don't believe so.

10:49:22 15           Q.  Okay.

10:49:24 16           A.  I mean, we would have a conversation about

10:49:28 17    some area that we were going to get into, say, you know,

10:49:33 18    we really feel like we need more machine learning people

10:49:36 19    or, you know, this particular technology is really, you

10:49:38 20    know, dedicated to that.

10:49:39 21               And so in the course of that, I might say, you

10:49:41 22    know, this is an area that we're going to focus on, this

10:49:44 23    is an area we're going to recruit in but no recruiting

10:49:48 24    strategy, just letting them know areas of the company

10:49:51 25    that I felt we needed to invest in.

13:57:22  1    do not call Intel.  It was part of my practice, not

13:57:25  2    because of something that the company had told me or

13:57:28  3    that Eric had told me but that the company didn't have

13:57:32  4    the right expertise.

13:57:37  5              They were building chips and we were building

13:57:40  6    systems and those two expertise actually have very

13:57:43  7    little intersection.  So this is kind of meaningless to

13:57:46  8    me from an engineering point of view.

13:57:48  9              I would never have asked about what the policy

13:57:51 10    is toward Intel because I would not have actively, you

13:57:55 11    know, tried to recruit executives from Intel.

13:57:59 12              MS. DERMODY:  Okay.

13:58:00 13        Q.  And in looking at this document, where there

13:58:03 14    is a reference to Google's commitment to terminate a

13:58:10 15    recruiter that calls into Intel, does that refresh your

13:58:13 16    recollection about any conversations you might have had

13:58:15 17    about the commitment that Google had to not let that

13:58:19 18    happen?

13:58:20 19              MR. RUBIN:  Objection.  Lacks foundation.

13:58:23 20              THE WITNESS:  I never knew about this policy.

13:59:31 21    BY MS. DERMODY:

13:59:32 22        Q.  Do you know if Google's commitment not to cold

13:59:37 23    call other companies was shared with the companies that

13:59:42 24    were the subject of that decision?

13:59:45 25              MR. RUBIN:  Objection.  Lacks foundation.

13:59:49  1            THE WITNESS:  I do not know.

13:59:56  2            MS. DERMODY:  Okay.

13:59:56  3        Q.  Do you know if Google's board of directors was

13:59:58  4    ever advised that Google had made a decision not to cold

14:00:02  5    call the employees of certain companies?

14:00:11  6        A.  I do not know.

14:00:23  7        Q.  Do you have an awareness of how compensation

14:00:25  8    was set at Google in the time period where you were a VP

14:00:30  9    and a senior VP in the company?

14:00:33 10            MR. RUBIN:  Objection.  Vague.

14:00:36 11            THE WITNESS:  I have -- you know, as the VP of

14:00:39 12    engineering, I know broadly how we -- how compensation

14:00:45 13    was set but I don't know the details.

14:00:47 14            MS. DERMODY:  Okay.

14:00:48 15        Q.  Let's start with engineering.  How was it set

14:00:51 16    there?

14:00:51 17        A.  Compensation group would do surveys across the

14:00:57 18    board of what other companies are paying particular

14:00:59 19    people.  They would set up bands of people in each of

14:01:03 20    these different areas.  They would carefully try to make

14:01:07 21    sure that the job descriptions were, you know,

14:01:10 22    comparable because levels and things varied between

14:01:14 23    companies.

14:01:15 24            They would try to make sure that they were

14:01:18 25    matching against comparable companies because many times

14:01:21  1   the job descriptions are very different. 

14:01:25  2

14:01:28  3

14:01:31  4

14:01:34  5

14:01:36  6

14:01:40  7

14:01:42  8

14:01:44  9

14:01:48 10

14:01:52 11

14:01:56 12   so they would work with that -- with all that set of

14:02:00 13   data.

14:02:01 14          And of course, it would vary by location and

14:02:03 15   geography, country, and so it was a complex matrix to

14:02:09 16   try to figure out what the correct bands would go.  And

14:02:13 17   so I think that's the -- at my level, that's how I

14:02:16 18   looked at how compensation was set.

14:02:22 19          Q.  And in terms of all of that, are we talking

14:02:26 20   about base salary or are you including bonus and equity

14:02:29 21   as well?

14:02:30 22          A.  I believe it's everything.

14:02:31 23          Q.  Okay.

14:02:31 24          And was that true for 2005 and 2006 and '07

14:02:40 25   and '08 and '09?

14:04:58  1          Q.  Fair enough.

14:05:00  2              Let's talk about the meta-conversations.  I

14:05:03  3     think that was your term.

14:05:04  4          A.  Uh-huh.

14:05:05  5          Q.  So in that group, on what interval might you

14:05:10  6     talk about where you wanted your salaries to be at a

14:05:14  7     meta level?  That is, I know you said the example ████

14:05:19  8     ███████████████████████████████  or something.

14:05:22  9              What would be -- would that be an annual

14:05:25 10     discussion or a quarterly discussion?  Did it come up

14:05:27 11     every time that you're recruiting?

14:05:30 12              MR. RUBIN:  Are you asking within EMG?

14:05:32 13              MS. DERMODY:  Yes, EMG.

14:05:33 14              MR. RUBIN:  And time period or --

14:05:35 15              MS. DERMODY:  Unlimited right now, yeah.

14:05:40 16              THE WITNESS:  Those -- generally those

14:05:41 17     discussions were done ██████████████   ████████████████

14:05:44 18     ████████████████████████████████████████████████████

14:05:48 19     ███████████████████████████████████████████

14:05:51 20          ███████████████████████████████████████████████

14:05:54 21     ███████████████████████████   █████████████████████████

14:05:57 22     ███████████████████████████████████████████

14:06:03 23     ██████████████████████████████████████████

14:06:06 24     ██████████████████████████████████████████████████████

14:06:10 25     ████████   ████████████████████████████████████████████

Deposition of Alan Eustace                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

14:06:12   1      ███ .

14:06:12   2              But, you know, my goal and pretty much

14:06:16   3      everybody's goal was to deliver product and to hire the

14:06:19   4      best people we could to basically deliver things, and so

14:06:24   5      there wasn't an active, you know, set of conversations

14:06:27   6      on what the price points are.

14:06:28   7              We all had flexibility to change stuff, you

14:06:30   8      know, offers if we needed to, so these were guidelines.

14:06:37   9      BY MS. DERMODY:

14:06:37  10          Q.  And did you come up with guidelines on an

14:06:39  11      annual basis for what the salaries would be for

14:06:42  12      positions?

14:06:42  13          A.  I didn't.  The People Ops organization had

14:06:45  14      some guidelines on this person at this level is probably

14:06:51  15      going to be in this band.

14:06:53  16          Q.  And for bonuses, did the executive management

14:06:59  17      group discuss what the bonus pool might be or how

14:07:02  18      bonuses would be distributed across the company on an

14:07:05  19      annual basis?

14:07:11  20          A.  ████████████████████████████████████████

14:07:13  21      ████████████████████████████     ███████████

14:07:22  22      ███████████████████████████████████████

14:07:25  23      ████████████████████████████████████████

14:07:28  24      █████████████████████████████████████████

14:07:31  25      ████████████████████████ .

14:07:33  1  Q.  Okay.

14:07:50  2   You said that Google has participated in

14:07:52  3 salary surveys, correct?

14:07:54  4  A.  I assume.  I don't know whether we just found

14:07:57  5 out information from other companies and didn't

14:07:59  6 participate ourselves or whether they participated.

14:08:03  7  Q.  Okay.  So you are not sure?

14:08:04  8  A.  No, I do not know.

14:08:06  9  Q.  Okay.

14:08:11  10  A.  I've had discussions about which companies are

14:08:13  11 in the salary survey and whether they're reflective of

14:08:16  12 the engineers that we have so I know there are some

14:08:19  13 surveys, but I didn't -- I have never seen a survey.

14:08:24  14  Q.  And I think you mentioned that Google makes

14:08:27  15 some attempt to ascertain salary structures or salary

14:08:31  16 levels at other competitors; is that right?

14:08:35  17   MR. RUBIN:  Objection.  Mischaracterizes prior

14:08:36  18 testimony.

14:08:38  19   THE WITNESS:  For you to do a salary

14:08:40  20 comparison, you have to match up titles, like a staff

14:08:43  21 engineer at Google is equivalent to what title at, I

14:08:48  22 don't know, Intel.

14:08:49  23   So for you to do that, you have to do that

14:08:53  24 matching, so they were involved in trying to understand

14:08:55  25 what the matching is.

15:20:55  1    more than somebody who is the lowest person at the next

15:20:57  2    level.

15:20:58  3            Maybe they got promoted -- maybe they were

15:21:00  4    hired into that level but never really performed at it

15:21:03  5    and therefore there can be varying versions in bands,

15:21:07  6    and bands are made wide enough to support inversions for

15:21:11  7    that reason.

15:21:11  8    BY  MS. DERMODY:

15:21:11  9        Q.  And the question is if you're a manager who

15:21:14 10    wants to pay outside the band, is there a process to

15:21:16 11    have that decision approved?

15:21:21 12        A.  Yes.  Those things are flagged as outside the

15:21:25 13    norm and then the manager -- you know, that would be in

15:21:27 14    red so when the salary review happens, a manager will be

15:21:31 15    able to see it.

15:21:33 16            Also, the People Ops representative will flag

15:21:35 17    those and probably talk to the managers -- manager to

15:21:38 18    ask, do you think that's appropriate or not?  And there

15:21:42 19    will usually be an explanation on why.

15:21:45 20        Q.  And in your area of responsibility, are you

15:21:48 21    the person who individually reviews those exceptions or

15:21:52 22    do you do that in conjunction with People Ops?

15:21:54 23        A.  ███████████████████████████████   ████

15:21:57 24    ███████████████████████████████████

15:22:01 25    ████████████████████████████████████████



15:22:04   1   ████████████████████████████████████

15:22:06   2   ████████████████████████████

15:22:10   3   ██████████████████████████████████

15:22:15   4   ███████████████████████████████████

15:22:18   5   ██████████████████████████████████

15:22:20   6   ████████████████████████████.

15:22:23   7        Q.  Okay.

15:22:23   8            And is it your understanding that those salary

15:22:26   9   bands for positions are reviewed on some interval to

15:22:30  10   determine whether they should be increased or are

15:22:33  11   appropriate for that skill level?

15:22:37  12        A.  The People Ops organization sets those bands.

15:22:40  13        Q.  And is that on an annual basis, do you know,

15:22:42  14   or is that --

15:22:43  15        A.  I have no idea.

15:22:44  16        Q.  Okay.

15:22:50  17            In your experience, has Google periodically

15:22:54  18   considered increasing compensation company-wide?

15:22:57  19        A.  Yes.

15:22:57  20        Q.  And under what circumstances?

15:23:05  21        A.  There was a program called Big Bang.  I'm sure

15:23:10  22   you know that there was an attempt for us to not

15:23:12  23   increase compensation but to move compensation around,

15:23:16  24   to change the mix of compensation to make us more

15:23:22  25   attractive versus potentially other companies with

```
15:23:25   1    different mixes.

15:23:28   2         Q.  Have there been other occasions?

15:23:33   3         A.  ███████████████████████████████████

15:23:36   4    ████████████████████████████████████████████

15:23:38   5    ██████████████████████████████████████████

15:23:42   6    ████████████████████████████████████████

15:23:45   7    █████████████████████████████████████████████

15:23:49   8         I mean it's kind of hard to say what the

15:23:54   9    question is. ███████████████████████████████████

15:23:57  10    ██████████████████████████████████████████████

15:24:00  11    ███, do you consider that a company-wide change?

15:24:02  12         Q.  Sure, yes.

15:24:03  13         A.  So, yes.

15:24:04  14         MR. RUBIN:  So in that definition.

15:24:05  15         MS. DERMODY:  Yes.

15:24:06  16         THE WITNESS:  ██████████████████████████

15:24:07  17         MS. DERMODY:  Okay.

15:24:07  18         Q.  And can you describe the occasions that's

15:24:09  19    happened to your knowledge?

15:24:11  20         A.  I don't know.  ███████████████████████

15:24:12  21    ███████████████████████████████████████████

15:24:19  22    ██████████████████████  ███████████████████████

15:24:22  23    ██████████████████████████████████████

15:24:27  24    █████████████████████████████████████████

15:24:29  25    █████████████████████.
```

15:24:31   1          The argument was that we really are trying to

15:24:33   2   hire the best people and we should be prepared to

15:24:35   3   compensate them more.

15:24:37   4          Q.  And can you recall the specific times or the

15:24:42   5   specific decisions to increase based on a, you know,

15:24:46   6   percentage of where you were in the market?  You said

15:24:51   7   ▆▆▆▆ percentile but --

15:24:52   8          A.  I don't remember the exact times.

15:24:53   9          Q.  Do you remember the decisions that were made?

15:24:58  10          A.  I'm not sure what you mean, "the decisions

15:25:00  11   that were made."

15:25:01  12          Q.  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

15:25:03  13          A.  I have no idea.  I know they increased.  I

15:25:05  14   know they increased over time.  I don't know what the

15:25:08  15   specific increments were.

15:25:11  16          Q.  Do you know roughly how many times, let's say

15:25:13  17   between 2005, 2009?

15:25:15  18          A.  No.

15:25:16  19          Q.  Do you recall if cost of living adjustments

15:25:19  20   were part of the mix in terms of determining every --

15:25:24  21   all employees' compensation annually?

15:25:28  22          MR. RUBIN:  Objection.  Foundation.

15:25:30  23          THE WITNESS:  ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

15:25:32  24   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

15:25:39  25   ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

15:45:35  1              THE WITNESS:  Yes.

15:45:36  2   BY  MS. DERMODY:

15:45:37  3       Q.  And what was the gist of that conversation or

15:45:41  4   those conversations in this time period?

15:45:47  5       A.  I don't know about this time period but the

15:45:49  6   philosophy I think that I remember is we're not going to

15:45:54  7   let individual people get picked off by Facebook and

15:45:58  8   that ███████████████████████████████████████.

15:46:02  9       Q.  And do you recall there being some -- let me

15:46:09 10   ask you this.  Who is ███████████

15:46:12 11       A.  I don't know.  He's just an engineer.

15:46:16 12       Q.  Okay.

15:46:17 13       A.  As far as I know.  I don't know him

15:46:18 14   personally.

15:46:18 15       Q.  And do you recall there being some reaction

15:46:22 16   from at least one person, if not more, that people that

15:46:27 17   were getting counteroffers were being treated

15:46:29 18   differently than the people that weren't making

15:46:31 19   themselves available to Facebook?

15:46:34 20       A.  Yes, there was a reaction.  I mean, I wouldn't

15:46:39 21   say it was widespread but there were individuals that

15:46:46 22   expressed concern about our aggressive counteroffer

15:46:51 23   strategy.

15:46:51 24       Q.  And do you recall what the thrust of the

15:46:58 25   concern was that was being expressed about that?

15:47:03  1        A.  I mean, the concern was that we would -- that

15:47:09  2    by staying at Google and being loyal to Google, that you

15:47:13  3    would be disadvantaged versus people that are actively

15:47:19  4    shopping themselves around and trying to get the best

15:47:22  5    salary and then coming back and asking for Google to

15:47:25  6    match it.

15:47:26  7            And if that strategy plays out poorly, then

15:47:29  8    you would be encouraging somebody to interview in other

15:47:33  9    places in order to increase their compensation.  That

15:47:35 10    was their argument.

15:47:39 11        Q.  Were there any steps that you're aware that

15:47:43 12    Google took to counter that concern or address that

15:47:46 13    concern?

15:47:49 14            MR. RUBIN:  Objection.  Foundation.

15:47:56 15            THE WITNESS:  I mean, I know that, you know,

15:47:58 16    the question was asked for me, I'm sure it was asked to

15:48:01 17    other people to explain why this is.  I feel like we

15:48:06 18    have a responsibility to answer that question.

15:48:09 19    BY  MS. DERMODY:

15:48:09 20        Q.  Do you know if Google or individuals within

15:48:12 21    Google took steps to increase the compensation of

15:48:16 22    coworkers around an employee who received a counteroffer

15:48:20 23    in order to address the concerns that that employee was

15:48:23 24    being treated differently truly because they were

15:48:25 25    disloyal enough to be solicited?

```
15:48:29  1        A. ████████████████  ██████████████
15:48:31  2    ███████████████████████████████████████████
15:48:35  3    ████████████████████████████████████
15:48:38  4    ███████████████████████████████████████████
15:48:41  5    ██████████████████████████████████
15:48:47  6    ███████████████
15:48:48  7            ███████████████████████████████
15:48:50  8    ████████████████████████████████
15:48:55  9    ███████████████████  █████████████████
15:48:58 10    ██████████████████████████████████████
15:49:02 11    ████████████████
15:49:15 12            MS. DERMODY:  Can I have 626?
15:49:35 13            MR. HARVEY:  (Complies.)
15:49:35 14    BY  MS. DERMODY:
15:49:36 15        Q.  So I've passed you the document --
15:49:38 16        A.  What perfect timing.
15:49:41 17        Q.  Sometimes you get it right.
15:49:44 18            -- marked as Plaintiff's Exhibit 626
15:49:48 19    previously and this document appears to be an email from
15:49:51 20    you from October 14th, 2010 to Shona Brown.
15:49:57 21            Do you recognize this document?
15:50:00 22        A.  Yes.
15:50:08 23            Can I go ahead and read it?
15:50:10 24        Q.  Sure, yes.
15:51:11 25        A.  (Reviews document.)
```

15:52:04  1          Okay.  I have completed it.  Thank you.

15:52:08  2      Q.  Sure.

15:52:08  3          This is a series of emails that's discussing

15:52:12  4  the counteroffer issue again; is that correct?

15:52:15  5      A.  That is correct.

15:52:16  6      Q.  And once again, there is some feedback from

15:52:19  7  the field of concern that counteroffers end up rewarding

15:52:23  8  the people that are not the loyal employees but who end

15:52:27  9  up getting paid more through the dumb luck of being

15:52:31 10  recruited; is that right?

15:52:34 11          MR. RUBIN:  Objection.  Mischaracterizes this

15:52:35 12  document.  Let it speak for itself, but if you can

15:52:37 13  answer, Alan.

15:52:39 14          THE WITNESS:  I don't think it is a dumb luck

15:52:41 15  situation.  I think as I said in the previous question

15:52:46 16  people that are incredibly loyal and never look outside,

15:52:49 17  you know, potentially have -- are disadvantaged.  That's

15:52:56 18  true across the board with all companies.

15:52:58 19          I mean, the people that are constantly

15:53:01 20  shopping themselves around with other companies, happens

15:53:04 21  to lawyers, happens in every place, there is potentially

15:53:07 22  an advantage to them over the long term of changing from

15:53:11 23  firm to firm and basically picking up the highest title

15:53:14 24  or highest salary.

15:53:15 25          Over the long term, that may or may not be the

15:39:20  1          I, Mary Ann Scanlan-Stone, Certified Shorthand

15:39:20  2    Reporter licensed in the State of California, License

15:39:20  3    No. 8875, hereby certify that the deponent was by me

15:39:20  4    first duly sworn and the foregoing testimony was

15:39:20  5    reported by me and was thereafter transcribed with

15:39:20  6    computer-aided transcription; that the foregoing is a

15:39:20  7    full, complete, and true record of said proceedings.

15:39:20  8          I further certify that I am not of counsel or

15:39:20  9    attorney for either of any of the parties in the

15:39:20 10    foregoing proceeding and caption named or in any way

15:39:20 11    interested in the outcome of the cause in said caption.

15:39:20 12          The dismantling, unsealing, or unbinding of

15:39:20 13    the original transcript will render the reporter's

15:39:20 14    certificates null and void.

15:39:20 15          In witness whereof, I have hereunto set my

15:39:20 16    hand this day: March 3, 2013.

15:39:20 17              _____ Reading and Signing was requested.

15:39:20 18              _____ Reading and Signing was waived.

15:39:20 19          ___X___ Reading and signing was not requested.

15:39:20 20

15:39:20 21                          _____

15:39:20 22                          MARY ANN SCANLAN-STONE

15:39:22 23                          CSR 8875, RPR, CCRR, CLR

         24

         25

**CORRECTIONS TO DEPOSITION TRANSCRIPT OF ALAN EUSTACE, DATED FEBRUARY 27, 2013**

*In re High-Tech Employee Antitrust Litigation*
*Case No. 11-CV-2509-LHK (N.D. Cal.)*

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 12:7 | Replace: "I can recall"<br><br>With: "I can't recall" | correction to transcript error |
| 18:7 | Replace: "and steady state"<br><br>With: "and at its steady state" | correction to transcript error |
| 18:9 | Replace: "responsibilities to me"<br><br>With: "responsibilities for me" | correction to transcript error |
| 18:21 | Replace: "VP -- VP of engineering but I was a VP in engineering and reported to the VP of engineering"<br><br>With: "VP -- I was a VP in engineering and reported to the VP of engineering" | clarification |
| 20:10 | Replace: "needed done"<br><br>With: "needed to be done" | correction to transcript error |
| 22:6 | Replace: "tell me what I thought"<br><br>With: "tell him what I thought" | correction to transcript error |
| 22:7 | Replace: "merits of what other people were"<br><br>With: "merits of what other people were doing" | correction to transcript error |
| 27:12 | Replace: "reported"<br><br>With: "report" | correction to transcript error |
| 27:15 | Replace: "continued"<br><br>With: "continues" | correction to transcript error |

**Error! Document Variable not defined.**
**Error! Document Variable not defined.**

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| 29:2 | Replace: "it's is"<br><br>With: "it is" | correction to transcript error |
| 32:8 | Replace: "with"<br><br>With: "within" | correction to transcript error |
| 37:25-38:1 | Replace: "drift across different companies"<br><br>With: "drift across different groups" | correction to transcript error |
| 38:1 | Replace: "companies"<br><br>With: "groups" | correction to transcript error |
| 40:22 | Replace: "there have been"<br><br>With: "there may have been" | correction to transcript error |
| 64:3 | Replace: "There's's"<br><br>With: "There's" | correction to transcript error |
| 66:15 | Replace: "backup"<br><br>With: "backend" | correction to transcript error |
| 95:5 | Replace: "Those companies"<br><br>With: "Those people" | correction to transcript error |
| 133:16 | Replace: "what the correct bands would go"<br><br>With: "what the correct bands would be" | correction to transcript error |
| 139:5 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:9 | Replace: "two"<br><br>With: "II" | correction to transcript error |
| 139:14 | Replace: "two" | correction to transcript error |

| Page:Line | Amendment | Reason for Amendment |
|---|---|---|
| | With: "II" | |
| 142:6 | Replace: "I'm not even near." <br><br> With: "It's not very clear." | correction to transcript error |
| 154:12 | Delete: "but I think I really remember the stock grants" | correction to transcript error |
| 167:5 | Replace: "versions" <br><br> With: "inversions" | correction to transcript error |
| 178:2 | Delete: "Brand" | correction to transcript error |
| 180:3 | Replace: "cache" <br><br> With: "cachet" | correction to transcript error |
| 192:7 | Replace: "I changed" <br><br> With: "a change" | correction to transcript error |
| 194:9 | Replace: "Crous" <br><br> With: "Cos" | correction to transcript error |

Subject to the above changes, I certify that the transcript is true and correct.

_____                    _____
Signature                                                      Date