# EXHIBIT 143 TO
# HARVEY DECLARATION
# REDACTED VERSION



1

40050DOC000014
CONFIDENTIAL

76550DOC000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2

40050DOC000015
CONFIDENTIAL

76550DOC000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY



3

40050DOC000016
CONFIDENTIAL

76550DOC000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



4

40050DOC000017
CONFIDENTIAL

76550DOC000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5

40050DOC000018
CONFIDENTIAL

76550DOC000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY



6

40050DOC000019
CONFIDENTIAL

76550DOC000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY



7

40050DOC000020
CONFIDENTIAL

76550DOC000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY



8

40050DOC000021
CONFIDENTIAL

76550DOC000021
CONFIDENTIAL - ATTORNEYS' EYES ONLY



9

40050DOC000022
CONFIDENTIAL

76550DOC000022
CONFIDENTIAL - ATTORNEYS' EYES ONLY



10

40050DOC000023
CONFIDENTIAL

76550DOC000023
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Passive vs. Active Talent

| Type | Definition | Where can you find them? |
|------|-----------|--------------------------|
| Active | Candidates that are actively seeking new career opportunities. | Taleo, Job Boards, Craigslist, Outplacement Firms, etc. |
| Passive | Individuals who don't necessarily have a resume published and aren't looking to make a change. | Linkedin, White Papers, Patent Databases, Blogs, Videos, Social Networking sites (MySpace, Facebook), etc. |

**Today's training is primarily focused on ACTIVE candidates.**



11                         Intel Confidential

We will refer to candidates as Active and Passive.  Just want to give participants the general idea of what each means, so they  understand when we reference these terms moving forward.

11

40050DOC000024
CONFIDENTIAL

76550DOC000024
CONFIDENTIAL - ATTORNEYS' EYES ONLY



12

40050DOC000025
CONFIDENTIAL

76550DOC000025
CONFIDENTIAL - ATTORNEYS' EYES ONLY



13

40050DOC000026
CONFIDENTIAL

76550DOC000026
CONFIDENTIAL - ATTORNEYS' EYES ONLY



14

40050DOC000027
CONFIDENTIAL

76550DOC000027
CONFIDENTIAL - ATTORNEYS' EYES ONLY



15

40050DOC000028
CONFIDENTIAL

76550DOC000028
CONFIDENTIAL - ATTORNEYS' EYES ONLY



16

40050DOC000029
CONFIDENTIAL

76550DOC000029
CONFIDENTIAL - ATTORNEYS' EYES ONLY



17

40050DOC000030
CONFIDENTIAL

76550DOC000030
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000031
CONFIDENTIAL

76550DOC000031
CONFIDENTIAL - ATTORNEYS' EYES ONLY



19

40050DOC000032
CONFIDENTIAL

76550DOC000032
CONFIDENTIAL - ATTORNEYS' EYES ONLY



20

40050DOC000033
CONFIDENTIAL

76550DOC000033
CONFIDENTIAL - ATTORNEYS' EYES ONLY



21

40050DOC000034
CONFIDENTIAL

76550DOC000034
CONFIDENTIAL - ATTORNEYS' EYES ONLY



22

40050DOC000035
CONFIDENTIAL

76550DOC000035
CONFIDENTIAL - ATTORNEYS' EYES ONLY



23

40050DOC000036
CONFIDENTIAL

76550DOC000036
CONFIDENTIAL - ATTORNEYS' EYES ONLY



24

40050DOC000037
CONFIDENTIAL

76550DOC000037
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000038
CONFIDENTIAL

76550DOC000038
CONFIDENTIAL - ATTORNEYS' EYES ONLY



26

40050DOC000039
CONFIDENTIAL

76550DOC000039
CONFIDENTIAL - ATTORNEYS' EYES ONLY



27

40050DOC000040
CONFIDENTIAL

76550DOC000040
CONFIDENTIAL - ATTORNEYS' EYES ONLY



28

40050DOC000041
CONFIDENTIAL

76550DOC000041
CONFIDENTIAL - ATTORNEYS' EYES ONLY



29

40050DOC000042
CONFIDENTIAL

76550DOC000042
CONFIDENTIAL - ATTORNEYS' EYES ONLY



30

40050DOC000043
CONFIDENTIAL

76550DOC000043
CONFIDENTIAL - ATTORNEYS' EYES ONLY



31

40050DOC000044
CONFIDENTIAL

76550DOC000044
CONFIDENTIAL - ATTORNEYS' EYES ONLY



32

40050DOC000045
CONFIDENTIAL

76550DOC000045
CONFIDENTIAL - ATTORNEYS' EYES ONLY



33

40050DOC000046
CONFIDENTIAL

76550DOC000046
CONFIDENTIAL - ATTORNEYS' EYES ONLY



34

40050DOC000047
CONFIDENTIAL

76550DOC000047
CONFIDENTIAL - ATTORNEYS' EYES ONLY



35

40050DOC000048
CONFIDENTIAL

76550DOC000048
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000049
CONFIDENTIAL

76550DOC000049
CONFIDENTIAL - ATTORNEYS' EYES ONLY



37

40050DOC000050
CONFIDENTIAL

76550DOC000050
CONFIDENTIAL - ATTORNEYS' EYES ONLY



38

40050DOC000051
CONFIDENTIAL

76550DOC000051
CONFIDENTIAL - ATTORNEYS' EYES ONLY



39

40050DOC000052
CONFIDENTIAL

76550DOC000052
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40

40050DOC000053
CONFIDENTIAL

76550DOC000053
CONFIDENTIAL - ATTORNEYS' EYES ONLY



41

40050DOC000054
CONFIDENTIAL

76550DOC000054
CONFIDENTIAL - ATTORNEYS' EYES ONLY



42

40050DOC000055
CONFIDENTIAL

76550DOC000055
CONFIDENTIAL - ATTORNEYS' EYES ONLY



43

40050DOC000056
CONFIDENTIAL

76550DOC000056
CONFIDENTIAL - ATTORNEYS' EYES ONLY



44

40050DOC000057
CONFIDENTIAL

76550DOC000057
CONFIDENTIAL - ATTORNEYS' EYES ONLY



45

40050DOC000058
CONFIDENTIAL

76550DOC000058
CONFIDENTIAL - ATTORNEYS' EYES ONLY



46

40050DOC000059
CONFIDENTIAL

76550DOC000059
CONFIDENTIAL - ATTORNEYS' EYES ONLY



47

40050DOC000060
CONFIDENTIAL

76550DOC000060
CONFIDENTIAL - ATTORNEYS' EYES ONLY



48

40050DOC000061
CONFIDENTIAL

76550DOC000061
CONFIDENTIAL - ATTORNEYS' EYES ONLY



49

40050DOC000062
CONFIDENTIAL

76550DOC000062
CONFIDENTIAL - ATTORNEYS' EYES ONLY



50

40050DOC000063
CONFIDENTIAL

76550DOC000063
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000064
CONFIDENTIAL

76550DOC000064
CONFIDENTIAL - ATTORNEYS' EYES ONLY



52

40050DOC000065
CONFIDENTIAL

76550DOC000065
CONFIDENTIAL - ATTORNEYS' EYES ONLY



53

40050DOC000066
CONFIDENTIAL

76550DOC000066
CONFIDENTIAL - ATTORNEYS' EYES ONLY



54

40050DOC000067
CONFIDENTIAL

76550DOC000067
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000068
CONFIDENTIAL

76550DOC000068
CONFIDENTIAL - ATTORNEYS' EYES ONLY



56

40050DOC000069
CONFIDENTIAL

76550DOC000069
CONFIDENTIAL - ATTORNEYS' EYES ONLY



57

40050DOC000070
CONFIDENTIAL

76550DOC000070
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000071
CONFIDENTIAL

76550DOC000071
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000072
CONFIDENTIAL

76550DOC000072
CONFIDENTIAL - ATTORNEYS' EYES ONLY



60

40050DOC000073
CONFIDENTIAL

76550DOC000073
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000074
CONFIDENTIAL

76550DOC000074
CONFIDENTIAL - ATTORNEYS' EYES ONLY



62

40050DOC000075
CONFIDENTIAL

76550DOC000075
CONFIDENTIAL - ATTORNEYS' EYES ONLY



63

40050DOC000076
CONFIDENTIAL

76550DOC000076
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Attracting the Candidate: Be Prepared!

- Successful recruiters are not afraid to pick up the phone!
  - Know who and why you are calling.
  - Be prepared to answer questions about the company, the organization and the job you are considering them for.
  - Be ready to sell the candidate on the opportunity: What is special about Intel and this job?
  - Ask for referrals!

- If you don't have a phone number, or only have a candidate's work phone number, you can make your initial contact via email. (See next slide for an example.)



(intel)

64                         Intel Confidential

After reviewing the slide, ask for other BKMs on making that first phone call.

64

76550DOC000077
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40050DOC000077
CONFIDENTIAL



Walk through this slide to call out the critical pieces needed when reaching out to candidates through email.

65

76550DOC000078
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40050DOC000000
CONFIDENTIAL



66

40050DOC000079
CONFIDENTIAL

76550DOC000079
CONFIDENTIAL - ATTORNEYS' EYES ONLY



67

40050DOC000080
CONFIDENTIAL

76550DOC000080
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000081
CONFIDENTIAL

76550DOC000081
CONFIDENTIAL - ATTORNEYS' EYES ONLY



69

40050DOC000082
CONFIDENTIAL

76550DOC000082
CONFIDENTIAL - ATTORNEYS' EYES ONLY



70

40050DOC000083
CONFIDENTIAL

76550DOC000083
CONFIDENTIAL - ATTORNEYS' EYES ONLY



71

40050DOC000084
CONFIDENTIAL

76550DOC000084
CONFIDENTIAL - ATTORNEYS' EYES ONLY



72

40050DOC000085
CONFIDENTIAL

76550DOC000085
CONFIDENTIAL - ATTORNEYS' EYES ONLY



73

40050DOC000086
CONFIDENTIAL

76550DOC000086
CONFIDENTIAL - ATTORNEYS' EYES ONLY



74

40050DOC000087
CONFIDENTIAL

76550DOC000087
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40050DOC000088
CONFIDENTIAL

76550DOC000088
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76

40050DOC000089
CONFIDENTIAL

76550DOC000089
CONFIDENTIAL - ATTORNEYS' EYES ONLY



77

40050DOC000090
CONFIDENTIAL

76550DOC000090
CONFIDENTIAL - ATTORNEYS' EYES ONLY



78

40050DOC000091
CONFIDENTIAL

76550DOC000091
CONFIDENTIAL - ATTORNEYS' EYES ONLY



79

40050DOC000092
CONFIDENTIAL

76550DOC000092
CONFIDENTIAL - ATTORNEYS' EYES ONLY



80

40050DOC000093
CONFIDENTIAL

76550DOC000093
CONFIDENTIAL - ATTORNEYS' EYES ONLY



81

40050DOC000094
CONFIDENTIAL

76550DOC000094
CONFIDENTIAL - ATTORNEYS' EYES ONLY



82

40050DOC000095
CONFIDENTIAL

76550DOC000095
CONFIDENTIAL - ATTORNEYS' EYES ONLY