# EXHIBIT 145 TO
# HARVEY DECLARATION
# REDACTED VERSION

1

40066DOC000005
CONFIDENTIAL

76566DOC000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2

40066DOC000006
CONFIDENTIAL

76566DOC000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY



3

40066DOC000007
CONFIDENTIAL

76566DOC000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY

4

40066DOC000008
CONFIDENTIAL

76566DOC000008
CONFIDENTIAL - ATTORNEYS' EYES ONLY

5

40066DOC000009
CONFIDENTIAL

76566DOC000009
CONFIDENTIAL - ATTORNEYS' EYES ONLY



6

40066DOC000010
CONFIDENTIAL

76566DOC000010
CONFIDENTIAL - ATTORNEYS' EYES ONLY



7

40066DOC000011
CONFIDENTIAL

76566DOC000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY

8

40066DOC000012
CONFIDENTIAL

76566DOC000012
CONFIDENTIAL - ATTORNEYS' EYES ONLY

9

40066DOC000013
CONFIDENTIAL

76566DOC000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY

10

40066DOC000014
CONFIDENTIAL

76566DOC000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY

11

40066DOC000015
CONFIDENTIAL

76566DOC000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY

12

40066DOC000016
CONFIDENTIAL

76566DOC000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



13

40066DOC000017
CONFIDENTIAL

76566DOC000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY



14

40066DOC000018
CONFIDENTIAL

76566DOC000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY

15

40066DOC000019
CONFIDENTIAL

76566DOC000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY



16

40066DOC000020
CONFIDENTIAL

76566DOC000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY



17

40066DOC000021
CONFIDENTIAL

76566DOC000021
CONFIDENTIAL - ATTORNEYS' EYES ONLY



40066DOC000022
CONFIDENTIAL

76566DOC000022
CONFIDENTIAL - ATTORNEYS' EYES ONLY

19

40066DOC000023
CONFIDENTIAL

76566DOC000023
CONFIDENTIAL - ATTORNEYS' EYES ONLY



20

40066DOC000024
CONFIDENTIAL

76566DOC000024
CONFIDENTIAL - ATTORNEYS' EYES ONLY

21

40066DOC000025
CONFIDENTIAL

76566DOC000025
CONFIDENTIAL - ATTORNEYS' EYES ONLY



22

40066DOC000026
CONFIDENTIAL

76566DOC000026
CONFIDENTIAL - ATTORNEYS' EYES ONLY