# EXHIBIT 146 TO
# HARVEY DECLARATION
# REDACTED VERSION



1

76566DOC000085
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000085
CONFIDENTIAL



2

76566DOC000086
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000086
CONFIDENTIAL



3

76566DOC000087
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000087
CONFIDENTIAL



4



5

76566DOC000089
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000089
CONFIDENTIAL



6

76566DOC000090
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000090
CONFIDENTIAL



40066DOC000091
CONFIDENTIAL

76566DOC000091
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Passive vs. Poised vs. Active

- By definition, passive candidates are fully employed and in most cases happy campers, not thinking about or entertaining a career change
  - **Passive candidates don't look for new jobs the same way active candidates do.**
  - **They are far more discriminating and look infrequently**
  - **Since they are fully employed, all passive candidates are looking for better jobs, not just another job.**
- Poised Candidates are Candidates working for competitors who are not 100% satisfied
- Active Candidates, in job search mode. Have resume ready to go, answering job postings, interviewing, etc.



Intel Confidential

8

76566DOC000092
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000092
CONFIDENTIAL



# Taking this one step further

- Our charter is passive Diverse candidates
  - this dramaticly increases the layers of complexity as the pool has just shrunk to a very small population
  - Some of the companies where these very Sr Technologist currently reside have a headstart on us.
    - IBM hired first diverse (TF) Fellow in the 1950's
    - HP has had a Sr. Diversity program in place for many years

9   Intel Confidential

9

76566DOC000093
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000093
CONFIDENTIAL

## Candidates are interviewing Intel

- Since the folks we are recruiting are passive, strategic, diversity candidates it is very important to paint the picture and share the vision and trajectory of their potential role with Intel.
- 50% qualifying, interviewing/ 50% selling, encouraging, painting the picture of what their new life at Intel will look like.
- The interview should be a conversation weaving together these two aspects with the candidate having open conversations with the interviewer.
  - Relationship building is key



Intel Confidential

10

76566DOC000094
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000094
CONFIDENTIAL

## Candidate decision making

- **Passive candidates and even active top performers, use a multi-level approach when evaluating opportunities and or deciding to accept or reject an offer.**

  - Short-term (tactical stuff)  Includes compensation and benefits package, relocation, geography, convenience, the commute, etc.

  - Intermediate-term (job content) Addresses the scope of the job in comparison to the persons current job or other opportunities. Included here are the challenges in the job, the size and quality of the team, the title, the impact they can make, and what the person will be doing most of the time.

  - Long-term (career opportunity) This has to do with the learning aspects of the job, how the person will grow in the job, and what future opportunity the job has in terms of potential and promotions.



11  Intel Confidential

11

40066DOC000095
CONFIDENTIAL

76566DOC000095
CONFIDENTIAL - ATTORNEYS' EYES ONLY



12

40066DOC000096
CONFIDENTIAL

76566DOC000096
CONFIDENTIAL - ATTORNEYS' EYES ONLY

13



76566DOC000097
CONFIDENTIAL - ATTORNEYS' EYES ONLY

40066DOC000097
CONFIDENTIAL



14

40066DOC000098
CONFIDENTIAL

76566DOC000098
CONFIDENTIAL - ATTORNEYS' EYES ONLY