# EXHIBIT 150 TO
# HARVEY DECLARATION
# REDACTED VERSION



1

76579DOC002323
CONFIDENTIAL - ATTORNEYS' EYES ONLY



2

76579DOC002323_000002
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579D00002223000003
CONFIDENTIAL - ATTORNEYS' EYES ONLY



4

76579D00002323000004
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5

76579DOC002323_000005
CONFIDENTIAL - ATTORNEYS' EYES ONLY



6

76579DOC002323_000006
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000007
CONFIDENTIAL - ATTORNEYS' EYES ONLY



8

76579DOC002323_000008
CONFIDENTIAL - ATTORNEYS' EYES ONLY



9
76579DOC002323_000009
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000010
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000011
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000012
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000013
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000014
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000015
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000016
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000017
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000018
CONFIDENTIAL - ATTORNEYS' EYES ONLY



765790DOC0262328 000019
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5/

76579DOC002323_000020
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Internal Equity & Performance Expectations

- Manager looks within own department
  - How do backgrounds compare?
  - How does expertise and skill compare?
  - Where would the manager rank this person within their department based on their expectation of the candidate's contribution and job performance?
- Slot the candidate within the current employees in the group



76579DOC002323_000021
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000022
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000023
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5/

76579DOC002323_000024
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000025
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5/

76579DOC002323_000026
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000027
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5/

76579DOC002323_000028
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579D010023230000229
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5/

76579DOC002323_000030
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000031
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000032
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5/

76579DOC002323_000033
CONFIDENTIAL - ATTORNEYS' EYES ONLY



5/

CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000035
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579D000023230000636
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76579DOC002323_000037
CONFIDENTIAL - ATTORNEYS' EYES ONLY