# EXHIBIT 153 TO
# HARVEY DECLARATION
# REDACTED VERSION



(Biz Group Name)
Staffing Plan

(Date)
(Name and/or Owner's of Plan)

Intel Confidential                    1

76592DOC015613
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Staffing Plan Components

- Staffing Customer Support Model  - (Ramp and Non-Ramp)
  - Org Chart
  - Staffing Customer Support
  - Business Group Support
  - Recruiting Resources/Headcount Algorithm
- Biz Group Ramp Plan/POR (Ramp and Non-Ramp)
  - Hiring Algorithm (Ramp)
  - Weekly Drum Beat (Ramp)
  - Success Metrics and Reporting (Ramp and Non-Ramp)
- Sourcing Plan (Ramp and Non-Ramp)
  - Recruiting Methodology
  - Priority Hiring Needs (By Quarter)
  - Targeted Sources by Skill Type
  - Planned Activities / Key Events Calendar
  - Diversity Plan
  - Projected Recruiting Costs/ROI
- Key Challenges (Ramp and Non-Ramp)
- Recommendations/Help Needed Moving Forward (Ramp/Non-Ramp)
- Back-Up

Intel Confidential

2

76592DOC015614
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76592DOC015615
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Staffing Customer Support

**STAFFING ACCOUNT MANAGEMENT**
- Manages Global Staffing account, staffing strategies current/forecasted needs, WFP, emerging needs, roadmaps, PLAN

**STAFFING OPERATIONS MANAGEMENT**
- Manages day to day Staffing Operations for a given geography --- execution, resources, tactics to meeting hiring plans/strategies. Drive efficiencies and effectiveness to the hiring process.

**RECRUITERS**
- Generate and present prescreened qualified candidates
- Coordinate additional resources as needed (i.e. contract recruiters, #hiring events, advertising, headhunters etc.)

**STAFFING CONSULTANTS**
- Timely candidate offer- development and delivery
- Consultant on all compensation, immigration and relocation questions/inquiries

**FIRST LINE HIRING TOOL SUPPORT FOR MGRS**
- On line tutorial on hiring tool:
  http://circuit.intel.com/Circuit/Index/Employee+Services/People+Management/Hiring/Hiring+at+Intel+%28HAI%29+Clinics.htm
- HM phone support to address complex issues
  - (801) 445-2150
- ASK ES
  - Circuit > Quick Links > Ask ES > Select the "Hiring" category
- Intact Team training as requested
- Consultant an Expert Program that encourages HMs to schedule time with an expert before they start the process
- Live Chat will be linked to the tool so you will have immediate answers to your questions.
- Resources are being added provide assistance
  - 6 team members to customer support
  - 15 team members as Staffing Consultants/Staffing Specialist

Intel Confidential                                                                                                         4

76592DOC015616
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Business Group Support

- Hiring Managers
  - Engage us early to support your existing and/or changing hiring needs
  - Provide detailed job profiles to recruiter --- know what it is you're looking for and provide that detail to the recruiter --- add search request form as an example?
  - Provide timely feedback on candidate submittals
  - Sense of urgency with interviews and offers --- competition is fierce
  - Facilitate success of strategic programs; diversity, college programs etc
  - Follow the hiring process; use the tools

- Hiring Champion/Coordinator-Point of Contact for Group
  - Facilitate proper hiring process from req open to fill
    - Inform staffing on changing hiring targets, candidate quality and help needed
    - Insure proper interview/offer documentation and coordination (critical to indicator reporting)

Intel Confidential                                                    5

CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Recruiting Resources – Headcount Algo



Intel Confidential

6

76592DOC015618
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Biz Group Ramp Plan/POR



Intel Confidential                                                                   7



76592DOC015619
CONFIDENTIAL - ATTORNEYS' EYES ONLY

**Slide 7**

f4  template should come from Rafa Forecast Tool --- Felicia to work with Rafa
fmthigpe, 9/22/2005

76592DOC015620
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76592DOC015621
CONFIDENTIAL - ATTORNEYS' EYES ONLY

Slide 8

f5      template to come from forecast tool

fmthigpe, 9/22/2005

## Hiring Algorithm



Intel Confidential                                                        9

• Talk to our readiness to do this work from a resource perspective

76592DOC015623
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Weekly Hiring Drumbeat



Intel Confidential

10

76592DOC015624
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Success Metrics and Reporting

- Weekly Reporting
  - PAS to POR
  - Open Reqs
  - On Boards
  - Future Starts
  - Pending Offers/Accepts
  - Resume Pipeline
  - Candidate Quality Ratio's

Intel Confidential                                                    11

76592DOC015625
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Sourcing Plan Components

- Talent Generation/Recruiting Methodology
- Priority Hiring Needs (By Quarter)
- Targeted Sources by Skill Type
- Planned Activities / Key Events Calendar
- Diversity Plan
- Projected Recruiting Costs/ROI

Intel Confidential                                              12

76592DOC015626
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# Recruiting Methodology

- <u>Direct Competitors/Targeted Industries:</u>
  Google, Microquest, Eliyon and Peoplesoft data base searches targeted at identified companies.  Generate referrals from new hires and existing staff to build our referral base. Conduct patent searches, cold calling, and headhunter support.

- <u>Targeted Industry Groups:</u> email marketing/blasts to subscriber lists, web postings, banner ads

- <u>Key Conferences:</u> walk the floor networking, show floor marketing, hospitality suite, invitational draw, access to attendee list, fish bowl drawing, sponsor key activities.  Train mgrs to recruit key talent while attending the conference

- <u>Targeted Publications:</u>  Ad Runs (Media Plan) --- best done if tied to an event, Better ROI if more technically focused than broad.  If running in a newspaper, "run of press" better than classified section to get at passive job seekers.

- <u>Targeted Downsizing Companies:</u>
  Work with outplacement company directly to get access to talent, set up invitational or cold call directly in.

Intel Confidential                                                                 14

76592DOC015628
CONFIDENTIAL - ATTORNEYS' EYES ONLY



# (Quarterly) Priority Hiring Needs
**(should include skill type and quantity where possible)**

**CEG**

Sr. Video Engineer

Sr. Staff Systems Architect

Post Silicon Debug Engineer

Verification Engineer

**CSG**

Content Dist. Program Director

Content Usage Initiative Director

Smart Client Architect

Content Services Architect

Factory Engineering Communications Infrastructure

Content Solutions Architect XML

Factory Engineering Client Tools (1)

Factory Engineering Client Tools (2)

Factory Engineer Web Services Architect

**CCG**

Software Engineers

Intel Confidential

15

76592DOC015629
CONFIDENTIAL - ATTORNEYS' EYES ONLY



-Remind managers that we need to use them to identify people at the technical events. Get cards and names of people

76592DOC015630
CONFIDENTIAL - ATTORNEYS' EYES ONLY



76592DOC015631
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Calendar of Events / Key Activities



Intel Confidential 18

76592DOC015632
CONFIDENTIAL - ATTORNEYS' EYES ONLY



## Diversity - Recruiting Conferences and Events

- We attend national, regional and local conferences and events staged by diversity-based organizations such as:
  - Women in Technology Institute (WITI)
  - National Hispanic MBA Assn
  - Urban League
- Typical Intel presence:
  - Team of recruiters
  - Intel Corporate Diversity presence
  - Advertising support in national and event media
  - Reception or other sponsored event
- What's different
  - Ability to make on-the-spot offers
  - More contemporary ads
  - Warmer ads with more appeal
  - Diversity recruiting brochure (avail 6/05)

**Diversity Recruiting Brochure (concept)**

**Opportunity is Power**

**WITI Ad**

**NSHMBAA Ad**

Intel Confidential

19

CONFIDENTIAL - ATTORNEYS' EYES ONLY

# Recommendations/Help Needed Moving Forward

**Help Needed**

- Need to ensure "system of record" reflects true need
- Need to ensure we get timely feedback on candidates provided
- May require funding for Ad copy, conference attendance, HH support --- if needed

Intel Confidential                                                                            20

-Send talent to Justin and Hiring Champions to make sure they get them placed.

76592DOC015634
CONFIDENTIAL - ATTORNEYS' EYES ONLY

# BACK - UP

Intel Confidential                                                    21

76592DOC015635
CONFIDENTIAL - ATTORNEYS' EYES ONLY

## Recruiting Process With a Requisition



76592DOC015636
CONFIDENTIAL - ATTORNEYS' EYES ONLY