# EXHIBIT 400 TO
# CISNEROS DECLARATION
# REDACTED VERSION



# Base Pay Comparison Report Support Overview

Brian Richey

WW 04 2011

Intel Confidential - Internal Only

Confidential - Attorneys Eyes Only - 765825DOC001211

EXHIBIT 400
WIT: Conrad
DATE: 11.21.2012
ANNE TORREANO, CSR #10520

1

# Agenda/Objectives



Objective:
- Provide overview of new report for awareness

Agenda:
- Report Overview
- Schedule
- High Level Design
- Support
- Next Steps & Opens

2                                    Intel Confidential

(intel)

Confidential - Attorneys Eyes Only - 765825DOC001211

# Pay Transparency Project



- **Opportunity**
  - Improve Manager/BGHR pay decisions
  - Boost perceived C&B value and pay transparency
  - Increase competitive-pay confidence in Managers
  - Increase Employee retention, effort, and focus
  - Ensure competitive pay in Staffing offers
  - Effectively spend Focal budgets

- **Vision**
  - Provide a single point for relevant and actionable information to improve effectiveness of people management:
    - Relevant -  information that directly tied to the manager role and level within the organization.
    - Actionable - information that will alert the managers as to when and what kind of action needs to be taken in order to meet operational or strategic targets
  - Base pay design is and is perceived to be FAIR and EFFECTIVE

Intel Confidential



3

Confidential - Attorneys Eyes Only - 765825DOC001211

# High Level Requirements



Report Concepts: 1,2,4 & 5 would be based on current GENI data,  Focal cycle results would reflect in reports after April 1st annually

**Release 1**

1. Enable Managers view their direct staff's pay comparisons to internal and external market pay ranges in graph and grid/tabular formats, emulate sub managers
   - Target Audience: ~1000 Managers who are participating in the Focal Pilot*
2. Enable BGHR/C&B/Staffing to emulate 1 manager and see the direct staff report for this manager (same report as # 1)
   - Target Audience: ~ 100 BGHR and ~100 C&B/Staffing
3. Provide Pay Transparency report usage data
   - Target Audience: Project Team of <10
4. Enable BGHR to filter on the entire Intel population and get employee level data (graph/grid) per filter selection, includes aggregated data
5. Enable Managers to filter on their entire Organization and get employee level data (graph/grid) per filter selection, includes aggregated data
6. Enable real-time modeling of Focal pay changes made by a Manager for their direct reports/Focal Group and compare to internal and external pay ranges (during the 4 week Focal window)
   - Focal 2011/2012 project scope for post 2011 cycle effort (Q3 2011 timeframe)?
   - Design future in Mgr Dash, additional fields in Focal Tool - TBD
7. Provide C&B way to configure data
   - Percentile ranges and add/edit/delete pay groups

4                                    Intel Confidential                                    

Confidential - Attorneys Eyes Only - 765825DOC001211

# Report Entry Point



Intel Confidential

Confidential - Attorneys Eyes Only - 765825DOC001211



Confidential - Attorneys Eyes Only - 765825DOC001211

Latest Mock Up – EE Detail

Intel Confidential

7

Confidential - Attorneys Eyes Only - 765825DOC001211

# Manager Grid Mock Up

Intel Confidential

Confidential - Attorneys Eyes Only - 765825DOC001211

## Schedule for Q1 2001 Release



| Phase | Estimated Dates | Status |
|---|---|---|
| Project Charter Approved | WW 43-46 | Done |
| Exploration | WW 47 | Done |
| Planning/Design | WW 48 | Done |
| Development/Testing | WW 49-03 | On Track |
| Deployment | | |
| • Silent Release | WW 04 | |
| • Go-Live to Stabilization | WW 05-09 | |
| • Retrospective into next Release | ~WW 10 | |

Intel Confidential

9

(intel)

9



Confidential - Attorneys Eyes Only - 765825DOC001211

## Support Plan

**Tier3**

Project Team Command Center 8-5 PST → IT Branch Lead On Call 24x7

**Tier 2**

BG Liaisons (local hours)    C&B Consultants (local hours)

HRDW on-call 24x7, Tami/Jewels/Debbie US 8-5 PST

**Tier 1**

Open Forums – Focal Blog    HRBP/ BGHR    Get HR Help (Ask ES)    TAC (Service Desk): 24x7

Wiki: Job Aides. FAQ, Videos

BGHR Emulators    Managers

11    Intel Confidential    (intel)

Confidential - Attorneys Eyes Only - 765825DOC001211

Back

# Focal Pilot-Base Pay Alignment

| Biz Group | # Mgrs in Org | # Mgrs Using Pay Report | BG Liaison | HRBP Supporting Pilot participant groups | | |
|-----------|---------------|--------------------------|------------|------------------------------------------|---|---|
| | | | | GAM/LAR | GAR | GER |
| HR | 245 | 245 | Pilar V | Amber Damron; Raina Rhodehamel; **Pilar Velez;** Victoria Molina | Preethi Madappa | Sue Cook |
| Corp Svcs | 244 | 244 | Randy B | **Randy Baca;** Anita Gonsiorowski; Lea Ann Hansen; Renee U Rogers; Kathy L Rons; Christine A White; Jenny L Whitty; Margoth Calderon | Suan Nee Khoo; Zoe Chen | Sarah Purcell; Maya Kroizman; Sheya Yosefovich; Julia Kurkova; Simon Vizard |
| DHG | 120 | 120 | Mike J | **Mike Jordan; Trisha Sparacino** | Weiya (Addy) Zhu | Martin Hallows |
| LCA | 121 | 121 | Linda I | **Linda Ingoglia** (primary GAM); (Lynee Luque & Wendy Modlin , Secondary GAM) Cristiane Carvalho | Mary Anne Narcisco | Mary Anne Schneider; Simon Vizard |
| PRMD | 66 | 66 | Stacey L | **Stacey Lindsey Amy Wohlsein** | Siew Yen Ooi | -- |
| SMG | 727 | 10 –SMG Staff only | Kelley C | **Kelly Cassetta; Kelly Ketchmark;** Julie Benson; Lisa D Miller (HR); Lisa Richardson; Deb Sedgwick ; Cristiane Carvalho; Fermin Laguarda | Leah Yang; Jing Zhao | Joe Torpey |
| FIN | 515 | 126 | Lincoln Foster | Chasity Fulton; Kristen Porter; John Roberts; Archana Vineet; Marguerite Wade; Dan Winter | Scott Holman; Ying Zhu | Yahel Lipshitz; Adam Sweetman; |
| Other | N/A | ~50 from 2010 pilot and <5 IT HRC Mgrs for support | Danny McKell | Paulette Hanson, Lincoln Foster, Damien Rhodes | n/a | n/a |

**BG Liaison will coordinate all details and communication for exceptions within their biz groups**

12

Intel Confidential

(intel)



Confidential - Attorneys Eyes Only - 765825DOC001211

# Testing Summary



- Test scripts completion:
  - 3 testing scripts were executed 20 times, included unscripted testing:
    - Managers script- 8 executions
    - BGHR script- 6 executions
    - BGHR non HR4HR script- 6 executions
- <u>Performance</u> and <u>Manager UAT</u> testing completed
- All known defects are closed
- 2 change requests (10 items) were accepted and developed during the testing phase

| Severity | Number Open | Number Closed | Number Deferred | Total |
|---|---|---|---|---|
| Showstopper | 0 | 0 | 0 | 0 |
| High | 0 | 14 | 9 | 23 |
| Medium | 0 | 25 | 10 | 35 |
| Low | 0 | 14 | 24 | 38 |
| **Total** | **0** | **53** | **43** | **96** |

14

Intel Confidential



# Performance Testing



- All the performance testing were executed in a focal period environment (extreme load on the servers)
- 727 reports simulations ran, average execution time on the server side:0.7 seconds.
- 118 Download to excel simulations, average execution time on the server side 4.43 seconds. only for all Intel organization data the simulation time was more than 7 seconds.



**Reports\Download to excel per execution time**



15                                    Intel Confidential

# CDAR chart

## *Cumulative Defect Arrival Rate/Test scripts Completion %*

120
100
80
60
40
20
0
Defects
100.00%
90.00%
80.00%
70.00%
60.00%
50.00%
40.00%
30.00%
20.00%
10.00%
0.00%
Test scripts Completion %
12/27/2010
12/28/2010
12/29/2010
12/30/2010
12/31/2010
1/1/2011
1/2/2011
1/3/2011
1/4/2011
1/5/2011
1/6/2011
1/7/2011
Date
Defects found
Test percentage

16 Intel Confidential

# Applying Pay Report to Focal Decisions



- Situation: Average performer is among the highest paid for their comparator groups (e.g., 90th percentile of external market or Intel peers)
- Action: Freeze pay, coach ee re: steps to move to next grade as appropriate

- Situation: Average performer is highly paid (e.g., above the 75th percentile)
- Action: Reduce merit increase by 50%

- Situation:  Repeat high performer is paid less than the 25th percentile
- Action: Use surplus budget from actions above to improve pay position

- Situation:  Employee with multiple years in grade is below 50th percentile
- Action: Use surplus budget from actions above to improve pay position

- Situation:  The Intel Peer Data and External Market data aren't aligned or no data is displayed
- Action:  Follow Focal tool recommendation or use internal equity to current peer as the main driver for your pay decision



17                                    Intel Confidential

Confidential - Attorneys Eyes Only - 765825DOC001211

# Resources for all phases / Budget



| Headcount Skill / Type | Resource Name | HC |
|---|---|---|
| HR/IT PM | Keith & Brian | 1.25 |
| Focal/Mgr Dashboard | Beth | .25 |
| HRDW/BI (SA and Testing) | David B/Michal M | 1.25 |
| C&B Analysts | Danny McKell/Carol B | .75 |
| TCM | Joan Hallstein/Tracy Ross | .5 |
| Other SME/Testers | TBD | .5 |
| Total uncommitted headcount (approval request) | | |
| Total headcount | | |

| Non Headcount Expense | Description | Amount |
|---|---|---|
| Travel | | $5k in Q1 |
| Consulting | | 0 |
| HW/Licensing, other BTI | | 0 |
| Total | | 5k |

18    Intel Confidential

Confidential - Attorneys Eyes Only - 765825DOC001211

# ITBC Scorecard (IT only)

## ITBC Scorecard

One List ID:   7209   Retrieve

Project Name: C&B Data Transparency

Project Manager: RICHEY, BRIAN T (BRIAN)

Ops Level 1: Enterprise Capability Controls & Complia

Scorer: Fania, Moty   ▾   Save

### Compliance Scores
#### Summary – Pre-Commit Response

Start Scoring   Submit Score

You must select a certified scorer name before scoring is allowed.
**Note:** To show compliance, all ITBC Scorecard questions must be answered at Commit.
However, SUBMISSION (which locks the scorecard from further changes) is not
required until Go/No-Go.

19   Intel Confidential   (intel)

Confidential - Attorneys Eyes Only - 765825DOC001211



# Design Status



- Detailed Design – Done
  - Anticipation of future needs included in Release 1:
    - More frequent refresh of external market & currency rate data
      - More than just 2x/year as required by C&B
    - Large volumes of direct reports for managers
      - Includes multiple org units for one manager
    - Log of report usage
    - Handling extreme pay ranges
  - Designing in now for future requirements:
    - External market description per employee
    - External market/ Internal market Historical data
    - C&B configuration for peer group & percentiles
    - Security access aligned to Mgr Dash roles/exceptions
    - Present data for executive grades
    - Real-time modeling of Focal data during 4 week Focal window



20

Intel Confidential

## BHGR Emulation Mock Up

Intel Confidential

Confidential - Attorneys Eyes Only - 765825DOC001211

## C&B Transparency Stakeholder Map/RAPID

**Decision Makers:**
- Overall Pay Transparency: **Claire**
- Manager Dash: **Dorenda**
- Overall IT: **Pascal**

Ogden Reid

C&B
Claire Gray
"D"

HR Staff
Ardine & BGHR
"I"

Mgr Dash
Itay/Einat
"D"

Staffing
Lori Webber
"D"

Focal
Team
"P"

Mgr Dash
Dorenda
"D"

IT
Pascal V
"D"

Focal
Pilot
Team
"P"

BGHR
Focal Peer+1
Tony
Postlethwaite
"I"

HR VP
Richard Taylor

Finance

HR Legal
"A"

22

Intel Confidential

intel

## Project Scope

**•In Scope**

- ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
  - ▮▮▮▮▮▮▮▮▮▮▮▮

**•Out of Scope**

- – Diversity-specific pay data
- – Any other report or Dashboard changes (not related to pay)
- – Focal 2011 or Focal Pilot support or changes
  - – But will coordinate with them

Intel Confidential

(intel)

4DD.23

## Business Value Summary



- **Improved Manager Confidence and Understanding**:
  - Providing quality pay comparison data to Managers increases understanding and improves merit allocation decisions, thus enabling productive pay conversations with direct reports and improves Employee Relations, retention, and reduces legal risk
    - These can be measured through existing Org Health Survey, Focal Manager survey feedback, and retention metrics
  - Enabling competitive salaries in job offers improves Employee Relations and retention
- **Cost Avoidance**:
  - Enabling Managers to make better pay adjustments (within annual Focal budgets) prevents future unplanned Salary Market Adjustments (SMA)
    - $1-15M per year (to be verified and updated at end of Explore)

24    Intel Confidential    

Confidential - Attorneys Eyes Only - 765825DOC001211

# Business Transformation



| Today | Future |
|---|---|
| Managers have access to **less relevant pay data** during Focal cycles, thus not as informed decision for merit allocation | Manager access to **more relevant pay** comparison data during Focal cycle, thus enabling better decisions on merit allocation |
| Managers may feel that they have to follow a **prescriptive approach** or strict tool guidelines during Focal cycle, may feel uncomfortable in communicating results | Managers are **empowered to have more discretion** during Focal cycles and feel comfortable communicating results to their direct reports |
| Pay strategies **not well understood** by Managers and employees (closed curtain) | **Increased Manager understanding** and confidence to communicate and educate their direct reports on pay strategies (pulled back curtain and transparency) |
| EE pay discussions with managers are **not always productive**, results in distractions, and worst case may leave Intel | **Increased productive pay conversations** between manager and direct reports<br><br>Transparency of pay expected to **increase EE retention and improved ER** |
| Staffing makes offers based on **internal equity** | Staffing makes **more competitive offers** based on better internal and external comparison data |



25

Intel Confidential

400.25

# Alignment with Strategic Priorities

HR Strategic Objectives (SO):

IT SO:

26   Intel Confidential

## Key Features / Requirements



- Enable individual pay comparisons against internal and external pay ranges
  - View internal peer group pay range based on employees in similar jobs at Intel with ability to refresh on a regular basis
    - Includes pay distribution statistics, statistical calculations, etc.
  - Provide an external or "market" pay range with ability to refresh on a regular basis
- Ensure new pay range data and comparisons are available year around
  - During Focal window for base pay decision-making
  - Ongoing pay management (hires, saves, trending, etc.)
- Display pay ranges as read-only graphical and tabular formats
- Data access restricted to "business need to know" for Managers, BGHR, C&B, and Staffing
- Provide Administrative tools for C&B to adjust limited data elements and view usage data



27                                    Intel Confidential                    

Confidential - Attorneys Eyes Only - 765825DOC001211

# Key Stakeholders



| Key Stakeholder Name | Org/Group | Relationship Owner |
|---|---|---|
| Ogden Reid/Claire | C&B | Keith/Brian |
| Pascal Veysseire/Itay | IT | Brian |
| Dorenda K | Focal and Mgr Dashboard Tools | Beth Barrer |
| Greg Keating | Focal Process Owner | Beth/Brian |
| Managers (EE secondary) | All Orgs | BGHR |
| Devra/Tony/Claire | Focal and Pilot Sponsors | Danny |
| Joan H, Tracy Ross, Pilar Velez | BGHR/Emp Comms/Focal Pilot | Danny/Brian |
| Gayle Carda | Legal/Controls | Danny |

28

Intel Confidential

# Critical Success Indicators



| Value Dial or Value Driver | Metric | Goal | Baseline/ Current State | Actual Result |
|---|---|---|---|---|
| Time to market | Work Week | Release 1 by Focal 2011 go-live (WW 05) | N/A | Complete for closure decision |
| Biz Transformation | Report Usage | 90% Pilot Managers access new pay reports during Focal 2011 cycle | N/A | Complete for Phase 1 closure decision |
| Employee Relations  -Retention -Mgr Knowledge | OHS C&B Question Results | X% positive scores | Establish baseline in OHS 2011 | To be measured in OHS 2012 |
| Cost Avoidance | Cash | $ 100k per year | Danny | To be measured in 2012 and beyond |

29

Intel Confidential

400.29





# Current Transparency

| Customer Input Phase *February - August* | Comp Design Phase *August - December* | Manager Action *January - February* |
|---|---|---|

**Guidelines**
- Pay Ranges
- Merit matrices
- Promo guidelines
- Geo differential

**Approvals**

**Focal Allocation**
- Assess performance
- Make fair pay, stock and promo decisions
- Explain decisions to employees

**Budgets**
- Merit, Promo, SMA

ɔproval: CAR
ation: Consulting

Process mgt: Direct Mgr
Oversight: BGHR

30 Intel Confidential intel

400.30

Future Total Transparency
Customer Input Phase
February - August
Comp Design Phase
August - December
Manager Action
January - February
Job Mgmt
• Global job design
• Job usage
Pay Strategy
• POM goals
• Premium/ discount jobs
• Internal equity
• Meritocracy
Bench-marking
• Job, grade level matching
• Peer cut strategy
• Survey management
Forecast Inputs Consolidated
Comp Analytics
• Market data by job
• Market intelligence
• External, economic data
• Internal, business data
Guidelines
• Pay Ranges
• Merit matrices
• Promo guidelines
• Geo differential
Budgets
• Merit, Promo, SMA
Approvals
Focal Allocation
• Assess performance
• Make fair pay, stock and promo decisions
• Explain decisions to employees
cess mgt: CAR
tomer input mgt: Consulting
Comp design & PSO approval: CAR
Customer design ratification: Consulting
Process mgt: Direct Mgr
Oversight: BGHR
31
Intel Confidential
intel

Confidential - Attorneys Eyes Only - 765825DOC001211



Confidential - Attorneys Eyes Onl·· - 765825DOC001211

