# EXHIBIT 2486

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

## Part 1 of 3

# EXHIBIT 14
# FILED UNDER SEAL



EXHIBIT 2486
Deponent Keiper
Date 3-28-13
Gina V. Carbone, CSR

2486.1

Robert A. Mittelstaedt (State Bar No. 60359)
ramittelstaedt@jonesday.com
Craig A. Waldman (State Bar No. 229943)
cwaldman@jonesday.com
David C. Kiernan (State Bar No. 215335)
dkiernan@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

Attorneys for Defendant
Adobe Systems Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF DONNA MORRIS OF ADOBE SYSTEMS INC. IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> Date Consolidated Amended Compl. Filed: September 13, 2011 <br><br> **ATTORNEYS EYES ONLY** |

1    I, Donna Morris, declare as follows:

2        1.       I am the Senior Vice President ("SVP") of Global Human Resources at Adobe

3    Systems Inc. ("Adobe"). I have been employed by Adobe in the human resources ("HR")

4    department for more than 10 years. I began working for Adobe in April 2002 as the Senior

5    Director of Global Talent. In December 2005, I became the Vice President of Global Human

6    Resource Operations. In March 2007, I was promoted to my current position.

7        2.       I have personal knowledge of the matters stated in this declaration. I make the

8    statements in this declaration based on information gained during my current and former positions

9    within Adobe's HR department. I have been responsible for all HR operations, including the

10   compensation, benefits, and recruiting teams since March 2007. As part of my duties, I have

11   gained historical knowledge of Adobe's compensation practices before 2007 by reviewing

12   Adobe's past training and presentation materials and by participating in meetings and discussions

13   with other Adobe employees. The compensation policies and practices described herein apply to

14   Adobe's salaried employees between January 1, 2005 and December 31, 2009 (the "Class

15   Period").

16       3.       The information in this declaration and the exhibits attached are confidential to

17   Adobe. It is Adobe's practice to keep compensation policies and strategies confidential, for

18   internal use only, and not to disclose them to the public. The public disclosure of this information

19   would harm Adobe, including potentially impairing its competitive position in recruiting, hiring,

20   and compensating employees. Adobe derives independent economic value from keeping this

21   information confidential. Adobe has designated the information Attorneys Eyes Only under the

22   Protective Order entered in this case.

23       4.       During the Class Period, Adobe employed thousands of employees in more than

24   400 job categories, including executives, human resource managers, compensation analysts,

25   benefits managers, payroll mangers, recruiters, attorneys, accountants, sales managers, product

26   managers, various types of software developers, quality assurance analysts, IT employees,

27   creative designers, web developers, facility managers, market research analysts, financial

28   analysts, business analysts, internal auditors, and various other jobs. █████████

**ATTORNEYS EYES ONLY**

Morris Declaration
Master Docket No. 11-CV-2509-LHK

3486.3

1

[redacted]

[redacted]

[redacted]

[redacted]

5  **I.      ADOBE'S COMPENSATION GENERALLY**

6  [redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

[redacted]

13      6.      Adobe's policy has always been to compensate employees based on their

14  performance and expected future contribution to the company.  It does not seek pay equality or

15  parity among employees within the same job code, team, department or business unit or across

16  the company.  Adobe believes that differentiating compensation based on performance increases

17  employee satisfaction by sending a clear message that Adobe appreciates and rewards their

18  contributions and a clear message to those who aren't performing that they have to improve their

19  performance.  This policy encourages employees to continue to stretch themselves to perform

20  better and to push the company beyond the status quo.

21      7.      Adobe did not determine compensation for individual employees on a company-

22  wide basis.  Instead, managers determined the compensation for individual employees within a

23  business unit, and were required to differentiate compensation among employees based on

24  performance levels, performance reviews, and the manager's assessment of the employee's

25  expected future contribution to the company.  Each year, the manager was given a budget for

26  merit-based salary increases and bonuses.  How the budget was allocated among employees was

27  in the discretion of the manager.  Adobe had multiple business units, each with managers at

28  various levels (i.e., manager, senior manager, director, senior director, vice president, etc.) that

1   provided leadership to departments and teams of employees within the business unit.  The number

2   of managers who made compensation determinations varied between approximately 500  to

3   approximately 1000, given the growth in headcount over time.

4         8.      Adobe reinforced its policy of differentiating compensation through training and

5   other practices described below.  As examples, attached hereto as Exhibits 1 through 5 are true

6   and correct copies of internal Adobe manager training presentations during the Class Period

7   discussing Adobe's compensation policy:

8         a.      Exhibit 1 (ADOBE_015864), Adobe 2005 Performance, Salary & Stock

9   Focal, February 2005 – "We fairly and regularly assess performance results and differentiate

10  rewards based on performance";

11        b.      Exhibit 2 (ADOBE_023747), 2007 Mini Performance Focal Manager

12  Training, November & December 2006 – same; "salary increase matrices to provide managers

13  with an approach to effectively use budget dollars to differentiate rewards based on performance

14  and recognize and reward results and contributions";

15        c.      Exhibit 3 (ADOBE_015059) FY '07 Incentive Program Updates, February

16  15, 2007 – "differentiate rewards based on performance";

17        d.      Exhibit 4 (ADOBE_009668) HR All Hands, September 11, 2008 –

18  "Developing total reward programs that are differentiated based on performance"; "increasing

19  focus on differentiation of rewards based on performance"; and

20        e.      Exhibit 5 (ADOBE_009295) HR Strategic Plan 2010 – 2013, "Continue to

21  evolve culture towards pay for performance."

22  **II.**    **HOW ADOBE SETS COMPENSATION FOR EXISTING EMPLOYEES**

23        9.      Because of Adobe's strong emphasis on tying compensation to performance and

24  differentiating compensation across employees, each employee's compensation was determined

25  by that employee's manager who is in the best position to assess that employee's performance.

26        **A.**    **BASE SALARY**

27        **1.**    **Performance Evaluations**

28        10.     Each year, Adobe conducted a "focal review" during which every employee was

1   evaluated by his/her manager for performance, contribution to the company, and future potential.

2   To help differentiate employees based on these factors, managers ranked their employees as high

3   performers, solid performers, and low performers.

20      17.     Movement of the salary range did not automatically lead to adjustments in

21   compensation for all employees.  Actual salary adjustments were made by managers on an

22   individual basis within the confines of the budget.

1

20.     Based on these surveys, Adobe's compensation team built the salary ranges for each job code for the coming year by setting the mid-point of the salary range at a certain percentile of the survey data, then setting a maximum and a minimum.  The target midpoint has changed over the years and varied across job functions.  For example, the 2005 target midpoint for various jobs is set forth in Exhibit 1 (ADOBE_015864), which is a true and correct copy of Adobe's 2005 Performance, Salary & Stock Focal.  The maximum and minimum of the salary range was then calculated by applying a spread, which also varied over the years and across job levels.  The spread varied between 50% to around 70% for different job levels during the Class Period.  After the salary ranges were set, they were loaded onto the internal salary website for access by all managers in the company.

//

//

### 3.   Budget

22.    Each year, Adobe determined a budget for managers to use for merit-based salary increases and promotions.  The budget has varied over the years; for example, it was 5% for 2005 and 5.5% for 2008.  See, for example, Exhibit 1, which is a true and correct copy of the 2005 Focal Review (ADOBE_015864).

### B.   BONUS AND EQUITY

23.    The amount of bonus and equity grants were also determined by managers in the managers' discretion based on an employee's performance.

24.

### C.   TIMING OF ANNUAL COMPENSATION ADJUSTMENTS

27.    Generally, adjustments to employee compensation occurred during the focal

1   period described above.  Prior to 2007, the annual base salary, bonus, and equity grant

2   adjustments became effective June 1st.  In 2007, Adobe shifted its model to align the review

3   period with the end of the fiscal year, making the annual salary, bonus, and equity grant

4   adjustments effective on February 1st.

5

31.   When a manager decided to increase compensation to retain an individual employee, the form of compensation was usually a one-time cash payment referred to as a retention or counter offer bonus.  It was not typical to adjust the base salary.  And as mentioned above, if compensation for one employee was increased to retain that employee, no adjustments were made to compensation of other employees.

III.   **NEW HIRE COMPENSATION**

33.   I understand that plaintiffs rely on an email from me with the bates numbers ADOBE_008047-008049, for the proposition that Adobe was committed to internal equity in pay and that Adobe was concerned about individuals hired above the salary range.  In the past, it's been brought to my attention that a few new hires' base salaries were above the maximum of the salary ranges for their particular job codes.  From my experience, this is not common and is caused by incorrect job leveling, meaning the new hire should have been put in the position above the position he/she was offered (which would correspond with a higher salary range).  When a new hire's base salary was above the salary range, Adobe did not increase the compensation across the board for other employees in that job group, or any other group of employees.

IV.   **INTERNAL EQUITY**

34.   Adobe did not, and does not, adjust employee compensation, including base salaries, on a company-wide level (or on any group level) based on the concept of internal equity.  Indeed, Adobe did not, and does not, seek pay equality, meaning paying employees within the same job code the same amount. Doing so would run counter to the company's philosophy of

1  differentiating employee compensation based on performance and merit. Adobe believed that

2  internal equity was not a concern so long as salaries were appropriately differentiated in accord

3  with that philosophy. Adobe trained managers to be prepared to articulate the reasons behind

4  salary differentials (based on factors such as performance, years of experience, education, future

5  potential, length of time with the company, etc.).

6  **V.     MERGERS AND ACQUISITIONS**

7      35.     In December of 2005, Adobe acquired San Francisco-based Macromedia, a

8  leading software solutions company.  The acquisition added approximately 1,200 employees to

9  Adobe's headcount.  The new employees had to be integrated into our company.

12     36.     After Macromedia, Adobe continued to make acquisitions, including the

13  acquisition of Navisware in 2005; TTF, Pixmantec, Interakt, Amicima, Serious Magic, and

14  Antepo in 2006; Scene7 and Virtual Ubiquity in 2007; Meer Meer and Yawah in 2008; and

15  Business Catalyst and Omniture in 2009.  The most significant of these acquisitions was the

16  acquisition of Omniture, which added approximately 1,100 employees.

19

20      I declare under penalty of perjury under the laws of the United States that the foregoing is

21  true and correct.  Executed this $\underline{9}$th day of November 2012 in San Jose, California.

22

23

24                                    By _____

                                          Donna Morris

25

26  SFI-771543

27

28

ATTORNEYS EYES ONLY                      - 10 -                   Morris Declaration
                                                  Master Docket No. 11-CV-2509-LHK

# EXHIBIT 1

2486.13



This Document was Produced in Native Format

ADOBE_015864
Confidential - Attorneys' Eyes Only

248.14

ADOBE_015864-1

# Adobe® 2005 Performance, Salary & Stock Focal

**Theresa Townsley**

**Donna Morris**

**Ellen Swarthout**

February 2005

Adobe Confidential

2486.15



## Agenda

- High-level Timeline
- Talent Review Process
- Focal Training Overview
- Global Market Analysis



Adobe Confidential

$2\mathcal{4}\mathcal{8}\nu.\,16$



# High-level Timeline

- **Feb. 21: All managers receive email to kick-off the Performance, Salary & Stock Focal process**
- **Mar. 14 – 30: To learn about the Focal process, all new managers and new employees attend general sessions, other managers and employees reviewing online resources**
- **Mar. - June: Managers can attend a training session to learn how to have a more effective performance discussion**



Adobe Confidential

3

2486.17



# Adobe Talent Review
*Integrating with Strategy and Operations*

**Donna Morris**
Senior Director, Talent

Adobe Confidential

2486.19





24 Su. 21



2486. 22



2416.23



# Focal Training Overview

- **Based on feedback from 2004, the focus of training will shift from "process" to "delivering effective performance feedback"**
- **Focal "Process" information will be available online and a few in-person sessions for new managers**
- **Performance feedback training will be held from March through June, and then ongoing**
- **KTB (Knowing the Business) session on Compensation in late April**

Adobe Confidential

10

2486.24

# Global Market Analysis

**Ellen Swarthout**
**Director, WW Compensation**

Adobe Confidential

2486.25



# Compensation Philosophy

- **To ensure we can attract and retain talented and motivated employees throughout the world partnering in our success, we provide competitive "Total Compensation" programs as appropriate to each country in which we do business.**



Adobe Confidential

24 84. 26



# Compensation Philosophy

- We are committed to the following principles:
  - We share our success with our employees.
  - We offer competitive total compensation based upon practices for our industry and local markets in which we compete, while preserving Adobe's financial strength.
  - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
  - We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.
  - We fairly and regularly assess performance results and differentiate rewards based on performance.
  - We recognize and reward results and contributions tied to the success of the company and in support of company values.
  - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
  - We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.
  - We communicate the goals, features and value of our programs.

Adobe Confidential

Adobe

2486.27

13



2486.28



2186.29



2486. 30



24 86.31



2486.32



2486.33





Adobe Confidential

Adobe

J4 86.35



2486.36





2486.37



Adobe Confidential



2486.38



Adobe Confidential



**Total Salary Budget- 5% Salary Budgets by Country**
(Updated Information)

2486.40



2486.41

# Rise to the Challenge



Adobe Confidential

2486.42

# EXHIBIT 2

2486.43



This Document was Produced in Native Format

ADOBE_023747
Confidential - Attorneys' Eyes Only

2486. 44

ADOBE_023747-1



• **Introduce yourself and any other presenters with you.**

## Agenda

1. Key Underlying Philosophies
2. Roles and Responsibilities
3. The Basics
4. Core Components
5. Timeline of Key Steps
6. Resources
7. Q&A

2006 Adobe Systems Incorporated.  All Rights Reserved.

2

2486.46



2006 Adobe Systems Incorporated.  All Rights Reserved.

2486.47



It's simply better at Adobe

**Great People** — Adobe attracts and retains talented, highly motivated individuals

**Dynamic Environment** — Adobe cultivates an energizing environment that instills a sense of pride and winning spirit

**Winning Company** — Adobe inspires employees to contribute at peak performance and share in the success of this winning company

Performance Management for a high-performing company

2008 Adobe Systems Incorporated.  All Rights Reserved.

2482.48

4

## Compensation Philosophy and Guiding Principles

- Philosophy
  - To ensure we can attract and retain talented and motivated employees throughout the world partnering in our success, we provide competitive "Total Compensation" programs as appropriate to each country in which we do business.
- Guiding Principles
  - We share our success with our employees.
  - We offer competitive total compensation based upon practices for our industry and local markets in which we compete, while preserving Adobe's financial strength.
  - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
  - We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.
  - We fairly and regularly assess performance results and differentiate rewards based on performance.
  - We recognize and reward results and contributions tied to the success of the company and in support of company values.
  - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
  - We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.
  - We communicate the goals, features and value of our programs.

2006 Adobe Systems Incorporated.  All Rights Reserved.

5

Adobe

2486.49



Roles and Responsibilities

- Describe who the members are on the CTeam (Bruce and his direct reports) and MTeam (CTeam plus some of Shantanu and the SVP of Sales' direct reports)

2486.50



Significant Changes for 2007

*   **The significant changes for 2007 all contribute to the streamlining of the process this year. Hence, the "mini" Focal process.**

*   **If you are a new manger we will go into more detail on ranking later in the presentation**

J486.51          7

## The Basics



2006 Adobe Systems Incorporated.  All Rights Reserved.



2486.52



**Core Components**

- Performance Evaluation
- Ranking Process
  - Matrix
- Salary Focal Budget
  - Methodology
  - Budgets by Country
- Salary Increase Matrices
- Salary Focal Tool
- Updated Performance Appraisal
- Performance & Salary Discussion

2008 Adobe Systems Incorporated. All Rights Reserved.

JVM.53

9



2486.54







2786.56



**Core Component: Salary Focal Budget Methodology**

- **We'll be walking through the methodology to create the Salary Focal Budget, and then I'll share the budget for this year.**

2486.57

## Core Component: Salary Focal Budget Methodology *(cont.)*



2006 Adobe Systems Incorporated.  All Rights Reserved.

14



24 ㄴ. 58

14

**Core Component: Salary Focal Budget**





2486.59



**Example of Base Salary Impact with Pro-rated Budget**

2006 Adobe Systems Incorporated.   All Rights Reserved.

16

JV 86.60

## Core Component: Salary Focal Budget *(cont.)*



2009 Adobe Systems Incorporated. All Rights Reserved.   17

2486.61

17



Core Component: Pro-rated Salary Focal Budgets* by Country

2006 Adobe Systems Incorporated. All Rights Reserved.

2486.62





2486.63

## Core Component: Salary Increase Matrices (except India)



2006 Adobe Systems Incorporated. All Rights Reserved.

