# EXHIBIT 2486

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**REDACTED VERSION**

**Part 2 of 3**







Core Component: Salary Focal Tool

• Refer to the Adobe Presenter available on the Managers' Focal web site for help installing and using the tool

2008 Adobe Systems Incorporated.  All Rights Reserved.

• Refer to the *Salary Focal Tool and Reports* document on the Manager's Focal website.

## Core Component: Performance Appraisal





2486.67

**Core Component: Performance & Salary Discussion**



2006 Adobe Systems Incorporated.  All Rights Reserved.



24



- **Managers can start writing reviews now using the Performance Appraisal Worksheet (non-routable) available on the Manager's Focal website, and then copy/paste into the routable form, which will be available on 12/4.**

24 86.69

25

## Resources

- 2007 Managers' Performance Focal web site
  - Access from Inside Adobe
  - Adobe PDF of Managers' reference documents
  - Links to forms
  - Link to online Enrollment System to enroll in a 1:1 Coaching session
  - Posted email communications to managers and employees
- Managing at Adobe Website
- Communications
  - Email reminders for key action items
- If you have questions about...
  - An employee issue, contact your Human Resources Manager
  - The Focal timeline, process, or tools, contact the HRIC at x6-HELP (4357), option 5

2006 Adobe Systems Incorporated.  All Rights Reserved.                                26

- You can find your HRM on the Org Chart on Inside Adobe.
- Coaching sessions will be offered in Jan.

- Even though the HRIC is mainly for North America employees, for Focal timeline, process or tools questions, all employees can contact the HRIC.

ƆYƘ.70



24 86.71

# EXHIBIT 3

2486. 72



This Document was Produced in Native Format

ADOBE_015059
Confidential - Attorneys' Eyes Only

24 8673

ADOBE_015059-1



- Introduce Performance based Restricted Unit Program once and reference as PSU through out the rest of presentation
- Talking points from Bruce's presentation in December 2006



2482. 74          1

## Agenda

- Total Compensation
- Performance-based Restricted Stock Unit (PSU) Program
- Annual and Quarterly Variable Cash Incentive Plans (AIP and QIP)
- Your Next Steps
- Q&A

2007 Adobe Systems Incorporated.  All Rights Reserved.                    2                    Adobe

- **What we're going to cover today....remind them that this is a follow-on from the Dec. 20 Sr. Leader meeting and that this meeting is also being recorded for playback**

- **Housekeeping...how to ask questions via chat/telephone, etc.**



- **Introduction: With the importance of compensation and building a performance based culture, there needs to be alignment of goals that drive behaviors which lead to customer satisfaction, which then results in revenue/profit to the company, which then translates to shareholder appreciation and back to business performance**

- *We are committed to the following principles:*
    - We share our success with our employees.
    - ███████████████████████████████████████████████████
    - We provide a work environment including the tools, training and relevant information that supports a high level of personal and organizational productivity.
    - **We work together as individuals, managers and teams to define goals, and hold ourselves accountable for objectives we set.**
    - ███████████████████████████████████████████████████
    - **We recognize and reward results and contributions tied to the success of the company and in support of company values.**
    - We offer competitive benefits geared toward individual needs, flexibility, competitive environment, and cost effectiveness.
    - **We offer or participate in programs, which allow employees to effectively plan for and manage their financial futures.**
    - **We communicate the goals, features and value of our programs.**

2486.76        3





2486.77



2007 Adobe Systems Incorporated. All Rights Reserved.

24 86-78          5



2486.79





2482.80          7





248.81







**PSU Plan Overview**









2180.95



**PSU -- FY'07 Criteria**

2007 Adobe Systems Incorporated.  All Rights Reserved.

13





**FY'07 PSU Plan Matrix**

2482.87



FY'07 PSU Plan Matrix – Overachieve AOP Scenario

2007 Adobe Systems Incorporated.  All Rights Reserved.

15

Adobe

2786.88



2182.89



## AIP Plan Overview



2007 Adobe Systems Incorporated.   All Rights Reserved.



2484.91



2486.92

### FY'07 AIP/QIP Payout Matrix



2007 Adobe Systems Incorporated.  All Rights Reserved.



2486.93



FY'07 AIP/QIP Payout Matrix – Scenario A – Overachieve

2007 Adobe Systems Incorporated. All Rights Reserved.

2482.94   21



FY'07 AIP/QIP Payout Matrix – Scenario A – Overachieve





**FY'07 AIP/QIP Payout Matrix -- Scenario B -- Underachieve**







- **Follow up email with links to documents and additional resources will be sent this afternoon**

ᴐᴜ8ᴜ. ᴵᴏ0

27





**Revolutionizing**
how the world engages
with ideas and information

# EXHIBIT 4



This Document was Produced in Native Format

ADOBE_009668
Confidential - Attorneys' Eyes Only

ЭЧ86.104

ADOBE_009668-1

# HR All Hands

Donna Morris

September 11, 2008



Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

## Agenda

- Welcome
- Human Resources Strategic Plan
- Doug Mack – Photoshop Express
- Service Awards
- HR Excellence Award
- Q&A

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

## Welcome New Hires

- Aparna Malik, Talent – Noida

- Shweta Tyagi, Talent Dev. – Noida

- Paul Larsen, HR Consulting– San Jose

- Diana-Emanuela Sandra, Talent – Bucharest

- Zoe Spicer, HR Consulting – London



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.            3

# Human Resources
# Strategic Plan
## 2009 – 2011



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential

## Overview

- HR Vision 2011

  - Strategic Areas of Focus

  - Success Measures

  - HR Capabilities – Developing for the Future

  - Global HR Distribution

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.        5

## Human Resources 3 Year Strategic Imperatives

- Continue to evolve talent management capabilities that result in the ability to attract, develop and engage top performing global employees

- Ensure a foundation of world class HR programs, systems and services that deliver exceptional experiences

- Develop and execute upon a compelling total rewards strategy that contributes to the ability to attract, engage and align employees to deliver upon business results

- In partnership with leaders drive focused organizational change aligned with our core values that contributes to high levels of organizational effectiveness and employee engagement

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.          6



Global Growth Assumptions

Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



2011 HR Vision

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          9

## Key Areas of Focus 2009 - 2011

- Org Growth & Development

- Talent Management



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          10



- Total Rewards

- HR Operations

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

# HR Capabilities – Developing for the Future



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          14



HR Capabilities – Developing for the Future

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



HR Headcount Geographic Distribution – 2005 vs. Current

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

## Next Steps

- HR Operating Plan for 2009 to be developed
  - Building plans specific to areas of focus
  - Determine priorities and trade-off decisions
  - Each HR leader will share more

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          18

Doug Mack

Photoshop Express

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          19

## Service Awards for Q4

- Joanne Pires           San Jose          5 years
- Anne Storer           San Jose          10 years
- Karen Prince           San Jose          10 years
- Rosemary Arriada-Keiper    San Jose          10 years



Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.

HR Excellence Award

For outstanding teamwork on Leading the Global Engagement:

Melissa Daimler

Laura Mills

Lisa America



Copyright 2008 Adobe Systems Incorporated. All rights reserved. Adobe confidential.

## Global Engagement Survey Team – Special Thanks!

- Jack Gilmore
- Rajesh Rai
- Karen Prince
- Nancy Fontes
- Michelle Smith

- Chris Veilleux
- Barbara Dawson
- Angela Volfer
- Jocelyn Vosburgh
- Guy Worrell

Copyright 2008 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.



# EXHIBIT 5

248u.128



ADOBE_009295-1

ADOBE_009295
Confidential - Attorneys' Eyes Only