# EXHIBIT 2486

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

## Part 3 of 3



ADOBE_009296
Confidential - Attorneys' Eyes Only

ADOBE_009296-2

# HR Strategic Imperatives and Success Attributes

Copyright 2006 Adobe System Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009297
Confidential - Attorneys' Eyes Only

ADOBE_009297-3

# Key Workforce Trends

| Trends | Organizational Shifts |
|--------|----------------------|

Copyright 2008 Adobe Systems Incorporated. All rights reserved

Adobe Confidential

ADOBE_009298
Confidential - Attorneys' Eyes Only

ADOBE_009298-4

# Key Shifts by Strategic Priority

| Strategic Priority | Key Shifts |
| --- | --- |
| | |

Copyright 2006 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009299
Confidential - Attorneys' Eyes Only

ADOBE_009299-5



ADOBE_009300
Confidential - Attorneys' Eyes Only

ADOBE_009300-6



## Talent Acquisition Strategic Success

Current

Future

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential    Adobe

ADOBE_009301
Confidential - Attorneys' Eyes Only

ADOBE_009301-7



Copyright 2003 Adobe Systems Incorporated. All rights reserved

ADOBE_009302
Confidential - Attorneys' Eyes Only

ADOBE_009302-8

# Performance Management Strategic Success

Copyright 2005 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009303
Confidential - Attorneys' Eyes Only

ADOBE_009303-9

## Future State Overview – Managing Performance



Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009304
Confidential - Attorneys' Eyes Only

ADOBE_009304-10

Total Rewards Philosophy

Copyright 2005 Adobe Systems Incorporated. All rights reserved

Adobe Confidential

ADOBE_009305
Confidential - Attorneys' Eyes Only

ADOBE_009305-11



ADOBE_009306
Confidential - Attorneys' Eyes Only
ADOBE_009306-12

## Future State Overview – Total Rewards Priorities

- Ensure Total Rewards objectives align with, enable and support the company business strategy

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Confidential - Attorneys' Eyes Only

ADOBE_009307

ADOBE_009307-13

Future State Overview – Aligning Pay to Performance

Copyright 2003 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009308
Confidential - Attorneys' Eyes Only

ADOBE_009308-14

## Organizational Growth and Development Philosophy



Growing our key talent to provide the internal pipeline for tomorrow

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009309
Confidential - Attorneys' Eyes Only

ADOBE_009309-15

## Organizational Growth and Development Strategic Success

Current

Future

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009310
Confidential - Attorneys' Eyes Only

ADOBE_009310-16



## HR Operations Philosophy

Recognized for global HR excellence by providing the business with best practice processes and systems that provide high impact to the company leveraging centralization and a cost effective approach to HR and business priorities

Copyright 2003 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009311
Confidential - Attorneys' Eyes Only

ADOBE_009311-17

## Future State Overview – HR Operations



- Intended outcome is to ensure HR is cross functional to increase efficiencies and effectiveness

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential 

ADOBE_009312
Confidential - Attorneys' Eyes Only

ADOBE_009312-18

## HR Excellence



Align HR across the function to increase agility and flexibility, building and leveraging capabilities resulting in faster execution and focus on key strategic priorities

Copyright 2005 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009313
Confidential - Attorneys' Eyes Only

ADOBE_009313-19

## Future State Overview – Building HR Capabilities

- Build HR capabilities globally to support the business as it continues to evolve and scale



Copyright 2008 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

ADOBE_009314
Confidential - Attorneys Eyes Only

ADOBE_009314-20

## 2009 – 2013 Strategic Objectives, Measures and Metrics

| Success Metric | Measurements | 2009 Targets | 2013 Targets |
|---|---|---|---|

Copyright 2008 Adobe Systems Incorporated. All rights reserved

Adobe Confidential

ADOBE_009315
Confidential - Attorneys' Eyes Only

ADOBE_009315-21

# 2009 – 2013 Strategic Objectives, Measures and Metrics

| Success Metric | Measurements | 2009 Targets | 2013 Targets |
|---|---|---|---|
| | | | |

Copyright 2003 Adobe Systems Incorporated. All rights reserved

Adobe Confidential

ADOBE_009316
Confidential - Attorneys' Eyes Only

ADOBE_009316-22

## Performance Management Engagement Survey Measurement

- **Increase YOY engagement survey metrics related to performance management:**

| Focus | FY 2009 | FY 2010 Target |
|---|---|---|
| | | |

Copyright 2005 Adobe Systems Incorporated. All rights reserved.

Adobe Confidential

Confidential - Attorneys' Eyes Only

ADOBE_009317

ADOBE_009317-23

Appendix

University Recruiting

2
4   Copyright 2008 Adobe Systems Incorporated.  All rights reserved.

ADOBE_009318
Confidential - Attorneys' Eyes Only

ADOBE_009318-24

# University Recruiting Operating Plan: Key Shifts

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

25

Adobe Confidential

ADOBE_009319
Confidential - Attorneys' Eyes Only

ADOBE_009319-25



University Recruiting: 3 Year Roadmap

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

26

Adobe Confidential

ADOBE_009320
Confidential - Attorneys' Eyes Only

ADOBE_009320-26

University Recruiting KPIs

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

27

Adobe Confidential

ADOBE_009321
Confidential - Attorneys Eyes Only

ADOBE_009321-27

# University Recruiting: FY10 Targeted Universities

Copyright 2008 Adobe Systems Incorporated. All rights reserved.

28

Adobe Confidential

ADOBE_009322
Confidential - Attorneys' Eyes Only

ADOBE_009322-28



ADOBE_009323
Confidential - Attorneys' Eyes Only

2482.157