# EXHIBIT 2487

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION



# 2010 Annual Performance Review

## Compensation Training for Managers

December 2009

Copyright 2009 Adobe Systems Incorporated. All rights reserved.   Adobe Confidential.

EXHIBIT 2487
Deponent *Keiper*
Date 3-28-13
Gina V. Carbone, CSR

2487.1

ADOBE_100600
Confidential - Attorneys' Eyes Only

## Agenda

1. Key Underlying Philosophies & Total Rewards Overview

2. Refresh on the Performance Levels & Ranking Process

3. Cash Compensation

4. Equity Compensation

5. High Level Timeline

6. Next Steps

7. Resources

Confidential - Attorneys' Eyes Only

ADOBE_100601

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

# Performance Management Strategy

Continue to evolve culture toward pay for performance where key contributions of employees are recognized and rewarded, and managing performance is a key requirement to growing the business



Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

ADOBE_100602
Confidential - Attorneys Eyes Only

# Performance Management Framework



Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

ADOBE_100603
Confidential - Attorneys' Eyes Only

# Total Rewards Overview

2481.5

Confidential - Attorneys' Eyes Only

ADOBE_100604

Copyright 2009 Adobe Systems Incorporated.   All rights reserved   Adobe Confidential.

## Ranking Definition

- Ranking is a process to identify levels of performance across the company



Confidential - Attorneys' Eyes Only   ADOBE_100605

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

# Ranking Process



Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

ADOBE_100606
Confidential - Attorneys' Eyes Only

# Performance Levels



Confidential - Attorneys' Eyes Only

ADOBE_100607

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.



# Leading to Win



Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

ADOBE_100608
Confidential - Attorneys' Eyes Only

# Annual Review:  Cash and Equity Compensation

- **Cash Compensation**

  - Salary Budget Methodology and Overview

  - Budgets by Country

  - Salary Increase Matrix and Considerations

  - Salary Tool

- **Equity Compensation**

  - Equity Budget Methodology and Overview

  - Equity Grant Considerations

  - Stock Tool



Confidential - Attorneys' Eyes Only    ADOBE_100609    2Y871.10

# Annual Review Salary Budget Methodology

Copyright 2009 Adobe Systems Incorporated. All rights reserved   Adobe Confidential.

Confidential - Attorneys Eyes Only

ADOBE_100610

# Salary Budget Overview

[redacted]

ADOBE_100611
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

Adobe

# Salary Budgets by Country*

ADOBE_100612
Confidential - Attorneys' Eyes Only

3487.13

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

# Salary Increase Considerations for Managers



ADOBE_100613

Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated.   All rights reserved   Adobe Confidential.

# Salary Increase Matrices

Copyright 2009 Adobe Systems Incorporated. All rights reserved Adobe Confidential.



ADOBE_100614
Confidential - Attorneys' Eyes Only

2487.15

## Annual Review Salary Tool

- ※ Annual Review Salary Tool will be open starting December 14 for all managers to enter preliminary salary and performance level recommendations

- ※ Refer to the Adobe Presenter available on the Managers' Annual Review website or within the Salary Tool for help using the tool



ADOBE_100615
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

# Annual Review Equity Budget Methodology

## 1. Apply philosophy

- Provide market competitive rewards allowing us to attract and retain great global talent and differentiate based on exceptional company and individual performance

- Consistent application around the globe for competitiveness in the local markets

## 2. Gather and analyze equity survey data (published surveys and economic forecast reports)

- Market data source is primarily Radford equity survey

  - Market data is based on Adobe's direct peer companies

## 3. Factors to consider to determine worldwide equity budgets

- Shares outstanding and allocation approved by BOD

- Current employee ranking, job level and equity hold

- External equity – market competitiveness

- Adobe's financial state and economic conditions

## 4. Develop worldwide equity guidelines

- Target 65th percentile of the market data to create equity guidelines

Confidential - Attorneys Eyes Only

ADOBE_100616

2487.17

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.

# Equity Overview



Confidential - Attorneys' Eyes Only

ADOBE_100617

3487.18

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

# Equity Grant Considerations for Senior Leaders



ADOBE_100618
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated.  All rights reserved   Adobe Confidential.



# Annual Review Stock Summary



JY 87. 20

ADOBE_100619

Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.



# Annual Performance Review

ƆУ 87.ᄀᄀᄀ   ADOBE_100620
Confidential - Attorneys' Eyes Only

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.



## Next Steps

- If asked, participate in Ranking sessions for your organization

- In the Salary Tool, enter your salary and performance level recommendations for each of your employees by January 6

- Write reviews via Appraisal Form for each employee
  - If you choose, as an FYI, send a copy of the appraisal via Workspace to your manager

- ███████████████████████████████████████████

- Review resources for delivering effective feedback

Confidential - Attorneys' Eyes Only   ADOBE_100621

Copyright 2009 Adobe Systems Incorporated. All rights reserved. Adobe Confidential.

# Cash & Equity Compensation Resources

- Phase 2 Compensation Summary
- Annual Review Salary Tool training
  - Click the "Training" button in the Salary Tool or on the Manager's Annual Review website
  - For New Managers: Instructions on how to download the SAP GUI to access the Salary Tool
- Job/Salary Range Website
  - ███████████████████████████████████
- Performance Shares and Restricted Stock Units (RSU) Training
- Total Rewards Overview (online module)
  - Part 1 - Total Rewards Overview
  - Part 2 - Compensation Fundamentals
  - Part 3 - Compensation Programs
- General Compensation Info (pdf)
  - Note : There have been Total Reward Program changes not reflected within this

Confidential - Attorneys' Eyes Only

ADOBE_100622

3481.23

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.

# General Resources

- ## 2010 Managers' Annual Performance Review Website
    - Reference documents, trainings, communications, Appraisal Form
- ## 2010 Employees' Annual Performance Review Website
    - Trainings, Appraisal Form, communications
- ## Managing at Adobe Website
- ## If you have questions about…
    - The Appraisal Form:  contact the IT Service Desk at x6HELP
    - Annual Performance Review timeline, process or tools:
        - In North America and India:  contact the HRIC at x6HELP or hric@adobe.com
        - In all other geos:  contact your local HR Manager
    - An employee issue:  contact your HR Manager
    - Evaluating performance, ranking, department specific dates:  contact your manager

Confidential - Attorneys' Eyes Only

ADOBE_100623

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe Confidential.



2481.25   ADOBE_100624
Confidential - Attorneys' Eyes Only