# EXHIBIT 2800

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

**From:** Debbie Streeter
**Sent:** Tuesday, April 06, 2010 1:28 PM
**To:** Michael Gough
**Subject:** Direct Peers
**Attachments:** peer group slide.pptx; image001.png

Michael,

Please see attached the slide that shows our Direct peers. The slide also has our reference peers but we don't actually benchmark our compensation to these companies.

Correction in what I said earlier- our range spread is 60% for all levels up to Sr Dir. At the Sr Dir and above our range spread is 74%.

Thanks again for your help!!

Thanks

---



**Debbie Streeter**
Sr. Director, Total Rewards
Adobe Systems

408.536.4768 (tel)
408.410.5890 (cell)
streeter@adobe.com

345 Park Avenue
San Jose, CA, 95110
www.adobe.com

**If you are a North America-based employee and have an HR-related question, please contact the HR Information Center (HRIC) at x6-HELP (4357), or at hric@adobe.com.**



EXHIBIT 2800
WIT: Streeter
DATE: 4.5.2013
ANNE TORREANO, CSR #10520

2800.1

ADOBE_068264
Confidential - Attorneys' Eyes Only

# Adobe Peers

## DIRECT

  

  

  

  

  

## REFERENCE

 

 

 

 



*   *New additions approved by the Board in Jun 09.* **Verisign** *was removed from the peer list.*   This slide is for internal use only

CONFIDENTIAL – ATTORNEYS EYES ONLY

Copyright 2009 Adobe Systems Incorporated.  All rights reserved.  Adobe confidential.          1

ADOBE_068265





2800.3

ADOBE_068266