# EXHIBIT A

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION


IN RE:  HIGH-TECH EMPLOYEE        )

ANTITRUST LITIGATION             )

                                 )    No. 11-CV-2509-LHK

THIS DOCUMENT RELATES TO:        )

ALL ACTIONS.                     )

_____)


HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY


VIDEO DEPOSITION OF BRUCE CHIZEN


MARCH 15, 2013


Reported by:  Rosalie A. Kramm, CSR No. 5469, CRR

09:25:09  1    given up the CEO and president's jobs.

09:25:12  2         A.    That's correct.

09:25:20  3         Q.    So after May of 2008, did you -- did you or

09:25:24  4    have you done any work for Adobe?

09:25:26  5         A.    No.

09:25:34  6         Q.    How long did you work for Bill Campbell?

09:25:36  7         A.    I worked for Mr. Campbell from -- are you

09:25:41  8    asking directly or within his organization?

09:25:44  9         Q.    Well, I -- fair enough.

09:25:47 10               How -- where -- at what company did you and

09:25:52 11    Mr. Campbell work together?

09:25:53 12         A.    Claris Corporation.

09:25:55 13         Q.    And at that time was Mr. Campbell CEO of the

09:25:58 14    company?

09:25:58 15         A.    Yes.

09:25:58 16         Q.    And how long did you work for Claris?

09:26:00 17         A.    From -- these are approximate dates.

09:26:04 18         Q.    Right.

09:26:04 19         A.    The fall of 1987 until 19- -- until February of

09:26:13 20    1994.  I believe Mr. Campbell left either 1990 or '91.

09:26:19 21    So it would have been three to four years.

09:26:21 22         Q.    And was there a point in time when you worked

09:26:23 23    directly for Mr. Campbell?

09:26:25 24         A.    There was a short period of time prior to him

09:26:27 25    leaving where I worked directly for Mr. Campbell.

09:26:30  1      Q.    Do you still see Bill Campbell?

09:26:32  2      A.    I still stay in touch with Mr. Campbell.

09:26:35  3      Q.    Would you say he's a friend of yours?

09:26:40  4      A.    It's -- it's hard to define the word "friend."

09:26:45  5  He's somebody I respect.  He's somebody who has helped

09:26:49  6  build my career.  He has been a great mentor and I try to

09:26:53  7  stay in touch with him.  Do I celebrate birthdays with

09:26:56  8  him?  Typically not.  Do I go on vacation with him and

09:27:00  9  his partner?  No.  Do I go out with, do I see him 10

09:27:07 10  times or 12 times a year?  No.

09:27:09 11          So, you know, it all depends on definition of

09:27:12 12  "friend."  But do I see him once or twice a year?  Yes.

09:27:18 13  Do I have an occasion drink with him?  Yes.  Well, there

09:27:23 14  would be a quick email exchange on some -- some business

09:27:26 15  issue.  Yes.

09:27:28 16      Q.    Were you in more regular contact with

09:27:30 17  Mr. Campbell when you were working for Adobe?

09:27:38 18      A.    Perhaps, but I'm not sure.  It was never to the

09:27:41 19  degree in which I just defined "friend," 10, 12 times a

09:27:47 20  year and all that.

09:27:49 21      Q.    Did -- so you came to Adobe as part of the

09:28:29 22  acquisition or merger between Adobe and Aldus?

09:28:33 23      A.    Aldus, yes.

09:28:35 24      Q.    Okay.  And when you became the CEO in 2000, did

09:28:42 25  you take that job over from Mr. Warnock?

| | | |
|---|---|---|
| 09:28:46 | 1 | A.    From Dr. Warnock, yes. |
| 09:28:49 | 2 | Q.    And, again, just so we're clear, when we're |
| 09:28:53 | 3 | saying Dr. Warnock, we're referring to John Warnock? |
| 09:28:58 | 4 | A.    Yes. |
| 09:28:58 | 5 | Q.    Who was one of the founders of the company? |
| 09:29:00 | 6 | A.    Yes. |
| 09:29:06 | 7 | Q.    When you took over as CEO, what was |
| 09:29:08 | 8 | Mr. Geschke's job? |
| 09:29:11 | 9 | A.    He had retired. |
| 09:29:12 | 10 | Q.    Okay. |
| 09:29:13 | 11 | A.    And he was co-chair of the board. |
| 09:29:16 | 12 | Q.    And when you took over the CEO job -- |
| 09:29:19 | 13 | A.    Let me restate that.  He -- there were two |
| 09:29:21 | 14 | chairs.  I used the title co-chair.  He was chair. |
| 09:29:26 | 15 | Q.    So when you took over as the CEO, Mr. Geschke |
| 09:29:29 | 16 | and Dr. Warnock were the co-chairs of the Adobe board? |
| 09:29:32 | 17 | A.    They were the chairs of the Adobe board, |
| 09:29:35 | 18 | technically. |
| 09:29:36 | 19 | Q.    Did they continue to serve in that role or job |
| 09:29:38 | 20 | throughout the entirety of the period of time that you |
| 09:29:40 | 21 | were the CEO of Adobe? |
| 09:29:42 | 22 | A.    Yes. |
| 09:30:12 | 23 | MR. SAVERI:  I need some exhibit tabs. |
| 09:30:14 | 24 | (Exhibit 1800 was marked for identification.) |
| | 25 | // |

09:52:56  1        I do remember focusing on the two objectives I

09:53:02  2   had in mind, which I suspect at that time was making sure

09:53:07  3   that I didn't confuse the customer at the same time I

09:53:10  4   made sure that the Department of Justice got the right

09:53:13  5   message.

09:53:14  6   BY MR. SAVERI:

09:53:14  7        Q.   Now, did you believe, though, at the time that

09:53:25  8   Apple and Adobe were competitors?

09:53:36  9        A.   In 2005 we were more collaborators than we were

09:53:45 10   competitors.  We competed in niche areas of our product

09:53:51 11   lines.  I always believed that Apple could potentially be

09:53:58 12   a very big threat to Adobe, either by alienating us, not

09:54:07 13   giving us what we needed to optimize our products for

09:54:10 14   their architecture, their software, their hardware; or

09:54:15 15   competing aggressively against us.  I always believed

09:54:18 16   that and was always concerned about that.

09:54:20 17        If you looked at the facts at the time, I

09:54:23 18   believe the areas in which we competed were few -- few

09:54:28 19   areas and not really material.

09:54:30 20        However, because we were undergoing the

09:54:34 21   discovery of the Department of Justice, I wanted to make

09:54:37 22   sure they understood not only the potential threat that

09:54:40 23   Apple would -- could be, but also the areas in which they

09:54:44 24   were already a threat even though they were relatively

09:54:49 25   immaterial, I believe, at the time.

09:54:50  1          Q.    Well, so I -- I guess I'm trying to -- to focus

09:54:54  2     in and get your best recollection.

09:54:59  3                At the time -- well --

09:55:01  4          A.    And -- and I'll add, if you go back and look at

09:55:04  5     our SEC filings at the time, we always talked about Apple

09:55:09  6     and the point -- some of the point products being

09:55:11  7     competitive.

09:55:12  8          Q.    So is it fair to say that at -- well, let me

09:55:16  9     just ask the question.

09:55:17 10                This article -- this interview was given in

09:55:19 11     about -- in April of 2005.

09:55:21 12          A.    That's right before we received approval from

09:55:24 13     the Department of Justice.

09:55:26 14          Q.    Was there friction in the Apple/Adobe

09:55:30 15     relationship at that time?

09:55:31 16          A.    There was always -- for as long as I was CEO,

09:55:35 17     there was always friction between Apple and Adobe.

09:55:40 18          Q.    Were you the CEO when Warnock and Jobs and Bill

09:55:51 19     Gates were all on the stage together at the Seybold

09:55:55 20     conference?

09:55:56 21          A.    I was not at Aldus or Adobe.  I was not with

09:56:02 22     the company at that point in time.

09:56:03 23          Q.    Do you remember that event?

09:56:04 24          A.    No.

09:56:06 25          Q.    Now, at this time, and by "this time," April

09:56:11  1    2005, did you view Microsoft as a competitor of Adobe?

09:56:16  2         A.   Yes.

09:56:17  3         Q.   And --

09:56:18  4         A.   As well as a partner.

09:56:24  5         Q.   Okay.  Did -- in -- in what way was Microsoft a

09:56:30  6    competitor at this time?

09:56:35  7         A.   They -- I'm not sure of the time frame, but

09:56:42  8    they were competing around that time frame aggressively

09:56:48  9    in a digital imaging space against products in the

09:56:54  10   category of Adobe Photoshop, which was a major revenue

09:57:00  11   contributor.

09:57:01  12              They were also working on ways to undermine our

09:57:05  13   Acrobat business and our PDF franchise, which was a

09:57:12  14   significant revenue contributor to Adobe.

09:57:17  15              And there were a number of other areas.

09:57:20  16              They were much more of a competitor than

09:57:25  17   somebody like Apple.  At the same time, we needed to

09:57:30  18   collaborate with them because we wanted to optimize our

09:57:33  19   software for their operating system, for Microsoft

09:57:36  20   Windows.

09:57:40  21        Q.   Well, in 2005, at this time in 2005, did Adobe

09:57:47  22   and Microsoft collaborate on a number of products?

09:57:54  23        A.   I'm -- I would assume so, because we had no

09:57:58  24   choice, since our products worked on Microsoft Windows.

09:58:02  25              Also somewhere around that time frame I was

10:53:46  1       Q.   Did you trust him personally?

10:53:56  2       A.    In regards to what?

10:53:58  3       Q.   Well, when did you first meet Steve Jobs?

10:54:03  4       A.    My first interaction with Steve Jobs is when he

10:54:07  5    first came back to Apple, and I was still -- I was off

10:54:12  6    running the graphics business, so it must have been in

10:54:16  7    mid-19 -- late '90s.

10:54:19  8       Q.   So when you first met Jobs, were you working

10:54:21  9    for Adobe?

10:54:22 10       A.    I was working for Adobe, yes.

10:54:24 11       Q.   And when you first met Mr. Jobs, was Mr. Jobs

10:54:27 12    working for Apple?

10:54:28 13       A.    Yeah.  Let me -- let me correct one thing.  I

10:54:30 14    worked at Microsoft in the years of 1983 to 1987, and I

10:54:35 15    might have had an interaction with Mr. Jobs.  But I

10:54:38 16    certainly don't remember it specifically, and he

10:54:41 17    certainly wouldn't have remembered me.

10:54:44 18       Q.   So the first time you -- you remember meeting

10:54:48 19    Mr. Jobs was at a time that you were at Adobe.

10:54:50 20       A.    Yes.

10:54:51 21       Q.   And Mr. Jobs was --

10:54:53 22       A.    Again, I -- I -- I was -- somewhere between

10:54:56 23    1983 and 1987 I was at a press conference with Mr. Gates

10:55:00 24    and Mr. Jobs, and somebody might have introduced me to

10:55:03 25    Mr. Jobs, but I don't specifically -- but I did see him

10:55:06  1    and I was in the same room with him.

10:55:08  2         Q.   And I was just trying to figure out, I think

10:55:10  3    you said that you -- when you first met Mr. Jobs in kind

10:55:14  4    of a significant way you were working at Adobe?

10:55:16  5         A.   Yes.

10:55:17  6         Q.   And he had returned to Apple.

10:55:18  7         A.   Yes.

10:55:19  8         Q.   So had he -- was Bill Amelio still running

10:55:23  9    Apple, or had he left?

10:55:25 10         A.   He had left.

10:55:26 11         Q.   So that just kind of helps me place it.

10:55:30 12              How many -- from that point in time did you

10:55:34 13    regularly communicate with Steve Jobs?

10:55:36 14         A.   No.  My communication with Steve Jobs didn't

10:55:39 15    start occurring until Dr. Geschke resigned as president,

10:55:43 16    which was approximately 2000.

10:55:46 17         Q.   From that point forward, though, did you speak

10:55:48 18    or communicate with Mr. Jobs on a regular basis?

10:55:51 19         A.   Yes, more so when I took over as CEO in later

10:55:54 20    2000.

10:55:55 21         Q.   Did you like him?

10:55:58 22         A.   I respected him.

10:55:59 23         Q.   Okay.  Did you like him?

10:56:03 24         A.   It didn't make a difference.

10:56:07 25         Q.   Did you think he was a tough businessman?

| | | |
|---|---|---|
| 10:56:11 | 1 | A.   Absolutely. |
| 10:56:12 | 2 | Q.   Did you think he was ruthless? |
| 10:56:14 | 3 | A.   Absolutely. |
| 10:56:16 | 4 | Q.   Do you think he was honest when he spoke to |
| 10:56:18 | 5 | you? |
| 10:56:35 | 6 | A.   Sometimes. |
| 10:56:36 | 7 | Q.   Sometimes not? |
| 10:56:37 | 8 | A.   Sometimes not. |
| 10:57:04 | 9 | Q.   Did you ever talk to Dr. Warnock about Steve |
| 10:57:07 | 10 | Jobs? |
| 10:57:08 | 11 | A.   Yes. |
| 10:57:09 | 12 | Q.   Did Dr. Warnock share your views of Mr. Jobs? |
| 10:57:17 | 13 | Do you know? |
| 10:57:21 | 14 | A.   I don't think so. |
| 10:57:23 | 15 | Q.   Okay.  In what way?  How were they -- excuse |
| 10:57:26 | 16 | me.  Let me ask a better question. |
| 10:57:28 | 17 | How were Dr. Warnock's views of Steve Jobs |
| 10:57:33 | 18 | different than yours? |
| 10:57:34 | 19 | MR. MITTELSTAEDT:  Objection to form. |
| 10:57:35 | 20 | THE WITNESS:  I can't -- I don't want to -- am |
| 10:57:36 | 21 | unable to tell you how Dr. Warnock thinks about Steve |
| 10:57:42 | 22 | Jobs.  I think Dr. Warnock is in the best position to do |
| 10:57:45 | 23 | that. |
| 10:57:45 | 24 | MR. SAVERI:  Fair enough. |
| 10:57:46 | 25 | Q.   Did he ever tell you he thought Steve Jobs was |

11:16:29  1    that he was displeased?

11:16:31  2         A.   Yes.

11:16:42  3         Q.   Did you understand that at some point in time

11:16:43  4    Steve Jobs came to believe that Adobe was not a partner

11:16:46  5    of Apple's?

11:16:48  6              MR. MITTELSTAEDT:  Object to form.

11:16:49  7              THE WITNESS:  I don't know what Steve believed

11:16:51  8    or didn't believe.

11:16:52  9    BY MR. SAVERI:

11:16:53  10        Q.   Did he ever express that to you?  That is that

11:16:56  11   he had come to the conclusion that Adobe was no longer a

11:17:01  12   partner of --

11:17:02  13        A.   No.

11:17:03  14        Q.   -- of Apple's?

11:17:04  15        A.   Not that I recall, no.

11:17:17  16        Q.   Can you recall or identify a decision that you

11:17:19  17   made as CEO of Adobe that caused the most friction

11:17:24  18   between the two companies?

11:17:27  19        A.   I can recall a number of decisions I made.  I

11:17:29  20   don't know which one was the most decisive.

11:17:34  21        Q.   Can you describe those for me, please.

11:17:36  22        A.   One was the decision to optimize for OS X

11:17:47  23   around our product LiveCycle, so in conjunction with

11:17:54  24   product feature additions, as opposed to just doing OS X

11:17:59  25   only --

11:17:59   1        Q.    Right.

11:17:59   2        A.    -- additions.  Steve was not happy with that.

11:18:10   3              Steve showed me some prototypes of a Macintosh

11:18:15   4    computer on the Intel architecture before they were

11:18:19   5    publicly announced, and we had just gotten done

11:18:23   6    completing our OS X initiatives, which were painful and

11:18:27   7    hard, and it would have been a lot of work to now port

11:18:30   8    them to an Intel architecture, and I told him that, and

11:18:33   9    he didn't like that.

11:18:35   10       Q.    Okay.

11:18:36   11       A.    Those are two examples of things that he didn't

11:18:38   12   like.  He didn't like that the products on Windows looked

11:18:45   13   and felt like the products on Macintosh, thereby not

11:18:52   14   differentiating the two platforms, which was upsetting to

11:18:56   15   him.

11:18:57   16       Q.    Anything else that you would identify as

11:18:59   17   particular decisions that you made that --

11:19:02   18       A.    There would be product features that we

11:19:04   19   weren't -- I don't recall which one, because the list

11:19:07   20   would go on and on -- that we were implementing that

11:19:11   21   didn't take full advantage of the unique capabilities of

11:19:16   22   his hardware and software.

11:19:26   23       Q.    When -- when Steve Jobs was displeased with any

11:19:31   24   of these decisions that you made, how did he express that

11:19:33   25   to you?

11:19:36  1      A.    It's hard for me to tell whether he expressed

11:19:39  2  all his displeasure on each of my decisions, but many of

11:19:43  3  his -- many of the decisions that I made he would

11:19:47  4  typically pick up the phone and start screaming at me.

11:19:51  5      Q.    Okay.  So he had -- he had your cell phone

11:19:55  6  number?

11:19:55  7      A.    He probably had my cell phone number.  He

11:19:58  8  definitely had my home number.  And he had my office

11:20:01  9  number.

11:20:01 10      Q.    So he would call you from time to time and

11:20:04 11  express his displeasure in -- in no uncertain terms; is

11:20:08 12  that fair?

11:20:09 13      A.    That is very fair.

11:20:10 14      Q.    Would he also -- did he also send you emails,

11:20:12 15  too, sometimes?

11:20:18 16      A.    On the bigger issues he typically picked up on

11:20:21 17  the phone.  On the ones that were just slightly annoying,

11:20:24 18  he'd send me an email.  He was much more effective on the

11:20:29 19  phone.

11:20:35 20      Q.    During the time that you were CEO, do you think

11:20:38 21  that the relationship between the two companies, that is

11:20:40 22  Adobe and Apple, got worse?

11:20:42 23      A.    Yes.

11:20:42 24      Q.    Were there particular points in time or

11:20:44 25  milestones in that arc where you -- where you think the

11:20:51 1    relationship did get significantly worse?

11:20:55 2        A.   Yeah, again, I'm recalling, so I -- you know,

11:21:00 3    my timetables could be off.  I might miss some events.

11:21:06 4            Certainly when he introduced -- again, I think

11:21:09 5    it was Final Cut, which was the video editing solution,

11:21:13 6    he had purchased that solution from Macromedia, this is

11:21:17 7    way before we acquired them, and he told me that he was

11:21:19 8    purchasing it at the time to go into the consumer market,

11:21:24 9    and he ended up going into the professional market.

11:21:27 10       Q.   Right.

11:21:27 11       A.   So that -- that was a disturbing situation, and

11:21:33 12   we discussed it, and he said, yeah, we had to change our

11:21:37 13   direction because of a whole bunch of reasons, which I

11:21:41 14   clearly understood.  That doesn't mean I liked it.

11:21:47 15           The not getting to OS X as quickly as he wanted

11:21:52 16   us to across the product line was painful for the

11:21:58 17   relationship from his perspective.

11:22:04 18           Him launching Aperture, which was a digital

11:22:09 19   imaging product, which did compete direct -- didn't

11:22:14 20   compete directly with Adobe Photoshop, but we thought it

11:22:19 21   infringed on our franchise and hurt our partnership.

11:22:23 22           Those are the ones that stood out for me while

11:22:25 23   I was there.

11:22:27 24       Q.   Did he pick up the phone and call you about all

11:22:29 25   of those things?

11:22:33 1      A.    OS X, yes; Final Cut, that was me calling him.

11:22:41 2      Q.    Okay.

11:22:43 3      A.    And then Aperture, I think he called me to tell

11:22:46 4  me that he was introducing the product, and it didn't

11:22:50 5  compete.

11:22:52 6      Q.    So when he called you, and you had these

11:22:58 7  spirited discussions, do you think he was angry from time

11:23:04 8  to time?

11:23:05 9      A.    I -- I don't know.  I have no way of knowing

11:23:10 10  what his feelings were.  I believed that everything that

11:23:15 11  Steve did was in the best interest of Apple computer, as

11:23:24 12  I believe that everything that I did was in the best

11:23:26 13  interest of Adobe Systems.  And that was the way I

11:23:29 14  approached Steve Jobs.

11:23:31 15          So I don't know whether he was angry, whether

11:23:34 16  he was sad, whether he liked me, whether he disliked me,

11:23:37 17  nor did it matter.

11:23:38 18      Q.    Well, did he ever tell you that he thought you

11:23:40 19  had been untruthful to him?

11:23:45 20      A.    I -- I don't recall.

11:23:46 21      Q.    Did he ever tell you that he thought you were a

11:23:48 22  liar?

11:23:50 23      A.    I don't recall him ever telling -- I suspect he

11:23:53 24  would have liked to tell me that, but I don't think he

11:23:57 25  ever said that.

| | | |
|---|---|---|
| 11:23:59 | 1 | Q.   Okay. |
| 11:23:59 | 2 | A.   At least I don't recall it. |
| 11:24:01 | 3 | Q.   And do you recall if he ever said he couldn't |
| 11:24:03 | 4 | trust you anymore? |
| 11:24:05 | 5 | A.   I don't recall him saying that. |
| 11:24:06 | 6 | Q.   Okay.  Let me just go back for a second. |
| 11:24:13 | 7 | When you talk -- I asked you some questions |
| 11:24:15 | 8 | about companies that -- that Adobe collaborated with. |
| 11:24:20 | 9 | Prior to the acquisition of Macromedia, did you view |
| 11:24:25 | 10 | Macromedia as a company that Adobe collaborated with? |
| 11:24:30 | 11 | A.   No. |
| 11:24:31 | 12 | Q.   Was there -- prior to the acquisition of |
| 11:24:34 | 13 | Macromedia by Adobe, was there a business relationship |
| 11:24:38 | 14 | between the two companies, licensing, products, |
| 11:24:43 | 15 | development agreements, that sort of thing? |
| 11:24:45 | 16 | A.   If there was, it was because we had no choice, |
| 11:24:47 | 17 | but we were busy suing each other in the courts. |
| 11:24:51 | 18 | Q.   Right.  Okay.  Let me switch subjects a little |
| 11:26:19 | 19 | bit.  During the time that you were the CEO of Adobe, how |
| 11:26:22 | 20 | many people worked for Adobe? |
| 11:26:25 | 21 | A.   My guess is it started out approximately 2000, |
| 11:26:30 | 22 | by the time I left it was approximately 7,000. |
| 11:26:32 | 23 | Q.   How many physical locations did Adobe operate |
| 11:26:35 | 24 | in? |
| 11:26:38 | 25 | A.   I -- I don't recall. |

| | | |
|---|---|---|
| 11:26:40 | 1 | Q.   Well, were there several? |
| 11:26:41 | 2 | A.   Yes. |
| 11:26:44 | 3 | Q.   Did Adobe operate across -- across the world? |
| 11:26:48 | 4 | A.   Yes. |
| 11:26:53 | 5 | Q.   Can you tell me how significant were labor |
| 11:26:59 | 6 | costs for Adobe? |
| 11:27:02 | 7 | A.   Very significant. |
| 11:27:03 | 8 | Q.   Is there some metric you -- we could use to |
| 11:27:06 | 9 | talk about that in terms of the budget? |
| 11:27:08 | 10 | A.   I don't -- I don't -- I don't have specific |
| 11:27:12 | 11 | data that I can recall.  It's certainly a -- probably |
| 11:27:18 | 12 | available through some of the SEC filings.  I just don't |
| 11:27:21 | 13 | know. |
| 11:27:22 | 14 | Q.   But would you agree with me that labor costs |
| 11:27:24 | 15 | were a significant part of Adobe's costs? |
| 11:27:28 | 16 | A.   Yes. |
| 11:27:30 | 17 | Q.   Can you identify any -- any item of cost that |
| 11:27:34 | 18 | was more significant at Adobe? |
| 11:27:40 | 19 | A.   Not off the top of my head. |
| 11:27:44 | 20 | Q.   So as you sit here today, can you give me any |
| 11:27:46 | 21 | sense of what percentage of Adobe's costs were labor |
| 11:27:49 | 22 | costs?  It is a long time ago. |
| 11:27:52 | 23 | A.   A long time ago, I forgot that P&L. |
| 11:27:55 | 24 | Q.   Congratulations. |
| 11:27:56 | 25 | When you were the CEO, though, did you see that |

11:27:59  1    kind of information?

11:28:00  2         A.   Yes.

11:28:05  3         Q.   As the CEO, did you have responsibility for

11:28:08  4    setting a budget for labor costs?

11:28:13  5         A.   The way we did budgeting at Adobe was more on

11:28:17  6    the departmental side, so the -- the labor costs were the

11:28:24  7    result of how we allocated the expenditures.  So I didn't

11:28:28  8    specifically say, let's allocate X percent towards labor

11:28:32  9    or towards personnel.

11:28:34  10              It was the aggregate of that that I would look

11:28:36  11   at after the business planning was done.

11:28:39  12        Q.   So could you give me -- could you describe for

11:28:41  13   me what your regular role was as CEO with respect to

11:28:46  14   setting compensation levels at Adobe.

11:28:49  15        A.   Yes.  I set the compensation philosophy of the

11:28:53  16   company.  I had to approve and wanted to approve the

11:28:58  17   total merit increases.  I would review at a certain level

11:29:04  18   the merit increases by function and by title.  I would

11:29:10  19   look at the external data to make sure that we were

11:29:16  20   staying within our compensation philosophy.  And then I

11:29:23  21   would typically approve exceptions to our compensation

11:29:27  22   philosophy.

11:29:31  23              So if we were looking to hire somebody outside

11:29:35  24   a range or we were going to give somebody more stock

11:29:38  25   equity than what was part of our guidelines, I would

| | | |
|---|---|---|
| 11:29:41 | 1 | typically see them if they were at a certain level. |
| 11:29:44 | 2 | Q.   When you say a range, what do you mean? |
| 11:29:46 | 3 | A.   For every position, we would have a salary |
| 11:29:50 | 4 | range.  So depending on a person's individual experience, |
| 11:29:58 | 5 | their role and responsibility, the job would pay |
| 11:30:02 | 6 | externally between X and Y according to the data we had, |
| 11:30:06 | 7 | and we said philosophically we wanted to pay within the X |
| 11:30:11 | 8 | percent and the Y percent of that range. |
| 11:30:14 | 9 | Q.   Right. |
| 11:30:14 | 10 | A.   And I wanted to make sure we were staying |
| 11:30:17 | 11 | within that relative philosophy.  There were always |
| 11:30:21 | 12 | exceptions.  Acquisitions, people who had incredible |
| 11:30:27 | 13 | talent that were really providing a bigger role than |
| 11:30:30 | 14 | their title did, so there were always exceptions.  But |
| 11:30:33 | 15 | for the most part, I took responsibility philosophically |
| 11:30:40 | 16 | to comply to what I believed to be the right thing to do. |
| 11:30:44 | 17 | Q.   Was everybody who worked at Adobe assigned a |
| 11:30:47 | 18 | job title? |
| 11:30:50 | 19 | A.   I think so. |
| 11:30:51 | 20 | Q.   And was every -- so was everybody at Adobe |
| 11:31:00 | 21 | assigned or put into a job title with which a salary |
| 11:31:05 | 22 | range was associated? |
| 11:31:07 | 23 | A.   I think so.  But the details for how that |
| 11:31:13 | 24 | philosophy got executed, I don't know the tactical |
| 11:31:17 | 25 | systems around it. |

11:31:18  1        Q.   Well, and I'm just trying to find out what your

11:31:20  2    involvement is in this structure and this system.  Do

11:31:23  3    you -- did you have any role in, using your kind of

11:31:26  4    terminology, in setting the X and the Y of a salary

11:31:29  5    range?

11:31:30  6        A.   Yes.

11:31:31  7        Q.   And what was your role?

11:31:32  8        A.   At a -- at a functional -- as a company-wide,

11:31:38  9    we would say, for specific functions we wanted to pay

11:31:41 10    within this range.  For other functions, we were willing

11:31:44 11    to go within a different range depending on the function

11:31:47 12    of the job.  I would not get involved in the details of

11:31:52 13    an individual's salary unless -- two reasons:  They were

11:31:58 14    a certain level and above, some -- what we -- I think it

11:32:04 15    was either director or senior director.  I forget the

11:32:07 16    titles at the time.  Or if there was a proposal to do

11:32:12 17    something outside of the ranges that we had set in a

11:32:16 18    significant way.

11:32:17 19        Q.   Were the ranges set based in part on market

11:32:20 20    metrics or -- or market surveys?

11:32:23 21        A.   We -- we relied heavily on external data.  So

11:32:26 22    it -- I don't -- I don't know which ones, but Radford

11:32:29 23    would be an example of that, the Radford data.

11:32:32 24        Q.   Did you yourself review or were you presented

11:32:34 25    Radford surveys as part of your review of the

11:32:37  1  compensation?

11:32:38  2       A.   At a summary level.

11:32:39  3       Q.   Okay.  And were there particular market targets

11:32:45  4  that Adobe used as benchmarks or guidelines for setting

11:32:49  5  salary ranges?

11:32:51  6       A.   Yes.

11:32:51  7       Q.   And what were they?

11:32:53  8       A.   I don't know specifics, but they tended to be

11:32:56  9  software, high-tech, those that were geographically

11:33:03 10  similar to wherever the position existed.

11:33:06 11       Q.   And would -- was it your practice or your

11:33:09 12  philosophy to set those salary ranges at a certain

11:33:14 13  percentage or at a certain level based on what your --

11:33:17 14  what Adobe understood the market to be, based on Radford

11:33:21 15  data or other information?

11:33:23 16       A.   Yeah, if I understand your question, correctly,

11:33:25 17  yes.

11:33:26 18       Q.   Okay.  The -- and so from time to time did the

11:33:32 19  X and Y of a salary range change?

11:33:35 20       A.   Yes.  So depending on the market data -- and --

11:33:39 21  typically, it would be reviewed once a year during

11:33:42 22  planning process.

11:33:43 23       Q.   And would you have a role in -- or did you

11:33:45 24  approve that on a regular basis?

11:33:49 25            Let me ask a better question.

11:33:51  1          Was it part of your job to approve changes to

11:33:54  2     those salary ranges?

11:33:57  3          A.    No.  I would approve the annual merit

11:34:00  4     increases.  I would review the bonuses paid out to the

11:34:06  5     top percentage of the company, so it tended to be --

11:34:10  6          Q.    Right.

11:34:10  7          A.    -- management positions, above.  I don't

11:34:13  8     believe I would look at the salary range data.  I just

11:34:15  9     wanted to know that -- I relied on the HR department to

11:34:19 10     tell me they were complying with our philosophy, which

11:34:22 11     was to pay within a range, and if we -- if we were going

11:34:28 12     to move a complete function to a different range, then I

11:34:33 13     would get involved.

11:34:34 14          So, for example, if we were paying engineers in

11:34:37 15     the 40 to 60 percentile, and if there was a proposal to

11:34:46 16     start paying at a higher range, 70 to 90 percent, that

11:34:49 17     would come to my attention, I believe.

11:34:52 18          Q.    Okay.  But -- did Adobe, for example, use these

11:35:06 19     to set salary ranges for particular job titles or job

11:35:10 20     categories at a range that was calculated at 40 percent

11:35:13 21     or 60 percent of market?

11:35:14 22          A.    I -- again, at a high level, I know what we

11:35:19 23     did.  I don't know what we did for a specific position

11:35:22 24     and -- that's a level of detail I -- I -- I don't -- I

11:35:26 25     don't recall getting involved in.

11:35:28 1      Q.   Okay.  Fair enough.  But if -- if there had

11:35:30 2   been a salary range established, and let's just say

11:35:35 3   hypothetically it was 40 percent to 60 percent of market

11:35:38 4   based -- for a particular job, like a software engineer,

11:35:45 5   if the Radford Survey data came back and said, the market

11:35:53 6   has gone up 5 percent, did you -- did you decide whether

11:36:05 7   that 40 to 60 percent would be raised 5 percent to

11:36:10 8   reflect the Radford data or market information, or was

11:36:14 9   that something that the HR compensation folks did?

11:36:16 10              MR. MITTELSTAEDT:  Object to form.

11:36:19 11              THE WITNESS:  Typically, the HR people would

11:36:21 12   come to me and say, we really need to move the ranges on

11:36:25 13   this based on the Radford data.  Here is the Radford

11:36:28 14   data.  So it would be me approving a recommendation.

11:36:33 15              Again, the philosophy of the company, which I

11:36:38 16   said, we're going to pay within this percentile for

11:36:41 17   these -- at a high level --

11:36:42 18   BY MR. SAVERI:

11:36:43 19      Q.   Right.

11:36:43 20      A.   -- for, you know, engineering product, we'll

11:36:45 21   pay this, for the rest of the organization we're paying

11:36:47 22   this within the Radford, so if Radford moved

11:36:51 23   automatically, the -- that would move.

11:36:53 24      Q.   And that was my question, whether in order for

11:36:55 25   the compensation for any particular people who fell

11:36:58 1    within that range to move, did you have -- did you have

11:37:01 2    to validate Radford's conclusion that it moved --

11:37:04 3        A.   No.

11:37:04 4        Q.   -- 5 percent or that was just something --

11:37:06 5        A.   That was typically -- no, with one caveat, we

11:37:10 6    also had to live within our budget.  So if Radford moved

11:37:14 7    20 percent, and we can only afford to do a merit increase

11:37:19 8    for the company of 5 percent, we had to make a conscious

11:37:22 9    decision of which positions we were going to let go to

11:37:26 10   the 20 percent versus which ones we were going to keep at

11:37:30 11   2 percent.  That's when I would get involved.

11:37:32 12       Q.   Did that ever happen from time to time, that

11:37:33 13   the market data came back in a way that you couldn't

11:37:37 14   afford?

11:37:38 15       A.   Typically not.  Adobe was such a cash rich

11:37:44 16   company, expense was not my number one concern.

11:37:48 17       Q.   Okay.

11:37:49 18       A.   I was more concerned about revenue growth.  So

11:37:51 19   I didn't -- I wasn't -- I wanted to pay in a way where we

11:37:56 20   paid fairly, where we weren't losing people, we weren't

11:38:03 21   able to attract people within appropriate fair

11:38:09 22   compensation.  If somebody wanted to get rich, if it was

11:38:12 23   all about compensation, Adobe would have been a terrible

11:38:14 24   place for them to come.  Because philosophically, we

11:38:19 25   weren't high payers, we weren't extreme.  We didn't -- we

11:38:22  1    didn't do what some of the other companies were doing.

11:38:25  2    We wanted people to come to Adobe who were passionate

11:38:28  3    about our mission.  We wanted to pay them fairly, and my

11:38:31  4    definition of "fairly" was within the Radford ranges.

11:38:35  5         Q.   Well, was recruiting and retention important to

11:38:39  6    you as the CEO --

11:38:41  7         A.   Yes.

11:38:41  8         Q.   -- of Adobe?

11:38:43  9         A.   Yes.

11:38:45 10         Q.   Was it important to the business success of

11:38:48 11    Adobe?

11:38:49 12         A.   Yes.

11:38:50 13         Q.   Was there ever a time when recruiting and

11:38:53 14    retention was not important to the business success of

11:38:56 15    Adobe while you were CEO?

11:38:58 16         A.   No.

11:38:59 17         Q.   Now, was setting appropriate levels of

11:39:05 18    compensation an important component to the successful

11:39:11 19    recruiting and retention of talent at Adobe?

11:39:14 20         A.   Yes.

11:39:37 21         Q.   I'm going to change subjects again.

11:39:39 22              Did there come a point in time when you became

11:39:41 23    aware that the Department of Justice was investigating

11:39:44 24    Adobe's recruiting practices, in particular its agreement

11:39:49 25    with -- with Apple?

11:39:52  1        A.    I think it was after I left.

11:39:54  2        Q.    Okay.

11:39:55  3        A.    And that's when I got a call from Adobe's

11:40:01  4    counsel.

11:40:01  5        Q.    Well, just so we're clear, there is no

11:40:04  6    particular -- at least I understand that the Department

11:40:06  7    of Justice investigation began with civil investigative

11:40:11  8    demands in March of 2009.

11:40:14  9        A.    I -- I left in 2007.  So I was long gone.

11:40:17 10        Q.    So to the best of your recollection, did you

11:40:22 11    learn about the Department of Justice investigation that

11:40:26 12    I've been discussing after you left Adobe?

11:40:29 13        A.    Yes.

11:40:30 14        Q.    Now, did you, in connection, though, with

11:40:33 15    Adobe's response to the Department of Justice

11:40:35 16    investigation -- were you asked to provide any

11:40:38 17    information to lawyers about discussions you had made or

11:40:46 18    discussions you'd had with Steve Jobs?

11:40:47 19        A.    I was asked a number of questions, yes.

11:40:49 20        Q.    Were you asked those by Adobe lawyers?

11:40:52 21        A.    Adobe's counsel.  Adobe's external counsel.

11:40:54 22        Q.    Fair enough.  Did you speak with the Department

11:41:00 23    of Justice in connection with that investigation?

11:41:05 24        A.    No.

11:41:06 25        Q.    So, for example, were you ever -- did you ever

```
11:43:40  1    just mentioned?

11:43:44  2             MR. MITTELSTAEDT:  The what?

11:43:45  3    BY MR. SAVERI:

11:43:45  4         Q.   The provision that you just mentioned.

11:43:48  5    Mr. Chizen, I think you just told me that in preparation

11:43:51  6    for the deposition today, you looked at some -- a section

11:43:54  7    of a larger document.

11:43:55  8         A.   Yes.

11:43:56  9         Q.   And my question is, does this document which

11:43:57 10    I've handed to you contain that -- the section that you

11:44:00 11    just referred to?

11:44:02 12         A.   If I could go to the bathroom, first --

11:44:05 13             MR. SAVERI:  Please.  Let's take a break.

11:44:08 14             THE WITNESS:  Yes.

11:44:14 15             THE VIDEOGRAPHER:  We are now off the record at

11:44:17 16    11:44.

11:44:18 17             (Recess was taken.)

11:47:23 18             THE VIDEOGRAPHER:  We are now on the record at

11:47:23 19    11:47.

11:47:25 20    BY MR. SAVERI:

11:47:26 21         Q.   Let me withdraw the last question I asked and

11:47:28 22    let me ask you this question.

11:47:29 23             Do you have Exhibit 1147 in front of you?

11:47:31 24         A.   Yes, I do.

11:47:32 25         Q.   Did you have any role in its preparation?
```

11:47:38  1      A.   Other than a quick conversation with Adobe's

11:47:42  2   outside legal firm on just -- in general, but not in the

11:47:51  3   preparation of this document.

11:47:52  4      Q.   So did you see this -- review this document in

11:47:56  5   any fashion before it was submitted to the Department of

11:47:58  6   Justice?

11:47:59  7      A.   No, I did not.

11:48:07  8      Q.   I'm going to come back to that.  You can put it

11:48:10  9   aside for now.

11:48:16 10          Let me hand you what has previously been marked

11:48:20 11   as Exhibit 1016 in this case.  This is Apple's submission

11:48:26 12   to the Department of Justice in connection with the

11:48:30 13   Department of Justice's investigation.

11:48:32 14          The question I have for you is, have you ever

11:48:34 15   seen this before?

11:48:35 16      A.   Unless it was the brief document in which I

11:48:37 17   looked at, no.

11:48:38 18      Q.   Okay.  Did you provide any information to any

11:48:50 19   Apple lawyers in connection with their preparation of

11:48:52 20   submission -- in the preparation of their submission to

11:48:55 21   the DOJ?

11:48:56 22      A.   No, I did not.

11:48:58 23      Q.   You can put that aside.

11:49:23 24          Did Apple and Adobe have an agreement that

11:49:27 25   limited the hiring of those -- of the two companies'

11:49:34  1   employees or vice versa?

11:49:36  2        A.   Steve Jobs and I had a verbal understanding.

11:49:41  3        Q.   Did -- did Bell Canada and Adobe have an

11:49:47  4   agreement that limited the hiring of those companies'

11:49:52  5   employees or vice versa?

11:49:55  6        A.   As I now understand it, yes.

11:49:57  7        Q.   Did you have any role in reaching that

11:49:58  8   agreement?

11:49:59  9        A.   I -- in reaching the agreement, no; approving

11:50:01  10  them on a list, yes.

11:50:11  11       Q.   Now, we talked about EFI a little bit earlier.

11:50:16  12  But let me make sure it's clear.  Did Adobe have an

11:50:19  13  agreement with EFI that limited the hiring of those

11:50:22  14  companies' employees or vice versa?

11:50:25  15       A.   I agreed to a non-solicitation with the CEO.

11:50:33  16       Q.   And did Adobe and EMC have an agreement that

11:50:36  17  limited the hiring of those companies' employees or vice

11:50:39  18  versa?

11:50:40  19       A.   I verbally agreed with the CEO not to solicit

11:50:46  20  their employees actively.

11:50:48  21       Q.   Did Adobe have an agreement with Four Points

11:50:53  22  Solutions, Limited that limited the hiring of Adobe and

11:50:56  23  that company's employees?

11:50:59  24       A.   If they are on the list, yes, but I'm not even

11:51:01  25  sure who they are.

11:51:02  1        Q.    Did Adobe have a similar -- or strike that.

11:51:04  2              Did Adobe have an agreement with the New

11:51:07  3   Toronto Group that limited the hiring of those company's

11:51:11  4   employees or vice versa?

11:51:13  5        A.    I don't know who they are, but if they are on

11:51:14  6   the list, then I -- then they did.

11:51:16  7        Q.    How about Oracle, did Adobe and Oracle have an

11:51:20  8   agreement that limited the hiring of those companies'

11:51:21  9   employees?

11:51:22 10        A.    Not that I'm aware of.

11:51:27 11        Q.    Service Source, did Adobe and Service Source

11:51:29 12   have an agreement that limited the hiring of those

11:51:32 13   companies's employees or vice versa?

11:51:37 14        A.    To the best of my knowledge, yes.

11:51:38 15        Q.    How about SyncroQuest, did Adobe and

11:51:41 16   SyncroQuest have an agreement that limited the hiring of

11:51:44 17   those companies' employees?

11:51:44 18        A.    I don't know who they are.  But if they are on

11:51:47 19   the list, I suspect so.

11:51:48 20        Q.    Okay.  How about the University of

11:51:50 21   San Francisco, did Adobe and the University of

11:51:54 22   San Francisco have an agreement?

11:51:55 23        A.    Not that I'm aware of.

11:51:58 24        Q.    Do you know if Dr. Geschke made such an

11:52:00 25   agreement?

11:53:39  1      A.    Yes.

11:53:39  2      Q.    And with whom did you make it?

11:53:41  3      A.    With Guy Gecht, the chief executive officer.

11:53:45  4      Q.    And do you recall when you made that agreement?

11:53:47  5      A.    No.

11:53:51  6      Q.    And what was the agreement?

11:53:52  7      A.    That we would not actively solicit his

11:53:55  8  employees.

11:53:59  9      Q.    And when you say "not actively solicit" their

11:54:01 10  employees, what does that mean?

11:54:04 11      A.    Our recruiters would keep them -- would not

11:54:06 12  proactively call an EFI employee to see if they were

11:54:10 13  interested in working for Adobe.

11:54:12 14      Q.    Did Adobe from time to time maintain a list of

11:54:16 15  the companies with whom there were recruiting

11:54:22 16  restrictions?

11:54:23 17      A.    There was one list that was put together to

11:54:25 18  clarify all the different discussions we might have had.

11:54:28 19      Q.    Did that -- was that referred to as a

11:54:31 20  do-not-call list?

11:54:32 21      A.    I don't know the -- I'd have to see the list to

11:54:35 22  see what it --

11:54:36 23      Q.    Okay.  Let me just -- let me show you what's

11:54:55 24  been marked previously as Exhibit 226.

11:55:00 25            Do you have that in front of you?

11:55:01 1      A.   Yes, I do.

11:55:02 2      Q.   And Exhibit 226 is a two-page document.  The

11:55:11 3  first page is an email from someone named Natalie Kessler

11:55:14 4  to a number of individuals.  On the back of it there is a

11:55:20 5  list that is entitled, "Talent acquisition, companies

11:55:23 6  that are off-limits, updated June 17, 2008."

11:55:28 7          Do you have that in front of you?

11:55:29 8      A.   Yes, I do.

11:55:30 9      Q.   Is that the list that you were referring to?

11:55:32 10     A.   I was already gone at this point in time.

11:55:34 11     Q.   Okay.  Was there -- do you recall a list, a

11:55:39 12  similar list having been prepared while you still were

11:55:44 13  the CEO of the company?

11:55:45 14     A.   There was a similar list.  I'm not sure if the

11:55:48 15  names would have been the same.

11:55:50 16     Q.   Just in terms of your recollection, do you

11:55:51 17  recall a list that -- that resembled this, the way it

11:55:56 18  looked?

11:55:56 19     A.   Yes, I did.

11:55:57 20     Q.   And it had identified companies and some

11:56:02 21  description of the agreements.

11:56:04 22     A.   Yes.

11:56:04 23     Q.   Did you help prepare that list?

11:56:06 24     A.   I approved the list.

11:56:08 25     Q.   Who prepared the list?

11:56:14  1      A.    I don't know.   I'm assuming the HR department.

11:56:16  2      Q.    Do you recall when that list was first

11:56:18  3  prepared?

11:56:18  4      A.    No.

11:56:20  5      Q.    Was it a list that was updated on a regular

11:56:23  6  basis?

11:56:25  7      A.    I only recall reviewing one list once.

11:56:28  8      Q.    Do you recall when you -- when that was?

11:56:30  9      A.    No.

11:56:31 10      Q.    And do you recall who prepared it?

11:56:34 11      A.    It would have been -- it -- I don't recall who.

11:56:38 12      Q.    Was it Theresa Townsley?

11:56:40 13      A.    I don't -- it could have been Theresa, could

11:56:44 14  have been Donna Morris, it all depended on the timing.

11:56:46 15  It -- I would have expected it to come from the HR

11:56:49 16  organization.

11:56:49 17      Q.    So is it fair to say that your recollection is

11:56:51 18  it was generated somewhere within the -- the HR

11:56:54 19  organization?

11:56:56 20      A.    That would have been -- that's my expectation.

11:56:58 21      Q.    And you're not sure, as you sit here today,

11:57:02 22  whether it was Theresa Townsley or Donna Morris --

11:57:06 23      A.    No.

11:57:06 24      Q.    -- who was the head of the -- that organization

11:57:08 25  at that time that it was prepared?

12:18:38  1    we're recruiting Ron Okamoto?

12:18:43  2         A.   Not that I recall.  It would surprise me if

12:18:46  3    Steve would tell me ahead of time he was recruiting

12:18:49  4    somebody.

12:18:49  5         Q.   So, for example, he -- Steve Jobs didn't -- did

12:18:52  6    Steve Jobs call you and ask your permission to recruit or

12:18:55  7    hire Ron Okamoto?

12:18:57  8         A.   Not that I recall.

12:18:58  9         Q.   Okay.  Did -- to the best of your knowledge,

12:19:02 10    did anybody at Apple talk to anybody at Adobe and ask for

12:19:06 11    permission to hire Ron Okamoto?

12:19:08 12         A.   It's possible.  I don't know.

12:19:09 13         Q.   But you have no personal knowledge of that.

12:19:11 14         A.   No personal recollection.

12:19:13 15         Q.   Did -- did Jeff -- did Steve Jobs call you and

12:19:18 16    let you know that they were recruiting Susan Prescott?

12:19:21 17         A.   I don't know.

12:19:22 18         Q.   Did he ask you for permission to speak with

12:19:26 19    Susan Prescott?

12:19:27 20         A.   I do not know.

12:19:28 21         Q.   Okay.  Did he ask you permission to hire Susan

12:19:31 22    Prescott?

12:19:32 23         A.   I do not remember.

12:19:33 24         Q.   Do you know if anybody who worked for Steve

12:19:34 25    Jobs at Apple talked to anybody at Adobe and discussed

12:19:38   1    the hiring of Susan Prescott?

12:19:39   2         A.   I do not know.

12:19:43   3         Q.   And do you recall whether -- whether either of

12:19:47   4    those individuals left before you reached the agreement

12:19:50   5    with Mr. Jobs?

12:19:53   6         A.   I don't know.

12:19:54   7         Q.   Okay.

12:19:59   8         A.   This was early.  When did Ron Okamoto and Susan

12:20:04   9    Prescott?

12:20:05  10         Q.   It's not -- it's not altogether clear to me,

12:20:08  11    but it is, like, 2002, 2003, and the agreement was 2005.

12:20:13  12         A.   Yeah.

12:20:14  13         Q.   So I was just trying to get the sequence right.

12:20:17  14              MR. MITTELSTAEDT:  I object as to form.

12:20:18  15              THE WITNESS:  Yeah, because at least --

12:20:20  16              MR. SAVERI:  I'll show you some documents.  I

12:20:25  17    shouldn't have a conversation with you about that.  So

12:20:26  18    let me -- let me respect that and follow the rules.

12:20:28  19              THE WITNESS:  Thank you.

12:20:36  20    BY MR. SAVERI:

12:20:39  21         Q.   Who first broached the subject of an agreement

12:20:42  22    regarding recruiting between Apple and Adobe?

12:20:47  23         A.   I believe that would be Mr. Jobs.

12:20:48  24         Q.   Okay.  And can you tell me what happened.  Did

12:20:53  25    he call you?

12:20:54  1        A.    Yeah, I -- I don't remember.  It would have

12:20:56  2    been a phone call.  It was not something that was high on

12:20:59  3    my radar.  When Susan and Ron left, I understood why they

12:21:03  4    were leaving, and I was -- I didn't like the fact they

12:21:06  5    were leaving, but I -- well, I understood why they were

12:21:11  6    leaving; and it was in their best interests and their

12:21:15  7    careers.

12:21:17  8              I would have never called Steve and said, let's

12:21:19  9    put an agreement in place.  That would have been Steve

12:21:22  10   calling me.

12:21:23  11       Q.    Okay.  So was the agreement between Adobe and

12:21:32  12   Apple Steve Jobs' idea?

12:21:34  13       A.    Yes.

12:21:43  14       Q.    In that first phone call, what did Steve Jobs

12:21:47  15   tell you?

12:21:47  16       A.    I don't remember the phone call.

12:21:49  17       Q.    Okay.  Do you remember there was a phone call?

12:21:53  18       A.    I'm speculating that the way -- in answering

12:21:57  19   your question before, you asked me, how did Steve

12:22:00  20   approach me?  I said, probably by phone, because it

12:22:03  21   wouldn't have been Steve's style to send me an email

12:22:07  22   starting with that conversation.

12:22:11  23       Q.    What -- what led to that phone call?

12:22:13  24       A.    I don't know.  I -- I can certainly speculate.

12:22:19  25       Q.    Well, tell me your best recollection.

| | | |
|---|---|---|
| 12:22:20 | 1 | MR. MITTELSTAEDT:  Objection to form. |
| 12:22:22 | 2 | THE WITNESS:  Speculation, not recollection; he |
| 12:22:24 | 3 | probably wanted to hire Ron Okamoto and Susan Prescott, |
| 12:22:28 | 4 | so he wanted to feel me out as to that, but I don't know. |
| 12:22:32 | 5 | Or maybe it was right after.  I -- I don't know. |
| 12:22:37 | 6 | BY MR. SAVERI: |
| 12:22:38 | 7 | Q.   So in the first conversation where the subject |
| 12:22:40 | 8 | of the agreement came up between you and Steve Jobs, did |
| 12:22:45 | 9 | you and he discuss any particular persons? |
| 12:22:49 | 10 | A.   I don't know.  I don't remember. |
| 12:22:53 | 11 | Q.   Now, at the -- well, let me go through the |
| 12:23:10 | 12 | sequence.  After you received the phone call from Steve |
| 12:23:19 | 13 | Jobs, what did you do? |
| 12:23:26 | 14 | MR. MITTELSTAEDT:  Object to form. |
| 12:23:27 | 15 | THE WITNESS:  I don't know.  I suspect I agreed |
| 12:23:30 | 16 | to it. |
| 12:23:30 | 17 | BY MR. SAVERI: |
| 12:23:31 | 18 | Q.   Did you -- before you agreed to it, did you |
| 12:23:33 | 19 | talk with anybody at Adobe? |
| 12:23:36 | 20 | A.   I -- I don't recall. |
| 12:23:37 | 21 | Q.   Okay.  So at that time, what was Mr. Narayen's |
| 12:23:42 | 22 | job?  Was he the president? |
| 12:23:43 | 23 | A.   I don't know the timing of the first call, so I |
| 12:23:47 | 24 | don't know whether he was president, whether he was head |
| 12:23:49 | 25 | of engineering at that time.  I -- I don't recall. |

12:29:50  1      Q.   Okay.  So you don't recall whether he said it

12:29:55  2   was a good idea or a bad idea or he was indifferent?

12:30:00  3      A.   No.

12:30:02  4      Q.   And did you also speak on the telephone to

12:30:05  5   Theresa Townsley?

12:30:07  6      A.   I don't know.

12:30:08  7      Q.   Okay.  One way or the other.

12:30:10  8      A.   I just don't remember.

12:30:12  9      Q.   Did you -- did you speak on the telephone with

12:30:14 10   anybody else --

12:30:15 11      A.   I don't remember.

12:30:16 12      Q.   -- at Adobe?

12:30:17 13      A.   I don't remember.

12:30:18 14      Q.   Okay.  Did you talk with any of the lawyers?

12:30:20 15      A.   That would be attorney-client privilege.

12:30:22 16      Q.   Well, I'm just asking whether you talked with

12:30:24 17   an attorney at Adobe after you received the email.

12:30:28 18      A.   I always speak to the attorneys at Adobe.

12:30:32 19           MR. MITTELSTAEDT:  I'm going to instruct him

12:30:33 20   not to answer, move to strike the answer on the grounds

12:30:36 21   of attorney-client privilege.

12:30:38 22   BY MR. SAVERI:

12:30:45 23      Q.   Let me make sure the record is clear about

12:30:47 24   this.

12:30:48 25           After you received the email from Mr. Jobs, did

12:30:52  1    you consult with Adobe in-house attorneys?

12:30:55  2         A.   I didn't --

12:30:56  3              MR. MITTELSTAEDT:  Just a second.  I instruct

12:30:57  4    you not to answer.  Attorney-client privilege.

12:30:59  5              MR. SAVERI:  That's fine.

12:31:00  6              THE WITNESS:  Okay.

12:31:00  7    BY MR. SAVERI:

12:31:14  8         Q.   After you received the email from Steve Jobs,

12:31:17  9    did you speak to anybody else at Adobe?

12:31:21 10         A.   I do not recall who I spoke with.

12:31:23 11         Q.   Okay.  Did you ever speak with Dr. Warnock or

12:31:27 12    Dr. Geschke about this agreement after you had received

12:31:30 13    the email from Steve Jobs?

12:31:32 14         A.   If I did, I don't remember.

12:31:33 15         Q.   Okay.  What happened next?  After you spoke

12:31:41 16    with Mr. Narayen, did you communicate again with Mr. Jobs

12:31:46 17    about this?

12:31:46 18         A.   There was a series of emails that I reviewed,

12:31:52 19    and that was the discussion I had with him, the email

12:31:55 20    discussion back and forth.

12:31:57 21         Q.   Did you communicate orally with Steve Jobs

12:32:04 22    about the agreement after you received the email from --

12:32:08 23         A.   I don't remember.

12:32:11 24         Q.   How many telephone calls or conversations do

12:32:14 25    you recall having with Steve Jobs about this subject in

12:32:18  1  2005?

12:32:19  2      A.   I don't know.

12:32:21  3      Q.   I think you said you remember there was --

12:32:23  4  there was one.

12:32:24  5      A.   There was -- I said -- it was not 2005.  I said

12:32:30  6  there was a -- we had a verbal agreement.

12:32:32  7      Q.   Okay.

12:32:33  8      A.   Sometime prior to the email exchange.  I do not

12:32:35  9  recall when that was --

12:32:37 10      Q.   Okay.

12:32:37 11      A.   -- and the form in which it took place.

12:32:40 12      Q.   Okay.  And so when -- there was a point in 2005

12:32:43 13  when you received an email from Steve Jobs.

12:32:46 14      A.   That's correct.

12:32:47 15      Q.   And -- that referred to the --

12:32:51 16      A.   Agreement we had.

12:32:53 17      Q.   Did -- did you at that time have any telephone

12:32:57 18  conversations with Steve Jobs?

12:32:59 19      A.   I might have.  But I don't remember.

12:33:01 20      Q.   And as you sit here today, do you recall

12:33:03 21  whether it was one or more or anything about --

12:33:07 22      A.   I don't recall any, but there could have been a

12:33:10 23  phone call.  I tried to forget the phone calls with Steve

12:33:16 24  Jobs.

12:33:23 25          MR. MITTELSTAEDT:  Let the record reflect

12:33:24  1    laughter.

12:33:26  2              MR. SAVERI:  And some -- some modicum of mirth.

12:33:30  3    Okay.

12:33:40  4              MR. MITTELSTAEDT:  I'm told the food is here,

12:33:41  5    whenever you want to break.

12:33:43  6              MR. SAVERI:  Let me just do a couple of other

12:33:44  7    things, and then we'll take a break.

12:33:46  8              THE WITNESS:  Yes.

12:33:46  9    BY MR. SAVERI:

12:33:54 10        Q.   Did the agreement that you reached with Steve

12:33:56 11    Jobs provide that neither company would recruit or

12:34:00 12    solicit each other's employees?

12:34:04 13        A.   Would actively, proactively recruit or solicit.

12:34:10 14        Q.   And was the agreement mutual?

12:34:16 15        A.   That was my understanding.

12:34:18 16        Q.   And did the agreement that you reached apply to

12:34:21 17    all employees at Adobe and Apple?

12:34:27 18        A.   The email communication clarified what we

12:34:31 19    agreed to, which was all employees at Apple and Adobe.

12:34:36 20        Q.   Regardless of job title, function, role, or

12:34:39 21    salary?

12:34:40 22        A.   That was my understanding of what I agreed to.

12:34:42 23        Q.   And it was not limited to any particular

12:34:44 24    projects on which Adobe and Apple were collaborating.

12:34:48 25        A.   That is correct.

12:34:50  1      Q.   And the agreement wasn't limited by geography.

12:34:53  2      A.   That is correct.

12:34:54  3      Q.   And therefore applied to both companies'

12:34:57  4  worldwide operations in total?

12:35:01  5      A.   That was my understanding in my agreement with

12:35:03  6  Steve.

12:35:04  7      Q.   And to your knowledge, did that agreement that

12:35:05  8  you reached with Steve Jobs have any time limitation?

12:35:14  9      A.   It was, we agreed, and that was the extent of

12:35:17 10  the conversation.

12:35:17 11      Q.   And so that agreement -- strike that.

12:35:32 12           Who did you tell at Adobe about the agreement

12:35:35 13  you reached?

12:35:38 14      A.   At a minimum Shantanu Narayen and head of HR.

12:35:42 15      Q.   Okay.  Anybody else that you recall?

12:35:43 16      A.   I don't recall.

12:35:54 17      Q.   Well, is there anybody else that you recall

12:35:57 18  communicating it to, either by name or by job title or

12:36:00 19  description?

12:36:01 20      A.   No.

12:36:02 21      Q.   Okay.  Did you tell, for example, the people

12:36:10 22  who were collaborating with Apple?

12:36:12 23      A.   I -- I don't remember.

12:36:14 24      Q.   Well, did you broadly disseminate or inform

12:36:33 25  people at Adobe of the agreement you reached with Steve

12:36:36  1   Jobs?

12:36:40  2       A.   I didn't keep it a secret.  I'm not sure what

12:36:46  3   the definition of the word "broad" is.  I would tell

12:36:49  4   whoever asked me, do we have an agreement with Apple not

12:36:52  5   to proactively solicit employees, and vice versa, and I

12:36:56  6   would be very open and upfront about it.

12:36:59  7       Q.   So if someone asked you about it, you -- you'd

12:37:01  8   give them the correct information.

12:37:03  9       A.   That's correct.

12:37:03 10       Q.   But if they didn't ask you, you didn't provide

12:37:06 11   that information.

12:37:07 12       A.   I didn't send out a broad communication, if

12:37:10 13   that's what you're asking.

12:37:12 14       Q.   That's right.  But you did inform at least the

12:37:14 15   top of the HR organization --

12:37:16 16       A.   Yes.

12:37:16 17       Q.   -- at the company?

12:37:17 18       A.   And it's -- yes, I did, and it's possible they

12:37:20 19   did a broad communication.

12:37:21 20       Q.   Well, did you -- you informed the person who

12:37:26 21   was at the top of the HR operation in order that she,

12:37:30 22   because it was either she --

12:37:31 23       A.   Both shes.

12:37:32 24       Q.   -- both shes, so that -- because in order that

12:37:33 25   she would know about the agreement, correct?

13:08:42   1    on or about May 31st --

13:08:45   2        A.   I do not know.

13:08:45   3        Q.   -- 2005?

13:08:46   4        A.   I just do not know.

13:08:52   5        Q.   Well, do you recall a meeting that you attended

13:08:55   6    with Shantanu Narayen with Steve Jobs and others at

13:08:59   7    Apple's offices, and with Mr. Schiller, Mr. Okamoto on or

13:09:09   8    about this time?

13:09:11   9        A.   I remember a meeting with Shantanu, Steve Jobs

13:09:15  10    where Steve Jobs did not want Shantanu in the meeting.

13:09:19  11    That's the only meeting I recall over at Apple's

13:09:22  12    facilities with Shantanu, but there could have been

13:09:26  13    others.  I just don't know which meetings Shantanu

13:09:30  14    attended at their location.

13:09:32  15        Q.   Did -- okay.  Let me ask a couple questions

13:09:34  16    about that.

13:09:35  17             Do you recall a meeting -- well, first, why

13:09:38  18    didn't Jobs want Mr. Narayen to attend?

13:09:42  19        A.   A lot of times he would want to show me some

13:09:44  20    proprietary things, and he didn't have a relationship

13:09:47  21    with Shantanu, and he wanted to keep it as exclusive and

13:09:51  22    restricted as possible.

13:09:52  23        Q.   Did you meet with Ron Okamoto and Phil Schiller

13:09:59  24    and Steve Jobs at Apple's facilities on or about this

13:10:03  25    time?  Do you have a --

13:10:04  1        A.   I don't recall.

13:10:05  2        Q.   Do you recall a meeting -- an in-person meeting

13:10:13  3   on or about this time where the subject of recruiting was

13:10:19  4   discussed?

13:10:19  5        A.   I don't recall.

13:10:29  6        Q.   Now, in May of 2005, were there particular

13:10:38  7   collaborations or projects between Apple and Adobe that

13:10:42  8   were significant?

13:10:47  9        A.   I don't have the slightest idea.

13:10:53  10       Q.   How many -- how many -- strike that.

13:10:56  11            Was it a relatively rare event for you to go

13:10:59  12   visit Steve Jobs at -- at Apple?

13:11:03  13       A.   No.

13:11:03  14            (Exhibit 1804 was marked for identification.)

13:11:04  15   BY MR. SAVERI:

13:11:23  16       Q.   Let me show you Exhibit 1804, which is another

13:11:27  17   email.  This one has the Bates number 231APPLE100128.

13:11:37  18   This is another Apple document, but it refers to a June 2

13:11:40  19   meeting with you and Mr. Narayen listed as Adobe

13:11:47  20   attendees, and the Apple attendees that are listed are

13:11:51  21   Steve, Phil, I guess that is Phil Schiller, and Ron

13:11:54  22   Okamoto.  Do you see that?

13:11:56  23       A.   Yes.

13:11:56  24       Q.   Did that meeting happen?

13:11:59  25       A.   I don't know.

13:12:00 1      Q.   Okay.  We'll put that aside.

13:12:36 2           I've handed you what has been previously marked

13:12:38 3  as Exhibit 224.  Will you take a moment to review that,

13:12:45 4  please.

13:13:13 5      A.   Okay.

13:13:14 6           MR. MITTELSTAEDT:  Wait.  There is writing on

13:13:15 7  the back, too.

13:13:16 8           THE WITNESS:  Oh.  Thank you.  Hang on a

13:13:46 9  second.  So this is not -- oh, I see.  Okay.

13:13:51 10 BY MR. SAVERI:

13:13:52 11     Q.   Have you had a chance to review it?

13:13:53 12     A.   Yes, I have.

13:13:55 13     Q.   First, let me draw your attention to the top of

13:13:58 14 the very first page.  Do you see that?

13:13:59 15     A.   Yes.

13:14:12 16     Q.   The top of the first page appears to be an

13:14:14 17 email from you to Shantanu Narayen and Theresa Townsley

13:14:20 18 dated May 27, 2005.  Do you see that?

13:14:23 19     A.   Yes.

13:14:24 20     Q.   Let me ask you first.  Did you write the -- did

13:14:29 21 you write this email to Mr. Narayen and Theresa Townsley

13:14:33 22 on or about the date that's indicated here, May 27, 2005?

13:14:38 23     A.   It appears that I did.

13:14:39 24     Q.   Okay.  Now, let me just kind of take you

13:14:47 25 through this chronologically, so that means we start at

13:18:11  1   you were the CEO at Adobe?

13:18:13  2        A.   I think so.

13:18:13  3        Q.   Did you have any other email address that you

13:18:15  4   used for business?

13:18:16  5        A.   I don't believe so.

13:18:17  6        Q.   Do you recognize Steve Jobs' email address?

13:18:19  7        A.   Yes.

13:18:19  8        Q.   And was that the email address you used to

13:18:22  9   communicate with him via email?

13:18:24 10        A.   Yes.

13:18:24 11        Q.   Okay.  Now, if you look at Exhibit 223, it

13:18:30 12   looks like the first time you appear in this chain of

13:18:34 13   communication is the email from Mr. Jobs to you, which is

13:18:38 14   at the bottom of the first page, dated May 26, 2005, at

13:18:42 15   9:36 a.m.  Do you see that?

13:18:46 16        A.   Yes.

13:18:50 17        Q.   Now, let me read it to you.  He writes,

13:18:52 18   "Bruce," that is you, right?

13:18:54 19        A.   That is me.

13:18:54 20        Q.   Okay.  "Adobe is recruiting from Apple.

13:18:57 21   They've hired one person already and are calling lots

13:19:00 22   more.  I have a standing policy with our recruiters that

13:19:04 23   we don't recruit from Adobe.  Seems you have a different

13:19:08 24   policy.  One of us must change our policy.  Please let us

13:19:12 25   know who.  Steve."

13:19:15  1          And then he writes, "Here is one of the many

13:19:17  2   pings we've gotten from Adobe."  If you turn over to the

13:19:21  3   next page, it looks like he at that point is attaching

13:19:25  4   something from somebody named Jerry Sastri to somebody

13:19:29  5   named bereskin@apple.  Are you with me?

13:19:34  6          A.   Yeah, I see it.

13:19:35  7          Q.   So let me ask you first, the email from

13:19:37  8   Mr. Jobs to you on May 26, 2005, was that the first email

13:19:40  9   communication you received from him regarding the

13:19:49 10   recruiting policy or recruiting policy agreement between

13:19:56 11   Adobe and Apple?

13:19:57 12          A.   No.  As you can see in the above sentence, I

13:20:00 13   talk about what I thought we agreed to previously.

13:20:04 14          Q.   Okay.  So it's your recollection that -- that

13:20:08 15   there was another email communication that preceded this.

13:20:12 16          A.   Not necessarily email.  A communication which

13:20:16 17   could have been verbal.

13:20:18 18          Q.   Okay.  So just so I'm clear, it's your

13:20:21 19   recollection that there was a communication between you

13:20:23 20   and Mr. Jobs about this subject.

13:20:26 21          A.   About which subject?

13:20:27 22          Q.   About the -- was there a communication -- prior

13:20:30 23   to May 26, 2005, Thursday, 9:36 a.m., did you communicate

13:20:36 24   with Mr. Jobs regarding an agreement between Apple and

13:20:43 25   Adobe not to recruit each others employees?

13:20:47  1     A.   I believe so, yes.

13:20:49  2     Q.   And as you sit here today, do you recall

13:20:51  3  whether that communication, that prior communication, was

13:20:54  4  oral, by telephone, or in writing?

13:20:58  5     A.   It was probably oral.

13:21:00  6     Q.   Okay.  And just so I can try to place it, do

13:21:02  7  you recall how -- by how much -- let me ask a better

13:21:07  8  question.

13:21:08  9        Do you recall when that communication was, now

13:21:11 10  that you've had a chance to look at this?

13:21:13 11     A.   It was -- it was probably right prior to when

13:21:19 12  Ron Okamoto and then Susan Prescott left, because I

13:21:22 13  remember how angry I was that he had recruited them,

13:21:27 14  which I felt violated at the time, because I thought we

13:21:31 15  had an agreement in place.  So I suspect it was right

13:21:34 16  prior to that time whenever that was.

13:21:40 17     Q.   Okay.  Now, do you know who Jerry Sastri is?

13:21:51 18     A.   No.

13:21:55 19     Q.   At this time, did you know that there were

13:21:59 20  folks at Apple -- excuse me -- that there were folks at

13:22:02 21  Adobe recruiting into Apple?

13:22:06 22     A.   I wasn't aware of it.  I wasn't aware of it,

13:22:10 23  nor did I care.

13:22:11 24     Q.   Okay.  Well, but my question was whether you

13:22:13 25  were aware of that.

13:22:14  1      A.   I was not aware of it one way or the other.

13:22:18  2      Q.   And it looks like from the prior communication

13:22:21  3  that Theresa Townsley was the head of HR at the time.

13:22:26  4      A.   Yes.

13:22:26  5      Q.   Did -- prior to this communication with

13:22:28  6  Mr. Jobs, did Theresa Townsley ever advise you that there

13:22:31  7  were people in her organization that were recruiting into

13:22:34  8  Apple?

13:22:35  9      A.   It's possible.

13:22:36 10      Q.   But my question is, do you have any

13:22:38 11  recollection?

13:22:39 12      A.   I have no recollection.

13:22:40 13      Q.   Okay.  So focusing on Exhibit 223 again, when

13:22:47 14  you received the email from -- from Mr. Jobs on May 26th,

13:22:50 15  at 9:36 in the morning, when you received that email,

13:23:03 16  what did you do?

13:23:03 17      A.   The first thing I did was to think about how am

13:23:05 18  I going to placate this guy and get him off my back so he

13:23:13 19  doesn't call me again.

13:23:15 20      Q.   Okay.

13:23:15 21      A.   That was the first thing.

13:23:16 22      Q.   Did you come up with a plan for accomplishing

13:23:19 23  that?

13:23:23 24      A.   I probably had a discussion with Shantanu

13:23:27 25  and/or Theresa about it.

14:14:07 1   Narayen or Theresa Townsley tell you that they supported

14:14:11 2   the proposal that you had made to Steve Jobs which was a

14:14:14 3   more limited agreement that had to do only with the more

14:14:19 4   senior folks?

14:14:25 5        A.   Based on what Theresa -- based on Theresa

14:14:34 6   Townsley's email to Shantanu and myself, it sounded like

14:14:38 7   Shantanu was in complete agreement with me of no active

14:14:41 8   soliciting of any employee.

14:14:43 9        Q.   Okay.

14:14:45 10       A.   With a heads-up on senior level approaching

14:14:48 11  either company.

14:14:49 12       Q.   So Shantanu wrote to you, and then shortly

14:14:52 13  thereafter -- well, not shortly thereafter, later in the

14:15:06 14  day on the 27th, Theresa Townsley writes back to you, and

14:15:09 15  writes, "Just to clarify, are you both saying not to

14:15:13 16  solicit any employees at any level?"  Right?

14:15:15 17       A.   Right.  Yes.

14:15:15 18       Q.   I won't read the -- okay.  Then she writes,

14:15:22 19  "Also, what is the agreement between you, Bruce, and

14:15:25 20  Steve if Apple employees come to us directly?  This is

14:15:28 21  where I thought you two agreed that you would give each

14:15:30 22  other a call if they were at the senior level."  Do you

14:15:34 23  see that?

14:15:35 24       A.   Yes.

14:15:35 25       Q.   At this time had you reached an agreement with

14:15:37 1    Apple, or Steve Jobs in particular, to do that, that is

14:15:41 2    that you would give each other a call if the -- the

14:15:45 3    recruited employees were at the senior level?

14:15:49 4         A.   Yes.  I don't think neither one of us thought

14:15:51 5    through or discussed the details of what that would look

14:15:54 6    like.

14:15:54 7         Q.   Okay.  But your answer was yes?

14:15:57 8         A.   Yes.  Yes.

14:15:58 9         Q.   Okay.  Now, then, at 8:52 p.m. you wrote back

14:16:04 10   Theresa Townsley and Shantanu Narayen, "No active

14:16:07 11   soliciting of any employees, heads up on senior level

14:16:10 12   approaching either company."  Do you see that?

14:16:12 13        A.   Yes.

14:16:13 14        Q.   Okay.  And so that was your understanding of

14:16:19 15   what -- well, does that email accurately record what

14:16:25 16   you --

14:16:27 17        A.   And Steve agreed to.

14:16:29 18        Q.   Yes.  Now, Shantanu then writes back and says,

14:16:38 19   "I agree," at 8:56.  Do you see that?

14:16:43 20        A.   Yes.

14:16:43 21        Q.   Now, let's go to Exhibit 223.  Are you with me?

14:16:51 22        A.   Yes.

14:16:51 23        Q.   Up at the top of -- on the first page, there is

14:16:55 24   an email that you wrote to Steve Jobs.  Do you see that?

14:16:58 25        A.   Yes.

14:16:59 1     Q.   And if the date stamps are correct, you wrote

14:17:02 2  that on Friday, May 27th, 2005, at approximately 8:53 in

14:17:07 3  the evening.

14:17:08 4     A.   Correct.

14:17:09 5     Q.   Okay.  And you write, "I'd rather agree not to

14:17:12 6  actively solicit any employee from either company.  If

14:17:15 7  employee proactively approaches then it's acceptable.  If

14:17:19 8  you are in agreement, I will let my folks know."

14:17:22 9          Did you write that?

14:17:22 10    A.   Yes.

14:17:23 11    Q.   Is that an accurately -- well, does that

14:17:26 12 indicate your assent to that agreement?

14:17:28 13    A.   Yes.

14:17:28 14    Q.   Okay.  Now, if you flip to Exhibit 224 --

14:17:37 15    A.   I'm with you.

14:17:37 16    Q.   -- do you recall if you had received Shantanu's

14:17:41 17 email to you before you had gotten back to Steve?  And I

14:17:45 18 ask that because the time stamp indicates it is slightly

14:17:48 19 later.

14:17:49 20    A.   I don't know.

14:17:51 21    Q.   Okay.  Now, going to Exhibit 223, which was

14:18:04 22 your -- which concludes with your email to Steve Jobs, do

14:18:08 23 you see that?

14:18:08 24    A.   Yes.

14:18:09 25    Q.   Did he respond in writing to that?

14:18:13  1        A.   If he did, it should have been on the server.

14:18:17  2        Q.   Okay.

14:18:19  3        A.   But I don't know.

14:18:20  4        Q.   Well --

14:18:24  5        A.   I don't know.

14:18:25  6        Q.   Okay.  Now, going back to Exhibit 223, there

14:18:38  7   are some additional communications between you,

14:18:40  8   yourself -- I mean you, Shantanu Narayen and Theresa

14:18:44  9   Townsley.  Do you see that?

14:18:45 10        A.   Yes.

14:18:46 11        Q.   Okay.  First Theresa Townsley writes, "And if

14:18:56 12   an Adobe employee refers" --

14:18:57 13             MR. MITTELSTAEDT:  Excuse me.  224?

14:18:58 14   BY MR. SAVERI:

14:18:59 15        Q.   Excuse me.  Exhibit 224, thank you.

14:19:01 16             Theresa writes, "And if an Adobe employee

14:19:04 17   refers an Apple employee through a referral program, are

14:19:07 18   you doing -- are you okay with that?"  Do you see that?

14:19:10 19        A.   Yes.

14:19:11 20        Q.   And then -- and then Shantanu says, "I think

14:19:13 21   the spirit has to be that we don't initiate contact with

14:19:17 22   Apple employees even through our employees.  If an Adobe

14:19:21 23   employee is approached by an Apple employee, I think it's

14:19:24 24   okay to pass it on."  Do you see that?

14:19:26 25        A.   Yes.

14:28:35  1        Q.    Now, Exhibit 1805 is a document that Adobe

14:28:38  2    produced, it has the Bates number Adobe_00853 to 854.

14:28:43  3    I'd like to take -- I'd like you to take a moment to read

14:28:48  4    it.  I'm really go to just ask you to focus in particular

14:28:51  5    on the part of the email that begins in the -- towards

14:28:53  6    the bottom of the first page, which is the -- the email

14:28:57  7    from owner E-Team to E-Team, and the attached email from

14:29:03  8    Theresa Townsley to Donna Morris, Mr. Narayen, yourself,

14:29:08  9    and Gloria Stinson.  But please take a moment to look at

14:29:13 10    the email.

14:29:31 11        A.    Okay.

14:29:32 12        Q.    Okay.  So first, the email from Theresa

14:29:35 13    Townsley to Donna Morris, Friday, May 27th, 2005, which

14:29:40 14    is at the bottom of the email, is the email that you

14:29:43 15    edited before sending it to Steve Jobs, correct?

14:29:45 16        A.    It looks that way, yes.

14:29:47 17        Q.    Is the email that is at the bottom of this

14:29:49 18    document the full and complete email that you received

14:29:51 19    from Theresa Townsley, to the --

14:29:54 20        A.    To the best of my knowledge --

14:29:55 21        Q.    -- best of your recollection?

14:29:55 22        A.    -- yes.

14:29:56 23        Q.    And now, Theresa Townsley writes, "Bruce and

14:30:22 24    Steve Jobs are in agreement that we are not to solicit

14:30:24 25    ANY," all caps, "Apple employees and vice versa."  Do you

14:30:28  1    see that?

14:30:29  2         A.    Yes.

14:30:30  3         Q.    Does that correctly summarize the agreement you

14:30:32  4    described to them?

14:30:32  5         A.    Yes.

14:30:33  6         Q.    And then it also says, "It is okay if they come

14:30:35  7    to us through our referral program."  That -- does that

14:30:37  8    refer to the referral program you discussed a few minutes

14:30:40  9    ago?

14:30:40  10        A.    That is correct.

14:30:41  11        Q.    And then she goes on to say, "However, if it

14:30:44  12   looks like we have an Apple employee as a candidate for a

14:30:47  13   senior role at Adobe, director and VP, we need to let

14:30:52  14   Bruce know so he can talk to Steve."  Does that last

14:30:55  15   sentence accurately describe --

14:30:56  16        A.    Yes.

14:30:56  17        Q.    -- the agreement that you had with Steve?

14:30:58  18        A.    Yes.

14:30:59  19        Q.    Now, the -- the -- that email is attached by --

14:31:04  20   it look like Shantanu Narayen to the E-Team.  Do you see

14:31:09  21   that?

14:31:10  22        A.    Yes.

14:31:11  23        Q.    And did you receive that email from him --

14:31:16  24        A.    I was on the -- the E-Team email alias.  I

14:31:20  25   would have received it, yes.

14:31:33  1          Q.   Was that email the first time that the entire

14:31:36  2     E-Team was informed of the agreement you had reached with

14:31:40  3     Jobs?

14:31:40  4          A.   I don't know, given that my E-Team meetings

14:31:43  5     tended to be on Monday mornings, and this all transpired

14:31:47  6     at the end of the previous week, I could speculate that

14:31:50  7     this was the first communication.  But I don't know.

14:31:53  8          Q.   Okay.  Did you subsequently follow up with your

14:32:08  9     own email and correct anything about the way Shantanu

14:32:12 10     Narayen described the agreement?

14:32:14 11          A.   Not that I recall.

14:32:22 12          Q.   Now, subsequent to that email, if you look at

14:32:24 13     this document, there is a series of emails between Donna

14:32:27 14     Morris, Theresa Townsley, Gloria Stinson, and Jeff

14:32:31 15     Vijungco.  Do you see that?

14:32:32 16          A.   Yes.

14:32:33 17          Q.   Did you talk to any of these folks over the

14:32:34 18     weekend about their reactions to the agreement or any

14:32:37 19     steps they were taking to enforce it?

14:32:39 20          A.   I don't believe so.

14:33:26 21          Q.   As of this time, were you aware that Adobe was

14:33:28 22     in discussions with someone named Frank Casanova from

14:33:32 23     Apple?

14:33:33 24          A.   As of which time?

14:33:34 25          Q.   As of this time, May of 2005.

14:33:37 1      A.   I -- I have vague memories of the name.  I have

14:33:41 2  no idea where the name comes from, who he worked for, who

14:33:45 3  was recruiting him.  I don't remember.

14:33:47 4      Q.   Well, prior to May of 2005, did you have any

14:33:49 5  discussions with Steve Jobs about Adobe's efforts to hire

14:33:54 6  Frank Casanova?

14:33:56 7      A.   Not that I remember or recall.

14:33:58 8      Q.   For example, did Steve Jobs call you or send

14:34:01 9  you an email telling you, "stop it," or --

14:34:04 10     A.   Not --

14:34:05 11     Q.   -- or complaining about Frank -- what you were

14:34:06 12 doing with Frank Casanova?

14:34:08 13     A.   Not that I recall.

14:34:21 14     Q.   Did Adobe cease its efforts to recruit Frank

14:34:27 15 Casanova after you reached the agreement with Steve Jobs?

14:34:32 16     A.   I don't remember who Frank Casanova is.  I

14:34:35 17 don't recall who he is.  I don't recall his situation.

14:34:39 18 So by no means can I answer that question.

14:34:41 19     Q.   Okay.  Subsequent to your agreement with Steve

14:34:57 20 Jobs, did you receive confirmation that you recall from

14:35:04 21 Theresa Townsley, Donna Morris, or anybody in that

14:35:07 22 organization that they had ceased their efforts with

14:35:10 23 respect to recruiting of Apple employees?

14:35:14 24     A.   Are you talking about other than what's stated

14:35:16 25 in documents --

14:35:18  1        Q.    Correct.

14:35:18  2        A.    -- that you've already presented?

14:35:20  3        Q.    Yeah.

14:35:20  4        A.    Not that I recall.

14:35:21  5        Q.    So for example, did it come up at an E-Team

14:35:24  6    meeting?

14:35:24  7        A.    If it did, I don't recall it.

14:35:35  8        Q.    Were there notes taken at E-Team meetings?  Let

14:35:37  9    me ask a better question.

14:35:39 10              Were there minutes of E-Team meetings prepared?

14:35:41 11        A.    There was a period of time where my assistant

14:35:44 12    would take notes of E-Team meetings.

14:35:47 13        Q.    Okay.  Do you know if this -- that period of

14:35:50 14    time included the period of time that --

14:35:54 15        A.    I do not remember.

14:35:55 16        Q.    Okay.  I've handed you what has been previously

14:36:26 17    marked as Exhibit 230.  Will you take a moment to review

14:36:34 18    that, please.

14:36:53 19        A.    I've read it.

14:36:54 20        Q.    Now, have you ever seen -- well, this document

14:37:00 21    appears to be an email from Jeff Vijungco to an email

14:37:09 22    distribution list or alias called "hire@adobe.com."  Do

14:37:13 23    you see that?

14:37:14 24        A.    Yes.

14:37:15 25        Q.    Were you part of that alias or that list?

Deposition of Bruce Chizen                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

14:37:17  1        A.    No.

14:37:17  2        Q.    Okay.  Now, this is dated Tuesday, May 21st,

14:37:23  3    2005.  Do you see that?

14:37:24  4        A.    Yes.

14:37:24  5        Q.    And he writes --

14:37:27  6              MR. MITTELSTAEDT:  May 31st.

14:37:29  7              MR. SAVERI:  May 31st.  Excuse me.

14:37:30  8    BY MR. SAVERI:

14:37:31  9        Q.    "Hi, all, in recent discussions between our

14:37:34 10    E-Team and Apple's E-Team, the topic of recruiting one

14:37:38 11    another came up.  Given our relationship with Apple, and

14:37:39 12    assuming our partnership may grow stronger, we have

14:37:43 13    reiterated the importance of not poaching from Apple

14:37:46 14    directly.  Accordingly, this is increasingly more

14:37:49 15    sensitive for candidates at the director to VP level."

14:37:53 16              Do you see that?

14:37:54 17        A.    Yes.

14:38:00 18        Q.    Now, did Adobe's E-Team and Apple's E-Team

14:38:11 19    discuss this subject at this time, to the best of your

14:38:13 20    recollection?

14:38:13 21        A.    I don't believe, other than Mr. Jobs and

14:38:16 22    myself, there was not a discussion between Adobe and

14:38:19 23    Apple regarding this matter.

14:38:22 24        Q.    Okay.

14:38:22 25        A.    During this time period.

KRAMM COURT REPORTING    HIGHLY CONFIDENTIAL - ATTORNEYS' EYES ONLY          Page: 180

14:38:23  1      Q.   So you believe Mr. Vijungco is being inaccurate

14:38:29  2   when he talks about recent discussions between Adobe's

14:38:35  3   E-Team and Apple's E-Team?

14:38:38  4      A.   Inaccurate?

14:38:39  5      Q.   Inaccurate, yes.

14:38:40  6      A.   Inaccurate.

14:38:43  7      Q.   Did you tell Mr. Vijungco to send this email

14:38:46  8   describing the -- the agreement?

14:38:49  9      A.   I do not believe so.

14:38:51 10      Q.   Okay.  Do you know if -- do you know if someone

14:38:57 11   else on the E-Team, for example, anybody that was

14:39:02 12   responsible for the HR function, instructed Mr. Vijungco

14:39:05 13   to send this?

14:39:06 14      A.   I do not know.

14:39:08 15      Q.   Do you know why he inaccurately described the

14:39:11 16   genesis of the agreement between you and Mr. Jobs?

14:39:16 17      A.   I don't have the slightest idea.

14:39:19 18      Q.   Okay.  Did you tell him or anybody else at

14:39:22 19   Adobe to conceal that?

14:39:26 20      A.   No.

14:39:27 21      Q.   Okay.  Did -- well, did you want the agreement

14:39:39 22   known outside of the HR department that was responsible

14:39:45 23   for enforcing the agreement?

14:39:47 24      A.   I didn't care.

14:39:49 25      Q.   You didn't care one way or the other.

14:39:51  1        A.   I didn't care one way or the other.  All I

14:39:53  2    wanted was to placate Steve.

14:39:57  3        Q.   Well, you did care about following your

14:40:05  4    agreement with Mr. Jobs, didn't you?

14:40:07  5        A.   I cared about him believing I was following the

14:40:11  6    agreement, not necessarily following the agreement.

14:40:14  7        Q.   Okay.  But if he learned that you were not

14:40:17  8    following the agreement, you expected to hear about it,

14:40:20  9    didn't you?

14:40:21 10        A.   As long as I didn't know about it, and it came

14:40:28 11    to my attention afterwards, I was comfortable with him

14:40:31 12    finding out, because I could take the same tactic that he

14:40:35 13    would take with me, which is, I'll look into it and have

14:40:39 14    it stopped immediately.

14:40:40 15        Q.   So if -- if you didn't -- you were comfortable

14:40:45 16    with maintaining a position of plausible deniability with

14:40:52 17    respect to this if Mr. Jobs subsequently found out about

14:40:55 18    it and you didn't know anything about what was going on?

14:40:59 19        A.   To Mr. Jobs, yes.

14:41:14 20        Q.   But you did expect and knew that if Mr. Jobs

14:41:18 21    did find out about it -- find out that Adobe was not

14:41:19 22    living up to its agreement, that you would hear about it

14:41:22 23    from him?

14:41:22 24        A.   If he found out about it, yes.

14:41:25 25        Q.   Was it your belief that he was particularly

14:41:29  1   sensitive to this issue?

14:41:33  2       A.   It was always difficult to figure out what he

14:41:35  3   was particularly sensitive to on any given day or time.

14:41:38  4       Q.   But -- but based on your communications with

14:41:40  5   him, the recruiting of talent from -- by other technology

14:41:45  6   companies away from Apple was something that he cared a

14:41:48  7   lot about.  You knew that, didn't you?

14:41:50  8       A.   Again, he was sensitive about many, many

14:41:53  9   topics, and it would vary on any given date and time.  So

14:41:57 10   I can't tell you what he was overly sensitive to or not.

14:42:02 11   During that time period, between Wednesday, Thursday,

14:42:06 12   when he got the email, he reacted and responded -- and --

14:42:09 13   and contacted me, and you've seen the subsequent

14:42:14 14   communications between the two of us.

14:42:17 15           Whether that was a hot button for him or not, I

14:42:19 16   don't know.

14:42:20 17       Q.   Well, was there ever a time that you can

14:42:23 18   remember where Steve Jobs was insensitive to other

14:42:26 19   companies' recruiting Apple folks away from Apple?

14:42:31 20           MR. MITTELSTAEDT:  Object to form.

14:42:33 21           THE WITNESS:  I don't know how to answer that

14:42:34 22   question.  So can you try repeating it?  I don't

14:42:39 23   understand it.

14:42:41 24   BY MR. SAVERI:

14:42:48 25       Q.   Well, did you know that Steve Jobs believed

| | | |
|---|---|---|
| 15:51:50 | 1 | you to Jobs.  Do you see that? |
| 15:51:51 | 2 | A.   Yes. |
| 15:51:52 | 3 | Q.   Did you write that to Mr. Jobs on or about the |
| 15:51:53 | 4 | date that's indicated here? |
| 15:51:55 | 5 | A.   I assume so. |
| 15:51:56 | 6 | Q.   Now, when you wrote to Mr. Jobs, you forwarded |
| 15:52:04 | 7 | an email that you had received from someone named Nabil |
| 15:52:08 | 8 | Hireche. |
| 15:52:08 | 9 | A.   Hireche, yes. |
| 15:52:11 | 10 | Q.   What was that -- is Nabil a man or a woman? |
| 15:52:15 | 11 | A.   A man. |
| 15:52:17 | 12 | Q.   What was Nabil Hireche's job at this time? |
| 15:52:24 | 13 | A.   I don't know. |
| 15:52:25 | 14 | Q.   Okay.  Now, you forwarded to Jobs the email |
| 15:52:30 | 15 | that you received from Mr. Hireche.  Do you see that? |
| 15:52:33 | 16 | A.   Yes. |
| 15:52:33 | 17 | Q.   And he writes about someone named D'Apra, or |
| 15:52:38 | 18 | "D'Apra."  Do you see that? |
| 15:52:40 | 19 | A.   Yes. |
| 15:52:41 | 20 | Q.   And at this time in 2006 had the -- has the |
| 15:52:46 | 21 | acquisition of Macromedia closed? |
| 15:52:50 | 22 | A.   I believe so. |
| 15:52:51 | 23 | Q.   Okay.  So at this time, if -- at this time the |
| 15:52:57 | 24 | Macromedia folks had been absorbed into Adobe, right?  So |
| 15:53:02 | 25 | this person, Alessandro D'Apra was an employee of Adobe |

15:53:08  1    at this time, right?

15:53:09  2         A.   Assuming my dates are correct, yes.

15:53:11  3         Q.   So did you understand that your agreement with

15:53:12  4    Jobs with respect to recruiting, if followed, applied to

15:53:19  5    people like Mr. D'Apra who worked in Italy?

15:53:23  6         A.   I believe that the verbal agreement I had with

15:53:26  7    Steve applied to any Adobe employee, regardless of where

15:53:29  8    they came from.

15:53:30  9         Q.   And so when you wrote to him and said, "Please

15:53:33 10    remind your folks of our arrangement," were you asking

15:53:38 11    him to follow the agreement he had reached with you?

15:53:42 12         A.   Yes.

15:53:46 13         Q.   Did you ever speak to him -- I'm sorry.

15:53:49 14              Did you ever speak on the telephone with Jobs

15:53:52 15    about this?

15:53:52 16         A.   Not that I recall.

15:53:53 17         Q.   Did he write back, do you recall?

15:53:54 18         A.   Unless you have the email.

15:53:55 19         Q.   I do not.

15:53:56 20         A.   Then I do not believe he wrote back.

15:53:58 21         Q.   Okay.  I'm changing subjects.  So I'm happy to

15:54:05 22    keep going forward or take a break.

15:54:07 23         A.   Keep going.

15:54:08 24         Q.   Okay.  I don't -- frankly, I don't recall

15:54:26 25    whether I gave you another copy of this previously.  But

15:54:29   1   this is Exhibit 1147, which is the white paper.

15:54:34   2              MR. MITTELSTAEDT:  You did.  We've been over

15:54:36   3   this.

15:54:43   4              MR. SAVERI:  Well, okay.  I've shown it to him.

15:54:44   5   I've got some more questions about it.

15:54:46   6              MR. MITTELSTAEDT:  It is 1147.

15:54:47   7              MR. SAVERI:  It still is.  So either one you

15:54:48   8   want to use.  I just had an extra copy of it.

15:54:51   9              MR. MITTELSTAEDT:  Okay.

15:54:52  10   BY MR. SAVERI:

15:54:53  11       Q.  I have some particular questions about some of

15:54:55  12   the -- the factual statements in here.  Let me draw your

15:55:14  13   attention to the first -- bottom of the first page.

15:55:16  14   There is a footnote here that says, "We note," and

15:55:18  15   this -- again, this was submitted by Adobe, okay?

15:55:21  16              "We note, however, that the extent to which

15:55:23  17   this arrangement was filed has ebbed and flowed with the

15:55:29  18   company's relationship over time."

15:55:31  19              And, again, let me just make sure you have the

15:55:36  20   full context in mind.  If you look at the second

15:55:39  21   paragraph that begins, "As we describe below," do you see

15:55:42  22   that?

15:55:43  23       A.  Yes.

15:55:43  24       Q.  It says, "As we describe below, the Adobe/Apple

15:55:46  25   non-solicitation agreement flowed from and furthered a

16:05:42  1      A.    I do not know.

16:05:43  2      Q.    Okay.  There is a reference in this paragraph

16:05:48  3   to something called Adobe's Illustrator product.

16:05:51  4            Do you see that?

16:05:52  5      A.    Yes.

16:05:52  6      Q.    Do you know when that was introduced?

16:05:55  7      A.    I'd be guessing.

16:05:56  8      Q.    Was it before you got to the company?

16:05:57  9      A.    Yes.

16:05:58 10      Q.    Was it long before you came to the company?

16:05:59 11      A.    There was a product called Adobe Illustrator

16:06:03 12   88, based on 1988, so I'm assuming, yes.

16:06:07 13      Q.    Now, there is also a reference to Photoshop.

16:06:10 14      A.    Yes.

16:06:10 15      Q.    That is another Adobe product?

16:06:12 16      A.    It was acquired before I got there.

16:06:14 17      Q.    Do you recall when?

16:06:15 18      A.    No, but all of this information is available on

16:06:27 19   Google.

16:06:28 20      Q.    On the next page there is a reference to Mac OS

16:06:30 21   X.  Do you see that?

16:06:32 22      A.    Yes.

16:06:32 23      Q.    When was Mac OS X introduced?

16:06:35 24      A.    I don't know, but it was during my time frame.

16:06:44 25      Q.    Now, on the next page, on page 7, there is a

16:06:46  1    paragraph that begins, "All told."  Do you see that?

16:06:50  2          A.   On -- this page.

16:06:51  3          Q.   Page 7.

16:06:52  4          A.   Yes.

16:06:53  5          Q.   It says, "Adobe and Apple" -- it says, "All

16:06:58  6    told, Adobe and Apple have executed over 200 cooperative

16:07:02  7    agreements."  Do you see that?

16:07:04  8          A.   Yes.

16:07:04  9          Q.   Do you know if the subject of recruiting each

16:07:07 10    other's employees came up in the negotiation of any of

16:07:10 11    those agreements?

16:07:12 12          A.   I do not know, and I didn't realize that Adobe

16:07:16 13    even had that many written agreements with Apple.

16:07:19 14          Q.   Well, do you know whether or not this statement

16:07:22 15    in fact is true or not?

16:07:24 16          A.   I would have no way of knowing.

16:07:28 17          Q.   Did you negotiate yourself any of those

16:07:30 18    agreements?

16:07:30 19          A.   I don't believe I negotiated any written

16:07:33 20    agreement between myself and Apple.

16:07:36 21          Q.   And do you know if any of those written

16:07:38 22    agreements say anything about recruiting?

16:07:41 23          A.   I do not know.

16:07:47 24          Q.   Now --

16:07:48 25          A.   Other than what we talked about previously,

16:07:50  1   which was I think I looked at a document that showed a

16:07:53  2   paragraph in an earlier Adobe agreement.

16:07:56  3        Q.   Now, a little bit farther down in this -- on

16:07:58  4   this page -- let me -- let me just focus you.  There is a

16:08:04  5   paragraph that begins, "At times."  Do you see that?

16:08:07  6        A.   Yes.

16:08:07  7        Q.   Then it says, "The relationship temporarily

16:08:09  8   cooled when Steve Jobs left Apple and the company briefly

16:08:14  9   joined forces with Microsoft during the infamous font

16:08:18 10   wars."  Do you see that?

16:08:19 11        A.   Yes.

16:08:20 12        Q.   What were the font wars?

16:08:22 13        A.   Hard for me to describe, since I wasn't there

16:08:23 14   at the time.

16:08:24 15        Q.   Do you know when the font wars began?

16:08:26 16        A.   Before I got there.

16:08:27 17        Q.   Did they end before you got there?

16:08:29 18        A.   Yes.

16:08:37 19             MR. SAVERI:  Let's take a break.

16:08:39 20             THE VIDEOGRAPHER:  This is the end of Video

16:08:39 21   No. 3.  We are now off the record at 4:08.

16:19:04 22             (Recess was taken.)

16:19:27 23             THE VIDEOGRAPHER:  We are now on the record at

16:19:28 24   4:19.  This is the beginning of Video No. 4.

16:19:32 25             MR. MITTELSTAEDT:  I'm going to designate the

16:28:36 1      Q.   Are you familiar with term "vaporware"?

16:28:39 2      A.   I am familiar with the term "vaporware."

16:28:39 3      Q.   What do you understand the term "vaporware" to

16:28:40 4  mean?

16:28:41 5      A.   The way I interpret the term "vaporware" is

16:28:43 6  something that gets announced but is not ready for market

16:28:46 7  availability, and never becomes available.

16:28:50 8      Q.   Do you recall a Microsoft -- in connection with

16:28:52 9  the government case against Microsoft being accused of

16:28:56 10  adopting a -- a business practice of vaporware in order

16:29:00 11  to protect its monopoly?

16:29:02 12      A.   If you could refresh my memory.

16:29:04 13      Q.   Well, are you aware that Microsoft was accused

16:29:08 14  by the government of announcing products before they were

16:29:11 15  ready in order to foreclose competition and disadvantage

16:29:16 16  competitors?

16:29:16 17      A.   Yes, I do recall that.

16:29:18 18      Q.   Now, did -- while you were at Adobe --

16:29:27 19      A.   Yes.

16:29:28 20      Q.   -- did Adobe ever announce a product before the

16:29:31 21  product existed?

16:29:36 22      A.   Probably.

16:29:38 23      Q.   Were any of those products that Adobe and Apple

16:29:42 24  collaborated on?

16:29:46 25      A.   We might have announced the OS X versions of

16:29:52  1   our applications to help our customers understand that we

16:29:55  2   were actually working on them.  We also showed a version

16:29:58  3   of InDesign before it was available in the marketplace at

16:30:02  4   the Mac World Exposition.

16:30:16  5        Q.   Now, this goes on to say, "The ATM announcement

16:30:20  6   could be interpreted as an offensive move to try to

16:30:23  7   dissuade Apple from going a separate route with different

16:30:27  8   display technologies."

16:30:28  9             Do you see that?

16:30:29 10        A.   I see that.

16:30:29 11        Q.   Did Apple announce ATM before the product

16:30:32 12   existed in order to try and dissuade Apple from going a

16:30:35 13   separate route with different display technology?

16:30:38 14        A.   I wasn't with the company.  I wasn't aware of

16:30:40 15   what Adobe or Apple's intent was at the time.

16:30:51 16        Q.   From your perspective, as the CEO of Adobe --

16:30:56 17        A.   Yes.

16:30:57 18        Q.   -- when did the font wars end?

16:30:59 19        A.   Before I became the CEO of Adobe.

16:31:06 20        Q.   When did Apple and Adobe start to squabble

16:31:11 21   about the implementation of Flash on Apple devices?

16:31:23 22        A.   I believe it was after my departure from Adobe

16:31:30 23   Systems.

16:31:32 24        Q.   So just so I am clear, to the best of your

16:31:34 25   recollection, the squabbling or friction between Apple

16:31:38   1    and Adobe about the implementation of Flash on Apple

16:31:42   2    devices, including their -- their computers or their

16:31:48   3    hand-helds, hand-held devices, occurred after you left

16:31:54   4    Adobe?

16:31:54   5        A.   It depends on what your definition is of

16:31:56   6    "squabble."  We worked with Apple to encourage them to

16:32:00   7    implement Flash on their iPhone.  I'm not sure that was

16:32:06   8    squabble or --

16:32:06   9        Q.   That's fair.

16:32:08  10        A.   So -- and at the time Apple believed that Flash

16:32:11  11    was not of the size and performance that they really

16:32:14  12    needed for the iPhone.  Adobe didn't like that decision.

16:32:18  13    I certainly didn't like that decision.  But it was their

16:32:21  14    choice.

16:32:21  15        Q.   But you were the CEO of the company when that

16:32:23  16    happened.

16:32:24  17        A.   That is correct.

16:32:25  18        Q.   Now, did you discuss that with Jobs --

16:32:28  19        A.   I probably did.

16:32:29  20        Q.   -- yourself?

16:32:30  21        A.   Yes.

16:32:30  22        Q.   And what -- when did you discuss that with

16:32:32  23    Jobs?

16:32:34  24        A.   I don't know.

16:32:35  25        Q.   Okay.  Did you --

16:32:41  1     A.   It was after the Macromedia acquisition and

16:32:44  2  before November 2007 -- or -- and before November 2007.

16:32:49  3     Q.   Did you communicate with Mr. Jobs about that

16:32:52  4  subject?

16:32:53  5     A.   About Flash?

16:32:54  6     Q.   Yes.

16:32:54  7     A.   Yes.

16:32:55  8     Q.   On many occasions?

16:32:57  9     A.   I'm not sure if it was many occasions.

16:32:59 10     Q.   On more than one?

16:33:02 11     A.   At least one, I feel comfortable saying.

16:33:05 12     Q.   Is there a particular one that you have in

16:33:06 13  mind?

16:33:10 14     A.   I called him up and asked him why he wasn't

16:33:13 15  interested in implementing Flash.

16:33:15 16     Q.   And when was that?

16:33:17 17     A.   Sometime between the post acquisition of

16:33:19 18  Macromedia and before November 2007.

16:33:23 19     Q.   And what did he tell you?

16:33:25 20     A.   He didn't really like the performance he wasn't

16:33:29 21  able to get. And I offered to help. And he didn't take

16:33:33 22  up -- take us up on the help.

16:33:37 23     Q.   Did you communicate with him via email or in

16:33:40 24  writing about that subject subsequent to that telephone

16:33:44 25  conversation?

16:33:45   1        A.   I don't know if I communicated with him.  There

16:33:48   2    were certainly communications within Adobe, the email

16:33:52   3    about what Steve had said or what Apple's opinion is.

16:33:55   4        Q.   During this period of time, was there a

16:33:57   5    particular person at Adobe who was responsible for

16:34:00   6    developing the Flash product?

16:34:04   7        A.   There were a group of people.  I don't know who

16:34:08   8    in retrospect.  It could have been a combination of Digby

16:34:12   9    Horner, Kevin Lynch, and others, but I'm not sure.

16:34:15  10        Q.   Okay.

16:34:16  11        A.   Al Ramadan, who headed up the mobile stuff.

16:34:19  12        Q.   I'm sorry.  Your voice kind of trails off.

16:34:21  13        A.   Oh, I'm sorry.

16:34:21  14        Q.   Could you identify the people that you would --

16:34:23  15        A.   I don't know who was specifically responsible

16:34:25  16    for it.  It would have been either, or the likes of, a

16:34:31  17    Digby Horner, Kevin Lynch, and/or Al Ramadan and the

16:34:36  18    people within their organizations.

16:34:38  19        Q.   Okay.  Did they have -- communicate with

16:34:44  20    counterparts at Apple?

16:34:48  21        A.   There were people at Adobe that communicated

16:34:50  22    with counterparts at Apple, yes.

16:34:52  23        Q.   And so I'm just trying to get a sense of

16:34:55  24    whether the communication between the two entities, Apple

16:34:58  25    and Adobe, about that subject, was a communication

16:55:26   1        A.    I don't know.

16:55:27   2        Q.    So in terms of the development and the -- these

16:55:29   3   code names, do you recall Jaguar preceded Tiger?

16:55:33   4        A.    There's lots of big cats.  I don't know.

16:55:36   5        Q.    Okay.  So do you know, as you sit here today,

16:55:40   6   whether Tiger was version 10.4 of OS X?

16:55:43   7        A.    I have no idea.

16:55:43   8        Q.    Or whether Jaguar was version 10.2?

16:55:47   9        A.    I have no idea.  But I'm sure you could find

16:55:50  10   all this information available elsewhere.

16:55:52  11        Q.    Now, there is an email from someone named

16:55:54  12   Bertrand -- I don't even know how to pronounce his name,

16:55:57  13   Serlet?

16:55:59  14        A.    Yes.

16:55:59  15        Q.    Do you know that person?

16:56:00  16        A.    I've met him a number of times, yes.

16:56:02  17        Q.    Okay.  Did he work on the collaboration between

16:56:05  18   Adobe and Apple?

16:56:06  19        A.    I don't know if he worked directly on the

16:56:08  20   collaboration, but he was responsible, I believe, for a

16:56:10  21   lot of the software engineering at Apple.

16:56:13  22        Q.    Now, you see his email, dated February 1, 2005,

16:56:17  23   that begins, "Yes, Christine's team is working in concert

16:56:20  24   with Ryan"?

16:56:22  25        A.    I see it.

16:56:24  1      Q.   And then it refers to a Jaguar crisis.

16:56:29  2           Do you see that?

16:56:29  3      A.   I see that.

16:56:30  4      Q.   Do you know what he's referring to?

16:56:32  5      A.   I have no idea.

16:56:33  6      Q.   Were there particular problems between Apple

16:56:35  7  and Adobe with respect to the development of Jaguar or --

16:56:39  8  or versions of OS X at this time?

16:56:42  9      A.   There were always challenges in developing

16:56:45 10  software for any operating system in my 20, 30-plus-year

16:56:50 11  experience in the software business.

16:56:52 12      Q.   Well, was there a particular big one with

16:56:54 13  respect to Jaguar?

16:56:55 14      A.   I don't remember when Jaguar was, so I'm not

16:56:58 15  sure which version it was, whether it was the first

16:57:01 16  version or the second version.

16:57:03 17      Q.   Well, you -- you write this email on

16:57:07 18  February 17th, 2005, to Jobs following up on a Tiger

16:57:14 19  compatibility report.  Do you see that?

16:57:17 20      A.   I see that.

16:57:18 21      Q.   Was that usual?  I mean did you regularly

16:57:20 22  follow up directly with Steve Jobs about compatibility

16:57:24 23  reports with respect to OS X versions?

16:57:26 24      A.   Anytime I had good news on something that

16:57:28 25  concerned Steve I liked to pass it on to him so he would

16:57:31  1    believe that we were collaborating and cooperating to

16:57:34  2    maintain the support that we needed.

16:57:40  3        Q.   Now, at the top of the email, Schiller writes

16:57:44  4    to Bertrand.  Do you see that?

16:57:47  5        A.   I see that.

16:57:47  6        Q.   And he says, "I'll add it was a fight with

16:57:49  7    Adobe to get this relationship to this state.  It was

16:57:52  8    much harder than with Panther."

16:57:55  9             Do you see that?

16:57:55  10       A.   I see that.

16:57:56  11       Q.   Do you know what he's talking about?

16:57:57  12       A.   No, because I don't remember what version of

16:57:59  13   the operating system was Panther or which one was Tiger

16:58:03  14   and which one was Jaguar.  So without understanding that,

16:58:07  15   I really -- it is hard for me to put this in context.

16:58:11  16       Q.   Now, he refers to someone named Bryan Lamkin.

16:58:14  17            Do you see that?

16:58:15  18       A.   Yes, I do see that.

16:58:17  19       Q.   What was Bryan Lamkin's job at this time at

16:58:20  20   Adobe?

16:58:20  21       A.   I believe he was a senior vice president in one

16:58:23  22   of our product groups.

16:58:24  23       Q.   Did he work with Ron Okamoto with respect to

16:58:28  24   Apple, Adobe?

16:58:29  25       A.   Ron Okamoto worked for him when Ron Okamoto was

16:58:32 1    with Adobe.

16:58:33 2         Q.   Did Lamkin work with Okamoto after Okamoto went

16:58:37 3    to work for Apple?

16:58:38 4         A.   Based on this email, I would assume so.

16:58:41 5         Q.   Okay.  And do you know whether either Lamkin or

16:58:47 6    Okamoto said to Apple, as indicated here, in no uncertain

16:58:54 7    terms that we, that is Apple, are now, quote, like

16:58:57 8    Microsoft to them, that is Adobe, and they trust our OS

16:59:01 9    team less this year than last?  Do you know if that was

16:59:06 10   said to these individuals at Apple by people who reported

16:59:09 11   to you at Adobe?

16:59:10 12        A.   I don't know if they said it.

16:59:13 13        Q.   Well, do you know if that was true?

16:59:17 14        A.   I have heard -- I heard people at Adobe say

16:59:20 15   that.  But I don't know if they particularly said it and

16:59:24 16   who they said it to.

16:59:25 17        Q.   So even though -- whether that thought or

16:59:29 18   belief expressed internally was communicated to the folks

16:59:33 19   at Apple.

16:59:34 20        A.   I do not know.

16:59:35 21        Q.   Did you ever discuss that with Jobs?

16:59:37 22        A.   No.

16:59:54 23             MR. MITTELSTAEDT:  By my count -- we've got

16:59:56 24   until -- we've got about until 5:36.  And it is 5:02 now.

17:00:05 25             MR. SAVERI:  Let's go off the record.

17:30:38  1          MR. SAVERI:  I have just one follow-up

17:30:39  2    question.

17:30:39  3

17:30:39  4                    FURTHER EXAMINATION

17:30:39  5    BY MR. SAVERI:

17:30:40  6          Q.   With respect to the 2005 collaborations that

17:30:43  7    Mr. Mittelstaedt was just asking you about, can you

17:30:45  8    identify any of them which you would identify as

17:30:48  9    "significant" that were in place at the time of the 2005

17:30:53  10   discussions with you and Jobs?

17:30:54  11         A.   If you were able to provide me with the

17:30:57  12   different operating system changes and the different

17:31:00  13   hardware changes that Apple was embarking on, and the

17:31:04  14   different product upgrades that Adobe was embarking on at

17:31:08  15   that point in time, I'm sure I could identify numerous

17:31:10  16   significant collaborations that were going on.  But

17:31:12  17   unless I'm able to identify those, I can't do so.

17:31:16  18         MR. SAVERI:  Okay.  I don't have any

17:31:17  19   questions -- I don't have any further questions.  Thank

17:31:19  20   you very much for your time.

17:31:20  21         THE WITNESS:  You're welcome.

17:31:22  22         THE VIDEOGRAPHER:  This is the end of Video 4

17:31:23  23   of 4 and concludes today's proceedings.  The master

17:31:26  24   videos will be retained by Jordan Media.  We are now off

17:31:29  25   the record.  The time is 5:31.

| | | |
|---|---|---|
| 16:51:38 | 1 | (The deposition ended at 5:31 p.m.) |
| 16:51:38 | 2 | * * * |
| 16:51:38 | 3 | |
| 16:51:38 | 4 | _____ |
| 16:51:38 | 5 | BRUCE CHIZEN |
| | 6 | |
| | 7 | |
| | 8 | |
| | 9 | |
| | 10 | |
| | 11 | |
| | 12 | |
| | 13 | |
| | 14 | |
| | 15 | |
| | 16 | |
| | 17 | |
| | 18 | |
| | 19 | |
| | 20 | |
| | 21 | |
| | 22 | |
| | 23 | |
| | 24 | |
| | 25 | |

Deposition of Bruce Chizen                          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

16:41:10  1          I, Rosalie A. Kramm, Certified Shorthand

16:41:10  2   Reporter licensed in the State of California, License No.

16:41:10  3   5469, hereby certify that the deponent was by me first

16:41:10  4   duly sworn and the foregoing testimony was reported by me

16:41:10  5   and was thereafter transcribed with computer-aided

16:41:10  6   transcription; that the foregoing is a full, complete,

16:41:10  7   and true record of said proceedings.

16:41:10  8          I further certify that I am not of counsel or

16:41:10  9   attorney for either of any of the parties in the

16:41:10 10   foregoing proceeding and caption named or in any way

16:41:10 11   interested in the outcome of the cause in said caption.

16:41:10 12          The dismantling, unsealing, or unbinding of the

16:41:10 13   original transcript will render the reporter's

16:41:10 14   certificates null and void.

16:41:10 15          In witness whereof, I have hereunto set my hand

16:41:10 16   this day:   March 26, 2013.

16:41:10 17          ___X___   Reading and Signing was requested.

16:41:10 18          _____   Reading and Signing was waived.

16:41:10 19          _____   Reading and signing was not requested.

16:41:10 20

16:41:10 21                    _____

16:41:10 22                    ROSALIE A. KRAMM

16:41:10 23                    CSR 5469, RPR, CRR

16:41:10 24

         25