# EXHIBIT C

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

1                UNITED STATES DISTRICT COURT

2               NORTHERN DISTRICT OF CALIFORNIA

3                    SAN JOSE DIVISION

4

5

6    IN RE:  HIGH-TECH EMPLOYEE      )

7    ANTITRUST LITIGATION            )

8                                    )   No. 11-CV-2509-LHK

9    THIS DOCUMENT RELATES TO:       )

10   ALL ACTIONS.                    )

11   _____)

12

13

14                ATTORNEYS' EYES ONLY

15        VIDEO DEPOSITION OF ROSEMARY ARRIADA-KEIPER

16                   March 28, 2013

17

18

19   REPORTED BY:  GINA V. CARBONE, CSR NO. 8249, RPR, CCRR

20

21

22

23

24

25

| | | |
|---|---|---|
| 09:25:59 | 1 | financial analyst in 1998, was there a salary grade |
| 09:26:04 | 2 | associate -- was there a salary range or salary grade |
| 09:26:07 | 3 | associated with your position? |
| 09:26:08 | 4 | A.  Yes. |
| 09:26:09 | 5 | Q.  What was that? |
| 09:26:09 | 6 | A.  I don't know. |
| 09:26:11 | 7 | Q.  Do you know what your salary range was at the |
| 09:26:14 | 8 | time? |
| 09:26:14 | 9 | A.  No. |
| 09:26:15 | 10 | Q.  Do you know what your job level or what your |
| 09:26:17 | 11 | job grade was? |
| 09:26:18 | 12 | A.  At that time? |
| 09:26:19 | 13 | Q.  Yes. |
| 09:26:20 | 14 | A.  No. |
| 09:26:23 | 15 | Q.  Did you receive promotions or -- well, did you |
| 09:26:27 | 16 | receive any promotions during your time as an analyst? |
| 09:26:30 | 17 | A.  I did. |
| 09:26:31 | 18 | Q.  What promotions did you receive? |
| 09:26:33 | 19 | A.  I moved from a career level analyst to a senior |
| 09:26:37 | 20 | level analyst, and eventually to a program manager. |
| 09:26:49 | 21 | Q.  Did your salary increase with each of those |
| 09:26:51 | 22 | moves? |
| 09:26:54 | 23 | A.  Yeah.  I mean, I don't recall specifically, |
| 09:26:56 | 24 | but.... |
| 09:26:59 | 25 | Q.  Did your compensation increase -- well, did |

| | | |
|---|---|---|
| 09:27:03 | 1 | your base salary increase with each of those moves |
| 09:27:06 | 2 | within the analyst position? |
| 09:27:08 | 3 | A.  Yes. |
| 09:27:16 | 4 | Q.  What were your job responsibilities as a |
| 09:27:18 | 5 | compensation analyst? |
| 09:27:20 | 6 | A.  So we supported different business units within |
| 09:27:24 | 7 | the organization.  So it consisted of things like |
| 09:27:27 | 8 | participating in surveys; doing benchmarking; doing |
| 09:27:30 | 9 | analysis, you know, both at a company level as well as |
| 09:27:35 | 10 | an organizational level; designing compensation programs |
| 09:27:38 | 11 | and plans. |
| 09:27:45 | 12 | Q.  You mentioned that as a compensation analyst |
| 09:27:48 | 13 | you participated in surveys? |
| 09:27:50 | 14 | A.  Yes. |
| 09:27:50 | 15 | Q.  Can you tell me more about that. |
| 09:27:52 | 16 | A.  Yeah.  So as a company, we participate in |
| 09:27:56 | 17 | surveys that third-party vendors host.  Radford is the |
| 09:28:00 | 18 | primary source that we use.  And so what that entails is |
| 09:28:04 | 19 | having to provide information about our compensation |
| 09:28:08 | 20 | practices and ranges that we develop.  And as part of |
| 09:28:13 | 21 | that, there is lots of different companies that |
| 09:28:15 | 22 | participate in that.  And as a result of us |
| 09:28:18 | 23 | participating and providing our data, we're then able to |
| 09:28:21 | 24 | get aggregated output data so we use that information as |
| 09:28:25 | 25 | we're determining kind of our market practices and |

| | | |
|---|---|---|
| 09:28:28 | 1 | compensation practices that we want to apply internally. |
| 09:28:32 | 2 | Q.  Do you know whether Adobe used any third-party |
| 09:28:36 | 3 | surveys other than Radford? |
| 09:28:37 | 4 | A.  Yeah.  We had a number of different ones. |
| 09:28:40 | 5 | Q.  Which surveys did you subscribe to or |
| 09:28:42 | 6 | participate in? |
| 09:28:42 | 7 | A.  The ones that come to mind for me would have |
| 09:28:44 | 8 | been Radford, we used iPass, I'm sure there were others. |
| 09:28:52 | 9 | I can't recollect their names.  But our primary has |
| 09:28:55 | 10 | always been Radford.  The others were more secondary |
| 09:28:59 | 11 | sources. |
| 09:29:01 | 12 | Q.  You mentioned that you did benchmarking work as |
| 09:29:04 | 13 | a compensation analyst? |
| 09:29:05 | 14 | A.  Uh-huh. |
| 09:29:05 | 15 | Q.  What do you mean by "benchmarking"? |
| 09:29:07 | 16 | A.  Looking at market data to analyze how our |
| 09:29:11 | 17 | salary ranges, practices and processes compare to the |
| 09:29:13 | 18 | market. |
| 09:29:18 | 19 | Q.  Was benchmarking an ongoing project for you as |
| 09:29:20 | 20 | a compensation analyst? |
| 09:29:23 | 21 | A.  So yeah, I guess I don't understand what you |
| 09:29:26 | 22 | mean by "ongoing." |
| 09:29:28 | 23 | Q.  It's my understanding, and we can talk about |
| 09:29:31 | 24 | this a bit later, that Adobe benchmarks against the |
| 09:29:35 | 25 | surveys on an annual basis? |

09:29:36   1          A.   Correct.

09:29:38   2          Q.   Did -- so when you were doing your benchmarking

09:29:41   3    work as a compensation analyst, were you involved in

09:29:43   4    that annual process?

09:29:44   5          A.   Yes, I was.

09:29:50   6          Q.   And can you describe the annual benchmarking

09:29:53   7    process?

09:29:53   8          A.   Yeah.  So it kind of kicks off with the survey

09:29:58   9    participation, and we typically do that in the

09:30:01   10   summertime period.  We then get output back from the

09:30:08   11   third-party vendors in terms of by job, what specific

09:30:12   12   compensation elements look like.  And they provide in

09:30:15   13   percentiles so you get the 25th, 50th, you know, 75th,

09:30:19   14   90th.

09:30:20   15          We then look at our internal compensation

09:30:24   16   components, base salary, incentive, TTC, and we compare

09:30:31   17   that against the market data to kind of assess whether

09:30:34   18   we're aligned to the market or we're not.

09:30:44   19          Q.   What do you mean by "incentive payments" or

09:30:48   20   "incentive compensation"?

09:30:49   21          A.   Incentive is kind of our variable compensation

09:30:52   22   component.  Certain roles within the company, roles like

09:30:56   23   sales, where they have a commission quota component to

09:30:59   24   their compensation or management-type roles where we

09:31:01   25   have an incentive plan in place, we'll typically look at

| | | |
|---|---|---|
| 09:31:05 | 1 | those elements. |
| 09:31:06 | 2 | Q.  Are there any other jobs that -- within Adobe |
| 09:31:09 | 3 | that have incentive compensation as part of their total |
| 09:31:12 | 4 | compensation? |
| 09:31:13 | 5 | A.  No.  Generally it's sales compensation and |
| 09:31:17 | 6 | management roles.  There may be a few kind of individual |
| 09:31:21 | 7 | contributor roles, and what I mean by that is roles |
| 09:31:24 | 8 | where you don't have direct people management |
| 09:31:27 | 9 | responsibility, that can also be eligible for incentive. |
| 09:31:31 | 10 | Q.  Do you know which individual contributor roles |
| 09:31:33 | 11 | those are that may be entitled to incentives? |
| 09:31:37 | 12 | A.  We have thousands of jobs at Adobe. |
| 09:31:41 | 13 | Q.  What is TTC? |
| 09:31:44 | 14 | A.  Total target compensation.  So we define that |
| 09:31:46 | 15 | as your base salary plus your cash incentive. |
| 09:31:57 | 16 | Q.  And when you say "cash incentive," are you |
| 09:31:59 | 17 | referring to the incentive payments that we just |
| 09:32:01 | 18 | discussed? |
| 09:32:01 | 19 | A.  Either the sales commissions or the variable. |
| 09:32:06 | 20 | Q.  And you mentioned part of the benchmarking |
| 09:32:08 | 21 | process was looking at the salaries -- or looking at the |
| 09:32:10 | 22 | surveys, rather -- |
| 09:32:11 | 23 | A.  Uh-huh. |
| 09:32:11 | 24 | Q.  -- to determine whether or not Adobe is aligned |
| 09:32:13 | 25 | to market? |

09:32:14  1      A.   Yeah.

09:32:14  2      Q.   So what if Adobe -- what if you determined

09:32:18  3   Adobe wasn't aligned to market?

09:32:20  4      A.   So what we would do is -- so the process, we're

09:32:23  5   kind of unique from most companies in that we don't have

09:32:26  6   a grade structure.  We market price.  So every job has a

09:32:31  7   direct and discrete range that goes along with it.

09:32:35  8           So part of our exercise entails looking at

09:32:39  9   every single job, comparing it against the market data.

09:32:43 10   And we have a specific percentile that we're targeting

09:32:46 11   within that market data.  It's the 65th percentile.

09:32:49 12           And so what we do is in some cases, we are

09:32:55 13   ahead of market, and that means we must adjust the range

09:32:58 14   down.  In other instances we're behind the market and we

09:33:00 15   adjust the range up.  So we do that kind of on an

09:33:04 16   individual job basis.

09:33:05 17           Once we go through that exercise, we then

09:33:07 18   aggregate that data.  And what that basically does is on

09:33:11 19   an aggregate level, it tells us either overall you are

09:33:15 20   aligned and you are good, you don't need to request

09:33:17 21   additional funding to adjust your ranges.

09:33:20 22           You may end up being behind, in which case we

09:33:23 23   kind of have to cost that out and then we go have a

09:33:27 24   conversation with the finance organization to say, look,

09:33:31 25   we're behind the market a little bit.  In order for us

Deposition of Rosemary Arriada-Keiper          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

| | |
|---|---|
| 09:33:33 1 | to kind of catch up, you know, we're going to need a |
| 09:33:36 2 | focal review of X amount of dollars. |
| 09:33:38 3 | And in some instances, if we're kind of ahead |
| 09:33:41 4 | of the market we may not require as much money from a |
| 09:33:45 5 | focal perspective.  So we ultimately end up aggregating |
| 09:33:50 6 | that and that kind of defines what we need in terms of |
| 09:33:52 7 | an annual review of focal budget. |
| 09:33:55 8 | Q.  So you -- if you review the survey data and |
| 09:33:59 9 | determine that Adobe is paying behind the 65th |
| 09:34:04 10 | percentile -- and when you say "65th percentile," are |
| 09:34:06 11 | you trying to target the midpoint of each salary range |
| 09:34:10 12 | of the 65th percentile? |
| 09:34:11 13 | A.  Yeah.  The midpoint of each salary range. |
| 09:34:14 14 | Correct. |
| 09:34:17 15 | Q.  And if you believe that Adobe needs more money |
| 09:34:23 16 | to pay salaries in order to hit that 65th percentile -- |
| 09:34:27 17 | A.  On an aggregate level. |
| 09:34:28 18 | Q.  -- on an aggregate level, you need to go to the |
| 09:34:31 19 | finance organization? |
| 09:34:32 20 | A.  We do.  Yeah. |
| 09:34:33 21 | Q.  How does that happen? |
| 09:34:35 22 | A.  So essentially -- it's part of the budgeting |
| 09:34:37 23 | process.  So, you know, every year as we're going |
| 09:34:39 24 | through budgeting processes, one of the main things we |
| 09:34:41 25 | have to do is we have to look at what do we anticipate |

09:34:43   1   that we're going to need to budget in terms of the focal

09:34:46   2   review process.

09:34:46   3        So after we've gone through our exercise and we

09:34:48   4   see kind of from a market perspective where our ranges

09:34:51   5   are lining up, we'll engage in a conversation with the

09:34:54   6   finance organization to say, you know, this is what we

09:34:56   7   believe we need.

09:34:58   8        They'll come back to us and say, well, this is

09:35:01   9   what we can financially afford to give you, and we end

09:35:04   10   up coming to a compromise. And sometimes we get what we

09:35:07   11   need, and other times they've come back and said, you

09:35:10   12   know what, we can't afford to do that, and this is what

09:35:13   13   we can give you.

09:35:14   14      Q. So when you say that you -- and what you get

09:35:16   15   back from the finance organization is a budget for

09:35:19   16   increasing salaries at the focal review time?

09:35:21   17      A. Exactly. Exactly. So the ranges

09:35:25   18   automatically -- I shouldn't say automatically. We

09:35:27   19   adjust the ranges. So if they've gone up or down, those

09:35:32   20   get adjusted. What the focal does is determine, you

09:35:35   21   know, based on budgets that managers will have, whether

09:35:38   22   individuals -- how much individuals can get adjusted.

09:35:43   23        THE VIDEOGRAPHER: Excuse me. Can you avoid of

09:35:45   24   touching the cable.

09:35:48   25        THE WITNESS: I'm sorry. I do a lot with my

09:35:49  1    hands.  I'll try to keep them up here.

09:35:52  2              THE VIDEOGRAPHER:  It makes a noise --

09:35:53  3              THE WITNESS:  I use my hands a lot.

09:35:57  4              MS. LEEBOVE:  Q.  And what if you review

09:35:59  5    Adobe salaries against the survey data and find that

09:36:05  6    Adobe -- that the midpoint of Adobe salary ranges is

09:36:10  7    higher?

09:36:10  8         A.  We'll adjust them down.

09:36:12  9         Q.  Do you adjust salary ranges down?

09:36:13  10        A.  Yeah.

09:36:21  11        Q.  Is it Adobe's practice not to adjust actual

09:36:23  12   salaries themselves down if the ranges go down?

09:36:28  13        A.  Correct.  Like an individual's salary?  Is that

09:36:31  14   what you are referencing?  Yeah.

09:36:33  15        Q.  So if the salary range goes down, individual

09:36:36  16   salaries do not go down?

09:36:37  17        A.  No.  But the position within the range changes,

09:36:39  18   right?

09:36:44  19        Q.  I guess everyone would be slightly higher in

09:36:46  20   the range if the salary goes down?

09:36:48  21        A.  Exactly.

09:36:49  22        Q.  That's about all the math I can do right there.

09:36:51  23        A.  That's good.  That's really good.

09:36:54  24        Q.  And if the ranges go up, do salaries increase?

09:36:57  25        A.  No.

09:36:58   1     Q.  How do --

09:37:00   2     A.  Their position now changes lower into the

09:37:02   3   range.

09:37:14   4     Q.  Does Adobe ever bring individuals whose base

09:37:19   5   salaries are lower than the low end of their salary

09:37:22   6   range up to minimum as part of the focal process?

09:37:27   7     A.  So, yeah.  Each range has a minimum and a

09:37:29   8   maximum.  If folks are below the minimum of the range,

09:37:34   9   we will typically red flag them.  That, to us, you know,

09:37:38 10   can mean a number of things.  It can mean that the

09:37:41 11   market has moved significantly and we haven't been able

09:37:44 12   to keep up from an individual perspective.  Sometimes

09:37:47 13   it's a skill gap issue.

09:37:49 14     So, you know, our practice has been is, is we

09:37:51 15   will adjust them to the minimum as part of the annual

09:37:55 16   review, they get red flagged, and then we have a

09:37:58 17   conversation with the manager to say, you know, we have

09:38:02 18   a minimum for a reason because we believe you need to be

09:38:04 19   in this range to be competitive.  You know, is there any

09:38:06 20   reasons why you might not want to adjust.  And so it

09:38:11 21   becomes manager's discretion in terms of whether they

09:38:13 22   want to do that.

09:38:14 23     And sometimes they have legitimate reasons for

09:38:16 24   why.  You know, certainly as you start to get into less

09:38:20 25   mature markets, like outside of the U.S., there is a lot

09:38:23  1    more volatility, so, you know, managers will come to us

09:38:26  2    and say you know what, we don't need to be paying this.

09:38:28  3    We can kind of get them for not this amount.  This is

09:38:30  4    not what's driving them.  So there is a number of

09:38:33  5    factors, but yeah.  It ultimately is manager's

09:38:36  6    discretion.

09:38:38  7        Q.  As a compensation analyst, did you ever study

09:38:44  8    whether employees were -- how many employees were being

09:38:47  9    paid below the range for their job?

09:38:50  10       A.  It's part of the reporting.  So we'll look at

09:38:52  11   how many employees are below the minimum, we'll look at

09:38:55  12   how many are above the maximum, we'll look at how many

09:38:58  13   are targeted, you know, in what percentile.  So, yeah,

09:39:00  14   we definitely look at that information.

09:39:06  15       Q.  Has that been true for -- if I use the term

09:39:09  16   "class period," do you understand what I would be --

09:39:13  17   what I'm referring to?

09:39:14  18       A.  No.

09:39:15  19       Q.  So the class period -- and we'll talk about

09:39:19  20   your declaration a little bit later.

09:39:20  21       A.  Okay.

09:39:21  22       Q.  But when I refer to the class period, I'm

09:39:24  23   talking about the period of time between January 1st,

09:39:27  24   2005 and December 31st, 2009.

09:39:29  25       A.  Okay.

09:39:31  1      Q.  So do you know whether for the entire -- for

09:39:34  2  the entire class period it's been Adobe's policy to

09:39:41  3  review whether employees are being paid in or out of

09:39:44  4  range?

09:39:45  5      A.  So yeah.  So it's always been a part of the

09:39:48  6  process to kind of look at where employees are

09:39:50  7  positioned relative to the ranges that we're developing.

09:39:57  8      Q.  And has this process of -- and has Adobe

09:40:01  9  participated in surveys for the whole class period?

09:40:04  10      A.  As long as I can remember, yeah.

09:40:06  11      Q.  And has Adobe engaged in this annual process of

09:40:09  12  comparing its salaries to market on an annual basis --

09:40:12  13      A.  Yes.

09:40:12  14      Q.  -- throughout the class period?

09:40:13  15      A.  Yeah.

09:40:23  16          (Discussion off the record.)

09:40:33  17          MS. LEEBOVE:  Q.  So we were talking about

09:40:34  18  your job duties as a compensation analyst, and you

09:40:36  19  mentioned surveys, benchmarking, analysis.  And was

09:40:41  20  the analysis that we just discussed the analysis

09:40:44  21  that you were talking about when you referred to

09:40:48  22  doing analysis as a compensation analyst?

09:40:50  23      A.  That's one of them.

09:40:51  24      Q.  What other sorts of analyses did you do as a

09:40:54  25  compensation analyst?

| | |
|---|---|
| 09:44:41 1 | moved from a career compensation analyst to a senior |
| 09:44:45 2 | compensation analyst? |
| 09:44:49 3 | A.  I would say it's more about the types of |
| 09:44:52 4 | projects, and kind of from a support perspective, the |
| 09:44:57 5 | type of visibility you get in terms of who you are |
| 09:44:59 6 | interfacing with from a client support perspective. |
| 09:45:03 7 | The core of the work is still the same, you are |
| 09:45:06 8 | doing analyzing and benchmarking and a lot of that. |
| 09:45:09 9 | It's just the types of programs are more highly visible. |
| 09:45:11 10 | So from that perspective, no.  When I made the jump from |
| 09:45:16 11 | an individual contributor to a manager, then I would say |
| 09:45:18 12 | yeah, much more significant.  Because now I'm all of a |
| 09:45:21 13 | sudden having to manage people which adds a whole |
| 09:45:24 14 | different dynamic. |
| 09:45:24 15 | Q.  So you became a manager in 2006-ish? |
| 09:45:27 16 | A.  Yeah.  I should have looked up my chronology. |
| 09:45:34 17 | Q.  And you moved from -- and I just want to make |
| 09:45:37 18 | sure that I'm getting this straight because I've -- |
| 09:45:41 19 | A.  I don't know if I remember it either.  I have |
| 09:45:43 20 | to go look it up, it's been so long.  But yeah. |
| 09:45:46 21 | Q.  But you moved from an analyst role to a manager |
| 09:45:48 22 | of global compensation role? |
| 09:45:50 23 | A.  I did, yeah. |
| 09:45:51 24 | Q.  And what did your job as a senior manager -- or |
| 09:45:56 25 | were you a manager first and then a senior -- |

| | | |
|---|---|---|
| 09:45:58 | 1 | A.  And then a senior manager.  Yeah. |
| 09:46:02 | 2 | MR. KIERNAN:  So were you the program manager? |
| 09:46:05 | 3 | THE WITNESS:  So no, it was -- analyst, senior |
| 09:46:08 | 4 | analyst, program manager, career level manager, senior |
| 09:46:12 | 5 | level manager, director.  So just moving up in levels, |
| 09:46:16 | 6 | right?  We have lots of levels at Adobe. |
| 09:46:21 | 7 | MR. KIERNAN:  I hope you got that. |
| 09:46:25 | 8 | THE WITNESS:  Again, analyst, senior analyst, |
| 09:46:27 | 9 | career level manager, senior level manager -- I forgot |
| 09:46:33 | 10 | the program in between the manager and the senior |
| 09:46:35 | 11 | analyst. |
| 09:46:41 | 12 | MS. LEEBOVE:  Q.  When you were a program |
| 09:46:43 | 13 | manager, were you still working functionally as an |
| 09:46:48 | 14 | analyst? |
| 09:46:49 | 15 | A.  It was definitely functionally as an analyst. |
| 09:46:52 | 16 | My audience there, though, was I was doing executive |
| 09:46:55 | 17 | comp.  So the programs that I was supporting were the |
| 09:46:58 | 18 | board of directors, the officers of the company, and |
| 09:47:01 | 19 | kind of VP level and above.  So again, just same kind of |
| 09:47:06 | 20 | concepts, but a different audience. |
| 09:47:12 | 21 | Q.  And then when you became -- the career level |
| 09:47:15 | 22 | manager position was the manager of global compensation, |
| 09:47:17 | 23 | am I right? |
| 09:47:18 | 24 | A.  Exactly.  Yeah. |
| 09:47:20 | 25 | Q.  And what were your job duties as the manager of |

09:47:23 1    global compensation?

09:47:24 2          A.   So, you know, we tend to be working managers,

09:47:26 3    so I did some level of analysis and benchmarking, some

09:47:32 4    of that other stuff.  But my primary focus, I would say

09:47:35 5    about 70 percent of my time, was more directing the

09:47:38 6    projects, you know, and disbursing them on the team and

09:47:41 7    doing check-ins with my team, providing guidance.  That

09:47:45 8    sort of thing.  So it was more managing people as

09:47:48 9    opposed to doing the actual work.

09:47:53 10         Q.   How many reports did you have as the manager of

09:47:55 11   global compensation?

09:47:56 12         A.   Oh, my God.  We'd have to go back.  We've had

09:48:00 13   so many fluctuations.  I would say between three and

09:48:05 14   five.

09:48:06 15         Q.   Okay.  As the manager of global compensation,

09:48:12 16   were you responsible for allocating your focal budget to

09:48:17 17   your three to five direct reports?

09:48:20 18         A.   Yeah.  Just like a manager.  Yeah.

09:48:29 19         Q.   Was your -- was it when you assumed the title

09:48:32 20   of manager of global compensation that you first were

09:48:35 21   responsible for allocating a focal budget among reports?

09:48:39 22         A.   For making recommendations, yeah.  As an

09:48:41 23   individual contributor I was never responsible for

09:48:43 24   making recommendations.

09:48:46 25         Q.   And did you directly allocate the focal budget,

10:46:11 1        Q.  Roughly?

10:46:12 2        A.  Roughly about 12,000 globally.

10:46:18 3        Q.  Do you know how many of the roughly 12,000 jobs

10:46:21 4  globally are in the United States?

10:46:25 5        A.  12,000 employees.

10:46:26 6        Q.  Of the -- right.  Do you know of the -- of

10:46:30 7  Adobe's roughly 12,000 employees, do you know how many

10:46:33 8  reside in the United States?

10:46:34 9        A.  Roughly 6,000.

10:46:40 10       Q.  Is it fair to say that throughout the class

10:46:41 11 period, approximately half of Adobe's employees have

10:46:44 12 been located in the U.S.?

10:46:48 13       A.  I don't know.  Our distribution has shifted

10:46:51 14 over the years, so I don't know that it's always been

10:46:54 15 half.

10:46:55 16       Q.  Okay.  Do you know how many job categories

10:46:58 17 Adobe has currently?

10:47:03 18       A.  No.

10:47:10 19       Q.  Do you know whether there have been efforts

10:47:12 20 over time to reduce or streamline Adobe's job

10:47:16 21 categories?

10:47:18 22       A.  We have tried to consolidate the number of jobs

10:47:21 23 we utilize, yes.

10:47:26 24       Q.  How so?

10:47:28 25       A.  So as I mentioned earlier, every job has a

10:47:33  1   discrete salary range, but there is not always a

10:47:37  2   specific match in the market to a particular job.  So in

10:47:42  3   the past, we would create things that were called

10:47:46  4   no-match jobs, and it was oftentimes because somebody

10:47:50  5   might have like a hybrid role, right?

10:47:54  6          And so rather than, you know, creating all of

10:47:58  7   these no-matches, we just said you know what, if there

10:48:00  8   is a 70 percent match, just match it into this job.  So

10:48:05  9   it was in an effort to kind of reduce the number of

10:48:07 10   jobs.

10:48:19 11      Q.  Further down in paragraph 4 of Donna Morris'

10:48:22 12   declaration, and I'm picking up just at the very last

10:48:25 13   line of page 1, she states, "To help guide compensation

10:48:30 14   decisions," now turning to page 2, "Adobe assigned each

10:48:34 15   employee a job code (for example Code 3001079 for Senior

10:48:42 16   Computer Scientist 2 Sw Dev), which has an associated

10:48:49 17   job description, experience and education level."

10:48:52 18          Did I get that right?

10:48:54 19      A.  Yep.

10:48:59 20      Q.  What is the purpose -- or what purpose is

10:49:02 21   served by helping to guide compensation decisions?

10:49:09 22      A.  What purpose is served?  Kind of -- can you

10:49:12 23   help me understand your question?

10:49:14 24      Q.  Well, why -- why does Adobe want to -- or why

10:49:25 25   has Adobe wanted to help guide compensation decisions as

10:49:33  1   Ms. Morris states in her declaration?

10:49:38  2       A.  So what we try to do is provide a range as a

10:49:43  3   guide for employees to understand -- for managers to

10:49:47  4   understand what a market value is for any particular job

10:49:50  5   in the market.  And it acts as a data point to help them

10:49:55  6   make an informed decision around what the value of a

10:49:59  7   particular job is, right?

10:50:01  8       Q.  Well, in what -- Ms. Morris states, "to help

10:50:13  9   guide compensation decisions."  I guess my question is,

10:50:15 10   to help guide compensation decisions in what direction

10:50:20 11   or --

10:50:21 12       A.  Probably in any direction.  So as a manager we

10:50:24 13   make decisions around new hires, we make decisions

10:50:27 14   around annual review, we make decisions around

10:50:30 15   promotions.  And so, you know, a salary range, you know,

10:50:35 16   helps you from the perspective of identifying kind of

10:50:38 17   what the appropriate level of pay could be for a

10:50:42 18   particular job.

10:50:46 19           You know, a job description helps in ensuring

10:50:48 20   that you are kind of looking at the right kind of job

10:50:50 21   and the right, you know, pay information as it relates

10:50:54 22   to your job.

10:50:59 23       Q.  So did -- or does Adobe assign each employee a

10:51:04 24   job code -- well, let me back up.

10:51:10 25           Does each job code have a salary range

10:51:13  1 | associated with it?

10:51:13  2 |      A.  It does.  Correct.

10:51:21  3 |      Q.  And so by assigning each employee a job code

10:51:25  4 | and a salary range, is Adobe trying to guide

10:51:28  5 | compensation decisions into the salary range?

10:51:35  6 |          MR. KIERNAN:  Objection to form.

10:51:38  7 |          THE WITNESS:  No.  You know, I think what you

10:51:39  8 | do is you assign a job code to an employee.  As managers

10:51:45  9 | are potentially looking at hiring somebody in, that

10:51:49 10 | range acts as a reference point to help guide them in

10:51:51 11 | terms of, you know, what they want to bring a person in.

10:51:54 12 |          Once they're in the company, that range kind of

10:51:57 13 | serves as a mechanism for people to understand kind of

10:52:01 14 | the value of a particular job from the perspective of

10:52:04 15 | the range -- or the perspective of the market.  Where

10:52:06 16 | you fall within that range between the min and the

10:52:10 17 | maximum is based on, you know, your contributions as an

10:52:14 18 | employee.  We have a, you know, pay for performance

10:52:17 19 | model at Adobe, and so, you know, where individuals are

10:52:21 20 | positioned within a range can fluctuate up or down based

10:52:25 21 | on their contributions.

10:52:29 22 |          MS. LEEBOVE:  Q.  Is the purpose of the

10:52:32 23 | salary ranges that are associated with job codes to

10:52:36 24 | guide managers to compensate employees within the

10:52:41 25 | salary range assigned to their job code?

| | | |
|---|---|---|
| 10:52:44 | 1 | MR. KIERNAN:  Object to form. |
| 10:52:49 | 2 | THE WITNESS:  So the purpose of the range is |
| 10:52:51 | 3 | really to act as, again, an indicator of what's the |
| 10:52:56 | 4 | value of this particular job.  And, you know, we educate |
| 10:53:01 | 5 | around how you might use the breadth of a range when you |
| 10:53:06 | 6 | are thinking about as a manager, how you might want to |
| 10:53:09 | 7 | compensate somebody. |
| 10:53:11 | 8 | So again, based on their contributions, their |
| 10:53:14 | 9 | skill set, whether they're new into a role versus |
| 10:53:20 | 10 | somebody seasoned, you know, they can fluctuate all |
| 10:53:22 | 11 | across that span of that range.  So it's an indicator. |
| 10:53:31 | 12 | MS. LEEBOVE:  Q.  Does Adobe generally |
| 10:53:46 | 13 | believe that employees should be paid within the |
| 10:53:49 | 14 | salary range assigned to their job code? |
| 10:53:53 | 15 | A.  It depends, right?  They're case by case |
| 10:53:58 | 16 | situations, but generally we have a range for a reason. |
| 10:54:00 | 17 | We believe that in order to be competitive to the |
| 10:54:02 | 18 | market, this is roughly the range that you need to be |
| 10:54:05 | 19 | paying people in.  And that kind of, you know, puts a |
| 10:54:08 | 20 | check mark next to competitiveness. |
| 10:54:10 | 21 | However, again, where an individual is placed |
| 10:54:14 | 22 | is dependent on a number of different factors.  And so, |
| 10:54:17 | 23 | you know, you will find examples of people that are not |
| 10:54:19 | 24 | within the range. |
| 10:54:24 | 25 | Q.  Does Adobe do any studies as to whether |

10:54:26  1     employees are being paid in or out of range?

10:54:29  2          A.   We do.  We not only look at those below, but we

10:54:33  3     look at those above, we look at people where they're

10:54:36  4     positioned within the actual range.  So we do look at

10:54:40  5     that information.

10:54:49  6          Q.   Is it the compensation analysts who look at

10:54:51  7     that information and make those determinations?

10:54:53  8          A.   It is the compensation analyst that does that.

10:55:02  9          Q.   Do the salary ranges associated with each job

10:55:06 10     code generally -- well, are they -- do they exist in

10:55:10 11     part to make compensation decisions more expedient?

10:55:15 12          A.   I wouldn't say it's an expedient issue.  It's

10:55:20 13     more of a, you know, what do we need to be targeting in

10:55:25 14     order to be competitive.

10:55:27 15          Q.   What would happen if there were no salary

10:55:32 16     ranges associated with each job code?  How would

10:55:35 17     compensation be determined then?

10:55:37 18               MR. KIERNAN:  Object to form.

10:55:39 19               THE WITNESS:  I don't know.

10:55:48 20               MS. LEEBOVE:  Q.  Did you say you didn't

10:55:49 21     know?

10:55:49 22          A.   Yeah.  Don't know.

10:55:53 23          Q.   Continuing on with paragraph 4 of Ms. Morris'

10:55:58 24     declaration, the very last phrase in paragraph 4, which

10:56:03 25     appears on page 2 says, "During the class period Adobe

10:56:07  1    used approximately 1,000 unique job codes which have

10:56:10  2    changed over time."  Do you see that?

10:56:14  3         A.  Yeah.

10:56:15  4         Q.  Is that true?

10:56:15  5         A.  Yeah.  Roughly.

10:56:20  6         Q.  And how have the job codes changed over time?

10:56:24  7         A.  I think we -- you can see fluctuations, right?

10:56:30  8    With the acquisition of new companies, you bring in some

10:56:34  9    new jobs, because sometimes we inherit talent that are

10:56:40 10    in roles that we may not have had previously.  We add.

10:56:44 11    So as we expand into different geographies, you've got

10:56:48 12    to create job codes for, you know, roles in those

10:56:50 13    geographies.  So we tend to see those numbers fluctuate

10:56:56 14    up or down.  Or if we close offices or close a

10:56:59 15    particular geography, then you might see them go away.

10:57:04 16         Q.  And has there been an effort within Adobe to

10:57:07 17    reduce the number of job codes Adobe uses for its

10:57:09 18    employees?

10:57:11 19         A.  We have tried to consolidate, as I mentioned

10:57:13 20    earlier, with the no-match jobs.

10:57:22 21         Q.  Do you know how many unique job codes Adobe

10:57:25 22    currently uses?

10:57:26 23         A.  I don't.

10:57:29 24         Q.  Do you know whether Adobe has tracked the

10:57:30 25    number of job codes that have been in use throughout the

11:07:56  1      A.  Yes, I did.

11:07:56  2      Q.  When did that happen?

11:07:57  3      A.  In January of 2012 -- or '13.  I'm sorry.

11:08:03  4      Q.  Had Debbie Streeter disagreed with your salary

11:08:06  5  recommendations for your four reports, would she have --

11:08:10  6  would her opinion have prevailed over yours?

11:08:14  7      A.  I don't know.

11:08:19  8      Q.  Have you ever disagreed with your supervisor --

11:08:22  9      A.  I have.

11:08:24 10      Q.  -- over -- well, let me ask the whole question.

11:08:31 11          Have you ever disagreed with your supervisor

11:08:33 12  over compensation decisions for your reports?

11:08:35 13      A.  I have.

11:08:41 14      Q.  When did you -- when did the disagreement

11:08:43 15  occur?

11:08:45 16      A.  It -- well, there has been several.  I couldn't

11:08:49 17  remember exactly when.

11:08:50 18      Q.  Did you have any disagreements over the most

11:08:52 19  recent focal review in January?

11:08:53 20      A.  No.

11:09:03 21      Q.  Can you remember the most recent instance when

11:09:05 22  you disagreed with your manager over salary decisions

11:09:08 23  you made with -- salary decisions you wanted to make

11:09:11 24  with respect to your reports?

11:09:14 25      A.  I don't remember the specifics, but I can

11:09:17   1    recollect the person.

11:09:21   2         Q.   Do you recollect generally what happened when

11:09:23   3    you had that disagreement?

11:09:24   4         A.   Yeah.   I was able to convince her I was

11:09:27   5    correct.

11:09:27   6         Q.   And what had you wanted to do that your

11:09:29   7    supervisor disagreed with?

11:09:31   8         A.   I wanted to give them a greater increase than

11:09:35   9    the tool.

11:09:39  10         Q.   You wanted to give all of your employees at the

11:09:40  11    time a greater increase than the tool?

11:09:43  12         A.   Just this one particular individual.

11:09:52  13         Q.   And what happened?

11:09:52  14         A.   I gave her the greater increase.

11:09:58  15         Q.   And when you say "greater increase than the

11:10:00  16    tool," what tool are you referring to?

11:10:02  17         A.   Oh, we have a salary tool where managers go in

11:10:06  18    and make their salary recommendations.

11:10:14  19         Q.   Is this salary tool, is it a software tool --

11:10:17  20         A.   It is.

11:10:17  21         Q.   -- that is part of the focal review process?

11:10:20  22         A.   It is.   It's an online tool that's home grown,

11:10:23  23    developed internally.

11:10:29  24         Q.   Do you know who developed -- what is it called,

11:10:31  25    the salary -- just the salary tool?

11:10:33  1        A.  Salary planning tool.

11:10:34  2        Q.  Okay.  Has the salary planning tool existed for

11:10:41  3   the -- did the salary planning tool exist for the entire

11:10:43  4   class period?

11:10:44  5        A.  No.

11:10:45  6        Q.  When did the salary planning tool come into

11:10:48  7   being?

11:10:49  8        A.  This one was built for this particular review

11:10:53  9   process.  So it officially went live in December of

11:10:58 10   2012.

11:11:04 11        Q.  Was there a prior iteration of the salary

11:11:06 12   planning tool before the December '12 rollout that you

11:11:11 13   just mentioned?

11:11:12 14        A.  Several during the class period.

11:11:17 15        Q.  So let me step back and rephrase my question.

11:11:19 16   Has there been a salary planning tool for the entire

11:11:25 17   class period?

11:11:28 18        A.  No.

11:11:29 19        Q.  Can you tell me more about the several salary

11:11:32 20   planning tools that have existed at Adobe?

11:11:34 21        A.  Yeah.  So this latest one was home grown tool.

11:11:38 22   From -- for kind of the 2000 -- and I guess -- 12 review

11:11:46 23   period, we used Taleo.   I can't remember the exact

11:11:54 24   dates, but we used Taleo.  And prior to Taleo we used

11:11:57 25   SAP.

11:12:02  1        Q.  Let me get this straight.  So now Adobe uses --

11:12:05  2    let's just call it the salary planning tool.  Prior to

11:12:08  3    the salary planning tool, Adobe used Taleo?

11:12:10  4        A.  Taleo had a salary planning tool.  So they have

11:12:13  5    many products, they had a salary planning tool that we

11:12:15  6    used.

11:12:17  7        Q.  When did Adobe use Taleo's salary planning

11:12:20  8    pool?  For what time period?

11:12:22  9        A.  It was definitely before this one, but I can't

11:12:25 10    remember -- we used it for two years.  So two years

11:12:28 11    prior to this last one we used Taleo.

11:12:36 12        Q.  And what is SAP?

11:12:38 13        A.  Yeah.  I don't know what it's specifically --

11:12:41 14    but SAP salary planning tool would have been what we

11:12:44 15    used prior to Taleo's salary planning tool.

11:12:55 16        Q.  What was the function of the SAP salary

11:12:59 17    planning tool?

11:13:00 18        A.  Same function as the Taleo and the one we have

11:13:04 19    now.  Essentially a mechanism for managers to go online,

11:13:09 20    make salary recommendations, bonus recommendations, and

11:13:14 21    submit them.

11:13:20 22        Q.  Have these three -- is it fair to call all

11:13:24 23    three of these tools the salary planning tool, the SAP,

11:13:27 24    and the Taleo, salary planning tools?

11:13:29 25        A.  Yes.

11:13:29  1         Q.   Okay.   Can we refer to them generally as salary

11:13:34  2    planning tools?

11:13:36  3         A.   Yes.

11:13:37  4         Q.   Have the salary planning tools also helped

11:13:40  5    managers to stay within their merit increase budgets?

11:13:43  6         A.   Yes.

11:13:49  7         Q.   Does the salary -- has the salary planning tool

11:13:54  8    helped -- well, scratch that.

11:13:56  9             Has the salary planning tool proposed merit

11:14:06 10    increases to particular employees?   How does -- well,

11:14:08 11    can you tell me how the salary planning tool has worked?

11:14:11 12         A.   Yeah.   So essentially the salary planning tool

11:14:16 13    is populated with employee information for a particular

11:14:21 14    manager, so the employees on their team.   You have the

11:14:24 15    ability to kind of look at their current compensation.

11:14:28 16    It shows them what the range is for the current role

11:14:34 17    that they're in.   It provides information around what

11:14:39 18    their budget is in terms of what they can spend to do

11:14:43 19    the annual review, and then it's got some other detailed

11:14:46 20    information like, you know, what's the job they're in,

11:14:48 21    the level they're in, some personal data.   So managers

11:14:54 22    essentially use that to provide recommendations.

11:14:59 23             The tool also has the ability to provide kind

11:15:03 24    of the guidelines that we recommend in terms of how

11:15:09 25    managers might want to think about spending their

11:15:13   1   allocated budget.

11:15:15   2      Q.   Does -- or has the salary planning tool had a

11:15:18   3   function that a manager could input an employee's

11:15:23   4   performance rating --

11:15:27   5      A.   Previously --

11:15:27   6      Q.   -- and then --

11:15:30   7      A.   Go ahead.   I'll let you finish.

11:15:32   8      Q.   We can make that one question.

11:15:33   9      Has the salary planning tool had a function

11:15:35 10   that a manager could input an employee's performance

11:15:38 11   rating and that the tool would generate a recommendation

11:15:40 12   about a salary increase?

11:15:42 13      A.   So the tool prior to this year has had the

11:15:47 14   ability for us to input a performance rating because we

11:15:51 15   required managers to kind of assess performance.   We no

11:15:54 16   longer are requiring a specific label around a rating.

11:16:00 17      So for this year, that wouldn't have been

11:16:02 18   applicable.   But in prior years, yes.   In terms of, you

11:16:06 19   know, that performance rating automatically generating a

11:16:10 20   salary recommendation, no.

11:16:17 21      Q.   During the class period, did whichever

11:16:21 22   performance tool Adobe was using generate a salary

11:16:24 23   recommendation for each employee?

11:16:26 24      A.   No.   You have the ability -- so you have this

11:16:30 25   guideline, and you have the ability to kind of key in

11:16:34  1    what percentage increase or what dollar value increase

11:16:37  2    you want to give.  But it doesn't automatically do that

11:16:41  3    for you.

11:16:43  4        Q.  So the salary planning tool did not provide a

11:16:46  5    function where a manager could enter in additional

11:16:50  6    employee information beyond what was already populated

11:16:53  7    there?

11:16:53  8        A.  Correct.

11:16:54  9        Q.  And the planning tool would spit out a proposed

11:16:59 10    merit increase percentage or dollar figure?

11:17:01 11            MR. KIERNAN:  Object to form.

11:17:05 12            THE WITNESS:  So what the tool would do is, as

11:17:07 13    a manager I would go in, make my recommendation.  It

11:17:12 14    would store that information.  And then as an

11:17:16 15    administrator or as a manager, I could then run a report

11:17:21 16    that would show me the recommendations I had inputed

11:17:25 17    into the tool.

11:17:35 18            MS. LEEBOVE:  Q.  As a manager using the

11:17:36 19    salary tools, did you have to propose the amount by

11:17:43 20    which you wanted to increase an employee's

11:17:46 21    compensation?

11:17:46 22        A.  Yes.  You had two ways to do that.  You could

11:17:49 23    either propose a percentage increase and just say I want

11:17:52 24    to give this person 3 percent, or you could go in and

11:17:56 25    input a dollar value.  And it would calculate either

| | | |
|---|---|---|
| 11:20:39 | 1 | Q.  Do you mean if Adobe programmed the tool to |
| 11:20:42 | 2 | default as a matter of Adobe policy? |
| 11:20:44 | 3 | MR. KIERNAN:  Object to form. |
| 11:20:45 | 4 | THE WITNESS:  No.  Your question to me was, you |
| 11:20:47 | 5 | know, does the software, you know, provide a mechanism |
| 11:20:49 | 6 | for the lazy manager to go ahead and input a ranking and |
| 11:20:53 | 7 | then automatically recommend an increase?  And I'm |
| 11:20:55 | 8 | saying unless -- I don't think that would have been the |
| 11:20:58 | 9 | case, I can't remember, because we had a range typically |
| 11:21:03 | 10 | for any performance level.  It wasn't like a flat |
| 11:21:05 | 11 | amount. |
| 11:21:06 | 12 | And so unless we programmed to some sort of |
| 11:21:10 | 13 | default within that range, it wouldn't have known what |
| 11:21:13 | 14 | to pick, right?  So I guess I'm telling you I don't know |
| 11:21:17 | 15 | because I don't remember what was programmed. |
| 11:21:19 | 16 | MS. LEEBOVE:  Q.  Okay then, I'll stick |
| 11:21:21 | 17 | with the "I don't know." |
| 11:21:29 | 18 | So I'm turning to paragraph 7, back to |
| 11:21:33 | 19 | paragraph 7 of Donna Morris' declaration.  And the first |
| 11:21:38 | 20 | sentence states, "Adobe did not determine compensation |
| 11:21:41 | 21 | for individual employees on a company-wide basis." |
| 11:21:44 | 22 | Did I read that right? |
| 11:21:45 | 23 | A.  Yeah. |
| 11:21:46 | 24 | Q.  And is that your understanding -- do you |
| 11:21:48 | 25 | believe that to be true? |

11:21:50  1        A.   I do.

11:21:58  2        Q.   And Ms. Morris continues, "Instead, managers

11:22:01  3   determine the compensation for individual employees

11:22:03  4   within a business unit, and were required to

11:22:06  5   differentiate compensation among employees based on

11:22:09  6   performance levels, performance reviews, and the

11:22:12  7   manager's assessment of the employee's expected future

11:22:15  8   contribution to the company."

11:22:17  9        Did I get that right?

11:22:18  10       A.   Correct.

11:22:19  11       Q.   Do you agree with that as well?

11:22:20  12       A.   I do.

11:22:21  13       Q.   How did Adobe require managers to differentiate

11:22:25  14   compensation among employees?

11:22:28  15       A.   So we, again, provided a guideline and

11:22:32  16   framework.  We have a pay for performance philosophy, so

11:22:35  17   our ask of managers was that, you know, they factor in

11:22:41  18   contributions of the employee in their performance when

11:22:43  19   making their decisions.  We would provide a guideline

11:22:48  20   that would say, you know, based on this ranking, you

11:22:51  21   might want to think about a increase within this range.

11:22:56  22       And so the guidelines were structured in such a

11:22:59  23   way that they helped encourage differentiation.  But

11:23:02  24   ultimately the manager kind of is responsible for making

11:23:04  25   that decision.

11:23:10  1        Q.  So would the sentence that we just read of

11:23:14  2    Ms. Morris' declaration where she states that managers

11:23:18  3    were required to differentiate compensation among

11:23:20  4    employees, would it be more accurate to say that

11:23:22  5    managers were encouraged to differentiate compensation

11:23:25  6    among employees?

11:23:26  7        A.  Yeah.  That would probably be better.

11:23:29  8        Q.  Was there an enforcement mechanism for

11:23:31  9    requiring managers to differentiate compensation?

11:23:33 10        A.  No.

11:23:42 11        Q.  How does Adobe go about differentiating

11:23:45 12    compensation based on performance?

11:23:48 13            MR. KIERNAN:  Object to form.

11:23:50 14            THE WITNESS:  Again, we put the onus on the

11:23:52 15    manager, you know, through our trainings.  And we're

11:23:57 16    pretty transparent with this with our employees too.  We

11:24:00 17    constantly talk about the fact that we are a pay for

11:24:02 18    performance company that, you know, we expect that

11:24:07 19    employees that are contributing at a higher level are

11:24:10 20    going to realize higher compensation in general.

11:24:15 21            But it's also very individual, right?  And

11:24:19 22    managers kind of make those assessments and judgments on

11:24:22 23    an individualized basis.  It can be very different, but

11:24:25 24    from a framework and a guidelines perspective, a lot of

11:24:28 25    the education and the discussions and the information

Deposition of Rosemary Arriada-Keiper          In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

11:24:29  1    that we share, we kind of keep hounding that notion in,

11:24:32  2    right?  Pay for performance, make sure we're

11:24:35  3    differentiating.  This is not a "everybody gets paid the

11:24:40  4    same" environment.

11:24:46  5         Q.  Do you know when Adobe started using the term

11:24:49  6    "pay for performance" to describe its compensation

11:24:52  7    philosophy?

11:24:53  8         A.  Yeah.  I'd have -- I don't know exactly when.

11:24:55  9    I'd have to go look at our documents, you know.  It's

11:25:00 10    very prevalent in the world of compensation.  So I feel

11:25:03 11    like it's been around forever, but I'd have to go back

11:25:10 12    and look at Adobe's documentation to see when we started

11:25:14 13    marketing it that way.

11:25:16 14         Q.  Do you know when Adobe started using the term

11:25:18 15    "differentiating" to describe its -- or differentiating

11:25:20 16    based on performance?

11:25:21 17         A.  No.  I don't remember exactly when.

11:25:33 18         Q.  Is it fair to say that Adobe has aspired to pay

11:25:35 19    for performance and differentiate salaries based on

11:25:38 20    performance throughout the class period?

11:25:40 21         A.  Yes.

11:25:51 22              MR. KIERNAN:  Can we take a short break if you

11:25:52 23    are going into another paragraph?

11:25:54 24              MS. LEEBOVE:  Uh-huh.

11:25:55 25              MR. KIERNAN:  Just five minutes.

| | | |
|---|---|---|
| 11:40:34 | 1 | Job Leveling. |
| 11:40:36 | 2 | A.  Okay. |
| 11:40:37 | 3 | Q.  Just let me know when you've had a chance to |
| 11:40:39 | 4 | review it or if you are already familiar with it. |
| 11:41:07 | 5 | MR. KIERNAN:  You should feel free to read the |
| 11:41:08 | 6 | entire email too.  She didn't mean to suggest that you |
| 11:41:11 | 7 | only have to read the attachment. |
| 11:41:13 | 8 | THE WITNESS:  Okay. |
| 11:41:19 | 9 | MS. LEEBOVE:  Certainly take all the time you |
| 11:41:20 | 10 | need to review the entire document.  My questions, |
| 11:41:23 | 11 | though, are going to be about the attachment. |
| 11:43:26 | 12 | MR. KIERNAN:  While she's reviewing that, I |
| 11:43:27 | 13 | just noticed that it looks like the document has two |
| 11:43:30 | 14 | attachments.  Do you know if the exhibit only had one? |
| 11:43:35 | 15 | See the -- if you look at the attachments, one refers to |
| 11:43:40 | 16 | job leveling and then there is an HR Omniture offer. |
| 11:43:47 | 17 | MS. LEEBOVE:  I can tell you that we had -- |
| 11:43:48 | 18 | typically the way the documents have been produced -- |
| 11:43:50 | 19 | MR. KIERNAN:  Yeah. |
| 11:43:50 | 20 | MS. LEEBOVE:  -- we have to find the exhibit |
| 11:43:53 | 21 | separate from -- |
| 11:43:55 | 22 | MR. KIERNAN:  The attachment? |
| 11:43:56 | 23 | MS. LEEBOVE:  The attachment is usually |
| 11:43:57 | 24 | separate from the exhibit.  Sometimes it's noted, |
| 11:44:01 | 25 | sometimes it's not.  I know that these pages -- |

11:44:03  1            MR. KIERNAN:  This was the entire exhibit?

11:44:05  2            MS. LEEBOVE:  -- constitute the entire Vijungco

11:44:07  3    exhibit.  I don't know what appears to be the second

11:44:10  4    attachment.

11:44:10  5            MR. KIERNAN:  Okay.

11:44:11  6            MS. LEEBOVE:  I don't know where that is.

11:44:14  7        Q.  Have you had a chance to review Exhibit 300?

11:44:17  8        A.  Yes, I have.

11:44:18  9        Q.  Okay.  Turning to the attachment -- well, do

11:44:25 10    you recognize the document attached to -- well, first of

11:44:28 11    all, have you ever seen this document before?

11:44:34 12        A.  I don't remember seeing it, no.

11:44:40 13        Q.  When you say you haven't seen this document

11:44:42 14    before, are you referring to the email messages, or the

11:44:44 15    attachment, or both?

11:44:46 16        A.  Both.

11:44:48 17        Q.  Having now reviewed the attachment, which

11:44:54 18    begins at page ADOBE_013839, you'll see that item No. 1

11:45:02 19    says, "How does Adobe determine job levels and salary

11:45:06 20    ranges."

11:45:06 21        A.  Yes.

11:45:07 22        Q.  And then the document, I guess, purports to

11:45:09 23    answer that question.

11:45:10 24        A.  Uh-huh.

11:45:12 25        Q.  Does the information provided on this document

11:45:14   1    about how Adobe determines job levels and salary ranges

11:45:18   2    appear accurate to you?

11:45:19   3         A.  It does.

11:45:20   4         Q.  Okay.  And did Adobe determine job levels and

11:45:27   5    salary ranges in the manner described on page 013839

11:45:32   6    throughout the class period?

11:45:36   7         A.  Roughly.  That's the approach that we take.  I

11:45:43   8    don't know if every single person is following it

11:45:45   9    exactly, but that's the approach we take.

11:45:48  10         Q.  And has this been -- does this document reflect

11:45:51  11    the approach that Apple -- that Adobe took throughout

11:45:53  12    the class period?

11:45:54  13         A.  It does.

11:45:59  14         Q.  Okay.  Turning to page 2 of the attachment,

11:46:04  15    it's the page marked ADOBE_013840.  Do you see that

11:46:12  16    where it says item No. 5, "How is pay differentiated at

11:46:16  17    Adobe"?

11:46:16  18         A.  Yes.

11:46:17  19         Q.  Have you read that paragraph?

11:46:18  20         A.  I did.

11:46:19  21         Q.  Is that accurate?  Is paragraph No. 5 accurate?

11:46:23  22         A.  Not entirely.  It may have been accurate for

11:46:27  23    this period of time, although I'm not sure what exact

11:46:31  24    period of time this alludes to, but we've not always had

11:46:36  25    four performance levels.

11:46:37  1      Q.  Does it currently have four performance levels?

11:46:39  2      A.  We currently have no performance levels.

11:46:41  3      Q.  When were performance levels eliminated?

11:46:45  4      A.  For this year.  For the 2012 review period.

11:46:55  5      Q.  Do you know why performance levels were

11:46:57  6  eliminated for the 2012 review period?

11:47:01  7      A.  There were a number of reasons as to why that

11:47:05  8  shifted.  You know, what's been communicated to

11:47:10  9  employees is that we got a lot of feedback that people

11:47:17  10  were demotivated by kind of a label being attached to

11:47:22  11  them.  So for that reason we kind of moved away to say

11:47:28  12  you know what managers, we're not going to require you

11:47:29  13  to attach a label to individuals.  But what we do want

11:47:32  14  you to do is have frequent conversations, check in with

11:47:35  15  your employees, and ensure that you have ongoing

11:47:38  16  dialogue around how they're contributing, how they're

11:47:42  17  performing.  Base your assessments on that.  But you

11:47:44  18  don't need to, you know, categorize them with a label.

11:47:48  19      Q.  Prior to the 2012 focal review period, did

11:47:51  20  Adobe use performance ratings to assess employee

11:47:57  21  performance for purposes of the focal review?

11:47:58  22      A.  It was one of the things they were asked to do,

11:48:00  23  yes.

11:48:01  24      Q.  Were managers asked to assess employee

11:48:03  25  performance according to these -- according to

11:48:05  1     performance levels throughout the class period?

11:48:08  2         A.   Yes.  I don't know if there were always four

11:48:12  3     throughout that period.  At some point we went from

11:48:14  4     three to four.

11:48:17  5         Q.   So is it fair to say that for purposes of

11:48:24  6     allocating -- well, is it fair to say that when

11:48:29  7     manager -- for purposes of allocating their annual focal

11:48:33  8     review budget during the class period, managers were

11:48:36  9     required to assign their employees performance levels?

11:48:39 10         A.   Yes.

11:48:40 11         Q.   But at some point -- at one point there were

11:48:43 12     three performance levels, then there were four

11:48:45 13     performance levels?

11:48:46 14         A.   Correct.

11:48:48 15         Q.   But throughout the class period, Adobe used

11:48:50 16     performance levels as part of the review process?

11:48:52 17         A.   That's correct.

11:48:55 18         Q.   What were the three performance levels when

11:48:57 19     there were three?

11:48:58 20         A.   So it was HI, solid, and low.

11:49:06 21         Q.   And then at some point there were four

11:49:08 22     performance levels, and they're listed here; HI, strong,

11:49:12 23     solid and low?

11:49:13 24         A.   Correct.

11:49:21 25         Q.   Beyond those changes that we've just discussed

11:49:23  1    in terms of just the number and type of performance

11:49:29  2    levels, does paragraph 5 accurately describe how pay was

11:49:34  3    differentiated at Adobe during the class period?

11:49:37  4         A.  Yep.

11:49:46  5         Q.  Was there a ratings curve that managers were

11:49:52  6    given by Adobe?

11:49:55  7         A.  So, yes, there was a distribution that we tried

11:49:57  8    to hold the organization to.  So it wasn't necessarily

11:50:03  9    at an individual manager's level, but on an aggregate

11:50:06 10    level.  At a company level, we roughly wanted -- and I

11:50:10 11    don't remember exactly what they were.  I think they may

11:50:12 12    have shifted over the years.  But, you know, your high

11:50:15 13    impact employees were generally between 10 to 15

11:50:18 14    percent.  The bottom low, roughly 5 or less percent, and

11:50:25 15    then everybody else fell in the middle.

11:50:27 16         Q.  Okay.  Are you aware whether Adobe has ever

11:50:35 17    studied the actual pay differentiation among employees

11:50:39 18    of different performance levels?

11:50:44 19         A.  Help me understand your question.

11:50:45 20         Q.  So I'm trying to understand whether Adobe ever

11:50:49 21    attempted to ascertain that pay was actually different

11:50:56 22    for employees who were ranked HI versus employees who

11:51:00 23    were ranked solid.

11:51:02 24         A.  Oh, yeah.  So, you know, typically what we do

11:51:06 25    is we do kind of a prefocal analysis and a postfocal

11:51:15 1    analysis.  So, you know, some of the reporting back that

11:51:17 2    we do is, you know, did the company stay within their

11:51:19 3    overall budget pools, did we hold to the distributions,

11:51:26 4    did we, in fact, see differentiation?

11:51:31 5        Q.  And has Adobe ever studied or attempted to

11:51:35 6    quantify the pay differentiation among employees of

11:51:40 7    different performance levels?

11:51:44 8        A.  Quantify in what way?

11:51:46 9        Q.  In determining the amount by which

11:51:48 10   high-performing employees were compensated relative to

11:51:53 11   low-performing employees, or even solid-performing

11:51:57 12   employees?

11:51:59 13       A.  So what I would say is we've typically produced

11:52:02 14   information that says on average an HI received

11:52:05 15   X-percent increase.  On average, a solid received this.

11:52:12 16       Q.  Were there reports run about actual pay

11:52:21 17   differentiation among employees of different performance

11:52:24 18   levels?

11:52:25 19       A.  So we had the ability to run a report that

11:52:27 20   tells us what rating and what increase each individual

11:52:34 21   gets.  And yes, there is reports that aggregate that

11:52:36 22   data and report out averages, the highs, the lows, there

11:52:42 23   is a number of different ways you can look at it.

11:52:51 24       Q.  How -- just -- I know that we're outside the

11:52:54 25   class period at this point, but how does Apple -- Apple.

11:52:58  1   How does Adobe currently differentiate among employees

11:53:02  2   for pay purposes in the absence of performance level

11:53:06  3   assignments?

11:53:08  4        A.  Yeah, that's a great question.  You know, I

11:53:14  5   think what we typically will do is we'll look again at

11:53:17  6   kind of aggregated distributions, like what percentage

11:53:20  7   of the population is sitting, you know, maybe between

11:53:23  8   this level and that level.  But beyond that, I don't

11:53:26  9   know that there is necessarily a direct correlation to a

11:53:32 10   particular label like we've had in the past.

11:53:35 11        Q.  Okay.  And do you know -- I think you

11:53:37 12   mentioned, and I'm not purporting to repeat back word

11:53:43 13   for word what you said.  But you said something about

11:53:46 14   the message given to employees about why performance

11:53:50 15   levels were eliminated.  Is there a different message

11:53:52 16   that's been given to employees versus to managers --

11:53:55 17        A.  No.

11:53:55 18        Q.  -- about eliminating performance levels?

11:53:58 19        A.  No.  It's the same messaging.  There has been

11:54:01 20   lots of debates around that, but the messaging has been

11:54:06 21   consistent.

11:54:07 22        Q.  Okay.  So it's not as if employees have been

11:54:10 23   told that rankings -- or that the performance ratings

11:54:13 24   went away, but in actuality their managers are still

11:54:16 25   using them and they just don't know?

12:15:40  1   constitutes an adequate differentiation based on

12:15:44  2   performance?

12:15:44  3        I know your attorney is going to object to this

12:15:47  4   question.

12:15:50  5        MR. KIERNAN:  As soon as I start looking out

12:15:51  6   and gazing out the window.

12:15:56  7        MS. LEEBOVE:  Q.  But I think your earlier

12:15:59  8   testimony has been that Adobe makes no effort to

12:16:02  9   equalize pay.

12:16:03 10        A.  Correct.

12:16:04 11        Q.  And so just assuming that every employee is

12:16:14 12   already paid differently, how does -- what does a

12:16:23 13   successful -- what is successful pay differentiation

12:16:27 14   based on performance?

12:16:31 15        MR. KIERNAN:  Object to form.

12:16:33 16        THE WITNESS:  Yeah.  So it's hard to answer

12:16:34 17   that question, right?  Because it's so unique and

12:16:38 18   individualized.  But, you know, from a compensation

12:16:41 19   practice perspective, you are taking a snapshot in time.

12:16:44 20   And our snapshot generally tends to be the annual focal

12:16:48 21   review, right?

12:16:48 22        So the correlation there is as you start to

12:16:51 23   kind of roll up all this information, what you want to

12:16:54 24   see is that generally an HI is getting, on average, a

12:16:58 25   greater increase than somebody who is a strong, than

| | | |
|---|---|---|
| 12:17:00 | 1 | somebody who is an SC, right? |
| 12:17:08 | 2 | (Reporter clarification.) |
| 12:17:08 | 3 | THE WITNESS:  Than somebody who is a solid |
| 12:17:10 | 4 | contributor.  An SC.  Sorry.  We have all of these |
| 12:17:11 | 5 | acronyms. |
| 12:17:13 | 6 | So high impact, strong contributor, solid |
| 12:17:16 | 7 | contributor and a low performer.  So on an |
| 12:17:22 | 8 | individualized basis, you may or may not find that |
| 12:17:25 | 9 | people fall into that constraint.  But on an aggregate |
| 12:17:28 | 10 | level is what we're really striving for, you want to see |
| 12:17:31 | 11 | that, right?  And if you go back and you look at the |
| 12:17:33 | 12 | data, you'll see examples of that. |
| 12:17:37 | 13 | Q.  Did Adobe ever target a particular percentage |
| 12:17:40 | 14 | difference in compensation between high performers and |
| 12:17:47 | 15 | strong performers? |
| 12:17:49 | 16 | A.  Not a specific percentage.  You know, as we |
| 12:17:52 | 17 | establish our guidelines, we establish those guidelines |
| 12:17:56 | 18 | in such a way that an individual contributor, you know, |
| 12:18:03 | 19 | gets -- not an individual -- a solid contributor is |
| 12:18:09 | 20 | eligible for less than somebody who is a strong or |
| 12:18:14 | 21 | somebody who is an HI. |
| 12:18:16 | 22 | Again, managers ultimately have the discretion, |
| 12:18:19 | 23 | but the way we set up the guidelines, they're structured |
| 12:18:22 | 24 | in such a way that the guidelines actually encourage |
| 12:18:25 | 25 | that differentiation. |

12:18:30  1      Q.  And are there guidelines that recommend, by

12:18:33  2   percentage, particular -- are there guidelines that

12:18:36  3   recommend to managers a particular percentage salary

12:18:39  4   increase based on an employee's performance ranking?

12:18:43  5      A.  Not a specific amount.  We typically provide a

12:18:46  6   range.  And so what you'll see is as an example, a solid

12:18:52  7   contributor might be eligible for, let's say, between,

12:18:56  8   you know, zero and 3 percent.  You might have a strong

12:19:03  9   that gets between 3 to 5, and a high would get between 5

12:19:07 10   and 7.

12:19:08 11          Ultimately, if I as a manager want to give

12:19:10 12   somebody, you know, more than that or less than that, I

12:19:13 13   can do that.  They're kind of mitigating constraint as

12:19:17 14   their budget.  So we do hold them to their budget.  But

12:19:21 15   if they want to kind of deviate from those guidelines,

12:19:24 16   they have the discretion to do that.

12:19:33 17      Q.  Have there been percentage range guidelines for

12:19:38 18   salary increases according to performance rating

12:19:41 19   throughout the class period?

12:19:43 20      A.  Say that again.  Sorry.

12:19:45 21      Q.  I don't know if I can.

12:19:49 22          So you just stated that rather than

12:20:03 23   recommending a specific percentage salary increase to an

12:20:07 24   employee based on his or her performance ranking, that

12:20:09 25   Adobe would recommend a percentage, a range, for a --

12:20:16  1  that a manager -- recommended a manager select a number

12:20:22  2  within a particular range to increase -- this is

12:20:24  3  terrible.  Let me back up.

12:20:28  4        Has Adobe offered salary increase guidelines

12:20:34  5  based on performance ranking throughout the class

12:20:38  6  period?

12:20:39  7        A.  Yes.

12:20:40  8        Q.  Okay.  And whether there were three rankings at

12:20:51  9  the time or four rankings at the time, Adobe nonetheless

12:20:55 10  proposed a salary increase range at focal time that

12:21:00 11  correlated to that ranking?

12:21:03 12        A.  Correct.

12:21:09 13        Q.  Are you familiar with the term "midpoint

12:21:12 14  compression"?

12:21:13 15        A.  I am not familiar with midpoint compression.

12:21:16 16  I'm familiar with midpoint and compression.

12:21:21 17        Q.  Well, what is -- are you familiar with use of

12:21:26 18  the term "compression" in compensation speak?

12:21:29 19        A.  Yes.

12:21:30 20        Q.  And what does the term "compression" mean in

12:21:32 21  compensation language?

12:21:33 22        A.  Yeah.  So compression essentially means, are

12:21:37 23  you creating kind of an issue -- we typically use it in

12:21:40 24  the context of new hires.  So what happens is the

12:21:45 25  external market is moving at a pace that's more

12:21:49  1    accelerated than internal focal budgets allow.

12:21:53  2           So you could have a position where kind of the

12:21:56  3    market value for a new hire coming into the organization

12:21:59  4    is higher than the existing employees and what they're

12:22:04  5    making, right?  Because once you are an employee and

12:22:10  6    positioned within a range, your ability to kind of see

12:22:17  7    pay change is typically done through the annual focal

12:22:21  8    process.  And those budgets are typically around, you

12:22:27  9    know, 5 percent.

12:22:32 10       Q.  And in the world of compensation, is

12:22:39 11    compression a good thing --

12:22:42 12           MR. KIERNAN:  Object --

12:22:42 13           MS. LEEBOVE:  Q.  -- or a bad thing?

12:22:45 14           MR. KIERNAN:  Object to form.

12:22:46 15           THE WITNESS:  Yeah.  I don't know if it's a

12:22:47 16    good thing or a bad thing.

12:22:50 17           MS. LEEBOVE:  Q.  Is compression something

12:22:53 18    that Adobe has sought to avoid?

12:22:56 19       A.  No.  We haven't sought to avoid it.  It's

12:22:59 20    something that a manager needs to be aware of, right?

12:23:01 21    And again, if you think about it in the context of a new

12:23:06 22    hire, you are going to have kind of what the market

12:23:09 23    values for a particular role, right?

12:23:12 24           But as a manager, as  I'm thinking about my

12:23:15 25    particular offer, I need to also think about the

12:23:18  1   contributions of the folks on my team, right?  And what

12:23:21  2   they're performing at and where they're at.  So

12:23:25  3   oftentimes if I've got high performing employees on my

12:23:30  4   team that are sitting at X range, you know, it's going

12:23:33  5   to be very awkward for me potentially as a manager if I

12:23:36  6   bring in an unknown entity who hasn't really had time to

12:23:40  7   display, you know, their ability to perform within the

12:23:43  8   company at a higher range, right?

12:23:46  9        So it's just something that we ask a manager to

12:23:48 10   consider among a number of different, you know, options.

12:23:52 11   Ultimately they have to make that decision, but it's

12:23:53 12   just something that we ask them to think about so they

12:23:56 13   can make an informed decision.

12:23:58 14        Q.  Why would it be awkward for a manager to bring

12:24:01 15   in an unknown entity at a higher range than a performing

12:24:09 16   employee?

12:24:11 17        A.  Because employees talk all the time, and they

12:24:13 18   share that level of information.  And so it necessarily

12:24:17 19   won't be one, it's just how comfortable is the manager

12:24:21 20   in defending the decision that they made, right?

12:24:26 21        So it's not a bad or a good thing, but it's

12:24:28 22   just a matter of they need to be prepared to articulate

12:24:31 23   why they're making the decisions that they will.

12:24:39 24        Q.  Okay.  If you -- well, I want to turn back to

12:25:05 25   the Morris declaration.

12:25:10  1       A.  Okay.

12:25:17  2       Q.  And I'm looking at the last sentence in

12:25:21  3   paragraph 7 on page 3.

12:25:26  4       A.  Okay.

12:25:28  5       Q.  And it states "The number of managers who made

12:25:32  6   compensation determinations varied between approximately

12:25:35  7   500 to approximately 1,000, given the growth in

12:25:37  8   headcount over time."

12:25:43  9       A.  Uh-huh.

12:25:44 10       Q.  I'm curious about the word determinations here.

12:25:48 11   Who ultimately makes a compensation determination as

12:25:51 12   opposed to a compensation recommendation?

12:25:54 13       A.  So to me I guess, you know, I use that

12:25:58 14   terminology interchangeably.  So a manager ultimately

12:26:01 15   owns the recommendation, right?  You know, my next level

12:26:06 16   manager, you know, always has the ability to kind of

12:26:10 17   review and, you know, discuss with me if they feel that

12:26:13 18   something should be different.  But from an

12:26:16 19   accountability and final decision, it's generally the

12:26:19 20   manager.

12:26:29 21       Q.  And so is it true that ultimately, then, an

12:26:36 22   employee's manager has final say over what that

12:26:38 23   employee's salary will be?

12:26:39 24       A.  Yeah.  Yeah.

12:26:55 25           MS. LEEBOVE:  So I can go into more documents

01:31:23   1      A.  Not really, because I can't read it very well.

01:31:32   2   Yeah, no.

01:31:37   3      Q.  What, if anything, do you understand Delia was

01:31:40   4   referring to when she says that the midpoint compression

01:31:52   5   can -- well, she says, "The midpoint compression is a

01:31:57   6   reality."

01:31:59   7           And then skipping down, "It is not necessarily

01:32:01   8   a bad thing (in the future a role like this can bring

01:32:06   9   more stability to our internal equity), but the

01:32:08  10   implementation now is completely affecting our internal

01:32:11  11   equity."

01:32:12  12           Do you understand what she means by that?

01:32:13  13      A.  I don't know exactly what she means by that.

01:32:20  14      Q.  What do you understand this to mean?

01:32:25  15      A.  So what -- I understand compression, and I know

01:32:29  16   Romania is a market where volatility with the labor

01:32:33  17   market is really high, and the rates move quite a bit.

01:32:37  18   So they are challenged, oftentimes with compression

01:32:40  19   issues as an organization, because there is such a high

01:32:46  20   demand in the market, and the internal pay rates aren't

01:32:50  21   aligning to the market.

01:32:53  22           So I'm guessing it has something to do with

01:32:55  23   that.  But I don't really know what she means by

01:32:57  24   simulation of the -- I don't know what she's doing here.

01:33:00  25      Q.  Okay.  And so what is it -- is it fair to say

01:33:04   1   that Delia, based on her Friday, January 8th message at

01:33:10   2   8:26 p.m., and her earlier message at 12:40 p.m. on that

01:33:17   3   same date, it's -- does it seem fair to say that she

01:33:26   4   believes that the compression issue is -- what -- well,

01:33:32   5   what do you understand her to mean by internal equity?

01:33:34   6   That it's affecting -- compression is affecting Adobe's

01:33:39   7   internal equity or badly affecting internal equity?

01:33:45   8        A.  I don't -- I'm not sure what she's referencing

01:33:47   9   here.

01:33:52  10        Q.  Have you used the term "internal equity" in

01:33:54  11   your work in compensation?

01:33:56  12        A.  Yep.

01:33:57  13        Q.  What does internal equity mean?

01:33:58  14        A.  So we use internal equity primarily in the

01:34:01  15   capacity of looking at, again, typically new hires.  So

01:34:09  16   what we try to do is similar to when I talked about this

01:34:12  17   notion around compression, it's kind of the same

01:34:17  18   concept.  When you are bringing somebody in at a higher

01:34:20  19   rate than everybody else in your organization, you want

01:34:22  20   to be cognizant of why you are doing that.

01:34:25  21            There is a number of reasons.  Sometimes it's

01:34:25  22   compression, sometimes it's because you've got a star

01:34:27  23   player, you may have a team of individuals that aren't

01:34:30  24   high impact employees.  There is a variety of reasons.

01:34:34  25   But as managers kind of consider their decisions, we do

01:34:37  1    ask them to kind of think about the pay of their team

01:34:39  2    members, right?

01:34:41  3         Q.  And why, though?

01:34:44  4         A.  Because it can, again, from a management

01:34:48  5    perspective, just create some opportunities for

01:34:51  6    discussions with managers because employees talk about

01:34:53  7    their compensation.  So if a manager can clearly

01:34:58  8    articulate it, then great, right?

01:35:00  9         But we just want them to be aware that if

01:35:02 10    you've got a high impact employee in your organization,

01:35:05 11    and you are now bringing somebody in from the outside

01:35:07 12    that's not proven themselves, you might have to explain

01:35:10 13    why.  And so, you know, you have the right to do that,

01:35:13 14    just make sure that you understand why you are making

01:35:15 15    the decisions that you are making.

01:35:18 16         Q.  Does -- is there a fear within Adobe that

01:35:23 17    internal inequity would affect employee morale?

01:35:27 18         MR. KIERNAN:  Objection to form.

01:35:30 19         THE WITNESS:  Yeah.  No.  How can I explain

01:35:35 20    internal equity?  Internal equity is, again, just

01:35:39 21    another factor that we ask kind of managers to think

01:35:43 22    about as they're making decisions relative to people's

01:35:47 23    salaries.  It's, you know, often looked at as kind of a

01:35:51 24    factor that you think about, but it doesn't really

01:35:57 25    dictate anything, it just kind of informs, right?

01:36:01  1          So myself, as an example, if I'm bringing in

01:36:03  2     somebody from the outside and I'm thinking about what's

01:36:06  3     this offer that I want to make to this individual, I

01:36:08  4     will generally look at my team and see where they're

01:36:12  5     positioned, you know, and kind of make a judgment call

01:36:15  6     there.  Because I do know that these individuals are

01:36:16  7     going to be working side by side, and, you know, it can

01:36:22  8     potentially have implications for me as a manager if

01:36:26  9     they're performing exactly the same way and they feel

01:36:29 10     like there is not a perceived fairness in terms of their

01:36:32 11     pay, right?

01:36:32 12          MS. LEEBOVE:  Q.  I'm sorry, did I

01:36:33 13     interrupt you?

01:36:34 14          A.  No.

01:36:34 15          Q.  So what would the implications be for you as a

01:36:39 16     manager?

01:36:40 17          A.  A conversation to have to explain to the

01:36:42 18     individual why I made the decision that I did, right?

01:36:45 19     And there may be reasons for why I do that, and I'm

01:36:48 20     perfectly comfortable with it.

01:36:50 21          And in other instances, I may say you know

01:36:54 22     what?  It's not worth it to me.  I don't want to create

01:36:56 23     an issue where five people are going to be pissed off

01:36:59 24     because this person, you know, makes more than them and

01:37:01 25     haven't been here to prove themselves.  So I have to

01:37:05  1    rationalize that as a manager.

01:37:07  2        Q.  So why would you not want to have your

01:37:09  3    employees pissed off?

01:37:10  4        A.  Why would I not want to have them pissed off?

01:37:15  5    You know, I generally like a happy environment.  People

01:37:18  6    are more productive when they're not angry.

01:37:21  7        Q.  And then is there -- could it -- is there a

01:37:23  8    concern that the lack of internal equity might affect

01:37:32  9    employee attrition?

01:37:32 10        A.  No.

01:37:40 11        Q.  Have you ever had an experience as a manager

01:37:42 12    where you did pay a team member disproportionately

01:37:49 13    compared to other team members and those who were not

01:37:52 14    paid highly complained to you?

01:37:54 15        A.  Yeah.

01:37:55 16        Q.  And what was the -- what happened?

01:37:58 17        A.  So in that particular case, the individual that

01:38:00 18    we were bringing externally had a skill set that the

01:38:03 19    team didn't have.  So my conversation with them was an

01:38:06 20    easy one for me as a manager to say, you know what?

01:38:08 21    This has to do with the capabilities of this individual.

01:38:12 22    If you want to be compensated at the same level, you are

01:38:13 23    going to need to go build this capability.  You don't

01:38:19 24    have it today.  So those are easy.

01:38:23 25        Q.  And then is there a way for employees who are

01:38:25  1    being paid less than a peer to increase their

01:38:32  2    compensation to match their peer's compensation?

01:38:36  3         A.  Themselves, no.  I mean, an employee can always

01:38:39  4    a conversation with their manager around the

01:38:43  5    dissatisfaction they have around their pay.  Manager may

01:38:45  6    or may not do anything about that.  But they can't say I

01:38:48  7    want this and get it.

01:38:50  8         Q.  Is there anything -- what capability do

01:38:53  9    managers have to address an employee's dissatisfaction

01:38:55 10    with his or her pay?

01:38:56 11         A.  You have lots of capabilities.  So, you know,

01:38:58 12    as a manager, I think you need to think about, you know,

01:39:01 13    whether there is justification and warrant whether you

01:39:04 14    want to do it.  There is always the mitigating factor,

01:39:06 15    though, which is your budget, right?  And so that's

01:39:09 16    probably the thing that acts as our constraint.

01:39:12 17         So, you know, I've been -- it's not like we

01:39:14 18    give a corporate budget to managers to manage, you know,

01:39:17 19    employees who want higher pay increases, right?  So if a

01:39:21 20    manager feels pretty strongly they that they want to do

01:39:24 21    this for whatever reasons they feel are justified, and

01:39:26 22    oftentimes they have to find that money.

01:39:28 23         So like myself as a manager, I might dip into

01:39:31 24    my, you know, T&E and say you know what?  I'm not going

01:39:35 25    to take this travel, I'm going to use this money instead

01:39:38  1    to reward everyone.  So I've got to make trade-offs as a

01:39:42  2    manager because there is no corporate funding to handle

01:39:44  3    those types of situations outside of annual review.

01:39:47  4         Q.  You mentioned T&E; what's that?

01:39:49  5         A.  Travel and expense.  My travel budget.

01:39:52  6         Q.  And managers are free to take travel and

01:39:54  7    expense money that they're not going to use and spend it

01:39:56  8    on employee compensation instead?

01:39:58  9         A.  It's not necessarily money that they're not

01:40:00 10    going to use.  You usually make the decision I'm not

01:40:02 11    going to make this trip because I'm going to use it

01:40:05 12    instead to fund this.  But yeah, we have a line item in

01:40:07 13    there for travel.

01:40:08 14         Q.  Okay.  Have you ever, as a manager, taken money

01:40:28 15    out of your travel and expense budget or some -- or --

01:40:31 16    well, have you ever taken money out of your travel

01:40:34 17    expense budget to use for employee salaries?

01:40:36 18         A.  Not for salaries, but I've done it to reward

01:40:38 19    people with a bonus.

01:40:41 20         Q.  Are you aware of any managers who have asked

01:40:44 21    for increases to members of their teams based on their

01:40:49 22    dissatisfaction with their salary compared to another

01:40:52 23    team member's salary?

01:40:54 24         A.  No.

01:41:52 25              MS. LEEBOVE:  May I have this marked as the

01:41:53   1   next exhibit, please.

01:41:54   2          (Whereupon, Exhibit 2491 was marked for

01:41:54   3          identification.)

01:42:14   4          MS. LEEBOVE:  Q.  Ms. Arriada-Keiper,

01:42:14   5   you've been handed Exhibit 2491 that starts on a

01:42:17   6   page marked ADOBE_067124 and runs through 067128 --

01:42:21   7   or actually 067129.

01:42:29   8          If you would take the time that you need to

01:42:31   9   have a look at that.

01:46:01  10          A.  Okay.

01:46:02  11          Q.  Are you ready?

01:46:03  12          A.  Yes.

01:46:03  13          Q.  You've had a chance to review Exhibit 2491?

01:46:06  14          A.  Yes.

01:46:12  15          Q.  And do you recognize this document?

01:46:13  16          A.  I do.

01:46:14  17          Q.  What is it?

01:46:15  18          A.  It's an exchange between Teresa, myself and

01:46:19  19   Debbie where we're trying to determine what to include

01:46:22  20   in our newsletter.

01:46:24  21          Q.  How frequently -- or how frequently does or did

01:46:28  22   you issue a newsletter?

01:46:29  23          A.  We issue it quarterly.

01:46:33  24          Q.  Whose job is it to issue the quarterly

01:46:35  25   newsletter?

| | | |
|---|---|---|
| 01:58:56 | 1 | MR. KIERNAN:  Maybe ask the question then she |
| 01:58:57 | 2 | can see if she needs to read more. |
| 01:59:00 | 3 | THE WITNESS:  That's a lot to read. |
| 01:59:01 | 4 | MR. KIERNAN:  There is a lot going on here. |
| 01:59:03 | 5 | MS. LEEBOVE:  There is a lot going on here. |
| 01:59:05 | 6 | Q.  I guess my first question is, do you recognize |
| 01:59:07 | 7 | these -- the emails that are reflected on this document? |
| 01:59:09 | 8 | A.  Yeah. |
| 01:59:09 | 9 | Q.  Okay.  And do you have any reason to believe |
| 01:59:13 | 10 | that whether or not you were included as an addressee on |
| 01:59:18 | 11 | a particular message, that the message was sent -- do |
| 01:59:20 | 12 | you have any reason to believe the messages weren't sent |
| 01:59:22 | 13 | or received at the dates and times reflected -- |
| 01:59:24 | 14 | A.  No. |
| 01:59:24 | 15 | Q.  -- by the people reflected on the messages |
| 01:59:27 | 16 | themselves? |
| 01:59:27 | 17 | A.  No, I don't. |
| 01:59:29 | 18 | Q.  So I'm looking at the top of page 108280, about |
| 01:59:41 | 19 | "Determine matrix and process for merit increases." |
| 01:59:43 | 20 | A.  Uh-huh. |
| 01:59:45 | 21 | Q.  And I'm wondering whether the proposal here, it |
| 01:59:57 | 22 | says, "Yes, we want to make an exception that even HIs |
| 01:59:59 | 23 | get an increase." |
| 02:00:02 | 24 | Partly I'm wondering what this bullet point |
| 02:00:05 | 25 | means, and then I'm wondering whether it was |

02:00:07  1    implemented.

02:00:08  2         A.  Yeah.  So whether it was implemented or not, I

02:00:09  3    can't tell you without going back and checking stuff.

02:00:13  4    But let me see if I can tell you what I think it means.

02:00:24  5         The timing of this, so I'm wondering if part of

02:00:26  6    this issue was that we were going into kind of a year

02:00:32  7    that was kind of a downturn for the market, and so I'm

02:00:36  8    thinking that we didn't have the budgets that we had so

02:00:39  9    we were having to be a little bit more limited in terms

02:00:41  10   of the allocation of budgets.  (Inaudible reading from

02:00:54  11   document).

02:01:12  12        Yeah.  So my sense here is we were trying to

02:01:15  13   look at kind of the different populations of people that

02:01:18  14   we had based on their contribution levels and see kind

02:01:21  15   of where they were positioned within their ranges.  So

02:01:27  16   it looks like we were doing that -- that analysis.

02:01:31  17        Q.  Were you discussing, in these email messages,

02:01:32  18   the review process that would happen at the end of 2008

02:01:38  19   that would affect salaries for 2009?

02:01:41  20        A.  Correct.  Yeah.  So engaging this, we were kind

02:01:44  21   of trying to determine what our parameters or guidelines

02:01:47  22   were going to be for salaries that would go into effect

02:01:51  23   in 2009.  Yes.

02:01:52  24        Q.  Okay.

02:01:55  25        A.  So it looks like we were trying to do some

02:01:58  1    modeling around HIs and currently where they were

02:02:01  2    positioned against their range.

02:02:05  3         Q.  What does compa-ratio mean?

02:02:08  4         A.  Compa-ratio is where your base salary is

02:02:12  5    relative to the midpoint of the range.  So somebody who

02:02:15  6    is around the midpoint of the range would have a

02:02:17  7    compa-ratio of a hundred percent.  If you are above the

02:02:21  8    midpoint of the range you would have a hundred plus.

02:02:22  9    And if you are below the midpoint of the range, you are

02:02:25 10    going to be less than a hundred percent.  So it just

02:02:28 11    tells people where you are relative to the midpoint of a

02:02:30 12    range.

02:02:31 13         Q.  Okay.

02:02:32 14             And are the -- wherever on this document I see

02:02:38 15    the initials RAK --

02:02:39 16         A.  Yeah.

02:02:39 17         Q.  -- is that your --

02:02:41 18         A.  My response.

02:02:42 19         Q.  Does that reflect your inserts to the text

02:02:44 20    here?

02:02:45 21         A.  Yes.

02:02:45 22         Q.  What did you mean when you said, "We have

02:02:47 23    always said that ideally an HI should at minimum be at

02:02:52 24    the midpoint of their range which equates to CR of 100

02:02:56 25    percent."

02:02:57  1      A.  So generally speaking, when you are  kind of

02:03:00  2   looking at differentiation and you are looking at kind

02:03:04  3   of where people should be positioned within the range,

02:03:07  4   one of the things that you look at is somebody that's a

02:03:10  5   high contributor, you want to be positioning them around

02:03:13  6   the midpoint or higher, you know, from a differentiation

02:03:17  7   perspective.  So that's what that statement means.  On

02:03:21  8   aggregate, right?

02:03:22  9        Again, individuals fluctuate up and down for a

02:03:24 10   number of reasons, but when we look at it from an

02:03:26 11   aggregate level, we try to see that generally speaking,

02:03:29 12   they're at midpoint or above.

02:03:37 13      Q.  Skipping down to your comments in the center of

02:03:42 14   page 108280 where we see your initials colon, "In the

02:03:48 15   past the philosophy."

02:03:49 16      A.  Yeah.

02:03:53 17      Q.  Could you review that paragraph there and tell

02:03:56 18   me what you meant?

02:03:58 19      A.  Yeah.  Yeah.  I think what this statement is

02:04:15 20   around is the fact that we never had any formal

02:04:19 21   guidelines around a promotion.  So what we did is we had

02:04:23 22   conversations with managers who were interested in

02:04:26 23   promoting somebody.  We would advise them of different

02:04:29 24   things that they should consider when looking at that,

02:04:32 25   position in the range, their contribution level, but we

02:04:37  1   never really dictated to them a particular guideline

02:04:39  2   like we did for annual review that says you should give

02:04:43  3   X percent.  So what we did is we created some guidelines

02:04:46  4   around, you know, what they should consider when doing

02:04:49  5   this.

02:04:50  6        Q.  And when doing what?

02:04:53  7        A.  Making a promotion.

02:04:55  8        Q.  Does this paragraph here specifically refer to

02:04:57  9   making promotions?

02:04:58 10        A.  Yeah.

02:04:59 11        Q.  Okay.

02:05:00 12            MR. KIERNAN:  See the bullet right above it.

02:05:03 13            THE WITNESS:  "Provide you a few options

02:05:04 14   for '09 promo guidelines."

02:05:10 15            MS. LEEBOVE:  Q.  So what did you mean here

02:05:12 16   when you said, "Comp's general recommendations has

02:05:14 17   been 3 percent plus whatever the merit matrix would

02:05:17 18   dictate"?

02:05:18 19        A.  So oftentimes managers will use the annual

02:05:23 20   review process as a -- an opportunity to promote people.

02:05:27 21   So they just kind of condensed it into one process.  So

02:05:31 22   what we would typically do is a promotion should be

02:05:35 23   additive to their merit.  Because merit you are looking

02:05:38 24   at the performance based on the job they did, a

02:05:41 25   promotion is now rewarding them for something they are

02:13:35  1   have to be treated separately and distinctly kind of

02:13:38  2   operating under their own kind of rules and as

02:13:43  3   independent companies.

02:13:43  4          So the timing of the Omniture acquisition came

02:13:45  5   at a point in time when we finally integrated as a

02:13:48  6   company right in the midst of annual review.  Well,

02:13:53  7   because we were operating as two independent entities,

02:13:55  8   we weren't factoring in doing salary budgets for

02:13:59  9   Omniture.  They looked like they were factoring doing

02:14:01 10   their own budgeting, under their things.

02:14:04 11          So as an integrated company we had to go

02:14:06 12   through the actions figuring out how we were going to

02:14:09 13   make all this happen, given that we hadn't been planning

02:14:11 14   for them, and they had only been planning for a 3 and a

02:14:11 15   half percent.  And so it changed, kind of.  We had set

02:14:14 16   down the path of not incorporating Omniture into any

02:14:17 17   modeling we were doing, and now with the integration of

02:14:20 18   the company we had to kind of figure out what we were

02:14:21 19   going to do going forward.

02:14:23 20      Q.  And Donna Morris wrote here, it says, net --

02:14:34 21   I'm not sure who that refers to.

02:14:36 22      A.  I don't know either.

02:14:37 23      Q.  "We need to recommend the matrix or matrices

02:14:42 24   that will provide market competitive base salary

02:14:45 25   adjustments.  And we should not force ourselves to make

02:14:48  1   up all of the PS going away."

02:14:51  2          What does that mean?

02:14:53  3       A.  I'm not sure what she's referring to.  I think

02:15:00  4   she might have been referring to profit sharing because

02:15:03  5   it was the year that we eliminated our profit sharing

02:15:05  6   plan.

02:15:06  7       Q.  Profit sharing was eliminated when?

02:15:08  8       A.  Oh, gosh.  Was it 2009 or 2008?  It must have

02:15:13  9   been in 2008, because we were looking to make these

02:15:17 10   changes for the fiscal year -- well, wait.  This is in

02:15:23 11   December of 2009, so we're making decisions for '10.  So

02:15:29 12   maybe we did away with it in '09.

02:15:30 13          I don't know.  I have to go back and look.  But

02:15:32 14   we eliminated it at some point, so people were feeling

02:15:35 15   the angst of that, right?

02:15:40 16       Q.  So was there -- is she -- does Donna Morris

02:15:55 17   appear to be suggesting that Adobe needs a matrix that

02:16:04 18   will increase base salaries?

02:16:12 19          MR. KIERNAN:  Object to form.

02:16:13 20          THE WITNESS:  Yeah.  It's really hard for me to

02:16:16 21   understand what she meant.  Pretty cryptic.

02:16:29 22          MS. LEEBOVE:  Q.  Did Adobe ever adjust

02:16:35 23   base salaries versus base salary ranges?

02:16:42 24       A.  So we --

02:16:45 25          MR. KIERNAN:  Hang on.  Object to form.

| | | |
|---|---|---|
| 02:16:47 | 1 | Go ahead. |
| 02:16:48 | 2 | THE WITNESS:  So we, as part of our annual |
| 02:16:51 | 3 | review, adjust salary ranges.  That's what we do.  They |
| 02:16:54 | 4 | either go up or they go down.  Salary ranges, Adobe does |
| 02:16:59 | 5 | not adjust.  The managers do that based on any types of |
| 02:17:04 | 6 | budgets that we give to them. |
| 02:17:05 | 7 | MS. LEEBOVE:  Q.  I think you just meant |
| 02:17:07 | 8 | salaries. |
| 02:17:08 | 9 | A.  I mean salaries.  Correct. |
| 02:17:18 | 10 | Q.  But does it appear that Donna Morris is |
| 02:17:20 | 11 | suggesting that Adobe needs to provide market |
| 02:17:25 | 12 | competitive base salary adjustments? |
| 02:17:28 | 13 | A.  I'm not sure what she's getting at.  That's, |
| 02:17:30 | 14 | you know, not how I would interpret this. |
| 02:17:41 | 15 | Q.  Do you know whether Adobe adjusted base salary |
| 02:17:44 | 16 | ranges to make up for profit sharing -- to make up for |
| 02:17:49 | 17 | the elimination of profit sharing? |
| 02:17:51 | 18 | A.  No.  Because base salary ranges have nothing to |
| 02:17:54 | 19 | do with profit sharing.  That's kind of an incentive |
| 02:17:57 | 20 | bonus.  So no. |
| 02:18:06 | 21 | Q.  Is AIP in the -- there is a -- there are two |
| 02:18:09 | 22 | sets of bullet points.  There is a first set that has |
| 02:18:12 | 23 | three bullet points and a second set of bullet points |
| 02:18:15 | 24 | are just two. |
| 02:18:16 | 25 | A.  Yeah. |

02:18:16  1          Q.  Is AIP referring to the annual incentive plan?

02:18:19  2          A.  It is.

02:18:19  3          Q.  What does that sentence mean, that AIP is used

02:18:22  4     in?

02:18:22  5          A.  "How do we carve out ICs that are getting an

02:18:25  6     AIP bump in the matrix."  So....

02:18:34  7               MR. KIERNAN:  Let me object to form.

02:18:38  8               THE WITNESS:  So I'm not exactly sure what

02:18:39  9     she's trying to say here, to be honest with you.  "Carve

02:18:47 10     out ICs that are getting an AIP bump in the matrix."

02:18:57 11               Yeah.  I guess I need more context.  I don't

02:18:59 12     know what she's trying to do or say here.

02:19:04 13               MS. LEEBOVE:  Q.  Well, if you don't, I

02:19:05 14     don't.

02:19:07 15          A.  Sorry.

02:19:08 16          Q.  No, no.  You only know what you know.

02:19:12 17          A.  Okay.

02:19:14 18          Q.  Nobody can make you know more.

02:19:20 19               Our next exhibit, I believe, it's Exhibit 2493.

02:19:34 20               (Whereupon, Exhibit 2493 was marked for

02:19:34 21               identification.)

02:20:28 22               MR. KIERNAN:  Actually, sorry, any time you see

02:20:30 23     highlights, they're her highlights.

02:20:34 24               MS. LEEBOVE:  I'm sorry.  How have I done this

02:20:36 25     again?  Yet again.  Thank you.

02:26:38 1        Q.  Did I read that right?

02:26:39 2        A.  Yes.

02:26:40 3        Q.  What's the Ops Staff?

02:26:42 4        A.  At that point in time it would have been any

02:26:45 5    individuals that were direct reports of Shantanu

02:26:48 6    Narayen.

02:26:51 7        Q.  Does Ops staff -- has Ops Staff historically

02:26:54 8    referred to the CEO's --

02:26:57 9        A.  Direct reports?  Yeah.

02:27:08 10        Q.  And the reference to human resources, are the

02:27:09 11    human resources folks referred to here different than

02:27:14 12    compensation --

02:27:15 13        A.  It could be --

02:27:16 14        Q.  -- team members?

02:27:18 15        A.  Yeah.  It could be.  There is a number of

02:27:19 16    people that review it.  So compensation would definitely

02:27:22 17    be included in the human resources population, but it

02:27:24 18    could also include business partners.

02:27:27 19        Q.  And does it appear to you that for this year,

02:27:30 20    for a Total Rewards Approach 2009, that human resources

02:27:37 21    reviewed the actual salaries --

02:27:41 22        A.  Uh-huh.

02:27:41 23        Q.  -- of high performing employees versus the

02:27:44 24    salary ranges of high performing employees?

02:27:46 25            MR. KIERNAN:  Object to form.

02:27:47  1           THE WITNESS:  So in 2009, or any year, we

02:27:49  2   always look at the range and the salaries.  So that's no

02:27:52  3   different.

02:27:55  4           MS. LEEBOVE:  Q.  Does Adobe always review

02:27:56  5   the salaries of high performing employees to ensure

02:27:59  6   base pay is positioned within the market competitive

02:28:01  7   range?

02:28:02  8       A.  We look at all salaries and where they're

02:28:06  9   positioned.  Not just high impact.

02:28:15 10       Q.  And is the purpose of looking at all salaries

02:28:20 11   to ensure that base pay is positioned within the market

02:28:23 12   competitive range?

02:28:23 13       A.  Yes.  And also to help us figure out -- so when

02:28:27 14   I described to you kind of the market analysis process,

02:28:30 15   you know, one component of it is looking at whether your

02:28:34 16   ranges need to be adjusted or not to determine whether

02:28:37 17   the range is competitive to market.

02:28:38 18           The second part of that process is, is looking

02:28:41 19   at individuals and where they're positioned against

02:28:44 20   these adjusted ranges, which then determines your focal

02:28:47 21   budget.  So we do that for everybody, and that rolls up

02:28:49 22   to help determine a focal budget.

02:28:52 23       Q.  Okay.  It appears for this year, for FY2009,

02:29:03 24   managers were not required to identify their low

02:29:06 25   perform -- or managers -- every manager was still

02:29:08  1    expected to identify low performers, but there wasn't a

02:29:11  2    forced distribution of 5 percent.  What does that mean?

02:29:16  3         A.  I --

02:29:18  4              MR. KIERNAN:  Object to form.

02:29:21  5              THE WITNESS:  Yeah.  We go through an exercise

02:29:25  6    of having to label employees, and I think we continued

02:29:34  7    to do that.  So every manager had to go in and kind of

02:29:37  8    assess their employees and give them a ranking.

02:29:40  9              MS. LEEBOVE:  Q.  But were managers not

02:29:42 10    required to adhere to the ranking curve in 2009?

02:29:47 11              MR. KIERNAN:  Object to form.

02:29:48 12              THE WITNESS:  Yeah.  It's hard for me to kind

02:29:50 13    of understand what Donna was getting at here.

02:29:53 14              Again, the distribution has always been a

02:29:56 15    guideline, right?  So whether we actually stay or not

02:30:02 16    within that distribution has always been up to kind of

02:30:04 17    the discretion of the manager.  So --

02:30:09 18              MS. LEEBOVE:  Q.  And subject to budget

02:30:10 19    restraints?

02:30:11 20         A.  Yeah.  Yeah.

02:30:33 21         Q.  You can set that aside.  I'll hand you

02:30:36 22    something new, and unhighlighted hopefully.

02:30:47 23              Mark that the next in order, please.

02:30:58 24              (Whereupon, Exhibit 2494 was marked for

02:30:58 25              identification.)

02:37:19  1         A.  For promotions and specific to markets.  So

02:37:23  2     mature markets would have been something like the United

02:37:27  3     States, the UK, then you have your growth markets and

02:37:31  4     you have your high growth market.  So it would have been

02:37:33  5     based on geography.

02:37:36  6         Q.  There is a sentence here that reads -- it's

02:37:40  7     under salary increases and promotional budgets, and I

02:37:43  8     think it's the penultimate sentence.  It says, "We have

02:37:46  9     also provided promotional guidelines to assist in making

02:37:49 10     salary recommendations and ensure equity across the

02:37:53 11     company."

02:37:57 12         A.  Uh-huh.

02:37:59 13         Q.  Was ensuring equity across the company one of

02:38:03 14     Adobe's compensation goals?

02:38:04 15             MR. KIERNAN:  Objection.  Form.

02:38:05 16             THE WITNESS:  Yeah -- no, it's not a

02:38:06 17     compensation goal.  It's a factor that you want to

02:38:08 18     consider.

02:38:12 19             MS. LEEBOVE:  Q.  I know we've discussed

02:38:13 20     before that it's -- or you've mentioned before that

02:38:16 21     equity is a factor that Adobe would consider and

02:38:20 22     that equity was a guideline or an aspiration.  But

02:38:26 23     here this says ensure equity.

02:38:36 24             MR. KIERNAN:  Hang on.  I don't think there is

02:38:37 25     a question.

| | | |
|---|---|---|
| 02:38:38 | 1 | MS. LEEBOVE:  There isn't a question yet. |
| 02:38:41 | 2 | Q.  So I'm wondering how -- does -- well, does it |
| 02:38:48 | 3 | appear to you here that equity was an aspiration or it |
| 02:38:55 | 4 | was something that would be ensured? |
| 02:39:00 | 5 | MR. KIERNAN:  Objection to form. |
| 02:39:02 | 6 | THE WITNESS:  So I -- I can't, I guess, |
| 02:39:08 | 7 | articulate what it is that -- the point that was trying |
| 02:39:09 | 8 | to be made here.  Let me give you my interpretation of |
| 02:39:12 | 9 | this. |
| 02:39:12 | 10 | My interpretation of this is that what we were |
| 02:39:15 | 11 | trying to do was create a set of guidelines around |
| 02:39:19 | 12 | promotions that could be consistently applied around the |
| 02:39:21 | 13 | world.  So it doesn't mean, you know, consistently do |
| 02:39:25 | 14 | this everywhere, but if you are in a mature market and |
| 02:39:27 | 15 | you are thinking about giving a promotion to somebody, |
| 02:39:29 | 16 | think about a guideline of 3 to 6 percent.  Whereas |
| 02:39:33 | 17 | before, there was no guideline and people could do |
| 02:39:35 | 18 | whatever they wanted.  That's what I think this message |
| 02:39:37 | 19 | is about. |
| 02:39:40 | 20 | Q.  Okay.  On page 068164, there is a reference to |
| 02:39:47 | 21 | a salary range website. |
| 02:39:49 | 22 | A.  Yeah. |
| 02:39:49 | 23 | Q.  What is the salary range website? |
| 02:39:52 | 24 | A.  So a salary range website is a tool that we |
| 02:39:54 | 25 | have available to managers whereby they can look at a |

02:39:59  1    salary range for an associated job.

02:40:04  2        Q.  Is the salary range website only accessible by

02:40:07  3    managers --

02:40:07  4        A.  Yes.

02:40:08  5        Q.  -- and above?

02:40:09  6        A.  Uh-huh.

02:40:12  7        Q.  Do ordinary individual contributors and other

02:40:16  8    nonmanagerial employees ever have access to the salary

02:40:20  9    range website?

02:40:21 10        A.  Not individual contributors.  If you are in HR,

02:40:25 11    so a recruiter, you would have access to that

02:40:29 12    information.  Compensation does.

02:40:31 13        Q.  Are recruiters who have access to the salary

02:40:35 14    range website free to share that information with other

02:40:39 15    nonmanagerial colleagues?

02:40:41 16        A.  So we don't have a particular policy that says

02:40:44 17    you shouldn't be sharing this information.  Whether they

02:40:48 18    do or don't, I don't know.

02:40:50 19        Q.  Has the salary range website existed -- or did

02:40:54 20    a salary range website exist throughout the class

02:40:56 21    period?

02:40:57 22        A.  I think so.  It's been around for a long time.

02:41:01 23    I'd have to go back and look at when it was actually

02:41:04 24    developed.  But we've had them for a long time, so....

02:41:10 25        Q.  Is there a -- do you know whether you made an

02:41:15  1    attempt, personally, to collect documents or printouts

02:41:20  2    from the salary range website as part of your gathering

02:41:24  3    of documents for this case?

02:41:25  4        A.  I personally didn't, no.

02:41:31  5        Q.  Is the salary range website archived anywhere

02:41:33  6    that you know about?

02:41:35  7        A.  The salary range website is not archived

02:41:37  8    anywhere that I know of.  We feed the salary range

02:41:42  9    website, so we create those ranges.  So we have those.

02:41:45 10        Q.  And are the ranges -- are they -- can you look

02:41:48 11    back at historical data on the salary range website or

02:41:52 12    does it only post the current salary ranges?

02:41:55 13        A.  Only posts the current.  Yeah.  Doesn't stop

02:41:57 14    managers from printing and saving it themselves.  I

02:42:00 15    mean, they have the ability to do that.

02:42:06 16        Q.  Under Equity Review, on page 068164.

02:42:10 17        A.  Okay.

02:42:12 18        Q.  The third bullet point states, "The top 50

02:42:14 19    percent of employees will receive grants," I'm skipping

02:42:17 20    the parenthetical here, "and we will not allow leaders

02:42:19 21    to target less than 50 percent of the population."

02:42:25 22        A.  Yeah.

02:42:26 23        Q.  What does that mean?

02:42:26 24        A.  So what that means is similar to a salary

02:42:31 25    budget, when it comes to equity, managers receive a

02:42:33  1    certain number of shares.  And so what we were

02:42:36  2    encouraging them to do is make sure that you at least

02:42:41  3    allocate shares based on performance to 50 percent of

02:42:44  4    your population.

02:42:45  5         Sometimes what managers like to do is say, I'm

02:42:47  6    going to give less, go less deep, so I can give more to

02:42:51  7    individuals.  And we were saying, no, at a minimum, you

02:42:54  8    need to at least hit 50.  If you want to go deeper than

02:42:57  9    that, by all means go ahead, but we want you to hit at

02:42:59  10   least 50 percent of the population when you do this.

02:43:02  11        Q.  And for this particular year, at least, I think

02:43:04  12   you used the word encouraging, but here it says we will

02:43:07  13   not allow leaders to target less than 50 percent of the

02:43:10  14   population.  How did Adobe accomplish that?

02:43:14  15             MR. KIERNAN:  Object to form.

02:43:15  16             THE WITNESS:  I don't know.  I don't know how

02:43:17  17   we accomplished it.

02:43:23  18             MS. LEEBOVE:  Q.  Does it appear to you

02:43:24  19   that at least for the year 2009, that giving grants

02:43:34  20   to 50 percent of the population was a directive as

02:43:39  21   opposed to something that was just encouraged?

02:43:41  22             MR. KIERNAN:  Object to form.

02:43:44  23             THE WITNESS:  I don't know.  Yeah.  I don't

02:43:46  24   know if it was a directive or not.

02:43:55  25             MS. LEEBOVE:  Q.  Have there -- in your

02:43:57  1    experience at Adobe, have there ever been

02:44:02  2    directives -- well, has the company ever issued

02:44:05  3    directives about salary -- well, has the company

02:44:11  4    ever issued salary directives as opposed to salary

02:44:15  5    guidelines?

02:44:17  6         A.  Yeah, um, I guess I just really struggle with

02:44:21  7    the directive for the guideline.  So, you know, we

02:44:24  8    position things as these are your guidelines.  Here is

02:44:28  9    your budget.  Typically people follow the guidelines.

02:44:31 10    So, you know, if they didn't, you know, I don't know if

02:44:37 11    we've made exceptions or not.  I'm not privy to that,

02:44:40 12    so....

02:44:42 13         Q.  Okay.  If we could, for a moment -- or if you

02:44:49 14    could, please take a look back at Exhibit 2487.

02:44:53 15         A.  Okay.

02:44:54 16         Q.  It's the one that looks like this.  Well, and

02:44:57 17    it's the one that says Exhibit 2487 on it, if that

02:45:00 18    helps.

02:45:03 19         A.  Eighty-seven.  Yeah.

02:45:05 20         Q.  If you turn to page 100614.

02:45:10 21         A.  Okay.

02:45:20 22         Q.  Can you tell me what this page reflects?

02:45:23 23         A.  So these are the salary matrices that we've

02:45:27 24    been referencing.  The guidelines.

02:45:33 25         Q.  And I know that these are the salary matrices

02:45:37 1   for the particular year, I believe this says it's the

02:45:41 2   December 2009 -- created in December 2009, but the 2010

02:45:46 3   annual performance review.

02:45:47 4       A.   Correct.  For review period 2009.  Yep.

02:45:51 5       Q.   But did salary increase matrices like those

02:45:54 6   that appear on page 100614 exist for other years within

02:45:58 7   the class period?

02:46:00 8       A.   We've created these in the past, yes.

02:46:02 9       Q.   Have matrices like these been created -- were

02:46:07 10  they created for 2005?

02:46:09 11      A.   I'd have to go back and look.  They might look

02:46:12 12  different, so from a matrix perspective we've always had

02:46:15 13  kind of a certain ranking and a certain range.  You

02:46:20 14  know, whether we broke them out to this level of, you

02:46:23 15  know, growth versus high growth, I don't remember.  I'd

02:46:27 16  have to go back and look.  But generally, we've always

02:46:30 17  had a ranking and a range.

02:46:36 18      Q.   And we've talked about how in the past there

02:46:40 19  were three performance rankings and then there were four

02:46:43 20  performance rankings and now there are no performance

02:46:46 21  rankings; is that correct?

02:46:47 22      A.   Correct.

02:46:47 23      Q.   But when you say we've always had something

02:46:52 24  along the lines of the salary increase matrices that

02:46:55 25  appear on page 100 -- well, is it fair to say that Adobe

02:47:01  1   has always, during the time that you've been there, had

02:47:04  2   salary increase matrices that resemble what we're

02:47:09  3   looking at here on page 100164?

02:47:13  4        A.  With the exception of now, yes.

02:47:18  5        Q.  Can you tell me what the different boxes --

02:47:19  6   what the different charts --

02:47:21  7        A.  Yeah.

02:47:22  8        Q.  -- and the different boxes in the charts refer

02:47:24  9   to?

02:47:25 10        A.  Yes.  So we've got a set of matrices or

02:47:29 11   guidelines for ICs, individual contributors, those are

02:47:33 12   across the bottom, and they're representative of

02:47:36 13   specific geographies.  So if you look at the middle box

02:47:41 14   under ICs for example, this matrix would have been

02:47:45 15   applicable to Czechoslovakia, Poland, Korea those

02:47:50 16   countries listed underneath it.

02:47:51 17             The one next to the right included China,

02:47:53 18   India, Romania, and then every other location fell under

02:47:58 19   this first box, U.S. plus anything that didn't fall into

02:48:01 20   the other two boxes.

02:48:02 21        Q.  What do the initials ROW mean?

02:48:06 22        A.  Rest of world.

02:48:08 23        Q.  How handy.

02:48:09 24        A.  Uh-huh.  And then similarly, we have the same

02:48:13 25   kind of construct but for managers.

02:48:19  1      Q.  Okay.  All right.  Thank you.

02:48:23  2      A.  Uh-huh.  You are probably learning more about

02:48:31  3  comp than you ever wanted to know.

02:48:33  4      Q.  I always wanted to know.

02:48:35  5          MR. KIERNAN:  Can we take a five-minute break?

02:48:37  6          MS. LEEBOVE:  Sure.

02:48:38  7          THE VIDEOGRAPHER:  This is the end of video

02:48:39  8  No. 4.

02:48:39  9          The time is 2:48 p.m.  We're going off the

02:48:41 10  record.

02:56:33 11          (Recess taken.)

03:01:48 12          THE VIDEOGRAPHER:  This is the beginning of

03:01:49 13  video No. 5.

03:01:51 14          The time is 3:01 p.m.  We're back on the

03:01:54 15  record.

03:01:57 16          MS. LEEBOVE:  Okay.  May I please have this

03:01:59 17  exhibit next.  I believe we're at Exhibit 2495.

03:02:18 18          (Whereupon, Exhibit 2495 was marked for

03:02:18 19          identification.)

03:02:30 20          MS. LEEBOVE:  Q.  Ms. Arriada-Keiper,

03:02:30 21  you've been handed Exhibit 2495, it is Bates stamped

03:02:34 22  ADOBE_086264 through 086272.

03:02:45 23          In our desire to save some trees and print

03:02:49 24  double-sided, sometimes these are a little bit -- you

03:02:51 25  have to flip them around a couple times as you are

03:07:22  1   human resources is, you had a lot of specialized jobs.

03:07:28  2   And as the teams began to evolve and we started to take

03:07:33  3   on different work, we were getting less specialized and

03:07:36  4   people were taking more of a generalist role.  And so we

03:07:40  5   went through an effort of rather than having -- how many

03:07:40  6   jobs is it here -- 18 families, we consolidated down to

03:07:44  7   kind of a management job family, an individual

03:07:47  8   contributor job family, and kind of limited the overall

03:07:51  9   numbers.

03:07:52  10          Like when we first started, you would have had

03:07:54  11  a job family for benefits, for compensation, for

03:07:59  12  learning and development, for recruiting, whole bunch of

03:08:02  13  them.  So as an organization, what we just said is we

03:08:06  14  are instead going to kind of combine into a benchmarking

03:08:13  15  job code that exists in the market, which is kind of a

03:08:15  16  consolidated job code.  So it's like a -- it's a general

03:08:19  17  HR job code.  And so we started to use that within HR.

03:08:23  18          And it was to move away from kind of this idea

03:08:28  19  that a compensation particular role was -- you know, had

03:08:33  20  a greater value than a recruiting role did, versus a

03:08:37  21  learning and development one.

03:08:44  22      Q.  Would it have been -- do you know which

03:08:47  23  department within Adobe would have been responsible for

03:08:51  24  consolidating job codes in any department other than HR?

03:08:56  25      A.  So if we were going to go through a

03:08:58  1    consolidation exercise, compensation would have to get

03:09:00  2    involved in that anywhere in the company.

03:09:04  3        Q.  Have there been consolidation exercises

03:09:08  4    anywhere else in the company besides HR since you've

03:09:10  5    worked at Adobe?

03:09:12  6        A.  I don't know specifically.  I think pockets of

03:09:14  7    the organization may have -- or at least they were

03:09:17  8    looking at it.  I don't know what actually ended up

03:09:20  9    happening of it, but I know in IT they were managing

03:09:22  10   quite a large quantity of jobs.

03:09:26  11           You know, on the development side, they wanted

03:09:30  12   to create a job path for individual contributors that

03:09:35  13   was equal to kind of a management path.  So we have done

03:09:38  14   some shifting in pockets of the population, but -- or at

03:09:41  15   least done some analysis.  I don't know if it's actually

03:09:43  16   kind of come to be anything.

03:09:46  17       Q.  Okay.  On page 5 of the document, the very last

03:10:09  18   bullet point says, "Goal is to have employees paid

03:10:13  19   within the salary range at least the minimum."

03:10:18  20           Is that a goal throughout -- is it a goal

03:10:23  21   throughout Adobe to have employees paid within the

03:10:25  22   salary range, at least at the minimum?

03:10:29  23           MR. KIERNAN:  Object to form.

03:10:30  24           THE WITNESS:  So again, we create a salary

03:10:32  25   range because we believe that this range constitutes

03:10:35  1    kind of committed -- competitive practice, and, you

03:10:40  2    know, we encourage managers to compensate people

03:10:43  3    competitively.  We don't dictate to them that they have

03:10:46  4    to get people to the minimum of the salary range.

03:10:49  5    That's their discretion.

03:10:57  6          MS. LEEBOVE:  Q.  And how did the new HR

03:10:58  7    job structure eliminate salary range barriers?

03:11:02  8        A.  So I think, again, what it did is in essence it

03:11:06  9    took, you know, specific salary ranges.  You might have

03:11:11 10    had -- let's say you were a compensation analyst for --

03:11:13 11    you might have had X salary range.  If you were a

03:11:16 12    benefits one, you had Y.  If you were a recruiting, you

03:11:21 13    might have had a different one.

03:11:23 14          And what we did is we just said rather than

03:11:25 15    having kind of all of these unique and different ranges

03:11:29 16    that are tied, you know, to these specific functions,

03:11:32 17    let's just create an HR one that can be used across the

03:11:36 18    board.  And it kind of eliminated this barrier of, oh,

03:11:40 19    that job is more highly valued than this job is.  And so

03:11:44 20    we consolidated that way.  But it's still tied to the

03:11:48 21    market.  There is a benchmark job that we use and we

03:11:50 22    have to tie that to the market.

03:11:52 23        Q.  So we had discussed before, and I believe it's

03:11:56 24    in the Morris declaration itself, that each job code has

03:12:10 25    its own salary range.

03:12:12  1          A.  Uh-huh.

03:12:14  2          Q.  Is that not the case in HR now?

03:12:18  3          A.  It still does.  So the job code that we're now

03:12:20  4   using for these jobs has a specific range tied to it.

03:12:24  5          Q.  But does each job code refer to more than one

03:12:26  6   job?

03:12:28  7          A.  There is different types of jobs that make up

03:12:31  8   that job code.  Yeah.

03:12:36  9          Q.  Well, if we -- going -- turning back, then,

03:12:39  10  to -- that's it, you've got it, to Exhibit 2486, and

03:12:45  11  specifically to paragraph 4, we had talked before about

03:12:48  12  the sentence that says, "To help guide compensation

03:12:50  13  decisions, Adobe assigned each employee a job code which

03:12:55  14  has an associated job description, experience and

03:12:58  15  education level."

03:12:59  16         A.  Uh-huh.

03:12:59  17         Q.  And we -- you and I had also talked about how

03:13:03  18  each job code also has a salary range associated with

03:13:06  19  it, right?

03:13:07  20         A.  Yeah.

03:13:08  21         Q.  But my question is, are job codes

03:13:12  22  individualized or -- well, how many jobs can fall within

03:13:18  23  a single job code?

03:13:20  24              MR. KIERNAN:  Let me object to form.

03:13:23  25              THE WITNESS:  Yeah.  So you have -- the job

03:33:29   1    but I think it might have even required the board of

03:33:32   2    directors to agree.

03:33:39   3        Q.  Do you know whether the decision was -- do you

03:33:47   4    know whether the motivation to eliminate profit sharing

03:33:50   5    came from the board of directors down, or was the

03:33:54   6    decision raised up to the board of directors from the

03:33:56   7    managers?

03:33:56   8        A.  That, I don't know.

03:33:58   9        Q.  Okay.  Turning back to the Morris declaration.

03:34:43  10        A.  Okay.

03:34:54  11        Q.  If you could just read through paragraphs 9

03:34:56  12    through 11 and just let me know if there is anything

03:35:00  13    about those paragraphs that you would change if you --

03:35:05  14    if this was your declaration to make it more accurate or

03:35:07  15    truthful.

03:35:15  16            Let me rephrase that as a question.  Would you

03:35:17  17    please look through paragraphs 9 through 11 of the

03:35:20  18    Morris declaration and let me know if there was anything

03:35:23  19    you would change if it were your declaration to make it

03:35:26  20    more accurate or truthful?

03:36:36  21        A.  So this resonates.

03:36:38  22        Q.  Is it all --

03:36:41  23        A.  I'd have to go back and validate the dates, and

03:36:43  24    I don't know that the wording would be exactly what I

03:36:45  25    would use, but in concept, yes.  There is nothing here

03:36:48  1    that I believe to be untruthful.

03:36:57  2         Q.  Okay.  Moving on to paragraph No. 12.

03:36:59  3         A.  Okay.

03:37:02  4         Q.  And 13.  Actually, if you could read 12 and 13

03:37:05  5    and let me know when you've had a chance to do that.

03:37:11  6         A.  Okay.

03:37:52  7             Okay.

03:37:59  8         Q.  Was there any -- well, I guess my first

03:38:02  9    question is the paragraph 12 states that, "Adobe

03:38:07 10    assigned each job code a broad salary range."

03:38:12 11             Am I reading that right?

03:38:13 12         A.  Uh-huh.

03:38:15 13         Q.  Did you testify earlier that job codes

03:38:17 14    encompassed multiple job titles?

03:38:23 15         A.  They can, yes.

03:38:24 16         Q.  So if there is a broad salary range associated

03:38:27 17    with a job code, is it possible that this reflects the

03:38:34 18    fact that there are multiple job titles included in the

03:38:38 19    job code?

03:38:38 20         A.  No.  The breadth of the salary range she refers

03:38:42 21    to is we apply a spread.  So what we typically do is we

03:38:45 22    target the market, 65th percentile of the market, and we

03:38:48 23    create our own spread, say, let's apply a 50 percent

03:38:51 24    spread, and that creates your minimum and your maximum,

03:38:53 25    right?

Deposition of Rosemary Arriada-Keiper     In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

03:38:54  1        Q.  What do you mean a 50 percent spread?

03:38:58  2        A.  So there is basically a formula that we apply,

03:39:01  3   and that formula helps us to determine what the minimum

03:39:04  4   and the maximum is going to be based on this midpoint of

03:39:09  5   the range that we target.

03:39:11  6        Q.  The minimum and maximum of what?

03:39:12  7        A.  The salary range.

03:39:14  8        Q.  For a particular job title or a particular job

03:39:16  9   code?

03:39:16 10        A.  Job code.

03:39:29 11        Q.  So I'm just trying to --

03:39:31 12        A.  Yeah.  That's okay.

03:39:32 13        Q.  Trying to understand this.  So when you say

03:39:34 14   that you develop a spread, do you develop a spread for

03:39:39 15   each job code that's narrower than the salary range

03:39:43 16   itself?

03:39:44 17        A.  So the market data doesn't have a salary range,

03:39:47 18   right?  The market data will tell you for this job,

03:39:49 19   here's the 25th percentile value, the 50th, 75th, the

03:39:53 20   90th.  We happen to target the 65th, so we take that.

03:39:58 21             So let's use, as an example, the computer

03:40:00 22   software engineer, right?  That 65th market value might

03:40:03 23   be $100,000, right?  What we then do is we say we need

03:40:08 24   to create a minimum and a maximum for this range.  And

03:40:11 25   what you generally do is for the vast majority of the

03:40:15  1   jobs, I think we use -- I have to go back.  I haven't

03:40:17  2   looked at kind of what our approach has been, but I

03:40:21  3   think it's a 60 percent spread.  So it's just a

03:40:23  4   mathematical formula, and that's applied for all the

03:40:26  5   jobs.

03:40:27  6        So the differentiation or the market data piece

03:40:30  7   comes in really in defining that midpoint value.  The

03:40:33  8   minimum and the maximum are going to be the same formula

03:40:36  9   across all jobs in the company.  As you start to get

03:40:39 10   into higher level jobs, i.e. senior directors and VPs,

03:40:43 11   that spread that applies, instead of 60 percent, you

03:40:45 12   might see something closer to, like, 77 percent.  A

03:40:48 13   little bit of a wider band.  But that's what we mean

03:40:51 14   when we talk about the spread.

03:40:54 15        Q.  Okay.

03:40:55 16        A.  It's very formulaic.

03:40:58 17        Q.  And then do compa-ratios play any role in

03:41:03 18   targeting employees' salaries within the salary range?

03:41:08 19        MR. KIERNAN:  Object to form.

03:41:10 20        THE WITNESS:  Yeah -- no.  Again, compa-ratio

03:41:14 21   is more something a manager uses to inform where a

03:41:18 22   person's salary is relative to the range.  So if I'm

03:41:20 23   trying to think about where I want to position a person,

03:41:25 24   compa-ratio is not very helpful to me.  You know, when

03:41:28 25   it is helpful to me is, you know, as I'm going through

03:41:31  1   the annual focal review process and I've got this

03:41:33  2   budget, and I'm looking at this individual and I'm

03:41:35  3   saying, oh, right now they're sitting at a compa-ratio

03:41:39  4   of, I don't know, let's say 115 percent, that tells me

03:41:43  5   they're very close to the maximum of the range.

03:41:45  6          So depending on this person's contribution,

03:41:47  7   let's say this person is a solid contributor, I might

03:41:51  8   sit there and go, okay, this person is performing, a

03:41:53  9   solid contributor.  They're already really well paid

03:41:56  10  against the market, because they're on the high end.

03:41:58  11  Maybe I don't need to use all of my salary range or the

03:42:01  12  guideline, as an example, to pay them a specific amount

03:42:03  13  because they're already really well paid, right?

03:42:06  14          And I may have somebody on that team that maybe

03:42:08  15  is a high impact employee.  And really, from a

03:42:11  16  competitive perspective, I want them to be higher on the

03:42:14  17  range and they're not.  So maybe I'll use this person's

03:42:17  18  dollars to help move that person along.  That's where

03:42:19  19  compa-ratio is helpful to managers.

03:42:25  20          MS. LEEBOVE:  Q.  Okay.  In paragraph 13,

03:42:30  21  I'm looking at lines 22 to 23.

03:42:32  22      A.  Okay.

03:42:34  23      Q.  And it says, "Adobe management has at times

03:42:37  24  decided to bring some performing employees, excluding

03:42:40  25  low performers, up to the minimum of their salary ranges

03:49:13  1        A.   Yeah.

03:49:15  2             MR. KIERNAN:  Different jobs or different job

03:49:17  3    titles.  It was just a --

03:49:20  4             MS. LEEBOVE:  Of two different --

03:49:24  5             THE WITNESS:  Job titles.

03:49:25  6             MS. LEEBOVE:  Q.  -- job titles within the

03:49:26  7    same job code.

03:49:27  8        A.   Yeah.  So you could have a -- a marketing --

03:49:38  9    like here's an example.  A marketing manager and an

03:49:43 10    employee communications manager both share the same job

03:49:47 11    code.  Well, they share the same job family.  Depending

03:49:55 12    on level, they might have a different code.

03:49:57 13        Q.   And so are they -- but the employee

03:50:05 14    communications manager and the marketing manager operate

03:50:08 15    at the same job level, they just have the same job code?

03:50:13 16    Can you explain how that works?

03:50:14 17        A.   Yeah.  So they're not necessarily operating at

03:50:16 18    the same level.  So you could have a situation if an

03:50:20 19    employee communications manager and a marketing manager

03:50:24 20    are operating at the same level, they would have the

03:50:27 21    same job code.  Because every job code has a specific

03:50:32 22    level tied to it, right?

03:50:35 23             But, an employee communications manager, their

03:50:39 24    primary responsibility is to draft marketing

03:50:43 25    communications that are, you know, internally focused to

| | | |
|---|---|---|
| 03:50:46 | 1 | our employees.  Whereas a marketing manager might be |
| 03:50:49 | 2 | putting together a marketing collateral that's |
| 03:50:52 | 3 | externally facing. |
| 03:50:53 | 4 | So from our perspective, the role, for the most |
| 03:50:56 | 5 | part, is kind of the same.  The nuance there is your |
| 03:50:59 | 6 | audience.  So they consider themselves very different |
| 03:51:01 | 7 | roles.  If you talk to any one of those people, they're |
| 03:51:04 | 8 | going to say we don't do the same thing.  But from a |
| 03:51:06 | 9 | benchmarking perspective, the core of what they do is |
| 03:51:08 | 10 | the same.  So they have different titles but they're in |
| 03:51:11 | 11 | the same job.  Does that help? |
| 03:51:13 | 12 | Q.  It does. |
| 03:51:14 | 13 | And they could be -- and in your scenario, that |
| 03:51:18 | 14 | employee communications manager and marketing manager |
| 03:51:20 | 15 | could be compensated differently as well? |
| 03:51:22 | 16 | A.  Uh-huh.  They could.  Based on their |
| 03:51:25 | 17 | contributions.  If one is new into the role versus |
| 03:51:30 | 18 | someone whose got more experience.  There is a number of |
| 03:51:33 | 19 | factors.  That's where that range kind of spread allows |
| 03:51:36 | 20 | you that flexibility, right? |
| 03:51:38 | 21 | Q.  Does Adobe conduct any studies about where |
| 03:51:46 | 22 | on -- well, I guess, does Adobe conduct any studies |
| 03:51:49 | 23 | about where employees fall within their salary ranges? |
| 03:51:54 | 24 | A.  Yeah.  Well, when you say studies, we run |
| 03:51:57 | 25 | reports that show us kind of, again, you know, where |

03:52:01  1  employees are falling within the ranges.

03:52:04  2       Q.  And do most employees tend to fall -- well, I

03:52:10  3  mean, where do employees tend to -- is there, like, some

03:52:14  4  sort of -- I guess where is the greatest represent --

03:52:23  5  well, I don't even know how to ask this question, which

03:52:26  6  reflects my lack of sleep.

03:52:33  7            How often are employees paid at the very

03:52:36  8  bottom, the very minimum of their salary range?

03:52:42  9            MR. KIERNAN:  Object to form.

03:52:43  10           THE WITNESS:  I don't know how often.  I'd have

03:52:44  11  to run a report to see, you know, how many people are

03:52:49  12  currently positioned at the lower end of the range.  So

03:52:56  13  kind of you run these reports at a snapshot in time,

03:52:59  14  right?  And people kind of are entering the work

03:53:02  15  environment and leaving the work environment.

03:53:03  16           So, you know, generally, you know, you are not

03:53:07  17  always going to see an exact replica depending on the

03:53:10  18  snapshot in time that you are taking.  Like I would

03:53:13  19  venture to say that if you look at a snapshot now, it's

03:53:16  20  going to look very different than what it did

03:53:18  21  potentially a year ago.

03:53:19  22           But as part of the annual review process, we do

03:53:23  23  look at, you know, where people are positioned, you

03:53:25  24  know, how many people are above the midpoint, how many

03:53:27  25  people are below the midpoint, how many people are above

03:53:30  1    the maximum.  Because as part of the market analysis

03:53:32  2    that we do, that helps inform us in terms of how much

03:53:36  3    money we might potentially need or need to request from

03:53:40  4    finance as part of the focal process.

03:53:44  5            MS. LEEBOVE:  Q.  So what would it tell you

03:53:45  6    if you see that a significant proportion of

03:53:50  7    employees are positioned at the low end of their

03:53:53  8    salary range?

03:53:54  9        A.  So that would tell us that while our ranges may

03:53:57 10    be competitive, where people are positioned to those

03:54:00 11    ranges is low, and, you know, we would probably request

03:54:05 12    some additional funding to help kind of move that along.

03:54:09 13    The problem with that is we're always constrained by

03:54:11 14    that conversation with finance to say, you know, can we

03:54:15 15    afford it or not.

03:54:16 16            And you see that happening not so much in the

03:54:18 17    U.S. because it's a mature market and we -- there is not

03:54:21 18    a lot of volatility, so people's positioning doesn't

03:54:25 19    tend to shift as much.  But again, in these those

03:54:27 20    emerging markets, Romania, India you see people shifting

03:54:32 21    in their positions all the time.

03:54:33 22        Q.  And you mentioned having to go to finance to

03:54:35 23    ask for more money or ask for money.  Who is it -- who

03:54:40 24    is it within finance who you interface with?  Who

03:54:44 25    compensation interfaces with?

03:54:45  1        A.  We interface with the VP of FP&A, financial

03:54:49  2    planning and analysis.  And so the person we had been

03:54:54  3    interfacing with left, so I don't know who that

03:54:58  4    replacement will be for next year.

03:55:01  5        Q.  Had you -- had -- in your time in the

03:55:03  6    compensation department, had you been interfacing with

03:55:05  7    this particular VP of FP&A --

03:55:09  8        A.  For many years.

03:55:09  9        Q.  -- for many years.

03:55:10 10            Did you consult with this person -- was he or

03:55:12 11    she your point person in finance throughout the class

03:55:15 12    period?

03:55:16 13        A.  Oh, gosh.

03:55:17 14        Q.  When I say "your," I mean the compensation

03:55:19 15    department.

03:55:19 16        A.  Yeah.  The compensation department.  Yeah.

03:55:21 17    Probably, if not directly with him, somebody within his

03:55:25 18    team.

03:55:27 19        Q.  And what is -- what was the VP of FP&A's name?

03:55:32 20        A.  Joe Namath.

03:55:36 21        Q.  Joe Namath?

03:55:38 22        A.  Like the football player.

03:55:39 23        Q.  Was there anybody else that you dealt with

03:55:42 24    in -- tell me what FP&A stands for.

03:55:45 25        A.  Financial planning and analysis.

03:59:15 1    Q.  -- where Ms. Morris writes that managers had

03:59:21 2    discretion within guidelines and discretion to override

03:59:25 3    guidelines in most instances.  Do you see that in

03:59:29 4    paragraph 16?

03:59:30 5        A.  Yeah.

03:59:30 6        Q.  In what instances did managers not have

03:59:32 7    discretion to override guidelines?

03:59:38 8        A.  I don't think in any instances, right?  They

03:59:42 9    did.

03:59:43 10           Where -- so they always have discretion.

03:59:45 11   Where, you know, you might see more involvement of HR to

03:59:52 12   really have a conversation with managers to kind of

03:59:55 13   reaffirm that they are, you know, really looking at this

03:59:58 14   the right way.

03:59:58 15           If you have a low performer and you are giving

04:00:01 16   them, you know, the increase level equivalent to an HI,

04:00:04 17   we're going to sit down with you and ask you why are you

04:00:08 18   doing that, right?  At the end of the day, they've got

04:00:10 19   to own that decision and they can say HR you need to

04:00:13 20   stay out of this and I'm doing this.  But, you know,

04:00:15 21   those are the types of examples, I think, where you

04:00:18 22   would -- a lightbulb would go off or a red flag would go

04:00:23 23   off for us to say what are you doing here.

04:00:27 24       Q.  But there are genuinely no instances where HR

04:00:30 25   has clipped a manager's discretion?

04:00:32 1      A.  Not that I've personally been involved in.

04:00:34 2  Somebody unbeknownst to me, but no.

04:00:39 3      Q.  And tell me how did -- and by -- is it fair --

04:00:44 4  is it fair to refer to compensation as HR?

04:00:47 5      A.  We're part of HR.

04:00:48 6      Q.  Okay.  So Ms. Morris writes at lines 18 to 19

04:00:54 7  on page 5 --

04:00:55 8      A.  Yeah.

04:00:56 9      Q.  -- that generally the only exception to this

04:01:00 10  was with respect to low performers and employees earning

04:01:04 11  above the salary range maximum.  For these employees,

04:01:07 12  managers were trained to stick to the guidelines.

04:01:10 13      A.  Again, trained, encouraged, but I'm sure we

04:01:14 14  could find examples where they didn't.

04:01:16 15      Q.  Well, how did -- how did Adobe train managers

04:01:18 16  to stick to the guidelines?

04:01:20 17      A.  So we educated, right?  We told people, you

04:01:23 18  know, if you've got people that are being paid above the

04:01:26 19  maximum of the range, they're already well compensated

04:01:29 20  so there needs to be some really good reasons for why

04:01:32 21  you are doing that; i.e., they're high impact, super

04:01:35 22  critical, you know, that sort of thing.  Conversely, you

04:01:39 23  know, if there is a performance issue, are you really

04:01:42 24  sure you want to do this.

04:01:43 25          So we educate.  And we educate the employees

04:01:45  1   too.  They hear the same messaging, right?  I think, you

04:01:48  2   know, how we kind of bring that level of visibility to

04:01:52  3   them is just through the tool, they can kind of see it.

04:01:54  4   Through reporting they can kind of see that information.

04:01:58  5   So it's highlighted to them, right?

04:02:01  6           You know, in the tool, as an example, if you

04:02:03  7   are a manager and you go to give an increase to someone

04:02:06  8   that's above the maximum of the range, it will tell you,

04:02:09  9   hey, do you know the person is above the maximum in the

04:02:12 10   range.  Still move forward, but it kind of -- you know.

04:02:15 11       Q.  It will accept the change but with a warning?

04:02:20 12       A.  Yeah.

04:02:26 13       Q.  How many times can an employee -- can an

04:02:29 14   employee be a low performer before they're asked to

04:02:32 15   leave the company?

04:02:33 16           MR. KIERNAN:  Object to form.

04:02:34 17           THE WITNESS:  That, I don't know.  I don't know

04:02:36 18   about that.

04:02:39 19           MS. LEEBOVE:  Q.  Is there a point at which

04:02:41 20   a person who is a -- an employee who is a low

04:02:43 21   performer year after year is asked to leave?

04:02:48 22       A.  That's kind of case by case, I'm sure.  Our

04:02:51 23   lawyers get involved.  I would tell you that me as a

04:02:55 24   manager, it wouldn't take -- I wouldn't want year after

04:02:57 25   year of low performance before I dealt with that issue.

04:02:59   1   But it's going to be situational, right?

04:03:19   2          Q.  Do top level executive leadership and senior

04:03:23   3   vice presidents ultimately approve managers' salary

04:03:26   4   decisions with respect to their reports?

04:03:34   5          A.  So it's interesting, because I keep seeing the

04:03:37   6   terminology "approval" come up.  And what ends up

04:03:41   7   happening is there is not a snap of a button where they

04:03:45   8   have to say, "I approve this change."  What in effect

04:03:48   9   happens is my kind of chain of command has visibility

04:03:52   10  into any of the recommendations that I make, right?

04:03:54   11         So as my boss, who is very hands on, she's

04:03:57   12  actively looking at the recommendations that we're

04:03:59   13  making.  And if she feels like, hey, Rose, there is one

04:04:05   14  on here that, "Why are you doing that," we'll have a

04:04:07   15  conversation around that, right?  And most of the time

04:04:09   16  she'll empower me to kind of move forward and I can kind

04:04:12   17  of make the business case.

04:04:13   18         But some leaders are really good about actively

04:04:15   19  kind of engaging in that process, and others just say

04:04:17   20  you know what?  I'm going to trust my managers to do

04:04:19   21  that.  So I think it just depends from manager to

04:04:21   22  manager what the level.  But it's not like the tool

04:04:24   23  says, okay, Rose, when you make a recommendation, it now

04:04:27   24  gets submitted to your manager who then has to press an

04:04:30   25  approval key so that keeps rolling.  It just doesn't

04:04:33 1    work that way, right?

04:04:35 2         So I think, you know, when we talk about

04:04:37 3    approval, I don't know how many are actively engaging to

04:04:41 4    say, "I approve of these recommendations," right?  Some

04:04:43 5    probably are, others probably don't ever look.

04:04:48 6         Q.  Does this roll-up process actually roll up to

04:04:50 7    this CEO of the company?

04:04:52 8         A.  It does.  Ultimately the CEO is kind of

04:04:58 9    responsible for, you know, at a company level what

04:05:03 10   budget do we come in, what does the distribution look

04:05:05 11   like.  So at any point in time, Shantanu could go look

04:05:10 12   at anybody's record.

04:05:12 13        Q.  Has Mr. Narayen ever blocked a salary increase

04:05:16 14   for an individual employee?

04:05:22 15        A.  Not that I'm aware of.

04:05:23 16        Q.  Or required a salary increase for an employee

04:05:25 17   who wasn't going to receive one?

04:05:27 18        A.  Not that I know of.  I think Shantanu is

04:05:28 19   probably more focused on his directs more than anybody

04:05:31 20   else.

04:05:44 21        Q.  How does Adobe determine bonus and equity

04:05:46 22   grants?

04:05:50 23        A.  So Adobe doesn't determine the grants.  We --

04:05:56 24   for bonuses or equity, we provide the guidelines.  From

04:06:02 25   a bonus perspective, the company's performance dictates

04:06:07  1  whether there is going to be any funding, right?  So

04:06:09  2  depending on the company's performance, that will

04:06:12  3  determine how much funding is available, and then

04:06:14  4  managers have to go in and assess the contributions of

04:06:17  5  their employees, similar to a salary process, and

04:06:19  6  determine, you know, how much they want to allocate in

04:06:21  7  terms of the bonus amount.

04:06:25  8          From an equity perspective, it's the same idea.

04:06:29  9  We also give a pool of shares for managers to allocate

04:06:35 10  based on performance.  But with equity it's a little bit

04:06:37 11  unique in that we have a pool of shares and those shares

04:06:40 12  have to be approved by our shareholders.  And so we have

04:06:45 13  to be very conscientious in terms of the dilution impact

04:06:49 14  to those pool of shares.  So I guess that mitigates or

04:06:55 15  determines ultimately how much we're going to have

04:06:56 16  available to give to employees.

04:07:07 17      Q.  How is there -- well, how substantial can an

04:07:10 18  employee's equity share -- or how substantial an equity

04:07:15 19  share award can an employee receive -- or what's the

04:07:18 20  maximum equity share award an employee can receive for a

04:07:22 21  given year?

04:07:23 22          MR. KIERNAN:  Object to form.

04:07:26 23          THE WITNESS:  Yeah.  So, there is a difference

04:07:27 24  between shares and value.  So we create a pool of shares

04:07:36 25  based on kind of the budget availability, market

04:15:29 1   determine what it is they want to pay.

04:15:31 2        Q.  How is that salary range created?

04:15:34 3        A.  We create that salary range through the process

04:15:36 4   that I described earlier where we are benchmarking

04:15:41 5   specific jobs to the market, and we either adjust them

04:15:45 6   up or down based on what the market is telling us by

04:15:49 7   targeting that 65th percentile of the market.

04:15:53 8        Q.  Do managers target the midpoint of the range

04:15:58 9   for new hires?

04:15:59 10            MR. KIERNAN:  Objection.  Form.

04:16:01 11            THE WITNESS:  Yeah.  I don't know what they

04:16:03 12   specifically target.  We educate managers that they need

04:16:05 13   to think about a number of things, right?  So they need

04:16:09 14   to look at skill level of an individual, the potential

04:16:16 15   expertise that they're bringing to the table, they need

04:16:19 16   to look at kind of what's happening within their overall

04:16:22 17   team, their budget.  There is a number of things that

04:16:26 18   managers have to think about when they determine what

04:16:28 19   that amount is going to be.

04:16:51 20            MS. LEEBOVE:  Would you please mark this the

04:16:53 21   next in order, Exhibit 2496.

04:17:07 22            (Whereupon, Exhibit 2496 was marked for

04:17:07 23            identification.)

04:17:09 24            MS. LEEBOVE:  Q.  Ms. Arriada-Keiper,

04:17:10 25   you've been handed Exhibit 2496.  It's a -- well, a

| | | |
|---|---|---|
| 04:17:15 | 1 | several-page document that begins on ADOBE_086273 |
| 04:17:19 | 2 | and runs through 086276. |
| 04:17:21 | 3 | A.  Yes. |
| 04:17:27 | 4 | Q.  If you could have a look at it and let me know |
| 04:17:30 | 5 | when you've done so. |
| 04:17:31 | 6 | A.  I've seen this. |
| 04:17:32 | 7 | Q.  Do you need more time? |
| 04:17:33 | 8 | A.  No. |
| 04:17:33 | 9 | Q.  Can you tell me what Exhibit 2496 is? |
| 04:17:36 | 10 | A.  Yes.  It's a template that we use when we need |
| 04:17:38 | 11 | to create a job code and get it entered into SAP. |
| 04:17:45 | 12 | Q.  This document says at the top that it was |
| 04:17:47 | 13 | revised in April of '03? |
| 04:17:50 | 14 | A.  Okay. |
| 04:17:51 | 15 | Q.  And the second page, 086274 says it was revised |
| 04:17:54 | 16 | in April of '02.  But have these form -- have these |
| 04:18:01 | 17 | forms been further revised since those dates? |
| 04:18:04 | 18 | A.  I don't know.  I'd have to go check with the |
| 04:18:06 | 19 | team.  I don't do these anymore. |
| 04:18:10 | 20 | Q.  Did you used to use these forms? |
| 04:18:12 | 21 | A.  Uh-huh.  In my days as a comp analyst, I sure |
| 04:18:15 | 22 | did. |
| 04:18:19 | 23 | Q.  So can you walk me through how you would fill |
| 04:18:22 | 24 | this out?  How would you know what job code to put in |
| 04:18:24 | 25 | that first line? |

04:18:25  1        A.  You wouldn't, because that's an automatic

04:18:27  2    number that's created by SAP.  But you would know the

04:18:32  3    global job code, because that's essentially the Radford

04:18:34  4    job that we benchmark to.  And then we actually develop

04:18:39  5    the salary range, so that midpoint would be based on

04:18:43  6    that Radford benchmark data point of the 65th

04:18:46  7    percentile.  The minimum and the maximum would be

04:18:48  8    determined by that formulaic spread.  The grade ID is a

04:18:54  9    derivative of that job code which SAP automatically

04:18:58 10    generates.  The job level is tied to the global job

04:19:07 11    code.

04:19:09 12        The way a particular job family works is you

04:19:13 13    have a job family.  So as an example, I have the

04:19:17 14    computer scientist job family.  Within that job family,

04:19:20 15    there is multiple levels.  You might have, you know, a

04:19:24 16    computer Scientist Level I, which is an entry level.

04:19:27 17    You might have a computer Scientist Level III, which is,

04:19:32 18    you know, career level.  And kind of the level is

04:19:35 19    determined by your years of experience and a bunch of

04:19:38 20    criteria.

04:19:39 21        So the job code, whatever level you end up or

04:19:43 22    whatever job code you end up assigning kind of

04:19:49 23    determines what that job level is.

04:19:51 24        FLSA, so that's very specific criteria around

04:19:54 25    what jobs are considered exempt jobs, and which ones are

04:19:57  1    considered nonexempt jobs in terms of overtime pay,

04:20:00  2    right?  So that's kind of dictated to us by law.

04:20:06  3         The functional area will describe is this an HR

04:20:10  4    job, is it an R&D job, is it a sales job.  The job

04:20:14  5    function gets into a little bit more specificity.  So,

04:20:18  6    you know, if it's an R&D job, is it development?  Is it

04:20:22  7    UI?  Is it QE?  And then within the job family it's

04:20:27  8    exactly what type of benchmark data are you using.

04:20:32  9         So, you know, within R&D, within development,

04:20:36 10    you might have, I don't know, computer scientist versus

04:20:43 11    systems scientist.  So it's a level of granularity below

04:20:48 12    the job function.  And then you have manager level which

04:20:51 13    determines is this an individual contributor job, or is

04:20:54 14    this a career level manager, a senior manager, a

04:20:59 15    director level, a senior director VP.

04:21:05 16         The MIP percent target, so, you know, the job

04:21:09 17    determines whether there is an incentive tied to it or

04:21:11 18    not.  So depending on the type of job and the level of

04:21:14 19    the job, that will determine the percentage of incentive

04:21:18 20    tied to that.

04:21:19 21         And the stock level is the same.  A job family

04:21:23 22    has an associated stock level and a stock category which

04:21:27 23    determines how many shares an employee gets.

04:21:29 24         So these are all what we refer to as attributes

04:21:32 25    of a job.  So when we create a job internally, you kind

04:21:37  1    of have to put all these inputs into a system, and they

04:21:40  2    help drive a lot of different things.  Like what's the

04:21:43  3    salary range going to be?  What's the new hire equity

04:21:45  4    grant guideline that you give to a particular position?

04:21:47  5    What's the incentive target for a particular role?  It's

04:21:51  6    all very prescribed.

04:21:52  7        Q.  And where do you find, for instance, the global

04:21:56  8    code to input for the global job code and title?

04:22:01  9        A.  That global code comes from Radford.  So we

04:22:05 10    have adopted essentially Radford's coding scheme.  Many

04:22:11 11    companies will create their own.  We didn't do that.  We

04:22:14 12    literally take Radford's coding scheme.

04:22:18 13        Q.  And is there a list somewhere?  And maybe it --

04:22:25 14    I was thinking maybe it was attached as page 2.  Where

04:22:29 15    does the grade ID come from?

04:22:32 16        A.  Yeah.  So it's kind of a misnomer, because we

04:22:35 17    don't have grades at Adobe.  So it would basically be

04:22:38 18    the last four digits of the Adobe job code.  So if you

04:22:41 19    go to the top there where it says job code, that was the

04:22:41 20    number I told you that SAP kind of randomly or

04:22:46 21    automatically creates.  It would be the last four

04:22:49 22    numbers of that six digit number that make up the grade

04:22:51 23    ID.

04:23:12 24        Q.  I'm looking back to my notes because you

04:23:14 25    mentioned SAP.

Deposition of Rosemary Arriada-Keiper                    In Re:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

04:23:15  1         A.   Yep.

04:23:16  2         Q.   And was SAP the old system or is SAP the

04:23:17  3    current -- I'm thinking back to whether I have any

04:23:24  4    questions for you about Taleo versus -- tell me what SAP

04:23:31  5    stands for.

04:23:32  6         A.   I don't know.  It's the German company.

04:23:34  7              MR. KIERNAN:  Well, it's just a -- but --

04:23:36  8              THE WITNESS:  It's the salary planning tool.

04:23:38  9    So I think what I'm -- so what we referenced was the

04:23:41 10    salary planning tool.  When I say SAP, that is our

04:23:45 11    database for where we keep all HR information.

04:23:48 12              MR. KIERNAN:  There is many, many SAP products.

04:23:50 13              MS. LEEBOVE:  Okay.

04:23:51 14              MR. KIERNAN:  Salary tool being one, then --

04:23:53 15              THE WITNESS:  A recruiting tool.  Learning and

04:23:54 16    development.  They have different modules.

04:23:57 17              MR. KIERNAN:  Right.

04:23:57 18              THE WITNESS:  Yeah.

04:23:58 19              MS. LEEBOVE:  Q.  So is SAP just one of

04:24:00 20    Adobe's vendors that you buy HR software from?

04:24:04 21         A.   They're one of our partners.  And a couple of

04:24:07 22    the products of theirs that we use is we use their

04:24:10 23    database to store all employee information.  We also use

04:24:13 24    them from a salary planning tool perspective.  I believe

04:24:17 25    finance uses them for their accrual and expense

| | | |
|---|---|---|
| 04:24:20 | 1 | tracking.  So yeah. |
| 04:24:23 | 2 | Q.  I don't think I've asked you this, but is there |
| 04:24:25 | 3 | a list of Adobe job codes somewhere? |
| 04:24:27 | 4 | A.  If you go to the salary range website that all |
| 04:24:29 | 5 | managers can access, every code is listed there. |
| 04:24:34 | 6 | Q.  Do employees know their salary ranges? |
| 04:24:36 | 7 | A.  Yes.  Well, if they ask.  So let me -- we used |
| 04:24:47 | 8 | to have a practice where we actually printed it on their |
| 04:24:51 | 9 | annual review letters.  I don't think we're doing that |
| 04:24:53 | 10 | anymore.  I'd have to check.  But at any point in time |
| 04:24:55 | 11 | they can just ask and get it.  It's not like it's a |
| 04:24:58 | 12 | secret. |
| 04:24:58 | 13 | Q.  Okay.  And you mentioned, again in discussing |
| 04:25:01 | 14 | this sheet, the formula that Adobe uses to determine the |
| 04:25:07 | 15 | minimum and maximum once you've targeted the midpoint of |
| 04:25:10 | 16 | a salary range. |
| 04:25:11 | 17 | A.  Yeah. |
| 04:25:12 | 18 | Q.  Did that formula remain constant over the class |
| 04:25:15 | 19 | period? |
| 04:25:15 | 20 | A.  No, it's changed.  And I couldn't tell you, you |
| 04:25:18 | 21 | know, when and to what values.  But when I initially |
| 04:25:22 | 22 | joined the company, we used 50 percent spreads for the |
| 04:25:26 | 23 | vast majority of roles, and then I think it was like a |
| 04:25:29 | 24 | 75 percent spread for your senior levels.  Since then |
| 04:25:32 | 25 | it's changed, and I don't really know where they're |

04:25:34  1    sitting at today.

04:25:37  2         Q.   Okay.  Where do job levels come from?

04:25:40  3         A.   So job levels are also tied to Radford.  So I

04:25:47  4    mentioned before you have a job family.  A job family

04:25:49  5    would be like computer scientist.  Based on some

04:25:54  6    different criteria primarily driven by kind of skill,

04:25:57  7    the type of work that you do, your education, there is

04:26:00  8    kind of leveling guides that they have.  And so we apply

04:26:04  9    those same leveling criteria.

04:26:09 10         Q.   Are job families also defined by Radford?

04:26:13 11         A.   Yeah.  We pretty much have adopted their whole

04:26:17 12    scheme.  Some minor, maybe, tweaks to it, but generally

04:26:20 13    speaking we follow their model.

04:26:22 14         Q.   Are there any aspects of the Radford model that

04:26:26 15    Adobe doesn't follow?

04:26:28 16         A.   Yeah.  I -- you know, and I have to go back.

04:26:31 17    I'm getting to a level of granularity that -- I haven't

04:26:36 18    been in the work in a long time.  But sometimes we will

04:26:41 19    create more levels than, let's say -- I'll give you an

04:26:46 20    example; quality engineers.  In the market, there may be

04:26:50 21    six levels from an individual contributor perspective.

04:26:54 22              We, as a company, have often -- not oftentimes,

04:26:56 23    but sometimes applied discretion and said you know what?

04:27:00 24    We don't want to create six levels, we just want to have

04:27:02 25    five.  So we have made nuance changes like that, but I'd

| 04:27:06 | 1 | have to go and look at the jobs to figure out how many |
|---|---|---|
| 04:27:09 | 2 | and to what degree.  But it's not very often. |
| 04:27:11 | 3 | Q.  But is it fair to say that Adobe has transposed |
| 04:27:13 | 4 | the Radford job -- well, how would you describe what |
| 04:27:19 | 5 | Adobe has done with the Radford survey data? |
| 04:27:23 | 6 | A.  We've pretty much modeled our job structure off |
| 04:27:25 | 7 | of theirs. |
| 04:27:27 | 8 | Q.  Okay. |
| 04:27:27 | 9 | A.  Yeah. |
| 04:27:42 | 10 | Q.  Is there anything you disagree with in |
| 04:27:44 | 11 | paragraph 34 of -- well, I frankly don't recall whether |
| 04:27:50 | 12 | you've reviewed and -- |
| 04:27:54 | 13 | MR. KIERNAN:  Thirty-two. |
| 04:27:54 | 14 | THE WITNESS:  I stopped at 31. |
| 04:27:55 | 15 | MS. LEEBOVE:  Q.  Could you review 32 |
| 04:27:57 | 16 | through the end and let me know if there is anything |
| 04:27:59 | 17 | in here that you would change to make it more |
| 04:28:01 | 18 | truthful or accurate from your perspective. |
| 04:29:29 | 19 | A.  Okay. |
| 04:29:30 | 20 | Q.  Is there anything you've seen in the remainder |
| 04:29:32 | 21 | of the Morris declaration that you would change to make |
| 04:29:34 | 22 | it more truthful or accurate from your perspective? |
| 04:29:37 | 23 | A.  No. |
| 04:29:37 | 24 | Q.  Okay.  Thank you. |
| 04:29:41 | 25 | Mr. Kiernan did you want to take a break? |

| | | |
|---|---|---|
| 04:29:42 | 1 | MR. KIERNAN:  Yeah. |
| 04:29:43 | 2 | THE VIDEOGRAPHER:  This is the end of video |
| 04:29:44 | 3 | No. 5. |
| 04:29:45 | 4 | The time is 4:29 p.m.  We're going off the |
| 04:29:47 | 5 | record. |
| 04:29:48 | 6 | (Recess taken.) |
| 04:45:32 | 7 | THE VIDEOGRAPHER:  This is the beginning of |
| 04:45:32 | 8 | video No. 6. |
| 04:45:33 | 9 | The time is 4:45 p.m.  We're back on the |
| 04:45:36 | 10 | record. |
| 04:45:41 | 11 | MS. LEEBOVE:  Q.  Ms. Arriada-Keiper, I |
| 04:45:43 | 12 | have just a couple of sort of randomish questions |
| 04:45:45 | 13 | for you in that they don't connect to what we were |
| 04:45:48 | 14 | previously talking about or what we will talk about. |
| 04:45:50 | 15 | But have you ever been involved in making a |
| 04:45:52 | 16 | counteroffer to an employee who was -- who indicated he |
| 04:45:56 | 17 | or she would -- was planning to leave Adobe for another |
| 04:46:00 | 18 | job? |
| 04:46:03 | 19 | A.  I am trying to remember whether I have been.  I |
| 04:46:10 | 20 | don't remember a specific example, but I must have been |
| 04:46:13 | 21 | at some point. |
| 04:46:17 | 22 | Q.  Do you remember the details of any instance |
| 04:46:19 | 23 | where you were involved in preparing a counteroffer for |
| 04:46:21 | 24 | an employee? |
| 04:46:22 | 25 | A.  I don't, no. |

05:40:35  1   you know, as we've been saying kind of all along, is

05:40:38  2   that internal equity is a factor that they have to

05:40:40  3   consider.  So, you know, depending on the individual

05:40:45  4   scenario and the situation, they may make that decision.

05:40:49  5        We ask them to consider internal equity when

05:40:51  6   they're making their salary decisions.  That's what

05:40:55  7   she's doing here.  And I don't have the full detail

05:41:00  8   here, so it's kind of hard to surmise.  But if I had to,

05:41:06  9   again, speculate here, it probably has something to do

05:41:08  10  with the performance level and not being aligned to the

05:41:11  11  recommendations.

05:41:13  12        MS. LEEBOVE:  Okay.  Well, I do not have any

05:41:17  13  further questions.

05:41:22  14        THE WITNESS:  Yay.

05:41:23  15        MS. LEEBOVE:  Do you?

05:41:24  16        MR. KIERNAN:  (Nonverbal response.)

05:41:24  17        THE VIDEOGRAPHER:  This is the end of video

05:41:26  18  No. 6 and the conclusion of today's proceeding.

05:41:29  19        The time is 5:41 p.m.  We're off the record.

05:41:34  20        (The deposition concluded at 5:41 PM)

05:41:34  21

          22

          23

          24

          25

1          I, Gina V. Carbone, Certified Shorthand

2     Reporter licensed in the State of California, License

3     No. 8249, hereby certify that the deponent was by me

4     first duly sworn and the foregoing testimony was

5     reported by me and was thereafter transcribed with

6     computer-aided transcription; that the foregoing is a

7     full, complete, and true record of said proceedings.

8          I further certify that I am not of counsel or

9     attorney for either of any of the parties in the

10    foregoing proceeding and caption named or in any way

11    interested in the outcome of the cause in said caption.

12         The dismantling, unsealing, or unbinding of

13    the original transcript will render the reporter's

14    certificates null and void.

15         In witness whereof, I have hereunto set my

16    hand this day:  April 10, 2013.

17         ___X___ Reading and Signing was requested.

18         _____ Reading and Signing was waived.

19         _____ Reading and signing was not requested.

20

21

22         _____

23         GINA  V. CARBONE

24         CSR 8249, CRR, CCRR

25