# EXHIBIT 43

to the Declaration of
Dean M. Harvey in Support of
Plaintiffs' Opposition Briefs

| | |
|---|---|
| **From:** | Donna Morris [dcmorris@adobe.com] |
| **Sent:** | Monday, January 24, 2005 11:29 AM |
| **To:** | 'Maria Rodriguez-Keely'; 'Ellen Swarthout' |
| **Subject:** | RE: Out-of-cycle adjustments, Compression - Mtg. w/ D. Morris 1/18/05 |

Thank you both for opening this discussion. Let me know how the overall staffing team can help to provide you with market trends from the recruitment viewpoint.

d

Donna Morris
Sr. Director, Global Talent
Adobe Systems Incorporated

Visit www.adobe.com to profile for future career opportunities

---

**From:** Maria Rodriguez-Keely [mailto:mrodrigu@adobe.com]
**Sent:** Monday, January 24, 2005 8:42 AM
**To:** 'Ellen Swarthout'
**Cc:** dcmorris@adobe.com
**Subject:** Out-of-cycle adjustments, Compression - Mtg. w/ D. Morris 1/18/05

Ellen,

I met with Donna Morris on 1/18/05 regarding her concerns about internal inequity due to compression (the market driving pay for new hires above that of current employees). The following is a summary of her comments, some of our discussion points and next steps to consider:

Summary:

- Agrees we need to pay within the range and feels our salary ranges are competitive but has a concern about Adobe being competitive on the cash side
- Reality is new hires are requiring base pay at or above the midpoint due to an increasingly agressive market.
    - Adobe has a strong message we want to hire top performers and they come at a premium
    - 10% of Adobe's offers are being rejected
        - Candidate's company is counter-offering
        - Better offers, not just better scope and title but more pay
        - Microsoft and Yahoo and frequently named as companies where some of our candidates are going
- She has a hunch the gap is widening for our longer-term employees' base pay and that of new hires; current employees base pay is lower in the range than that of new hires.
- Addressing compression:
    - We discussed having done special adjustments in India in late 2004 due to a very agressive market. Donna feels we have similar issues in US and other locations just not as apparent.
    - Advised Donna our budget for FY2005 is set. However, the E-Team is open to out-of-cycle adjustments review for India and China in FY2005. There may not be budget in FY2005 to address compression but could look at it for FY2006 if market remains aggressive.
    - Philosophy: How do we educate the E-Team on this issue and managers on how to use the range? Do see an issue especially for high performing employees? How do we value internal equity versus the market?
- Next steps:
    - Look at data. Compare pay of new hires for FY2004 (< 1 year) versus current employees > 1 year up to 3 years (and may with those 3 to 5 years). Agree to methodology.

ADOBE_008692
Confidential - Attorneys' Eyes Only