# Exhibit 471 to the Cisneros Declaration, Revised Version – Redacted

**From:** Shannon Deegan <shannondeegan@google.com> on behalf of Shannon Deegan
**Sent:** Tuesday, April 20, 2010 3:48 AM
**To:** Prasad Setty
**Cc:** Yolanda Mangolini; Eric Schaffer; Laszlo Bock
**Subject:** Re: Facebook recruiting update to the OC

I don't agree that we should be asking Larry and Sergey to reach out to Facebookers. That will quickly be leaked and I believe won't look great. Rather, if there is interest expressed by anyone being talked to by Eng and Sales execs, then perhaps a conversation with Larry or Sergey can be used to seal the deal.

====================
Shannon Deegan
Director, People Operations
Google Voice: 408-454-8566
shannondeegan@google.com

On Mon, Apr 19, 2010 at 8:42 PM, Prasad Setty <prasadsetty@google.com> wrote:
Hi Yolanda:

Thx for this update - came in very useful at last week's LDCC meeting. Paul Otellini and John Doerr asked us how our counter-recruiting was progressing and I was able to give them this info.

Paul/John asked who was reaching out to the target Facebookers. They suggested that we have Larry/Sergey and Eng execs reach out rather than the Staffing leads, so please include those in the outreach plans.

Bill Campbell suggested that we focus only on technical folks at Facebook (and later suggested we should also consider Sales folks).

I'm sure they'll ask us for another update at the next Board meeting, which is on July 14th, so we'll get the latest from you in June.

Laszlo/Eric, anything to add?

Prasad

On Thu, Apr 1, 2010 at 10:59 PM, Yolanda Mangolini <ymangolini@google.com> wrote:
+Prasad

EXHIBIT 471
Deponent Otellini
Date 1-29-13
Gina V. Carbone, CSR

Hi Krystal:

I am including Prasad on this message as well since he also asked me for an update on FB recruiting. This is the latest I have gathered:

471.1

Yolanda Mangolini
Google
Manager, Talent & Outreach Programs
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

On Mon, Mar 29, 2010 at 4:22 PM, Krystal Cope <kcope@google.com> wrote:
Hi Yolanda,

I work with Frank Wagner to send out the monthly update to the OC on our competitive recruiting vs. Facebook and Twitter. For the last few months, we've included some text on our efforts to recruit from Facebook. Linda Veenker let me know that you're the overall project manager for this. Could you send us any text you think we should include in this month's update?

Last month we said:

We'll be sending this out on Friday, so if you could send us any text you want us to include by Thursday afternoon, that would be great.

Please let me know if you need anything or have questions.

Thank you,
Krystal

--

Krystal Cope
Compensation
kcope@google.com
650-214-2355

471.2

--
Prasad Setty
People Analytics & Compensation
650 353 7921

3

471.3

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    GOOG-HIGH-TECH-00217592