# Exhibit 35 to Google Motion for Summary Judgment, Revised Version

# Appendix 1A

## Analysis of Hires from Other Defendants
### (All-Salaried Employee Class)

**Panel A: 2001-2012**

| Hiring Company | Last Previous Company within 1 year | | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | 71 | 2 | 23 | 27 | 0 | 1 | 5,167 | **5,291** | | 1.34% | 0.04% | 0.43% | 0.51% | 0.00% | 0.02% |
| Apple | 103 | | 39 | 144 | 27 | 9 | 12 | 16,133 | **16,467** | 0.63% | | 0.24% | 0.87% | 0.16% | 0.05% | 0.07% |
| Google | 76 | 97 | | 102 | 38 | 15 | 9 | 23,705 | **24,042** | 0.32% | 0.40% | | 0.42% | 0.16% | 0.06% | 0.04% |
| Intel | 8 | 17 | 4 | | 4 | 1 | 3 | 34,237 | **34,274** | 0.02% | 0.05% | 0.01% | | 0.01% | 0.00% | 0.01% |
| Intuit | 32 | 19 | 3 | 21 | | 0 | 0 | 9,086 | **9,161** | 0.35% | 0.21% | 0.03% | 0.23% | | 0.00% | 0.00% |
| Lucasfilm | 0 | 6 | 0 | 2 | 0 | | 10 | 1,351 | **1,369** | 0.00% | 0.44% | 0.00% | 0.15% | 0.00% | | 0.73% |
| Pixar | 3 | 8 | 6 | 1 | 2 | 12 | | 1,335 | **1,367** | 0.22% | 0.59% | 0.44% | 0.07% | 0.15% | 0.88% | |
| **All Defendants** | **222** | **218** | **54** | **293** | **98** | **37** | **35** | **91,014** | **91,971** | **0.24%** | **0.24%** | **0.06%** | **0.32%** | **0.11%** | **0.04%** | **0.04%** |

**Panel B: 2001-2004**

| Hiring Company | Last Previous Company within 1 year | | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | 23 | 0 | 2 | 3 | 0 | 0 | 1,176 | **1,204** | | 1.91% | 0.00% | 0.17% | 0.25% | 0.00% | 0.00% |
| Apple | 22 | | 0 | 21 | 6 | 1 | 1 | 3,772 | **3,823** | 0.58% | | 0.00% | 0.55% | 0.16% | 0.03% | 0.03% |
| Google | 6 | 4 | | 4 | 4 | 2 | 1 | 2,599 | **2,620** | 0.23% | 0.15% | | 0.15% | 0.15% | 0.08% | 0.04% |
| Intel | 0 | 3 | 0 | | 1 | 0 | 0 | 10,769 | **10,773** | 0.00% | 0.03% | 0.00% | | 0.01% | 0.00% | 0.00% |
| Intuit | 6 | 10 | 0 | 6 | | 0 | 0 | 3,893 | **3,915** | 0.15% | 0.26% | 0.00% | 0.15% | | 0.00% | 0.00% |
| Lucasfilm | 0 | 1 | 0 | 1 | 0 | | 3 | 402 | **407** | 0.00% | 0.25% | 0.00% | 0.25% | 0.00% | | 0.74% |
| Pixar | 0 | 4 | 0 | 0 | 1 | 3 | | 431 | **439** | 0.00% | 0.91% | 0.00% | 0.00% | 0.23% | 0.68% | |
| **All Defendants** | **34** | **45** | **0** | **34** | **15** | **6** | **5** | **23,042** | **23,181** | **0.15%** | **0.19%** | **0.00%** | **0.15%** | **0.06%** | **0.03%** | **0.02%** |

**Panel C: 2005-2009**

| Hiring Company | Last Previous Company within 1 year | | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | 37 | 0 | 17 | 11 | 0 | 1 | 2,368 | **2,434** | | 1.52% | 0.00% | 0.70% | 0.45% | 0.00% | 0.04% |
| Apple | 40 | | 20 | 70 | 13 | 5 | 5 | 7,236 | **7,389** | 0.54% | | 0.27% | 0.95% | 0.18% | 0.07% | 0.07% |
| Google | 42 | 41 | | 64 | 16 | 5 | 5 | 13,050 | **13,223** | 0.32% | 0.31% | | 0.48% | 0.12% | 0.04% | 0.04% |
| Intel | 2 | 7 | 2 | | 3 | 1 | 2 | 15,723 | **15,740** | 0.01% | 0.04% | 0.01% | | 0.02% | 0.01% | 0.01% |
| Intuit | 19 | 4 | 0 | 14 | | 0 | 0 | 3,773 | **3,810** | 0.50% | 0.10% | 0.00% | 0.37% | | 0.00% | 0.00% |
| Lucasfilm | 0 | 5 | 0 | 1 | 0 | | 5 | 788 | **799** | 0.00% | 0.63% | 0.00% | 0.13% | 0.00% | | 0.63% |
| Pixar | 1 | 3 | 5 | 1 | 1 | 6 | | 657 | **674** | 0.15% | 0.45% | 0.74% | 0.15% | 0.15% | 0.89% | |
| **All Defendants** | **104** | **97** | **27** | **167** | **44** | **17** | **18** | **43,595** | **44,069** | **0.24%** | **0.22%** | **0.06%** | **0.38%** | **0.10%** | **0.04%** | **0.04%** |

**Panel D: 2010-2012**

| Hiring Company | Last Previous Company within 1 year | | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | 11 | 2 | 4 | 13 | 0 | 0 | 1,623 | **1,653** | | 0.67% | 0.12% | 0.24% | 0.79% | 0.00% | 0.00% |
| Apple | 41 | | 19 | 53 | 8 | 3 | 6 | 5,125 | **5,255** | 0.78% | | 0.36% | 1.01% | 0.15% | 0.06% | 0.11% |
| Google | 28 | 52 | | 34 | 18 | 8 | 3 | 8,056 | **8,199** | 0.34% | 0.63% | | 0.41% | 0.22% | 0.10% | 0.04% |
| Intel | 6 | 7 | 2 | | 0 | 0 | 1 | 7,745 | **7,761** | 0.08% | 0.09% | 0.03% | | 0.00% | 0.00% | 0.01% |
| Intuit | 7 | 5 | 3 | 1 | | 0 | 0 | 1,420 | **1,436** | 0.49% | 0.35% | 0.21% | 0.07% | | 0.00% | 0.00% |
| Lucasfilm | 0 | 0 | 0 | 0 | 0 | | 2 | 161 | **163** | 0.00% | 0.00% | 0.00% | 0.00% | 0.00% | | 1.23% |
| Pixar | 2 | 1 | 1 | 0 | 0 | 3 | | 247 | **254** | 0.79% | 0.39% | 0.39% | 0.00% | 0.00% | 1.18% | |
| **All Defendants** | **84** | **76** | **27** | **92** | **39** | **14** | **12** | **24,377** | **24,721** | **0.34%** | **0.31%** | **0.11%** | **0.37%** | **0.16%** | **0.06%** | **0.05%** |

Note:  This analysis excludes hires indicated as acquisitions and hires showing the same defendant company as their immediate previous employer within one year of the hiring.
Source: Dr. Leamer's employee data.