# Exhibit 36 to Google Motion for Summary Judgment, Revised Version

# Appendix 1B

## Analysis of Separations Going to Other Defendants
### (All-Salaried Employee Class)

**Panel A: 2001-2012**

| | Next Company within 1 year | | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Separation Company | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | 103 | 76 | 9 | 30 | 0 | 3 | 4,851 | **5,072** | | 2.03% | 1.50% | 0.18% | 0.59% | 0.00% | 0.06% |
| Apple | 69 | | 96 | 15 | 20 | 6 | 8 | 6,978 | **7,192** | 0.96% | | 1.33% | 0.21% | 0.28% | 0.08% | 0.11% |
| Google | 2 | 38 | | 4 | 3 | 0 | 5 | 5,971 | **6,023** | 0.03% | 0.63% | | 0.07% | 0.05% | 0.00% | 0.08% |
| Intel | 24 | 140 | 106 | | 21 | 2 | 1 | 43,485 | **43,779** | 0.05% | 0.32% | 0.24% | | 0.05% | 0.00% | 0.00% |
| Intuit | 27 | 25 | 37 | 4 | | 0 | 2 | 8,786 | **8,881** | 0.30% | 0.28% | 0.42% | 0.05% | | 0.00% | 0.02% |
| Lucasfilm | 0 | 9 | 15 | 1 | 0 | | 12 | 1,490 | **1,527** | 0.00% | 0.59% | 0.98% | 0.07% | 0.00% | | 0.79% |
| Pixar | 0 | 11 | 6 | 2 | 0 | 7 | | 726 | **752** | 0.00% | 1.46% | 0.80% | 0.27% | 0.00% | 0.93% | |
| **All Defendants** | **122** | **326** | **336** | **35** | **74** | **15** | **31** | **72,287** | **73,226** | **0.17%** | **0.45%** | **0.46%** | **0.05%** | **0.10%** | **0.02%** | **0.04%** |

**Panel B: 2001-2004**

| | Next Company within 1 year | | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Separation Company | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | 23 | 6 | 0 | 6 | 0 | 0 | 1,044 | **1,079** | | 2.13% | 0.56% | 0.00% | 0.56% | 0.00% | 0.00% |
| Apple | 22 | | 5 | 2 | 10 | 1 | 4 | 2,392 | **2,436** | 0.90% | | 0.21% | 0.08% | 0.41% | 0.04% | 0.16% |
| Google | 0 | 0 | | 0 | 0 | 0 | 0 | 110 | **110** | 0.00% | 0.00% | | 0.00% | 0.00% | 0.00% | 0.00% |
| Intel | 3 | 21 | 5 | | 6 | 1 | 0 | 17,672 | **17,708** | 0.02% | 0.12% | 0.03% | | 0.03% | 0.01% | 0.00% |
| Intuit | 3 | 6 | 5 | 1 | | 0 | 1 | 3,372 | **3,388** | 0.09% | 0.18% | 0.15% | 0.03% | | 0.00% | 0.03% |
| Lucasfilm | 0 | 3 | 2 | 0 | 0 | | 4 | 580 | **589** | 0.00% | 0.51% | 0.34% | 0.00% | 0.00% | | 0.68% |
| Pixar | 0 | 2 | 1 | 0 | 0 | 3 | | 229 | **235** | 0.00% | 0.85% | 0.43% | 0.00% | 0.00% | 1.28% | |
| **All Defendants** | **28** | **55** | **24** | **3** | **22** | **5** | **9** | **25,399** | **25,545** | **0.11%** | **0.22%** | **0.09%** | **0.01%** | **0.09%** | **0.02%** | **0.04%** |

**Panel C: 2005-2009**

| | Next Company within 1 year | | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Separation Company | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | 39 | 44 | 2 | 19 | 0 | 1 | 2,200 | **2,305** | | 1.69% | 1.91% | 0.09% | 0.82% | 0.00% | 0.04% |
| Apple | 37 | | 46 | 7 | 5 | 5 | 3 | 2,919 | **3,022** | 1.22% | | 1.52% | 0.23% | 0.17% | 0.17% | 0.10% |
| Google | 0 | 22 | | 2 | 0 | 0 | 5 | 3,221 | **3,250** | 0.00% | 0.68% | | 0.06% | 0.00% | 0.00% | 0.15% |
| Intel | 19 | 70 | 66 | | 15 | 1 | 1 | 22,078 | **22,250** | 0.09% | 0.31% | 0.30% | | 0.07% | 0.00% | 0.00% |
| Intuit | 14 | 13 | 18 | 3 | | 0 | 1 | 3,973 | **4,022** | 0.35% | 0.32% | 0.45% | 0.07% | | 0.00% | 0.02% |
| Lucasfilm | 0 | 3 | 5 | 1 | 0 | | 5 | 655 | **669** | 0.00% | 0.45% | 0.75% | 0.15% | 0.00% | | 0.75% |
| Pixar | 0 | 4 | 3 | 2 | 0 | 2 | | 329 | **340** | 0.00% | 1.18% | 0.88% | 0.59% | 0.00% | 0.59% | |
| **All Defendants** | **70** | **151** | **182** | **17** | **39** | **8** | **16** | **35,375** | **35,858** | **0.20%** | **0.42%** | **0.51%** | **0.05%** | **0.11%** | **0.02%** | **0.04%** |

**Panel D: 2010-2012**

| | Next Company within 1 year | | | | | | | | | Percentage of Row Total | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Separation Company | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar | Other | Total | Adobe | Apple | Google | Intel | Intuit | Lucasfilm | Pixar |
| Adobe | | 41 | 26 | 7 | 5 | 0 | 2 | 1,607 | **1,688** | | 2.43% | 1.54% | 0.41% | 0.30% | 0.00% | 0.12% |
| Apple | 10 | | 45 | 6 | 5 | 0 | 1 | 1,667 | **1,734** | 0.58% | | 2.60% | 0.35% | 0.29% | 0.00% | 0.06% |
| Google | 2 | 16 | | 2 | 3 | 0 | 0 | 2,640 | **2,663** | 0.08% | 0.60% | | 0.08% | 0.11% | 0.00% | 0.00% |
| Intel | 2 | 49 | 35 | | 0 | 0 | 0 | 3,735 | **3,821** | 0.05% | 1.28% | 0.92% | | 0.00% | 0.00% | 0.00% |
| Intuit | 10 | 6 | 14 | 0 | | 0 | 0 | 1,441 | **1,471** | 0.68% | 0.41% | 0.95% | 0.00% | | 0.00% | 0.00% |
| Lucasfilm | 0 | 3 | 8 | 0 | 0 | | 3 | 255 | **269** | 0.00% | 1.12% | 2.97% | 0.00% | 0.00% | | 1.12% |
| Pixar | 0 | 5 | 2 | 0 | 0 | 2 | | 168 | **177** | 0.00% | 2.82% | 1.13% | 0.00% | 0.00% | 1.13% | |
| **All Defendants** | **24** | **120** | **130** | **15** | **13** | **2** | **6** | **11,513** | **11,823** | **0.20%** | **1.01%** | **1.10%** | **0.13%** | **0.11%** | **0.02%** | **0.05%** |

Note:  This analysis excludes separations that appear as immediately rehired by the same defendant company within one year.
Source: Dr. Leamer's employee data.