# Exhibit 86 to the Harvey Declaration, Revised Version – Redacted

| From: | Yolanda Mangolini | Sent:10/18/2008 9:35 PM |
|---|---|---|
| To: [ - ] | Linh-Chi Nguyen | |
| Cc: [ - ] | | |
| Bcc: [ - ] | | |
| Subject: | Re: Uploading Former Employees into Leads | |

Thanks for remembering Linh Chi. This had fallen off my radar. I actually thought I had already responded. If what you say about Individual Contributors not being included, then I think what you have written is fine.


Yolanda Mangolini
Google
Manager, Central Staffing
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com


On Fri, Oct 17, 2008 at 5:33 PM, Linh-Chi Nguyen <linhchi@google.com> wrote:

Hi Yolanda,

Sara's question regarding the DNC list is still outstanding. Below is her question and here is my stab at it :

Based upon the directions set forth on the list, it would be ok to invite individual contributor level employees of the companies to our events. The list outlines that we cannot pursue manager level and above candidates for companies on the "Restricted Hiring list"; for product, sales or G & A to get them into the Hiring Process-even if they have applied to Google. No restrictions for individual contributor level for these groups and no restrictions at any level for engineering.

For companies on the DNC list- Although we cannot cold call employees of these companies, we can accept internal and external referrals and direct solicitation from a candidate.

Please see updated DNC for list of companies and their subsidiaries.


Sara: "Yolanda- is there any restriction in inviting people from the Do Not Call list to our events? Often they are referrals by other Googlers. No specific company, but we've probably hit most of them at some point. On our registration forms we usually ask for company and we ask them to opt-in for contact about opportunities. So we should catch people one of those two ways."

Warm Regards,
Linh Chi Nguyen

People Programs Coordinator
Direct: 650-253-1087
Fax: 650-253-8638
linhchi@google.com


---------- Forwarded message ----------
From: Yolanda Mangolini <ymangolini@google.com>

Date: Fri, Sep 19, 2008 at 8:44 PM
Subject: Fwd: Uploading Former Employees into Leads
To: Linh Nguyen <linhchi@google.com>

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023500

Here's the whole thread.

Yolanda Mangolini
Google
Manager, Central Staffing
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

---------- Forwarded message ----------
From: Yolanda Mangolini <ymangolini@google.com>
Date: Wed, Sep 17, 2008 at 1:54 PM
Subject: Re: Uploading Former Employees into Leads
To: Sara Pelosi <spelosi@google.com>

Personally, I would exclude those people since you can't tell if they are regretted or non-regretted. If they're regretted attrition, then hopefully Randy Reyes' alumni program would capture them.

Yolanda Mangolini
Google
Manager, Central Staffing
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com

On Wed, Sep 17, 2008 at 1:51 PM, Sara Pelosi <spelosi@google.com> wrote:

Is there a policy for former employees who attend an event? The status only says "Terminated" regardless of whether the person resigned or was fired.

Thanks!
Sara

On Wed, Sep 17, 2008 at 1:49 PM, Yolanda Mangolini <ymangolini@google.com> wrote:

Hi Sara:

It really depends on why the person was rejected and for what group. If the person is an SRE reject, they actually might be a great fit for SWE or in a tool developer role say, OSO. In that case a sourcer might reach out to them pretty quickly. Similarly, if the person was rejected for headcount reasons but the interview feedback was generally strong, we would reach out sooner rather than later. But if the person was rejected based on strength of skills, 6 months is not really enough time for that person to show improvement in their skills. In that case, I would wait at least a year if not more depending on what they have been doing workwise since we last interviewed. The only exception I would make to this is if you thought the person was a fit for another role where the skill set didn't need to be as a strong. But if you were considering them for the same role, then at least 12-months needs to have passed if not more.

Hope that helps!

Yolanda Mangolini
Google

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023501

Manager, Central Staffing
(w) 650-253-3255
(fax) 650-253-0001
ymangolini@google.com


On Tue, Sep 16, 2008 at 3:25 PM, Sara Pelosi <spelosi@google.com> wrote:

Hi Yolanda,

Question for you about Leads. My team is going to start uploading attendee lists into Leads. We're getting reports from HRIS about whether the attendees are in ATS, Leads, and/or GHR. Some attendees in GHR have a Terminated status (which appears to be the case whether the person was fired or resigned). Is there any rule around whether we can upload the new lead information? Is there a 6-month rule like re-engaging recently rejected candidates or should we just leave them alone?

Thanks!
Sara

CONFIDENTIAL ATTORNEYS EYES ONLY

| From: | Carson Page | Sent: 4/8/2008 3:35 PM |
|---|---|---|
| To: [ - ] | ymangolini@google.com | |
| Cc: [ - ] | Karine Karpati (????) | |
| Bcc: [ - ] | | |
| Subject: | Document Responsibilities | |

Hi Yolanda,


Karine mentioned that the ownership of several of our documents would be shifting to your team. We have found homes for some of the others (Application, VSID), but the two other main docs are the Hiring Policies & Protocols, as well as the Do Not Call List (part of the HP&P).


Both docs are attached.


Once you have determined who the new doc owner should be, I would be more than happy to sit down with them and show them my current system, and let them run with it. It also might make sense for me to transfer the Staffing Library ownership of the docs to them.


Please let me know if you have any additional questions, and thank you so much for taking this on!


Take care,


~Carson Page

Carson Page
People Programs Coordinator

(650) 253-7245
Jobs@Google

CONFIDENTIAL ATTORNEYS EYES ONLY

Google

GOOG-HIGH TECH-00023504



# Special Agreement Hiring Policy

# Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

The following companies (and by association, their subsidiaries listed in Appendix A) have a special restriction as part of the **"Restricted Hiring"** list.

**Parent Companies:**
- Microsoft
- Novell
- Oracle
- Sun Microsystems

For each of these **"Restricted Hiring"** companies, Google has agreed to the following protocol:

1. Not to pursue manager level and above candidates for Product, Sales, or G&A roles – even if they have applied to Google;
2. However, there are <u>no</u> restrictions to our recruiting from these companies at individual contributor levels for PSG&A;
3. Additionally, there are <u>no</u> restrictions at <u>any</u> level for engineering candidates.

The following companies (and by association, their subsidiaries listed in Appendix A) have special agreements with Google and are part of the **"Do Not Cold Call"** list.

**Parent Companies:**
- Apple, Inc.
- Comcast Corporation
- DoubleClick
- Genentech
- IBM Corporation (Junior hires okay – also applies to subsidiaries)\
- Illumita
- Intel Corporation
- Intuit
- Microsoft
- Ogilvy
- WPP

For each of these **"Do Not Cold Call"** companies, Google has agreed to the following protocol:

4. Not to directly cold call into those companies (this also applies to their subsidiaries listed above);
5. But, we would accept internal or external references that indicated that an individual was "looking;"
6. And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us).

CONFIDENTIAL ATTORNEYS EYES ONLY                                      GOOG-HIGH TECH-00023505



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

Due to our partnerships, the following companies (and by association, their subsidiaries listed in Appendix B) fall under the **"Sensitive"** companies list:

**Parent Companies:**
- AOL, Inc.
- Ask.com
- Clear Channel Communications, Inc.
- Dell, Inc.
- Earthlink, Inc.
- Virgin Media, Inc. (Formerly NTL, Inc.)

For each of these **"Sensitive"** companies we agreed to the following protocol:

1. Executive Recruiting:  Inform EMG of any Director level or above candidate who we have engaged and who is starting the interview process at Google
2. Executive Recruiting:  If we go to offer with a Director or above candidate, Staffing should inform EMG and EMG will designate a senior exec to place a courtesy call into the Sensitive company to let them know we have **made** an offer;
   a. And by exception, when EMG deems necessary, calling into a Sensitive company to indicate we will be **making** an offer.
3. General Recruiting:  For any non-exec position, we should be aware the company is on the Sensitive Company list but there are no restrictions to our recruiting from these companies at junior levels.

Please be cautious when recruiting teams from any company to keep our candidates and potential employees safe from legal action.  Most companies have non-solicit agreements which would limit or prohibit a candidate from asking a coworker to interview with us as well.

### Recruiting from Staffing Agencies / Partners

As a general rule, we should not be recruiting staffing talent from any of our approved staffing partners.  The lists on the following page outline these partners for both U.S. and International staffing.

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023506



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| U.S. Staffing Partners | | |
|---|---|---|
| **Vendor Name** | **Location** | **Specialty** |
| Accounting Network | Bay Area | Finance |
| Accountants Plus | Bay Area | Finance |
| Adecco | All U.S. | All |
| Career Group | Bay Area, New York, Los Angeles | G&A, Marketing |
| CDI Business Solutions | All U.S. | Eng, Ops |
| Core Staffing | New York | G&A |
| Duran HCP, Inc. | Bay Area | G&A (HR/Staffing), Eng, Ops |
| Globe Consultants | Bay Area | Eng, Ops |
| Hicks Consulting | All U.S. | All |
| Indosys | Bay Area | Eng, Ops, Sales, Marketing |
| IT Ascent | All U.S. | All |
| Kelly Services | All U.S. | All |
| Kforce | All U.S. | Eng, Ops, Finance |
| Mainz Brady Group | Bay Area, Portland | Eng, Ops, Product, Sales, SalesOps, Recruiting |
| Mindsource | Bay Area | Eng, Ops, Product |
| Modis IT | All U.S. | Eng, Ops |
| Nelson Staffing Solutions | Bay Area | G&A, Sales, Marketing |
| TechSource | Bay Area | Eng, Ops |

| International Staffing Partners | |
|---|---|
| **Vendor Name** | **Location** |
| Kelly Services | Australia |
| Tradicao (Kelly Partner) | Brazil |
| Kelly Services | France |
| Kelly Services | Germany |
| Kelly Services | Hungary |
| Kelly Services | Italy |
| Kelly Services | Netherlands |
| Kelly Services | Norway |
| Kelly Services | Russia |
| Kelly Services | Spain |
| Kelly Services | Sweden |
| Kelly Services | Switzerland |
| Intelligent Manpower (Kelly Partner) | Taiwan |
| Kelly Services | UK |

CONFIDENTIAL ATTORNEYS EYES ONLY                  GOOG-HIGH TECH-00023507



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

### Appendix A

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| American FundWare | Intuit | June 5, 2007 | |
| 24/7 Real Media, Inc. | WPP | September 14, 2007 | |
| Apple | N/A | March 6, 2005 | |
| aQuantive, Inc. | Microsoft | May 18, 2007 | |
| AZN Television | Comcast | March 6, 2005 | |
| Cambridge Technology | Novell | May 10, 2007 | |
| Carleton Corporation | Oracle | May 10, 2007 | |
| CBC | Comcast | March 6, 2005 | |
| Chili!Soft, Inc. | Sun | May 10, 2007 | |
| Claris | Apple | March 6, 2005 | |
| Clever Media | WPP | September 14, 2007 | |
| Comcast Corporation | N/A | March 6, 2005 | |
| Computer Software Group, Plc | IBM | March 26, 2007 | |
| Computing Resources, Inc. | Intuit | June 6, 2007 | |
| Daksh | IBM | March 26, 2007 | |
| Dascom | IBM | March 26, 2007 | |
| Delaware Planet, Inc. | Novell | May 10, 2007 | |
| Delphion Corporation | IBM | March 26, 2007 | |
| DesktopStandard | Microsoft | May 10, 2007 | |
| Digital Insight | Intuit | June 7, 2007 | |
| Digital Research, Inc. | Novell | May 10, 2007 | |
| DoubleClick | N/A | May 17, 2007 | |
| E! | Comcast | March 6, 2005 | |
| e-Travel, Inc. | Oracle | May 10, 2007 | |
| FileMaker | Apple | March 6, 2005 | |
| FirstPerson, Inc. | Sun | May 10, 2007 | |
| Frontbridge | Microsoft | May 10, 2007 | |
| FRx Software Corporation | Microsoft | May 10, 2007 | |
| G4 Media, Inc. | Comcast | March 6, 2005 | |
| Genentech | N/A | March 6, 2005 | |
| Global Spectrum | Comcast | March 6, 2005 | |
| Golf Channel, The | Comcast | March 6, 2005 | |
| Great Plains Software, Inc. | Microsoft | May 10, 2007 | |
| Green Acquisition Corporation | Genentech | March 6, 2005 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023508



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| Green Merger Sub, Inc. | Genentech | March 6, 2005 | |
| Grey Global Group, Inc. | WPP | September 14, 2007 | |
| Groove Networks | Microsoft | May 10, 2007 | |
| H&B Finance, Inc. | Microsoft | May 10, 2007 | |
| Hill & Knowlton, Inc. | WPP | September 14, 2007 | |
| Hotrod Acquisition Corporation | Oracle | May 10, 2007 | |
| Hyperion Solutions | Oracle | May 10, 2007 | |
| IBM Corporation | N/A | March 26, 2007 | Junior hires okay |
| IBM Research Center—Haifa, Israel | IBM | March 6, 2007 | |
| Illulmita | N/A | January 7, 2008 | Until December 31, 2008 |
| Income Dynamics, Inc. | Intuit | June 5, 2007 | |
| Intel Corporation | N/A | March 6, 2005 | |
| Interactive Insurance Services | Intuit | June 5, 2007 | |
| Internet Security Systems, Inc. | IBM | March 26, 2007 | |
| Intuit | N/A | June 5, 2007 | |
| ISM Canada | IBM | March 26, 2007 | |
| iView Multimedia Ltd. | Microsoft | May 10, 2007 | |
| J. Walter Thompson Company, Inc. | WPP | September 14, 2007 | |
| Lotus Development Corporation | IBM | March 26, 2007 | |
| Management Reports, Inc. | Intuit | June 5, 2007 | |
| Mando Corporation Limited | WPP | September 14, 2007 | |
| Massive, Inc. | Microsoft | May 10, 2007 | |
| MDTVISION | IBM | March 26, 2007 | |
| Microsoft, Inc. | N/A | May 10, 2007 | |
| MRI Real Estate Solutions | Intuit | June 5, 2007 | |
| MRO, Inc. | IBM | March 26, 2007 | |
| MyCorporation Business Services, Inc. | Intuit | June 5, 2007 | |
| Mylex Corporation | IBM | March 26, 2007 | |
| NetSol (Network Solutions, India) | IBM | March 26, 2007 | |
| Network Computer, Inc. | Oracle | May 10, 2007 | |
| Novell | N/A | May 10, 2007 | |
| Object Technology International | IBM | March 26, 2007 | |
| Ogilvy | WPP | September 14, 2007 | |
| The Ogilvy Group Inc. | WPP | September 14, 2007 | |
| OnCall | WPP | September 14, 2007 | |
| Oracle | N/A | May 10, 2007 | |
| Parity Software | Intel | March 6, 2005 | |
| PeopleSoft | Oracle | May 10, 2007 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023509



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| PlaceWare, Inc. | Microsoft | May 10, 2007 | |
| Portal Software, Inc. | Oracle | May 10, 2007 | |
| Potter Acquisition Corporation | Oracle | May 10, 2007 | |
| ProClarity | Microsoft | May 10, 2007 | |
| Proxima Informatica Srl | IBM | March 26, 2007 | |
| Quicken Investment Services, Inc. | Intuit | June 5, 2007 | |
| Quinn Gillespie & Associates | WPP | September 14, 2007 | |
| ScreenTonic SA | Microsoft | May 10, 2007 | |
| SeeBeyond Technology | Sun | May 10, 2007 | |
| Sequent Computer Systems | IBM | March 26, 2007 | |
| SerCon | IBM | March 26, 2007 | |
| Siebel Systems, Inc. | Oracle | May 10, 2007 | |
| SilverStream Software | Novell | May 10, 2007 | |
| Softek | IBM | March 26, 2007 | |
| Softricity, Inc. | Microsoft | May 10, 2007 | |
| SoftSolutions Technology | Novell | May 10, 2007 | |
| Sprout | Comcast | March 6, 2005 | |
| Star Acquisition Corporation | Oracle | May 10, 2007 | |
| Stellent, Inc. | Oracle | May 10, 2007 | |
| StorageTek | Sun | May 10, 2007 | |
| Style | Comcast | March 6, 2005 | |
| Sun Microsystems | N/A | May 10, 2007 | |
| Sun Microsystems Federal | Sun | May 10, 2007 | |
| SunExpress, Inc. | Sun | May 10, 2007 | |
| SunSoft | Sun | May 10, 2007 | |
| SuSE Linux, GmbH | Novell | May 10, 2007 | |
| Susquehanna Communications | Comcast | March 6, 2005 | |
| Sybari Software | Microsoft | May 10, 2007 | |
| Taligent, Inc. | IBM | March 26, 2007 | |
| Tally Systems Corporation | Novell | May 10, 2007 | |
| Tanox | Genentech | March 6, 2005 | |
| Technology Service Solutions | IBM | March 26, 2007 | |
| Tellme | Microsoft | May 10, 2007 | |
| Tivoli Systems | IBM | March 26, 2007 | |
| Transarc Corporation | IBM | March 26, 2007 | |
| TS Transaction, Inc. | WPP | September 14, 2007 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023510



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| UNIX Systems Laboratories, Inc. | Novell | May 10, 2007 | |
| Vermeer Technologies | Microsoft | May 10, 2007 | |
| Versus | Comcast | March 6, 2005 | |
| Volera | Novell | May 10, 2007 | |
| Waveset Technologies | Sun | May 10, 2007 | |
| WebTV Networks, Inc. | Microsoft | May 10, 2007 | |
| Whale Communications | Microsoft | May 10, 2007 | |
| Whistle Communications, Inc. | IBM | March 26, 2007 | |
| Winternals | Microsoft | May 10, 2007 | |
| WordPerfect | Novell | May 10, 2007 | |
| WPP | N/A | September 14, 2007 | |
| Ximian | Novell | May 10, 2007 | |
| Young and Rubicam, Inc. | WPP | September 14, 2007 | |
| Zarlink Semiconductor | Intel | March 6, 2005 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023511



Google

# Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

### Appendix B

| Company | Parent Company | Other Notes |
|---|---|---|
| Advertising.com | AOL | |
| Alabama Radio Network | Clear Channel | |
| Alienware Corp., Inc. | Dell | |
| Aluria Software, LLC | EarthLink | |
| AOL, Inc. | N/A | |
| Ask.com | N/A | |
| Bloglines | Ask.com | |
| Bravo | Flextech | |
| Capstar | Clear Channel | |
| CCE Spinco, Inc. | Clear Channel | |
| Cidco, Inc. | EarthLink | |
| Clear Channel Communications, Inc. | N/A | |
| CompuServe Interactive Services, Inc. | AOL | |
| Dell, Inc. | N/A | |
| Digital City, Inc. | AOL | |
| Digital Marketing Services, Inc. | AOL | |
| Direct Hit / Teoma | Ask.com | |
| EarthLink, Inc. | N/A | |
| Eastern Group Telecoms | Virgin Media | |
| Eller Media Company | Clear Channel | |
| Excite | Ask.com | |
| Flextech Television | Virgin Media | |
| Florida's Radio Networks | Clear Channel | |
| Helio | Earthlink | |
| ICQ, Inc. | AOL | |
| ImagiNation Network, Inc. | AOL | |
| Instant Live, LLC | Clear Channel | |
| Interactive Search Holdings | Ask.com | |
| iWon.com | Ask.com | |
| Johnson-Grace | AOL | |
| LIVINGtv | Flextech | |

Google

## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Other Notes |
|---|---|---|
| **MapQuest** | AOL | |
| **Mindspring** | EarthLink | |
| **MyWay.com** | Ask.com | |
| **Netscape Communications** | AOL | |
| **New Edge Networks** | EarthLink | |
| **NSN Network Services** | Clear Channel | |
| **Nullsoft** | AOL | |
| **PeoplePC** | EarthLink | |
| **Premiere Radio Networks, Inc.** | Clear Channel | |
| **Premium TV Ventures, Ltd.** | Virgin Media | |
| **SFX Sports Group** | Clear Channel | |
| **Shoreline Amphitheater Partners** | Clear Channel | |
| **Tegic Communications** | AOL | |
| **Telewest Global, Inc.** | Virgin Media | |
| **Tennessee Radio Networks** | Clear Channel | |
| **Virgin Media, Inc. (NTL, Inc.)** | N/A | Changed from NTL in 2007 |

# Hiring Policies and Protocols

## Table of Contents

### Overview

- Google's Hiring Guidelines . . . . . . . . . . . . . . . . . . . 3
- Hiring "Do's and Don'ts" . . . . . . . . . . . . . . . . . . . 4

### Legal Compliance and Protocols

- Microsoft Recruiting Protocol . . . . . . . . . . . . . . . . . . . 6
- Special Agreement (a.k.a. "Do Not Touch" list) . . . . . . . . . . . . . . . . . . . 7
- Legal Compliance:
  - Helping Candidates Comply with Confidential Information and Non-Solicit Agreements . . . . . . . . . . . . . . . . . . . 16
  - Candidate Code Sample Agreement . . . . . . . . . . . . . . . . . . . 17
  - Non-Disclosure Guidelines for Candidates . . . . . . . . . . . . . . . . . . . 18
  - Non-Disclosure Agreement (short form) . . . . . . . . . . . . . . . . . . . 19
  - Letter to Prospective Googlers with Regards to Complying with Agreement . . . . . . . . . . . . . . . . . . . 20
- Frequently Asked Questions
  - Employee Intellectual Property Rights . . . . . . . . . . . . . . . . . . . 22
  - Non-Competes, Non-Solicits, and Confidentiality Agreements . . . . . . . . . . . . . . . . . . . 27

### General Guidelines and Policies

- Rule of 7 . . . . . . . . . . . . . . . . . . . 32
- Rule of 8 . . . . . . . . . . . . . . . . . . . 33
- Extending an Offer Guidelines for Recruiters . . . . . . . . . . . . . . . . . . . 34
- Offer Process Roles & Responsibilities . . . . . . . . . . . . . . . . . . . 35
- Process for Sharing Candidates . . . . . . . . . . . . . . . . . . . 36
- Standard Document Distribution Protocol for New Hires . . . . . . . . . . . . . . . . . . . 37
- Temporary Requisition Guidelines and Protocol . . . . . . . . . . . . . . . . . . . 38
- Google Sign-On Bonus Policy . . . . . . . . . . . . . . . . . . . 39
- Company Bonus Plan Overview . . . . . . . . . . . . . . . . . . . 40
- Equity Program FAQ's . . . . . . . . . . . . . . . . . . . 42
- GSU Offer Packet Insert . . . . . . . . . . . . . . . . . . . 48
- Candidate Reimbursement Policy (Domestic) . . . . . . . . . . . . . . . . . . . 50
- Candidate Reimbursement Policy (International) . . . . . . . . . . . . . . . . . . . 52
- North America Core Relocation Policy . . . . . . . . . . . . . . . . . . . 54
- North America Executive Relocation Policy . . . . . . . . . . . . . . . . . . . 61
- North America Homeowner Relocation Policy . . . . . . . . . . . . . . . . . . . 70
- International Relocation Policy . . . . . . . . . . . . . . . . . . . 78
- Background Check Guidelines for US Employees . . . . . . . . . . . . . . . . . . . 83
- Export Control Questionnaire and Communication . . . . . . . . . . . . . . . . . . . 85
- Candidate Rejection Guidelines . . . . . . . . . . . . . . . . . . . 88

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023514



## Hiring Policies and Protocols

# Overview

CONFIDENTIAL ATTORNEYS EYES ONLY



# Google's Hiring Guidelines



CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023516



# Hiring Do's and Don'ts



CONFIDENTIAL ATTORNEYS EYES ONLY                                        GOOG-HIGH TECH-00023517



**Hiring Policies and Protocols**

# Legal Compliance and Protocols

CONFIDENTIAL ATTORNEYS EYES ONLY                                                    GOOG-HIGH TECH-00023518



# Microsoft Recruiting Protocol
## Effective June 6, 2005

In order to protect both Microsoft and Google's confidential, proprietary and trade secret information, and to ensure that former employees are encouraged to abide by their contractual obligations, each company has decided unilaterally to implement the following non-contractual and non-binding protocol for employees who change positions between Microsoft and Google. While Microsoft and Google are not committing themselves contractually or in a legally-binding manner, it is the intent of both companies to respect the contractual obligations of each others' employees, and they will consult with each other every six months regarding the effectiveness of these procedures. The companies agree that neither this protocol nor the decision to enter into this protocol should be interpreted as an admission of liability with respect to hiring issues by either company. The companies further agree that this protocol shall not be used or introduced as evidence by either of them in any matter, legal proceeding or settlement discussion, nor be the subject of any external communication other than those that may occur between Microsoft and Google.

In the event an offer of employment is given by one company to an employee of the other company, the offering company will request that the offeree provide notice of the offer acceptance to her or his existing employee within 14 days.

Both Microsoft and Google will specifically advise offer recipients that they are being offered employment solely due to their personal skill and experience, not for their knowledge of their current employer's confidential, proprietary or trade secret information and that they would be expressly prohibited from using any confidential, proprietary and trade secret information. Offer recipients will be further advised that they cannot retain any materials in any form from their former employer if they do accept the new position.

While the offer is pending, offer recipients will be instructed to distance themselves to the extent reasonably possible from exposure to confidential, proprietary or trade secret information distributed by their current employer.

Each company will use reasonable efforts to ensure that new employees hired under these circumstances are not assigned to positions or take on self-directed projects that violate contractual obligations owed to their former employer.

Each company will use reasonable efforts to ensure that new employees hired under these circumstances will not participate in or aid in recruiting other employees of their former employer for one year.

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023519



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

The following companies (and by association, their subsidiaries listed in Appendix A) have a special restriction as part of the **"Restricted Hiring"** list.

**Parent Companies:**
- Microsoft
- Novell
- Oracle
- Sun Microsystems

For each of these **"Restricted Hiring"** companies, Google has agreed to the following protocol:

1. Not to pursue manager level and above candidates for Product, Sales, or G&A roles – even if they have applied to Google;
2. However, there are <u>no</u> restrictions to our recruiting from these companies at individual contributor levels for PSG&A;
3. Additionally, there are <u>no</u> restrictions at <u>any</u> level for engineering candidates.

The following companies (and by association, their subsidiaries listed in Appendix A) have special agreements with Google and are part of the **"Do Not Cold Call"** list.

**Parent Companies:**
- Apple, Inc.
- Comcast Corporation
- DoubleClick
- Genentech
- IBM Corporation (Junior hires okay – also applies to subsidiaries)\
- Illumita
- Intel Corporation
- Intuit
- Microsoft
- Ogilvy
- WPP

For each of these **"Do Not Cold Call"** companies, Google has agreed to the following protocol:

4. Not to directly cold call into those companies (this also applies to their subsidiaries listed above);
5. But, we would accept internal or external references that indicated that an individual was "looking;"
6. And, of course, we will also accept direct solicitation from a candidate (this will most likely come into play when an individual's peer has recently joined us).

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023520



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

Due to our partnerships, the following companies (and by association, their subsidiaries listed in Appendix B) fall under the **"Sensitive"** companies list:

**Parent Companies:**
- AOL, Inc.
- Ask.com
- Clear Channel Communications, Inc.
- Dell, Inc.
- Earthlink, Inc.
- Virgin Media, Inc. (Formerly NTL, Inc.)

For each of these **"Sensitive"** companies we agreed to the following protocol:

1. Executive Recruiting:  Inform EMG of any Director level or above candidate who we have engaged and who is starting the interview process at Google
2. Executive Recruiting:  If we go to offer with a Director or above candidate, Staffing should inform EMG and EMG will designate a senior exec to place a courtesy call into the Sensitive company to let them know we have **made** an offer;
   a. And by exception, when EMG deems necessary, calling into a Sensitive company to indicate we will be **making** an offer.
3. General Recruiting:  For any non-exec position, we should be aware the company is on the Sensitive Company list but there are no restrictions to our recruiting from these companies at junior levels.

Please be cautious when recruiting teams from any company to keep our candidates and potential employees safe from legal action.  Most companies have non-solicit agreements which would limit or prohibit a candidate from asking a coworker to interview with us as well.

### Recruiting from Staffing Agencies / Partners

As a general rule, we should not be recruiting staffing talent from any of our approved staffing partners.  The lists on the following page outline these partners for both U.S. and International staffing.

CONFIDENTIAL ATTORNEYS EYES ONLY                                        GOOG-HIGH TECH-00023521



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| U.S. Staffing Partners | | |
|---|---|---|
| **Vendor Name** | **Location** | **Specialty** |
| **Accounting Network** | Bay Area | Finance |
| **Accountants Plus** | Bay Area | Finance |
| **Adecco** | All U.S. | All |
| **Career Group** | Bay Area, New York, Los Angeles | G&A, Marketing |
| **CDI Business Solutions** | All U.S. | Eng, Ops |
| **Core Staffing** | New York | G&A |
| **Duran HCP, Inc.** | Bay Area | G&A (HR/Staffing), Eng, Ops |
| **Globe Consultants** | Bay Area | Eng, Ops |
| **Hicks Consulting** | All U.S. | All |
| **Indosys** | Bay Area | Eng, Ops, Sales, Marketing |
| **IT Ascent** | All U.S. | All |
| **Kelly Services** | All U.S. | All |
| **Kforce** | All U.S. | Eng, Ops, Finance |
| **Mainz Brady Group** | Bay Area, Portland | Eng, Ops, Product, Sales, SalesOps, Recruiting |
| **Mindsource** | Bay Area | Eng, Ops, Product |
| **Modis IT** | All U.S. | Eng, Ops |
| **Nelson Staffing Solutions** | Bay Area | G&A, Sales, Marketing |
| **TechSource** | Bay Area | Eng, Ops |

| International Staffing Partners | |
|---|---|
| **Vendor Name** | **Location** |
| **Kelly Services** | Australia |
| **Tradicao (Kelly Partner)** | Brazil |
| **Kelly Services** | France |
| **Kelly Services** | Germany |
| **Kelly Services** | Hungary |
| **Kelly Services** | Italy |
| **Kelly Services** | Netherlands |
| **Kelly Services** | Norway |
| **Kelly Services** | Russia |
| **Kelly Services** | Spain |
| **Kelly Services** | Sweden |
| **Kelly Services** | Switzerland |
| **Intelligent Manpower (Kelly Partner)** | Taiwan |
| **Kelly Services** | UK |

CONFIDENTIAL ATTORNEYS EYES ONLY                          GOOG-HIGH TECH-00023522



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

### Appendix A

| Company | Parent Company | Effective Date | Other Notes |
|---------|----------------|----------------|-------------|
| American FundWare | Intuit | June 5, 2007 | |
| 24/7 Real Media, Inc. | WPP | September 14, 2007 | |
| Apple | N/A | March 6, 2005 | |
| aQuantive, Inc. | Microsoft | May 18, 2007 | |
| AZN Television | Comcast | March 6, 2005 | |
| Cambridge Technology | Novell | May 10, 2007 | |
| Carleton Corporation | Oracle | May 10, 2007 | |
| CBC | Comcast | March 6, 2005 | |
| Chili!Soft, Inc. | Sun | May 10, 2007 | |
| Claris | Apple | March 6, 2005 | |
| Clever Media | WPP | September 14, 2007 | |
| Comcast Corporation | N/A | March 6, 2005 | |
| Computer Software Group, Plc | IBM | March 26, 2007 | |
| Computing Resources, Inc. | Intuit | June 6, 2007 | |
| Daksh | IBM | March 26, 2007 | |
| Dascom | IBM | March 26, 2007 | |
| Delaware Planet, Inc. | Novell | May 10, 2007 | |
| Delphion Corporation | IBM | March 26, 2007 | |
| DesktopStandard | Microsoft | May 10, 2007 | |
| Digital Insight | Intuit | June 7, 2007 | |
| Digital Research, Inc. | Novell | May 10, 2007 | |
| DoubleClick | N/A | May 17, 2007 | |
| E! | Comcast | March 6, 2005 | |
| e-Travel, Inc. | Oracle | May 10, 2007 | |
| FileMaker | Apple | March 6, 2005 | |
| FirstPerson, Inc. | Sun | May 10, 2007 | |
| Frontbridge | Microsoft | May 10, 2007 | |
| FRx Software Corporation | Microsoft | May 10, 2007 | |
| G4 Media, Inc. | Comcast | March 6, 2005 | |
| Genentech | N/A | March 6, 2005 | |
| Global Spectrum | Comcast | March 6, 2005 | |
| Golf Channel, The | Comcast | March 6, 2005 | |
| Great Plains Software, Inc. | Microsoft | May 10, 2007 | |
| Green Acquisition Corporation | Genentech | March 6, 2005 | |

CONFIDENTIAL ATTORNEYS EYES ONLY        GOOG-HIGH TECH-00023523



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| Green Merger Sub, Inc. | Genentech | March 6, 2005 | |
| Grey Global Group, Inc. | WPP | September 14, 2007 | |
| Groove Networks | Microsoft | May 10, 2007 | |
| H&B Finance, Inc. | Microsoft | May 10, 2007 | |
| Hill & Knowlton, Inc. | WPP | September 14, 2007 | |
| Hotrod Acquisition Corporation | Oracle | May 10, 2007 | |
| Hyperion Solutions | Oracle | May 10, 2007 | |
| IBM Corporation | N/A | March 26, 2007 | Junior hires okay |
| IBM Research Center—Haifa, Israel | IBM | March 6, 2007 | |
| IIluImita | N/A | January 7, 2008 | Until December 31, 2008 |
| Income Dynamics, Inc. | Intuit | June 5, 2007 | |
| Intel Corporation | N/A | March 6, 2005 | |
| Interactive Insurance Services | Intuit | June 5, 2007 | |
| Internet Security Systems, Inc. | IBM | March 26, 2007 | |
| Intuit | N/A | June 5, 2007 | |
| ISM Canada | IBM | March 26, 2007 | |
| iView Multimedia Ltd. | Microsoft | May 10, 2007 | |
| J. Walter Thompson Company, Inc. | WPP | September 14, 2007 | |
| Lotus Development Corporation | IBM | March 26, 2007 | |
| Management Reports, Inc. | Intuit | June 5, 2007 | |
| Mando Corporation Limited | WPP | September 14, 2007 | |
| Massive, Inc. | Microsoft | May 10, 2007 | |
| MDTVISION | IBM | March 26, 2007 | |
| Microsoft, Inc. | N/A | May 10, 2007 | |
| MRI Real Estate Solutions | Intuit | June 5, 2007 | |
| MRO, Inc. | IBM | March 26, 2007 | |
| MyCorporation Business Services, Inc. | Intuit | June 5, 2007 | |
| Mylex Corporation | IBM | March 26, 2007 | |
| NetSol (Network Solutions, India) | IBM | March 26, 2007 | |
| Network Computer, Inc. | Oracle | May 10, 2007 | |
| Novell | N/A | May 10, 2007 | |
| Object Technology International | IBM | March 26, 2007 | |
| Ogilvy | WPP | September 14, 2007 | |
| The Ogilvy Group Inc. | WPP | September 14, 2007 | |
| OnCall | WPP | September 14, 2007 | |
| Oracle | N/A | May 10, 2007 | |
| Parity Software | Intel | March 6, 2005 | |
| PeopleSoft | Oracle | May 10, 2007 | |

CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00023524



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---|---|---|---|
| PlaceWare, Inc. | Microsoft | May 10, 2007 | |
| Portal Software, Inc. | Oracle | May 10, 2007 | |
| Potter Acquisition Corporation | Oracle | May 10, 2007 | |
| ProClarity | Microsoft | May 10, 2007 | |
| Proxima Informatica Srl | IBM | March 26, 2007 | |
| Quicken Investment Services, Inc. | Intuit | June 5, 2007 | |
| Quinn Gillespie & Associates | WPP | September 14, 2007 | |
| ScreenTonic SA | Microsoft | May 10, 2007 | |
| SeeBeyond Technology | Sun | May 10, 2007 | |
| Sequent Computer Systems | IBM | March 26, 2007 | |
| SerCon | IBM | March 26, 2007 | |
| Siebel Systems, Inc. | Oracle | May 10, 2007 | |
| SilverStream Software | Novell | May 10, 2007 | |
| Softek | IBM | March 26, 2007 | |
| Softricity, Inc. | Microsoft | May 10, 2007 | |
| SoftSolutions Technology | Novell | May 10, 2007 | |
| Sprout | Comcast | March 6, 2005 | |
| Star Acquisition Corporation | Oracle | May 10, 2007 | |
| Stellent, Inc. | Oracle | May 10, 2007 | |
| StorageTek | Sun | May 10, 2007 | |
| Style | Comcast | March 6, 2005 | |
| Sun Microsystems | N/A | May 10, 2007 | |
| Sun Microsystems Federal | Sun | May 10, 2007 | |
| SunExpress, Inc. | Sun | May 10, 2007 | |
| SunSoft | Sun | May 10, 2007 | |
| SuSE Linux, GmbH | Novell | May 10, 2007 | |
| Susquehanna Communications | Comcast | March 6, 2005 | |
| Sybari Software | Microsoft | May 10, 2007 | |
| Taligent, Inc. | IBM | March 26, 2007 | |
| Tally Systems Corporation | Novell | May 10, 2007 | |
| Tanox | Genentech | March 6, 2005 | |
| Technology Service Solutions | IBM | March 26, 2007 | |
| Tellme | Microsoft | May 10, 2007 | |
| Tivoli Systems | IBM | March 26, 2007 | |
| Transarc Corporation | IBM | March 26, 2007 | |
| TS Transaction, Inc. | WPP | September 14, 2007 | |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023525



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Effective Date | Other Notes |
|---------|----------------|----------------|-------------|
| UNIX Systems Laboratories, Inc. | Novell | May 10, 2007 | |
| Vermeer Technologies | Microsoft | May 10, 2007 | |
| Versus | Comcast | March 6, 2005 | |
| Volera | Novell | May 10, 2007 | |
| Waveset Technologies | Sun | May 10, 2007 | |
| WebTV Networks, Inc. | Microsoft | May 10, 2007 | |
| Whale Communications | Microsoft | May 10, 2007 | |
| Whistle Communications, Inc. | IBM | March 26, 2007 | |
| Winternals | Microsoft | May 10, 2007 | |
| WordPerfect | Novell | May 10, 2007 | |
| WPP | N/A | September 14, 2007 | |
| Ximian | Novell | May 10, 2007 | |
| Young and Rubicam, Inc. | WPP | September 14, 2007 | |
| Zarlink Semiconductor | Intel | March 6, 2005 | |

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023526



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

**Appendix B**

| Company | Parent Company | Other Notes |
|---|---|---|
| Advertising.com | AOL | |
| Alabama Radio Network | Clear Channel | |
| Alienware Corp., Inc. | Dell | |
| Aluria Software, LLC | EarthLink | |
| AOL, Inc. | N/A | |
| Ask.com | N/A | |
| Bloglines | Ask.com | |
| Bravo | Flextech | |
| Capstar | Clear Channel | |
| CCE Spinco, Inc. | Clear Channel | |
| Cidco, Inc. | EarthLink | |
| Clear Channel Communications, Inc. | N/A | |
| CompuServe Interactive Services, Inc. | AOL | |
| Dell, Inc. | N/A | |
| Digital City, Inc. | AOL | |
| Digital Marketing Services, Inc. | AOL | |
| Direct Hit / Teoma | Ask.com | |
| EarthLink, Inc. | N/A | |
| Eastern Group Telecoms | Virgin Media | |
| Eller Media Company | Clear Channel | |
| Excite | Ask.com | |
| Flextech Television | Virgin Media | |
| Florida's Radio Networks | Clear Channel | |
| Helio | Earthlink | |
| ICQ, Inc. | AOL | |
| ImagiNation Network, Inc. | AOL | |
| Instant Live, LLC | Clear Channel | |
| Interactive Search Holdings | Ask.com | |
| iWon.com | Ask.com | |
| Johnson-Grace | AOL | |
| LIVINGtv | Flextech | |

CONFIDENTIAL ATTORNEYS EYES ONLY                                      GOOG-HIGH TECH-00023527



## Special Agreement Hiring Policy

## Protocol for "Restricted Hiring," "Do Not Cold Call," and "Sensitive" Companies

| Company | Parent Company | Other Notes |
|---|---|---|
| MapQuest | AOL | |
| Mindspring | EarthLink | |
| MyWay.com | Ask.com | |
| Netscape Communications | AOL | |
| New Edge Networks | EarthLink | |
| NSN Network Services | Clear Channel | |
| Nullsoft | AOL | |
| PeoplePC | EarthLink | |
| Premiere Radio Networks, Inc. | Clear Channel | |
| Premium TV Ventures, Ltd. | Virgin Media | |
| SFX Sports Group | Clear Channel | |
| Shoreline Amphitheater Partners | Clear Channel | |
| Tegic Communications | AOL | |
| Telewest Global, Inc. | Virgin Media | |
| Tennessee Radio Networks | Clear Channel | |
| Virgin Media, Inc. (NTL, Inc.) | N/A | Changed from NTL in 2007 |

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023528



**Helping Candidates Comply with Confidential Information
and Non-Solicit Agreements**



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00023529



Signature of Candidate                     Name of Candidate (Please print)

                                           Date

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023530



# Non-Disclosure Guidelines

To:     Google Candidates
From:   Google Staffing



**Google Inc.**

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023531



**NON-DISCLOSURE AGREEMENT**



19

CONFIDENTIAL ATTORNEYS EYES ONLY

Revision 0329.2007                    Google Inc.                    20

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023533



To: Prospective Googlers
From: Google Staffing



Revision 0329.2007                    Google Inc.                    20

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023533



Google

[redacted]

## FAQ: Employee Intellectual Property Rights



CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY                                          GOOG-HIGH TECH-00023536



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023537



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023538



CONFIDENTIAL ATTORNEYS EYES ONLY                                      GOOG-HIGH TECH-00023539



# FAQ: Non-Compete and Non-Solicit and Confidentiality Agreements

Background: Many of you get questions from candidates about the scope and application of non-compete or non-solicit agreements or issues relating to a candidate's confidentiality obligations. You also know that many of our competitors closely scrutinize our hiring practices, so we take special precautions when hiring at certain levels from those companies.

THREE TYPES OF CONSTRAINTS

**I.      Non-Compete Provision**



CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023540





**II.**     **Non-Solicit Provision**



CONFIDENTIAL ATTORNEYS EYES ONLY       GOOG-HIGH TECH-00023541



**III.     Confidentiality Agreements and Obligations**



CONFIDENTIAL ATTORNEYS EYES ONLY                                                   GOOG-HIGH TECH-00023542



**Sample Confidentiality Provision**

*Company Information.* I agree at all times during the term of my employment and thereafter, to hold in strictest confidence, and not to use, except for the benefit of the Company, or to disclose to any person, firm or corporation without written authorization of the Board of Directors of the Company, any Confidential Information of the Company, except under a non-disclosure agreement duly authorized and executed by the Company. I understand that "Confidential Information" means any Company proprietary non-public information that relates to the actual or anticipated business or research and development of the Company, technical data, trade secrets or know-how, including, but not limited to, research, product plans, or other information regarding Company's products or services and markets, therefore, customer lists and customers (including, but not limited to, customers of the Company on whom I called or with whom I became acquainted during the term of my employment), software, developments, inventions, processes, formulas, technology, designs, drawings, engineering, hardware configuration information, marketing, finances or other business information. I further understand that Confidential Information does not include any of the foregoing items which have become publicly known and made generally available through no wrongful act of mine or of others who were under confidentiality obligations as to the item or items involved or improvements or new versions thereof.

**More Questions & Answers**



CONFIDENTIAL ATTORNEYS EYES ONLY                                        GOOG-HIGH TECH-00023543



**Hiring Policies and Protocols**

# General Guidelines and Policies

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023544



**Rule of 7 Policy**



CONFIDENTIAL ATTORNEYS EYES ONLY GOOG-HIGH TECH-00023545



## Rule of 8 Interview Guidelines



CONFIDENTIAL ATTORNEYS EYES ONLY                                      GOOG-HIGH TECH-00023546



# Extending an Offer Guidelines for Recruiters



CONFIDENTIAL ATTORNEYS EYES ONLY                                                     GOOG-HIGH TECH-00023547



## Offer Process Roles & Responsibilities



CONFIDENTIAL ATTORNEYS EYES ONLY                                          GOOG-HIGH TECH-00023548



## Process for Sharing Candidates – "Rules of Engagement"



CONFIDENTIAL ATTORNEYS EYES ONLY      GOOG-HIGH TECH-00023549



# Standard Document Distribution Protocol to New Hires

**NDA Guidelines & Welcome Letter Updates**



CONFIDENTIAL ATTORNEYS EYES ONLY                                                  GOOG-HIGH TECH-00023550



# Temporary Requisition Guidelines and Protocol



CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023551

# Google Sign-On Bonus Policy

[redacted]

# Company Bonus Plan Overview

1. WHAT IS "THE COMPANY BONUS PLAN"?

2. WHO IS ELIGIBLE TO PARTICIPATE?

3. HOW LONG MUST I WORK BEFORE I MAY RECEIVE A PAYOUT?

4. HOW OFTEN ARE BONUSES PAID?

5. HOW ARE AWARDS DETERMINED?

Bonuses will be calculated using the following formula:

Company Bonus Plan Mechanics:

Calculation Detail:

40



41

CONFIDENTIAL ATTORNEYS EYES ONLY

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

## FREQUENTLY ASKED QUESTIONS

This internal document is intended to offer guidance to U.S. Managers and Recruiters on how to address questions about Google's new Long-term Incentive programs. Separate materials have been prepared for external use. Please contact David Rolefson (drolefson@google.com) for additional information or program materials.

**General Questions on Google Stock Units (GSUs):**

### What's a GSU?
A GSU is an award that entitles the holder to a share of Google stock when the unit vests. One GSU equals one share of Google Class A common stock.



CONFIDENTIAL ATTORNEYS EYES ONLY          GOOG-HIGH TECH-00023555

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs

**Microsoft issued restricted stock units recently.  Google's move to GSUs is just another big-company move with no real upside to employees.**
Actually, we structured our grants according to what employees told us they would find most "meaningful" as a new hire.  Focus groups conducted internally suggested that candidates would highly value GSUs and would be willing to trade some options for GSUs.  Google has responded by offering a mix of both.

**Will GSUs pay dividends?**
No.  Since GSUs do not convert to shares of stock until they vest, they do not entitle the holder to dividends, as long as they are unvested.  When they do vest, they convert to shares of Google Class A common stock and entitle the holder to all shareholder rights, including rights to receive dividends, if any.

**Can we offer GSUs internationally?  Do they work the same way?**
Generally, yes.  We can currently offer GSUs to regular, full-time employees in most countries where we are actively hiring, including Australia, Brazil, Canada, China, Germany, Hong Kong, India, Ireland, Israel, Japan, Korea, Mexico, Netherlands, Norway, Russia, Spain, Sweden, Switzerland, and the U.K.  In France and Italy we are currently able to offer stock options only.  We will continue to update this list as we add employees in new countries and to reflect any changes in local regulatory constraints.  Please be aware that due to local laws in some countries, the GSU plan mechanics may vary slightly from U.S. practice.  Consult Compensation for applicable current local practices.

**New Hire Award Program**

**Key Messages**

1) **Google's New Hire equity program is designed to offer candidates both:**
   - **An equity stake in the company's future performance, and**
   - **Meaningful value at grant**

   That's why our new guidelines offer candidates a combination of traditional stock options and Google Stock Units (GSUs), which entitle the holder to shares of Google stock when the units vest.

2) **Rewarding performance is the cornerstone of our compensation philosophy.**
   We believe that by tying actual rewards to individual performance, we more appropriately compensate our employees for their contributions to Google. The number of GSUs a new hire receives is tied to actual performance.  Google's culture is based on results, and we don't believe in "resting and vesting" – we want all candidates to understand that we offer very high equity value through our grants, and in exchange, we want high performers who are excited about coming to Google to do real work, both before the GSU grant and throughout the vesting period.

3) **This new hybrid model (stock options plus GSUs) reduces the problem created by potential market volatility.**
   GSUs offer employees immediate "value" and also offer "downside protection" since they have value even if the stock price drops or remains flat.

**What are grant sizes like?  Are they smaller? Why?**

In number, grant sizes are smaller.  Since GSU value is based on the full underlying share value in addition to any future stock price appreciation, fewer units are need to "match" the value of stock options, which only have value if the future stock price goes up.

CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023556

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023557

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



CONFIDENTIAL ATTORNEYS EYES ONLY                                          GOOG-HIGH TECH-00023558

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



CONFIDENTIAL ATTORNEYS EYES ONLY                                                    GOOG-HIGH TECH-00023559

**GOOGLE CONFIDENTIAL**
U.S. Equity Programs



CONFIDENTIAL ATTORNEYS EYES ONLY                                    GOOG-HIGH TECH-00023560



## What is a Google Stock Unit (GSU)?

A GSU is an award that entitles the holder to a share of Google stock when the unit vests.  One vested GSU equals one share of Google Class A common stock.



| Initial Grant | | Vesting at One Year | | GSUs Vested | | Gross Shares | | Stock Price FMV at Vest (Example Only) | | Gross Gain to Employee at Vest |
|---|---|---|---|---|---|---|---|---|---|---|
| **100 GSUs** | X | **25%** | = | **25 GSUs** | = | **25 Class A Google Shares** | X | **$400** | = | $10,000 |

## How exactly does a GSU differ from a regular option?

A GSU differs from a regular option in that the shares are granted _**automatically**_ upon vest.  No "exercise" by the holder is required.  Further, the stock price must go up for employee to realize a "gain" with a regular option, and the Googler's gross gain is equal to the future stock price minus the stock price at grant.  But with a GSU, the stock price does not need to go up to realize a "gain" – essentially, the gross gain is equal to the full price of the stock on the day of vest.  (Gains on both stock options and GSUs are subject to tax.)



Note:  Growth scenario shown as illustrative only and is not intended to be predictive

## Are you creating these programs now because you expect Google's stock price to decline?

No.  We're creating these programs because we committed to Googlers that we'd continue to be innovative in the way we deliver rewards.  We don't want to do things the way they've always been done.  We're simply identifying another means of rewarding employees for their performance, while also offering them a degree of protection from market volatility.

## Is a GSU the same as restricted stock?

Similar, but different.  GSUs are not shares of stock, even though they convert to shares of stock upon vesting.  As long as units are unvested, holders are not entitled to voting rights or dividends, if any.

48

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023561



**When you say GSUs are performance- and market-based, what does that mean? If I'm meeting objectives do I get my shares? What if I'm exceeding expectations?**

**Employees who are meeting expectations can expect to vest at 25% per year.** When we determine the initial grant size, our expectation is not that employees should vest in any more or fewer units than the number initially granted; however, sometimes adjustments are warranted.  We may make adjustments when an employee's performance does not reflect his or her grant size; we may also make adjustments when stock price movement has resulted in a material disparity in the employee's equity grant value relative to other employees hired at roughly the same time.

An example is illustrated below:



**How does option value compare to GSU value over time?  How can I compare this with other offers?**

Several factors determine the future value of options and GSUs, including your time horizon and future stock price performance.  Don't get caught in the trap of comparing offers on a number basis alone!  We encourage you to make comparisons on a growth scenario basis using your own assumptions.  Below is an example.

| | Number Granted | Example Stock Price at Grant | Vested Gain After ONE Year* (Assuming Annual Growth Rate) | | | | Total Gain Realized Over FOUR Years* (Assuming Annual Growth Rate) | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 0% | 10% | 15% | 25% | 0% | 10% | 15% | 25% |
| **Example NEW Google Grant Guideline** | | | | | | | | | | |
| Google Options | 200 | $ 300.00 | $ - | $ 1,500 | $ 2,250 | $ 3,750 | $ - | $16,577 | $26,136 | $ 48,105 |
| Google Stock Units (GSUs) | 100 | $ 300.00 | $ 7,500 | $ 8,250 | $ 8,625 | $ 9,375 | $30,000 | $38,288 | $43,068 | $ 54,053 |
| **Total:** | | | $ 7,500 | $ 9,750 | $10,875 | $13,125 | $30,000 | $54,865 | $69,204 | $102,158 |
| | | | | | | | | | | |
| **Sample Company A Competing Offer** | | | | | | | | | | |
| Options | 2,000 | $ 30.00 | $ - | $ 1,500 | $ 2,250 | $ 3,750 | $ - | $16,577 | $26,136 | $ 48,105 |
| | | | | | | | | | | |
| **Sample Company B Competing Offer** | | | | | | | | | | |
| Restricted Stock | 1,000 | $ 30.00 | $ 7,500 | $ 8,250 | $ 8,625 | $ 9,375 | $30,000 | $38,288 | $43,068 | $ 54,053 |

*Assumes annual exercise/settlement of vested gain.  Assumes 25% vesting per year.

**Note:**  Growth scenarios shown are for illustration only and are not intended to be predictive.  Google cannot offer any guidance on probable growth rates for any company.  Please make your own assumptions.


49

GOOG-HIGH TECH-00023562



# Domestic Reimbursement Policy



50

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023563





CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023564



## International Reimbursement Policy

52

CONFIDENTIAL ATTORNEYS EYES ONLY



53

GOOG-HIGH TECH-00023566



Global Mobility
POLICIES AND PROCEDURES

**SUBJECT: North America Core Relocation Policy**
EFFECTIVE DATE:  January 1, 2007

**North America Core Relocation Policy**

**1.0   Policy**



54

CONFIDENTIAL ATTORNEYS EYES ONLY



55

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023568



56

CONFIDENTIAL ATTORNEYS EYES ONLY



57

CONFIDENTIAL ATTORNEYS EYES ONLY



58

GOOG-HIGH TECH-00023571



59

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023572



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023573



Global Mobility
POLICIES AND PROCEDURES

**SUBJECT: North America Executive Relocation Policy**
EFFECTIVE DATE: January 1, 2007

**North America Executive Relocation Policy**

**1.0   Policy**



61

GOOG-HIGH TECH-00023574



62

CONFIDENTIAL ATTORNEYS EYES ONLY



63

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023576



64

CONFIDENTIAL ATTORNEYS EYES ONLY



65

CONFIDENTIAL ATTORNEYS EYES ONLY





67

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023580



68

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023581



69

GOOG-HIGH TECH-00023582



Global Mobility
POLICIES AND PROCEDURES

**SUBJECT: North America Homeowner Relocation Policy**
EFFECTIVE DATE: January 1, 2007

**North America Homeowner Relocation Policy**

**1.0 Policy**



70

CONFIDENTIAL ATTORNEYS EYES ONLY



71

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023584



72

GOOG-HIGH TECH-00023585



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023586



74

CONFIDENTIAL ATTORNEYS EYES ONLY



75

CONFIDENTIAL ATTORNEYS EYES ONLY



76



CONFIDENTIAL ATTORNEYS EYES ONLY



Global Mobility
POLICIES AND PROCEDURES

**SUBJECT: International Relocation Policy**
EFFECTIVE DATE: September 15, 2005

**International Relocation Policy**



78

CONFIDENTIAL ATTORNEYS EYES ONLY



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023592



80

GOOG-HIGH TECH-00023593



81

CONFIDENTIAL ATTORNEYS EYES ONLY



82

CONFIDENTIAL ATTORNEYS EYES ONLY



## Background Check Guidelines for US Employees



A. Information shall be obtained for the maximum number of years legally allowed by the applicable state.
B. Some positions may require finger printing.

---

[1] Employees who operate motor vehicles as a part of their job responsibilities should ensure that their driving information is in on record with Google Risk Management.

[2] This screening searches for restricted parties within a compilation of more than seventy international data sources from all major sanctioning bodies (i.e. UN, OFAC, European Union, Bank of England), law enforcement agencies (i.e. Interpol, FBI) and financial regulators (i.e. SEC, OCC, FINCEN, OFAC, Lloyds, Isle of Man) around the world.

CONFIDENTIAL ATTORNEYS EYES ONLY



**GUIDELINES FOR EMPLOYMENT ELIGIBILITY**
The following provides a guideline for how decisions are made in the presence of background irregularities.



CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023597



## Export Control Questionnaire

Pursuant to the U.S. Department of Commerce Export Administration Regulations, Google is subject to export and re-export controls for certain technologies. Positions that permit access to Google's controlled technology may require prior approval from the U.S. Government in the form of an export license. As such, employment at Google, including any subsidiary of the Company, may be subject to export or re-export control verification.   This requirement may cause delay in processing your offer or require us to decline to offer you employment.

If you are hired at Google, you may be given access to certain technology or software that is subject to export controls. For purposes of determining whether you are required to have an export license to work on or access such technology or software, or if other restrictions may apply, we are required by law to ask:

Name (Please Print): _____

| | |
|---|---|
| 1.  Are you any of the following:<br><br>(a) a United States citizen or national, or<br><br>(b) a lawful permanent resident of the United States (i.e., "Green Card" holder), or<br><br>(c) an INS-approved refugee or asylum holder who has applied for naturalization within six months of the date you first become eligible, and if not yet accepted, are actively pursuing naturalization after 2 years from the date of your application. | ☐ Yes    ☐ No<br><br><br>(If your response is "Yes", please sign below without completing the remainder of the questionnaire.) |
| 2.  What is your country of citizenship or permanent residency?  If more than one applies, list all and identify which was obtained most recently.  For purposes of this question, "permanent residency" is obtained in a country when: (a) the country legally recognizes your immigration status as that of a permanent resident; <u>and</u> (b) you may remain in the country of permanent residency indefinitely. | Most Recent ☐<br><br>☐<br><br>☐ |

Revision 06.28.2007

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023598

NOTE:  In the event there is a change in your immigration status that alters your answer above, you are obligated to inform Google immediately and re-execute this form with the most current information.  Any falsification of the information provided above will result in your immediate disqualification from any further consideration for employment with Google, and if already employed, for immediate termination, subject to the laws of your local country of employment.

Any offer of employment made to you will be conditional upon Google securing any necessary export license.  In addition, prior to employment, Google may request Immigration Status Documentation that determines your country of permanent residency or citizenship to satisfy export licensing requirements. This information will be kept confidential.


I declare that the foregoing is true and correct.


Name (Please Print): _____     Date: _____

Signature: _____


Upon accepting Google's offer, please complete the information above and provide a signature. You may either send via fax to (650) 644-0152 or scan and email a copy to backgroundchecks@google.com.

Please note that start dates will be delayed for candidates who do not complete the questionnaire.

Revision 06.28.2007

CONFIDENTIAL ATTORNEYS EYES ONLY                    GOOG-HIGH TECH-00023599

## Pre-Offer Background & Export Control Communication
## (US Candidates Only)

The following is a script you may choose to use in describing our standard background check and export control questionnaire to your candidates. As you know, communicating next steps appropriately sets their expectations and avoids potential confusion and concern.

Please contact Sandra Benavidez if you have any feedback and/or questions.



87

GOOG-HIGH TECH-00023600



**Candidate Rejection Guidelines**



88

CONFIDENTIAL ATTORNEYS EYES ONLY