# EXHIBIT 8

to the Declaration of
Christina Brown in Support of
Defendant's Opposition to Supplemental
Motion for Class Certification

**REDACTED VERSION**

```
 1                  UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF CALIFORNIA

 3                        SAN JOSE DIVISION

 4

 5   IN RE:  HIGH-TECH EMPLOYEE      )

 6   ANTITRUST LITIGATION            )

 7                                   )  No. 11-CV-2509-LHK

 8   THIS DOCUMENT RELATES TO:       )

 9   ALL ACTIONS.                    )

10   _____

11

12              VIDEO DEPOSITION OF CHRIS GALY

13                    ATTORNEYS' EYES ONLY

14                      March 20, 2013

15

16       Reported by:  Anne Torreano, CSR No. 10520
```

```
                1   this:  When you were reviewing your declaration earlier
                2   in answer to my questions, were you able to identify or
                3   did you see any sentences in it that you believe that
                4   you initially wrote in the first instance?
   03:54:31     5       A.   I don't remember.
                6       Q.   Okay.  My next question to you is kind of like
                7   a same follow-up kind of question, which is, in
                8   reviewing documents with your attorney in preparation
                9   for this deposition, did any of the documents that you
   03:54:51    10   looked at help you remember something that you
               11   testified about today?
               12       A.   Say that one more time, please.
               13       Q.   It's terrible, isn't it?
               14       A.   Yeah.
   03:55:04   15       Q.   Did any of the documents that you looked at
               16   yesterday with Mr. Kiernan help you remember something
               17   that you testified about today?
               18       A.   Yes.
               19       Q.   Okay.  What documents helped you remember
   03:55:13   20   something that you testified about?
               21            I don't want to go through that pile.  Is it
               22   all stuff that you saw here again today?
               23       A.   Yes.
               24       Q.   Okay.  Is there anything that you looked at
   03:55:30   25   with him that helped you remember something that you
```

|   |   |
|---|---|
| 1 | testified about that I didn't show you today? |
| 2 | A.  Not -- no. |
| 3 | MR. GLACKIN:  Okay.  That's it.  No further |
| 4 | questions. |
| 03:55:45  5 | MR. KIERNAN:  I think I just have a couple. |
| 6 | We don't need to switch.  Some people make me. |
| 7 | MR. GLACKIN:  I don't care where you sit. |
| 8 | MR. KIERNAN:  I know.  Exactly.  But you can |
| 9 | keep looking at the -- |
| 03:55:56 10 | THE WITNESS:  Okay. |
| 11 | MR. KIERNAN:  -- camera, as bizarre as that |
| 12 | may be. |
| 13 | EXAMINATION |
| 14 | BY MR. KIERNAN: |
| 03:55:59 15 | Q.  Mr. Galy, you recall a discussion about an |
| 16 | off-cycle adjustment of someone that was on your team? |
| 17 | A.  Yes. |
| 18 | Q.  Okay.  And who was that person? |
| 19 | A.  ███████████████ |
| 03:56:12 20 | Q.  Okay.  And can you describe the circumstances |
| 21 | of that off-cycle adjustment? |
| 22 | A.  We were making some adjustments on our team in |
| 23 | this case.  We had a couple things going on where we |
| 24 | were promoting somebody from within into the role that |
| 03:56:28 25 | ███████ was doing, and we were changing ███████ |

1  role and giving her expanded scope, but within the --
2  within the same job code that she was already in, which
3  was a project manager -- program manager job code.
4      Q.  Okay.  And the person that was promoted into
5  her previous role, who was that?
6      A.  ██████████.
7      Q.  Okay.  And when -- earlier today when you said
8  that somebody else had been hired in to do similar
9  work, is that Ms. -- █████
10     A.  That's who I -- yes, that's who I was
11 referring to.
12     Q.  Okay.  So it wasn't an external hire?
13     A.  No, it was internal.
14     Q.  Okay.  And then ████████████ was the
15 expanded scope that caused the consideration of the pay
16 increase?
17     A.  That was --
18         MR. GLACKIN:  Object to the form.
19 BY MR. KIERNAN:
20     Q.  Go ahead.
21     A.  That was certainly part of the -- part of the
22 review.
23     Q.  Okay.  What caused the consideration of an
24 off-cycle adjustment?
25     A.  So as we were looking at the -- giving █████

|  |  |
|---|---|
| 1 | the promotion into the role that ▇▇▇ was doing, we |
| 2 | were also, just like we talked about earlier, pulling |
| 3 | internal and external comps to make sure that we -- |
| 4 | specifically for ▇▇▇ that we were looking at the |
| 03:57:52  5 | right total rewards package for her in that role. |
| 6 | And as we looked at that, and knowing that |
| 7 | ▇▇▇ -- that -- I'm sorry, that ▇▇▇ had moved on |
| 8 | to do different things with an expanded scope but still |
| 9 | in that job family, it gave us insights to, hey, you |
| 03:58:09 10 | know, maybe there's something we should do for ▇▇▇ |
| 11 | because she's also a high performer. |
| 12 | Q.  Okay.  And then do you recall we had some |
| 13 | discussion today about your views of internal equity? |
| 14 | A.  Yes. |
| 03:58:24 15 | Q.  Do you recall that?  Okay. |
| 16 | And you said something to the effect of, for |
| 17 | you, internal equity is something to consider because |
| 18 | you don't want to have people doing the same work with |
| 19 | wide disparity in the same geographic region. |
| 03:58:39 20 | Do you recall that? |
| 21 | A.  I do. |
| 22 | MR. GLACKIN:  Object to the form. |
| 23 | MR. KIERNAN:  Okay.  You object to the form of |
| 24 | whether he recalls saying that? |
| 03:58:45 25 | MR. GLACKIN:  It's leading.  You should just |

1  ask him the question.  And I also am not sure that
2  that's -- I'm not completely confident that's exactly
3  what he said.
4  BY MR. KIERNAN:
5      Q.   Okay.  Well, let me ask.
6           Do you recall that?
7      A.   I do recall.
8      Q.   Okay.  What did you mean by that?
9           MR. GLACKIN:  Object to the form.
10          THE WITNESS:  So in a pay-for-performance
11 company like Intuit, we certainly expect that there
12 will be disparity, especially between high performers
13 and low performers, even if they're performing similar
14 functions.
15          But in terms of leading a high-performing
16 organization where you're responsible for -- for the
17 high engagement of your employees, and they're doing
18 similar work and they're doing -- and they're
19 performing similarly, you would expect that there would
20 be a similar compensation structure, all other things
21 being equal.
22 BY MR. KIERNAN:
23     Q.   Okay.  And would you still expect disparity
24 among that same group of people that performed
25 similarly doing the same job function?

```
 1                    REPORTER'S CERTIFICATE

 2         I, Anne Torreano, Certified Shorthand Reporter

 3    licensed in the State of California, License No. 10520,

 4    hereby certify that the deponent was by me first duly

 5    sworn, and the foregoing testimony was reported by me

 6    and was thereafter transcribed with computer-aided

 7    transcription; that the foregoing is a full, complete,

 8    and true record of said proceedings.

 9            I further certify that I am not of counsel or

10    attorney for either or any of the parties in the

11    foregoing proceeding and caption named or in any way

12    interested in the outcome of the cause in said caption.

13            The dismantling, unsealing, or unbinding of

14    the original transcript will render the reporter's

15    certificates null and void.

16            In witness whereof, I have subscribed my name

17    this 1st day of April, 2013.

18

19              [X] Reading and Signing was requested.

20              [ ] Reading and Signing was waived.

21              [ ] Reading and Signing was not requested.

22

23                          _____

24                          ANNE M. TORREANO, CSR No. 10520

25
```