# EXHIBIT 2135

to the Declaration of
Lisa J. Cisneros in Support of
Plaintiffs' Opposition Briefs

## REDACTED VERSION

# DOCUMENT

# PLACEHOLDER

This document was produced in native format.



EXHIBIT 2135
WIT: Graby
DATE: 3.20.2013
ANNE TORREANO, CSR #10520

INTUIT_034255   2135.1
Confidential - Attorneys' Eyes Only



# Candidate Generation

Human Resources Operations Review
December 12, 2006

Traci Wicks
Jeff Jacobs

Intuit

Intuit Confidential

2135.2



# Agenda

- **What's Important**
  - Context for Candidate Generation
  - Business Case
- **How are we doing?**
  - Positioning ourselves for Success
  - Metrics
- **Priorities to Improve ... Discussion**

**DISCUSSION DESTINATION**

Intuit Confidential

December 12, 2006

2135.3



# What's Important ... Context

**Intuit**

Intuit Confidential

December 12, 2006

3

2135.4

# Business Case ... Passive Talent & Candidate Generation

## Passive Candidates...

...reported **2%** higher performance levels than active candidates.

...expand the pipeline accounting for **55%** of the labor pool.

...over **50%** more likely to stay with their new organization than active ones.

...consider fewer organizations and receive fewer offers than active candidates.

CASE IN POINT: ALPHA COMPANY VERSUS BETA COMPANY

Alpha Company*

Beta Company*

Predominantly Recruits Reactively from Active Part of the Labor Market

Predominantly Builds Pipelines from Passive Part of the Labor Market

|  | Alpha Company | Beta Company |
|---|---|---|
| Average Base Quality (10-Point Scale) | 6.4 | 7.4 |
| Interviews per Hire | 6.2 | 4.1 |
| Time to Fill (Working Days) | 47 | 38 |
| Conversion Rate | 79% | 90% |

**Higher quality, fewer interviews per hire, shorter time to fill, higher conversion rate**

*Source – Recruiting Roundtable '06

intuit

Intuit   Confidential

December 12, 2006

4

2135.5



# Positioning Ourselves for Success

Intuit Confidential

2006

2135.6



How are we doing? ...
Hires by Aggregate Source

Intuit Confidential

2135.7



**Priorities to Improve ... Discussion**

From:

To:

intuit®

Intuit Confidential

December 12, 2006

7

2135.8



# Appendix

Intuit Confidential

2135.9



# CanGen Organization

intuit

**Jeff Jacobs**
Director,
Candidate Generation

**Mel Pierce**
Employment Branding & Messaging Mgr.

- Shilpa Farmer
  Finance CGR
- Deborah Reese
  HR/OPE CGR

**Traci Wicks**
Candidate Generation Mgr.

**Jennifer Demaris**
CP2 - Marketing/STRAT
Community Leader

- **Karen Coleman**
  CP2/IIT Sourcer
- **Mark Howard**
  Name Gen.
- Tracy Ross
  CTG
- Jason Ugland
  CMO/SLS/Strat
- Cindy Schneider
  SBD

**Terri Coligan**
CP1 / Technology
Community Leader

- **Don Willet**
  PM/PD SWAT
- **Jennifer Hasche**
  CTG
- **Jeff DeClue** *
  CTO/IIT
- Nancy Falkenberg
  CP1 UX CGR
- Gail Houston
  SBD
- Maggie Robinson
  CTG
- Kristy Becker
  QA
- Chris Cox
  SBD
- Geoff Webb
  UX/SWE Demand Gen

Intuit Confidential

December 12, 2006

9

2135.10

# Q1 FY07 Hires ... "Pro" vs. High Volume



FY2007 Aggregate Source Hires (August-October)

intuit

Intuit Confidential

December 12, 2006

10

2135.11



**CanGen FY07 Spend**

intuit

Intuit Confidential

December 12, 2006

11

2135.12



Stuff we don't need
but aren't ready to get rid of yet

Intuit

Intuit Confidential

12

2135.13



**Pipeline Health**

intuit

Intuit Confidential

December 12, 2006

13

2135.14



2135.15

# How are we doing? ...
# Hires by Aggregate Source



| Source Aggregation | | Q1 FY2007 | | | Q1 FY2006 | | | Q1 FY2005 | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | TOTALS | % | CG vs. Other | TOTALS | % | CG vs. Other | TOTALS | % | CG vs. Other |
| CanGen | CGR Sourced, Advertising, Internet/Job Boards, Events, Intuit Careers site | | | | | | | | | |
| | Employee referral | | | | | | | | | |
| | Agencies | | | | | | | | | |
| | College Recruiting | | | | | | | | | |
| | Internal Transfer | | | | | | | | | |
| Add'l | Recruiter Source | | | | | | | | | |
| | Conversions (Ctr, Sea) | | | | | | | | | |
| | Other – Unknown | | | | | | | | | |
| TOTALS | | | | | | | | | | |

Intuit

Intuit Confidential

December 12, 2006

15

2135.16



# How are we doing? ...
## Org Structure & Time Allocation

Intuit Confidential

December 12, 2006

2135.17

# How are we doing? ...
## Candidate Generation Delivery Model

Identification and engagement of the best resources available



Intuit

Intuit Confidential

December 12, 2006

17

2135.18

# What's Important ... TA Focus Areas



## Help Intuit to greater business results

Intuit Confidential

December 12, 2006

18

2135.19



2135.20



Candidate Generation

Big Y: The identification and engagement of the best resources available

Priorities to Improve

How we are doing

Key Goals

Intuit Confidential

December 12, 2006

20

2135.21



2135.22



A TALE OF TWO COMPANIES

*Proactive recruiting organizations are substantially more effective and efficient*

CASE IN POINT: ALPHA COMPANY VERSUS BETA COMPANY

Alpha Company*

Beta Company*

Source: Recruiting Roundtable "Building Talent Pipelines" Survey; Recruiting Roundtable research.

Intuit Confidential

December 12, 2006

22

2135.23

# BETTER, FASTER, CHEAPER (REALLY)

*Organizations are investing in talent pipelines...*

*...to drive slate quality...*

*...and improve core recruiting metrics*

Direct Outcomes

Ultimate Outcomes



Source: Recruiting Roundtable "Building Talent Pipelines" Survey; Recruiting Roundtable research.

December 12, 2006

Intuit Confidential

intuit

23

2135.24



*Benefit #4: Less Competition for Passive Candidates*

# THE REAL PAYOFF: LESS COMPETITION
### The more passive the candidate, the fewer the competitors for talent

Talent Competition
By Degree of Job-Seeking Behavior

Intuit Confidential

December 12, 2006

24

2135.25

Benefit #3: Passive Candidates Stay Longer

# PASSIVE = (SIGNIFICANTLY) MORE LIKELY TO STAY

*Candidates who were more passive in their job search are more likely to stay at their new organizations*

Impact on New Hire Intent to Stay

*By Degree of Job-Seeking Behavior*



25

2135.16



*Benefit #2: Passive Candidates Perform Slightly Better*

## PASSIVE = (SOMEWHAT) HIGHER PERFORMING

*On average, passive candidates perform slightly better than active candidates*

Impact on New Hire Performance

*By Degree of Job-Seeking Behavior*

Intuit Confidential

December 12, 2005

26

2135.27

*Benefit #1: Larger Pools of Talent*

# CASTING A WIDER NET

*Roundtable analysis reveals a surprising spectrum of job-search behaviors in the labor market*

Labor Market Distribution



Source: Recruiting Roundtable "Building Talent Pipelines" Survey; Recruiting Roundtable research.

December 12, 2006

Intuit Confidential

intuit

27

2135.28

# What's Important?

## Intuit:  What We're Solving For:

**Big Y:** Deliver "True North"... best we can be results for all 3 stakeholders in the current period while building the foundation for a stronger future



Intuit

Intuit Confidential

December 12, 2006

28

2135.29



## Candidate Generation- Sourcing

**Delivery Model** – use analogy of "product support tiers" for consumers

Profile Framework

Resume Framework

Tools Framework

29

2135.30



2135.31



2135.32



2135.33



2135. 31



**From M2...The Talent Acquisition Vision - 2010**

2135.35

## Candidate Generation, Sourcing OPS

**WHO** we are: *The Candidate Generation Team is a group of candidate development experts that are passionate about identifying and qualifying talent, building talent pools and communities, and creating a WOW experience for prospects.*

**WHAT** we do: *Create experiences which deliver the right engaged talent where and when we need it.*

**HOW** we do it: *By providing "world class" sourcing resources that can be leveraged across the entire company!*

People Resources

Systems/Tools

Candidate Generation Programs

Excellence in Candidate Generation: Training & Best Practices

intuit®

Intuit Confidential

December 12, 2006

35

2135.36



2135.37



**Sourcing Operations**

Intuit

Intuit Confidential

December 12, 2006

37

2135.38



Employment Messaging / Candidate Experience

Intuit Confidential

December 12, 2006

38

2135.39



# Talent Pool Development & Raising our Capability

- Talent Pool Development
- Raising our capability…leveraging trends

Intuit Confidential

December 12, 2006

39

2135.40



2135.41



March- forward

Intuit Confidential

December 12, 2006

41

2135.42



# Can Generation Driven Social Networking

Events YTD: (since November on)

Social Networks Successfully Built:

idential

2135.43



Candidate Generation Email Campaigns

2135.44

# Name Generation Projects:

Name Generation Specialist: Mark Howard

Name Generation databases for:



**Training Launched: May 4th**

## We are currently piloting PILOT:

- Creating and executing on user test scenarios
- By 6 mos we should be able to dump all of our data in PILOT

December 12, 2006

Intuit Confidential

intuit®

44

2135.45



# CG Center of Excellence: (knowledge base)

Intuit Confidential

2135.46