# Exhibit 63
## to the Declaration of Dean M. Harvey in Support of Plaintiffs' Opposition Briefs

# REVISED REDACTED VERSION

**Subject:** Re: RSUs to an ICT2 -
**From:** brent batis <batis@apple.com>
**Received(Date):** Fri, 21 May 2010 13:47:27 -0700
**Cc:** Mark Bentley <mbentley@apple.com>, Felipe Barraza <fbarraza@apple.com>
**To:** Patrick Burke <pburke@apple.com>

I am fine with it... ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
▇▇▇▇▇

Brent

On May 21, 2010, at 1:41 PM, Patrick Burke wrote:

> Mark and Brent,
> This iPhone HW Systems Integrator candidate has an offer from Cisco ($103k) and Palm trying to keep him. ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
> ▇▇▇▇▇▇▇ we'll be giving him a pay cut due to internal equity ▇▇▇▇▇
> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ .
>
> Are you ok with this? Thanks.
>
> -- Patrick .
>
> Begin forwarded message:
>
>> From: Jose Cong <jcong@apple.com>
>> Date: May 21, 2010 1:27:01 PM PDT
>> To: Patrick Burke <pburke@apple.com>
>> Subject: RSUs to an ICT2
>>
>> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ He will be taking a pay cut to join our group (internal equity issues) ▇▇▇▇▇
>> ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇
>>
>> Thanks,
>>
>> -jose
>> x47952
>>
>> <pastedGraphic.tiff>

CONFIDENTIAL - ATTORNEYS' EYES ONLY                                          231APPLE056385

---

**Patrick Burke**
Staffing Manager, iPhone / iPod Engineering
Apple, Inc.
Work:  408-974-9037
iPhone:  408-621-0936

CONFIDENTIAL - ATTORNEYS' EYES ONLY

231APPLE056386