KEKER & VAN NEST LLP
JOHN KEKER - # 49092
jkeker@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA SESSIONS # 270914
jsessions@kvn.com
PAULA L. BLIZZARD - # 207920
pblizzard@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
LUCASFILM LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 5:11-cv-2509-LHK<br><br>**NOTICE OF WITHDRAWAL OF PAULA L. BLIZZARD AS COUNSEL FOR DEFENDANT** |
|---|---|

PLEASE TAKE NOTICE that the undersigned counsel, Paula L. Blizzard, hereby withdraws her appearance as one of the counsel for Defendant in this matter.

Dated:   July 23, 2014                KEKER & VAN NEST LLP

By:   /s/ *Paula L. Blizzard*
John W. Keker
Daniel Purcell
Eugene M. Paige
Justina K. Sessions
Paula L. Blizzard

*Attorneys for Defendant*
*LUCASFILM LTD.*

1
NOTICE OF WITHDRAWAL OF PAULA L. BLIZZARD AS COUNSEL FOR DEFENDANT
Case No. 5:11-cv-2509-LHK

849200.01