# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Re: High Tech Employee Anti Trust Litigation

11-CV-02509-LHK

Christopher Donnelly, Intervenor
Christopher Wirth, Intervenor
William Parker, Intervenor
Jimmy James Thule, Intervenor
Jared Lee Loughner, Intervenor
Jodi Ann Arias, Intervenor
James Holmes, Intervenor
Terry Lynn Nichols, Intervenor

Motion to Intervene as Plaintiffs with newly discovered Evidence under Rule 24(A)$^2$, Rule 24(B)

Comes Now, Christopher Donnelly, Christopher Wirth, William Parker, Jimmy James Thule, Jared Lee Loughner, Jodi Ann Arias, James Holmes, Terry Lynn Nichols, moves this Court to Intervene under Rule 24(A)$^2$ - as a matter of Right, under Rule 24(B) - permissive Intervention Nevilles v. EEOC. Intervenors will provide Questions of laws and Facts that are common in this Action. Intervenors will pray for relief.

Respectfully,

_[signature]_ 7/4/14
Christopher Wirth
LA2120
301 Institution Dr
Bellefonte, PA 16823

_[signature]_ 7.4.14
Christopher Donnelly
JK5048
301 Institution Dr
Bellefonte, PA 16823

_[signature]_ 7-1-14
Jimmy James Thule
518 George Rd
Toms River, NJ 08753

_[signature]_ 7/4/14
William Parker
JX4097
301 Institution Dr
Bellefonte, PA 16823

_[signature]_ 6-26-14
Jodi Ann Arias
P458434
2939 West Durango St
Phoenix, AZ 85009

_[signature]_ 6-29-14
Jared Lee Loughner
P.O. Box 4000
Springfield, MO 65801

_[signature]_ 6-23-14
Terry Lynn Nichols
P.O. Box 8500
Florence, CO 81226

_[signature]_ 6-26-14
James Holmes
7375 S. Potomac St.
Centennial, CO 80112