Name: BRAD GREENSPAN
Address: 2995 WOODSIDE RD, SUITE 400
City, State, Zip: WOODSIDE CA 94062
Phone:
Fax: 408-796-5373
E-Mail:

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED
AUG 07 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

p/4
no fee

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: HIGH-TECH EMPLOYEE
PLAINTIFF(S)
v.
Google ET AL
DEFENDANT(S)

CASE NUMBER: 5:11-CV-02509 LHK

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that **BRAD GREENSPAN** hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**
☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed:

☐ Bail status:

**Civil Matter**
☒ Order (specify):
☐ Judgment (specify):
☐ Other (specify):

Imposed or Filed on **7/8/2014**. Entered on the docket in this action on **7/8/2014**.

A copy of said judgment or order is attached hereto.

Date: 8/7/2014

Signature: [signed]
☒ Appellant Pro Se  ☐ Counsel for Appellant  ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).

NOTICE OF APPEAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | ORDER DENYING MOTION TO INTERVENE |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | |

Three individuals ("putative intervenors") have filed a Motion to Intervene, which includes a Motion for Recusal. *See* ECF No. 952. Both the Motion to Intervene and the Motion for Recusal lack merit. Moreover, Cathy Jones, the attorney who purportedly signed these motions, has informed the Courtroom Deputy, Martha Parker Brown, that Ms. Jones did not file these motions and has reported the filing of these motions in Ms. Jones' name to the State Bar. Accordingly, the Court DENIES these motions.

**IT IS SO ORDERED.**

Dated: July 8, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
ORDER DENYING MOTION TO INTERVENE

Parties to Judgment

Sarah E Reynolds
Mayer Brown, LLP
71 South Wacker Drive
Chicago, IL 60606
Vincent J. Connelly
Mayer Brown LLP
71 South Wacker Drive
Chicago, IL 60606

MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-2112
krowse@mayerbrown.com
Tel.: (213) 229 5137
Fax: (213) 576 8139

Counsel for Defendant Google Inc.
Donn P. Pickett
Frank M. Hinman
Sujal Shah

BINGHAM MCCUTCHEN LLP
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111
donn.pickett@bingham.com
frank.hinman@bingham.com
sujal.shah@bingham.com
Tel.: (415) 393-2000
Fax: (415) 393-2286

Counsel for Defendant Intel Corp.

Daniel C. Girard (State Bar No. 114826)
Dena C. Sharp (State Bar No. 245869)
Elizabeth A. Kramer (State Bar No. 293129)
GIRARD GIBBS LLP
601 California Street, 14th Floor
San Francisco, California 94108
Telephone: (415) 981-4800
Facsimile: (415) 981-4846
Counsel for Class Representative
Michael Devine
Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008
Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)

JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940
Robert A. Mittelstaedt
Craig A. Waldman
David Kiernan
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
ramittelstaedt@jonesday.com
cwaldman@jonesday.com
dkiernan@jonesday.com

Tel.: (415) 626-3939
Fax: (415) 875-5700
Counsel for Defendant Adobe Systems Inc.
George Riley
Michael F. Tubach
Lisa Chen
Christina J. Brown
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
griley@omm.com
mtubach@omm.com
lisachen@omm.com
cjbrown@omm.com
Tel.: (415) 984-8700
Fax: (415) 984-8701
Counsel for Defendant Apple Inc.
Lee H. Rubin
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
lrubin@mayerbrown.com
wjohnson@mayerbrown.com
Tel.: (650) 331-2000
Fax: (650) 331-2060
Kristen A. Rowse
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-2112
krowse@mayerbrown.com
Tel.: (213) 229 5137
Fax: (213) 576 8139
Counsel for Defendant Google Inc.
Donn P. Pickett
Frank M. Hinman
Sujal Shah
BINGHAM MCCUTCHEN LLP
Three Embarcadero Center, 18th Floor
San Francisco, CA 94111
donn.pickett@bingham.com
frank.hinman@bingham.com
sujal.shah@bingham.com
Tel.: (415) 393-2000
Fax: (415) 393-2286
Counsel for Defendant Intel Corp.