UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
280 South 1st Street
San Jose, CA 95113

www.cand.uscourts.gov

Richard W. Wieking  General Court Number
Clerk of Court  408-535-5363

August 7, 2014

Brad Greenspan
2995 Woodside Road, Suite 400
Woodside, California 94062

SUBJECT: Request for Payment of Docket Fee

Title: Hariharan v. Adobe Systems Inc.
Case Number: 11-cv-02509-LHK
Court of Appeals Number:

    A notice of appeal was filed with this Court on August 7, 2014 and the docketing fee of $505.00 has not been received. Please forward the above referenced fee to this office immediately.

    The check is to be made payable to "CLERK, U.S. DISTRICT COURT."

Sincerely,

RICHARD W. WIEKING, Clerk

Case Systems Administrator
408-535-5373

cc: U.S. Court of Appeals