Joseph R. Saveri (State Bar No. 130064)
Andrew M. Purdy (State Bar No. 261912)
James G. Dallal (State Bar No. 277826)
Ryan J. McEwan (State Bar No. 285595)
Kevin E. Rayhill (State Bar No. 267496)
Joshua P. Davis (State Bar No. 193254)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940
Email:    jsaveri@saverilawfirm.com
          apurdy@saverilawfirm.com
          jdallal@saverilawfirm.com
          rmcewan@saverilawfirm.com
          krayhill@saverilawfirm.com
          jdavis@saverilawfirm.com

*Attorneys for Individual and Representative Plaintiffs Mark Fichtner, Siddharth Hariharan, Brandon Marshall, and Daniel Stover*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re: High-Tech Employee Antitrust Litigation**<br><br>This Document relates to:<br><br>**All Actions** | Case No. 11-cv-02509-LHK<br><br>**NOTICE OF APPEARANCE OF ANDREW M. PURDY** |

**TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** of the appearance of attorney Andrew M. Purdy (apurdy@saverilawfirm.com) of the Joseph Saveri Law Firm, Inc., 505 Montgomery Street, Suite 625, San Francisco, California, 94111, as counsel in this action for Individual and Representative Plaintiffs Mark Fichtner, Siddharth Hariharan, Brandon Marshall and Daniel Stover.

Case No. 11-cv-02509-LHK     1     NOTICE OF APPEARANCE OF ANDREW M. PURDY

| | |
|---|---|
| Dated: August 11, 2014 | By:   /s/ Andrew M. Purdy   <br>Andrew M. Purdy |

JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940

*Attorneys for Individual and Representative Plaintiffs Mark Fichtner, Siddharth Hariharan, Brandon Marshall, and Daniel Stover*

---

Case No. 11-cv-02509-LHK            2
NOTICE OF APPEARANCE OF ANDREW M. PURDY

**CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2014, I caused the foregoing document to be filed electronically with the Clerk of the Court using the CM/ECF system, and served a copy on all counsel of record via the CM/ECF System.

By: */s/ Andrew M. Purdy*
Andrew M. Purdy