UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

```
FILED

AUG 08 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS
```

| | |
|---|---|
| In re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION, | No. 14-16528 |
| | D.C. No. 5:11-cv-02509-LHK |
| SIDDHARTH HARIHARAN; BRANDON MARSHALL; MICHAEL DEVINE; MARK FICHTNER; DANIEL STOVER, | U.S. District Court for Northern California, San Jose |
| | **TIME SCHEDULE ORDER** |
| Plaintiffs - Appellees, | |
| v. | |
| ADOBE SYSTEMS, INC.; APPLE INC.; GOOGLE INC.; INTEL CORPORATION, | |
| Defendants - Appellees, | |
| v. | |
| BRAD GREENSPAN, Proposed Intervenor, | |
| Movant - Appellant. | |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., September 8, 2014** | Transcript shall be ordered. |
| **Mon., October 6, 2014** | Transcript shall be filed by court reporter. |
| **Mon., November 17, 2014** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Wed., December 17, 2014** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

                                              FOR THE COURT:
                                              Molly C. Dwyer
                                              Clerk of Court

                                              Ruben Talavera
                                              Deputy Clerk