United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | |

Plaintiffs have filed an Administrative Motion to File Under Seal ("Motion") two documents. ECF No. 925. Plaintiffs seek to seal lists of Defendants job titles and an attachment to the settlement agreement that describes a term pursuant to which Defendants may terminate the settlement agreement if a specified percentage of Class members opted out. The Court GRANTS the Motion because compelling reasons support Plaintiffs' request. *See* ECF No. 527 at 1 (granting request to seal list of job titles).

**IT IS SO ORDERED.**

Dated: August 13, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL