UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | ORDER DENYING MOTION TO INTERVENE |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | |

Christopher Wirth, Christopher Donnelly, Jimmy James Thule, William Parker, Jodi Ann Arias, Jared Lee Loughner, Terry Lynn Nichols, and James Holmes ("Putative Intervenors") have filed a Motion to Intervene. ECF No. 971. The Court DENIES the Motion to Intervene because Putative Intervenors have not met their burden on Federal Rule of Civil Procedure 24. *See Perry v. Proposition 8 Official Proponents*, 587 F.3d 947, 955 (9th Cir. 2009); *Prete v. Bradbury*, 438 F.3d 949, 954 (9th Cir. 2006).

**IT IS SO ORDERED.**

Dated: August 13, 2014

_____
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
ORDER DENYING MOTION TO INTERVENE