```
Court Name: U.S. District Court, NDCA
Division: 5
Receipt Number: 54611014973
Cashier ID: waltonb
Transaction Date: 08/25/2014
Payer Name: COUNTY PROCESS SERVICE, INC.

NOTICE OF APPEAL/DOCKETING FEE
 For: Brad Greenspan
 Case/Party: D-CAN-5-11-CV-002509-001
 Amount:         $505.00

PAPER CHECK CONVERSION
 Check/Money Order Num: 11731
 Amt Tendered: $505.00

Total Due:         $505.00
Total Tendered:    $505.00
Change Amt:        $0.00

LHK

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Name: BRAD GREENSPAN
Address: 2995 WOODSIDERD. SUITE 400
City, State, Zip: WOODSIDE CA 94062
Phone:
Fax: 408 796 5373
E-Mail:

☐ FPD  ☐ Appointed  ☐ CJA  ☒ Pro Per  ☐ Retained

FILED
AUG 07 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

b/a
no fee

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

IN RE: HIGH-TECH Employee
  PLAINTIFF(S)
  v.
Google et al
  DEFENDANT(S)

CASE NUMBER: 5:11-CV-02509 LHK

NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that BRAD GREENSPAN (Name of Appellant) hereby appeals to the United States Court of Appeals for the Ninth Circuit from:

**Criminal Matter**
☐ Conviction only [F.R.Cr.P. 32(j)(1)(A)]
☐ Conviction and Sentence
☐ Sentence Only (18 U.S.C. 3742)
☐ Pursuant to F.R.Cr.P. 32(j)(2)
☐ Interlocutory Appeals
☐ Sentence imposed.

☐ Bail status:

**Civil Matter**
☒ Order (specify):
☐ Judgment (specify):
☐ Other (specify):

Imposed or Filed on 7/8/2014. Entered on the docket in this action on 7/8/2014

A copy of said judgment or order is attached hereto.

Date: 8/7/2014

Signature: [signed]
☒ Appellant ProSe   ☐ Counsel for Appellant   ☐ Deputy Clerk

Note: The Notice of Appeal shall contain the names of all parties to the judgment or order and the names and addresses of the attorneys for each party. Also, if not electronically filed in a criminal case, the Clerk shall be furnished a sufficient number of copies of the Notice of Appeal to permit prompt compliance with the service requirements of FRAP 3(d).