KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA SESSIONS - # 270914
jsessions@kvn.com
CODY S. HARRIS - # 255302
charris@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 5:11-cv-2509-LHK<br><br>**DEFENDANTS' SUPPLEMENTAL CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: September 10, 2014<br>Time: 2:00 pm<br>Courtroom: 8, 4th Floor<br>Judge: The Honorable Lucy H. Koh |

Defendants Adobe Systems, Incorporated, Apple Inc., Google Inc., and Intel Corporation submit this supplemental case management conference statement in advance of the September 10, 2014, Case Management Conference to advise the Court of the following developments sincethe September 3 case management conference statement was filed:

On September 4, 2014, Defendants filed a Petition for Writ of Mandamus with the United States Court of Appeals for the Ninth Circuit, seeking a writ of mandamus directing the Court (1) to vacate its order denying preliminary approval of the $324.5 million settlement and (2) to enter an order granting preliminary approval.

Defendants respectfully request that the Court wait to resolve outstanding motions until the Court of Appeals has rendered a decision on the petition. Defendants do not believe that the pendency of the petition should affect the pretrial or trial dates in this case proposed by the Court in its Order of September 4, 2014 (and pursuant to that Order, the parties will file a joint statement on September 8, 2014 addressing the proposed trial schedule). Defendants understand that Plaintiffs oppose this request.

Respectfully submitted,

Dated: September 4, 2014                KEKER & VAN NEST LLP

                              By:   /s/ *Robert A. Van Nest*
                                    Robert A. Van Nest

                                    Daniel Purcell
                                    Eugene M. Paige
                                    Justina Sessions
                                    Cody S. Harris
                                    633 Battery Street
                                    San Francisco, CA  94111
                                    Telephone:  (415) 391-5400
                                    Facsimile:  (415) 397-7188

                                    *Attorneys for Defendant GOOGLE INC.*

| | | |
|---|---|---|
| Dated: September 4, 2014 | | MAYER BROWN LLP |

By: /s/ *Lee H. Rubin*
Lee H. Rubin

Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated: September 4, 2014                    O'MELVENY & MYERS LLP

By: /s/ *Michael F. Tubach*
Michael F. Tubach

George Riley
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys For Defendant APPLE INC.*

Dated: September 4, 2014                    JONES DAY

By: /s/ *David C. Kiernan*
David C. Kiernan

Robert A. Mittelstaedt
Lin W. Kahn
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INCORPORATED*

| | |
|---|---|
| Dated: September 4, 2014 | MUNGER TOLLES & OLSON LLP |

By: */s/ Gregory P. Stone*
Gregory P. Stone

Bradley S. Phillips
Steven M. Perry
Bethany W. Kristovich
355 South Grand Avenue, 35th Floor
Los Angles, CA  90071-1560
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant INTEL CORPORATION*

**ATTESTATION**: The filer attests that concurrence in the filing of this document has been obtained from all signatories.