**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | ) | |
|---|---|---|
| | ) | Case No.: 11-CV-02509-LHK |
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | ) ) ) | NOTICE OF CORRESPONDENCE TO THE COURT |
| | ) | |
| | ) | |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) ) | |
| **ALL ACTIONS** | ) ) | |
| | ) | |

The Court files for the record the attached correspondence received by the Court's Courtroom Deputy. The Court will periodically file all correspondence it receives.

**IT IS SO ORDERED.**

Dated: September 5, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
NOTICE OF CORRESPONDENCE TO THE COURT

# Exhibit A

**From:** Meredith Goldsmith <mjgoldsmith@gmail.com>
**To:** lhkcrd@cand.uscourts.gov

**Date:** Saturday, August 09, 2014 10:22AM
**Subject:** Fwd: Thank you for silicon valley hiring case

History: ➧ This message has been forwarded.

Please forward, thanks.
---------- Forwarded message ----------

> Dear Judge Koh,
> Thank you for your recent rejection of the class action settlement in the silicon valley hiring collusion case.
> It was the right thing to do.
> I actually would like to see this get to trial, and I'm both an employee of Google and a shareholder.
> We need the real story out. It was wrong and shouldn't happen again.
> Real choices and opportunities were taken away from these employees due to lack of recruiting among the companies.
> No amount of money can fix that now.
> Meredith
>
> ------
> from my phone

# Exhibit B

**From:** &lt;JAL@levincap.com&gt;
**To:** &lt;lhkcrd@cand.uscourts.gov&gt;

**Date:** Thursday, August 14, 2014 05:20AM
**Subject:** Message from John Levin

History: ➡ This message has been forwarded.

---

Hon. Lucy Koh,

I hope all is well.

I noted with great interest and approval your settlement rejection decision. I have complimented other judges who rejected settlements.

Earlier this year, I spoke to a small group at a law school and one of the points was that, as part of any settlement, the implicated executives should have to take a "time out" from managerial responsibilities. Of course, if in this case that meant Steve Jobs, that would have been bad for America.

My view is the rich settle for money while the poor go to jail.

Regards,

John

Levin Capital Strategies, LP
595 Madison Avenue
17th Floor
New York, NY 10022
T (212) 259-0810
F (212) 259-0808

---

The information contained in this electronic message and any attachments to this message are intended for the exclusive use of the addressee(s) and may contain confidential or privileged information. If the reader of the message is not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any dissemination or use of the information contained in this communication is strictly prohibited and maybe illegal. Levin Capital Strategies, L.P. and its affiliates reserve the right to monitor, review, and archive the content of all E-mail messages sent and/or received by any of its employees. If you received this email in error, please E-mail the sender or call Levin Capital Strategies, L.P. at (212) 259-0800.