Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No.  277826)
Andrew Purdy (State Bar No. 261912)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 500.6803

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**CLASS COUNSEL AND NON-SETTLING DEFENDANTS' JOINT REPORT REGARDING TRIAL DATE**<br><br>Date:         September 10, 2014<br>Time:        2:00 p.m.<br>Courtroom: 8, 4th Floor<br>Judge:       The Honorable Lucy H. Koh |

1    Pursuant to the Court's September 4, 2014 Order (Dkt. 982), the parties provide the
2 following joint statement.
3    The parties have met and conferred regarding the Court's proposed trial schedules.  Due to
4 scheduling conflicts among various lead counsel for Plaintiffs and Defendants with both the
5 January 12, 2015 and March 9, 2015 trial dates, Plaintiffs and Defendants jointly propose that the
6 trial be scheduled to begin on April 9, 2015 at 9:00 a.m., with the pretrial conference to be held
7 either approximately one month before trial, or on December 19, 2014.

9  Dated:  September 8, 2014         LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                     By:      */s/ Kelly M. Dermody*
                                              Kelly M. Dermody

                                     Richard M. Heimann (State Bar No. 63607)
                                     Kelly M. Dermody (State Bar No. 171716)
                                     Brendan Glackin (State Bar No. 199643)
                                     Dean Harvey (State Bar No. 250298)
                                     Anne B. Shaver (State Bar No. 255928)
                                     275 Battery Street, 29th Floor
                                     San Francisco, California  94111-3339
                                     Telephone:  415.956.1000
                                     Facsimile:  415.956.1008

                                     *Co-Lead Class Counsel*

18 Dated:  September 8, 2014         JOSEPH SAVERI LAW FIRM

                                     By:      */s/ Joseph R. Saveri*
                                              Joseph R. Saveri

                                     Joseph R. Saveri (State Bar No. 130064)
                                     James Dallal (State Bar No. 277826)
                                     Andrew Purdy (State Bar No. 261912)
                                     JOSEPH SAVERI LAW FIRM, INC.
                                     255 California, Suite 450
                                     San Francisco, CA 94111
                                     Telephone:  415. 500.6800
                                     Facsimile:   415. 500.6803

                                     *Co-Lead Class Counsel*

| | | |
|---|---|---|
| 1 | Dated:  September 8, 2014 | O'MELVENY & MYERS LLP |
| 2 | | By:   */s/ Michael F. Tubach* |
| 3 | | Michael F. Tubach |
| 4 | | George Riley<br>Michael F. Tubach |
| 5 | | Christina J. Brown<br>O'MELVENY & MYERS LLP |
| 6 | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 |
| 7 | | griley@omm.com<br>mtubach@omm.com |
| 8 | | cjbrown@omm.com<br>Tel.: (415) 984-8700 |
| 9 | | Fax: (415) 984-8701 |
| 10 | | *Attorneys for Defendant APPLE INC.* |
| 11 | Dated:  September 8, 2014 | MUNGER, TOLLES & OLSON LLP |
| 12 | | By:   */s/ Gregory P. Stone* |
| 13 | | Gregory P. Stone |
| 14 | | Gregory P. Stone<br>Bradley S. Phillips |
| 15 | | Gregory M. Sergi<br>John P. Mittelbach |
| 16 | | MUNGER, TOLLES & OLSON LLP<br>355 South Grand Avenue, 35th Floor |
| 17 | | gregory.stone@mto.com<br>brad.phillips@mto.com |
| 18 | | gregory.sergi@mto.com<br>john.mittelbach@mto.com |
| 19 | | Los Angeles, California 90071-1560<br>Telephone: (213) 683-9100 |
| 20 | | Facsimile: (213) 687-3702 |
| 21 | | *Attorneys for Defendant INTEL CORPORATION* |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  September 8, 2014 | JONES DAY |
| 2 | | By:    */s/ David C. Kiernan* |
| 3 | |       David C. Kiernan |

Robert A. Mittelstaedt
David Kiernan
Lin W. Kahn
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
ramittelstaedt@jonesday.com
dkiernan@jonesday.com
linkahn@jonesday.com
Tel.: (415) 626-3939
Fax: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

Dated:  September 8, 2014     KEKER & VAN NEST

By:    */s/ Robert Addy Van Nest*
      Robert Addy Van Nest

Robert Addy Van Nest
Eugene M. Paige
Daniel Purcell
Justina Sessions
KEKER & VAN NEST
633 Battery Street
San Francisco, CA 94111-1809
rvannest@kvn.com
epaige@kvn.com
dpurcell@kvn.com
jsessions@kvn.com
Tel.: (415) 391-5400
Fax: (415) 397-7188

*Attorneys for Defendant GOOGLE INC.*

| | | |
|---|---|---|
| 1 | Dated: September 8, 2014 | MAYER BROWN LLP |
| 2 | | By:   */s/ Lee H. Rubin* |
| 3 | | Lee H. Rubin |

Lee H. Rubin
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
lrubin@mayerbrown.com
wjohnson@mayerbrown.com
Tel.: (650) 331-2000
Fax: (650) 331-2060

Kristen A. Rowse
MAYER BROWN LLP
350 South Grand Avenue, 25th Floor
Los Angeles, CA 90071-2112
krowse@mayerbrown.com
Tel.: (213) 229 5137
Fax: (213) 576 8139

*Attorneys for Defendant GOOGLE INC.*

**ATTESTATION**: Pursuant to General Order 45, Part X-B, the filer attests that concurrence in the filing of this document has been obtained from all signatories.