UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

|  |  |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>CASE MANAGEMENT ORDER |

In light of the parties' September 3, 2014 joint case management statement (ECF No. 981) and September 8, 2014 joint report regarding trial date (ECF No. 985), the Court rules as follows:

The Court sets the following schedule:

PRETRIAL CONFERENCE: December 19, 2014, at 1:30 p.m. The Court will hold a hearing on any outstanding motions.

JURY TRIAL: April 9, 2015, at 9 a.m. The trial length is estimated to be 17 days.

As previously noted (ECF No. 982), regarding outstanding motions, the following motions that were previously denied without prejudice, pending preliminary approval of the proposed settlement, are hereby renewed:

(1) Plaintiffs' Motion to Exclude Defendants' Experts (ECF No. 565);

(2) Defendants' Motion to Exclude Expert Testimony by Dr. Marx (ECF No. 559);

(3) Plaintiffs' Motion to Compel (ECF No. 789);

(4) Plaintiffs' Motion for Application of the Per Se Standard (ECF No. 830);

(5) Defendants' Motions in Limine (ECF No. 855)

Plaintiffs shall file their reply in support of their Motion for Application of the Per Se Standard by September 12, 2014. Plaintiffs may file a supplemental brief of no more than three pages regarding their Motion to Compel by September 19, 2014.

Regarding business record disputes, the parties shall file their Joint Statement Regarding Business Record Disputes by 30 days prior to the pretrial conference.

Regarding the parties' dispute about witness lists, the parties shall meet and confer to reduce the number of trial witnesses. The parties shall exchange revised lists of trial witnesses, identifying witnesses that each party expects to call and witnesses that each party may call, by 30 days prior to the pretrial conference. The parties shall file amended witness lists by 14 days before the pretrial conference.

Defendants' request to stay resolution of all outstanding motions (ECF No. 983) is DENIED.

The case management conference set for September 10, 2014 is hereby CONTINUED to November 19, 2014 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: September 8, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

2

Case No.: 11-CV-02509-LHK
CASE MANAGEMENT ORDER