1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST (SBN 84065)
2  rvannest@kvn.com
   DANIEL PURCELL (SBN 191424)
3  dpurcell@kvn.com
   EUGENE M. PAIGE (SBN 202849)
4  epaige@kvn.com
   JUSTINA SESSIONS (SBN 270914)
5  jsessions@kvn.com
   CODY S. HARRIS (SBN 255302)
6  charris@kvn.com
   635 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:    (415) 391-5400
8  Facsimile:    (415) 397-7188

9  Attorneys for Defendant
   GOOGLE INC.
10
   [additional counsel listed on signature pages]
11

12                  UNITED STATES DISTRICT COURT

13               NORTHERN DISTRICT OF CALIFORNIA

14                       SAN JOSE DIVISION

15

16  IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
    ANTITRUST LITIGATION
17                                     **DEFENDANTS' ADMINISTRATIVE
                                       MOTION PURSUANT TO CIVIL L.R. 7-
18  THIS DOCUMENT RELATES TO:          11 FOR LEAVE TO FILE
                                       SUPPLEMENTAL BRIEF IN
19                                     CONNECTION WITH PLAINTIFFS'
    ALL ACTIONS                        MOTION FOR APPLICATION OF THE
20                                     PER SE STANDARD**

21

22                                     Judge:   Hon. Lucy H. Koh

23

24

25

26

27

28

                                                        11-CV-2509-LHK

1    Defendants Google Inc. ("Google"), Apple Inc. ("Apple"), Adobe Systems Inc.

2  ("Adobe") and Intel Corporation ("Intel") seek leave pursuant to Local Rule 7-11 to file a

3  supplemental brief in connection with plaintiffs' motion for application of the *per se* standard.

4  Defendants make this request principally because plaintiffs' reply brief (ECF No. 988) places

5  heavy reliance on this Court's August 8, 2014 Order Denying Plaintiffs' Motion for

6  Preliminary Approval of Settlements with Adobe, Apple, Google and Intel (ECF. No. 974)

7  (hereinafter "Settlement Order").  Indeed, plaintiffs contend that because this Court

8  supposedly "has now found" in the Settlement Order that there is no evidence linking the

9  alleged do-not-cold-call agreements between the defendants to any collaborative activity, the

10 Court may and should "condemn" all of those alleged agreements as *per se* illegal in advance

11 of trial.  Reply at 10:1-15 (ECF No. 988).

12    The initial briefing on this motion occurred in April 2014.  As a consequence,

13 defendants have not had the opportunity to address the Settlement Order in connection with

14 this motion.  Fundamental fairness requires that defendants have that opportunity, especially

15 since plaintiffs' reliance upon the Settlement Order is in direct conflict with controlling Ninth

16 Circuit authority, as set out in the attached supplemental brief.  Supp. Br. at 1-3, citing

17 *Officers for Justice v. Civil Service Commission of San Francisco*, 688 F.2d 615, 625 (9th Cir.

18 1982).  In addition, and as set forth in the supplemental brief, defendants *do* have substantial

19 documentary evidence and testimony that they will introduce at trial to establish that the

20 challenged bilateral agreements were in furtherance of, and facilitated, collaborative

21 relationships between various defendants.  Supp. Br. at 3-8 and n.5.  This evidence is highly

22 relevant not just to the procompetitive nature of the bilateral agreements, but to such issues as

23 whether the individual agreements that plaintiffs claim were part of an overarching conspiracy

24 were, in fact, in each defendant's individual self-interest.  *See In re Citric Acid Antitrust Litig.*,

25 191 F.3d 1090, 1100 (9th Cir. 1999) (holding that conduct that could be "interpreted as a

26 decision in [defendant's] own independent self-interest" did not support inference of

27 conspiracy).

28

-1-                                                      11-CV-2509-LHK

1    Defendants also seek leave to address in the supplemental brief plaintiffs' effort in their

2 reply brief to transform the pre-trial briefing on the *per se* standard into a motion for summary

3 adjudication of claims and defenses, in violation of Federal Rule of Civil Procedure 56 and

4 this Court's scheduling orders.  At the March 27, 2014 case management conference, the

5 Court stated that "I would think that the burden on this [issue of the proper standard] would be

6 on the plaintiff, isn't it," and thus awarded plaintiffs an opening and reply brief (and ten more

7 total pages than defendants).  Mar. 27, 2014 Hrg. Tr. at 21:23-22:3.  Plaintiffs' counsel did not

8 disagree with the Court's position.  Indeed, the Court correctly placed the burden on plaintiffs,

9 as defendants explained in their opening brief.  (ECF No. 887 at 4:16-5:11, *citing, inter alia,*

10 *California ex rel. Harris v. Safeway, Inc.*, 651 F.3d 1118, 1133 (9th Cir. 2011) (*en banc*).

11    However, instead of acknowledging their burden and showing how they have

12 supposedly met it, plaintiffs assert in their reply brief that it was *defendants*' burden to come

13 forward, prior to trial and in the absence of a timely Rule 56 motion, with evidence that

14 establishes the connection between defendants' joint activities and their bilateral "do-not-cold-

15 call" agreements.  Reply at 10:1-12.  As set out in the attached supplemental brief, plaintiffs

16 cannot treat this motion as a Rule 56 motion because the deadline for such motions has passed,

17 and motions *in limine* cannot "serve as a substitute for summary judgment motions."  *Butler v.*

18 *Homeservices Lending LLC*, 2013 WL 6196545 at *2 (S.D. Cal. Nov. 27, 2013).  Moreover,

19 as noted above and as set forth in the supplemental brief, there is evidence in the record, and

20 there will be additional evidence at trial, that will establish that the alleged do-not-cold-call

21 agreements facilitated collaborative activities and "contribute[d] to the[ir] success" and were

22 therefore pro-competitive.  *Princo Corp. v. Int'l Trade Comm'n*, 616 F.3d 1318, 1336 (Fed.

23 Cir. 2010) (*en banc*).

24    For these reasons, defendants respectfully request leave to file the attached

25 Supplemental Brief in Connection with Plaintiffs' Motion for Application of the Per Se

26 Standard.

27

28

DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN
CONNECTION WITH PLAINTIFFS' MOTION FOR APPLICATION OF THE PER SE STANDARD

1  DATED:   September 18, 2014          KEKER & VAN NEST LLP

2

3                                       By:  */s/ Robert A. Van Nest*
                                             Robert A. Van Nest

4
                                             Daniel Purcell
5                                            Eugene M. Paige
                                             Justina Sessions
6                                            Cody S. Harris
                                             633 Battery Street
7                                            San Francisco, CA  94111
                                             Telephone:  (415) 391-5400
8                                            Facsimile:   (415) 397-7188

9                                       Attorneys for Defendant
                                        GOOGLE INC.
10

11 DATED:   September 18, 2014          MAYER BROWN LLP

12

13                                      By:  */s/ Lee H. Rubin*
                                             Lee H. Rubin

14
                                             Edward D. Johnson
15                                           Donald M. Falk
                                             Two Palo Alto Square
16                                           3000 E. Camino Real, Suite 300
                                             Palo Alto, CA  94306-2112
17                                           Telephone:  (650) 331-2057
                                             Facsimile:   (650) 331-4557
18
                                        Attorneys for Defendant
19                                      GOOGLE INC.

20

21

22

23

24

25

26

27

28

DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN
CONNECTION WITH PLAINTIFFS' MOTION FOR APPLICATION OF THE PER SE STANDARD

1   DATED:   September 18, 2014          O'MELVENY & MYERS LLP

2

3                                        By:   */s/ Michael F. Tubach*
                                               Michael F. Tubach

4
                                               George Riley
5                                              Christina J. Brown
                                               Two Embarcadero Center, 28th Floor
6                                              San Francisco, CA  94111
                                               Telephone:  (415) 984-8700
7                                              Facsimile:   (415) 984-8701

8                                        Attorneys for Defendant
                                         APPLE INC.
9

10
    DATED:   September 18, 2014          JONES DAY
11

12                                       By:   */s/ David C. Kiernan*
                                               David C. Kiernan
13

14                                             Robert A. Mittelstaedt
                                               Lin W. Kahn
15                                             555 California Street, 26th Floor
                                               San Francisco, CA  94114
16                                             Telephone:  (415) 626-3939
                                               Facsimile:   (415) 875-5700
17
                                         Attorneys for Defendant
18                                       ADOBE SYSTEMS, INC.

19
    DATED:   September 18, 2014          MUNGER, TOLLES & OLSON LLP
20

21                                       By:   */s/ Gregory P. Stone*
                                               Gregory P. Stone
22

23                                             Bradley S. Phillips
                                               Steven M. Perry
24                                             Bethany W. Kristovich
                                               355 South Grand Avenue, 35th Floor
25                                             Los Angeles, CA  90071-1560
                                               Telephone:  (213) 683-9100
26                                             Facsimile:   (213) 687-3702

27                                       Attorneys for Defendant
                                         INTEL CORPORATION
28

                                    -4-                        11-CV-2509-LHK

1   **ATTESTATION**: The filer attests that concurrence in the filing of this document has been

2   obtained from all signatories.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN
CONNECTION WITH PLAINTIFFS' MOTION FOR APPLICATION OF THE PER SE STANDARD