# ATTACHMENT C

MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:   (650) 331-2061

*Attorneys for Defendant
Google Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO: ALL ACTIONS | **DECLARATION OF LEE H. RUBIN IN SUPPORT OF DEFENDANTS' SUPPLEMENTAL BRIEF IN CONNECTION WITH PLAINTIFFS' MOTION FOR APPLICATION OF THE PER SE STANDARD** |

I, Lee H. Rubin, declare as follows:

1. I am an attorney with the law firm of Mayer Brown LLP, counsel for Defendant Google, Inc. ("Google") in the above-captioned matter. I am admitted to practice law before this Court. I submit this declaration in support of Defendants' Supplemental Brief in Connection with Plaintiffs' Motion for Application of the Per Se Standard that is being filed concurrently herewith. As an attorney involved in the defense of this action, unless otherwise stated, I have personal knowledge of the facts stated in this declaration and if called as a witness, I could and would competently testify to them.

1    2.    Attached hereto as Exhibit 1 is a true and correct copy of the document produced
2 by Google with Bates number GOOG-HIGH-TECH-00023299.
3    3.    Attached hereto as Exhibit 2 is a true and correct copy of the document produced
4 by Google with Bates number GOOG-HIGH-TECH-00058557.
5    4.    Attached hereto as Exhibit 3 is a true and correct copy of the document produced
6 by Google with Bates number GOOG-HIGH-TECH-00059908.
7        I declare under penalty of perjury under the laws of the United States that the foregoing is
8 true and correct.
9 Executed on September 18, 2014 in Palo Alto, California.    */s/*    *Lee H. Rubin*
                                                                    Lee H. Rubin

# EXHIBIT 1

| | |
|---|---|
| From: | Arnnon Geshuri. |
| To: [ - ] | jennybyrne@google.com; Arnnon Geshuri. |
| Cc: [ - ] | . |
| Bcc: [ - ] | . |
| Subject: | Re: Fwd: Do Not Call List. |
| Sent: | 12/1/2006 12:38 PM. |

Legal does not have to be involved. It is a business decision. Please have Karine remove the companies from the list and repost.

-----Original Message-----
From: jennybyr@google.com
To: Arnnon Geshuri
Sent: Fri Dec 01 12:35:25 2006
Subject: Fwd: Do Not Call List

Arnnon,

We need some guidance on this....

---------- Forwarded message ----------
From: Sarah Ryan <sgryan@google.com <mailto:sgryan@google.com> >
Date: Dec 1, 2006 11:59 AM
Subject: Re: Do Not Call List
To: Karine Karpati <kkarpati@google.com>
Cc: Jenny Byrne < jennybyrne@google.com <mailto:jennybyrne@google.com> >

Just wanted to clarify one point as I was corrected by Jill Hutchital
and Dan Zigmond...

According to Jill, we never actually had an agreement with Invidi. She
and/or Dan asked for their inclusion on the "do not call" list as a
courtesy. They no longer feel this courtesy is necessary as the
relationship has since changed.

At one time, we were in acquisition discussions with Invidi. Even
after the acquisition didn't happen, we were in a technical
partnership for a trial. Invidi is no longer participating in that
trial.

Given this information, is it still necessary to consult Legal to
request removal? And if so, who should present this information to
Legal?

Thanks,

Sarah

On 11/30/06, Karine Karpati <kkarpati@google.com> wrote:
> I think Legal would have to approve removing someone from the list --
> someone like Amy Lambert.
>
>
> On 11/30/06, Sarah Ryan < sgryan@google.com> wrote:
> > Jenny and Karine,
> >
> > I apologize if you've already received this email. I'm sending a new
> > note in case my last email got lost in that long thread we had going.
> >
> > Jenny - Have you been able to make a final determination about
> > Invidi's placement on the Do Not Call list?
> >

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023299

```
> > Karine - What is the procedure for requesting removal of a company
> > from the list? For instance, if the primary Googler involved in
> > creating the agreement with the "do not call" company states that the
> > partnership no longer exists, how can he/she go about having the
> > company removed from the "do not call" list?
> >
> > Thanks,
> >
> > Sarah Ryan
> > Engineering Leadership Recruiting
> > Google, Inc.
> > (650) 253-0012
> > sgryan@google.com
> >
>
>
>
> --
> Karine Karpati
> Staffing Programs Manager
> 1600 Amphitheatre Pkwy
> Mountain View, CA 94043


--
Sarah Ryan
Engineering Leadership Recruiting
Google, Inc.
(650) 253-0012
sgryan@google.com <mailto:sgryan@google.com>


--
Jenny Byrne
Assistant to Arnnon Geshuri
Google Staffing
1550 Plymouth Street
Mountain View, CA 94040
650-253-8880
www.google.com <http://www.google.com>
```

CONFIDENTIAL ATTORNEYS EYES ONLY

GOOG-HIGH TECH-00023300

# EXHIBIT 2

| | |
|---|---|
| **From:** | Kirsten Manning <kirsten@google.com> on behalf of Kirsten Manning |
| **Sent:** | Wednesday, March 30, 2005 4:39 PM |
| **To:** | Arnnon Geshuri |
| **Subject:** | Fwd: Call in numbers for Friday's call |

FYI...

He looks interesting!

Kirsten



Begin forwarded message:

> From: "Patrick Harte" <patrick.harte@asaripartners.com>
> Date: March 30, 2005 11:14:04 AM EST
> To: "Kirsten Manning" <kirsten@google.com>
> Cc: "Karrin Nicol" <KNicol@nvidia.com>
> Subject: RE: Call in numbers for Friday's call
>
> Hi Kirsten - Please find attached the cv of [Redacted]
> [Redacted] at Oracle. Both Karrin and I have spoken with [Redacted] and we
> are excited about his candidacy for this role. As we discussed
> yesterday due to time constraints we will not get an opportunity to
> meet with [Redacted] before you arrive, however, we would recommend that
> you meet with him, [Redacted] is available next Tuesday in London after
> 12pm, please let me know what time will work for you and who [Redacted]
> will be meeting.
>
> Kind Regards
>
> Patrick Harte
> asaripartners
>
> Cell: +44 (0)7748 770811
> Tel:  +44 (0)8701 999210
> Fax: +44 (0)8707 626731
> Mail: patrick.harte@asaripartners.com
> <mailto:patrick.harte@asaripartners.com>
> Web: www.asaripartners.com <http://www.asaripartners.com>
>
> This electronic message contains information from asaripartners
> Limited, which may be confidential. The information is intended to be
> for the use of the individual(s) or entity named above. If you are not
> the intended recipient, be aware that any disclosure, copying,
> distribution or use of the contents of this information is prohibited.
> If you have received this message in error, please notify us by

1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                                      GOOG-HIGH-TECH-00058557

> telephone or e-mail (at the number
> above) immediately. Any views, opinions or advice expressed in this
> electronic message are not necessarily the views, opinions or advice
> of asaripartners Limited. It is the responsibility of the recipient to
> ensure that any attachments are virus free and asaripartners Limited
> bear no responsibility for any loss or damage arising in any way from
> the use thereof. We reserve the right to monitor all e-mail
> communications through our internal and external networks
>
>
>
>
> -----Original Message-----
> From: Kirsten Manning [mailto:kirsten@google.com]
> Sent: 29 March 2005 18:03
> To: Patrick Harte
> Subject: Re: Call in numbers for Friday's call
>
>
> Yes, his email is arnnon@google.com. You can also send it to his admin
> Megan Lee at mmlee@google.com.
>
> Thanks,
> Kirsten
>
>
>
> On Mar 29, 2005, at 11:31 AM, Patrick Harte wrote:
>
>> Hi Kirsten - Do you have an e-mail address for Arnnon so I can send a
>> soft copy?
>>
>> Kind Regards
>>
>> Patrick Harte
>> asaripartners
>>
>> Cell: +44 (0)7748 770811
>> Tel:  +44 (0)8701 999210
>> Fax: +44 (0)8707 626731
>> Mail: patrick.harte@asaripartners.com
>> <mailto:patrick.harte@asaripartners.com>
>> Web: www.asaripartners.com <http://www.asaripartners.com>
>>
>> This electronic message contains information from asaripartners
>> Limited, which may be confidential. The information is intended to be
>> for the use of the individual(s) or entity named above. If you are
>> not the intended recipient, be aware that any disclosure, copying,
>> distribution or use of the contents of this information is
>> prohibited. If you have received this message in error, please notify
>> us by telephone or e-mail (at the number
>> above) immediately. Any views, opinions or advice expressed in this

2

>> electronic message are not necessarily the views, opinions or advice
>> of asaripartners Limited. It is the responsibility of the recipient
>> to ensure that any attachments are virus free and asaripartners
>> Limited bear no responsibility for any loss or damage arising in any
>> way from the use thereof. We reserve the right to monitor all e-mail
>> communications through our internal and external networks
>>
>>
>>
>>
>> -----Original Message-----
>> From: Kirsten Manning [mailto:kirsten@google.com]
>> Sent: 29 March 2005 17:28
>> To: Karrin Nicol; Patrick Harte
>> Cc: 'Arnnon Geshuri'
>> Subject: Re: Call in numbers for Friday's call
>>
>>
>>> Hi Kirsten - small admin query where do we send the invoice for our
>>> retainer  to?
>>
>> Send it to:
>>
>> Arnnon Geshuri
>> Google Inc.
>> 1600 Amphitheatre Parkway
>> Building 47
>> Mountain View, CA  94043
>> phone: 650-623-4000
>>
>> I just spoke with Arnnon about the candidates that you sent us. He
>> said that we should not target anyone from Genentech, Intel, AOL or
>> Apple at this time because of business relationships that we have
>> with them at this time. So sorry to let you know this now but thought
>> that it will rule out some people and allow you to focus on the
>> others.
>>
>> I look forward to speaking with people and meeting people next week.
>> All the best with your search!
>>
>> Thanks again,
>> Kirsten
>>
>> Kirsten Manning | Manager, International Staffing | Google Inc. | New
>> York | 212.994.4893 |
>>
>>
>> _____
>> This email has been scanned by NetIntelligence
>> http://www.netintelligence.com/email
>>
>>

CONFIDENTIAL ATTORNEY'S EYES ONLY

GOOG-HIGH-TECH-00058559

> Kirsten Manning | Manager, International Staffing | Google Inc. | New
> York | 212.994.4893 |
>
>
> _____
> This email has been scanned by NetIntelligence
> http://www.netintelligence.com/email

4

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                    GOOG-HIGH-TECH-00058560

# EXHIBIT 3

| | |
|---|---|
| **From:** | Arnnon Geshuri <arnnon@google.com> on behalf of Arnnon Geshuri |
| **Sent:** | Friday, October 10, 2008 10:55 PM |
| **To:** | Kristin Kassaei |
| **Cc:** | Matthew Papakipos; Henry Bridge |
| **Subject:** | Re: [client3d-tt] Problems running samples and initial feedback |

Historically, we have not added anything to our contracts in regards to a non-solicit.

Instead, we place the name of the firm (or individual employees) on our Do Not Call list and distribute that to the staffing team.  That has taken care of the issue. The staffing team knows not to touch anyone on the list.

On Fri, Oct 10, 2008 at 3:48 PM, Kristin Kassaei <kkassaei@google.com> wrote:
+ Arnnon

Hi Matt, we certainly have agreements of this sort in place with other companies.

Arnnon, to solve for this, can we simply add this company to our Do Not Call list?  Do we need any other special agreement?

Thanks!
Kristin


On Fri, Oct 10, 2008 at 3:44 PM, Matthew Papakipos <papakipos@google.com> wrote:
hi kristen,

we have an outside developer testing our software.
he'd like to put us in touch with some of his engineers,
but wants an anti-poaching agreement in place before we do this
so that we dont hire his employees.
can we do this?
have we done it before?

thanks,

-matt
-----------------
Matthew Papakipos
Engineering Director
Google
mail: papakipos@google.com
admin: benbayer@google.com


---------- Forwarded message ----------
From: **Denis Fung** <FungD@page44.com>
Date: Fri, Oct 10, 2008 at 3:28 PM

1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                                               GOOG-HIGH-TECH-00059908

Subject: RE: [client3d-tt] Problems running samples and initial feedback
To: Matthew Papakipos <papakipos@google.com>
Cc: client3d-tt@google.com


Yes, it was IE. I still have some issues, but it seems like a fresh Flash install is in order.

I understand clarification about javascript. C++ is obviously the prevailing language for most console game developers. I don't know of any development teams (including those at EA, Activision, Sony, etc) that have javascript programming resources at their disposal. It's obviously not the javascript usage itself; leveraging existing codebases that we studios have evolved over the years (that enable us to deliver product with sane cost structures) becomes a real impediment to having interest in developing game content of substantial sophistication.

That being said, client3D makes developing simpler applications, like social networking games driven by advertisement revenue, more enticing to us because we can take advantage of our 3D art and animation resources.

One question: How do I get one of my employees to look at this in conjunction with me? I have staff that could provide more in depth feedback, but being local to Google, and having actually persuaded a hire to join my company over Google, there's a serious possibility of poaching. Is there a non-poaching agreement that could be entered to protect my company's interest that would enable me to loop in select employees?

---

**From:** Matthew Papakipos [mailto:papakipos@google.com]
**Sent:** Friday, October 10, 2008 1:54 PM
**To:** Denis Fung
**Cc:** client3d-tt@google.com
**Subject:** Re: [client3d-tt] Problems running samples and initial feedback

hi denis,

the screen shot didn't come through. could you resend?
i'm guessing you're trying to run in IE.
the version you have does not support IE.
(it's coming soon.)
the version you have should run fine in firefox.

i wanted the clarify:
the version of sw you have runs on javascript (not java).
that said, your comments about language choice still clearly apply.
it sounds like you'd prefer c++.
we appreciate the feedback.

best,

-matt
----------------
Matthew Papakipos
Engineering Director
Google
mail: papakipos@google.com
admin: benbayer@google.com


On Thu, Oct 9, 2008 at 12:53 PM, Denis Fung <FungD@page44.com> wrote:

2

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                      GOOG-HIGH-TECH-00059909

I'm not sure this is the appropriate email address, but I cannot run any of the samples. For the teapot, I get an empty window in the browser window where the output should be. Attached is a screenshot. I suspect that there is an ActiveX restriction. Note that the rest have similar problems with the exception of Prince IO, which gets stuck at the loading screen (after the 2D-presentation is done).

Also, this is just preliminary feedback, but I thought I would pass it along:

- Independent developers don't always have the latest versions of expensive packages like Maya or 3DSMax. It is probably worth supporting older versions of the software to increase the likelihood that you get developers on board. That being said, we have Maya 2008, so this is not a problem for our studio.
- As a developer for console games (Wii, 360, PS2, PSP, and PS3), we don't use Java at all. All our cross platform code runs in C++, so the strategic question for us (ignoring the larger question of financial incentives) is how to difficult is it to bring our content over to the browser world. In general, translating artist-authored content seems straight-forward (we are collada based), but functional code seems more problematic.

Thanks,
Denis Fung
Director of Development
Page 44 Studios, LLC


--~---~----------~---~----~-------------~--------~--~----~
You received this message because you are subscribed to the Google Groups "client3d-tt" group.
To post to this group, send email to client3d-tt@google.com
To unsubscribe from this group, send email to client3d-tt+unsubscribe@google.com
For more options, visit this group at http://groups.google.com/a/google.com/group/client3d-tt?hl=en
-~----------~----~----~----~------~----~------~--~---




--
Kristin Kassaei - Engineering Recruiting - Google - 650-253-6636
code.google.com/codejam

3

CONFIDENTIAL ATTORNEY'S EYES ONLY                                                                                                                GOOG-HIGH-TECH-00059910