# ATTACHMENT D

1  KEKER & VAN NEST LLP
   ROBERT A. VAN NEST - # 84065
2  rvannest@kvn.com
   DANIEL PURCELL - # 191424
3  dpurcell@kvn.com
   EUGENE M. PAIGE - # 202849
4  epaige@kvn.com
   JUSTINA SESSIONS - # 270914
5  jsessions@kvn.com
   CODY S. HARRIS - # 255302
6  charris@kvn.com
   633 Battery Street
7  San Francisco, CA 94111-1809
   Telephone:     415 391 5400
8  Facsimile:     415 397 7188

9  Attorneys for Defendant
   GOOGLE Inc.
10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13                        SAN JOSE

14 | IN RE: HIGH-TECH EMPLOYEE      | Case No. 5:11-cv-2509-LHK
   | ANTITRUST LITIGATION           |
15 |                                | **DECLARATION OF JUSTINA K.**
   |                                | **SESSIONS PURSUANT TO LOCAL RULE**
16 | THIS DOCUMENT RELATES TO:      | **7-11(A)**
17 | ALL ACTIONS                    |

1  I, JUSTINA K. SESSIONS, declare and say that:

2  1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Google Inc. in the above-captioned action. I am duly admitted to practice law before this Court.

2. On September 18, 2014 asked Plaintiffs' counsel whether Plaintiffs would agree to defendants' filing a supplemental brief regarding Plaintiffs' motion for application of the per se standard. Plaintiffs' counsel stated that they do not agree to the filing of a supplemental brief.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on September 18, 2014.

                                    */s/ Justina K. Sessions*  
                                    JUSTINA K. SESSIONS