# ATTACHMENT E

| | |
|---|---|
| 1 | KEKER & VAN NEST LLP |
| | ROBERT A. VAN NEST (SBN 84065) |
| 2 | rvannest@kvn.com |
| | DANIEL PURCELL (SBN 191424) |
| 3 | dpurcell@kvn.com |
| | EUGENE M. PAIGE (SBN 202849) |
| 4 | epaige@kvn.com |
| | JUSTINA SESSIONS (SBN 270914) |
| 5 | jsessions@kvn.com |
| | CODY S. HARRIS (SBN 255302) |
| 6 | charris@kvn.com |
| | 635 Battery Street |
| 7 | San Francisco, CA 94111-1809 |
| | Telephone:   (415) 391-5400 |
| 8 | Facsimile:   (415) 397-7188 |
| 9 | Attorneys for Defendant |
| | GOOGLE INC. |
| 10 | |
| 11 | [additional counsel listed on signature pages] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| 16 | IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| 17 | | **[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN CONNECTION WITH PLAINTIFFS' MOTION FOR APPLICATION OF THE PER SE STANDARD** |
| 18 | THIS DOCUMENT RELATES TO: | |
| 19 | ALL ACTIONS | |
| 22 | | Judge:   Hon. Lucy H. Koh |

11-CV-2509-LHK

[PROPOSED] ORDER GRANTING DEFENDANTS' ADMIN. MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN CONNECTION WITH PLAINTIFFS' MOTION FOR APPLICATION OF THE PER SE STANDARD

1   This matter is before the Court on Defendants' Administrative Motion Pursuant to
2   Civil L.R. 7-11for Leave to File Supplemental Brief in Connection with Plaintiffs' Motion for
3   Application of the Per Se Standard, filed in this matter on September 18, 2014.  Defendants
4   seek to file a 9-page supplemental brief in connection with a pre-trial motion in this case
5   relating to the possible application of the *per se* standard to their allegedly anticompetitive
6   conduct.  Pursuant to Local Rule 7-11, this Court finds that the defendants have shown
7   sufficient good cause to allow the filing of the Supplemental Brief in Connection with
8   Plaintiffs' Motion for Application of the Per Se Standard that was attached to their motion for
9   leave.
10       As previously ordered, the Court will hear argument on the plaintiffs' motion on
11  December 19, 2014, at 2:00 p.m.
12       IT IS SO ORDERED.

14  DATED: _____, 2014         _____
                                        HON. LUCY H. KOH
15                                      United States District Judge