FILED

SEP 22 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| In re: ADOBE SYSTEMS, INC.; et al. | No. 14-72745 |
|---|---|
| ADOBE SYSTEMS, INC.; et al., <br><br> Petitioners, <br><br> v. <br><br> UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE, <br><br> Respondent, <br><br> SIDDHARTH HARIHARAN; et al., <br><br> Real Parties in Interest. | D.C. No. 5:11-cv-02509-LHK <br> Northern District of California, San Jose <br><br> ORDER |

Before: TALLMAN and NGUYEN, Circuit Judges.

This petition for a writ of mandamus raises issues that warrant a response. *See* Fed. R. App. P. 21(b). Accordingly, within 21 days after the date of this order, the real parties in interest shall file a response.

The district court, within 21 days after the date of this order, may file a response if it so desires. Petitioners may file a reply within 10 days after service of

LSC/MOATT

the response(s). The petition, response(s) and any reply are referred to a merits panel for oral argument. Upon completion of briefing, the Clerk shall place this petition for writ of mandamus on the next available calendar.

The Clerk shall serve this order on the district court and District Judge Lucy Koh.