MARC M. SELTZER (54534)
mseltzer@susmangodfrey.com
STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Phone: (310) 789-3100
Fax: (310) 789-3150

MATTHEW R. BERRY (*pro hac vice* to be filed)
mberry@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Phone: (206) 516-3880
Fax: (206) 516-3883

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiff)

Attorneys for Plaintiff Georgia Cano individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: High-Tech Employee Antitrust Litigation<br><br>This document relates to:<br>     ALL ACTIONS | Master Docket No. 11-cv-2509-LHK |
| GEORGIA CANO, individually and on behalf of all others similarly situated,<br>                    Plaintiff,<br>v.<br><br>PIXAR; DREAMWORKS ANIMATION SKG, INC., LUCASFILM LTD.; THE WALT DISNEY COMPANY; DIGITAL DOMAIN 3.0 INC.; IMAGEMOVERS LLC; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION INC.; SONY PICTURES IMAGEWORKS INC.; BLUE SKY STUDIOS, INC; and DOES 1 through 100,<br>                    Defendants. | Case No: 14-cv-4203-PSG<br><br>**DECLARATION OF MATTHEW R. BERRY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1    I, Matthew R. Berry, declare as follows:

2    1.   I am a partner with law firm Susman Godfrey LLP, counsel for Plaintiff.  I have
3    personal and first-hand knowledge of the facts set forth in this declaration and could and would
4    competently testify thereto under oath if called upon to do so.

5    2.   This declaration is submitted in accordance with Local Rule 7-11(a) to explain that
6    a stipulation could not be submitted with Plaintiff's Administrative Motion to Consider Whether
7    Cases Should Be Related because opposing counsel has not yet entered a notice of appearance in
8    this action.

9    Under the laws of the State of California and the United States of America, I declare that
10   the foregoing is true and correct.

11   Executed this 25th day of September, 2014, Seattle, Washington.

   */s/ Matthew R. Berry*
   MATTHEW R. BERRY

1 **PROOF OF SERVICE**

2     I, the undersigned, declare:

3     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

5     On September 25, 2014, I served the foregoing document(s) described as follows:

6 **DECLARATION OF MATTHEW R. BERRY IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED**

8 on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

9     **See attached Service List**

10   __X__   BY MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

14   _____   BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee.

16   _____   BY FEDERAL EXPRESS OR OVERNIGHT COURIER

17   _____   BY FAX
I served by facsimile as indicated on the attached service list.

18   _____   BY ELECTRONIC MAIL
I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

20     Executed on September 25, 2014, at Los Angeles, California

21   __X__   (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

23

  __Helen Danielson__                                       /s/ Helen Danielson
24     (Type or Print Name)                                        (Signature)

# SERVICE LIST

*In re High-Tech Employee Antitrust Litigation*, No. 11-cv-2509
All parties in *In re High-Tech*, served via ECF

Defendants in the *Cano v. Pixar, et al.*, Case No. 14-cv-04203 served via U.S. Mail

| | |
|---|---|
| PIXAR<br>1200 Park Avenue<br>Emeryville, California 94608 | DREAMWORKS ANIMATION SKG, INC.<br>1000 Flower Street<br>Glendale, CA 91201 |
| LUCASFILM LTD<br>1110 Gorgas Avenue<br>San Francisco, California 94129 | THE WALT DISNEY COMPANY<br>500 South Buena Vista Street<br>Burbank, California 91505 |
| DIGITAL DOMAIN 3.0, INC.<br>300 Rose Avenue<br>Venice, CA 90291 | IMAGEMOVERS, LLC<br>1880 Century Park East, Suite 1600<br>Los Angeles, CA 90067 |
| IMAGEMOVERS DIGITAL<br>P.O. Box 10428<br>San Rafael, California 94912 | SONY PICTURES ANIMATION, INC.<br>10202 W. Washington Blvd.<br>Culver City, CA 90232 |
| SONY PICTURES IMAGEWORKS, INC.<br>10202 W. Washington Blvd.<br>Culver City, CA 90232 | BLUE SKY STUDIOS, INC<br>10201 W. Pico Blvd.<br>Los Angeles, CA 90035 |

*Nitsch v. DreamWorks Animation SKG, Inc., et al.*, Case No. 3:14-cv 04062
Attorneys for Representative Plaintiff Robert A. Nitsch, Jr. served via U.S. Mail

| | |
|---|---|
| Daniel A. Small<br>Brent W. Johnson<br>Jeffrey B. Dubner<br>COHEN MILSTEIN SELLERS<br> & TOLL PLLC<br>1100 New York Avenue NW, Suite 500<br>Washington, DC 20005<br>Tel.: (202) 408-4600<br>Email: kpierson@cohenmilstein.com<br>bjohnson@cohenmilstein.com<br>jdubner@cohenmilstein.com | George Farah<br>Matthew Ruan<br>COHEN MILSTEIN SELLERS<br> & TOLL PLLC<br>88 Pine Street<br>14th Floor<br>New York, NY 10005<br>Tel.: (212) 838-7797<br>Email: gfarah@cohenmilstein.com<br>mruan@cohenmilstein.com |
| Bruce Spiva<br>THE SPIVA LAW FIRM PLLC<br>1776 Massachusetts Avenue NW<br>Suite 601<br>Washington, DC 20036<br>Tel.: (202) 785-0601<br>Email: bspiva@spivafirm.com | Richard L. Grossman<br>PILLSBURY & COLEMAN LLP<br>600 Montgomery Street<br>Suite 3100<br>San Francisco, CA 94111<br>Tel.: (415) 433-8000<br>Email: rgrossman@pillsburycoleman.com |