1   MARC M. SELTZER (54534)
    mseltzer@susmangodfrey.com
2   STEVEN G. SKLAVER (237612)
    ssklaver@susmangodfrey.com
3   KALPANA SRINIVASAN (237460)
    ksrinivasan@susmangodfrey.com
4   SUSMAN GODFREY L.L.P.
    1901 Avenue of the Stars, Suite 950
5   Los Angeles, CA 90067-6029
    Phone: (310) 789-3100
6   Fax: (310) 789-3150

7   MATTHEW R. BERRY (*pro hac vice* to be filed)
    mberry@susmangodfrey.com
8   SUSMAN GODFREY L.L.P.
    1201 Third Avenue, Suite 3800
9   Seattle, WA 98101
    Phone:  (206) 516-3880
10  Fax: (206) 516-3883

11  (See Signature Page for Names and Addresses of
    Additional Counsel for Plaintiff)
12
13  Attorneys for Plaintiff Georgia Cano individually and
    on behalf of all others similarly situated

14                      **UNITED STATES DISTRICT COURT**

15                      **NORTHERN DISTRICT OF CALIFORNIA**

16                              **SAN JOSE DIVISION**

| | |
|---|---|
| In re: High-Tech Employee Antitrust Litigation | Master Docket No. 11-cv-2509-LHK |
| This document relates to:<br>    ALL ACTIONS | |
| GEORGIA CANO, individually and on behalf of all others similarly situated,<br><br>                          Plaintiff,<br>v.<br><br>PIXAR; DREAMWORKS ANIMATION SKG, INC., LUCASFILM LTD.; THE WALT DISNEY COMPANY; DIGITAL DOMAIN 3.0 INC.; IMAGEMOVERS LLC; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION INC.; SONY PICTURES IMAGEWORKS INC.; BLUE SKY STUDIOS, INC; and DOES 1 through 100,<br><br>                          Defendants. | Case No: 14-cv-4203-PSG<br><br><br>**PROPOSED RELATED CASE ORDER** |

17
18
19
20
21
22
23
24
25
26
27
28

A Motion for Administrative Relief to Consider Whether Cases Should be Related has been filed. The time for filing an opposition or statement of support has passed.  As the judge assigned to *In re: High-Tech Employee Antitrust Litigation*, 11-cv-2509 (which is the earliest filed case), I find that the more recently filed case of *Cano v. Pixar et al.*, Case No. 14-cv-4203 is related to the case assigned to me, and such case shall be reassigned to me.

ORDER

Counsel are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and report required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

Dated: _____          _____

Judge Lucy H. Koh

1

Proposed Related Case Order
Case No. 14-cv-4203

1

## **PROOF OF SERVICE**

2

I, the undersigned, declare:

3

I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 950, Los Angeles, California 90067-6029.

4

5

On September 25, 2014, I served the foregoing document(s) described as follows:

6

**PROPOSED RELATED CASE ORDER**

7

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, as follows:

8

**See attached Service List**

9

__X__   BY MAIL:

10

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

11

12

13

_____   BY PERSONAL SERVICE:

14

I caused to be delivered such envelope by hand to the offices of the addressee.

15

_____   BY FEDERAL EXPRESS OR OVERNIGHT COURIER

16

_____   BY FAX

I served by facsimile as indicated on the attached service list.

17

_____   BY ELECTRONIC MAIL

18

I caused said documents to be prepared in portable document format (PDF) for e-mailing and served by electronic mail as indicated on the attached service list.

19

20

Executed on September 25, 2014, at Los Angeles, California

__X__   (Federal)  I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

21

22

23

__Helen Danielson_____        _Helen Danielson_____
(Type or Print Name)                                      (Signature)

24

25

26

27

28

2

1

**SERVICE LIST**

2

*In re High-Tech Employee Antitrust Litigation*, No. 11-cv-2509
All parties in *In re High-Tech*, served via ECF

3

4

| Defendants in the *Cano v. Pixar, et al.*, Case No. 14-cv-04203 served via U.S. Mail | |
|---|---|
| PIXAR<br>1200 Park Avenue<br>Emeryville, California 94608 | DREAMWORKS ANIMATION SKG, INC.<br>1000 Flower Street<br>Glendale, CA 91201 |
| LUCASFILM LTD<br>1110 Gorgas Avenue<br>San Francisco, California 94129 | THE WALT DISNEY COMPANY<br>500 South Buena Vista Street<br>Burbank, California 91505 |
| DIGITAL DOMAIN 3.0, INC.<br>300 Rose Avenue<br>Venice, CA 90291 | IMAGEMOVERS, LLC<br>1880 Century Park East, Suite 1600<br>Los Angeles, CA 90067 |
| IMAGEMOVERS DIGITAL<br>P.O. Box 10428<br>San Rafael, California 94912 | SONY PICTURES ANIMATION, INC.<br>10202 W. Washington Blvd.<br>Culver City, CA 90232 |
| SONY PICTURES IMAGEWORKS, INC.<br>10202 W. Washington Blvd.<br>Culver City, CA 90232 | BLUE SKY STUDIOS, INC<br>10201 W. Pico Blvd.<br>Los Angeles, CA 90035 |

5

6

7

8

9

10

11

12

13

14

| *Nitsch v. DreamWorks Animation SKG, Inc., et al.*, Case No. 3:14-cv 04062<br>Attorneys for Representative Plaintiff Robert A. Nitsch, Jr. served via U.S. Mail | |
|---|---|
| Daniel A. Small<br>Brent W. Johnson<br>Jeffrey B. Dubner<br>COHEN MILSTEIN SELLERS<br>  & TOLL PLLC<br>1100 New York Avenue NW, Suite 500<br>Washington, DC 20005<br>Tel.: (202) 408-4600<br>Email: kpierson@cohenmilstein.com<br>bjohnson@cohenmilstein.com<br>jdubner@cohenmilstein.com | George Farah<br>Matthew Ruan<br>COHEN MILSTEIN SELLERS<br>  & TOLL PLLC<br>88 Pine Street<br>14th Floor<br>New York, NY 10005<br>Tel.: (212) 838-7797<br>Email: gfarah@cohenmilstein.com<br>mruan@cohenmilstein.com |
| Bruce Spiva<br>THE SPIVA LAW FIRM PLLC<br>1776 Massachusetts Avenue NW<br>Suite 601<br>Washington, DC 20036<br>Tel.: (202) 785-0601<br>Email: bspiva@spivafirm.com | Richard L. Grossman<br>PILLSBURY & COLEMAN LLP<br>600 Montgomery Street<br>Suite 3100<br>San Francisco, CA 94111<br>Tel.: (415) 433-8000<br>Email: rgrossman@pillsburycoleman.com |

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Related Case Order
Case No. 14-cv-4203