STEVEN G. SKLAVER (237612)
ssklaver@susmangodfrey.com
KALPANA SRINIVASAN (237460)
ksrinivasan@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1901 Avenue of the Stars, Suite 950
Los Angeles, CA 90067-6029
Telephone: (310) 789-3100
Fax: (310) 789-3150

MATHEW R. BERRY (*pro hac vice* to be filed)
mberry@susmangodfrey.com
SUSMAN GODFREY L.L.P.
1201 Third Avenue, Suite 3800
Seattle, WA 98101
Telephone:  (206) 516-3880
Fax: (206) 516-3883

(See Signature Page for Names and Addresses of Additional Counsel for Plaintiff)

Attorneys for Plaintiff Georgia Cano individually and on behalf of all others similarly situated

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION**

| | |
|---|---|
| GEORGIA CANO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PIXAR; DREAMWORKS ANIMATION SKG, INC., LUCASFILM LTD. LLC; THE WALT DISNEY COMPANY; DIGITAL DOMAIN 3.0 INC.; IMAGEMOVERS LLC; IMAGEMOVERS DIGITAL; SONY PICTURES ANIMATION INC.; SONY PICTURES IMAGEWORKS INC.; BLUE SKY STUDIOS, INC; and DOES 1 through 100,<br><br>Defendants. | **Master Docket No. 11-cv-2509-LHK**<br><br>Case No: 5:14-cv-04203-PSG<br><br>**NOTICE OF APPEARANCE OF ARI CHERNIAK** |

1
2
3
4
PLEASE TAKE NOTICE that Ari Cherniak of HammondLaw, P.C., 1829 Reisterstown Rd., Suite 410, Baltimore, Maryland, 21208, a member of the State Bar of California and admitted to practice before this Court, hereby enters an appearance as counsel on behalf of plaintiff Georgia Cano individually and on behalf of all others similarly situated.

5
6
Dated:   October 14, 2014

JULIAN ARI HAMMOND
jhammond@hammondlawpc.com
HAMMONDLAW, PC
1829 Reisterstown Rd., Suite 410
Baltimore, MD 21208
Phone: (310) 601-6766
Fax: (310) 295-2385

CRAIG ACKERMANN
cja@ackermanntilajef.com
ACKERMANN & TILAJEF PC
1180 S Beverly Dr Ste 610
Los Angeles, CA 90035
Phone: (310) 277-0614
Fax: (310) 277-0635


Respectfully submitted,


     /s/ Ari Cherniak
Ari Cherniak

*Notice of Appearance of Ari Cherniak- Case No. 14-cv-04023*