1  JEFFREY L. HOGUE, ESQ. (SBN 234557)
   TYLER J. BELONG, ESQ. (SBN 234543)
2  BRYCE A. DODDS, ESQ. (SBN 283491)
   **HOGUE & BELONG**
3  430 Nutmeg Street, Second Floor
   San Diego, CA 92103
4  Telephone No:  (619) 238-4720
   Facsimile No:   (619) 270-9856

# UNITED STATES DISCTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: High Tech Employee Antitrust Litigation ) | MASTER DOC. NO. 11-CV-2509-LHK |
| ) | |
| This document relates to: ) | CASE NO.: 5:14-cv-04592-NC |
| ) | |
| ALL ACTIONS ) | |
| ) | **DECLARATION OF TYLER J. BELONG** |
| ) | **IN SUPPORT ADMINISTRATIVE** |
| Greg Garrison, individually and on behalf of ) | **MOTION TO CONSIDER WHETHER** |
| all others similarly situated; ) | **CASES SHOULD BE RELATED** |
| ) | |
| vs. ) | |
| ) | |
| Oracle Corporation, a Delaware corporation; ) | |
| ) | |
| Defendant. ) | |
| ) | |

I, Tyler J. Belong, declare as follows:

1. I am a partner with the law firm of Hogue & Belong, APC, counsel for plaintiff Greg Garrison ("Plaintiff") in the above-entitled matter. I have personal and first-hand knowledge of the facts set forth in this declaration and could and would competently testify thereto under oath if called upon to do so.

2. This declaration is submitted in accordance with Local Rule 7-11(a) to explain that a stipulation could not be submitted with Plaintiff's Administrative Motion to Consider Whether Cases Should be Related because opposing counsel has not yet entered a notice of appearance in this action.

3. Under the laws of the State of California and the United States of America, I declare that the foregoing is true and correct.

Executed this 15 day of October, 2014 in San Diego, CA.

_____
TYLER J. BELONG

-1-
DECLARATION OF TYLER J. BELONG IN SUPPORT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED