| | |
|---|---|
| 1 | JEFFREY L. HOGUE, ESQ. (SBN 234557) |
| | TYLER J. BELONG, ESQ. (SBN 234543) |
| 2 | BRYCE A. DODDS, ESQ. (SBN 283491) |
| | **HOGUE & BELONG** |
| 3 | 430 Nutmeg Street, Second Floor |
| | San Diego, CA 92103 |
| 4 | Telephone No:  (619) 238-4720 |
| | Facsimile No:   (619) 270-9856 |

# UNITED STATES DISCTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re: High Tech Employee Antitrust Litigation | MASTER DOC. NO. 11-CV-2509-LHK |
| This document relates to: | CASE NO.: 5:14-cv-04592-NC |
| ALL ACTIONS | **[*PROPOSED*] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| Greg Garrison, individually and on behalf of all others similarly situated; | |
| vs. | |
| Oracle Corporation, a Delaware corporation; | |
| Defendant. | |

[*PROPOSED*] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

1   A Motion for Administrative Relief to Consider Whether Cases Should be Related has
2   come before this Court.  The time for filing an opposition or restatement of support has passed.
3   As the judge assigned to *In re: High-Tech Employee Antitrust Litigation,* 11-cv-2509 (which is the
4   earliest filed case), I find that the more recently filed case of *Garrison v. Oracle Corporation,* No.
5   5:14-cv-04592-NC is related to the case assigned to me, and such case shall be reassigned to me.

**ORDER**

Counsel for all parties in *In re: High-Tech Employee Antitrust Litigation* and in *Garrison v. Oracle Corporation* are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number.  Any case management conference in any reassigned case will be rescheduled by the Court.  The parties shall adjust the dates for the conference, disclosures and reports required by Fed. R. Civ. P. 16 and 26 accordingly.  Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

_____                                           _____
Date                                                                                       Hon. Lucy H. Koh

-1-
[*PROPOSED*] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER
CASES SHOULD BE RELATED