1  JEFFREY L. HOGUE, ESQ. (SBN 234557)
   TYLER J. BELONG, ESQ. (SBN 234543)
2  BRYCE A. DODDS, ESQ. (SBN 283491)
   **HOGUE & BELONG**
3  430 Nutmeg Street, Second Floor
   San Diego, CA 92103
4  Telephone No:  (619) 238-4720
   Facsimile No:   (619) 270-9856
5
   Attorneys for plaintiff Robert Arriaga
6

7

8                    UNITED STATES DISCTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                          SAN JOSE DIVISION

11  Robert Arriaga, individually and on behalf of )   MASTER DOC. NO. 11-CV-2509-LHK
    all others similarly situated;                )
12                                                 )   CASE NO.: 5:14-cv-04656-NC
                                                   )
13         vs.                                     )
                                                   )   **DECLARATION OF TYLER J. BELONG
14  IAC/InterActiveCorp, a Delaware corporation;   )   IN SUPPORT ADMINISTRATIVE
                                                   )   MOTION TO CONSIDER WHETHER
15         Defendant.                              )   CASES SHOULD BE RELATED**
                                                   )
16  _____)

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF TYLER J. BELONG IN SUPPORT ADMINISTRATIVE MOTION TO
CONSIDER WHETHER CASES SHOULD BE RELATED

I, Tyler J. Belong, declare as follows:

1. I am a partner with the law firm of Hogue & Belong, APC, counsel for plaintiff Robert Arriaga ("Plaintiff") in the above-entitled matter. I have personal and first-hand knowledge of the facts set forth in this declaration and could and would competently testify thereto under oath if called upon to do so.

2. This declaration is submitted in accordance with Local Rule 7-11(a) to explain that a stipulation could not be submitted with Plaintiff's Administrative Motion to Consider Whether Cases Should be Related because opposing counsel has not yet entered a notice of appearance in this action.

3. Under the laws of the State of California and the United States of America, I declare that the foregoing is true and correct.

Executed this 21st day of October, 2014 in San Diego, CA.

_____
TYLER J. BELONG

-1-
DECLARATION OF TYLER J. BELONG IN SUPPORT ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED