JEFFREY L. HOGUE, ESQ. (SBN 234557)
TYLER J. BELONG, ESQ. (SBN 234543)
BRYCE A. DODDS, ESQ. (SBN 283491)
**HOGUE & BELONG**
430 Nutmeg Street, Second Floor
San Diego, CA 92103
Telephone No: (619) 238-4720
Facsimile No: (619) 270-9856

Attorneys for plaintiff Robert Arriaga

## UNITED STATES DISCTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| Robert Arriaga, individually and on behalf of all others similarly situated; <br><br> vs. <br><br> IAC/InterActiveCorp, a Delaware corporation; <br><br> Defendant. | MASTER DOC. NO. 11-CV-2509-LHK <br><br> CASE NO.: 5:14-cv-04656-NC <br><br> **[*PROPOSED*] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

1  A Motion for Administrative Relief to Consider Whether Cases Should be Related has
2  come before this Court. The time for filing an opposition or restatement of support has passed.
3  As the judge assigned to *In re: High-Tech Employee Antitrust Litigation,* 11-cv-2509 (which is the
4  earliest filed case), I find that the more recently filed case of *Arriaga v. IAC/InterActiveCorp,* No.
5  5:14-cv-04656-NC is related to the case assigned to me, and such case shall be reassigned to me.

**ORDER**

Counsel for all parties in *In re: High-Tech Employee Antitrust Litigation* and in *Arriaga v. IAC/InterActiveCorp* are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and reports required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

_____          _____
Date                                              Hon. Lucy H. Koh

-1-
[PROPOSED] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED