David R. Markham (SBN 071814)
*dmarkham@markham-law.com*
Peggy Reali  (SBN 153102)
*preali@markham-law.com*
Janine Menhennet (SBN 163501)
*jmenhennet@markham-law.com*
Maggie K. Realin (SBN 263639)
*mrealin@markham-law.com*
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA  92101
Tel: (619) 399-3995
Fax: (619) 615-2067

Attorneys for Deserae Ryan and
Trent Rau

## UNITED STATES DISCTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| In re: High Tech Employee Antitrust Litigation | MASTER DOC. NO. 11-CV-2509-LHK |
| This document relates to: | CASE NO.: 5:14-cv-04634-EJD |
| ALL ACTIONS | **DECLARATION OF JANINE R. MENHENNET IN SUPPORT OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated; | |
| Plaintiffs | |
| vs. | |
| MICROSOFT CORPORATION, a Washington corporation; | |
| Defendants. | |

I, Janine R. Menhennet, declare as follows:

1.  I am counsel of record for plaintiffs Deserae Ryan and Trent Rau ("Plaintiffs") in the above-entitled matter.  I have personal and first-hand knowledge of the facts set forth in this declaration and could and would competently testify thereto under oath if called upon to do so.

2.  This declaration is submitted in accordance with Local Rule 7-11(a) to explain that a stipulation could not be submitted with Plaintiff's Administrative Motion to Consider Whether Cases Should be Related because opposing counsel has not yet entered a notice of appearance, or otherwise appeared, in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 23rd day of October, 2014 in San Diego, CA.

/s/ Janine R. Menhennet
Janine R. Menhennet
jmenhennet@markham-law.com

-1-
DECLARATION OF JANINE R. MENHENNET IN SUPPORT OF ADMINISTRATIVE
MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED

Case No. 11-cv-02509-LHK