David R. Markham (SBN 071814)
dmarkham@markham-law.com
Peggy Reali (SBN 153102)
preali@markham-law.com
Janine Menhennet (SBN 163501)
jmenhennet@markham-law.com
Maggie K. Realin (SBN 263639)
mrealin@markham-law.com
**THE MARKHAM LAW FIRM**
750 B Street, Suite 1950
San Diego, CA  92101
Tel: (619) 399-3995
Fax: (619) 615-2067

Attorneys for Deserae Ryan and Trent Rau

**UNITED STATES DISCTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| In re: High Tech Employee Antitrust Litigation | MASTER DOC. NO. 11-CV-2509-LHK |
| This document relates to: | CASE NO.: 5:14-cv-04634-EJD |
| ALL ACTIONS | |
| | [*PROPOSED*] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED |
| DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated; | |
| Plaintiffs | |
| vs. | |
| MICROSOFT CORPORATION, a Washington corporation; | |
| Defendants. | |

A Motion for Administrative Relief to Consider Whether Cases Should be Related has come before this Court. The time for filing an opposition or restatement of support has passed. As the judge assigned to *In re: High-Tech Employee Antitrust Litigation,* 11-cv-2509 (which is the earliest filed case), I find that the more recently filed case of *Ryan v. Microsoft Corporation,* No. 5:14-cv-04634-EJD is related to the case assigned to me, and such case shall be reassigned to me.

**ORDER**

Counsel for all parties in *In re: High-Tech Employee Antitrust Litigation* and in *Ryan v. Microsoft Corporation* are instructed that all future filings in any reassigned case are to bear the initials of the newly assigned judge immediately after the case number. Any case management conference in any reassigned case will be rescheduled by the Court. The parties shall adjust the dates for the conference, disclosures and reports required by Fed. R. Civ. P. 16 and 26 accordingly. Unless otherwise ordered, any dates for hearing noticed motions are vacated and must be renoticed by the moving party before the newly assigned judge; any deadlines set by the ADR Local Rules remain in effect; and any deadlines established in a case management order continue to govern, except dates for appearance in court, which will be rescheduled by the newly assigned judge.

_____
Date

_____
Hon. Lucy H. Koh
JUDGE OF THE UNITED STATES DISTRICT COURT

-1-
[*PROPOSED*] ORDER ON ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED
Case No. 11-02509-LHK