FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
MATTHEW J. SCHENCK (SBN 191623)
mschenck@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
101 West Broadway, Ninth Floor
San Diego, California  92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  HIGH TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER DOC. NUMBER:<br><br>11-cv-02509-LHK<br><br><br>**NOTICE OF APPEARANCE** |
| DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated;<br><br>Plaintiffs<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation;<br><br>Defendants. | Case No. 5:14-cv-04634-EJD |

/ / /

/ / /

/ / /

1  TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

2  PLEASE TAKE NOTICE that Fred M. Plevin and Matthew J. Schenck, of Paul, Plevin, Sullivan & Connaughton, hereby enters their appearance on behalf of Defendant MICROSOFT CORPORATION in the above-captioned action.

6  Dated: October 24, 2014        PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Matthew J. Schenck*
FRED M. PLEVIN
MATTHEW J. SCHENCK
Attorneys for Defendant
MICROSOFT CORPORATION

*In Re: High Tech Employee Antitrust Litigation*
U.S.D.C. Northern District of California, Case No. 11:-cv-02509-LHK

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 101 West Broadway, Ninth Floor, San Diego, California 92101-8285.

On October 24, 2014, I caused to be served the following document(s):

- **NOTICE OF APPEARANCE,**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

David R. Markham
Peggy Reali
Janine Menhennet
Maggie K. Realin
THE MARKHAM LAW FIRM
750 B Street, Suite 1950
San Diego, CA 92101
Telephone: (619) 399-3995
Facsimile: (619) 615-2067
dmarkham@markham-law.com
preali@markham-law.com
jmenhennet@markham-law.com
mrealin@markham-law.com

Attorneys for Plaintiffs Deserae Ryan and Trent Rau

☑ (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306. The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine. The transmitting facsimile machine number is (619) 615-0700. The fax number of the party being served is listed above. Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration.

PAUL PLEVIN
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE                                  1

1  ☐  (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 1013(c).

☐  (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed October 24, 2014, at San Diego, California.

_____
Luci V. DeMaria-Rudy

PAUL PLEVIN
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE                    2