FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
MATTHEW J. SCHENCK (SBN 191623)
mschenck@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
MICROSOFT CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER DOC. NUMBER:<br><br>11-cv-02509-LHK |
| DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated;<br><br>Plaintiffs<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation;<br><br>Defendants. | Case No. 5:14-cv-04634-EJD<br><br>**STIPULATION TO EXTEND THE TIME FOR MICROSOFT CORPORATION TO OPPOSE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND ORDER THEREON** |

/ / /

/ / /

/ / /

1  Plaintiffs DESERAE RYAN and TRENT RAU ("Plaintiffs"), on the one
2  hand, and Defendant MICROSOFT CORPROATION ("Microsoft"), on the other
3  hand, (collectively, the "Parties"), by and through their respective counsel,
4  stipulate and agree as follows:
5  WHEREAS, on October 16, 2014, Plaintiffs filed an action against
6  Microsoft styled Antitrust Class Action Complaint (Case No. 5:14-cv-04634-EJD),
7  and Summons in that Action was issued as to Microsoft on October 17, 2014;
8  WHEREAS, Microsoft was served with the Summons and Complaint on
9  October 23, 2014;
10 WHEREAS, on October 23, 2014, Plaintiffs filed a Motion for
11 Administrative Relief to Consider Whether Cases Should be Related (Dkt. No.
12 1003);
13 WHEREAS, Microsoft has not yet responded to the Complaint and has not
14 yet been served with Plaintiffs' Notice of Motion and Motion for Administrative
15 Relief to Consider Whether Cases Should be Related;
16 WHEREAS, Microsoft's opposition to Plaintiffs' Motion for Administrative
17 Relief is currently due on or before October 27, 2014;
18 WHEREAS, Microsoft has requested Plaintiffs for an expansion of time to
19 file an opposition to Plaintiffs' Motion for Administrative Relief so that it may
20 have an adequate opportunity to review the complaint, retain appropriate counsel,
21 and make appropriate argument, if necessary, to oppose Plaintiffs' administrative
22 motion;
23 NOW THEREFORE, the Parties, by and through their respective counsel,
24 hereby stipulate and agree, and respectfully request the Court grant their request
25 and order as follows:
26 / / /
27 / / /
28 / / /

1  Defendant Microsoft Corporation shall file its opposition to Plaintiffs'
2  Motion for Administrative Relief on or before November 10, 2014.

3

4  Dated: October 24, 2014                    PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP
5

6
                                              By: */s/ Matthew J. Schenck*
7                                             FRED M. PLEVIN
                                              MATTHEW J. SCHENCK
8                                             Attorneys for Defendant
                                              MICROSOFT CORPORATION
9

10

11 Dated: October 24, 2014                    THE MARKHAM LAW FIRM

12

13                                            By: */s/ Janine Menhennet*
                                              JANINE MENHENNET
14                                            Attorneys for Plaintiffs DESERAE RYAN and TRENT RAU

15

16                         **SIGNATURE CERTIFICATION**

17      I hereby attest that I have on file all holographic signatures corresponding to
18 any signatures indicated by a conformed signature (/S/) within this e-filed
19 document.

20

21 Dated: October 24, 2014                    Respectfully submitted,
22

23
                                              By: */s/ Matthew J. Schenck*
24                                               Matthew J. Schenck
                                                 Attorney for Microsoft Corporation
25

26

27

28

| | |
|---|---|
| 1 | PURSUANT TO STIPULATION, IT IS SO ORDERED. |
| 3 | Dated: _____ |
| 4 | HON. LUCY H. KOH<br>JUDGE, U.S. DISTRICT COURT<br>NORTHERN DISTRICT OF<br>CALIFORNIA |

1  *In Re: High Tech Employee Antitrust Litigation*
2  U.S.D.C. Northern District of California, Case No. 11:-cv-02509-LHK

## PROOF OF SERVICE

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of, the County of San Diego, California, and my business address is: Paul, Plevin, Sullivan & Connaughton LLP, 101 West Broadway, Ninth Floor, San Diego, California 92101-8285.

On October 24, 2014, I caused to be served the following document(s):

- **STIPULATION TO EXTEND THE TIME FOR MICROSOFT CORPORATION TO OPPOSE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND ORDER THEREON,**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

David R. Markham
Peggy Reali
Janine Menhennet
Maggie K. Realin
THE MARKHAM LAW FIRM
750 B Street, Suite 1950
San Diego, CA 92101
Telephone: (619) 399-3995
Facsimile: (619) 615-2067
dmarkham@markham-law.com
preali@markham-law.com
jmenhennet@markham-law.com
mrealin@markham-law.com

Attorneys for Plaintiffs Deserae Ryan and Trent Rau

☑ (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306. The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine. The transmitting facsimile machine number is (619) 615-0700. The fax number of the party being served is listed above. Pursuant to Rule 2.306, I

| | |
|---|---|
| 1 | caused the machine to print a transmission record of the transmission, a copy of which is attached to this declaration. |
| 2 | ☐ (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 1013(c). |
| 6 | ☐ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. |

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed October 24, 2014, at San Diego, California.

_____
Luci V. DeMaria-Rudy

PAUL PLEVIN
SULLIVAN &
CONNAUGHTON LLP

PROOF OF SERVICE                    2