FRED M. PLEVIN (SBN 126185)
fplevin@paulplevin.com
MATTHEW J. SCHENCK (SBN 191623)
mschenck@paulplevin.com
**PAUL, PLEVIN, SULLIVAN & CONNAUGHTON** LLP
101 West Broadway, Ninth Floor
San Diego, California  92101-8285
Telephone: 619-237-5200
Facsimile: 619-615-0700

Attorneys for Defendant
MICROSOFT CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE:  HIGH TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | MASTER DOC. NUMBER:<br><br>11-cv-02509-LHK |
| DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated;<br><br>Plaintiffs<br><br>vs.<br><br>MICROSOFT CORPORATION, a Washington corporation;<br><br>Defendants. | Case No. 5:14-cv-04634-EJD<br><br>**STIPULATION TO EXTEND THE TIME FOR MICROSOFT CORPORATION TO OPPOSE PLAINTIFFS' ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED; AND ORDER THEREON** |

/ / /

/ / /

/ / /

1  Plaintiffs DESERAE RYAN and TRENT RAU ("Plaintiffs"), on the one
2 hand, and Defendant MICROSOFT CORPROATION ("Microsoft"), on the other
3 hand, (collectively, the "Parties"), by and through their respective counsel,
4 stipulate and agree as follows:
5  WHEREAS, on October 16, 2014, Plaintiffs filed an action against
6 Microsoft styled Antitrust Class Action Complaint (Case No. 5:14-cv-04634-EJD),
7 and Summons in that Action was issued as to Microsoft on October 17, 2014;
8  WHEREAS, Microsoft was served with the Summons and Complaint on
9 October 23, 2014;
10  WHEREAS, on October 23, 2014, Plaintiffs filed a Motion for
11 Administrative Relief to Consider Whether Cases Should be Related (Dkt. No.
12 1003);
13  WHEREAS, Microsoft has not yet responded to the Complaint and has not
14 yet been served with Plaintiffs' Notice of Motion and Motion for Administrative
15 Relief to Consider Whether Cases Should be Related;
16  WHEREAS, Microsoft's opposition to Plaintiffs' Motion for Administrative
17 Relief is currently due on or before October 27, 2014;
18  WHEREAS, Microsoft has requested Plaintiffs for an expansion of time to
19 file an opposition to Plaintiffs' Motion for Administrative Relief so that it may
20 have an adequate opportunity to review the complaint, retain appropriate counsel,
21 and make appropriate argument, if necessary, to oppose Plaintiffs' administrative
22 motion;
23  NOW THEREFORE, the Parties, by and through their respective counsel,
24 hereby stipulate and agree, and respectfully request the Court grant their request
25 and order as follows:
26 / / /
27 / / /
28 / / /

Defendant Microsoft Corporation shall file its opposition to Plaintiffs' Motion for Administrative Relief on or before November 10, 2014.

Dated: October 24, 2014     PAUL, PLEVIN, SULLIVAN & CONNAUGHTON LLP

By: */s/ Matthew J. Schenck*
FRED M. PLEVIN
MATTHEW J. SCHENCK
Attorneys for Defendant
MICROSOFT CORPORATION

Dated: October 24, 2014     THE MARKHAM LAW FIRM

By: */s/ Janine Menhennet*
JANINE MENHENNET
Attorneys for Plaintiffs DESERAE RYAN and TRENT RAU

## SIGNATURE CERTIFICATION

I hereby attest that I have on file all holographic signatures corresponding to any signatures indicated by a conformed signature (/S/) within this e-filed document.

Dated: October 24, 2014     Respectfully submitted,

By: */s/ Matthew J. Schenck*
Matthew J. Schenck
Attorney for Microsoft Corporation

1   PURSUANT TO STIPULATION, IT IS SO ORDERED.

2

3   Dated: October 27, 2014

*Lucy H. Koh*

4   HON. LUCY H. KOH
    JUDGE, U.S. DISTRICT COURT
    NORTHERN DISTRICT OF
5   CALIFORNIA

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28