GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
VICTORIA L. WEATHERFORD (Bar No. 267499)
vweatherford@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, California  94111-3823
Telephone:    (415) 984-8700
Facsimile:    (415) 984-8701

Attorneys for Defendant
APPLE INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**NOTICE OF WITHDRAWAL OF VICTORIA L. WEATHERFORD AS COUNSEL FOR DEFENDANT** |

PLEASE TAKE NOTICE that the undersigned counsel, Victoria L. Weatherford, hereby withdraws her appearance as one of the counsel for Defendant Apple Inc. in this matter.

Dated:  October 30, 2014          O'MELVENY & MYERS LLP

                                  By:    */s/ Victoria L. Weatherford*
                                         George A. Riley
                                         Michael F. Tubach
                                         Christina J. Brown
                                         Victoria L. Weatherford

                                         *Attorneys for Defendant Apple Inc.*