Stephen M. Rummage (*pro hac vice* pending)
*steverummage@dwt.com*
Robert J. Maguire (*pro hac vice* pending)
*robmaguire@dwt.com*
Candice M. Tewell (*pro hac vice* pending)
*candicetewell@dwt.com*
DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:     (206) 622-3150
Facsimile:     (206) 757-7700

Allison A. Davis (CA State Bar No. 139203)
*allisondavis@dwt.com*
Sanjay M. Nangia (CA State Bar No. 264986)
*sanjaynangia@dwt.com*
DAVIS WRIGHT TREMAINE LLP
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:     (415) 276-6500
Facsimile:     (415) 276-6599

Attorneys for Microsoft Corporation

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS<br>_____<br>DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>MICROSOFT CORPORATION, a Washington corporation,<br><br>　　　　　Defendant. | MASTER DOC. NUMBER<br><br>11-cv-02509-LHK<br><br>**NOTICE OF SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE**<br><br>Case No. 5:14-cv-04634-EJD |

1
NOTICE OF SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE
Case No. 11-cv-02509-LHK
DWT 25301368v1 0085000-002102

PLEASE TAKE NOTICE that Defendant Microsoft Corporation ("Microsoft") hereby requests substitution of the following attorneys:

> Fred M. Plevin (State Bar No. 126185)
> fplevin@paulplevin.com
> Matthew K. Schenck (State Bar No. 191623)
> *mschenck@paulplevin.com*
> PAUL PLEVIN LLP
> 101 West Broadway, Ninth Floor
> San Diego, California 92101-8285
> Tel: (619) 744-5200; Fax: (619) 615-0700

In their place, Microsoft designates the following attorneys as counsel of record:

> Stephen M. Rummage (*pro hac vice* pending)
> *steverummage@dwt.com*
> Robert J. Maguire (*pro hac vice* pending)
> *robmaguire@dwt.com*
> Candice M. Tewell (*pro hac vice* pending)
> *candicetewell@dwt.com*
> DAVIS WRIGHT TREMAINE LLP
> 1201 Third Avenue, Suite 2200
> Seattle, Washington 98101-3045
> Telephone:     (206) 622-3150
> Facsimile:       (206) 757-7700
>
> Allison A. Davis (State Bar No. 139203)
> *allisondavis@dwt.com*
> Sanjay M. Nangia (State Bar No. 264986)
> *sanjaynangia@dwt.com*
> DAVIS WRIGHT TREMAINE LLP
> 505 Montgomery Street, Suite 800
> San Francisco, CA 94111-6533
> Telephone:     (415) 276-6500
> Facsimile:       (415) 276-6599

This constitutes the Notice of Appearance by Allison A. Davis and Sanjay M. Nangia to appear as counsel of record for Microsoft in the above-entitled action. The filer attests that concurrence in the filing of this document has been obtained from all signatories

DATED: November 10, 2014                         DAVIS WRIGHT TREMAINE LLP

                                                 By:   /s/ Allison A. Davis

                                                 Stephen M. Rummage (*pro hac vice* pending)

Robert J. Maguire (*pro hac vice* pending)
Candice M. Tewell (*pro hac vice* pending)
1201 Third Avenue, Suite 2200
Seattle, Washington 98101-3045
Telephone:   (206) 622-3150
Facsimile:    (206) 757-7700

Allison A. Davis (CA State Bar No. 139203)
Sanjay M. Nangia (CA State Bar No. 264986)
505 Montgomery Street, Suite 800
San Francisco, California  94111
Telephone:   (415) 276-6500
Facsimile:    (415) 276-6599


By:    /s/ Matthew K. Schenck

Fred M. Plevin (State Bar No. 126185)
*fplevin@paulplevin.com*
Matthew K. Schenck (State Bar No. 191623)
*mschenck@paulplevin.com*
PAUL PLEVIN LLP
101 West Broadway, Ninth Floor
San Diego, California 92101-8285
Tel: (619) 744-5200; Fax: (619) 615-0700

DAVIS WRIGHT TREMAINE LLP

NOTICE OF SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE
Case No. 11-cv-02509-LHK
DWT 25301368v1 0085000-002102

*In Re: High Tech Employee Antitrust Litigation*
U.S.D.C. Northern District of California, Case No. 11:-cv-02509-LHK

**PROOF OF SERVICE**

I, Mari Reyes, declare under penalty of perjury under the laws of the State of California that the following is true and correct:

I, the undersigned, hereby declare that I am over the age of eighteen years and not a party to this action. I am employed, or am a resident of the County of San Francisco, California, and my business address is: DAVIS WRIGHT TREMAINE LLP, and my business address is 505 Montgomery Street, Suite 800, San Francisco, California 94111-6533

On November 10, 2014, I caused to be served the following document(s):

- **NOTICE OF SUBSTITUTION OF ATTORNEY AND NOTICE OF APPEARANCE**

on the interested party (ies) in this action by placing a true copy thereof and addressed as follows:

David R. Markham
Peggy Reali
Janine Menhennet
Maggie K. Realin
THE MARKHAM LAW FIRM
750 B Street, Suite 1950
San Diego, CA  92101
Telephone:  (619) 399-3995
Facsimile:  (619) 615-2067
dmarkham@markham-law.com
preali@markham-law.com
jmenhennet @markham-law.com
mreallin@markham-law.com

Attorneys for Plaintiffs Deserae Ryan and Trent Rau

☒ (By **ELECTRONIC SERVICE VIA CM/ECF SYSTEM**) In accordance with the electronic filing procedures of this Court, service has been effected on the parties above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☐ (By **MAIL SERVICE**) I then sealed each envelope and, with postage thereon fully prepaid postage, I placed each for deposit with United States Postal Service, this same day, at my business address shown above, following ordinary business practices.

☐ (By **PERSONAL SERVICE**) I delivered such envelope by hand to the office of the addressee.

☐ (By **FACSIMILE**) I transmitted the documents by facsimile machine, pursuant to California Rules of Court, Rule 2.306.  The facsimile machine I used complied with Rule 2.301 and no error was reported by the machine.  The transmitting facsimile machine number is (619) 615-0700.  The fax number of the party being served is listed above.  Pursuant to Rule 2.306, I caused the machine to print a transmission record of the transmission, a copy of which is

1

PROOF OF SERVICE
Case No. 11-cv-02509-LHK
DWT 25301368v1 0085000-002102

attached to this declaration.

☐ (By **OVERNIGHT DELIVERY**) I deposited in a box or other facility regularly maintained by the express service carrier, or delivered to a courier or driver authorized by the express service carrier to receive documents, in an envelope or package with delivery fees paid or provided for, and addressed on whom it is to be served pursuant to Code of Civil Procedure section 10 13(c).

☐ (By **E-MAIL OR ELECTRONIC TRANSMISSION**) Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the documents to be sent to the person(s) at the email addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare that I am employed by the office of a member of the bar of this court at whose direction the service was made.

Executed November 10, 2014, at San Francisco, California.

_____
Mari Reyes

2

PROOF OF SERVICE
Case No. 11-cv-02509-LHK
DWT 25301368v1 0085000-002102