**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No: 11-cv-02509-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Robert J. Maguire, an active member in good standing of the bars of Washington State and Alaska, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Allison A. Davis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>505 Montgomery Street, Suite 800<br>San Francisco, CA  94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(206) 622-3150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>robmaguire@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>allisondavis@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WSBA 29909 and AKBN 9812093.

A true and correct copy of a certificate of good standing or equivalent official document from said bars are attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: November 10, 2014                                                                          Robert J. Maguire
                                                                                                                     APPLICANT

**ORDER GRANTING APPLICATION**
**FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Robert J. Maguire is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 11, 2014                                                                 *Lucy H. Koh*
                                                                                       UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                                  *October 2012*

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

| | | |
|---|---|---|
| IN THE MATTER OF THE ADMISSION | ) )  ) | BAR NO. 29909 |
| OF | ) ) | **CERTIFICATE** |
| ROBERT J. MAGUIRE | ) ) | **OF** |
| TO PRACTICE IN THE COURTS OF THIS STATE | ) ) | **GOOD STANDING** |

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**ROBERT J. MAGUIRE**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on May 25, 2000, and is now and has continuously since that date been an attorney in good standing, and has a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 15th day of May, 2014.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court

# The Supreme Court of the State of Alaska

## Certificate of Good Standing

I, Marilyn May, Clerk of the Supreme Court of the State of Alaska, do hereby certify that:

## Robert J. Maguire

was admitted to practice before all courts of the State of Alaska on December 8, 1998; that Robert J. Maguire's professional character appears to be good; and that he is presently an active member in good standing in this court.

Dated at Anchorage, Alaska on May 13, 2014

Marilyn May
Clerk of the Supreme Court

By: _Beth A. Pechota_
Beth A. Pechota, Deputy Clerk

