**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No: 11-cv-02509-LHK<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**<br>(CIVIL LOCAL RULE 11-3) |

I, Candice M. Tewell, an active member in good standing of the bar of Washington State, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Microsoft Corporation in the above-entitled action. My local co-counsel in this case is Allison A. Davis, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD:<br>1201 Third Avenue, Suite 2200<br>Seattle, WA  98101-3045 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD:<br>505 Montgomery Street, Suite 800<br>San Francisco, CA  94111 |
|---|---|
| MY TELEPHONE # OF RECORD:<br>(206) 622-3150 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 276-6500 |
| MY EMAIL ADDRESS OF RECORD:<br>candicetewell@dwt.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>allisondavis@dwt.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: WSBA 41131.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: November 10, 2014                                                     Candice M. Tewell
                                                                                                          APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Candice M. Tewell is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: November 11, 2014                                                     *Lucy H. Koh*
                                                                                   UNITED STATES DISTRICT/MAGISTRATE JUDGE

*PRO HAC VICE* APPLICATION & ORDER                                                              *October 2012*

# IN THE SUPREME COURT OF THE STATE OF WASHINGTON

IN THE MATTER OF THE ADMISSION   )
                                 )   BAR NO. 41131
OF                               )
                                 )   **CERTIFICATE OF**
CANDICE M. TEWELL                )
                                 )   **GOOD STANDING**
TO PRACTICE IN THE COURTS OF THIS STATE )
                                 )

I, Ronald R. Carpenter, Clerk of the Supreme Court of the State of Washington, hereby certify

**CANDICE M. TEWELL**

was regularly admitted to practice as an Attorney and Counselor at Law in the Supreme Court and all the Courts of the State of Washington on February 5, 2009, and is now and has continuously since that date been an attorney in good standing, with a current status of active.



IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court this 5th day of December, 2013.

Ronald R. Carpenter
Supreme Court Clerk
Washington State Supreme Court