Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
Andrew Purdy (State Bar No. 261912)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Date: November 19, 2014<br>Time: 2:00 p.m.<br>Courtroom: 8, 4th Floor<br>Judge: The Honorable Lucy H. Koh |

The parties submit this joint statement for the November 19, 2014 Case Management Conference ("CMC").

## I. Rescheduling the Pretrial Conference

In light of the April 9, 2015 trial date and ongoing meet and confer efforts between the parties to narrow outstanding issues, the parties jointly request rescheduling the pretrial conference to a date closer to the start of trial. The parties jointly propose either February 27, 2015 or March 6, 2015.

## II. Rescheduling the Case Management Conference

### A. Defendants' Position

For the same reasons that the parties jointly request postponement of the pretrial conference, and given the pendency of Defendants' petition for a writ of mandamus regarding the Court's denial of the motion for preliminary approval of the settlement, Defendants also request that the Court reschedule the case management conference. The trial date is almost five months away. The briefing on Defendants' petition for a writ of mandamus in the Ninth Circuit is now complete, but, as discussed more fully below, the Ninth Circuit will not likely schedule oral argument on the petition until January 2015 at the earliest. Additionally, the parties intend to use the additional time in November and December to narrow—and hopefully resolve—their disputes over business records. It would thus be most efficient for the Court and the parties to postpone the case management conference until either December 19, 2014, or January 14, 2015. If any business records disputes remain then, there will be ample time to resolve them and schedule any depositions to be completed by March 2, 2015, as discussed below.

### B. Plaintiffs' Position

Plaintiffs request that the November 19, 2014 Case Management Conference occur as scheduled. The last case management conference took place nearly eight month ago, on March 27, 2014. There are seven fully-briefed motions pending before the Court.[1] While the parties

---

[1] These motions include Plaintiffs' Motion to Compel (Dkt. 789), the resolution of which may impact future settlement discussions. Plaintiffs welcome any questions the Court may have.

continue to meet and confer regarding business record disputes, witness lists, and other issues, regular case management conferences facilitate resolution of issues.  For instance, as explained below, the parties have agreed to file the Joint Statement Regarding Business Record Disputes on November 17, 2014, two days before the scheduled Case Management Conference.  Plaintiffs welcome discussion with the Court on issues that will likely be presented in that joint filing.

### III.   Pending Motions

The following motions are fully briefed and pending:

(1) Plaintiffs' Motion to Exclude Defendants' Experts (Dkt. 565);

(2) Defendants' Motion to Exclude Expert Testimony by Dr. Marx (Dkt. 559);

(3) Plaintiffs' Motion to Compel (Dkt. 789);[2]

(4) Plaintiffs' Administrative Motion to Unseal All Papers Associated with Plaintiffs' Motion to Compel (Dkt. 991);

(5) Plaintiffs' Motion for Application of the Per Se Standard (Dkt. 830);

(6) Defendants' Administrative Motion for Leave to File a Supplemental Brief in Connection with Plaintiffs' Motion for Application of the Per Se Standard (Dkt. 990); and

(7) Defendants' Motions in Limine (Dkt. 855).

The Court's September 8, 2014 Case Management Order states that "the Court will hold a hearing on any outstanding motions" at the pretrial conference.  (Dkt. 986 at 1.)  The Court has already heard argument on the first two motions listed above.

### IV.   Joint Statement Regarding Business Record Disputes

Pursuant to the Court's September 8, 2014 Case Management Order (Dkt. 986), the parties are to file a Joint Statement Regarding Business Record Disputes by 30 days prior to the pretrial conference.  The parties are meeting and conferring to substantially reduce the number of documents in dispute.  Because Plaintiffs may seek to take depositions if the business record disputes are not resolved in advance of the pretrial conference, and because Plaintiffs seek to

---

[2] Defendants disagree with Plaintiffs' assertion in footnote 1 above that the resolution of the Motion to Compel may impact settlement discussions.

1  provide Defendant witnesses with as much advance notice as possible, the parties have agreed to
2  file the Joint Statement Regarding Business Record Disputes early, on November 17, 2014.  The
3  parties have met and conferred regarding the scheduling of depositions, and Defendants have
4  agreed to attempt in good faith to schedule any required depositions so that they will be completed
5  by March 2, 2015.  Plaintiffs may seek an order compelling them to do so.

6  **V.     Witness Lists**

7  Pursuant to the Court's September 8, 2014 Case Management Order (Dkt. 986), the parties
8  continue to meet and confer to reduce the number of trial witnesses and will exchange revised trial
9  witness lists at least 30 days prior to the pretrial conference.

10 **VI.    Status of Defendants' Petition for Writ of Mandamus**

11 The parties are awaiting resolution of Defendants' Petition for Writ of Mandamus pending
12 before the Ninth Circuit, Case No. 14-72745.  The parties completed briefing on the merits of the
13 petition on October 24, 2014.  That same day, putative amici curiae Chamber of Commerce of the
14 United States of America, California Chamber of Commerce, and economic scholars filed motions
15 for leave to file amici curiae briefs.  Real party in interest Michael Devine filed an opposition to
16 the motions for leave to file amici curiae briefs on October 31, 2014 and real parties in interest
17 Mark Fichtner, Siddharth Hariharan, and Daniel Stover filed an opposition to the motions for
18 leave to file amici curiae briefs on November 3, 2014.  Also on November 3, 2014, the Ninth
19 Circuit issued an order referring the motions for leave to file amici curiae briefs to the panel which
20 will be assigned to hear the merits of the petition.

21 Per the Ninth Circuit's September 22, 2014 order, the petition shall be placed on the next
22 available calendar for oral argument upon completion of the briefing.  To date, no hearing on the
23 petition has been set.  The Ninth Circuit's Rules state that the Clerk gives approximately five
24 weeks' notice of the hearing date.  Ninth Circuit Rules, Court Structure and Procedures § E(7)
25 ("The Clerk sends a master calendar notice to all counsel of record about five weeks prior to the
26 date of oral argument.").  The Ninth Circuit's next oral argument sitting after December 17, 2014
27 (five weeks from the date of this filing) is January 5-9, 2015.  Ninth Circuit Oral Argument Dates
28

& Locations, http://www.ca9.uscourts.gov/calendar/.  As a result, the hearing on the petition will not likely take place until January 2015 at the earliest.

Dated:  November 12, 2014          LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

                                         By:      */s/ Kelly M. Dermody*
                                                    Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
275 Battery Street, 29th Floor
San Francisco, California  94111-3339
Telephone:  415.956.1000
Facsimile:  415.956.1008

*Co-Lead Class Counsel*

Dated:  November 12, 2014          JOSEPH SAVERI LAW FIRM

                                         By:      */s/ Joseph R. Saveri*
                                                   Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No.  277826)
Andrew Purdy (State Bar No. 261912)
JOSEPH SAVERI LAW FIRM, INC.
255 California, Suite 450
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 500.6803

*Co-Lead Class Counsel*

| | | |
|---|---|---|
| 1 | Dated: November 12, 2014 | O'MELVENY & MYERS LLP |
| 2 | | By:     */s/ Michael F. Tubach* |
| 3 | | Michael F. Tubach |

George A. Riley
Michael F. Tubach
Christina J. Brown
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
griley@omm.com
mtubach@omm.com
cjbrown@omm.com
Tel.: (415) 984-8700
Fax: (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated: November 12, 2014     MUNGER, TOLLES & OLSON LLP

By:     */s/ Gregory P. Stone*
Gregory P. Stone

Gregory P. Stone
Bradley S. Phillips
Gregory M. Sergi
John P. Mittelbach
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
gregory.stone@mto.com
brad.phillips@mto.com
gregory.sergi@mto.com
john.mittelbach@mto.com
Los Angeles, California 90071-1560
Telephone: (213) 683-9100
Facsimile: (213) 687-3702

*Attorneys for Defendant INTEL CORP.*

- 5 -

JOINT CASE MANAGEMENT STATEMENT
Master Docket No. 11-CV-2509-LHK

1  Dated: November 12, 2014        JONES DAY

2                                  By:      */s/ David C. Kiernan*
3                                            David C. Kiernan

4                                  Robert A. Mittelstaedt
                                    David Kiernan
5                                   Lin W. Kahn
                                    JONES DAY
6                                   555 California Street, 26th Floor
                                    San Francisco, CA 94104
7                                   ramittelstaedt@jonesday.com
                                    dkiernan@jonesday.com
8                                   linkahn@jonesday.com
                                    Tel.: (415) 626-3939
9                                   Fax: (415) 875-5700

10                                  *Attorneys for Defendant ADOBE SYSTEMS, INC.*

11 Dated: November 12, 2014         KEKER & VAN NEST

12                                  By:      */s/ Robert Addy Van Nest*
13                                            Robert Addy Van Nest

14                                  Robert Addy Van Nest
                                    Eugene M. Paige
15                                  Daniel Purcell
                                    Justina Sessions
16                                  KEKER & VAN NEST
                                    633 Battery Street
17                                  San Francisco, CA 94111-1809
                                    rvannest@kvn.com
18                                  epaige@kvn.com
                                    dpurcell@kvn.com
19                                  jsessions@kvn.com
                                    Tel.: (415) 391-5400
20                                  Fax: (415) 397-7188

21                                  *Attorneys for Defendant GOOGLE INC.*

22

23

24

25

26

27

28

- 6 -                              JOINT CASE MANAGEMENT STATEMENT
                                   Master Docket No. 11-CV-2509-LHK

| | |
|---|---|
| Dated: November 12, 2014 | MAYER BROWN LLP |
| | By: */s/ Lee H. Rubin* |
| | Lee H. Rubin |
| | Lee H. Rubin |
| | Edward D. Johnson |
| | MAYER BROWN LLP |
| | Two Palo Alto Square |
| | 3000 El Camino Real, Suite 300 |
| | Palo Alto, CA 94306-2112 |
| | lrubin@mayerbrown.com |
| | wjohnson@mayerbrown.com |
| | Tel.: (650) 331-2000 |
| | Fax: (650) 331-2060 |
| | *Attorneys for Defendant GOOGLE INC.* |

**ATTESTATION**: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from all signatories.

Master Docket No. 11-CV-2509-LHK