1  David R. Markham (SBN 071814)
   *dmarkham@markham-law.com*
2  Peggy Reali (SBN 153102)
   *preali@markham-law.com*
3  Janine Menhennet (SBN 163501)
   *jmenhennet@markham-law.com*
4  Maggie K. Realin (SBN 263639)
   *mrealin@markham-law.com*
   **THE MARKHAM LAW FIRM**
5  750 B Street, Suite 1950
   San Diego, CA 92101
6  Tel: (619)399-3995; Fax: (619) 615-2067

7

8                    **UNITED STATES DISTRICT COURT**

9                    **NORTHERN DISTRICT OF CALIFORNIA**

10                              **SAN JOSE DIVISION**

11

12

13  IN RE: HIGH TECH EMPLOYEE           )   **MASTER DOC. NUMBER:**
    ANTITRUST LITIGATION                )
14                                      )   **11-cv-02509-LHK**
                                        )
15  THIS DOCUMENT RELATES TO:           )
                                        )
16  ALL ACTIONS                         )
                                        )
17  _____ )
                                        )
18                                      )
    DESERAE RYAN, and TRENT RAU,        )   **Case No. 14-cv-04634-EJD**
19  individually and on behalf of all others )
    similarly situated;                 )   **PLAINTIFFS' REQUEST FOR LEAVE**
20                                      )   **TO FILE REPLY TO MOTION FOR**
                Plaintiffs              )   **ADMINISTRATIVE RELIEF TO**
21       vs.                            )   **CONSIDER WHETHER CASES**
                                        )   **SHOULD BE RELATED**
22  MICROSOFT CORPORATION, a Washington )
23  corporation;                        )
                                        )
24              Defendants.             )
    _____ )
25

26

27

28
    ──────────────────────────────────────────────────────────
         PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY TO MOTION FOR
    ADMINISTRATIVE RELIEF TO CONSIDER WHETHER CASES SHOULD BE RELATED
                          Case No. 11-cv-02509-LHK

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Plaintiffs Deserae Ryan and Trent Rau hereby request leave from the Court to file a Reply in support of their request to have the *Ryan v. Microsoft Corporation* matter, case no. 14-cv-04634 EJD, related to the instant case. Defendant Microsoft Corporation's Response to Plaintiffs' Request to have the cases related raised several substantive issues which deserve a short response from Plaintiffs.

Microsoft's two main arguments in their response to Plaintiffs' motion are thus: 1) Washington's non-compete law governs the class members' contracts at issue in this case, and therefore this case may be transferred to the District of Washington; and 2) because the Department of Justice declined to pursue Microsoft in its investigation, this amounts to a finding of innocence.

While Plaintiffs understand that Local Rule 3-12 does not explicitly provide for a reply brief to a motion for administrative relief, Plaintiffs herein seek leave from the Court, under its inherent powers, to allow Plaintiffs leave to file a reply to the issues raised by Microsoft in its Response.

Dated: November 13, 2014                                    **THE MARKHAM LAW FIRM**


                                                            s/ *Janine R. Menhennet*
                                                            Attorney for Plaintiffs and on behalf of those
                                                            similarly situated

-1-
PLAINTIFFS' REQUEST FOR LEAVE TO FILE REPLY TO MOTION FOR
ADMINISTRATIVE RELIEF TO DETERMINE WHETHER CASES SHOULD BE RELATED
Case No. 14-cv-04634-BLF