Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
Andrew Purdy (State Bar No. 261912)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 500.6803

*Co-Lead Class Counsel*

[Additional counsel listed on signature page]

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**JOINT STATEMENT REGARDING DOCUMENT ADMISSIBILITY AND AUTHENTICATION**<br><br>Courtroom: 8, 4th Floor<br>Judge:     The Honorable Lucy H. Koh |

1     Pursuant to the Court's September 8, 2014 Case Management Order (Dkt. 986) requiring the parties to file a Joint Statement Regarding Business Record Disputes by 30 days prior to the pretrial conference, and pursuant to the parties' agreement to file the joint statement early, on November 17, 2014, the parties provide the following report.

    The parties are meeting and conferring to substantially reduce the number of documents in dispute. Defendants Adobe Systems, Inc., Apple Inc., Google Inc., and Intel Corp. ("Defendants") have indicated their willingness to agree not to object on hearsay grounds to the vast majority of the documents produced by Defendants for which Plaintiffs have requested stipulations. Plaintiffs indicated their willingness to take this approach on April 15, 2014, and not object to the documents for which Defendants have requested stipulations. Until an agreement is finalized, the parties reserve their rights to object to documents for which other parties have requested stipulations, and Plaintiffs reserve their right to seek depositions regarding any documents as to which the parties cannot reach agreement.

Dated: November 17, 2014      LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

By:    */s/ Kelly M. Dermody*
       Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Co-Lead Class Counsel*

| | | |
|---|---|---|
| 1 | Dated: November 17, 2014 | JOSEPH SAVERI LAW FIRM |
| 2 | | |
| 3 | | By:    */s/ Joseph R. Saveri*<br>Joseph R. Saveri |
| 4 | | Joseph R. Saveri (State Bar No. 130064)<br>James Dallal (State Bar No. 277826) |
| 5 | | JOSEPH SAVERI LAW FIRM, INC.<br>505 Montgomery, Suite 625 |
| 6 | | San Francisco, CA 94111<br>Telephone: 415. 500.6800 |
| 7 | | Facsimile:  415. 500.6803 |
| 8 | | *Co-Lead Class Counsel* |
| 9 | Dated: November 17, 2014 | O'MELVENY & MYERS LLP |
| 10 | | By:    */s/ Michael F. Tubach* |
| 11 | | Michael F. Tubach |
| 12 | | George A. Riley<br>Michael F. Tubach |
| 13 | | Christina J. Brown<br>O'MELVENY & MYERS LLP |
| 14 | | Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111 |
| 15 | | griley@omm.com<br>mtubach@omm.com |
| 16 | | cjbrown@omm.com<br>Tel.: (415) 984-8700 |
| 17 | | Fax: (415) 984-8701 |
| 18 | | *Attorneys for Defendant APPLE INC.* |

| | | |
|---|---|---|
| 1 | Dated:  November 17, 2014 | MUNGER, TOLLES & OLSON LLP |
| 2 | | |
| 3 | | By:  */s/ Gregory P. Stone*<br>Gregory P. Stone |
| 4 | | Gregory P. Stone |
| | | Bradley S. Phillips |
| 5 | | Gregory M. Sergi |
| | | John P. Mittelbach |
| 6 | | MUNGER, TOLLES & OLSON LLP |
| | | 355 South Grand Avenue, 35th Floor |
| 7 | | gregory.stone@mto.com |
| | | brad.phillips@mto.com |
| 8 | | gregory.sergi@mto.com |
| | | john.mittelbach@mto.com |
| 9 | | Los Angeles, California 90071-1560 |
| | | Telephone: (213) 683-9100 |
| 10 | | Facsimile: (213) 687-3702 |
| 11 | | *Attorneys for Defendant INTEL CORP.* |
| 12 | Dated:  November 17, 2014 | JONES DAY |
| 13 | | |
| | | By:  */s/ David C. Kiernan* |
| 14 | | David C. Kiernan |
| 15 | | Robert A. Mittelstaedt |
| | | David Kiernan |
| 16 | | Lin W. Kahn |
| | | JONES DAY |
| 17 | | 555 California Street, 26th Floor |
| | | San Francisco, CA 94104 |
| 18 | | ramittelstaedt@jonesday.com |
| | | dkiernan@jonesday.com |
| 19 | | linkahn@jonesday.com |
| | | Tel.: (415) 626-3939 |
| 20 | | Fax: (415) 875-5700 |
| 21 | | *Attorneys for Defendant ADOBE SYSTEMS, INC.* |

| | | |
|---|---|---|
| 1 | Dated:  November 17, 2014 | KEKER & VAN NEST |
| 2 | | |
| | | By:    /s/ Robert Addy Van Nest |
| 3 | | Robert Addy Van Nest |

Robert Addy Van Nest
Eugene M. Paige
Daniel Purcell
Justina Sessions
KEKER & VAN NEST
633 Battery Street
San Francisco, CA 94111-1809
rvannest@kvn.com
epaige@kvn.com
dpurcell@kvn.com
jsessions@kvn.com
Tel.: (415) 391-5400
Fax: (415) 397-7188

*Attorneys for Defendant GOOGLE INC.*

Dated:  November 17, 2014     MAYER BROWN LLP

By:    */s/ Lee H. Rubin*
Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
MAYER BROWN LLP
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
lrubin@mayerbrown.com
wjohnson@mayerbrown.com
Tel.: (650) 331-2000
Fax: (650) 331-2060

*Attorneys for Defendant GOOGLE INC.*

**ATTESTATION**: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from all signatories.