UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND PRETRIAL CONFERENCE |

Pursuant to the parties' statements in their November 12, 2014 Joint Case Management Statement, ECF No. 1018 at 1-2, the case management conference set for November 19, 2014, is continued to February 11, 2015, at 2:00 p.m. Pursuant to Civil Local Rule 16-10(d), the parties shall file a joint case management statement by February 4, 2015.

Pursuant to the parties' joint request, the pretrial conference set for December 19, 2014, is continued to March 19, 2015 at 1:30 p.m.

**IT IS SO ORDERED.**

Dated: November 18, 2014

_Lucy H. Koh_
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-02509-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND PRETRIAL CONFERENCE