UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF |

On September 18, 2014, Defendants sought leave to file a supplemental brief regarding application of the *per se* standard, attaching their proposed brief. ECF No. 990. On September 22, 2014, Plaintiffs opposed. After considering the parties' submissions, the Court hereby GRANTS Defendants leave to file their proposed supplemental brief (ECF No. 990-1). Plaintiffs may file a sur-sur-reply of no more than five pages by December 5, 2014. The Court will not entertain any more requests for briefing regarding the *per se* standard.

**IT IS SO ORDERED.**

Dated: November 19, 2014

_____
LUCY H. KOH
United States District Judge