UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>ORDER RE: PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL |

On September 19, 2014, Plaintiffs filed an administrative motion to unseal "all papers filed in connection with Plaintiffs' Motion to Compel" (ECF No. 789-2). ECF No. 991. On September 23, 2014, Defendants opposed. ECF No. 994. After considering the parties' submissions, the Court hereby ORDERS that by December 3, 2014, Defendants shall file declarations in support of sealing any papers filed in connection with Plaintiffs' motion to compel, along with any proposed redactions, pursuant to Civil L.R. 79-5. The Court reserves ruling on Plaintiffs' administrative motion to unseal pending Defendants' submissions.

**IT IS SO ORDERED.**

Dated: November 19, 2014

*Lucy H. Koh*
LUCY H. KOH
United States District Judge