UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Case No.: 11-CV-02509-LHK |
| ROBERT ARRIAGA, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>IAC/InterActiveCorp, a Delaware corporation,<br><br>Defendant. | Individual Case No.: 14-CV-04656-NC<br><br>**ORDER DENYING ADMINISTRATIVE MOTION TO RELATE** |

On October 21, 2014, Plaintiff Robert Arriaga filed an administrative motion to consider whether his case should be related to *In re High-Tech Employee Antitrust Litigation*, No. 11-CV-02509-LHK (ECF No. 1001). As the judge assigned to *In re High-Tech Employee Antitrust Litigation*, I find that *Arriaga* is not related and therefore deny the motion to relate.

The administrative motion was only filed on the *High-Tech* docket, but a copy of this Order shall be filed in both case dockets.

**IT IS SO ORDERED.**

1

Case Nos.: 11-CV-02509-LHK and 14-CV-04656-NC
ORDER DENYING ADMINISTRATIVE MOTION TO RELATE

Dated: November 20, 2014

_____
LUCY H. KOH
United States District Judge

2
Case Nos.: 11-CV-02509-LHK and 14-CV-04656-NC
ORDER DENYING ADMINISTRATIVE MOTION TO RELATE