Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**NOTICE REGARDING ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF** |

1  Plaintiffs respectfully request that the Court consider Plaintiffs' previously-filed
2  Opposition to Defendants' Administrative Motion for Leave to File Supplemental Brief
3  ("Opposition"; Dkt. 992) as the sur-sur reply authorized by the Court's November 19, 2014 Order
4  (Dkt. 1,023).  In the alternative, if the Court prefers, Plaintiffs would re-file the Opposition as a
5  sur-sur reply.

6  Dated: November 24, 2014   Respectfully submitted,

7  LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

8  By:   /s/ Kelly M. Dermody
        Kelly M. Dermody
9

10 Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
11 Brendan P. Glackin (State Bar No. 199643)
   Dean M. Harvey (State Bar No. 250298)
12 Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
13 275 Battery Street, 29th Floor
   San Francisco, California  94111-3339
14 Telephone:  415.956.1000
   Facsimile:  415.956.1008

15 Joseph R. Saveri (State Bar No. 130064)
   James Dallal (State Bar No.  277826)
16 JOSEPH SAVERI LAW FIRM, INC.
   505 Montgomery, Suite 625
17 San Francisco, California 94111
   Telephone: 415.500.6800
18 Facsimile: 415.500.6803

19 *Co-Lead Class Counsel*

20
21
22
23
24
25
26
27
28

1207260.1   - 1 -   NOTICE REGARDING ORDER GRANTING LEAVE TO FILE SUPPLEMENTAL BRIEF
MASTER DOCKET NO. 11-CV-2509-LHK