**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | ORDER RE PLAINTIFFS' SUR-SUR REPLY |

Per Plaintiffs' request, ECF No. 1027, the Court will hereby consider Plaintiffs' previously filed Opposition to Defendants' Administrative Motion for Leave to File Supplemental Brief (ECF No. 992) as the sur-sur reply that the Court authorized in its order of November 19, 2014, ECF No. 1023.

**IT IS SO ORDERED.**

Dated: November 26, 2014

*Lucy H. Koh*

LUCY H. KOH
United States District Judge

Master Docket No. 11-CV-02509-LHK
ORDER RE PLAINTIFFS' SUR-SUR REPLY