UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH TECH EMPLOYEE ANTITRUST LITIGATION <br><br> DESERAE RYAN, and TRENT RAU, individually and on behalf of all others similarly situated; <br><br> Plaintiffs <br> vs. <br><br> MICROSOFT CORPORATION, a Washington corporation; <br><br> Defendant. | Case No. 11-CV-02509-LHK <br><br> **ORDER DENYING AS MOOT MOTION FOR LEAVE TO FILE REPLY** <br><br> Re: Dkt. No. 1019 |

Plaintiffs Deserae Ryan and Trent Rau's November 13, 2014, request for leave to file a reply in support of their administrative motion to relate *Ryan v. Microsoft Corporation*, No. 14-4634 to *In re: High Tech Employee Antitrust Litigation*, No. 11-2509, is DENIED AS MOOT. The Court granted the motion to relate on November 19, 2014. No. 14-4634, ECF No. 24.

1

Case No.: 11-CV-02509-LHK
ORDER DENYING AS MOOT MOTION FOR LEAVE TO FILE REPLY

1  **IT IS SO ORDERED**.

2  Dated: December 8, 2014

3  _____
   LUCY H. KOH
4  United States District Judge