# EXHIBIT 4



**FILED**

DEC 1 6 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| THE APPLE IPOD ITUNES ANTITRUST LITIGATION | Case No.: 05-CV-0037 YGR |
|---|---|
| This Document Relates to: All Actions | **VERDICT FORM RE GENUINE PRODUCT IMPROVEMENT** |

# VERDICT FORM

WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:

1. Were the firmware and software updates in iTunes 7.0, which were contained in stipulated models of iPods, genuine product improvements?

   Yes _✓_   No _____

Dated: _December 16, 2014_

_[signature]_             _Kennalee Welliver_
PRESIDING JUROR'S SIGNATURE      PRESIDING JUROR'S PRINTED NAME