Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Joseph P. Forderer (State Bar No. 278774)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION

THIS DOCUMENT RELATES TO:

All Actions

Master Docket No. 11-CV-2509-LHK

**[PROPOSED] ORDER GRANTING PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PORTIONS OF EXHIBIT C AND ATTACHMENT 1 TO THE SETTLEMENT AGREEMENT**

Judge: Honorable Lucy H. Koh

Plaintiffs' Administrative Motion to File Under Seal Portions Of Exhibit C And Attachment 1 to the Settlement Agreement is hereby **GRANTED.**

IT IS HEREBY ORDERED that the designated portions of Exhibits C and Attachment 1 to Plaintiffs' Settlement Agreement with Defendants Adobe Systems Incorporated, Apple Inc., Google Inc., and Intel Corporation shall remain under seal.

**IT IS SO ORDERED.**

Dated: ______________

_______________________________________
LUCY H. KOH
United States District Judge