# EXHIBIT 2

Attachment 1: Lodged Under Seal