# EXHIBIT 1

# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

No. 13-30095

IN RE: DEEPWATER HORIZON - APPEALS OF THE ECONOMIC AND PROPERTY DAMAGE CLASS ACTION SETTLEMENT

Appeals from the United States District Court for the
Eastern District of Louisiana, New Orleans

O R D E R:

IT IS ORDERED that the motion of the BCA Appellants to unseal the settlement agreement opt-out threshold number is *denied*.

/s/ Lyle W. Cayce
LYLE W. CAYCE
CLERK OF COURT

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

October 16, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No.13-30095   In Re: Deepwater Horizon
                     USDC No.2:10-MD-2179
                     USDC No.2:10-CV-7777
                     USDC No.2:12-CV-970
                     USDC No.2:10-CV-2771
                     USDC No.2:12-CV-2953
                     USDC No.2:12-CV-964

Enclosed is an order entered in this case.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Allison G. Lopez, Deputy Clerk
                                  504-310-7702

Mr. N. Albert Bacharach Jr.
Mr. Robert C. Mike Brock
Mr. George Howard Brown
Ms. Elizabeth Joan Cabraser
Mr. Jeffrey Bossert Clark Sr.
Mr. Brent Wayne Coon
Mr. Timothy A. Duffy
Mr. Miguel Angel Estrada
Mr. Theodore Harold Frank
Mr. Soren E. Gisleson
Mr. Richard Cartier Godfrey
Mr. Kevin Walter Grillo
Mr. Don Keller Haycraft
Mr. Stephen Jay Herman
Mr. Thomas George Hungar
Mr. Samuel Issacharoff
Mr. James Andrew Langan
Mr. Scott Payne Martin
Mr. Steven Andrew Myers
Mr. Theodore B. Olson
Mr. Joseph Darrell Palmer
Mr. John Jacob Pentz III
Mr. James Parkerson Roy
Mr. Stuart Cooper Yoes