# EXHIBIT 6

Richard M. Heimann (State Bar No. 63607)
Joy A. Kruse (State Bar No. 142799)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
rheimann@lchb.com
jakruse@lchb.com
Telephone: 415.956.1000
Facsimile: 415.956.1008

*Lead Counsel for Lead Plaintiff A-Power Investor Group*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| IN RE A-POWER ENERGY GENERATION SYSTEMS, LTD. SECURITIES LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | Master Docket No. 2:11-ml-2302-GW-(CWx)<br><br>[PROPOSED] ORDER GRANTING LEAD PLAINTIFF'S APPLICATION TO FILE UNDER SEAL<br><br>Judge: Hon. George W. Wu<br>Courtroom: 10<br>Time: 10:00 a.m.<br>Date: January 14, 2013 |

Lead Plaintiff has moved this Court pursuant to Civil Local Rule 79-5.1 to file under seal:

1. Confidential Supplemental Agreement to the Stipulation of Settlement

Lead Plaintiff seeks to file the above-listed document under seal. Lead Plaintiff's application is unopposed. Pursuant to Civil Local Rule 79-5.1, Lead Plaintiff will manually file the documents with the Clerk and will electronically file a Notice of Manual Filing.

The Application is hereby GRANTED.

**IT IS SO ORDERED.**

DATED: January 14, 2013

_____
Hon. George W. Wu
United States District Judge