# EXHIBIT 7

Kelly M. Dermody (State Bar No. 171716)
Jahan C. Sagafi (State Bar No. 224887)
Daniel M. Hutchinson (State Bar No. 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Ron K. Bochner (State Bar No. 160093)
LAW OFFICES OF RON BOCHNER
3333 Bowers Avenue, Suite 130
Santa Clara, CA 95054
Telephone: (408) 200-9890
Facsimile: (510) 740-3699

*Attorneys for Plaintiff and Cross-Complainants and the Class*

ELECTRONICALLY FILED
05-30-08

K. TORRE, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA - MARTINEZ
BY: S. KRICKEN, DEPUTY CLERK

SUPERIOR COURT OF THE STATE OF CALIFORNIA

COUNTY OF CONTRA COSTA

| | |
|---|---|
| Coordinated Proceeding<br>Special Title (Rule 3.550(b))<br><br>IN RE JOHN MUIR UNINSURED HEALTHCARE CASES | J.C.C.P. No. 4494<br><br>(Unlimited Civil Case)<br><br>[PROPOSED] ORDER GRANTING COMPLAINANTS' UNOPPOSED MOTION TO FILE UNDER SEAL DERMODY DECLARATION CONTAINING RESCISSION OF SETTLEMENT AGREEMENT PROVISION<br><br>Judge: Hon. David B. Flinn<br>Trial Date: None Set |

## I.   INTRODUCTION

Complainants filed an unopposed motion for an order to file under seal the the Declaration of Kelly M. Dermody Containing Rescission of Settlement Agreement Provision, containing the Rescission of Settlement Agreement provision, pursuant to California Rules of Court, Rule 2.550 *et seq.*

The Court, having considered the motion and being fully advised in the matter, finds as

760886.1

- 1 -

[PROPOSED] ORDER GRANTING COMPLAINANTS' UNOPPOSED MOT. TO FILE DERMODY DEC. UNDER SEAL

follows:

## FINDINGS

This Court finds there exists an overriding interest supporting sealing of the unredacted Rescission of Settlement Agreement provision. This provision of the Settlement Agreement contains the percentage of Class members who must opt out or exclude themselves in order for John Muir to have the ability to terminate the Agreement. This number does not affect the Settlement benefits that are to be provided if finality is reached here, and it has no bearing on the reasonableness, fairness or adequacy of the Settlement. The interest in maintaining the confidentiality of this number outweighs the public interest in its disclosure. The requested redaction of the information is narrowly tailored, and there are no less restrictive means to achieve the interest identified.

## ORDER

THIS COURT HEREBY ORDERS Complainants' Unopposed Motion to Seal the Dermody Declaration Containing Rescission of Settlement Agreement Provision is GRANTED.

IT IS FURTHER ORDERED that any documents lodged with the Court for purposes of this motion, and/or filed Conditionally Under Seal, be sealed for the duration of this lawsuit.

**IT IS SO ORDERED.**

May 13, 2008

Digitally signed by David Flinn
DN: cn=David Flinn, c=US, o=Superior Court, ou=Dept. 6,
email=dflin@contracosta.courts.ca.gov
Reason: I am approving this document
Location: Martinez, CA
Date: 2008.05.13 15:36:23 -07'00'

Hon. David B. Flinn
JUDGE OF THE SUPERIOR COURT

760886.1

- 2 -

[PROPOSED] ORDER GRANTING COMPLAINANTS' UNOPPOSED MOT. TO FILE DERMODY DEC. UNDER SEAL