KEKER & VAN NEST LLP
ROBERT A. VAN NEST - # 84065
rvannest@kvn.com
DANIEL PURCELL - # 191424
dpurcell@kvn.com
EUGENE M. PAIGE - # 202849
epaige@kvn.com
JUSTINA SESSIONS - # 270914
jsessions@kvn.com
CODY S. HARRIS - # 255302
charris@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:     415 391 5400
Facsimile:     415 397 7188

Attorneys for Defendant
GOOGLE Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Case No. 5:11-cv-2509-LHK<br><br>**DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL**<br><br>Date:            March 19, 2015<br>Time:           1:30 p.m.<br>Courtroom:  8, 4th Floor<br>Judge:          Hon. Lucy H. Koh |

DECLARATION OF JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
Case No. 5:11-cv-2509-LHK

896193.01

I, JUSTINA K. SESSIONS, declare and say that:

1. I am an attorney licensed to practice law in the State of California and am an associate with the law firm of Keker & Van Nest LLP, located at 633 Battery Street, San Francisco, California 94111, counsel for Defendant Google Inc. in the above-captioned action. I am duly admitted to practice law before this Court.

2. Attached hereto as Exhibit 1 is a true and correct copy of transcript excerpts from the October 26, 2012 deposition of Edward E. Leamer, Ph.D.

3. Attached hereto as Exhibit 2 is a true and correct copy of transcript excerpts from the November 18, 2013 deposition of Edward E. Leamer, Ph.D.

4. Attached hereto as Exhibit 3 is a true and correction depiction of the backup data Dr. Leamer provided for Exhibit 3 in his December 11, 2013 Expert Report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed in San Francisco, California, on January 15, 2015.

                 */s/ Justina K. Sessions*
                 JUSTINA K. SESSIONS

---

1

DECLARATION BY JUSTINA K. SESSIONS IN SUPPORT OF DEFENDANTS' BRIEF IN SUPPORT
OF PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL
Case No. 5:11-cv-2509-LHK

896193.01