# Exhibit 3

# Leamer December 11, 2013 Report - Backup Spreadsheet for Exhibit 3

|    | parm | estimate | stderr | dof | t | p | min95 | max95 | es_1 | es_2 |
|----|------|----------|--------|-----|---|---|-------|-------|------|------|
| 1. | conduct_log_age | 1.1741 | 0.4417 | 62 | 2.6583 | 0.0100 | 0.2912 | 2.0570 | 277,082 | 0.868 |
| 2. | conduct_log_age2 | -0.1586 | 0.0582 | 62 | -2.7262 | 0.0083 | -0.2748 | -0.0423 | 277,082 | 0.868 |
| 3. | conduct_hire_sc | -0.0170 | 0.0304 | 62 | -0.5607 | 0.5770 | -0.0778 | 0.0437 | 277,082 | 0.868 |
| 4. | conduct | -0.0559 | 0.0447 | 62 | -1.2505 | 0.2158 | -0.1452 | 0.0334 | 277,082 | 0.868 |
| 5. | ADOBE_tot_comp_1 | 0.6738 | 0.0567 | 62 | 11.8890 | 0.0000 | 0.5605 | 0.7871 | 277,082 | 0.868 |
| 6. | APPLE_tot_comp_1 | 0.7289 | 0.0579 | 62 | 12.5919 | 0.0000 | 0.6132 | 0.8446 | 277,082 | 0.868 |
| 7. | GOOGLE_tot_comp_1 | 0.4329 | 0.0720 | 62 | 6.0096 | 0.0000 | 0.2889 | 0.5768 | 277,082 | 0.868 |
| 8. | INTEL_tot_comp_1 | 0.6818 | 0.0320 | 62 | 21.3018 | 0.0000 | 0.6179 | 0.7458 | 277,082 | 0.868 |
| 9. | INTUIT_tot_comp_1 | 0.6527 | 0.0491 | 62 | 13.2931 | 0.0000 | 0.5546 | 0.7509 | 277,082 | 0.868 |
| 10. | LUCASFILM_tot_comp_1 | 0.9327 | 0.0802 | 62 | 11.6247 | 0.0000 | 0.7723 | 1.0930 | 277,082 | 0.868 |
| 11. | PIXAR_tot_comp_1 | 0.6739 | 0.1467 | 62 | 4.5952 | 0.0000 | 0.3807 | 0.9670 | 277,082 | 0.868 |
| 12. | ADOBE_tot_comp_2 | 0.3002 | 0.0435 | 62 | 6.9008 | 0.0000 | 0.2132 | 0.3871 | 277,082 | 0.868 |
| 13. | APPLE_tot_comp_2 | 0.2456 | 0.0405 | 62 | 6.0597 | 0.0000 | 0.1646 | 0.3266 | 277,082 | 0.868 |
| 14. | GOOGLE_tot_comp_2 | 0.3687 | 0.0514 | 62 | 7.1772 | 0.0000 | 0.2660 | 0.4714 | 277,082 | 0.868 |
| 15. | INTEL_tot_comp_2 | 0.2841 | 0.0278 | 62 | 10.2218 | 0.0000 | 0.2285 | 0.3396 | 277,082 | 0.868 |
| 16. | INTUIT_tot_comp_2 | 0.3045 | 0.0447 | 62 | 6.8204 | 0.0000 | 0.2153 | 0.3938 | 277,082 | 0.868 |
| 17. | LUCASFILM_tot_comp_2 | 0.0432 | 0.0818 | 62 | 0.5286 | 0.5990 | -0.1203 | 0.2068 | 277,082 | 0.868 |
| 18. | PIXAR_tot_comp_2 | 0.0941 | 0.1166 | 62 | 0.8068 | 0.4229 | -0.1391 | 0.3273 | 277,082 | 0.868 |
| 19. | log_age | -0.6562 | 0.1977 | 62 | -3.3191 | 0.0015 | -1.0515 | -0.2610 | 277,082 | 0.868 |
| 20. | log_age2 | 0.0790 | 0.0252 | 62 | 3.1301 | 0.0027 | 0.0286 | 0.1295 | 277,082 | 0.868 |
| 21. | log_comp_tenure | 0.0188 | 0.0451 | 62 | 0.4172 | 0.6779 | -0.0714 | 0.1090 | 277,082 | 0.868 |
| 22. | log_comp_tenure2 | -0.0013 | 0.0047 | 62 | -0.2829 | 0.7782 | -0.0107 | 0.0081 | 277,082 | 0.868 |
| 23. | male | 0.0057 | 0.0026 | 62 | 2.2267 | 0.0296 | 0.0006 | 0.0108 | 277,082 | 0.868 |
| 24. | d_log_emp_info_sj | 1.8727 | 0.4717 | 62 | 3.9703 | 0.0002 | 0.9298 | 2.8156 | 277,082 | 0.868 |
| 25. | log_n_trans | 0.1029 | 0.0381 | 62 | 2.7025 | 0.0089 | 0.0268 | 0.1789 | 277,082 | 0.868 |
| 26. | year | -0.0041 | 0.0083 | 62 | -0.4936 | 0.6233 | -0.0207 | 0.0125 | 277,082 | 0.868 |
| 27. | log_n_new_hire_emp_sc | 0.0265 | 0.0267 | 62 | 0.9920 | 0.3250 | -0.0269 | 0.0799 | 277,082 | 0.868 |
| 28. | log_n_new_hire | -0.3346 | 0.0692 | 62 | -4.8358 | 0.0000 | -0.4729 | -0.1963 | 277,082 | 0.868 |
| 29. | l_log_rev_per_emp_real_10k | -0.0474 | 0.0713 | 62 | -0.6644 | 0.5089 | -0.1900 | 0.0952 | 277,082 | 0.868 |
| 30. | d_l_log_rev_per_emp_real_10k | 0.1360 | 0.0752 | 62 | 1.8090 | 0.0753 | -0.0143 | 0.2864 | 277,082 | 0.868 |
| 31. | APPLE | 0.0853 | 0.2582 | 62 | 0.3304 | 0.7422 | -0.4308 | 0.6014 | 277,082 | 0.868 |
| 32. | GOOGLE | 1.3198 | 0.4365 | 62 | 3.0239 | 0.0036 | 0.4473 | 2.1922 | 277,082 | 0.868 |
| 33. | INTEL | 0.0634 | 0.2701 | 62 | 0.2349 | 0.8150 | -0.4764 | 0.6033 | 277,082 | 0.868 |
| 34. | INTUIT | 0.0891 | 0.2179 | 62 | 0.4087 | 0.6842 | -0.3466 | 0.5247 | 277,082 | 0.868 |
| 35. | LUCASFILM | 0.0164 | 0.2903 | 62 | 0.0566 | 0.9551 | -0.5639 | 0.5967 | 277,082 | 0.868 |
| 36. | PIXAR | 1.3399 | 0.3896 | 62 | 3.4393 | 0.0010 | 0.5611 | 2.1186 | 277,082 | 0.868 |
|  | _cons | 12.1446 | 16.8586 | 62 | 0.7204 | 0.4740 | -21.5553 | 45.8445 | 277,082 | 0.868 |