Richard M. Heimann (State Bar No. 063607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery St., Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.500.6803

*Co-Lead Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | Master Docket No. 11-CV-2509-LHK<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING PRETRIAL AND TRIAL DATES**<br><br>Judge: Honorable Lucy H. Koh |

1  Pursuant to Local Rule 7-12, Plaintiffs and Class Representatives Mark Fichtner,
2  Siddharth Hariharan, Daniel Stover, and Michael Devine, and Defendants Adobe Systems Inc.,
3  Apple Inc., Google Inc., and Intel Corporation (collectively, the "Parties"), by and through their
4  counsel, jointly submit this Stipulation and Proposed Order Vacating Pretrial and Trial Dates.
5  WHEREAS Plaintiffs filed a Motion for Preliminary Approval of Class Action Settlement
6  on January 15, 2015 (Dkt. 1032), Defendants filed a Brief in Support of Plaintiffs' Motion for
7  Preliminary Approval of Class Action Settlement on January 15, 2015 (Dkt. 1039), and Plaintiff
8  Michael Devine filed a Joinder to the Motion for Preliminary Approval of Class Action
9  Settlement on January 16, 2015 (Dkt. 1041);
10 WHEREAS the Settlement reached between the Parties will resolve all of the claims of
11 the Class of employees that the Court certified on October 24, 2013 (Dkt. 531) (the "Class");
12 WHEREAS the Settlement creates an all-cash fund of $415,000,000, an amount that is
13 $90,500,000 more than the Parties' prior settlement (*see* Dkt. 920) and $35,000,000 more than the
14 $380,000,000 referenced by the Court in its Order Denying Plaintiffs' Motion for Preliminary
15 Approval of Settlements (Aug. 8, 2014 Order at 7, n. 8, Dkt. 974);
16 WHEREAS the Pretrial Conference is presently scheduled for March 19, 2015 (Dkt.
17 1022) and the Trial is presently scheduled to begin on April 10, 2015 (Dkt. 1031);
18 WHEREAS without staying the pretrial filing obligations and/or vacating the Pretrial and
19 Trial dates, the Parties will be required to engage in substantial pretrial activities to prepare for
20 trial and to meet several deadlines keyed off of the Pretrial Conference and Trial dates, which will
21 be unnecessary if the Settlement is approved (or the deadlines otherwise adjusted by the Court),
22 including:
23 (1) resolving and filing a Joint Statement Regarding Business Record Disputes (due 30
24 days before the Pretrial Conference – Dkt. 986);
25 (2) conferring about and exchanging revised lists of trial witnesses (due 30 days before the
26 Pretrial Conference – Dkt. 986);
27 (3) filing amended witness lists (due 14 days before the Pretrial Conference – Dkt. 986);
28 (4) meeting and conferring regarding the Joint Pretrial Statement, preparation and

1   exchange of pretrial materials, and clarifying and narrowing contested issues for trial (due 21 days before Pretrial Conference – Guidelines for Final Pretrial Conference in Jury Trials Before District Judge Lucy H. Koh ("Guidelines"));

(5) drafting and filing the Joint Pretrial Statement and Order (due 14 days before Pretrial Conference – Guidelines);

(6) finalizing and exchanging copies of all exhibits, summaries, charts, and diagrams to be used at trial other than solely for impeachment or rebuttal (due 14 days before Pretrial Conference – Guidelines);

(7) finalizing and filing excerpts of deposition testimony or other discovery to be offered at trial, other than solely for impeachment or rebuttal (due 14 days before Pretrial Conference – Guidelines);

(8) drafting and filing Jury Voir Dire Questions (due 7 days before Pretrial Conference – Guidelines);

(9) drafting and filing Proposed Jury Instructions (due 7 days before Pretrial Conference – Guidelines);

(10) drafting and filing Proposed Jury Verdict Forms (due 7 days before Pretrial Conference – Guidelines);

(11) copying, assembling, and delivering three sets of all pre-marked exhibits contained in three ring binders to the Court (due 7 days before Trial – Guidelines); and

(12) drafting and filing Trial briefs (due 7 days before Trial – Guidelines); and

WHEREAS the Parties respectfully seek the Court's guidance on the filed Motion for Preliminary Approval of Class Action Settlement at the earliest practicable date;

NOW THEREFORE IT IS HEREBY STIPULATED by and between the Parties through their respective counsel and subject to the Court's approval that the March 19, 2015 Pre-Trial Conference, the April 10, 2015 Trial, and all other pre-Trial deadlines are VACATED.

| | | |
|---|---|---|
| 1 | Dated: January 22, 2015 | Respectfully Submitted, |
| 2 | | |
| 3 | | By: */s/ Kelly M. Dermody* |
| | | Kelly M. Dermody |
| 4 | | |
| | | Richard M. Heimann (State Bar No. 63607) |
| 5 | | Kelly M. Dermody (State Bar No. 171716) |
| | | Brendan Glackin (State Bar No. 199643) |
| 6 | | Dean Harvey (State Bar No. 250298) |
| | | Anne B. Shaver (State Bar No. 255928) |
| 7 | | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | 275 Battery Street, 29th Floor |
| 8 | | San Francisco, California 94111-3339 |
| | | Telephone: 415.956.1000 |
| 9 | | Facsimile: 415.956.1008 |
| 10 | | Joseph R. Saveri |
| | | James Dallal |
| 11 | | SAVERI LAW FIRM, INC. |
| | | 505 Montgomery St, Suite 625 |
| 12 | | San Francisco, CA 94111 |
| | | Telephone: (415) 500-6800 |
| 13 | | Facsimile: (415) 500-6803 |
| 14 | | *Co-Lead Class Counsel* |
| 15 | Dated: January 22, 2015 | GIRARD GIBBS LLP |
| 16 | | |
| 17 | | By: */s/ Daniel C. Girard* |
| | | Daniel C. Girard |
| 18 | | |
| 19 | | Daniel C. Girard (State Bar No. 114826) |
| | | Dena C. Sharp (State Bar No. 245869) |
| 20 | | Elizabeth A. Kramer (State Bar No. 293129) |
| | | GIRARD GIBBS LLP |
| 21 | | 601 California Street, 14th Floor |
| | | San Francisco, California 94108 |
| 22 | | Telephone: (415) 981-4800 |
| | | Facsimile: (415) 981-4846 |
| 23 | | |
| 24 | | *Counsel for Class Representative Michael Devine* |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | Dated:  January 22, 2015 | MAYER BROWN LLP |
| 2 | | By:     */s/ Lee H. Rubin* |
| 3 | | Lee H. Rubin |

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA 94306-2112
Telephone: (650) 331-2057
Facsimile: (650) 331-4557

Dated:  January 22, 2015       KEKER & VAN NEST LLP

By:     */s/ Robert Van Nest*
Robert Van Nest

Robert Van Nest
Eugene M. Paige
Justina Sessions
633 Battery Street
San Francisco, CA 94111
Telephone: (415) 381-5400
Facsimile: (415) 397-7188

*Attorneys for Defendant GOOGLE INC.*

Dated:  January 22, 2015       JONES DAY

By:     */s/ David C. Kiernan*
David C. Kiernan

Robert A. Mittelstaedt
Craig A. Waldman
David C. Kiernan
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

| | | |
|---|---|---|
| 1 | Dated:  January 22, 2015 | O'MELVENY & MYERS LLP |
| 2 | | By:   */s/ Michael F. Tubach* |
| 3 | | Michael F. Tubach |
| 4 | | George A. Riley |
| | | Michael F. Tubach |
| 5 | | Christina J. Brown |
| | | Two Embarcadero Center, 28th Floor |
| 6 | | San Francisco, CA 94111 |
| | | Telephone: (415) 984-8700 |
| 7 | | Facsimile: (415) 984-8701 |
| 8 | | |
| | | *Attorneys for Defendant APPLE INC.* |
| 9 | | |
| | Dated:  January 22, 2015 | MUNGER, TOLLES & OLSON LLP |
| 10 | | |
| | | By:   */s/ Gregory P. Stone* |
| 11 | | Gregory P. Stone |
| 12 | | |
| | | Gregory P. Stone |
| 13 | | Bradley S. Phillips |
| | | Steven M. Perry |
| 14 | | Gregory Sergi |
| | | 355 South Grande Ave., 35th Floor |
| 15 | | Los Angeles, CA 90071 |
| | | Telephone: (213) 683-9100 |
| 16 | | Facsimile: (213) 687-3702 |
| 17 | | |
| | | *Attorneys for Defendant INTEL CORPORATION* |
| 18 | | |

**ATTESTATION**: The filer attests that concurrence in the filing of this document has been obtained from all signatories.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  January 23, 2015

/s/ Lucy H. Koh
LUCY H. KOH
UNITED STATES DISTRICT JUDGE