UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Master Docket No. 11-CV-2509-LHK |
|---|---|
| THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL |

On September 19, 2014, Plaintiffs filed an Administrative Motion to Unseal "all papers filed in connection with Plaintiffs' Motion to Compel" (ECF No. 789-2). ECF No. 991. On September 23, 2014, Defendants opposed. ECF No. 994.

After considering the parties' submissions, the Court on November 19, 2014, ordered Defendants to file a declaration in support of sealing any papers filed in connection with Plaintiffs' Motion to Compel, along with any proposed redactions, pursuant to Civil Local Rule 79-5. ECF No. 1024. Defendants did so on December 3, 2014. ECF No. 1029. In their declaration, Defendants sought to seal six docket entries: ECF Nos. 789-2, 789-3, 878-1, 878-2, 878-3, 991-1. The Court addresses each under the "good cause" standard appropriate for sealing requests attached to nondispositive motions, such as Plaintiffs' Motion to Compel. *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1179-80 (9th Cir. 2006). The "good cause" standard requires a "particularized showing" that "specific prejudice or harm will result" if the information is

disclosed. *Phillips ex rel. Estates of Byrd v. Gen. Motors Corp.*, 307 F.3d 1206, 1210-11 (9th Cir. 2002) (internal quotation marks omitted); *see* Fed. R. Civ. P. 26(c).

With this standard in mind, the Court rules on Plaintiffs' Administrative Motion to Unseal as follows:

| **Motion** | **ECF No.** | **Document (as Highlighted)** | **Ruling** |
|---|---|---|---|
| 991 | 789-2 | Plaintiffs' Notice of Motion and Motion to Compel | DENIED. The Court accepts Defendants' proposed redactions. |
| 991 | 789-3 | Declaration of Kelly M. Dermody | GRANTED as to Exhibit A (the *Terazosin* order) and the reference thereto at 1:19-20 (¶ 6) because Exhibit A is a publicly available document. DENIED otherwise. The Court accepts Defendants' other proposed redactions. |
| 991 | 878-1 | Defendants' Opposition to Plaintiffs' Motion to Compel | DENIED. The Court accepts Defendants' proposed redactions. |
| 991 | 878-2 | Declaration of Cody S. Harris | GRANTED because the reference at 1:8-9 (¶ 3) is to a publicly available document. |
| 991 | 878-3 | Exhibit A to Declaration of Cody S. Harris: *In re Terazosin* Reply Memorandum | GRANTED because this document is publicly available. |
| 991 | 991-1 | Plaintiffs' Reply in Support of Motion to Compel | DENIED. The Court accepts Defendants' proposed redactions. |

**IT IS SO ORDERED.**

Dated: January 30, 2015

_____
LUCY H. KOH
United States District Judge

Master Docket No. 11-CV-02509-LHK
ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL