**FILED**

FEB 02 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: ADOBE SYSTEMS, INC.; APPLE INC.; GOOGLE INC.; INTEL CORPORATION, | No. 14-72745<br><br>D.C. No. 5:11-cv-02509-LHK<br>Northern District of California,<br>San Jose |
| ADOBE SYSTEMS, INC.; APPLE INC.; GOOGLE INC.; INTEL CORPORATION,<br><br>        Petitioners,<br><br>  v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE,<br><br>        Respondent,<br><br>SIDDHARTH HARIHARAN; BRANDON MARSHALL; MICHAEL DEVINE; MARK FICHTNER; DANIEL STOVER,<br><br>        Real Parties in Interest. | ORDER |

Petitioners' unopposed motion to dismiss the petition for a writ of mandamus pursuant to Fed. R. App. P. 42(b) is hereby GRANTED. The parties will bear their own costs.

**PETITION DISMISSED.**

A copy of this order served on the district court shall constitute the mandate of this court.

FOR THE COURT:
MOLLY C. DWYER
CLERK OF COURT

By: Allison Fung
Deputy Clerk