GEORGE A. RILEY (Bar No. 118304)
griley@omm.com
MICHAEL F. TUBACH (Bar No. 145955)
mtubach@omm.com
CHRISTINA J. BROWN (Bar No. 242130)
cjbrown@omm.com
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111-3823
Telephone:     (415) 984-8700
Facsimile:      (415) 984-8701

Attorneys for Defendant Apple Inc.

[Additional counsel listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE

| IN RE:  HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509 LHK<br><br>**NOTICE OF FILING REVISED REDACTED DOCUMENTS IN RESPONSE TO ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFFS' ADMINISTRATIVE MOTION TO UNSEAL** |
|---|---|

On January 30, 2015, the Court issued an Order Granting in Part and Denying in Part Plaintiffs' Administrative Motion to Unseal ("Order," ECF No. 1047).  Pursuant to Civil Local Rule 79-5(f)(2) and (3), the parties hereby submit a revised redacted version of the Declaration of Kelly M. Dermody and Exhibit A thereto (ECF No. 789-3) and an unredacted version of the Declaration of Cody S. Harris and Exhibit A thereto (ECF Nos. 878-2 and 878-3) to comport with the Court's Order.

Dated:  February 6, 2015              O'MELVENY & MYERS LLP

                                         By:   */s/ Michael F. Tubach*
                                                     Michael F. Tubach

George A. Riley
Michael F. Tubach
Christina J. Brown
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
Telephone:  (415) 984-8700
Facsimile:   (415) 984-8701

*Attorneys for Defendant APPLE INC.*

Dated:  February 6, 2015              JONES DAY

                                         By:   */s/ David C. Kiernan*
                                                   David C. Kiernan

Robert A. Mittelstaedt
David C. Kiernan
Lin W. Kahn
555 California Street, 26th Floor
San Francisco, CA  94104
Telephone:  (415) 626-3939
Facsimile:   (415) 875-5700

*Attorneys for Defendant ADOBE SYSTEMS, INC.*

| | | |
|---|---|---|
| 1 | Dated:  February 6, 2015 | MAYER BROWN LLP |

By:   */s/ Lee H. Rubin*
      Lee H. Rubin

Lee H. Rubin
Edward D. Johnson
Donald M. Falk
Two Palo Alto Square
3000 El Camino Real, Suite 300
Palo Alto, CA  94306-2112
Telephone:  (650) 331-2057
Facsimile:   (650) 331-4557

*Attorneys for Defendant GOOGLE INC.*

Dated:  February 6, 2015      KEKER & VAN NEST LLP

By:   */s/ Robert A. Van Nest*
      Robert A. Van Nest

Robert A. Van Nest
Daniel Purcell
Eugene M. Paige
Justina Sessions
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  (415) 391-5400
Facsimile:   (415) 397-7188

*Attorneys for Defendant GOOGLE INC.*

Dated:  February 6, 2015      MUNGER TOLLES & OLSON LLP

By:   */s/ Gregory P. Stone*
      Gregory P. Stone

Gregory P. Stone
Bradley S. Phillips
Steven M. Perry
Gregory Sergi
355 South Grand Ave., 35th Floor
Los Angeles, CA 90071
Telephone:  (213) 683-9100
Facsimile:   (213) 687-3702

*Attorneys for Defendant INTEL CORPORATION*

| | |
|---|---|
| Dated:  February 6, 2015 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By:   /s/ Dean M. Harvey<br>    Dean M. Harvey |

Richard M. Heimann
Kelly M. Dermody
Brendan P. Glackin
Dean M. Harvey
Anne B. Shaver
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

Joseph R. Saveri
James G. Dallal
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile:  (415) 395-9940

*Co-Lead Class Counsel*

ATTESTATION: Pursuant to Civil Local Rule 5-1(i)(3), the filer attests that concurrence in the filing of this document has been obtained from all signatories.