Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan Glackin (State Bar No. 199643)
Dean Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
Lisa J. Cisneros (State Bar No. 251473)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
Telephone: 415.956.1000
Facsimile: 415.956.1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**CLASS ACTION**<br><br>**DECLARATION OF KELLY M. DERMODY IN SUPPORT OF PLAINTIFFS' MOTION TO COMPEL** |

1  I, Kelly M. Dermody, declare:

2  1. I am an attorney licensed to practice in the Northern District of California. I am the managing partner of the San Francisco office of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), counsel for the Class Representatives, and Co-Lead Class Counsel. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2. After the close of discovery and following this Court's October 30, 2013 preliminary approval of the class settlements with Defendants Intuit, Inc., Lucasfilm Ltd. and Pixar, Plaintiffs learned of ██████████████████████████████████████████ ██████████████████████████████████████████.

3. Plaintiffs have not seen ██████.

4. Upon learning of the existence of ██████, Plaintiffs promptly requested a copy of ██████ and Defendants refused to provide it. The parties conferred about the basis for their positions and when the matter was not resolved, they brought it to this Court's attention in the very next Joint Case Management Statement, filed on March 20, 2014.

5. Had ████████████████ and Plaintiffs learned of it prior to the close of discovery, Plaintiffs would have sought its disclosure pursuant to Federal Rules of Civil Procedure 26 or 34.

6. Attached hereto as Exhibit A is a true and correct copy of the March 4, 2002 order issued in *In re Terazosin Hydrochloride Antitrust Litig.,* Case No. 99-1317 (Dkt. 678).

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct to the best of my knowledge and that this declaration was executed in San Francisco, California on April 9, 2014.

                                          */s/ Kelly M. Dermody*
                                          Kelly M. Dermody

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. 99-1317-MDL-SEITZ/GARBER

IN RE: TERAZOSIN HYDROCHLORIDE
ANTITRUST LITIGATION

_____/

## ORDER

THIS MATTER is before the Court on Plaintiffs' Motion to Compel Discovery of Judgment Sharing Agreement [DE#613], Defendants' Motion to Compel Responses to Defendants' Interrogatories Dated October 2, 2001 [DE#570], and Sherman Act Class Plaintiffs' Motion to Compel Defendant Abbott Laboratories, Inc., to Respond to Interrogatories Dated November 1, 2001 [DE#661], pursuant to an Order of Reference entered by the Honorable Patricia A. Seitz. A hearing was held on this matter on February 28, 2002. The Court has carefully reviewed the pertinent portions of the record and is duly advised in the premises.

Plaintiffs in the Sherman Act cases move to compel Defendant Geneva Pharmaceuticals, Inc. ("Geneva"), to produce a judgment-sharing agreement between Geneva and co-Defendant Abbott Laboratories. The Court finds that the agreement is relevant as it appears reasonably calculated to lead to the discovery of admissible evidence, and is relevant with regard to the issue of witness credibility. See Fed. R. Civ. P. 26(b). The Court further finds that the subject discovery would not be unduly prejudicial. Accordingly, it is hereby

ORDERED that Plaintiffs' Motion to Compel Discovery of the Judgment Sharing

Agreement [DE#613] is GRANTED. Said agreement shall be produced on or before 30 days from the date of this Order, subject to a confidentiality order. The judgment-sharing agreement shall only be disclosed to the parties' attorneys in this matter and their experts. It is further

ORDERED that Defendants' Motion to Compel Responses to Defendants' Interrogatories Dated October 2, 2001 [DE#570] is GRANTED IN PART AND DENIED IN PART. Plaintiffs shall respond on or before 30 days from the date of this Order to all of the Interrogatories Dated October 2, 2001 with the exception of Interrogatories Nos. 15, 16 and 17 which seek speculative responses. It is further

ORDERED that the Sherman Act Class Plaintiffs' Motion to Compel Defendant Abbott Laboratories, Inc., to Respond to Interrogatories Dated November 1, 2001 [DE#661] is GRANTED IN PART AND DENIED IN PART. Defendant shall respond on or before 30 days from the date of this Order to the Interrogatories Dated November 1, 2001, with the exception of Interrogatories Nos. 12 and 13 which seek speculative responses.

DONE AND ORDERED in Chambers at Miami, Florida this 1st day of March, 2002.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
United States District Judge Seitz
Counsel appearing on attached Service List

In re TERAZOSIN HYDROCHLORIDE
ANTITRUST LITIGATION

Civ. No. 99-MDL-1317-SEITZ/GARBER

_____/

## SERVICE LIST

Richard B. Drubel, Esq.
BOIES, SCHILLER & FLEXNER, L.L.P.
26 South Main Street
Hanover, NH 03755
Fax: (603) 643-9010
Counsel for Sherman Act Class Plaintiffs

Barry S. Taus, Esq.
GARWIN, BRONZAFT et al.
1501 Broadway, Suite 1416
New York, NY 10036
Fax: (212) 764-6620
Counsel for Sherman Act Class Plaintiffs

Scott E. Perwin, Esq.
KENNY NACHWALTER SEYMOUR et al.
201 South Biscayne Boulevard
Miami, FL 33131-4327
Fax: (305) 372-1861
Counsel for Walgreen Co.

David S. Mandel, Esq.
MANDEL & McALILEY
169 East Flagler Street, Suite 1200
Miami, FL 33131
Fax: (305) 374-7776
Local Counsel for Char-Mar Pharm., Inc.

Daniel Small, Esq.
COHEN, MILSTEIN, HAUSFELD et al.
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005-3934
Fax: (202) 408-4699
Counsel for Indirect Purchaser Plaintiffs

Jeffrey I. Weinberger, Esq.
MUNGER, TOLLES & OLSON LLP
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Fax: (213) 687-3702
Counsel for Abbott Labs.

Gerson A. Zweifach, Esq.
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005-5901
Fax: (202) 434-5029
Counsel for Zenith Goldline Pharms.

Daniel Berger, Esq.
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Fax: (215) 875-4671
Counsel for Valley Drug Co.

Mark S. Armstrong, Esq.
CALVIN, RICHARDSON, VERNER et al.
500 Jefferson Avenue, Suite 2000
Houston, TX 77002-7371
Fax: (713) 654-8023
Counsel for Louisiana Wholesale Drug Co.

Steve D. Shadowen, Esq.
SCHNADER HARRISON et al.
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
Fax: (717) 231-4012
Counsel for Rite Aid Corp. & CVS Meridian, Inc.

Robert C. Gilbert, Esq.
ROBERT C. GILBERT, P.A
220 Alhambra Circle, Suite 400
Coral Gables, FL 33134
Fax: (305) 529-1612
Counsel for Indirect Purchaser Plaintiffs

Stephen Lowey, Esq.
LOWEY DANNENBERG BEMPORAD et al.
The Gateway, 11th Floor
One North Lexington Avenue
White Plains, NY 10601
Fax: (914) 997-0035
Counsel for Indirect Purchaser Plaintiffs

Wayne A. Cross, Esq.
DEWEY BALLANTINE, LLP
1301 Avenue of the Americas
New York, NY 10019
Fax: (212) 259-6333
Counsel for Geneva Pharms.

Mitchell W. Berger, Esq.
BERGER DAVIS & SINGERMAN
350 East Las Olas Boulevard, Suite 1000
Fort Lauderdale, FL 33301
Fax: (954) 523-2872
Counsel for Sherman Act Class Plaintiffs

In re TERAZOSIN HYDROCHLORIDE
ANTITRUST LITIGATION
_____/

Civ. No. 99-MDL-1317-SEITZ/GARBER

Barbara B. Smithers, Esq.
Fla. Atty. General Office
135 W. Central Blvd.
Century Plaza
Orlando, FL 32801
Fax:    (407) 245-0365
Counsel for State of Florida

-2-