February 20, 2015

The Honorable Lucy H. Koh
United States District Court for
the Northern District of California
280 South First Street, #4050
Courtroom 8 – 4th floor
San Jose, CA 95113

**RECEIVED**
FEBRUARY 26, 2015
Clerk's Office - San Jose

Re: In re High-Tech Employee Anti-trust Litigation
11-CV-2509-LHK(N.D. Cal.)

Your Honor,

As a class member in the above case, I am writing this letter to express my vehement objection to the most recent Settlement proposal (January 15th, 2015) of $415 million. I believe this proposal still grossly falls short of the potential lost wages over the period of time in question for the average professional employed in these companies.

I would urge you to reject the proposed settlement and let this matter proceed to trial so that a more meaningful and just compensation can be achieved. I think it's about time large corporations begin to take responsibility for their actions and a clear message should be sent to stop unfair business practices.

Sincerely,

*Michael J Gambuzza* (signature)

Michael J Gambuzza
14 Orion Road
Pepperell, MA 01463