United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | **ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
| THIS DOCUMENT RELATES TO: | |
| **ALL ACTIONS** | |

Plaintiffs have filed an Administrative Motion to File Under Seal ("Motion") two documents. ECF No. 1037. Plaintiffs seek to seal non-public lists of job titles from Defendants and an attachment to the settlement agreement that describes the "blow provision"—i.e., a term pursuant to which Defendants may terminate the settlement agreement if a specified percentage of Class members were to opt out. The Court GRANTS the Motion because compelling reasons support Plaintiffs' request. *See* ECF No. 978 (granting request to seal the same documents).

**IT IS SO ORDERED.**

Dated: March 2, 2015

_____
LUCY H. KOH
United States District Judge

Case No.: 11-CV-02509-LHK
ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL