UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION THIS DOCUMENT RELATES TO: **ALL ACTIONS** | Case No.: 11-CV-02509-LHK **ORDER SEALING TRANSCRIPT PORTION** |

In light of the Court having granted prior administrative motions to file the "blow provision" under seal, ECF Nos. 978, 1052, the Court hereby ORDERS that the specific numeral triggering the blow provision—but not the blow provision's existence or the numeral's status as a percentage—be sealed from the transcript of the preliminary approval hearing that took place on March 2, 2015. *See In re Online DVD-Rental Antitrust Litig.*, — F.3d — , No. 12-15705, 2015 WL 846008, at *8 (9th Cir. Feb. 27, 2015) (noting that "[o]nly the exact threshold" of an "opt-out provision" that "allows Walmart to opt out if a certain percentage of class members opt out of the settlement" was, "for practical reasons, . . . kept confidential").

**IT IS SO ORDERED.**

1

Case No.: 11-CV-02509-LHK
ORDER SEALING TRANSCRIPT PORTION

Dated: March 2, 2015

_____
LUCY H. KOH
United States District Judge