UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | Case No.: 11-CV-02509-LHK<br><br>**ORDER RE MOTIONS FOR ATTORNEY'S FEES AND COSTS** |

Any motions for an award of attorney's fees or for payment of costs shall be accompanied by detailed billing records and invoices.

**IT IS SO ORDERED.**

Dated: March 3, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 11-CV-02509-LHK
ORDER RE MOTIONS FOR ATTORNEY'S FEES AND COSTS