UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | Case No.: 11-CV-02509-LHK |
| | **ORDER GRANTING REQUEST TO WITHDRAW LETTER** |
| THIS DOCUMENT RELATES TO: **ALL ACTIONS** | |

The Court has received the attached email from Sean Gerrish. The Court construes Mr. Gerrish's request as a motion to withdraw, which the Court hereby GRANTS.

**IT IS SO ORDERED.**

Dated: March 30, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 11-CV-02509-LHK
ORDER GRANTING REQUEST TO WITHDRAW LETTER

**From:** Sean Gerrish
**To:** lhkcrd@cand.uscourts.gov

**Date:** Monday, March 30, 2015 04:29PM
**Subject:** Withdrawing letter to the court re. high tech employee antitrust litigation

Dear Stacy / Judge Koh
  After further consideration, I would like to withdraw the letter I wrote to the court re. "High-Tech Employee Antitrust Litigation" dated March 21st 2015 and respectfully request that it be removed from the public court docket.

Best regards,
Sean Gerrish