Linda P. Nussbaum
NUSSBAUM LAW GROUP, P.C.
570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone: (212) 702-7053
Facsimile: (212) 681-0300
Email:    lnussbaum@nussbaumpc.com

*Counsel for Class Plaintiffs*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION  _____  THIS DOCUMENT RELATES TO: ALL DIRECT PURCHASER ACTIONS | Civil Action No. 5:11cv02509-LHK |

## NOTICE OF CHANGE OF FIRM AFFILIATION

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Linda P. Nussbaum, one of the counsel for Plaintiff Siddharth Hariharan, formerly of:

> Grant & Eisenhofer P.A.
> 485 Lexington Avenue, 29th Floor
> New York, NY 10017
> Telephone: (646) 722-8500
> Fax: (646) 722-8501
> Email: lnussbaum@gelaw.com

as of April ___, 2015 will join the law firm of:

> Nussbaum Law Group, P.C.
> 570 Lexington Avenue, 19th Floor
> New York, NY 10022
> Telephone: (212) 702-7053
> Fax: (212) 681-0300
> Email: lnussbaum@nussbaumpc.com

1  PLEASE TAKE NOTICE THAT Class Plaintiffs hereby add Nussbaum Law Group, P.C.
2  as one of their counsel of record in the above-captioned litigation.  Please make the necessary
3  changes to your files.
4  Dated: April ___, 2015

NUSSBAUM LAW GROUP, P.C.

By: /s/ *Linda P. Nussbaum*

570 Lexington Avenue, 19th Floor
New York, NY 10022
Telephone:  (212) 702-7053
Facsimile:   (212) 681-0300
Email: lnussbaum@nussbaumpc.com

*Counsel for Class Plaintiffs*

NOTICE OF CHANGE OF FIRM AFFILIATION, Civil Action No. 3:07cv05944    2

**CERTIFICATE OF SERVICE**

I hereby certify that on April ___, 2015, the foregoing Notice of Change of Firm Affiliation was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: April __, 2015

                NUSSBAUM LAW GROUP, P.C.

                By: /s/ *Linda P. Nussbaum*_____

                *Counsel for Class Plaintiffs*