# Exhibit 3

High Tech Employee Antitrust Litigation Lodestar
Inception through April 30, 2015
Current

| Timekeeper | Rate | Hours | Total |
|---|---|---|---|
| Saveri, Joseph | $960.00 | 2261.08 | $2,170,636.80 |
| Davis, Joshua | $800.00 | 346.10 | $276,880.00 |
| Leebove, Lisa | $600.00 | 1465.32 | $879,192.00 |
| Andreoli, Anthony | $465.00 | 1742.00 | $810,030.00 |
| Heinrich, Mary | $465.00 | 827.00 | $384,555.00 |
| Dallal, James | $490.00 | 3279.50 | $1,606,955.00 |
| McEwan, Ryan | $490.00 | 97.00 | $47,530.00 |
| Rayhill, Kevin | $490.00 | 87.25 | $42,752.50 |
| Adriano, Marielana | $300.00 | 193.75 | $58,125.00 |
| Lall, Prem | $315.00 | 442.65 | $139,434.75 |
| Saveri. Gabrielle | $300.00 | 293.11 | $87,933.00 |
| TOTAL | | 10741.65 | $6,504,024.05 |