# Exhibit 5

| Reported Expenses (By Type) | Amount Incurred (Inception through 10/30/13) | Amount Incurred (10/31/13 through 4/30/15) | Total Amount Incurred |
|---|---:|---:|---:|
| Court Reporters/Transcripts | $1,604.58 | $25.20 | $1,629.78 |
| Database | 3,882.00 | | 3,882.00 |
| Commercial Copies | 5,831.90 | | 5,831.90 |
| Photocopies | 47,531.75 | 9,333.75 | 56,865.50 |
| Postage/Express/Delivery/Messenger | 55.08 | 326.54 | 381.62 |
| Travel Expenses | 5,856.10 | 1,494.44 | 7,350.54 |
| Telephone | 37.50 | | 37.50 |
| Parking & Tolls | 15.00 | | 15.00 |
| Miscellaneous/Other | 664.67 | 900.00 | 1,564.67 |
| Computer Research | 177.42 | 76,733.32 | 76,910.74 |
| Meal | 117.12 | 673.86 | 790.98 |
| Litigation Fund | 985,000.00 | 767,049.26 | 1,752,049.26 |
| Expert Witness Fee | | 245,581.62 | 245,581.62 |
| Mediation Services | | 3,333.34 | 3,333.34 |

| | | | |
|---|---:|---:|---:|
| Total: | $1,050,773.12 | $1,105,451.33 | $2,156,224.45 |
| Reimbursed Costs | | | (1,566,003.13) |
| **Remaining Balance Due** | | | **$590,221.32** |