# Exhibit 6

Depositions in *In re High-Tech Employees Antitrust Litigation*

| Date | Deponent | Affiliation | Role | Attorney | Firm |
|---|---|---|---|---|---|
| 6/21/12 | del Toro, Rebecca | Lucasfilm | 30(b)(6) | Harvey | LCHB |
| 6/21/12 | Galle, Mary Kathleen | Lucasfilm | 30(b)(6) | Harvey | LCHB |
| 6/21/12 | Remaley, Amber Gay | Lucasfilm | 30(b)(6) | Harvey | LCHB |
| 6/22/12 | Cruzat, Eleuterio | Pixar | 30(b)(6) | Harvey | LCHB |
| 6/26/12 | Tran, Mai | Apple | 30(b)(6) | Fastiff | LCHB |
| 6/26/12 | Kuz, Shilo | Intel | 30(b)(6) | Walker | B&M |
| 6/26/12 | DeMartini, Robert | Intuit | 30(b)(6) | Barile | G&E |
| 6/26/12 | Deneau, Michelle | Intuit | 30(b)(6) | Barile | G&E |
| 6/27/12 | Burmeister, Steve | Apple | 30(b)(6) | Forderer | LCHB |
| 6/28/12 | Gilmore, Jack | Adobe | 30(b)(6) | Barile | G&E |
| 6/28/12 | Khedim, Jamie | Adobe | 30(b)(6) | Barile | G&E |
| 6/28/12 | Miller, Denise | Adobe | 30(b)(6) | Barile | G&E |
| 6/29/12 | Schirm, John | Google | 30(b)(6) | Walker | B&M |
| 7/12/12 | Dougherty, Shawna | Apple | 30(b)(6) | Harvey | LCHB |
| 7/17/12 | Howard, Matthew | Google | 30(b)(6) | Shaver | LCHB |
| 7/17/12 | Yu, Jamie | Google | 30(b)(6) | Shaver | LCHB |
| 8/2/12 | McAdams, Lori | Pixar | Senior HR | Glackin | LCHB |
| 8/3/12 | Morris, Jim | Pixar | Gen. Mgr. | Harvey | LCHB |
| 8/17/12 | Geshuri, Arnnon | Google | Recruiting | Harvey | LCHB |
| 8/21/12 | Morris, Donna | Adobe | Senior HR | Cramer | B&M |
| 8/23/12 | Bentley, Mark | Apple | Recruiting | Saveri | JSLF |
| 10/2/12 | Lambert, Danielle | Apple | Senior HR | Saveri | JSLF |
| 10/5/12 | Vijungco, Jeff | Adobe | Recruiting | Saveri | JSLF |
| 11/1/12 | Coker, Sharon | Lucasfilm | Senior HR | Saveri | JSLF |
| 11/13/12 | Zissimos, Pamela | Pixar | Recruiting | Harvey | LCHB |
| 11/21/12 | Conrad, Deborah | Intel | CMO | Saveri | JSLF |
| 12/3/12 | Murphy, Kevin | | Expert | Glackin | LCHB |
| 1/24/13 | Catmull, Edwin | Pixar | President | Heimann | LCHB |
| 1/29/13 | Otellini, Paul | Intel | CEO | Saveri | JSLF |
| 1/30/13 | Brown, Shona | Google | SVP | Harvey | LCHB |
| 2/5/13 | Van der Voort, Jan | Lucasfilm | Senior HR | Leebove | JSLF |
| 2/5/13 | Campbell, Bill | Intuit | Board Chairman | Heimann | LCHB |
| 2/12/13 | Maupin, Michelle | Lucasfilm | Compensation | Leebove | JSLF |
| 2/14/13 | Nguyen, Chuong | Intuit | Recruiting | Shaver | LCHB |
| 2/14/13 | Murray, Patricia | Intel | Senior HR | Saveri | JSLF |
| 2/19/13 | Dykes, Steve | Lucasfilm | Engineer | Harvey | LCHB |
| 2/20/13 | Schmidt, Eric | Google | CEO | Heimann | LCHB |
| 2/21/13 | Chau, Micheline | Lucasfilm | COO | Saveri | JSLF |
| 2/21/13 | McNeal, Michael | Intuit | Senior HR | Shaver | LCHB |
| 2/21/13 | Prajapati, Ranna | Intel | Engineer | Dallal | JSLF |
| 2/26/13 | Burke, Patrick | Apple | Recruiting | Saveri | JSLF |

| Date | Name | Company | Title | Attorney | Firm |
| --- | --- | --- | --- | --- | --- |
| 2/27/13 | Eustace, Alan | Google | SVP | Dermody | LCHB |
| 2/27/13 | Smith, Brad | Intuit | CEO | Glackin | LCHB |
| 2/27/13 | Okamoto, Ron | Apple | Bus. Dev. | Schalman-Bergen | B&M |
| 2/28/13 | Narayen, Shantunu | Intuit | CEO | Saveri | JSLF |
| 3/1/13 | Dramen, Amir | Lucasfilm | Recruiting | Leebove | JSLF |
| 3/1/13 | Baja, Darrin | Apple | Recruiting | Dallal | JSLF |
| 3/1/13 | Horner, Digby | Adobe | SVP | Schalman-Bergen | B&M |
| 3/5/13 | Alvarez, David | Apple | Recruiting | Dallal | JSLF |
| 3/5/13 | Sheehy, Stephanie | Pixar | Compensation | Cisneros | LCHB |
| 3/7/13 | Wagner, Frank | Google | Compensation | Dermody | LCHB |
| 3/7/13 | Bechtel, Rich | Apple | Recruiting | Dallal | JSLF |
| 3/8/13 | Sastri, Jerry | Adobe | Recruiting | Schalman-Bergen | B&M |
| 3/8/13 | Beck, Lori | Lucasfilm | Recruiting | Leebove | JSLF |
| 3/11/13 | Kordestani, Omid | Google | SVP | Dermody | LCHB |
| 3/13/13 | Rosenberg, Jonathan | Google | SVP | Harvey | LCHB |
| 3/14/13 | Whitely, Sherry | Intuit | Senior HR | Dermody | LCHB |
| 3/15/13 | Chizen, Bruce | Adobe | CEO | Saveri | JSLF |
| 3/15/13 | Goodwin, Randall | Intel | Engineer | Dallal | JSLF |
| 3/15/13 | Burmeister, Steve | Apple | Compensation | Leebove | JSLF |
| 3/19/13 | Batali, Dana | Intuit | VP | Shaver | LCHB |
| 3/19/13 | Brennan, Lynwen | Lucasfilm | President | Dallal | JSLF |
| 3/19/13 | Brin, Sergey | Google | Founder | Heimann | LCHB |
| 3/20/13 | Galy, Chris | Intuit | Recruiting | Glackin | LCHB |
| 3/20/13 | McKell, Danny | Intel | Compensation | Schalman-Bergen | B&M |
| 3/20/13 | Condiotti, Steve | Lucasfilm | VP Finance | Leebove | JSLF |
| 3/20/13 | Fadell, Tony | Apple | SVP | Saveri | JSLF |
| 3/21/13 | Cook, Tim | Apple | CEO | Glackin | LCHB |
| 3/22/13 | Croll, Brian | Apple | Bus. Dev. | Dallal | JSLF |
| 3/22/13 | Page, Larry | Google | Founder, CEO | Heimann | LCHB |
| 3/22/13 | Kessler, Natalie | Adobe | Recruiting | Schalman-Bergen | B&M |
| 3/22/13 | James, Renee | Intel | EVP | Saveri | JSLF |
| 3/22/13 | Cook, Scott | Intuit | Chairman | Dermody | LCHB |
| 3/25/13 | Lintner, Alex | Intuit | SVP | Cisneros | LCHB |
| 3/27/13 | Hoffman, Kim | Adobe | Recruiting | Dallal | JSLF |
| 3/27/13 | Bock, Laszlo | Google | Senior HR | Shaver | LCHB |
| 3/28/13 | Lucas, George | Lucasfilm | Founder/Owner | Saveri | JSLF |
| 3/28/13 | Arriada-Kieper, Rosemary | Adobe | Compensation | Leebove | JSLF |
| 3/29/13 | Reeves, Ann | Apple | Recruiting | Leebove | JSLF |
| 3/29/13 | Gray, Charles | Google | Recruiting | Geman | LCHB |
| 3/29/13 | Warnock, John | Adobe | CEO | Saveri | JSLF |
| 3/29/13 | Stubblefield, Mason | Intuit | Compensation | Dermody | LCHB |
| 3/29/13 | Evangelista, Tina | Intel | Recruiting | Dallal | JSLF |
| 4/1/13 | DeMartini, Robert | Intuit | Recruiting | Harvey | LCHB |
| 4/3/13 | Flynn, Patrick | Apple/Google | Recruiting | Harvey | LCHB |

| Date | Name | Company | Role | Attorney | Firm |
|---|---|---|---|---|---|
| 4/5/13 | Streeter, Debbie | Adobe | Compensation | Saveri | JSLF |
| 4/11/13 | Mansfield, Bob | Apple | SVP | Saveri | JSLF |
| 7/3/13 | Shaw, Kathryn | | Expert | Dermody | LCHB |
| 7/5/13 | Murphy, Kevin | | Expert | Glackin | LCHB |
| 12/7/13 | Snyder, Edward | | Expert | Cramer | B&M |
| 12/7/13 | Murphy, Kevin | | Expert | Saveri | JSLF |
| 12/8/13 | Talley, Eric | | Expert | Harvey | LCHB |
| 12/9/13 | Stiroh, Lauren | | Expert | Glackin | LCHB |
| 12/11/13 | Lewin, David | | Expert | Saveri | JSLF |
| 12/13/13 | Becker, Elizabeth | | Expert | Dermody | LCHB |