# EXHIBIT C

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| **40**    **Telephone** | | | | | |
| 11057    ADOBE/APPLE NO COLD CALLING | | | | | |
|    00000    ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 03/09/2012 | | | 1.26 | 1.26 |
| | 03/20/2012 | | | 0.21 | 0.21 |
| | 06/22/2012 | | | 0.84 | 0.84 |
| | 06/27/2012 | Payee: Conference Call INV#1741434530 | | 25.95 | 25.95 |
| | 07/25/2012 | Payee: InterCall Inv#1741493666/12 | | 25.89 | 25.89 |
| | 07/25/2012 | Payee: InterCall Inv#1741493666/12 | | 25.69 | 25.69 |
| | 07/25/2012 | Payee: InterCall Inv#1741493666/12 | | 25.78 | 25.78 |
| | 11/06/2012 | | | 0.49 | 0.49 |
| | 11/09/2012 | | | 0.21 | 0.21 |
| | 03/04/2013 | | | 0.20 | 0.20 |
| | 03/11/2013 | | | 0.64 | 0.64 |
| | 05/14/2014 | Payee: LOOP-UP - MARCH 2014 | | 6.67 | 6.67 |
|    Total    00000    ADOBE/APPLE NO COLD CALLING | | | | 113.83 | 113.83 |
| Total 11057    ADOBE/APPLE NO COLD CALLING | | | | 113.83 | 113.83 |
| **Total 40** | | | | **113.83** | **113.83** |
| **41**    **Travel** | | | | | |
| 11057    ADOBE/APPLE NO COLD CALLING | | | | | |
|    00000    ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 12/27/2011 | Payee: Patrick Madden INVOICE: 11057 121211-122111 | | 2,054.25 | 2,054.25 |
| | 01/05/2012 | Patrick Madden/ San FranciscoPayee: Rosenbluth December - 2011 | | 1,445.40 | 1,445.40 |
| | 01/05/2012 | Sarah Schalmanbergen/San FranciscoPayee: Rosenbluth December - 2011 | | 1,228.40 | 1,228.40 |
| | 01/30/2012 | patrick maddenPayee: amex 12/22/11 | | 303.00 | 303.00 |
| | 02/17/2012 | Payee: Sarah R. Schalman-Bergen   INVOICE: 2/5/12 0009-4  11057 | | 15.58 | 15.58 |
| | 02/23/2012 | Payee: ERIC L CRAMER INVOICE: 11057 12512-12712 | | 997.59 | 997.59 |
| | 03/09/2012 | Eric Cramer San Francisco, CAPayee: Rosenbluth February 2012 | | 1,277.80 | 1,277.80 |
| | 03/09/2012 | Eric Cramer return San Francisco - PAPayee: Rosenbluth February 2012 | | 1,277.80 | 1,277.80 |
| | 03/09/2012 | DUPLICATE ENTRY ERIC CRAMER SAN FRANCISCO - PA PAYEE ROSENBLUTH FEBRUARY 2012 | | (1,277.80) | 0.00 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| | 03/20/2012 | Payee: ERIC L CRAMER INVOICE: 11057/10021 22912-22 | | 460.69 | 460.69 |
| | 05/17/2012 | Payee: ERIC L CRAMER INVOICE: 06124-11057 424-4271 | | 858.50 | 858.50 |
| | 06/01/2012 | Payee: Sarah R. Schalman-Bergen   INVOICE: 09235/11057 | | 21.50 | 21.50 |
| | 06/12/2012 | Payee: DANIEL J WALKER INVOICE: LATE NIGHT TAXI 5/10 | | 34.12 | 34.12 |
| | 08/17/2012 | Payee: Sarah R. Schalman-Bergen   INVOICE: 81312 11057 | | 21.00 | 21.00 |
| | 08/23/2012 | Daniel Walker PHL - CHICAGO - PORTLAND, OR service fee $30 + upgrade $63Payee: AMEX/Rosenbluth 8/12  7-01005 | | 518.60 | 518.60 |
| | 08/23/2012 | Daniel Walker SEATTLE WASH - SAN FRAN, CAPayee: AMEX/Rosenbluth 8/12  7-01005 | | 246.80 | 246.80 |
| | 08/23/2012 | Daniel Walker SAN FRAN, CA - PHLPayee: AMEX/Rosenbluth 8/12  7-01005 | | 702.80 | 702.80 |
| | 09/06/2012 | Payee: DANIEL J WALKER INVOICE: 6/12 11057/11118 | | 66.23 | 66.23 |
| | 09/06/2012 | Payee: DANIEL J WALKER INVOICE: 8-30-12 | | 35.15 | 35.15 |
| | 09/10/2012 | Payee: DANIEL J WALKER INVOICE: 11057 6/25-30/12 | | 1,411.72 | 1,411.72 |
| | 10/04/2012 | ERIC CRAMER SAN FRANCISCO - PHLPayee: AMEX ROSENBLUTH 9/22/12 | | 822.80 | 822.80 |
| | 10/04/2012 | SARAH SCHALMANBERGEN SAN FRANCISCO - PHL + FEEPayee: AMEX ROSENBLUTH 8/29/12 | | 827.80 | 827.80 |
| | 10/04/2012 | Payee: Sarah R. Schalman-Bergen   INVOICE: 8/20-22/12 11057 | | 1,007.95 | 1,007.95 |
| | 10/18/2012 | Payee: ERIC L CRAMER INVOICE: 8/12-14/12  11057 | | 1,304.65 | 1,304.65 |
| | 10/22/2012 | Payee: OLDE CITY TAXI 8/15/12 | | 12.87 | 12.87 |
| | 03/06/2013 | SARAH SCHALMAN PHL - SAN FRAN - PHLPayee: AMEX 3782-969807-01005   INVOICE: 2/22/13 | | 326.30 | 326.30 |
| | 03/06/2013 | SARAH SCHALMAN SAN FRAN - PHLPayee: AMEX 3782 -969807-01005   INVOICE: 2/22/13 | | 383.90 | 383.90 |
| | 03/08/2013 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 2/26 - 3/3/13 | | 2,065.14 | 2,065.14 |
| | 03/26/2013 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 3/6-9/13 | | 1,364.68 | 1,364.68 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 04/08/2013 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 4/19-23/13 | | 1,645.10 | 1,645.10 |
| | 04/08/2013 | Payee: AMEX 3782-969807-01005   INVOICE: 3/24/13 | | 820.60 | 820.60 |
| | 04/22/2013 | Payee: ALL CITY TAXI   INVOICE: 291 | | 35.00 | 35.00 |
| | 04/22/2013 | Payee: ALL CITY TAXI   INVOICE: 291 | | 35.00 | 35.00 |
| | 04/22/2013 | Payee: ALL CITY TAXI   INVOICE: 291 | | 35.00 | 35.00 |
| | 07/08/2013 | ELC - SFO - 06/04/13Payee: ROSENBLUTH / AMEX - JUNE 2013 | | 891.80 | 891.80 |
| | 07/22/2013 | Payee: ERIC L CRAMER   INVOICE: 11057 6913-61213 | | 1,446.99 | 1,446.99 |
| | 12/13/2013 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 12413-12713 | | 157.58 | 157.58 |
| | 12/17/2013 | Payee: PETTY CASH   INVOICE: 12/17/13 | | 156.72 | 156.72 |
| | 01/10/2014 | Payee: ERIC L CRAMER   INVOICE: 11057 12713-12813 | | 1,085.15 | 1,085.15 |
| | 01/31/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 12199 11057 jan 2014 | | 6.50 | 6.50 |
| | 02/12/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 2514 | | 14.00 | 14.00 |
| | 04/28/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 2014 | | 53.27 | 53.27 |
| Total    00000   ADOBE/APPLE NO COLD CALLING | | | | 26,197.93 | 27,475.73 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 26,197.93 | 27,475.73 |
| **Total 41** | | | | **26,197.93** | **27,475.73** |

**42       Reproduction costs**
11057      ADOBE/APPLE NO COLD CALLING
  00000              ADOBE/APPLE NO COLD CALLING                              ELC

| | Date | | | Recorded | Billed |
|---|---|---|---|---|---|
| | 07/25/2011 | | | 2.85 | 2.85 |
| | 08/18/2011 | | | 2.70 | 2.70 |
| | 12/22/2011 | | | 1.05 | 1.05 |
| | 02/07/2012 | | | 0.15 | 0.15 |
| | 02/10/2012 | | | 95.55 | 95.55 |
| | 02/24/2012 | | | 64.20 | 64.20 |
| | 06/14/2012 | | | 0.60 | 0.60 |
| | 06/20/2012 | | | 0.45 | 0.45 |
| | 08/14/2012 | | | 95.55 | 95.55 |
| | 08/15/2012 | | | 64.80 | 64.80 |
| | 08/16/2012 | | | 450.60 | 450.60 |
| | 08/17/2012 | | | 74.25 | 74.25 |
| | 09/05/2012 | | | 38.10 | 38.10 |
| | 09/21/2012 | | | 0.60 | 0.60 |
| | 11/09/2012 | | | 0.45 | 0.45 |
| | 02/21/2013 | | | 63.00 | 63.00 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| | 02/25/2013 | | | 81.30 | 81.30 |
| | 02/25/2013 | | | 432.90 | 432.90 |
| | 03/05/2013 | | | 10.35 | 10.35 |
| | 03/06/2013 | | | 300.00 | 300.00 |
| | 03/11/2013 | | | 0.45 | 0.45 |
| | 03/15/2013 | | | 34.20 | 34.20 |
| | 03/18/2013 | | | 504.90 | 504.90 |
| | 03/19/2013 | | | 185.85 | 185.85 |
| | 04/05/2013 | | | 1.35 | 1.35 |
| | 12/02/2013 | | | 711.00 | 711.00 |
| | 12/03/2013 | | | 149.40 | 149.40 |
| | 12/05/2013 | | | 60.00 | 60.00 |
| | 12/05/2013 | | | 101.55 | 101.55 |
| | 12/06/2013 | | | 9.75 | 9.75 |
| | 12/06/2013 | | | 546.75 | 546.75 |
| | 12/06/2013 | | | 202.80 | 202.80 |
| | 12/11/2013 | | | 0.30 | 0.30 |
| | 01/13/2014 | | | 390.60 | 390.60 |
| | 01/27/2014 | | | 0.45 | 0.45 |
| | 04/24/2014 | | | 0.15 | 0.15 |
| Total    00000   ADOBE/APPLE NO COLD CALLING | | | | 4,678.95 | 4,678.95 |
| Total 11057   ADOBE/APPLE NO COLD CALLING | | | | 4,678.95 | 4,678.95 |
| **Total 42** | | | | **4,678.95** | **4,678.95** |
| **42B    Reproduction costs Print** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
|   00000             ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 05/25/2011 | | | 9.80 | 9.80 |
| | 05/25/2011 | | | 9.80 | 9.80 |
| | 05/28/2011 | | | 2.40 | 2.40 |
| | 05/28/2011 | | | 2.40 | 2.40 |
| | 06/13/2011 | | | 2.70 | 2.70 |
| | 01/10/2012 | | | 44.10 | 44.10 |
| | 01/18/2012 | | | 43.30 | 43.30 |
| | 01/23/2012 | | | 4.30 | 4.30 |
| | 01/30/2012 | | | 13.20 | 13.20 |
| | 02/02/2012 | | | 1.10 | 1.10 |
| | 02/09/2012 | | | 0.20 | 0.20 |
| | 02/10/2012 | | | 2.60 | 2.60 |
| | 02/24/2012 | | | 0.20 | 0.20 |
| | 03/07/2012 | | | 6.10 | 6.10 |
| | 03/09/2012 | | | 31.80 | 31.80 |
| | 03/11/2012 | | | 10.60 | 10.60 |
| | 03/12/2012 | | | 33.50 | 33.50 |
| | 03/22/2012 | | | 8.80 | 8.80 |
| | 03/26/2012 | | | 3.10 | 3.10 |
| | 03/30/2012 | | | 1.90 | 1.90 |
| | 04/10/2012 | | | 10.60 | 10.60 |
| | 04/20/2012 | | | 18.00 | 18.00 |
| | 04/23/2012 | | | 0.10 | 0.10 |

Berger & Montague, P.C.
## Expense Activity
**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| | 05/04/2012 | | | 1.00 | 1.00 |
| | 05/07/2012 | | | 0.60 | 0.60 |
| | 05/08/2012 | | | 1.80 | 1.80 |
| | 05/09/2012 | | | 10.50 | 10.50 |
| | 05/15/2012 | | | 0.40 | 0.40 |
| | 05/17/2012 | | | 0.50 | 0.50 |
| | 05/21/2012 | | | 2.30 | 2.30 |
| | 05/22/2012 | | | 11.50 | 11.50 |
| | 05/30/2012 | | | 4.70 | 4.70 |
| | 06/01/2012 | | | 5.20 | 5.20 |
| | 06/05/2012 | | | 9.50 | 9.50 |
| | 06/06/2012 | | | 1.60 | 1.60 |
| | 06/13/2012 | | | 0.10 | 0.10 |
| | 06/14/2012 | | | 0.90 | 0.90 |
| | 06/20/2012 | | | 1.10 | 1.10 |
| | 06/21/2012 | | | 0.20 | 0.20 |
| | 06/22/2012 | | | 0.10 | 0.10 |
| | 06/29/2012 | | | 0.90 | 0.90 |
| | 07/05/2012 | | | 0.70 | 0.70 |
| | 07/11/2012 | | | 2.70 | 2.70 |
| | 07/19/2012 | | | 260.60 | 260.60 |
| | 07/20/2012 | | | 0.70 | 0.70 |
| | 07/24/2012 | | | 1.00 | 1.00 |
| | 08/01/2012 | | | 23.50 | 23.50 |
| | 08/07/2012 | | | 1.00 | 1.00 |
| | 08/10/2012 | | | 0.60 | 0.60 |
| | 08/13/2012 | | | 0.10 | 0.10 |
| | 08/15/2012 | | | 11.30 | 11.30 |
| | 08/16/2012 | | | 5.40 | 5.40 |
| | 08/17/2012 | | | 14.80 | 14.80 |
| | 08/19/2012 | | | 11.90 | 11.90 |
| | 08/27/2012 | | | 0.30 | 0.30 |
| | 08/29/2012 | | | 0.30 | 0.30 |
| | 09/12/2012 | | | 0.10 | 0.10 |
| | 09/14/2012 | | | 0.20 | 0.20 |
| | 09/18/2012 | | | 0.80 | 0.80 |
| | 09/21/2012 | | | 0.30 | 0.30 |
| | 10/02/2012 | | | 0.40 | 0.40 |
| | 10/04/2012 | | | 0.30 | 0.30 |
| | 10/09/2012 | | | 3.30 | 3.30 |
| | 10/17/2012 | | | 0.40 | 0.40 |
| | 10/22/2012 | | | 1.00 | 1.00 |
| | 11/06/2012 | | | 0.80 | 0.80 |
| | 11/09/2012 | | | 0.30 | 0.30 |
| | 11/13/2012 | | | 0.30 | 0.30 |
| | 11/14/2012 | | | 0.10 | 0.10 |
| | 11/16/2012 | | | 0.40 | 0.40 |
| | 11/27/2012 | | | 0.30 | 0.30 |
| | 11/28/2012 | | | 8.10 | 8.10 |
| | 12/12/2012 | | | 12.10 | 12.10 |
| | 12/12/2012 | | | 12.10 | 12.10 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 12/13/2012 | | | 0.10 | 0.10 |
| | 12/13/2012 | | | 0.10 | 0.10 |
| | 01/03/2013 | | | 0.20 | 0.20 |
| | 01/04/2013 | | | 0.20 | 0.20 |
| | 01/17/2013 | | | 0.50 | 0.50 |
| | 01/22/2013 | | | 0.40 | 0.40 |
| | 01/28/2013 | | | 0.90 | 0.90 |
| | 02/04/2013 | | | 0.80 | 0.80 |
| | 02/06/2013 | | | 0.10 | 0.10 |
| | 02/13/2013 | | | 0.50 | 0.50 |
| | 02/19/2013 | | | 24.20 | 24.20 |
| | 02/21/2013 | | | 0.10 | 0.10 |
| | 02/24/2013 | | | 35.90 | 35.90 |
| | 02/25/2013 | | | 80.70 | 80.70 |
| | 03/04/2013 | | | 0.40 | 0.40 |
| | 03/05/2013 | | | 1.90 | 1.90 |
| | 03/06/2013 | | | 58.40 | 58.40 |
| | 03/07/2013 | | | 0.10 | 0.10 |
| | 03/11/2013 | | | 0.30 | 0.30 |
| | 03/13/2013 | | | 0.20 | 0.20 |
| | 03/14/2013 | | | 27.70 | 27.70 |
| | 03/15/2013 | | | 240.40 | 240.40 |
| | 03/18/2013 | | | 63.80 | 63.80 |
| | 03/19/2013 | | | 48.90 | 48.90 |
| | 03/25/2013 | | | 5.30 | 5.30 |
| | 03/27/2013 | | | 1.40 | 1.40 |
| | 04/01/2013 | | | 2.90 | 2.90 |
| | 04/02/2013 | | | 1.70 | 1.70 |
| | 04/05/2013 | | | 2.30 | 2.30 |
| | 04/09/2013 | | | 0.50 | 0.50 |
| | 04/15/2013 | | | 0.40 | 0.40 |
| | 05/06/2013 | | | 0.60 | 0.60 |
| | 05/13/2013 | | | 0.50 | 0.50 |
| | 05/16/2013 | | | 1.20 | 1.20 |
| | 05/23/2013 | | | 0.60 | 0.60 |
| | 05/29/2013 | | | 0.30 | 0.30 |
| | 05/31/2013 | | | 0.10 | 0.10 |
| | 06/03/2013 | | | 0.40 | 0.40 |
| | 07/01/2013 | | | 1.00 | 1.00 |
| | 07/19/2013 | | | 0.20 | 0.20 |
| | 07/25/2013 | | | 0.10 | 0.10 |
| | 07/31/2013 | | | 0.10 | 0.10 |
| | 08/19/2013 | | | 0.40 | 0.40 |
| | 08/21/2013 | | | 0.10 | 0.10 |
| | 09/23/2013 | | | 0.10 | 0.10 |
| | 10/22/2013 | | | 0.30 | 0.30 |
| | 10/29/2013 | | | 0.10 | 0.10 |
| | 10/31/2013 | | | 0.60 | 0.60 |
| | 11/01/2013 | | | 0.10 | 0.10 |
| | 11/04/2013 | | | 0.40 | 0.40 |
| | 11/19/2013 | | | 0.20 | 0.20 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 12/02/2013 | | | 75.50 | 75.50 |
| | 12/05/2013 | | | 333.20 | 333.20 |
| | 12/06/2013 | | | 107.40 | 107.40 |
| | 12/07/2013 | | | 5.90 | 5.90 |
| | 12/09/2013 | | | 0.80 | 0.80 |
| | 12/10/2013 | | | 2.50 | 2.50 |
| | 12/11/2013 | | | 1.60 | 1.60 |
| | 12/19/2013 | | | 0.30 | 0.30 |
| | 12/20/2013 | | | 20.10 | 20.10 |
| | 12/30/2013 | | | 8.60 | 8.60 |
| | 12/31/2013 | | | 4.80 | 4.80 |
| | 01/03/2014 | | | 28.40 | 28.40 |
| | 01/09/2014 | | | 0.10 | 0.10 |
| | 01/10/2014 | | | 0.80 | 0.80 |
| | 01/16/2014 | | | 3.40 | 3.40 |
| | 01/17/2014 | | | 0.10 | 0.10 |
| | 01/20/2014 | | | 43.70 | 43.70 |
| | 01/23/2014 | | | 2.10 | 2.10 |
| | 01/24/2014 | | | 5.70 | 5.70 |
| | 01/27/2014 | | | 1.00 | 1.00 |
| | 01/29/2014 | | | 0.20 | 0.20 |
| | 02/05/2014 | | | 2.00 | 2.00 |
| | 02/07/2014 | | | 0.10 | 0.10 |
| | 02/12/2014 | | | 0.20 | 0.20 |
| | 03/04/2014 | | | 0.40 | 0.40 |
| | 03/06/2014 | | | 0.10 | 0.10 |
| | 03/07/2014 | | | 0.10 | 0.10 |
| | 03/11/2014 | | | 0.20 | 0.20 |
| | 03/19/2014 | | | 9.40 | 9.40 |
| | 03/25/2014 | | | 22.70 | 22.70 |
| | 03/26/2014 | | | 5.40 | 5.40 |
| | 03/27/2014 | | | 7.70 | 7.70 |
| | 03/28/2014 | | | 5.30 | 5.30 |
| | 03/31/2014 | | | 3.60 | 3.60 |
| | 04/01/2014 | | | 3.20 | 3.20 |
| | 04/02/2014 | | | 1.80 | 1.80 |
| | 04/11/2014 | | | 29.30 | 29.30 |
| | 04/15/2014 | | | 1.80 | 1.80 |
| | 04/16/2014 | | | 2.50 | 2.50 |
| | 04/23/2014 | | | 0.10 | 0.10 |
| | 04/24/2014 | | | 0.40 | 0.40 |
| | 04/29/2014 | | | 0.10 | 0.10 |
| | 05/29/2014 | | | 0.10 | 0.10 |
| | 06/20/2014 | | | 0.10 | 0.10 |
| | 08/08/2014 | | | 3.20 | 3.20 |
| | 08/15/2014 | | | 0.80 | 0.80 |
| | 09/05/2014 | | | 0.20 | 0.00 |
| | 09/08/2014 | | | 0.20 | 0.00 |
| Total   00000   ADOBE/APPLE NO COLD CALLING | | | | 2,045.60 | 2,045.20 |
| Total 11057   ADOBE/APPLE NO COLD CALLING | | | | 2,045.60 | 2,045.20 |

Berger & Montague, P.C.
## Expense Activity
**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| **Total 42B** | | | | **2,045.60** | **2,045.20** |
| **42C    Reproduction costs Scans** | | | | | |
| 11057    ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000          ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 07/20/2011 | | | 4.80 | 4.80 |
| | 07/25/2011 | | | 0.40 | 0.40 |
| | 07/27/2011 | | | 0.20 | 0.20 |
| | 08/18/2011 | | | 0.30 | 0.30 |
| | 09/09/2011 | | | 0.10 | 0.10 |
| | 09/16/2011 | | | 0.15 | 0.15 |
| | 10/17/2011 | | | 1.85 | 1.85 |
| | 12/16/2011 | | | 0.05 | 0.05 |
| | 12/22/2011 | | | 0.60 | 0.60 |
| | 01/24/2012 | | | 0.15 | 0.15 |
| | 02/02/2012 | | | 3.60 | 3.60 |
| | 02/07/2012 | | | 0.15 | 0.15 |
| | 02/10/2012 | | | 3.05 | 3.05 |
| | 04/10/2012 | | | 3.85 | 3.85 |
| | 05/08/2012 | | | 0.20 | 0.20 |
| | 05/22/2012 | | | 0.35 | 0.35 |
| | 05/30/2012 | | | 0.25 | 0.25 |
| | 06/04/2012 | | | 0.05 | 0.05 |
| | 06/13/2012 | | | 0.05 | 0.05 |
| | 06/20/2012 | | | 0.05 | 0.05 |
| | 06/21/2012 | | | 0.05 | 0.05 |
| | 06/22/2012 | | | 0.05 | 0.05 |
| | 07/24/2012 | | | 0.90 | 0.90 |
| | 09/12/2012 | | | 6.30 | 6.30 |
| | 09/21/2012 | | | 0.30 | 0.30 |
| | 03/05/2013 | | | 0.35 | 0.35 |
| | 03/06/2013 | | | 0.85 | 0.85 |
| | 03/11/2013 | | | 0.40 | 0.40 |
| | 03/22/2013 | | | 0.05 | 0.05 |
| | 03/25/2013 | | | 0.05 | 0.05 |
| | 05/23/2013 | | | 32.00 | 32.00 |
| | 11/01/2013 | | | 8.60 | 8.60 |
| | 12/09/2013 | | | 0.05 | 0.05 |
| | 12/09/2013 | | | 0.10 | 0.10 |
| | 12/11/2013 | | | 0.20 | 0.20 |
| | 02/12/2014 | | | 0.05 | 0.05 |
| | 03/04/2014 | | | 0.20 | 0.20 |
| | 04/24/2014 | | | 0.25 | 0.25 |
| | 01/28/2015 | Scanning | | 0.40 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.05 | 0.00 |
| Total    00000 ADOBE/APPLE NO COLD CALLING | | | | 75.40 | 70.95 |
| **Total 11057 ADOBE/APPLE NO COLD CALLING** | | | | **75.40** | **70.95** |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| **Total 42C** | | | | **75.40** | **70.95** |
| **42F**      **OCR** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000         ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 02/03/2012 | | | 418.71 | 418.71 |
| | 06/13/2012 | | | 38.40 | 38.40 |
| Total   00000  ADOBE/APPLE NO COLD CALLING | | | | 457.11 | 457.11 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 457.11 | 457.11 |
| **Total 42F** | | | | **457.11** | **457.11** |
| **42H**      **HOSTING** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000         ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 04/16/2012 | Data Hosting Charges for February 2012 - March 2012. | | 10.00 | 10.00 |
| | 04/30/2012 | | | 5.00 | 5.00 |
| | 05/31/2012 | | | 5.00 | 5.00 |
| | 06/29/2012 | | | 10.00 | 10.00 |
| | 07/31/2012 | | | 8.75 | 8.75 |
| | 08/31/2012 | | | 8.75 | 8.75 |
| | 09/28/2012 | | | 8.75 | 8.75 |
| | 10/31/2012 | | | 8.75 | 8.75 |
| | 11/30/2012 | | | 8.75 | 8.75 |
| | 12/31/2012 | | | 8.75 | 8.75 |
| | 01/31/2013 | | | 8.75 | 8.75 |
| | 02/28/2013 | | | 8.75 | 8.75 |
| | 03/29/2013 | | | 10.00 | 10.00 |
| | 04/30/2013 | | | 10.00 | 10.00 |
| | 05/31/2013 | | | 10.00 | 10.00 |
| | 06/30/2013 | | | 10.00 | 10.00 |
| | 07/31/2013 | | | 10.00 | 10.00 |
| | 08/31/2013 | | | 10.00 | 10.00 |
| | 09/29/2013 | | | 10.00 | 10.00 |
| | 10/31/2013 | | | 10.00 | 10.00 |
| | 11/30/2013 | | | 9.80 | 9.80 |
| | 12/31/2013 | | | 9.80 | 9.80 |
| | 01/31/2014 | | | 9.80 | 9.80 |
| | 02/28/2014 | | | 9.80 | 9.80 |
| | 03/31/2014 | | | 9.80 | 9.80 |
| | 04/30/2014 | | | 9.80 | 9.80 |
| | 05/31/2014 | | | 9.35 | 9.35 |
| | 06/30/2014 | | | 9.35 | 9.35 |
| | 07/31/2014 | | | 9.30 | 9.30 |
| | 08/31/2014 | | | 9.30 | 9.30 |
| | 09/30/2014 | | | 9.30 | 0.00 |
| | 10/31/2014 | | | 9.30 | 0.00 |
| | 11/30/2014 | | | 9.30 | 0.00 |
| | 12/31/2014 | HOSTING | | 9.30 | 0.00 |
| | 01/31/2015 | HOSTING | | 9.30 | 0.00 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| | 02/28/2015 | HOSTING | | 9.30 | 0.00 |
| | 03/31/2015 | HOSTING | | 9.30 | 0.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 341.20 | 276.10 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 341.20 | 276.10 |
| **Total 42H** | | | | **341.20** | **276.10** |
| **44     Postage** | | | | | |
| 11057        ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000             ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 03/13/2013 | | | 21.42 | 21.42 |
| | 03/25/2013 | | | 21.42 | 21.42 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 42.84 | 42.84 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 42.84 | 42.84 |
| **Total 44** | | | | **42.84** | **42.84** |
| **47     Filing & Misc. Fees** | | | | | |
| 11057        ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000             ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 07/25/2011 | Payee: CLERK, U S DISTRICT COURT   INVOICE: SJC SSB ELC 11057 | | 825.00 | 825.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 825.00 | 825.00 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 825.00 | 825.00 |
| **Total 47** | | | | **825.00** | **825.00** |
| **55     Computer Research** | | | | | |
| 11057        ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000             ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 06/02/2011 | Payee: West May 2011 | | 1,654.36 | 1,654.36 |
| | 07/05/2011 | Payee: West June 2011 | | 107.00 | 107.00 |
| | 08/02/2011 | Payee: Pacer June 2011 | | 4.24 | 4.24 |
| | 10/10/2011 | Payee: ;' | | 1,516.39 | 1,516.39 |
| | 11/02/2011 | Payee: Westlaw October 2011 | | 2,528.74 | 2,528.74 |
| | 12/08/2011 | Payee: West Nov - 2011 | | 357.19 | 357.19 |
| | 01/16/2012 | Payee: Pacer - Septemeber - 2011 | | 3.60 | 3.60 |
| | 04/10/2012 | Payee: Westlaw  March 2012 | | 427.29 | 427.29 |
| | 04/17/2012 | Payee: Pacer December 2011 | | 9.44 | 9.44 |
| | 04/17/2012 | Payee: Pacer December 2011 | | 4.72 | 4.72 |
| | 06/01/2012 | Payee: WestLaw 4/12  Acct 100056862 | | 43.00 | 43.00 |
| | 09/04/2012 | Payee: WestLaw  Acc 1000056862 8/2012 | | 6.35 | 6.35 |
| | 09/04/2012 | Payee: WestLaw  Acc 1000056862 8/2012 | | 209.93 | 209.93 |
| | 09/19/2012 | Payee: LEXIS-NEXIS AUG 2012 | | 18.68 | 18.68 |
| | 04/04/2013 | Payee: WESTLAW MARCH 2013 | | 62.34 | 62.34 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| | 05/09/2013 | Payee: PACER JANUARY - JULY 2012 | | 14.96 | 14.96 |
| | 05/15/2013 | Payee: pacer march 2013 | | 3.50 | 3.50 |
| | 05/31/2013 | Payee: PACER | | 11.00 | 11.00 |
| | 05/31/2013 | Payee: PACER | | 3.00 | 3.00 |
| | 08/23/2013 | Payee: PACER - JUNE 2013 | | 3.80 | 3.80 |
| | 08/23/2013 | Payee: PACER - JULY 2013 | | 4.80 | 4.80 |
| | 12/05/2013 | Payee: PACER - NOVEMBER 2013 | | 3.40 | 3.40 |
| | 12/05/2013 | Payee: PACER - NOVEMBER 2013 | | 15.60 | 15.60 |
| | 01/02/2014 | Payee: WEST - DEC. 2013 | | 1,471.97 | 1,471.97 |
| | 01/06/2014 | Payee: LEXIS - DECEMBER 2013 | | 13.82 | 13.82 |
| | 02/06/2014 | Payee: LEXIS - JANUARY 2014 | | 28.86 | 28.86 |
| | 02/10/2014 | Payee: PACER - DECEMBER 2013 | | 21.40 | 21.40 |
| | 02/10/2014 | Payee: PACER - JANUARY 2014 | | 16.00 | 16.00 |
| | 03/03/2014 | Payee: WEST- FEBRUARY 2014 | | 2,658.35 | 2,658.35 |
| | 03/07/2014 | Payee: WEST - JANUARY 2014 | | 12,404.23 | 12,404.23 |
| | 03/27/2014 | Payee: PACER - FEBRUARY 2014 | | 6.00 | 6.00 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 2,578.66 | 2,578.66 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 299.12 | 299.12 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 929.13 | 929.13 |
| | 04/09/2014 | Payee: PACER - MARCH 2014 | | 14.30 | 14.30 |
| | 05/07/2014 | Payee: LEXIS - APRIL 2014 | | 550.25 | 550.25 |
| | 05/07/2014 | Payee: WEST - APRIL 2014 | | 8,700.34 | 8,700.34 |
| | 05/14/2014 | Payee: PACER - APRIL 2014 | | 52.40 | 52.40 |
| | 06/06/2014 | Payee: WEST- MAY 2014 | | 0.28 | 0.28 |
| | 06/30/2014 | Payee: WESTLAW ADJUSTMENT | | (15,686.39) | (15,686.39) |
| | 08/15/2014 | Payee: PACER - JULY 2014 | | 6.00 | 6.00 |
| | 11/12/2014 | Payee: PACER - 8/14 - 9/14 - 10/14 | | 0.70 | 0.00 |
| Total    00000   ADOBE/APPLE NO COLD CALLING | | | | 21,078.75 | 21,078.05 |
| Total 11057   ADOBE/APPLE NO COLD CALLING | | | | 21,078.75 | 21,078.05 |
| **Total 55** | | | | **21,078.75** | **21,078.05** |

**57    Litigation Support**

11057    ADOBE/APPLE NO COLD CALLING
  00000         ADOBE/APPLE NO COLD CALLING          ELC

| | Date | Description | | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| | 10/02/2012 | Payee: TERIS  BAY AREA LLC INVOICE: 17714 | | 198.00 | 198.00 |
| | 10/24/2012 | Payee: TERIS  BAY AREA LLC INVOICE: 18881 | | 600.00 | 600.00 |
| | 12/13/2012 | Payee: TERIS  BAY AREA LLC INVOICE: 19312 | | 198.00 | 198.00 |
| | 01/09/2013 | Payee: TERIS  BAY AREA LLC INVOICE: 20112 | | 198.00 | 198.00 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 1,194.00 | 1,194.00 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 1,194.00 | 1,194.00 |
| **Total 57** | | | | **1,194.00** | **1,194.00** |
| **59      Delivery & freight** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000           ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 07/25/2011 | | | 16.12 | 16.12 |
| | 01/23/2012 | | | 20.28 | 20.28 |
| | 01/25/2012 | | | 33.76 | 33.76 |
| | 07/16/2012 | | | 15.46 | 15.46 |
| | 08/15/2012 | | | 15.93 | 15.93 |
| | 08/17/2012 | | | 77.72 | 77.72 |
| | 08/17/2012 | | | 60.81 | 60.81 |
| | 09/05/2012 | | | 20.93 | 20.93 |
| | 09/07/2012 | | | 32.71 | 32.71 |
| | 02/25/2013 | | | 400.86 | 400.86 |
| | 03/06/2013 | | | 175.95 | 175.95 |
| | 03/19/2013 | Mily K | | 248.11 | 248.11 |
| | 03/19/2013 | Mily K | | 225.28 | 225.28 |
| | 04/01/2013 | | | 15.02 | 15.02 |
| | 04/03/2013 | Payee: TIME CYCLE INVOICE: 38503 | | 7.50 | 7.50 |
| | 04/05/2013 | | | 9.79 | 9.79 |
| | 05/29/2013 | | | 9.85 | 9.85 |
| | 07/31/2013 | | | 15.66 | 15.66 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 1,401.74 | 1,401.74 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 1,401.74 | 1,401.74 |
| **Total 59** | | | | **1,401.74** | **1,401.74** |
| **68      Advanced Costs** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000           ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 10/09/2012 | Payee: LCHB HIGH TECH COLD CALLING CO INVOICE: ASSES 10412 | | 90,000.00 | 90,000.00 |
| | 05/24/2013 | Payee: LCHB HIGH TECH COLD CALLING CO INVOICE: 11057 5/21/13 | | 50,000.00 | 50,000.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 140,000.00 | 140,000.00 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 140,000.00 | 140,000.00 |
| **Total 68** | | | | **140,000.00** | **140,000.00** |
| **82A     CD BURNS** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000           ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 06/13/2012 | | | 10.00 | 10.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 10.00 | 10.00 |

Berger & Montague, P.C.
**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---:|---:|
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 10.00 | 10.00 |
| **Total 82A** | | | | **10.00** | **10.00** |
| **Report Totals** | | | | **198,462.35** | **199,669.50** |