# EXHIBIT D

# (Part 1 of 4)

**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| **40**    **Telephone** | | | | | |
| 11057     ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000              ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 03/09/2012 | | | 1.26 | 1.26 |
| | 03/20/2012 | | | 0.21 | 0.21 |
| | 06/22/2012 | | | 0.84 | 0.84 |
| | 06/27/2012 | Payee: Conference Call INV#1741434530 | | 25.95 | 25.95 |
| | 07/25/2012 | Payee: InterCall Inv#174149366 6/12 | | 25.89 | 25.89 |
| | 07/25/2012 | Payee: InterCall Inv#174149366 6/12 | | 25.69 | 25.69 |
| | 07/25/2012 | Payee: InterCall Inv#174149366 6/12 | | 25.78 | 25.78 |
| | 11/06/2012 | | | 0.49 | 0.49 |
| | 11/09/2012 | | | 0.21 | 0.21 |
| | 03/04/2013 | | | 0.20 | 0.20 |
| | 03/11/2013 | | | 0.64 | 0.64 |
| | 05/14/2014 | Payee: LOOP-UP - MARCH 2014 | | 6.67 | 6.67 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 113.83 | 113.83 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 113.83 | 113.83 |
| **Total 40** | | | | **113.83** | **113.83** |
| **41**    **Travel** | | | | | |
| 11057     ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000              ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 12/27/2011 | Payee: Patrick Madden INVOICE: 11057 121211-122111 | | 2,054.25 | 2,054.25 |
| | 01/05/2012 | Patrick Madden/ San FranciscoPayee: Rosenbluth December - 2011 | | 1,445.40 | 1,445.40 |
| | 01/05/2012 | Sarah Schalmanbergen/San FranciscoPayee: Rosenbluth December - 2011 | | 1,228.40 | 1,228.40 |
| | 01/30/2012 | patrick maddenPayee: amex 12/22/11 | | 303.00 | 303.00 |
| | 02/17/2012 | Payee: Sarah R. Schalman-Bergen  INVOICE: 2/5/12 0009-4 11057 | | 15.58 | 15.58 |
| | 02/23/2012 | Payee: ERIC L CRAMER INVOICE: 11057 12512-12712 | | 997.59 | 997.59 |
| | 03/09/2012 | Eric Cramer San Francisco, CAPayee: Rosenbluth February 2012 | | 1,277.80 | 1,277.80 |
| | 03/09/2012 | Eric Cramer return San Francisco - PAPayee: Rosenbluth February 2012 | | 1,277.80 | 1,277.80 |
| | 03/09/2012 | DUPLICATE ENTRY ERIC CRAMER SAN FRANCISCO - PA PAYEE ROSENBLUTH FEBRUARY 2012 | | (1,277.80) | 0.00 |

**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 03/20/2012 | Payee: ERIC L CRAMER INVOICE: 11057/10021 22912-22 | | 460.69 | 460.69 |
| | 05/17/2012 | Payee: ERIC L CRAMER INVOICE: 06124-11057 424-4271 | | 858.50 | 858.50 |
| | 06/01/2012 | Payee: Sarah R. Schalman-Bergen  INVOICE: 09235/11057 | | 21.50 | 21.50 |
| | 06/12/2012 | Payee: DANIEL J WALKER INVOICE: LATE NIGHT TAXI 5/10 | | 34.12 | 34.12 |
| | 08/17/2012 | Payee: Sarah R. Schalman-Bergen  INVOICE: 81312 11057 | | 21.00 | 21.00 |
| | 08/23/2012 | Daniel Walker PHL - CHICAGO - PORTLAND, OR service fee $30 + upgrade $63Payee: AMEX/Rosenbluth 8/12 7-01005 | | 518.60 | 518.60 |
| | 08/23/2012 | Daniel Walker SEATTLE WASH - SAN FRAN, CAPayee: AMEX/Rosenbluth 8/12 7-01005 | | 246.80 | 246.80 |
| | 08/23/2012 | Daniel Walker SAN FRAN, CA - PHLPayee: AMEX/Rosenbluth 8/12 7-01005 | | 702.80 | 702.80 |
| | 09/06/2012 | Payee: DANIEL J WALKER INVOICE: 6/12 11057/11118 | | 66.23 | 66.23 |
| | 09/06/2012 | Payee: DANIEL J WALKER INVOICE: 8-30-12 | | 35.15 | 35.15 |
| | 09/10/2012 | Payee: DANIEL J WALKER INVOICE: 11057 6/25-30/12 | | 1,411.72 | 1,411.72 |
| | 10/04/2012 | ERIC CRAMER SAN FRANCISCO - PHLPayee: AMEX ROSENBLUTH 9/22/12 | | 822.80 | 822.80 |
| | 10/04/2012 | SARAH SCHALMANBERGEN SAN FRANCISCO - PHL + FEEPayee: AMEX ROSENBLUTH 8/29/12 | | 827.80 | 827.80 |
| | 10/04/2012 | Payee: Sarah R. Schalman-Bergen  INVOICE: 8/20-22/12 11057 | | 1,007.95 | 1,007.95 |
| | 10/18/2012 | Payee: ERIC L CRAMER INVOICE: 8/12-14/12  11057 | | 1,304.65 | 1,304.65 |
| | 10/22/2012 | Payee: OLDE CITY TAXI 8/15/12 | | 12.87 | 12.87 |
| | 03/06/2013 | SARAH SCHALMAN PHL - SAN FRAN - PHLPayee: AMEX 3782-969807-01005  INVOICE: 2/22/13 | | 326.30 | 326.30 |
| | 03/06/2013 | SARAH SCHALMAN SAN FRAN - PHLPayee: AMEX 3782-969807-01005  INVOICE: 2/22/13 | | 383.90 | 383.90 |
| | 03/08/2013 | Payee: Sarah R. Schalman-Bergen  INVOICE: 11057 2/26 - 3/3/13 | | 2,065.14 | 2,065.14 |
| | 03/26/2013 | Payee: Sarah R. Schalman-Bergen  INVOICE: 11057 3/6-9/13 | | 1,364.68 | 1,364.68 |

**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 04/08/2013 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 4/19-23/13 | | 1,645.10 | 1,645.10 |
| | 04/08/2013 | Payee: AMEX 3782-969807-01005   INVOICE: 3/24/13 | | 820.60 | 820.60 |
| | 04/22/2013 | Payee: ALL CITY TAXI INVOICE: 291 | | 35.00 | 35.00 |
| | 04/22/2013 | Payee: ALL CITY TAXI INVOICE: 291 | | 35.00 | 35.00 |
| | 04/22/2013 | Payee: ALL CITY TAXI INVOICE: 291 | | 35.00 | 35.00 |
| | 07/08/2013 | ELC - SFO - 06/04/13Payee: ROSENBLUTH / AMEX - JUNE 2013 | | 891.80 | 891.80 |
| | 07/22/2013 | Payee: ERIC L CRAMER INVOICE: 11057 6913-61213 | | 1,446.99 | 1,446.99 |
| | 12/13/2013 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 12413-12713 | | 157.58 | 157.58 |
| | 12/17/2013 | Payee: PETTY CASH INVOICE: 12/17/13 | | 156.72 | 156.72 |
| | 01/10/2014 | Payee: ERIC L CRAMER INVOICE: 11057 12713-12813 | | 1,085.15 | 1,085.15 |
| | 01/31/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 12199 11057 jan 2014 | | 6.50 | 6.50 |
| | 02/12/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 2514 | | 14.00 | 14.00 |
| | 04/28/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 2014 | | 53.27 | 53.27 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 26,197.93 | 27,475.73 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 26,197.93 | 27,475.73 |
| **Total 41** | | | | **26,197.93** | **27,475.73** |

**42       Reproduction costs**
11057       ADOBE/APPLE NO COLD CALLING
00000                ADOBE/APPLE NO COLD CALLING              ELC

| | Date | | | Recorded | Billed |
|---|---|---|---|---|---|
| | 07/25/2011 | | | 2.85 | 2.85 |
| | 08/18/2011 | | | 2.70 | 2.70 |
| | 12/22/2011 | | | 1.05 | 1.05 |
| | 02/07/2012 | | | 0.15 | 0.15 |
| | 02/10/2012 | | | 95.55 | 95.55 |
| | 02/24/2012 | | | 64.20 | 64.20 |
| | 06/14/2012 | | | 0.60 | 0.60 |
| | 06/20/2012 | | | 0.45 | 0.45 |
| | 08/14/2012 | | | 95.55 | 95.55 |
| | 08/15/2012 | | | 64.80 | 64.80 |
| | 08/16/2012 | | | 450.60 | 450.60 |
| | 08/17/2012 | | | 74.25 | 74.25 |
| | 09/05/2012 | | | 38.10 | 38.10 |
| | 09/21/2012 | | | 0.60 | 0.60 |
| | 11/09/2012 | | | 0.45 | 0.45 |
| | 02/21/2013 | | | 63.00 | 63.00 |

**Expense Activity**

1/1/1900 - 4/13/2015

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---:|---:|
| | 02/25/2013 | | | 81.30 | 81.30 |
| | 02/25/2013 | | | 432.90 | 432.90 |
| | 03/05/2013 | | | 10.35 | 10.35 |
| | 03/06/2013 | | | 300.00 | 300.00 |
| | 03/11/2013 | | | 0.45 | 0.45 |
| | 03/15/2013 | | | 34.20 | 34.20 |
| | 03/18/2013 | | | 504.90 | 504.90 |
| | 03/19/2013 | | | 185.85 | 185.85 |
| | 04/05/2013 | | | 1.35 | 1.35 |
| | 12/02/2013 | | | 711.00 | 711.00 |
| | 12/03/2013 | | | 149.40 | 149.40 |
| | 12/05/2013 | | | 60.00 | 60.00 |
| | 12/05/2013 | | | 101.55 | 101.55 |
| | 12/06/2013 | | | 9.75 | 9.75 |
| | 12/06/2013 | | | 546.75 | 546.75 |
| | 12/06/2013 | | | 202.80 | 202.80 |
| | 12/11/2013 | | | 0.30 | 0.30 |
| | 01/13/2014 | | | 390.60 | 390.60 |
| | 01/27/2014 | | | 0.45 | 0.45 |
| | 04/24/2014 | | | 0.15 | 0.15 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 4,678.95 | 4,678.95 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 4,678.95 | 4,678.95 |
| **Total 42** | | | | **4,678.95** | **4,678.95** |

**42B      Reproduction costs Print**
11057      ADOBE/APPLE NO COLD CALLING
00000              ADOBE/APPLE NO COLD CALLING                    ELC

| | Date | | | Recorded | Billed |
|---|---|---|---|---:|---:|
| | 05/25/2011 | | | 9.80 | 9.80 |
| | 05/25/2011 | | | 9.80 | 9.80 |
| | 05/28/2011 | | | 2.40 | 2.40 |
| | 05/28/2011 | | | 2.40 | 2.40 |
| | 06/13/2011 | | | 2.70 | 2.70 |
| | 01/10/2012 | | | 44.10 | 44.10 |
| | 01/18/2012 | | | 43.30 | 43.30 |
| | 01/23/2012 | | | 4.30 | 4.30 |
| | 01/30/2012 | | | 13.20 | 13.20 |
| | 02/02/2012 | | | 1.10 | 1.10 |
| | 02/09/2012 | | | 0.20 | 0.20 |
| | 02/10/2012 | | | 2.60 | 2.60 |
| | 02/24/2012 | | | 0.20 | 0.20 |
| | 03/07/2012 | | | 6.10 | 6.10 |
| | 03/09/2012 | | | 31.80 | 31.80 |
| | 03/11/2012 | | | 10.60 | 10.60 |
| | 03/12/2012 | | | 33.50 | 33.50 |
| | 03/22/2012 | | | 8.80 | 8.80 |
| | 03/26/2012 | | | 3.10 | 3.10 |
| | 03/30/2012 | | | 1.90 | 1.90 |
| | 04/10/2012 | | | 10.60 | 10.60 |
| | 04/20/2012 | | | 18.00 | 18.00 |
| | 04/23/2012 | | | 0.10 | 0.10 |

**Expense Activity**

1/1/1900 - 4/13/2015

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---|---|
| | 05/04/2012 | | | 1.00 | 1.00 |
| | 05/07/2012 | | | 0.60 | 0.60 |
| | 05/08/2012 | | | 1.80 | 1.80 |
| | 05/09/2012 | | | 10.50 | 10.50 |
| | 05/15/2012 | | | 0.40 | 0.40 |
| | 05/17/2012 | | | 0.50 | 0.50 |
| | 05/21/2012 | | | 2.30 | 2.30 |
| | 05/22/2012 | | | 11.50 | 11.50 |
| | 05/30/2012 | | | 4.70 | 4.70 |
| | 06/01/2012 | | | 5.20 | 5.20 |
| | 06/05/2012 | | | 9.50 | 9.50 |
| | 06/06/2012 | | | 1.60 | 1.60 |
| | 06/13/2012 | | | 0.10 | 0.10 |
| | 06/14/2012 | | | 0.90 | 0.90 |
| | 06/20/2012 | | | 1.10 | 1.10 |
| | 06/21/2012 | | | 0.20 | 0.20 |
| | 06/22/2012 | | | 0.10 | 0.10 |
| | 06/29/2012 | | | 0.90 | 0.90 |
| | 07/05/2012 | | | 0.70 | 0.70 |
| | 07/11/2012 | | | 2.70 | 2.70 |
| | 07/19/2012 | | | 260.60 | 260.60 |
| | 07/20/2012 | | | 0.70 | 0.70 |
| | 07/24/2012 | | | 1.00 | 1.00 |
| | 08/01/2012 | | | 23.50 | 23.50 |
| | 08/07/2012 | | | 1.00 | 1.00 |
| | 08/10/2012 | | | 0.60 | 0.60 |
| | 08/13/2012 | | | 0.10 | 0.10 |
| | 08/15/2012 | | | 11.30 | 11.30 |
| | 08/16/2012 | | | 5.40 | 5.40 |
| | 08/17/2012 | | | 14.80 | 14.80 |
| | 08/19/2012 | | | 11.90 | 11.90 |
| | 08/27/2012 | | | 0.30 | 0.30 |
| | 08/29/2012 | | | 0.30 | 0.30 |
| | 09/12/2012 | | | 0.10 | 0.10 |
| | 09/14/2012 | | | 0.20 | 0.20 |
| | 09/18/2012 | | | 0.80 | 0.80 |
| | 09/21/2012 | | | 0.30 | 0.30 |
| | 10/02/2012 | | | 0.40 | 0.40 |
| | 10/04/2012 | | | 0.30 | 0.30 |
| | 10/09/2012 | | | 3.30 | 3.30 |
| | 10/17/2012 | | | 0.40 | 0.40 |
| | 10/22/2012 | | | 1.00 | 1.00 |
| | 11/06/2012 | | | 0.80 | 0.80 |
| | 11/09/2012 | | | 0.30 | 0.30 |
| | 11/13/2012 | | | 0.30 | 0.30 |
| | 11/14/2012 | | | 0.10 | 0.10 |
| | 11/16/2012 | | | 0.40 | 0.40 |
| | 11/27/2012 | | | 0.30 | 0.30 |
| | 11/28/2012 | | | 8.10 | 8.10 |
| | 12/12/2012 | | | 12.10 | 12.10 |
| | 12/12/2012 | | | 12.10 | 12.10 |

**Expense Activity**

1/1/1900 - 4/13/2015

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---|---|
| | 12/13/2012 | | | 0.10 | 0.10 |
| | 12/13/2012 | | | 0.10 | 0.10 |
| | 01/03/2013 | | | 0.20 | 0.20 |
| | 01/04/2013 | | | 0.20 | 0.20 |
| | 01/17/2013 | | | 0.50 | 0.50 |
| | 01/22/2013 | | | 0.40 | 0.40 |
| | 01/28/2013 | | | 0.90 | 0.90 |
| | 02/04/2013 | | | 0.80 | 0.80 |
| | 02/06/2013 | | | 0.10 | 0.10 |
| | 02/13/2013 | | | 0.50 | 0.50 |
| | 02/19/2013 | | | 24.20 | 24.20 |
| | 02/21/2013 | | | 0.10 | 0.10 |
| | 02/24/2013 | | | 35.90 | 35.90 |
| | 02/25/2013 | | | 80.70 | 80.70 |
| | 03/04/2013 | | | 0.40 | 0.40 |
| | 03/05/2013 | | | 1.90 | 1.90 |
| | 03/06/2013 | | | 58.40 | 58.40 |
| | 03/07/2013 | | | 0.10 | 0.10 |
| | 03/11/2013 | | | 0.30 | 0.30 |
| | 03/13/2013 | | | 0.20 | 0.20 |
| | 03/14/2013 | | | 27.70 | 27.70 |
| | 03/15/2013 | | | 240.40 | 240.40 |
| | 03/18/2013 | | | 63.80 | 63.80 |
| | 03/19/2013 | | | 48.90 | 48.90 |
| | 03/25/2013 | | | 5.30 | 5.30 |
| | 03/27/2013 | | | 1.40 | 1.40 |
| | 04/01/2013 | | | 2.90 | 2.90 |
| | 04/02/2013 | | | 1.70 | 1.70 |
| | 04/05/2013 | | | 2.30 | 2.30 |
| | 04/09/2013 | | | 0.50 | 0.50 |
| | 04/15/2013 | | | 0.40 | 0.40 |
| | 05/06/2013 | | | 0.60 | 0.60 |
| | 05/13/2013 | | | 0.50 | 0.50 |
| | 05/16/2013 | | | 1.20 | 1.20 |
| | 05/23/2013 | | | 0.60 | 0.60 |
| | 05/29/2013 | | | 0.30 | 0.30 |
| | 05/31/2013 | | | 0.10 | 0.10 |
| | 06/03/2013 | | | 0.40 | 0.40 |
| | 07/01/2013 | | | 1.00 | 1.00 |
| | 07/19/2013 | | | 0.20 | 0.20 |
| | 07/25/2013 | | | 0.10 | 0.10 |
| | 07/31/2013 | | | 0.10 | 0.10 |
| | 08/19/2013 | | | 0.40 | 0.40 |
| | 08/21/2013 | | | 0.10 | 0.10 |
| | 09/23/2013 | | | 0.10 | 0.10 |
| | 10/22/2013 | | | 0.30 | 0.30 |
| | 10/29/2013 | | | 0.10 | 0.10 |
| | 10/31/2013 | | | 0.60 | 0.60 |
| | 11/01/2013 | | | 0.10 | 0.10 |
| | 11/04/2013 | | | 0.40 | 0.40 |
| | 11/19/2013 | | | 0.20 | 0.20 |

**Expense Activity**

1/1/1900 - 4/13/2015

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 12/02/2013 | | | 75.50 | 75.50 |
| | 12/05/2013 | | | 333.20 | 333.20 |
| | 12/06/2013 | | | 107.40 | 107.40 |
| | 12/07/2013 | | | 5.90 | 5.90 |
| | 12/09/2013 | | | 0.80 | 0.80 |
| | 12/10/2013 | | | 2.50 | 2.50 |
| | 12/11/2013 | | | 1.60 | 1.60 |
| | 12/19/2013 | | | 0.30 | 0.30 |
| | 12/20/2013 | | | 20.10 | 20.10 |
| | 12/30/2013 | | | 8.60 | 8.60 |
| | 12/31/2013 | | | 4.80 | 4.80 |
| | 01/03/2014 | | | 28.40 | 28.40 |
| | 01/09/2014 | | | 0.10 | 0.10 |
| | 01/10/2014 | | | 0.80 | 0.80 |
| | 01/16/2014 | | | 3.40 | 3.40 |
| | 01/17/2014 | | | 0.10 | 0.10 |
| | 01/20/2014 | | | 43.70 | 43.70 |
| | 01/23/2014 | | | 2.10 | 2.10 |
| | 01/24/2014 | | | 5.70 | 5.70 |
| | 01/27/2014 | | | 1.00 | 1.00 |
| | 01/29/2014 | | | 0.20 | 0.20 |
| | 02/05/2014 | | | 2.00 | 2.00 |
| | 02/07/2014 | | | 0.10 | 0.10 |
| | 02/12/2014 | | | 0.20 | 0.20 |
| | 03/04/2014 | | | 0.40 | 0.40 |
| | 03/06/2014 | | | 0.10 | 0.10 |
| | 03/07/2014 | | | 0.10 | 0.10 |
| | 03/11/2014 | | | 0.20 | 0.20 |
| | 03/19/2014 | | | 9.40 | 9.40 |
| | 03/25/2014 | | | 22.70 | 22.70 |
| | 03/26/2014 | | | 5.40 | 5.40 |
| | 03/27/2014 | | | 7.70 | 7.70 |
| | 03/28/2014 | | | 5.30 | 5.30 |
| | 03/31/2014 | | | 3.60 | 3.60 |
| | 04/01/2014 | | | 3.20 | 3.20 |
| | 04/02/2014 | | | 1.80 | 1.80 |
| | 04/11/2014 | | | 29.30 | 29.30 |
| | 04/15/2014 | | | 1.80 | 1.80 |
| | 04/16/2014 | | | 2.50 | 2.50 |
| | 04/23/2014 | | | 0.10 | 0.10 |
| | 04/24/2014 | | | 0.40 | 0.40 |
| | 04/29/2014 | | | 0.10 | 0.10 |
| | 05/29/2014 | | | 0.10 | 0.10 |
| | 06/20/2014 | | | 0.10 | 0.10 |
| | 08/08/2014 | | | 3.20 | 3.20 |
| | 08/15/2014 | | | 0.80 | 0.80 |
| | 09/05/2014 | | | 0.20 | 0.20 |
| | 09/08/2014 | | | 0.20 | 0.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 2,045.60 | 2,045.20 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 2,045.60 | 2,045.20 |

## Expense Activity

### 1/1/1900 - 4/13/2015

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---|---|
| **Total 42B** | | | | **2,045.60** | **2,045.20** |
| **42C**      **Reproduction costs Scans** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
|    00000                    ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 07/20/2011 | | | 4.80 | 4.80 |
| | 07/25/2011 | | | 0.40 | 0.40 |
| | 07/27/2011 | | | 0.20 | 0.20 |
| | 08/18/2011 | | | 0.30 | 0.30 |
| | 09/09/2011 | | | 0.10 | 0.10 |
| | 09/16/2011 | | | 0.15 | 0.15 |
| | 10/17/2011 | | | 1.85 | 1.85 |
| | 12/16/2011 | | | 0.05 | 0.05 |
| | 12/22/2011 | | | 0.60 | 0.60 |
| | 01/24/2012 | | | 0.15 | 0.15 |
| | 02/02/2012 | | | 3.60 | 3.60 |
| | 02/07/2012 | | | 0.15 | 0.15 |
| | 02/10/2012 | | | 3.05 | 3.05 |
| | 04/10/2012 | | | 3.85 | 3.85 |
| | 05/08/2012 | | | 0.20 | 0.20 |
| | 05/22/2012 | | | 0.35 | 0.35 |
| | 05/30/2012 | | | 0.25 | 0.25 |
| | 06/04/2012 | | | 0.05 | 0.05 |
| | 06/13/2012 | | | 0.05 | 0.05 |
| | 06/20/2012 | | | 0.05 | 0.05 |
| | 06/21/2012 | | | 0.05 | 0.05 |
| | 06/22/2012 | | | 0.05 | 0.05 |
| | 07/24/2012 | | | 0.90 | 0.90 |
| | 09/12/2012 | | | 6.30 | 6.30 |
| | 09/21/2012 | | | 0.30 | 0.30 |
| | 03/05/2013 | | | 0.35 | 0.35 |
| | 03/06/2013 | | | 0.85 | 0.85 |
| | 03/11/2013 | | | 0.40 | 0.40 |
| | 03/22/2013 | | | 0.05 | 0.05 |
| | 03/25/2013 | | | 0.05 | 0.05 |
| | 05/23/2013 | | | 32.00 | 32.00 |
| | 11/01/2013 | | | 8.60 | 8.60 |
| | 12/09/2013 | | | 0.05 | 0.05 |
| | 12/09/2013 | | | 0.10 | 0.10 |
| | 12/11/2013 | | | 0.20 | 0.20 |
| | 02/12/2014 | | | 0.05 | 0.05 |
| | 03/04/2014 | | | 0.20 | 0.20 |
| | 04/24/2014 | | | 0.25 | 0.25 |
| | 01/28/2015 | Scanning | | 0.40 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.05 | 0.00 |
| Total    00000 ADOBE/APPLE NO COLD CALLING | | | | 75.40 | 70.95 |
| **Total 11057 ADOBE/APPLE NO COLD CALLING** | | | | **75.40** | **70.95** |

**Expense Activity**

1/1/1900 - 4/13/2015

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---|---|
| **Total 42C** | | | | **75.40** | **70.95** |
| **42F     OCR** | | | | | |
| 11057          ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                    ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 02/03/2012 | | | 418.71 | 418.71 |
| | 06/13/2012 | | | 38.40 | 38.40 |
| Total     00000  ADOBE/APPLE NO COLD CALLING | | | | 457.11 | 457.11 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 457.11 | 457.11 |
| **Total 42F** | | | | **457.11** | **457.11** |
| **42H     HOSTING** | | | | | |
| 11057          ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                    ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 04/16/2012 | Data Hosting Charges for<br>February 2012 - March 2012. | | 10.00 | 10.00 |
| | 04/30/2012 | | | 5.00 | 5.00 |
| | 05/31/2012 | | | 5.00 | 5.00 |
| | 06/29/2012 | | | 10.00 | 10.00 |
| | 07/31/2012 | | | 8.75 | 8.75 |
| | 08/31/2012 | | | 8.75 | 8.75 |
| | 09/28/2012 | | | 8.75 | 8.75 |
| | 10/31/2012 | | | 8.75 | 8.75 |
| | 11/30/2012 | | | 8.75 | 8.75 |
| | 12/31/2012 | | | 8.75 | 8.75 |
| | 01/31/2013 | | | 8.75 | 8.75 |
| | 02/28/2013 | | | 8.75 | 8.75 |
| | 03/29/2013 | | | 10.00 | 10.00 |
| | 04/30/2013 | | | 10.00 | 10.00 |
| | 05/31/2013 | | | 10.00 | 10.00 |
| | 06/30/2013 | | | 10.00 | 10.00 |
| | 07/31/2013 | | | 10.00 | 10.00 |
| | 08/31/2013 | | | 10.00 | 10.00 |
| | 09/29/2013 | | | 10.00 | 10.00 |
| | 10/31/2013 | | | 10.00 | 10.00 |
| | 11/30/2013 | | | 9.80 | 9.80 |
| | 12/31/2013 | | | 9.80 | 9.80 |
| | 01/31/2014 | | | 9.80 | 9.80 |
| | 02/28/2014 | | | 9.80 | 9.80 |
| | 03/31/2014 | | | 9.80 | 9.80 |
| | 04/30/2014 | | | 9.80 | 9.80 |
| | 05/31/2014 | | | 9.35 | 9.35 |
| | 06/30/2014 | | | 9.35 | 9.35 |
| | 07/31/2014 | | | 9.30 | 9.30 |
| | 08/31/2014 | | | 9.30 | 9.30 |
| | 09/30/2014 | | | 9.30 | 0.00 |
| | 10/31/2014 | | | 9.30 | 0.00 |
| | 11/30/2014 | | | 9.30 | 0.00 |
| | 12/31/2014 | HOSTING | | 9.30 | 0.00 |
| | 01/31/2015 | HOSTING | | 9.30 | 0.00 |

## Expense Activity

### 1/1/1900 – 4/13/2015

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 02/28/2015 | HOSTING | | 9.30 | 0.00 |
| | 03/31/2015 | HOSTING | | 9.30 | 0.00 |
| Total   00000  ADOBE/APPLE NO COLD CALLING | | | | 341.20 | 276.10 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 341.20 | 276.10 |
| **Total 42H** | | | | **341.20** | **276.10** |
| **44      Postage** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 03/13/2013 | | | 21.42 | 21.42 |
| | 03/25/2013 | | | 21.42 | 21.42 |
| Total   00000  ADOBE/APPLE NO COLD CALLING | | | | 42.84 | 42.84 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 42.84 | 42.84 |
| **Total 44** | | | | **42.84** | **42.84** |
| **47      Filing & Misc. Fees** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 07/25/2011 | Payee: CLERK, U S DISTRICT COURT  INVOICE: SJC SSB ELC 11057 | | 825.00 | 825.00 |
| Total   00000  ADOBE/APPLE NO COLD CALLING | | | | 825.00 | 825.00 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 825.00 | 825.00 |
| **Total 47** | | | | **825.00** | **825.00** |
| **55      Computer Research** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 06/02/2011 | Payee: West May 2011 | | 1,654.36 | 1,654.36 |
| | 07/05/2011 | Payee: West June 2011 | | 107.00 | 107.00 |
| | 08/02/2011 | Payee: Pacer June 2011 | | 4.24 | 4.24 |
| | 10/10/2011 | Payee: ;' | | 1,516.39 | 1,516.39 |
| | 11/02/2011 | Payee: Westlaw October 2011 | | 2,528.74 | 2,528.74 |
| | 12/08/2011 | Payee: West Nov - 2011 | | 357.19 | 357.19 |
| | 01/16/2012 | Payee: Pacer - Septemeber - 2011 | | 3.60 | 3.60 |
| | 04/10/2012 | Payee: Westlaw  March 2012 | | 427.29 | 427.29 |
| | 04/17/2012 | Payee: Pacer December 2011 | | 9.44 | 9.44 |
| | 04/17/2012 | Payee: Pacer December 2011 | | 4.72 | 4.72 |
| | 06/01/2012 | Payee: WestLaw 4/12  Acct 100056862 | | 43.00 | 43.00 |
| | 09/04/2012 | Payee: WestLaw  Acc 1000056862 8/2012 | | 6.35 | 6.35 |
| | 09/04/2012 | Payee: WestLaw  Acc 1000056862 8/2012 | | 209.93 | 209.93 |
| | 09/19/2012 | Payee: LEXIS-NEXIS AUG 2012 | | 18.68 | 18.68 |
| | 04/04/2013 | Payee: WESTLAW MARCH 2013 | | 62.34 | 62.34 |

**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 05/09/2013 | Payee: PACER JANUARY - JULY 2012 | | 14.96 | 14.96 |
| | 05/15/2013 | Payee: pacer march 2013 | | 3.50 | 3.50 |
| | 05/31/2013 | Payee: PACER | | 11.00 | 11.00 |
| | 05/31/2013 | Payee: PACER | | 3.00 | 3.00 |
| | 08/23/2013 | Payee: PACER - JUNE 2013 | | 3.80 | 3.80 |
| | 08/23/2013 | Payee: PACER - JULY 2013 | | 4.80 | 4.80 |
| | 12/05/2013 | Payee: PACER - NOVEMBER 2013 | | 3.40 | 3.40 |
| | 12/05/2013 | Payee: PACER - NOVEMBER 2013 | | 15.60 | 15.60 |
| | 01/02/2014 | Payee: WEST - DEC. 2013 | | 1,471.97 | 1,471.97 |
| | 01/06/2014 | Payee: LEXIS - DECEMBER 2013 | | 13.82 | 13.82 |
| | 02/06/2014 | Payee: LEXIS - JANUARY 2014 | | 28.86 | 28.86 |
| | 02/10/2014 | Payee: PACER - DECEMBER 2013 | | 21.40 | 21.40 |
| | 02/10/2014 | Payee: PACER - JANUARY 2014 | | 16.00 | 16.00 |
| | 03/03/2014 | Payee: WEST- FEBRUARY 2014 | | 2,658.35 | 2,658.35 |
| | 03/07/2014 | Payee: WEST - JANUARY 2014 | | 12,404.23 | 12,404.23 |
| | 03/27/2014 | Payee: PACER - FEBRUARY 2014 | | 6.00 | 6.00 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 2,578.66 | 2,578.66 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 299.12 | 299.12 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 929.13 | 929.13 |
| | 04/09/2014 | Payee: PACER - MARCH 2014 | | 14.30 | 14.30 |
| | 05/07/2014 | Payee: LEXIS - APRIL 2014 | | 550.25 | 550.25 |
| | 05/07/2014 | Payee: WEST - APRIL 2014 | | 8,700.34 | 8,700.34 |
| | 05/14/2014 | Payee: PACER - APRIL 2014 | | 52.40 | 52.40 |
| | 06/06/2014 | Payee: WEST- MAY 2014 | | 0.28 | 0.28 |
| | 06/30/2014 | Payee: WESTLAW ADJUSTMENT | | (15,686.39) | (15,686.39) |
| | 08/15/2014 | Payee: PACER - JULY 2014 | | 6.00 | 6.00 |
| | 11/12/2014 | Payee: PACER - 8/14 - 9/14 - 10/14 | | 0.70 | 0.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 21,078.75 | 21,078.05 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 21,078.75 | 21,078.05 |
| **Total 55** | | | | **21,078.75** | **21,078.05** |

**57    Litigation Support**

11057    ADOBE/APPLE NO COLD CALLING

| 00000 | ADOBE/APPLE NO COLD CALLING | | ELC | | |
|---|---|---|---|---|---|
| | 10/02/2012 | Payee: TERIS BAY AREA LLC INVOICE: 17714 | | 198.00 | 198.00 |
| | 10/24/2012 | Payee: TERIS BAY AREA LLC INVOICE: 18881 | | 600.00 | 600.00 |
| | 12/13/2012 | Payee: TERIS BAY AREA LLC INVOICE: 19312 | | 198.00 | 198.00 |
| | 01/09/2013 | Payee: TERIS BAY AREA LLC INVOICE: 20112 | | 198.00 | 198.00 |

**Expense Activity**

**1/1/1900 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| Total   00000  ADOBE/APPLE NO COLD CALLING | | | | 1,194.00 | 1,194.00 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 1,194.00 | 1,194.00 |
| **Total 57** | | | | **1,194.00** | **1,194.00** |
| **59     Delivery & freight** | | | | | |
| 11057        ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000              ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 07/25/2011 | | | 16.12 | 16.12 |
| | 01/23/2012 | | | 20.28 | 20.28 |
| | 01/25/2012 | | | 33.76 | 33.76 |
| | 07/16/2012 | | | 15.46 | 15.46 |
| | 08/15/2012 | | | 15.93 | 15.93 |
| | 08/17/2012 | | | 77.72 | 77.72 |
| | 08/17/2012 | | | 60.81 | 60.81 |
| | 09/05/2012 | | | 20.93 | 20.93 |
| | 09/07/2012 | | | 32.71 | 32.71 |
| | 02/25/2013 | | | 400.86 | 400.86 |
| | 03/06/2013 | | | 175.95 | 175.95 |
| | 03/19/2013 | Mily K | | 248.11 | 248.11 |
| | 03/19/2013 | Mily K | | 225.28 | 225.28 |
| | 04/01/2013 | | | 15.02 | 15.02 |
| | 04/03/2013 | Payee: TIME CYCLE INVOICE: 38503 | | 7.50 | 7.50 |
| | 04/05/2013 | | | 9.79 | 9.79 |
| | 05/29/2013 | | | 9.85 | 9.85 |
| | 07/31/2013 | | | 15.66 | 15.66 |
| Total   00000  ADOBE/APPLE NO COLD CALLING | | | | 1,401.74 | 1,401.74 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 1,401.74 | 1,401.74 |
| **Total 59** | | | | **1,401.74** | **1,401.74** |
| **68     Advanced Costs** | | | | | |
| 11057        ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000              ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 10/09/2012 | Payee: LCHB HIGH TECH COLD CALLING CO INVOICE: ASSES 10412 | | 90,000.00 | 90,000.00 |
| | 05/24/2013 | Payee: LCHB HIGH TECH COLD CALLING CO INVOICE: 11057 5/21/13 | | 50,000.00 | 50,000.00 |
| Total   00000  ADOBE/APPLE NO COLD CALLING | | | | 140,000.00 | 140,000.00 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 140,000.00 | 140,000.00 |
| **Total 68** | | | | **140,000.00** | **140,000.00** |
| **82A    CD BURNS** | | | | | |
| 11057        ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000              ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 06/13/2012 | | | 10.00 | 10.00 |
| Total   00000  ADOBE/APPLE NO COLD CALLING | | | | 10.00 | 10.00 |

**Expense Activity**

1/1/1900 - 4/13/2015

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---|---|
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 10.00 | 10.00 |
| **Total 82A** | | | | **10.00** | **10.00** |
| **Report Totals** | | | | **198,462.35** | **199,669.50** |

Generated    Monday, April 20, 2015
at    10:03:01 AM

**equitrac**

**Telephone By Account Detail**                                    **Berger & Montague, P.C.**

**Client='11057'  and (From: '2011-1-1'   To: '2015-4-13')**

| Starting Date: | **5/11/2011** | Ending Date: | **3/15/2013** | Number of Days: | **675** |
|---|---|---|---|---|---|

| <u>Date</u> | <u>Time</u> | <u>Extension</u> | <u>Number</u> | <u>Destination</u> | <u>Duration</u> | <u>Amount</u> |
|---|---|---|---|---|---|---|
| Location : PHI : Philidelphia, PA | | | | | | |
| Account: 11057 , ADOBE/APPLE NO COLD CALLING | | | | | | |
| Sub-account: 00000 , ADOBE/APPLE NO COLD CALLING | | | | | | |
| 3/9/2012 | 1:48:00 PM | 3066 | 1(415)956-1000 | SNFC CNTRL CA | 00:17:48 | $1.26 |
| 3/20/2012 | 6:49:00 PM | 3035 | 1(415)956-1000 | SNFC CNTRL CA | 00:03:00 | $0.21 |
| 6/22/2012 | 1:44:00 PM | 3066 | 1(415)956-1000 | SNFC CNTRL CA | 00:11:48 | $0.84 |
| 11/6/2012 | 1:42:00 PM | 4678 | 1(650)213-9922 | PALO ALTO  CA | 00:06:36 | $0.49 |
| 11/9/2012 | 11:05:00 AM | 4678 | 1(650)213-9922 | PALO ALTO  CA | 00:02:18 | $0.21 |
| 3/4/2013 | 12:07:00 PM | 3047 | 1(415)394-1157 | SNFC CNTRL CA | 00:05:00 | $0.20 |
| 3/11/2013 | 10:28:00 AM | 3047 | 1(415)296-2900 | SNFC CNTRL CA | 00:03:42 | $0.16 |
| 3/11/2013 | 11:42:00 AM | 3047 | 1(415)296-2900 | SNFC CNTRL CA | 00:11:36 | $0.48 |

Totals for  Sub-account:  00000                                              **$3.85**



# Project Accounting Summary

**Account #:** 755451   **Invoice #:** 1741434830   **Date:** 05/31/2012



PAC: 11057

| Owner Name | Conference | Date | Minutes | Conf Charge |
|---|---|---|---|---|
| Walker, Dan | 83914118 | 05/18/12 | 244 | $25.95 |

## Project Accounting Summary

**Account #:** 755451    **Invoice #:** 1741493644   **Date:** 06/30/2012



**PAC: 11057000**

| Owner Name | Conference | Date | Minutes | Conf Charge |
|---|---|---|---|---|
| Schalman-Berger, Sarah | 89912149 | 06/06/12 | 71 | $25.78 |
| Schalman-Berger, Sarah | 89481259 | 06/05/12 | 29 | $25.69 |
| Schalman-Berger, Sarah | 88341388 | 06/01/12 | 138 | $25.89 |
| **Total Conferences:** | **3** | | **238** | **$77.36** |

| DATE | TIME | BILLING CC | USER NAM | FROM COUNT | TO COUNT | TO NUMBER | DURATION | CALL | USF Charge | TOTAL | Total with USF |
|------|------|-----------|----------|-----------|----------|-----------|----------|------|-----------|-------|----------------|
| Fri, 28-Mar | 11:18 AM | 11057000 | Sarah Schalman Bergen | USA-New Y | +1 (646) 722-8516 | | 0:24:30 | 0.8575 | 0.14063 | 0.8575 | 0.99813 |
| Fri, 28-Mar | 11:19 AM | 11057000 | Sarah Schalman Bergen | USA-Philad | +1 (215) 875-3053 | | 0:00:30 | 0.0175 | 0.00287 | 0.0175 | 0.02037 |
| Fri, 28-Mar | 11:29 AM | 11057000 | Sarah Schalman Bergen | USA | +1 (732) 207-9657 | | 0:13:30 | 0.4725 | 0.07749 | 0.4725 | 0.54999 |
| Fri, 28-Mar | 11:29 AM | 11057000 | Sarah Schalman Bergen | USA-Philad | +1 (215) 875-3053 | | 0:13:06 | 0.4585 | 0.075194 | 0.4585 | 0.533694 |
| Fri, 28-Mar | 11:33 AM | 11057000 | Sarah Schalman Bergen | USA-Philad | +1 (215) 888-0418 | | 0:09:00 | 0.315 | 0.05166 | 0.315 | 0.36666 |
| Fri, 28-Mar | 3:58 PM | 11057000 | Sarah Schalman Bergen | USA-New Y | +1 (646) 722-8516 | | 0:26:24 | 0.924 | 0.151536 | 0.924 | 1.075536 |
| Fri, 28-Mar | 3:59 PM | 11057000 | Sarah Schalman Bergen | USA-Philad | +1 (215) 875-3053 | | 0:24:54 | 0.8715 | 0.142926 | 0.8715 | 1.014426 |
| Fri, 28-Mar | 4:00 PM | 11057000 | Sarah Schalman Bergen | USA | +1 (732) 207-9657 | | 0:23:54 | 0.8365 | 0.137186 | 0.8365 | 0.973686 |
| Fri, 28-Mar | 4:01 PM | 11057000 | Sarah Schalman Bergen | USA | +1 (510) 417-0060 | | 0:23:12 | 0.812 | 0.133168 | 0.812 | 0.945168 |
| Fri, 28-Mar | 4:19 PM | 11057000 | Sarah Schalman Bergen | USA | +1 (215) 888-0418 | | 0:04:48 | 0.168 | 0.027552 | 0.168 | 0.195552 |

6.67

BERGER & MONTAGUE, P.C.

099916

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|---|---|---|---|---|
| 119724 | 11057 121211- | 12/27/2011 | $2054.25 | ADOBE/APPLE NC |

11057

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

58-1503/412

099916
CHECK NO.

PAY

Two Thousand Fifty Four and 25/100 Dollars

| DATE | AMOUNT |
|---|---|
| 12/29/2011 | $2,054.25 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:    Patrick Madden

VOID AFTER 180 DAYS

⑈099916⑈ ⑆04400002④⑈ 0⑆89260321⑈

# EXPENSE REIMBURSEMENT REQUEST

NAME:   PATRICK MADDEN       DATES OF TRAVEL: DEC.12-21ST, 2011

CASE NAME:   ADOBE       DESTINATION:   CALIF.

CASE NUMBER:   11057

BUSINESS PURPOSE:   DOC REVIEW

## DETAILS OF EXPENSES INCURRED

| | |
|---|---|
| TRANSPORTATION (COMPLETE REVERSE SIDE): | $0.00 |
| AIRFARE/TRAIN | $0.00 |
| CAR RENTAL | $0.00 |
| TAXI | $178.00 |
| PARKING & MILEAGE | $0.00 |
| LODGING (COMPLETE REVERSE SIDE): | $0.00 |
| HOTEL BILL | $1644.68 |
| MISCELLANEOUS | $0.00 |
| MEALS | $231.57 |
| TOTAL EXPENSES | $2054.25 |

APPROVED BY: _____

## FOR ACCOUNTING USE ONLY

DATE RECEIVED: _____   AMOUNT: _____

REFERENCE #: _____   CHECK #: _____

DATE PAID: _____

**EXPENSE DETAIL**

| Date of Expense | Taxi | Hotel |
|---|---|---|
| 12/12/11 | $34.00 | $1,644.68 |
| | $55.00 | $0.00 |
| 12/21/11 | $34.00 | $0.00 |
| | $55.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $0.00 | $0.00 |
| | $178.00 | $1,644.68 |

**MEALS AND ENTERTAINMENT EXPENSES**

| Date of Expense | Amount | Reason for Meal/People Attending |
|---|---|---|
| 12/12/11 | $27.79 | |
| 12/13/11 | $26.07 | |
| 12/14/11 | $10.25 | |
| 12/15/11 | $4.34 | |
| 12/16/11 | $13.65 | |
| 12/17/11 | $44.49 | |
| 12/18/11 | $60.09 | |
| 12/19/11 | $9.50 | |
| 12/20/11 | $25.00 | |
| 12/21/11 | $9.79 | |
| | $231.57 | $231.57 |

# Hilton

### San Francisco Financial District

750 Kearny Street • San Francisco, CA 94108
Phone (415) 433-6600 • Fax (415) 765-7891
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

Madden, Patrick

| | |
|---|---|
| Room | 2120/D2T |
| Arrival Date | 12/12/2011 |
| Departure Date | 12/21/2011 |
| | 7:07:00PM |
| Adult/Child | 1/0 |
| Room Rate | 175.75 |

RATE PLAN        L-AA

HH#  850226524 SILVER
                          AL
BONUS AL            CAR

Confirmation Number : 3451151382

12/21/2011   PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|------|-------------|-----|---------|---------|---------|---------|
| 12/12/201 | GREEN FEE 1 | SELENALU | 3008612 | $4.95 | | |
| 12/12/201 | GUEST ROOM | SELENALU | 3008613 | $175.75 | | |
| 12/12/201 | ROOM TAX | SELENALU | 3008613 | $24.61 | | |
| 12/12/201 | CALIFORNIA TOURISM TAX | SELENALU | 3008613 | $0.12 | | |
| 12/12/201 | SF TOURISM IMPROVEMENT DISTRIC | SELENALU | 3008613 | $2.64 | | |
| 12/13/201 | GREEN FEE 1 | SELENALU | 3010052 | $4.95 | | |
| 12/13/201 | GUEST ROOM | SELENALU | 3010053 | $175.75 | | |
| 12/13/201 | ROOM TAX | SELENALU | 3010053 | $24.61 | | |
| 12/13/201 | CALIFORNIA TOURISM TAX | SELENALU | 3010053 | $0.12 | | |
| 12/13/201 | SF TOURISM IMPROVEMENT DISTRIC | SELENALU | 3010053 | $2.64 | | |
| 12/14/201 | GREEN FEE 1 | EDS | 3011659 | $4.95 | | |
| 12/14/201 | GUEST ROOM | EDS | 3011660 | $175.75 | | |
| 12/14/201 | ROOM TAX | EDS | 3011660 | $24.61 | | |
| 12/14/201 | CALIFORNIA TOURISM TAX | EDS | 3011660 | $0.12 | | |
| 12/14/201 | SF TOURISM IMPROVEMENT DISTRIC | EDS | 3011660 | $2.64 | | |
| 12/15/201 | GREEN FEE 1 | EDS | 3013096 | $4.95 | | |
| 12/15/201 | GUEST ROOM | EDS | 3013097 | $175.75 | | |
| 12/15/201 | ROOM TAX | EDS | 3013097 | $24.61 | | |
| 12/15/201 | CALIFORNIA TOURISM TAX | EDS | 3013097 | $0.12 | | |
| 12/15/201 | SF TOURISM IMPROVEMENT DISTRIC | EDS | 3013097 | $2.64 | | |
| 12/16/201 | VALET LAUNDRY | EDS | 3014158 | $66.35 | | |
| 12/16/201 | GREEN FEE 1 | EDS | 3014475 | $4.95 | | |
| 12/16/201 | GUEST ROOM | EDS | 3014476 | $128.25 | | |
| 12/16/201 | ROOM TAX | EDS | 3014476 | $17.96 | | |
| 12/16/201 | CALIFORNIA TOURISM TAX | EDS | 3014476 | $0.09 | | |

## Zip-Out Check-Out®

Good Morning ! We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.
- Please review this statement. It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  + or request an updated statement be mailed to you within two business days.
If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone. Your account will be automatically checked
out and you may use this statement as your receipt. Feel free to leave your key(s)
in the room. *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| | |
|---|---|
| DATE OF CHARGE | FOLIO NO./CHECK NO. 608709   A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT

T
H
A
N
K



Y
O
U



**Hilton**
San Francisco Financial District

750 Kearny Street • San Francisco, CA 94108
Phone (415) 433-6600 • Fax (415) 765-7891
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

Madden, Patrick

| | |
|---|---|
| Room | 2120/D2T |
| Arrival Date | 12/12/2011 |
| Departure Date | 12/21/2011 |

7:07:00PM

| | |
|---|---|
| Adult/Child | 1/0 |
| Room Rate | 175.75 |

RATE PLAN        L-AA

HH#  850226524 SILVER
AL
BONUS AL          CAR

Confirmation Number : 3451151382

12/21/2011   PAGE     2

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 12/16/201 | SF TOURISM IMPROVEMENT DISTRIC | EDS | 3014476 | $1.92 | | |
| 12/17/201 | GUEST ROOM | EDS | 3015736 | $128.25 | | |
| 12/17/201 | ROOM TAX | EDS | 3015736 | $17.96 | | |
| 12/17/201 | CALIFORNIA TOURISM TAX | EDS | 3015736 | $0.09 | | |
| 12/17/201 | SF TOURISM IMPROVEMENT DISTRIC | EDS | 3015736 | $1.92 | | |
| 12/18/201 | GUEST ROOM | SJOCSON | 3017052 | $128.25 | | |
| 12/18/201 | ROOM TAX | SJOCSON | 3017052 | $17.96 | | |
| 12/18/201 | CALIFORNIA TOURISM TAX | SJOCSON | 3017052 | $0.09 | | |
| 12/18/201 | SF TOURISM IMPROVEMENT DISTRIC | SJOCSON | 3017052 | $1.92 | | |
| 12/19/201 | GUEST ROOM | SJOCSON | 3018291 | $128.25 | | |
| 12/19/201 | ROOM TAX | SJOCSON | 3018291 | $17.96 | | |
| 12/19/201 | CALIFORNIA TOURISM TAX | SJOCSON | 3018291 | $0.09 | | |
| 12/19/201 | SF TOURISM IMPROVEMENT DISTRIC | SJOCSON | 3018291 | $1.92 | | |
| 12/20/201 | GUEST ROOM | SELENALU | 3019743 | $128.25 | | |
| 12/20/201 | ROOM TAX | SELENALU | 3019743 | $17.96 | | |
| 12/20/201 | CALIFORNIA TOURISM TAX | SELENALU | 3019743 | $0.09 | | |
| 12/20/201 | SF TOURISM IMPROVEMENT DISTRIC | SELENALU | 3019743 | $1.92 | | |
| | WILL BE SETTLED TO AX *2007 | | | | | $1,644.68 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |



## Zip-Out Check-Out®

Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.

- Please review this statement.  It is a record of your charges as of late last
  evening.
- For any charges after your account was prepared, you may:
  - pay at the time of purchase.
  - charge purchases to your account, then stop by the Front Desk for an
    updated statement.
  - or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out
button on your guest room telephone.  Your account will be automatically checked
out and you may use this statement as your receipt.  Feel free to leave your key(s)
in the room.  *Please call the Front Desk if you wish to extend your stay or if you
have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. | |
|---|---|---|
| | 608709   A | |
| AUTHORIZATION | | INITIAL |
| PURCHASES & SERVICES | | |
| TAXES | | |
| TIPS & MISC. | | |
| TOTAL AMOUNT | | |

PAYMENT DUE UPON RECEIPT



# Hilton
### San Francisco Financial District

750 Kearny Street • San Francisco, CA 94108
Phone (415) 433-6600 • Fax (415) 765-7891
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

Madden, Patrick

| | |
|---|---|
| Room | 2120/D2T |
| Arrival Date | 12/12/2011 |
| Departure Date | 12/21/2011 |
| Adult/Child | 1/0 |
| Room Rate | 175.75 |

7:07:00PM

RATE PLAN       L-AA

HH# 850226524 SILVER
AL
BONUS AL       CAR

Confirmation Number : 3451151382

12/21/2011   PAGE   3

| DATE | DESCRIPTION | ID | REF. NO. | CHARGES | CREDITS | BALANCE |
|------|-------------|----|----------|---------|---------|---------|
| | *Hilton HHonors(R) stays are posted within 72 hours of checkout. To check your earnings for this or any other stay at more than 3,000 Hilton Family hotels worldwide, please visit HiltonHHonors.com.* | | | | | |
| | *Thank you for choosing Hilton! Book your next stay at hilton.com and take advantage of our internet-only Advance Purchase Rates and limited-time special offers!* | | | | | |

## Zip-Out Check-Out®

Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.

- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  - pay at the time of purchase.
  - charge purchases to your account, then stop by the Front Desk for an updated statement.
  - or request an updated statement be mailed to you within two business days.

If the statement meets with your approval, simply press the Zip-Out Check-Out button on your guest room telephone.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.  *Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. 608709   A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

PAYMENT DUE UPON RECEIPT



THANK YOU

MILE CITY TAXI
215 467-6666

DRIVER: 00101058
CAB #          P0258
DATE: 12/12/2011
START TIME 04:50
END TIME
TRIP #
RATE No.
MILES
FARE $      28.50

GR.TOT.

TIP: $        5.50

TOTAL $      34.00

AIRPORT
FLAT RATE

5.50
34—

Fare $ 55
From Hilton Financial Dist
To SFO
Date 12/2/2011
Cab No. _____
Driver _____

Fare $ 55
From SFO
To Lief Cabrera
Date 12/12/2011
Cab No. _____
Driver _____

MON DECEMBER 12,2011
CHECK #412900--1

| 1 L-Prem | $6.21 |
| 1 Special Chips | $1.37 |
| 1 Fountain-Iced Tea | $1.64 |
| SUB-TOTAL : | $9.22 |
| TAX : | $0.78 |
| TOTAL | $10.00 |

Thanks for eating at SF Soup!
Have a Nice Day !

LUNCH
Time: 11:43     1 CUSTOMER

Thank you!!
Smile & Enjoy  Soup

YOU HAVE BEEN SERVED
BY : Coraza, Kenia

American Expres :   $10.00
***********2007


Thai Thai Restaurant
653 Clay St
San Francisco CA 94111
Tel. (415) 433-2222 Fax. (415) 398-4522
www.thaithaisf.com
Welcome to Thai Thai

Togo Walk in
Order#:60     Guest #60
Date: 12/12/2011 7:24 PM
Server: Mina                    (T.1)

| Shrimp Fresh Roll | $7.95 |
| Pad See-Ew | $8.45 |
| [Chicken] | |

| Total 2 item(s) | $16.40 |
| Sales Tax | $1.39 |

Grand Total    $17.79

Tip Guide
15%=$2.67,  18%=$3.20,  20%=$3.56
Thank you very much.
Come back again.

illy
live happy

---

Order#7073
Customer#66
Name : Sashca H
Date: December 14, 2011 1:14 PM
POS2

---

1 Caffe Americano          $2.25
1 Salami                   $8.00

---

Subtotal:                 $10.25
Total Tax:                 $0.00
Total:                    $10.25

---

Customer paid:            $20.00
Customer change:           $9.75

---

THE GARDEN RESTAURANT
718 KEARNY STREET
SAN FRANCISCO, CA 94108
Phn: (415)956-7888

=== QUICK SERVICE ==

#12926  ·  Q#24
12/13/2011        08:25:01 PM
Server : JASY

1   002 Pot Stickers        5.95
1   710 Szchn Diced Chkn    9.00

---

SUBTOTAL :    14.95
     TAX :     1.27

   TOTAL :    16.22

---

**ALE RECEIPT**
Store #27116        tkn 12/15/11 18:56:40
Subway Sandwiches & Salads
653 Kearny Stready avenue
San Francisco        CA 94108
415-
Trans #27116-21 01-DWN-1-TROT 121511
Receipt# A000082415 Reg-ID REG-MAIN
                    PRICE MEMO PLU
MEATBALL  MARINA $  2.00       10129
MEATBALL  MARINA $  2.00       10129
                  ----
  SUBTOTAL      $  4.00
  Sales Tax     $   0.34
                  ----
TAKEOUT PANINI  $   4.34
Cash            $   5.00
                  ----
  CHANGE DUE    $   0.66
Receive a free cookie
Take our survey at www.tellsubway.com

---

LEE'S DELI
280 BATTERY STREET
SAN FRANCISCO, CA  94111
(415) 982-8280
(415) 982-8280 (FAX)

12-13-2011 TUE  #1

NON TAX               1.75
NON TAX               8.10
CASH                  9.85

ITEM  2

                  9465 14:54TH

```
                SALE RECEIPT
Store #27715      tkc 12/16/11 19:05:54
Subway Sandwiches & Salads
653 Kearny Street
San Francisco            CA 94108
415-693-0333
  Trans# 194 Clerk 23  Dwr 1 TRDT 121611
  Receipt # 0000582329 Reg-ID REG-MAIN
--- ITEM --- QTY      PRICE MEMO PLU
HAM&CHEESEfr  1  T $   5.00        10225
  Toasted                         Toast
                       --------
        SUBTOTAL $      5.00
        Sales Tx $      0.43
                       --------
TAKE-OUT **TOTAL $      5.43
Cash    AMT TEND $      5.50
                       --------
     CHANGE DUE$        0.07
```

How'd we do?  Get a free cookie!
Take 1 min. survey at www.tellsubway.com

---

```
          FRI DECEMBER 16,2011
        CHECK  #415886-1

   1 L-Prem                $6.21
   1 Chips                 $1.37
     SUB-TOTAL       :      $7.58
     TAX             :      $0.64
   TOTAL           $8.22

   Thanks for eating at SF Soup!
      Have a Nice Day !

            LUNCH
   Time: 12:58    1 CUSTOMER

       Thank you!!
    Smile & Enjoy  Soup

    YOU HAVE BEEN SERVED
    BY : Rodriguez, Rosa

CASH          :    $8.22
CHANGE        :    $1.78
```

WAYFARE TAVERN
558 Sacramento Street
San Francisco, CA  94111
415.772.9060

Server: D1 - Dinner - 3100 DOB: 12/18/2011
08:52 PM                          12/18/2011
Table 9/1                            1/10038

SALE

AMEX                                  1048593
Card #XXXXXXXXXXX2007
Magnetic card present: MADDEN PATRICK F
Card Entry Method:  S

Approval: 515061

        Amount:       $ 39.31

        + Tip:       7·00

        = Total:     46.31

        I agree to pay the above
        total amount according to the
            card issuer agreement

X _____

            THANK YOU!
          We now offer
    Saturday lunch service
      Starting at 11:00 AM

        >> Customer Copy <<

---

W E X L E R ' S
568 SACRAMENTO STREET
SAN FRANCISCO, CA 94111
415.983-0102
Dec17'11 09:23PM
Date:
Card Type:        AMEX
Acct #:           XXXXXXXXXXX2007
Trans Key:        EIE005448024330
Exp Date:         XX/XX
Auth Code:        551326
Check:            1154
Table:            20/1
Server:           2009 Viktoria

Subtotal:         44.49

---

Cowgirl Creamery
415-362-9354
The Ferry Plaza
One Embarcadero

SK -60

Host: Alexandria              12/18/2011
SK -60                          10:52 AM
                                   40059

Grilled Cheese of Week            7.50
Small Mac n' Cheese               5.75

Subtotal                         13.25
Tax                               1.13

Order Total                      14.38

CASH                             20.00

Change                            5.62

**SEASONS GREETINGS!**
HOLIDAY CUSTOMER APPRECIATION CARD

**SOUP**

"BUY 8 BOWLS OF SOUP, GET THE 9TH FREE!"

TRANSACTION RECORD

CARD TYPE: American Express
Nu. ***********2007 EXPI.: ****
ENTRY: SWIPED
AUTHORIZATION: 586570
STORE #: 19
TERMINAL: 1
REFERENCE: 417019

PURCHASE          $8.48

THANK YOU
DECEMBER 20, 2011
Server's name

---

Date ___ / ___ / ___

Acct. Name: _____

Acct. Number: _____

| Reg. No. | Clerk | Account Forwarded |        |
|----------|-------|-------------------|--------|
| 1  Y5/CK |       |                   | 9 50   |
| 2        |       |                   |        |
| 3        |       |                   |        |

**Siam Kitchen**
ครัวสยาม
Authentic Thai Cuisine

Catering Available

668 Sacramento Street
San Francisco, CA 94111
Tel: (415) 391-8988

Mon-Fri 10:30 a.m. - 9:00 p.m.
Sat & Sun - Closed

Thai Traditional Cooking

|          | Total |
|----------|-------|

Your account stated to date - If error is found, return at once.

Willow Creek Grill, Terminal 1
SF Airport Terminal 1
South San Francisco, CA

### ORD#113

Host: Elke                      12/21/2011
ORD#113                         11:24 AM
                                    10243

Breakfast Sand                      8.95

Subtotal                            8.95
Tax                                 0.75

FL Surcharge Emp Ben Srch           0.09
To Go Total                         9.79

CASH                               10.00

...nge                             0.21

Thanks!!!
...ase come again!!!

--- Check Closed ---

Boccalone
One Ferry Plaza Shop #21
San Francisco, CA 94111
415-433-6500
www.boccalone.com
Date        12/20/2011              Tue
Salame Pepato                     $7.02
Panino Select 2                   $8.76
SF Sales Tax                      $0.74
TOTAL                            $16.52
CASH                             $20.00
CHANGE                            $3.48
    * ORDER# 0159 *
NO.299459 REG 01 TATIANA   Time 17:16
Thank you for enjoying
Tasty Salted Pig Parts!

AMERICAN
EXPRESS

| Prepared For | Account Number | Closing Date | Page 7 of 16 |
|---|---|---|---|
| JOHN KERNS/BTA<br>BERGER & MONTAGUE PC | XXXX-XXXXXX7-01005 | 12/22/11 | |

## Activity Continued

| | | | Reference Code | Amount $ |
|---|---|---|---|---|

| 12/14/11 | US AIRWAYS | 800-428-4322 | AZ | 0372171796749 | 19.00 |
|---|---|---|---|---|---|

TKT# 0372171796749  AIRLINE/AIR C 12/13/11
UPGRADE CHARGE
MILLER/DANIELR            US AIRWAYS
US AIRWAYS            800-428-4322      AZ
FROM
  NASHVILLE TN
TO            CARRIER CLASS
  PHILADELPHIA PA      US   S
TO
  UNAVAILABLE      YY   00
TO
  UNAVAILABLE      YY   00
TO
  UNAVAILABLE      YY   00

| 12/10/11 | US AIRWAYS, INC. | CHERRY HILL | NJ | 12170900000 | 581.60 |
|---|---|---|---|---|---|

TKT# 03770200625085 AIRLINE/AIR C 12/09/11
PASSENGER TICKET
KANE/MICHAEL J            US AIRWAYS, INC.
US AIRWAYS, INC.      CHERRY HILL      NJ
FROM
  PHILADELPHIA PA
TO            CARRIER CLASS
  SAN DIEGO CA      US   W
TO
  CHARLOTTE NC      US   L
TO
  PHILADELPHIA PA      US   L
TO
  UNAVAILABLE      YY   00

*80*
*64.50*

| 12/10/11 | US AIRWAYS, INC. | CHERRY HILL | NJ | 12170900000 | 557.40 |
|---|---|---|---|---|---|

TKT# 03770200625133 AIRLINE/AIR C 12/09/11
PASSENGER TICKET
FANTINI/MICHAEL            US AIRWAYS, INC.
US AIRWAYS, INC.      CHERRY HILL      NJ
FROM
  PHILADELPHIA PA
TO            CARRIER CLASS
  O HARE FIELD IL      US   W
TO
  PHILADELPHIA PA      US   W
TO
  UNAVAILABLE      YY   00
TO
  UNAVAILABLE      YY   00

| 12/10/11 | US AIRWAYS, INC. | CHERRY HILL | NJ | 12170900000 | 1,415.40 |
|---|---|---|---|---|---|

TKT# 03770200625155 AIRLINE/AIR C 12/09/11
PASSENGER TICKET
MADDEN/PATRICK FANNI      US AIRWAYS, INC.
US AIRWAYS, INC.      CHERRY HILL      NJ
FROM
  PHILADELPHIA PA
TO            CARRIER CLASS
  SAN FRANCISCO CA      US   M
TO
  PHILADELPHIA PA      US   M
TO
  UNAVAILABLE      YY   00
TO
  UNAVAILABLE      YY   00

*+ 80*
*1445.40*
*11057*
*8*

Prepared For
**JOHN KERNS/BTA**
**BERGER & MONTAGUE PC**

Account Number
XXXX-XXXXX7-01005

Page 8 of 16

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| 12/10/11 | US AIRWAYS, INC.    CHERRY HILL    NJ | 12170900X000 | 1,198.40 |
| | TKT# 03770200625170 AIRLINE/AIR C 12/09/11 | | |
| | PASSENGER TICKET | | |
| | SCHALMANBERGEN/SARAH    US AIRWAYS, INC. | | |
| | US AIRWAYS, INC.    CHERRY HILL    NJ | | |
| | FROM | | |
| | PHILADELPHIA PA | | |
| | TO    CARRIER CLASS | | |
| | SAN FRANCISCO CA    US    Q | | |
| | TO | | |
| | PHILADELPHIA PA    US    M | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |
| 12/14/11 | US AIRWAYS, INC.    CHERRY HILL    NJ | 12210900X000 | 459.90 |
| | TKT# 03770200625354 AIRLINE/AIR C 12/13/11 | | |
| | PASSENGER TICKET | | |
| | MILLER/DANIEL R    US AIRWAYS, INC. | | |
| | US AIRWAYS, INC.    CHERRY HILL    NJ | | |
| | FROM | | |
| | PHILADELPHIA PA | | |
| | TO    CARRIER CLASS | | |
| | NASHVILLE TN    US    W | | |
| | TO | | |
| | PHILADELPHIA PA    US    S | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |
| 12/14/11 | US AIRWAYS, INC.    CHERRY HILL    NJ | 12210900X000 | 557.40 |
| | TKT# 03770200625365 AIRLINE/AIR C 12/13/11 | | |
| | PASSENGER TICKET | | |
| | NOTEWARE/ELLEN T    US AIRWAYS, INC. | | |
| | US AIRWAYS, INC.    CHERRY HILL    NJ | | |
| | FROM | | |
| | PHILADELPHIA PA | | |
| | TO    CARRIER CLASS | | |
| | O HARE FIELD IL    US    W | | |
| | TO | | |
| | PHILADELPHIA PA    US    W | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |
| 12/22/11 | US AIRWAYS, INC.    CHERRY HILL    NJ | 12280700X000 | 303.00 |
| | TKT# 03770200625531 AIRLINE/AIR C 12/15/11 | | |
| | PASSENGER TICKET | | |
| | MADDEN/PATRICK FANNI    US AIRWAYS, INC. | | |
| | US AIRWAYS, INC.    CHERRY HILL    NJ | | |
| | FROM | | |
| | SAN FRANCISCO CA | | |
| | TO    CARRIER CLASS | | |
| | PHILADELPHIA PA    US    B | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |
| | TO | | |
| | UNAVAILABLE    YY    OO | | |

Continued on next page

**Rita Fadako**

**From:** Sharon Gallo [sgallo@rvacations.com]
**Sent:** Friday, January 27, 2012 12:58 PM
**To:** Rita Fadako
**Subject:** FW: AMEX BILL from 12/22/11



cant find that one

07056

098

12/22/11 P Madden 303.00 *11057

**From:** Anella Devone [mailto:adevone@rvacations.com]
**Sent:** Friday, January 27, 2012 11:47 AM
**To:** Rita Fadako
**Cc:** Sharon Gallo
**Subject:** Re: AMEX BILL from 12/22/11

Hi Rita, I have two...Sharon will get back to you with the rest. Thanks! Anella

----- Original Message -----
**From:** Rita Fadako
**To:** 'Sharon Gallo' ; 'adevone@rvacations.com'
**Sent:** Friday, January 27, 2012 11:41 AM
**Subject:** AMEX BILL from 12/22/11

Hope this email finds you well....

Missing some slips?  Can you tell when what case the charges below are for?

12/22/11 P Madden 303.00

Thank you!   Have a great weekend!

**Ritamarie T. Fadako**
**Escrow Manager**

1

BERGER & MONTAGUE, P.C.                                                      100242

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 120289 | 2/5/12 0009-4 | 02/17/2012 | $15.58 | ADOBE/APPLE NC |

---

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com
56-1503/412

100242

CHECK NO.

PAY

Five Hundred Forty and 13/100 Dollars

DATE          AMOUNT

02/17/2012          $540.13

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:     Sarah R. Schalman-Bergen

VOID AFTER 180 DAYS

# EXPENSE REIMBURSEMENT REQUEST

NAME: _____SARAH SCHALMAN-BERGEN___  DATES OF TRAVEL:_____2/5/12_____

CASE NAME: ████████ HIGH TECH EMPLY _____  DESTINATION: WORK AFTER HOURS __

CASE NUMBER:_____████████ AND 11057_____

BUSINESS PURPOSE:_____████████████████LATE NIGHT CASE WORK_____

## DETAILS OF EXPENSES INCURRED

| | |
|---|---:|
| TRANSPORTATION (COMPLETE REVERSE SIDE): | $0.00 |
|     AIRFARE/TRAIN | $0.00 |
|     CAR RENTAL | $0.00 |
|     TAXI | $15.00 |
|     PARKING & MILEAGE | $0.00 |
| LODGING (COMPLETE REVERSE SIDE): | $0.00 |
|     HOTEL BILL | $0.00 |
|     MISCELLANEOUS | $0.00 |

████████████████████████████████

TOTAL EXPENSES      ████████

APPROVED BY:_____

## FOR ACCOUNTING USE ONLY

DATE RECEIVED:_____  AMOUNT:_____

REFERENCE #:_____  CHECK #:_____

DATE PAID:_____

**EXPENSE DETAIL**

| DATE OF EXPENSE | TAXI |
|---|---|
| 1/24/12 - 11057 | $8.00 |
| 2/5/12 - 00009-40 | $7.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $0.00 |
| | $15.00 |

**MEALS AND ENTERTAINMENT EXPENSES**

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL/PEOPLE ATTENDING |
|---|---|---|
| 2/5/12 | $16.16 | BAGELS FOR ERD MEETING |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $16.16 | |



ALL CITY TAXI
215 467-6666

DRIVER: 00109041
CAB # 0241
DATE: 01/24/2012
START 21:40
END 22:48
TOTAL 11.05

2
$ 11.05

00009.040

2
7.00



BERGER & MONTAGUE, P.C.

100276

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 120326 | 11057 12512-1 | 02/23/2012 | $997.59 | ADOBE/APPLE N( |

12

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com
56-1503/412

100276
CHECK NO.

PAY

DATE          AMOUNT

02/28/2012

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:    ERIC L CRAMER

VOID AFTER 180 DAYS

⑈100276⑈ ⑆044000024⑆ 018926032⑈

## EXPENSE REIMBURSEMENT REQUEST

NAME:         Eric L. Cramer          DATE(S) OF TRAVEL:    January 25-27, 2011

CASE NAME:      Cold Call/High Tech.     DESTINATION:         San Francisco, CA

CASE NUMBER:    11057-000

BUSINESS PURPOSE:    Meeting/Hearing

## DETAILS OF EXPENSES INCURRED

TRANSPORTATION (COMPLETE EXPENSE DETAIL)

        AIRFARE/TRAIN

        CAR RENTAL

        TAXI   (and limo service)               $240.00

        PARKING & MILEAGE             $ 18.00

LODGING: (COMPLETE REVERSE SIDE)

        HOTEL BILL                   $426.44

        MISCELLANEOUS                $ 12.95

        MEALS                         $300.20

APPROVED BY                    TOTAL EXPENSES    $997.59

### FOR ACCOUNTING USE ONLY

DATE RECEIVED _____       AMOUNT     _____

REFERENCE #     _____       CHECK #     _____

                                          DATE PAID     _____

## EXPENSE DETAIL

| DATE OF EXPENSE | DESCRIPTION | AIRFARE/TRAIN | CAR RENTAL | TAXI | PARKING/MILEAGE | HOTEL | MISC. |
|---|---|---|---|---|---|---|---|
| 1/25/2012 | | | | $60.00 (Zaki Limo Sedan Serv.) | | | |
| 1/26/2012 | | | | $60.00 (Zaki Limo Sedan Serv.) $60.00 $60.00 | $18.00 (parking) | $426.44 | $12.95 (go go) |
| 1/27/2012 | | | | | | | |
| TOTALS | | | | $240.00 | $18.00 | $426.44 | $12.95 |

## MEALS AND ENTERTAINMENT EXPENSES

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL AND PEOPLE ATTENDING |
|---|---|---|
| 1/25/2012 | $139.85 | Dinner w/ John Radice and Josh Davis |
| | 12.68 | |
| | 136.84 | Dinner w/ John Radice and Joe Saveri |
| | 10.83 | |
| TOTAL | $300.20 | |

LE MERIDIEN
SAN FRANCISCO
333 BATTERY ST, SAN FRANCISCO, CA 94111-3230 US
T +1 415 296-2900
F +1 415 296-2901
lemeridien.com

*Le* MERIDIEN

| | | | | | |
|---|---|---|---|---|---|
| GUEST / CLIENT | | | | TRAVEL AGENT / CHARGE TO | |
| | | | | AGENT DE VOYAGE / DEBITER A | |
| | | ROOM / CHAMBRE | 1018 | | |
| Eric Cramer | | RATE / TARIF | 369.00 | Rosenbluth Travel Agency | |
| Thor/tmc | | # PERS. / Nº PERS | 1 | | |
| 273 S 4th St | | FOLIO / DOSSIER | 520724   EX-A | , | |
| Philadelphia, PA 19106-3819 | | PAGE | 1 | | |
| | | ARRIVE / ARRIVEE | 25-JAN-12   10:27 | | |
| | | DEPART / DEPART | 26-JAN-12 | | |
| | | PAYMENT / PAIEMENT | VI | | |

| DATE | REFERENCE / REFERENCE | DESCRIPTION | CHARGES / CREDITS | DEBIT / CREDIT |
|---|---|---|---|---|
| 25-JAN-12 | RT1018 | Room Charge | | 369.00 |
| 25-JAN-12 | RT1018 | Occupancy Tax | | 51.66 |
| 25-JAN-12 | RT1018 | Tourism Tax | | 0.24 |
| 25-JAN-12 | RT1018 | County Tax | | 5.54 |
| 26-JAN-12 | VI | Visa | 426.44- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance. your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

** continued on the next page **

I agree to remain personally liable for the payment of this account if the
Eric Cramer third party billed fails to pay part or all of the charges ROOM   DEPART          AGENT
FOLIO                                                                                                        SIGNATURE _____

## Marcy Daniels

**Subject:**           FW: Thank You.  Here's your Gogo receipt...

**From:** Gogo [mailto:customercare@gogoair.com]
**Sent:** Wednesday, January 11, 2012 3:39 PM
**To:** Eric Cramer
**Subject:** Thank You. Here's your Gogo receipt...



Green Leafs and Bananas 4849
Philadelphia Airport Terminal D
Philadelphia, PA 19153
Phone:
www.villaenterprises.com

## 01/25/2012 5:45 AM
## Green Leafs

Empl:Houari M.                              5:45 AM

1 Side Egg                                      1.99
1 Side Potatoes                                 1.99
1 Fresh Squeezed                                4.29
1 Coffee                                        0.00
  Coffee Lge                                    1.85

                        Subtotal               10.12
                        Tax                     0.71
                        Total                  10.83

Cash Tendered                                  20.00

Change Due                                      9.17

                 Paid in Full

---

Dinner
w/ John Radue
+ Josh Davis

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*            Customer Cop            \*
\*\*\*\*\*\*\*\*\*   \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Tadich Grill
240 California St
San Francisco, CA
415-391-1849

Date:           01/25/12
                6:43 PM
Server:         52. Maati Cherqaoui
Order:          1018319
Description:    Table 46

Card Type:      Visa/MC
Card No:        XXXXXXXXXXXX4268
Expires:        XX/XX
Appr Code:      02147D

Purchases:  $ 114.85

Tip:        $  25

Total:      $ 139.85
            CRAMER/ERIC

I agree to pay the above total amount
according to the card issuer agreement.

*Hyh Tech*
*Dinner w/ John Nadul*
*+ Joe Saveri*

LE MERIDIEN SAN FRANCISCO
BAR 333
CHECK:      7168
TABLE:      105/1
SERVER:     424 WEI PING LEI
DATE:       JAN26'12  7:15PM
CARD TYPE:  Visa
ACCT #:     XXXXXXXXXXXX4268
EXP DATE:   XX/XX
AUTH CODE:  05782D
            ERIC CRAMER

SUBTOTAL:              8.68

GRATUITY _____

TOTAL  _____ (12.68 _____

GUEST SIGNATURE

I Agree to pay above total
amount according to card holder
          agreement
* Yellow Is Customer Copy *

[MM] RESTAURANT

========================
      RESTAURANT
  252 CALIFORNIA STREET
 SAN FRANCISCO, CA. 94102
      415.359.0791
Date:      Jan26'12 08:21PM
Card Type: Visa
Acct #:    XXXXXXXXXXXX4268
Card Entry: SWIPED
Trans Type: PURCHASE
Trans Key:  AIA006564689294
Auth Code:  05587D
Check:      2272
Check ID:   B14/15
Server:     1004 Jennifer

Subtotal:            112.84

Gratuity _____ 24 _____

Total _____ 136.84 _____

Signature

* * * * Customer Copy * * * * *

ZAKI LIMO SEDAN SERVICE
171 11th Ave., Suite 1
San Francisco, CA
94118 USA
Tel: (415) 254-2922
Service: 24-7
TCP 13253

☐ & Special Events
☐ er & Business Service
of All Bay Area

SFO
Meridian
_____ Car #
1/25/12      Amount $   60

ZAKI LIMO SEDAN SERVICE
171 11th Ave., Suite 1
San Francisco, CA
94118 USA
Tel: (415) 254-2922
Service: 24-7
TCP 13253

☐ Dinner & Special Events
☐ Charter & Business Service
☐ Tours of All Bay Area

From   Meridian
To     SFO
Driver _____ Car #
Date  1/26/12   Amount $  $60

High Tech     PATRON'S RECEIPT   Car
Coctail         PHILADELPHIA      Service

PATRON'S RECEIPT
PHILADELPHIA

High Tech

TAXI FLEET
CAB No.:   DATE: 1/27/2  FARE: $60
TIME:  6:45 am   TOP/TOTAL: _____
FROM:  Phila Airport
TO:  home     DRIVER: _____

TAXI FLEET
CAB No.:   DATE: 1/26/2  FARE: $60
TIME:  5:00 am   TOP/TOTAL: _____
FROM:  Home
TO:  PHL     DRIVER: _____

48037   HOUR:  $18.00
POINTS  01-28-12

Invoice Query

ROSENBLUTH VACATIONS

06/12/14

Page: 24
2:46PM

Selected AccountId   008084
Selected Settle Type   A
Selected Branch   All
Selected Travel Dates from 1/1/2012 to 12/31/2012

| # | Date | Invoice | Account | Type | Traveler | Provider | Itinerary | TktdC# | Traveler | Depart | Return | Total |
|---|------|---------|---------|------|----------|----------|-----------|--------|----------|--------|--------|-------|
| 0001 | 02/16/12 | 000377830 | 008084 | RAAP | CRAMER/ERIC L | 016 | PHL-SFO | 7023778328 | CRAMER/ERIC L | 02/27/12 | 02/27/12 | 1247.80 |
| 0001 | 06/22/12 | 000379699 | 008084 | RAFP | WALKER/DANIEL JOHN | 890 | ARC Processed Fee | 0557431615 | WALKER/DANIEL | 06/22/12 | 06/22/12 | 30.00 |
| 0001 | 06/22/12 | 000379690 | 008084 | RAFP | WALKER/DANIEL JOHN | 890 | ARC Processed Fee | 0557431616 | WALKER/DANIEL | 06/22/12 | 06/22/12 | 30.00 |
| 0001 | 06/22/12 | 000379691 | 008084 | RAFP | WALKER/DANIEL JOHN | 016 | ARC Processed Fee | 0557431617 | WALKER/DANIEL | 06/25/12 | 06/25/12 | 30.00 |
| 0001 | 06/22/12 | 000379689 | 008084 | RAAP | WALKER/DANIEL JOHN | 016 | PHL-ORD-PDX | 7105980381 | WALKER/DANIEL | 06/25/12 | 06/25/12 | 425.80 |
| 0001 | 06/15/12 | 000380416 | 008084 | RAAP | WALKER/DANIEL JOHN | 027 | SEA-SFO | 7105980361 | WALKER/DANIEL | 06/28/12 | 06/28/12 | 216.80 |
| 0001 | 06/22/12 | 000379691 | 008084 | RAAP | WALKER/DANIEL JOHN | 037 | SFO-PHL | 7105980363 | WALKER/DANIEL | 06/30/12 | 06/30/12 | 872.80 |
| 0001 | 06/22/12 | 000380419 | 008084 | RAAP | SCHALMANBERGEN/SA | 037 | PHL-SFO-PHL | 7109377805 | SCHALMANBERG | 08/20/12 | 08/20/12 | 377.80 |
| 0001 | 08/15/12 | 000380427 | 008084 | RAAP | SCHALMANBERGEN/SA | 890 | PHL-SFO-PHL | 7109377806 | SCHALMANBERG | 08/20/12 | 08/20/12 | 182.20 |
| 0001 | 08/22/12 | 000380517 | 008084 | RAFP | CRAMER/ERIC L | 890 | Full Payment | 0558229907 | CRAMER/ERIC L | 08/22/12 | 08/22/12 | 35.00 |
| 0001 | 08/22/12 | 000380557 | 008084 | RAFP | CRAMER/ERIC L | 890 | Full Payment | 0558229909 | CRAMER/ERIC L | 08/22/12 | 08/22/12 | 35.00 |
| 0001 | 08/22/12 | 000380517 | 008084 | RAAP | CRAMER/ERIC L | 806 | SFO-PHL | 0558227911 | CRAMER/ERIC L | 08/22/12 | 08/22/12 | 792.80 |
| 0001 | 08/22/12 | 000380557 | 008084 | RAFP | CRAMER/ERIC L | 037 | SFO-PHL | 0558229967 | CRAMER/ERIC L | 08/22/12 | 08/22/12 | 35.00 |
| 0001 | 08/22/12 | 000380518 | 008084 | RAFP | SCHALMANBERGEN/SA | 890 | ARC Processed Fee | 0558229908 | CRAMER/ERIC L | 08/22/12 | 08/22/12 | 30.00 |
| 0001 | 08/22/12 | 000380518 | 008084 | RAFP | SCHALMANBERGEN/SA | 890 | Full Payment | 0558229908 | SCHALMANBERG | 08/22/12 | 08/22/12 | 35.00 |
| Total for 11057-0000# of Items: 15 | | | | | | | | | | | | 4170.80 |
| 0001 | 01/23/12 | 000377389 | 008084 | RAFP | CRAMER/ERIC L | 890 | ARC Processed Fee | 0554924350 | CRAMER/ERIC L | 01/23/12 | 01/23/12 | 30.00 |
| 0001 | 01/23/12 | 000377392 | 008084 | RAFP | CRAMER/ERIC L | 890 | ARC Processed Fee | 0554924501 | CRAMER/ERIC L | 01/23/12 | 01/23/12 | 30.00 |
| 0001 | 01/23/12 | 000377389 | 008084 | RAFP | CRAMER/ERIC L | 016 | ARC Processed Fee | 7022445973 | CRAMER/ERIC L | 01/25/12 | 01/25/12 | 1653.80 |
| 0001 | 01/23/12 | 000377392 | 008084 | RAAP | CRAMER/ERIC L | 037 | Full Payment | 7022445977 | CRAMER/ERIC L | 01/27/12 | 01/27/12 | 865.80 |
| Total for 11057-0000# of items: 4 | | | | | | | | | | | | 2579.60 |
| 0001 | 01/06/12 | 000377155 | 008084 | RAFP | CRAMER/ERIC L | 890 | ARC Processed Fee | 0554924351 | CRAMER/ERIC L | 01/06/12 | 01/06/12 | 30.00 |
| 0001 | 01/06/12 | 000377170 | 008084 | RAFP | SORENSEN/DAVID FRA | SVC-FEE | Service Fee | 0554924360 | SORENSEN/DAVI | 01/06/12 | 01/06/12 | 30.00 |
| 0001 | 01/06/12 | 000377170 | 008084 | RAFP | SORENSEN/DAVID FRA | 890 | ARC Processed Fee | 0554924352 | SORENSEN/DAVI | 01/06/12 | 01/06/12 | 30.00 |
| 0001 | 01/06/12 | 000377155 | 008084 | RAAP | CRAMER/ERIC L | 037 | PHL-SFO | 7020946186 | SORENSEN/DAVI | 01/11/12 | 01/11/12 | 855.80 |
| 0001 | 01/06/12 | 000377155 | 008084 | RAAP | CRAMER/ERIC L | 890 | PHL-SFO | 7020946204 | SORENSEN/DAVI | 01/11/12 | 01/11/12 | 855.80 |
| 0001 | 01/12/12 | 000377233 | 008084 | RAAP | SORENSEN/DAVID FRA | 016 | SFO-PHL | 7021691349 | SORENSEN/DAVI | 01/12/12 | 01/12/12 | 1055.80 |
| 0001 | 01/06/12 | 000377170 | 008084 | RAAP | SORENSEN/DAVID FRA | 890 | SFO-PHL | 7020946205 | SORENSEN/DAVI | 01/13/12 | 01/13/12 | 1055.80 |
| 0001 | 01/13/12 | 000377262 | 008084 | RAFP | SORENSEN/DAVID FRA | 890 | Full Payment | 0554924410 | SORENSEN/DAVI | 01/13/12 | 01/13/12 | 377.00 |
| 0001 | 01/06/12 | 000377233 | 008084 | RAFP | SORENSEN/DAVID FRA | 890 | Full Payment | 0556581441 | SORENSEN/DAVI | 01/13/12 | 01/13/12 | 35.00 |
| 0001 | 01/06/12 | 000377232 | 008084 | RAFP | SORENSEN/DAVID FRA | 037 | ARC Processed Fee | 0556581624 | SORENSEN/DAVI | 04/03/12 | 04/03/12 | 55.00 |
| 0001 | 04/20/12 | 000378485 | 008084 | RAAP | SORENSEN/DAVID FRA | 890 | BOS-PHL | 7028181744 | SORENSEN/DAVI | 04/20/12 | 04/20/12 | 55.00 |
| 0001 | 04/20/12 | 000378773 | 008084 | RAFP | SORENSEN/DAVID FRA | 037 | Full Payment | 0556581638 | SORENSEN/DAVI | 04/23/12 | 04/23/12 | 30.00 |
| 0001 | 04/23/12 | 000378773 | 008084 | RAAP | SORENSEN/DAVID FRA | 890 | Full Payment | | SORENSEN/DAVI | 04/23/12 | 04/23/12 | VOID |
| 0001 | 04/23/12 | 000378795 | 008084 | RAFP | SORENSEN/DAVID FRA | 890 | Full Payment | | SORENSEN/DAVI | 04/23/12 | 04/23/12 | 60.00 |
| Total for 11066-000# of Items: 12 | | | | | | | | | | | | 3614.40 |

Invoice Query

ROSENBLUTH VACATIONS

06/12/14
2:46PM

Page: 23

Selected AccountId   008084
Selected Settle Type   A
Selected Branch   All
Selected Travel Dates from 1/1/2012 to 12/31/2012

| Br. | Date | Invoice | Account | Type | Traveler | Provider | Itinerary | Tkt/Cf # | Traveler | Depart | Return | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | Total for 110066-000# of items: 1 | | | | | 366.80 |
| 0001 | 11/05/12 | 000381487 | 008084 | R A F P | SORENSEN/DAVID FRA | 890 | ARC Processed Fee | 0559987875 | SORENSEN/DAVI | 11/06/12 | 11/05/12 | 30.00 |
| 0001 | 11/05/12 | 000381487 | 008084 | R A A P | SORENSEN/DAVID FRA | 037 | PHL-ORD-PHL | 7113785916 | SORENSEN/DAVI | 11/28/12 | 11/28/12 | 226.60 |
| | | | | | | | Total for 1101-00## of Items: 2 | | | | | 256.60 |
| 0001 | 05/03/12 | 000378852 | 008084 | R A F P | CARSON/SHANON JUD | 890 | ARC Processed Fee | 0557305562 | CARSON/SHANO | 05/03/12 | 05/03/12 | 30.00 |
| 0001 | 05/03/12 | 000378853 | 008084 | R A F P | SCHALMANBERGEN/SA | 890 | ARC Processed Fee | 0557305563 | SCHALMANBERG | 05/03/12 | 05/03/12 | 30.00 |
| 0001 | 05/14/12 | 000379130 | 008084 | R A A P | CARSON/SHANON JUD | 037 | PHL-ORD-PHL | 7029733361 | CARSON/SHANO | 05/16/12 | 05/17/12 | 598.00 |
| 0001 | 05/14/12 | 000379131 | 008084 | R A A P | SCHALMANBERGEN/SA | 037 | PHL-ORD-PHL | 7029733362 | SCHALMANBERG | 05/16/12 | 05/17/12 | 598.00 |
| 0001 | 05/03/12 | 000378952 | 008084 | R A A P | CARSON/SHANON JUD | 037 | PHL-ORD-PHL | 7029068802 | CARSON/SHANO | 05/17/12 | 05/18/12 | 363.60 |
| 0001 | 05/03/12 | 000378953 | 008084 | R A A P | SCHALMANBERGEN/SA | 037 | PHL-ORD-PHL | 7029068803 | SCHALMANBERG | 05/17/12 | 05/18/12 | 363.60 |
| | | | | | | | Total for 11021# of Items: 6 | | | | | 1983.20 |
| 0001 | 01/18/12 | 00377330 | 008084 | R A F P | CARSON/SHANON JUD | 890 | ARC Processed Fee | 0554924455 | CARSON/SHANO | 01/18/12 | 01/18/12 | 30.00 |
| 0001 | 01/18/12 | 00377330 | 008084 | R A A P | CARSON/SHANON JUD | 037 | PHL-MIA-PHL | 7021691475 | CARSON/SHANO | 01/25/12 | 01/31/12 | 351.60 |
| 0001 | 04/09/12 | 000378594 | 008084 | R A F P | CARSON/SHANON JUD | 890 | ARC Processed Fee | 0556591505 | CARSON/SHANO | 04/09/12 | 04/09/12 | 30.00 |
| 0001 | 04/09/12 | 000378594 | 008084 | R A A P | CARSON/SHANON JUD | 037 | PHL-LAS | 7021497584 | CARSON/SHANO | 04/26/12 | 04/26/12 | 429.73 |
| | | | | | | | Total for 11024# of Items: 4 | | | | | 841.33 |
| 0001 | 01/20/12 | 00377364 | 008084 | R A F P | CARSON/SHANON JUD | 890 | ARC Processed Fee | 0554924480 | CARSON/SHANO | 01/20/12 | 01/20/12 | 30.00 |
| 0001 | 01/20/12 | 00377364 | 008084 | R A A P | CARSON/SHANON JUD | 037 | PHL-ORD-PHL | 7021691515 | CARSON/SHANO | 01/23/12 | 01/24/12 | 399.10 |
| | | | | | | | Total for 11027-400# of items: 2 | | | | | 429.10 |
| 0001 | 11/09/12 | 000381556 | 008084 | R A F P | FITZGERALD/ROBIN KA | 890 | Full Payment | 0560029088 | FITZGERALD/ROB | 11/14/12 | 11/14/12 | 30.00 |
| | | | | | | | Total for 11042# of Items: 1 | | | | | 30.00 |
| 0001 | 10/22/12 | 000381282 | 008084 | R A F P | CRAMER/ERIC L | 890 | ARC Processed Fee | 0559773998 | CRAMER/ERIC L | 10/22/12 | 10/22/12 | 30.00 |
| 0001 | 10/22/12 | 000381282 | 008084 | R A A P | CRAMER/ERIC L | 984 | PHL-SFO-PHL | 7113018533 | CRAMER/ERIC L | 10/24/12 | 10/26/12 | 2149.60 |
| | | | | | | | Total for 11057# of Items: 2 | | | | | 2179.60 |
| 0001 | 02/16/12 | 00377830 | 008084 | R A F P | CRAMER/ERIC L | 890 | ARC Processed Fee | 0554624720 | CRAMER/ERIC L | 02/16/12 | 02/16/12 | 30.00 |

13

BERGER & MONTAGUE, P.C.

100428

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 120659 | 11057/10021 2 | 03/20/2012 | $460.69 | ADOBE/APPLE N( |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

56-1503/412

100428

CHECK NO.

PAY

DATE

AMOUNT

03/20/2012

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:
ERIC L CRAMER

VOID AFTER 180 DAYS

⑈100428⑈ ⑆04400002⑆ 0189260321611⑈

## EXPENSE REIMBURSEMENT REQUEST

NAME:      Eric L. Cramer      DATE(S) OF TRAVEL: February 27-29, 2012

CASE NAME:      High Tech / Titanium      DESTINATION:      San Francisco, CA

CASE NUMBER:      11057-000 / 10021-000

BUSINESS PURPOSE:      Meetings

### DETAILS OF EXPENSES INCURRED

TRANSPORTATION (COMPLETE EXPENSE DETAIL)

AIRFARE/TRAIN      _____

CAR RENTAL      _____

TAXI      $147.00

PARKING & MILEAGE      _____

LODGING: (COMPLETE REVERSE SIDE)

HOTEL BILL      $449.55

MISCELLANEOUS      $163.00

MEALS      $161.82

APPROVED BY _____      TOTAL EXPENSES    $921.37

### FOR ACCOUNTING USE ONLY

DATE RECEIVED _____      AMOUNT _____

REFERENCE # _____      CHECK # _____

DATE PAID _____

## EXPENSE DETAIL

| DATE OF EXPENSE | DESCRIPTION | AIRFARE/ TRAIN | CAR RENTAL | TAXI | PARKING/ MILEAGE | HOTEL | MISC. |
|---|---|---|---|---|---|---|---|
| 2/27/2012 | | | | $55.00 | | $449.55 | $25.00 United bag. fee |
| 2/28/2012 | | | | 37.00 | | | $138.00 Special Serv. |
| | | | | 55.00 | | | |
| TOTALS | | | | $147.00 | | $449.55 | $163.00 |

## MEALS AND ENTERTAINMENT EXPENSES

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL AND PEOPLE ATTENDING |
|---|---|---|
| 2/27/2012 | $152.22 | |
| | 2.11 | |
| 2/28/2012 | 7.49 | Dinner with three lawyers |
| TOTAL | $161.82 | |

**Marcy Daniels**

| | |
|---|---|
| **From:** | Eric Cramer |
| **Sent:** | Monday, February 27, 2012 11:09 PM |
| **To:** | Marcy Daniels |
| **Subject:** | FW: Uber Ride Receipt |

For my expense report.

**Eric L. Cramer**   *direct* 215/875-3009   *direct fax* 702/995-4658 | *mobile* 215-327-9583
Berger & Montague, P.C. |1622 Locust Street   Philadelphia, PA 19103-6305
*phone* 215/875-3000 | *bergermontague.com*

**From:** supportsf@uber.com [supportsf@uber.com]
**Sent:** Monday, February 27, 2012 10:46 PM
**To:** Eric Cramer
**Subject:** Uber Ride Receipt



| | | |
|---|---|---|
| SF City Distance | $22.61 | **17 minutes, 50 seconds** |
| Time | $7.00 | AVERAGE SPEED |
| **Charge subtotal** | **$37.61** | **17.15 mph** |
| | | |
| DISCOUNTS | | |
| Rounding Down | ($0.61) | |
| **Discount subtotal** | **($0.61)** | |
| | | |
| TOTALS | | |
| **Total Fare** | **$37.00** | |
| **Billed to Card** | **($37.00)** | |
| **Outstanding Balance** | **$0.00** | |

**Uber Technologies, Inc.**          Support: supportsf@uber.com
182 Howard St #8
San Francisco, CA 94102          View this trip online

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

**LE MERIDIEN**
**SAN FRANCISCO**
333 BATTERY ST, SAN FRANCISCO, CA 94111-3230 US
T +1 415-296-2900
F +1 415-296-2901
lemeridien.com

*Le* MERIDIEN

| GUEST / CLIENT | | | TRAVEL AGENT / CHARGE TO AGENT DE VOYAGE / DEBITER A |
|---|---|---|---|
| | ROOM / CHAMBRE 1215 | | Rosenbluth Travel Agency |
| Eric Cramer | RATE / TARIF  389.00 | | |
| Thor/tmc | # PERS. / Nº PERS. | | |
| 273 S 4th St | FOLIO / DOSSIER 527334 | EX-A | |
| Philadelphia, PA 19106-3819 | PAGE          1 | | |
| | ARRIVE / ARRIVE 27-FEB-12  10:22 | | |
| | DEPART / DEPART 28-FEB-12 | | |
| | PAYMENT / PAIEMENT | | |

| DATE | REFERENCE / REFERENCE | DESCRIPTION | CHARGES / CREDITS | DEBIT / CREDIT |
|---|---|---|---|---|
| 27-FEB-12 | RT1215 | Room Charge | | 389.00 |
| 27-FEB-12 | RT1215 | Occupancy Tax | | 54.46 |
| 27-FEB-12 | RT1215 | Tourism Tax | | 0.25 |
| 27-FEB-12 | RT1215 | County Tax | | 5.84 |
| 28-FEB-12 | VI | Visa | 449.55- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

                   ** continued on the next page **

Eric Cramer                          ROOM        DEPART        AGENT
FOLIO   527334    27-FEB-12          1215

*3 Lawyers for dinner*

PARK CHOW
Good Time Taste!!
1240 Ninth Avenue
San Francisco, CA
(415) 665-9912

Server: Karan                DOB: 02/27/2012
06:53 PM                          02/27/2012
Table 62/1                         5/50004

SALE

Visa                              3145731
Card #XXXXXXXXXXXX4268
Magnetic card present: CRAMER ERIC
Card Entry Method:  S

Approval: 004650

Amount:       $ 127.22

+ Tip: ___*25*___

= Total: ___*152.22*___

I agree to pay the above
total amount according to the
card issuer agreement.

X_____

**Guest Copy.**

Micros Demo System
**Peets Coffee**
Philadelphia Int'l. Airport
215-365-6547

164 Konnah T

Chk 6265        Feb27'12 05:07AM  Gst 0

```
**TO GO**
1 16z Coffee              1.95
Cash                     10.25

NA Bev                    1.95
Tax                       0.16
Payment                   2.11
Change Due                8.14
```

Feedback:
Dish Up Your Experience.

We appreciate feedback
about your visit.

Please call us 1 877 325 8777
Or email
feedback@foodtravelexperts.com

ZLS
171 11th Ave., Suite T
San Francisco, CA
94118 USA
Tel: (415) 254-2922
Service: 24-7
TCP 13253

☐ ☐ ☐
☐ Dinner & Special Events
☐ Charter & Business Service
☐ Tours of All Bay Area

Date  2/27/12
Driver  Le Meridian
To  SFO
From
Car #
Amount $  55

ZAHI LIMO SEDAN SERVICE
ZLS
171 11th Ave., Suite T
San Francisco, CA
94118 USA
Tel: (415) 254-2922
Service: 24-7
TCP 13253

☐ ☐ ☐
☐ Dinner & Special Events
☐ Charter & Business Service
☐ Tours of All Bay Area

Date  2/28/12
Driver  Le Meridian
To  SFO
From
Car #
Amount $  55



**U N I T E D**

Receipt #: 0653
Transaction: 12027818281281087

02/28/2012
10458-SFO-PHL
Device ID GEXOOO01007

Sale

| Product | Price | Qty | Amt. |
|---|---|---|---|
| Cheese Plate | 7.49 | 1 | 7.49 |
| | | | |
| Total | | USD | 7.49 |
| VISA 4225 | | USD | 7.49 |

BERGER & MONTAGUE, P.C.

100847

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 121212 | 06124-11057 4 | 05/17/2012 | $858.50 | ADOBE/APPLE NO |

15



**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

56-1503/412

100847

CHECK NO.

PAY

DATE
05/18/2012

AMOUNT

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE ORDER OF: ERIC L CRAMER

VOID AFTER 180 DAYS

⑈100847⑈ ⑆044000024⑆ 0189260321 6⑈

## EXPENSE REIMBURSEMENT REQUEST

NAME:          Eric L. Cramer          DATE(S) OF TRAVEL:    April 24-27, 2012

CASE NAME:    Comdata / High Tech    DESTINATION:    San Francisco, CA

CASE NUMBER:    06124 / 11057

BUSINESS PURPOSE:          Meetings

### DETAILS OF EXPENSES INCURRED

TRANSPORTATION (COMPLETE EXPENSE DETAIL)

      AIRFARE/TRAIN

      CAR RENTAL

      TAXI                                        $  505.00

      PARKING & MILEAGE

LODGING: (COMPLETE REVERSE SIDE)

      HOTEL BILL                                $1,113.27

      MISCELLANEOUS

      MEALS                                      $  98.73

APPROVED BY _____ TOTAL EXPENSES    $1,717.00

### FOR ACCOUNTING USE ONLY

DATE RECEIVED _____        AMOUNT    _____

REFERENCE # _____        CHECK #    _____

                                  DATE PAID    _____

# EXPENSE DETAIL

| DATE OF EXPENSE | DESCRIPTION | AIRFARE/ TRAIN | CAR RENTAL | TAXI | PARKING/ MILEAGE | HOTEL | MISC. |
|---|---|---|---|---|---|---|---|
| April 24-27 | | | | $120.00 (to Philly Airport) | | $1,113.27 (see bill) | |
| | | | | 120.00 (t/ SFO Airport) | | | |
| | | | | 120.00 (to SFO Airport) | | | |
| | | | | 120.00 (t/ Philly Airport) | | | |
| | | | | $25.00 | | | |
| TOTALS | | | | $505.00 | | 1,113.27 | |

## MEALS AND ENTERTAINMENT EXPENSES

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL AND PEOPLE ATTENDING |
|---|---|---|
| 4/24/2012 | $ 7.60 | |
| | 9.26 | |
| | 9.54 | |
| | 12.68 | |
| | 59.65 | |
| TOTAL | $98.73 | |

**LE MERIDIEN**
**SAN FRANCISCO**
333 BATTERY ST, SAN FRANCISCO, CA 94111-3230 US
T +1 415-296-2900
F +1 415-296-2901
lemeridien.com

*Le* MERIDIEN

| | | | TRAVEL AGENT / CHARGE TO<br>AGENT DE VOYAGE / DEBITER A |
|---|---|---|---|
| GUEST / CLIENT | | | |
| | ROOM / CHAMBRE 2003 | | Rosenbluth Travel Agency |
| Eric Cramer | RATE / TARIF 299.00 | | |
| Thor/tmc | # PERS. / Nº PERS. | | |
| 273 S 4th St | FOLIO / DOSSIER 531989    EX-A | | |
| Philadelphia,  19106-3819 | PAGE         1 | | |
| | ARRIVE / ARRIVÉE 24-APR-12   13:56 | | |
| | DEPART / DEPART 27-APR-12 | | |
| | PAYMENT / PAIMENT | | |

| DATE | REFERENCE / REFERENCE | DESCRIPTION | CHARGES / CREDITS | DEBIT / CREDIT |
|---|---|---|---|---|
| 24-APR-12 | RT2003 | Room Charge | | 299.00 |
| 24-APR-12 | RT2003 | Occupancy Tax | 345.54 | 41.86 |
| 24-APR-12 | RT2003 | Tourism Tax | | 0.19 |
| 24-APR-12 | RT2003 | County Tax | | 4.49 |
| 25-APR-12 | RT2003 | Room Charge | | 299.00 |
| 25-APR-12 | RT2003 | Occupancy Tax | | 41.86 |
| 25-APR-12 | RT2003 | Tourism Tax | 393.82 | 0.19 |
| 25-APR-12 | RT2003 | County Tax | | 4.49 |
| 25-APR-12 | 1551 | Park Grill | | 38.28 |
| 25-APR-12 | 2003 | Miscellaneous | | 10.00 |
| 26-APR-12 | RT2003 | Room Charge | | 299.00 |
| 26-APR-12 | RT2003 | Occupancy Tax | | 41.86 |
| 26-APR-12 | RT2003 | Tourism Tax | 373.91 | 0.19 |
| 26-APR-12 | RT2003 | County Tax | | 4.49 |
| 26-APR-12 | 1672 | Park Grill | | 28.37 |
| 27-APR-12 | VI | Visa | | 1113.27- |
| | | Balance Due | | 0.00 |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.
                    ** continued on the next page **

I agree to remain personally liable for the payment of this account if the
Eric Cramer or other third party billed fails to pay part or all of these charges   ROOM   DEPART        AGENT
FOLIO  J'accepte d'être responsable du paiement du présent compte si l'entreprise
ou un autre tiers ne paie pas une partie ou la totalité des frais.                                 SIGNATURE _____

Computer/ High Tech 50/50

PATRON'S RECEIPT

PHILADELPHIA

TAXI FLEET

Tony

PATRON'S RECEIPT

PHILADELPHIA

TAXI FLEET

CAB No.: _____ DATE: _____

TIME: 4/04 & 4/27

FROM: Roundtrip

TO: Home/Airport

FARE: $120

TOP/TOTAL: _____

DRIVER: _____

—TAXICAB RECEIPT—

TIME 4/26/12 DATE 10:00am

REC'D
FROM _____

FARE AMOUNT  $ 25

TRIP
FROM  San Fran

TRIP
TO  Return

ASSN. _____  CAB
NO. _____

I.D.
NO. _____  TAG
NO. _____

SIGNATURE _____

ZAKI LIMO SEDAN SERVICE

ZLS

171 11th Ave., Suite 1
San Francisco, CA
94118 USA
Tel: (415) 254-2922
Service: 24-7  Computer/
TCP 13253  High
Tech

☐ Dinner & Special Events
☐ Charter & Business Service
☐ Tours of All Bay Area

Round TRIP

From  SFO / Meridian & Back
To _____
Driver _____  Car #_____
Date 4/24 & 4/27  Amount $ $120

EN SAN FRANCISCO
  BAR 333
   7 1 8 2
    1 0 2 / 1
   429 DAWN
  APR27'12  6:38PM
:: Visa
  XXXXXXXXXXXX4268
  XX/XX
:: 04522D
 ERIC CRAMER



NATURE

e to pay above total
cording to card holder
  agreement
ow Is Customer Copy *

---

Paradies Shops - Philadelphia
PHILADELPHIA INTERNATIONAL AIRPORT
PHILADELPHIA, PA

HARPERS          68484038001
                  6.99 tt
RICOLA CHERRY HONEY 36880254000
                  1.99 tT

SUBTOTAL              $8.98
TAX04                $0.56
TOTAL                $9.54
VISA                 $9.54
**** **** **** 4268
PURCHASE
SWIPED
APPROVAL 01431D
AUTH# 014310
INVOICE #:     809
04/24/2012 09:20AM

ITEMS 2
04/24/12  09:16AM
1772 01 18283 SIOBHAN        0809

Thank You for Shopping at
The Paradies Shops
NOW'S YOUR CHANCE TO WIN
$1,000,000 OR A MASERATI GRAND TURISMO
REGISTER NOW MILLIONDOLLAR.CNBC.COM

---

Eat at Joes #1
Thank You!
8500 Essington Ave
Philadelphia, PA 19153
(215) 937-5141

Server: Fred          Station: 1

Order #: 36488        Eat at Joes

>> SETTLED <<
1 Orange Juice            2.39
1 Small Coffee            1.99
1 Egg Cheese Sandwich     4.19

Bar Subtotal:            0.00
Food Subtotal:           8.57
PA/Phil Taxes:           0.69

AMOUNT DUE:             $9.26

Cash Tendered:          20.00
                     ==========
CHANGE:                 -10.74

>> Ticket #: 151 <<
Created: 4/24/2012 9:31:41 AM
SETTLED: 4/24/2012 9:32:42 AM

THANK YOU!

```
      YOUR RECEIPT
      THANK YOU
      CALL AGAIN

REG  04-24-2012 16:39
                    000098

  1 FOOD      T1    $7.00
    TA1             $7.00
    TX1             $0.60
    TL            $7.60
    CASH            $7.60
```



```
      ============================
            RESTAURANT
      252 CALIFORNIA STREET
      SAN FRANCISCO, CA. 94102
            415.359.0791
Date:        Apr27'12 07:23PM
Card Type:   Visa
Acct #:      XXXXXXXXXXXX4268
Card Entry:  SWIPED
Trans Type:  PURCHASE
Trans Key:   CIC006161063638
Auth Code:   09532D
Check:       2071
Check ID:    B10
Server:      1004 Jennifer

Subtotal:        49.65

Gratuity:_____10___

Total:_____59.65___

_____
Signature
I agree to pay above total
according to my card issuer
agreement.
```

**✱ ✱ ✱ ✱ Merchant Copy ✱ ✱ ✱ ✱ ✱**

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 121413 | ████████ | 06/01/2012 | $393.20 | ████████ |
| 121414 | | 06/01/2012 | $21.50 | |
| 121414 | 09235/11057 | 06/01/2012 | $21.50 | ADOBE/APPLE NO |

16

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA  19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

56-1503/412

**100977**
CHECK NO.

PAY   Four Hundred Thirty Six and 20/100 Dollars

| DATE | AMOUNT |
|------|--------|
| 05/31/2012 | $436.20 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER   Sarah R. Schalman-Bergen
OF:

VOID AFTER 180 DAYS

⑈"100977"⑈ ⑆04400002⑆ 01892603216⑈"

## EXPENSE REIMBURSEMENT REQUEST

NAME:_____SARAH SCHALMAN-BERGEN_____     DATES OF TRAVEL:_____MISC_____

CASE NAME:_____██████ AND 11057_____     DESTINATION:_____

CASE NUMBER:_____██████ HI TECH EMPLOYEE_____

BUSINESS PURPOSE:_____

## DETAILS OF EXPENSES INCURRED

| | |
|---|---|
| TRANSPORTATION (COMPLETE REVERSE SIDE): | $0.00 |
| AIRFARE/TRAIN | $0.00 |
| CAR RENTAL | $0.00 |
| TAXI | $43.00 |
| PARKING & MILEAGE | $0.00 |
| LODGING (COMPLETE REVERSE SIDE): | $0.00 |
| HOTEL BILL | $0.00 |
| MISCELLANEOUS | $0.00 |
| MEALS | $0.00 |
| | |
| TOTAL EXPENSES | $43.00 |

APPROVED BY:_____

### FOR ACCOUNTING USE ONLY

DATE RECEIVED:_____     AMOUNT:_____

REFERENCE #:_____     CHECK #:_____

DATE PAID:_____

BERGER & MONTAGUE, P.C.

101225

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|---|---|---|---|---|
| 121531 | LATE NIGHT TA | 06/12/2012 | $34.12 | ADOBE/APPLE NO |
| 121601 | ██████████ | 06/14/2012 | $493.93 | ██████████ |

17

---

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com
56-1503/412

101225
CHECK NO.

PAY   Five Hundred Twenty Eight and 05/100 Dollars

| DATE | AMOUNT |
|---|---|
| 07/03/2012 | $528.05 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER   DANIEL J WALKER
OF:

VOID AFTER 180 DAYS

⑈101225⑈ ⑆044000024⑆ 0189260321611⑈

## EXPENSE REIMBURSEMENT REQUEST

NAME:        Daniel J. Walker        DATE(S) OF TRAVEL:        May 10, 2012

CASE NAME:        High-Tech Employees        DESTINATION:        Phila., PA (B&M)

CASE NUMBER:        11057-000

BUSINESS PURPOSE:        Late night

### DETAILS OF EXPENSES INCURRED

TRANSPORTATION (COMPLETE EXPENSE DETAIL)

AIRFARE/TRAIN                  _____

CAR RENTAL                  _____

TAXI                  $34.12

PARKING & MILEAGE                  _____

LODGING: (COMPLETE REVERSE SIDE)

HOTEL BILL                  _____

MISCELLANEOUS                  _____

MEALS                  _____

APPROVED BY _____        TOTAL EXPENSES        $34.12

### FOR ACCOUNTING USE ONLY

DATE RECEIVED _____        AMOUNT        _____

REFERENCE #        _____        CHECK #        _____

DATE PAID        _____

## EXPENSE DETAIL

| DATE OF EXPENSE | DESCRIPTION | AIRFARE/ TRAIN | CAR RENTAL | TAXI | PARKING/ MILEAGE | HOTEL | MISC. |
|---|---|---|---|---|---|---|---|
| 5/10/2012 | | | | $34.12 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | | | | $34.12 | | | |

## MEALS AND ENTERTAINMENT EXPENSES

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL AND PEOPLE ATTENDING |
|---|---|---|
| | | |
| | | |
| | | |
| TOTAL | | |

High Tech

05/10/2012

34.12



# EXPENSE REIMBURSEMENT REQUEST

NAME: ___SARAH SCHALMAN BERGEN___          DATES OF TRAVEL: ___8/13/12___

CASE NAME: ___HI TECH EMPLOYEE___     DESTINATION: ___LATE NIGHT___

CASE NUMBER: ___11057___

BUSINESS PURPOSE: _____DEP PREP_____

## DETAILS OF EXPENSES INCURRED

| | |
|---|---:|
| TRANSPORTATION (COMPLETE REVERSE SIDE): | $0.00 |
| AIRFARE/TRAIN | $0.00 |
| CAR RENTAL | $0.00 |
| TAXI | $0.00 |
| PARKING & MILEAGE | $0.00 |
| LODGING (COMPLETE REVERSE SIDE): | $0.00 |
| HOTEL BILL | $0.00 |
| MISCELLANEOUS | $0.00 |
| MEALS | $21.00 |

| | |
|---|---:|
| TOTAL EXPENSES | $0.00 |
| LESS ADVANCE | $0.00 |
| BALANCE | $21.00 |

*Late work - depo prep*
*11057-000*

```
012704081323232012
POF
Chancellor Garage
17th and Chancellor
Philadelphia
Operated by Patriot Park
ing

Entry Time:
  8/13/12 8:20 AM
Exit Time:
  8/13/12 11:23 PM
Duration: 0d. 15h. 2m.
Pay Station: 4
Tran: 127
Ticket# 30884

default        $   21.00
--------------------------
Total:
  $    21.00
Tender:     $    0.00
Visa        $   21.00
Last 4 digits: 3599
Change:     $    0.00

Thank You
or Parking With Us!
```

FOR ACCOUNTING USE ONLY

AMOUNT: _____

CHECK #: _____

DATE PAID: _____

Invoice Query

ROSENBLUTH VACATIONS

06/12/14

Page: 24
2:46PM

Selected AccountId   008084
Selected Settle Type   A
Selected Branch   All
Selected Travel Dates from 1/1/2012 to 12/31/2012

| Br | Date | Invoice | Account | Type | Traveler | Provider | Itinerary | Tkt/Crf # | Traveler | Depart | Return | Total |
|----|------|---------|---------|------|----------|----------|-----------|-----------|----------|--------|--------|-------|
| 0001 | 02/18/12 | 000377830 | 008084 | R A A P | CRAMERERIC L | 016 | PHL-SFO | 7023778528 | CRAMERERIC L | 02/27/12 | 02/27/12 | 1247.60 |
| 0001 | 06/22/12 | 000377589 | 008084 | R A F P | WALKERDANIEL JOHN | 890 | ARC Processed Fee | 057431615 | WALKERDANIEL | 06/22/12 | 06/22/12 | 30.00 |
| 0001 | 06/21/12 | 000377589 | 008084 | R A F P | WALKERDANIEL JOHN | 890 | ARC Processed Fee | 057431616 | WALKERDANIEL | 06/22/12 | 06/22/12 | 30.00 |
| 0001 | 06/22/12 | 000379691 | 008084 | R A F P | WALKERDANIEL JOHN | 890 | ARC Processed Fee | 057431617 | WALKERDANIEL | 06/22/12 | 06/22/12 | 30.00 |
| 0001 | 06/22/12 | 000379691 | 008084 | R A A P | WALKERDANIEL JOHN | 016 | PHL-ORD-PDX | 057436381 | WALKERDANIEL | 06/22/12 | 06/22/12 | 425.60 |
| 0001 | 06/22/12 | 000379690 | 008084 | R A A P | WALKERDANIEL JOHN | 016 | SEA-SFO | 7105980382 | WALKERDANIEL | 06/25/12 | 06/25/12 | 216.80 |
| 0001 | 06/22/12 | 000379691 | 008084 | R A A P | WALKERDANIEL JOHN | 016 | SFO-PHL | 7105960383 | WALKERDANIEL | 06/28/12 | 06/28/12 | 672.80 |
| 0001 | 06/22/12 | 000379689 | 008084 | R A A P | WALKERDANIEL JOHN | 037 | PHL-SFO-PHL | 7105977805 | WALKERDANIEL | 06/30/12 | 06/30/12 | 377.80 |
| 0001 | 08/15/12 | 000380416 | 008084 | R A A P | CRAMERERIC L | 037 | PHL-SFO-PHL | 7109377906 | CRAMERERIC | 08/20/12 | 08/20/12 | 35.00 |
| 0001 | 08/15/12 | 000380419 | 008084 | R A F P | CRAMERERIC L | 037 | Full Payment | 0558239907 | CRAMERERIC | 08/22/12 | 08/22/12 | 35.00 |
| 0001 | 08/15/12 | 000380417 | 008084 | R A F P | SCHALMANBERGEN/SA | 890 | Full Payment | 0558239909 | SCHALMANBERG | 08/22/12 | 08/22/12 | 35.00 |
| 0001 | 08/22/12 | 000380518 | 008084 | R A A P | SCHALMANBERGEN/SA | 890 | SFO-PHL | 7109377911 | SCHALMANBERG | 08/22/12 | 08/22/12 | 792.80 |
| 0001 | 08/22/12 | 000380517 | 008084 | R A F P | CRAMERERIC L | 895 | ARC Processed Fee | 0558239897 | CRAMERERIC | 08/22/12 | 08/22/12 | 30.00 |
| 0001 | 08/22/12 | 000380518 | 008084 | R A F P | SCHALMANBERGEN/SA | 890 | Full Payment | 0558239868 | SCHALMANBERG | 08/22/12 | 08/22/12 | 35.00 |

Total for 11066-000# of Items: 15            4170.80

| 0001 | 01/23/12 | 000377389 | 008084 | R A F P | CRAMERERIC L | 890 | ARC Processed Fee | 0554924600 | CRAMERERIC L | 01/23/12 | 01/23/12 | 30.00 |
| 0001 | 01/23/12 | 000377392 | 008084 | R A F P | CRAMERERIC L | 890 | ARC Processed Fee | 0554924601 | CRAMERERIC L | 01/23/12 | 01/23/12 | 30.00 |
| 0001 | 01/23/12 | 000377389 | 008084 | R A A P | CRAMERERIC L | 016 | PHL-SFO | 7022445973 | CRAMERERIC L | 01/25/12 | 01/25/12 | 1653.80 |
| 0001 | 01/23/12 | 000377392 | 008084 | R A A P | CRAMERERIC L | 037 | SFO-PHL | 7022445977 | CRAMERERIC L | 01/27/12 | 01/27/12 | 865.80 |

Total for 11057-0000# of Items: 4            2579.80

| 0001 | 01/06/12 | 000377155 | 008084 | R A F P | CRAMERERIC L | 890 | ARC Processed Fee | 0554924351 | CRAMERERIC L | 01/06/12 | 01/08/12 | 30.00 |
| 0001 | 01/06/12 | 000377171 | 008084 | R A F P | SORENSENDAVID FRA | 890 | Service Fee | 0554924360 | SORENSENDAVI | 01/06/12 | 01/06/12 | 30.00 |
| 0001 | 01/06/12 | 000377171 | 008084 | R A F P | SORENSENDAVID FRA | 890 | ARC Processed Fee | 0554924362 | SORENSENDAVI | 01/06/12 | 01/06/12 | 30.00 |
| 0001 | 01/06/12 | 000377155 | 008084 | R A A P | CRAMERERIC L | 037 | PHL-SFO | 7020946186 | CRAMERERIC L | 01/11/12 | 01/11/12 | 655.80 |
| 0001 | 01/06/12 | 000377155 | 008084 | R A A P | SORENSENDAVID FRA | 037 | SFO-PHL | 7020946204 | SORENSENDAVI | 01/11/12 | 01/11/12 | 655.80 |
| 0001 | 01/12/12 | 000377232 | 008084 | R A A P | SORENSENDAVID FRA | 016 | SFO-PHL | 7020916349 | SORENSENDAVI | 01/12/12 | 01/12/12 | 1055.80 |
| 0001 | 01/13/12 | 000377171 | 008084 | R A A P | SORENSENDAVID FRA | 890 | SFO-PHL | 7020916349 | SORENSENDAVI | 01/13/12 | 01/13/12 | 1057.00 |
| 0001 | 01/06/12 | 000377171 | 008084 | R A A P | SORENSENDAVID FRA | 016 | SFO-PHL | 0554994205 | SORENSENDAVI | 01/13/12 | 01/13/12 | 1055.80 |
| 0001 | 01/13/12 | 000377252 | 008084 | R A F P | SORENSENDAVID FRA | 890 | Full Payment | 0556824205 | SORENSENDAVI | 01/13/12 | 01/13/12 | 35.00 |
| 0001 | 04/03/12 | 000378485 | 008084 | R A F P | SORENSENDAVID FRA | 890 | Full Payment | 0556824410 | SORENSENDAVI | 04/03/12 | 04/03/12 | 35.00 |
| 0001 | 04/20/12 | 000378773 | 008084 | R A F P | SORENSENDAVID FRA | 890 | ARC Processed Fee | 0556824411 | SORENSENDAVI | 04/20/12 | 04/20/12 | 55.00 |
| 0001 | 04/20/12 | 000378773 | 008084 | R A F P | SORENSENDAVID FRA | 037 | BOS-PHL | 7028181744 | SORENSENDAVI | 04/20/12 | 04/20/12 | 30.00 |
| 0001 | 04/20/12 | 000378773 | 008084 | R A A P | SORENSENDAVID FRA | 037 | ARC Processed Fee | 0556851624 | SORENSENDAVI | 04/23/12 | 04/23/12 | VOID |
| 0001 | 04/23/12 | 000378795 | 008084 | R A F P | SORENSENDAVID FRA | 037 | Full Payment | 0556851638 | SORENSENDAVI | 04/23/12 | 04/23/12 | 60.00 |

Total for 11065-000# of Items: 12            3614.40

**BERGER & MONTAGUE, P.C.**

102007

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 122547 | JULY 12 LAT N | 09/06/2012 | $224.61 | |
| 122626 | 8/5-6/12 | 09/10/2012 | $775.96 | |
| 122625 | 8/11-13/12 | 09/10/2012 | $890.26 | |
| 122546 | 8-30-12 | 09/06/2012 | $35.15 | ADOBE/APPLE NO |
| 122543 | 7-26-12 00009 | 09/06/2012 | $34.62 | |
| 122542 | 7-18-2012 111 | 09/06/2012 | $179.00 | |
| 122597 | 6/14/12 | 09/10/2012 | $302.86 | |
| 122545 | 6/12 11057/11 | 09/06/2012 | $66.23 | ADOBE/APPLE NO |
| 122545 | 6/12 11057/11 | 09/06/2012 | $33.87 | |
| 122598 | 11057 6/25-30 | 09/10/2012 | $1411.72 | ADOBE/APPLE NO |
| 122606 | 10021 6/11-12 | 09/10/2012 | $572.46 | |

---

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

56-1503/412

102007

CHECK NO.

PAY        Four Thousand Five Hundred Twenty Six and 74/100
           Dollars

DATE        09/24/2012        AMOUNT        $4,526.74

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:        DANIEL J WALKER

VOID AFTER 180 DAYS

⑈102007⑈ ⑆044000024⑆ 0189260321⑈

22

## EXPENSE REIMBURSEMENT REQUEST

NAME:        Daniel J. Walker          DATE(S) OF TRAVEL: June 6, 8, & 20 2012

CASE NAME:    High-Tech / Vaccines     DESTINATION:    B&M to home

CASE NUMBER:  11057-000 / 11118-000

BUSINESS PURPOSE:      Late Nights

### DETAILS OF EXPENSES INCURRED

TRANSPORTATION (COMPLETE EXPENSE DETAIL)

    AIRFARE/TRAIN                  _____

    CAR RENTAL                     _____

    TAXI                           $100.10

    PARKING & MILEAGE           _____

LODGING: (COMPLETE REVERSE SIDE)

    HOTEL BILL                     _____

    MISCELLANEOUS            _____

    MEALS                       _____

APPROVED BY _____    TOTAL EXPENSES _____ $100.10

### FOR ACCOUNTING USE ONLY

DATE RECEIVED _____    AMOUNT _____

REFERENCE # _____    CHECK # _____

                                 DATE PAID _____

## EXPENSE DETAIL

| DATE OF EXPENSE | DESCRIPTION | AIRFARE/ TRAIN | CAR RENTAL | TAXI | PARKING/ MILEAGE | HOTEL | MISC. |
|---|---|---|---|---|---|---|---|
| June 6, 2012 (High Tech) | | | | $32.08 | | | |
| June 8, 2012 (High Tech) | | | | 34.15 | | | |
| June 20, 2012 (Vaccines) | | | | 33.87 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| **TOTALS** | | | | $100.10 | | | |

## MEALS AND ENTERTAINMENT EXPENSES

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL AND PEOPLE ATTENDING |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **TOTAL** | | |



```
ERT: CAB CO
5 349-8000

EP: 00100418
#       P0740
#       028612
  06/20/2012
TIME 22:51
    23:13
NO.      1
$      10.22
$      27.08
    $   1.15
Other   5.64
        33.87

Complaints
  683-9440

NUMBER: 2554
    03471B
```

```
DRIVER: 00101631
CAB #       P1297
TRIP #    018391
DATE: 05/08/2012
START TIME 20:07
END TIME  20:31
RATE No.       1
MILES       9.91
FARE $     27.31
EXTRAS $    1.15
Tip/Other   5.69
TOTAL $    34.15

Complaints
  683-9440

CARDNUMBER: 2008
AUTHOR.: 44251
```

```
TIP: $
CAPITAL DISPATCH

PPA Complaints
215 683-9440

CAPITAL DISPATCH
215 235-2200

DRIVER: 00110337
CAB #       P1155
TRIP #    013043
DATE: 06/06/2012
START TIME 23:26
END TIME  23:45
RATE No.       1
MILES       9.80
FARE $     25.93
EXTRAS $    1.15
Tip/Other   5.00
TOTAL $    32.08

PPA Complaints
215 683-9440

CARDNUMBER: 2008
```

23

## EXPENSE REIMBURSEMENT REQUEST

NAME: ___Daniel J. Walker___     DATE(S) OF TRAVEL: ___August 30, 2012___

CASE NAME: ___High-Tech Employees___     DESTINATION: _____Phila., PA (B&M)___

CASE NUMBER: ___11057-000___

BUSINESS PURPOSE: ___Late night_____

### DETAILS OF EXPENSES INCURRED

TRANSPORTATION (COMPLETE EXPENSE DETAIL)

    AIRFARE/TRAIN _____

    CAR RENTAL _____

    TAXI _____$35.15 /___

    PARKING & MILEAGE _____

LODGING: (COMPLETE REVERSE SIDE)

    HOTEL BILL _____

    MISCELLANEOUS _____

    MEALS _____

APPROVED BY _____     TOTAL EXPENSES ___$35.15___

### FOR ACCOUNTING USE ONLY

DATE RECEIVED _____     AMOUNT _____

REFERENCE # _____     CHECK # _____

                                  DATE PAID _____

## EXPENSE DETAIL

| DATE OF EXPENSE | DESCRIPTION | AIRFARE/ TRAIN | CAR RENTAL | TAXI | PARKING/ MILEAGE | HOTEL | MISC. |
|---|---|---|---|---|---|---|---|
| 8/30/2012 | | | | $35.15 | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| TOTALS | | | | $35.15 | | | |

## MEALS AND ENTERTAINMENT EXPENSES

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL AND PEOPLE ATTENDING |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL | | |

DW
MFG

CHECKER CAB
215 438-2222

CREDIT RECEIPT

DRIVER: 00111479
CAB  #:    P0410
08/30/12 23:04-23:27
RATE #: 1
STANDARD RATE
Miles R1: 10.66
TRIP #:     2457
FARE  :   $28.46
FUEL SUR:   $1.00
TIPS  :    $5.69
Total :   $35.15
CARDNUMBER: 2008
AUTHOR.: DVP040

PPA Complaints
215 683-9440

24

## EXPENSE REIMBURSEMENT REQUEST

NAME: ___Daniel J. Walker___      DATE(S) OF TRAVEL: ___June 25-30, 2012___

CASE NAME: ___High-Tech Employee___      DESTINATION: ___Portland, OR / San Francisco, CA___

CASE NUMBER: ___11057-000___

BUSINESS PURPOSE: ___Depositions___

### DETAILS OF EXPENSES INCURRED

TRANSPORTATION (COMPLETE EXPENSE DETAIL)

    AIRFARE/TRAIN _____

    CAR RENTAL _____

    TAXI _____$280.45_____

    PARKING & MILEAGE _____

LODGING: (COMPLETE REVERSE SIDE)

    HOTEL BILL _____$944.49_____

    MISCELLANEOUS _____$ 48.33_____

    MEALS _____$138.45_____

APPROVED BY _____      TOTAL EXPENSES ___$1,411.72___

### FOR ACCOUNTING USE ONLY

DATE RECEIVED _____      AMOUNT _____

REFERENCE # _____      CHECK # _____

                                  DATE PAID _____

# EXPENSE DETAIL

| DATE OF EXPENSE | DESCRIPTION | AIRFARE/TRAIN | CAR RENTAL | TAXI | PARKING/MILEAGE | HOTEL | MISC. |
|---|---|---|---|---|---|---|---|
| 6/25/2012 | | | | $40.00 (cab to SF no receipt) | | $569.11 | $7.99 (internet) |
| | | | | 51.00 | | | 7.59 (supplies) |
| | | | | 41.00 | | | 22.80 (supplies) |
| 6/28/2012 | | | | 44.00 | | | 9.95 (internet) |
| | | | | 55.00 | | | |
| 6/30/2012 | | | | 49.45 | | 375.38 | |
| **TOTALS** | | | | $280.45 | | $944.49 | $48.33 |

# MEALS AND ENTERTAINMENT EXPENSES

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL AND PEOPLE ATTENDING |
|---|---|---|
| 6/25/2012 | $50.00 (no receipts) | |
| 6/26/2012 | 6.45 | |
| | 18.20 | |
| | 8.80 | |
| 6/29/2012 | 55.00 | |
| **TOTAL** | $138.45 | |

ICE DEPOT STORE 645
4 SW Washington St
ortland, OR 97205
(503) 417-8199
12.2                    6:28 PM
    TRN  8133 GMP 606223
- - - - - - - - - - - - - - - - - - - - -

| Description | Total |
| --- | --- |
| Letter | |
| | 4.20 |
| You Pay | 4.20E |
| OST,STCKY | -3.39 E |
| | |
| Subtotal | 7.59 |
| Total | 7.59 |
| isa 2554 | 7.59 |

*****************

ne at www.officedepot.com

|||||||||||||||||||
22VTG36P3Y644RBWR





NT TO HEAR FROM YOU! !
e in our online customer
eceive a Coupon for
your next qualifuins
$50 or more on office supplies
urniture and more.

officedepot.com/feedback

r shopping at Office Depot

---

OFFICE DEPOT STORE 645
604 SW Washington St
Portland, OR 97205
(503) 417-8199
06/25/2012   12.2          6:03 PM
STR 645  REG4   TRN  8130 EMP 587002

SALE
Product ID    Description        Total
167060  BW SS Letter
    246 @ 0.09               22.14
Override - Customer Satisfaction
            You Pay           22.14E
861775  STAPLINGCORNER
    33 @ 0.02                 0.66
            You Pay            0.66E
*********************************
        Subtotal             22.80
        Total                22.80
        Visa 2554            22.80
*********************************

Total Office Depot Savings
            $2.46

|||||||||||||||||||
22VTG36P3Y545RBWR



WE WANT TO HEAR FROM YOU! !
Participate in our online customer
survey and receive a Coupon for
$10 off your next qualifying
purchase of $50 or more on office supplies
,furniture and more.

Visit www.officedepot.com/feedback

Thanks for shopping at Office Depot

---

Peet's Coffee & Tea
508 SW Broadway
Portland, OR 97205
503.973.5540

Host: Meghan                    06/26/2012
DAN                              8:22 AM
                                  30110

ODWALLA - SUPERFOOD 12OZ           3.25
*********************              3.35
MED ICED LATTE
NONFAT
SCONE - LEMON POPPYSEED            2.20

Subtotal                           8.80
Tax                                0.00

Ordered Total                      8.80

Balance Due                        8.80

COME BACK TODAY FOR $1 OFF
ANY ICED BEVERAGE YOU CHOOSE
Valid 12 pm-close, Today Only
Cannot Combine Offers
Excludes Licensed Locations
Excludes Bottled Beverages

Trip# / Acct. Name _____ High Tech _____

# GERMANTOWN CAB CO.

**5350 Belfield Avenue     Philadelphia, PA 19144**

PHONE: (215) 438 - 8888

Date 6-25-12 **RECEIPT** Other_____

Cab No. 68

Pick up Time_____ AM / PM          Logistic_____

Drop off Time_____ AM / PM          Access_____

Client Name_____

Phone No._____

Signature_____

| Amount | | Total Miles |
|--------|---|------------|
| $   51 | | |

Pick up Address _____ 405 W. MT Airy _____

Drop off Address _____ Airport _____

Driver's Name _____ M. Sander _____

Odometer Start_____

Odometer End_____ Vin #_____

CUSTOMER COPY

CARD #:
INVOICE
Batch #:
Approval Code:
Entry Method:
Approved.
SALE AMOUNT

06 28 2012
Merchant ID
Terminal ID:
10453896880

High Tech
cab From SFO to hotel

XXXXXXXX2000E
+760001
000476
527361
Swiped

$555.00

TAXI SERVICE #752
2660 NEWCOMBE AVE
SAN FRANCISCO, CA 94124
14:17:25
00000000164-16396
02465981

CREDIT CARD
AMEX SALE

---

BROADWAY CAB LLC
43121623582
5306510136

**SALES SLIP**

PURCHASER SIGN HERE

X_____

**IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS**

PICK to hotel

| PO/DQ/CHECK NO. | REFERENCE NO. | AUTHORIZATION | SERVER | RECEIPT | CLERK | | QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | 6-25-12 | | | | | | | | | |

| TIPS MISC. | SUB TOTAL | TAX | TOTAL |
|---|---|---|---|
| | 36 | | |
| 5 00 | | | 41 00 |

TRUNCATING SALES DRAFT PATENT NO. 7581675

**CUSTOMER COPY**

High Tech

OWNER DRIVERS          Date: 6/28/12

Received of: _____

THE SUM OF → $44 00 ¢          YOUR RECEIPT
                              PAID

From: _____

To: Airport

Cab No: 724      Driver: A4

2450 · 6th AVE. SOUTH · SEATTLE · BUSINESS 292-0569

**Green Leafs and Bananas 4845**
Philadelphia Airport Terminal
Philadelphia, PA 19153
Phone:215-365-3351
www.villaenterprises.com

*** $2.00 OFF ***
ON YOUR NEXT VISIT   (See details below)

Empl:Rosie B.   #265 06/25/2012 9:03 AM
1 Bagel with Cream Cheese          2.29
1 Water                            1.99
1 Coffee                           0.00
   Coffee Sm                       1.69
                                  --------
              Subtotal             5.97
              Tax                  0.48
              Total                6.45

Visa 2554 Payment                  6.45

*** Guest Copy ***

Visit www.GLBsurvey.com

Or call (800) 650-9975

- Write redemption code:

High Tech
CHECKER CAB
215 438-2222
DRIVER: 00400945
CAB #     P0192
DATE: 06/30/2012
START TIME 06:25
END TIME   06:49
TRIP #     30253
RATE No.       1
MILES.     16.79
FARE $     41.80
EXTRAS $    2.65
TOTAL $    44.45

TIP: $____5____
TOTAL $ 49.45

PPA Complaints
215 683-9440
Cab from PHL-pho

High Tech

Sale

Page 1 of 1

| | |
|---|---|
| Transaction Date: | 08/28/2012 Tue |
| Transaction Description: | HAMMYS PIZZA 6500000PORTLAND OR |
| | 5032351035 |
| | TIP    $5.00 |
| Amount $: | 18.20 |
| Doing Business As: | HAMMYS PIZZA |
| Merchant Address: | 2114 SE CLINTON ST |
| | PORTLAND |
| | OR |
| | 97202-1231 |
| | UNITED STATES |
| Reference Number: | 320121780088510537 |
| Category: | Restaurant - Restaurant |

Page 1 of 1

| Transaction Date: | 08/28/2012 Thu |
| Transaction Description: | ATT WI-FI SERVICES WAYPORT.NET TX |
| | INTERNET |
| Amount $: | 9.95 |
| Doing Business As: | WAYPORT |
| Merchant Address: | 4509 FREIDRICH LN |
| | STE 300 |
| | AUSTIN |
| | TX |
| | 78744-1865 |
| | UNITED STATES |
| Reference Number: | 320124810425587247 |
| Category: | Merchandise & Supplies - Internet Purchase |

| Transaction Date: | 06/26/2012 Tue | |
| Transaction Description: | MARRIOTT MARRIOTT MAPORTLAND OR | |
| | Arrival Date | Departure Date |
| | 06/25/12 | 06/27/12 |
| | 00000000 | |
| | LODGING | |
| Amount $: | 569.11 | |
| Doing Business As: | PORTLAND MARRIOTT CITY CE | |
| Merchant Address: | 520 SW BROADWAY | |
| | PORTLAND | |
| | OR | |
| | 97205-3424 | |
| | UNITED STATES | |
| Reference Number: | 320121600411080722 | |
| Category: | Travel - Lodging | |

Page 1 of 1

| Transaction Date: | 06/29/2012 Fri |
| Transaction Description: | BIG FOUR RESTAURANT SAN FRANCISCO CA |
| | RESTAURANT |
| | FOOD/BEVERAGE    $89.02 |
| | TIP    $20.00 |
| Amount $: | 109.02 |
| Doing Business As: | BIG FOUR RESTAURANT |
| Merchant Address: | 1075 CALIFORNIA ST |
| | SAN FRANCISCO |
| | CA |
| | 94108-2251 |
| | UNITED STATES |
| Reference Number: | 320121620430050051 |
| Category: | Restaurant - Restaurant |

Page 1 of 1

| | |
|---|---|
| Transaction Date: | 06/30/2012 Sat |
| Transaction Description: | THE HUNTINGTON HOTELSAN FRANCISCO CA |
| | Arrival Date    Departure Date |
| | 06/28/12      06/29/12 |
| | 00000000 |
| | LODGING |
| Amount $: | 375.38 |
| Doing Business As: | THE HUNGTINGTON HOTEL |
| Merchant Address: | 1075 CALIFORNIA ST |
| | SAN FRANCISCO |
| | CA |
| | 94108-2251 |
| | UNITED STATES |
| Reference Number: | 320121820436050648 |
| Category: | Travel - Lodging |

Prepared For
JOHN KERNS/BTA
BERGER & MONTAGUE PC

Account Number
XXXX-XXXXX7-01005

Page 6 of 16

**Activity Continued**

| Date | Description | Reference Code | Amount $ |
|---|---|---|---|
| 08/23/12 | UNITED AIRLINES    CHERRY HILL    NJ<br>TKT# 0167103779110 AIRLINE/AIR C 08/22/12<br>PASSENGER TICKET<br>CRAMER/ERIC L        UNITED AIRLINES<br>UNITED AIRLINES    CHERRY HILL    NJ<br>FROM<br>  SAN FRANCISCO CA<br>TO<br>  PHILADELPHIA PA    UA    A<br>TO<br>  UNAVAILABLE        YY    00<br>TO<br>  UNAVAILABLE        YY    00<br>TO<br>  UNAVAILABLE        YY    00 | 06043000000 | 792.80<br>30<br>822.80 |
| 09/05/12 | UNITED AIRLINES    CHERRY HILL    NJ<br>TKT# 0167103195182 AIRLINE/AIR C 09/04/12<br>PASSENGER TICKET<br>CURLEY/ANDREW COYNE    UNITED AIRLINES<br>UNITED AIRLINES    CHERRY HILL    NJ<br>FROM<br>  PHILADELPHIA PA<br>TO<br>  CLEVELAND OH       UA    B<br>TO<br>  PHILADELPHIA PA    UA    B<br>TO<br>  UNAVAILABLE        YY    00<br>TO<br>  UNAVAILABLE        YY    00 | 09140900000 | 981.60<br>30<br>1011.60 |
| 09/05/12 | UNITED AIRLINES    CHERRY HILL    NJ<br>TKT# 0167103195193 AIRLINE/AIR C 09/04/12<br>PASSENGER TICKET<br>CRAMER/ERIC L        UNITED AIRLINES<br>UNITED AIRLINES    CHERRY HILL    NJ<br>FROM<br>  PHILADELPHIA PA<br>TO<br>  CLEVELAND OH       UA    B<br>TO<br>  PHILADELPHIA PA    UA    B<br>TO<br>  UNAVAILABLE        YY    00<br>TO<br>  UNAVAILABLE        YY    00 | 09140900000 | 981.60<br>30<br>1011.60 |
| 09/18/12 | UNITED AIRLINES    CHERRY HILL    NJ<br>TKT# 0167112551021 AIRLINE/AIR C 09/17/12<br>PASSENGER TICKET<br>WELLS/JAMES        UNITED AIRLINES<br>UNITED AIRLINES    CHERRY HILL    NJ<br>FROM<br>  OMAHA NE<br>TO<br>  O HARE FIELD IL    UA    U<br>TO<br>  PHILADELPHIA PA    UA    U<br>TO<br>  UNAVAILABLE        YY    00<br>TO<br>  UNAVAILABLE        YY    00 | 08270900000 | 440.10<br>30<br>470.10 |

Continued on next page



Prepared For
JOHN KERNS/BTA
BERGER & MONTAGUE PC

Account Number
XXXX-XXXXX7-01005

Closing Date
09/22/12

Page 5 of 16

## Activity Continued

| | | Reference Code | Amount $ |
|---|---|---|---|
| 09/19/12 | UNITED AIRLINES        HOUSTON        TX | 26282851000 | 19.00 |
| | TKT# 01629267742093 AIRLINE/AIR C 09/17/12 | | |
| | SPECIAL SERVICE TICKET | | |
| | WELLS    /ECONOMY PLUS SUNITED AIRLINES | | |
| | UNITED AIRLINES        HOUSTON        TX | | |
| | FROM | | |
| |   UNAVAILABLE | | |
| | TO        CARRIER CLASS | | |
| |   UNAVAILABLE      YY  00 | | |
| | TO | | |
| |   UNAVAILABLE      YY  00 | | |
| | TO | | |
| |   UNAVAILABLE      YY  00 | | |

*fee 9/17*
*084119*

| 09/19/12 | UNITED AIRLINES        HOUSTON        TX | 26283782000 | 34.00 |
|---|---|---|---|
| | TKT# 01629267742115 AIRLINE/AIR C 09/17/12 | | |
| | SPECIAL SERVICE TICKET | | |
| | WELLS    /EXTRA LEGROOM UNITED AIRLINES | | |
| | UNITED AIRLINES        HOUSTON        TX | | |
| | FROM | | |
| |   UNAVAILABLE | | |
| | TO        CARRIER CLASS | | |
| |   UNAVAILABLE      YY  00 | | |
| | TO | | |
| |   UNAVAILABLE      YY  00 | | |
| | TO | | |
| |   UNAVAILABLE      YY  00 | | |

*fee*
*084119 9/17*

| 09/21/12 | UNITED AIRLINES        HOUSTON        TX | 26480070000 | 32.00 |
|---|---|---|---|
| | TKT# 01629269555605 AIRLINE/AIR C 09/19/12 | | |
| | SPECIAL SERVICE TICKET | | |
| | MILLER   /BULKHEAD PREMIUNITED AIRLINES | | |
| | UNITED AIRLINES        HOUSTON        TX | | |
| | FROM | | |
| |   UNAVAILABLE | | |
| | TO        CARRIER CLASS | | |
| |   UNAVAILABLE      YY  00 | | |
| | TO | | |
| |   UNAVAILABLE      YY  00 | | |
| | TO | | |
| |   UNAVAILABLE      YY  00 | | |

*- 12098*
*9/19*

| 09/21/12 | UNITED AIRLINES        HOUSTON        TX | 26480794000 | 22.00 |
|---|---|---|---|
| | TKT# 01629269555620 AIRLINE/AIR C 09/19/12 | | |
| | SPECIAL SERVICE TICKET | | |
| | MILLER   /ECONOMY PLUS SUNITED AIRLINES   TX: | | |
| | UNITED AIRLINES        HOUSTON        TX | | |
| | FROM | | |
| |   UNAVAILABLE | | |
| | TO        CARRIER CLASS | | |
| |   UNAVAILABLE      YY  00 | | |
| | TO | | |
| |   UNAVAILABLE      YY  00 | | |
| | TO | | |
| |   UNAVAILABLE      YY  00 | | |

*12098*
*9/19*

Continued on reverse

26

## Rita Daley

| | |
|---|---|
| **From:** | Anella Devone <adevone@rvacations.com> |
| **Sent:** | Tuesday, April 21, 2015 4:04 PM |
| **To:** | Rita Daley |
| **Subject:** | FW: original ticket |
| **Attachments:** | original tkt.pdf |

This is the original ticket that was exchanged.

See Attachment for Report

INVOICE #: 000376880
Date: 12/9/2011
Account: 008084
Page #: 1
PNR Locator: WHS05A

Berger and Montague P.C.
1622 Locust St.
Philadelphia  PA  19103

| Traveler | Tkt#/Cf# | | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt | Booked Amt |
|---|---|---|---|---|---|---|---|---|
| SCHALMANBERGEN/SARAH | 7020062517 | | 12/19/11 | PHL-SFO-PHL | 12/09/11 | P | 1198.40 | |
| | | | | US Airways | | | | |
| | 11057-000 | | | | | | | |

| | Airline | Flight | Origin | Destination | | Depart | Arrive | Depart |
|---|---|---|---|---|---|---|---|---|
| | US Airways | 0657 | Philadelphia PA | San Francisco CA | | 0740A | 1103A | 12/19/11 |
| | US Airways | 0658 | San Francisco CA | Philadelphia PA | | 1100A | 0712P | 12/23/11 |

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt |
|---|---|---|---|---|---|---|
| SCHALMANBERGEN/SARAH | 0554924205 | 12/09/11 | ARC Processed Fee | 12/09/11 | P | 30.00 |
| | | | Travel Agent Fee Document | | | |
| | 11057-000 | | | | | |

INVOICE #: 000376880
Date: 12/9/2011
Account: 008084
Page #: 2
PNR Locator: WHS05A

| Traveler | Tkt#/Cf# | Tvl Dt | Itinerary | Pymt Due | By | Invoiced Amt | Booked Amt |
|----------|----------|--------|-----------|----------|----|--------------|-----------|
| SCHALMANBERGEN/SARAH | C745211440 | 12/19/11 | LE MERIDIEN SAN FRA | 12/09/11 | P | | 676.00 |
| | | | MARRIOTT | | | | |
| 11057-000 | | | | | | | |

| | | | | | | | |
|----------|----------|--------|-----------|----------|----|--------------|-----------|
| **Total Amount of Invoice** | | | | | | **1228.40** | 676.00 |
| Less CC Payments or Payments not yet due | | | | | | 1228.40 | |
| Less Cash Payments Received | | | | | | 0.00 | |
| **Net Amount Due** | | | | | | **0.00** | |

BERGER & MONTAGUE, P.C.

102202

27

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 123131 | 8/20-22/12  1 | 10/04/2012 | $1007.95 | ADOBE/APPLE NO |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

56-1503/412

102202

CHECK NO.

PAY    One Thousand Seven and 95/100 Dollars

| DATE | AMOUNT |
|------|--------|
| 10/18/2012 | $1,007.95 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:    Sarah R. Schalman-Bergen

VOID AFTER 180 DAYS

⑈102202⑈ ⑆044000024⑆ 0189260321⑈

# EXPENSE REIMBURSEMENT REQUEST

NAME: _____ SARAH SCHALMAN-BERGEN _____     DATES OF TRAVEL: ____ AUG. 20-22, 2012 _____

CASE NAME: _____ HI TECH EMPLOYEE _____     DESTINATION: _____ SAN FRANCISCO, CA _____

CASE NUMBER: _____ 11057 _____

BUSINESS PURPOSE: _____ DEP OF DONNA MORRIS _____

## DETAILS OF EXPENSES INCURRED

| | |
|---|---|
| TRANSPORTATION (COMPLETE REVERSE SIDE): | $0.00 |
| AIRFARE/TRAIN | $0.00 |
| CAR RENTAL | $0.00 |
| TAXI | $76.00 |
| PARKING & MILEAGE | $0.00 |
| LODGING (COMPLETE REVERSE SIDE): | $0.00 |
| HOTEL BILL | $865.83 |
| MISCELLANEOUS | $0.00 |
| MEALS | $66.12 |

| | |
|---|---|
| TOTAL EXPENSES | $1007.95 |

APPROVED BY: _____

## FOR ACCOUNTING USE ONLY

| | |
|---|---|
| DATE RECEIVED: _____ | AMOUNT: _____ |
| REFERENCE #: _____ | CHECK #: _____ |
| | DATE PAID: _____ |

EXPENSE DETAIL

| DATE OF EXPENSE | TAXI | HOTEL | MISCELLANEOUS |
|---|---|---|---|
| 8/16 PREP | $13.00 | $0.00 | $865.83 |
| 8/20/12 | $28.00 | $0.00 | $0.00 |
| 8/20/12 | $35.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $0.00 | $0.00 | $0.00 |
| | $76.00 | $0.00 | $865.83 |

## MEALS AND ENTERTAINMENT EXPENSES

| DATE OF EXPENSE | AMOUNT | REASON FOR MEAL/PEOPLE ATTENDING |
|---|---|---|
| 8/20/12 | $8.00 | |
| 8/20/12 | $11.07 | |
| 8/21/12 | $39.05 | |
| 8/22/12 | $8.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $0.00 | |
| | $66.12 | |

LE MERIDIEN
SAN FRANCISCO
333 BATTERY ST, SAN FRANCISCO, CA 94111-3230 US
T +1 415-296-2900
F +1 415-296-2901
lemeridien.com

*Le* MERIDIEN

| | | | | TRAVEL AGENT / CHARGE TO AGENT DE VOYAGE / DEBITER A |
|---|---|---|---|---|
| GUEST / CLIENT | | | | |
| | | ROOM / CHAMBRE 318 | | Rosenbluth Travel Agency |
| Sarah Schalmanbergen | | RATE / TARIF 369.00 | | |
| Signature Travel Network Ho | | # PERS. / N° PERS. | | |
| | | FOLIO / DOSSIER 75041 | EX-A | |
| | | PAGE        1 | | , |
| , | | ARRIVE / ARRIVÉE 20-AUG-12   14:11 | | |
| | | DEPART / DÉPART 22-AUG-12 | | |
| | | PAYMENT / PAIEMENT | | |

| DATE | REFERENCE / REFERENCE | DESCRIPTION | CHARGES / CREDITS | DEBIT / CREDIT |
|---|---|---|---|---|
| 20-AUG-12 | RT1118 | Room Charge | | 369.00 |
| 20-AUG-12 | RT1118 | Occupancy Tax | | 51.66 |
| 20-AUG-12 | RT1118 | Tourism Tax | | 0.24 |
| 20-AUG-12 | RT1118 | County Tax | | 5.54 |
| 21-AUG-12 | RT1118 | Room Charge | | 369.00 |
| 21-AUG-12 | RT1118 | Occupancy Tax | | 51.66 |
| 21-AUG-12 | RT1118 | Tourism Tax | | 0.24 |
| 21-AUG-12 | RT1118 | County Tax | | 5.54 |
| 21-AUG-12 | G458 | High Speed Internet In Room | | 12.95 |
| 22-AUG-12 | VI | Visa | 865.83- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.
                    ** continued on the next page **

I agree to remain personally liable for the payment of this account if the
Sarah Schalmanbergen and fails to pay part or all of these charges  DEPART
FOLIO Je m'engage à être responsable du paiement du présent compte si l'entreprise
ou un autre tiers ne paie pas une partie ou la totalité des frais.

AGENT

SIGNATURE _____

LE MERIDIEN
SAN FRANCISCO
333 BATTERY ST, SAN FRANCISCO, CA 94111-3230 US
T +1 415-296-2900
F +1 415-296-2901
lemeridien.com

*Le* MERIDIEN

| GUEST / CLIENT | | TRAVEL AGENT / CHARGE TO<br>AGENT DE VOYAGE / DEBITER A |
|---|---|---|
| | ROOM / CHAMBRE 1218 | Rosenbluth Travel Agency |
| Sarah Schalmanbergen | RATE / TARIF 369.00 | |
| Signature Travel Network Ho | # PERS. / Nº PERS. | |
| | FOLIO / DOSSIER 5041      EX-A | |
| | PAGE       2 | |
| | ARRIVE / ARRIVÉE 20-AUG-12   14:11 | |
| | DEPART / DEPART 22-AUG-12 | |
| | PAYMENT / PAIEMENT | |

| DATE | REFERENCE / REFERENCE | DESCRIPTION | CHARGES / CREDITS | DEBIT / CREDIT |
|---|---|---|---|---|

```
EXPENSE REPORT SUMMARY
Date        Service      Room       Tax    Outlets   Telephone    Parking       Misc
20-AUG-12      0.00    369.00     57.44      0.00        0.00       0.00       0.00
21-AUG-12      0.00    369.00     57.44      0.00       12.95       0.00       0.00
Total          0.00    738.00    114.88      0.00       12.95       0.00       0.00

Date        RS Food     RS Bev    PG Food    PG Bev   Food Tax       Tips    333 Bev
20-AUG-12      0.00       0.00       0.00      0.00        0.00       0.00       0.00
21-AUG-12      0.00       0.00       0.00      0.00        0.00       0.00       0.00
Total          0.00       0.00       0.00      0.00        0.00       0.00       0.00

Date       RS Deliv   333 Food     Other      Total    Payment
20-AUG-12      0.00       0.00       0.00    426.44       0.00
21-AUG-12      0.00       0.00       0.00    439.39       0.00
Total          0.00       0.00       0.00    865.83       0.00
```

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest you have earned at least 1476
Starpoints for this visit 42178494745

I agree to remain personally liable for the payment of this account if the
company or association indicated fails to pay part or all of these charges
Je reconnais être personnellement responsable du paiement du présent compte si l'entreprise
ou un autre tiers ne paie pas une partie ou la totalité des frais.

Sarah Schalmanbergen                              ARRIVE                      DEPART                      AGENT

FOLIO                                                                                                     SIGNATURE _____

```
C   OT.

1   $_____

T   L $_____

    Complaints
    5 683-9440


C   CityDispatch
    5 708-8888
C   ER: 00101737
    #    P1561
    : 08/20/2012
    T TIME 08:13
    TIME    08:31
    #      48774
    No.       1
    S     $  8.89
    AS $  24.09
    L $  1.00
    L $  25.09

C   OT.    25.09

1   $_____ 3

1   L. $_____ 28
```



```
215-857-8888

RIV:    00101812
@B:         00014
@TE: 08/20/2012
FI:        11:14
TI:        1:23
3T:         1587

RI:          2.57
RS:          9.14
3T:          1.00
L:           0.14

R.:         10.14

TP:            3

QTP: $ 1300.

OPS : Complaints
215 683-9440
```

PATRON'S RECEIPT

## CRESCENT CAB ASSOCIATION
7009-21 Grays Ave., Phila., PA 19142
**215-365-3500**

CAB NO._____ DATE 8/20/12 TIME _____ A.M._____
                                                P.M._____

RECEIVED FROM M_____

| DOLLARS | CENTS |
|---------|-------|
|         |       |

FOR TRIP FROM Airport

TO Hotel

DRIVER_____

In case of complaint, please mail this receipt to Crescent Cab Association.,
7009-21 Grays Ave., Phila., PA 19142 with full particulars.

---

## U·S AIRWAYS

08/20/2012
USO659 PHL-SFO
244946
Device ID GLX00020036

Receipt #: 0214
Transaction: 12082010592020036

Sale

| Product | Price | Qty | Amt. |
|---------|-------|-----|------|
| Sandwich | 8.00 | 1 | 8.00 |
| Total | | USD | 8.00 |
| AMEX 2008 | | USD | 8.00 |

---

## U·S AIRWAYS

08/22/2012
USO651 SFO-PHL
222567
Device ID GLX00020/G8

Receipt #: 0003
Transaction: 12082217092020/G8

Sale

| Product | Price | Qty | Amt |
|---------|-------|-----|-----|
| Fruit and Chee | 8.00 | 1 | 8.00 |
| Total | | USD | 8.00 |
| VISA 3599 | | USD | |

Hog Island Oyster Co.
San Francisco, CA
www.hogislandoysters.com
(415) 391-7117

Server: Maggie                    DOB: 08/21/2012
08:13 PM                               08/21/2012
Table 53/1                             1/10152

                      SALE

AMEX                               2097215
Card #XXXXXXXXXX2008
Magnetic card present: Yes
Card Entry Method:  S

Approval: 645515

            Amount:      $ 32.55

          + Tip: ____6.50____

          = Total: ____39.05____

        I agree to pay the above
      total amount according to the
         card issuer agreement.

    X_____

        Hog Island Oyster Co.
        For your convenience.
          15% =   4.50
          18% =   5.40
          20% =   6.00
             Thank You!

      Please leave signed copy

---

Guava & Java
Philadelphia

Check 245
Kendra J.                         8/20/2012
Guests 1                          9:05 AM

    Yogurt Parfait                  4.95
    Purity                          2.99
    Carrot Raisin                   2.50

Subtotal                          10.44
Tax                                0.63

TOTAL                             11.07

Amex                             -11.07
    Acct. XXXXXXXXXX2008
Approval 508863
CHANGE DUE                         0.00

**28**

## EXPENSE REIMBURSEMENT REQUEST

NAME: ___Eric L. Cramer___      DATE(S) OF TRAVEL: ___August 20-22, 2012___

CASE NAME: ___High Tech / Cold Call___      DESTINATION: ___San Francisco, CA___

CASE NUMBER: ___11057-000___

BUSINESS PURPOSE: ___Donna Morris Deposition___

### DETAILS OF EXPENSES INCURRED

TRANSPORTATION (COMPLETE EXPENSE DETAIL)

AIRFARE/TRAIN      _____

CAR RENTAL      _____

TAXI      ___$177.00___

PARKING & MILEAGE      ___$ 60.00___

LODGING: (COMPLETE REVERSE SIDE)

HOTEL BILL      ___$852.88___

MISCELLANEOUS      _____

MEALS      ___$231.19___

APPROVED BY _____      TOTAL EXPENSES ___$1,321.07___

### FOR ACCOUNTING USE ONLY

DATE RECEIVED _____      AMOUNT _____

REFERENCE # _____      CHECK # _____

DATE PAID _____

- 5.50 meal
- 2.71 pape
- 8.21
1304.65
wrong amou
charged