# EXHIBIT D

# (Part 3 of 4)

50

**Reliable**
Copy • Management • Imaging

**Berger&Montague,P.C.**
ATTORNEYS AT LAW

Requested By Sarah Schalman Bergen

Today's Date 6/12/12    Time 2:30

# of Originals 1 CD

Date Due 6/15/12    Time Due 3pm

Extension 3053

Client/Matter Number 11057

Deliver to Mily K.

## INSTRUCTIONS

**Copy Qty _____ / Scan (check one)**
- [ ] All
- [ ] Clipped / Marked
- [ ] Per Post It / Flag
- Other _____

**Output / Blowback**
- [ ] As Original
- [ ] Staple Only
- [ ] Clip Only
- [ ] 1 Sided
- [ ] 2 Sided

- [ ] White Slipsheets
- [ ] Color Slipsheets
- [ ] Collated
- [ ] Uncollated
- Other _____

**Document Breaks**
- [ ] Sm. Binding Element
- [ ] Tabs
- [ ] Folder / Binder
- [ ] Folder Structure
- Other _____

**Do We Copy / Scan ?**  Yes  No  Other
| | Yes | No | Other |
|---|---|---|---|
| Covers | [ ] | [ ] | [ ] Slipsheet |
| File Folders | [ ] | [ ] | [ ] Slipsheet |
| Redwells | [ ] | [ ] | [ ] Slipsheet |
| Tabs | [ ] | [ ] | [ ] Insert |
| Post Its / Flag | [ ] | [ ] | [ ] R / R |

**Color Originals - Copy / Scan (check one)**
- [ ] In Color       # Photos Per Page _____
- [ ] In B/W

**Oversize Originals - Copy / Scan (check one)**
- [ ] In Color    Size for Size
- [ ] In B/W     Reduce To _____

## BINDING / FINISHING INSTRUCTIONS

**Tabs**
- [ ] Alpha   [ ] Side
- [ ] Number  [ ] Blank
- [ ] Exhibit

**Covers (Front / Back)**
- [ ] Clear / Black
- [ ] White / White
- Other _____

| | Copies | Orig. |
|---|---|---|
| Velobind | [ ] Copies | [ ] Orig. |
| GBC/Spiral | [ ] Copies | [ ] Orig. |
| 3 Hole | [ ] Copies | [ ] Orig. |
| Other | | |

## PROCESSING INSTRUCTIONS

**Delivery Format**
- [x] CD
- [ ] DVD
- [ ] Email
- [ ] Hard Drive

**Image Format**
- [ ] Single Page
- [ ] Multi Page

**FileType**
- [ ] TIFF
- [ ] PDF
- [ ] JPEG

**Load File**
- [ ] Concordance
- [ ] Summation
- [x] Load to Kaleidoscope
- Other _____

**OCR**
- [x] All
- [ ] Select
- [ ] Single Page
- [ ] Multi Page

Disk Label to Read In Re High Tech Employee - P&G Document Production June 2012

**Are We Labeling / Endorsing (check one)**
- [ ] Original   [ ] Copy      [ ] Redwell
- [ ] Covers     [ ] Post Its  [ ] Image
- [ ] Tabs       [ ] File Folders [ ] Image ID Only

PG - 00000001
(Bates Line 1)
PG - 00001280
(Bates Line 2)

- [ ] Space
- [ ] No Space
- [ ] Match Image To Bates

## BLOWBACK INSTRUCTIONS

**Email Print Order**
- [ ] Date Sent
- [ ] Sender
- [ ] Custodian
- Other _____

**Native Print Order**
- [ ] Folder Structure
- [ ] Default (Alpha/Numeric)
- Other _____

**Color Prints**
- [ ] All B/W
- [ ] All Color
- [ ] Power Point & JPEG Only
- Other _____

**Oversize Prints**
- [ ] Size for Size
- [ ] Reduce to LTR
- [ ] Reduce to Legal
- [ ] Reduce to 11x17

**Files Not Printable**
- [ ] Slip Sheets w/ Error Report
- [ ] No Slip Sheets w/ Error Report
- [ ] Slip Sheets Only

**Information to be Printed on Slip Sheets**
- [ ] Folder       [ ] Default (Begin / End Doc #)
- [ ] File Name    [ ] Other _____
- [ ] Path         _____

## ADDITIONAL INSTRUCTIONS

Please make one copy of CD and upload to Hi Tech Empl 11057 Doc Production Database.  Thanks.

---

*For Reliable Use Only*

Operator Tim       QC'd By _____       Delivered By _____

Copy/Scan Count: _____   # of Binds _____   Job Number _____

**DP001196**

Documents that have been processed are located in F:\Reliable\Current\Job Number.
These files will be deleted after 30 Days, unless communicated to save for future use.

Import/OCR/ export

1280 pg      (.25)  (E)

51

| High Tech Employee - 11057 Hosting | | | |
|---|---|---|---|
| | | | |
| Month | DB Size(GB) | Cost per GB | Cost |
| Feb-12 | 1 | 5 | $5.00 |
| Mar-12 | 1 | 5 | $5.00 |
| Apr-12 | 1 | 5 | $5.00 |
| May-12 | 1 | 5 | $5.00 |
| Jun-12 | 2 | 5 | $10.00 |
| Jul-12 | 1.75 | 5 | $8.75 |
| Aug-12 | 1.75 | 5 | $8.75 |
| Sep-12 | 1.75 | 5 | $8.75 |
| Oct-12 | 1.75 | 5 | $8.75 |
| Nov-12 | 1.75 | 5 | $8.75 |
| Dec-12 | 1.75 | 5 | $8.75 |
| Jan-13 | 1.75 | 5 | $8.75 |
| Feb-13 | 1.75 | 5 | $8.75 |
| Mar-13 | 2 | 5 | $10.00 |
| Apr-13 | 2 | 5 | $10.00 |
| May-13 | 2 | 5 | $10.00 |
| Jun-13 | 2 | 5 | $10.00 |
| Jul-13 | 2 | 5 | $10.00 |
| Aug-13 | 2 | 5 | $10.00 |
| Sep-13 | 2 | 5 | $10.00 |
| Oct-13 | 2 | 5 | $10.00 |
| Nov-13 | 1.96 | 5 | $9.80 |
| Dec-13 | 1.96 | 5 | $9.80 |
| Jan-14 | 1.96 | 5 | $9.80 |
| Feb-14 | 1.96 | 5 | $9.80 |
| Mar-14 | 1.96 | 5 | $9.80 |
| Apr-14 | 1.96 | 5 | $9.80 |
| May-14 | 1.87 | 5 | $9.35 |
| Jun-14 | 1.87 | 5 | $9.35 |
| Jul-14 | 1.86 | 5 | $9.30 |
| Aug-14 | 1.86 | 5 | $9.30 |
| Sep-14 | 1.86 | 5 | $9.30 |
| Oct-14 | 1.86 | 5 | $9.30 |
| Nov-14 | 1.86 | 5 | $9.30 |
| Dec-14 | 1.86 | 5 | $9.30 |
| Jan-15 | 1.86 | 5 | $9.30 |
| Feb-15 | 1.86 | 5 | $9.30 |
| Mar-15 | 1.86 | 5 | $9.30 |

**BERGER & MONTAGUE, P.C.**

098735

52

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 117587 | SJC SSB ELC 1 | 07/25/2011 | $825.00 | ADOBE/APPLE N( |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com
56-1503/412

098735

CHECK NO.

PAY      Eight Hundred Twenty Five and 00/100 Dollars

| DATE | AMOUNT |
|------|--------|
| 07/25/2011 | $825.00 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:      CLERK, U S DISTRICT COURT

VOID AFTER 180 DAYS

⑈098735⑈ ⑆⑉0⑈⑈0000031⑈⑈ 0⑈00⑈0r0331⑈⑈

52

# BERGER AND MONTAGUE, P.C.

### REQUEST FOR CHECK

| | FIRM NO. |
|---|---|
| | 2 1 5 |

| | CLIENT | SUB FILE | | MO. | DAY | YR. |
|---|---|---|---|---|---|---|
| FILE NO. | 1 1 0 5 7 | | | 7 | 25 | 11 |

$ 825 00    REQUESTED BY  SJC

NAME OF CLIENT  Adobe

PAYABLE TO  Clerk, US Dist. Court

FOR  PHV fee for SJC, SSB + ELC

CHECK NO. _____



Client 11057-000

Totals for Included
    16        $3,668.25      $1,654.36  $0.00  $1,654.36        85
Totals for Client 11057-000
    16        $3,668.25      $1,654.36  $0.00  $1,654.36        85



```
                                    Dld2640050.txt
    9  1:23:56  $1,999.80          $1,296.83  $0.00  $1,296.83
```

Client 11057-000

```
Totals for Included                                                    5
      5              $165.00      $107.00  $0.00   $107.00
Totals for Client 11057-000                                            5
      5              $165.00      $107.00  $0.00   $107.00
```

**WEST.**
A Thomson Reuters business

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

ACCT# 1000056862
BERGER & MONTAGUE PC
PHILADELPHIA, PA 19103-6305

INVOICE # 823664995
POSTING # 6075433082

PAGE
54

**CLIENT/REFERENCE BY USER BY DAY DETAIL**

SEP 01, 2011 - SEP 30, 2011

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| **7892572 SCHALMAN-BERGEN, SARAH** | | | | | |
| 09/01/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 140.00 |
| TRANSACTIONAL ONLINE FINDS | | 33 | | | 504.00 |
| WESTLAW DOCUMENTS | :001 | | | 5 | 90.00 |
| KEYCITE | | 5 | | | 31.25 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | | 391 | :001 | 51 | 765.25I |
| 09/08/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 6 | | | 805.00 |
| TRANSACTIONAL ONLINE FINDS | | 42 | | | 1,058.00 |
| RESULTSPLUS FINDS | | 1 | | | 60.00 |
| KEYCITE | | 4 | | | 25.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 531 | :001 | 01 | 1,948.00I |
| TOTAL  11057-000 CHARGES | :00S | 92S | :00S | 5S | 2,713.25S |

*with discount 1516.39*

* INCLUDES APPLICABLE TAXES

WN          1000056862



Client 11057-000

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | | | | | 109 |
| 4 | 3,141.85 USD | 2,528.74 USD | 0.00 USD | 2,528.74 USD | |
| Totals for Client 11057-000 | | | | | 109 |
| 4 | 3,141.85 USD | 2,528.74 USD | 0.00 USD | 2,528.74 USD | |

Client 11057-000

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 885.00 USD | 357.19 USD | 0.00 USD | 357.19 USD | 22 |
| Totals for Client 11057-000 | 885.00 USD | 357.19 USD | 0.00 USD | 357.19 USD | 22 |

|  | 641.00 USD | Dld2989619 | | |
| | | 205.62 USD | 0.00 USD | 205.62 USD |

Client 11057-000

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 1,332.00 USD | 427.29 USD | 0.00 USD | 427.29 USD | 38 |
| Totals for Excluded | 210.00 USD | 0.00 USD | 0.00 USD | 210.00 USD | 3 |
| Totals for Client 11057-000 | 1,542.00 USD | 427.29 USD | 0.00 USD | 637.29 USD | 41 |



pld3058721

Client 11057-000

| Totals for Included | 183.00 USD | 43.00 USD 0.00 USD | 43.00 USD | 6 |
| Totals for Client 11057-000 | 183.00 USD | 43.00 USD 0.00 USD | 43.00 USD | 6 |



Client 11057

Totals for Included
                    15.00 USD         6.35 USD 0.00 USD        6.35 USD        1
Totals for Client 11057
                    15.00 USD         6.35 USD 0.00 USD        6.35 USD        1


Client 11057-000

Totals for Included
                   496.00 USD       209.93 USD 0.00 USD      209.93 USD        4
Totals for Client 11057-000
                   496.00 USD       209.93 USD 0.00 USD      209.93 USD        4


 Client 11066-000

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| 11057-000 | $95.00 | ($76.32) | $18.68 | $0.00 | $0.00 | $18.68 | $0.00 | $18.68 |
| 11066-000 | $2,682.75 | ($2,155.29) | $527.46 | $0.00 | $0.00 | $527.46 | $0.00 | $527.46 |

## Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
|---|---|---|
| Aug 2012 | 1.0000 | US DOLLARS |



```
                              D1d3438910
        18.00 USD       6.41 USD 0.00 USD      6.41 USD
```

```
  Client 11057-000

Totals for Included                                             2
     1            175.00 USD     62.34 USD 0.00 USD    62.34 USD
Totals for Client 11057-000                                     2
     1            175.00 USD     62.34 USD 0.00 USD    62.34 USD
```

CUSTOMER NUMBER: BM0072
0
DATE RANGE:        03/01/2013 - 03/31/2013                      PAGE:           2

DATE          COURT                       TIME IN    TIME OUT TIME/PAGES    AMOUNT
              SEARCH CRITERIA                                  DESCRIPTION

SUBTOTAL FOR CLIENT CODE: 11057                                              3.50



CUSTOMER NUMBER: BM0072
DATE RANGE:        11/01/2012 - 11/30/2012
                                                                PAGE:         2

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|----------------------|---------|----------|------------------------|--------|

SUBTOTAL FOR CLIENT CODE: 11057                                          7.50
SUBTOTAL FOR CLIENT                                                     11.00



```
                                                                167.10
                                                                 40.60
                                                                  9.30
                                                                  5.70
                                                                 75.90
                                                                 32.80
                                                                 18.90
                                                                  3.00
                                                                 11.50
```

CUSTOMER NUMBER: BM0072
DATE RANGE:      10/01/2012 - 10/31/2012                    PAGE:        2

| DATE | COURT SEARCH CRITERIA | TIME IN | TIME OUT | TIME/PAGES DESCRIPTION | AMOUNT |
|------|-----------------------|---------|----------|------------------------|--------|

SUBTOTAL FOR CLIENT CODE: 11057-000                                    7.80
SUBTOTAL FOR CLIENT CODE: 11057                                        3.00



SUBTOTAL FOR CLIENT CODE: 11054-000                                        0.00
SUBTOTAL FOR CLIENT CODE: 11057-000                                        3.80

CUSTOMER NUMBER: BM0072
DATE RANGE:       06/01/2013 - 06/30/2013                    PAGE:          2

DATE          COURT                      TIME IN   TIME OUT TIME/PAGES  AMOUNT
              SEARCH CRITERIA                               DESCRIPTION
------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE: 11068                                            4.50



```
CUSTOMER NUMBER: BM0072
DATE RANGE:        07/01/2013 - 07/31/2013                    PAGE:        2

DATE          COURT                    TIME IN   TIME OUT TIME/PAGES   AMOUNT
              SEARCH CRITERIA                              DESCRIPTION
---------------------------------------------------------------------------
                                                                        6.10
SUBTOTAL FOR CLIENT CODE: 11054
SUBTOTAL FOR CLIENT CODE: 11057-000                                     4.80
                                                                       98.00
```



[redacted]

SUBTOTAL FOR CLIENT CODE: 11057 3.40

69

CUSTOMER NUMBER: BM0072
DATE RANGE: 11/01/2013 - 11/30/2013 PAGE: 2

| DATE | COURT<br>SEARCH CRITERIA | TIME IN | TIME OUT TIME/PAGES<br>DESCRIPTION | AMOUNT |
|---|---|---|---|---|
| SUBTOTAL FOR CLIENT CODE: 11057-000 | | | | 15.60 |

70

[redacted]

11
11

39
39

18
18

1
1

123
123

Client 11057-000

Totals for Included
    5  4:19:49   5,535.46 USD    1,471.97 USD 0.00 USD  1,471.97 USD
Totals for Client 11057-000                              4:19:49
    5  4:19:49   5,535.46 USD    1,471.97 USD 0.00 USD  1,471.97 USD

# LexisNexis®

| INVOICE NO. | INVOICE DATE | ACCOUNT NUMBER |
|---|---|---|
| 1312002070 | 31-DEC-13 | 1004TR |

BILLING PERIOD 01-DEC-13 - 31-DEC-13

*INVOICE TO:*
BERGER & MONTAGUE PC
PHILADELPHIA PA 19103-6305

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| ****NO CLIENT ID SPECIFIED**** | | | | | | | | |
| 00009-000 | $7.75 | ($5.61) | $2.14 | - - | - - | $2.14 | - | $2.14 |
| 00008-000 | $1,477.50 | ($1,068.81) | $408.69 | - | - | $408.69 | - | $408.69 |
| 11032-000 | $1,030.00 | ($745.10) | $284.90 | - - | - - | $284.90 | - | $284.90 |
| 11057-000 | $50.00 | ($36.18) | $13.82 | - - | - - | $13.82 | - | $13.82 |
| 11101-000 | $1,903.00 | ($1,376.62) | $526.38 | | | $526.38 | | $526.38 |



6

LexisNexis®

73

| INVOICE NO. | INVOICE DATE |
|---|---|
| 1401002046 | 31-JAN-14 |

BILLING PERIOD 01-JAN-14 - 31-JAN-14

*INVOICE TO.*
BERGER & MONTAGUE PC
PHILADELPHIA PA 19103-6305

1004TR

ACCOUNT NUMBER

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT



| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 11057.000 | $10,366.23 | ($8,367.65) | $1,998.58 | - | - | $1,998.58 | - | $1,998.58 |
| 11066.000 | $150.00 | ($121.14) | $28.86 | - | - | $28.86 | - | $28.86 |
| | $35.00 | ($29.23) | $5.73 | | | | | |

9

CUSTOMER NUMBER: BM0072
DATE RANGE:      12/01/2013   12/31/2013                    PAGE:          1

DATE        COURT                        TIME IN    TIME OUT TIME/PAGES   AMOUNT
            SEARCH CRITERIA                                   DESCRIPTION
--------------------------------------------------------------------------------

SUBTOTAL FOR CLIENT CODE: 11052-000
SUBTOTAL FOR CLIENT CODE: 11057-000                                       21.40

```
                                                    4.60
                                                   64.50
                                                   17.10
                                                    6.10
                                                    4.80
SUBTOTAL FOR CLIENT CODE: 11057-000                16.00
                                                    2.50
                                                    5.60
                                                    1.80
```

```
CUSTOMER NUMBER: BM0072
DATE RANGE:      01/01/2014 - 01/31/2014           PAGE:        2

DATE        COURT                  TIME IN    TIME OUT TIME/PAGES  AMOUNT
            SEARCH CRITERIA                             DESCRIPTION
------------------------------------------------------------------------
```

```
                                       Dld3858957
          1:17:54    7,753.11 USD    1,607.49 USD 0.00 USD   1,607.49 USD


  Client 11057-000

Totals for Included                                        7:23:55
       4  7:23:55  12,464.37 USD    2,584.30 USD 0.00 USD  2,584.30 USD
Totals for Excluded                                        0:02:04
          0:02:04      74.05 USD          0.00 USD 0.00 USD    74.05 USD
Totals for Client 11057-000                                7:25:59
       4  7:25:59  12,538.42 USD    2,584.30 USD 0.00 USD  2,658.35 USD
```

Client 11057-000

Totals for Included
     29   54:05:01   88,311.43 USD     12,404.23 USD 0.00 USD 12,404.23 USD
Totals for Client 11057-000                                  54:05:01
     29   54:05:01   88,311.43 USD     12,404.23 USD 0.00 USD 12,404.23 USD



```
SUBTOTAL FOR CLIENT CODE: 11032-000                                    23.00
SUBTOTAL FOR CLIENT CODE: 11057-000                                     6.00
SUBTOTAL FOR CLIENT CODE: 11066-000                                     9.70
```

```
   CUSTOMER NUMBER: BM0072
   DATE RANGE:        02/01/2014 - 02/28/2014                 PAGE:          2

   DATE           COURT                    TIME IN    TIME OUT TIME/PAGES  AMOUNT
                  SEARCH CRITERIA                               DESCRIPTION
   ----------------------------------------------------------------------------
```

Dld3895634

```
Totals for Included                              9:21:19
    1  9:21:19  13,456.40 USD   2,388.76 USD 0.00 USD  2,388.76 USD
Totals for Excluded                              0:05:18
        0:05:18     189.90 USD      0.00 USD 0.00 USD    189.90 USD
Totals for Client 11057-000                      9:26:37
    1  9:26:37  13,646.30 USD   2,388.76 USD 0.00 USD  2,578.66 USD
```



Client 11057.000

```
Totals for Included
            1,685.00 USD    299.12 USD 0.00 USD    299.12 USD
Totals for Client 11057.000
            1,685.00 USD    299.12 USD 0.00 USD    299.12 USD
```

Client 11057000

```
Totals for Included
    1       5,234.00 USD    929.13 USD 0.00 USD    929.13 USD
Totals for Client 11057000
    1       5,234.00 USD    929.13 USD 0.00 USD    929.13 USD
```



```
CUSTOMER NUMBER    BM0072
DATE RANGE:        03/01/2014 - 03/31/2014                    PAGE:          1

DATE         COURT                    TIME IN    TIME OUT TIME/PAGES   AMOUNT
             SEARCH CRITERIA                              DESCRIPTION
------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE:                                            1,792.00
SUBTOTAL FOR CLIENT CODE: 000009                                        19.20
```

SUBTOTAL FOR CLIENT CODE: 11057-000                                     14.30
SUBTOTAL FOR CLIENT CODE: 11066                                         12.30

file:///C:/Users/rfadako/AppData/Local/Microsoft/Windows/Tempor...

**Accounts**

1004TR
BERGER & MONTAGUE PC
PHILADELPHIA

**Date Range**

04/01/2014 - 04/30/2014

**Report Date**   **Currency**

05/06/2014       US DOLLARS



Ex.
Rate

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| ****NO CLIENT ID SPECIFIED**** | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11057-000 | $864.00 | ($503.75) | $360.25 | $0.00 | $190.00 | $550.25 | $0.00 | $550.25 |
| 11066-000 | $696.00 | ($405.83) | $290.17 | $0.00 | $0.00 | $290.17 | $0.00 | $290.17 |

6/5/2014 4:26 PM

Dld3934159

Client 11057-000

```
Totals for Included                                    37:45:00        10
     18 37:45:00  61,551.95 USD   8,700.34 USD  0.00 USD  8,700.34 USD
Totals for Client 11057-000                            37:45:00        10
     18 37:45:00  61,551.95 USD   8,700.34 USD  0.00 USD  8,700.34 USD
```

```
SUBTOTAL FOR CLIENT CODE: 11032-000                                    6.90
SUBTOTAL FOR CLIENT CODE: 11057-000                                   52.40
SUBTOTAL FOR CLIENT CODE: 11066                                        3.40
```



```
CUSTOMER NUMBER: BM0072
DATE RANGE:      04/01/2014 - 04/30/2014                    PAGE:        2

DATE        COURT                       TIME IN   TIME OUT TIME/PAGES  AMOUNT
            SEARCH CRITERIA                                DESCRIPTION
---------------------------------------------------------------------------
```



| | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Spec Offer | 11057-000 | Included | 3.52 | 0.28 | 0.00 | 0.28 |

| CLIENT # | CASE NAME | DIFFERENCE | INCORRECT CHARGE | CORRECT CHARGE STATUS |
|---|---|---|---|---|
| 10082 | DODONA ILLO | | | |
| 04178 | AMEX CURRE | | | |
| 05077 | ARBITRATION | | | |
| 11118 | CHILDRENS V | | | |
| 10101 | N)/MBTE | | | |
| 12138 | NEXIUM | | | |
| 11101-000 | STATE FARM AUTOBODY | 17,030.93 | 33,720.16 | 16,689.21 OPEN |
| 11057 | ADOBE/APPLENOCOLD | 15,686.39 | 31,877.44 | 16,191.05 OPEN |
| 11140 | MF GLOBAL | 14,124.19 | 24,720.75 | 10,596.56 OPEN |

```
CUSTOMER NUMBER: BM0072
DATE RANGE:        05/01/2013 - 05/31/2013                    PAGE:           2

DATE            COURT                     TIME IN    TIME OUT TIME/PAGES   AMOUNT
                SEARCH CRITERIA                                DESCRIPTION
------------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE: 11057-000                                         6.00
SUBTOTAL FOR CLIENT CODE: 11073                                             2.40
```



| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 11057 | 7 | 0 | $0.70 |
| Grand Total: | 123163 pages | | $12,316.30 |
| | 1 audio files ($2.40 ea) | | $2.40 |
| | | | $12,318.70 |

BERGER & MONTAGUE, P.C.

102073
90

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 123074 | 17714 | 10/02/2012 | $198.00 | ADOBE/APPLE N( |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

56-1503/412

102073
CHECK NO.

PAY    One Hundred Ninety Eight and 00/100 Dollars

| DATE | AMOUNT |
|------|--------|
| 10/02/2012 | $198.00 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:        TERI'S  BAY AREA LLC

VOID AFTER 180 DAYS

⑈102073⑈ ⑆044000024⑆ 018926037 16⑈