# EXHIBIT D

# (Part 4 of 4)

# BERGER AND MONTAGUE, P.C.

FIRM NO. 2 1 5

## REQUEST FOR CHECK

FILE NO. | CLIENT 1 1 0 5 7 | SUB FILE

MO. 9 | DAY 21 | YR. 12

AMOUNT $ , 198 00       REQUESTED BY

NAME OF CLIENT _Hi Tech Empl_

PAYABLE TO _Terri's_

FOR _Monthly Logins_

CHECK NO.



# Invoice

| Date | Invoice # |
|------|-----------|
| 8/31/2012 | 17714 |

**Bill To**

Berger & Montague, P.C.
Attn: Eric Cramer
1622 Locust Street
Philadelphia, PA 19103

**Please Pay**

TERIS - Bay Area, LLC
2455 Faber Place
Suite 200
Palo Alto, CA  94303-3316
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 1208700100 C | due upon rec... | KP | 8/31/2012 | Eric Cramer | High Tech Antitrust |
| Case Name | High Tech Antitrust | | 2nd Reference | Relativity User Logins | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2 | August Relativity: Monthly User Logins/Access - per user/month | 99.00 | 198.00 |

*The TERIS-Bay Area, LLC customer is ultimately responsible for payment within our terms.*

| Sales Tax (8.25%) | $0.00 |
|-------------------|-------|

If payment is made by ACH, please remit to:
TERIS-Bay Area, LLC - Chase Bank
Routing # 325070760  Account# 902708221
Please reference your TERIS Invoice Number

| **Total** | $198.00 |
|-----------|---------|

Received & Approved:                                    Date:





# Invoice

| Date | Invoice # |
|------|-----------|
| 10/16/2012 | 18881 |

| Bill To |
|---------|
| Berger & Montague, P.C.<br>Attn: Eric Cramer<br>1622 Locust Street<br>Philadelphia, PA 19103 |

| Please Pay |
|------------|
| TERIS – Bay Area, LLC<br>2455 Faber Place<br>Suite 200<br>Palo Alto, CA  94303-3316<br>(650) 213-9922<br>Tax ID# 45-2810676 |

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 1210700100 B | due upon rec... | KP | 10/1/2012 | Eric Cramer | High Tech Antitrust |
| Case Name | High Tech Antitrust | | 2nd Reference | See Below | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
|  | 2nd Reference: June, July & August Relativity Logins | | |
| 6 | Relativity: Monthly User Logins/Access - per user/month | 100.00 | 600.00 |

| | |
|---|---|
| *The TERIS-Bay Area, LLC customer is ultimately responsible for payment within our terms.* | **Sales Tax (8.5%)**  $0.00 |
| If payment is made by ACH, please remit to:<br>**TERIS-Bay Area, LLC - Chase Bank**<br>**Routing # 325070760  Account# 902708221**<br>Please reference your TERIS Invoice Number | **Total**  $600.00 |
| **Received & Approved:** | Date: |

BERGER & MONTAGUE, P.C.

102285

91

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 123475 | 18881 | 10/24/2012 | $600.00 | ADOBE/APPLE N( |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com
56-1503/412

102285
CHECK NO.

PAY    Six Hundred and 00/100 Dollars

| DATE | AMOUNT |
|------|--------|
| 11/05/2012 | $600.00 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:
TERIS  BAY AREA LLC
2455 FABER PLACE
SUITE 200
PALO ALTO, CA 94303-3316

VOID AFTER 180 DAYS

⑈102285⑈ ⑆044000024⑆ 018926032⑈



**Invoice**



| Date | Invoice # |
|---|---|
| 10/31/2012 | 19312 |

**Bill To**

Berger & Montague, P.C.
Attn: Eric Cramer
1622 Locust Street
Philadelphia, PA 19103
1-800-424-6690

**Please Pay**

TERIS - Bay Area, LLC
2455 Faber Place
Suite 200
Palo Alto, CA  94303-3316
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | | Client Matter | |
|---|---|---|---|---|---|---|---|
| 1210700100 | due upon rec... | KP | 10/31/2012 | Eric Cramer | | High Tech Antitrust | |
| Case Name | High Tech Antitrust | | 2nd Reference | October Billing | | | |

| Qty | Description | Rate | Amount |
|---|---|---|---|
| 2 | October Relativity: Monthly User Logins/Access - per user/month | 99.00 | 198.00 |

| | | |
|---|---|---|
| *The TERIS-Bay Area, LLC customer is ultimately responsible for payment within our terms.* | **Sales Tax (8.5%)** | $0.00 |
| **If payment is made by ACH, please remit to:**<br>**TERIS-Bay Area, LLC - Chase Bank**<br>**Routing # 325070760  Account# 902708221**<br>**Please reference your TERIS Invoice Number** | **Total** | $198.00 |
| Received & Approved: | Date: | |

BERGER & MONTAGUE, P.C.

102681
92

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|---|---|---|---|---|
| 124354 | 19312 | 12/13/2012 | $198.00 | ADOBE/APPLE NO |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com
56-1503/412

102681
CHECK NO.

PAY

One Hundred Ninety Eight and 00/100 Dollars

DATE
12/13/2012

AMOUNT
$198.00

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:
TERIS BAY AREA LLC
2455 FABER PLACE
SUITE 200
PALO ALTO, CA 94303-3316

VOID AFTER 180 DAYS

⑆102681⑆ ⑆044000024⑆ 0189260321⑆

BERGER & MONTAGUE, P.C.

102915

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 124801 | 20112 | 01/09/2013 | $198.00 | ADOBE/APPLE N( |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

56-1503/412

**102915**
CHECK NO.

PAY    One Hundred Ninety Eight and 00/100 Dollars

| DATE | AMOUNT |
|------|--------|
| 01/11/2013 | $198.00 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:
TERIS BAY AREA LLC
2455 FABER PLACE
SUITE 200
PALO ALTO, CA 94303-3316

VOID AFTER 180 DAYS

⑈102915⑈ ⑆041400002⑆ 018926032⑈





# Invoice

| Date | Invoice # |
|------|-----------|
| 11/30/2012 | 20112 |

**Bill To**

Berger & Montague, P.C.
Attn: Eric Cramer
1622 Locust Street
Philadelphia, PA 19103
1-800-424-6690

**Please Pay**

TERIS - Bay Area, LLC
2455 Faber Place
Suite 200
Palo Alto, CA 94303-3316
(650) 213-9922
Tax ID# 45-2810676

| Job Number | Terms | Rep | Delivery | Attention | Client Matter |
|------------|-------|-----|----------|-----------|---------------|
| 1211700100C | due upon rec... | KP | 11/30/2012 | Eric Cramer | High Tech Antitrust |
| Case Name | High Tech Antitrust | | 2nd Reference | November Billing | |

| Qty | Description | Rate | Amount |
|-----|-------------|------|--------|
| 2 | November Relativity: Reviewer Access - per user/month | 99.00 | 198.00 |

| | | |
|---|---|---|
| *The TERIS-Bay Area, LLC customer is ultimately responsible for payment within our terms.* | Sales Tax (0.0%) | $0.00 |
| **If payment is made by ACH, please remit to:**<br>**TERIS-Bay Area, LLC - Chase Bank**<br>**Routing # 325070760  Account# 902708221**<br>**Please reference your TERIS Invoice Number** | **Total** | $198.00 |

Received & Approved:                                      Date:



## Rita Fadako

| | |
|---|---|
| **From:** | Sarah Schalman-Bergen |
| **Sent:** | Thursday, January 03, 2013 3:40 PM |
| **To:** | Michelle Principato |
| **Cc:** | Rita Fadako; Marcy Daniels; Eric Cramer |
| **Subject:** | RE: TERIS INV 20012 FOR BERGER MONTAGUE |

Yes, this is ok for payment.
Thanks

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
(215) 875-3053 | direct

**From:** Michelle Principato
**Sent:** Thursday, January 03, 2013 3:32 PM
**To:** Sarah Schalman-Bergen
**Cc:** Rita Fadako; Marcy Daniels
**Subject:** FW: TERIS INV 20012 FOR BERGER MONTAGUE

Sarah,

Can you approve this $198.00 invoice for the High Tech Employ 11057 case, or do we need Marcy to get Eric's approval. I just want to make sure multiple people are sending it down to be paid. Please advise. Thanks.

*Michelle Principato*
Legal Assistant to
Shanon J. Carson
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-4678

**From:** Rita Fadako
**Sent:** Thursday, January 03, 2013 3:26 PM
**To:** Michelle Principato
**Subject:** FW: TERIS INV 20012 FOR BERGER MONTAGUE

Is this ok to pay

**Ritamarie T. Fadako**
**Escrow Manager**
**Berger & Montague, P.C.**
**1622 Locust Street**
**Philadelphia, PA 19103**
**direct dial 215-875-5706**
**fax number 215-875-3019**
**rfadako@bm.net**

1

**From:** Jo Anna Williams [mailto:jwilliams@teris.com]
**Sent:** Thursday, January 03, 2013 1:18 PM
**To:** Rita Fadako
**Subject:** TERIS INV 20012 FOR BERGER MONTAGUE

Hello Rita,

Attached is a copy of invoice 20112 dated 11/30/2012 in the amount of $ 198.00  which is now due.  Can you please get back to us as to when we can expect payment.

Thank You,
Jo Anna Williams
Account & A/R Specialist  for **TERIS** and *APTUS* **Court Reporting**
Direct Line: 858.354.9066
Email: jwilliams@teris.com


TERIS.com

**Seattle | San Francisco | Silicon Valley | San Diego |** San Diego **|** Phoenix **|** Austin **|** Dallas **|** Houston **|** Chicago

# TERIS

Built on **Experience**
   Powered by **Technology**
Please visit *APTUS* **Court Reporting, a TERIS sister company**
aptusCR.com

------------------------------------------

NOTICE: This communication may contain privileged or confidential information and is protected from disclosure. If you have received this email in error, please delete this message and any attachments without replying, copying, or disclosing the contents and if possible inform the sender of the error. Thank you.

---

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.





*Copy • Management • Imaging*

# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes.** Please utilize the express mail form or contact Reliable at extension 3061 for more information.

**Requestor:** _SJC_          **Date Submitted:** _7/25/11_

**Charge No.:** _11057_          **Extension:** _4678_

## Forms of Shipment:

☑ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible- specify whether looking for cheapest, fastest, other.**

---

**SEND TO:** (PLEASE PRINT ALL ADDRESS INFORMATION)

**Name:** _Dean M. Harvey_

**Co:** _Lieff Cabraser_

**Address:** _275 Battery St. 29th Floor_

**City:** _San Francisco_     **State** _CA_     **Zip Code:** _94111_

**Contact Number for Recipient:** ( _415_ ) _956-1000_

---

## Email notification will be given on all shipments

☐ Signature Required   ☐ Waive Signature   ☐ Bill Recipient   ☐ Insurance $

Note: Reliable will not assume any liability for packages/materi~~al~~
personal items shipped. Please contact a Reliable representati~~ve~~
documents are the responsibility of the requestor.

**CSR Initials:** _____

| | | |
|---|---|---|
| Ref: 11057 | Date: 25Jul11 | SHIPPING: 11.19 |
| Dep: | Wgt: 0.3 LBS | SPECIAL: 4.93 |
| | | HANDLING: 0.00 |
| | DV: 0.00 | TOTAL: 16.12 |

Svcs: STANDARD OVERNIGHT DSR
TRCK: 4599 0456 3722





Copy • Management • Imaging

# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes.** Please utilize the express mail form or contact Reliable at extension 3061 for more information.

**Requestor:** _PFM_   **Date Submitted:** _1/23/12_

**Charge No.:** _11057_   **Extension:** _4678_

## Forms of Shipment:

☑ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible-** specify whether looking for cheapest, fastest, other.

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

**Name:** _____

**Co:** _____

**Address:** _____

Secretary, Board of Bar Examiners
Hughes Justice Complex 8th Floor, N. Wing
25 Market Street
Trenton, NJ 08611
609-292-2012

**City:** _____   **Zip Code:** _____

**Contact Number** _____

### Email notification will be given on all shipments

☑ **Signature Required**   ☐ **Waive Signature**

| Ref: 11057-000 | Date: 23Jan12 | SHIPPING: | 14.85 |
| Dep: | Wgt: 0.25 LBS | SPECIAL: | 5.43 |
| | | HANDLING: | 0.00 |
| | Dv: | 0.00  TOTAL: | 20.28 |
| | Svc: STANDARD OVERNIGHT OSR | | |
| | TRCK: 5161 5109 6420 | | |

*Note: Reliable will not assume any liability for packages personal items shipped. Please contact a Reliable repre~~sentative for~~ use documents are the responsibility of the requestor.*

**CSR Initials:** _____





Reliable
*Copy • Management • Imaging*

# Express Shipment Request Form

**Please Note: FedEx DOES NOT ship to P.O. Boxes. Please utilize the express mail form or contact Reliable at extension 3061 for more information.**

**Requestor:** PFM     **Date Submitted:** 1/24/12

**Charge No.:** 11057     **Extension:** 3035

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☒ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible- specify whether looking for cheapest, fastest, other.**

---

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

**Name:** Adam Steinfeld

**Co:**

**Address:** 1812 Bellew Pl.

**City:** South Plainfield     **State** NJ     **Zip Code:** 07080

**Contact Number for Recipient:** (_____)

---

## Email notification will be given on all shipments

☐ Signature Required    ☒ Waive Signature    ☐

| Ref: 11057-000 | Date: 24Jan12 | SHIPPING: | 29.88 |
| Dep: | Wgt: 0.80 LBS | SPECIAL: | 3.88 |
| | | HANDLING: | 0.00 |
| | DV: | 0.00  TOTAL: | 33.76 |

*Note: Reliable will not assume any liability for packages/materials presented* Svc: PRIORITY OVERNIGHT
*personal items shipped. Please contact a Reliable representative for assistance. Specific filing instructions for Court documents are the responsibility of the requestor.*

**CSR Initials:**

 

**Reliable**
*Copy • Management • Imaging*

# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes**. Please utilize the express mail form or contact Reliable at extension 3061 for more information.

| | | | |
|---|---|---|---|
| Requestor: | M.Daniels f/SSB | Date Submitted: | 8/15/2012 |
| Charge No.: | 11057-000 | Extension: | 3009 |

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☑ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible- specify whether looking for cheapest, fastest, other.**

---

**SEND TO:** (PLEASE PRINT ALL ADDRESS INFORMATION)

Name: **Eric L. Cramer**

Co: _____

Address: **4 Sandy Cove Lane**

City: **Loveladies**      State **NJ**      Zip Code: **08008**

Contact Number for Recipient: ( **609** ) **494-2087**

---

## Email notification will be given on all shipments

☐ Signature Required   ☑ Waive Signature   ☐ Bill Recipient   ☐ Insurance $_____

---

*Note: Reliable will not assume any liability for packages/m... personal items shipped. Please contact a Reliable represen... documents are the responsibility of the requestor.*

Ref: 11057-000
Dep:

Date: 15Aug12
Wgt: 3.70 LBS

DV:          0.00

SHIPPING:   12.48
SPECIAL:     3.45
HANDLING:    0.00
TOTAL:      15.93

Svcs: PRIORITY OVERNIGHT
TRCK: 5366 8191 9340

CSR Initials: _____



*Copy • Management • Imaging*

## Express Shipment Request Form

**Please Note: FedEx DOES NOT ship to P.O. Boxes. Please utilize the express mail form or contact Reliable at extension 3061 for more information.**

Requestor: __SSB__          Date Submitted: __8/17/12__

Charge No.: __11057-000__        Extension: __3053__

*(circled "E" and "98" in the top right corner)*

### Forms of Shipment:

- [x] FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**
- [ ] FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**
- [ ] FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**
- [ ] FedEx **2 Day** delivery by 4:30 PM in 2 Business Days
- [ ] FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days
- [ ] FedEx **Ground** delivery by 1-3 business days based on distance to destination
- [ ] FedEx **International** delivery to foreign countries **(Several services available)**
- [ ] FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**
- [ ] **Best Way Possible**- specify whether looking for cheapest, fastest, other.

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

Name: __Dean Harvey__

Co: __Lieff Cabraser Heimann & Bernstein__

Address: __275 Battery Street, 29th Fl.__

City: __San Francisco__   State __CA__   Zip Code: __94111__

Contact Number for Recipient: __(415) 956-1000__

### Email notification will be given on all shipments

- [ ] Signature Required
- [ ] Waive Signature
- [ ] Bill Recipient
- [ ] Insurance $

*Note: Reliable will not assume any liability for packages/materials or personal items shipped. Please contact a Reliable representative. documents are the responsibility of the requestor.*

| Ref: 11057-000 | Date: 17Aug12 | SHIPPING: | 70.65 |
| Dep: | Wgt: 25.50 LBS | SPECIAL: | 7.07 |
| | | HANDLING: | 0.00 |
| | DV: 0.00 | TOTAL: | 77.72 |
| | Sys: STANDARD OVERNIGHT | | |
| | TRCK: 5366 8191 9497 | | |

CSR Initials: __EB / AB__



**Reliable**
Copy • Management • Imaging

# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes.** Please utilize the express mail form or contact Reliable at extension 3061 for more information.

Requestor: _SSB_     Date Submitted: _8/17/12_

Charge No.: _11057-000_     Extension: _3053_

## Forms of Shipment:

☒ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible**- specify whether looking for cheapest, fastest, other.

**SEND TO:** (PLEASE PRINT ALL ADDRESS INFORMATION)

Name: _Dean Harvey_

Co: _Lieff, Cabraser, Heimann & Bernstein_

Address: _275 Battery Street, 29th Floor_

City: _San Francisco_     State _CA_     Zip Code: _94111_

Contact Number for Recipient: (_415_) _956-1000_

## Email notification will be given on all shipments

☐ **Signature Required**  ☐ **Waive Signature**  ☐ B

| Ref: 11057-000 | Date: 17Aug12 | SHIPPING: | 55.28 |
|---|---|---|---|
| Dep: | Wgt: 17.10 LBS | SPECIAL: | 5.53 |
| | | HANDLING: | 0.00 |
| | DV: 0.00 | TOTAL: | 60.81 |
| | Svc: STANDARD OVERNIGHT | | |
| | TRCK 6366 9101 3501 | | |

Note: *Reliable will not assume any liability for packages/materials processed for personal items shipped. Please contact a Reliable representative for assistance. Specific filing instructions for Court documents are the responsibility of the requestor.*

CSR Initials: _EB/AP_





Copy • Management • Imaging

# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes**. Please utilize the express mail form or contact Reliable at extension 3061 for more information.

Requestor: _M. Daniels_   Date Submitted: _9/5/2012_

Charge No.: _11057-000_   Extension: _4603_

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☒ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible- specify whether looking for cheapest, fastest, other.**

---

**SEND TO:** (PLEASE PRINT ALL ADDRESS INFORMATION)

Name: _____

Co: _____   Dean M. Harvey, Esq.
**LIEFF, CABRASER, HEIMANN**
Address: _____   **& BERNSTEIN, LLP**
275 Battery Street, 29th Floor
City: _____   San Francisco, CA 94111-3339   Zip Code: _____

Contact Number for Recipient: (_____)_____

---

## Email notification will be given on all shipments

☐ Signature Required   ☐ Waive Signature   ☐ Bill Recipient   ☐ Insurance $_____

---

*Note: Reliable will not assume any liability for packages*
*personal items shipped. Please contact a Reliable re,*   Ref: 11057-000
*documents are the responsibility of the requestor.*   Dep:   Date: 05Sep12   SHIPPING:   18.77
Wgt: 5.40 LBS   SPECIAL:   2.16
HANDLING:   0.00
DV:   0.00 TOTAL:   20.93

CSR Initials: _____   Svas: ** 2DAY **
TRCK: 5366 8192 0261



*101*

## Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes**. Please utilize the express mail form or contact Reliable at extension 3061 for more information.

Requestor: _M. Daniel D. Waller_   Date Submitted: _9/7/2012_

Charge No.: _11057 - 000_   Extension: _3066_

### Forms of Shipment:

☒ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible- specify whether looking for cheapest, fastest, other.**

---

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

Name: _____

Co: _____   Anne B. Shaver, Esq.
Lieff Cabraser Heimann & Bernstein, LLP
Address: _____   Embarcadero Center West
275 Battery Street, 29th Floor
City: _____   San Francisco, CA 94111 ____   _____   Zip Code: _____

Contact Number for Recipient: (_____)_____

---

### Email notification will be given on all shipments

☐ **Signature Required**   ☐ **Waive Signature**   Ref: 11057-000   ☐ **Insurance $** _____
Dep:

Date: 07Sep12
Wgt: 4.70 LBS                    SHIPPING:
DV:                              SPECIAL:      29.34
Svcs: STANDARD OVERNIGHT         HANDLING:      3.37
TRCK: 5366 0192 0505             TOTAL:         0.00
                                0.00           32.71

*Note: Reliable will not assume any liability for packages, personal items shipped. Please contact a Reliable representative for all documents are the responsibility of the requestor.*

CSR Initials: _EB / AB_

Case# 11057

113

## Mileiddys Kim

**rom:**    Sarah Schalman-Bergen
**Sent:**    Monday, February 25, 2013 5:19 PM
**To:**    Mileiddys Kim
**Subject:**    Address for documents- sent next day shipment AM delivery

overnight

Sarah Schalman-Bergen
c/o Lisa Leebove
Joseph Saveri Law Firm
255 California Street
Suite 450
San Francisco, CA 94111
Tel. (415) 500.6800
Fax (415) 500.6803

Sarah R. Schalman-Bergen
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3053 | direct
(215) 875-3000 | main
(215) 875-4604 | fax
www.bergermontague.com

SSB   Montgomery
SPG   625

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

| | | | |
|---|---|---|---|
| Ref: 11057-000 | Date: 25Feb13 | SHIPPING: | 179.15 |
| Dep: 11057 | Wgt: 18.30 LBS | SPECIAL: | 21.42 |
| | | HANDLING: | 0.00 |
| | DV: | 0.00  TOTAL: | 200.57 |

Svcs: FIRST OVERNIGHT OSR Master 5488 2020 2798

| | | | |
|---|---|---|---|
| Ref: 11057-000 | Date: 25Feb13 | SHIPPING: | 179.25 |
| Dep: 11057 | Wgt: 20.00 LBS | SPECIAL: | 21.43 |
| | | HANDLING: | 0.00 |
| | DV: | 0.00  TOTAL: | 200.68 |

Svcs: FIRST OVERNIGHT OSR Master 5488 2020 2798

113



# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes.** Please utilize the express mail form or contact DTI at extension 3061 for more information.

**Requestor:** Mill PNC D12 7MA07   **Date Submitted:** 2/25/13

**Charge No.:** 11057   **Extension:** # 3nlsoA9t

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day (Most Economical Next Day Rate)

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day (Higher Next Day Rate)

☑ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day (Highest Next Day Rate)

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries (Several services available)

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day (Extra Charge)

☐ **Best Way Possible- specify whether looking for cheapest, fastest, other.**

---

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

**Name:** Sarah Schalman-Bergen

**Co:** Lisa Leebove

**Address:** Joseph Saveri Law Firm   255 California St Suite 450

**City:** San Francisco   **State** CA   **Zip Code:** 94111

**Contact Number for Recipient:** ( 415 ) 500 6800

---

### Email notification will be given on all shipments

☐ Signature Required   ☐ Waive Signature   ☐ Bill Recipient   ☐ Insurance $_____

*Note: DTI will not assume any liability for packages/materials presented for express shipment after 6:00pm, or personal items shipped. Please contact a DTI representative for assistance. Specific filing instructions for Court documents are the responsibility of the requestor.*

**CSR Initials:** CR/KON

  

# **Express Shipment Request Form**

Please Note: **FedEx DOES NOT ship to P.O. Boxes**. Please utilize the express mail form or contact DTI at extension 3061 for more information.

**Requestor:** Mily Kim     **Date Submitted:** 03/6/13

**Charge No.:** 11057-000     **Extension:** 3047

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☒ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible- specify whether looking for cheapest, fastest, other.**

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

**Name:** _____ **Sarah R. Schalman-Bergen**
**Le Meridien Hotels**
**Co:** _____ Le Meridien San Francisco
333 Battery Street
**Address:** _____ San Francisco CA 94111 US
1 415-296-2900

*Please leave boxes at the front desk*

**City:** _____     **State** _____ **Zip Code:** _____

**Contact Number for Recipient: (_____)** _____

**Email notification w** Ref: 11057
Dep:
Date: 06Mar13
Wgt: 22.90 LBS
DV:  0.00

SHIPPING: 194.20
SPECIAL: 19.42
HANDLING: 0.00
TOTAL: 213.62

☐ **Signature Required** ☐ **Waive Signatu** Svcs: FIRST OVERNIGHT Master 5488 2020 3268
TRCK: 5488 2020 3279

*Note: DTI will not assume any liability for packages/materials presented for express shipment after 6:00pm, or personal items shipped. Please contact a DTI representative for assistance. Specific filing instructions for Court documents are the responsibility of the requesto*

**CSR Initials:**

Ref: 11057
Dep:
Date: 06Mar13
Wgt: 14.15 LBS
DV:  0.00

SHIPPING: 159.95
SPECIAL: 16.00
HANDLING: 0.00
TOTAL: 175.95

Svcs: FIRST OVERNIGHT Master 5488 2020 3268
TRCK: 5488 2020 3268



# DTI

## Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes**. Please utilize the express mail form or contact DTI at extension 3061 for more information.

103

**Requestor:** Mily Kim          **Date Submitted:** 3/18/13

**Charge No.:** 11057          **Extension:** 3047

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☒ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible- specify whether looking for cheapest, fastest, other.**

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

**Name:** Sarah Schalman-Bergen

**Co:** Hyatt Regency Albuquerque

**Address:** 330 Tijeras Ave Northwest

**City:** Albuquerque          **State** NM          **Zip Code:** 87102

**Contact Number for Recipient:** (505) 842-1234

### Email notification will be given on all shipments

☐ **Signature Required**   ☐ **Waive Sign**

Ref: 11057          Date: 18Mar13          SHIPPING: 225.55
Dep:                Wgt: 32.80 LBS         SPECIAL: 22.56
                                            HANDLING: 0.00
                    DV:          0.00 TOTAL: 248.11
Svcs: FIRST OVERNIGHT
TRCK: 9408 2020 3794

*Note: DTI will not assume any liability for packages/materials presented for express shipment after 6:00pm, or personal items shipped. Please contact a DTI representative for assistance. Specific filing instructions for Court documents are the responsibility of the requestor.*

**CSR Initials:** CR/CM   Please leave box at the front Desk



# DTI

## Express Shipment Request Form



Please Note: **FedEx DOES NOT ship to P.O. Boxes**. Please utilize the express mail form or contact DTI at extension 3061 for more information.

**Requestor:** Mily Kim   **Date Submitted:** 3/19/2013

**Charge No.:** 11057   **Extension:** 3047

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☒ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☐ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible-** specify whether looking for cheapest, fastest, other.

---

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

**Name:** Sarah Schalman-Bergen

**Co:** Le Meridien San Francisco - Hotel

**Address:** 333 Battery Street

**City:** San Francisco   **State** CA   **Zip Code:** 94111

**Contact Number for Recipient:** (415) 296 2900

---

### Email notification will be given on all shipments

☐ **Signature Required**   ☐ **Waive Signatu**

Ref: 11057
Dep:
Date: 19Mar13
Wgt: 25.25 LBS
DV:        0.00
SHIPPING:    204.80
SPECIAL:      20.48
HANDLING:      0.00
TOTAL:       225.28
Svcs: FIRST OVERNIGHT
TRCK: 5468 2020 3912

*Note: DTI will not assume any liability for packages/materials presented for express shipment after 6:00pm, or personal items shipped. Please contact a DTI representative for assistance. Specific filing instructions for Court documents are the responsibility of the requestor.*

**CSR Initials:** CR AS Send Tracking info to Sarah & Mily





105

# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes.** Please utilize the express mail form or contact DTI at extension 3061 for more information.

Requestor: _SJC_    Date Submitted: _4/1/13_

Charge No.: _11057_    Extension: _4678_

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day (Most Economical Next Day Rate)

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day (Higher Next Day Rate)

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day (Highest Next Day Rate)

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☒ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries (Several services available)

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day (Extra Charge)

☐ **Best Way Possible-** specify whether looking for cheapest, fastest, other.

| **SEND TO** | | (MATION) |
|---|---|---|
| Name: _____ | James Dallal | _____ |
| Co: _____ | Joseph Saveri Law Firm | _____ |
| Address: _____ | 505 Montgomery Street Suite 625 | _____ |
| City: _____ | San Francisco CA 94111 | __Zip Code: _____ |
| Contact Number for Recipient: (_____) _____ | | |

## Email notification will be given on all shipments

☐ **Signature Required**   ☐ **Waive Signature**   ☐ **Bill Recipient**   ☐ **Insurance** $_____

*Note: DTI will not assume any liability for packages/ma... personal items shipped. Please contact a DTI represen... documents are the responsibility of the requestor.*

Invoice:
Customer: 11057-000
Dept:
PO Number:

Date: 01Apr13
Wgt: 14.75 LBS
COD:
DV:

Svcs: GND PPD
TRCK: 301280060400811

| | |
|---|---|
| SHIPPING: | 13.97 |
| SPECIAL: | 1.05 |
| HANDLING: | 0.00 |
| TOTAL: | 15.02 |

0.00
0.00

CSR Initials: _EB/CR_

# TimeCycle
230 N 2nd St #1C
Phila, PA 19106

**INVOICE**



| Invoice #: | 38503 |
| Account #: | 11556 |
| Billing Thru: | 03/31/13 |
| Page: | 3 |
| Branch: | Corp |

Please direct all inquiries within 7 days to:
Phone #: 215 627-7874
Email: eric@timecycle.com

Berger Montague
Attn: Accounts Payable
1622 Locust St
Phila, PA 19103

| Amount Remitted: | $ |

| Order Info | Reference | Origin | Destination | Base Chg | Surcharges | Total |
|---|---|---|---|---|---|---|

|  |  |  |  |  | 10065 SUBTOTAL | 6.00 |
| 372604 | 11057 | Berger Montague | Post Office 31st St | 7.50 |  | 7.50 |
| Candice | SSB | 1624 Locust St | 3000 Chestnut St | Bike Stand |  |  |
| 03/13/13 |  | Philadelphia, PA 19103 | Philadelphia, PA 19104 | TOS: WD |  |  |
| 04:34 PM |  |  | SIGN Clear |  |  |  |
|  |  |  |  |  | 11057 SUBTOTAL | 7.50 |

FED. ID 23-3076660
DATE DUE: April 15th, 2013

TimeCycle 230 N 2nd St #1C Phila, PA 19106

A Finance Charge of 1.5% will be charged on past due accounts.   Legal Fees will be Assessed.

| Invoice #: | 38503 |
| Account #: | 11556 |
| Billing Thru: | 03/31/13 |
| Page: | 3 |
| Branch: | Corp |

| 0-30 | 31-60 | 61-90 | 91+ |
|---|---|---|---|
|  |  |  |  |

Account Balance As of 06/02/13

| Total Charges This Invoice | |
| Finance Charge Per Terms | |
| Invoice Total | |

Printed-04/02/13 11:22   TO INSURE PROPER POSTING TO YOUR ACCOUNT PLEASE WRITE YOUR ACCOUNT NUMBER OR INVOICE NUMBER ON YOUR REMITTANCE.



# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes**. Please utilize the express mail form or contact DTI at extension 3061 for more information.

Requestor: _M. Principato_   Date Submitted: _4/5/13_

Charge No.: _11057_   Extension: _____

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day (Most Economical Next Day Rate)

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day (Higher Next Day Rate)

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day (Highest Next Day Rate)

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☑ FedEx **Ground** delivery by 1-3 business days based on distance to destination

1622 LOCUST STREET  I  PHILADELPHIA, PA 19103-6305

## Berger&Montague,P.C.
ATTORNEYS AT LAW

James Dallal
Joseph Saveri Law Firm
505 Montgomery Street
Suite 625
San Francisco CA 94111

*Note: DTI will not assume any liability for pack— ——— presented for express shipment after 6:00pm, or personal items shipped. Please contact a DTI documents are the responsibility of the requestor.*

Invoice:
Customer:
Dept:
PO Number:

Date: 05Apr13
Wgt: 6.75 LBS
COD:
DV:

SHIPPING:      9.11
SPECIAL:       0.68
0.00  HANDLING:  0.00
0.00  TOTAL:     9.79

Svcs: GND PPD
TRCK: 30128006D400869

CSR Initials: _____ TM | CR



# Express Shipment Request Form



Please Note: **FedEx DOES NOT ship to P.O. Boxes.** Please utilize the express mail form or contact DTI at extension 3061 for more information.

| | |
|---|---|
| Requestor: _SSB_ | Date Submitted: _5/29/13_ |
| Charge No.: _11057-000_ | Extension: _3153_ |

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☑ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way Possible**- specify whether looking for cheapest, fastest, other.

### SEND TO: (PLEASE PRINT ALL ADDRESS INFORMATION)

Name: _Joseph Saveri Law Firm_

Co: _505 Montgomery Drive_

Address: _Suite 625_

City: _San Francisco_   State _Ca_   Zip Code: _94111_

Contact Number for Recipient: _(215) 875-3061_

## Email notification will be given on all shipments

☐ **Signature Required**   ☐ **Waive Signature**   ☐ **Bill Recipient**   ☐ **Insurance $**

| | | | |
|---|---|---|---|
| Invoice: | Date: 29May13 | SHIPPING: | 9.16 |
| Customer: 11057-000 | Wgt: 6.55 LBS | SPECIAL: | 0.69 |
| Dept: | COD: | 0.00 HANDLING: | 0.00 |
| PO Number: | DV: | 0.00 TOTAL: | 9.85 |
| | Svc: GND PPD | | |
| | TRCK: 301280060401061 | | |

*Note: DTI will not assume any liability for packages/ma personal items shipped. Please contact a DTI represent documents are the responsibility of the requestor.*

CSR Initials: _EB/eL_



# Express Shipment Request Form

Please Note: **FedEx DOES NOT ship to P.O. Boxes**. Please utilize the express mail form or contact DTI at extension 3061 for more information.

Requestor: _SSB_      Date Submitted: _7/31/13_

Charge No.: _11057_      Extension: _____

## Forms of Shipment:

☐ FedEx **Standard Overnight** delivery by 3:00PM Next Business Day **(Most Economical Next Day Rate)**

☐ FedEx **Priority Overnight** delivery by 10:30 AM Next Business Day **(Higher Next Day Rate)**

☐ FedEx **First Overnight** delivery by 8:00 or 8:30AM Next Business Day **(Highest Next Day Rate)**

☐ FedEx **2 Day** delivery by 4:30 PM in 2 Business Days

☐ FedEx **Express Saver** delivery by 4:30 PM in 3 Business Days

☒ FedEx **Ground** delivery by 1-3 business days based on distance to destination

☐ FedEx **International** delivery to foreign countries **(Several services available)**

☐ FedEx **Saturday** delivery on Saturdays - Available for Priority Overnight & 2 Day **(Extra Charge)**

☐ **Best Way**

1622 LOCUST STREET · PHILADELPHIA, PA 19103-6305

### Berger & Montague, P.C.

Name: _____

Co: _____

Address: _____

City: _____

Contact Numb

James Dallal
Joseph Saveri Law Firm
505 Montgomery Street
Suite 625
San Francisco CA 94111

☐ Signature I

Note: DTI will not assume any liability for pac... ... ...ed for express shipment after 6:00pm, or personal items shipped. Please contact a DTI repres... documents are the responsibility of the requestor.

**CSR Initials:** CR/Tim

| Invoice: | Date: 31Jul13 | SHIPPING: | 14.57 |
| Customer: 11057 | Wgt: 15.85 LBS | SPECIAL: | 1.09 |
| Dept: | COD: | 0.00 HANDLING: | 0.00 |
| PO Number: | DV: | 0.00 TOTAL: | 15.66 |

Svce: GND PPD
TRCK: 301280060401337

BERGER & MONTAGUE, P.C.

110  102182

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|--------|-----------|-----------|----------------|--------|
| 123352 | ASSES 10412 | 10/09/2012 | $90000.00 | ADOBE/APPLE N( |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com
56-1503/412

102182
CHECK NO.

PAY          Ninety Thousand and 00/100 Dollars

| DATE | AMOUNT |
|------|--------|
| 10/18/2012 | $90,000.00 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:          LCHB HIGH TECH COLD CALLING COST FUND

VOID AFTER 180 DAYS

⑈102182⑈ ⑆0440000024⑆ 0189260321⑈

# BERGER and MONTAGUE, P.C.

### REQUEST FOR CHECK

| FIRM NO. | | |
|---|---|---|
| 2 | 1 | 5 |

| CLIENT | | | | |
|---|---|---|---|---|
| 1 | 1 | 0 | 5 | 7 |

| SUB FILE | | |
|---|---|---|
| 0 | 0 | 0 |

| MO. | DAY | YR. |
|---|---|---|
| 10 | 4 | 2012 |

| AMOUNT | |
|---|---|
| 90,000 | 00 |

**REQUESTED BY:**

**NAME OF CLIENT:** Hariharan v. Adobe Systems Inc., et al.

**PAYABLE TO:** LCHB High Tech Cold Calling Cost Fund

**FOR:** Bills to be paid

CHECK NO. _____

# DEBIT CONFIRMATION

**Transaction reference number:** 2012100900004121   **Value Date:** 12/10/09

**Account number:** ▮▮▮▮▮▮▮▮

**Account name:** OPERATING ACCOUNT
BERGER & MONTAGUE PC -NST
1622 LOCUST ST
PHILADELPHIA, PA 19103-6305

**Reference number:** 1009D4B74G1C001518

**Transaction Posting Time:** 2012/10/09 15:23:56

**Amount:** 90,000.00        **Currency:** US dollar

**Debit Party Information:** ▮▮▮▮▮▮▮▮
OPERATING ACCOUNT
BERGER & MONTAGUE PC -NST
1622 LOCUST ST
PHILADELPHIA, PA 19103-6305

**Credit Party Information:** ▮▮▮▮▮▮▮▮
CITIBANK, N.A.
SAN FRANCISCO, CA

**Beneficiary Party Information:** ▮▮▮▮▮▮▮▮
LCHB HIGH TECH COLC CALLING COST FD

Business Online Wire Transfers                                    Page 1 of 1

## Reference: 20121009-00004121

**Status Information**

|  |  |
|---|---|
| **Type:** Domestic Fed Wire | **Template:** |
| **Current Status:** In Process(5) | **Initiated:** 10/09/2012 15:23 KERNS, JOHN |
| **Batch:** | **Approved:** |
| **Fed IMAD:** | **Confirmed:** |

**Payment from Information - Originator**

**Withdrawal Amt:** 90,000.00  USD          **Withdrawal Date:** 10/09/2012
**From Account:** ▮▮▮▮▮▮▮▮▮▮
        **Name:** OPERATING ACCOUNT
   **Address 1:** BERGER & MONTAGUE PC -NST
   **Address 2:** 1622 LOCUST ST
   **Address 3:** PHILADELPHIA, PA 19103-6305

**Payment to Information - Beneficiary**

**To Account:** ▮▮▮▮▮▮
        **Name:** LCHB HIGH TECH COLC CALLING COST FD
   **Address 1:**
   **Address 2:**
   **Address 3:**

**Payment Information - Originator to Beneficiary Information**
   **Text to send with wire**
        **Line 1:**
        **Line 2:**
        **Line 3:**
        **Line 4:**

**Account at - Beneficiary Bank**

   **Routing #:** ▮▮▮▮▮▮▮
   **Bank Name:** CITIBANK, N.A.
   **Address 1:** SAN FRANCISCO, CA
   **Address 2:**
   **Address 3:**

**Pay Through Bank - Intermediary Bank**
   **Pay Through Acct:**
        **Routing #:**
   **Bank Name:**
   **Address 1:**
   **Address 2:**
   **Address 3:**

## Susan Leo

| | |
|---|---|
| **From:** | Rita Fadako |
| **Sent:** | Thursday, October 04, 2012 2:40 PM |
| **To:** | Laddie Montague |
| **Cc:** | Susan Leo |
| **Subject:** | FW: Check Request -- High Tech Cold Call (11057-000) |
| **Attachments:** | High Tech Cold Call (11057-000).pdf |

Please approve payment to be wired.  Thank you.

**Ritamarie T. Fadako**
**Escrow Manager**
**Berger & Montague, P.C.**
**1622 Locust Street**
**Philadelphia, PA 19103**
**direct dial 215-875-5706**
**fax number 215-875-3019**
**rfadako@bm.net**

*OK*
*HMM*
*10/9/12*

---

**From:** Marcy Daniels
**Sent:** Thursday, October 04, 2012 2:35 PM
**To:** Rita Fadako
**Subject:** Check Request -- High Tech Cold Call (11057-000)

Rita,

        Per our discussion, Eric said to go ahead and wire the funds.  The wire instructions are on the letter.  Thank you.

*Marcelline E. Daniels*
Secretary to:
Eric L. Cramer, Bret P. Flaherty,
Neil F. Mara, and Daniel J. Walker
**BERGER & MONTAGUE, P.C.**
1622 Locust Street
Philadelphia, PA  19103
Phone: (215) 875-4603
Fax:    (215) 875-4604
www.bergermontague.com

---

PRIVILEGED ATTORNEY/CLIENT COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information in this transmittal may be privileged and/or confidential. It is intended only for the recipient(s) listed above. If you are neither the intended recipient(s) nor a person responsible for the delivery of this transmittal to the intended recipient(s), you are hereby notified that any distribution or copying of this transmittal is prohibited. If you have received this transmittal in error, please notify Berger & Montague, P.C. immediately at (215) 875-3000 or by return e-mail. Pursuant to requirements related to practice before the U.S. Internal Revenue Service, any tax advice contained in this communication (including any attachments) is not intended to be used, and cannot be used, for purposes of (i) avoiding penalties imposed under the U.S. Internal Revenue Code or (ii) promoting, marketing or recommending to another person any tax-related matter.

1

# BERGER and MONTAGUE, P.C.

### REQUEST FOR CHECK

| FIRM NO. | | |
|---|---|---|
| 2 | 1 | 5 |

| CLIENT | | | | |
|---|---|---|---|---|
| 1 | 1 | 0 | 5 | 7 |

| SUB FILE | | |
|---|---|---|
| 0 | 0 | 0 |

| MO. | DAY | YR. |
|---|---|---|
| 10 | 4 | 2012 |

| AMOUNT | |
|---|---|
| 90,000 | 00 |

**REQUESTED BY:**

**NAME OF CLIENT:** Hariharan v. Adobe Systems Inc., et al.

**PAYABLE TO:** LCHB High Tech Cold Calling Cost Fund

**FOR:** Bills to be paid

CHECK NO. _____

BERGER & MONTAGUE, P.C.

**104192**

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|---|---|---|---|---|
| 127577 | 11057 5/21/13 | 05/24/2013 | $50000.00 | ADOBE/APPLE N( |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43216
huntington.com

**104192**

CHECK NO.

56-1503/412

PAY   Fifty Thousand and 00/100 Dollars

| DATE | AMOUNT |
|---|---|
| 05/30/2013 | $50,000.00 |

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF:   LCHB HIGH TECH COLD CALLING COST FUND

VOID AFTER 180 DAYS

⑈104192⑈ ⑆044000024⑆ 0189260321⑈

BERGER & MONTAGUE, P.C.

104192

| REF. # | INVOICE # | INV. DATE | INVOICE AMOUNT | CLIENT |
|---|---|---|---|---|
| 127577 | 11057 5/21/13 | 05/24/2013 | $50000.00 | ADOBE/APPLE NO |

**BERGER & MONTAGUE, P.C.**
1622 LOCUST STREET
PHILADELPHIA, PA 19103

THE HUNTINGTON NATIONAL BANK
COLUMBUS, OHIO 43218
huntington.com

56-1503/412

104192
CHECK NO.

PAY      Fifty Thousand and 00/100 Dollars

DATE                    AMOUNT
05/30/2013          $50,000.00

TWO SIGNATURES REQUIRED FOR AMOUNTS OVER $5000.

TO THE
ORDER
OF      LCHB HIGH TECH COLD CALLING COST FUND

VOID AFTER 180 DAYS

⑈104192⑈ ⑆044000024⑆ 018926032l6⑈



# BERGER and MONTAGUE, P.C.

### REQUEST FOR CHECK

| FIRM NO. | | |
|---|---|---|
| 2 | 1 | 5 |

| CLIENT | | | | |
|---|---|---|---|---|
| 1 | 1 | 0 | 5 | 7 |

| SUB FILE | | |
|---|---|---|
| 0 | 0 | 0 |

| MO. | DAY | YR. |
|---|---|---|
| 05 | 21 | 2013 |

**AMOUNT**

| $50,000 | 00 |
|---|---|

**REQUESTED BY:** Eric L. Cramer

**NAME OF CLIENT:** Hariharon v. Adobe Systems Inc., et al.

**PAYABLE TO:**   LCHB High Tech Cold Calling Cost Fund

**FOR:**   Bills to be paid

CHECK NO. _____

**Reliable**
*Copy • Management • Imaging*

**Berger&Montague,P.C.**
ATTORNEYS AT LAW

*112*

Date Due **6/15/12**      Time Due **3pm**

Requested By **Sarah Schalman Bergen**      Extension **3053**

Today's Date **6/12/12**      Time **2:30**      Client/Matter Number **11057**

# of Originals **1 CD**      Deliver to **Mily K.**

## INSTRUCTIONS

**Copy Qty_____ / Scan** (check one)
- [ ] All
- [ ] Clipped / Marked
- [ ] Per Post It / Flag
- [ ] Other _____

**Output / Blowback**
- [ ] As Original
- [ ] Staple Only
- [ ] Clip Only
- [ ] 1 Sided
- [ ] 2 Sided
- [ ] White Slipsheets
- [ ] Color Slipsheets
- [ ] Collated
- [ ] Uncollated
- [ ] Other _____

**Document Breaks**
- [ ] Sm. Binding Element
- [ ] Tabs
- [ ] Folder / Binder
- [ ] Folder Structure
- [ ] Other _____

**Do We Copy / Scan ?   Yes   No   Other**
| | | | |
|---|---|---|---|
| Covers | | | Slipsheet |
| File Folders | | | Slipsheet |
| Redwells | | | Slipsheet |
| Tabs | | | Insert |
| Post Its / Flag | | | R / R |

**Color Originals - Copy / Scan** (check one)
- [ ] In Color      # Photos Per Page _____
- [ ] In B/W

**Oversize Originals - Copy / Scan** (check one)
- [ ] In Color   [ ] Size for Size
- [ ] In B/W   [ ] Reduce To _____

## BINDING / FINISHING INSTRUCTIONS

**Tabs**
- [ ] Alpha   [ ] Side
- [ ] Number [ ] Blank
- [ ] Exhibit _____

**Covers (Front / Back)**
- [ ] Clear / Black
- [ ] White / White
- [ ] Other _____

| | | | |
|---|---|---|---|
| Velobind | [ ] Copies | [ ] Orig. |
| GBC/Spiral | [ ] Copies | [ ] Orig. |
| 3 Hole | [ ] Copies | [ ] Orig. |
| Other | | |

## PROCESSING INSTRUCTIONS

**Delivery Format**
- [x] CD
- [ ] DVD
- [ ] Email
- [ ] Hard Drive

**Image Format**
- [ ] Single Page
- [ ] Multi Page

**FileType**
- [ ] TIFF
- [ ] PDF
- [ ] JPEG

**Load File**
- [ ] Concordance
- [ ] Summation
- [x] Load to Kaleidoscope
- [ ] Other _____

**OCR**
- [x] All
- [ ] Select
- [ ] Single Page
- [ ] Multi Page

Disk Label to Read **In Re High Tech Employee - P&G Document Production June 2012**

**Are We Labeling / Endorsing** (check one)
- [ ] Original   [ ] Copy   [ ] Redwell
- [ ] Covers   [ ] Post Its   [ ] Image
- [ ] Tabs   [ ] File Folders [ ] Image ID Only

**PG – 00000001**
(Bates Line 1)
**PG – 00001280**
(Bates Line 2)

- [ ] Space
- [ ] No Space
- [ ] Match Image To Bates

## BLOWBACK INSTRUCTIONS

**Email Print Order**
- [ ] Date Sent
- [ ] Sender
- [ ] Custodian
- [ ] Other _____

**Native Print Order**
- [ ] Folder Structure
- [ ] Default (Alpha/Numeric)
- [ ] Other _____

**Color Prints**
- [ ] All B/W
- [ ] All Color
- [ ] Power Point & JPEG Only
- [ ] Other _____

**Oversize Prints**
- [ ] Size for Size
- [ ] Reduce to LTR
- [ ] Reduce to Legal
- [ ] Reduce to 11x17

**Files Not Printable**
- [ ] Slip Sheets w/ Error Report
- [ ] No Slip Sheets w/ Error Report
- [ ] Slip Sheets Only

**Information to be Printed on Slip Sheets**
- [ ] Folder      [ ] Default (Begin / End Doc #)
- [ ] File Name   Other _____
- [ ] Path

## ADDITIONAL INSTRUCTIONS

Please make one copy of CD and upload to Hi Tech Empl 11057 Doc Production Database.  Thanks.

---

*For Reliable Use Only*

Operator **Tim**      QC'd By _____      Delivered By _____      **DP001196**

Copy/Scan Count:      # of Binds      **Job Number**

Documents that have been processed are located in F:\Reliable\Current\Job Number.
These files will be deleted after 30 Days, unless communicated to save for future use.

*Import/OCR/ export*

*1280 pg*

*(.25)   (E)*