# EXHIBIT E

Berger & Montague, P.C.
**Expense Activity**

**10/31/2013 - 4/13/2015**

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---|---|
| **40**       **Telephone** | | | | | |
| 11057       ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                 ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 05/14/2014 | Payee: LOOP-UP - MARCH 2014 | | 6.67 | 6.67 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 6.67 | 6.67 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 6.67 | 6.67 |
| **Total 40** | | | | **6.67** | **6.67** |
| **41**       **Travel** | | | | | |
| 11057       ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                 ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 12/13/2013 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 12413 -12713 | | 157.58 | 157.58 |
| | 12/17/2013 | Payee: PETTY CASH INVOICE: 12/17/13 | | 156.72 | 156.72 |
| | 01/10/2014 | Payee: ERIC L CRAMER INVOICE: 11057 12713-12813 | | 1,085.15 | 1,085.15 |
| | 01/31/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 12199 11057 jan 2014 | | 6.50 | 6.50 |
| | 02/12/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 2514 | | 14.00 | 14.00 |
| | 04/28/2014 | Payee: Sarah R. Schalman-Bergen   INVOICE: 11057 2014 | | 53.27 | 53.27 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 1,473.22 | 1,473.22 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 1,473.22 | 1,473.22 |
| **Total 41** | | | | **1,473.22** | **1,473.22** |
| **42**       **Reproduction costs** | | | | | |
| 11057       ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                 ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 12/02/2013 | | | 711.00 | 711.00 |
| | 12/03/2013 | | | 149.40 | 149.40 |
| | 12/05/2013 | | | 60.00 | 60.00 |
| | 12/05/2013 | | | 101.55 | 101.55 |
| | 12/06/2013 | | | 9.75 | 9.75 |
| | 12/06/2013 | | | 546.75 | 546.75 |
| | 12/06/2013 | | | 202.80 | 202.80 |
| | 12/11/2013 | | | 0.30 | 0.30 |
| | 01/13/2014 | | | 390.60 | 390.60 |
| | 01/27/2014 | | | 0.45 | 0.45 |
| | 04/24/2014 | | | 0.15 | 0.15 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 2,172.75 | 2,172.75 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 2,172.75 | 2,172.75 |
| **Total 42** | | | | **2,172.75** | **2,172.75** |
| **42B**       **Reproduction costs Print** | | | | | |

Berger & Montague, P.C.
**Expense Activity**

**10/31/2013 - 4/13/2015**

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---|---|
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                  ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 10/31/2013 | | | 0.60 | 0.60 |
| | 11/01/2013 | | | 0.10 | 0.10 |
| | 11/04/2013 | | | 0.40 | 0.40 |
| | 11/19/2013 | | | 0.20 | 0.20 |
| | 12/02/2013 | | | 75.50 | 75.50 |
| | 12/05/2013 | | | 333.20 | 333.20 |
| | 12/06/2013 | | | 107.40 | 107.40 |
| | 12/07/2013 | | | 5.90 | 5.90 |
| | 12/09/2013 | | | 0.80 | 0.80 |
| | 12/10/2013 | | | 2.50 | 2.50 |
| | 12/11/2013 | | | 1.60 | 1.60 |
| | 12/19/2013 | | | 0.30 | 0.30 |
| | 12/20/2013 | | | 20.10 | 20.10 |
| | 12/30/2013 | | | 8.60 | 8.60 |
| | 12/31/2013 | | | 4.80 | 4.80 |
| | 01/03/2014 | | | 28.40 | 28.40 |
| | 01/09/2014 | | | 0.10 | 0.10 |
| | 01/10/2014 | | | 0.80 | 0.80 |
| | 01/16/2014 | | | 3.40 | 3.40 |
| | 01/17/2014 | | | 0.10 | 0.10 |
| | 01/20/2014 | | | 43.70 | 43.70 |
| | 01/23/2014 | | | 2.10 | 2.10 |
| | 01/24/2014 | | | 5.70 | 5.70 |
| | 01/27/2014 | | | 1.00 | 1.00 |
| | 01/29/2014 | | | 0.20 | 0.20 |
| | 02/05/2014 | | | 2.00 | 2.00 |
| | 02/07/2014 | | | 0.10 | 0.10 |
| | 02/12/2014 | | | 0.20 | 0.20 |
| | 03/04/2014 | | | 0.40 | 0.40 |
| | 03/06/2014 | | | 0.10 | 0.10 |
| | 03/07/2014 | | | 0.10 | 0.10 |
| | 03/11/2014 | | | 0.20 | 0.20 |
| | 03/19/2014 | | | 9.40 | 9.40 |
| | 03/25/2014 | | | 22.70 | 22.70 |
| | 03/26/2014 | | | 5.40 | 5.40 |
| | 03/27/2014 | | | 7.70 | 7.70 |
| | 03/28/2014 | | | 5.30 | 5.30 |
| | 03/31/2014 | | | 3.60 | 3.60 |
| | 04/01/2014 | | | 3.20 | 3.20 |
| | 04/02/2014 | | | 1.80 | 1.80 |
| | 04/11/2014 | | | 29.30 | 29.30 |
| | 04/15/2014 | | | 1.80 | 1.80 |
| | 04/16/2014 | | | 2.50 | 2.50 |
| | 04/23/2014 | | | 0.10 | 0.10 |
| | 04/24/2014 | | | 0.40 | 0.40 |
| | 04/29/2014 | | | 0.10 | 0.10 |
| | 05/29/2014 | | | 0.10 | 0.10 |
| | 06/20/2014 | | | 0.10 | 0.10 |
| | 08/08/2014 | | | 3.20 | 3.20 |

Berger & Montague, P.C.
**Expense Activity**

**10/31/2013 - 4/13/2015**

| Expense Code/Description Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded Amount | Billed Amount |
|---|---|---|---|---|---|
| | 08/15/2014 | | | 0.80 | 0.80 |
| | 09/05/2014 | | | 0.20 | 0.00 |
| | 09/08/2014 | | | 0.20 | 0.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 748.50 | 748.10 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 748.50 | 748.10 |
| **Total 42B** | | | | **748.50** | **748.10** |
| **42C        Reproduction costs Scans** | | | | | |
| 11057        ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 11/01/2013 | | | 8.60 | 8.60 |
| | 12/09/2013 | | | 0.05 | 0.05 |
| | 12/09/2013 | | | 0.10 | 0.10 |
| | 12/11/2013 | | | 0.20 | 0.20 |
| | 02/12/2014 | | | 0.05 | 0.05 |
| | 03/04/2014 | | | 0.20 | 0.20 |
| | 04/24/2014 | | | 0.25 | 0.25 |
| | 01/28/2015 | Scanning | | 0.40 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.00 | 0.00 |
| | 02/03/2015 | Scanning | | 1.05 | 0.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 13.90 | 9.45 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 13.90 | 9.45 |
| **Total 42C** | | | | **13.90** | **9.45** |
| **42H        HOSTING** | | | | | |
| 11057        ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 10/31/2013 | | | 10.00 | 10.00 |
| | 11/30/2013 | | | 9.80 | 9.80 |
| | 12/31/2013 | | | 9.80 | 9.80 |
| | 01/31/2014 | | | 9.80 | 9.80 |
| | 02/28/2014 | | | 9.80 | 9.80 |
| | 03/31/2014 | | | 9.80 | 9.80 |
| | 04/30/2014 | | | 9.80 | 9.80 |
| | 05/31/2014 | | | 9.35 | 9.35 |
| | 06/30/2014 | | | 9.35 | 9.35 |
| | 07/31/2014 | | | 9.30 | 9.30 |
| | 08/31/2014 | | | 9.30 | 9.30 |
| | 09/30/2014 | | | 9.30 | 0.00 |
| | 10/31/2014 | | | 9.30 | 0.00 |
| | 11/30/2014 | | | 9.30 | 0.00 |
| | 12/31/2014 | HOSTING | | 9.30 | 0.00 |
| | 01/31/2015 | HOSTING | | 9.30 | 0.00 |
| | 02/28/2015 | HOSTING | | 9.30 | 0.00 |
| | 03/31/2015 | HOSTING | | 9.30 | 0.00 |
| Total    00000  ADOBE/APPLE NO COLD CALLING | | | | 171.20 | 106.10 |

Berger & Montague, P.C.
**Expense Activity**

**10/31/2013 - 4/13/2015**

| Expense Code/Description<br>Client/Matter/Originating Timekeeper | Date | Description | Check # | Recorded<br>Amount | Billed<br>Amount |
|---|---|---|---|---|---|
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 171.20 | 106.10 |
| **Total 42H** | | | | **171.20** | **106.10** |
| **55        Computer Research** | | | | | |
| 11057      ADOBE/APPLE NO COLD CALLING | | | | | |
| 00000                    ADOBE/APPLE NO COLD CALLING | | | ELC | | |
| | 12/05/2013 | Payee: PACER - NOVEMBER 2013 | | 3.40 | 3.40 |
| | 12/05/2013 | Payee: PACER - NOVEMBER 2013 | | 15.60 | 15.60 |
| | 01/02/2014 | Payee: WEST - DEC. 2013 | | 1,471.97 | 1,471.97 |
| | 01/06/2014 | Payee: LEXIS - DECEMBER 2013 | | 13.82 | 13.82 |
| | 02/06/2014 | Payee: LEXIS - JANUARY 2014 | | 28.86 | 28.86 |
| | 02/10/2014 | Payee: PACER - DECEMBER 2013 | | 21.40 | 21.40 |
| | 02/10/2014 | Payee: PACER - JANUARY 2014 | | 16.00 | 16.00 |
| | 03/03/2014 | Payee: WEST- FEBRUARY 2014 | | 2,658.35 | 2,658.35 |
| | 03/07/2014 | Payee: WEST - JANUARY 2014 | | 12,404.23 | 12,404.23 |
| | 03/27/2014 | Payee: PACER - FEBRUARY 2014 | | 6.00 | 6.00 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 2,578.66 | 2,578.66 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 299.12 | 299.12 |
| | 04/01/2014 | Payee: WEST - MARCH 2014 | | 929.13 | 929.13 |
| | 04/09/2014 | Payee: PACER - MARCH 2014 | | 14.30 | 14.30 |
| | 05/07/2014 | Payee: LEXIS - APRIL 2014 | | 550.25 | 550.25 |
| | 05/07/2014 | Payee: WEST - APRIL 2014 | | 8,700.34 | 8,700.34 |
| | 05/14/2014 | Payee: PACER - APRIL 2014 | | 52.40 | 52.40 |
| | 06/06/2014 | Payee: WEST- MAY 2014 | | 0.28 | 0.28 |
| | 06/30/2014 | Payee: WESTLAW ADJUSTMENT | | (15,686.39) | (15,686.39) |
| | 08/15/2014 | Payee: PACER - JULY 2014 | | 6.00 | 6.00 |
| | 11/12/2014 | Payee: PACER - 8/14 - 9/14 - 10/14 | | 0.70 | 0.00 |
| Total     00000  ADOBE/APPLE NO COLD CALLING | | | | 14,084.42 | 14,083.72 |
| Total 11057  ADOBE/APPLE NO COLD CALLING | | | | 14,084.42 | 14,083.72 |
| **Total 55** | | | | **14,084.42** | **14,083.72** |
| **Report Totals** | | | | **18,670.66** | **18,600.01** |