# EXHIBIT A

## SETTLEMENTS OF EMPLOYEE CLASS ACTIONS ASSERTING ANTITRUST CLAIMS

| Case | Total Settlements | Net Class Recovery | Number of Class Members | Average Net Class Member Recovery |
|---|---|---|---|---|
| *In re: High-Tech Employee Antitrust Litig.*, 5:11-cv-02509-LHK (N.D. Cal.) | $415,000,000[1] | $326,941,500 | 64,466 | $5,071.53 |
| *Verdin, et al. v. R&B Falcon Drilling, USA, Inc., et al.*, 3:00-cv-00488-SL (S.D. Tex. Apr. 24, 2002) | $73,075,000 | $53,549,819.00 | 100,000 | $535.49 |
| *Cason-Merendo, et al. v. VHS of Michigan, Inc. et al.*, 2:06-cv-15601-GER-DAS (D. Mich. Oct. 24, 2013) | $48,059,400 | $32,338,808.87 | 23,000 | $1,406.04 |
| *Johnson, et al. v. Arizona Hosp. and Healthcare Ass'n, et al.*, 07-cv-01292-SRB (D. Ariz. Mar. 4, 2011) | $22,400,000 | $15,848,430.38 | 25,000 | $633.94 |
| *Masters v. Wilhelmina Model Agency, Inc.* 1:02-cv-04911-HB (S.D.N.Y. Sept. 16, 2009) | $ 21,855,000 | $16,305,252.19 | 16,512 | $987.48 |
| *Unger v. Albany Medical Center, et al*, 1:06-cv-00765-TJM-DRH (N.D.N.Y. Nov. 21, 2011) | $14,005,469 | $9,858,172.48 | 6,893 | $1,430.17 |
| *State of California v. eBay, Inc.*, 5:12-cv-05874-EJD (N.D. Cal. May 1, 2014) | $3,750,000 | $2,375,000.00 | 13,990 | $169.76 |

---

[1] This excludes the $20,000,000 previously achieved through settlements with Intuit, Inc., Lucasfilm Ltd., and Pixar.

1180129.1