# EXHIBIT A

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 05/07/2015 05:32:33 PM | | From | Inception |
|---|---|---|---|---|
| | | | To | 05/31/2012 |

Matter Number: 3462-0001    HIGH-TECH COLD CALLING - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| JOSEPH SAVERI | 154.70 | 800.00 | 123,760.00 |
| KELLY DERMODY | 35.50 | 800.00 | 28,400.00 |
| ERIC FASTIFF | 116.30 | 725.00 | 84,317.50 |
| BRENDAN GLACKIN | 94.70 | 675.00 | 63,922.50 |
| JOY KRUSE | 1.50 | 800.00 | 1,200.00 |
| | **402.70** | | **301,600.00** |

### NON-PARTNER ATTORNEY

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| DEAN HARVEY | 1,328.90 | 490.00 | 651,161.00 |
| KATHERINE LEHE | 466.90 | 350.00 | 163,415.00 |
| ANNE SHAVER | 189.40 | 465.00 | 88,071.00 |
| | **1,985.20** | | **902,647.00** |

### LAW CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| MARVIN NETTLES | 19.30 | 325.00 | 6,272.50 |
| PHONG-CHAU NGUYEN | 22.10 | 325.00 | 7,182.50 |
| | **41.40** | | **13,455.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD ANTHONY | 14.00 | 325.00 | 4,550.00 |
| TODD CARNAM | 41.30 | 325.00 | 13,422.50 |
| DANIEL LIU | 85.10 | 280.00 | 23,828.00 |
| ALAN RUIZ | 43.20 | 280.00 | 12,096.00 |
| STEVEN SHIN | 456.80 | 315.00 | 143,892.00 |
| BRIAN TROXEL | 45.00 | 325.00 | 14,625.00 |
| JULIE ZHU | 125.20 | 315.00 | 39,438.00 |
| | **810.60** | | **251,851.50** |

### LITIGATION SUPPORT / RESEARCH

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| KIRTI DUGAR | 37.50 | 430.00 | 16,125.00 |
| ANTHONY GRANT | 79.00 | 340.00 | 26,860.00 |
| MAJOR MUGRAGE | 12.90 | 340.00 | 4,386.00 |
| RENEE MUKHERJI | 11.70 | 290.00 | 3,393.00 |
| CYRUS YAMAT | 47.50 | 340.00 | 16,150.00 |
| | **188.60** | | **66,914.00** |

| | MATTER TOTALS | **3,428.50** | | **1,536,467.50** |
|---|---|---:|---|---:|