# EXHIBIT B

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 05/07/2015 05:34:16 PM | From | 06/01/2012 |
|---|---|---|---|
| | | To | 10/31/2012 |

Matter Number: 3462-0001     HIGH-TECH COLD CALLING - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| KELLY DERMODY | 324.10 | 800.00 | 259,280.00 |
| ERIC FASTIFF | 24.60 | 725.00 | 17,835.00 |
| BRENDAN GLACKIN | 256.70 | 675.00 | 173,272.50 |
| JOY KRUSE | 10.00 | 800.00 | 8,000.00 |
| | **615.40** | | **458,387.50** |

### NON-PARTNER ATTORNEY

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| KATHERINE BLACK | 77.00 | 460.00 | 35,420.00 |
| LISA CISNEROS | 9.90 | 465.00 | 4,603.50 |
| JOSEPH FORDERER | 322.90 | 350.00 | 113,015.00 |
| DEAN HARVEY | 756.70 | 490.00 | 370,783.00 |
| KAREN JONES | 29.00 | 515.00 | 14,935.00 |
| DALE RATNER | 787.70 | 490.00 | 385,973.00 |
| KEVIN RAYHILL | 34.00 | 375.00 | 12,750.00 |
| ANNE SHAVER | 443.10 | 465.00 | 206,041.50 |
| JONATHAN ZAUL | 389.50 | 415.00 | 161,642.50 |
| | **2,849.80** | | **1,305,163.50** |

### LAW CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| KATE EPSTEIN | 43.00 | 360.00 | 15,480.00 |
| | **43.00** | | **15,480.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| RICHARD ANTHONY | 2.50 | 325.00 | 812.50 |
| NIKKI BELUSHKO BARROWS | 26.80 | 325.00 | 8,710.00 |
| TODD CARNAM | 1.40 | 325.00 | 455.00 |
| TERENCE DESOUZA | 252.10 | 305.00 | 76,890.50 |
| TERESA ROSTKOWSKI | 9.60 | 285.00 | 2,736.00 |
| ALAN RUIZ | 0.30 | 280.00 | 84.00 |
| STEVEN SHIN | 108.10 | 315.00 | 34,051.50 |
| BRIAN TROXEL | 1.10 | 325.00 | 357.50 |
| JULIE ZHU | 42.50 | 315.00 | 13,387.50 |
| | **444.40** | | **137,484.50** |

**LITIGATION SUPPORT / RESEARCH**

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| KIRTI DUGAR | 35.00 | 430.00 | 15,050.00 |
| ANTHONY GRANT | 99.50 | 340.00 | 33,830.00 |
| MAJOR MUGRAGE | 53.80 | 340.00 | 18,292.00 |
| RENEE MUKHERJI | 2.80 | 290.00 | 812.00 |
| CYRUS YAMAT | 33.50 | 340.00 | 11,390.00 |
| | **224.60** | | **79,374.00** |
| **MATTER TOTALS** | **4,177.20** | | **1,995,889.50** |