# EXHIBIT C

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 05/07/2015 05:35:10 PM | From | 11/01/2012 |
|---|---|---|---|
|  |  | To | 02/28/2013 |

Matter Number: 3462-0001     HIGH-TECH COLD CALLING - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD HEIMANN | 143.90 | 975.00 | 140,302.50 |
| KELLY DERMODY | 209.20 | 800.00 | 167,360.00 |
| ERIC FASTIFF | 52.90 | 725.00 | 38,352.50 |
| RACHEL GEMAN | 1.30 | 675.00 | 877.50 |
| BRENDAN GLACKIN | 357.90 | 675.00 | 241,582.50 |
| HEATHER WONG | 0.30 | 575.00 | 172.50 |
| | **765.50** | | **588,647.50** |

### NON-PARTNER ATTORNEY

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| JOHN AMBROSIO | 4.00 | 490.00 | 1,960.00 |
| LISA CISNEROS | 160.30 | 465.00 | 74,539.50 |
| JOSEPH FORDERER | 192.60 | 350.00 | 67,410.00 |
| DEAN HARVEY | 746.30 | 490.00 | 365,687.00 |
| DALE RATNER | 562.80 | 490.00 | 275,772.00 |
| ANNE SHAVER | 339.30 | 465.00 | 157,774.50 |
| JONATHAN ZAUL | 583.90 | 415.00 | 242,318.50 |
| | **2,589.20** | | **1,185,461.50** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD ANTHONY | 1.10 | 325.00 | 357.50 |
| NIKKI BELUSHKO BARROWS | 2.00 | 325.00 | 650.00 |
| TODD CARNAM | 0.90 | 325.00 | 292.50 |
| TERENCE DESOUZA | 339.10 | 305.00 | 103,425.50 |
| IAN MERRIFIELD | 39.80 | 280.00 | 11,144.00 |
| DREW MONROE | 8.60 | 280.00 | 2,408.00 |
| TERESA ROSTKOWSKI | 8.60 | 285.00 | 2,451.00 |
| BRIAN TROXEL | 31.20 | 325.00 | 10,140.00 |
| JULIE ZHU | 98.10 | 315.00 | 30,901.50 |
| | **529.40** | | **161,770.00** |

### LITIGATION SUPPORT / RESEARCH

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| KIRTI DUGAR | 2.00 | 430.00 | 860.00 |
| ANTHONY GRANT | 14.00 | 340.00 | 4,760.00 |
| MAJOR MUGRAGE | 4.70 | 340.00 | 1,598.00 |
| RENEE MUKHERJI | 4.20 | 290.00 | 1,218.00 |
| CYRUS YAMAT | 3.50 | 340.00 | 1,190.00 |
| | **28.40** | | **9,626.00** |

|  | MATTER TOTALS | **3,912.50** | | **1,945,505.00** |