# EXHIBIT D

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 05/07/2015 05:37:35 PM | From | 03/01/2013 |
|---|---|---|---|
| | | To | 09/30/2013 |

**Matter Number: 3462-0001**   HIGH-TECH COLD CALLING - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD HEIMANN | 55.30 | 975.00 | 53,917.50 |
| KELLY DERMODY | 721.70 | 800.00 | 577,360.00 |
| ERIC FASTIFF | 22.20 | 725.00 | 16,095.00 |
| RACHEL GEMAN | 20.50 | 675.00 | 13,837.50 |
| BRENDAN GLACKIN | 376.80 | 675.00 | 254,340.00 |
| DEAN HARVEY | 397.40 | 515.00 | 204,661.00 |
| HEATHER WONG | 13.50 | 575.00 | 7,762.50 |
| | **1,607.40** | | **1,127,973.50** |

### NON-PARTNER ATTORNEY

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| JOHN AMBROSIO | 398.00 | 490.00 | 195,020.00 |
| KRISTIN CALSON | 382.80 | 490.00 | 187,572.00 |
| LISA CISNEROS | 372.50 | 465.00 | 173,212.50 |
| DEAN HARVEY | 653.10 | 490.00 | 320,019.00 |
| JAMES LEGGETT | 346.50 | 375.00 | 129,937.50 |
| DALE RATNER | 327.30 | 490.00 | 160,377.00 |
| ANNE SHAVER | 247.20 | 465.00 | 114,948.00 |
| JONATHAN ZAUL | 481.10 | 415.00 | 199,656.50 |
| | **3,208.50** | | **1,480,742.50** |

### LAW CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| NEHA GUPTA | 10.00 | 360.00 | 3,600.00 |
| LEAH JUDGE | 22.60 | 360.00 | 8,136.00 |
| | **32.60** | | **11,736.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| NIKKI BELUSHKO BARROWS | 5.10 | 325.00 | 1,657.50 |
| TODD CARNAM | 3.60 | 325.00 | 1,170.00 |
| TERENCE DESOUZA | 447.20 | 305.00 | 136,396.00 |
| NICOLAS MENARD | 10.60 | 325.00 | 3,445.00 |
| IAN MERRIFIELD | 396.00 | 280.00 | 110,880.00 |
| DREW MONROE | 8.00 | 280.00 | 2,240.00 |
| YUN SWENSON | 4.10 | 325.00 | 1,332.50 |
| BRIAN TROXEL | 14.80 | 325.00 | 4,810.00 |
| JULIE ZHU | 42.00 | 315.00 | 13,230.00 |
| | **931.40** | | **275,161.00** |

**LITIGATION SUPPORT / RESEARCH**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| KIRTI DUGAR | 2.50 | 430.00 | 1,075.00 |
| ANTHONY GRANT | 144.50 | 340.00 | 49,130.00 |
| MAJOR MUGRAGE | 14.30 | 340.00 | 4,862.00 |
| RENEE MUKHERJI | 5.20 | 290.00 | 1,508.00 |
| ERWIN OCAMPO | 12.00 | 340.00 | 4,080.00 |
| CYRUS YAMAT | 9.00 | 340.00 | 3,060.00 |
| | **187.50** | | **63,715.00** |
| **MATTER TOTALS** | **5,967.40** | | **2,959,328.00** |