# EXHIBIT E

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

| Report created on | 05/07/2015 05:38:38 PM | From | 10/01/2013 |
|---|---|---|---|
| | | To | 10/30/2013 |

**Matter Number: 3462-0001**  HIGH-TECH COLD CALLING - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| KELLY DERMODY | 93.80 | 800.00 | 75,040.00 |
| ERIC FASTIFF | 2.70 | 725.00 | 1,957.50 |
| BRENDAN GLACKIN | 63.50 | 675.00 | 42,862.50 |
| DEAN HARVEY | 117.90 | 515.00 | 60,718.50 |
| | **277.90** | | **180,578.50** |

### NON-PARTNER ATTORNEY

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| LISA CISNEROS | 45.30 | 465.00 | 21,064.50 |
| ANNE SHAVER | 15.90 | 465.00 | 7,393.50 |
| | **61.20** | | **28,458.00** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| TERENCE DESOUZA | 57.10 | 305.00 | 17,415.50 |
| IAN MERRIFIELD | 17.00 | 280.00 | 4,760.00 |
| YUN SWENSON | 13.30 | 325.00 | 4,322.50 |
| | **87.40** | | **26,498.00** |

### LITIGATION SUPPORT / RESEARCH

| NAME | HOURS | RATE | TOTAL |
|---|---|---|---|
| MAJOR MUGRAGE | 0.70 | 340.00 | 238.00 |
| RENEE MUKHERJI | 0.40 | 290.00 | 116.00 |
| ERWIN OCAMPO | 3.00 | 340.00 | 1,020.00 |
| CYRUS YAMAT | 2.00 | 340.00 | 680.00 |
| | **6.10** | | **2,054.00** |
| **MATTER TOTALS** | **432.60** | | **237,588.50** |