# EXHIBIT F

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 05/07/2015 05:39:38 PM | From | 10/31/2013 |
|---|---|---|---|
| | | To | 05/04/2015 |

**Matter Number: 3462-0001**  HIGH-TECH COLD CALLING - General Matter

### PARTNER

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD HEIMANN | 61.50 | 975.00 | 59,962.50 |
| KELLY DERMODY | 857.40 | 800.00 | 685,920.00 |
| ERIC FASTIFF | 0.60 | 725.00 | 435.00 |
| RACHEL GEMAN | 0.30 | 675.00 | 202.50 |
| BRENDAN GLACKIN | 590.50 | 675.00 | 398,587.50 |
| DEAN HARVEY | 1,465.70 | 515.00 | 754,835.50 |
| ANNE SHAVER | 9.30 | 490.00 | 4,557.00 |
| | **2,985.30** | | **1,904,500.00** |

### NON-PARTNER ATTORNEY

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| LISA CISNEROS | 377.60 | 465.00 | 175,584.00 |
| MARC PILOTIN | 12.70 | 435.00 | 5,524.50 |
| ANNE SHAVER | 264.00 | 465.00 | 122,760.00 |
| DARSANA SRINIVASAN | 34.50 | 415.00 | 14,317.50 |
| JONATHAN ZAUL | 79.90 | 415.00 | 33,158.50 |
| | **768.70** | | **351,344.50** |

### PARALEGAL/CLERK

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD ANTHONY | 5.30 | 325.00 | 1,722.50 |
| NIKKI BELUSHKO BARROWS | 52.40 | 325.00 | 17,030.00 |
| TODD CARNAM | 31.30 | 325.00 | 10,172.50 |
| CHRISTIAN CHAN | 108.40 | 315.00 | 34,146.00 |
| TERENCE DESOUZA | 637.50 | 305.00 | 194,437.50 |
| MICHAEL ELIAS | 52.30 | 280.00 | 14,644.00 |
| JESSICA GIORDANO | 32.00 | 305.00 | 9,760.00 |
| CHANDRA HIPPLE | 17.00 | 315.00 | 5,355.00 |
| ALEXA JONES | 30.10 | 305.00 | 9,180.50 |
| MARIANA JONES | 10.40 | 305.00 | 3,172.00 |
| ARIEL LEITNER-ZIEFF | 10.50 | 305.00 | 3,202.50 |
| NICOLAS MENARD | 26.30 | 325.00 | 8,547.50 |
| IAN MERRIFIELD | 52.80 | 280.00 | 14,784.00 |
| YUN SWENSON | 5.50 | 325.00 | 1,787.50 |
| SERA TAJIMA | 322.70 | 280.00 | 90,356.00 |
| RACHEL TERRELL-PERICA | 11.00 | 280.00 | 3,080.00 |
| BRIAN TROXEL | 205.00 | 325.00 | 66,625.00 |
| LESLIE WU | 23.80 | 305.00 | 7,259.00 |
| | **1,634.30** | | **495,261.50** |

**LITIGATION SUPPORT / RESEARCH**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| WILLOW ASHLYNN | 14.50 | 340.00 | 4,930.00 |
| KIRTI DUGAR | 2.00 | 430.00 | 860.00 |
| ANTHONY GRANT | 48.50 | 340.00 | 16,490.00 |
| MAJOR MUGRAGE | 4.00 | 340.00 | 1,360.00 |
| RENEE MUKHERJI | 13.70 | 290.00 | 3,973.00 |
| ERWIN OCAMPO | 65.00 | 340.00 | 22,100.00 |
| CYRUS YAMAT | 4.00 | 340.00 | 1,360.00 |
|  | **151.70** |  | **51,073.00** |
| **MATTER TOTALS** | **5,540.00** |  | **2,802,179.00** |