# ATTACHMENT 2

05/07/2015
Account No: 17080

**High Tech Cold Calling**

### RECAPITULATION

| Timekeeper | Total Hours To Date | Rate | Amount |
|---|---:|---:|---:|
| Linda Nussbaum | 220.2 | 850.00 | $ 187,170.00 |
| Christine Mackintosh | 11.1 | 660.00 | $ 7,326.00 |
| Shelly Friedland | 56.5 | 660.00 | $ 37,290.00 |
| Peter Barile | 549.0 | 660.00 | $ 362,340.00 |
| Bradley Demuth | 44.7 | 650.00 | $ 29,055.00 |
| Susan Schwaiger | 33.8 | 635.00 | $ 21,463.00 |
| John Radice | 182.8 | 625.00 | $ 114,250.00 |
| Adam Steinfeld | 660.0 | 625.00 | $ 412,500.00 |
| Dbernard Devieux | 110.6 | 400.00 | $ 44,240.00 |
| Lawrence Kempner | 129.0 | 395.00 | $ 50,955.00 |
| Josh Alpert | 346.7 | 375.00 | $ 130,012.50 |
| Raymond Schuenemann | 18.4 | 340.00 | $ 6,256.00 |
| Kerry Dustin | 10.8 | 310.00 | $ 3,348.00 |
| Robyn Finnimore-Pierce | 13.5 | 200.00 | $ 2,700.00 |
| Anna Yusupova | 15.0 | 200.00 | $ 3,000.00 |
| Ronald E. Wittman | 21.1 | 200.00 | $ 4,220.00 |
| Beatrice Smithh | 65.5 | 200.00 | $ 13,100.00 |
| | 2,488.70 | | $ 1,429,225.50 |