# ATTACHMENT 3

**Attachment 3**
**In re High-Tech Employees Antitrust Litigation**
**Grant & Eisenhofer P.A.**
**Reported Expenses Incurred on Behalf of Plaintiffs**
**Inception Through May 5, 2015**

| Reported Expenses (By Type) | Amount Incurred |
|---|---:|
| Computer Research | $3,038.28 |
| Copying/Reproduction | 3,969.92 |
| Delivery/Courier Service | N/A |
| Facsimile | N/A |
| Federal Express | N/A |
| In-House Print | N/A |
| Postage | 298.29 |
| Supplies | N/A |
| Telephone | 173.30 |
| Travel | 23,442.48 |
| Service Fees | 227.85 |
| Filing Fee | 979.12 |
| Outside IT Services | 3,283.00 |
| E-Discovery Processing Services | 1,532.45 |
| E-Discovery Hosting Services | 1,779.25 |
| **Total** | **$38,723.94** |