# EXHIBIT 1

**Lieff Cabraser Heimann & Bernstein, LLP**
**Case Cost Recapitulation: LCHB Only Expenses**
**High Tech Cold Calling (3462-0001)**
**Inception Through May 5, 2015**

| **LCHB Only Expenses (Not Paid by Litigation Fund)** | |
|---|---:|
| Books/Subscriptions | $2,125.02 |
| Computer Research | $28,530.91 |
| Deposition/Transcripts | $6,194.86 |
| Electronic Database | $13,071.76 |
| Electronic Processing | $100.00 |
| Experts/Consultants | $38,314.30 |
| Fax | $45.00 |
| Fed Ex Messenger | $20,936.04 |
| Filing Fees | $5,850.42 |
| In-House Copies | $11,903.80 |
| Mediation Expenses | $15,250.00 |
| Outside Copying Service | $9,181.56 |
| Postage | $1,332.02 |
| Print | $165,443.20 |
| Process Service | $1,901.43 |
| Supplies | $652.42 |
| Telephone | $11,380.70 |
| Travel | $66,929.35 |
| **Total** | **$399,142.79** |

1253475_1.xlsx