# EXHIBIT 2

**Lieff Cabraser Heimann & Bernstein, LLP**
**Case Cost Recapitulation: Litigation Fund Expenses**
**High Tech Cold Calling (3462-0001)**
**Inception Through May 5, 2015**

| Litigation Fund Expenses | |
|---|---:|
| **Settlement** | |
| Damasco & Associates | $9,518.75 |
| David A. Rotman | $21,250.00 |
| Irell & Manella, LLP | $52,075.00 |
| **Experts** | |
| Alan Manning | $70,437.50 |
| Econ One | $2,005,581.38 |
| Edward E. Leamer | $546,717.32 |
| Employment Metrics, LLC (Kevin Hallock) | $313,254.11 |
| Info Tech (Consultants/Analysts) | $298,031.25 |
| Mathew Marx | $99,350.00 |
| Jury Consultant | $105,027.26 |
| **Process Service** | |
| J & K Investigative Service | $75.00 |
| **Deposition/Transcripts** | |
| Jordan Media, Inc. | $114,850.50 |
| Kramm Court Reporters | $114,669.02 |
| Lee-Anne Shortridge CSR | $1,480.70 |
| LegalLink | $2,861.65 |
| Veritext | $32,045.87 |
| **Electronic Database** | |
| United Litigation Discovery | $3,181.50 |
| TERIS - Bay Area, LLC | $240,029.12 |
| **Total** | **$4,030,435.93** |

1253476_1.xlsx