# Exhibit 4
# (Part 1 of 2)

Manning Timesheet/Invoice for work on High-Tech Cold Calling Case



2012 ████████████████

| Date | Hours | Task | Total Hours |
|------|-------|------|-------------|
| 4/26 | 10-11 | ██████████████ | 1 |
| 4/30 | 9-11: | ████████████████ | 2 |
| 5/3 | 9-10.15 | ███████████ | 1.25 |
| | | ██████ | 0.5 |
| 5/10 | 7.00-9.15 | ████████████ | 2.25 |
| 6/23 | 1.30-2.30 | █████ | 1 |
| 6/25 | 20-22.00 | ██████ | 2 |
| 6/26 | 10-12,21-22 | ████ | 3 |
| 6/27 | 7.45-8.30, 9-10, 19.15-20.30 | ███ | 3 |
| 7/12 | 21-21.30 | ████████ | 0.5 |
| 7/24 | 21.30-22.00 | █████████ | 0.5 |
| 8/5 | 9-11 | ██████ | 2 |
| 8/7 | 10-13.15, 15-16 | ████████ | 4.25 |
| 8/8 | 8.15-11.00 | ██████████████ | 2.75 |
| 9/11 | 19.15-20.15 | ████████ | 1 |
| 9/12 | 21.15-21.45 | ████████████ | 0.5 |

Total Hours for 2012                                            27.5

<u>2013</u> ████████████████████████████



| Date | Hours | Task | Total Hours |
|------|-------|------|-------------|
| 3/10 | 7.30-9.30 | ███████████████ | 2.0 |
| | 5-5.30 | ████████ | 0.5 |
| 4/10 | 9-11 | ██████████ | 2.0 |
| 5/10 | 7-8.30 | ██████████ | 1.5 |
| 8/10 | 9-11 | ███████████ | 2.0 |
| 10/10 | 9-12, 14-17 | ███████████ | 6.0 |
| 11/10 | 9-11 | █████████ | 2.0 |
| 12/10 | 13.45-17.15 | █████████████████ | 3.5 |
| 14/10 | 9.15-12.45, 2.30-4.30pm ██████████████████ | | 5.5 |
| 15/10 | 8.30-10.30, 12.30-1, 2.15-4.15 ████████████████ | | 4.5 |
| 19/10 | 11.45-12.30 | ██████████ | 0.75 |
| 21/10 | 17.00-17.15 | ████████ | 0.25 |
| 23/10 | 10.30-12.30, 14.15-16.00 ████████████ | | 3.75 |
| 24/10 | 9.45-10.15, 11.30-12.45, 16.00-17.15, 20.15-22.45 ████████ | | 6.0 |
| 25/10 | 9.15-10.30 | ██████████ | 1.25 |
| 26/10 | 11.15-12.00, 13.30-15.15, 19.45-22.15 ████████████████ | | 5.0 |
| 27/10 | 10.45-12.30, 13.15-15.15 ████████ | | 3.75 |
| 28/10 | 9.30-10.15 | ██████████████ | 0.75 |

Total Hours for 2013                                    50.5

██████████████████

| 11/12 | Flight from London to SFO | 11 |
| 11/13 | 9.30-12,13-15.30 ████████████ | 5 |
| 11/14 | 4-7, 8-15 ████████████████ | 10 |

Total Hours                                        26


## Summary

| 2012 Hours | 27.5 |
| 2013 Hours to Date | 50.5 |
| ████████████████ | 26 |
| Grand Total of Hours | 104 |
| Converted to $ @$650/hr | $67600 |
| Minus Retainer | -$10000 |
| Total Payable | $57600 |

Manning Timesheet/Invoice for work on High-Tech Cold Calling Case

(from December 1 2013 to February 28 2014)

December 2013 ▮▮▮▮▮▮▮▮▮▮▮

| Date | Hours | Task | | Total Hours |
|------|-------|------|--|-------------|
| 2/12 | 21.30-21.45 | ▮▮▮▮▮▮▮▮ | | 0.25 |
| 3/12 | 9.15-13.15: | ▮▮▮▮▮▮▮▮▮▮ | | 4.00 |
| 3/12 | 15.00-16.00, 20.00-20.45 | ▮▮▮▮▮▮ | | 1.75 |
| 5/12 | 14.00-16.00 | ▮▮▮▮ | | 2.00 |
| 6/12 | 6.30-8.30 | ▮▮▮▮▮▮ | | 2.00 |
| 7/12 | 11.30-14.30 | ▮▮▮▮▮▮ | | 3.00 |

Total Hours for December 2013                                    13.0

January/February 2014 ▮▮▮▮▮▮▮▮▮

| Date | Hours | Task | | Total Hours |
|------|-------|------|--|-------------|
| 1/23 | 9.45-11.30 | ▮▮▮▮▮▮ | | 1.75 |
| 1/29 | 9.00-11.15 | ▮▮▮▮▮▮ | | 2.25 |
| 1/30 | 9.45-12.00 | ▮▮▮▮▮▮▮▮ | | 2.25 |
| 2/13 | 17.45-18.15 | ▮▮▮▮ | | 0.5 |

Total Hours for Jan/Feb 2014                                     6.75

Grand Total of Hours                                             19.75

Converted to $ @$650/hr                                         $12837.5

**Econ One Research, Inc.**
## Sales by Customer Detail
### All Transactions

| Invoice Date | Invoice # | Invoice Amount | Paid Amount | Balance Due |
|---|---|---|---|---|
| **High-Tech Employee Antitrust Litigation** | | | | |
| 03/16/2012 | 7894 | 10,314.30 | 10,314.30 | 0.00 |
| 04/17/2012 | 7959 | 12,408.15 | 12,408.15 | 0.00 |
| 05/09/2012 | 8030 | 25,540.13 | 25,540.13 | 0.00 |
| 06/13/2012 | 8121 | 229,235.73 | 229,235.73 | 0.00 |
| 07/12/2012 | 8160 | 265,128.99 | 265,128.99 | 0.00 |
| 08/27/2012 | 8210 | 285,881.47 | 285,881.47 | 0.00 |
| 09/13/2012 | 8311 | 191,954.26 | 191,954.26 | 0.00 |
| 10/15/2012 | 8390 | 201,745.57 | 201,745.57 | 0.00 |
| 11/09/2012 | 8429 | 73,035.14 | 73,035.14 | 0.00 |
| 12/19/2012 | 8542 | 93,405.79 | 93,405.79 | 0.00 |
| 01/09/2013 | 8569 | 91,931.97 | 91,931.97 | 0.00 |
| 02/12/2013 | 8626 | 12,552.70 | 12,552.70 | 0.00 |
| 03/19/2013 | 8700 | 3,883.50 | 3,883.50 | 0.00 |
| 04/03/2013 | 8788 | 2,275.00 | 2,275.00 | 0.00 |
| 05/07/2013 | 8868 | 63,186.25 | 63,186.25 | 0.00 |
| 06/05/2013 | 8932 | 95,479.37 | 95,479.37 | 0.00 |
| 07/08/2013 | 9055 | 47,236.39 | 47,236.39 | 0.00 |
| 08/13/2013 | 9135 | 132,559.10 | 132,559.10 | 0.00 |
| 09/05/2013 | 9214 | 13,172.79 | 13,172.79 | 0.00 |
| 10/08/2013 | 9309 | 33,203.90 | 33,203.90 | 0.00 |
| 11/14/2013 | 9426 | 147,150.00 | 147,150.00 | 0.00 |
| 12/12/2013 | 9514 | 48,365.75 | 48,365.75 | 0.00 |
| 01/09/2014 | 9546 | 140,896.25 | 140,896.25 | 0.00 |
| 02/14/2014 | 9669 | 2,913.90 | 2,913.90 | 0.00 |
| 03/06/2014 | 9731 | 3,179.40 | 3,179.40 | 0.00 |
| 03/12/2014 | 9765 | 738.00 | 738.00 | 0.00 |
| 04/01/2014 | 9841 | 4,190.50 | 4,190.50 | 0.00 |
| 05/09/2014 | 9887 | 30,488.50 | 30,488.50 | 0.00 |
| 07/02/2014 | 10073 | 162.50 | 162.50 | 0.00 |
| **Total, High Tech Employee** | | 2,262,215.30 | 2,262,215.30 | 0.00 |

**HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION**

**Edward E Leamer**
**127 34 4463**

|  | Hours | Travel |
|---|---|---|
| Apr-03 | $ 31,362.50 | |
| May-03 | $ 24,050.00 | |
| Jun-03 | $ 43,712.50 | $ 1,940.65 |
| Jul-03 | $ 35,262.50 | |
| Aug-03 | $ 10,400.00 | $ 1,033.12 |
| | $ 144,787.50 | $ 2,973.77 |

**TOTAL DUE**            **$ 147,761.27**

Sept. - 03

2,925.00   939.09

$ 151,625.36

**Bill for Professional Services**

Edward E. Leamer                                          (310) 206-1452
2311 Achilles Drive                                       (323) 436-5220
Los Angeles, CA  90046-1623                               FAX: (310) 825-4011

SS# 127 34 4463

---

TO:     Dean Harvey
        Lieff Cabraser Heimann and Bernstein, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339

RE:     High Tech Employee Anti-Trust Litigation

DATE:   September 1, 2012

---

**Leamer April 2012 to August 2012 Fees and Travel Costs**

HOURS

|        | Hours | Amount        |
|--------|-------|---------------|
| April  | 22.5  | $  14,625.00  |
| May    | 6.75  | $   4,387.50  |
| June   | 29.75 | $  19,337.50  |
| July   | 81.25 | $  52,812.50  |
| August | 48    | $  31,200.00  |
| TOTAL  |       | $122,362.50   |

TRAVEL

| August | | $    381.00 |
|--------|--|-------------|

**TOTAL DUE**              **$122,743.50**

Timesheets attached

Leamer September 2012 to December 2012 Fees and Travel Costs

| | Hours | @$650 | Travel | Total |
|---|---|---|---|---|
| Sep-12 | 86.5 | $ 56,225.00 | | $ 56,225.00 |
| Oct-12 | 41.75 | $ 27,137.50 | $ 1,529.64 | $ 28,667.14 |
| Nov-12 | 66.25 | $ 43,062.50 | $ 653.02 | $ 43,715.52 |
| Dec-12 | 41 | $ 26,650.00 | | $ 26,650.00 |
| | | $ 153,075.00 | $ 2,182.66 | $ 155,257.66 |

**Time sheet**
Edward E. Leamer
2311 Achilles Drive
Los Angeles, CA 90046
SS# 127 34 4463

September-12

**HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION**

| | Date | Description | Hours |
|---|---|---|---|
| Saturday | 1-Sep-12 | | |
| Sunday | 2-Sep-12 | | 3.5 |
| Monday | 3-Sep-12 | | 2 |
| Tuesday | 4-Sep-12 | | 2.5 |
| Wednesday | 5-Sep-12 | | 1.75 |
| Thursday | 6-Sep-12 | | |
| Friday | 7-Sep-12 | | |
| Saturday | 8-Sep-12 | | 4 |
| Sunday | 9-Sep-12 | | 2.25 |
| Monday | 10-Sep-12 | | 8 |
| Tuesday | 11-Sep-12 | | 6.5 |
| Wednesday | 12-Sep-12 | | 5 |
| Thursday | 13-Sep-12 | | 5.75 |
| Friday | 14-Sep-12 | | 6 |
| Saturday | 15-Sep-12 | | 1.5 |
| Sunday | 16-Sep-12 | | |
| Monday | 17-Sep-12 | | 3.25 |
| Tuesday | 18-Sep-12 | | |
| Wednesday | 19-Sep-12 | | |
| Thursday | 20-Sep-12 | | 2.5 |
| Friday | 21-Sep-12 | | 4 |
| Saturday | 22-Sep-12 | | 3.75 |
| Sunday | 23-Sep-12 | | |
| Monday | 24-Sep-12 | | |
| Tuesday | 25-Sep-12 | | |
| Wednesday | 26-Sep-12 | | 5.75 |
| Thursday | 27-Sep-12 | | 8 |
| Friday | 28-Sep-12 | | 3.5 |
| Saturday | 29-Sep-12 | | 7 |
| Sunday | 30-Sep-12 | | |
| Monday | 1-Oct-12 | | |
| | | TOTAL HOURS | 86.5 |
| | | @ $650 | $ 56,225.00 |

**Time sheet**
Edward E. Leamer
2311 Achilles Drive
Los Angeles, CA 90046
SS# 127 34 4463

October-12

**HIGH-TECH EMPLOYEE**
**ANTITRUST LITIGATION**

| | Date | Description | Hours |
|---|---|---|---|
| Monday | 1-Oct-12 | | |
| Tuesday | 2-Oct-12 | | |
| Wednesday | 3-Oct-12 | | |
| Thursday | 4-Oct-12 | | |
| Friday | 5-Oct-12 | | |
| Saturday | 6-Oct-12 | | |
| Sunday | 7-Oct-12 | | |
| Monday | 8-Oct-12 | | |
| Tuesday | 9-Oct-12 | | 3 |
| Wednesday | 10-Oct-12 | | |
| Thursday | 11-Oct-12 | | |
| Friday | 12-Oct-12 | | |
| Saturday | 13-Oct-12 | | |
| Sunday | 14-Oct-12 | | |
| Monday | 15-Oct-12 | | |
| Tuesday | 16-Oct-12 | | |
| Wednesday | 17-Oct-12 | | |
| Thursday | 18-Oct-12 | | |
| Friday | 19-Oct-12 | | 5.5 |
| Saturday | 20-Oct-12 | | 4.5 |
| Sunday | 21-Oct-12 | | |
| Monday | 22-Oct-12 | | |
| Tuesday | 23-Oct-12 | | 6.75 |
| Wednesday | 24-Oct-12 | | 4 |
| Thursday | 25-Oct-12 | | 8 |
| Friday | 26-Oct-12 | | 10 |
| Saturday | 27-Oct-12 | | |
| Sunday | 28-Oct-12 | | |
| Monday | 29-Oct-12 | | |
| Tuesday | 30-Oct-12 | | |
| Wednesday | 31-Oct-12 | | |
| | | TOTAL HOURS | 41.75 |
| | | @ $650 | $ 27,137.50 |

Travel Costs: Depositions and Prep

| | Date | Description | | Amount |
|---|---|---|---|---|
| | 24-Oct-12 | Airfare | $ | 209.60 |
| | 24-Oct-12 | Le Meridien Hotel | $ | 448.38 |
| | 24-Oct-12 | BART | $ | 8.25 |
| | 24-Oct-12 | Dinner - Tadich Grill | $ | 49.04 |
| | 25-Oct-12 | Breakfast - Le Meridien | $ | 20.90 |
| | 25-Oct-12 | OMNI hotel | $ | 557.52 |
| | 25-Oct-12 | Dinner - Tadich Grill | $ | 41.21 |
| | 26-Oct-12 | Breakfast - OMNI | $ | 24.70 |
| | 26-Oct-12 | Dinner - Yankee Pier | $ | 25.04 |
| | 26-Oct-12 | Taxi to SFO | $ | 55.00 |
| | 26-Oct-12 | Parking- LAX | $ | 90.00 |
| | | **TOTAL Travel** | **$** | **1,529.64** |

**Time sheet**
Edward E. Leamer
2311 Achilles Drive
Los Angeles, CA 90046
SS# 127 34 4463

November-12

**HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION**

| | Date | Description | Hours |
|---|---|---|---|
| Thursday | 1-Nov-12 | | |
| Friday | 2-Nov-12 | | |
| Saturday | 3-Nov-12 | | |
| Sunday | 4-Nov-12 | | |
| Monday | 5-Nov-12 | | |
| Tuesday | 6-Nov-12 | | |
| Wednesday | 7-Nov-12 | | |
| Thursday | 8-Nov-12 | | 4.75 |
| Friday | 9-Nov-12 | | |
| Saturday | 10-Nov-12 | | |
| Sunday | 11-Nov-12 | | 2.5 |
| Monday | 12-Nov-12 | | |
| Tuesday | 13-Nov-12 | | |
| Wednesday | 14-Nov-12 | | |
| Thursday | 15-Nov-12 | | 3.5 |
| Friday | 16-Nov-12 | | 6 |
| Saturday | 17-Nov-12 | | 3.5 |
| Sunday | 18-Nov-12 | | 3 |
| Monday | 19-Nov-12 | | 4 |
| Tuesday | 20-Nov-12 | | 8 |
| Wednesday | 21-Nov-12 | | |
| Thursday | 22-Nov-12 | | |
| Friday | 23-Nov-12 | | 2.5 |
| Saturday | 24-Nov-12 | | 6 |
| Sunday | 25-Nov-12 | | 1.25 |
| Monday | 26-Nov-12 | | 5 |
| Tuesday | 27-Nov-12 | | |
| Wednesday | 28-Nov-12 | | 3 |
| Thursday | 29-Nov-12 | | 7 |
| Friday | 30-Nov-12 | | 3.75 |
| Saturday | 1-Dec-12 | | 2.5 |
| | | TOTAL HOURS | 66.25 |
| | | @ $650 | $ 43,062.50 |

Travel Costs: Deposition and Prep

| | | | |
|---|---|---|---|
| 19-Nov-12 | Airfare | $ | 296.60 |
| 19-Nov-12 | Le Meridien Hotel | $ | 183.27 |
| 19-Nov-12 | BART | $ | 8.25 |
| 19-Nov-12 | Dinner - Tadich Grill | $ | 40.75 |
| 20-Nov-12 | Breakfast - Le Meridien | $ | 20.90 |
| 20-Nov-12 | BART | $ | 8.25 |
| 20-Nov-12 | United Club | $ | 50.00 |
| 20-Nov-12 | Parking- LAX | $ | 45.00 |
| **TOTAL Travel** | | $ | 653.02 |

**Time sheet**
Edward E. Leamer
2311 Achilles Drive
Los Angeles, CA 90046
SS# 127 34 4463

**December-12**

**HIGH-TECH EMPLOYEE
ANTITRUST LITIGATION**

| | Date | Description | Hours |
|---|---|---|---|
| Saturday | 1-Dec-12 | | 6 |
| Sunday | 2-Dec-12 | | 3.5 |
| Monday | 3-Dec-12 | | |
| Tuesday | 4-Dec-12 | | 5.5 |
| Wednesday | 5-Dec-12 | | 4.25 |
| Thursday | 6-Dec-12 | | 6 |
| Friday | 7-Dec-12 | | 2.25 |
| Saturday | 8-Dec-12 | | 3.5 |
| Sunday | 9-Dec-12 | | 5 |
| Monday | 10-Dec-12 | | 5 |
| Tuesday | 11-Dec-12 | | |
| Wednesday | 12-Dec-12 | | |
| Thursday | 13-Dec-12 | | |
| Friday | 14-Dec-12 | | |
| Saturday | 15-Dec-12 | | |
| Sunday | 16-Dec-12 | | |
| Monday | 17-Dec-12 | | |
| Tuesday | 18-Dec-12 | | |
| Wednesday | 19-Dec-12 | | |
| Thursday | 20-Dec-12 | | |
| Friday | 21-Dec-12 | | |
| Saturday | 22-Dec-12 | | |
| Sunday | 23-Dec-12 | | |
| Monday | 24-Dec-12 | | |
| Tuesday | 25-Dec-12 | | |
| Wednesday | 26-Dec-12 | | |
| Thursday | 27-Dec-12 | | |
| Friday | 28-Dec-12 | | |
| Saturday | 29-Dec-12 | | |
| Sunday | 30-Dec-12 | | |
| Monday | 31-Dec-12 | | |
| | | TOTAL HOURS | 41 |
| | | @ $650 | $  26,650.00 |

**Bill for Professional Services**

Edward E. Leamer                                    (310) 206-1452
2311 Achilles Drive                                 (323) 436-5220
Los Angeles, CA  90046-1623                         FAX: (310) 825-4011

SS# 127 34 4463

---

TO:     Dean Harvey
        Lieff Cabraser Heimann and Bernstein, LLP
        275 Battery Street, 29th Floor
        San Francisco, CA 94111-3339

RE:     High Tech Employee Anti-Trust Litigation

DATE:   January 15, 2013

---

|        | Hours  |    | Amount     |    | Travel   |
|--------|--------|----|------------|----|----------|
| Sep-13 | 4.5    | $  | 2,925.00   | *paid* |      |
| Oct-13 | 58.25  | $  | 37,862.50  |    |          |
| Nov-13 | 39     | $  | 25,350.00  | $  | 960.00   |
| Dec-13 | 80.25  | $  | 52,162.50  | $  | 755.80   |
| Totals | 182    | $  | 118,300.00 | $  | 1,715.80 |

**Total Due:**        **$**    **120,015.80**

⟨2,925.00⟩  *paid 2/19/14*

Timesheets and expenses attached

*117,090.80*

**Time sheet**
Edward E. Leamer
2311 Achilles Drive
Los Angeles, CA 90046
SS# 127 34 4463

**September-13**

**HIGH-TECH EMPLOYEE**
**ANTITRUST LITIGATION**

|           | Date       | Description | Hours |
|-----------|------------|-------------|-------|
| Sunday    | 1-Sep-13   |             |       |
| Monday    | 2-Sep-13   |             |       |
| Tuesday   | 3-Sep-13   |             |       |
| Wednesday | 4-Sep-13   |             |       |
| Thursday  | 5-Sep-13   |             |       |
| Friday    | 6-Sep-13   |             |       |
| Saturday  | 7-Sep-13   |             |       |
| Sunday    | 8-Sep-13   |             |       |
| Monday    | 9-Sep-13   |             |       |
| Tuesday   | 10-Sep-13  |             |       |
| Wednesday | 11-Sep-13  |             |       |
| Thursday  | 12-Sep-13  |             |       |
| Friday    | 13-Sep-13  | █████████   | 1.75  |
| Saturday  | 14-Sep-13  |             |       |
| Sunday    | 15-Sep-13  |             |       |
| Monday    | 16-Sep-13  | ███████     | 2     |
| Tuesday   | 17-Sep-13  | ███████     | 0.75  |
| Wednesday | 18-Sep-13  |             |       |
| Thursday  | 19-Sep-13  |             |       |
| Friday    | 20-Sep-13  |             |       |
| Saturday  | 21-Sep-13  |             |       |
| Sunday    | 22-Sep-13  |             |       |
| Monday    | 23-Sep-13  |             |       |
| Tuesday   | 24-Sep-13  |             |       |
| Wednesday | 25-Sep-13  |             |       |
| Thursday  | 26-Sep-13  |             |       |
| Friday    | 27-Sep-13  |             |       |
| Saturday  | 28-Sep-13  |             |       |
| Sunday    | 29-Sep-13  |             |       |
| Monday    | 30-Sep-13  |             |       |

TOTAL HOURS                                4.5

@ $650                          $   2,925.00

# EMPLOYMENT METRICS LLC
### ECONOMICS AND HUMAN RESOURCES CONSULTING

January 2, 2013

Brendan P. Glackin
Tel: 415.956.1000
Fax: 415.956.1008
bglackin@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

| INVOICE #2013-1 |
|:---:|

For professional service rendered in connection with High-Tech Employee Antitrust
Litigation.

| date | activity | hours | charge |
|------|----------|-------|--------|
| 10/29/2012 | ████████ | 1.5 | $1125 |
| 11/21/2012 | ████████ | 2 | 1500 |
| 11/22/2012 | ████████ | 3.9 | 2925 |
| 11/23/2012 | ████████ | 4.3 | 3225 |
| 11/25/2012 | ████████ | 6.4 | 4800 |
| 11/26/2012 | ████████ | 2 | 1500 |
| 11/29/2012 | ████████ | 2.7 | 2025 |
| 12/13/2012 | ████████ | 0.2 | 150 |
| 12/20/2012 | ████████ | 2.7 | 2025 |

**TOTAL**          | $19275 |

**Pay to order of:**
**Employment Metrics LLC**
EIN: 20-5164164

103 HARVARD PLACE • ITHACA, NY • 14850
607-342-8130

# EMPLOYMENT METRICS LLC

### ECONOMICS AND HUMAN RESOURCES CONSULTING

February 20, 2013

Brendan P. Glackin
Tel: 415.956.1000
Fax: 415.956.1008
bglackin@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

| INVOICE #2013-2 |
|:---:|

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| date | Activity | hours | Charge | |
|------|----------|-------|--------|------|
| 1/6/2013 | | 3.5 | 2625 | |
| 1/7/2013 | | 8 | 6000 | |
| 1/9/2013 | | 1.4 | 1050 | |
| 1/13/2013 | | 2.9 | 2175 | |
| 1/21/2013 | | 2.6 | 1950 | |
| 1/23/2013 | | 3.1 | 2325 | |
| 1/26/2013 | | 1.6 | 1200 | |
| 1/27/2013 | | 1.1 | 825 | |
| 2/2/2013 | | 2 | 1500 | |
| 2/3/2013 | | 3.6 | 2700 | |
| 2/7/2013 | | 5.9 | 4425 | |
| 2/8/2013 | | 2 | 1500 | |
| 2/14/2013 | | 0.2 | 150 | |
| 2/15/2013 | | 0.7 | 525 | |
| **TOTAL** | | | 28,950 | |

Pay to order of:
**Employment Metrics LLC**
EIN: 20-5164164

# EMPLOYMENT METRICS LLC

### ECONOMICS AND HUMAN RESOURCES CONSULTING

March 23, 2013

Brendan P. Glackin
Tel:  415.956.1000
Fax:  415.956.1008
bglackin@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

| INVOICE #2013-3 |
|:---:|

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| date | Activity | hours | Charge |
|------|----------|-------|--------|
| 2/20/2013 |  | 0.5 | 375 |
| 2/21/2013 |  | 3.9 | 2925 |
| 2/23/2013 |  | 0.3 | 225 |
| 2/25/2013 |  | 0.3 | 225 |
| 2/27/2013 |  | 2.3 | 1725 |
| 3/3/2013 |  | 9.7 | 7275 |
| 3/8/2013 |  | 0.1 | 75 |
| 3/9/2013 |  | 0.1 | 75 |
| 3/10/2013 |  | 0.8 | 600 |
| 3/12/2013 |  | 0.8 | 600 |
| 3/13/2013 |  | 2.5 | 1875 |
| 3/16/2013 |  | 4.6 | 3450 |
| 3/17/2013 |  | 3.5 | 2625 |
| 3/20/2013 |  | 5 | 3750 |

**TOTAL**   | 25,800 |

**Pay to order of:**
**Employment Metrics LLC**
EIN: 20-5164164

103 HARVARD PLACE • ITHACA, NY • 14850
607-342-8130

# EMPLOYMENT METRICS LLC

### ECONOMICS AND HUMAN RESOURCES CONSULTING

April 23, 2013

Brendan P. Glackin
Tel:  415.956.1000
Fax:  415.956.1008
bglackin@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

| INVOICE #2013-4 |
| --- |

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| date | Activity | Hours | Charge |
| --- | --- | --- | --- |
| 3/23/2013 | | 0.4 | 300 |
| 3/24/2013 | | 1.8 | 1350 |
| 3/29/2013 | | 0.2 | 150 |
| 3/30/2013 | | 5.6 | 4200 |
| 3/31/2013 | | 2.7 | 2025 |
| 4/1/2013 | | 0.9 | 675 |
| 4/2/2013 | | 2.7 | 2025 |
| 4/3/2013 | | 2.6 | 1950 |
| 4/5/2013 | | 3.4 | 2550 |
| 4/7/2013 | | 3.2 | 2400 |
| 4/8/2013 | | 2.3 | 1725 |
| 4/7/2013 | | 1.7 | 1275 |
| 4/11/2013 | | 2.2 | 1650 |
| 4/13/2013 | | 1.8 | 1350 |
| 4/14/2013 | | 2.5 | 1875 |
| 4/16/2013 | | 1 | 750 |
| 4/18/2013 | | 2.2 | 1650 |
| 4/21/2013 | | 5.8 | 4350 |
| 4/22/2013 | | 3.2 | 2400 |

**TOTAL**  $34,650

| Pay to order of: |
| --- |
| **Employment Metrics LLC** |
| EIN: 20-5164164 |

103 HARVARD PLACE • ITHACA, NY • 14850
607-342-8130

# EMPLOYMENT METRICS LLC

## ECONOMICS AND HUMAN RESOURCES CONSULTING

May 10, 2013

Brendan P. Glackin
Tel:  415.956.1000
Fax:  415.956.1008
bglackin@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

| INVOICE #2013-5 |
|---|

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| Date | Activity | Hours | Charge |
|---|---|---|---|
| 4/23/2013 | | 3 | 2250 |
| 4/29/2013 | | 3.1 | 2325 |
| 4/30/2013 | | 4.2 | 3150 |
| 5/1/2013 | | 5.9 | 4425 |
| 5/2/2013 | | 8.1 | 6075 |
| 5/3/2013 | | 2.7 | 2025 |
| 5/4/2013 | | 15.2 | 11400 |
| 5/5/2013 | | 14.5 | 10875 |
| 5/6/2013 | | 2.9 | 2175 |
| 5/7/2013 | | 2.3 | 1725 |
| 5/8/2013 | | 8.2 | 6150 |
| 5/9/2013 | | 12.2 | 9150 |
| 5/10/2013 | | 8.4 | 6300 |

**TOTAL**          $68,025

**Pay to order of:**
**Employment Metrics LLC**
EIN: 20-5164164

# EMPLOYMENT METRICS LLC

## ECONOMICS AND HUMAN RESOURCES CONSULTING

June 12, 2013

Ms. Kelly Dermody
Tel:  415.956.1000
Fax:  415.956.1008
kdermody@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

### INVOICE #2013-6

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| Date | Activity | Hours | Charge |
|------|----------|-------|--------|
| 5/14/2013 | █████████████ | 0.9 | 675 |
| 5/4/2013 | ███████████ | 8 | 6000 |
| 5/5/2013 | █████████ | 8 | 6000 |
| 5/6/2013 | ███████ | 8 | 6000 |
| 5/7/2013 | █████ | 10 | 7500 |
| 5/8/2013 | ███ | 8 | 6000 |
| | **TOTAL** | | $32,175 |

**Pay to order of:**
**Employment Metrics LLC**
EIN: 20-5164164

# EMPLOYMENT METRICS LLC
### ECONOMICS AND HUMAN RESOURCES CONSULTING

June 12, 2013

Ms. Kelly Dermody
Tel: 415.956.1000
kdermody@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339

| INVOICE #2013-E-A |
| --- |

For expenses in connection with High-Tech Employee Antitrust Litigation.

| Trip | Expense | Charge |
| --- | --- | --- |
| Jan 6-7 | | |
| | Hotel | 241.54 |
| | dinner Lauri's | 30.44 |
| | Taxi in | 54.55 |
| | Taxi out | 60 |
| | Starbucks lunch | 6.45 |
| | upgrade seat | 64 |
| | Flight (addition to pre-existing flight) | 492.60 |
| | leave SF early | 75 |
| June 4-8 | | |
| | taxi in | 55 |
| | taxi out | 51 |
| | flight | 1406.6 |
| | ferry plaza dinner (6/6) | 71.81 |
| | le meridien dinner (6/5) | 66.77 |
| | peet's breakfast (6/8) | 10.52 |
| | usair bag fee | 25 |
| | e tutto qua dinner (6/4) | 47.15 |
| | usair food | 9.78 |
| | le meridien dinner (6/7) | 37.54 |

**TOTAL**          $2,805.75

| Pay to order of: |
| --- |
| **Employment Metrics LLC** |
| EIN: 20-5164164 |

# EMPLOYMENT METRICS LLC

### ECONOMICS AND HUMAN RESOURCES CONSULTING

August 14, 2013

Ms. Kelly Dermody
Tel: 415.956.1000
Fax: 415.956.1008
kdermody@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

| **INVOICE #2013-7** |
|---|

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| Date | Activity | Hours | Charge |
|---|---|---|---|
| 6/24/2013 | | 3.7 | 2775 |
| 6/25/2013 | | 3.5 | 2625 |
| 6/26/2013 | | 5.4 | 4050 |
| 6/27/2013 | | 0.5 | 375 |
| 6/28/2013 | | 1.5 | 1125 |
| 6/30/2013 | | 3.3 | 2475 |
| 7/1/2013 | | 0.9 | 675 |
| 7/10/2013 | | 1.1 | 825 |
| 8/7/2013 | | 8 | 6000 |
| 8/8/2013 | | 10 | 7500 |
| 8/8-12/2013 | | 8 | 6000 |

**TOTAL**            $34,425

| Pay to order of: |
|---|
| **Employment Metrics LLC** |
| EIN: 20-5164164 |

# EMPLOYMENT METRICS LLC

### ECONOMICS AND HUMAN RESOURCES CONSULTING

August 14, 2013

Ms. Kelly Dermody
Tel: 415.956.1000
kdermody@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339

| INVOICE #2013-E-B |
|---|

For expenses in connection with High-Tech Employee Antitrust Litigation.

| Trip | Expense | Charge |
|---|---|---|
| Aug 6-8 | | |
| | Taxi in | 55.00 |
| | Taxi out | 50.00 |
| | Flight (addition to pre-existing flight) | 900.40 |
| | Lunch, 8/6 | 31.10 |
| | Dinner, 8/7 | 56.76 |
| | Parking | 20.84 |

**TOTAL**          $1,114.10

**Pay to order of:**
**Employment Metrics**
**LLC**
EIN: 20-5164164

# EMPLOYMENT METRICS LLC

### ECONOMICS AND HUMAN RESOURCES CONSULTING

November 2, 2013

Ms. Kelly Dermody
Tel: 415.956.1000
Fax: 415.956.1008
kdermody@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

## INVOICE #2013-8

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| Date | Activity | Hours | Charge |
|------|----------|-------|--------|
| 10/4/2013 | | 0.6 | 450 |
| 10/5/2013 | | 4.5 | 3375 |
| 10/6/2013 | | 3.7 | 2775 |
| 10/10/2013 | | 1.1 | 825 |
| 10/11/2013 | | 0.4 | 300 |
| 10/12/2013 | | 2.6 | 1950 |
| 10/13/2013 | | 1 | 750 |
| 10/14/2013 | | 3.9 | 2925 |
| 10/15/2013 | | 4 | 3000 |
| 10/17/2013 | | 2.1 | 1575 |
| 10/18/2013 | | 2.2 | 1650 |
| 10/19/2013 | | 1.1 | 825 |
| 10/26/2013 | | 5.7 | 4275 |
| 10/27/2013 | | 2.3 | 1725 |
| 11/2/2013 | | 2.3 | 1725 |

**TOTAL**          $28,125

**Pay to order of:**
**Employment Metrics LLC**
EIN: 20-5164164

# EMPLOYMENT METRICS LLC

## ECONOMICS AND HUMAN RESOURCES CONSULTING

December 1, 2013

Ms. Kelly Dermody
Tel:  415.956.1000
kdermody@lchb.com
Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339

| INVOICE #2013-E-C |
|---|

For expenses in connection with High-Tech Employee Antitrust Litigation.

| Trip | Expense | Charge |
|---|---|---|
| Nov 15-18 | | |
| | Taxi in | 53.90 |
| | Taxi out | 59.20 |
| | Flight | 1,017.60 |
| | Dinner 11/15 | 64.59 |
| | Dinner 11/16 | 68.59 |
| | Dinner 11/17 | 45.38 |
| | **TOTAL** | $1,309.26 |

**Pay to order of:**
**Employment Metrics
LLC**
EIN: 20-5164164

# EMPLOYMENT METRICS LLC

### ECONOMICS AND HUMAN RESOURCES CONSULTING

December 5, 2013

Ms. Kelly Dermody
Tel:  415.956.1000
Fax:  415.956.1008
kdermody@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

| INVOICE #2013-9 |
| --- |

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| Date | Activity | Hours | Charge |
| --- | --- | --- | --- |
| 11/15/2013 | | 8 | 6000 |
| 11/16/2013 | | 8 | 6000 |
| 11/17/2013 | | 8 | 6000 |
| 11/18/2013 | | 8 | 6000 |
| 11/26/2013 | | 1.7 | 1275 |
| 11/27/2013 | | 0.4 | 300 |
| 12/1/2013 | | 8.6 | 6450 |
| 12/3/2013 | | 1.7 | 1275 |
| 12/4/2014 | | 3.5 | 2625 |
| 12/5/2014 | | 0.6 | 450 |

**TOTAL**                           $36,375

| Pay to order of: |
| --- |
| **Employment Metrics LLC** |
| EIN: 20-5164164 |

# EMPLOYMENT METRICS LLC

### ECONOMICS AND HUMAN RESOURCES CONSULTING

May 18, 2014

Ms. Kelly Dermody
Tel: 415.956.1000
Fax: 415.956.1008
kdermody@lchb.com

Lieff, Cabraser, Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
www.lieffcabraser.com

| INVOICE #2014-1 |
|:---:|

For professional service rendered in connection with High-Tech Employee Antitrust Litigation.

| Date | Activity | Hours | Charge |
|------|----------|-------|--------|
| 1/26/14 |  | 0.3 | 225 |
| | **TOTAL** | $225.00 | |

> **Pay to order of:**
> **Employment Metrics**
> **LLC**
> EIN: 20-5164164

# info TECH

**WORKING FOR YOU**

Info Tech Inc.
5700 SW 34th St.
Suite 1235
Gainesville, FL 32608-5371
(352) 381-4400
Federal ID # 59-1772879

Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275  Battery Street, 30th Floor
San Francisco, CA 94111-3339

| | |
|---|---|
| Invoice Date: | 3/8/2013 |
| InvoiceNum: | INV0004802 |
| Through: | 2/28/2013 |
| ProjectCode: | 1401-004 |

Att:  Dean M. harvey

ProjectName:   1401-004 High Tech Employees Antitrust

Contract/PO#:

## Labor

| Resource Category: | Hours: | Billed Amount: |
|---|---|---|
| ███████████ | ████████ | ████████ |
| ███████████ | ████████ | ████████ |
| ███████████ | ████████ | ████████ |
| ███████████ | ████████ | ████████ |
| **Total Labor Charges** | **245.75** | **$79,700.00** |

| | | |
|---|---|---|
| **Invoice Total:** | | **$79,700.00** |

Invoice Comments:

████████████████████████████

Invoices not paid in full within 60 days of invoice date will accrue
interest on the unpaid balance. THANK YOU!

Inquires regarding this invoice should be directed to: Mark Dobelstein
@ 352-381-4494 or e-mail mark.dobelstein@infotechfl.com

_Project Director_



Info Tech Inc.
5700 SW 34th St.
Suite 1235
Gainesville, FL 32608-5371
(352) 381-4400
Federal ID # 59-1772879

Lieff, Cabraser, Heimann & Bernstein,LLP
Embarcadero Center West
275  Battery Street, 30th Floor
San Francisco,CA 94111-3339

| | |
|---|---|
| Invoice Date: | 4/10/2013 |
| InvoiceNum: | INV0005002 |
| Through: | 3/31/2013 |
| ProjectCode: | 1401-004 |

Att:  Dean M. harvey

ProjectName:   1401-004 High Tech Employees Antitrust

Contract/PO#:

## Labor

| Resource Category: | Hours: | Billed Amount: |
|---|---|---|
| ████████████ | █████ | ████████ |
| ████████████ | █████ | ████████ |
| ████████████ | █████ | ████████ |
| ████████████ | █████ | ████████ |
| ████████████ | █████ | ████████ |
| ████████████ | █████ | ████████ |
| ████████████ | █████ | ████████ |
| **Total Labor Charges** | **556.00** | **$173,718.75** |

**Invoice Total:**                                                  **$173,718.75**



Info Tech Inc.
5700 SW 34th St.
Suite 1235
Gainesville, FL 32608-5371
(352) 381-4400
Federal ID # 59-1772879

Lieff, Cabraser, Heimann & Bernstein,LLP
Embarcadero Center West
275  Battery Street, 30th Floor
San Francisco,CA 94111-3339

| | |
|---|---|
| Invoice Date: | 4/10/2013 |
| InvoiceNum: | INV0005002 |
| Through: | 3/31/2013 |
| ProjectCode: | 1401-004 |

Att:  Dean M. harvey

ProjectName:  1401-004 High Tech Employees Antitrust

Contract/PO#:

---

Invoice Comments:



Invoices not paid in full within 60 days of invoice date will accrue
interest on the unpaid balance. THANK YOU!

Inquires regarding this invoice should be directed to: Mark Dobelstein
@ 352-381-4494 or e-mail mark.dobelstein@infotechfl.com



Info Tech Inc.
5700 SW 34th St.
Suite 1235
Gainesville, FL 32608-5371
(352) 381-4400
Federal ID # 59-1772879

Lieff, Cabraser, Heimann & Bernstein,LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco,CA 94111-3339

| | |
|---|---|
| Invoice Date: | 5/13/2013 |
| InvoiceNum: | INV0005097 |
| Through: | 4/30/2013 |
| ProjectCode: | 1401-004 |

Att: Dean M. Harvey

ProjectName: 1401-004 High Tech Employees Antitrust

Contract/PO#:

**Labor**

| Resource Category: | Hours: | Billed Amount: |
|---|---|---|
| �ना | ▬ | ▬ |
| | 99.25 | **$30,362.50** |

**Invoice Total:** ~~$30,362.50~~

Invoice Comments:

Invoices not paid in full within 60 days of invoice date will accrue
interest on the unpaid balance. THANK YOU!

Inquires regarding this invoice should be directed to: Mark Dobelstein
@ 352-381-4494 or e-mail mark.dobelstein@infotechfl.com

Project Director



Info Tech, Inc.
5700 SW 34th Street, Suite 1235
Gainesville, FL 32608-5371
(352) 381-4400
Tax ID: 59-17772879

## Statement of Account

| | |
|---|---|
| Client Code: | 1401 |
| Statement Date: | 07/31/2013 |

Lieff, Cabraser, Heimann & Bernstein,LLP
Embarcadero Center West
275  Battery Street, 30th Floor
San Francisco, CA 94111-3339

Reference: Apple Google Employment Case

| Project Code | Invoice # | Date | Due Date | Description | Amount |
|---|---|---|---|---|---|
| 1401-004 | INV0004802 | 3/8/2013 | 3/8/2013 | | |
| 1401-004 | INV0005002 | 4/10/2013 | 4/10/2013 |  | |
| 1401-004 | INV0005097 | 5/13/2013 | 5/13/2013 | | ($50,000.00) |
| | 8608 | 6/21/2013 | 3/8/2013 | | |
| | | | | Sub Total: | $233,781.25 |

| | |
|---|---|
| **Total Amount Now Due** | **$233,781.25** |

**Brackets Detail**

| Under 30 | 31 To 60 | 61 To 90 | 91 To 120 | 121 To 150 | Over 151 | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $30,362.50 | $173,718.75 | $29,700.00 | $0.00 | $233,781.25 |

If you have a question regarding your statement, please call 352-381-4532

Page  1



Info Tech, Inc.
5700 SW 34th Street, Suite 1235
Gainesville, FL 32608-5371
(352) 381-4400
Tax ID: 59-17772879

## Statement of Account

| | |
|---|---|
| Client Code: | 1401 |
| Statement Date: | 4/30/2014 |

Mr. Dean M. Harvey
Lieff, Cabraser, Heimann & Bernstein, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Reference: Apple Google Employment Case

| Project | Invoice # | Date | Due Date | Description | Amount |
|---|---|---|---|---|---|
| 1401-004 | INV0004802 | 3/8/2013 | 3/8/2013 | | $79,700.00 |
| 1401-004 | INV0005002 | 4/10/2013 | 4/10/2013 | | $173,718.75 |
| 1401-004 | INV0005097 | 5/13/2013 | 5/13/2013 | | $30,362.50 |
| | 8608 | 6/21/2013 | 3/8/2013 | | ($50,000.00) |
| | 8646 | 8/13/2013 | 3/8/2013 | | ($25,000.00) |
| | 8656 | 9/10/2013 | 3/8/2013 | | ($4,700.00) |
| | 8656 | 9/10/2013 | 4/10/2013 | | ($20,300.00) |
| | 8683 | 10/15/2013 | 4/10/2013 | | ($25,000.00) |
| | 8699 | 11/15/2013 | 4/10/2013 | | ($25,000.00) |
| | 8724 | 12/27/2013 | 4/10/2013 | | ($25,000.00) |
| | 8739 | 1/17/2014 | 4/10/2013 | | ($25,000.00) |
| | 8768 | 2/20/2014 | 4/10/2013 | | ($25,000.00) |
| | 8798 | 3/14/2014 | 4/10/2013 | | ($25,000.00) |
| | 8830 | 4/16/2014 | 4/10/2013 | | ($19,344.23) |
| | 8830 | 4/16/2014 | 5/13/2013 | | ($5,655.77) |

| | |
|---|---|
| Sub Total: | $8,781.25 |

| | |
|---|---|
| **Total Amount Now Due** | **$8,781.25** |

### Brackets

| Under 30 | 31 To 60 | 61 To 90 | 91 To 120 | 121 To 150 | Over 151 | Total |
|---|---|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $8,781.25 | $8,781.25 |

If you have a question regarding your statement, please call 352-381-4532

Page    1



| | | | | |
|---|---|---|---|---|
| 9/17/2013 | ███████████████████ | 2.00 | $300.00 | $600.00 |
| 9/18/2013 | ███████████████████ | 7.00 | $300.00 | $2,100.00 |
| 9/20/2013 | ███████████████████ | 6.75 | $250.00 | $1,687.50 |
| | Waived Total | | | $14,275.00 |



Info Tech Inc.
5700 SW 34th St.
Suite 1235
Gainesville, FL 32608-5371
(352) 381-4400
Federal ID # 59-1772879

Lieff, Cabraser, Heimann & Bernstein,LLP
Embarcadero Center West
275  Battery Street, 30th Floor
San Francisco, CA 94111-3339

| | |
|---|---|
| Invoice Date: | 5/13/2014 |
| InvoiceNum: | INV0006949 |
| Through: | 4/30/2014 |
| ProjectCode: | 1401-004 |

Att:  Dean M. harvey

ProjectName:   1401-004 High Tech Employees Antitrust

Contract/PO#:

**Labor**

| Resource Category: | Hours: | Billed Amount: |
|---|---|---|
|  |  |  |
| **Total Labor Charges** | 50.00 | **$14,250.00** |

| | |
|---|---|
| **Invoice Total:** | **$14,250.00** |

Invoice Comments:

Invoices not paid in full within 60 days of invoice date will accrue
interest on the unpaid balance. THANK YOU!

Inquires regarding this invoice should be directed to: Christine Bonnell
@ 352-381-4532 or email Christine.Bonnell@infotechfl.com

Project Director

Matt Marx
Mitsui Professor of Entrepreneurship
Assistant Professor of Technological Innovation, Entrepreneurship, and Strategic Management

MIT Sloan School of Management

E62-478
100 Main St.
Cambridge MA, 02142



28 October 2013

Dear. Mr. Glackin,

I have completed my expert report for the class action suit regarding Anti-Solicitation agreements.

The total number of hours required to complete this report was 79.2. The breakdown of those hours is included below for your reference:



| | |
|---|---|
| **totals** | **79.2** |
| 27-Sep | 2.3 |
| 28-Sep | 1.9 |
| 30-Sep | 0.8 |
| 1-Oct | 3.2 |
| 2-Oct | 2.8 |
| 3-Oct | 0.3 |
| 4-Oct | 1.6 |
| 8-Oct | 2.2 |
| 10-Sep | 0.6 |
| 11-Oct | 1.3 |
| 12-Oct | 1.75 |
| 17-Oct | 2.8 |
| 18-Oct | 12.3 |
| 19-Oct | 8.8 |
| 22-Oct | 2.3 |
| 23-Oct | 4.8 |
| 24-Oct | 9.6 |
| 25-Oct | 6.2 |
| 26-Oct | 5.4 |
| 28-Oct | 8.3 |

At a rate of $500 per hour, this comes to $39,600.

Let me know if you have any questions,

Matt