# Exhibit 4
# (Part 2 of 2)

Matt Marx
Mitsui Professor of Entrepreneurship
Assistant Professor of Technological Innovation, Entrepreneurship, and Strategic Management

MIT Sloan School of Management

E62-478
100 Main St.
Cambridge MA, 02142

30 November 2013

Dear. Mr. Glackin,

Below please find an invoice for work on the High Tech Cold Calling case from 30 October through 29 November.



| | |
|---|---|
| totals | 61.6 |
| 30-Oct | 0.9 |
| 31-Oct | 0.2 |
| 1-Nov | 0.2 |
| 2-Nov | 1.2 |
| 3-Nov | 0.8 |
| 6-Nov | 0.2 |
| 7-Nov | 0.1 |
| 8-Nov | 0.9 |
| 9-Nov | 1.2 |
| 11-Nov | 0.2 |
| 13-Nov | 10.5 |
| 14-Nov | 14 |
| 15-Nov | 13 |
| 16-Nov | 9.5 |
| 25-Nov | 0.3 |
| 27-Nov | 2.8 |
| 29-Nov | 5.6 |

At a rate of $500 per hour, this comes to $30,800.

Let me know if you have any questions,

Matt

Matt Marx
Mitsui Professor of Entrepreneurship
Assistant Professor of Technological Innovation, Entrepreneurship, and Strategic Management

MIT Sloan School of Management

E62-478
100 Main St.
Cambridge MA, 02142

23 December 2013

Dear. Mr. Glackin,

Below please find an invoice for work on the High Tech Cold Calling case from 30 October through 29 November.



| totals  | 57.9 |
|---------|------|
| 2-Dec   | 2.8  |
| 3-Dec   | 1.6  |
| 4-Dec   | 4.5  |
| 5-Dec   | 0.7  |
| 6-Dec   | 2.2  |
| 7-Dec   | 8.8  |
| 9-Dec   | 9.1  |
| 10-Dec  | 10.8 |
| 11-Dec  | 14.6 |
| 12-Dec  | 0.4  |
| 13-Dec  | 0.3  |
| 20-Dec  | 1.3  |
| 23-Dec  | 0.8  |

At a rate of $500 per hour, this comes to $28950.

Let me know if you have any questions,

Matt



Kelly Dermody, Esq.
LIEFF CABRASER HEIMANN & BERNSTEIN
275 Battery Street, 29th floor
San Francisco, CA  94111

Re: *In re: High-Tech Employee Antitrust Litigation*

## BILLING STATEMENT

Retainer per contract letter of February 6, 2014 ..........................$37,950



Kelly Dermody, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street, 30th floor
San Francisco, CA  94111-3339

Re:  *High-Tech Employee Antitrust Litigation*

**BILLING STATEMENT**

Kelly Dermody, Esq.
Page Two



Kelly Dermody, Esq.
Page Three

**TOTAL DUE**........................................................................................ **$ 53,870.42**



Kelly Dermody, Esq.
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 30th floor
San Francisco, CA 94111

Re: *High-Tech Employee Antitrust Litigation*

## BILLING STATEMENT



Kelly Dermody, Esq.
Page Two

██████ .................................................... ██████

██ ██████  ██████
██ ████ ██
██ ██████
██ ████
██

██████ ............................................................ ██████

𝟏

██████                                              ██████
██████ ............................................................ ██████

██████████           ██████
██████████           ██████
██████████           ██████
                     ██████

██████ ............................................................ ██████
██████                 ██████
██████ ............................................................ ██████

██████ ............................................................ ██████
██████ ............................................................ ██████
██████ ............................................................ ██████
██████ ............................................................ ██████
██████ ............................................................ ██████

**BALANCE DUE** ............................................................ ██████

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM

PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE: 5/24/11        CHECK AMOUNT: $5,000.00

PAYABLE TO: ▮▮▮▮▮▮▮▮▮▮▮▮

ADDRESS: ▮▮▮▮▮▮▮▮▮▮▮▮

CITY ▮▮▮ STATE ▮▮ ZIP CODE ▮▮▮

TELEPHONE: (510)207-7480   TAX ID 59-3826050

INVOICE:

CASE NUMBER: 3462 - 0001   CASE NAME: High-Tech Cold Calling

DESCRIPTION (PLEASE BE SPECIFIC): Retainer for consulting services

PLEASE HAVE CHECK READY BY:

DATE: ASAP        TIME: 4:30 p.m.

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL: ____   FEDERAL EXPRESS: ____   RETURN TO: DC   EXT: 2214   LOC: 28

**Authorizations for case chargeable expenses**:
A. Expenses under $100: NON-ATTORNEY/STAFF
B. Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
C. Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
D. Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
        MANAGING PARTNER
**Authorizations for non-case chargeable/administrative expenses**:
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

NON-ATTORNEY/STAFF INITIAL _____   DEPT MANAGER INITIAL _____

ATTORNEY INITIAL _____   PARTNER INITIAL _EKE_

# 186505

(FOR ACCOUNTING USE ONLY)
VENDOR ID: 20201   EXP TYPE: Exp   CASE: 3462-1   LOC: SF



Mr. Dean Harvey
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, 29th Floor
San Francisco, CA 941113339

# INVOICE

**Invoice Date:** Oct 10, 2011
**Invoice Num:** 415

**Billing From:**
**Billing To:**

**Strategic Consulting** (Wage Fixing Plaintiff Case:1)

**Professional Services:**

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/30/2011 |  |  | 1.00 | $600.00 | $600.00 |
| 9/30/2011 | | | 1.00 | $600.00 | $600.00 |
| | | **Total Service Amount:** | | | $1,200.00 |
| | | **Amount Due This Invoice:** | | | $1,200.00 |

Exp
3462-0001

2021/# 190203



# INVOICE

Mr. Dean Harvey
Lieff, Cabraser, Heimann & Bernstein LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111

**Invoice Date:** ▮
**Invoice Num:** 395

**Billing From:** ▮
**Billing To:** ▮

---

**Strategic Consulting** (Wage Fixing Plaintiff Case:1) - Managed by ▮

### Professional Services:

| Date | Employee | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/2/2011 | ▮ | ▮ | 2.00 | $600.00 | $1,200.00 |
| 5/6/2011 | | | 1.00 | $600.00 | $600.00 |
| | | **Total Service Amount:** | | | $1,800.00 |
| | | **Amount Due This Invoice:** | | | $1,800.00 |

*This invoice is due July 27, 2011*

3962-0001
EXP
2021 #190282



INVOICE
econ ONE

Brendan Glackin, Esq.  
Lieff Cabraser Heimann & Bernstein  
275 Battery Street, 29th Floor  
San Francisco, CA 94111

March 16, 2012  
Inv.# 7894

In re: High-Tech Employee Antitrust Litigation  
Billing Period: January 28, 2012 - March 2, 2012

Page 1 of 2

| Professional Services | Hours | Total |
|---|---|---|
| ███████████ | 28.75 | $8,008.75 |
| ███████████ | 4.50 | $1,407.50 |
| ███████████ | 3.00 | $645.00 |
| ███████████ | 1.25 | $248.75 |
| All Professional Services | | $10,310.00 |

| Out-of-Pocket Expenses | Total |
|---|---|
| Misc. Out-of-Pocket Expenses | $4.30 |
| All Out-of-Pocket Expenses | $4.30 |

**TOTAL DUE THIS INVOICE** $10,314.30

B. P. G.  
3462-0001

Exp. 3462-0001  
2828 / #19510

Total Due upon Receipt  
Federal Taxpayer ID # 95-4639689  
Remit Payment to:  
Econ One · 601 West 5th Street · 5th Floor · Los Angeles, CA 90071

Project Billing Detail
March 16, 2012
Inv.# 7894



In re: High-Tech Employee Antitrust Litigation
Billing Period: January 28, 2012 - March 2, 2012

Page 2 of 2

| Name | Title | Rate | Hours | Description |
|---|---|---|---|---|
| | | $325 | 17.25 | |
| | | $225 | 2.00 | |
| | | $215 | 5.00 | |
| | | $215 | 3.00 | |
| | | $155 | 1.50 | |
| | | $325 | 4.00 | |
| | | $215 | 0.50 | |
| | | $215 | 3.00 | |
| | | $215 | 0.25 | |
| | | $195 | 1.00 | |

# EXPERT/CONSULTANT RETENTION AGREEMENT

This Expert/Consultant Retention Agreement ("Agreement") is entered into as of December 13, 2011 by and between Lieff Cabraser Heimann & Bernstein, LLP ("LCHB" or "the Firm") and ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

[Body of agreement redacted]

2. [redacted]

951261.1

4. ~~[redacted]~~

5. Within five (5) business days of the execution of this Agreement, LCHB will transmit to ~~[redacted]~~ a check for $10,000, which sum shall be used to cover the initial $10,000 worth of services and expenses incurred in fulfillment of this Agreement.

~~[redacted]~~

Dated: 12/13/11

Joseph R. Saveri for
Lieff Cabraser Heimann & Bernstein, LLP

951261.1

## EXPERT/CONSULTANT RETENTION AGREEMENT

This Expert/Consultant Retention Agreement ("Agreement") is entered into by and between Lieff Cabraser Heimann & Bernstein, LLP ("LCHB" or "the Firm") and



969025.1

5.     Within five (5) business days of the execution of this Agreement, LCHB will transmit to Prof. Manning a check for $10,000, which sum shall be used to cover the initial $10,000 worth of services and expenses incurred in fulfillment of this Agreement.

_____
Prof. Alan Manning

_____
Joseph R. Saveri for
Lieff Cabraser Heimann & Bernstein, LLP

969025.1