# EXHIBIT 5

ARLEN GREGORIO
SUSAN W. HALDEMAN
DAVID A. ROTMAN

CATHERINE L. FLYNN
KAREN A. KUKLA

### GREGORIO, HALDEMAN & ROTMAN
MEDIATED NEGOTIATIONS
44 MONTGOMERY STREET, SUITE 1150
SAN FRANCISCO, CALIFORNIA 94104

Telephone: (415) 543-3366
Facsimile: (415) 543-6010

June 10, 2013

*VIA FACSIMILE & US MAIL*

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, CA  94111

Re:                In Re:  High-Tech Employee Antitrust Litigation
File Number:       13740
Your Client:       High Tech Employee Putative Class

## INVOICE

Mediation Services Rendered on ███████████                    $15,250.00
    (Total Fee: $30,500.00 )

Balance                                                        $15,250.00

## PAYMENT DUE ON RECEIPT

Please make check payable to David A. Rotman ███████████

Please put **file number** on check to ensure proper credit and send to:



David A. Rotman
44 Montgomery, Suite 1150
San Francisco, CA  94104

# DAMASCO & ASSOCIATES LLP
ACCOUNTANCY AND CONSULTING

700 MONTE VISTA LANE
HALF MOON BAY, CA 94019

TELEPHONE: 650-726-4100
FACSIMILE: 650-726-4199
SAN FRANCISCO: 415-217-4900

MEMBER
AMERICAN INSTITUTE OF
CERTIFIED PUBLIC ACCOUNTANTS
TAX DIVISION AND
PRIVATE COMPANIES PRACTICE SECTION

CALIFORNIA SOCIETY OF
CERTIFIED PUBLIC ACCOUNTANTS

September 26, 2013

Joseph R. Saveri
Joseph Saveri Law Firm, Inc.
505 Montgomery Street, Suite 625
San Francisco, CA  94111

Kelly M. Dermody
Lieff Cabraser Heimann & Bernstein, LLP
275 Batter Street, 29th Floor
San Francisco, CA  94111

Re:   High-Tech Employee Antitrust Litigation



JMD:am

cc:   *via email*

Enclosure

Printed on 100% post consumer recycled paper with soy based inks at a 100% wind powered shop.

# DAMASCO       ASSOCIATES LLP

700 Monte Vista Lane
Half Moon Bay, CA  94019
650-726-4100
Tax ID Number  20-3042202

**Kelly M. Dermody**
Lieff Cabraser Heimann & Bernstein, LLP
HighTech Employee Antitrust Litigation
275 Battery Street, 29th Floor
San Francisco, CA  94111

**Joseph R. Saveri**
Joseph Saveri Law Firm, Inc.
HighTech Employee Antitrust Litigation
505 Montgomery St.Suite 625
San Francisco, CA  94111

**Invoice:  1252**

**Client ID:  9231**

Date:        08/22/2013
Due Date:    09/21/2013

For professional services rendered as follows:

| Date | Service | | Hours | Staff | Amount |
|------|---------|---|-------|-------|--------|

**Consulting Services**

| | Total for Services | 4,518.75 |
|---|---|---|
| | **Invoice Total** | **$4,518.75** |

| 08/22/2013 | 07/31/2013 | 06/30/2013 | 05/31/2013 | 04/30/2013+ | Total |
|-----------|-----------|-----------|-----------|-------------|-------|
| 4,518.75 | 0.00 | 0.00 | 0.00 | 0.00 | $4,518.75 |

# DAMASCO ASSOCIATES LLP

ACCOUNTANCY AND CONSULTING

700 Monte Vista Lane
Half Moon Bay, CA  94019
650-726-4100
Tax ID Number  20-3042202

**Kelly M. Dermody**
Lieff Cabraser Heimann & Bernstein, LLP
HighTech Employee Antitrust Litigation
275 Battery Street, 29th Floor
San Francisco, CA  94111

**Joseph R. Saveri**
Joseph Saveri Law Firm, Inc.
HighTech Employee Antitrust Litigation
505 Montgomery St. Suite 625
San Francisco, CA  94111

**Invoice:**    2314

**Client ID:    9231**

Date:          09/25/2013
Due Date:      10/25/2013

For professional services rendered as follows:

| Date | Service | Hours | Staff | Amount |
|------|---------|-------|-------|--------|
| **Consulting Services** | | | | |



|  |  |
|--|--|
| Total for Services | 5,000.00 |
| **Invoice Total** | **$5,000.00** |

| 09/25/2013 | 08/31/2013 | 07/31/2013 | 06/30/2013 | 05/31/2013+ | Total |
|------------|------------|------------|------------|-------------|-------|
| 5,000.00 | 4,518.75 | 0.00 | 0.00 | 0.00 | $9,518.75 |

ARLEN GREGORIO
SUSAN W. HALDEMAN
DAVID A. ROTMAN
———
CATHERINE L. FLYNN
KAREN A. KUKLA

### GREGORIO, HALDEMAN & ROTMAN
MEDIATED NEGOTIATIONS
44 MONTGOMERY STREET, SUITE 1150
SAN FRANCISCO, CALIFORNIA 94104
———
Telephone: (415) 543-3366
Facsimile: (415) 543-6010
www.ghrmediation.com

October 25, 2013

**VIA FACSIMILE & US MAIL**

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, CA  94111

| | |
|---|---|
| Re: | In Re: High-Tech Employee Antitrust Litigation, II |
| File Number: | 13740B |
| Your Client: | High Tech Employee Putative Class |

OK (KMD)

### INVOICE

| | |
|---|---|
| Mediation Services Rendered ██████ (Total Fee $24,000.00) | $12,000.00 |
| Balance | $12,000.00 |

### PAYMENT DUE ON November 5, 2013

Please make check payable to David A. Rotman (Federal ID # ██████)

Please put **file number** on check to ensure proper credit and send to:

**David A. Rotman
44 Montgomery Street, Suite 1150
San Francisco, CA  94104**

ARLEN GREGORIO
SUSAN W. HALDEMAN
DAVID A. ROTMAN

CATHERINE L. FLYNN
KAREN A. KUKLA

### GREGORIO, HALDEMAN & ROTMAN
MEDIATED NEGOTIATIONS
44 MONTGOMERY STREET, SUITE 1150
SAN FRANCISCO, CALIFORNIA 94104

Telephone: (415) 543-3366
Facsimile: (415) 543-6010
www.ghrmediation.com

February 5, 2014

**VIA FACSIMILE & US MAIL**

Kelly M. Dermody, Esq.
Lieff, Cabraser, Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, CA 94111

*JAMS*
*3462-cc01*
*0392  4# 212385*

Re:        High Tech Employee Antitrust Litigation v. Intel Corporation
File Number:   13740C
Your Client:   High Tech Employee Putative Class

### INVOICE

Mediation Services Rendered ▓▓▓▓▓▓                      $9,250.00
    (Total Fee $18,500.00)

Balance                                                  $9,250.00

### PAYMENT DUE ON February 18, 2014



Please make check payable to David A. Rotman (Federal ID # ▓▓▓▓▓▓ )

Please put **file number** on check to ensure proper credit and send to:

**David A. Rotman**
**44 Montgomery Street, Suite 1150**
**San Francisco, CA 94104**

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
COST FUND ACCOUNT
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111
(415) 956-1000

CITIBANK, N.A.   BR. #396
SAN FRANCISCO, CA  94104
90-7118-3211

8735

1/13/2014

PAY TO THE ORDER OF    Irell & Manella, LLP                                    $  **19,200.00

Nineteen Thousand Two Hundred Only******

DOLLARS

Irell & Manella, LLP
840 Newport Center Drive
Suite 450
Newport Beach, CA 92660-6324

MEMO    High Tech Cold Calling Cost Fund

TWO SIGNATURES REQUIRED

AUTHORIZED SIGNATURE

⑈008735⑈ ⑆321171184⑆ 200017952⑈

---

**IEFF, CABRASER, HEIMANN &**                                                     8735

Irell & Manella, LLP                                    1/13/2014
High Tech Cold Calling
                                                                                  19,200.00

LCH&B Control          High Tech Cold Calling Cost Fund                            19,200.00

**IEFF, CABRASER, HEIMANN &**                                                     8735

Irell & Manella, LLP                                    1/13/2014
High Tech Cold Calling
                                                                                  19,200.00

LCH&B Control          High Tech Cold Calling Cost Fund                            19,200.00

DELUXE CORP  1+800-328-0304  www.deluxeforms.com

May 22, 2014

Client Number:        162840
Invoice Number:       8448271S1

High Tech EE Antitrust Mediation

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

Dear Counsel,

Enclosed please find invoice #8448271S1 dated May 22, 2014, for work conducted by Judge
Phillips █████████. The total current amount due from plaintiffs only
is $16,000.00.

**Please promptly remit payment in the total amount of $16,000.00.**

If you have any questions, please feel free to contact me at (949) 760-5187.

Sincerely,

Brian Poe
Paralegal to Layn R. Phillips

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
**LOS ANGELES, CALIFORNIA 90067-4276**
TELEPHONE (310) 277-1010
TAXPAYER ID 95-1946111

May 22, 2014

High Tech EE Antitrust Mediation

| | |
|---|---|
| Client Number: | 162840 |
| Payor Code: | 162840 |
| Invoice Number: | 8448271S1 |

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111

## REMITTANCE

Please send your payment to this address:

Irell & Manella LLP
P.O. Box 51167
Los Angeles, CA 90051-9783

**OR** wire your payment using the wire instructions below:

### INCOMING WIRE INSTRUCTIONS

| | |
|---|---|
| ABA Number: | |
| Account Number: | |
| Account Name: | Irell & Manella LLP, General Operating Account |
| Client Name/Number: | High Tech EE Antitrust Mediation/162840 |
| Payor Name/Number: | High Tech EE Antitrust Mediation/162840 |
| Invoice Number: | 8448271S1 |
| Attorney Name: | PHLL |

**Please return this page with your payment.**

### INVOICE SUMMARY
Re: Mediation

| | | |
|---|---|---|
| Current Fees: | $ | 16,000.00 |
| Current Costs: | | 0.00 |
| **Your Total Current Amount Due:** | **$** | **16,000.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER

# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

MEDIATION
May 22, 2014
Page 3

Client No: 162840
Invoice No. 8448271S1

---

PROFESSIONAL SERVICES

**Total Fees:**                                    **$ 16,000.00**

Your Share of Current Fees:                    $   16,000.00
**Your Share of Current Amount Due:**          **$   16,000.00**

ALTERNATIVE DISPUTE RESOLUTION CENTER

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 450
NEWPORT BEACH, CALIFORNIA 92660-6324
TELEPHONE (949) 760-5234
TAXPAYER ID 95-1946111

June 16, 2014

High Tech EE Antitrust Mediation

Client Number:     162840
Invoice Number:    8448830S1

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

Dear Counsel,

Enclosed please find invoice #8448830S1 dated June 16, 2014, for work conducted by Judge Phillips to and through May 31, 2014. The current amount due is $3,000.00, of which your portion is $1,500.00.

**Please promptly remit payment in the total amount of $1,500.00.**

If you have any questions, please feel free to contact me at (949) 760-5187.

Sincerely,

Brian Poe
Paralegal to Layn R. Phillips

ALTERNATIVE DISPUTE RESOLUTION CENTER

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 450
**NEWPORT BEACH, CALIFORNIA 92660-6324**
TELEPHONE (949) 760-5234
TAXPAYER ID 95-1946111

June 16, 2014

High Tech EE Antitrust Mediation                    Client Number:        162840
                                                    Invoice Number:       8448830S1

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

INVOICE SUMMARY
Re: Mediation
through May 31, 2014

| | | |
|---|---|---|
| Current Fees: | $ | 3,000.00 |
| Current Costs: | | 0.00 |
| **Total Current Amount Due:** | **$** | **3,000.00** |
| | | |
| Your Share of Current Fees: | $ | 1,500.00 |
| **Your Share of Current Amount Due:** | **$** | **1,500.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER
IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

MEDIATION
June 16, 2014
Page 3

Client No: 162840
Invoice No. 8448830S1

---

### PROFESSIONAL SERVICES

**Total Fees:**                                     **$ 3,000.00**

Your Share of Current Fees:                 $      1,500.00
**Your Share of Current Amount Due:**       **$      1,500.00**

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276
TELEPHONE (310) 277-1010
TAXPAYER ID 95-1946111

June 16, 2014

High Tech EE Antitrust Mediation

| | |
|---|---|
| Client Number: | 162840 |
| Payor Code: | 162840 |
| Invoice Number: | 8448830S1 |

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111

## REMITTANCE

Please send your payment to this address:

Irell & Manella LLP
P.O. Box 51167
Los Angeles, CA  90051-9783

**OR** wire your payment using the wire instructions below:

### INCOMING WIRE INSTRUCTIONS



ABA Number:
Account Number:
Account Name:  Irell & Manella LLP, General Operating Account
Client Name/Number:  High Tech EE Antitrust Mediation/162840
Payor Name/Number:  High Tech EE Antitrust Mediation/162840
Invoice Number:  8448830S1
Attorney Name:  PHLL

**Please return this page with your payment.**

## INVOICE SUMMARY
Re:  Mediation
through May 31, 2014

| | | |
|---|---|---|
| Current Fees: | $ | 3,000.00 |
| Current Costs: | | 0.00 |
| **Total Current Amount Due:** | **$** | **3,000.00** |
| | | |
| Your Share of Current Fees: | $ | 1,500.00 |
| **Your Share of Current Amount Due:** | **$** | **1,500.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 450
**NEWPORT BEACH, CALIFORNIA 92660-6324**
TELEPHONE (949) 760-5234
TAXPAYER ID 95-1946111

September 30, 2014

High Tech EE Antitrust Mediation

Client Number:        162840
Invoice Number:     8451327S1

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

Dear Counsel,

Enclosed please find invoice #8451327S1 dated September 30, 2014, for work conducted by Judge Phillips to and through August 31, 2014. The current amount due is $11,850.00, of which your portion is $5,925.00.

**Please promptly remit payment in the total amount of $5,925.00.**

If you have any questions, please feel free to contact me at (949) 760-5187.

Sincerely,

Brian Poe

# IRELL & MANELLA LLP
### A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS
1800 AVENUE OF THE STARS, SUITE 900
**LOS ANGELES, CALIFORNIA 90067-4276**
TELEPHONE (310) 277-1010
TAXPAYER ID 95-1946111

September 30, 2014

High Tech EE Antitrust Mediation

| | |
|---|---|
| Client Number: | 162840 |
| Payor Code: | 162840 |
| Invoice Number: | 8451327S1 |

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111

## REMITTANCE

Please send your payment to this address:

Irell & Manella LLP
P.O. Box 51167
Los Angeles, CA  90051-9783

**OR** wire your payment using the wire instructions below:

### INCOMING WIRE INSTRUCTIONS



ABA Number:
Account Number:
Account Name:   Irell & Manella LLP, General Operating Account
Client Name/Number:  High Tech EE Antitrust Mediation/162840
Payor Name/Number:  High Tech EE Antitrust Mediation/162840
Invoice Number:  8451327S1
Attorney Name:  PHLL

**Please return this page with your payment.**

### INVOICE SUMMARY
Re:  Mediation
through August 31, 2014

| | | |
|---|---|---|
| Current Fees: | $ | 11,850.00 |
| Current Costs: | | 0.00 |
| **Total Current Amount Due:** | **$** | **11,850.00** |
| | | |
| Your Share of Current Fees: | $ | 5,925.00 |
| **Your Share of Current Amount Due:** | **$** | **5,925.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER
# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 450
**NEWPORT BEACH, CALIFORNIA 92660-6324**
TELEPHONE (949) 760-5234
TAXPAYER ID 95-1946111

September 30, 2014

High Tech EE Antitrust Mediation

Client Number:     162840
Invoice Number:    8451327S1

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

**INVOICE SUMMARY**
Re: Mediation
through August 31, 2014

| | | |
|---|---|---|
| Current Fees: | $ | 11,850.00 |
| Current Costs: | | 0.00 |
| **Total Current Amount Due:** | **$** | **11,850.00** |
| | | |
| Your Share of Current Fees: | $ | 5,925.00 |
| **Your Share of Current Amount Due:** | **$** | **5,925.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER
IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

MEDIATION                                              Client No:  162840
September 30, 2014                                     Invoice No. 8451327S1
Page 3

---

**PROFESSIONAL SERVICES**

---

|  |  |
|--|--|
| **Total Fees:** | **$ 11,850.00** |

| | |
|--|--|
| Your Share of Current Fees: | $     5,925.00 |
| **Your Share of Current Amount Due:** | **$     5,925.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 450
NEWPORT BEACH, CALIFORNIA 92660-6324
TELEPHONE (949) 760-5234
TAXPAYER ID 95-1946111

October 24, 2014

High Tech EE Antitrust Mediation

Client Number:        162840
Invoice Number:       8451834S1

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

Dear Counsel,

Enclosed please find invoice #8451834S1 dated October 24, 2014, for work conducted by Judge Phillips to and through September 30, 2014. The current amount due is $13,500.00, of which your portion is $6,750.00.

**Please promptly remit payment in the total amount of $6,750.00.**

If you have any questions, please feel free to contact me at (949) 760-5187.

Sincerely,

Brian Poe

ALTERNATIVE DISPUTE RESOLUTION CENTER
# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 450
NEWPORT BEACH, CALIFORNIA 92660-6324
TELEPHONE (949) 760-5234
TAXPAYER ID 95-1946111

October 24, 2014

High Tech EE Antitrust Mediation

Client Number:   162840
Invoice Number:  8451834S1

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

### INVOICE SUMMARY
Re:  Mediation
through September 30, 2014

| | | |
|---|---|---:|
| Current Fees: | $ | 13,500.00 |
| Current Costs: | | 0.00 |
| **Total Current Amount Due:** | **$** | **13,500.00** |

| | | |
|---|---|---:|
| Your Share of Current Fees: | $ | 6,750.00 |
| **Your Share of Current Amount Due:** | **$** | **6,750.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER
IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

MEDIATION
October 24, 2014
Page 3

Client No:  162840
Invoice No. 8451834S1

---

**PROFESSIONAL SERVICES**

---

|  | Total Fees: | $ 13,500.00 |
|---|---|---|

Your Share of Current Fees: $ 6,750.00
**Your Share of Current Amount Due:** **$ 6,750.00**

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

1800 AVENUE OF THE STARS, SUITE 900
**LOS ANGELES, CALIFORNIA 90067-4276**
TELEPHONE (310) 277-1010
TAXPAYER ID 95-1946111

October 24, 2014

High Tech EE Antitrust Mediation

| | |
|---|---|
| Client Number: | 162840 |
| Payor Code: | 162840 |
| Invoice Number: | 8451834S1 |

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111

## REMITTANCE

Please send your payment to this address:

> Irell & Manella LLP
> P.O. Box 51167
> Los Angeles, CA  90051-9783

**OR** wire your payment using the wire instructions below:

### INCOMING WIRE INSTRUCTIONS



ABA Number:
Account Number:
Account Name:  Irell & Manella LLP, General Operating Account
Client Name/Number:  High Tech EE Antitrust Mediation/162840
Payor Name/Number:  High Tech EE Antitrust Mediation/162840
Invoice Number:  8451834S1
Attorney Name:  PHLL

**Please return this page with your payment.**

## INVOICE SUMMARY
Re:  Mediation
through September 30, 2014

| | | |
|---|---|---:|
| Current Fees: | $ | 13,500.00 |
| Current Costs: | | 0.00 |
| **Total Current Amount Due:** | **$** | **13,500.00** |
| | | |
| Your Share of Current Fees: | $ | 6,750.00 |
| **Your Share of Current Amount Due:** | **$** | **6,750.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 450
NEWPORT BEACH, CALIFORNIA 92660-6324
TELEPHONE (949) 760-5234
TAXPAYER ID 95-1946111

November 13, 2014

High Tech EE Antitrust Mediation

Client Number: 162840
Invoice Number: 8452337S1

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA 94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

Dear Counsel,

Enclosed please find invoice #8452337S1 dated November 13, 2014, for work conducted by Judge Phillips to and through November 13, 2014. The current amount due is $5,400.00, of which your portion is $2,700.00.

**Please promptly remit payment in the total amount of $2,700.00.**

If you have any questions, please feel free to contact me at (949) 760-5187.

Sincerely,

Brian Poe

ALTERNATIVE DISPUTE RESOLUTION CENTER

# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 450
NEWPORT BEACH, CALIFORNIA 92660-6324
TELEPHONE (949) 760-5234
TAXPAYER ID 95-1946111

November 13, 2014

High Tech EE Antitrust Mediation

| | |
|---|---|
| Client Number: | 162840 |
| Invoice Number: | 8452337S1 |

HIGH TECH EE ANTITRUST MEDIATION
ATTN: KELLY M. DERMODY
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 BATTERY STREET, 29TH FLOOR
SAN FRANCISCO, CA  94111
Email: kdermody@lchb.com
Phone Number: 415-956-1000
Fax Number: 415-956-1008

## INVOICE SUMMARY
Re:  Mediation
through October 31, 2014

| | | |
|---|---|---|
| Current Fees: | $ | 5,400.00 |
| Current Costs: | | 0.00 |
| **Total Current Amount Due:** | **$** | **5,400.00** |

| | | |
|---|---|---|
| Your Share of Current Fees: | $ | 2,700.00 |
| **Your Share of Current Amount Due:** | **$** | **2,700.00** |

ALTERNATIVE DISPUTE RESOLUTION CENTER

# IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

MEDIATION
November 13, 2014
Page 3

Client No:  162840
Invoice No. 8452337S1

---

## PROFESSIONAL SERVICES

**Total Fees:** $ 5,400.00

Your Share of Current Fees:                          $    2,700.00
**Your Share of Current Amount Due:**          **$    2,700.00**