# Exhibit 6
# (Part 2 of 2)

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

RECEIVED

NOV 2 6 2012 DMH

LIEFF, CABRASER, HEIMANN
& BERNSTEIN

**Bill To:** Brendan Glackin
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**Invoice #:** SF1603962
**Invoice Date:** 11/05/2012
**Balance Due:** $2,948.30

**Case:** In Re: High-Tech Employee Antitrust Litigation
**Job #:** 1541283  |  Job Date: 10/22/2012  |  Delivery: Expedited

**Location:** Lieff Cabraser
275 Battery Street, 29th floor | Embarcadero Center West | San
Francisco, CA 94111-3339

| Witness | Description | Units | Qty | Amount |
|---------|-------------|-------|-----|--------|

# INVOICE

## Veritext
### Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855 Fax. 949-955-3854

**Invoice #:** SF1603871
**Invoice Date:** 11/05/2012
**Balance Due:** $553.00

**Bill To:** Dean Harvey
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**Case:** In Re: High-Tech Employee Antitrust Litigation
**Job #:** 1541277  |  Job Date: 10/12/2012  |  Delivery: Normal

**Location:** Lieff Cabraser
275 Battery Street, 29th floor | Embarcadero Center West | San Francisco, CA 94111-3339

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Siddharth Hariharan | Video - Transcript Synchronization | Per hour | 7.0 | $525.00 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |
| | | Invoice Total: | | $553.00 |
| | | Payment: | | |
| | | Credit: | | |
| | | Interest: | | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Balance Due: | | $553.00 |

**Notes:**

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

RECEIVED

NOV 2 6 2012  DrH 2

LIEFF, CABRASER, HEIMANN
& BERNSTEIN

**Bill To:** Dean Harvey
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**Invoice #:** SF1604185
**Invoice Date:** 11/05/2012
**Balance Due:** $2,466.85

**Case:** In Re: High-Tech Employee Antitrust Litigation
**Job #:** 1545479 | Job Date: 10/24/2012 | Delivery: Expedited

**Location:** Lieff Cabraser
275 Battery Street, 29th floor | Embarcadero Center West | San
Francisco, CA 94111-3339

| Witness | Description | Units | Qty | Amount |
|---------|-------------|-------|-----|--------|
| | | | | |

# INVOICE

**Veritext**

**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

RECEIVED

NOV 2 6 2012   DMH²

LIEFF, CABRASER, HEIMANN
& BERNSTEIN

**Bill To:** Anne M. Selin, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**Invoice #:** SF1604210
**Invoice Date:** 11/05/2012
**Balance Due:** $459.25

**Case:** In Re: High-Tech Employee Antitrust Litigation
**Job #:** 1541278  |  Job Date: 10/15/2012  |  Delivery: Normal

**Location:** Lieff Cabraser
275 Battery Street, 29th floor | Embarcadero Center West | San
Francisco, CA 94111-3339

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| | | | | |

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

RECEIVED
NOV 2 9 2012
ACCOUNTING

RECEIVED
NOV 2 9 2012   DMH
LIEFF, CABRASER, HEIMANN
& BERNSTEIN

**Bill To:**  Dean Harvey
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

| | |
|---|---|
| Invoice #: | SF1606980 |
| Invoice Date: | 11/08/2012 |
| Balance Due: | $2,814.74 |

**Case:**  In Re: High-Tech Employee Antitrust Litigation
**Job #:**  1541285  |  Job Date: 10/29/2012  |  Delivery: Expedited

**Location:**  Lieff Cabraser
275 Battery Street, 29th floor | Embarcadero Center West | San
Francisco, CA 94111-3339

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| | | | | |

# INVOICE

**RECEIVED**

DEC 1 0 2012

ACCOUNTING
Bill To: Brendan Glackin

**Veritext**

## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855   Fax. 949-955-3854

Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**RECEIVED**

DEC 1 0 2012   DMH2

LIEFF, CABRASER, HEIMANN
& BERNSTEIN

| | |
|---|---|
| Invoice #: | SF1610238 |
| Invoice Date: | 11/16/2012 |
| Balance Due: | $553.00 |

**Case:** In Re: High-Tech Employee Antitrust Litigation

**Job #:** 1541283  |  Job Date: 10/22/2012  |  Delivery: Normal

**Location:** Lieff Cabraser
275 Battery Street, 29th floor | Embarcadero Center West | San Francisco, CA 94111-3339

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Brandon Marshall | Video - Transcript Synchronization | Per hour | 7.0 | $525.00 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |
| **Notes:** | | **Invoice Total:** | | $553.00 |
| | | **Payment:** | | |
| | | **Credit:** | | |
| | | **Interest:** | | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | **Balance Due:** | | $553.00 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

# INVOICE

## Veritext
### Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855   Fax. 949-955-3854

RECEIVED
DEC 1 0 2012
ACCOUNTING

Bill To: Brendan Glackin
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Invoice #: SF1613879
Invoice Date: 11/16/2012
Balance Due: $684.25

| Case: | In Re: High-Tech Employee Antitrust Litigation | Ref#: | 902157-620014 |
| Job #: | 1545691   |   Job Date: 10/26/2012   |   Delivery: Normal | | |
| Location: | Bingham McCutchen | | |
| | Three Embarcadero Center | 28th Floor | San Francisco, CA 94111-4067 | | |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Edward Leamer, Ph.D. | Video - Transcript Synchronization | Per hour | 8.8 | $656.25 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |
| Notes: | | Invoice Total: | | $684.25 |
| | | Payment: | | |
| | | Credit: | | |
| | | Interest: | | $0.00 |
| Fed. Tax ID: 20-3132569 | Term : Net 30 | Balance Due: | | $684.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.

# INVOICE

## Veritext
### Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

RECEIVED

DEC 10 2012  DMH 2

LIEFF, CABRASER, HEIMANN
& BERNSTEIN

**Bill To:** Dean Harvey
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

Invoice #: SF1616980
Invoice Date: 11/21/2012
Balance Due: $571.75

**Case:** In Re: High-Tech Employee Antitrust Litigation
**Job #:** 1541285  |  Job Date: 10/29/2012  |  Delivery: Normal

**Ref#:** 902157-620014

**Location:** Lieff Cabraser
275 Battery Street, 29th floor | Embarcadero Center West | San
Francisco, CA 94111-3339

RECEIVED

DEC 10 2012

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Daniel Stover | Video - Transcript Synchronization | Per hour | 23 | $548.75 |
|  | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |

ACCOUNTING

**Notes:**

| | | Invoice Total: | $571.75 |
|---|---|---|---|
| | | Payment: | |
| | | Credit: | |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | Interest: | $0.00 |
| | | **Balance Due:** | **$571.75** |

TERMS  Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments will be made after 90 days.

# INVOICE

## Veritext
### Western Regional Headquarters
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90071
Tel. 877-955-3855  Fax. 949-955-3854

RECEIVED

DEC 10 2012

LIEFF CABRASER HEIMANN
& BERNSTEIN

DMH

| | |
|---|---|
| Invoice #: | SF1612750 |
| Invoice Date: | 11/26/2012 |
| Balance Due: | $609.25 |

**Bill To:** Dean Harvey
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339

**Case:** In Re: High-Tech Employee Antitrust Litigation
**Job #:** 1545479 | Job Date: 10/24/2012 | Delivery: Normal

**Location:** Lieff Cabraser
275 Battery Street, 29th floor | Embarcadero Center West | San Francisco, CA 94111-3339

RECEIVED

DEC 10 2012

ACCTING

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Michael Devine | Video - Transcript Synchronization | Per hour | 7.8 | $581.25 |
| | Shipping & Handling - Video Media | Package | 1.0 | $28.00 |
| | | | **Invoice Total:** | $609.25 |
| | | | **Payment:** | |
| | | | **Credit:** | |
| | | | **Interest:** | $0.00 |
| Fed. Tax ID : 20-3132569 | Term: Net 30 | | **Balance Due:** | $609.25 |

TERMS   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days.



**VERITEXT**
LEGAL SOLUTIONS

707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Phone: (800) 227-8440

**Bill To:**

Lieff Cabraser Heimann & Bernstein
275 Battery St.
Fl. 30
San Francisco, CA 94111-3308

**Remit To:**  Veritext Corp
P.O. Box 71303
Chicago, IL 60694-1303

## Statement of Account

For questions regarding this statement please contact Joann Palumbo at 973-549-4551 or jpalumbo@veritext.com

| Statement Date: 2/4/2013 | | | | Page 1 of 1 | | | Total Balance Due: | $5,115.30 |
|---|---|---|---|---|---|---|---|---|
| Invoice# | Invoice Date | Job # | Job Date | Caption | Contact | Type | Aged (Days) | Balance Due |
| SF1602509 | 11/1/12 | 1545691 | 10/26/12 | In Re: High-Tech Emp vs | Brendan Glackin | C | 95 | $5,115.30 |
| | | | | | | | **TOTAL:** | **$5,115.30** |

| Current | 31-60 Days | 61-90 days | >90 days | Total |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $5,115.30 | $5,115.30 |



RECEIVED
FEB 1 2 2013
ACCOUNTING

Make check payable to:

. Veritext Corp
P.O. Box 71303
Chicago, IL 60694-1303

VISA, MASTERCARD &
AMERICAN EXPRESS ACCEPTED

Fed. Tax ID: 20-3132569

TERMS  Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month.  Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors.  No adjustments or refunds will be made after 90 days.

# INVOICE

**Veritext**
**Western Regional Headquarters**
707 Wilshire Boulevard, Suite 3500
Los Angeles, CA 90017
Tel. 877-955-3855  Fax. 949-955-3854

RECEIVED

APR 2 9 2013

ACCOUNTING

**Bill To:** Dean Harvey
Lieff Cabraser Heimann & Bernstein
275 Battery St.
Fl. 29
San Francisco, CA 94111-3339

| | |
|---|---|
| Invoice #: | SF1731128 |
| Invoice Date: | 04/20/2013 |
| Balance Due: | $2,791.00 |
| Agency # : | 1641796 |

| | |
|---|---|
| **Case:** | In Re: High-Tech Employee Antitrust Litigation |
| **Job #:** | 1641783   |   Job Date: 4/6/2013   |   Delivery: Normal |
| **Location:** | O'Melveny & Myers |
| | 7 Times Square | Times Square Tower | New York, NY 10036 |

| Witness | Description | Units | Qty | Amount |
|---|---|---|---|---|
| Paul Schreiber | Certified Transcript | Page | 327.0 | $1,111.80 |
| | Exhibits | Per Page | 128.0 | $83.20 |
| | Exhibits - Color | Per Page | 5.0 | $7.50 |
| | Realtime Services | Page | 327.0 | $735.75 |
| | Rough Draft | Page | 327.0 | $735.75 |
| | CD Depo Litigation Package | Per CD | 1.0 | $39.00 |
| | Production & Processing | 1 | 1.0 | $50.00 |
| | Shipping & Handling | Package | 1.0 | $28.00 |

| Notes: | | | Invoice Total: | $2,791.00 |
|---|---|---|---|---|
| | | | Payment: | |
| | | | Credit: | |
| | | | Interest: | $0.00 |
| Fed. Tax ID: 20-3132569 | Term: Net 30 | | Balance Due: | $2,791.00 |

TERMS   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees.
Contact us to correct payment errors. No adjustments will be made after 90 days.

**Please tear off stub and return with payment.**

| Make check payable to: **Veritext** | | Invoice #: | SF1731128 |
|---|---|---|---|
| | | Job #: | 1641783 |
| ☐ Visa☐  MC ☐ Amex  ☐  Discover ☐  Lock Box | | Invoice Date: | 04/20/2013 |
| | Please remit payment to: | Balance : | $2,791.00 |
| **Credit Card #**                    Exp. Date | **Veritext** | | |
| SIGNATURE (AS IT APPEARS ON CREDIT CARD) | P.O. Box 71303 | | |
| | Chicago, IL 60694-1303 | | |
| PRINT NAME (AS IT APPEARS ON CREDIT CARD) | For more information on charges related to our services please consult  www.veritext.com/services/billing | | |

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


VERITEXT
LEGAL SOLUTIONS

| Bill To: | Dean Harvey | Invoice #: | SF1738504 |
|---|---|---|---|
| | Lieff Cabraser Heimann & Bernstein | Invoice Date: | 4/26/2013 |
| | 275 Battery St. | Balance Due: | $479.25 |
| | Fl. 29 | Agency #: | 1641796 |
| | San Francisco, CA, 94111-3339 | | |

| Case: | In Re: High-Tech Employee Antitrust Litigation v. |
|---|---|
| Job #: | 1641783 | Job Date: 4/6/2013 | Delivery: Normal |
| Billing Atty: | Dean Harvey |
| Location: | O'Melveny & Myers |
| | 7 Times Square | Times Square Tower | New York, NY 10036 |
| Sched Atty: | Amanda Conley | O'Melveny & Myers |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Paul Schreiber | Video - Transcript Synchronization | Per hour | 4.75 | $451.25 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |

| Notes: | | | Invoice Total: | $479.25 |
|---|---|---|---|---|
| | | | Payment: | $0.00 |
| | | | Credit: | $0.00 |
| | | | Interest: | $0.00 |
| | | | Balance Due: | $479.25 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

THIS INVOICE IS 229 DAYS PAST DUE, PLEASE REMIT - THANK YOU

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42817

**Please remit payment to:**
**Veritext**
**P.O. Box 71303**
**Chicago IL 60694-1303**

| Invoice #: | SF1738504 |
|---|---|
| Job #: | 1641783 |
| Invoice Date: | 4/26/2013 |
| Balance: | $479.25 |

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569


# VERITEXT
LEGAL SOLUTIONS

| | | |
|---|---|---|
| **Bill To:** Brendan Glackin | **Invoice #:** | SF1781769 |
| Lieff Cabraser Heimann & Bernstein | **Invoice Date:** | 6/20/2013 |
| 275 Battery St. | **Balance Due:** | $2,507.50 |
| Fl. 29 | | |
| San Francisco, CA, 94111-3339 | | |

| | |
|---|---|
| **Case:** | In Re: High-Tech Employee Antitrust Litigation v. |
| **Job #:** | 1682449 \| Job Date: 6/11/2013 \| Delivery: Normal |
| **Billing Atty:** | Brendan Glackin |
| **Location:** | Jones Day |
| | 555 California St \| 26TH Floor \| San Franscisco, CA 94104 |
| **Sched Atty:** | Robert A. Mittelstaedt, Esq \| Jones Day |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 437.00 | $1,442.10 |
| | Exhibits | Per Page | 239.00 | $155.35 |
| | Exhibits - Color | Per Page | 48.00 | $72.00 |
| Edward Leamer, Vol. 2 | Realtime Services | Page | 437.00 | $721.05 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| | | |
|---|---|---|
| **Notes:** | **Invoice Total:** | $2,507.50 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,507.50 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information



RECEIVED
JUL 11 2013
ACCOUNTING

| | | |
|---|---|---|
| **To pay online, go to** | **Please remit payment to:** | **Invoice #:** SF1781769 |
| **www.Veritext.com** | **Veritext** | **Job #:** 1682449 |
| Veritext accepts all major credit cards | **P.O. Box 71303** | **Invoice Date:** 6/20/2013 |
| (American Express, Mastercard, Visa, Discover) | **Chicago IL 60694-1303** | **Balance:** $2,507.50 |

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Dean Harvey | | |
|---|---|---|---|
| | Lieff Cabraser Heimann & Bernstein | **Invoice #:** | SF1789566 |
| | 275 Battery St. | **Invoice Date:** | 6/29/2013 |
| | Fl. 29 | **Balance Due:** | $740.50 |
| | San Francisco, CA, 94111-3339 | | |

| | |
|---|---|
| **Case:** | In Re: High-Tech Employee Antitrust Litigation v. |
| **Job #:** | 1682449 | Job Date: 6/11/2013 | Delivery: Normal |
| **Billing Atty:** | Dean Harvey |
| **Location:** | Jones Day |
| | 555 California St | 26TH Floor | San Franscisco, CA 94104 |
| **Sched Atty:** | Robert A. Mittelstaedt, Esq | Jones Day |

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| Edward Leamer, Vol. 2 | Video - Transcript Synchronization | Per hour | 7.50 | $712.50 |
| | Shipping & Handling - Video Media | Package | 1.00 | $28.00 |
| **Notes:** | | **Invoice Total:** | | $740.50 |
| | | **Payment:** | | $0.00 |
| | | **Credit:** | | $0.00 |
| | | **Interest:** | | $0.00 |
| | | **Balance Due:** | | $740.50 |

TERMS   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

THIS INVOICE IS 165 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| To pay online, go to<br>www.Veritext.com | Please remit payment to:<br>**Veritext**<br>P.O. Box 71303<br>Chicago IL 60694-1303 | **Invoice #:** | SF1789566 |
|---|---|---|---|
| | | **Job #:** | 1682449 |
| Veritext accepts all major credit cards | | **Invoice Date:** | 6/29/2013 |
| (American Express, Mastercard, Visa, Discover) | | **Balance:** | $740.50 |

42817

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569

**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Brendan Glackin<br>Lieff Cabraser Heimann & Bernstein<br>275 Battery St.<br>Fl. 29<br>San Francisco, CA, 94111-3339 | | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | CA1906636<br>11/26/2013<br>$2,021.95 |

| | |
|---|---|
| **Case:** | In Re: High-Tech Employee Antitrust Litigation v. |
| **Job #:** | 1765129 \| Job Date: 11/18/2013 \| Delivery: Normal |
| **Billing Atty:** | Brendan Glackin |
| **Location:** | O'Melveney & Meyers |
| | Two Embarcadero Center \| 28th Floor \| San Francisco, CA 94111 |
| **Sched Atty:** | George Riley, Esq \| O'Melveny & Myers |

DMH2

| Witness | Description | Units | Quantity | Amount |
|---|---|---|---|---|
| | Certified Transcript | Page | 374.00 | $1,234.20 |
| | Exhibits | Per Page | 71.00 | $46.15 |
| | Exhibits - Color | Per Page | 5.00 | $7.50 |
| Edward Leamer, Ph.D., Vol 3 | Realtime Services | Page | 374.00 | $617.10 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 |

| | | |
|---|---|---|
| **Notes:** | Invoice Total: | $2,021.95 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $2,021.95 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

42817

**Please remit payment to:**
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | CA1906636 |
|---|---|
| Job #: | 1765129 |
| Invoice Date: | 11/26/2013 |
| Balance: | $2,021.95 |

## Veritext
## Western Regional Headquarters

707 Wilshire Boulevard, Suite 3500
Los Angeles CA 90017
Tel. 877-955-3855 Fax. 949-955-3854
Fed. Tax ID: 20-3132569



**VERITEXT**
LEGAL SOLUTIONS

| Bill To: | Brendan Glackin | | |
|---|---|---|---|
| | Lieff Cabraser Heimann & Bernstein | **Invoice #:** | CA1936576 |
| | 275 Battery St. | **Invoice Date:** | 1/7/2014 |
| | Fl. 29 | **Balance Due:** | $2,238.60 |
| | San Francisco, CA, 94111-3339 | | |

| | |
|---|---|
| **Case:** | In Re: High-Tech Employee Antitrust Litigation v. |
| **Job #:** | 1784254 | Job Date: 12/19/2013 | Delivery: Normal |
| **Billing Atty:** | Brendan Glackin |
| **Location:** | O'Melveny & Myers,LLP |
| | Two Embarcadero Center | 28th Floor | San Francisco, CA 94111 |
| **Sched Atty:** | George Riley, Esq | O'Melveny & Myers |

DM11²

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| | Certified Transcript | Page | 381.00 | $3.30 | $1,257.30 |
| | Exhibits | Per Page | 432.00 | $0.65 | $280.80 |
| | Exhibits - Color | Per Page | 8.00 | $1.50 | $12.00 |
| Dr. Edward Leamer, vol. 4 | Rough Draft | Page | 381.00 | $1.50 | $571.50 |
| | CD Depo Litigation Package | Per CD | 1.00 | $39.00 | $39.00 |
| | Production & Processing | 1 | 1.00 | $50.00 | $50.00 |
| | Shipping & Handling | Package | 1.00 | $28.00 | $28.00 |

| Notes: | | |
|---|---|---|
| | **Invoice Total:** | $2,238.60 |
| | **Payment:** | $0.00 |
| | **Credit:** | $0.00 |
| | **Interest:** | $0.00 |
| | **Balance Due:** | $2,238.60 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/service-information

**To pay online, go to**
**www.Veritext.com**

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

**Please remit payment to:**
**Veritext**
P.O. Box 71303
**Chicago IL 60694-1303**

| | |
|---|---|
| **Invoice #:** | CA1936576 |
| **Job #:** | 1784254 |
| **Invoice Date:** | 1/7/2014 |
| **Balance:** | $2,238.60 |

42817

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051963

**MAKE CHECKS PAYABLE TO:**

Dean M. Harvey
Lieff, Cabraser,
Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111

Phone: (415) 956-1000
FAX: (415) 956-1008

dharvey@lchb.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone: (408) 287-4580
FAX: (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

☐ CRIMINAL   ☒ CIVIL

DATE ORDERED: 03-16-2015

DATE DELIVERED: 03-16-2015

Case Style: C-11-02509 LHK, IN RE: High-Tech Employee Antitrust Litigation
Reporter's transcript of proceedings held on 3-2-15 (e-mail and condensed copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 28 | 0.90 | 25.20 | 28 | 0.60 | 16.80 | 42.00 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | **TOTAL:** | 42.00 |

DT, 3462-1

8950-853/# 223006

| LESS DISCOUNT FOR LATE DELIVERY: | |
|---|---|
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| **TOTAL DUE:** | **$42.00** |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE

DATE 03-16-2015

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051100

**MAKE CHECKS PAYABLE TO:**

Alan Ruiz
Lieff, Cabraser,
Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111

Phone: (415) 956-1000
FAX: (415) 956-1008

aruiz@lchb.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone: (408) 287-4580
FAX: (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

| | CRIMINAL | X CIVIL | DATE ORDERED: 10-31-2011 | DATE DELIVERED: 11-07-2011 |

**Case Style:** C-11-02509 LHK, IN RE: High-Tech Employee Antitrust Litigation
Reporter's transcript of proceedings held on 10-26-11 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 95 | 4.85 | 460.75 | | 0.90 | | | 0.60 | | 460.75 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | | |

Misc. Desc.

MISC. CHARGES:

TOTAL: 460.75

DT, 3462-0001
8150-853 AF 190640

LESS DISCOUNT FOR LATE DELIVERY:

TAX (If Applicable):

LESS AMOUNT OF DEPOSIT:

TOTAL REFUND:

TOTAL DUE: $460.75

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE: 11-07-2011

(All previous editions of this form are
cancelled and should be destroyed)

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051157

**MAKE CHECKS PAYABLE TO:**

Steven Y. Shin
Lieff, Cabraser,
Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111

Phone:  (415) 956-1000
FAX:  (415) 956-1008

sshin@lchb.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:  (408) 287-4580
FAX  (408) 535-5329
Tax ID:  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
Lee-Anne_Shortridge@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 01-31-2012 | DATE DELIVERED: 01-31-2012 |
|---|---|---|---|

**Case Style:** C-11-02509 LHK, v
Reporter's expedited transcript of proceedings held on 1-26-12 (e-mail
copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 69 | 0.90 | 62.10 | | 0.60 | | 62.10 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 62.10 |
| *DT* | LESS DISCOUNT FOR LATE DELIVERY: | |
| *3462-0001* | TAX (If Applicable): | |
| *8950- 853 /# 193049* | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $62.10 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 01-31-2012 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

, 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

**INVOICE NO:** 20051230

**MAKE CHECKS PAYABLE TO:**

Steven Y. Shin
Lieff, Cabraser,
Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111

Phone:  (415) 956-1000
FAX:  (415) 956-1008

sshin@lchb.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:  (408) 287-4580
FAX  (408) 535-5329
Tax ID:  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
Lee-Anne_Shortridge@cand.uscourts.gov

| CRIMINAL | X CIVIL | DATE ORDERED: 06-05-2012 | DATE DELIVERED: 06-11-2012 |

**Case Style:** C-11-02509 LHK, IN RE: High Tech Employees Antitrust Litigation
Reporter's expedited transcript of proceedings held on 6-4-12 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 83 | 0.90 | 74.70 | | 0.60 | | 74.70 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | **TOTAL:** | 74.70 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | **TOTAL DUE:** | **$74.70** |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:

DATE  06-11-2012

(All previous editions of this form are
cancelled and should be destroyed)

AD44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051327

**MAKE CHECKS PAYABLE TO:**

Terence Desouza
Lieff, Cabraser,
Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111

Phone: (415) 956-1000
FAX: (415) 956-1008

tdesouza@lchb.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone: (408) 287-4580
FAX (408) 535-5329
Tax ID: 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
Lee-Anne_Shortridge@cand.uscourts.gov

| | | DATE ORDERED: | DATE DELIVERED: |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 08-28-2012 | 08-28-2012 |

**Case Style:** C-11-01846 LHK, Apple v Samsung

Reporter's transcript of proceedings held on 7-31-12 and 8-21-12 (e-mail copies).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 597 | 0.90 | 537.30 | | 0.60 | | 537.30 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 537.30 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| PAY $ 268.65 | LESS AMOUNT OF DEPOSIT: | |
| DT. 3462-0001 | TOTAL REFUND: | |
| 8950-853/# 198867 | TOTAL DUE: | $537.30 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| | 08-28-2012 |

(All previous editions of this form are
cancelled and should be destroyed)

JS44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20051444

### MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Terence Desouza<br>Lieff, Cabraser,<br>Heimann & Bernstein<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br><br>Phone:   (415) 956-1000<br>FAX:     (415) 956-1008<br><br>*tdesouza@lchb.com* | Lee-Anne Shortridge, CSR, CRR<br>United States Court Reporter<br>280 South First Street<br>Room 2112<br>San Jose, CA 95113<br><br>Phone:   (408) 287-4580<br>FAX       (408) 535-5329<br>Tax ID:   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<br>*Lee-Anne_Shortridge@cand.uscourts.gov* |

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED:<br>01-18-2013 | DATE DELIVERED:<br>02-06-2013 |
|---|---|---|

**Case Style:** C-11-02509 LHK, IN RE: High-Tech Employees Antitrust Litigation
Reporter's transcript of proceedings held on 1-17-13 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | 152 | 0.90 | 136.80 | | 0.60 | | 136.80 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 136.80 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $136.80 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| *[signature]* | 02-13-2013 |

*(All previous editions of this form are cancelled and should be destroyed)*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN CALIFORNIA

INVOICE NO:  40001041

**MAKE CHECKS PAYABLE TO:**

Dean M. Harvey
Lieff Cabraser Heimann & Bernstein
Embarcadero Center West
275 Battery Street 30th Floor
San Francisco, CA 94111-3339

Phone:   (415) 956-1000
FAX:      (415) 956-1008

dharvey@lchb.com

Raynee H. Mercado, RMR CRR FCRR
Certified Shorthand Reporter
5100 B-1 Clayton Road #403
Concord, CA 94521-3139

Phone:   (510) 451-7530
FAX      (510) 451-7530

Raynee_Mercado@cand.uscourts.gov

| | CRIMINAL | [x] CIVIL | DATE ORDERED: 07-22-2013 | DATE DELIVERED: 07-22-2013 |

**Case Style:** C11-02509LHK, IN RE: High-Tech Employee Antitrust Litigation
5/15/13 hearing tx copy same-day delivery pgs 1-50 condensed/index by email

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | 50 | 1.20 | 60.00 | | | | 60.00 |
| Realtime | | | | | | | | | | |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| DT | | TOTAL: | 60.00 |
| 3462-0001 | | LESS DISCOUNT FOR LATE DELIVERY: | |
| 0128-2/200748 | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $60.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

SIGNATURE

DATE  07-26-2013

(All previous editions of this form are
cancelled and should be destroyed)

ev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20051614

**MAKE CHECKS PAYABLE TO:**

Terence Desouza
Lieff, Cabraser,
Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111

Phone:  (415) 956-1000
FAX:    (415) 956-1008

tdesouza@lchb.com

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:  (408) 287-4580
FAX     (408) 535-5329
Tax ID:  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
Lee-Anne_Shortridge@cand.uscourts.gov

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 10-22-2013 | DATE DELIVERED: 10-30-2013 |
|---|---|---|---|

**Case Style:** C-11-2509 LHK, IN RE:  High-Tech Employees Antitrust Litigation
Reporter's transcript of proceedings held on 10-21-13 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | 76 | 0.90 | 68.40 | | 0.60 | | 68.40 |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 1.20 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 68.40 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $68.40 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE 10-30-2013 |
|---|---|

(All previous editions of this form are
cancelled and should be destroyed)

Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:  20051665

### MAKE CHECKS PAYABLE TO:

| | |
|---|---|
| Terence Desouza<br>Lieff, Cabraser,<br>Heimann & Bernstein<br>275 Battery Street, 30th Floor<br>San Francisco, CA 94111<br><br>Phone:   (415) 956-1000<br>FAX:      (415) 956-1008<br><br>*tdesouza@lchb.com* | Lee-Anne Shortridge, CSR, CRR<br>United States Court Reporter<br>280 South First Street<br>Room 2112<br>San Jose, CA 95113<br><br>Phone:   (408) 287-4580<br>FAX       (408) 535-5329<br>Tax ID:   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<br>*Lee-Anne_Shortridge@cand.uscourts.gov* |

| CRIMINAL | [x] CIVIL | DATE ORDERED:<br>01-02-2014 | DATE DELIVERED:<br>01-16-2014 |
|---|---|---|---|

**Case Style:** C-11-02509 LHK, IN RE: High-Tech Employee Antitrust Litigation
Reporter's transcript of proceedings held on 12-18-13 (e-mail and condensed transcripts).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 22 | 3.65 | 80.30 | 68 | 0.90 | 61.20 | | 0.60 | | 141.50 |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 141.50 |
| DT. 3462-0001 | LESS DISCOUNT FOR LATE DELIVERY: | |
| 8950-8631# Z11155 | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $141.50 |

### ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

### CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE: | DATE<br>01-16-2014 |
|---|---|

*(All previous editions of this form are cancelled and should be destroyed)*

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO: 20051793

**MAKE CHECKS PAYABLE TO:**

Terence Desouza
Lieff, Cabraser,
Heimann & Bernstein
275 Battery Street, 30th Floor
San Francisco, CA 94111

Phone: (415) 956-1000
FAX:   (415) 956-1008

*tdesouza@lchb.com*

Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 287-4580
FAX      (408) 535-5329
Tax ID:   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
*Lee-Anne_Shortridge@cand.uscourts.gov*

| | | DATE ORDERED | DATE DELIVERED |
|---|---|---|---|
| ☐ CRIMINAL   ☒ CIVIL | | 06-20-2014 | 06-24-2014 |

**Case Style:** C-11-02509 LHK, IN RE: High-Tech Employee Antitrust Litigation
Reporter's transcript of proceedings held on 6-19-14 (condensed copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | 76 | 4.85 | 368.60 | | 0.90 | | | 0.60 | | 368.60 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 368.60 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $368.60 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE |
|---|---|
| *Lee-Anne Shortridge* | 06-24-2014 |

*(All previous editions of this form are
cancelled and should be destroyed)*

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE:_____4/25/2012__                   CHECK AMOUNT:$_____150.35____

PAYABLE TO:_____Christine Bedard_____

ADDRESS: ___133 Meese Court_____

_____

CITY:__Danville_____ STATE:___CA___ ZIP CODE:__94526_____

TELEPHONE: (925) 838-4677_____ TAX ID #:_____

INVOICE:____N/A_____

CASE-MATTER NUMBER _3462-0001_____

CASE-MATTER NAME: ____High-Tech Cold Calling_____

DESCRIPTION (PLEASE BE SPECIFIC): __April 18, 2012 Case Management Conference
Hearing Transcript ordering price_____

PLEASE HAVE CHECK READY BY:

DATE:_4/26/2012_____                  TIME:____4:30 p.m._____

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL:__FEDERAL EXPRESS: ___ RETURN TO: __Steven Shin_____EXT: 2303__LOC: 28th__

Authorizations for case chargeable expenses:
A. Expenses under $100: NON-ATTORNEY/STAFF
B. Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
C. Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
D. Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
              MANAGING PARTNER
Authorizations for non-case chargeable/administrative expenses:
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

NON-ATTORNEY/STAFF INITIAL_____ DEPT MANAGER INITIAL_____

ATTORNEY INITIAL_Please See Attached Email___ PARTNER INITIAL_____

(FOR ACCOUNTING USE ONLY)

VENDOR ID: _8950 1556_ EXP TYPE:_____DT_____ CASE: 3462 -0001

VOUCHER #:__194926_____

.

1002795.1

# INVOICE



**KRAMM**
**COURT REPORTING**
2224 THIRD AVENUE SAN DIEGO CA 92101
800.939.0080 www.kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30798 | 7/17/2012 | 44722 |
| **Job Date** | **Case No.** | |
| 6/26/2012 | Master Docket No. 11-CV-2509-LHK | |
| **Case Name** | | |
| #In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Daniel J. Walker
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia PA  19103

---

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:

    Intel, 30(b)(6) - Shilo Kuz

                                                      855.79

**TOTAL DUE >>>**         **$855.79**

AFTER 8/16/2012 PAY     $941.37

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

*DT*
*3462-0001*
*9120/# 198164*

---

**Tax ID: 33-0941549**

Phone: 215-875-3000   Fax:215-875-4604

---

*Please detach bottom portion and return with payment.*

Daniel J. Walker
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia PA  19103

Job No.     : 44722         BU ID      : 9-KrammUSA
Case No.    : Master Docket No. 11-CV-2509-LHK
Case Name  : #In Re: HIGH-TECH EMPLOYEE ANTITRUST
              LITIGATION

Invoice No.  : 30798        Invoice Date  : 7/17/2012
**Total Due**   : **$855.79**
AFTER 8/16/2012 PAY $941.37

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To:   **KRAMM & ASSOCIATES, INC.**
             **2224 Third Avenue**
             **San Diego CA  92101**

# INVOICE



## KRAMM
**COURT REPORTING**
2274 THIRD AVENUE SAN DIEGO CA 92101
800.939.6080 www.kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 30837 | 7/17/2012 | 44726 |
| **Job Date** | **Case No.** | |
| 6/29/2012 | Master Docket No. 11-CV-2509-LHK | |
| **Case Name** | | |
| #In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Daniel J. Walker
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia PA 19103

---

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:

    Google, 30(b)(6) - John Schirm                          740.16

                                      **TOTAL DUE >>>**       **$740.16**

                                      AFTER 8/16/2012 PAY     $814.18

Thank you. We appreciate your business. Please make checks payable to
Kramm & Associates, Inc. We now accept Visa, Master Card, and American Express

DT
34620-001
9120/# 19816

Tax ID: 33-0941549                                            Phone: 215-875-3000   Fax:215-875-4604

*Please detach bottom portion and return with payment.*

---

Daniel J. Walker
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia PA 19103

| | | |
|---|---|---|
| Job No. | : 44726 | BU ID      : 8-KrammBA |
| Case No. | : Master Docket No. 11-CV-2509-LHK | |
| Case Name | : #In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | |
| Invoice No. | : 30837 | Invoice Date   : 7/17/2012 |

**Total Due** : **$740.16**
AFTER 8/16/2012 PAY $814.18

Remit To:   **KRAMM & ASSOCIATES, INC.**
             **2224 Third Avenue**
             **San Diego CA 92101**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:

Card Number:

Exp. Date:              Phone#:

Billing Address:

Zip:           Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

# KRAMM
## COURT REPORTING
2224 THIRD AVENUE SAN DIEGO CA 92101
800.939.0000 www.kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31031 | 8/23/2012 | 45040 |
| **Job Date** | **Case No.** | |
| 7/17/2012 | Master Docket No. 11-CV-2509-LHK | |
| **Case Name** | | |
| #In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Anne B. Shaver
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco CA  94111-3339

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:
    Google, 30(b)(6) - Matthew Howard                                    429.56
ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:
    Google, 30(b)(6) - Jamie Yu                                          468.71

                                            TOTAL DUE  >>>          **$898.27**
                                            AFTER 9/22/2012  PAY         $988.10

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

DT
3462.0001

9120 #1066154

**Tax ID:** 33-0941549                                    Phone: 415-956-1000   Fax:415-956-1008

*Please detach bottom portion and return with payment.*

Anne B. Shaver
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco CA  94111-3339

Job No.       :  45040           BU ID          : 8-KrammBA
Case No.      :  Master Docket No. 11-CV-2509-LHK
Case Name     :  #In Re: HIGH-TECH EMPLOYEE ANTITRUST
                 LITIGATION

Invoice No.   :  31031           Invoice Date   : 8/23/2012
**Total Due**     :  **$898.27**
AFTER 9/22/2012 PAY $988.10

**PAYMENT WITH CREDIT CARD**         AMEX   [  ]   [  ]

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA  92101**

# INVOICE

# K R A M M
## COURT REPORTING
2224 THIRD AVENUE SAN DIEGO CA 92101
800 939.0080  www.kramm.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 31197 | 8/23/2012 | 45093 |
| **Job Date** | **Case No.** | |
| 8/2/2012 | Master Docket No. 11-CV-2509-LHK | |
| **Case Name** | | |
| #In Re: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION | | |
| | **Payment Terms** | |
| Due upon receipt | | |

Brendan Glackin
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco CA  94111-3339

ORIGINAL AND 1 CERTIFIED TRANSCRIPT OF:
  Lori McAdams

1,438.54

TOTAL DUE >>>        **$1,438.54**
AFTER 9/22/2012 PAY      $1,582.39

Thank you.  We appreciate your business.  Please make checks payable to
Kramm & Associates, Inc.  We now accept Visa, Master Card, and American Express

DT
3462-0001
9120 # 198153

Tax ID: 33-0941549                                    Phone: 415-956-1000   Fax:415-956-1008

*Please detach bottom portion and return with payment.*

Brendan Glackin
LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 Battery Street, 29th Floor
San Francisco CA  94111-3339

Job No.      : 45093              BU ID        : 8-KrammBA
Case No.     : Master Docket No. 11-CV-2509-LHK
Case Name    : #In Re: HIGH-TECH EMPLOYEE ANTITRUST
               LITIGATION

Invoice No.  : 31197              Invoice Date  : 8/23/2012
**Total Due**   : **$1,438.54**
AFTER 9/22/2012 PAY $1,582.39

Remit To:   **KRAMM COURT REPORTING**
            **2224 Third Avenue**
            **San Diego CA  92101**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |