# Exhibit 8
# (Part 1 of 7)



# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1402001353 | 28-FEB-14 |

BILLING PERIOD 01-FEB-14 - 28-FEB-14

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

| ACCOUNT NUMBER |
|---|
| 100XPR |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $10,563.50 | ($9,558.97) | $1,004.53 | | | $1,004.53 | $6.62 | $1,011.15 |

11





LexisNexis®

INVOICE NO: 1403001353
INVOICE DATE: 31-MAR-14

BILLING PERIOD 01-MAR-14 - 31-MAR-14

ACCOUNT NUMBER: 100XPR

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $5,295.50 | ($4,882.08) | $413.42 | | | $413.42 | | $413.42 |

11

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1404001349 | 30-APR-14 |

BILLING PERIOD 01-APR-14 - 30-APR-14

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

| ACCOUNT NUMBER |
|---|
| 100XPR |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 462-0001 | $11,535.50 | ($10,596.11) | $939.39 | | $150.00 | $1,089.39 | | $1,089.39 |

11

# COURTHOUSE NEWS SERVICE

| | Invoice # |
|---|---|
| | 555957 |

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### PAST DUE INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 555957 | $501.00 | $501.00 | 11/01/2014 | 01/01/2015 |

Order Number:    482340        Ship To:    Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 97 | $485.00 | $0.00 | $485.00 |
| | Sub Totals | | | $0.00 | $501.00 |

| | |
|---|---|
| Payments | $0.00 |
| Credit | $0.00 |
| Invoice Total | $501.00 |

| Total Due | $501.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4632674

Page 1  of 1

CR
2477/221601

LIBRARY

JAN 30 2015

LIEFF, CABRASER, HEIMANN, BERNSTEIN

Monthly Dinger Billed Report

for Oct 2014

01/30/2015

| Account Number | | Firm Name | | |
|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | |

| | Court Name | | Reference Number | Case Number |
|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | Amount |

| | | | 3462-0001 | 5:11-cv-02509 |
|---|---|---|---|---|

USDC Northern District of California

| 10/06/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | No new filings docketed. | 4.00 |
|---|---|---|---|---|

USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509

| 10/13/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | <b>ORDER RELATING CASE <i>Cano v. Pixar et al</i>, 5:14-CV-04203-PSG, to <i>In re: High-Tech Employee Antitrust Litigation</i>, 5:11-CV-02509. Pursuant to the Order, the <i>Cano</i> case is re-assigned to the Hon. Lucy H. Koh and all future filings will bear her initials. See Order for additional details. A copy of this Order will be filed in the <i>Cano</i> docket. Signed by Judge Hon. Lucy H. Koh on 10/6/2014. (sms, COURT STAFF) (Filed on 10/7/2014) (Entered: 10/07/2014)</b>; | 4.00 |
|---|---|---|---|---|

USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509

| 10/20/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | NOTICE of Appearance by Julian Ari Hammond <i>Notice of Appearance of Polina Pecherskaya</i> (Hammond, Julian) (Filed on 10/14/2014) (Entered: 10/14/2014);NOTICE of Appearance by Julian Ari Hammond <i>Notice of Appearance of Ari Cherniak</i> (Hammond, Julian) (Filed on 10/14/2014) (Entered: 10/14/2014);MOTION to Relate Case <i></i> filed by Greg Garrison. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112268766" onclick="goDLS('/doc1/035112268766','243796','3227','','2','1','','');return(false);">1</a> Declaration, # <a href="https://ecf.cand.uscourts.gov/doc1/035112268767" onclick="goDLS('/doc1/035112268767','243796','3227','','2','1','','');return(false);">2</a> Proposed Order)(Belong, Tyler) (Filed on 10/15/2014) (Entered: 10/15/2014); | 4.00 |
|---|---|---|---|---|

USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509

| 10/27/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | MOTION to Relate Case <i></i> filed by Robert Arriaga. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112289559" onclick="goDLS('/doc1/035112289559','243796','3231','','2','1','','');return(false);">1</a> Declaration, # <a href="https://ecf.cand.uscourts.gov/doc1/035112289560" onclick="goDLS('/doc1/035112289560','243796','3231','','2','1','','');return(false);">2</a> Proposed Order)(Belong, Tyler) (Filed on 10/21/2014) (Entered: 10/21/2014);<b> Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035012268765" onclick="goDLS('/doc1/035012268765','243796','3227','','2','1','','');return(false);">1000</a> . It is hereby ordered that 14-CV-04592-NC, Garrison v. Oracle Corporation, is related to In re: High-Tech Employee Antitrust Litigation, 11-CV-02509. Pursuant to the Order, the Garrison case is re-assigned to the Hon. Lucy H. Koh and all future filings will bear her initials. See Order for additional details. A copy of this Order will be filed in the Garrison docket. Signed by Judge Hon. Lucy H. Koh on 10/22/2014.(sms, COURT STAFF) (Filed on 10/22/2014) (Entered: 10/22/2014)</b>;MOTION to Relate Case <i></i> filed by Deserae Ryan. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112295444" onclick="goDLS('/doc1/035112295444','243796','3238','','2','1','','');return(false);">1</a> Declaration of Janine R. Menhennet. # <a | 4.00 |
|---|---|---|---|---|

Monthly Dinger Billed Report

for Oct 2014

01/30/2015

eturn(false);">1</a> Declaration of Janine R. Menhennet, # <a href="https://ecf.cand.uscourts.gov/doc1/035112295445" onclick="goDLS('/doc1/035112295445','243796','3238','2','1','','');return(false);">2</a> Proposed Order)(Menhennet, Janine) (Filed on 10/23/2014) (Entered: 10/23/2014);NOTICE of Appearance by Matthew J. Schenck <i>and Fred Plevin on behalf of Microsoft Corp.</i> (Schenck, Matthew) (Filed on 10/24/2014) (Entered: 10/24/2014);STIPULATION WITH PROPOSED ORDER re <a href="https://ecf.cand.uscourts.gov/doc1/035012295443" onclick="goDLS('/doc1/035012295443','243796','3238','','2','1','','');return(false);">1003</a> MOTION to Relate Case <i></i> <i></i> filed by Microsoft Corporation. (Schenck, Matthew) (Filed on 10/24/2014) (Entered: 10/24/2014);<b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035112300901" onclick="goDLS('/doc1/035112300901','243796','3246','','2','1','','');return(false);">1005</a> Stipulation.(lhklc5S, COURT STAFF) (Filed on 10/27/2014) (Entered: 10/27/2014)</b>;



# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: 626/577-6726   Technical Questions: 626/577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|---|
| 558624 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### PAST DUE INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 558624 | $286.00 | $286.00 | 12/01/2014 | 02/01/2015 |

| Order Number: | 485397 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 54 | $270.00 | $0.00 | $270.00 |

|  |  |  | **Sub Totals** | $0.00 | $286.00 |
|---|---|---|---|---|---|
|  |  |  | Payments |  | $0.00 |
|  |  |  | Credit |  | $0.00 |
|  |  |  | **Invoice Total** |  | $286.00 |

| **Total Due** | $286.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1 of 1

CR
2477/221603




**Monthly Dinger Billed Report**

02/02/2015

**for Dec 2014**

| Account Number | | | Firm Name | | |
|---|---|---|---|---|---|
| 353 | Lieff Cabraser - SF | | | | |

| | Court Name | | | Reference Number | | Case Number | |
|---|---|---|---|---|---|---|---|
| Date | Search Term(s) | Email | | Summary | | | Amount |
| | USDC Northern District of California | | | 3462-0001 | | 5:11-cv-02509 | |
| 11/03/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | <b>ORDER RELATING CASE Wentworth v. Lucasfilm LTD., LLC et al., 3:14-CV-4422, to In re: High-Tech Employee Antitrust Litigation, 5:11-CV-02509. Pursuant to the Order, the Wentworth case is re-assigned to the Hon. Lucy H. Koh and all future filings will bear her initials. See Order for additional details. A copy of this Order will be filed in the Wentworth docket. Signed by Judge Hon. Lucy H. Koh on 10/28/2014. (sms, COURT STAFF) (Filed on 10/28/2014) (Entered: 10/28/2014)</b>;NOTICE by Apple Inc. <i>Notice of Withdrawal of Victoria L. Weatherford as Counsel for Defendant</i> (Weatherford, Victoria) (Filed on 10/30/2014) (Entered: 10/30/2014); | | | 4.00 |
| | USDC Northern District of California | | | 3462-0001 | | 5:11-cv-02509 | |
| 11/10/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | NOTICE of Substitution of Counsel by Allison Ann Davis <i>and Notice of Appearance</i> (Davis, Allison) (Filed on 11/10/2014) (Entered: 11/10/2014);MOTION for leave to appear in Pro Hac Vice <i>(w/ Certificate of Good Standing)</i> ( Filing fee $ 305, receipt number 0971-9061949.) filed by Microsoft Corporation. (Rummage, Stephen) (Filed on 11/10/2014) (Entered: 11/10/2014);MOTION for leave to appear in Pro Hac Vice <i>(w/ Certificates of Good Standing)</i> ( Filing fee $ 305, receipt number 0971-9062016.) filed by Microsoft Corporation. (Maguire, Robert) (Filed on 11/10/2014) (Entered: 11/10/2014);MOTION for leave to appear in Pro Hac Vice <i>(w/ Certificate of Good Standing)</i> ( Filing fee $ 305, receipt number 0971-9062048.) filed by Microsoft Corporation. (Tewell, Candice) (Filed on 11/10/2014) (Entered: 11/10/2014);Statement <i> (Corporate Disclosure)</i> by Microsoft Corporation. (Davis, Allison) (Filed on 11/10/2014) (Entered: 11/10/2014);RESPONSE (re <a href="https://ecf.cand.uscourts.gov/doc1/035012295443" onclick="goDLS('/doc1/035012295443','243796','3238','','2','1','','');return(false);">1003</a> MOTION to Relate Case <i></i> ) <i></i> filed byMicrosoft Corporation. (Davis, Allison) (Filed on 11/10/2014) (Entered: 11/10/2014); | | | 4.00 |
| | USDC Northern District of California | | | 3462-0001 | | 5:11-cv-02509 | |
| 11/17/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | <b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035112355737" onclick="goDLS('/doc1/035112355737','243796','3263','','2','1','','');return(false);">1010</a> Motion for Pro Hac Vice.(lhklc5, COURT STAFF) (Filed on 11/11/2014) (Entered: 11/11/2014)</b>;<b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035112355774" onclick="goDLS('/doc1/035112355774','243796','3266','','2','1','','');return(false);">1011</a> Motion for Pro Hac Vice.(lhklc5, COURT STAFF) (Filed on 11/11/2014) (Entered: 11/11/2014)</b>;<b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035112355800" onclick="goDLS('/doc1/035112355800','243796','3269','','2','1','','');return(false);">1012</a> Motion for Pro Hac Vice.(lhklc5, COURT STAFF) (Filed on 11/11/2014) (Entered: 11/11/2014);JOINT CASE MANAGEMENT STATEMENT <i></i> filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 11/12/2014) (Entered: 11/12/2014);MOTION for Leave to File Reply to Motion for Administrative Relief to Consider Whether | | | 4.00 |

**Monthly Dinger Billed Report**                        02/02/2015

**for Dec 2014**

File Reply to Motion for Administrative Relief to Consider Whether Cases Should be Related (re <a href="https://ecf.cand.uscourts.gov/doc1/035012295443" onclick="goDLS('/doc1/035012295443','243796','3238','','2','1','','');return(false);">1003</a> MOTION to Relate Case) filed by Deserae Ryan. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035012295443" onclick="goDLS('/doc1/035012295443','243796','3238','','2','1','','');return(false);">1003</a> ) (Menhennet, Janine) (Filed on 11/13/2014) Modified text on 11/14/2014 (dhmS, COURT STAFF). (Entered: 11/13/2014);NOTICE of Appearance by Sanjay Mohan Nangia <i>for Microsoft Corporation</i> (Nangia, Sanjay) (Filed on 11/17/2014) (Entered: 11/17/2014);

| USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 |
|---|---|---|---|

| 11/24/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | Statement <i>REGARDING DOCUMENT ADMISSIBILITY AND AUTHENTICATION</i> by Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 11/17/2014) (Entered: 11/17/2014);<b>ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND PRETRIAL CONFERENCE. Signed by Judge Lucy Koh on 11/18/14. (lhklc5S, COURT STAFF) (Filed on 11/18/2014) (Entered: 11/18/2014)</b>;Set/Reset Hearing re <a href="https://ecf.cand.uscourts.gov/doc1/035112382479" onclick="goDLS('/doc1/035112382479','243796','3293','','2','1','','');return(false);">1022</a> : Case Management Conference now set for 2/11/2015 at 2:00PM; and, Pretrial Conference set for 3/19/2015 at 1:30PM. Both events to take place in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (sms, COURT STAFF) (Filed on 11/18/2014) (Entered: 11/18/2014);<b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035012185484" onclick="goDLS('/doc1/035012185484','243796','3198','','2','1','','');return(false);">990</a> Motion for Leave to File.(lhklc5S, COURT STAFF) (Filed on 11/19/2014) (Entered: 11/19/2014)</b>;<b>Order by Hon. Lucy H. Koh deferring ruling on <a href="https://ecf.cand.uscourts.gov/doc1/035012189831" onclick="goDLS('/doc1/035012189831','243796','3200','','2','1','','');return(false);">991</a> Administrative Motion to File Under Seal.(lhklc5S, COURT STAFF) (Filed on 11/19/2014) (Entered: 11/19/2014)</b>;<b>ORDER <a href="https://ecf.cand.uscourts.gov/doc1/035012295443" onclick="goDLS('/doc1/035012295443','243796','3238','','2','1','','');return(false);">1003</a> RELATING case <i>Ryan et al. v. Microsoft Corporation</i>, 14-CV-04634-EJD, to <i>In re: High-Tech Employee Antitrust Litigation</i>, 11-CV-02509-LHK. Pursuant to the Order, the <i>Ryan</i> case is re-assigned to the Hon. Lucy H. Koh and all future filings will bear her initials. See Order for additional details. A copy of this Order shall be filed in the <i>Ryan</i> docket. Signed by Hon. Lucy H. Koh on 11/19/2014. (sms, COURT STAFF) (Filed on 11/19/2014) (Entered: 11/19/2014)</b>;<b>Order denying <a href="https://ecf.cand.uscourts.gov/doc1/035012289558" onclick="goDLS('/doc1/035012289558','243796','3231','','2','1','','');return(false);">1001</a> Motion to Relate Case (<i>Arriaga</i>). Signed by Hon. Lucy H. Koh on 11/20/2014. A copy of this Order will be posted in the <i>Arriaga</i>, 14-CV-04656-NC, docket. (sms, COURT STAFF) (Filed on 11/20/2014) (Entered: 11/20/2014)</b>;NOTICE by Mark Fichtner, Siddharth Hariharan, Daniel Stover re <a href="https://ecf.cand.uscourts.gov/doc1/035112384346" onclick="goDLS('/doc1/035112384346','243796','3298','','2','1','','');return(false);">1023</a> Order on Motion for Leave to File <i>Supplemental Brief</i> (Dermody, Kelly) (Filed on 11/24/2014) (Entered: 11/24/2014); | 4.00 |

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 559789 |

## INVOICE

**Bill To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

**Ship To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 559789 | $410.00 | $410.00 | 01/01/2015 | 03/01/2015 |

| Order Number: | 486710 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $20.00 | $0.00 | $20.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 78 | $390.00 | $0.00 | $390.00 |

| | Sub Totals | | | $0.00 | $410.00 |
|---|---|---|---|---|---|
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $410.00 |

| **Total Due** | $410.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

CR
2477/221604



LIBRARY
JAN 2 ... 
LIEFF, CABRASER HEIMANN BERNSTEIN

**Monthly Dinger Billed Report**    01/12/2015

**for Jan 2015**

| Account Number | | Firm Name | |
|---|---|---|---|
| 353 | | Lieff Cabraser - SF | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 12/01/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | <b>ORDER RE PLAINTIFFS' SUR-SUR REPLY. Signed by Judge Lucy H. Koh on 11/26/2014. (lhklc3, COURT STAFF) (Filed on 11/26/2014) (Entered: 11/26/2014)</b>; | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 12/08/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | EXHIBITS re <a href="https://ecf.cand.uscourts.gov/doc1/035012189831" onclick="goDLS('/doc1/035012189831','243796','3200','2','1','','');return(false);">991</a> Administrative Motion to Unseal All Papers Associated with Plaintiffs' Motion to Compel <i>Declaration of Robert A. Van Nest in Support of Sealing Papers Filed in Connection with Plaintiffs' Motion to Compel</i> filed byGoogle Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112426570" onclick="goDLS('/doc1/035112426570','243796','3311','','2','1','','');return(false);">1</a> Motion to Compel (Redacted), # <a href="https://ecf.cand.uscourts.gov/doc1/035112426571" onclick="goDLS('/doc1/035112426571','243796','3311','','2','1','','');return(false);">2</a> Motion to Compel (Unredacted/Highlighted), # <a href="https://ecf.cand.uscourts.gov/doc1/035112426573" onclick="goDLS('/doc1/035112426573','243796','3311','','2','1','','');return(false);">3</a> Opposition (Redacted), # <a href="https://ecf.cand.uscourts.gov/doc1/035112426575" onclick="goDLS('/doc1/035112426575','243796','3311','','2','1','','');return(false);">4</a> Opposition (Unredacted/Highlighted), # <a href="https://ecf.cand.uscourts.gov/doc1/035112426576" onclick="goDLS('/doc1/035112426576','243796','3311','','2','1','','');return(false);">5</a> Reply (Redacted), # <a href="https://ecf.cand.uscourts.gov/doc1/035112426577" onclick="goDLS('/doc1/035112426577','243796','3311','','2','1','','');return(false);">6</a> Reply (Unredacted/Highlighted))(Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035012189831" onclick="goDLS('/doc1/035012189831','243796','3200','2','1','','');return(false);">991</a> ) (Van Nest, Robert) (Filed on 12/3/2014) (Entered: 12/03/2014);<b>ORDER by Judge Lucy H. Koh denying as moot <a href="https://ecf.cand.uscourts.gov/doc1/035112367850" onclick="goDLS('/doc1/035112367850','243796','3285','','2','1','','');return(false);">1019</a> Motion for Leave to File (lhklc1, COURT STAFF) (Filed on 12/8/2014) (Entered: 12/08/2014)</b>; | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 12/15/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | <b>CLERK'S NOTICE CORRECTING TRIAL START DATE IN ECF NO. <a href="https://ecf.cand.uscourts.gov/doc1/035112150932" onclick="goDLS('/doc1/035112150932','243796','3184','','2','1','','');return(false);">986</a> .</b> The Parties shall take note that jury selection and trial will commence on Friday, April 10, 2015 rather than Thursday, April 9, 2015. The following court days (17) are reserved for trial: 4/10/2015, 4/13/2015, 4/14/2015, 4/17/2015, 4/20/2015, 4/21/2015, 4/24/2015, 4/27/2015, 4/28/2015, 5/1/2015, 5/4/2015, 5/5/2015, 5/8/2015, 5/11/2015, 5/12/2015, 5/15/2015, and 5/18/2015. All trial days begin at 9:00 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (This is a text only | | 4.00 |

1

**Monthly Dinger Billed Report**                    01/12/2015

**for Jan 2015**

Floor, San Jose before Hon. Lucy H. Koh. (This is a text-only
notice; there is no document associated with this entry.) (sms,
COURT STAFF) (Filed on 12/15/2014) (Entered: 12/15/2014);Date
terminated, re 1031 : 4/9/2015 date removed from the case
calendar. (sms, COURT STAFF) (Filed on 12/15/2014) (Entered:
12/15/2014);

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 12/22/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 12/29/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |

12/01/14

12/01/14

12/01/14

12/01/14

12/01/14

12/01/14

12/02/14

12/02/14

2

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|-----------|
| 561838 |

## INVOICE

| Bill To | Ship To |
|---------|---------|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|----------------|--------------|--------------|--------------|----------|
| 561838 | $425.00 | $425.00 | 02/01/2015 | 04/01/2015 |

| Order Number: | 489071 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---------------|--------|----------|-----|

| Service | Description | Qty | Rate | Tax | Total |
|---------|-------------|-----|------|-----|-------|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $20.00 | $0.00 | $20.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 81 | $405.00 | $0.00 | $405.00 |
| **Sub Totals** | | | | $0.00 | $425.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $425.00 |

| Total Due | $425.00 |
|-----------|---------|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1 of 1

CR
24177/222213

**LIBRARY**

FEB 1 3 2015

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Feb 2015**

02/09/2015

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| **Date** | **Search Term(s)** | **Email** | **Summary** | | **Amount** |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 01/05/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 01/12/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 01/19/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | <i>Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; Memorandum of Points and Authorities In Support Thereof</i> filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover. Motion Hearing set for 3/19/2015 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 1/29/2015. Replies due by 2/5/2015. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112552533" onclick="goDLS('/doc1/035112552533','243796','3323','','2','1','','');r eturn(false);">1</a> Proposed Order)(Dermody, Kelly) (Filed on 1/15/2015) (Hearing Date Approved - sms, COURT STAFF). Modified on 1/16/2015 (srmS, COURT STAFF). (Entered: 01/15/2015);Declaration of Kelly M. Dermody <i>In Support of ( <a href="https://ecf.cand.uscourts.gov/doc1/035012552532" onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r eturn(false);">1032</a> ) Motion for Preliminary Approval of Class Action Settlement</i> filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112552653" onclick="goDLS('/doc1/035112552653','243796','3325','','2','1','','');r eturn(false);">1</a> Exhibit 1, # <a href="https://ecf.cand.uscourts.gov/doc1/035112552654" onclick="goDLS('/doc1/035112552654','243796','3325','','2','1','','');r eturn(false);">2</a> Exhibit 2, # <a href="https://ecf.cand.uscourts.gov/doc1/035112552655" onclick="goDLS('/doc1/035112552655','243796','3325','','2','1','','');r eturn(false);">3</a> Exhibit 3, # <a href="https://ecf.cand.uscourts.gov/doc1/035112552656" onclick="goDLS('/doc1/035112552656','243796','3325','','2','1','','');r eturn(false);">4</a> Exhibit 4, # <a href="https://ecf.cand.uscourts.gov/doc1/035112552657" onclick="goDLS('/doc1/035112552657','243796','3325','','2','1','','');r eturn(false);">5</a> Exhibit 5, # <a href="https://ecf.cand.uscourts.gov/doc1/035112552658" onclick="goDLS('/doc1/035112552658','243796','3325','','2','1','','');r eturn(false);">6</a> Exhibit 6, # <a href="https://ecf.cand.uscourts.gov/doc1/035112552659" onclick="goDLS('/doc1/035112552659','243796','3325','','2','1','','');r eturn(false);">7</a> Exhibit 7)(Dermody, Kelly) (Filed on 1/15/2015) Modified on 1/16/2015 (srmS, COURT STAFF). (Entered: 01/15/2015);Declaration of Mark Fichtner in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035012552532" onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r eturn(false);">1032</a> <i>Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; Memorandum of | | 4.00 |

1

⋆

## Monthly Dinger Billed Report

### for Feb 2015

Preliminary Approval of Class Action Settlement; Memorandum of
Points and Authorities In Support Thereof</i> <i></i> filed byMark
Fichtner, Siddharth Hariharan, Daniel Stover. (Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035012552532"
onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r
eturn(false);">1032</a> ) (Dermody, Kelly) (Filed on 1/15/2015)
Modified on 1/16/2015 (smS, COURT STAFF). (Entered:
01/15/2015);Declaration of Siddharth Hariharan in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035012552532"
onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r
eturn(false);">1032</a> <i>Notice of Motion and Motion for
Preliminary Approval of Class Action Settlement; Memorandum of
Points and Authorities In Support Thereof</i> <i></i> filed byMark
Fichtner, Siddharth Hariharan, Daniel Stover. (Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035012552532"
onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r
eturn(false);">1032</a> ) (Dermody, Kelly) (Filed on 1/15/2015)
Modified on 1/16/2015 (smS, COURT STAFF). (Entered:
01/15/2015);Declaration of Daniel Stover in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035012552532"
onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r
eturn(false);">1032</a> <i>Notice of Motion and Motion for
Preliminary Approval of Class Action Settlement; Memorandum of
Points and Authorities In Support Thereof</i> <i></i> filed byMark
Fichtner, Siddharth Hariharan, Daniel Stover. (Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035012552532"
onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r
eturn(false);">1032</a> ) (Dermody, Kelly) (Filed on 1/15/2015)
Modified on 1/16/2015 (smS, COURT STAFF). (Entered:
01/15/2015);Administrative Motion to File Under Seal <i>Portions
of Exhibit C and Attachment 1 to the Settlement Agreement</i>
filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552881"
onclick="goDLS('/doc1/035112552881','243796','3336','','2','1','','');r
eturn(false);">1</a> Proposed Order, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552882"
onclick="goDLS('/doc1/035112552882','243796','3336','','2','1','','');r
eturn(false);">2</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552883"
onclick="goDLS('/doc1/035112552883','243796','3336','','2','1','','');r
eturn(false);">3</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552884"
onclick="goDLS('/doc1/035112552884','243796','3336','','2','1','','');r
eturn(false);">4</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552885"
onclick="goDLS('/doc1/035112552885','243796','3336','','2','1','','');r
eturn(false);">5</a> Exhibit 4)(Dermody, Kelly) (Filed on
1/15/2015) (Entered: 01/15/2015);Declaration of Dean M. Harvey
in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035012552880"
onclick="goDLS('/doc1/035012552880','243796','3336','','2','1','','');r
eturn(false);">1037</a> Administrative Motion to File Under Seal
<i>Portions of Exhibit C and Attachment 1 to the Settlement
Agreement</i> <i></i> filed byMark Fichtner, Siddharth Hariharan,
Daniel Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552936"
onclick="goDLS('/doc1/035112552936','243796','3338','','2','1','','');r
eturn(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552937"
onclick="goDLS('/doc1/035112552937','243796','3338','','2','1','','');r

**Monthly Dinger Billed Report**                02/09/2015

**for Feb 2015**

onclick="goDLS('/doc1/035112552937','243796','3338','','2','1','','');r
eturn(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552938"
onclick="goDLS('/doc1/035112552938','243796','3338','','2','1','','');r
eturn(false);">3</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552939"
onclick="goDLS('/doc1/035112552939','243796','3338','','2','1','','');r
eturn(false);">4</a> Exhibit 4, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552940"
onclick="goDLS('/doc1/035112552940','243796','3338','','2','1','','');r
eturn(false);">5</a> Exhibit 5, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552941"
onclick="goDLS('/doc1/035112552941','243796','3338','','2','1','','');r
eturn(false);">6</a> Exhibit 6, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112552942"
onclick="goDLS('/doc1/035112552942','243796','3338','','2','1','','');r
eturn(false);">7</a> Exhibit 7)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035012552880"
onclick="goDLS('/doc1/035012552880','243796','3336','','2','1','','');r
eturn(false);">1037</a> ) (Dermody, Kelly) (Filed on 1/15/2015)
(Entered: 01/15/2015);Brief re <a
href="https://ecf.cand.uscourts.gov/doc1/035012552532"
onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r
eturn(false);">1032</a> MOTION for Settlement <i>Notice of
Motion and Motion for Preliminary Approval of Class Action
Settlement; Memorandum of Points and Authorities In Support
Thereof</i> <i></i> filed byGoogle Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035012552532"
onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r
eturn(false);">1032</a> ) (Van Nest, Robert) (Filed on 1/15/2015)
(Entered: 01/15/2015);Declaration in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035112554078"
onclick="goDLS('/doc1/035112554078','243796','3341','','2','1','','');r
eturn(false);">1039</a> Brief, <i> re PLAINTIFFS MOTION FOR
PRELIMINARY APPR

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 01/26/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | STIPULATION WITH PROPOSED ORDER <i>VACATING PRETRIAL AND TRIAL DATES</i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 1/22/2015) (Entered: 01/22/2015);<b>ORDER by Judge Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035112572674" onclick="goDLS('/doc1/035112572674','243796','3350','','2','1','','');r eturn(false);">1042</a> Stipulation (lhklc3S, COURT STAFF) (Filed on 1/23/2015) (Entered: 01/23/2015)</b>;Calendar amended, re <a href="https://ecf.cand.uscourts.gov/doc1/035112577221" onclick="goDLS('/doc1/035112577221','243796','3352','','2','1','','');r eturn(false);">1043</a> Order: Pre-Trial Conference and Trial dates vacated. (sms, COURT STAFF) (Filed on 1/26/2015) (Entered: 01/26/2015);<b>CLERK'S NOTICE REGARDING UPCOMING CALENDARED EVENTS.</b> Pursuant to this Notice, the 2/11/2015 Case Management Conference (ECF No. <a href="https://ecf.cand.uscourts.gov/doc1/035112382479" onclick="goDLS('/doc1/035112382479','243796','3293','','2','1','','');r eturn(false);">1022</a> ) is hereby vacated. Furthermore, the pending Motion for Preliminary Approval of Class Action Settlement (ECF No. <a href="https://ecf.cand.uscourts.gov/doc1/035012552532" onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r eturn(false);">1032</a> <b>shall now be heard on Monday, March 2, 2015 at 2:00 P.M.</b> in Courtroom 8, 4th Floor, San Jose before the Hon. Lucy H. Koh. <i>(This is a text-only notice; there is no document associated with this entry.)</i> (sms, | 4.00 |

3

**Monthly Dinger Billed Report**

02/09/2015

**for Feb 2015**

there is no document associated with this entry.)</i> (sms, COURT STAFF) (Filed on 1/26/2015); (Entered: 01/26/2015);

| | | | | |
|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 |
| 01/26/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | STIPULATION WITH PROPOSED ORDER <i>VACATING PRETRIAL AND TRIAL DATES</i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 1/22/2015) (Entered: 01/22/2015);<b>ORDER by Judge Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035112572674" onclick="goDLS('/doc1/035112572674','243796','3350','','2','1','','');r eturn(false);">1042</a> Stipulation (lhklc3S, COURT STAFF) (Filed on 1/23/2015) (Entered: 01/23/2015)</b>;Calendar amended, re <a href="https://ecf.cand.uscourts.gov/doc1/035112577221" onclick="goDLS('/doc1/035112577221','243796','3352','','2','1','','');r eturn(false);">1043</a> Order: Pre-Trial Conference and Trial dates vacated. (sms, COURT STAFF) (Filed on 1/26/2015) (Entered: 01/26/2015);<b>CLERK'S NOTICE REGARDING UPCOMING CALENDARED EVENTS.</b> Pursuant to this Notice, the 2/11/2015 Case Management Conference (ECF No. <a href="https://ecf.cand.uscourts.gov/doc1/035112382479" onclick="goDLS('/doc1/035112382479','243796','3293','','2','1','','');r eturn(false);">1022</a> ) is hereby vacated. Furthermore, the pending Motion for Preliminary Approval of Class Action Settlement (ECF No. <a href="https://ecf.cand.uscourts.gov/doc1/035012552532" onclick="goDLS('/doc1/035012552532','243796','3323','','2','1','','');r eturn(false);">1032</a> ) <b>shall now be heard on Monday, March 2, 2015 at 2:00 P.M.</b> in Courtroom 8, 4th Floor, San Jose before the Hon. Lucy H. Koh. <i>(This is a text-only notice; there is no document associated with this entry.)</i> (sms, COURT STAFF) (Filed on 1/26/2015) (Entered: 01/26/2015); | 4.00 |



4

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: 626/577-6726    Technical Questions: 626/577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|---|
| 563813 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

| CURRENT INVOICE | | | | | |
|---|---|---|---|---|---|
| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
| 563813 | $376.00 | $376.00 | 03/01/2015 | 05/01/2015 | |
| Order Number: | 491332 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | | |

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 72 | $360.00 | $0.00 | $360.00 |
| | | **Sub Totals** | | $0.00 | $376.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $376.00 |

| Total Due | $376.00 |
|---|---|

**Please make checks payable to COURTHOUSE NEWS SERVICE and**
**reference invoice # on check.**
**Our Tax ID # is: 95-4652674**

Page 1  of  1

LIBRARY

MAR  3 2015

LIEFF, CABRASER, HEIMANN, BERNSTEIN

CR
2477 / 223293

**Monthly Dinger Billed Report**

**for Mar 2015**

03/09/2015

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 02/02/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | NOTICE by Apple Inc. <i>Notice of Mailing of Letter to Attorneys General Pursuant to 28 U.S.C. Section 1715</i> (Tubach, Michael) (Filed on 1/27/2015) (Entered: 01/27/2015);<b>ORDER GRANTING STIPULATION RE EXPERT DISCOVERY by Magistrate Judge Paul Singh Grewal granting (91) in case 5:14-cv-04062-LHK. Associated Cases: 5:14-cv-04062-LHK, 5:11-cv-02509-LHK, 5:12-cv-01262-LHK, 5:14-cv-04203-LHK, 5:14-cv-04422-LHK, 5:14-cv-04592-LHK, 5:14-cv-04634-LHK (psglc2S, COURT STAFF) (Filed on 1/28/2015) (Entered: 01/28/2015)</b>;<b>ORDER by Judge Lucy H. Koh granting in part and denying in part <a href="https://ecf.cand.uscourts.gov/doc1/035012189831" onclick="goDLS('/doc1/035012189831','243796','3200','','2','1','','');r eturn(false);">991</a> Administrative Motion to Unseal (lhklc3, COURT STAFF) (Filed on 1/30/2015) (Entered: 01/30/2015)</b>; | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 02/09/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | ORDER of USCA: Petitioners unopposed motion to dismiss the petition for a writ of mandamus pursuant to Fed. R. App. P. 42(b) is hereby GRANTED. The parties will bear their own costs. PETITION DISMISSED. A copy of this order served on the district court shall constitute the mandate of this court. USCA #14-72745 (dhmS, COURT STAFF) (Filed on 2/3/2015) (Entered: 02/03/2015);NOTICE by Apple Inc. re <a href="https://ecf.cand.uscourts.gov/doc1/035112603337" onclick="goDLS('/doc1/035112603337','243796','3364','','2','1','','');r eturn(false);">1047</a> Order on Administrative Motion to File Under Seal <i>Notice of Filing Revised Redacted Documents in Response to Order Granting in Part and Denying in Part Plaintiffs' Administrative Motion to Unseal</i> (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112627281" onclick="goDLS('/doc1/035112627281','243796','3368','','2','1','','');r eturn(false);">1</a> Dermody Declaration and Exhibit A, # <a href="https://ecf.cand.uscourts.gov/doc1/035112627282" onclick="goDLS('/doc1/035112627282','243796','3368','','2','1','','');r eturn(false);">2</a> Harris Declaration and Exhibit A)(Tubach, Michael) (Filed on 2/6/2015) (Entered: 02/06/2015); | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 02/16/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 02/23/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | No new filings docketed. | | 4.00 |
| 02/03/15 | | | | | |

1

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: 626/577-6726    Technical Questions: 626/577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|---|
| 565817 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 565817 | $375.00 | $375.00 | 04/01/2015 | 06/01/2015 | |
| Order Number: | 493607 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | | |

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $20.00 | $0.00 | $20.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 71 | $355.00 | $0.00 | $355.00 |
| | **Sub Totals** | | | $0.00 | $375.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $375.00 |

| **Total Due** | **$375.00** |
|---|---|

**Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.**
**Our Tax ID # is: 95-4652674**

Page 1  of  1

ce
2477/223950

LIBRARY
MAR 3 0 2015

LIEFF, CABRASER, HEIMANN, BERNSTEIN

04/08/2015

## Monthly Dinger Billed Report
## for Apr 2015

| Account Number | Firm Name |
|---|---|
| 353 | Lieff Cabraser - SF |

| Court Name | Reference Number | Case Number | |
|---|---|---|---|
| Date | Search Term(s) | Email | Summary | Amount |

| Date | Search Term(s) | Email | Summary | Amount |
|---|---|---|---|---|
| | USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 03/02/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | Letter received by the Court from individual objecting to proposed Settlement. Signed by Judge Lucy H. Koh on 3/2/2015. (lhklc3, COURT STAFF) (Filed on 3/2/2015) (Entered: 03/02/2015);Minute Entry for proceedings held before Hon. Lucy H. Koh: Hearing re Motion for Preliminary Approval of a Class Action, ECF No. 1032 , held on 3/2/2015 from 2:10-2:52PM. An Order regarding today's proceedings will be filed. Court Reporter: Lee-Anne Shortridge. Courtroom Deputy: Stacy Sakamoto. Representing Plaintiffs: Attorneys Kelly M. Dermody, Brendan Patrick Glackin, Dean Michael Harvey, and Anne Brackett Shaver for Plaintiffs Fitchner, Hariharan, Stover, and the Class; Attorneys Joseph R. Saveri and James Gerard Beebe Dallal as Co-Lead Plaintiffs' Counsel; and, Attorney Daniel C. Girard on behalf of Plaintiff Devine. Representing Defendants: Attorney David Khernan on behalf of Adobe; Attorneys Robert A. Van Nest and Justina Kahn Sessions on behalf of Google, Inc.; Attorney Lee Rubin also on behalf of Google, Inc.; Attorney Gregory P. Stone on behalf of Intel Corporation; and, Attorney George A. Riley on behalf of Apple. (This is a text-only minute order; there is no document associated with this entry.) (sms, COURT STAFF) (Date Filed: 3/2/2015) (Entered: 03/02/2015); | 4.00 |
| | USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 03/09/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | ORDER by Judge Lucy H. Koh granting 1037 Administrative Motion to File Under Seal (lhklc3S, COURT STAFF) (Filed on 3/2/2015) (Entered: 03/02/2015);ORDER SEALING TRANSCRIPT PORTION. Signed by Judge Lucy H. Koh on 3/2/2015. (lhklc3S, COURT STAFF) (Filed on 3/2/2015) (Entered: 03/02/2015);ORDER by Judge Lucy H. Koh granting 1032 Motion for Preliminary Approval (lhklc3, COURT STAFF) (Filed on 3/3/2015) (Entered: 03/03/2015);ORDER RE MOTIONS FOR ATTORNEYS FEES AND COSTS. Signed by Judge Lucy H. Koh on 3/3/2015. (lhklc3, COURT STAFF) (Filed on 3/3/2015) (Entered: 03/03/2015);Calendar amended: re 1054 - Final Approval Hearing set for 7/9/2015 at 1:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. (sms, COURT STAFF) (Filed on 3/4/2015) (Entered: 03/04/2015);TRANSCRIPT ORDER by Michael Devine for Court Reporter Lee-Anne Shortridge. (Kramer, Elizabeth) (Filed on 3/6/2015) (Entered: 03/06/2015); | 4.00 |
| | USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 03/16/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | TRANSCRIPT ORDER by Apple Inc. for Court Reporter Lee-Anne Shortridge. (Brown, Christina) (Filed on 3/16/2015) (Entered: 03/16/2015);TRANSCRIPT ORDER by Mark Fichtner, Siddharth Hariharan, Daniel Stover for Court Reporter Lee-Anne Shortridge. (Harvey, Dean) (Filed on 3/16/2015) (Entered: 03/16/2015);Transcript of Proceedings held on 3-2-15, before Judge Lucy H. Koh. Court Reporter/Transcriber Lee-Anne Shortridge, Telephone number 408-287-4580 email: lee-anne_shortridge@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if | 4.00 |

1

**Monthly Dinger Billed Report**    04/08/2015

**for Apr 2015**

through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 1056 Transcript Order ) Release of Transcript Restriction set for 6/15/2015. (Related documents(s) 1056 ) (las, ) (Filed on 3/16/2015) (Entered: 03/16/2015);TRANSCRIPT ORDER by Google Inc. for Court Reporter Lee-Anne Shortridge. (Sessions, Justina) (Filed on 3/16/2015) (Entered: 03/16/2015);

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 03/23/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 03/30/15 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | ORDER of USCA as to 972 Notice of Appeal filed by Brad Greenspan. Pursuant to Circuit Rule 42-1, this appeal is dismissed for failure to file opening brief. This order served on the district court shall constitute the mandate of this court. (dhmS, COURT STAFF) (Filed on 3/23/2015) (Entered: 03/24/2015);Letter received by the Court from individual objecting to proposed Settlement. Signed by Judge Lucy H. Koh on 3/27/2015. (lhklc3, COURT STAFF) (Filed on 3/27/2015) (Entered: 03/27/2015);ORDER GRANTING REQUEST TO WITHDRAW LETTER. Signed by Judge Lucy H. Koh on 3/30/2015. (lhklc3, COURT STAFF) (Filed on 3/30/2015) (Entered: 03/30/2015); | | 4.00 |



03/02/15

03/02/15

03/03/15

03/03/15

03/04/15

03/04/15

2

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|-----------|
| 553542 |

## INVOICE

| Bill To | Ship To |
|---------|---------|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

| | | | | | |
|---|---|---|---|---|---|
| FL Document Download | Downloaded copy of document number: <br><br><br><br><br>Ordered On: ~~~~<br>Ordered By: A~~~~<br>Phone #: ~~~~<br>Additional Info: ~~~~ 4 | 1 | $50.00 | $0.00 | |
| Copy Fee | Copy Fee (Copies 1 and greater = $0.50) | 24 | $12.00 | $0.00 | $12.00 |
| CA Document Download | Downloaded copy of document number: 5:14cv4187<br>Brad Greenspan v. Iac/Interactivecorp; Google Inc.; News Corp.; Geoff Yang; David Carlick<br>Court: USDC Northern District of California<br>Ordered On: 09/17/14<br>Ordered By: Nikki Belushko Barrows<br>Phone #: 415-956-1000<br><br>Additional Info: 2462-0001 | 1 | $5.00 | $0.00 | $5.00 |
| Copy Fee | Copy Fee (Copies 1 and greater = $0.00) | 15 | $0.00 | $0.00 | $0.00 |

| Total Due |
|-----------|

Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check
Our Tax ID # is: 95-4652674

Page 4  of  8

# COURTHOUSE NEWS SERVICE

| | Invoice # |
|---|---|
| | 553967 |

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 553967 | $375.00 | $375.00 | 10/01/2014 | 12/01/2014 | |

| Order Number: | 480039 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $20.00 | $0.00 | $20.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 71 | $355.00 | $0.00 | $355.00 |
| | **Sub Totals** | | | $0.00 | $375.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $375.00 |

| **Total Due** | $375.00 |
|---|---|

**Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.**
**Our Tax ID # is: 95-4652674**

Page 1  of  1

LIBRARY

OCT 21 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

CR
2477/218796

**Monthly Dinger Billed Report**

**for Oct 2014**

10/10/2014

| Account Number | | Firm Name |
|---|---|---|
| 353 | | Lieff Cabraser - SF |

| | Court Name | | Reference Number | | Case Number | |
|---|---|---|---|---|---|---|
| **Date** | **Search Term(s)** | **Email** | **Summary** | | | **Amount** |

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 09/01/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 09/08/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | JOINT CASE MANAGEMENT STATEMENT <i></i> filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 9/3/2014) (Entered: 09/03/2014);<b>ORDER ON PROPOSED TRIAL SCHEDULE. Signed by Judge Lucy Koh on 9/4/14. (lhklc5S, COURT STAFF) (Filed on 9/4/2014) (Entered: 09/04/2014)</b>;SUPPLEMENTAL CASE MANAGEMENT STATEMENT filed by Google Inc.. (Van Nest, Robert) (Filed on 9/4/2014) Modified text on 9/5/2014 (dhmS, COURT STAFF). (Entered: 09/04/2014);<b>NOTICE OF CORRESPONDENCE TO THE COURT. Signed by Judge Lucy Koh on 9/5/14. (lhklc5, COURT STAFF) (Filed on 9/5/2014) (Entered: 09/05/2014)</b>; | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 09/15/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | Class Counsel and Non-Settling Defendants' Joint Report REgarding Trial Date by Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 9/8/2014) Modified text on 9/9/2014 (dhmS, COURT STAFF). (Entered: 09/08/2014);<b>CASE MANAGEMENT ORDER. Signed by Judge Lucy Koh on 9/8/14. (lhklc5S, COURT STAFF) (Filed on 9/8/2014) (Entered: 09/08/2014)</b>;Set/Reset Hearing, re Order <a href="https://ecf.cand.uscourts.gov/doc1/035112150932" onclick="goDLS('/doc1/035112150932','243796','3184','','2','1','','');return(false);">986</a> . A further Case Management Conference is set for 11/19/2014 at 2:00 PM; a Pretrial Conference is set for 12/19/2014 at 1:30 PM; and, Jury Selection/Trial is set for 4/9/2015 at 9:00 AM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. See Written Order for additional deadlines. (sms, COURT STAFF) (Filed on 9/9/2014) (Entered: 09/09/2014);NOTICE of Change In Counsel by Lisa Janine Cisneros <i>NOTICE OF WITHDRAWAL OF COUNSEL</i> (Cisneros, Lisa) (Filed on 9/11/2014) (Entered: 09/11/2014);Plaintiffs Reply in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035111659773" onclick="goDLS('/doc1/035111659773','243796','2705','','2','1','','');return(false);">830</a> Motion for Application of the Per Se Standard filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Glackin, Brendan) (Filed on 9/12/2014) Modified on 9/15/2014 linking entry to document #830 (dhmS, COURT STAFF). (Entered: 09/12/2014);MOTION to Relate Case <i>Nitsch v. DreamWorks Animation SKG, Inc., No. 14-cv-4062-VC</i> filed by Robert A. Nitsch, Jr. (Dubner, Jeffrey) (Filed on 9/15/2014) (Entered: 09/15/2014); | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 09/22/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | ADMINISTRATIVE MOTION for Leave to File SUPPLEMENTAL BRIEF IN CONNECTION WITH PLAINTIFFS MOTION FOR APPLICATION OF THE PER SE STANDARD filed by Google Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112185485" onclick="goDLS('/doc1/035112185485','243796','3198','','2','1','','');return(false);"> | | 4.00 |

**Monthly Dinger Billed Report**                    10/10/2014

**for Oct 2014**

eturn(false);">1</a> Exhibit A to Admin Motion, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112185486"
onclick="goDLS('/doc1/035112185486','243796','3198','','2','1','','');r
eturn(false);">2</a> Exhibit B to Admin Motion, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112185487"
onclick="goDLS('/doc1/035112185487','243796','3198','','2','1','','');r
eturn(false);">3</a> Exhibit C to Admin Motion, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112185488"
onclick="goDLS('/doc1/035112185488','243796','3198','','2','1','','');r
eturn(false);">4</a> Exhibit D to Admin Motion, # <a
href="https://ecf.cand.uscourts.gov/doc1/035112185489"
onclick="goDLS('/doc1/035112185489','243796','3198','','2','1','','');r
eturn(false);">5</a> Exhibit E to Admin Motion)(Van Nest, Robert)
(Filed on 9/18/2014) Modified text on 9/19/2014 (dhmS, COURT
STAFF). (Entered: 09/18/2014);Administrative Motion to File
Under Seal <i>Plaintiffs' Administrative Motion to Unseal All
Papers Associated with Plaintiffs' Motion to Compel</i> filed by
Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments:
# <a href="https://ecf.cand.uscourts.gov/doc1/035112189832"
onclick="goDLS('/doc1/035112189832','243796','3200','','2','1','','');r
eturn(false);">1</a> Unredacted Plaintiffs' Reply in Support of
Motion to Compel)(Harvey, Dean) (Filed on 9/19/2014) (Entered:
09/19/2014);RESPONSE (re <a
href="https://ecf.cand.uscourts.gov/doc1/035012185484"
onclick="goDLS('/doc1/035012185484','243796','3198','','2','1','','');r
eturn(false);">990</a> ADMINISTRATE MOTION for Leave to File
SUPPLEMENTAL BRIEF IN CONNECTION WITH PLAINTIFFS
MOTION FOR APPLICATION OF THE PER SE STANDARD )
<i></i> filed byMark Fichtner, Siddharth Hariharan, Daniel Stover.
(Dermody, Kelly) (Filed on 9/22/2014) (Entered: 09/22/2014);

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | | 5:11-cv-02509 |
| 09/29/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | ORDER of USCA. This petition for a writ of mandamus raises issues that warrant a response. Accordingly, within 21 days after the date of this order, the real parties in interest shall file a response. The district court, within 21 days after the date of this order, may file a response if it so desires. Petitioners may file a reply within 10 days after service of the response(s). The petition, response(s) and any reply are referred to a merits panel for oral argument. Upon completion of briefing, the Clerk shall place this petition for writ of mandamus on the next available calendar. The Clerk shall serve this order on the district court and District Judge Lucy Koh. USCA #14-72745 (dhmS, COURT STAFF) (Filed on 9/22/2014) (Entered: 09/23/2014);OPPOSITION to ( <a href="https://ecf.cand.uscourts.gov/doc1/035012189831" onclick="goDLS('/doc1/035012189831','243796','3200','','2','1','','');r eturn(false);">991</a> Plaintiffs' Administrative Motion to Unseal All Papers Associated with Plaintiffs' Motion to Compel ) filed by Google Inc.. (Van Nest, Robert) (Filed on 9/23/2014) Modified text on 9/24/2014 (dhmS, COURT STAFF). (Entered: 09/23/2014);<b> ORDER RELATING 3:14-CV-04062, Nitsch v. Dreamworks, to 5:11-CV-02509, In re: High-Tech Employee Antitrust Litigation. Pursuant to the Order, the Nitsch case is re-assigned to the Hon. Lucy H. Koh and all future filings will bear her initials. See Order for additional details. A copy of this Order has been filed in the Nitsch case, Doc. 12. (Signed by Judge Hon. Lucy H. Koh on 9/23/14.) (sms, COURT STAFF) (Filed on 9/23/2014) (Entered: 09/23/2014)</b>;MOTION to Relate Case <i></i> filed by Georgia Cano. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112206191" onclick="goDLS('/doc1/035112206191','243796','3213','','2','1','','');r eturn(false);">1</a> Declaration, # <a href="https://ecf.cand.uscourts.gov/doc1/035112206192" onclick="goDLS('/doc1/035112206192','243796','3213','','2','1','','');r | | 4.00 |

2

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 551958 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 551958 | $666.00 | $666.00 | 09/01/2014 | 11/01/2014 |

| Order Number: | 477769 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 130 | $650.00 | $0.00 | $650.00 |
| | **Sub Totals** | | | $0.00 | $666.00 |

| | | |
|---|---|---|
| Payments | $0.00 |
| Credit | $0.00 |
| **Invoice Total** | $666.00 |

LIBRARY

SEP 2 3 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

| Total Due | $666.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

CR
2477-1/218099

**Monthly Dinger Billed Report**

**for Sep 2014**

09/09/2014

USDC Northern District of California                     3462-0001                          5:11-cv-02509

| 08/25/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | Set/Reset Hearing re <a href="https://ecf.cand.uscourts.gov/doc1/035112055882" onclick="goDLS('/doc1/035112055882','243796','3149','','2','1','','');return(false);">974</a> Order on Motion for Miscellaneous Relief Further Case Management Conference set for 9/10/2014 02:00 PM in Courtroom 8, 4th Floor, San Jose. (mpb, COURT STAFF) (Filed on 8/13/2014) (Entered: 08/20/2014);USCA Appeal Fees received $ 505 receipt number 54611014973 re <a href="https://ecf.cand.uscourts.gov/doc1/035112053342" onclick="goDLS('/doc1/035112053342','243796','3143','','2','1','','');return(false);">972</a> Notice of Appeal filed by Brad Greenspan (dhmS, COURT STAFF) (Filed on 8/25/2014) (dhmS, COURT STAFF). (Entered: 08/25/2014); | 4.00 |



# Monthly Dinger Billed Report

09/09/2014

## for Sep 2014

| Account Number | | | Firm Name | | |
|---|---|---|---|---|---|
| 353 | Lieff Cabraser - SF | | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |

| Date | Search Term(s) | Email | Summary | Case Number | Amount |
|---|---|---|---|---|---|
| | USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 08/04/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | MOTION to Intervene filed by Christopher Donnelly. Responses due by 8/7/2014. Replies due by 8/14/2014. (dhmS, COURT STAFF) (Filed on 7/24/2014) (Entered: 07/30/2014); | | 4.00 |
| | USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 08/11/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Brad Greenspan. Appeal of Order on Motion to Intervene <a href="https://ecf.cand.uscourts.gov/doc1/035111952205" onclick="goDLS('/doc1/035111952205','243796','3089','','2','1','','');r eturn(false);">954</a> (APPEAL FEE NOT PAID.) (dhmS, COURT STAFF) (Filed on 8/7/2014) (Entered: 08/07/2014);Mailed request for payment of docket fee to appellant (cc to USCA) (dhmS, COURT STAFF) (Filed on 8/7/2014) (Entered: 08/07/2014);<b>Order by Hon. Lucy H. Koh denying <a href="https://ecf.cand.uscourts.gov/doc1/035011805575" onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');r eturn(false);">920</a> Plaintiffs' Motion for Preliminary Approval of Settlements with Adobe, Apple, Google, and Intel. (lhklc1, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/08/2014)</b>;USCA Case Number 14-16528 Ninth Circuit Court of Appeals for <a href="https://ecf.cand.uscourts.gov/doc1/035112053342" onclick="goDLS('/doc1/035112053342','243796','3143','','2','1','','');r eturn(false);">972</a> Notice of Appeal filed by Brad Greenspan. The schedule is set as follows: Fee due from Appellant Brad Greenspan on 08/07/2014. Transcript ordered by 09/08/2014. Transcript due 10/06/2014. Appellant Brad Greenspan opening brief due 11/17/2014. Appellees Adobe Systems, Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corporation, Brandon Marshall and Daniel Stover answering brief due 12/17/2014. Appellant's optional reply brief is due 14 days after service of the answering brief. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035112062101" onclick="goDLS('/doc1/035112062101','243796','3157','','2','1','','');r eturn(false);">1</a> USCA Time Schedule Order)(dhmS, COURT STAFF) (Filed on 8/8/2014) (Entered: 08/11/2014);NOTICE of Appearance by Andrew Michael Purdy <i></i> (Purdy, Andrew) (Filed on 8/11/2014) (Entered: 08/11/2014);ORDER of USCA as to <a href="https://ecf.cand.uscourts.gov/doc1/035112053342" onclick="goDLS('/doc1/035112053342','243796','3143','','2','1','','');r eturn(false);">972</a> Notice of Appeal filed by Brad Greenspan. Order to show cause docket fee due. (dhmS, COURT STAFF) (Filed on 8/11/2014) (Entered: 08/11/2014); | | 4.00 |
| | USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 08/18/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | <b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035011805640" onclick="goDLS('/doc1/035011805640','243796','2984','','2','1','','');r eturn(false);">925</a> Administrative Motion to File Under Seal. (lhklc1, COURT STAFF) (Filed on 8/13/2014) (Entered: 08/13/2014)</b>;<b>Order by Hon. Lucy H. Koh denying <a href="https://ecf.cand.uscourts.gov/doc1/035112027026" onclick="goDLS('/doc1/035112027026','243796','3139','','2','1','','');r eturn(false);">971</a> Motion to Intervene. (lhklc1, COURT STAFF) (Filed on 8/13/2014) (Entered: 08/13/2014)</b>; | | 4.00 |

**Monthly Dinger Billed Report**

**for Sep 2014**

09/09/2014

USDC Minnesota                                    3462-0001                           0:14cv3129

| 08/08/14 | compensation NOS: 410 | dharvey@lchb.com;sshin@lchb.com | Antitrust and class action complaint. The defendants have suppressed the remuneration available to the plaintiff and other athletes through illegal price-fixing arrangements, depriving the plaintiff of fair compensation and the opportunity to capitalize on his athletic talents. For instance, the defendants limit the amount players may receive as compensation for their services through "full grant-in-aid", which cover only tuition, room and board, course books and fees. | 5.00 |



8

**Monthly Dinger Billed Report**

for Sep 2014

09/09/2014



USDC Southern District of Indiana                    3462-0001                    1:14cv1421

15

**Monthly Dinger Billed Report**

for Sep 2014

09/09/2014



| 08/28/14 | compensation<br>NOS: 410 | dharvey@lchb.c<br>om:sshin@lchb.<br>com | Antitrust litigation. The defendant imposed arbitrary scholarship limits and disallowed multi-year scholarships which allowed schools to revoke benefits for college football players who became injured. The plaintiff claims these rules were implemented to save schools money while limiting compensation to student athletes. | 5.00 |

**Total:** 666.00

16

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|-----------|
| 549960 |

## INVOICE

| Bill To | Ship To |
|---------|---------|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 549960 | $1,706.00 | $1,706.00 | 08/01/2014 | 10/01/2014 |

Order Number:  475501  Ship To:  Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 338 | $1,690.00 | $0.00 | $1,690.00 |
| | **Sub Totals** | | | $0.00 | $1,706.00 |

| | |
|---|---|
| Payments | $0.00 |
| Credit | $0.00 |
| **Invoice Total** | $1,706.00 |

CR
2477/217077

| Total Due | $1,706.00 |
|---|---|

**Please make checks payable to COURTHOUSE NEWS SERVICE and**
**reference invoice # on check.**
**Our Tax ID # is: 95-4652674**

Page 1  of  1

LIBRARY
AUG  4 2014

See Billing
E-5

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Aug 2014**

08/07/2014

| Account Number | | Firm Name | |
|---|---|---|---|
| 353 | | Lieff Cabraser - SF | |

| | Court Name | | Reference Number | Case Number |
|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | Amount |

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 07/07/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | Letter from Class Member Paul Richards <i>in Support of Proposed Settlement</i>. (Harvey, Dean) (Filed on 7/1/2014) (Entered: 07/01/2014);Letter from Class Member Deepti Yadlapalli in Support of Proposed Settlement <i></i>. (Harvey, Dean) (Filed on 7/2/2014) (Entered: 07/02/2014);MOTION to Intervene <i>for Recusal, 60(a), and FRCP 2521</i> filed by Chris Eubank. Motion Hearing set for 8/28/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 7/21/2014. Replies due by 7/28/2014. (Elliott-Jones, Cathy) (Filed on 7/7/2014) (Entered: 07/07/2014);<b>Order by Judge Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035011494104" onclick="goDLS('/doc1/035011494104','243796','2194','','2','1','','');return(false);">687</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011529870" onclick="goDLS('/doc1/035011529870','243796','2311','','2','1','','');return(false);">725</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011672015" onclick="goDLS('/doc1/035011672015','243796','2842','','2','1','','');return(false);">877</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011684979" onclick="goDLS('/doc1/035011684979','243796','2859','','2','1','','');return(false);">884</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011686850" onclick="goDLS('/doc1/035011686850','243796','2862','','2','1','','');return(false);">885</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011696996" onclick="goDLS('/doc1/035011696996','243796','2894','','2','1','','');return(false);">896</a> Motions to Remove Incorrectly Filed Document; granting in part and denying in part <a href="https://ecf.cand.uscourts.gov/doc1/035011614040" onclick="goDLS('/doc1/035011614040','243796','2537','','2','1','','');return(false);">773</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035111656315" onclick="goDLS('/doc1/035111656315','243796','2588','','2','1','','');return(false);">790</a> Administrative Motions to File Under Seal. (lhklc1, COURT STAFF) (Filed on 7/7/2014) (Entered: 07/07/2014)</b>; | 4.00 |

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 07/14/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | <b>Order by Hon. Lucy H. Koh denying <a href="https://ecf.cand.uscourts.gov/doc1/035111948446" onclick="goDLS('/doc1/035111948446','243796','3076','','2','1','','');return(false);">952</a> Motion to Intervene. (lhklc1, COURT STAFF) (Filed on 7/8/2014) (Entered: 07/08/2014)</b>;CERTIFICATE OF SERVICE re <a href="https://ecf.cand.uscourts.gov/doc1/035111948446" onclick="goDLS('/doc1/035111948446','243796','3076','','2','1','','');return(false);">952</a> Motion to Intervene, by Chris Eubank, Gary Nelson, Brad Greenspan (Elliott-Jones, Cathy) (Filed on 7/8/2014) Modified on 7/14/2014 linking entry to document #952 (dhmS, COURT STAFF). (Entered: 07/08/2014);NOTICE of Filing of Revised Redacted Documents in Response to <a href="https://ecf.cand.uscourts.gov/doc1/035111948930" onclick="goDLS('/doc1/035111948930','243796','3080','','2','1','','');re | 4.00 |

1

**Monthly Dinger Billed Report**

08/07/2014

**for Aug 2014**

onclick="goDLS('/doc1/035111948930','243796','3080','','2','1','','');r
eturn(false);">953</a> Order Granting in Part and Denying in Part
Motion to Seal by Adobe Systems Inc., Apple Inc., Google Inc.,
Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar (Kahn, Lin) (Filed on
7/11/2014) Modified on 7/14/2014 linking entry to document #953
(dhmS, COURT STAFF). (Entered: 07/11/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> Notice of Filing Revised Redacted
Documents in Response to <a
href="https://ecf.cand.uscourts.gov/doc1/035111948930"
onclick="goDLS('/doc1/035111948930','243796','3080','','2','1','','');r
eturn(false);">953</a> Order Granting in Part and Denying in Part
Motion to Seal filed by Google Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968033"
onclick="goDLS('/doc1/035111968033','243796','3095','','2','1','','');r
eturn(false);">1</a> Exhibit Cisneros 608, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968034"
onclick="goDLS('/doc1/035111968034','243796','3095','','2','1','','');r
eturn(false);">2</a> Exhibit Cisneros 614, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968035"
onclick="goDLS('/doc1/035111968035','243796','3095','','2','1','','');r
eturn(false);">3</a> Exhibit Cisneros 674, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968036"
onclick="goDLS('/doc1/035111968036','243796','3095','','2','1','','');r
eturn(false);">4</a> Exhibit Cisneros 1606, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968037"
onclick="goDLS('/doc1/035111968037','243796','3095','','2','1','','');r
eturn(false);">5</a> Exhibit Cisneros 1609, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968038"
onclick="goDLS('/doc1/035111968038','243796','3095','','2','1','','');r
eturn(false);">6</a> Exhibit Cisneros 2426)(Related document(s)
<a href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> ) (Rubin, Lee) (Filed on 7/11/2014)
Modified on 7/14/2014 linking entry to document #953 (dhmS,
COURT STAFF). (Entered: 07/11/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> Notice (Other), <i>Expert Reports of
Manning, Hallock and Marx</i> filed byAdobe Systems Inc., Apple
Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968059"
onclick="goDLS('/doc1/035111968059','243796','3098','','2','1','','');r
eturn(false);">1</a> Exhibit Hallock (5-10-13), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968060"
onclick="goDLS('/doc1/035111968060','243796','3098','','2','1','','');r
eturn(false);">2</a> Exhibit Hallock (10-27-13), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968061"
onclick="goDLS('/doc1/035111968061','243796','3098','','2','1','','');r
eturn(false);">3</a> Exhibit Marx (12-11-13))(Related document(s)
<a href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> ) (Kahn, Lin) (Filed on 7/11/2014) (Entered:
07/11/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> Notice (Other), <i>Expert Report of David
Lewin - REDACTED</i> filed byIntel Corp.. (Related document(s)
<a href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> ) (Sergi, Gregory) (Filed on 7/11/2014)
(Entered: 07/11/2014);EXHIBITS re <a

2

**Monthly Dinger Billed Report**                   08/07/2014

**for Aug 2014**

(Entered: 07/11/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> Notice (Other), <i>of Filing Revised
Redacted Documents in Response to Order Granting in Part and
Denying in Part Motion to Seal</i> filed byGoogle Inc..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968107"
onclick="goDLS('/doc1/035111968107','243796','3104','','2','1','','');r
eturn(false);">1</a> Exhibit Cisneros R, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968108"
onclick="goDLS('/doc1/035111968108','243796','3104','','2','1','','');r
eturn(false);">2</a> Exhibit Cisneros S, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968109"
onclick="goDLS('/doc1/035111968109','243796','3104','','2','1','','');r
eturn(false);">3</a> Exhibit Cisneros T, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968110"
onclick="goDLS('/doc1/035111968110','243796','3104','','2','1','','');r
eturn(false);">4</a> Exhibit Cisneros V, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968111"
onclick="goDLS('/doc1/035111968111','243796','3104','','2','1','','');r
eturn(false);">5</a> Exhibit Cisneros W)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> ) (Rubin, Lee) (Filed on 7/11/2014)
(Entered: 07/11/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> Notice (Other), <i>Harvey Ex. 143 -
REDACTED</i> filed byIntel Corp.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968131"
onclick="goDLS('/doc1/035111968131','243796','3107','','2','1','','');r
eturn(false);">1</a> Exhibit Harvey Ex. 145 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968132"
onclick="goDLS('/doc1/035111968132','243796','3107','','2','1','','');r
eturn(false);">2</a> Exhibit Harvey Ex. 146 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968133"
onclick="goDLS('/doc1/035111968133','243796','3107','','2','1','','');r
eturn(false);">3</a> Exhibit Harvey Ex. 150 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968135"
onclick="goDLS('/doc1/035111968135','243796','3107','','2','1','','');r
eturn(false);">4</a> Exhibit Harvey Ex. 153 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968137"
onclick="goDLS('/doc1/035111968137','243796','3107','','2','1','','');r
eturn(false);">5</a> Exhibit Cisneros Ex. 398 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968138"
onclick="goDLS('/doc1/035111968138','243796','3107','','2','1','','');r
eturn(false);">6</a> Exhibit Cisneros Ex. 399 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111968140"
onclick="goDLS('/doc1/035111968140','243796','3107','','2','1','','');r
eturn(false);">7</a> Exhibit Cisneros Ex. 400 -
REDACTED)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> ) (Sergi, Gregory) (Filed on 7/11/2014)
(Entered: 07/11/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035111967729"
onclick="goDLS('/doc1/035111967729','243796','3093','','2','1','','');r
eturn(false);">956</a> Notice (Other), <i></i> filed byAdobe
System

USDC Northern District of California            3462-0001            5:11-cv-02509

3

**Monthly Dinger Billed Report**                                08/07/2014

**for Aug 2014**

| 07/21/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | No new filings docketed. | 4.00 |

USDC Northern District of California                3462-0001                5:11-cv-02509

| 07/28/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | NOTICE of Withdrawal of Paula L. Blizzard as Counsel for Defendant Lucasfilm Ltd (Blizzard, Paula) (Filed on 7/23/2014) Modified text on 7/24/2014 (dhmS, COURT STAFF). (Entered: 07/23/2014); | 4.00 |

07/01/14

07/01/14

07/01/14

07/01/14

07/01/14

07/01/14

07/01/14



**Monthly Dinger Billed Report**

**for Aug 2014**

08/07/2014

USDC Puerto Rico                                3462-0001                        3:14cv1533

| 07/07/14 | compensation NOS: 410 | dharvey@lchb.com;sshin@lchb.com | Sherman Act. Defendant has a monopoly on worker's compensation insurance in Puerto Rico. | 5.00 |

Baltimore City Circuit Court                    3462-0001                        24-C-14-004064

| 07/07/14 | compensation | dharvey@lchb.com;sshin@lchb.com | Antitrust law. Unfair competition. Defendant Uber offers transportation at lower rates and operates without regulations that confine plaintiff taxicab companies, and therefore competes unfairly. Plaintiffs seeks an injunction requiring Uber to comply with common carrier regulations, and compensation to be determined. | 5.00 |

# COURTHOUSE NEWS SERVICE

| | Invoice # |
|---|---|
| | 548071 |

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726     Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 548071 | $2,340.00 | $2,340.00 | 07/01/2014 | 09/01/2014 |

Order Number:     473311     Ship To:     Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $20.00 | $0.00 | $20.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 464 | $2,320.00 | $0.00 | $2,320.00 |
| | **Sub Totals** | | | $0.00 | $2,340.00 |

| | |
|---|---|
| Payments | $0.00 |
| Credit | $0.00 |
| **Invoice Total** | $2,340.00 |

CR
2477·1/216531

| **Total Due** | $2,340.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1



LIBRARY

JUL 2 4 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

see billing #5

**Monthly Dinger Billed Report**

07/10/2014

**for Jul 2014**

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | | Reference Number | | Case Number | |
|---|---|---|---|---|---|---|---|
| Date | Search Term(s) | Email | | Summary | | | Amount |
| USDC Northern District of California | | | | 3462-0001 | | 5:11-cv-02509 | |
| 06/02/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | | NOTICE of Appearance by Elizabeth Antonia Kramer <i></i> (Kramer, Elizabeth) (Filed on 5/27/2014) (Entered: 05/27/2014); | | | 4.00 |
| USDC Northern District of California | | | | 3462-0001 | | 5:11-cv-02509 | |
| 06/09/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | | Notice of Mailing of Letter to Attorneys General Pursuant to 28 U.S.C. Section 1715 by Adobe Systems Inc. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111837658" onclick="goDLS('/doc1/035111837658','243796','3016','','2','1','',''); return(false);">1</a> Exhibit A to Notice of Mailing of Letter to Attorneys General)(Kahn, Lin) (Filed on 6/3/2014) Modified text on 6/4/2014 (dhmS, COURT STAFF). (Entered: 06/03/2014);Memorandum in Opposition to ( <a href="https://ecf.cand.uscourts.gov/doc1/035011805575" onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','',''); return(false);">920</a> MOTION for Preliminary Approval of Class Action Settlement )filed by Michael Devine. (Girard, Daniel) (Filed on 6/5/2014) Modified text on 6/6/2014 (dhmS, COURT STAFF). (Entered: 06/05/2014);JOINT CONSENT MOTION Requesting that Judgment be Set Out in a Separate Document filed by Lucasfilm Ltd., Pixar. Responses due by 6/20/2014. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111853020" onclick="goDLS('/doc1/035111853020','243796','3021','','2','1','',''); return(false);">1</a> Proposed Order Proposed Final Judgment)(Henn, Emily) (Filed on 6/6/2014) Modified text on 6/9/2014 (dhmS, COURT STAFF). (Entered: 06/06/2014);<b>FINAL JUDGMENT (Defendants Lucasfilm, Pixar, and Intuit. Signed by Judge Lucy H. Koh. (lhklc1, COURT STAFF) (Filed on 6/9/2014) (Entered: 06/09/2014)</b>;Joint MOTION <i>Requesting Entry of Amended Final Judgment</i> filed by Intuit Inc. Responses due by 6/23/2014. Replies due by 6/30/2014. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111857853" onclick="goDLS('/doc1/035111857853','243796','3025','','2','1','',''); return(false);">1</a> Proposed Order Proposed Amended Final Judgment)(Kiernan, David) (Filed on 6/9/2014) (Entered: 06/09/2014); | | | 4.00 |
| USDC Northern District of California | | | | 3462-0001 | | 5:11-cv-02509 | |
| 06/16/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | | REPLY (re <a href="https://ecf.cand.uscourts.gov/doc1/035011805575" onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','',''); return(false);">920</a> MOTION for Preliminary Approval of Class Action Settlement <i></i> ) <i></i> filed byMark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111873772" onclick="goDLS('/doc1/035111873772','243796','3027','','2','1','',''); return(false);">1</a> Exhibit A)(Dermody, Kelly) (Filed on 6/12/2014) (Entered: 06/12/2014); | | | 4.00 |
| USDC Northern District of California | | | | 3462-0001 | | 5:11-cv-02509 | |
| 06/23/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | | Minute Entry: Motion Hearing held on 6/19/2014 before Judge Lucy H. Koh (Date Filed: 6/19/2014) re <a href="https://ecf.cand.uscourts.gov/doc1/035011805575" onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','',''); return(false);"> | | | 4.00 |

1

**Monthly Dinger Billed Report**                    07/10/2014

**for Jul 2014**

eturn(false);">920</a> MOTION for Preliminary Approval of Class
Action Settlement <i></i> filed by Siddharth Hariharan, Mark
Fichtner, Daniel Stover. (Court Reporter Lee-Anne Shortridge.)
(mpb, COURT STAFF) (Date Filed: 6/19/2014) (Entered:
06/20/2014);TRANSCRIPT ORDER by Apple Inc. for Court
Reporter Lee-Anne Shortridge. (Brown, Christina) (Filed on
6/20/2014) (Entered: 06/20/2014);TRANSCRIPT ORDER by
Adobe Systems Inc. for Court Reporter Lee-Anne Shortridge.
(Kahn, Lin) (Filed on 6/20/2014) (Entered:
06/20/2014);TRANSCRIPT ORDER by Mark Fichtner, Siddharth
Hariharan, Daniel Stover for Court Reporter Lee-Anne Shortridge.
(Harvey, Dean) (Filed on 6/20/2014) (Entered:
06/20/2014);TRANSCRIPT ORDER by Google Inc. for Court
Reporter Lee-Anne Shortridge. (Rubin, Lee) (Filed on 6/20/2014)
(Entered: 06/20/2014);TRANSCRIPT ORDER by Michael Devine
for Court Reporter Lee-Anne Shortridge. (Kramer, Elizabeth) (Filed
on 6/20/2014) (Entered: 06/20/2014);TRANSCRIPT ORDER by
Google Inc. for Court Reporter Lee-Anne Shortridge. (Sessions,
Justina) (Filed on 6/20/2014) (Entered: 06/20/2014;TRANSCRIPT
ORDER by Intel Corp. for Court Reporter Lee-Anne Shortridge.
(Mittelbach, John) (Filed on 6/20/2014) (Entered:
06/20/2014);<b>Amended Final Judgment (Intuit, Pixar, and
Lucasfilm). Signed by Lucy H. Koh. (lhklc1. COURT STAFF) (Filed
on 6/20/2014) (Entered: 06/20/2014)</b>;

| | | | | |
|---|---|---|---|---|
| USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 06/30/14 | Subsequent<br>Filing Check for<br>5:11-cv-02509 | dharvey@lchb.c<br>om | Transcript of Proceedings held on 6-19-14, before Judge Lucy H.<br>Koh. Court Reporter/Transcriber Lee-Anne Shortridge. Telephone<br>number 408-287-4580 email:<br>lee-anne_shortridge@cand.uscourts.gov. Per General Order No.<br>59 and Judicial Conference policy, this transcript may be viewed<br>only at the Clerks Office public terminal or may be purchased<br>through the Court Reporter/Transcriber until the deadline for the<br>Release of Transcript Restriction.After that date it may be obtained<br>through PACER. Any Notice of Intent to Request Redaction, if<br>required, is due no later than 5 business days from date of this<br>filing. (Re <a<br>href="https://ecf.cand.uscourts.gov/doc1/035111899401"<br>onclick="goDLS('/doc1/035111899401','243796','3037','','2','1','','');r<br>eturn(false);">942</a> Transcript Order ) Release of Transcript<br>Restriction set for 9/23/2014. (Related documents(s) <a<br>href="https://ecf.cand.uscourts.gov/doc1/035111899401"<br>onclick="goDLS('/doc1/035111899401','243796','3037','','2','1','','');r<br>eturn(false);">942</a> ) (las, ) (Filed on 6/25/2014) (Entered:<br>06/25/2014);Letter from class member Richard Kuo. (mpb,<br>COURT STAFF) (Filed on 6/30/2014) (Entered: 06/30/2014); | 4.00 |



| | | | | |
|---|---|---|---|---|
| 06/02/14 | | | | |
| 06/02/14 | | | | |

2

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
| --- |
| 545977 |

## INVOICE

| Bill To | Ship To |
| --- | --- |
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
| --- | --- | --- | --- | --- | --- |
| 545977 | $1,391.00 | $1,391.00 | 06/01/2014 | 08/01/2014 | |

| Order Number: | 470920 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
| --- | --- | --- | --- |

| Service | Description | Qty | Rate | Tax | Total |
| --- | --- | --- | --- | --- | --- |
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 275 | $1,375.00 | $0.00 | $1,375.00 |

| | Sub Totals | $0.00 | $1,391.00 |
| --- | --- | --- | --- |
| | Payments | | $0.00 |
| | Credit | | $0.00 |
| | **Invoice Total** | | $1,391.00 |

| Total Due | $1,391.00 |
| --- | --- |

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

LIBRARY

JUN 9 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

CR
2477/215569

**Monthly Dinger Billed Report**

06/08/2014

**for Jun 2014**

| Account Number | | | Firm Name | |
|---|---|---|---|---|

| 353 | Lieff Cabraser - SF | | | |
|---|---|---|---|---|

| | Court Name | | Reference Number | Case Number |
|---|---|---|---|---|
| **Date** | **Search Term(s)** | **Email** | **Summary** | **Amount** |

| | USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 05/05/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | Proposed Order re <a href="https://ecf.cand.uscourts.gov/doc1/035111658668" onclick="goDLS('/doc1/035111658668','243796','2644','','2','1','','');return false;">809</a> MOTION for Settlement <i>Notice of Motion and Motion for Final Approval of Class Action Settlements</i> <i></i> by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 5/5/2014) (Entered: 05/05/2014);Proposed Order re <a href="https://ecf.cand.uscourts.gov/doc1/035011529614" onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');return false;">718</a> MOTION for Attorney Fees, Reimbursement Of Expenses, And Incentive Awards <i></i> by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 5/5/2014) (Entered: 05/05/2014);Proposed Order re <a href="https://ecf.cand.uscourts.gov/doc1/035111658668" onclick="goDLS('/doc1/035111658668','243796','2644','','2','1','','');return false;">809</a> MOTION for Settlement <i>Notice of Motion and Motion for Final Approval of Class Action Settlements</i>, <a href="https://ecf.cand.uscourts.gov/doc1/035111744092" onclick="goDLS('/doc1/035111744092','243796','2924','','2','1','','');return false;">905</a> Proposed Order <i>[CORRECTED]</i> by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111744773" onclick="goDLS('/doc1/035111744773','243796','2930','','2','1','','');return false;">1</a> Exhibit A)(Harvey, Dean) (Filed on 5/5/2014) (Entered: 05/05/2014); | 4.00 |
| | USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 05/12/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | TRANSCRIPT ORDER by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover for Court Reporter Lee-Anne Shortridge. (Harvey, Dean) (Filed on 5/5/2014) (Entered: 05/05/2014);TRANSCRIPT ORDER by Adobe Systems Inc. for Court Reporter Lee-Anne Shortridge. (Kiernan, David) (Filed on 5/6/2014) (Entered: 05/06/2014);Transcript of Proceedings held on 5-1-14, before Judge Lucy H. Koh. Court Reporter/Transcriber Lee-Anne Shortridge. Telephone number 408-287-4580 email: lee-anne_shortridge@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/5/2014. (Related documents(s) <a href="https://ecf.cand.uscourts.gov/doc1/035111745038" onclick="goDLS('/doc1/035111745038','243796','2934','','2','1','','');return false;">908</a> ) (las, ) (Filed on 5/7/2014) (Entered: 05/07/2014);TRANSCRIPT ORDER by Google Inc. for Court Reporter Lee-Anne Shortridge. (Rubin, Lee) (Filed on 5/7/2014) (Entered: 05/07/2014);NOTICE OF IN CAMERA SUBMISSION OF DETAILED TIME RECORDS by Michael Devine, Mark Fichtner, | 4.00 |

**Monthly Dinger Billed Report**

06/08/2014

**for Jun 2014**

DETAILED TIME RECORDS by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover re <a href="https://ecf.cand.uscourts.gov/doc1/035011529614" onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');return(false);">718</a> MOTION for Attorney Fees, Reimbursement Of Expenses, And Incentive Awards, <a href="https://ecf.cand.uscourts.gov/doc1/035111658668" onclick="goDLS('/doc1/035111658668','243796','2644','','2','1','','');return(false);">809</a> MOTION for Final Approval of Class Action Settlements (Dermody, Kelly) (Filed on 5/8/2014 Modified text on 5/8/2014 (dhms, COURT STAFF). (Entered: 05/08/2014);

| | | | | |
|---|---|---|---|---|
| USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 05/19/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | Letters received by the Court from individuals objecting to proposed Settlement. (mpb, COURT STAFF) (Filed on 5/16/2014) (Entered: 05/16/2014);<b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035111658668" onclick="goDLS('/doc1/035111658668','243796','2644','','2','1','','');return(false);">809</a> Motion for Settlement. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111785965" onclick="goDLS('/doc1/035111785965','243796','2958','','2','1','','');return(false);">1</a> List of Opt-Outs). (lhklc1, COURT STAFF) (Filed on 5/16/2014) (Entered: 05/16/2014)</b><b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035011529614" onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');return(false);">718</a> Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards. (lhklc1, COURT STAFF) (Filed on 5/16/2014) (Entered: 05/16/2014)</b>; | 4.00 |
| USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 05/26/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | NOTICE of Substitution of Counsel by Kelly M. Dermody <i>AND CONSENT ORDER</i> (Dermody, Kelly) (Filed on 5/22/2014) (Entered: 05/22/2014);NOTICE of Substitution of Counsel by Kelly M. Dermody <i>AND CONSENT ORDER</i> (Dermody, Kelly) (Filed on 5/22/2014) (Entered: 05/22/2014);STIPULATION WITH PROPOSED ORDER re <a href="https://ecf.cand.uscourts.gov/doc1/035111805566" onclick="goDLS('/doc1/035111805566','243796','2964','','2','1','','');return(false);">918</a> Notice of Substitution of Counsel, <a href="https://ecf.cand.uscourts.gov/doc1/035111805563" onclick="goDLS('/doc1/035111805563','243796','2962','','2','1','','');return(false);">917</a> Notice of Substitution of Counsel <i>REGARDING SUBSTITUTION OF COUNSEL.</i> filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 5/22/2014) (Entered: 05/22/2014);MOTION for Preliminary Approval of Class Action Settlement <i></i> filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover. Motion Hearing set for 6/19/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 6/5/2014. Replies due by 6/12/2014. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111805576" onclick="goDLS('/doc1/035111805576','243796','2970','','2','1','','');return(false);">1</a> Proposed Order)(Dermody, Kelly) (Filed on 5/22/2014) (Entered: 05/22/2014);Declaration of Kelly M. Dermody in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011805575" onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');return(false);">920</a> MOTION for Preliminary Approval of Class Action Settlement <i></i> <i></i> filed byMark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111805592" onclick="goDLS('/doc1/035111805592','243796','2972','','2','1','','');return(false);">1</a> Exhibit 1, # <a href="https://ecf.cand.uscourts.gov/doc1/035111805593"</a> | 4.00 |

**Monthly Dinger Billed Report**                                    06/08/2014

**for Jun 2014**

href="https://ecf.cand.uscourts.gov/doc1/035111805593"
onclick="goDLS('/doc1/035111805593','243796','2972','','2','1','','');r
eturn(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805594"
onclick="goDLS('/doc1/035111805594','243796','2972','','2','1','','');r
eturn(false);">3</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805595"
onclick="goDLS('/doc1/035111805595','243796','2972','','2','1','','');r
eturn(false);">4</a> Exhibit 4, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805596"
onclick="goDLS('/doc1/035111805596','243796','2972','','2','1','','');r
eturn(false);">5</a> Exhibit 5, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805597"
onclick="goDLS('/doc1/035111805597','243796','2972','','2','1','','');r
eturn(false);">6</a> Exhibit 6)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011805575"
onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');r
eturn(false);">920</a> ) (Dermody, Kelly) (Filed on 5/22/2014)
(Entered: 05/22/2014);Declaration of Mark Fichtner in Support of
<a href="https://ecf.cand.uscourts.gov/doc1/035011805575"
onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');r
eturn(false);">920</a> MOTION for Preliminary Approval of Class
Action Settlement <i></i> <i></i> filed byMark Fichtner, Siddharth
Hariharan, Daniel Stover. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011805575"
onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');r
eturn(false);">920</a> ) (Dermody, Kelly) (Filed on 5/22/2014)
(Entered: 05/22/2014);Declaration of Siddharth Hariharan in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011805575"
onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');r
eturn(false);">920</a> MOTION for Preliminary Approval of Class
Action Settlement <i></i> <i></i> filed byMark Fichtner, Siddharth
Hariharan, Daniel Stover. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011805575"
onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');r
eturn(false);">920</a> ) (Dermody, Kelly) (Filed on 5/22/2014)
(Entered: 05/22/2014);Declaration of Daniel Stover in Support of
<a href="https://ecf.cand.uscourts.gov/doc1/035011805575"
onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');r
eturn(false);">920</a> MOTION for Preliminary Approval of Class
Action Settlement <i></i> <i></i> filed byMark Fichtner, Siddharth
Hariharan, Daniel Stover. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011805575"
onclick="goDLS('/doc1/035011805575','243796','2970','','2','1','','');r
eturn(false);">920</a> ) (Dermody, Kelly) (Filed on 5/22/2014)
(Entered: 05/22/2014);Administrative Motion to File Under Seal
<i></i> filed by Mark Fichtner, Siddharth Hariharan, Daniel Stover.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805641"
onclick="goDLS('/doc1/035111805641','243796','2984','','2','1','','');r
eturn(false);"> 1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805642"
onclick="goDLS('/doc1/035111805642','243796','2984','','2','1','','');r
eturn(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805643"
onclick="goDLS('/doc1/035111805643','243796','2984','','2','1','','');r
eturn(false);">3</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805644"
onclick="goDLS('/doc1/035111805644','243796','2984','','2','1','','');r
eturn(false);">4</a> Exhibit 4)(Dermody, Kelly) (Filed on
5/22/2014) (Entered: 05/22/2014);Proposed Order re <a
href="https://ecf.cand.uscourts.gov/doc1/035011805640"
onclick="goDLS('/doc1/035011805640','243796','2984','','2','1','','');r

3

**Monthly Dinger Billed Report**

**for Jun 2014**

06/08/2014

onclick="goDLS('/doc1/035011805640','243796','2984','','2','1','',");r
eturn(false);">925</a> Administrative Motion to File Under Seal
<i></i> <i></i> by Mark Fichtner, Siddharth Hariharan, Daniel
Stover. (Dermody, Kelly) (Filed on 5/22/2014) (Entered:
05/22/2014);Declaration of Dean M. Harvey in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011805640"
onclick="goDLS('/doc1/035011805640','243796','2984','','2','1','',");r
eturn(false);">925</a> Administrative Motion to File Under Seal
<i></i> <i></i> filed byMark Fichtner, Siddharth Hariharan, Daniel
Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805662"
onclick="goDLS('/doc1/035111805662','243796','2989','','2','1','',");r
eturn(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805663"
onclick="goDLS('/doc1/035111805663','243796','2989','','2','1','',");r
eturn(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805664"
onclick="goDLS('/doc1/035111805664','243796','2989','','2','1','',");r
eturn(false);">3</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805665"
onclick="goDLS('/doc1/035111805665','243796','2989','','2','1','',");r
eturn(false);">4</a> Exhibit 4, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805666"
onclick="goDLS('/doc1/035111805666','243796','2989','','2','1','',");r
eturn(false);">5</a> Exhibit 5, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805667"
onclick="goDLS('/doc1/035111805667','243796','2989','','2','1','',");r
eturn(false);">6</a> Exhibit 6, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111805668"
onclick="goDLS('/doc1/035111805668','243796','2989','','2','1','',");r
eturn(false);">7</a> Exhibit 7)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011805640"
onclick="goDLS('/doc1/035011805640','243796','2984','','2','1','',");r
eturn(false);">925</a> ) (Dermody, Kelly) (Filed on 5/22/2014)
(Entered: 05/22/2014);<b>Order by Hon. Lucy H. Koh granting <a
href="https://ecf.cand.uscourts.gov/doc1/035111805569"
onclick="goDLS('/doc1/035111805569','243796','2966','','2','1','',");r
eturn(false);">919</a> Stipulation Regarding Substitution of
Counsel for Michael Devine. (lhklc1, COURT STAFF) (Filed on
5/23/2014) (Entered: 05/23/2014)</b>;<b>ORDER by Judge Lucy
H. Koh denying without prejudice <a
href="https://ecf.cand.uscourts.gov/doc1/035011345922"
onclick="goDLS('/doc1/035011345922','243796','1795','','2'



05/01/14

05/01/14

05/01/14

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 544080 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 544080 | $1,277.00 | $1,277.00 | 05/01/2014 | 07/01/2014 |

Order Number:    468720    Ship To:    Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 3 | $12.00 | $0.00 | $12.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 253 | $1,265.00 | $0.00 | $1,265.00 |

| | **Sub Totals** | $0.00 | $1,277.00 |
|---|---|---|---|
| | Payments | | $0.00 |
| | Credit | | $0.00 |
| | **Invoice Total** | | $1,277.00 |

CR
2477/214653

| **Total Due** | $1,277.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID.# is: 95-4652674

Page 1  of  1

RECEIVED
MAY 12 2014
ACCOUNTING

LIBRARY
MAY 5   2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**                              05/08/2014

**for May 2014**

| Account Number | Firm Name |
|---|---|
| 353 | Lieff Cabraser - SF |

| | Court Name | | Reference Number | Case Number |
|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | Amount |

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 04/07/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | `<b>`ORDER by Judge Lucy Koh denying `<a href="https://ecf.cand.uscourts.gov/doc1/035011345660" onclick="goDLS('/doc1/035011345660','243796','1788','','2','1','','');return(false);">`556`</a>` Motion for Summary Judgment; granting in part and denying in part `<a href="https://ecf.cand.uscourts.gov/doc1/035011345758" onclick="goDLS('/doc1/035011345758','243796','1790','','2','1','','');return(false);">`557`</a>` Motion to Strike; denying `<a href="https://ecf.cand.uscourts.gov/doc1/035011346240" onclick="goDLS('/doc1/035011346240','243796','1824','','2','1','','');return(false);">`570`</a>` Motion to Exclude. (lhklc2S, COURT STAFF) (Filed on 4/4/2014) (Entered: 04/04/2014)`</b>`; | 4.00 |

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 04/14/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | Administrative Motion to File Under Seal `<i></i>` filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments: # `<a href="https://ecf.cand.uscourts.gov/doc1/035111654156" onclick="goDLS('/doc1/035111654156','243796','2586','','2','1','','');return(false);">`1`</a>` Declaration of Lisa J. Cisneros, # `<a href="https://ecf.cand.uscourts.gov/doc1/035111654157" onclick="goDLS('/doc1/035111654157','243796','2586','','2','1','','');return(false);">`2`</a>` Motion to Compel, # `<a href="https://ecf.cand.uscourts.gov/doc1/035111654158" onclick="goDLS('/doc1/035111654158','243796','2586','','2','1','','');return(false);">`3`</a>` Declaration of Kelly M. Dermody, # `<a href="https://ecf.cand.uscourts.gov/doc1/035111654159" onclick="goDLS('/doc1/035111654159','243796','2586','','2','1','','');return(false);">`4`</a>` Proposed Order Granting Motion to Compel)(Harvey, Dean) (Filed on 4/9/2014) (Entered: 04/09/2014);Joint Administrative Motion to File Under Seal `<i>`Defendants' Joint Renewed Motion to Seal Materials in Connection with Summary Judgment and Daubert Motions and Defendants' Motion to Strike`</i>` filed by Google Inc.. (Van Nest, Robert) (Filed on 4/10/2014) (Entered: 04/10/2014);EXHIBITS re `<a href="https://ecf.cand.uscourts.gov/doc1/035111656315" onclick="goDLS('/doc1/035111656315','243796','2588','','2','1','','');return(false);">`790`</a>` Joint Administrative Motion to File Under Seal `<i>`Defendants' Joint Renewed Motion to Seal Materials in Connection with Summary Judgment and Daubert Motions and Defendants' Motion to Strike`</i>` `<i></i>` filed byIntel Corp.. (Attachments: # `<a href="https://ecf.cand.uscourts.gov/doc1/035111657343" onclick="goDLS('/doc1/035111657343','243796','2590','','2','1','','');return(false);">`1`</a>` Exhibit 140 (UNREDACTED), # `<a href="https://ecf.cand.uscourts.gov/doc1/035111657344" onclick="goDLS('/doc1/035111657344','243796','2590','','2','1','','');return(false);">`2`</a>` Exhibit 142 (REDACTED), # `<a href="https://ecf.cand.uscourts.gov/doc1/035111657345" onclick="goDLS('/doc1/035111657345','243796','2590','','2','1','','');return(false);">`3`</a>` Exhibit 142, PT. 1 (UNREDACTED), # `<a href="https://ecf.cand.uscourts.gov/doc1/035111657346" onclick="goDLS('/doc1/035111657346','243796','2590','','2','1','','');return(false);">`4`</a>` Exhibit 142, PT. 2 (UNREDACTED), # `<a href="https://ecf.cand.uscourts.gov/doc1/035111657347"` | 4.00 |

**Monthly Dinger Billed Report**                    05/08/2014

**for May 2014**

href="https://ecf.cand.uscourts.gov/doc1/035111657347"
onclick="goDLS('/doc1/035111657347','243796','2590','','2','1','','');r
eturn(false);">5</a> Exhibit 143 (REDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657348"
onclick="goDLS('/doc1/035111657348','243796','2590','','2','1','','');r
eturn(false);">6</a> Exhibit 143 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657349"
onclick="goDLS('/doc1/035111657349','243796','2590','','2','1','','');r
eturn(false);">7</a> Exhibit 145 (REDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657350"
onclick="goDLS('/doc1/035111657350','243796','2590','','2','1','','');r
eturn(false);">8</a> Exhibit 145 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657351"
onclick="goDLS('/doc1/035111657351','243796','2590','','2','1','','');r
eturn(false);">9</a> Exhibit 146 (REDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657352"
onclick="goDLS('/doc1/035111657352','243796','2590','','2','1','','');r
eturn(false);">10</a> Exhibit 146 (UNREDACTED))(Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035111656315"
onclick="goDLS('/doc1/035111656315','243796','2588','','2','1','','');r
eturn(false);">790</a> ) (Mittelbach, John) (Filed on 4/10/2014)
(Entered: 04/10/2014);EXHIBITS re <a
onclick="goDLS('/doc1/035111656315','243796','2588','','2','1','','');r
eturn(false);">790</a> Joint Administrative Motion to File Under
Seal <i>Defendants' Joint Renewed Motion to Seal Materials in
Connection with Summary Judgment and Daubert Motions and
Defendants' Motion to Strike</i> <i></i> filed byIntel Corp..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657507"
onclick="goDLS('/doc1/035111657507','243796','2593','','2','1','','');r
eturn(false);">1</a> Exhibit 148, PT. 2 (REDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657508"
onclick="goDLS('/doc1/035111657508','243796','2593','','2','1','','');r
eturn(false);">2</a> Exhibit 148, PT. 1 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657509"
onclick="goDLS('/doc1/035111657509','243796','2593','','2','1','','');r
eturn(false);">3</a> Exhibit 148, PT. 2 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657510"
onclick="goDLS('/doc1/035111657510','243796','2593','','2','1','','');r
eturn(false);">4</a> Exhibit 148, PT. 3 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657511"
onclick="goDLS('/doc1/035111657511','243796','2593','','2','1','','');r
eturn(false);">5</a> Exhibit 148, PT. 4 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657512"
onclick="goDLS('/doc1/035111657512','243796','2593','','2','1','','');r
eturn(false);">6</a> Exhibit 148, PT. 5 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657513"
onclick="goDLS('/doc1/035111657513','243796','2593','','2','1','','');r
eturn(false);">7</a> Exhibit 148, PT. 6 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657514"
onclick="goDLS('/doc1/035111657514','243796','2593','','2','1','','');r
eturn(false);">8</a> Exhibit 148, PT. 7 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657515"
onclick="goDLS('/doc1/035111657515','243796','2593','','2','1','','');r
eturn(false);">9</a> Exhibit 148, PT. 8 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657516"
onclick="goDLS('/doc1/035111657516','243796','2593','','2','1','','');r
eturn(false);">10</a> Exhibit 149 (REDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657517"
onclick="goDLS('/doc1/035111657517','243796','2593','','2','1','','');r
eturn(false);">11</a> Exhibit 149 (UNREDACTED))(Related
document(s) <a

**Monthly Dinger Billed Report**                                     05/08/2014

**for May 2014**

document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035111656315"
onclick="goDLS('/doc1/035111656315','243796','2588','','1','1','');r
eturn(false);">790</a> ) (Mittelbach, John) (Filed on 4/10/2014)
(Entered: 04/10/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035111656315"
onclick="goDLS('/doc1/035111656315','243796','2588','','2','1','');r
eturn(false);">790</a> Joint Administrative Motion to File Under
Seal <i>Defendants' Joint Renewed Motion to Seal Materials in
Connection with Summary Judgment and Daubert Motions and
Defendants' Motion to Strike</i> <i></i> filed byIntel Corp..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657637"
onclick="goDLS('/doc1/035111657637','243796','2596','','2','1','');r
eturn(false);">1</a> Exhibit 150 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657638"
onclick="goDLS('/doc1/035111657638','243796','2596','','2','1','');r
eturn(false);">2</a> Exhibit 152 (REDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657639"
onclick="goDLS('/doc1/035111657639','243796','2596','','2','1','');r
eturn(false);">3</a> Exhibit 152 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657640"
onclick="goDLS('/doc1/035111657640','243796','2596','','2','1','');r
eturn(false);">4</a> Exhibit 153 (REDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657641"
onclick="goDLS('/doc1/035111657641','243796','2596','','2','1','');r
eturn(false);">5</a> Exhibit 153 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657642"
onclick="goDLS('/doc1/035111657642','243796','2596','','2','1','');r
eturn(false);">6</a> Exhibit 391 (REDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657643"
onclick="goDLS('/doc1/035111657643','243796','2596','','2','1','');r
eturn(false);">7</a> Exhibit 391 (UNREDACTED), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111657644"
onclick="goD

| | | | | |
|---|---|---|---|---|
| USDC Northern District of California | | 3462-0001 | 5:11-cv-02509 | |
| 04/28/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | | 4.00 |

EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','');r
eturn(false);">867</a> Administrative Motion to File Under Seal
<i>Defendants' Joint Response to Plaintiffs' Administrative Motion
to Seal Regarding Filings Related to Plaintiffs' Memorandum of
Law in Support of Application of the Per Se Standard</i> <i></i>
filed byGoogle Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111669661"
onclick="goDLS('/doc1/035111669661','243796','2815','','2','1','');r
eturn(false);">1</a> Exhibit Cisneros Ex. 2925 - SEALED (part 1
of 2), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111669662"
onclick="goDLS('/doc1/035111669662','243796','2815','','2','1','');r
eturn(false);">2</a> Exhibit Cisneros Ex. 2925 - SEALED (part 2
of 2), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111669663"
onclick="goDLS('/doc1/035111669663','243796','2815','','2','1','');r
eturn(false);">3</a> Exhibit Cisneros Ex. 2928- REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111669664"
onclick="goDLS('/doc1/035111669664','243796','2815','','2','1','');r
eturn(false);">4</a> Exhibit Cisneros Ex. 2928- SEALED)(Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','');r
eturn(false);">867</a> ) (Selin, Anne) (Filed on 4/14/2014)
(Entered: 04/14/2014);EXHIBITS re <a

3

## Monthly Dinger Billed Report

### for May 2014

05/08/2014

(Entered: 04/14/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r
eturn(false);">867</a> Administrative Motion to File Under Seal
<i>Defendants' Joint Response to Plaintiffs' Administrative Motion
to Seal Regarding Filings Related to Plaintiffs' Memorandum of
Law in Support of Application of the Per Se Standard</i> <i></i>
filed byGoogle Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035011669699"
onclick="goDLS('/doc1/035011669699','243796','2818','','2','1','','');r
eturn(false);">1</a> Exhibit Cisneros Ex. 5 - SEALED)(Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r
eturn(false);">867</a> ) (Selin, Anne) (Filed on 4/14/2014)
(Entered: 04/14/2014);Declaration of Roberta D. Tonelli in Support
of <a href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r
eturn(false);">867</a> Administrative Motion to File Under Seal
<i>Defendants' Joint Response to Plaintiffs' Administrative Motion
to Seal Regarding Filings Related to Plaintiffs' Memorandum of
Law in Support of Application of the Per Se Standard</i> <i></i>
filed byIntuit Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r
eturn(false);">867</a> ) (Tonelli, Roberta) (Filed on 4/14/2014)
(Entered: 04/14/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r
eturn(false);">867</a> Administrative Motion to File Under Seal
<i>Defendants' Joint Response to Plaintiffs' Administrative Motion
to Seal Regarding Filings Related to Plaintiffs' Memorandum of
Law in Support of Application of the Per Se Standard</i> <i></i>
filed byIntel Corp.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035011669732"
onclick="goDLS('/doc1/035011669732','243796','2824','','2','1','','');r
eturn(false);">1</a> Exhibit Cisneros Ex 6 - SEALED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035011669733"
onclick="goDLS('/doc1/035011669733','243796','2824','','2','1','','');r
eturn(false);">2</a> Exhibit Cisneros Ex 7 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035011669734"
onclick="goDLS('/doc1/035011669734','243796','2824','','2','1','','');r
eturn(false);">3</a> Exhibit Cisneros Ex 7 - SEALED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035011669735"
onclick="goDLS('/doc1/035011669735','243796','2824','','2','1','','');r
eturn(false);">4</a> Exhibit Cisneros Ex 8 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035011669736"
onclick="goDLS('/doc1/035011669736','243796','2824','','2','1','','');r
eturn(false);">5</a> Exhibit Cisneros Ex 8 - SEALED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035011669737"
onclick="goDLS('/doc1/035011669737','243796','2824','','2','1','','');r
eturn(false);">6</a> Exhibit Cisneros Ex 10 - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035011669738"
onclick="goDLS('/doc1/035011669738','243796','2824','','2','1','','');r
eturn(false);">7</a> Exhibit Cisneros Ex 10 - SEALED)(Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r
eturn(false);">867</a> ) (Stone, Gregory) (Filed on 4/14/2014)
(Entered: 04/14/2014);Declaration of Lin W. Kahn in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011669639"
onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r
eturn(false);">867</a> Administrative Motion to File Under Seal
<i>Defendants' Joint Response to Plaintiffs' Administrative Motion

4

## Monthly Dinger Billed Report

05/08/2014

### for May 2014

<i>Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal Regarding Filings Related to Plaintiffs' Memorandum of Law in Support of Application of the Per Se Standard</i> <i></i> filed byAdobe Systems Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035011669639" onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r eturn(false);">867</a> ) (Kahn, Lin) (Filed on 4/14/2014) (Entered: 04/14/2014);Declaration of Gregory M. Sergi in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011669639" onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r eturn(false);">867</a> Administrative Motion to File Under Seal <i>Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal Regarding Filings Related to Plaintiffs' Memorandum of Law in Support of Application of the Per Se Standard</i> <i></i> filed byIntel Corp.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035011669639" onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r eturn(false);">867</a> ) (Stone, Gregory) (Filed on 4/14/2014) (Entered: 04/14/2014);Declaration of Christina Brown in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011669639" onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r eturn(false);">867</a> Administrative Motion to File Under Seal <i>Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal Regarding Filings Related to Plaintiffs' Memorandum of Law in Support of Application of the Per Se Standard</i> <i></i> filed byApple Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035011669639" onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r eturn(false);">867</a> ) (Brown, Christina) (Filed on 4/14/2014) (Entered: 04/14/2014);Declaration of Anne M. Selin in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011669639" onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r eturn(false);">867</a> Administrative Motion to File Under Seal <i>Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal Regarding Filings Related to Plaintiffs' Memorandum of Law in Support of Application of the Per Se Standard</i> <i></i> filed byGoogle Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035011669639" onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r eturn(false);">867</a> ) (Selin, Anne) (Filed on 4/14/2014) (Entered: 04/14/2014);Proposed Order re <a href="https://ecf.cand.uscourts.gov/doc1/035011669639" onclick="goDLS('/doc1/035011669639','243796','2813','','2','1','','');r eturn(false);">867</a> Administrative Motion to File Under Seal <i>Defendants' Joint Response to Plaintiffs' Administrative Motion to Seal Regardi



04/01/14

**Monthly Dinger Billed Report**
**for May 2014**

05/08/2014



USDC Minnesota                    3462-0001                    0:14cv1290

| 04/25/14 | compensation NOS: 410 | dharvey@lchb.com;sshin@lchb.com | Class action and antitrust violations. While the defendants have reaped the rewards of the plaintiffs, the defendants have unlawfully suppressed the remuneration available to the plaintiffs through horizontal per se illegal price-fixing arrangements. The defendants have jointly agreed and conspired with their member institutions to deny the plaintiffs the compensation they would otherwise receive for their services in a competitive market. The defendants also have rules for unlawful group boycotts of any player that refuses to comply with the defendants' price-fixing agreement. As a result of the defendants' price-fixing and group boycott arrangements, the plaintiffs are unable to market their services as football and basketball players at competitive rates, resulting in substantial economic harm to them. The plaintiffs seek a judgment enjoining the defendants from maintaining and enforcing their anticompetitive rules. | 5.00 |

30

# COURTHOUSE NEWS SERVICE

| | Invoice # |
|---|---|
| | 542804 |

**30th North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF | Lieff Cabraser - SF |
| 275 Battery Street | 275 Battery Street |
| 30th Floor | 30th Floor |
| San Francisco, CA. 94111 | San Francisco, CA. 94111 |
| Attn: Renee Mukherji - Library | Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 542804 | $710.00 | $710.00 | 04/01/2014 | 06/01/2014 |

Order Number:  467293      Ship To:   Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $20.00 | $0.00 | $20.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 138 | $690.00 | $0.00 | $690.00 |
| | **Sub Totals** | | | $0.00 | $710.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $710.00 |

*2477/214273*

| | Total Due | $710.00 |
|---|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

LIBRARY

APR 1 6 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Mar 2014**

04/17/2014

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | | Case Number | |
|---|---|---|---|---|---|---|
| Date | Search Term(s) | Email | | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | | 5:11-cv-02509 | |
| 03/03/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | EXHIBIT 23 to the Declaration of Dean M. Harvey, Part 2 in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011489000" onclick="goDLS('/doc1/035011489000','243796','2025','','2','1','','');r eturn(false);">633</a> Exhibits to an Administrative Motion to File Under Seal, filed by Adobe Systems Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111494217" onclick="goDLS('/doc1/035111494217','243796','2199','','2','1','','');r eturn(false);">1</a> Exhibit Harvey 23 Part 2A of 4, # <a href="https://ecf.cand.uscourts.gov/doc1/035111494218" onclick="goDLS('/doc1/035111494218','243796','2199','','2','1','','');r eturn(false);">2</a> Exhibit Harvey 23 Part 2B of 4)(Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035011489000" onclick="goDLS('/doc1/035011489000','243796','2025','','2','1','','');r eturn(false);">633</a> ) (Kahn, Lin) (Filed on 2/24/2014) Modified text on 2/25/2014 (dhmS, COURT STAFF). (Entered: 02/24/2014);NOTICE re <a href="https://ecf.cand.uscourts.gov/doc1/035111342430" onclick="goDLS('/doc1/035111342430','243796','1785','','2','1','','');r eturn(false);">555</a> Filing Corrected Declaration of Steven M. Perry re <a href="https://ecf.cand.uscourts.gov/doc1/035111342430" onclick="goDLS('/doc1/035111342430','243796','1785','','2','1','','');r eturn(false);">555</a> in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011342356" onclick="goDLS('/doc1/035011342356','243796','1783','','2','1','','');r eturn(false);">554</a> MOTION for Summary Judgment by Intel Corp. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111499296" onclick="goDLS('/doc1/035111499296','243796','2202','','2','1','','');r eturn(false);">1</a> Declaration (Corrected))(Perry, Steven) (Filed on 2/25/2014) Modified text on 2/26/2014 (dhmS, COURT STAFF). (Entered: 02/25/2014);MOTION for leave to appear in Pro Hac Vice <i></i> ( Filing fee $ 305, receipt number 0971-8407198.) filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111502213" onclick="goDLS('/doc1/035111502213','243796','2206','','2','1','','');r eturn(false);">1</a> Supplement - Certificate of Good Standing)(Srinivasan, SuDarsana) (Filed on 2/26/2014) (Entered: 02/26/2014);JOINT SETTLEMENT STATUS REPORT by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 2/26/2014) Modified text on 2/27/2014 (dhmS, COURT STAFF). (Entered: 02/26/2014);<b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035011502212" onclick="goDLS('/doc1/035011502212','243796','2206','','2','1','','');r eturn(false);">691</a> Motion for Pro Hac Vice.(lhklc2S, COURT STAFF) (Filed on 2/27/2014) (Entered: 02/27/2014)</b>;REPLY Memorandum in Support of ( <a href="https://ecf.cand.uscourts.gov/doc1/035011342356" onclick="goDLS('/doc1/035011342356','243796','1783','','2','1','','');r eturn(false);">554</a> MOTION for Summary Judgment Pursuant to Fed.R.Civ.Pro.56 ) filed by Intel Corp.. (Stone, Gregory) (Filed | | 4.00 |

**Monthly Dinger Billed Report**     04/17/2014

**for Mar 2014**

to Fed.R.Civ.Pro.56 ) filed by Intel Corp.. (Stone, Gregory) (Filed
on 2/27/2014) Modified text on 2/28/2014 (dhmS, COURT
STAFF). (Entered: 02/27/2014);Joint Administrative Motion to File
Under Seal <i></i> filed by Intel Corp.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111508621"
onclick="goDLS('/doc1/035111508621','243796','2215','','2','1','','');r
eturn(false);">1</a> Declaration of John Mittelbach, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111508622"
onclick="goDLS('/doc1/035111508622','243796','2215','','2','1','','');r
eturn(false);">2</a> Exhibit A - unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111508623"
onclick="goDLS('/doc1/035111508623','243796','2215','','2','1','','');r
eturn(false);">3</a> Exhibit A (pt. 1) - redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111508624"
onclick="goDLS('/doc1/035111508624','243796','2215','','2','1','','');r
eturn(false);">4</a> Exhibit A (pt. 2) - redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111508625"
onclick="goDLS('/doc1/035111508625','243796','2215','','2','1','','');r
eturn(false);">5</a> Exhibit A (pt. 3) - redacted)(Mittelbach, John)
(Filed on 2/27/2014) (Entered: 02/27/2014);Declaration of Lin W.
Kahn in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> Joint Administrative Motion to File Under
Seal <i></i> <i></i> filed byAdobe Systems Inc.. (Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> ) (Kahn, Lin) (Filed on 2/27/2014) (Entered:
02/27/2014);Declaration of Christina Brown in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> Joint Administrative Motion to File Under
Seal <i></i> <i></i> filed byApple Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> ) (Brown, Christina) (Filed on 2/27/2014)
(Entered: 02/27/2014);REPLY Memorandum in Support of ( <a
href="https://ecf.cand.uscourts.gov/doc1/035011345922"
onclick="goDLS('/doc1/035011345922','243796','1795','','2','1','','');r
eturn(false);">559</a> JOINT MOTION to Exclude the Expert
Testimony of Matthew Marx ) filed by Intel Corp.. (Phillips,
Bradley) (Filed on 2/27/2014) Modified text on 2/28/2014 (dhmS,
COURT STAFF). (Entered: 02/27/2014);Declaration of Rhonda
Hjort in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> Joint Administrative Motion to File Under
Seal <i></i> <i></i> filed byLucasfilm Ltd.. (Related document(s)
<a href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> ) (Henn, Emily) (Filed on 2/27/2014)
(Entered: 02/27/2014);Declaration of James M. Kennedy in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> Joint Administrative Motion to File Under
Seal <i></i> <i></i> filed byPixar. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> ) (Henn, Emily) (Filed on 2/27/2014)
(Entered: 02/27/2014);Declaration of Rowan T. Mason in Support
of <a href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r

2

**Monthly Dinger Billed Report**          04/17/2014

**for Mar 2014**

onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> Joint Administrative Motion to File Under
Seal <i></i> <i></i> filed byIntuit Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011508620"
onclick="goDLS('/doc1/035011508620','243796','2215','','2','1','','');r
eturn(false);">695</a> ) (Mason, Rowan) (Filed on 2/27/2014)
(Entered: 02/27/2014);REPLY in Support of ( <a
href="https://ecf.cand.uscourts.gov/doc1/035111346128"
onclick="goDLS('/doc1/035111346128','243796','1808','','2','1','','');r
eturn(false);">564</a> MOTION for Summary Judgment ) filed by
Google Inc.. (Rubin, Lee) (Filed on 2/27/2014) Modified text on
2/28/2014 (dhmS, COURT STAFF). (Entered:
02/27/2014);Declaration of Eric B. Evans in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035111508870"
onclick="goDLS('/doc1/035111508870','243796','2235','','2','1','','');r
eturn(false);">702</a> Reply its Motion for Summary Judgment
filed by Google Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111508874"
onclick="goDLS('/doc1/035111508874','243796','2238','','2','1','','');r
eturn(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111508875"
onclick="goDLS

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 03/10/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | MOTION for Attorney Fees, Reimbursement Of Expenses, And Incentive Awards filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. Motion Hearing set for 5/1/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 3/19/2014. Replies due by 3/26/2014. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111529615" onclick="goDLS('/doc1/035111529615','243796','2291','','2','1','','');r eturn(false);">1</a> Proposed Order)(Dermody, Kelly) (Filed on 3/5/2014) Modified text on 3/6/2014 (dhmS, COURT STAFF). (Entered: 03/05/2014);Declaration of Kelly M. Dermody in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011529614" onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r eturn(false);">718</a> MOTION for Attorney Fees, Reimbursement Of Expenses, And Incentive Awards filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111529619" onclick="goDLS('/doc1/035111529619','243796','2293','','2','1','','');r eturn(false);">1</a> Exhibit 1, # <a href="https://ecf.cand.uscourts.gov/doc1/035111529620" onclick="goDLS('/doc1/035111529620','243796','2293','','2','1','','');r eturn(false);">2</a> Exhibit 2, # <a href="https://ecf.cand.uscourts.gov/doc1/035111529621" onclick="goDLS('/doc1/035111529621','243796','2293','','2','1','','');r eturn(false);">3</a> Exhibit 3, # <a href="https://ecf.cand.uscourts.gov/doc1/035111529622" onclick="goDLS('/doc1/035111529622','243796','2293','','2','1','','');r eturn(false);">4</a> Exhibit 4, # <a href="https://ecf.cand.uscourts.gov/doc1/035111529623" onclick="goDLS('/doc1/035111529623','243796','2293','','2','1','','');r eturn(false);">5</a> Exhibit 5, # <a href="https://ecf.cand.uscourts.gov/doc1/035111529624" onclick="goDLS('/doc1/035111529624','243796','2293','','2','1','','');r eturn(false);">6</a> Exhibit 6, # <a href="https://ecf.cand.uscourts.gov/doc1/035111529625" onclick="goDLS('/doc1/035111529625','243796','2293','','2','1','','');r eturn(false);">7</a> Exhibit 7, # <a href="https://ecf.cand.uscourts.gov/doc1/035111529626" onclick="goDLS('/doc1/035111529626','243796','2293','','2','1','','');r | 4.00 |

**Monthly Dinger Billed Report**          04/17/2014

**for Mar 2014**

onclick="goDLS('/doc1/035111529626','243796','2293','','2','1','','');r
eturn(false);">8</a> Exhibit 8, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529627"
onclick="goDLS('/doc1/035111529627','243796','2293','','2','1','','');r
eturn(false);">9</a> Exhibit 9, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529628"
onclick="goDLS('/doc1/035111529628','243796','2293','','2','1','','');r
eturn(false);">10</a> Exhibit 10, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529629"
onclick="goDLS('/doc1/035111529629','243796','2293','','2','1','','');r
eturn(false);">11</a> Exhibit 11, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529630"
onclick="goDLS('/doc1/035111529630','243796','2293','','2','1','','');r
eturn(false);">12</a> Exhibit 12, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529631"
onclick="goDLS('/doc1/035111529631','243796','2293','','2','1','','');r
eturn(false);">13</a> Exhibit 13, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529632"
onclick="goDLS('/doc1/035111529632','243796','2293','','2','1','','');r
eturn(false);">14</a> Exhibit 14, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529633"
onclick="goDLS('/doc1/035111529633','243796','2293','','2','1','','');r
eturn(false);">15</a> Exhibit 15, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529634"
onclick="goDLS('/doc1/035111529634','243796','2293','','2','1','','');r
eturn(false);">16</a> Exhibit 16, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529635"
onclick="goDLS('/doc1/035111529635','243796','2293','','2','1','','');r
eturn(false);">17</a> Exhibit 17)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> ) (Dermody, Kelly) (Filed on 3/5/2014)
Modified text on 3/6/2014 (dhmS, COURT STAFF). (Entered:
03/05/2014);Declaration of Michael Devine in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> MOTION for Attorney Fees,
Reimbursement Of Expenses, And Incentive Awards filed by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel
Stover. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> ) (Dermody, Kelly) (Filed on 3/5/2014)
Modified text on 3/6/2014 (dhmS, COURT STAFF). (Entered:
03/05/2014);Declaration of Mark Fichtner in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> MOTION for Attorney Fees,
Reimbursement Of Expenses, And Incentive Awards filed by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel
Stover. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> ) (Dermody, Kelly) (Filed on 3/5/2014)
Modified text on 3/6/2014 (dhmS, COURT STAFF). (Entered:
03/05/2014);Declaration of Siddharth Hariharan in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> MOTION for Attorney Fees,
Reimbursement Of Expenses, And Incentive Awards filed by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel
Stover. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r

4

**Monthly Dinger Billed Report**

04/17/2014

**for Mar 2014**

onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> ) (Dermody, Kelly) (Filed on 3/5/2014)
Modified text on 3/6/2014 (dhmS, COURT STAFF). (Entered:
03/05/2014);Declaration of Daniel Stover in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> MOTION for Attorney Fees,
Reimbursement Of Expenses, And Incentive Awards filed by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel
Stover. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> ) (Dermody, Kelly) (Filed on 3/5/2014)
Modified text on 3/6/2014 (dhmS, COURT STAFF). (Entered:
03/05/2014);Declaration of Dean M. Harvey in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> MOTION for Attorney Fees,
Reimbursement Of Expenses, And Incentive Awards filed by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel
Stover. <b>*** DOCUMENT LOCKED AT FILER'S REQUEST. ***
</b><br> (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529654"
onclick="goDLS('/doc1/035111529654','243796','2308','','2','1','','');r
eturn(false);">1</a> Exhibit A)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> ) (Dermody, Kelly) (Filed on 3/5/2014)
Modified on 3/6/2014 (ww, COURT STAFF). Modified text on
3/6/2014 (dhmS, COURT STAFF). (Entered:
03/05/2014);MOTION to Remove Incorrectly Filed Document
<i></i> filed by Michael Devine, Mark Fichtner, Siddharth
Hariharan, Daniel Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111529871"
onclick="goDLS('/doc1/035111529871','243796','2311','','2','1','','');r
eturn(false);">1</a> Proposed Order)(Dermody, Kelly) (Filed on
3/6/2014) (Entered: 03/06/2014);Declaration of Dean M. Harvey in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011529614"
onclick="goDLS('/doc1/035011529614','243796','2291','','2','1','','');r
eturn(false);">718</a> MOTI

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 03/17/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | Set/Reset Deadlines as to <a href="https://ecf.cand.uscourts.gov/doc1/035111346240" onclick="goDLS('/doc1/035111346240','243796','1824','','2','1','','');r eturn(false);">570</a> JOINT MOTION TO EXCLUDE THE EXPERT TESTIMONY OF EDWARD E. LEAMER, PH.D., <a href="https://ecf.cand.uscourts.gov/doc1/035111345660" onclick="goDLS('/doc1/035111345660','243796','1788','','2','1','','');r eturn(false);">556</a> Joint MOTION for Summary Judgment <i>Based on Motion to Exclude Testimony of Dr. Edward E. Leamer, Ph.D.</i>, <a href="https://ecf.cand.uscourts.gov/doc1/035011345922" onclick="goDLS('/doc1/035011345922','243796','1795','','2','1','','');r eturn(false);">559</a> JOINT MOTION to Exclude the Expert Testimony of Matthew Marx, <a href="https://ecf.cand.uscourts.gov/doc1/035011345758" onclick="goDLS('/doc1/035011345758','243796','1790','','2','1','','');r eturn(false);">557</a> JOINT MOTION to Strike the Improper Rebuttal Testimony in Dr. Leamer's Reply Expert Report or, in the Alternative, MOTION for Leave to Submit a Reply Report of Dr. Stroh, <a href="https://ecf.cand.uscourts.gov/doc1/035011346131" | | 4.00 |

**Monthly Dinger Billed Report**

**for Mar 2014**

04/17/2014

href="https://ecf.cand.uscourts.gov/doc1/035011346131"
onclick="goDLS('/doc1/035011346131','243796','1810','','2','1','','');r
eturn(false);">565</a> MOTION Exclude Expert Testimony
Proffered by Defendants <i>[REDACTED]</i>. Motion Hearing set
for 3/27/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose
before Hon. Lucy H. Koh. (mpb, COURT STAFF) (Filed on
3/10/2014) (Entered: 03/11/2014);Set/Reset Hearing re <a
href="https://ecf.cand.uscourts.gov/doc1/035111543404"
onclick="goDLS('/doc1/035111543404','243796','2318','','2','1','','');r
eturn(false);">728</a> Order Further Case Management
Conference set for 3/27/2014 01:30 PM in Courtroom 8, 4th Floor,
San Jose. (mpb, COURT STAFF) (Filed on 3/10/2014) (Entered:
03/11/2014);NOTICE of Appearance by Cody Shawn Harris
<i></i> (Harris, Cody) (Filed on 3/11/2014) (Entered:
03/11/2014);<b>ORDER by Judge Lucy H. Koh granting in part
and denying in part (417) Administrative Motion to File Under Seal;
granting in part and denying in part (424) Administrative Motion to
File Under Seal; granting in part and denying in part (450)
Administrative Motion to File Under Seal; granting in part and
denying in part (454) Administrative Motion to File Under Seal in
case 5:11-cv-02509-LHK (lhklc4, COURT STAFF) (Filed on
3/14/2014) (Entered: 03/14/2014)</b>;

| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
|---|---|---|---|---|---|
| 03/24/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | MOTION for leave to appear in Pro Hac Vice <i></i> ( Filing fee $ 305, receipt number 0971-8460621.) filed by Google Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111571406" onclick="goDLS('/doc1/035111571406','243796','2338','','2','1','','');return(false);">1</a> Exhibit Certificate of Good Standing)(Rubin, Lee) (Filed on 3/18/2014) (Entered: 03/18/2014);MOTION for leave to appear in Pro Hac Vice <i></i> ( Filing fee $ 305, receipt number 0971-8460681.) filed by Google Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111571420" onclick="goDLS('/doc1/035111571420','243796','2340','','2','1','','');return(false);">1</a> Exhibit Certificate of Good Standing)(Rubin, Lee) (Filed on 3/18/2014) (Entered: 03/18/2014);<b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035011571405" onclick="goDLS('/doc1/035011571405','243796','2338','','2','1','','');return(false);">731</a> Motion for Pro Hac Vice.(lhklc1, COURT STAFF) (Filed on 3/19/2014) (Entered: 03/19/2014)</b>;<b>Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035011571419" onclick="goDLS('/doc1/035011571419','243796','2340','','2','1','','');return(false);">732</a> Motion for Pro Hac Vice.(lhklc1, COURT STAFF) (Filed on 3/19/2014) (Entered: 03/19/2014)</b>;<i>JOINT CASE MANAGEMENT STATEMENT <i>[REDACTED]</i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Harvey, Dean) (Filed on 3/20/2014) Modified text on 3/21/2014 (dhmS, COURT STAFF). (Entered: 03/20/2014);DOCUMENT E-FILED UNDER SEAL re <a href="https://ecf.cand.uscourts.gov/doc1/035111562766" onclick="goDLS('/doc1/035111562766','243796','2333','','2','1','','');return(false);">730</a> Order on Administrative Motion to File Under Seal,,,,,,, <i>Defendants' Opposition to Supplemental Class Certification Motion (SEALED)</i> by Adobe Systems Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111586831" onclick="goDLS('/doc1/035111586831','243796','2354','','2','1','','');return(false);">1</a> Exhibit Shaw Expert Report (SEALED), # <a href="https://ecf.cand.uscourts.gov/doc1/035111586832" onclick="goDLS('/doc1/035111586832','243796','2354','','2','1','','');return(false);">2</a> Exhibit Murphy Expert Report (SEALED), # <a href="https://ecf.cand.uscourts.gov/doc1/035111586833" | 4.00 |

6

**Monthly Dinger Billed Report**

**for Mar 2014**

04/17/2014

&lt;a href="https://ecf.cand.uscourts.gov/doc1/035111586833"
onclick="goDLS('/doc1/035111586833','243796','2354','','2','1','','');r
eturn(false);"&gt;3&lt;/a&gt; Exhibit Brown Decl. Exh. 3 (SEALED), # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111586834"
onclick="goDLS('/doc1/035111586834','243796','2354','','2','1','','');r
eturn(false);"&gt;4&lt;/a&gt; Exhibit Kahn Decl. Exhibit 1 (SEALED), # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111586835"
onclick="goDLS('/doc1/035111586835','243796','2354','','2','1','','');r
eturn(false);"&gt;5&lt;/a&gt; Exhibit Kahn Decl. Exhibit 3 (SEALED), # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111586836"
onclick="goDLS('/doc1/035111586836','243796','2354','','2','1','','');r
eturn(false);"&gt;6&lt;/a&gt; Exhibit Kahn Decl. Exhibit 4 (SEALED), # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111586837"
onclick="goDLS('/doc1/035111586837','243796','2354','','2','1','','');r
eturn(false);"&gt;7&lt;/a&gt; Exhibit Kahn Decl. Exhibit 9
(SEALED))(Kahn, Lin) (Filed on 3/21/2014) (Entered:
03/21/2014);Notice of Filing Revised Redacted Documents in
Response to Order Granting in Part and Denying in Part Motions
to Seal by Adobe Systems Inc., Apple Inc., Google Inc., Intel
Corp., Intuit Inc., Lucasfilm Ltd., Pixar re &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111562766"
onclick="goDLS('/doc1/035111562766','243796','2333','','2','1','','');r
eturn(false);"&gt;730&lt;/a&gt; Order on Administrative Motion to File
Under Seal, (Attachments: # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587050"
onclick="goDLS('/doc1/035111587050','243796','2360','','2','1','','');r
eturn(false);"&gt;1&lt;/a&gt; Exhibit Defendants' Opp to Supp Class Cert
(REDACTED), # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587051"
onclick="goDLS('/doc1/035111587051','243796','2360','','2','1','','');r
eturn(false);"&gt;2&lt;/a&gt; Exhibit Shaw Expert Report (REDACTED), #
&lt;a href="https://ecf.cand.uscourts.gov/doc1/035111587052"
onclick="goDLS('/doc1/035111587052','243796','2360','','2','1','','');r
eturn(false);"&gt;3&lt;/a&gt; Exhibit Brown Decl. Exh. 2, # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587053"
onclick="goDLS('/doc1/035111587053','243796','2360','','2','1','','');r
eturn(false);"&gt;4&lt;/a&gt; Exhibit Brown Decl. Exh. 3 (REDACTED), #
&lt;a href="https://ecf.cand.uscourts.gov/doc1/035111587054"
onclick="goDLS('/doc1/035111587054','243796','2360','','2','1','','');r
eturn(false);"&gt;5&lt;/a&gt; Exhibit Brown Decl. Exh. 4, # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587055"
onclick="goDLS('/doc1/035111587055','243796','2360','','2','1','','');r
eturn(false);"&gt;6&lt;/a&gt; Exhibit Brown Decl. Exh. 5, # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587056"
onclick="goDLS('/doc1/035111587056','243796','2360','','2','1','','');r
eturn(false);"&gt;7&lt;/a&gt; Exhibit Brown Decl. Exh. 6, # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587057"
onclick="goDLS('/doc1/035111587057','243796','2360','','2','1','','');r
eturn(false);"&gt;8&lt;/a&gt; Exhibit Kahn Decl. Exh. 1 (REDACTED), # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587058"
onclick="goDLS('/doc1/035111587058','243796','2360','','2','1','','');r
eturn(false);"&gt;9&lt;/a&gt; Exhibit Kahn Decl. Exh. 3 (REDACTED), # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587059"
onclick="goDLS('/doc1/035111587059','243796','2360','','2','1','','');r
eturn(false);"&gt;10&lt;/a&gt; Exhibit Kahn Decl. Exh. 4 (REDACTED), #
&lt;a href="https://ecf.cand.uscourts.gov/doc1/035111587060"
onclick="goDLS('/doc1/035111587060','243796','2360','','2','1','','');r
eturn(false);"&gt;11&lt;/a&gt; Exhibit Kahn Decl. Exh. 6, # &lt;a
href="https://ecf.cand.uscourts.gov/doc1/035111587061"
onclick="goDLS('/doc1/035111587061','243796','2360','','2','1','','');r
eturn(false);"&gt;12&lt;/a&gt; Exhibit Kahn Decl. Exh. 9 (REDACTED), #
&lt;a href="https://ecf.cand.uscourts.gov/doc1/035111587062"
onclick="goDLS('/doc1/035111587062','243796','2360','','2','1','','');r
eturn(false);"&gt;13&lt;/a&gt; Exhibit Kahn Decl. Exh. 14, # &lt;a

**Monthly Dinger Billed Report**                              04/17/2014

**for Mar 2014**

eturn(false);">13</a> Exhibit Kahn Decl. Exh. 14, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111587063"
onclick="goDLS('/doc1/035111587063','243796','2360','','2','1','','");r
eturn(false);">14</a> Exhibit Kahn Decl. Exh. 15. # <a
href="https://ecf.cand.uscourts.gov/doc1/035111587064"
onclick="goDLS('/doc1/035111587064','243796','2360','','2','1','','");r
eturn(false);">15</a> Exhibit Kahn Decl. Exh. 23)(Kahn, Lin) (Filed
on 3/21/2014) Modified text on 3/24/2014 (dhmS, COURT
STAFF). (Entered: 03/21/2014);Administrative Motion to File
Under Seal <i>JOINT ADMINISTRATIVE MOTION TO STRIKE
THE CONFIDENTIAL SETTLEMENT COMMUNICATION
DISCLOSED IN THE JOINT CASE MANAGEMENT STATEMENT
OR, IN THE ALTERNATIVE, FILE UNDER SEAL</i> filed by
Google Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111587569"
onclick="goDLS('/doc1/035111587569','243796','2366','','2','1','','");r
eturn(false);">1</a> Declaration, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111587570"
onclick="goDLS('/doc1/035111587570','243796','2366','','2','1','','");r
eturn(false);">2</a> Proposed Order, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111587571"
onclick="goDLS('/doc1/035111587571','243796','2366','','2','1','','");r
eturn(false);">3</a> Unredacted Version of CMC Statement)(Van
Nest, Robert) (Filed on 3/21/2014) (Entered: 03/21/2014);Notice of
Compliance with the Court's March 14, 2014 Order Re Motions to
Seal by Michael Devine, Mark Fichtner, Daniel Stover re <a
href="https://ecf.cand.uscourts.gov/doc1/035111562766"
onclick="goDLS('/doc1/035111562766','243796','2333','','2','1','','");r
eturn(false);">730</a>`Order on Administrative Motion to File
Under Seal, (Cisneros, Lisa) (Filed on 3/21/2014) Modified text on
3/24/2014 (dhmS, COURT STAFF). (Entered:
03/21/2014);REDACTION to <a
href="https://ecf.cand.uscourts.gov/doc1/035010541854"
onclick="goDLS

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 03/31/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | CLERKS NOTICE RE: CHANGE IN LOCATION FOR JUDGE KOH'S CIVIL CALENDAR ON THURSDAY, MARCH 27, 2014 AT 1:30 P.M. THE CALENDAR WILL BE HEARD IN THE CEREMONIAL COURTROOM (COURTROOM 1) ON THE 5TH FLOOR OF THE SAN JOSE COURTHOUSE. *****THIS IS A TEXT-ONLY NOTICE. THERE IS NO DOCUMENT ASSOCIATED WITH THIS DOCKET ENTRY***** (mpb, COURT STAFF) (Filed on 3/25/2014) (Entered: 03/25/2014);CLERKS NOTICE CHANGING TIME FOR HEARING THIS AFTERNOON FROM 1:30 TO 2:00 P.M. IN COURTROOM 1 ON THE 5TH FLOOR.*****THIS IS A TEXT-ONLY NOTICE. THERE IS NO DOCUMENT ASSOCIATED WITH THIS DOCKET ENTRY***** (mpb, COURT STAFF) (Filed on 3/27/2014) (Entered: 03/27/2014);<b>Case Management Order by Judge Lucy H. Koh: denying without prejudice <a href="https://ecf.cand.uscourts.gov/doc1/035011346186" onclick="goDLS('/doc1/035011346186','243796','1815','','2','1','','");r eturn(false);">567</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011346353" onclick="goDLS('/doc1/035011346353','243796','1842','','2','1','','");r eturn(false);">577</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011438690" onclick="goDLS('/doc1/035011438690','243796','1911','','2','1','','");r eturn(false);">599</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011439189" onclick="goDLS('/doc1/035011439189','243796','1950','','2','1','','");r eturn(false);">608</a> , <a href="https://ecf.cand.uscourts.gov/doc1/035011508998" onclick="goDLS('/doc1/035011508998','243796','2253','','2','1','','");r | 4.00 |

**Monthly Dinger Billed Report**          04/17/2014

**for Mar 2014**

onclick="goDLS('/doc1/035011508998','243796','2253',",'2','1',",");r
eturn(false);">708</a> Administrative Motions to File Under Seal.
(lhklc1, COURT STAFF) (Filed on 3/27/2014) (Entered:
03/27/2014)</b>;TRANSCRIPT ORDER by Michael Devine, Mark
Fichtner, Siddharth Hariharan, Daniel Stover for Court Reporter
Lee-Anne Shortridge. (Harvey, Dean) (Filed on 3/28/2014)
(Entered: 03/28/2014);TRANSCRIPT ORDER by Apple Inc. for
Court Reporter Lee-Anne Shortridge. (Rothstein, James) (Filed on
3/28/2014) (Entered: 03/28/2014);<b>ORDER by Judge Lucy H.
Koh denying <a
href="https://ecf.cand.uscourts.gov/doc1/035011342356"
onclick="goDLS('/doc1/035011342356','243796','1783',",'2','1',",");r
eturn(false);">554</a> , <a
href="https://ecf.cand.uscourts.gov/doc1/035011346037"
onclick="goDLS('/doc1/035011346037','243796','1797',",'2','1',",");r
eturn(false);">560</a> , <a
href="https://ecf.cand.uscourts.gov/doc1/035011346045"
onclick="goDLS('/doc1/035011346045','243796','1799',",'2','1',",");r
eturn(false);">561</a> , <a
href="https://ecf.cand.uscourts.gov/doc1/035111346128"
onclick="goDLS('/doc1/035111346128','243796','1808',",'2','1',",");r
eturn(false);">564</a> Motions for Summary Judgment (lhklc1,
COURT STAFF) (Filed on 3/28/2014) (Entered:
03/28/2014)</b>;Declaration of Ronald A. Bertino, for Heffler
Claims Group, Appointed Claims Administrator by Michael Devine,
Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Attachments:
# <a href="https://ecf.cand.uscourts.gov/doc1/035111613349"
onclick="goDLS('/doc1/035111613349','243796','2535',",'2','1',",");r
eturn(false);">1</a> Exhibit A, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111613350"
onclick="goDLS('/doc1/035111613350','243796','2535',",'2','1',",");r
eturn(false);">2</a> Exhibit B)(Harvey, Dean) (Filed on 3/28/2014)
Modified text on 3/31/2014 (dhmS, COURT STAFF). (Entered:
03/28/2014);Renewed Joint Administrative Motion to Seal Filings
Related to Plaintiffs' Supplemental Motion for Class Certification
filed by Google Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614041"
onclick="goDLS('/doc1/035111614041','243796','2537',",'2','1',",");r
eturn(false);">1</a> Exhibit Cisneros 173 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614042"
onclick="goDLS('/doc1/035111614042','243796','2537',",'2','1',",");r
eturn(false);">2</a> Exhibit Cisneros 173 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614043"
onclick="goDLS('/doc1/035111614043','243796','2537',",'2','1',",");r
eturn(false);">3</a> Exhibit Cisneros 176 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614044"
onclick="goDLS('/doc1/035111614044','243796','2537',",'2','1',",");r
eturn(false);">4</a> Exhibit Cisneros 176 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614045"
onclick="goDLS('/doc1/035111614045','243796','2537',",'2','1',",");r
eturn(false);">5</a> Exhibit Cisneros 472 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614046"
onclick="goDLS('/doc1/035111614046','243796','2537',",'2','1',",");r
eturn(false);">6</a> Exhibit Cisneros 472 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614047"
onclick="goDLS('/doc1/035111614047','243796','2537',",'2','1',",");r
eturn(false);">7</a> Exhibit Cisneros 608 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614048"
onclick="goDLS('/doc1/035111614048','243796','2537',",'2','1',",");r
eturn(false);">8</a> Exhibit Cisneros 608 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614049"
onclick="goDLS('/doc1/035111614049','243796','2537',",'2','1',",");r
eturn(false);">9</a> Exhibit Cisneros 614 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614050"

9

**Monthly Dinger Billed Report**

04/17/2014

**for Mar 2014**

href="https://ecf.cand.uscourts.gov/doc1/035111614050"
onclick="goDLS('/doc1/035111614050','243796','2537','','2','1','','');r
eturn(false);">10</a> Exhibit Cisneros 614 - Unredacted)(Selin,
Anne) (Filed on 3/28/2014) Modified text on 3/31/2014 (dhmS,
COURT STAFF). (Entered: 03/28/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035011614040"
onclick="goDLS('/doc1/035011614040','2537','','2','1','','');r
eturn(false);">773</a> Joint Administrative Motion to File Under
Seal <i>Renewed Joint Administrative Motion to Seal Filings
Related to Plaintiffs' Supplemental Motion for Class
Certification</i> <i></i> filed byGoogle Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614079"
onclick="goDLS('/doc1/035111614079','243796','2539','','2','1','','');r
eturn(false);">1</a> Exhibit Cisneros 616 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614080"
onclick="goDLS('/doc1/035111614080','243796','2539','','2','1','','');r
eturn(false);">2</a> Exhibit Cisneros 621 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614081"
onclick="goDLS('/doc1/035111614081','243796','2539','','2','1','','');r
eturn(false);">3</a> Exhibit Cisneros 621 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614082"
onclick="goDLS('/doc1/035111614082','243796','2539','','2','1','','');r
eturn(false);">4</a> Exhibit Cisneros 660 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614083"
onclick="goDLS('/doc1/035111614083','243796','2539','','2','1','','');r
eturn(false);">5</a> Exhibit Cisneros 660 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614084"
onclick="goDLS('/doc1/035111614084','243796','2539','','2','1','','');r
eturn(false);">6</a> Exhibit Cisneros 666 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614085"
onclick="goDLS('/doc1/035111614085','243796','2539','','2','1','','');r
eturn(false);">7</a> Exhibit Cisneros 666 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614086"
onclick="goDLS('/doc1/035111614086','243796','2539','','2','1','','');r
eturn(false);">8</a> Exhibit Cisneros 668 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614087"
onclick="goDLS('/doc1/035111614087','243796','2539','','2','1','','');r
eturn(false);">9</a> Exhibit Cisneros 668 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614088"
onclick="goDLS('/doc1/035111614088','243796','2539','','2','1','','');r
eturn(false);">10</a> Exhibit Cisneros 674 - Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614089"
onclick="goDLS('/doc1/035111614089','243796','2539','','2','1','','');r
eturn(false);">11</a> Exhibit Cisernos 674 - Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111614090"
onclick="goDLS('/doc1/035111614090','243796','2539','','2','1','','');r
eturn(false);">12</a> Exhibit Cisneros 1600 - Redac



03/03/14

03/03/14

10

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 539901 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

| CURRENT INVOICE | | | | | |
|---|---|---|---|---|---|
| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
| 539901 | $701.00 | $701.00 | 03/01/2014 | 05/01/2014 | |
| Order Number: | 463952 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | | |

**RECEIVED**

**MAR 2 4 2014**

**ACCOUNTING**

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 137 | $685.00 | $0.00 | $685.00 |
| | **Sub Totals** | | | $0.00 | $701.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $701.00 |

| Total Due | $701.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1 of 1

**LIBRARY**

MAR 2 1 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

CK
2477 / 213441

**Monthly Dinger Billed Report**

03/07/2014

**for Feb 2014**

| Account Number | | | Firm Name | | |
|---|---|---|---|---|---|
| 353 | Lieff Cabraser - SF | | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 02/03/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 5:11-cv-02509 | |
| 02/10/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.com | OPPOSITION to ( <a href="https://ecf.cand.uscourts.gov/doc1/035011346131" onclick="goDLS('/doc1/035011346131','243796','1810','','2','1','','');return(false);">565</a> MOTION Exclude Expert Testimony Proffered by Defendants <i>[REDACTED]</i> ) filed by Adobe Systems Inc.. (Mittelstaedt, Robert) (Filed on 2/6/2014) Modified text on 2/7/2014 (dhmS, COURT STAFF). (Entered: 02/06/2014);Declaration of Lin W. Kahn in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035111438283" onclick="goDLS('/doc1/035111438283','243796','1905','','2','1','','');return(false);">597</a> Opposition to Motion to Exclude Expert Testimony Proffered by Defendants filed by Adobe Systems Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111438383" onclick="goDLS('/doc1/035111438383','243796','1908','','2','1','','');return(false);">1</a> Exhibit 1 [Redacted], # <a href="https://ecf.cand.uscourts.gov/doc1/035111438384" onclick="goDLS('/doc1/035111438384','243796','1908','','2','1','','');return(false);">2</a> Exhibit 2, # <a href="https://ecf.cand.uscourts.gov/doc1/035111438385" onclick="goDLS('/doc1/035111438385','243796','1908','','2','1','','');return(false);">3</a> Exhibit 3 [Placeholder], # <a href="https://ecf.cand.uscourts.gov/doc1/035111438386" onclick="goDLS('/doc1/035111438386','243796','1908','','2','1','','');return(false);">4</a> Exhibit 4 [Redacted], # <a href="https://ecf.cand.uscourts.gov/doc1/035111438387" onclick="goDLS('/doc1/035111438387','243796','1908','','2','1','','');return(false);">5</a> Exhibit 5, # <a href="https://ecf.cand.uscourts.gov/doc1/035111438388" onclick="goDLS('/doc1/035111438388','243796','1908','','2','1','','');return(false);">6</a> Exhibit 6, # <a href="https://ecf.cand.uscourts.gov/doc1/035111438389" onclick="goDLS('/doc1/035111438389','243796','1908','','2','1','','');return(false);">7</a> Exhibit 7, # <a href="https://ecf.cand.uscourts.gov/doc1/035111438390" onclick="goDLS('/doc1/035111438390','243796','1908','','2','1','','');return(false);">8</a> Exhibit 8 [Redacted])(Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035111438283" onclick="goDLS('/doc1/035111438283','243796','1905','','2','1','','');return(false);">597</a> ) (Kahn, Lin) (Filed on 2/6/2014) Modified text on 2/7/2014 (dhmS, COURT STAFF). (Entered: 02/06/2014);Administrative Motion to File Under Seal <i></i> filed by Google Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111438691" onclick="goDLS('/doc1/035111438691','243796','1911','','2','1','','');return(false);">1</a> Proposed Order, # <a href="https://ecf.cand.uscourts.gov/doc1/035111438692" onclick="goDLS('/doc1/035111438692','243796','1911','','2','1','','');return(false);">2</a> Exhibit Redacted Exhibit 3 to Kahn Declaration, # <a | | 4.00 |

1

**Monthly Dinger Billed Report**                    03/07/2014

**for Feb 2014**

Declaration, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111438693"
onclick="goDLS('/doc1/035111438693','243796','1911','','1','1','');r
eturn(false);">3</a> Exhibit Sealed Exhibit 3 to Kahn Declaration,
# <a href="https://ecf.cand.uscourts.gov/doc1/035111438694"
onclick="goDLS('/doc1/035111438694','243796','1911','','2','1','');r
eturn(false);">4</a> Declaration Declaration of Anne M.
Selin)(Selin, Anne) (Filed on 2/6/2014) (Entered:
02/06/2014);OPPOSITION to ( <a
href="https://ecf.cand.uscourts.gov/doc1/035011345758"
onclick="goDLS('/doc1/035011345758','243796','1790','','2','1','');r
eturn(false);">557</a> Joint MOTION to Strike Reply Report of
Edward Leamer, Ph.D. ) filed by Michael Devine, Mark Fichtner,
Siddharth Hariharan, Daniel Stover. (Glackin, Brendan) (Filed on
2/6/2014) Modified text on 2/7/2014 (dhmS, COURT STAFF).
(Entered: 02/06/2014);ADMINISTRATIVE MOTION to Enforce
December 18, 2013 Case Management Order and Local Rule
7-11 re <a
href="https://ecf.cand.uscourts.gov/doc1/035011345758"
onclick="goDLS('/doc1/035011345758','243796','1790','','2','1','');r
eturn(false);">557</a> JOINT MOTION to Strike the Improper
Rebuttal Testimony in Dr. Leamer's Reply Expert Report or, in the
Alternative, MOTION for Leave to Submit a Reply Report of Dr.
Stiroh, filed by Michael Devine, Mark Fichtner, Siddharth
Hariharan, Daniel Stover. Motion Hearing set for 3/20/2014 01:30
PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh.
Responses due by 2/20/2014. Replies due by 2/27/2014.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111438858"
onclick="goDLS('/doc1/035111438858','243796','1916','','2','1','');r
eturn(false);">1</a> Proposed Order)(Dermody, Kelly) (Filed on
2/6/2014) Modified text on 2/7/2014 (dhmS, COURT STAFF).
(Entered: 02/06/2014);Memorandum of Law in Opposition to ( <a
href="https://ecf.cand.uscourts.gov/doc1/035011345922"
onclick="goDLS('/doc1/035011345922','243796','1795','','2','1','');r
eturn(false);">559</a> JOINT MOTION to Exclude the Expert
Testimony of Matthew Marx ) filed by Michael Devine, Mark
Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly)
(Filed on 2/6/2014) Modified text on 2/7/2014 (dhmS, COURT
STAFF). (Entered: 02/06/2014);CONSOLIDATED OPPOSITION
to ( <a href="https://ecf.cand.uscourts.gov/doc1/035111345660"
onclick="goDLS('/doc1/035111345660','243796','1788','','2','1','');r
eturn(false);">556</a> Joint MOTION for Summary Judgment
Based on Motion to Exclude Testimony of Dr. Edward E. Leamer,
Ph.D. , <a
href="https://ecf.cand.uscourts.gov/doc1/035111346128"
onclick="goDLS('/doc1/035111346128','243796','1808','','2','1','');r
eturn(false);">564</a> MOTION for Summary Judgment, <a
href="https://ecf.cand.uscourts.gov/doc1/035011346045"
onclick="goDLS('/doc1/035011346045','243796','1799','','2','1','');r
eturn(false);">561</a> MOTION for Summary Judgment, <a
href="https://ecf.cand.uscourts.gov/doc1/035011346037"
onclick="goDLS('/doc1/035011346037','243796','1797','','2','1','');r
eturn(false);">560</a> MOTION for Summary Judgment, <a
href="https://ecf.cand.uscourts.gov/doc1/035011342356"
onclick="goDLS('/doc1/035011342356','243796','1783','','2','1','');r
eturn(false);">554</a> MOTION for Summary Judgment
<i>[REDACTED]</i> filed by Michael Devine, Mark Fichtner,
Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on
2/6/2014) Modified text on 2/7/2014 (dhmS, COURT STAFF).
(Entered: 02/06/2014);OPPOSITION to ( <a
href="https://ecf.cand.uscourts.gov/doc1/035111346240"
onclick="goDLS('/doc1/035111346240','243796','1824','','2','1','');r
eturn(false);">570</a> JOINT MOTION TO EXCLUDE THE

2

**Monthly Dinger Billed Report**          03/07/2014

**for Feb 2014**

eturn(false);">570</a> JOINT MOTION TO EXCLUDE THE
EXPERT TESTIMONY OF EDWARD E. LEAMER, PH.D. ) filed by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel
Stover. (Glackin, Brendan) (Filed on 2/6/2014) Modified text on
2/7/2014 (dhmS, COURT STAFF). (Entered:
02/06/2014);Declaration of LISA J. CISNEROS in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035111438880"
onclick="goDLS('/doc1/035111438880','243796','1922','','2','1','','');r
eturn(false);">603</a> Consolidated Opposition to Motion , <a
href="https://ecf.cand.uscourts.gov/doc1/035111438877"
onclick="goDLS('/doc1/035111438877','243796','1919','','2','1','','');r
eturn(false);">602</a> Opposition to Motion, <a
href="https://ecf.cand.uscourts.gov/doc1/035111438916"
onclick="goDLS('/doc1/035111438916','243796','1929','','2','1','','');r
eturn(false);">604</a> Opposition to Motion, <a
href="https://ecf.cand.uscourts.gov/doc1/035111438818"
onclick="goDLS('/doc1/035111438818','243796','1913','','2','1','','');r
eturn(false);">600</a> Opposition to Motion, filed by Michael
Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111438978"
onclick="goDLS('/doc1/035111438978','243796','1932','','2','1','','');r
eturn(false);">1</a> Slip Sheet re Lodged Documents, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111438979"
onclick="goDLS('/doc1/035111438979','243796','1932','','2','1','','');r
eturn(false);">2</a> Exhibit 166, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111438980"
onclick="goDLS('/doc1/035111438980','243796','1932','','2','1','','');r
eturn(false);">3</a> Exhibit 167,

| USDC Northern District of California | | | 3462-0001 | | 5:11-cv-02509 | |
|---|---|---|---|---|---|---|
| 02/17/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | JOINT CASE MANAGEMENT STATEMENT <i></i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel Stover. (Dermody, Kelly) (Filed on 2/12/2014) (Entered: 02/12/2014);<b>Order Continuing Case Management Conference. Signed by Judge Lucy H. Koh on 2/13/2014. (lhklc1, COURT STAFF) (Filed on 2/13/2014) (Entered: 02/13/2014)</b>;Set/Reset Hearing re <a href="https://ecf.cand.uscourts.gov/doc1/035111459923" onclick="goDLS('/doc1/035111459923','243796','1980','','2','1','','');r eturn(false);">618</a> Order Further Case Management Conference set for 3/20/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose. (mpb, COURT STAFF) (Filed on 2/13/2014) (Entered: 02/14/2014);RESPONSE (re <a href="https://ecf.cand.uscourts.gov/doc1/035011438857" onclick="goDLS('/doc1/035011438857','243796','1916','','2','1','','');r eturn(false);">601</a> ADMINISTRATIVE MOTION to Enforce December 18, 2013 Case Management Order and Local Rule 7-11 re <a href="https://ecf.cand.uscourts.gov/doc1/035011345758" onclick="goDLS('/doc1/035011345758','243796','1790','','2','1','','');r eturn(false);">557</a> Joint MOTION to Strike <i>NOTICE OF MOTION AND MOTION TO STRIKE THE IMPROPER REBUTTAL TESTIMONY IN DR. LEAMERS REPLY EXPERT REPORT OR, I ) <i></i> filed byAdobe Systems Inc., Apple Inc., Google Inc., Intel Corp.. (Tubach, Michael) (Filed on 2/14/2014) (Entered: 02/14/2014)</i>; | 4.00 |
| USDC Northern District of California | | | 3462-0001 | | 5:11-cv-02509 | |
| 02/24/14 | Subsequent Filing Check for 5:11-cv-02509 | dharvey@lchb.c om | <b>Order by Hon. Lucy H. Koh denying <a href="https://ecf.cand.uscourts.gov/doc1/035011438857" onclick="goDLS('/doc1/035011438857','243796','1916','','2','1','','');r eturn(false);">601</a> Motion to Enforce this Court's Case Management Order. (lhklc1, COURT STAFF) (Filed on 2/18/2014) | 4.00 |

03/07/2014

**Monthly Dinger Billed Report**

**for Feb 2014**

(Entered: 02/18/2014)</b>;<b>Order by Hon. Lucy H. Koh
granting <a
href="https://ecf.cand.uscourts.gov/doc1/035011447552"
onclick="goDLS('/doc1/035011447552','243796','1964','','2','1','','');r
eturn(false);">614</a> Motion to Remove Incorrectly Filed
Document. (lhklc1, COURT STAFF) (Filed on 2/19/2014) (Entered:
02/19/2014)</b>;JOINT RESPONSE to <a
href="https://ecf.cand.uscourts.gov/doc1/035011439189"
onclick="goDLS('/doc1/035011439189','243796','1950','','2','1','','');r
eturn(false);">608</a> Administrative Motion to File Under Seal
Filings Related to Plaintiffs' Oppositon Briefs and Filings re Dkts.
554, 556, 557, 559, 560, 561, 564, 570 filed by Google Inc.. (Van
Nest, Robert) (Filed on 2/21/2014) Modified text on 2/24/2014
(dhmS, COURT STAFF). (Entered: 02/21/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035011439189"
onclick="goDLS('/doc1/035011439189','243796','1950','','2','1','','');r
eturn(false);">608</a> Administrative Motion to File Under Seal
<i>Pursuant To Local Rule 79-5(D) To File Under Seal Filings
Related To Plaintiffs Opposition Briefs And Filings Re Dkts. 554,
556, 557, 559, 560, 561, 564, 570</i> <i></i> filed byGoogle Inc..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488464"
onclick="goDLS('/doc1/035111488464','243796','1995','','2','1','','');r
eturn(false);">1</a> Exhibit 175 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488465"
onclick="goDLS('/doc1/035111488465','243796','1995','','2','1','','');r
eturn(false);">2</a> Exhibit 176 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488466"
onclick="goDLS('/doc1/035111488466','243796','1995','','2','1','','');r
eturn(false);">3</a> Exhibit 176 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488467"
onclick="goDLS('/doc1/035111488467','243796','1995','','2','1','','');r
eturn(false);">4</a> Exhibit 190 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488468"
onclick="goDLS('/doc1/035111488468','243796','1995','','2','1','','');r
eturn(false);">5</a> Exhibit 190 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488469"
onclick="goDLS('/doc1/035111488469','243796','1995','','2','1','','');r
eturn(false);">6</a> Exhibit 192 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488470"
onclick="goDLS('/doc1/035111488470','243796','1995','','2','1','','');r
eturn(false);">7</a> Exhibit 192 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488471"
onclick="goDLS('/doc1/035111488471','243796','1995','','2','1','','');r
eturn(false);">8</a> Exhibit 200 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488472"
onclick="goDLS('/doc1/035111488472','243796','1995','','2','1','','');r
eturn(false);">9</a> Exhibit 200 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488473"
onclick="goDLS('/doc1/035111488473','243796','1995','','2','1','','');r
eturn(false);">10</a> Exhibit 204 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488474"
onclick="goDLS('/doc1/035111488474','243796','1995','','2','1','','');r
eturn(false);">11</a> Exhibit 204 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488475"
onclick="goDLS('/doc1/035111488475','243796','1995','','2','1','','');r
eturn(false);">12</a> Exhibit 648 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488476"
onclick="goDLS('/doc1/035111488476','243796','1995','','2','1','','');r
eturn(false);">13</a> Exhibit 648 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488477"
onclick="goDLS('/doc1/035111488477','243796','1995','','2','1','','');r
eturn(false);">14</a> Exhibit 650 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488478"

**Monthly Dinger Billed Report**          03/07/2014

**for Feb 2014**

href="https://ecf.cand.uscourts.gov/doc1/035111488478"
onclick="goDLS('/doc1/035111488478','243796','1995','','2','1','','');r
eturn(false);">15</a> Exhibit 650 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488479"
onclick="goDLS('/doc1/035111488479','243796','1995','','2','1','','');r
eturn(false);">16</a> Exhibit 653 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488480"
onclick="goDLS('/doc1/035111488480','243796','1995','','2','1','','');r
eturn(false);">17</a> Exhibit 653 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488481"
onclick="goDLS('/doc1/035111488481','243796','1995','','2','1','','');r
eturn(false);">18</a> Exhibit 667 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488482"
onclick="goDLS('/doc1/035111488482','243796','1995','','2','1','','');r
eturn(false);">19</a> Exhibit 667 Unredacted)(Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011439189"
onclick="goDLS('/doc1/035011439189','243796','1950','','2','1','','');r
eturn(false);">608</a> ) (Selin, Anne) (Filed on 2/21/2014)
(Entered: 02/21/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035011439189"
onclick="goDLS('/doc1/035011439189','243796','1950','','2','1','','');r
eturn(false);">608</a> Administrative Motion to File Under Seal
<i>Pursuant To Local Rule 79-5(D) To File Under Seal Filings
Related To Plaintiffs Opposition Briefs And Filings Re Dkts. 554,
556, 557, 559, 560, 561, 564, 570</i> <i></i> filed byGoogle Inc..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488556"
onclick="goDLS('/doc1/035111488556','243796','1998','','2','1','','');r
eturn(false);">1</a> Exhibit 668 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488557"
onclick="goDLS('/doc1/035111488557','243796','1998','','2','1','','');r
eturn(false);">2</a> Exhibit 872 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488558"
onclick="goDLS('/doc1/035111488558','243796','1998','','2','1','','');r
eturn(false);">3</a> Exhibit 872 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488559"
onclick="goDLS('/doc1/035111488559','243796','1998','','2','1','','');r
eturn(false);">4</a> Exhibit 1609 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488560"
onclick="goDLS('/doc1/035111488560','243796','1998','','2','1','','');r
eturn(false);">5</a> Exhibit 1609 Unredacted, Part 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488561"
onclick="goDLS('/doc1/035111488561','243796','1998','','2','1','','');r
eturn(false);">6</a> Exhibit 1609 Unredacted, Part 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488562"
onclick="goDLS('/doc1/035111488562','243796','1998','','2','1','','');r
eturn(false);">7</a> Exhibit 97 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488563"
onclick="goDLS('/doc1/035111488563','243796','1998','','2','1','','');r
eturn(false);">8</a> Exhibit 97 Unredacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488564"
onclick="goDLS('/doc1/035111488564','243796','1998','','2','1','','');r
eturn(false);">9</a> Exhibit 110 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488565"
onclick="goDLS('/doc1/035111488565','243796','1998','','2','1','','');r
eturn(false);">10</a> Exhibit 110 Unredacted)(Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011439189"
onclick="goDLS('/doc1/035011439189','243796','1950','','2','1','','');r
eturn(false);">608</a> ) (Selin, Anne) (Filed on 2/21/2014)
(Entered: 02/21/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035011439189"
onclick="goDLS('/doc1/035011439189','243796','1950','','2','1','','');r

**Monthly Dinger Billed Report**

03/07/2014

**for Feb 2014**

onclick="goDLS('/doc1/035011439189','243796','1950','','2','1','','');r
eturn(false);">608</a> Administrative Motion to File Under Seal
<i>Pursuant To Local Rule 79-5(D) To File Under Seal Filings
Related To Plaintiffs Opposition Briefs And Filings Re Dkts. 554,
556, 557, 559, 560, 561, 564, 570</i> <i></i> filed byGoogle Inc..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111488742"
onclick="goDLS('/doc1/035111488742','243796','2001','','2','1','',





LIBRARY
JAN 7 2014

# COURTHOUSE NEWS SERVICE

| Invoice # |
|---|
| 537151 |

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

## INVOICE

**Bill To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

**Ship To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 537151 | $736.00 | $736.00 | 02/01/2014 | 04/01/2014 | |

| Order Number: | 460728 | Ship To: | Lieff Cabraser - SF 275 Battery Street 30th Floor San Francisco, CA. 94111 Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 144 | $720.00 | $0.00 | $720.00 |

| | Sub Totals | | | $0.00 | $736.00 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| Payments | | $0.00 |
| Credit | | $0.00 |
| **Invoice Total** | | $736.00 |

| **Total Due** | $736.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

CR
2477/212246

**Monthly Dinger Billed Report**

02/04/2014

**for Jan 2014**

| Account Number | | | Firm Name | |
|---|---|---|---|---|

| 353 | Lieff Cabraser - SF |

| Court Name | | | Reference Number | | Case Number | |
|---|---|---|---|---|---|---|

| Date | Search Term(s) | Email | Summary | | | Amount |
|---|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 01/06/14 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | NOTICE of Appearance by Steven McCall Perry <i></i> (Perry, Steven) (Filed on 1/2/2014) (Entered: 01/02/2014); | | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 01/13/14 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | <b>Order Approving Revised Notice. Signed by Judge Lucy H. Koh on 01/07/2014. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111336476" onclick="goDLS('/doc1/035111336476','243796','1781','','2','1','','');return(false);">1</a> Revised Notice) (lhklc1, COURT STAFF) (Filed on 1/7/2014) (Entered: 01/07/2014)</b>;MOTION for Summary Judgment <i></i> filed by Intel Corp.. Motion Hearing set for 3/20/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 2/6/2014. Replies due by 2/27/2014. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111342357" onclick="goDLS('/doc1/035111342357','243796','1783','','2','1','','');return(false);">1</a> Proposed Order)(Stone, Gregory) (Filed on 1/9/2014) (Entered: 01/09/2014);Declaration of Steven M. Perry in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011342356" onclick="goDLS('/doc1/035011342356','243796','1783','','2','1','','');return(false);">554</a> MOTION for Summary Judgment <i></i> <i></i> filed byIntel Corp. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035011342356" onclick="goDLS('/doc1/035011342356','243796','1783','','2','1','','');return(false);">554</a> ) (Stone, Gregory) (Filed on 1/9/2014) (Entered: 01/09/2014);Joint MOTION for Summary Judgment <i>Based on Motion to Exclude Testimony of Dr. Edward E. Leamer, Ph.D.</i> filed by Google Inc.. Motion Hearing set for 3/20/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 2/6/2014. Replies due by 2/27/2014. (Van Nest, Robert) (Filed on 1/9/2014) (Entered: 01/09/2014);Joint MOTION to Strike <i>NOTICE OF MOTION AND MOTION TO STRIKE THE IMPROPER REBUTTAL TESTIMONY IN DR. LEAMERS REPLY EXPERT REPORT OR, IN THE ALTERNATIVE, FOR LEAVE TO SUBMIT A REPLY REPORT OF DR. STIROH; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF</i> filed by Apple Inc.. Motion Hearing set for 3/20/2014 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 2/6/2014. Replies due by 2/27/2014. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111345759" onclick="goDLS('/doc1/035111345759','243796','1790','','2','1','','');return(false);">1</a> Proposed Order)(Riley, George) (Filed on 1/9/2014) (Entered: 01/09/2014);Declaration of CHRISTINA J. BROWN in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011345758" onclick="goDLS('/doc1/035011345758','243796','1790','','2','1','','');return(false);">557</a> Joint MOTION to Strike <i>NOTICE OF MOTION AND MOTION TO STRIKE THE IMPROPER REBUTTAL TESTIMONY IN DR. LEAMERS REPLY EXPERT REPORT OR, IN THE ALTERNATIVE, FOR LEAVE TO SUBMIT A REPLY REPORT OF DR. STIROH; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPO <i></i> filed byApple | | | 4.00 |

**Monthly Dinger Billed Report**          02/04/2014

**for Jan 2014**

POINTS AND AUTHORITIES IN SUPPO <i></i> filed byApple
Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345763"
onclick="goDLS('/doc1/035111345763','243796','1792','','2','1','','');r
eturn(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345764"
onclick="goDLS('/doc1/035111345764','243796','1792','','2','1','','');r
eturn(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345765"
onclick="goDLS('/doc1/035111345765','243796','1792','','2','1','','');r
eturn(false);">3</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345766"
onclick="goDLS('/doc1/035111345766','243796','1792','','2','1','','');r
eturn(false);">4</a> Exhibit 4, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345767"
onclick="goDLS('/doc1/035111345767','243796','1792','','2','1','','');r
eturn(false);">5</a> Exhibit 5, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345768"
onclick="goDLS('/doc1/035111345768','243796','1792','','2','1','','');r
eturn(false);">6</a> Exhibit 6, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345769"
onclick="goDLS('/doc1/035111345769','243796','1792','','2','1','','');r
eturn(false);">7</a> Exhibit 7, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345770"
onclick="goDLS('/doc1/035111345770','243796','1792','','2','1','','');r
eturn(false);">8</a> Exhibit 8)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011345758"
onclick="goDLS('/doc1/035011345758','243796','1790','','2','1','','');r
eturn(false);">557</a> ) (Brown, Christina) (Filed on 1/9/2014)
(Entered: 01/09/2014)</i>;Joint MOTION to Strike <i>Expert
Testimony of Matthew Marx</i> filed by Intel Corp.. Motion
Hearing set for 3/20/2014 01:30 PM in Courtroom 8, 4th Floor,
San Jose before Hon. Lucy H. Koh. Responses due by 2/6/2014.
Replies due by 2/27/2014. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345923"
onclick="goDLS('/doc1/035111345923','243796','1795','','2','1','','');r
eturn(false);">1</a> Proposed Order, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111345924"
onclick="goDLS('/doc1/035111345924','243796','1795','','2','1','','');r
eturn(false);">2</a> Declaration Sergi Declaration (with
exhibits))(Stone, Gregory) (Filed on 1/9/2014) (Entered:
01/09/2014);MOTION for Summary Judgment <i></i> filed by
Adobe Systems Inc.. Motion Hearing set for 3/20/2014 01:30 PM
in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh.
Responses due by 2/6/2014. Replies due by 2/27/2014.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346038"
onclick="goDLS('/doc1/035111346038','243796','1797','','2','1','','');r
eturn(false);">1</a> Proposed Order)(Mittelstaedt, Robert) (Filed
on 1/9/2014) (Entered: 01/09/2014);MOTION for Summary
Judgment <i>NOTICE OF MOTION AND MOTION FOR
SUMMARY JUDGMENT; MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT THEREOF</i> filed by Apple Inc..
Motion Hearing set for 3/20/2014 01:30 PM in Courtroom 8, 4th
Floor, San Jose before Hon. Lucy H. Koh. Responses due by
2/6/2014. Replies due by 2/27/2014. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346046"
onclick="goDLS('/doc1/035111346046','243796','1799','','2','1','','');r
eturn(false);">1</a> Proposed Order)(Riley, George) (Filed on
1/9/2014) (Entered: 01/09/2014);Declaration of Lin W. Kahn in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011346037"
onclick="goDLS('/doc1/035011346037','243796','1797','','2','1','','');r
eturn(false);">560</a> MOTION for Summary Judgment <i></i>

2

**Monthly Dinger Billed Report**

02/04/2014

**for Jan 2014**

eturn(false);">560</a> MOTION for Summary Judgment <i></i>
<i></i> filed byAdobe Systems Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346050"
onclick="goDLS('/doc1/035111346050','243796','1801','','2','1','','');r
eturn(false);">1</a> Exhibit A - H, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346051"
onclick="goDLS('/doc1/035111346051','243796','1801','','2','1','','');r
eturn(false);">2</a> Exhibit I - Q, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346052"
onclick="goDLS('/doc1/035111346052','243796','1801','','2','1','','');r
eturn(false);">3</a> Exhibit 223 - 224)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011346037"
onclick="goDLS('/doc1/035011346037','243796','1797','','2','1','','');r
eturn(false);">560</a> ) (Kahn, Lin) (Filed on 1/9/2014) (Entered:
01/09/2014);Declaration of VICTORIA L. WEATHERFORD in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011346045"
onclick="goDLS('/doc1/035011346045','243796','1799','','2','1','','');r
eturn(false);">561</a> MOTION for Summary Judgment
<i>NOTICE OF MOTION AND MOTION FOR SUMMARY
JUDGMENT; MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT THEREOF</i> <i></i> filed byApple Inc..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346056"
onclick="goDLS('/doc1/035111346056','243796','1804','','2','1','','');r
eturn(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346057"
onclick="goDLS('/doc1/035111346057','243796','1804','','2','1','','');r
eturn(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346058"
onclick="goDLS('/doc1/035111346058','243796','1804','','2','1','','');r
eturn(false);">3</a> Exhibit 3. # <a
href="https://ecf.cand.uscourts.gov/doc1/035111346059" oncl

| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
|---|---|---|---|---|---|
| 01/20/14 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | RESPONSE (re <a href="https://ecf.cand.uscourts.gov/doc1/035011346353" onclick="goDLS('/doc1/035011346353','243796','1842','','2','1','','');return(false);">577</a> Joint Administrative Motion to File Under Seal <i></i> ) <i></i> filed byLucasfilm Ltd., Pixar. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111355856" onclick="goDLS('/doc1/035111355856','243796','1856','','2','1','','');return(false);">1</a> Proposed Order (Amended))(Henn, Emily) (Filed on 1/13/2014) (Entered: 01/13/2014);Declaration of James M. Kennedy in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011355855" onclick="goDLS('/doc1/035011355855','243796','1856','','2','1','','');return(false);">582</a> Opposition/Response to Motion <i></i> filed byPixar. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035011355855" onclick="goDLS('/doc1/035011355855','243796','1856','','2','1','','');return(false);">582</a> ) (Henn, Emily) (Filed on 1/13/2014) (Entered: 01/13/2014);Declaration of Rhonda Hjort in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035011355855" onclick="goDLS('/doc1/035011355855','243796','1856','','2','1','','');return(false);">582</a> Opposition/Response to Motion <i></i> filed byLucasfilm Ltd.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035011355855" onclick="goDLS('/doc1/035011355855','243796','1856','','2','1','','');return(false);">582</a> ) (Henn, Emily) (Filed on 1/13/2014) (Entered: 01/13/2014);RESPONSE (re <a href="https://ecf.cand.uscourts.gov/doc1/035011346353" onclick="goDLS('/doc1/035011346353','243796','1842','','2','1','','');return(false);">577</a> Joint Administrative Motion to File Under | 4.00 |

3

**Monthly Dinger Billed Report**

02/04/2014

**for Jan 2014**

eturn(false);">577</a> Joint Administrative Motion to File Under
Seal <i></i> ) <i></i> filed byIntuit Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111355974"
onclick="goDLS('/doc1/035111355974','243796','1865','','2','1','','');r
eturn(false);">1</a> Declaration of Mason Stubblefield ISO Intuit
Response to Motion to Seal)(Kiernan, David) (Filed on 1/13/2014)
(Entered: 01/13/2014);RESPONSE (re <a
href="https://ecf.cand.uscourts.gov/doc1/035011346186"
onclick="goDLS('/doc1/035011346186','243796','1815','','2','1','','');r
eturn(false);">567</a> Administrative Motion to File Under Seal
<i></i> ) <i>Defendants' Joint Response in Support of Plaintiffs'
Administrative Motion to File Under Seal</i> filed byAdobe
Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc.,
Lucasfilm Ltd., Pixar. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356176"
onclick="goDLS('/doc1/035111356176','243796','1868','','2','1','','');r
eturn(false);">1</a> Proposed Order)(Brown, Christina) (Filed on
1/13/2014) (Entered: 01/13/2014);Declaration of Anne M. Selin in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> Opposition/Response to Motion, <i>to File
Under Seal Portions of Plaintiffs' Motion to Exclude Expert
Testimony Proferred by Defendants</i> filed byGoogle Inc..
(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> ) (Selin, Anne) (Filed on 1/13/2014)
(Entered: 01/13/2014);Declaration of John Mittelbach in Support of
<a href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> Opposition/Response to Motion, <i>to File
Under Seal Portions of Plaintiffs' Motion to Exclude Expert
Testimony Proferred by Defendants</i> filed byIntel Corp..
(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> ) (Mittelbach, John) (Filed on 1/13/2014)
(Entered: 01/13/2014);Declaration of Lin W. Kahn in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> Opposition/Response to Motion, <i>to File
Under Seal</i> filed byAdobe Systems Inc.. (Related document(s)
<a href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> ) (Kahn, Lin) (Filed on 1/13/2014) (Entered:
01/13/2014);Declaration of David Kiernan in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> Opposition/Response to Motion, <i></i>
filed byIntuit Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> ) (Kiernan, David) (Filed on 1/13/2014)
(Entered: 01/13/2014);Declaration of Christina Brown in Support of
<a href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> Opposition/Response to Motion, <i></i>
filed byApple Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> ) (Brown, Christina) (Filed on 1/13/2014)
(Entered: 01/13/2014);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035011346186"

4

**Monthly Dinger Billed Report**

02/04/2014

**for Jan 2014**

href="https://ecf.cand.uscourts.gov/doc1/035011346186"
onclick="goDLS('/doc1/035011346186','243796','1815','','2','1','','');r
eturn(false);">567</a> Administrative Motion to File Under Seal
<i></i> <i>and Defendants' Joint Response in Support of Plaintiffs'
Administrative Motion to File Under Seal <a
href="https://ecf.cand.uscourts.gov/doc1/035011356175"
onclick="goDLS('/doc1/035011356175','243796','1868','','2','1','','');r
eturn(false);">586</a> ; Ex. 2 Redacted (part 1)</i> filed byAdobe
Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc.,
Lucasfilm Ltd., Pixar. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356301"
onclick="goDLS('/doc1/035111356301','243796','1886','','2','1','','');r
eturn(false);">1</a> Ex. 2 Redacted (part 2), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356302"
onclick="goDLS('/doc1/035111356302','243796','1886','','2','1','','');r
eturn(false);">2</a> Ex. 2 UNREDACTED (part 1), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356303"
onclick="goDLS('/doc1/035111356303','243796','1886','','2','1','','');r
eturn(false);">3</a> Ex. 2 UNREDACTED (part 2), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356304"
onclick="goDLS('/doc1/035111356304','243796','1886','','2','1','','');r
eturn(false);">4</a> Ex. 2 UNREDACTED (part 3), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356305"
onclick="goDLS('/doc1/035111356305','243796','1886','','2','1','','');r
eturn(false);">5</a> Ex. 4 Redacted, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356306"
onclick="goDLS('/doc1/035111356306','243796','1886','','2','1','','');r
eturn(false);">6</a> Ex. 4 UNREDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356307"
onclick="goDLS('/doc1/035111356307','243796','1886','','2','1','','');r
eturn(false);">7</a> Ex. 5 Redacted (part 1), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356308"
onclick="goDLS('/doc1/035111356308','243796','1886','','2','1','','');r
eturn(false);">8</a> Ex. 5 Redacted (part 2), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356309"
onclick="goDLS('/doc1/035111356309','243796','1886','','2','1','','');r
eturn(false);">9</a> Ex. 5 Redacted (part 3), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356310"
onclick="goDLS('/doc1/035111356310','243796','1886','','2','1','','');r
eturn(false);">10</a> Ex. 5 Redacted (part 4), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356311"
onclick="goDLS('/doc1/035111356311','243796','1886','','2','1','','');r
eturn(false);">11</a> Ex. 5 UNREDACTED (part 1), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111356312"
onclick="goDLS('/doc1/



USDC Northern District of California                 3462-0001                      11cv2509

01/27/14   Subsequent       dharvey@lchb.c   No new filings docketed.                           4.00
           Filing Check for  om
           11cv2509

01/02/14

01/03/14

5

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

**Invoice #**
536168

LIBRARY

JAN 1 4 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 536168 | $500.00 | $500.00 | 01/01/2014 | 03/01/2014 |

Order Number:  459616    Ship To:    Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $20.00 | $0.00 | $20.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 96 | $480.00 | $0.00 | $480.00 |
| | **Sub Totals** | | | $0.00 | $500.00 |

| | |
|---|---|
| Payments | $0.00 |
| Credit | $0.00 |
| **Invoice Total** | $500.00 |

CR
2477-1/211153

| **Total Due** | **$500.00** |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

**Monthly Dinger Billed Report**

01/07/2014

**for Dec 2013**

| Account Number | | | Firm Name | |
|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | |

| | Court Name | | Reference Number | | Case Number | |
|---|---|---|---|---|---|---|
| **Date** | **Search Term(s)** | **Email** | **Summary** | | | **Amount** |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 12/02/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | No new filings docketed. | | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 12/09/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | No new filings docketed. | | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 12/16/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | MOTION to Appear by Telephone <i>at the December 18, 2013 Case Management Conference</i> filed by Lucasfilm Ltd., Pixar. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111263936" onclick="goDLS('/doc1/035111263936','243796','1755','','2','1','','');r eturn(false);">1</a> Proposed Order)(Henn, Emily) (Filed on 12/11/2013) (Entered: 12/11/2013);Letter from Co-Lead Counsel to the Court <i></i>. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111264176" onclick="goDLS('/doc1/035111264176','243796','1757','','2','1','','');r eturn(false);">1</a> Proposed Order)(Dallal, James) (Filed on 12/11/2013) (Entered: 12/11/2013);JOINT CASE MANAGEMENT STATEMENT <i></i> filed by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Palm Inc., Pixar, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111264831" onclick="goDLS('/doc1/035111264831','243796','1759','','2','1','','');r eturn(false);">1</a> Revised Notice (Clean), # <a href="https://ecf.cand.uscourts.gov/doc1/035111264832" onclick="goDLS('/doc1/035111264832','243796','1759','','2','1','','');r eturn(false);">2</a> Revised Notice (Redline))(Shaver, Anne) (Filed on 12/11/2013) (Entered: 12/11/2013);<b>ORDER by Judge Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035011263935" onclick="goDLS('/doc1/035011263935','243796','1755','','2','1','','');r eturn(false);">541</a> Motion to Appear by Telephone (mpb, COURT STAFF) (Filed on 12/12/2013) (Entered: 12/12/2013)</b>;<b>Order Vacating Notice Mailing Deadline. Signed by Judge Lucy H. Koh on 12/16/2013. (lhklc1, COURT STAFF) (Filed on 12/16/2013) (Entered: 12/16/2013)</b>: | | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 12/23/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | <b>Order by Hon. Lucy H. Koh granting in part and denying in part <a href="https://ecf.cand.uscourts.gov/doc1/035010785873" onclick="goDLS('/doc1/035010785873','243796','1490','','2','1','','');r eturn(false);">479</a> Motion to Enforce Local Rule 7-3(d)(1).(lhklc1, COURT STAFF) (Filed on 12/18/2013) (Entered: 12/18/2013)</b>;<b>Case Management Order. Signed by Judge Lucy H. Koh on 12/18/2013. (lhklc1, COURT STAFF) (Filed on 12/18/2013) (Entered: 12/18/2013)</b>;Minute Entry: Further Case Management Conference held on 12/18/2013 before Judge Lucy H. Koh (Date Filed: 12/18/2013). Further Case Management Conference set for 2/19/2014 02:00 PM in Courtroom 8, 4th Floor, San Jose. (Court Reporter Lee-Anne Shortridge.) (mpb, COURT STAFF) (Date Filed: 12/18/2013) (Entered: | | | 4.00 |

1

**Monthly Dinger Billed Report**

**for Dec 2013**

01/07/2014

STAFF) (Date Filed: 12/18/2013) (Entered:
12/19/2013);TRANSCRIPT ORDER by Apple Inc. for Court
Reporter Lee-Anne Shortridge. (Brown, Christina) (Filed on
12/19/2013) (Entered: 12/19/2013);TRANSCRIPT ORDER by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Daniel
Stover for Court Reporter Lee-Anne Shortridge. (Harvey, Dean)
(Filed on 12/19/2013) (Entered: 12/19/2013);Letter from Kelly M.
Dermody <i>re Class Notice</i>. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111302031"
onclick="goDLS('/doc1/035111302031','243796','1776','','2','1','','");r
eturn(false);">1</a> Proposed Class Notice)(Dermody, Kelly)
(Filed on 12/23/2013) (Entered: 12/23/2013);

| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
|---|---|---|---|---|---|
| 12/30/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |
| 12/02/13 | | | | | |
| 12/02/13 | | | | | |
| 12/03/13 | | | | | |
| 12/03/13 | | | | | |
| 12/03/13 | | | | | |
| 12/03/13 | | | | | |
| 12/03/13 | | | | | |
| 12/03/13 | | | | | |
| 12/03/13 | | | | | |

2

 

## BILLING HISTORY

Close

### Summary Transaction Report by Client Code
### All Courts
### from 07/01/2014 to 09/30/2014

Fri Oct 24 12:02:56 CDT 2014
lc0285

Back    New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| | 5043 | 0 | |
| | 154 | 0 | |
| | 37 | 0 | |
| | 52 | 0 | |
| | 5307 | 0 | |
| | 1079 | 0 | |
| | 1819 | 0 | |
| | 17 | 0 | |
| 3462-0001 | 125 | 0 | $12.50 |
| | 101 | 0 | |
| | 95 | 0 | |
| | 256 | 0 | |
| | 1132 | 0 | |
| | 1 | 0 | |
| | 75 | 0 | |
| | 990 | 0 | |
| | 100 | 0 | |
| | 15 | 0 | |
| | 807 | 0 | |
| | 2037 | 0 | |
| | 145 | 0 | |
| | 267 | 0 | |
| | 82 | 0 | |
| | 786 | 0 | |
| | 870 | 0 | |
| Grand Total: | | | |

```
CUSTOMER NUMBER: LC0285
DATE RANGE:      04/01/2014 - 06/30/2014                    PAGE:        1

DATE         COURT                 TIME IN   TIME OUT TIME/PAGES   AMOUNT
             SEARCH CRITERIA                          DESCRIPTION
-------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:            4
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE: 3462-0001                                    23.50
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:

         TOTAL:
```

LIBRARY

JUL 2 4 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

```
CUSTOMER NUMBER: LC0285
DATE RANGE:     01/01/2014 - 03/31/2014                    PAGE:        1

DATE        COURT                    TIME IN   TIME OUT TIME/PAGES   AMOUNT
            SEARCH CRITERIA                              DESCRIPTION
--------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE: 3462-0001                                   10.30
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:

                                                      ===============
    TOTAL:
```

```
CUSTOMER NUMBER: LC0285
DATE RANGE:      10/01/2013 - 12/31/2013                      PAGE:        1

DATE         COURT                    TIME IN    TIME OUT TIME/PAGES  AMOUNT
             SEARCH CRITERIA                              DESCRIPTION
-------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE: 3462-0001                                    18.80
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:

         TOTAL:
```

LIBRARY

JAN 2 2 2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN



3462-0001

915.81

Grand Total

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1401001361 | 31-JAN-14 |

BILLING PERIOD 01-JAN-14 - 31-JAN-14

| | ACCOUNT NUMBER |
|---|---|
| | 100XPR |

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | ($320.88) | $33.12 | | | $33.12 | | |
| | $9,623.25 | ($8,722.84) | $900.41 | | | $900.41 | $15.40 | $915.81 |
| 3462-0001 | | | | | | | | |

11



**Lexis Nexis**

**Invoice**  1312001369
**Date**  12/31/2013
**Amount**

| Sum of Amount | |
| --- | --- |
| Case | Total |

3725 #215693

| | |
| --- | --- |
| 3462-0001 | 642.57 |

# LexisNexis®

| INVOICE NO. | INVOICE DATE |
|---|---|
| 1312001369 | 31-DEC-13 |

BILLING PERIOD 01-DEC-13 - 31-DEC-13

**INVOICE TO:**
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

| ACCOUNT NUMBER |
|---|
| 100XPR |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3462-0001 | $5,000.00 | ($4,357.43) | $642.57 | | | $642.57 | | $642.57 |

11

**Lexis Nexis**

| Invoice | 1311001371 |
| --- | --- |
| Date | 11/30/2013 |
| Amount | |



3725 ░# 25692

| Sum of Amount | |
| --- | --- |
| Case | Total |
| 3462-0001 | 82.01 |



# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 131001371 | 30-NOV-13 |

BILLING PERIOD 01-NOV-13 - 30-NOV-13

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

ACCOUNT NUMBER

100XPR

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | $673.75 | ($591.74) | $82.01 | | | $82.01 | | $82.01 |

10



3462-0001

302.82



# LexisNexis®

| INVOICE NO. | INVOICE DATE |
| --- | --- |
| 131001376 | 31-OCT-13 |

BILLING PERIOD 01-OCT-13 - 31-OCT-13

| ACCOUNT NUMBER |
| --- |
| 100XPR |

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | $2,952.50 | ($2,620.50) | $332.00 | | | $332.00 | | $332.00 |
| | $2,693.00 | ($2,390.18) | $302.82 | | | $302.82 | | $302.82 |

11

3462-0001

218.51

LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 130901382 | 30-SEP-13 |

BILLING PERIOD 01-SEP-13 - 30-SEP-13

| ACCOUNT NUMBER |
|---|
| 100XPR |

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| $1,656.75 | ($1,438.24) | $218.51 | | | $218.51 | | $218.51 |

11

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: 626/577-6726   Technical Questions: 626/577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|---|
| 534269 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 534269 | $797.00 | $797.00 | 12/01/2013 | 02/01/2014 | |

| Order Number: | 457427 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 3 | $12.00 | $0.00 | $12.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 157 | $785.00 | $0.00 | $785.00 |

|  | **Sub Totals** | $0.00 | $797.00 |
|---|---|---|---|
|  | Payments | | $0.00 |
|  | Credit | | $0.00 |
|  | **Invoice Total** | | $797.00 |

CR
2477 / 210308

| **Total Due** | $797.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1 of 1

# LIBRARY
DEC 4 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

See C/M.
attached

**Monthly Dinger Billed Report**

**for Nov 2013**

12/06/2013

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | | Case Number |
|---|---|---|---|---|---|

| Date | Search Term(s) | Email | Summary | | Amount |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 11/04/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | NOTICE by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover re <a href="https://ecf.cand.uscourts.gov/doc1/035010990968" onclick="goDLS('/doc1/035010990968','243796','1561','','2','1','',''); return(false);">501</a> MOTION for Preliminary Approval of Class Action Settlements [REDACTED] <i>Notice of Filing Pursuant to October 21, 2013 Case Management Order</i> (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111117107" onclick="goDLS('/doc1/035111117107','243796','1729','','2','1','',''); return(false);">1</a> Exhibit 1, # <a href="https://ecf.cand.uscourts.gov/doc1/035111117108" onclick="goDLS('/doc1/035111117108','243796','1729','','2','1','',''); return(false);">2</a> Exhibit 2, # <a href="https://ecf.cand.uscourts.gov/doc1/035111117109" onclick="goDLS('/doc1/035111117109','243796','1729','','2','1','',''); return(false);">3</a> Exhibit 3)(Cisneros, Lisa) (Filed on 10/28/2013) (Entered: 10/28/2013);DOCUMENT E-FILED UNDER SEAL re <a href="https://ecf.cand.uscourts.gov/doc1/035111090703" onclick="goDLS('/doc1/035111090703','243796','1709','','2','1','',''); return(false);">527</a> Order on Administrative Motion to File Under Seal, <i>Attachment D to Plaintiffs' Settlement Agreement with Intuit</i> by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Cisneros, Lisa) (Filed on 10/28/2013) (Entered: 10/28/2013);NOTICE by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover re <a href="https://ecf.cand.uscourts.gov/doc1/035111090703" onclick="goDLS('/doc1/035111090703','243796','1709','','2','1','',''); return(false);">527</a> Order on Administrative Motion to File Under Seal, <i>Second Notice of Filing Pursuant to the Court's October 21, 2013 Case Management Order</i> (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111117145" onclick="goDLS('/doc1/035111117145','243796','1735','','2','1','',''); return(false);">1</a> Exhibit 1)(Cisneros, Lisa) (Filed on 10/29/2013) (Entered: 10/29/2013);NOTICE by Intel Corp. re <a href="https://ecf.cand.uscourts.gov/doc1/035010565154" onclick="goDLS('/doc1/035010565154','243796','1342','','2','1','',''); return(false);">430</a> Redacted Document,, <i>OF FILING REVISED REDACTED INTEL CORP. DOCUMENTS FILED IN RESPONSE TO PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFFS' MOTION IN SUPPORT OF CLASS CERTIFICATION AND RELATED DOCUMENTS</i> (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111124181" onclick="goDLS('/doc1/035111124181','243796','1738','','2','1','',''); return(false);">1</a> Declaration OF BRADLEY S. PHILLIPS IN SUPPORT, # <a href="https://ecf.cand.uscourts.gov/doc1/035111124182" onclick="goDLS('/doc1/035111124182','243796','1738','','2','1','',''); return(false);">2</a> Exhibit A, # <a href="https://ecf.cand.uscourts.gov/doc1/035111124183" onclick="goDLS('/doc1/035111124183','243796','1738','','2','1','',''); return(false);">3</a> Exhibit B (Part 1 of 10), # <a href="https://ecf.cand.uscourts.gov/doc1/035111124184" | 4.00 |

**Monthly Dinger Billed Report**

**for Nov 2013**

12/06/2013

href="https://ecf.cand.uscourts.gov/doc1/035111124184"
onclick="goDLS('/doc1/035111124184','243796','1738','','2','1','',''); r
eturn(false);">4</a> Exhibit B (Part 2 of 10), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111124185"
onclick="goDLS('/doc1/035111124185','243796','1738','','2','1','',''); r
eturn(false);">5</a> Exhibit B (Part 3 of 10), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111124186"
onclick="goDLS('/doc1/035111124186','243796','1738','','2','1','',''); r
eturn(false);">6</a> Exhibit B (Part 4 of 10), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111124187"
onclick="goDLS('/doc1/035111124187','243796','1738','','2','1','',''); r
eturn(false);">7</a> Exhibit B (Part 5 of 10), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111124188"
onclick="goDLS('/doc1/035111124188','243796','1738','','2','1','',''); r
eturn(false);">8</a> Exhibit B (Part 6 of 10), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111124189"
onclick="goDLS('/doc1/035111124189','243796','1738','','2','1','',''); r
eturn(false);">9</a> Exhibit B (Part 7 of 10), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111124190"
onclick="goDLS('/doc1/035111124190','243796','1738','','2','1','',''); r
eturn(false);">10</a> Exhibit B (Part 8 of 10), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111124191"
onclick="goDLS('/doc1/035111124191','243796','1738','','2','1','',''); r
eturn(false);">11</a> Exhibit B (Part 9 of 10), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111124192"
onclick="goDLS('/doc1/035111124192','243796','1738','','2','1','',''); r
eturn(false);">12</a> Exhibit B (Part 10 of 10))(Phillips, Bradley)
(Filed on 10/30/2013) (Entered: 10/30/2013);Transcript of
Proceedings held on 10-21-13, before Judge Lucy H. Koh. Court
Reporter/Transcriber Lee-Anne Shortridge, Telephone number
408-287-4580 email: lee-anne_shortridge@cand.uscourts.gov.
Per General Order No. 59 and Judicial Conference policy, this
transcript may be viewed only at the Clerks Office public terminal
or may be purchased through the Court Reporter/Transcriber until
the deadline for the Release of Transcript Restriction.After that
date it may be obtained through PACER. Any Notice of Intent to
Request Redaction, if required, is due no later than 5 business
days from date of this filing. Release of Transcript Restriction set
for 1/28/2014. (Related documents(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035111092841"
onclick="goDLS('/doc1/035111092841','243796','1711','','2','1','',''); r
eturn(false);">528</a> ) (las, ) (Filed on 10/30/2013) (Entered:
10/30/2013);<b>Order by Hon. Lucy H. Koh granting <a
href="https://ecf.cand.uscourts.gov/doc1/035010990968"
onclick="goDLS('/doc1/035010990968','243796','1561','','2','1','',''); r
eturn(false);">501</a> Motion for Settlement. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111126516"
onclick="goDLS('/doc1/035111126516','243796','1750','','2','1','',''); r
eturn(false);">1</a> Claim Form, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111126517"
onclick="goDLS('/doc1/035111126517','243796','1750','','2','1','',''); r
eturn(false);">2</a> Notice)(lhklc1, COURT STAFF) (Filed on
10/30/2013) (Entered: 10/30/2013)</b>;Set/Reset Hearing re <a
href="https://ecf.cand.uscourts.gov/doc1/035011126515"
onclick="goDLS('/doc1/035011126515','243796','1750','','2','1','',''); r
eturn(false);">540</a> Order on Motion for Settlement Final
Approval Hearing re Pixar, Lucasfilms & Intuit set for 5/1/2014
01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy
H. Koh. (mpb, COURT STAFF) (Filed on 10/31/2013) (Entered:
11/01/2013);

USDC Northern District of California                     3462-0001                        11cv2509

2

**Monthly Dinger Billed Report**

12/06/2013

**for Nov 2013**

| | | | | | |
|---|---|---|---|---|---|
| 11/18/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 11/25/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |

3

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|-----------|
| 532402 |

## INVOICE

| Bill To | Ship To |
|---------|---------|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 532402 | $1,086.00 | $1,086.00 | 11/01/2013 | 01/01/2014 |

Order Number:   455296      Ship To:   Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

CR
2477/209781

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 214 | $1,070.00 | $0.00 | $1,070.00 |
| | **Sub Totals** | | | $0.00 | $1,086.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $1,086.00 |

| **Total Due** | $1,086.00 |
|---|---|

**Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.**
**Our Tax ID # is: 95-4652674**

Page 1  of  1



LIBRARY
NOV 13 2013

see Billing #5

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Oct 2013**

11/07/2013

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | Lieff Cabraser - SF | | | | |

| | Court Name | | Reference Number | | Case Number |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 |
| 10/07/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | CLERKS NOTICE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE AND MOTION FOR PRELIMINARY APPROVAL Further Case Management Conference set for 10/21/2013 02:00 PM in Courtroom 8, 4th Floor, San Jose. Motion Hearing set for 10/21/2013 02:00 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. *****THIS IS A TEXT-ONLY NOTICE. THERE IS NO DOCUMENT ASSOCIATED WITH THIS DOCKET ENTRY***** (mpb, COURT STAFF) (Filed on 10/1/2013) (Entered: 10/01/2013);Set/Reset Hearing re 511 Clerks Notice, Clerks Notice Continuing Motion Hearing, Set Motion and Deadlines/Hearings,,, (mpb, COURT STAFF) (Filed on 10/1/2013) (Entered: 10/01/2013);DOCUMENT E-FILED UNDER SEAL re <a href="https://ecf.cand.uscourts.gov/doc1/035111019430" onclick="goDLS('/doc1/035111019430','243796','1580','','2','1','','');return(false);">509</a> Order on Administrative Motion to File Under Seal,,,,,,,,,,,,,, <i>Expert Report of Professor Kevin M. Murphy</i> by Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar. (Brown, Christina) (Filed on 10/7/2013) (Entered: 10/07/2013);DOCUMENT E-FILED UNDER SEAL re <a href="https://ecf.cand.uscourts.gov/doc1/035111019430" onclick="goDLS('/doc1/035111019430','243796','1580','','2','1','','');return(false);">509</a> Order on Administrative Motion to File Under Seal,,,,,,,,,,,,,,, <i>Defendants' Joint Administrative Motion for Leave to Supplement the Record</i> by Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111042959" onclick="goDLS('/doc1/035111042959','243796','1611','','2','1','','');return(false);">1</a> Supplemental Declaration of Professor Kevin M. Murphy)(Brown, Christina) (Filed on 10/7/2013) (Entered: 10/07/2013);REDACTION to <a href="https://ecf.cand.uscourts.gov/doc1/035111019430" onclick="goDLS('/doc1/035111019430','243796','1580','','2','1','','');return(false);">509</a> Order on Administrative Motion to File Under Seal,,,,,,,,,,,,,, <i></i> by Adobe Systems Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111043299" onclick="goDLS('/doc1/035111043299','243796','1619','','2','1','','');return(false);">1</a> Plaintiffs Motion for Class Certification, # <a href="https://ecf.cand.uscourts.gov/doc1/035111043300" onclick="goDLS('/doc1/035111043300','243796','1619','','2','1','','');return(false);">2</a> Exhibit 14 to Declaration of Ann B. Shaver in Support of Plaintiffs Motion for Class Certification, # <a href="https://ecf.cand.uscourts.gov/doc1/035111043301" onclick="goDLS('/doc1/035111043301','243796','1619','','2','1','','');return(false);">3</a> Exhibit 4 to Declaration of Dean Harvey in Support of Plaintiffs Reply, # <a href="https://ecf.cand.uscourts.gov/doc1/035111043302" onclick="goDLS('/doc1/035111043302','243796','1619','','2','1','','');return(false);">4</a> Exhibit 26 to Harvey Decl., # <a href="https://ecf.cand.uscourts.gov/doc1/035111043303" onclick="goDLS('/doc1/035111043303','243796','1619','','2','1','','');return(false);">5</a> Exhibit 29 to Harvey Decl.)(Kahn, Lin) (Filed | | 4.00 |

1

**Monthly Dinger Billed Report**                                    11/07/2013

**for Oct 2013**

eturn(false);">5</a> Exhibit 29 to Harvey Decl.)(Kahn, Lin) (Filed
on 10/7/2013) (Entered: 10/07/2013);REDACTION to <a
href="https://ecf.cand.uscourts.gov/doc1/035111019430"
onclick="goDLS('/doc1/035111019430','243796','1580','','2','1','','');r
eturn(false);">509</a> Order on Administrative Motion to File
Under Seal,,,,,,,,,,,,,, <i></i> by Google Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111043648"
onclick="goDLS('/doc1/035111043648','243796','1628','','2','1','','');r
eturn(false);">1</a> Exhibit Exhibit A to March 1, 2013 Joint
Discovery Status Report)(Selin, Anne) (Filed on 10/7/2013)
(Entered: 10/07/2013);REDACTION to <a
href="https://ecf.cand.uscourts.gov/doc1/035111019430"
onclick="goDLS('/doc1/035111019430','243796','1580','','2','1','','');r
eturn(false);">509</a> Order on Administrative Motion to File
Under Seal,,,,,,,,,,,,,, <i></i> by Google Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111043798"
onclick="goDLS('/doc1/035111043798','243796','1636','','2','1','','');r
eturn(false);">1</a> Exhibit 14 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification
(Part 1), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111043799"
onclick="goDLS('/doc1/035111043799','243796','1636','','2','1','','');r
eturn(false);">2</a> Exhibit 14 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification
(Part 2), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111043800"
onclick="goDLS('/doc1/035111043800','243796','1636','','2','1','','');r
eturn(false);">3</a> Exhibit 14 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification
(Part 3), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111043801"
onclick="goDLS('/doc1/035111043801','243796','1636','','2','1','','');r
eturn(false);">4</a> Exhibit 14 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification
(Part 4), # <a
href="https://ecf.cand.uscourts.gov/doc1/035111043802"
onclick="goDLS('/doc1/035111043802','243796','1636','','2','1','','');r
eturn(false);">5</a> Exhibit 19 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification,
# <a href="https://ecf.cand.uscourts.gov/doc1/035111043803"
onclick="goDLS('/doc1/035111043803','243796','1636','','2','1','','');r
eturn(false);">6</a> Exhibit 21 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification,
# <a href="https://ecf.cand.uscourts.gov/doc1/035111043804"
onclick="goDLS('/doc1/035111043804','243796','1636','','2','1','','');r
eturn(false);">7</a> Exhibit 25 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification,
# <a href="https://ecf.cand.uscourts.gov/doc1/035111043805"
onclick="goDLS('/doc1/035111043805','243796','1636','','2','1','','');r
eturn(false);">8</a> Exhibit 26 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification,
# <a href="https://ecf.cand.uscourts.gov/doc1/035111043806"
onclick="goDLS('/doc1/035111043806','243796','1636','','2','1','','');r
eturn(false);">9</a> Exhibit 27 to Brown Declaration in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification,
# <a href="https://ecf.cand.uscourts.gov/doc1/035111043807"
onclick="goDLS('/doc1/035111043807','243796','1636','','2','1','','');r
eturn(false);">10</a> Motion to Strike Leamer Report)(Selin,
Anne) (Filed on 10/7/2013) (Entered: 10/07/2013);DOCUMENT
E-FILED UNDER SEAL re <a
href="https://ecf.cand.uscourts.gov/doc1/035111019430"
onclick="goDLS('/doc1/035111019430','243796','1580','','2','1','','');r
eturn(false);">509</a> Order on Administrative Motion to File
Under Seal,,,,,,,,,,,,,, <a

**Monthly Dinger Billed Report**     11/07/2013

**for Oct 2013**

Under Seal,,,,,,,,,,,,,,,,,, <a
href="https://ecf.cand.uscourts.gov/doc1/035110145084"
onclick="goDLS('/doc1/035110145084','243796','909','','2','1','','');re
turn(false);">273</a> Order on Administrative Motion to File Under
Seal,,,,,,,,,,,,,,,,,, <i>Defendants' Opposition to Plaintiffs' Motion for
Class Certification</i> by Adobe Systems Inc., Apple Inc., Google
Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar. (Attachments: #
<a href="https://ecf.cand.uscourts.gov/doc1/035111044082"
onclick="goDLS('/doc1/035111044082','243796','1644','','2','1','','');r
eturn(false);">1</a> Declaration of Christina Brown in Support of
Defendants' Opposition to Plaintiffs' Motion for Class Certification,
# <a href="https://ecf.cand.uscourts.gov/doc1/035111044083"
onclick="goDLS('/doc1/035111044083','243796','1644','','2','1','','');r
eturn(false);">2</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111044084"
onclick="goDLS('/doc1/035111044084','243796','1644','','2','1','','');r
eturn(false);">3</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111044085"
onclick="goDLS('/doc

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 10/14/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 10/21/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | <b>ORDER RE: DISCOVERY STATUS REPORTS. Signed by Judge Lucy H. Koh on May 30, 2013. (lhklc1, COURT STAFF) (Filed on 5/30/2013) (Entered: 05/30/2013)</b>;OPPOSITION to ( <a href="https://ecf.cand.uscourts.gov/doc1/035010541854" onclick="goDLS('/doc1/035010541854','243796','1312','','2','1','','');r eturn(false);">418</a> SUPPLEMENTAL MOTION to Certify Class ) filed by Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar. (Brown, Christina) (Filed on 6/21/2013) Modified text on 6/25/2013 (dhmS, COURT STAFF). (Entered: 06/21/2013);Supplemental Expert Report of Professor Kevin M. Murphy in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035110683615" onclick="goDLS('/doc1/035110683615','243796','1366','','2','1','','');r eturn(false);">439</a> Opposition to Motion filed by Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110683624" onclick="goDLS('/doc1/035110683624','243796','1369','','2','1','','');r eturn(false);">1</a> Exhibit, # <a href="https://ecf.cand.uscourts.gov/doc1/035110683625" onclick="goDLS('/doc1/035110683625','243796','1369','','2','1','','');r eturn(false);">2</a> Appendix)(Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035110683615" onclick="goDLS('/doc1/035110683615','243796','1366','','2','1','','');r eturn(false);">439</a> ) (Busch, Frank) (Filed on 6/21/2013) Modified text on 6/25/2013 (dhmS, COURT STAFF). (Entered: 06/21/2013);Declaration of Christina Brown in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010683686" onclick="goDLS('/doc1/035010683686','243796','1395','','2','1','','');r eturn(false);">450</a> Defendants' Joint Adminstrative Motion to File Under Seal Defendants' Opposition to Plaintiffs' Supplemental Motion in Support of Class Certification and Related Documents filed by Apple Inc.. (Brown, Christina) (Filed on 6/21/2013) Modified on 6/25/2013 linking entry to document #450 (dhmS, COURT STAFF). (Entered: 06/22/2013);Declaration of Anne M. Selin In Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010683686" onclick="goDLS('/doc1/035010683686','243796','1395','','2','1','','');r eturn(false);">450</a> Defendants' Joint Administrative Motion to | | 4.00 |

**Monthly Dinger Billed Report**

**for Oct 2013**

11/07/2013

eturn(false);">450</a> Defendants' Joint Administrative Motion to
Seal Defendants' Opposition to Plaintiffs' Supplemental Motion in
Support of Class Certification and Related Document filed by
Google Inc.. (Selin, Anne) (Filed on 6/21/2013 (dhmS, COURT
6/25/2013 linking entry to document #450 (dhmS, COURT
STAFF). (Entered: 06/22/2013);Declaration of James M. Kennedy
in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035010683686"
onclick="goDLS('/doc1/035010683686','243796','1395','','2','1','','');r
eturn(false);">450</a> Defendants' Joint Administrative Motion to
Seal Defendants' Opposition to Plaintiffs' Supplemental Motion in
Support of Class Certification and Related Document filed by
Pixar. (Richardson, Chinue) (Filed on 6/21/2013) Modified on
6/25/2013 linking entry to document #450 (dhmS, COURT
STAFF). (Entered: 06/22/2013);EXHIBIT <i> Expert Report of
Kathryn Shaw, Ph.D </i> re <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onclick="goDLS('/doc1/035110683615','243796','1366','','2','1','','');r
eturn(false);">439</a> Opposition to Motion filed by Adobe
Systems Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onclick="goDLS('/doc1/035110683615','243796','1366','','2','1','','');r
eturn(false);">439</a> ) (Kahn, Lin) (Filed on 6/22/2013) Modified
text on 6/25/2013 (dhmS, COURT STAFF). (Entered:
06/22/2013);Declaration of Christina Brown in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onclick="goDLS('/doc1/035110683615','243796','1366','','2','1','','');r
eturn(false);">439</a> Opposition to Supplemental Class
Certification Motion filed by Adobe Systems Inc., Apple Inc.,
Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683656"
onclick="goDLS('/doc1/035110683656','243796','1381','','2','1','','');r
eturn(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683657"
onclick="goDLS('/doc1/035110683657','243796','1381','','2','1','','');r
eturn(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683658"
onclick="goDLS('/doc1/035110683658','243796','1381','','2','1','','');r
eturn(false);">3</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683659"
onclick="goDLS('/doc1/035110683659','243796','1381','','2','1','','');r
eturn(false);">4</a> Exhibit 4, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683660"
onclick="goDLS('/doc1/035110683660','243796','1381','','2','1','','');r
eturn(false);">5</a> Exhibit 5, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683661"
onclick="goDLS('/doc1/035110683661','243796','1381','','2','1','','');r
eturn(false);">6</a> Exhibit 6, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683662"
onclick="goDLS('/doc1/035110683662','243796','1381','','2','1','','');r
eturn(false);">7</a> Exhibit 7, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683663"
onclick="goDLS('/doc1/035110683663','243796','1381','','2','1','','');r
eturn(false);">8</a> Exhibit 8, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683664"
onclick="goDLS('/doc1/035110683664','243796','1381','','2','1','','');r
eturn(false);">9</a> Exhibit 9, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683665"
onclick="goDLS('/doc1/035110683665','243796','1381','','2','1','','');r
eturn(false);">10</a> Exhibit 10)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onclick="goDLS('/doc1/035110683615','243796','1366','','2','1','','');r
eturn(false);">439</a> ) (Brown, Christina) (Filed on 6/22/2013)

4

**Monthly Dinger Billed Report**

**for Oct 2013**

11/07/2013

eturn(false);">439</a> ) (Brown, Christina) (Filed on 6/22/2013)
Modified text on 6/25/2013 (dhmS, COURT STAFF). (Entered:
06/22/2013);DECLARATION of Lin W. Kahn in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onclick="goDLS('/doc1/035110683615','243796','1366','','2','1','','');r
eturn(false);">439</a> Opposition to Supplemental to Motion for
Class Certification filed by Adobe Systems Inc.. (Attachments: #
<a href="https://ecf.cand.uscourts.gov/doc1/035110683669"
onclick="goDLS('/doc1/035110683669','243796','1384','','2','1','','');r
eturn(false);">1</a> Exhibit 1-10, part 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683670"
onclick="goDLS('/doc1/035110683670','243796','1384','','2','1','','');r
eturn(false);">2</a> Exhibit 1-10, part 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683671"
onclick="goDLS('/doc1/035110683671','243796','1384','','2','1','','');r
eturn(false);">3</a> Errata 11-20, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683672"
onclick="goDLS('/doc1/035110683672','243796','1384','','2','1','','');r
eturn(false);">4</a> Exhibit 21-27, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683673"
onclick="goDLS('/doc1/035110683673','243796','1384','','2','1','','');r
eturn(false);">5</a> Errata 28-30, part 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683674"
onclick="goDLS('/doc1/035110683674','243796','1384','','2','1','','');r
eturn(false);">6</a> Exhibit 28-30, part 2)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onclick="goDLS('/doc1/035110683615','243796','1366','','2','1','','');r
eturn(false);">439</a> ) (Kahn, Lin) (Filed on 6/22/2013) Modified
text on 6/25/2013 (dhmS, COURT STAFF). (Entered:
06/22/2013);Declaration of Lin W. Kahn in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035010683686"
onclick="goDLS('/doc1/035010683686','243796','1395','','2','1','','');r
eturn(false);">450</a> Joint Administrative Motion to File Under
Seal Defendants' Opposition to Plaintiffs' Supplemental Motion in
Support of Class Certification and Related Documents filed by
Adobe Systems Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035010683686"
onclick="goDLS('/doc1/03501068

| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |

| 10/28/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Minute Entry: Motion Hearing held on 10/21/2013 before Judge Lucy H. Koh (Date Filed: 10/21/2013) re <a href="https://ecf.cand.uscourts.gov/doc1/035010990968" onclick="goDLS('/doc1/035010990968','243796','2','1','','');return(false);">501</a> MOTION for Preliminary Approval of Class Action Settlements [REDACTED] filed by Michael Devine, Siddharth Hariharan, Mark Fichtner, Daniel Stover, Brandon Marshall, Further Case Management Conference held on 10/21/2013 before Judge Lucy H. Koh (Date Filed: 10/21/2013). Further Case Management Conference set for 12/18/2013 02:00 PM in Courtroom 8, 4th Floor, San Jose. (Court Reporter Lee-Anne Shortridge.) (mpb, COURT STAFF) (Date Filed: 10/21/2013) (Entered: 10/28/2013);TRANSCRIPT ORDER by Apple Inc. for Court Reporter Lee-Anne Shortridge. (Brown, Christina) (Filed on 10/22/2013) (Entered: 10/22/2013);TRANSCRIPT ORDER by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover for Court Reporter Lee-Anne Shortridge. (Cisneros, Lisa) (Filed on 10/22/2013) (Entered: 10/22/2013);TRANSCRIPT ORDER by Intel Corp. for Court Reporter Lee-Anne Shortridge. (Stone, Gregory) (Filed on 10/22/2013) (Entered: 10/22/2013);<b>ORDER by Judge Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035010541854" onclick="goDLS('/doc1/035010541854','243796','1312','','2','1','','');r | 4.00 |

**Monthly Dinger Billed Report**

**for Oct 2013**

11/07/2013

onclick="goDLS('/doc1/035010541854','243796','1312','','2','1','','');r
eturn(false);">418</a> Motion to Certify Class (lhklc1, COURT
STAFF) (Filed on 10/24/2013) (Entered:
10/24/2013)</b>;DOCUMENT E-FILED UNDER SEAL by Court
Staff. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111107892"
onclick="goDLS('/doc1/035111107892','243796','1719','','2','1','','');r
eturn(false);">1</a> Certificate/Proof of Service)(lhklc1, COURT
STAFF) (Filed on 10/25/2013) (Entered: 10/25/2013);NOTICE by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon
Marshall, Daniel Stover re <a
href="https://ecf.cand.uscourts.gov/doc1/035010990968"
onclick="goDLS('/doc1/035010990968','243796','1561','','2','1','','');r
eturn(false);">501</a> MOTION for Preliminary Approval of Class
Action Settlements [REDACTED] <i>Notice Of Filing Revised And
Supplemental Settlement Documents</i> (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111111654"
onclick="goDLS('/doc1/035111111654','243796','1721','','2','1','','');r
eturn(false);">1</a> Exhibit A, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111111655"
onclick="goDLS('/doc1/035111111655','243796','1721','','2','1','','');r
eturn(false);">2</a> Exhibit B, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111111656"
onclick="goDLS('/doc1/035111111656','243796','1721','','2','1','','');r
eturn(false);">3</a> Exhibit C, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111111657"
onclick="goDLS('/doc1/035111111657','243796','1721','','2','1','','');r
eturn(false);">4</a> Exhibit D, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111111658"
onclick="goDLS('/doc1/035111111658','243796','1721','','2','1','','');r
eturn(false);">5</a> Exhibit E, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111111659"
onclick="goDLS('/doc1/035111111659','243796','1721','','2','1','','');r
eturn(false);">6</a> Exhibit F, # <a
href="https://ecf.cand.uscourts.gov/doc1/035111111660"
onclick="goDLS('/doc1/035111111660','243796','1721','','2','1','','');r
eturn(false);">7</a> Exhibit G)(Dermody, Kelly) (Filed on
10/25/2013) (Entered: 10/25/2013);



# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 529566 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

| CURRENT INVOICE | | | | | |
|---|---|---|---|---|---|
| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
| 529566 | $761.00 | $761.00 | 10/01/2013 | 12/01/2013 | |
| Order Number: | 451992 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | | |

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $16.00 | $0.00 | $16.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 149 | $745.00 | $0.00 | $745.00 |
| | **Sub Totals** | | | $0.00 | $761.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $761.00 |

CR
2477/208762

| Total Due | $761.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1



LIBRARY

OCT 1 1 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Sep 2013**

10/03/2013

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 09/02/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 09/09/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | | 4.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 09/23/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | MOTION for Leave to File <i>Statement of Recent Decision</i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110986180" onclick="goDLS('/doc1/035110986180','243796','1557','','2','1','',''); return(false);">1</a> Exhibit, # <a href="https://ecf.cand.uscourts.gov/doc1/035110986181" onclick="goDLS('/doc1/035110986181','243796','1557','','1','1','',''); return(false);">2</a> Proposed Order)(Dallal, James) (Filed on 9/19/2013) (Entered: 09/19/2013);Letter from Co-Lead Class Counsel and Counsel for Settling Defendants <i>re Motion for Preliminary Approval of Class Action Settlements</i>. (Harvey, Dean) (Filed on 9/19/2013) (Entered: 09/19/2013);MOTION for Preliminary Approval of Class Action Settlements; Memorandum of Points and Authorities in Support Thereof [REDACTED] filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. Motion Hearing set for 10/3/2013 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 10/7/2013. Replies due by 10/15/2013. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110990969" onclick="goDLS('/doc1/035110990969','243796','1561','','2','1','',''); return(false);">1</a> Proposed Order Granting Plaintiffs Motion for Conditional Class Certification and Preliminary Approval of Class Action Settlements with Defendants Intuit Inc., Lucasfilm, Ltd., and Pixar)(Cisneros, Lisa) (Filed on 9/21/2013) Modified text on 9/23/2013 (dhms, COURT STAFF). (Entered: 09/21/2013);Declaration of Kelly M. Dermody in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010990968" onclick="goDLS('/doc1/035010990968','1561','','2','1','',''); return(false);">501</a> MOTION for Preliminary Approval [REDACTED] filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110990973" onclick="goDLS('/doc1/035110990973','243796','1563','','2','1','',''); return(false);">1</a> Exhibit 1, # <a href="https://ecf.cand.uscourts.gov/doc1/035110990974" onclick="goDLS('/doc1/035110990974','243796','1563','','2','1','',''); return(false);">2</a> Exhibit 2, # <a href="https://ecf.cand.uscourts.gov/doc1/035110990975" onclick="goDLS('/doc1/035110990975','243796','1563','','2','1','',''); return(false);">3</a> Exhibit 3, # <a href="https://ecf.cand.uscourts.gov/doc1/035110990976" onclick="goDLS('/doc1/035110990976','243796','1563','','2','1','',''); return(false);">4</a> Exhibit 4, # <a | | 4.00 |

1

**Monthly Dinger Billed Report**

10/03/2013

**for Sep 2013**

eturn(false);">4</a> Exhibit 4, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990977"
onclick="goDLS('/doc1/035110990977','243796','1563',',','2','1',',');r
eturn(false);">5</a> Exhibit 5, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990978"
onclick="goDLS('/doc1/035110990978','243796','1563',',','2','1',',');r
eturn(false);">6</a> Exhibit 6)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035010990968"
onclick="goDLS('/doc1/035010990968','243796','1561',',','2','1',',');r
eturn(false);">501</a> ) (Cisneros, Lisa) (Filed on 9/21/2013)
Modified text on 9/23/2013 (dhmS, COURT STAFF). (Entered:
09/21/2013);Declaration of Joseph R. Saveri in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035010990968"
onclick="goDLS('/doc1/035010990968','243796','1561',',','2','1',',');r
eturn(false);">501</a> MOTION for Preminary Approval of Class
Action Settlement [REDACTED] filed by Michael Devine, Mark
Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990987"
onclick="goDLS('/doc1/035110990987','243796','1566',',','2','1',',');r
eturn(false);">1</a> Exhibit 1)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035010990968"
onclick="goDLS('/doc1/035010990968','243796','1561',',','2','1',',');r
eturn(false);">501</a> ) (Cisneros, Lisa) (Filed on 9/21/2013)
Modified text on 9/23/2013 (dhmS, COURT STAFF). (Entered:
09/21/2013);Administrative Motion to File Under Seal <i>Portions
of Plaintiffs' Motion for Preliminary Approval of Class
Settlements</i> filed by Michael Devine, Mark Fichtner, Siddharth
Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990994"
onclick="goDLS('/doc1/035110990994','243796','1569',',','2','1',',');r
eturn(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990995"
onclick="goDLS('/doc1/035110990995','243796','1569',',','2','1',',');r
eturn(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990996"
onclick="goDLS('/doc1/035110990996','243796','1569',',','2','1',',');r
eturn(false);">3</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990997"
onclick="goDLS('/doc1/035110990997','243796','1569',',','2','1',',');r
eturn(false);">4</a> Exhibit 4, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990998"
onclick="goDLS('/doc1/035110990998','243796','1569',',','2','1',',');r
eturn(false);">5</a> Exhibit 5, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110990999"
onclick="goDLS('/doc1/035110990999','243796','1569',',','2','1',',');r
eturn(false);">6</a> Exhibit 6, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110991000"
onclick="goDLS('/doc1/035110991000','243796','1569',',','2','1',',');r
eturn(false);">7</a> Declaration Dean M. Harvey, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110991001"
onclick="goDLS('/doc1/035110991001','243796','1569',',','2','1',',');r
eturn(false);">8</a> Proposed Order)(Cisneros, Lisa) (Filed on
9/21/2013) (Entered: 09/21/2013);

| USDC Northern District of California | | 3462-0001 | 11cv2509 | |
|---|---|---|---|---|
| 09/30/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | MOTION for Leave to File <i>Statement of Recent Decision</i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035111001069" onclick="goDLS('/doc1/035111001069','243796','1571',',','2','1',',');r eturn(false);">1</a> Exhibit 1, # <a href="https://ecf.cand.uscourts.gov/doc1/035111001070" | 4.00 |

**Monthly Dinger Billed Report**                    10/03/2013

**for Sep 2013**

onclick="goDLS('/doc1/035111001070','243796','1571','','2','1','','');r
eturn(false);">2</a> Proposed Order and Stipulation)(Cisneros,
Lisa) (Filed on 9/25/2013) (Entered: 09/25/2013);NOTICE by
Lucasfilm Ltd., Pixar <i>of Letter to Attorneys General</i>
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111002350"
onclick="goDLS('/doc1/035111002350','243796','1573','','2','1','','');r
eturn(false);">1</a> Letter)(Henn, Emily) (Filed on 9/25/2013)
(Entered: 09/25/2013);NOTICE by Intuit Inc. <i>of Mailing of Letter
to Attorneys General Pursuant to 28 U.S.C. Section 1715</i>
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035111004328"
onclick="goDLS('/doc1/035111004328','243796','1575','','2','1','','');r
eturn(false);">1</a> Exhibit)(Kleman, David) (Filed on 9/25/2013)
(Entered: 09/25/2013);JOINT CASE MANAGEMENT
STATEMENT filed by Adobe Systems Inc., Apple Inc., Michael
Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel
Corp., Brandon Marshall, Daniel Stover. (Sessions, Justina) (Filed
on 9/26/2013) Modified text on 9/30/2013 (dhmS, COURT
STAFF). (Entered: 09/26/2013);<b>ORDER by Judge Lucy H. Koh
granting in part and denying in part (307) Administrative Motion to
File Under Seal; granting in part and denying in part (335)
Administrative Motion to File Under Seal; granting in part and
denying in part (346) Administrative Motion to File Under Seal;
granting in part and denying in part (394) Administrative Motion to
File Under Seal; granting in part and denying in part (271)
Administrative Motion to File Under Seal; granting in part and
denying in part (283) Administrative Motion to File Under Seal in
case 5:11-cv-02509-LHK (lhklc4, COURT STAFF) (Filed on
9/30/2013) (Entered: 09/30/2013)</b>;<b>ORDER by Judge Lucy
H. Koh granting <a
href="https://ecf.cand.uscourts.gov/doc1/035010846898"
onclick="goDLS('/doc1/035010846898','243796','1531','','2','1','','');r
eturn(false);">491</a> Motion for Leave to File; granting <a
href="https://ecf.cand.uscourts.gov/doc1/035010890369"
onclick="goDLS('/doc1/035010890369','243796','1550','','2','1','','');r
eturn(false);">496</a> Motion for Leave to File; granting <a
href="https://ecf.cand.uscourts.gov/doc1/035010919135"
onclick="goDLS('/doc1/035010919135','243796','1555','','2','1','','');r
eturn(false);">498</a> Motion for Leave to File; granting <a
href="https://ecf.cand.uscourts.gov/doc1/035010986179"
onclick="goDLS('/doc1/035010986179','243796','1557','','2','1','','');r
eturn(false);">499</a> Motion for Leave to File; granting <a
href="https://ecf.cand.uscourts.gov/doc1/035011001068"
onclick="goDLS('/doc1/035011001068','243796','1571','','2','1','','');r
eturn(false);">505</a> Motion for Leave to File. ****THIS IS A
TEXT-ONLY ENTRY. THERE IS NO DOCUMENT ASSOCIATED
WITH THIS DOCKET ENTRY**** (lhklc1, COURT STAFF) (Filed
on 9/30/2013) (Entered: 09/30/2013)</b>;





3

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| | Invoice # |
|---|---|
| | 528446 |

## INVOICE

Bill To
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

Ship To
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| | | | | | |
|---|---|---|---|---|---|
| ███ | ███ Court: U███ Ordered On███ Ordered By:███ Phone #███ | 1 | ███ 00 | | ███ |
| Copy Fee | Copy Fee (Copies 1 and greater = $0.50) | 20 | $0.00 | $0.00 | ███ |
| CA Document Download | Downloaded copy of document number: 1-11-CV-204187 Mark Fitchner individually and on behalf of all others similarly situated v. Adobe Systems Inc.; Apple Inc.; Google Inc.; Intel Corp; Intuit Inc.; Lucasfilm Ltd; Pixar Court: Santa Clara County Superior Court Ordered On: 08/12/13 Ordered By: renee mukherji Phone #: 415-956-1000 | 1 | $5.00 | $0.00 | $5.00 |
| Copy Fee | Copy Fee (Copies 1 and greater = $1.00) | 29 | $29.00 | $0.00 | $29.00 |
| ███ | T███ T███ Inc.; D███ O███ ███ | 1 | ███ $0.00 | | ███ |
| Copy Fee | Copy Fee (Copies 1 and greater = $1.00) | 15 | ███ $0.00 | | ███ |
| | | | | Total Due | |

Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 3  of  8

# COURTHOUSE NEWS SERVICE

| | Invoice # |
|---|---|
| | 527643 |

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 527643 | $369.00 | $369.00 | 09/01/2013 | 11/01/2013 | |

| Order Number: | 449754 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 3 | $9.00 | $0.00 | $9.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 72 | $360.00 | $0.00 | $360.00 |
| | | **Sub Totals** | | $0.00 | $369.00 |

| | |
|---|---|
| Payments | $0.00 |
| Credit | $0.00 |
| **Invoice Total** | $369.00 |

*CNR*
*2477/208035*

| Total Due | $369.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

## LIBRARY

SEP  6 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**    09/03/2013

**for Aug 2013**

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | **Court Name** | | **Reference Number** | **Case Number** | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 08/05/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | NOTICE of Appearance by Daniel Edward Purcell *</i>* (Purcell, Daniel) (Filed on 7/29/2013) (Entered: 07/29/2013);NOTICE of Appearance by Eugene Morris Paige *</i>* (Paige, Eugene) (Filed on 7/29/2013) (Entered: 07/29/2013);NOTICE of Appearance by Justina Kahn Sessions *</i>* (Sessions, Justina) (Filed on 7/29/2013) (Entered: 07/29/2013);Letter from Co-Lead Class Counsel *</i>re Notice of Settlement</i>*. (Harvey, Dean) (Filed on 7/30/2013) (Entered: 07/30/2013);CASE MANAGEMENT STATEMENT *</i>* filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Cisneros, Lisa) (Filed on 8/1/2013) (Entered: 08/01/2013); | | 3.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 08/12/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | MOTION for Leave to File *</i>Statement of Recent Decision</i>* filed by Apple Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110846899" onClick="goDLS('/doc1/035110846899','243796','1531','','2','1','','"); return(false);">1</a> Exhibit 1 - Statement of Recent Decision, # <a href="https://ecf.cand.uscourts.gov/doc1/035110846900" onClick="goDLS('/doc1/035110846900','243796','1531','','2','1','','"); return(false);">2</a> Proposed Order and Stipulation)(Riley, George) (Filed on 8/9/2013) (Entered: 08/09/2013); | | 3.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 08/19/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | TRANSCRIPT ORDER by Apple Inc. for Court Reporter Lee-Anne Shortridge. (Brown, Christina) (Filed on 8/12/2013) (Entered: 08/12/2013);TRANSCRIPT ORDER by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover for Court Reporter Lee-Anne Shortridge. (Cisneros, Lisa) (Filed on 8/12/2013) (Entered: 08/12/2013);Transcript of Proceedings held on 8-8-13, before Judge Lucy H. Koh. Court Reporter/Transcriber Lee-Anne Shortridge, Telephone number 408-287-4580 email: lee-anne_shortridge&#064;cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 11/18/2013. (Related documents(s) <a href="https://ecf.cand.uscourts.gov/doc1/035110848486" onClick="goDLS('/doc1/035110848486','243796','1534','','2','1','','"); return(false);">492</a> ) (las, ) (Filed on 8/19/2013) (Entered: 08/19/2013); | | 3.00 |
| | County Supreme | | | | |
| 08/01/13 | ████████████ | | | | ██ |
| | | | | | |
| 08/01/13 | ████████████ | | | | ██ |

1

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 525704 |

## INVOICE

**Bill To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

**Ship To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 525704 | $357.00 | $357.00 | 08/01/2013 | 10/01/2013 |

Order Number:   447542   Ship To:   Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.  Please see attached details of subsequent documents. | 4 | $12.00 | $0.00 | $12.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.  Please see attached details of emailed dings. | 69 | $345.00 | $0.00 | $345.00 |
| | **Sub Totals** | | | $0.00 | $357.00 |

CR
2477/207256

| | |
|---|---|
| Payments | $0.00 |
| Credit | $0.00 |
| **Invoice Total** | $357.00 |

| **Total Due** | $357.00 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

# LIBRARY
AUG 1 2 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

## Monthly Dinger Billed Report

08/01/2013

### for Jul 2013

| Account Number | | | Firm Name |
|---|---|---|---|

| 353 | Lieff Cabraser - SF |
|---|---|

| | Court Name | | Reference Number | Case Number |
|---|---|---|---|---|

| Date | Search Term(s) | Email | Summary | | Amount |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 07/01/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | NOTICE OF ERRATA to <a href="https://ecf.cand.uscourts.gov/doc1/035110683615" onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','',''); return(false);">439</a> Opposition to Supplemental Class Certification Motion and <a href="https://ecf.cand.uscourts.gov/doc1/035010683623" onClick="goDLS('/doc1/035010683623','243796','1369','','2','1','',''); return(false);">440</a> Supplemental Expert Report of Professor Kevin M. Murphy by Adobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110699018" onClick="goDLS('/doc1/035110699018','243796','1406','','2','1','',''); return(false);">1</a> Corrected Exhibit 7)(Brown, Christina) (Filed on 6/27/2013) Modified text on 6/28/2013 (dhmS, COURT STAFF). (Entered: 06/27/2013); | | 3.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 07/08/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | | 3.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 07/15/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Letter from Co-Lead Class Counsel <i>re Notice of Settlement</i>. (Harvey, Dean) (Filed on 7/12/2013) (Entered: 07/12/2013);Administrative Motion to File Under Seal <i></i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110752887" onClick="goDLS('/doc1/035110752887','243796','1412','','2','1','',''); return(false);">1</a> Declaration of Anne B. Shaver, # <a href="https://ecf.cand.uscourts.gov/doc1/035110752888" onClick="goDLS('/doc1/035110752888','243796','1412','','2','1','',''); return(false);">2</a> Proposed Order, # <a href="https://ecf.cand.uscourts.gov/doc1/035110752889" onClick="goDLS('/doc1/035110752889','243796','1412','','2','1','',''); return(false);">3</a> Exhibit, # <a href="https://ecf.cand.uscourts.gov/doc1/035110752890" onClick="goDLS('/doc1/035110752890','243796','1412','','2','1','',''); return(false);">4</a> Exhibit, # <a href="https://ecf.cand.uscourts.gov/doc1/035110752891" onClick="goDLS('/doc1/035110752891','243796','1412','','2','1','',''); return(false);">5</a> Exhibit, # <a href="https://ecf.cand.uscourts.gov/doc1/035110752892" onClick="goDLS('/doc1/035110752892','243796','1412','','2','1','',''); return(false);">6</a> Exhibit)(Shaver, Anne) (Filed on 7/12/2013) (Entered: 07/12/2013);REPLY (re <a href="https://ecf.cand.uscourts.gov/doc1/035010541854" onClick="goDLS('/doc1/035010541854','243796','1312','','2','1','',''); return(false);">418</a> SUPPLEMENTAL MOTION to Certify Class ) <i>[REDACTED]</i> filed byMichael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Shaver, Anne) (Filed on 7/12/2013) (Entered: 07/12/2013);Declaration of Anne B. Shaver in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035110752898" onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','',''); return(false);"> | | 3.00 |

**Monthly Dinger Billed Report**                    08/01/2013

**for Jul 2013**

onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','','');
return(false);">455</a> Reply to Opposition/Response <i></i> filed
byMichael Devine, Mark Fichtner, Siddharth Hariharan, Brandon
Marshall, Daniel Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110752919"
onClick="goDLS('/doc1/035110752919','243796','1417','','2','1','','');
return(false);">1</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110752920"
onClick="goDLS('/doc1/035110752920','243796','1417','','2','1','','');
return(false);">2</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110752921"
onClick="goDLS('/doc1/035110752921','243796','1417','','2','1','','');
return(false);">3</a> Exhibit)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110752898"
onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','','');
return(false);">455</a> ) (Shaver, Anne) (Filed on 7/12/2013)
(Entered: 07/12/2013);Declaration of Edward E. Leamer in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110752898"
onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','','');
return(false);">455</a> Reply to Opposition/Response
<i>[REDACTED]</i> filed byMichael Devine, Mark Fichtner,
Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110752898"
onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','','');
return(false);">455</a> ) (Shaver, Anne) (Filed on 7/12/2013)
(Entered: 07/12/2013);Declaration of Non-Party Sheryl Sandberg
in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110752898"
onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','','');
return(false);">455</a> Reply to Opposition/Response
<i>[REDACTED]</i> filed byMichael Devine, Mark Fichtner,
Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110752898"
onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','','');
return(false);">455</a> ) (Shaver, Anne) (Filed on 7/12/2013)
(Entered: 07/12/2013);CERTIFICATE OF SERVICE by Michael
Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall,
Daniel Stover re <a
href="https://ecf.cand.uscourts.gov/doc1/035110752930"
onClick="goDLS('/doc1/035110752930','243796','1420','','2','1','','');
return(false);">457</a> Declaration in Support, <a
href="https://ecf.cand.uscourts.gov/doc1/035010752918"
onClick="goDLS('/doc1/035010752918','243796','1417','','2','1','','');
return(false);">456</a> Declaration in Support, <a
href="https://ecf.cand.uscourts.gov/doc1/035110752898"
onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','','');
return(false);">455</a> Reply to Opposition/Response, <a
href="https://ecf.cand.uscourts.gov/doc1/035110752933"
onClick="goDLS('/doc1/035110752933','243796','1423','','2','1','','');
return(false);">458</a> Declaration in Support, <i></i> (Shaver,
Anne) (Filed on 7/12/2013) (Entered: 07/12/2013);<b>ORDER
REGARDING JULY 12, 2013 NOTICE OF SETTLEMENT
LETTER. Signed by Judge Lucy H. Koh on 7/14/2013. (lhklc3,
COURT STAFF) (Filed on 7/14/2013) (Entered: 07/14/2013);

| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
|---|---|---|---|---|---|
| 07/29/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | RESPONSE to ( <a href="https://ecf.cand.uscourts.gov/doc1/035010752886" onClick="goDLS('/doc1/035010752886','243796','1412','','2','1','','"); return(false);">454</a> PLAINTIFFS ADMINISTRATIVE MOTION | | 3.00 |

2

**Monthly Dinger Billed Report**                    08/01/2013

**for Jul 2013**

TO FILE UNDER SEAL PLAINTIFFS REPLY IN SUPPORT OF
SUPPLEMENTAL MOTION FOR CLASS CERTIFICATION filed
by Lucasfilm Ltd.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110775197"
onClick="goDLS('/doc1/035110775197','243796','1434','','2','1','','");
return(false);">1</a> Exhibit A, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110775198"
onClick="goDLS('/doc1/035110775198','243796','1434','','2','1','','");
return(false);">2</a> Exhibit B, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110775199"
onClick="goDLS('/doc1/035110775199','243796','1434','','2','1','','");
return(false);">3</a> Exhibit C, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110775200"
onClick="goDLS('/doc1/035110775200','243796','1434','','2','1','','");
return(false);">4</a> Exhibit D, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110775201"
onClick="goDLS('/doc1/035110775201','243796','1434','','2','1','','");
return(false);">5</a> Exhibit E)(Sessions, Justina) (Filed on
7/19/2013) Modified text on 7/23/2013 (dhmS, COURT STAFF).
(Entered: 07/19/2013);JOINT RESPONSE to <a
href="https://ecf.cand.uscourts.gov/doc1/035010752886"
onClick="goDLS('/doc1/035010752886','243796','1412','','2','1','','");
return(false);">454</a> Plaintiffs Administrative Motion To File
Under Seal filed by Adobe Systems Inc., Apple Inc., Google Inc.,
Intel Corp., Intuit Inc.. (Busch, Frank) (Filed on 7/19/2013)
Modified on 7/23/2013 counsel posted document incorrectly as a
motion and failed to link entry to related document (dhmS, COURT
STAFF). (Entered: 07/19/2013);Declaration of Lin W. Kahn in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','");
return(false);">462</a> Defendants Joint Response To Plaintiffs
Administrative Motion To File Under Seal filed by Adobe Systems
Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','");
return(false);">462</a> ) (Kahn, Lin) (Filed on 7/19/2013) Modified
text on 7/23/2013 (dhmS, COURT STAFF). (Entered:
07/19/2013);Declaration of Rowan T. Mason in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','");
return(false);">462</a> Defendants Joint Response To Plaintiffs
Administrative Motion To File Under Seal filed by Intuit Inc..
(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','");
return(false);">462</a> ) (Mason, Rowan) (Filed on 7/19/2013)
Modified text on 7/23/2013 (dhmS, COURT STAFF). (Entered:
07/19/2013);Declaration of Anne M. Selin in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','");
return(false);">462</a> Defendants Joint Response To Plaintiffs
Administrative Motion To File Under Seal filed by Google Inc..
(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','");
return(false);">462</a> ) (Selin, Anne) (Filed on 7/19/2013)
Modified text on 7/23/2013 (dhmS, COURT STAFF). (Entered:
07/19/2013);Declaration of Frank Busch in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','");
return(false);">462</a> Defendants Joint Response To Plaintiffs
Administrative Motion To File Under Seal filed by Intel Corp..
(Related document(s) <a

3

**Monthly Dinger Billed Report**          08/01/2013

**for Jul 2013**

(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','');
return(false);">462</a> ) (Busch, Frank) (Filed on 7/19/2013)
Modified text on 7/23/2013 (dhmS, COURT STAFF). (Entered:
07/19/2013);Proposed Order re <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','');
return(false);">462</a> Defendants Joint Response To Plaintiffs
Administrative Motion To File Under Seal by Adobe Systems Inc.,
Apple Inc., Google Inc., Intel Corp., Intuit Inc.. (Busch, Frank)
(Filed on 7/19/2013) Modified text on 7/23/2013 (dhmS, COURT
STAFF). (Entered: 07/19/2013);STATUS REPORT <i>re
Mediation</i> by Adobe Systems Inc., Apple Inc., Michael Devine,
Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit
Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover.
(Brown, Christina) (Filed on 7/19/2013) (Entered:
07/19/2013);OBJECTIONS to Evidence In Plaintiffs&#039; Reply
In Support of Supplemental Class Certification Motion and
Rebuttal Supplemental Expert Report of Edward E. Leamer, Ph.D.
re <a href="https://ecf.cand.uscourts.gov/doc1/035110752930"
onClick="goDLS('/doc1/035110752930','243796','1420','','2','1','','');
return(false);">457</a> Declaration of Edward E. Leamer , <a
href="https://ecf.cand.uscourts.gov/doc1/035110752898"
onClick="goDLS('/doc1/035110752898','243796','1414','','2','1','','');
return(false);">455</a> Reply to Opposition/Response, by Adobe
Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc..
(Brown, Christina) (Filed on 7/19/2013) Modified text on 7/23/2013
(dhmS, COURT STAFF). (Entered: 07/19/2013);REPLY in Support
of 418 Supplemental Class Certification MOTION filed by Adobe
Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110777083"
onClick="goDLS('/doc1/035110777083','243796','1460','','2','1','','');
return(false);">1</a> Exhibit Leamer)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','');
return(false);">462</a> ) (Busch, Frank) (Filed on 7/19/2013)
Modified on 7/23/2013 incorrect event type selected when posting
document. Entry linked to document #418 (dhmS, COURT
STAFF). (Entered: 07/19/2013);Declaration of Christina Brown in
Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110777069"
onClick="goDLS('/doc1/035110777069','243796','1456','','2','1','','');
return(false);">469</a> Objection <i>to Reply Evidence</i> filed
byAdobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit
Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110777097"
onClick="goDLS('/doc1/035110777097','243796','1463','','2','1','','');
return(false);">1</a> Exhibit A, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110777098"
onClick="goDLS('/doc1/035110777098','243796','1463','','2','1','','');
return(false);">2</a> Exhibit B)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110777069"
onClick="goDLS('/doc1/035110777069','243796','1456','','2','1','','');
return(false);">469</a> ) (Brown, Christina) (Filed on 7/19/2013)
(Entered: 07/19/2013);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc1/035110776665','243796','1437','','2','1','','');
return(false);">462</a> Defendants Joint Response To Plaintiffs
Administrative Motion To File Under Seal filed by Adobe Systems
Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc.. (Attachments:
# <a href="https://ecf.cand.uscourts.gov/doc1/035110777111"
onClick="goDLS('/doc1/035110777111','243796','1466','','2','1','','');

4

**Monthly Dinger Billed Report**

08/01/2013

**for Jul 2013**

onClick="goDLS('/doc1/035110777111','243796','1466','','2','1','','');
return(false);">1</a> Exhibit B, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110777112"
onClick="goDLS('/doc1/035110777112','243796','1466','','2','1','','');
return(false);">2</a> Exhibit C, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110777113"
onClick="goDLS('/doc1/035110777113','243796','1466','','2','1','','');
return(false);">3</a> Exhibit D)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110776665"
onClick="goDLS('/doc



# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|-----------|
| 524701 |

## INVOICE

**Bill To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

**Ship To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|----------------|--------------|--------------|--------------|----------|
| 524701 | $354.00 | $354.00 | 07/01/2013 | 09/01/2013 |

Order Number:  446416   Ship To:   Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---------|-------------|-----|------|-----|-------|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 3 | $9.00 | $0.00 | $9.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 69 | $345.00 | $0.00 | $345.00 |
| | **Sub Totals** | | | $0.00 | $354.00 |

|  | Payments | $0.00 |
|--|----------|-------|
|  | Credit | $0.00 |
|  | **Invoice Total** | $354.00 |

*CR*
*2477/206760*

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

Total Due $354.00
LIBRARY
JUL 1 5 2013
LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Jun 2013**

07/09/2013

| Account Number | | Firm Name | |
|---|---|---|---|
| 353 | | Lieff Cabraser - SF | |

| | Court Name | | Reference Number | Case Number |
|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | Amount |

| | | | | |
|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 |
| 06/03/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | TRANSCRIPT ORDER by Apple Inc. for Court Reporter Raynee Mercado. (Brown, Christina) (Filed on 5/20/2013) (Entered: 05/20/2013);MEDIATION STATUS REPORT by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Cisneros, Lisa) (Filed on 5/22/2013) Modified text on 5/23/2013 (dhmS, COURT STAFF). (Entered: 05/22/2013);STATUS REPORT *i>Joint Discovery Status Report</i> by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110589399" onClick="goDLS('/doc1/035110589399','243796','1359','','2','1','','"); return(false);">1</a> Declaration of James G. Dallal re: Extension of Time to File Due to Technical Failure Pursuant to Civil Local Rule 5-1(e)(5))(Dallal, James) (Filed on 5/28/2013) (Entered: 05/28/2013);<b>ORDER RE: DISCOVERY STATUS REPORTS. Signed by Judge Lucy H. Koh on May 30, 2013. (lhklc1, COURT STAFF) (Filed on 5/30/2013) (Entered: 05/30/2013);Transcript of Proceedings held on May 15, 2013, before Judge Lucy H. Koh. Court Reporter Raynee H. Mercado, CSR, Telephone number 510-451-7530, rayneeh&#064;hotmail.com, raynee_mercado&#064;cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 8/29/2013. (Related documents(s) <a href="https://ecf.cand.uscourts.gov/doc1/035110568761" onClick="goDLS('/doc1/035110568761','243796','1355','','2','1','','"); return(false);">434</a> ) (rhm) (Filed on 5/31/2013) (Entered: 05/31/2013); | 3.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 |
| 06/10/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | No new filings docketed. | 3.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 |
| 06/24/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | RESPONSE (re <a href="https://ecf.cand.uscourts.gov/doc1/035010541854" onClick="goDLS('/doc1/035010541854','243796','1312','','2','1','','"); return(false);">418</a> SUPPLEMENTAL MOTION to Certify Class ) <i></i> filed byAdobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar. (Brown, Christina) (Filed on 6/21/2013) (Entered: 06/21/2013);Declaration of KEVIN M. MURPHY in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035110683615" onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','"); return(false);">439</a> Opposition/Response to Motion <i></i> filed byAdobe Systems Inc., Apple Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110683634" | 3.00 |

1

**Monthly Dinger Billed Report**

**for Jun 2013**

07/09/2013

href="https://ecf.cand.uscourts.gov/doc1/035110683624"
onClick="goDLS('/doc1/035110683624','243796','1369','','2','1','','");
return(false);">1</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683625"
onClick="goDLS('/doc1/035110683625','243796','1369','','2','1','','");
return(false);">2</a> Appendix)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','','2','1','','");
return(false);">439</a> } (Busch, Frank) (Filed on 6/21/2013)
(Entered: 06/21/2013);Declaration of Christina Brown <i>in
support of Defendants&#039; Joint Adminstrative Motion to File
Under Seal Defendants&#039; Opposition to Plaintiffs&#039;
Supplemental Motion in Support of Class Certification and Related
Documents</i> filed byApple Inc.. (Brown, Christina) (Filed on
6/21/2013) (Entered: 06/22/2013);Declaration of Anne M. Selin
<i>In Support of Defendants&#039; Joint Administrative Motion to
Seal</i> filed byGoogle Inc.. (Selin, Anne) (Filed on 6/21/2013)
(Entered: 06/22/2013);Declaration of James M. Kennedy <i>in
Support of Defendants Joint Administrative Motion to File Under
Seal</i> filed byPixar. (Richardson, Chinue) (Filed on 6/21/2013)
(Entered: 06/22/2013);EXHIBITS re <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> Opposition/Response to Motion <i>Shaw
Expert Report</i> filed byAdobe Systems Inc.. (Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> ) (Kahn, Lin) (Filed on 6/22/2013)
(Entered: 06/22/2013);Declaration of Christina Brown in Support of
<a href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> Opposition/Response to Motion <i></i>
filed byAdobe Systems Inc., Apple Inc., Google Inc., Intel Corp.,
Intuit Inc., Lucasfilm Ltd., Pixar. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683656"
onClick="goDLS('/doc1/035110683656','243796','1381','','2','1','','");
return(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683657"
onClick="goDLS('/doc1/035110683657','243796','1381','','2','1','','");
return(false);">2</a> Exhibit 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683658"
onClick="goDLS('/doc1/035110683658','243796','1381','','2','1','','");
return(false);">3</a> Exhibit 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683659"
onClick="goDLS('/doc1/035110683659','243796','1381','','2','1','','");
return(false);">4</a> Exhibit 4, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683660"
onClick="goDLS('/doc1/035110683660','243796','1381','','2','1','','");
return(false);">5</a> Exhibit 5, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683661"
onClick="goDLS('/doc1/035110683661','243796','1381','','2','1','','");
return(false);">6</a> Exhibit 6, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683662"
onClick="goDLS('/doc1/035110683662','243796','1381','','2','1','','");
return(false);">7</a> Exhibit 7, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683663"
onClick="goDLS('/doc1/035110683663','243796','1381','','2','1','','");
return(false);">8</a> Exhibit 8, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683664"
onClick="goDLS('/doc1/035110683664','243796','1381','','2','1','','");
return(false);">9</a> Exhibit 9, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683665"
onClick="goDLS('/doc1/035110683665','243796','1381','','2','1','','");

2

**Monthly Dinger Billed Report**          07/09/2013

**for Jun 2013**

onClick="goDLS('/doc1/035110683665','243796','1381','','2','1','','");
return(false);">10</a> Exhibit 10)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> ) (Brown, Christina) (Filed on 6/22/2013)
(Entered: 06/22/2013);DECLARATION of Lin W. Kahn in
Opposition to <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> Opposition/Response to Motion <i></i>
filed byAdobe Systems Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683669"
onClick="goDLS('/doc1/035110683669','243796','1384','','2','1','','");
return(false);">1</a> Exhibit 1-10, part 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683670"
onClick="goDLS('/doc1/035110683670','243796','1384','','2','1','','");
return(false);">2</a> Exhibit 1-10, part 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683671"
onClick="goDLS('/doc1/035110683671','243796','1384','','2','1','','");
return(false);">3</a> Errata 11-20, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683672"
onClick="goDLS('/doc1/035110683672','243796','1384','','2','1','','");
return(false);">4</a> Exhibit 21-27, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683673"
onClick="goDLS('/doc1/035110683673','243796','1384','','2','1','','");
return(false);">5</a> Errata 28-30, part 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683674"
onClick="goDLS('/doc1/035110683674','243796','1384','','2','1','','");
return(false);">6</a> Exhibit 28-30, part 2)(Related document(s)
<a href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> ) (Kahn, Lin) (Filed on 6/22/2013)
(Entered: 06/22/2013);Declaration of Lin W. Kahn in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> Opposition/Response to Motion <i>In
Support of Joint Administrative Motion to File Under Seal
Defendants&#039; Opposition to Plaintiffs&#039; Supplemental
Motion in Support of Class Certification and Related
Documents</i> filed byAdobe Systems Inc.. (Related document(s)
<a href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> ) (Kahn, Lin) (Filed on 6/22/2013)
(Entered: 06/22/2013);Declaration of Catherine T. Zeng in Support
of <a href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> Opposition/Response to Motion <i></i>
filed byIntuit Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110683615"
onClick="goDLS('/doc1/035110683615','243796','1366','','2','1','','");
return(false);">439</a> ) (Zeng, Catherine) (Filed on 6/22/2013)
(Entered: 06/22/2013);Declaration of Frank Busch <i>in Support of
Defendants Joint Administrative Motion to File Under Seal</i> filed
byIntel Corp.. (Busch, Frank) (Filed on 6/22/2013) (Entered:
06/22/2013);Joint Administrative Motion to File Under Seal <i></i>
filed by Lucasfilm Ltd.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683687"
onClick="goDLS('/doc1/035110683687','243796','1395','','2','1','','");
return(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110683688"
onClick="goDLS('/doc1/035110683688','243796','1395','','2','1','','");
return(false);">2</a> Exhibit 2, # <a href="https://ecf

3

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: 626/577-6726   Technical Questions: 626/577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|-----------|
| 522855 |

## INVOICE

Bill To
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

Ship To
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| CURRENT INVOICE | | | | | |
|---|---|---|---|---|---|
| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
| 522855 | $554.00 | $554.00 | 06/01/2013 | 08/01/2013 | |
| Order Number: | 444257 | Ship To: | Lieff Cabraser - SF 275 Battery Street 30th Floor San Francisco, CA. 94111 Attn: Renee Mukherji - Library | | |

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint. Please see attached details of subsequent documents. | 3 | $9.00 | $0.00 | $9.00 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage. Please see attached details of emailed dings. | 109 | $545.00 | $0.00 | $545.00 |
| | **Sub Totals** | | | $0.00 | $554.00 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $554.00 |

CR
2477 /206090

| Total Due | $554.00 |
|-----------|---------|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1 of 1

**LIBRARY**
JUN 1 1 2013



LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**          06/10/2013

**for May 2013**

| Account Number | | Firm Name | | |
|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 05/06/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | STATUS REPORT <i>Joint Discovery Status Report</i> by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover. (Dallal, James) (Filed on 5/3/2013) (Entered: 05/03/2013); | | 3.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 05/13/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.c om | JOINT CASE MANAGEMENT CONFERENCE STATEMENT filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Cisneros, Lisa) (Filed on 5/8/2013) Modified text on 5/9/2013 (dhmS, COURT STAFF). (Entered: 05/08/2013);STATUS REPORT <i>Joint Discovery Status Report</i> by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover. (Dallal, James) (Filed on 5/10/2013) (Entered: 05/10/2013);Administrative Motion to File Under Seal <i></i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110541836" onClick="goDLS('/doc1/035110541836','243796','1310','','2','1','',''); return(false);">1</a> Exhibit 1:Redacted Supplemental Class Certification Motion, # <a href="https://ecf.cand.uscourts.gov/doc1/035110541837" onClick="goDLS('/doc1/035110541837','243796','1310','','2','1','',''); return(false);">2</a> Exhibit 2:Redacted Expert Report of Kevin Hallock, # <a href="https://ecf.cand.uscourts.gov/doc1/035110541838" onClick="goDLS('/doc1/035110541838','243796','1310','','2','1','',''); return(false);">3</a> Exhibit 3: Redacted Report of Edward Leamer, # <a href="https://ecf.cand.uscourts.gov/doc1/035110541839" onClick="goDLS('/doc1/035110541839','243796','1310','','2','1','',''); return(false);">4</a> Proposed Order)(Harvey, Dean) (Filed on 5/10/2013) (Entered: 05/10/2013);Supplemental MOTION to Certify Class <i></i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan. Brandon Marshall, Daniel Stover. Motion Hearing set for 8/8/2013 01:30 PM in Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Responses due by 6/21/2013. Replies due by 7/12/2013. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110541855" onClick="goDLS('/doc1/035110541855','243796','1312','','2','1','',''); return(false);">1</a> Declaration Dean Harvey, # <a href="https://ecf.cand.uscourts.gov/doc1/035110541856" onClick="goDLS('/doc1/035110541856','243796','1312','','2','1','',''); return(false);">2</a> Declaration Lisa Cisneros, # <a href="https://ecf.cand.uscourts.gov/doc1/035110541857" onClick="goDLS('/doc1/035110541857','243796','1312','','2','1','',''); return(false);">3</a> Exhibit Redacted Expert Report of Kevin Hallock, # <a href="https://ecf.cand.uscourts.gov/doc1/035110541858" onClick="goDLS('/doc1/035110541858','243796','1312','','2','1','',''); return(false);">4</a> Exhibit Redacted Expert Report of Edward Leamer, # <a href="https://ecf.cand.uscourts.gov/doc1/035110541859" | | 3.00 |

## Monthly Dinger Billed Report

06/10/2013

### for May 2013

href="https://ecf.cand.uscourts.gov/doc1/035110541859"
onClick="goDLS('/doc1/035110541859','243796','1312','','2','1','',''");
return(false);">5</a> Proposed Order)(Harvey, Dean) (Filed on
5/10/2013) (Entered: 05/10/2013);

| | | | | |
|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 |
| 05/20/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | | 3.00 |

<b>Order by Hon. Lucy H. Koh granting <a
href="https://ecf.cand.uscourts.gov/doc1/035010385936"
onClick="goDLS('/doc1/035010385936','243796','1174','','2','1','',''");
return(false);">370</a> Motion to Withdraw as Attorney. Attorney
Robert T. Haslam, III terminated.(lhklc3, COURT STAFF) (Filed on
5/14/2013) (Entered: 05/14/2013);<b>Order by Hon. Lucy H. Koh
granting <a
href="https://ecf.cand.uscourts.gov/doc1/035110388605"
onClick="goDLS('/doc1/035110388605','243796','1176','','2','1','',''");
return(false);">371</a> Stipulation Regarding Document
Admissibility and Authentication.(lhklc3, COURT STAFF) (Filed on
5/14/2013) (Entered: 05/14/2013);<b>CASE MANAGEMENT
ORDER. Signed by Judge Lucy H. Koh on 5/15/2013. (lhklc3,
COURT STAFF) (Filed on 5/15/2013) (Entered:
05/15/2013);Minute Entry: Further Case Management Conference
held on 5/15/2013 before Judge Lucy H. Koh (Date Filed:
5/15/2013. Further Case Management Conference set for
8/8/2013 01:30 PM in Courtroom 8, 4th Floor, San Jose. (Court
Reporter Raynee Mercado.) (mpb, COURT STAFF) (Date Filed:
5/15/2013) (Entered: 05/16/2013);JOINT DISCOVERY STATUS
REPORT by Michael Devine, Mark Fichtner, Siddharth Hariharan,
Brandon Marshall, Daniel Stover. (Cisneros, Lisa) (Filed on
5/17/2013) Modified text on 5/20/2013 (dhmS, COURT STAFF).
(Entered: 05/17/2013);Joint Response to Administrative Motion to
File Under Seal Plaintiffs&#039; Supplemental Motion in Support
of Class Certification and Related Documents filed by Adobe
Systems Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110564883"
onClick="goDLS('/doc1/035110564883','243796','1325','','2','1','',''");
return(false);">1</a> Exhibit Expert Witness Report of Kevin
Hallock - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110564884"
onClick="goDLS('/doc1/035110564884','243796','1325','','2','1','',''");
return(false);">2</a> Exhibit Supplemental Expert Report of
Edward E. Leamer, Ph.D. - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110564885"
onClick="goDLS('/doc1/035110564885','243796','1325','','2','1','',''");
return(false);">3</a> Exhibit Plaintiffs&#039; Supplemental Motion
and Brief in Support of Class Certification - REDACTED, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110564886"
onClick="goDLS('/doc1/035110564886','243796','1325','','2','1','',''");
return(false);">4</a> Proposed Order, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110564887"
onClick="goDLS('/doc1/035110564887','243796','1325','','2','1','',''");
return(false);">5</a> Certificate/Proof of Service POS of
Documents Lodged Under Seal)(Kiernan, David) (Filed on
5/17/2013) Modified text on 5/20/2013 (dhmS, COURT STAFF).
(Entered: 05/17/2013);Declaration of Catherine T. Zeng in Support
of <a href="https://ecf.cand.uscourts.gov/doc1/035010564882"
onClick="goDLS('/doc1/035010564882','243796','1325','','2','1','',''");
return(false);">424</a> Response to Administrative Motion to File
Under Seal Plaintiffs&#039; Supplemental Motion in Support of
Class Certification and Related Documents filed by Intuit Inc..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565023"
onClick="goDLS('/doc1/035110565023','243796','1327','','2','1','',''");
return(false);">1</a> Exhibit EE, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565024"

2

**Monthly Dinger Billed Report**     06/10/2013

   **for May 2013**

```
href="https://ecf.cand.uscourts.gov/doc1/035110565024"
onClick="goDLS('/doc1/035110565024','243796','1327','','2','1','','');
return(false);">2</a> Exhibit FF, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565025"
onClick="goDLS('/doc1/035110565025','243796','1327','','2','1','','');
return(false);">3</a> Exhibit GG, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565026"
onClick="goDLS('/doc1/035110565026','243796','1327','','2','1','','');
return(false);">4</a> Exhibit HH, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565027"
onClick="goDLS('/doc1/035110565027','243796','1327','','2','1','','');
return(false);">5</a> Exhibit II, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565028"
onClick="goDLS('/doc1/035110565028','243796','1327','','2','1','','');
return(false);">6</a> Exhibit JJ, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565029"
onClick="goDLS('/doc1/035110565029','243796','1327','','2','1','','');
return(false);">7</a> Exhibit 912, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565030"
onClick="goDLS('/doc1/035110565030','243796','1327','','2','1','','');
return(false);">8</a> Exhibit 914, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565031"
onClick="goDLS('/doc1/035110565031','243796','1327','','2','1','','');
return(false);">9</a> Exhibit 1107, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565032"
onClick="goDLS('/doc1/035110565032','243796','1327','','2','1','','');
return(false);">10</a> Exhibit 1760, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565033"
onClick="goDLS('/doc1/035110565033','243796','1327','','2','1','','');
return(false);">11</a> Exhibit 1761, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565034"
onClick="goDLS('/doc1/035110565034','243796','1327','','2','1','','');
return(false);">12</a> Exhibit 2135, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565035"
onClick="goDLS('/doc1/035110565035','243796','1327','','2','1','','');
return(false);">13</a> Exhibit 2140, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565036"
onClick="goDLS('/doc1/035110565036','243796','1327','','2','1','','');
return(false);">14</a> Exhibit 2142, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565037"
onClick="goDLS('/doc1/035110565037','243796','1327','','2','1','','');
return(false);">15</a> Exhibit 2738, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565038"
onClick="goDLS('/doc1/035110565038','243796','1327','','2','1','','');
return(false);">16</a> Exhibit 2739 Part 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565039"
onClick="goDLS('/doc1/035110565039','243796','1327','','2','1','','');
return(false);">17</a> Exhibit 2739 Part 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565040"
onClick="goDLS('/doc1/035110565040','243796','1327','','2','1','','');
return(false);">18</a> Exhibit 2739 Part 3, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565041"
onClick="goDLS('/doc1/035110565041','243796','1327','','2','1','','');
return(false);">19</a> Exhibit 2740 Part 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565042"
onClick="goDLS('/doc1/035110565042','243796','1327','','2','1','','');
return(false);">20</a> Exhibit 2740 Part 2, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565043"
onClick="goDLS('/doc1/035110565043','243796','1327','','2','1','','');
return(false);">21</a> Exhibit 2743, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565044"
onClick="goDLS('/doc1/035110565044','243796','1327','','2','1','','');
return(false);">22</a> Exhibit 2744, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565045"
```

3

**Monthly Dinger Billed Report**

**for May 2013**

06/10/2013

href="https://ecf.cand.uscourts.gov/doc1/035110565045"
onClick="goDLS('/doc1/035110565045','243796','1327','','2','1','','');
return(false);">23</a> Certificate/Proof of Service)(Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035010564882"
onClick="goDLS('/doc1/035010564882','243796','1325','','2','1','','');
return(false);">424</a> ) (Zeng, Catherine) (Filed on 5/17/2013)
Modified text on 5/20/2013 (dhmS, COURT STAFF). (Entered:
05/17/2013);Declaration of Justina K. Sessions in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035010564882"
onClick="goDLS('/doc1/035010564882','243796','1325','','2','1','','');
return(false);">424</a> Joint Response to Administrative Motion to
File Under Seal Plaintiffs&#039; Supplemental Motion in Support
of Class Certification and Related Documents filed by Lucasfilm
Ltd.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565049"
onClick="goDLS('/doc1/035110565049','243796','1330','','2','1','','');
return(false);">1</a> Exhibit 17, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565050"
onClick="goDLS('/doc1/035110565050','243796','1330','','2','1','','');
return(false);">2</a> Exhibit 8, # <a
href="https://ecf.cand.uscourts.gov/doc1/03511



USDC Eastern District of Pennsylvania                3462-0001

| 05/02/13 | compensation | dharvey@lchb.com | Antitrust action over defendants' scheme to make defendant Lund Law the dominant law firm providing personal injury, social-security disability and Workers' Compensation legal representation in the greater Philadelphia area. The scheme involves "a panoply of predatory conduct" including entering into exclusive and restrictive contracts with co-conspiring media outlets that stifle advertising by plaintiff and involves the filing of meritless | 5.00 |

4

**Monthly Dinger Billed Report**

**for May 2013**

06/10/2013

href="https://ecf.cand.uscourts.gov/doc1/035110565045"
onClick="goDLS('/doc1/035110565045','243796','1327','','2','1','','');
return(false);">23</a> Certificate/Proof of Service)(Related
document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035010564882"
onClick="goDLS('/doc1/035010564882','243796','1325','','2','1','','');
return(false);">424</a> ) (Zeng, Catherine) (Filed on 5/17/2013)
Modified text on 5/20/2013 (dhmS, COURT STAFF). (Entered:
05/17/2013);Declaration of Justina K. Sessions in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035010564882"
onClick="goDLS('/doc1/035010564882','243796','1325','','2','1','','');
return(false);">424</a> Joint Response to Administrative Motion to
File Under Seal Plaintiffs&#039; Supplemental Motion in Support
of Class Certification and Related Documents filed by Lucasfilm
Ltd.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565049"
onClick="goDLS('/doc1/035110565049','243796','1330','','2','1','','');
return(false);">1</a> Exhibit 17, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110565050"
onClick="goDLS('/doc1/035110565050','243796','1330','','2','1','','');
return(false);">2</a> Exhibit 8, # <a
href="https://ecf.cand.uscourts.gov/doc1/03511



USDC Eastern District of Pennsylvania                3462-0001                2:13cv2398

05/02/13   compensation   dharvey@lchb.c   Antitrust action over defendants' scheme to make defendant Lund   5.00
                          om            Law the dominant law firm providing personal injury,
                                        social-security disability and Workers' Compensation legal
                                        representation in the greater Philadelphia area. The scheme
                                        involves "a panoply of predatory conduct" including entering into
                                        exclusive and restrictive contracts with co-conspiring media outlets
                                        that stifle advertising by plaintiff and involves the filing of meritless

4

## Monthly Dinger Billed Report
### for May 2013

06/10/2013



# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 520888 |

## INVOICE

**LIBRARY**

MAY 2 4 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 520888 | $526.90 | $526.90 | 05/01/2013 | 07/01/2013 | |

| Order Number: | 441999 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $11.90 | $0.00 | $11.90 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 103 | $515.00 | $0.00 | $515.00 |

| | Sub Totals | $0.00 | $526.90 |
|---|---|---|---|

| | | |
|---|---|---|
| | Payments | $0.00 |
| | Credit | $0.00 |
| | **Invoice Total** | $526.90 |

CR.
2477/205294

| Total Due | $526.90 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1   of   1

**Monthly Dinger Billed Report**

**for Apr 2013**

05/08/2013

| Account Number | | Firm Name | |
|---|---|---|---|
| 353 | | Lieff Cabraser - SF | |

| | Court Name | | Reference Number | Case Number |
|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | Amount |

USDC Northern District of California · 3462-0001 · 11cv2509

| Date | Search Term(s) | Email | Summary | Amount |
|---|---|---|---|---|
| 04/01/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Transcript of Proceedings held on 3-13-13, before Judge Lucy H. Koh. Court Reporter/Transcriber Lee-Anne Shortridge, Telephone number 408-287-4580 email: lee-anne_shortridge&#064;cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 6/24/2013. (Related documents(s) <a href="https://ecf.cand.uscourts.gov/doc1/035110352321" onClick="goDLS('/doc1/035110352321','243796','1158','','2','1','',''); return(false);">363</a> ) (las, ) (Filed on 3/26/2013) (Entered: 03/26/2013);TRANSCRIPT ORDER by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover for Court Reporter Lee-Anne Shortridge. (Cisneros, Lisa) (Filed on 3/26/2013) (Entered: 03/26/2013);MOTION for Leave to File <i>Statement of Recent Decision</i> filed by Intuit Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110383948" onClick="goDLS('/doc1/035110383948','243796','1170','','2','1','',''); return(false);">1</a> Exhibit 1, # <a href="https://ecf.cand.uscourts.gov/doc1/035110383949" onClick="goDLS('/doc1/035110383949','243796','1170','','2','1','',''); return(false);">2</a> Exhibit A, # <a href="https://ecf.cand.uscourts.gov/doc1/035110383950" onClick="goDLS('/doc1/035110383950','243796','1170','','2','1','',''); return(false);">3</a> Proposed Order)(Zeng, Catherine) (Filed on 3/27/2013) (Entered: 03/27/2013);TRANSCRIPT ORDER by Intel Corp. for Court Reporter Lee-Anne Shortridge. (Busch, Frank) (Filed on 3/28/2013) (Entered: 03/28/2013);MOTION to Withdraw as Attorney <i></i> filed by Pixar. Responses due by 4/11/2013. Replies due by 4/18/2013. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110385937" onClick="goDLS('/doc1/035110385937','243796','1174','','2','1','',''); return(false);">1</a> Proposed Order)(Haslam, Robert) (Filed on 3/28/2013) (Entered: 03/28/2013);STIPULATION WITH PROPOSED ORDER <i>Regarding Document Admissibility and Authentication</i> filed by Adobe Systems Inc.. (Mittelstaedt, Robert) (Filed on 3/28/2013) (Entered: 03/28/2013);Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035010383947" onClick="goDLS('/doc1/035010383947','243796','1170','','2','1','',''); return(false);">368</a> Motion for Leave to File.(lhklc3, COURT STAFF) (Filed on 3/29/2013) (Entered: 03/29/2013);Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035010322426" onClick="goDLS('/doc1/035010322426','243796','1111','','2','1','',''); return(false);">343</a> Motion for Leave to File Recent Decision.(lhklc3, COURT STAFF) (Filed on 3/29/2013) (Entered: 03/29/2013);Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/035010304433" onClick="goDLS('/doc1/035010304433','243796','1102','','2','1','',''); return(false);"> | 2.90 |

**Monthly Dinger Billed Report**      05/08/2013

**for Apr 2013**

onClick="goDLS('/doc1/035010304433','243796','1102','','2','1','','');
return(false);">339</a> Motion for Leave to File Recent
Decision.(lhklc3, COURT STAFF) (Filed on 3/29/2013) (Entered:
03/29/2013);Supplemental Brief re <a
href="https://ecf.cand.uscourts.gov/doc1/035110347289"
onClick="goDLS('/doc1/035110347289','243796','1154','','2','1','','');
return(false);">315</a> Order on Administrative Motion to File
Under Seal <i>filed pursuant to Order dkt. no. 361</i> filed
byGoogle Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110347289"
onClick="goDLS('/doc1/035110347289','243796','1154','','2','1','','');
return(false);">361</a> ) (Evans, Eric) (Filed on 3/29/2013)
(Entered: 03/29/2013);Declaration of D. Harvey in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035110347289"
onClick="goDLS('/doc1/035110347289','243796','1154','','2','1','','');
return(false);">361</a> Order on Administrative Motion to File
Under Seal <i>pursuant to Order dkt. no. 361</i> filed byGoogle
Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110347289"
onClick="goDLS('/doc1/035110347289','243796','1154','','2','1','','');
return(false);">361</a> ) (Evans, Eric) (Filed on 3/29/2013)
(Entered: 03/29/2013);RESPONSE to re <a
href="https://ecf.cand.uscourts.gov/doc1/035110347289"
onClick="goDLS('/doc1/035110347289','243796','1154','','2','1','','');
return(false);">361</a> Order on Administrative Motion to File
Under Seal <i>pursuant to Order dkt. no. 361</i> by Google Inc..
(Evans, Eric) (Filed on 3/29/2013) (Entered:
03/29/2013);DECLARATION of Eric B. Evans in Opposition to <a
href="https://ecf.cand.uscourts.gov/doc1/035110347289"
onClick="goDLS('/doc1/035110347289','243796','1154','','2','1','','');
return(false);">361</a> Order on Administrative Motion to File
Under Seal <i>pursuant to Order dkt. no. 361</i> filed byGoogle
Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110347289"
onClick="goDLS('/doc1/035110347289','243796','1154','','2','1','','');
return(false);">361</a> ) (Evans, Eric) (Filed on 3/29/2013)
(Entered: 03/29/2013);STATUS REPORT <i>Joint Discovery
Status Report</i> by Adobe Systems Inc., Apple Inc., Michael
Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel
Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel
Stover. (Harvey, Dean) (Filed on 3/29/2013) (Entered:
03/29/2013);

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 04/15/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | ORDER REGARDING DISCOVERY. Signed by Judge Lucy H. Koh on 4/01/2013. (lhklc3, COURT STAFF) (Filed on 4/1/2013) (Entered: 04/01/2013);CLERKS NOTICE CONTINUING FURTHER CASE MANAGEMENT CONFERENCE Further Case Management Conference set for 4/8/2013 10:00 AM in Courtroom 8, 4th Floor, San Jose. *****THIS IS A TEXT ONLY NOTICE. THERE IS NO DOCUMENT ASSOCIATED WITH THIS DOCKET ENTRY***** (mpb, COURT STAFF) (Filed on 4/2/2013) (Entered: 04/02/2013);ORDER by Judge Lucy H. Koh granting in part and denying in part (187) Motion to Certify Class; denying (210) Motion to Strike ; denying (263) Motion for Leave to File in case 5:11-cv-02509-LHK (lhklc3, COURT STAFF) (Filed on 4/5/2013) (Entered: 04/05/2013);DOCUMENT E-FILED UNDER SEAL by Court Staff. (lhklc3, COURT STAFF) (Filed on 4/5/2013) (Additional attachment(s) added on 4/5/2013: # <a href="https://ecf.cand.uscourts.gov/doc1/035110413879" onClick="goDLS('/doc1/035110413879','243796','1206','','2','1','',''); return(false);">1</a> Certificate/Proof of Service) (mpb5, COURT STAFF). (Entered: 04/05/2013);ORDER RE: JOINT CASE MANAGEMENT STATEMENT. Signed by Judge Lucy H. Koh on | | 3.00 |

## Monthly Dinger Billed Report

05/08/2013

### for Apr 2013

MANAGEMENT STATEMENT. Signed by Judge Lucy H. Koh on
April 5, 2013. (lhklc1, COURT STAFF) (Filed on 4/5/2013)
(Entered: 04/05/2013);STATUS REPORT <i>Joint Discovery
Status Report</i> by Michael Devine, Mark Fichtner, Siddharth
Hariharan, Brandon Marshall, Daniel Stover. (Cisneros, Lisa)
(Filed on 4/5/2013) (Entered: 04/05/2013);JOINT CASE
MANAGEMENT STATEMENT filed by Adobe Systems Inc..
(Kiernan, David) (Filed on 4/8/2013) Modified text on 4/9/2013
(dhmS, COURT STAFF). (Entered: 04/08/2013);TRANSCRIPT
ORDER by Lucasfilm Ltd. for Court Reporter Lee-Anne Shortridge.
(Paige, Eugene) (Filed on 4/8/2013) (Entered: 04/08/2013);Minute
Entry and Case Management Order: Further Case Management
Conference held on 4/8/2013 before Judge Lucy H. Koh (Date
Filed: 4/8/2013). Further Case Management Conference set for
5/15/2013 02:00 PM in Courtroom 8, 4th Floor, San Jose. Final
Pretrial Conference set for 5/8/2014 01:30 PM in Courtroom 8, 4th
Floor, San Jose. Jury Selection set for 5/27/2014 09:00 AM in
Courtroom 8, 4th Floor, San Jose before Hon. Lucy H. Koh. Jury
Trial set for 5/27/2014 09:00 AM in Courtroom 8, 4th Floor, San
Jose before Hon. Lucy H. Koh. (Court Reporter Lee-Anne
Shortridge.) (mpb, COURT STAFF) (Date Filed: 4/8/2013)
(Entered: 04/08/2013);Set/Reset Hearing re <a
href="https://ecf.cand.uscourts.gov/doc1/035110420063"
onClick="goDLS('/doc1/035110420063','243796','1221','','2','1','','');
return(false);">388</a> Case Management Conference - Further,
Set Hearings Final Pretrial Conference set for 5/8/2014 01:30 PM
in Courtroom 8, 4th Floor, San Jose. (mpb, COURT STAFF) (Filed
on 4/8/2013) (Entered: 04/08/2013);TRANSCRIPT ORDER by
Apple Inc. for Court Reporter Lee-Anne Shortridge. (Brown,
Christina) (Filed on 4/8/2013) (Entered: 04/08/2013);NOTICE by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon
Marshall, Daniel Stover <i>OF WITHDRAWAL REGARDING DKT.
NOS. <a href="https://ecf.cand.uscourts.gov/doc1/03509824251"
onClick="goDLS('/doc1/03509824251','243796','648','','2','1','','');ret
urn(false);">186</a> AND <a
href="https://ecf.cand.uscourts.gov/doc1/035010044573"
onClick="goDLS('/doc1/035010044573','243796','833','','2','1','','');r
eturn(false);">246</a> </i> (Harvey, Dean) (Filed on 4/9/2013)
(Entered: 04/09/2013);Notice of Withdrawal of Motion
<i>Regarding Dkt. Nos. <a
href="https://ecf.cand.uscourts.gov/doc1/03509849819"
onClick="goDLS('/doc1/03509849819','243796','677','','2','1','','');ret
urn(false);">195</a> , <a
href="https://ecf.cand.uscourts.gov/doc1/03519957964"
onClick="goDLS('/doc1/03519957964','243796','729','','2','1','','');ret
urn(false);">211</a> , <a
href="https://ecf.cand.uscourts.gov/doc1/035010069720"
onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');r
eturn(false);">254</a> , <a
href="https://ecf.cand.uscourts.gov/doc1/035010127899"
onClick="goDLS('/doc1/035010127899','243796','883','','2','1','','');r
eturn(false);">264</a> , and <a
href="https://ecf.cand.uscourts.gov/doc1/035010168265"
onClick="goDLS('/doc1/035010168265','243796','967','','2','1','','');r
eturn(false);">292</a> </i> (Hinman, Frank) (Filed on 4/9/2013)
(Entered: 04/09/2013);Transcript of Proceedings held on 4-8-13,
before Judge Lucy H. Koh. Court Reporter/Transcriber Lee-Anne
Shortridge, Telephone number 408-287-4580 email:
lee-anne_shortridge&#064;cand.uscourts.gov. Per General Order
No. 59 and Judicial Conference policy, this transcript may be
viewed only at the Clerks Office public terminal or may be
purchased through the Court Reporter/Transcriber until the
deadline for the Release of Transcript Restriction.After that date it
may be obtained through PACER. Any Notice of Intent to Request

3

**Monthly Dinger Billed Report**                              05/08/2013

### for Apr 2013

may be obtained through PACER. Any Notice of Intent to Request
Redaction, if required, is due no later than 5 business days from
date of this filing. Release of Transcript Restriction set for
7/11/2013. (Related documents(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110418535"
onClick="goDLS('/doc1/035110418535','243796','1219',",'2','1',",");
return(false);">387</a> (las, ) (Filed on 4/12/2013) (Entered:
04/12/2013);STATUS REPORT <i>Joint Discovery Status
Report</i> by Michael Devine, Mark Fichtner, Siddharth
Hariharan, Brandon Marshall, Daniel Stover. (Cisneros, Lisa)
(Filed on 4/12/2013) (Entered: 04/12/2013);Joint Administrative
Motion to File Under Seal <i>Portions of the Expert Reports of Dr.
Leamer and Dr. Murphy</i> filed by Adobe Systems Inc., Apple
Inc., Google Inc., Intel Corp., Intuit Inc., Lucasfilm Ltd., Pixar.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439973"
onClick="goDLS('/doc1/035110439973','243796','1246',",'2','1',",");
return(false);">1</a> Exhibit A-1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439974"
onClick="goDLS('/doc1/035110439974','243796','1246',",'2','1',",");
return(false);">2</a> Exhibit B-1 (part 1), # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439975"
onClick="goDLS('/doc1/035110439975','243796','1246',",'2','1',",");
return(false);">3</a> Exhibit B-1 (part 2), # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439976"
onClick="goDLS('/doc1/035110439976','243796','1246',",'2','1',",");
return(false);">4</a> Exhibit B-1 (part 3), # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439977"
onClick="goDLS('/doc1/035110439977','243796','1246',",'2','1',",");
return(false);">5</a> Exhibit C-1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439978"
onClick="goDLS('/doc1/035110439978','243796','1246',",'2','1',",");
return(false);">6</a> Exhibit D-1. # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439979"
onClick="goDLS('/doc1/035110439979','243796','1246',",'2','1',",");
return(false);">7</a> Exhibit E-1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439980"
onClick="goDLS('/doc1/035110439980','243796','1246',",'2','1',",");
return(false);">8</a> Exhibit F-1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439981"
onClick="goDLS('/doc1/035110439981','243796','1246',",'2','1',",");
return(false);">9</a> Exhibit G-1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439982"
onClick="goDLS('/doc1/035110439982','243796','1246',",'2','1',",");
return(false);">10</a> Exhibit A-2 (highlighted), # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439983"
onClick="goDLS('/doc1/035110439983','243796','1246',",'2','1',",");
return(false);">11</a> Exhibit B-2 (highlighted), # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439984"
onClick="goDLS('/doc1/035110439984','243796','1246',",'2','1',",");
return(false);">12</a> Exhibit C-2 (highlighted), # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439985"
onClick="goDLS('/doc1/035110439985','243796','1246',",'2','1',",");
return(false);">13</a> Exhibit D-2 (highlighted), # <a
href="https://ecf.cand.uscourts.gov/doc1/035110439986"
onClick="goDLS('/doc1/035110439986','243796','1246',",'2','1',",");
return(false);">14</a> Exhibit E-2 (highlighted), # <a
href="https://ecf.cand.uscourts.g

| USDC Northern District of California | | | 3462-0001 | 11cv2509 |
|---|---|---|---|---|
| 04/22/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | <b>ORDER Regarding April 12, 2013 Joint Discovery Status Report. Signed by Judge Lucy H. Koh on 4/15/2013. (lhklc3, COURT STAFF) (Filed on 4/15/2013) (Entered: | 3.00 |

4

## Monthly Dinger Billed Report

05/08/2013

### for Apr 2013

04/15/2013);TRANSCRIPT ORDER by Michael Devine, Mark
Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover for
Court Reporter Lee-Anne Shortridge. (Cisneros, Lisa) (Filed on
4/15/2013) (Entered: 04/15/2013);STATUS REPORT *Joint
Discovery Status Report* by Adobe Systems Inc., Apple Inc.,
Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan,
Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar,
Daniel Stover. (Dallal, James) (Filed on 4/19/2013) (Entered:
04/19/2013);

| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
|---|---|---|---|---|---|
| 04/29/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Declaration of Thomas Henry *Intuit&#039;s In-House counsel* filed byIntuit Inc.. (Kiernan, David) (Filed on 4/25/2013) (Entered: 04/25/2013);Declaration of Adobe&#039;s In-House Counsel Karen Robinson *<</i>* filed byAdobe Systems Inc.. (Kiernan, David) (Filed on 4/25/2013) (Entered: 04/25/2013);Declaration of William G. Berry Re <a href="https://ecf.cand.uscourts.gov/doc1/035110443081" onClick="goDLS('/doc1/035110443081','243796','1269','','2','1','','"); return(false);">402</a> April 15, 2013 Order filed by Google Inc.. (Selin, Anne) (Filed on 4/25/2013) Modified on 4/26/2013 linking entry to document #402 (dhmS, COURT STAFF). (Entered: 04/25/2013);Declaration of James M. Kennedy on behalf of Pixar pursuant tp <a href="https://ecf.cand.uscourts.gov/doc1/035110443081" onClick="goDLS('/doc1/035110443081','243796','1269','','2','1','','"); return(false);">402</a> Court&#039;s April 15, 2013 Order filed by Pixar. (Richardson, Chinue) (Filed on 4/25/2013) Modified on 4/26/2013 linking entry to document #402 (dhmS, COURT STAFF). (Entered: 04/25/2013);Declaration of Joy C. Sherrod *Regarding Intel&#039;s Production Of Compensation Related Discovery Materials* filed byIntel Corp.. (Shah, Sujal) (Filed on 4/25/2013) (Entered: 04/25/2013);Declaration of Thomas M. Jeon in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035110443081" onClick="goDLS('/doc1/035110443081','243796','1269','','2','1','','"); return(false);">402</a> Order *dated April 15, 2013* filed byLucasfilm Ltd.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110490352" onClick="goDLS('/doc1/035110490352','243796','1288','','2','1','','"); return(false);">1</a> Signature Attestation)(Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035110443081" onClick="goDLS('/doc1/035110443081','243796','1269','','2','1','','"); return(false);">402</a> ) (Purcell, Daniel) (Filed on 4/25/2013) (Entered: 04/25/2013);Declaration of Heather Moser Grenier *<</i>* filed byApple Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110490810" onClick="goDLS('/doc1/035110490810','243796','1291','','2','1','','"); return(false);">1</a> Exhibit A)(Tubach, Michael) (Filed on 4/25/2013) (Entered: 04/25/2013);TRANSCRIPT ORDER by UNITED STATES OF AMERICA for Court Reporter Lee-Anne Shortridge. (Pletcher, Anna) (Filed on 4/26/2013) (Entered: 04/26/2013);JOINT DISCOVERY STATUS REPORT by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover. (Dallal, James) (Filed on 4/26/2013) Modified text on 4/29/2013 (dhmS, COURT STAFF). (Entered: 04/26/2013); | 3.00 |





5

**Monthly Dinger Billed Report**

**for Apr 2013**

05/08/2013



USDC Eastern District of Pennsylvania                3462-0001                2:13cv1792

04/05/13    compensation    dharvey@lchb.com    Antitrust class action over a scheme to delay generic alternatives    5.00
from entering the market for Niaspan, which is the sole
extended-release version of niacin approved as a once-a-day
prescription to treat mixed lipid disorders. The scheme involved
payments to Barr by Kos Pharmaceuticals (later acquired by
Abbott) in exchange for Barr's promise to refrain from entering the
market until September 2013 and for Barr to drop its challenge to
Niaspan patents. Both companies tried to disguise the payments
as compensation for Barr's promotion of Niaspan and for Barr's
service as a backup supplier to Kos.

San Joaquin County Superior Court                                39-2013-00295456-CU-

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 519672 |

## INVOICE

*CR*
*2477/20472*

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 519672 | $466.20 | $466.20 | 04/01/2013 | 06/01/2013 | |

| Order Number: | 440615 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $11.20 | $0.00 | $11.20 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 91 | $455.00 | $0.00 | $455.00 |

| | Sub Totals | $0.00 | $466.20 |
|---|---|---|---|
| | Payments | | $0.00 |
| | Credit | | $0.00 |
| | **Invoice Total** | | $466.20 |

| Total Due | $466.20 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

LIBRARY
APR 1 5 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

04/09/2013

**for Mar 2013**

| Account Number | | Firm Name |
|---|---|---|
| 353 | Lieff Cabraser - SF | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |

USDC Northern District of California      3462-0001      11cv2509

| 03/04/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Minute Entry: Motion Hearing held on 2/26/2013 before Magistrate Judge Paul S. Grewal re <a href="https://ecf.cand.uscourts.gov/doc1/035010152933" onClick="goDLS('/doc1/035010152933','243796','928','','2','1','','');return(false);">278</a> MOTION to Compel: The court takes matter under submission; written order after hearing to be issued. (Court Reporter: Summer Fisher.) (ofr, COURT STAFF) (Date Filed: 2/26/2013) (Entered: 02/26/2013);ORDER GRANTING-IN-PART SEALING MOTIONS by Judge Paul S. Grewal granting <a href="https://ecf.cand.uscourts.gov/doc1/035010173553" onClick="goDLS('/doc1/035010173553','243796','1037','','2','1','','');return(false);">313</a> Administrative Motion to File Under Seal; granting in part and denying in part <a href="https://ecf.cand.uscourts.gov/doc1/035010184372" onClick="goDLS('/doc1/035010184372','243796','1050','','2','1','','');return(false);">319</a> Administrative Motion to File Under Seal; granting in part and denying in part <a href="https://ecf.cand.uscourts.gov/doc1/035010244749" onClick="goDLS('/doc1/035010244749','243796','1067','','2','1','','');return(false);">326</a> Administrative Motion to File Under Seal; granting in part and denying in part <a href="https://ecf.cand.uscourts.gov/doc1/035010255391" onClick="goDLS('/doc1/035010255391','243796','1074','','2','1','','');return(false);">329</a> Administrative Motion to File Under Seal; granting in part and denying in part <a href="https://ecf.cand.uscourts.gov/doc1/035010264813" onClick="goDLS('/doc1/035010264813','243796','1078','','2','1','','');return(false);">331</a> Administrative Motion to File Under Seal; granting <a href="https://ecf.cand.uscourts.gov/doc1/035010153301" onClick="goDLS('/doc1/035010153301','243796','930','','2','1','','');return(false);">279</a> Administrative Motion to File Under Seal (psglc2, COURT STAFF) (Filed on 2/28/2013) (Entered: 02/28/2013);ORDER RE PLAINTIFFS&#039; MOTION TO COMPEL PRODUCTION by Judge Paul S. Grewal denying <a href="https://ecf.cand.uscourts.gov/doc1/035010152933" onClick="goDLS('/doc1/035010152933','243796','928','','2','1','','');return(false);">278</a> Motion to Compel (psglc2, COURT STAFF) (Filed on 2/28/2013) (Entered: 02/28/2013);Administrative Motion to File Under Seal <i>Exhibits 1 and 2 to the March 1, 2013 Joint Discovery Status Report</i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110300034" onClick="goDLS('/doc1/035110300034','243796','1092','','2','1','','');return(false);">1</a> Exhibit Exhibits 1 and 2)(Cisneros, Lisa) (Filed on 3/2/2013) (Entered: 03/02/2013);STATUS REPORT <i>Joint Discovery Status Report</i> by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110300038" onClick="goDLS('/doc1/035110300038','243796','1094','','2','1','','');return(false);">1</a> Exhibit A to Joint Discovery Status Report, # | 2.70 |

## Monthly Dinger Billed Report

04/09/2013

### for Mar 2013

return(false);">1</a> Exhibit A to Joint Discovery Status Report, #
<a href="https://ecf.cand.uscourts.gov/doc1/035110300039"
onClick="goDLS('/doc1/035110300039','243796','1094','2','1','','');
return(false);">2</a> Slip Sheet)(Cisneros, Lisa) (Filed on
3/2/2013) (Entered: 03/02/2013);Statement re <a
href="https://ecf.cand.uscourts.gov/doc1/035010300033"
onClick="goDLS('/doc1/035010300033','243796','1092','2','1','','');
return(false);">335</a> Administrative Motion to File Under Seal
<i>Exhibits 1 and 2 to the March 1, 2013 Joint Discovery Status
Report</i>, <a
href="https://ecf.cand.uscourts.gov/doc1/035010300037"
onClick="goDLS('/doc1/035010300037','243796','1094','2','1','','');
return(false);">336</a> Status Report, <i>Declaration of Lisa J.
Cisneros Regarding Late Filing on March 2, 2013</i> by Michael
Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall,
Daniel Stover. (Cisneros, Lisa) (Filed on 3/2/2013) (Entered:
03/02/2013);

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 |
| 03/11/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | | | 2.80 |

NOTICE OF REQUEST for In Camera Review by Michael Devine,
Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel
Stover (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110303738"
onClick="goDLS('/doc1/035110303738','243796','1100','','2','1','','');
return(false);">1</a> Exhibit A)(Shaver, Anne) (Filed on 3/4/2013)
Modified text on 3/5/2013 (dhmS, COURT STAFF). (Entered:
03/04/2013);MOTION for Leave to File <i>Statement of Recent
Decision</i> filed by Michael Devine, Mark Fichtner, Siddharth
Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110304434"
onClick="goDLS('/doc1/035110304434','243796','1102','','2','1','','');
return(false);">1</a> Supplement, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110304435"
onClick="goDLS('/doc1/035110304435','243796','1102','','2','1','','');
return(false);">2</a> Declaration. # <a
href="https://ecf.cand.uscourts.gov/doc1/035110304436"
onClick="goDLS('/doc1/035110304436','243796','1102','','2','1','','');
return(false);">3</a> Proposed Order)(Dallal, James) (Filed on
3/4/2013) (Entered: 03/04/2013);JOINT CASE MANAGEMENT
STATEMENT filed by Adobe Systems Inc., Apple Inc., Michael
Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel
Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel
Stover. (Brown, Christina) (Filed on 3/6/2013) Modified text on
3/8/2013 (dhmS, COURT STAFF). (Entered: 03/07/2013);NOTICE
by Google Inc. re <a
href="https://ecf.cand.uscourts.gov/doc1/035110294359"
onClick="goDLS('/doc1/035110294359','243796','1090','','2','1','','');
return(false);">334</a> Order on Motion to Compel <i>Notice of
Compliance with February 27, 2013 Order</i> (Evans, Eric) (Filed
on 3/8/2013) (Entered: 03/08/2013);ORDER RE: DEPOSITION
OBJECTIONS. Signed by Judge Lucy H. Koh on March 8, 2013.
(lhklc1, COURT STAFF) (Filed on 3/8/2013) (Entered:
03/08/2013);MOTION for Leave to File <i>Statement of Recent
Decision</i> filed by Lucasfilm Ltd.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110322427"
onClick="goDLS('/doc1/035110322427','243796','1111','','2','1','','');
return(false);">1</a> Exhibit 1, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110322428"
onClick="goDLS('/doc1/035110322428','243796','1111','','2','1','','');
return(false);">2</a> Proposed Order)(Sessions, Justina) (Filed on
3/8/2013) (Entered: 03/08/2013);ERRATA re <a
href="https://ecf.cand.uscourts.gov/doc1/035110313023"
onClick="goDLS('/doc1/035110313023','243796','1104','','2','1','','');
return(false);">340</a> Case Management Statement, <i></i> by

**Monthly Dinger Billed Report**                    04/09/2013

**for Mar 2013**

return(false);">340</a> Case Management Statement, <i></i> by
Lucasfilm Ltd.. (Sessions, Justina) (Filed on 3/8/2013) (Entered:
03/08/2013);ERRATA re <a
href="https://ecf.cand.uscourts.gov/doc1/035010322426"
onClick="goDLS('/doc1/035010322426','243796','1111','','2','1','','');
return(false);">343</a> MOTION for Leave to File <i>Statement of
Recent Decision</i> <i>CORRECTION OF DOCKET &#035;, <a
href="https://ecf.cand.uscourts.gov/doc1/035010322426"
onClick="goDLS('/doc1/035010322426','243796','1111','','2','1','','');
return(false);">343</a> [343-1]</i> by Lucasfilm Ltd.. (Sessions,
Justina) (Filed on 3/8/2013) (Entered: 03/08/2013);Administrative
Motion to File Under Seal <i></i> filed by Google Inc..
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110322813"
onClick="goDLS('/doc1/035110322813','243796','1119','','2','1','','');
return(false);">1</a> Declaration of Eric B. Evans, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110322814"
onClick="goDLS('/doc1/035110322814','243796','1119','','2','1','','');
return(false);">2</a> Signature Page
(Declarations/Stipulations))(Evans, Eric) (Filed on 3/8/2013)
(Entered: 03/09/2013);

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 03/18/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Administrative Motion to File Under Seal <i>Pursuant to February 28, 2013 Sealing Order</i> filed by Google Inc.. (Attachments: # ... | | 2.80 |

<a href="https://ecf.cand.uscourts.gov/doc1/035110331048"
onClick="goDLS('/doc1/035110331048','243796','1121','','2','1','','');
return(false);">1</a> Declaration, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331049"
onClick="goDLS('/doc1/035110331049','243796','1121','','2','1','','');
return(false);">2</a> Proposed Order, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331050"
onClick="goDLS('/doc1/035110331050','243796','1121','','2','1','','');
return(false);">3</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331051"
onClick="goDLS('/doc1/035110331051','243796','1121','','2','1','','');
return(false);">4</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331052"
onClick="goDLS('/doc1/035110331052','243796','1121','','2','1','','');
return(false);">5</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331053"
onClick="goDLS('/doc1/035110331053','243796','1121','','2','1','','');
return(false);">6</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331054"
onClick="goDLS('/doc1/035110331054','243796','1121','','2','1','','');
return(false);">7</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331055"
onClick="goDLS('/doc1/035110331055','243796','1121','','2','1','','');
return(false);">8</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331056"
onClick="goDLS('/doc1/035110331056','243796','1121','','2','1','','');
return(false);">9</a> Exhibit, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110331057"
onClick="goDLS('/doc1/035110331057','243796','1121','','2','1','','');
return(false);">10</a> Exhibit)(Selin, Anne) (Filed on 3/12/2013)
(Entered: 03/12/2013);MOTION for leave to appear in Pro Hac
Vice <i></i> ( Filing fee &#036; 305, receipt number
0971-7545843.) filed by Pixar. (Nields, John) (Filed on 3/13/2013)
(Entered: 03/13/2013);Order by Hon. Lucy H. Koh granting (348)
Motion for Pro Hac Vice in case 5:11-cv-02509-LHK for
Nields.Associated Cases: 5:11-cv-02509-LHK,
5:11-cv-03538-LHK, 5:11-cv-03539-LHK, 5:11-cv-03540-LHK,
5:11-cv-03541-LHK, 5:12-cv-01262-LHK(lhklc3, COURT STAFF)
(Filed on 3/13/2013) (Entered: 03/13/2013);CASE MANAGEMENT

3

**Monthly Dinger Billed Report**
04/09/2013

**for Mar 2013**

(Filed on 3/13/2013) (Entered: 03/13/2013);CASE MANAGEMENT
ORDER. Signed by Judge Lucy H. Koh on March 13, 2013.
(lhklc1, COURT STAFF) (Filed on 3/13/2013) (Entered:
03/13/2013);Minute Entry: Further Case Management Conference
held on 3/13/2013 before Judge Lucy H. Koh (Date Filed:
3/13/2013). Further Case Management Conference set for
4/2/2013 02:00 PM in Courtroom 8, 4th Floor, San Jose. (Court
Reporter Lee-Anne Shortridge.) (mpb, COURT STAFF) (Date
Filed: 3/13/2013) (Entered: 03/15/2013);Statement <i> Regarding
Document Redactions</i> by Pixar. (Henn, Emily) (Filed on
3/14/2013) (Entered: 03/14/2013);Statement re <a
href="https://ecf.cand.uscourts.gov/doc1/035110335360"
onClick="goDLS('/doc1/035110335360','243796','1128','','2','1','','');
return(false);">350</a> Order <i>Statement regarding
Redactions</i> by Google Inc.. (Evans, Eric) (Filed on 3/14/2013)
(Entered: 03/14/2013);Statement re <a
href="https://ecf.cand.uscourts.gov/doc1/035110335360"
onClick="goDLS('/doc1/035110335360','243796','1128','','2','1','','');
return(false);">350</a> Order <i>Defendants Adobe Systems Inc.
and Intuit Inc.&#039;s Statements Regarding Redactions</i> by
Adobe Systems Inc., Intuit Inc.. (Mittelstaedt, Robert) (Filed on
3/14/2013) (Entered: 03/14/2013);Statement re <a
href="https://ecf.cand.uscourts.gov/doc1/035110335360"
onClick="goDLS('/doc1/035110335360','243796','1128','','2','1','','');
return(false);">350</a> Order <i>Regarding Redactions</i> by
Lucasfilm Ltd.. (Sessions, Justina) (Filed on 3/14/2013) (Entered:
03/14/2013);Statement <i>Regarding Document Redactions</i>
by Apple Inc.. (Tubach, Michael) (Filed on 3/14/2013) (Entered:
03/14/2013);Statement <i>Regarding Document Redactions</i>
by Intel Corp.. (Shah, Sujal) (Filed on 3/14/2013) (Entered:
03/14/2013);NOTICE of Change in Counsel by Cody Shawn
Harris <i>NOTICE OF WITHDRAWAL OF COUNSEL</i> (Harris,
Cody) (Filed on 3/15/2013) (Entered: 03/15/2013);ORDER RE:
REDACTIONS FOR LACK OF RELEVANCE AND/OR
RESPONSIVENESS. Signed by Judge Lucy H. Koh on March 15,
2013. (lhklc1, COURT STAFF) (Filed on 3/15/2013) (Entered:
03/15/2013);STATUS REPORT <i>Joint Discovery Status
Report</i> by Adobe Systems Inc., Apple Inc., Michael Devine,
Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit
Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover.
(Harvey, Dean) (Filed on 3/15/2013) (Entered:
03/15/2013);ORDER GRANTING DEFENDANT GOOGLE
INC.&#039;S RENEWED ADMINISTRATIVE MOTION TO FILE
UNDER SEAL PURSUANT TO FEBRUARY 28, 2013 SEALING
ORDER by Judge Paul S. Grewal, granting <a
href="https://ecf.cand.uscourts.gov/doc1/035010331047"
onClick="goDLS('/doc1/035010331047','243796','1121','','2','1','','');
return(false);">347</a> . (ofr, COURT STAFF) (Filed on
3/18/2013) (Entered: 03/18/2013);ORDER RE: MARCH 15, 2013
STATUS REPORT. Signed by Judge Lucy H. Koh on March 18,
2013. (lhklc1, COURT STAFF) (Filed on 3/18/2013) (Entered:
03/18/2013);

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 03/25/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | TRANSCRIPT ORDER by Apple Inc. from Court Reporter Lee-Anne Shortridge. (Brown, Christina) (Filed on 3/19/2013) (Entered: 03/19/2013);NOTICE of Appearance by Amanda R. Conley <i></i> (Conley, Amanda) (Filed on 3/21/2013) (Entered: 03/21/2013);STATUS REPORT <i>Joint Discovery Status Report</i> by Google Inc.. (Selin, Anne) (Filed on 3/22/2013) (Entered: 03/22/2013); | | 2.90 |
| USDC Eastern District of Michigan | | | 3420-0021 | 2:13cv10837 | |

4

RECEIVED
MAR 13 2013
ACCOUNTING

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|-----------|
| 517000 |

## INVOICE

| Bill To | Ship To |
|---------|---------|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|----------------|--------------|--------------|--------------|----------|--|
| 517000 | $625.40 | $625.40 | 03/01/2013 | 05/01/2013 | |

| Order Number: | 437534 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---------|-------------|-----|------|-----|-------|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $10.40 | $0.00 | $10.40 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 123 | $615.00 | $0.00 | $615.00 |
| | **Sub Totals** | | | $0.00 | $625.40 |

| | |
|---|---|
| Payments | $0.00 |
| Credit | $0.00 |
| **Invoice Total** | $625.40 |

CR
2477/203651

| **Total Due** | **$625.40** |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1



LIBRARY
MAR 12 2013
LIEFF, CABRASER HEIMANN BERNSTEIN

**Monthly Dinger Billed Report**

03/06/2013

**for Mar 2013**

| Account Number | | | Firm Name | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 02/04/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Statement *JOINT DISCOVERY STATUS REPORT* by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover. (Dermody, Kelly) (Filed on 2/1/2013) (Entered: 02/01/2013); | | 2.60 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 02/11/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Transcript of Proceedings held on 01-17-13, before Judge Lucy H. Koh. Court Reporter/Transcriber Lee-Anne Shortridge, Telephone number 408-287-4580. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerks Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction.After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 5/6/2013. (las, ) (Filed on 2/5/2013) (Entered: 02/05/2013);ORDER REGARDING JOINT DISCOVERY STATUS REPORT TO THE COURT. Signed by Judge Lucy H. Koh on 2/05/2013. (lhklc3, COURT STAFF) (Filed on 2/5/2013) (Entered: 02/05/2013);STIPULATION WITH PROPOSED ORDER *Permitting Supplemental Briefing Regarding Plaintiffs Motion to Compel Google Documents* filed by Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Harvey, Dean) (Filed on 2/8/2013) (Entered: 02/08/2013); | | 2.60 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 02/18/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Administrative Motion to File Under Seal *Portions of Plaintiffs&#039; Supplement Regarding Motion to Compel Google Documents* filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110244750" onClick="goDLS('/doc1/035110244750','243796','1067','','2','1','',''); return(false);">1</a> Exhibit A, # <a href="https://ecf.cand.uscourts.gov/doc1/035110244751" onClick="goDLS('/doc1/035110244751','243796','1067','','2','1','',''); return(false);">2</a> Exhibit B, # <a href="https://ecf.cand.uscourts.gov/doc1/035110244752" onClick="goDLS('/doc1/035110244752','243796','1067','','2','1','',''); return(false);">3</a> Exhibit C, # <a href="https://ecf.cand.uscourts.gov/doc1/035110244753" onClick="goDLS('/doc1/035110244753','243796','1067','','2','1','',''); return(false);">4</a> Exhibit D)(Harvey, Dean) (Filed on 2/13/2013) (Entered: 02/13/2013);STATUS REPORT *Joint Discovery Status Report* by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar, Daniel Stover. (Shaver, Anne) (Filed on 2/15/2013) (Entered: 02/15/2013);STIPULATION AND ORDER PERMITTING SUPPLEMENTAL BRIEFING REGARDING PLAINTIFFS&#039; MOTION TO COMPEL GOOGLE DOCUMENTS by Judge Paul S. Grewal, granting <a href="https://ecf.cand.uscourts.gov/doc1/035110229183" onClick="goDLS('/doc1/035110229183','243796','1060','','2','1','',''); | | 2.60 |

Monthly Dinger Billed Report                    03/06/2013

for Mar 2013

onClick="goDLS('/doc1/035110229183','243796','1060',","'2','1',",'");
return(false);">323</a> . (ofr, COURT STAFF) (Filed on
2/11/2013) (Entered: 02/12/2013);Supplemental Brief re <a
href="https://ecf.cand.uscourts.gov/doc1/035010152933"
onClick="goDLS('/doc1/035010152933','243796','928',","'2','1',",'");r
eturn(false);">278</a> MOTION to Compel <i>Google Documents
[REDACTED]</i> <i></i> filed byMichael Devine, Mark Fichtner,
Siddharth Hariharan, Brandon Marshall, Daniel Stover.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110244717"
onClick="goDLS('/doc1/035110244717','243796','1064',","'2','1',",'");
return(false);">1</a> Declaration (Supplemental) of Dean M.
Harvey in Support of Plaintiffs&#039; Motion to Compel
[Redacted])(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035010152933"
onClick="goDLS('/doc1/035010152933','243796','928',","'2','1',",'");r
eturn(false);">278</a> ) (Harvey, Dean) (Filed on 2/13/2013)
(Entered: 02/13/2013);

| USDC Northern District of California | | 3462-0001 | 11cv2509 | |
|---|---|---|---|---|
| 02/25/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Administrative Motion to File Under Seal <i></i> filed by Google Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110255392" onClick="goDLS('/doc1/035110255392','243796','1074',","'2','1',",'"); return(false);">1</a> Exhibit 1, # <a href="https://ecf.cand.uscourts.gov/doc1/035110255393" onClick="goDLS('/doc1/035110255393','243796','1074',","'2','1',",'"); return(false);">2</a> Exhibit 2, # <a href="https://ecf.cand.uscourts.gov/doc1/035110255394" onClick="goDLS('/doc1/035110255394','243796','1074',","'2','1',",'"); return(false);">3</a> Declaration of Eric B. Evans, # <a href="https://ecf.cand.uscourts.gov/doc1/035110255395" onClick="goDLS('/doc1/035110255395','243796','1074',","'2','1',",'"); return(false);">4</a> Proposed Order)(Evans, Eric) (Filed on 2/18/2013) (Entered: 02/18/2013);ORDER RE Privilege Logs. Signed by Judge Lucy H. Koh on 2/20/2013. (lhklc3, COURT STAFF) (Filed on 2/20/2013) (Entered: 02/20/2013);RESPONSE (re <a href="https://ecf.cand.uscourts.gov/doc1/035010152933" onClick="goDLS('/doc1/035010152933','243796','928',","'2','1',",'");r eturn(false);">278</a> MOTION to Compel <i>Google Documents [REDACTED]</i> ) <i>Supplement regarding Plaintiffs&#039; Motion to Compel</i> filed byGoogle Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110255388" onClick="goDLS('/doc1/035110255388','243796','1071',","'2','1',",'"); return(false);">1</a> Declaration of Eric B. Evans)(Evans, Eric) (Filed on 2/18/2013) (Entered: 02/18/2013);Administrative Motion to File Under Seal <i></i> filed by Google Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110264814" onClick="goDLS('/doc1/035110264814','243796','1078',","'2','1',",'"); return(false);">1</a> Exhibit A, # <a href="https://ecf.cand.uscourts.gov/doc1/035110264815" onClick="goDLS('/doc1/035110264815','243796','1078',","'2','1',",'"); return(false);">2</a> Exhibit B, # <a href="https://ecf.cand.uscourts.gov/doc1/035110264816" onClick="goDLS('/doc1/035110264816','243796','1078',","'2','1',",'"); return(false);">3</a> Exhibit C, # <a href="https://ecf.cand.uscourts.gov/doc1/035110264817" onClick="goDLS('/doc1/035110264817','243796','1078',","'2','1',",'"); return(false);">4</a> Exhibit D, # <a href="https://ecf.cand.uscourts.gov/doc1/035110264818" onClick="goDLS('/doc1/035110264818','243796','1078',","'2','1',",'"); return(false);">5</a> Declaration of Eric B. Evans, # <a href="https://ecf.cand.uscourts.gov/doc1/035110264819" onClick="goDLS('/doc1/035110264819','243796','1078',","'2','1',",'"); | 2.60 |

03/06/2013

## Monthly Dinger Billed Report

### for Mar 2013

onClick="goDLS('/doc1/035110264819','243796','1078','','2','1','',''); return(false);">6</a> Proposed Order)(Evans, Eric) (Filed on 2/20/2013) (Entered: 02/20/2013);

02/01/13

02/01/13

02/01/13

02/01/13

02/01/13

02/01/13

02/04/13

02/04/13

02/04/13

02/04/13

02/04/13

3

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| | Invoice # |
|---|---|
| | 515133 |

## INVOICE

RECEIVED
FEB 14 2013
ACCOUNTING

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 515133 | $933.70 | $933.70 | 02/01/2013 | 04/01/2013 | |

| Order Number: | 435382 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $8.70 | $0.00 | $8.70 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 185 | $925.00 | $0.00 | $925.00 |
| | **Sub Totals** | | | $0.00 | $933.70 |

| | | |
|---|---|---|
| | Payments | $0.00 |
| | Credit | $0.00 |
| | **Invoice Total** | $933.70 |

CR
2477/202876

| Total Due | $933.70 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

**LIBRARY**
FEB 1 4 2013 *Lh*

LIEFF, CABRASER, HEIMANN, BERNSTEIN

See billing #,

**Monthly Dinger Billed Report**

**for Jan 2013**

02/07/2013

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | | Case Number |
|---|---|---|---|---|---|

| Date | Search Term(s) | Email | Summary | | Amount |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 01/07/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | | 2.00 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 01/14/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | NOTICE of Change of Address by James Gerard Beebe Dallal *for Joseph Saveri Law Firm</i> (Dallal, James) (Filed on 1/9/2013) (Entered: 01/09/2013);Declaration of Frank Busch in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010127899" onClick="goDLS('/doc1/035010127899','243796','883','','2','1','','');return(false);">264</a> Administrative Motion to File Under Seal <i></i> <i></i> filed byIntel Corp.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010127899" onClick="goDLS('/doc1/035010127899','243796','883','','2','1','','');return(false);">264</a> ) (Busch, Frank) (Filed on 1/9/2013) (Entered: 01/09/2013);Declaration of Christina Brown in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010127899" onClick="goDLS('/doc1/035010127899','243796','883','','2','1','','');return(false);">264</a> Administrative Motion to File Under Seal <i></i> <i></i> filed byApple Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010127899" onClick="goDLS('/doc1/035010127899','243796','883','','2','1','','');return(false);">264</a> ) (Brown, Christina) (Filed on 1/9/2013) (Entered: 01/09/2013);JOINT ADMINISTRATIVE MOTION for Leave to Supplement the Record in Support of Defendants&#039; Opposition to Plaintiffs&#039; Motion for Class Certification; Declaration of Eric B. Evans; Supplemental Declaration of Kevin Murphy; Proposed Order filed by Google Inc. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110127887" onClick="goDLS('/doc1/035110127887','243796','881','','2','1','','');return(false);">1</a> Declaration of Eric B. Evans, # <a href="https://ecf.cand.uscourts.gov/doc1/035110127888" onClick="goDLS('/doc1/035110127888','243796','881','','2','1','','');return(false);">2</a> Exhibit A to Evans Decl., # <a href="https://ecf.cand.uscourts.gov/doc1/035110127889" onClick="goDLS('/doc1/035110127889','243796','881','','2','1','','');return(false);">3</a> Declaration of Kevin Murphy, # <a href="https://ecf.cand.uscourts.gov/doc1/035110127890" onClick="goDLS('/doc1/035110127890','243796','881','','2','1','','');return(false);">4</a> Proposed Order)(Evans, Eric) (Filed on 1/9/2013) Modified text on 1/10/2013 (dhmS, COURT STAFF). (Entered: 01/09/2013);Administrative Motion to File Under Seal <i></i> filed by Google Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110127900" onClick="goDLS('/doc1/035110127900','243796','883','','2','1','','');return(false);">1</a> Exhibit A to Administrative Motion to Seal, # <a href="https://ecf.cand.uscourts.gov/doc1/035110127901" onClick="goDLS('/doc1/035110127901','243796','883','','2','1','','');return(false);">2</a> Exhibit B to Administrative Motion to Seal, # <a href="https://ecf.cand.uscourts.gov/doc1/035110127902" onClick="goDLS('/doc1/035110127902','243796','883','','2','1','','');return(false);">3</a> Exhibit C to Administrative Motion to Seal, # <a href="https://ecf.cand.uscourts.gov/doc1/035110127903" onClick="goDLS('/doc1/035110127903','243796','883','','2','1','','');return(false);">r | | 2.00 |

1

Monthly Dinger Billed Report      02/07/2013

## for Jan 2013

onClick="goDLS('/doc1/035110127903','243796','883',",'2','1',",");r
eturn(false);">4</a> Declaration of Anne Selin, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110127904"
onClick="goDLS('/doc1/035110127904','243796','883',",'2','1',",");r
eturn(false);">5</a> Proposed Order)(Evans, Eric) (Filed on
1/9/2013) (Entered: 01/09/2013);NOTICE of Appearance by Lisa
Janine Cisneros <i></i> (Cisneros, Lisa) (Filed on 1/10/2013)
(Entered: 01/10/2013);JOINT CASE MANAGEMENT
STATEMENT <i></i> filed by Adobe Systems Inc., Apple Inc.,
Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan,
Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Pixar,
Daniel Stover. (Harvey, Dean) (Filed on 1/10/2013) (Entered:
01/10/2013);ORDER Re: Motions to Seal. Signed by Judge Lucy
H. Koh on 1/11/2013. (lhklc3, COURT STAFF) (Filed on
1/11/2013) (Entered: 01/11/2013);

| | | | | | |
|---|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 01/21/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | OPPOSITION to ( ... ) | | 2.10 |

OPPOSITION to ( <a
href="https://ecf.cand.uscourts.gov/doc1/035010127886"
onClick="goDLS('/doc1/035010127886','243796','881',",'2','1',",");r
eturn(false);">263</a> JOINT ADMINISTRATIVE MOTION for
Leave to Supplement the Record in Support of Defendants&#039;
Opposition to Plaintiffs&#039; Motion for Class Certification ) and (
<a href="https://ecf.cand.uscourts.gov/doc1/03509957959"
onClick="goDLS('/doc1/03509957959','243796','727',",'2','1',",");ret
urn(false);">210</a> MOTION to Strike the Report of Dr. Edward
E. Leamer ) <i>[REDACTED]</i> filed by Michael Devine, Mark
Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110140392"
onClick="goDLS('/doc1/035110140392','243796','902',",'2','1',",");r
eturn(false);">1</a> Declaration of Dr. Edward E. Leamer in
Opposition to Defendants&#039; Administrative Motion)(Harvey,
Dean) (Filed on 1/14/2013) Modified text on 1/16/2013 (dhmS,
COURT STAFF). (Entered: 01/14/2013);NOTICE by Intuit Inc.
<i>of Request to Bring Electronic Equipment into the
Courtroom</i> (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110143758"
onClick="goDLS('/doc1/035110143758','243796','907',",'2','1',",");r
eturn(false);">1</a> Proposed Order)(Zeng, Catherine) (Filed on
1/15/2013) Modified on 1/16/2013 <b> COUNSEL POSTED
DOCUMENT INCORRECTLY AS A NOTICE </b> (dhmS, COURT
STAFF). (Entered: 01/15/2013);ORDER by Judge Lucy H. Koh
granting in part and denying in part (186) Administrative Motion to
File Under Seal Documents Related to Plaintiffs&#039; Motion for
Class Certification; granting in part and denying in part (211)
Administrative Motion to File Under Seal Documents Related to
Defendants&#039; Opposition to Class Certification; granting in
part and denying in part (246) Administrative Motion to File Under
Seal Documents Related to Plaintiffs&#039; Consolidated Reply in
Support of its Motion for Class Certification and Opposition to
Defendants&#039; Motion to Strike: granting (252) Administrative
Motion to File Under Seal Portion of Glackin Letter; granting in part
and denying in part (254) Defendants&#039; Joint Administrative
Motion to File Under Seal in case 5:11-cv-02509-LHK (lhklc3,
COURT STAFF) (Filed on 1/15/2013) (Entered:
01/15/2013);Administrative Motion to File Under Seal <i></i> filed
by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon
Marshall, Daniel Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110141704"
onClick="goDLS('/doc1/035110141704','243796','905',",'2','1',",");r
eturn(false);">1</a> Exhibit A [Plaintiffs&#039; Opposition to
Defendants&#039; Administrative Motion - Redacted), # <a
href="https://ecf.cand.uscourts.gov/doc1/035110141706"

**Monthly Dinger Billed Report**                                  02/07/2013

### for Jan 2013

href="https://ecf.cand.uscourts.gov/doc1/035110141706"
onClick="goDLS('/doc1/035110141706','243796','905','','2','1','','');r
eturn(false);">2</a> Exhibit B [Declaration of Dr. Edward E.
Leamer in Opposition to Defendants&#039; Administrative Motion
- Redacted], # <a
href="https://ecf.cand.uscourts.gov/doc1/035110141707"
onClick="goDLS('/doc1/035110141707','243796','905','','2','1','','');r
eturn(false);">3</a> Exhibit C [Plaintiffs&#039; Opposition to
Defendants&#039; Administrative Motion - Redactions
Highlighted], # <a
href="https://ecf.cand.uscourts.gov/doc1/035110141708"
onClick="goDLS('/doc1/035110141708','243796','905','','2','1','','');r
eturn(false);">4</a> Exhibit D [Declaration of Dr. Edward E.
Leamer in Opposition to Defendants&#039; Administrative Motion
- Redactions Highlighted])(Harvey, Dean) (Filed on 1/14/2013)
(Entered: 01/14/2013);ERRATA re <a
href="https://ecf.cand.uscourts.gov/doc1/03509957976"
onClick="goDLS('/doc1/03509957976','243796','739','','2','1','','');ret
urn(false);">215</a> Declaration in Support, <i></i> by Apple Inc..
(Brown, Christina) (Filed on 1/16/2013) (Entered:
01/16/2013);CLERKS NOTICE re Deficiency (dhmS, COURT
STAFF) (Filed on 1/16/2013) (Entered: 01/16/2013);ERRATA re
<a href="https://ecf.cand.uscourts.gov/doc1/03519958007"
onClick="goDLS('/doc1/03519958007','243796','760','','2','1','','');ret
urn(false);">222</a> Declaration in Support, <a
href="https://ecf.cand.uscourts.gov/doc1/03519958004"
onClick="goDLS('/doc1/03519958004','243796','757','','2','1','','');ret
urn(false);">221</a> Declaration in Support <i>of Joint
Administrative Motion to Seal dated Nov. 12, 2012</i> by Google
Inc.. (Selin, Anne) (Filed on 1/16/2013) (Entered:
01/16/2013);ORDER TO BRING EQUIPMENT INTO
COURTROOM re <a
href="https://ecf.cand.uscourts.gov/doc1/035010143757"
onClick="goDLS('/doc1/035010143757','243796','907','','2','1','','');r
eturn(false);">272</a> Notice (Other), filed by Intuit Inc.. Signed
by Judge Lucy H. Koh on 1/16/13. (mpb, COURT STAFF) (Filed
on 1/16/2013) (Entered: 01/16/2013);MOTION to Compel
<i>Google Documents [REDACTED]</i> filed by Michael Devine,
Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel
Stover. Motion Hearing set for 2/26/2013 10:00 AM in Courtroom
5, 4th Floor, San Jose before Magistrate Judge Paul Singh
Grewal. Responses due by 1/30/2013. Replies due by 2/6/2013.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110152934"
onClick="goDLS('/doc1/035110152934','243796','928','','2','1','','');r
eturn(false);">1</a> Declaration of Dean M. Harvey in Support of
Plaintiffs Motion to Compel and Plaintiffs Motion to Shorten Time,
Exhibits A-O [REDACTED], # <a
href="https://ecf.cand.uscourts.gov/doc1/035110152935"
onClick="goDLS('/doc1/035110152935','243796','928','','2','1','','');r
eturn(false);">2</a> Proposed Order Granting Plaintiffs&#039;
Motion to Compel Google Documents)(Harvey, Dean) (Filed on
1/16/2013) (Entered: 01/16/2013);Administrative Motion to File
Under Seal <i>, Pursuant to Civil Local Rule 79-5(d), Portions of
Plaintiffs&#039; Motion to Compel Google Documents and the
Declaration of Dean M. Harvey in Support Thereof</i> filed by
Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon
Marshall, Daniel Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110153302"
onClick="goDLS('/doc1/035110153302','243796','930','','2','1','','');r
eturn(false);">1</a> Exhibit A: Plaintiffs&#039; Motion to Compel
Google Documents [Redacted], # <a
href="https://ecf.cand.uscourts.gov/doc1/035110153303"
onClick="goDLS('/doc1/035110153303','243796','930','','2','1','','');r

## Monthly Dinger Billed Report

02/07/2013

### for Jan 2013

onClick="goDLS('/doc1/035110153303','243796','930','','2','1','','");r
eturn(false);">2</a> Exhibit B: Declaration of Dean M. Harvey in
Support Thereof with Exhibits A-O [Redacted], # <a
href="https://ecf.cand.uscourts.gov/doc1/035110153304"
onClick="goDLS('/doc1/035110153304','243796','930','','2','1','','");r
eturn(false);">3</a> Exhibit C: Highlighted Version of
Plaintiffs&#039; Motion To Compel Google Documents, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110153305"
onClick="goDLS('/doc1/035110153305','243796','930','','2','1','','");r
eturn(false);">4</a> Exhibit D: Declaration of Dean M. Harvey in
Support Thereof)(Harvey, Dean) (Filed on 1/16/2013) (Entered:
01/16/2013);MOTION to Shorten Time <i>on Plaintiffs&#039;
Motion to Compel</i> filed by Michael Devine, Mark Fichtner,
Siddharth Hariharan, Brandon Marshall, Daniel Stover.
(Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110153335"
onClick="goDLS('/doc1/035110153335','243796','932','','2','1','','");r
eturn(false);">1</a> Proposed Order Granting Plaintiffs&#039;
Motion to Shorten Time on Plaintiffs&#039; Motion to
Compel)(Harvey, Dean) (Filed on 1/16/2013) (Entered:
01/16/2013);

| | | | | |
|---|---|---|---|---|
| USDC Northern District of California | | | 3462-0001 | 11cv2509 |
| 01/28/13 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | DOCUMENT E-FILED UNDER SEAL re <a href="https://ecf.cand.uscourts.gov/doc1/035110145084" onClick="goDLS('/doc1/035110145084','243796','909','','2','1','','");r eturn(false);">273</a> Order on Administrative Motion to File Under Seal,,,,,,,,,,,,,,,,, <i>Letter from Brendan P. Glackin RE CORRECTION TO CONSOLIDATED REPLY IN SUPPORT OF MOTION FOR CLASS CERTIFICATION AND IN OPPOSITION TO MOTION TO STRIKE, AND REPLY EXPERT REPORT OF EDWARD E. LEAMER, PH.D.</i> by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Harvey, Dean) (Filed on 1/22/2013) (Entered: 01/22/2013);Declaration of Christina Brown in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010168265" onClick="goDLS('/doc1/035010168265','243796','967','','2','1','','");r eturn(false);">292</a> Joint Administrative Motion to File Under Seal <i>Defendants Joint Response in Support of Plaintiffs Administrative Motion to Seal</i> <i></i> filed byApple Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010168265" onClick="goDLS('/doc1/035010168265','243796','967','','2','1','','");r eturn(false);">292</a> ) (Brown, Christina) (Filed on 1/22/2013) (Entered: 01/22/2013);Declaration of Christina J. Brown in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010169026" onClick="goDLS('/doc1/035010169026','243796','1021','','2','1','','"); return(false);">307</a> Renewed Administrative Motion to Seal filed by Apple Inc.. (Brown, Christina) (Filed on 1/23/2013) Modified on 1/28/2013 linking entry to document #307 (dhmS, COURT STAFF). (Entered: 01/23/2013);Renewed Administrative Motion to File Under Seal <i></i> filed by Apple Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110169027" onClick="goDLS('/doc1/035110169027','243796','1021','','2','1','','"); return(false);">1</a> Proposed Order)(Brown, Christina) (Filed on 1/23/2013) Modified text on 1/28/2013 (dhmS, COURT STAFF). (Entered: 01/23/2013);MOTION to Remove Incorrectly Filed Document <i></i> filed by Lucasfilm Ltd.. (Sessions, Justina) (Filed on 1/23/2013) (Entered: 01/23/2013);Minute Entry: Motion Hearing held on 1/17/2013 before Judge Lucy H. Koh (Date Filed: 1/17/2013) re <a href="https://ecf.cand.uscourts.gov/doc1/03509824273" onClick="goDLS('/doc1/03509824273','243796','650','','2','1','','");ret urn(false);">187</a> MOTION to Certify Class <i>and | 2.60 |

**Monthly Dinger Billed Report**          02/07/2013

**for Jan 2013**

urn(false);">187</a> MOTION to Certify Class *and
Memorandum of Points and Authorities</i> filed by Michael
Devine, Siddharth Hariharan, Mark Fichtner, Daniel Stover,
Brandon Marshall. (Court Reporter Lee-Anne Shortridge.) (mpb,
COURT STAFF) (Date Filed: 1/17/2013) (Entered:
01/22/2013);Minute Entry and Case Management Order: Further
Case Management Conference held on 1/17/2013 before Judge
Lucy H. Koh (Date Filed: 1/17/2013). Further Case Management
Conference set for 3/13/2013 02:00 PM in Courtroom 8, 4th Floor,
San Jose. (Court Reporter Lee-Anne Shortridge.) (mpb, COURT
STAFF) (Date Filed: 1/17/2013) (Entered: 01/22/2013);Declaration
of Donna Morris in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035010164621"
onClick="goDLS('/doc1/035010164621','243796','940','','2','1','','');r
eturn(false);">283</a> Administrative Motion to File Under Seal
<i></i> <i></i> filed byAdobe Systems Inc.. (Related document(s)
<a href="https://ecf.cand.uscourts.gov/doc1/035010164621"
onClick="goDLS('/doc1/035010164621','243796','940','','2','1','','');r
eturn(false);">283</a> ) (Kiernan, David) (Filed on 1/22/2013)
(Entered: 01/22/2013);Administrative Motion to File Under Seal
<i></i> filed by Adobe Systems Inc.. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164622"
onClick="goDLS('/doc1/035110164622','243796','940','','2','1','','');r
eturn(false);">1</a> Exhibit. # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164623"
onClick="goDLS('/doc1/035110164623','243796','940','','2','1','','');r
eturn(false);">2</a> Exhibit A, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164624"
onClick="goDLS('/doc1/035110164624','243796','940','','2','1','','');r
eturn(false);">3</a> Exhibit B, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164625"
onClick="goDLS('/doc1/035110164625','243796','940','','2','1','','');r
eturn(false);">4</a> Exhibit C, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164626"
onClick="goDLS('/doc1/035110164626','243796','940','','2','1','','');r
eturn(false);">5</a> Exhibit D, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164627"
onClick="goDLS('/doc1/035110164627','243796','940','','2','1','','');r
eturn(false);">6</a> Exhibit E, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164628"
onClick="goDLS('/doc1/035110164628','243796','940','','2','1','','');r
eturn(false);">7</a> Exhibit F, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164629"
onClick="goDLS('/doc1/035110164629','243796','940','','2','1','','');r
eturn(false);">8</a> Exhibit G, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110164630"
onClick="goDLS('/doc1/035110164630','243796','940','','2','1','','');r
eturn(false);">9</a> Proposed Order Granting Renewed
Administrative Motion to File Under Seal)(Kiernan, David) (Filed
on 1/22/2013) (Entered: 01/22/2013);Declaration of Lisa K.
Borgeson in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035010164621"
onClick="goDLS('/doc1/035010164621','243796','940','','2','1','','');r
eturn(false);">283</a> Administrative Motion to File Under Seal
<i></i> <i></i> filed byIntuit Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035010164621"
onClick="goDLS('/doc1/035010164621','243796','940','','2','1','','');r
eturn(false);">283</a> ) (Kiernan, David) (Filed on 1/22/2013)
(Entered: 01/22/2013);Letter from Eric Evans <i>to Honorable
Paul S. Grewal</i>. (Evans, Eric) (Filed on 1/22/2013) (Entered:
01/22/2013);Declaration of Tina M. Evangelista in Support of <a
href="https://ecf.cand.uscourts.gov/doc1/035010164621"
onClick="goDLS('/doc1/035010164621','243796','940','','2','1','','');r
eturn(false);">283</a> Administrative Motion to File Under Seal

5

**Monthly Dinger Billed Report**  02/07/2013

**for Jan 2013**

eturn(false);">283</a> Administrative Motion to File Under Seal <i></i> <i></i> filed byIntel Corp.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010164621" onClick="goDLS('/doc1/035010164621','243796','940','','2','1','','');r eturn(false);">283</a> ) (Busch, Frank) (Filed on 1/22/2013) (Entered: 01/22/2013);Declaration of Frank Wagner in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010164621" onClick="goDLS('/doc1/035010164621','243796','940','','2','1','','');r eturn(false);">283</a> Administrative Motion to File Under Seal <i></i> <i></i> filed byGoogle Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010164621" onClick="goDLS('/doc1/035010164621','243796','940','','2','1','','');r eturn(false);">283</a> ) (Selin, Anne) (Filed on 1/22/2013) (Entered: 01/22/2013);NOTICE of Compliance with <a href="https://ecf.cand.uscourts.gov/doc1/035110145084" onClick="goDLS('/doc1/035110145084','243796','909','','2','1','','');r eturn(false);">273</a> Court&#039;s January 15, 2013 Order re Motions to Seal by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover (Harvey, Dean) (Filed on 1/22/2013) Modified text on 1/23/2013 (dhmS, COURT STAFF). (Entered: 01/22/2013);REDACTION <i>to PLAINTIFFS&#039; NOTICE OF MOTION AND MOTION FOR CLASS CERTIFICATION, AND MEMORANDUM OF LAW IN SUPPORT in compliance with the Court&#039;s January 15, 2013 Order <a href="https://ecf.cand.uscourts.gov/doc1/035110145084" onClick="goDLS('/doc1/035110145084','243796','909','','2','1','','');r eturn(false);">273</a> </i> by Daniel Stover, Siddharth Hariharan, Michael Devine, Mark Fichtner, Brandon Marshall. (Harvey, Dean) (Filed on 1/22/2013) (Entered: 01/22/2013);REDACTION <i>to DECLARATION OF ANNE B. SHAVER IN SUPPORT OF PLAINTIFFS&#039; MOTION FOR CLASS CERTIFICATION in compliance with the Court&#039;s January 15, 2013 Order <a href="https://ecf.cand.uscourts.gov/doc1/035110145084" onClick="goDLS('/doc1/035110145084','243796','909','','2','1','','');r eturn(false);"



6



**Monthly Dinger Billed Report**

**for Jan 2013**

02/07/2013

01/24/13

01/24/13

01/24/13

01/24/13

01/25/13

01/25/13

01/25/13

USDC Eastern District of Missouri                    3462-0001

01/25/13   compensation   dharvey@lchb.c   Civil rights action. The defendants denied the plaintiff due process   5.00
                          om              in taking away the plaintiff's disability compensation from the
                                          Veteran's Administration.

01/25/13

01/25/13

01/28/13

**Monthly Dinger Billed Report**

**for Jan 2013**

02/07/2013



| | | | | | |
|---|---|---|---|---|---|
| 01/28/13 | | | | | |
| 01/28/13 | | | | | |
| 01/28/13 | | | | | |
| 01/29/13 | | | 3462-0001 | 2013 L 962 | 5.00 |

...on for retaliatory discharge. Defendant fired plaintiff from position as a forklift operator after she sought worker's compensation benefits for a work-related injury.

| Santa Cruz County Superior Court | | | 3462-0001 | CV176035 | |
|---|---|---|---|---|---|
| 01/29/13 | compensation | dharvey@lchb.com | | | 5.00 |

Temporary, Preliminary Injunction and Permanent Injunction. Defendant has violated Labor Code sections 2054 and 2060 et al. by operating a business and employing labor without having registered with the Labor Commissioner, Chief of the Division of Labor Standards Enforcement and defendant is using employee labor without having secured workers' compensation insurance, and is paying wages without issuing itemized wage deduction statements, among other things.

| | | | | | |
|---|---|---|---|---|---|
| 01/29/13 | | | | | |
| Baldwin County | | | 3462-0001 | CV-13-900127 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation. | | 5.00 |
| B.C. Supreme Court - Vancouver Registry | | | 3462-0001 | S-130603 | |
| 01/29/13 | compensation | dharvey@lchb.com | Petition to set aside a decision of the Workers' Compensation Appeal Tribunal. | | 5.00 |
| Lake County Court of Common Pleas | | | 3462-0001 | 13CV000194 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |
| Stark County Court of Common Pleas | | | 3462-0001 | 2013CV00265 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |
| 11th Judicial Circuit Court of Florida Miami-Dade | | | 3462-0001 | 13-02725CA15 | |
| 01/29/13 | compensation | dharvey@lchb.com | Negligence. The plaintiff was injured at work and the defendant is refusing to provide worker's compensation. | | 5.00 |
| Cuyahoga County Court of Common Pleas | | | 3462-0001 | CV 13 800327 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |
| Cuyahoga County Court of Common Pleas | | | 3462-0001 | CV 13 800328 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |
| Cuyahoga County Court of Common Pleas | | | 3462-0001 | CV 13 800329 | |

**Monthly Dinger Billed Report**                                02/07/2013

**for Jan 2013**

| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |

01/29/13

| Cuyahoga County Court of Common Pleas | | | 3462-0001 | CV 13 800300 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |
| Summit County Court of Common Pleas | | | 3462-0001 | CV-2013-01-0613 | |
| 01/29/13 | compensation | dharvey@lchb.com | Worker's compensation administrative appeal. | | 5.00 |
| Summit County Court of Common Pleas | | | 3462-0001 | CV-2013-01-0618 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |
| Lucas County Court of Common Pleas | | | 3462-0001 | CI0201301395 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |
| Lucas County Court of Common Pleas | | | 3462-0001 | CI0201301402 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation administrative appeal. | | 5.00 |
| Franklin County Court of Common Pleas | | | 3462-0001 | 13CV001063 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation. | | 5.00 |
| Franklin County Court of Common Pleas | | | 3462-0001 | 13CV001109 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation appeal. | | 5.00 |
| Muskingum County Court of Common Pleas | | | 3462-0001 | CD2013-0040 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation. | | 5.00 |

01/29/13

| Mahoning County Ohio Court of Common Pleas | | | 3462-0001 | 2013-198 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation appeal. | | 5.00 |
| Mahoning County Ohio Court of Common Pleas | | | 3462-0001 | 2013-199 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation appeal. | | 5.00 |
| Mahoning County Ohio Court of Common Pleas | | | 3462-0001 | 2013-200 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation appeal. | | 5.00 |
| Mahoning County Ohio Court of Common Pleas | | | 3462-0001 | 2013-201 | |
| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation appeal. | | 5.00 |
| Mahoning County Ohio Court of Common Pleas | | | 3462-0001 | 2013-223 | |

19

**Monthly Dinger Billed Report**

02/07/2013

**for Jan 2013**

| 01/29/13 | compensation | dharvey@lchb.com | Workers' compensation appeal. | | 5.00 |
|---|---|---|---|---|---|
| Mahoning County Ohio Court of Common Pleas | | | 3462-0001 | 2013-225 | |
| 01/29/13 | compensation | dharvey@lchb.c. om | Workers' compensation appeal. | | 5.00 |
| Mahoning County Ohio Court of Common Pleas | | | 3462-0001 | 2013-195 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation appeal. | | 5.00 |
| Cook County Circuit Court | | | 3462-0001 | 2013 L 994 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Employment action for retaliatory discharge. Defendant fired plaintiff after he sought worker's compensation benefits for a work-related arm injury. Plaintiff demands $500,00 in punitive damages. | | 5.00 |
| Hamilton County Court of Common Pleas | | | 3462-0001 | A1300693 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation administrative appeal. | | 5.00 |
| Hamilton County Court of Common Pleas | | | 3462-0001 | A1300689 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation administrative appeal. | | 5.00 |
| Hamilton County Court of Common Pleas | | | 3462-0001 | A1300704 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation administrative appeal. | | 5.00 |
| Hamilton County Court of Common Pleas | | | 3462-0001 | A1300705 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation administrative appeal. | | 5.00 |
| Clermont County Court of Common Pleas | | | 3462-0001 | 2013 CVD 00170 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation administrative appeal. | | 5.00 |
| Knox County Circuit Court | | | 3462-0001 | 1-35-13 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation. | | 5.00 |
| Knox County Circuit Court | | | 3462-0001 | 2-33-13 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation. | | 5.00 |
| Knox County Chancery Court | | | 3462-0001 | 184566-2 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Workers' compensation. | | 5.00 |
| Cook County Circuit Court | | | 3462-0001 | 2013 CH 2622 | |
| 01/29/13 | compensation | dharvey@lchb.c om | Action for breach of fiduciary duty, accounting, unjust enrichment and partnership dissolution. After plaintiff and the individual defendants, including an attorney, started a business venture to provide assistance to employers, insurance carriers and administrators in "managing and defeating workers' compensation claims involving the use of illegal drugs and alcohol" - known as "The Center for Intoxication Defense Management" or "FightReady" - and plaintiff established a relationship with several major insurance companies, the individuals defendants locked plaintiff out of the company and failed to pay him due compensation. | | 5.00 |
| Travis County District Court | | | 3462-0001 | D-1-GN-13-000313 | |

**Monthly Dinger Billed Report**

for Jan 2013

02/07/2013

| Date | | | | | |
|---|---|---|---|---|---|
| 01/29/13 | compensation | dharvey@lchb.com | Breach of contract. Defendant failed to pay benefits and other compensation owed to plaintiff Crumb under a physician employment agreement. Dr. Crumb had worked as an educating physician in defendant's Obstetrics & Gynecology department. | | 5.00 |
| 01/29/13 | | "" | | | |

Cook County Circuit Court                    3462-0001                    2013 L 995

| 01/29/13 | compensation | dharvey@lchb.com | Employment action for retaliatory discharge. Defendant fired plaintiff from her position as a property manager after she sought worker's compensation benefits for a work-related leg injury. Plaintiff demands $500,000 in punitive damages. | | 5.00 |
| 01/29/13 | | | | | |
| 01/29/13 | | | | | |
| 01/30/13 | | | | | |
| 01/30/13 | | | | | |
| 01/30/13 | | | | | |
| 01/30/13 | | | | | |
| 01/30/13 | | | | | |
| 01/30/13 | | | | | |
| 01/30/13 | | | | | |

21



# COURTHOUSE NEWS SERVICE

| Invoice # |
|---|
| 513214 |

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

| CURRENT INVOICE | | | | |
|---|---|---|---|---|
| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
| 513214 | $234.50 | $234.50 | 01/01/2013 | 03/01/2013 |

Order Number:      433182      Ship To:      Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $9.50 | $0.00 | $9.50 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 45 | $225.00 | $0.00 | $225.00 |
| | **Sub Totals** | | | $0.00 | $234.50 |
| | Payments | | | | $0.00 |
| | Credit | | | | $0.00 |
| | **Invoice Total** | | | | $234.50 |

CR
2477/202080

Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.
Our Tax ID # is: 95-4652674

| Total Due | $234.50 |
|---|---|

Page 1  of  1



**LIBRARY**

JAN 1 6 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Dec 2012**

01/10/2013

| Account Number | | | Firm Name | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 12/03/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Order by Hon. Lucy H. Koh granting <a href="https://ecf.cand.uscourts.gov/doc1/03509167165" onClick="goDLS('/doc1/03509167165','243796','415','','2','1','',''); return(false);">113</a> Motion to Withdraw as Attorney Katerine M Lehe. (lhklc1, COURT STAFF) (Filed on 11/26/2012) (Entered: 11/26/2012); | | 1.80 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 12/10/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | JOINT CASE MANAGEMENT STATEMENT <i></i> filed by Adobe Systems Inc., Apple Inc., Michael Devine, Mark Fichtner, Google Inc., Siddharth Hariharan, Intel Corp., Intuit Inc., Lucasfilm Ltd., Brandon Marshall, Palm Inc., Pixar, Daniel Stover. (Shaver, Anne) (Filed on 12/5/2012) (Entered: 12/05/2012); | | 1.80 |

1

**Monthly Dinger Billed Report**                    01/10/2013

**for Dec 2012**

USDC Northern District of California            3462-0001                    11cv2509

| | | | | |
|---|---|---|---|---|
| 12/17/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | REPLY (re <a href="https://ecf.cand.uscourts.gov/doc1/03509824273" onClick="goDLS('/doc1/03509824273','243796','650','','2','1','','");return(false);">187</a> MOTION to Certify Class <i>and Memorandum of Points and Authorities</i>, <a href="https://ecf.cand.uscourts.gov/doc1/03509957959" onClick="goDLS('/doc1/03509957959','243796','727','','2','1','','");return(false);">210</a> MOTION to Strike <i>the Report of Dr. Edward E. Leamer</i> <i></i> filed byMichael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Shaver, Anne) (Filed on 12/10/2012) (Entered: 12/10/2012);Administrative Motion to File Under Seal <i></i> filed by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110044574" onClick="goDLS('/doc1/035110044574','243796','833','','2','1','','");return(false);">1</a> Declaration of Anne Shaver, # <a href="https://ecf.cand.uscourts.gov/doc1/035110044575" onClick="goDLS('/doc1/035110044575','243796','833','','2','1','','");return(false);">2</a> Proposed Order, # <a href="https://ecf.cand.uscourts.gov/doc1/035110044576" onClick="goDLS('/doc1/035110044576','243796','833','','2','1','','");return(false);">3</a> Exhibit Redacted Reply Class Certification, # <a href="https://ecf.cand.uscourts.gov/doc1/035110044577" onClick="goDLS('/doc1/035110044577','243796','833','','2','1','','");return(false);">4</a> Exhibit Redacted Reply Report Edward Leamer, # <a href="https://ecf.cand.uscourts.gov/doc1/035110044578" onClick="goDLS('/doc1/035110044578','243796','833','','2','1','','");return(false);">5</a> Exhibit Exhibits Under Seal)(Shaver, Anne) (Filed on 12/10/2012) (Entered: 12/10/2012);Declaration of Edward E. Leamer in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035110044581" onClick="goDLS('/doc1/035110044581','243796','835','','2','1','','");return(false);">247</a> Reply to Opposition/Response, <i></i> filed byMichael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035110044581" onClick="goDLS('/doc1/035110044581','243796','835','','2','1','','");return(false);">247</a> ) (Shaver, Anne) (Filed on 12/10/2012) (Entered: 12/10/2012);CERTIFICATE OF SERVICE by Michael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover re <a href="https://ecf.cand.uscourts.gov/doc1/035110044581" onClick="goDLS('/doc1/035110044581','243796','835','','2','1','','");return(false);">247</a> Reply to Opposition/Response, <i></i> (Shaver, Anne) (Filed on 12/10/2012) (Entered: 12/10/2012);Declaration of Dean M. Harvey in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035110044581" onClick="goDLS('/doc1/035110044581','243796','835','','2','1','','");return(false);">247</a> Reply to Opposition/Response, <i></i> filed byMichael Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall, Daniel Stover. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110044588" onClick="goDLS('/doc1/035110044588','243796','839','','2','1','','");return(false);">1</a> Exhibit Exhibits Filed Under Seal, # <a href="https://ecf.cand.uscourts.gov/doc1/035110044589" onClick="goDLS('/doc1/035110044589','243796','839','','2','1','','");return(false);">2</a> Exhibit 7, # <a href="https://ecf.cand.uscourts.gov/doc1/035110044590" onClick="goDLS('/doc1/035110044590','243796','839','','2','1','','");return(false);">3</a> Exhibit 8, # <a href="https://ecf.cand.uscourts.gov/doc1/035110044591" | 1.90 |

**Monthly Dinger Billed Report**

01/10/2013

**for Dec 2012**

href="https://ecf.cand.uscourts.gov/doc1/035110044591"
onClick="goDLS('/doc1/035110044591','243796','839','','2','1','','');r
eturn(false);">4</a> Exhibit 9, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110044592"
onClick="goDLS('/doc1/035110044592','243796','839','','2','1','','');r
eturn(false);">5</a> Exhibit 10, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110044593"
onClick="goDLS('/doc1/035110044593','243796','839','','2','1','','');r
eturn(false);">6</a> Exhibit 11, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110044594"
onClick="goDLS('/doc1/035110044594','243796','839','','2','1','','');r
eturn(false);">7</a> Exhibit 31, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110044595"
onClick="goDLS('/doc1/035110044595','243796','839','','2','1','','');r
eturn(false);">8</a> Exhibit 32, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110044596"
onClick="goDLS('/doc1/035110044596','243796','839','','2','1','','');r
eturn(false);">9</a> Exhibit 33, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110044597"
onClick="goDLS('/doc1/035110044597','243796','839','','2','1','','');r
eturn(false);">10</a> Exhibit 34)(Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035110044581"
onClick="goDLS('/doc1/035110044581','243796','835','','2','1','','');r
eturn(false);">247</a> ) (Shaver, Anne) (Filed on 12/10/2012)
(Entered: 12/10/2012);CLERKS NOTICE CONTINUING
FURTHER CASE MANAGEMENT CONFERENCE TO DATE OF
MOTION HEARING Further Case Management Conference set
for 1/17/2013 01:30 PM in Courtroom 8, 4th Floor, San Jose.
****THIS IS A TEXT-ONLY ENTRY. THERE IS NO DOCUMENT
ASSOCIATED WITH THIS DOCKET ENTRY**** (mpb, COURT
STAFF) (Filed on 12/11/2012) (Entered:
12/11/2012);Administrative Motion to File Under Seal <i>LETTER
RE CORRECTION TO CONSOLIDATED REPLY IN SUPPORT
OF MOTION FOR CLASS CERTIFICATION AND IN
OPPOSITION TO DEFENDANTS MOTION TO STRIKE THE
REPORT OF DR. EDWARD E. LEAMER, AND REPLY EXPERT
REPORT OF EDWARD E. LEAMER, PH.D.</i> filed by Michael
Devine, Mark Fichtner, Siddharth Hariharan, Brandon Marshall,
Daniel Stover. (Attachments: # <a
href="https://ecf.cand.uscourts.gov/doc1/035110053545"
onClick="goDLS('/doc1/035110053545','243796','850','','2','1','','');r
eturn(false);">1</a> Proposed Order, # <a
href="https://ecf.cand.uscourts.gov/doc1/035110053546"
onClick="goDLS('/doc1/035110053546','243796','850','','2','1','','');r
eturn(false);">2</a> Exhibit Redacted Letter)(Harvey, Dean) (Filed
on 12/12/2012) (Entered: 12/12/2012);Letter from Brendan P.
Glackin <i>RE CORRECTION TO CONSOLIDATED REPLY IN
SUPPORT OF MOTION FOR CLASS CERTIFICATION AND IN
OPPOSITION TO DEFENDANTS MOTION TO STRIKE THE
REPORT OF DR. EDWARD E. LEAMER, AND REPLY EXPERT
REPORT OF EDWARD E. LEAMER, PH.D.</i>. (Harvey, Dean)
(Filed on 12/12/2012) (Entered: 12/12/2012);

3

**Monthly Dinger Billed Report**

01/10/2013

**for Dec 2012**

USDC Northern District of California                          3462-0001                          11cv2509

| 12/24/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Declaration of Christina Brown in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> Joint Administrative Motion to File Under Seal <i></i> <i></i> filed byApple Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> ) (Brown, Christina) (Filed on 12/17/2012) (Entered: 12/17/2012);Declaration of James M. Kennedy in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> Joint Administrative Motion to File Under Seal <i></i> <i></i> filed byPixar. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> ) (Richardson, Chinue) (Filed on 12/17/2012) (Entered: 12/17/2012);Declaration of Justina K. Sessions in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> Joint Administrative Motion to File Under Seal <i></i> <i></i> filed byLucasfilm Ltd.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> ) (Sessions, Justina) (Filed on 12/18/2012) (Entered: 12/18/2012);Joint Administrative Motion to File Under Seal <i></i> filed by Google Inc.. (Attachments: # <a href="https://ecf.cand.uscourts.gov/doc1/035110069721" onClick="goDLS('/doc1/035110069721','243796','856','','2','1','','');return(false);">1</a> Appendix Appendix A, # <a href="https://ecf.cand.uscourts.gov/doc1/035110069722" onClick="goDLS('/doc1/035110069722','243796','856','','2','1','','');return(false);">2</a> Exhibit Exhibits A-C, # <a href="https://ecf.cand.uscourts.gov/doc1/035110069723" onClick="goDLS('/doc1/035110069723','243796','856','','2','1','','');return(false);">3</a> Proposed Order)(Evans, Eric) (Filed on 12/17/2012) (Entered: 12/17/2012);Declaration of Susan J. Welch in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> Joint Administrative Motion to File Under Seal <i></i> <i></i> filed byIntel Corp.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> ) (Welch, Susan) (Filed on 12/17/2012) (Entered: 12/17/2012);Declaration of Catherine T. Zeng in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> Joint Administrative Motion to File Under Seal <i></i> <i></i> filed byIntuit Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> ) (Zeng, Catherine) (Filed on 12/17/2012) (Entered: 12/17/2012);Declaration of Lin W. Kahn in Support of <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> Joint Administrative Motion to File Under Seal <i></i> <i></i> filed byAdobe Systems Inc.. (Related document(s) <a href="https://ecf.cand.uscourts.gov/doc1/035010069720" onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');return(false);">254</a> ) (Wang, Lin) (Filed on 12/17/2012) | 2.00 |

**Monthly Dinger Billed Report**

01/10/2013

**for Dec 2012**

eturn(false);">254</a> ) (Wang, Lin) (Filed on 12/17/2012)
(Entered: 12/17/2012);Declaration of Frank Wagner in Support of
<a href="https://ecf.cand.uscourts.gov/doc1/035010069720"
onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');r
eturn(false);">254</a> Joint Administrative Motion to File Under
Seal <i></i> <i></i> filed byGoogle Inc.. (Related document(s) <a
href="https://ecf.cand.uscourts.gov/doc1/035010069720"
onClick="goDLS('/doc1/035010069720','243796','856','','2','1','','');r
eturn(false);">254</a> ) (Selin, Anne) (Filed on 12/18/2012)
(Entered: 12/18/2012);

| USDC Northern District of California | | 3462-0001 | 11cv2509 | |
| --- | --- | --- | --- | --- |
| 12/31/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | No new filings docketed. | 2.00 |





3462-0001

376.86

**Grand Total**





**LexisNexis®**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1307001401 | 31-JUL-13 |
| BILLING PERIOD 01-JUL-13 - 31-JUL-13 | |

| ACCOUNT NUMBER |
|---|
| 1900JPR |

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

**ITEMIZATION OF LEXISNEXIS & RELATED CHARGES**
**ACCOUNT SUMMARY BY CLIENT**

CLIENT 3462-0001

| | CONTRACT USE | | | TRANSACTIONAL USE | | | |
|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| $3,841.50 | ($3,464.64) | $376.86 | | | $376.86 | | $376.88 |

10





| INVOICE NO: | INVOICE DATE |
|---|---|
| 130600140D | 30-JUN-13 |

BILLING PERIOD 01-JUN-13 - 30-JUN-13

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

| ACCOUNT NUMBER |
|---|
| 100XPR |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $833.75 | ($744.80) | $88.95 | | | $88.95 | | $88.95 |

11



LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1305001401 | 31-MAY-13 |

BILLING PERIOD 01-MAY-13 - 31-MAY-13

| ACCOUNT NUMBER |
|---|
| 100XPR |

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT



| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3462-0001 | $ 2,390.50 | ($ 2,194.31) | $ 196.19 | | | $ 196.19 | | $ 196.19 |

11



# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1304001402 | 30-APR-13 |

BILLING PERIOD 01-APR-13 - 30-APR-13

**INVOICE TO:**
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

| ACCOUNT NUMBER |
|---|
| 100XPR |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| ▮462-0001 | $6,364.75 | ($5,961.01) | $403.74 | | | $403.74 | | $403.74 |

11





LexisNexis®

**INVOICE NO.** | **INVOICE DATE**
13030001406 | 31-MAR-13

BILLING PERIOD 01-MAR-13 - 31-MAR-13

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3305

**ACCOUNT NUMBER**

100XPR

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $1,999.75 | ($1,785.65) | $214.10 | | | $214.10 | | $214.10 |

11

LexisNexis®

INVOICE NO.: 121200I425   INVOICE DATE: 31-DEC-12

BILLING PERIOD 01-DEC-12 - 31-DEC-12

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

ACCOUNT NUMBER   100XPR

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $7,995.75 | ($6,938.07) | $1,057.68 | - | - | $1,057.68 | | $1,057.68 |

CLIENT 3462:0001

11

# LexisNexis® 

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1210001430 | 31-OCT-12 |

BILLING PERIOD 01-OCT-12 - 31-OCT-12

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

| ACCOUNT NUMBER |
|---|
| 100XPR |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $30,363.25 | ($27,238.20) | $3,125.05 | | $873.00 | $3,998.05 | | $3,998.05 |

11

# LexisNexis®

INVOICE NO: 121001428

INVOICE DATE: 30-NOV-12

BILLING PERIOD 01-NOV-12 - 30-NOV-12

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

ACCOUNT NUMBER

100XPR

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3402-0001 | $18,788.25 | ($16,883.26) | $1,904.99 | | $12.00 | $1,916.99 | | $1,916.99 |

11

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1302001412 | 28-FEB-13 |

BILLING PERIOD 01-FEB-13 - 28-FEB-13

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

| ACCOUNT NUMBER |
|---|
| 100XPR |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $2,665.25 | ($2,349.46) | $315.79 | | | $315.79 | | $315.79 |

10

# LexisNexis®

| INVOICE NO. | INVOICE DATE |
|---|---|
| 1301001425 | 31-JAN-13 |

BILLING PERIOD 01-JAN-13 - 31-JAN-13

| ACCOUNT NUMBER |
|---|
| 100XPR |

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| $5,753.75 | ($5,218.86) | $534.89 | · | $72.00 | $606.89 | | $606.89 |

10

LexisNexis®

INVOICE NO. | INVOICE DATE
1209001434 | 30-SEP-12

BILLING PERIOD 01-SEP-12 - 30-SEP-12

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

ACCOUNT NUMBER

100XPR

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| $5,037.75 | ($4,450.44) | $587.31 | | | $587.31 | | $587.31 |

10

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: 626/577-6726   Technical Questions: 626/577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|---|
| 511436 |

## INVOICE

**Bill To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

**Ship To**
Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

RECEIVED

DEC 1 3 2012

ACCOUNTING

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 511436 | $424.10 | $424.10 | 12/01/2012 | 02/01/2013 |

Order Number:        431134        Ship To:    Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 3 | $9.10 | $0.00 | $9.10 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 83 | $415.00 | $0.00 | $415.00 |
| | **Sub Totals** | | | $0.00 | $424.10 |
| | Payments | | | | $0.00 |
| | Credit | | | | $0.00 |
| | **Invoice Total** | | | | $424.10 |

CR
2477/201271

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

| Total Due | $424.10 |
|---|---|

Page 1  of  1

LIBRARY

DEC 1 3 2012

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Nov 2012**

12/06/2012

| Account Number | | | Firm Name | | |
|---|---|---|---|---|---|
| 353 | Lieff Cabraser - SF | | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 11/05/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Nothing found | | 1.50 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 11/19/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | OPPOSITION to ( <a ..., MOTION to Strike <i..., Administrative Moti..., <b>*** FILED IN ERR..., MOTION for an Evide..., Declaration of Cath..., Declaration of Chri..., Proposed Order re <..., Declaration of Lin ..., Declaration of Jame..., Declaration of Just..., Declaration of Fran..., Declaration of Fran..., Declaration of Chri..., Proposed Order re <..., Proposed Order re <..., EXHIBITS re <a href..., Transcript of Proce..., CERTIFICATE OF SERV..., CERTIFICATE OF SERV..., Proposed Order re <..., Declaration of Prof..., NOTICE of Appearanc..., MOTION Administrati..., Declaration of Bren..., Proposed Order re <..., MOTION to Remove In..., Declaration of Bren..., RESPONSE (re <a hre..., | | 3.80 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 11/26/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | OPPOSITION to ( <a ..., Declaration of Fran..., Declaration of JOSE..., ORDER by Judge Lucy..., Order by Hon. Lucy ..., Proposed Order re <..., | | 3.80 |
| 11/01/12 | | | | | |
| 11/01/12 | | | | | |
| 11/01/12 | | | | | |
| 11/01/12 | | | | | |
| 11/02/12 | | | | | |

1

# LIBRARY 

## COURTHOUSE NEWS SERVICE  NOV 15 2012  Invoice #

30 North Raymond Ave., Suite 310

Pasadena, CA 91103  LIEFF, CABRASER, HEIMANN, BERNSTEIN

509610

Billing Questions: 626/577-6726   Technical Questions: 626/577-6700

Email: accounting@courthousenews.com

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date |
|---|---|---|---|---|
| 509610 | $601.90 | $601.90 | 11/01/2012 | 01/01/2013 |

Order Number:   429040   Ship To:   Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

*CR
2477/200582*

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $11.90 | $0.00 | $11.90 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 118 | $590.00 | $0.00 | $590.00 |
| **Sub Totals** | | | | $0.00 | $601.90 |
| | | | Payments | | $0.00 |
| | | | Credit | | $0.00 |
| | | | **Invoice Total** | | $601.90 |

| **Total Due** | **$601.90** |
|---|---|

**Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.**

**Our Tax ID # is: 95-4652674**

Page 1  of 1

**Monthly Dinger Billed Report**

**for Oct 2012**

11/09/2012

| Account Number | | Firm Name | | | |
|---|---|---|---|---|---|
| 353 | | Lieff Cabraser - SF | | | |

| | | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|---|
| Date | Search Term(s) | Email | | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 10/07/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | | Administrative Moti..., MOTION to Certify C..., Declaration of Ann ..., Declaration of Edwa..., Declaration of Edwa..., CERTIFICATE OF SERV..., | | 3.40 |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 10/14/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | | Declaration of Robe..., Proposed Order re <..., MOTION to Withdraw ..., Defendants&#039; Jo..., Declaration of Donn..., Declaration of Lisa..., Proposed Order Gran..., Declaration of DAVI..., Declaration of Alan..., Declaration of Fran..., Declaration of Jame..., Declaration of Tina..., Declaration of Mark..., MOTION for leave to..., Order by Hon. Lucy ..., | | 3.50 |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 10/23/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | | Order by Hon. Lucy ..., MOTION for leave to..., Order by Hon. Lucy ..., | | 3.50 |
| USDC Northern District of California | | | 3462-0001 | | 11cv2509 | |
| 10/29/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | | Nothing found | | 1.50 |
| 10/01/12 | | "" | | | | |
| 10/01/12 | | "" | | | | |
| 10/01/12 | | "" | | | | |
| 10/01/12 | | | | | | |
| 10/01/12 | | "" | | | | |

1

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
**Billing Questions: 626/577-6726    Technical Questions: 626/577-6700**
**Email: accounting@courthousenews.com**

| Invoice # |
|-----------|
| 507711 |

## INVOICE

| Bill To | Ship To |
|---------|---------|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|----------------|--------------|--------------|--------------|----------|---|
| 507711 | $436.50 | $436.50 | 10/01/2012 | 12/01/2012 | |

| Order Number: | 426876 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

| Service | Description | Qty | Rate | Tax | Total |
|---------|-------------|-----|------|-----|-------|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $6.50 | $0.00 | $6.50 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 86 | $430.00 | $0.00 | $430.00 |

| | Sub Totals | $0.00 | $436.50 |
|---|---|---|---|
| | Payments | | $0.00 |
| | Credit | | $0.00 |
| | **Invoice Total** | | $436.50 |

$431.50

| Total Due | $436.50 |
|-----------|---------|

Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1  of  1

*LIBRARY*

OCT 1 9 2012

LIEFF, CABRASER, HEIMANN, BERNSTEIN

2477 #200002

**Monthly Dinger Billed Report**

**for Sep 2012**

10/08/2012

| Account Number | | | Firm Name | | |
|---|---|---|---|---|---|
| 353 | Lieff Cabraser - SF | | | | |

| | Court Name | | Reference Number | Case Number | |
|---|---|---|---|---|---|
| Date | Search Term(s) | Email | Summary | | Amount |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 09/05/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | ORDER to Show Cause..., | | 1.30 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 09/11/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | JOINT CASE MANAGEME..., NOTICE of Appearanc..., | | 1.30 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 09/16/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | CASE MANAGEMENT STA..., RESPONSE to <a href..., Minute Entry and Ca..., | | 1.30 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 09/24/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Transcript of Proce..., NOTICE of Appearanc..., | | 1.30 |
| USDC Northern District of California | | | 3462-0001 | 11cv2509 | |
| 09/30/12 | Subsequent Filing Check for 11cv2509 | dharvey@lchb.com | Nothing found | | 1.30 |
| 09/04/12 | | | | | |
| 09/04/12 | | | | | |
| 09/04/12 | | | | | |
| 09/05/12 | | | | | |
| 09/05/12 | | | | | |

1

# COURTHOUSE NEWS SERVICE

30 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|---|
| 502184 |

## INVOICE

RECEIVED
JUL 1 3 2012
ACCOUNTING

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

### CURRENT INVOICE

| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
|---|---|---|---|---|---|
| 502184 | $444.50 | $444.50 | 07/01/2012 | 09/01/2012 | |

Order Number:  420551    Ship To:  Lieff Cabraser - SF
275 Battery Street
30th Floor
San Francisco, CA. 94111
Attn: Renee Mukherji - Library

| Service | Description | Qty | Rate | Tax | Total |
|---|---|---|---|---|---|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 4 | $4.50 | $0.00 | $4.50 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 88 | $440.00 | $0.00 | $440.00 |
| | **Sub Totals** | | | $0.00 | $444.50 |
| | Payments | | | | $0.00 |
| | Credit | | | | $0.00 |
| | **Invoice Total** | | | | $444.50 |

| Total Due | $444.50 |
|---|---|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652674

Page 1 of 1

CR
2477 / 197053

## LIBRARY

JUL -9 2012 Rm

**LIEFF, CABRASER, HEIMANN, BERNSTEIN**

**Monthly Dinger Billed Report**

07/09/2012

**for Jun 2012**

| Account Number | | | Firm Name | | |
|---|---|---|---|---|---|
| 353 | | | Lieff Cabraser - SF | | |

| | Court Name | | | Reference Number | | Case Number | |
|---|---|---|---|---|---|---|---|
| Date | Search Term(s) | Email | | Summary | | | Amount |
| USDC Northern District of California | | | | | 11cv2509 | | |
| 06/03/12 | Subsequent Filing Check for 11cv2509 | | Order by Hon. Lucy ...., Set/Reset Hearing r..., Discovery Dispute J..., JOINT CASE MANAGEME..., NOTICE of Appearanc..., | | | | 1.10 |
| USDC Northern District of California | | | | | 11cv2509 | | |
| 06/11/12 | Subsequent Filing Check for 11cv2509 | | UNOPPOSED ADMINISTR..., Declaration of Anne..., Declaration of Jose..., Order by Hon. Lucy ..., Minute Entry: Furth..., Case Management Ord..., | | | | 1.10 |
| USDC Northern District of California | | | | | 11cv2509 | | |
| 06/17/12 | Subsequent Filing Check for 11cv2509 | | NOTICE by Michael D..., STIPULATION WITH PR..., Pursuant to Signed ..., Order by Hon. Lucy ..., | | | | 1.10 |
| USDC Northern District of California | | | | | 11cv2509 | | |
| 06/24/12 | Subsequent Filing Check for 11cv2509 | | NOTICE of Complianc..., Declaration of Eric..., Declaration of Cath..., Declaration of Davi... Declaration of Jona... Declaration of Fran..., Declaration of Chri..., Declaration of Just...., MOTION for leave to..., | | | | 1.20 |

*Handwritten: 3462-1 (appears multiple times)*

1

RECEIVED

MAY 1 7 2012

ACCOUNTING

COURTHOUSE NEWS SERVICE
36 North Raymond Ave., Suite 310
Pasadena, CA 91103
Billing Questions: 626/577-6726   Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| Invoice # |
|-----------|
| 498842 |

## INVOICE

| Bill To | Ship To |
|---------|---------|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

| CURRENT INVOICE | | | | | |
|---|---|---|---|---|---|
| Invoice Number | Open Balance | Total Amount | Invoice Date | Due Date | |
| 498842 | $259.50 | $259.50 | 05/01/2012 | 07/01/2012 | |

| Order Number: | 416631 | Ship To: | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |
|---|---|---|---|

*CP—*
*2477-1 / 195578*

| Service | Description | Qty | Rate | Tax | Total |
|---------|-------------|-----|------|-----|-------|
| Subsequent Filing Notice | Requested email notices of documents filed subsequent to the initial complaint.<br><br>Please see attached details of subsequent documents. | 5 | $4.50 | $0.00 | $4.50 |
| Dinger Download | Requested email notices of new litigation filed in courts outside of subscription coverage.<br><br>Please see attached details of emailed dings. | 51 | $255.00 | $0.00 | $255.00 |
| | Sub Totals | | | $0.00 | $259.50 |

| | | |
|---|---|---|
| | Payments | $0.00 |
| | Credit | $0.00 |
| | **Invoice Total** | $259.50 |

| Total Due | $259.50 |
|-----------|---------|

Please make checks payable to COURTHOUSE NEWS SERVICE and
reference invoice # on check.
Our Tax ID # is: 95-4652074

Page 1  of  1

LIBRARY

MAY 1 7 2012

LIEFF, CABRASER, HEIMANN, BERNSTEIN

**Monthly Dinger Billed Report**

**for Apr 2012**

05/07/2012

| Account Number | | Firm Name | | |
|---|---|---|---|---|
| 353 | Lieff Cabraser - SF | | | |

| | Court Name | | Reference Number | Case Number |
|---|---|---|---|---|

| Date | Search Term(s) | Email | Summary | Amount |
|---|---|---|---|---|
| | USDC Northern District of California | | | 11cv2509 | |
| 04/01/12 | Subsequent Filing Check for 11cv2509 | | STIPULATION <i>re: ..., | 0.90 |
| | USDC Northern District of California | | | 11cv2509 | |
| 04/08/12 | Subsequent Filing Check for 11cv2509 | | Nothing found | 0.90 |
| | USDC Northern District of California | | | 11cv2509 | |
| 04/15/12 | Subsequent Filing Check for 11cv2509 | | JOINT CASE MANAGEME..., | 0.90 |
| | USDC Northern District of California | | | 11cv2509 | |
| 04/22/12 | Subsequent Filing Check for 11cv2509 | | MOTION to Relate Ca..., Declaration of Lee ..., Declaration of Lee ..., ORDER by Judge Lucy..., | 0.90 |
| | USDC Northern District of California | | | 11cv2509 | |
| 04/29/12 | Subsequent Filing Check for 11cv2509 | | Minute Entry and Ca..., Order by Hon. Lucy .... NOTICE of Substitut..., | 0.90 |

*Handwritten annotations: 3462*

| 04/02/12 | | | | |
| 04/02/12 | | | | |
| 04/02/12 | | | | |
| 04/03/12 | | | | |
| 04/03/12 | | | | |

exisNexis®

| ACCOUNT NUMBER |
|---|
| 100XPR |

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1208001439 | 31-AUG-12 |

BILLING PERIOD 01-AUG-12 - 31-AUG-12

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| $3,605.25 | ($3,279.46) | $325.79 | | | $325.79 | | $325.79 |

10

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1207001445 | 31-JUL-12 |

BILLING PERIOD 01-JUL-12 - 31-JUL-12

| ACCOUNT NUMBER |
|---|
| 100XPR |

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3462-0001 | $2,021.75 | ($1,843.90) | $177.85 | | $10.50 | $188.35 | | $188.35 |

11




LexisNexis®

| ACCOUNT NUMBER |
| --- |
| 100XPR |

| INVOICE NO: | INVOICE DATE |
| --- | --- |
| 1206001446 | 30-JUN-12 |

BILLING PERIOD 01-JUN-12 - 30-JUN-12

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3462-0001 | $4,891.75 | ($4,314.42) | $577.33 | | $21.00 | $598.33 | | $598.33 |

10



# LexisNexis

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1205001454 | 31-MAY-12 |

BILLING PERIOD 01-MAY-12 - 31-MAY-12

| ACCOUNT NUMBER |
|---|
| 100XPR |

**INVOICE TO:**
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | $970.50 | ($833.74) | $136.76 | | | $136.76 | | $136.76 |



3462-2001

11



**LexisNexis**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1204001458 | 30-APR-12 |

BILLING PERIOD 01-APR-12 - 30-APR-12

| ACCOUNT NUMBER |
|---|
| 100XPR |

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $ 1,197.00 | ($ 1,089.71) | $ 107.29 | | | $ 107.29 | | $ 107.29 |

3462-0001

10





ACCOUNT NUMBER

100XPR

INVOICE NO:   INVOICE DATE

1202001466    29-FEB-12

BILLING PERIOD 01-FEB-12 - 29-FEB-12

INVOICE TO
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| $9,972.50 | ($8,759.66) | $1,212.84 | | | $1,212.84 | | $1,212.84 |

10



**LexisNexis**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1203001463 | 31-MAR-12 |

BILLING PERIOD 01-MAR-12 - 31-MAR-12

| ACCOUNT NUMBER |
|---|
| 100XPR |

**INVOICE TO:**
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|
| | | █ | █ | █ | | █ | █ | █ | █ |
| | | $ 589.50 | ($ 522.94) | $ 66.56 | | | $ 66.56 | | $ 66.56 |
| 3462-0001 | | | | | | | | | |

11




LexisNexis®

| ACCOUNT NUMBER |
| --- |
| 100XPR |

| INVOICE NO: | INVOICE DATE |
| --- | --- |
| 1201001467 | 31-JAN-12 |

BILLING PERIOD 01-JAN-12 - 31-JAN-12

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

**ITEMIZATION OF LEXISNEXIS & RELATED CHARGES**
**ACCOUNT SUMMARY BY CLIENT**

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3462-0001 | $5,204.75 | ($4,641.26) | $563.49 | | | $563.49 | | |

11

**LexisNexis**

| ACCOUNT NUMBER |
|---|
| 100XPR |

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1112001470 | 31-DEC-11 |

BILLING PERIOD 01-DEC-11 - 31-DEC-11

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $3,102.50 | ($2,704.46) | $398.04 | | | $398.04 | | $398.04 |
| 3462-0001 | | | | | $50.00 | | | |

10

# LexisNexis®

| ACCOUNT NUMBER |
| --- |
| 100XPR |

| INVOICE NO: | INVOICE DATE |
| --- | --- |
| 1111001474 | 30-NOV-11 |

BILLING PERIOD 01-NOV-11 - 30-NOV-11

INVOICE TO
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | $7,268.75 | (6,588.60) | $680.15 | | | $680.15 | | $680.15 |

11



3462-0001



**LexisNexis®**

| ACCOUNT NUMBER |
|---|
| 100XPR |

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1110001477 | 31-OCT-11 |

BILLING PERIOD 01-OCT-11 - 31-OCT-11

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | CONTRACT USE GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3462-0001 | $13,107.00 | ($11,578.79) | $1,528.21 | | $45.00 | $1,573.21 | | $1,573.21 |

11



LexisNexis®





LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1108001481 | 31-AUG-11 |

| ACCOUNT NUMBER |
|---|
| 100XPR |

BILLING PERIOD 01-AUG-11 - 31-AUG-11

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3462-0001 | $299.00 | ($229.17) | $69.83 | | | $69.83 | | $69.83 |

ACCOUNT TOTAL:

10



**LexisNexis®**

| INVOICE NO: | INVOICE DATE |
| --- | --- |
| 1107001483 | 31-JUL-11 |

BILLING PERIOD 01-JUL-11 - 31-JUL-11

| ACCOUNT NUMBER |
| --- |
| 100XPR |

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT









**LexisNexis®**

| INVOICE NO: | INVOICE DATE |
| --- | --- |
| 1105001492 | 31-MAY-11 |

| ACCOUNT NUMBER |
| --- |
| 100XPR |

BILLING PERIOD 01-MAY-11 - 31-MAY-11

INVOICE TO:
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

**ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES**
ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | ($1,081.22) | $390.78 | | | $390.78 | | $390.78 |

$1,472.05

10

UNT TOTAL:



3462-0001



# LexisNexis®

| ACCOUNT NUMBER |
|---|
| 100XPR |

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1104001496 | 30-APR-11 |

BILLING PERIOD 01-APR-11 - 30-APR-11

*INVOICE TO:*
LIEFF CABRASER HEIMANN & BERNSTEIN LLP
SAN FRANCISCO CA 94111-3378

## ITEMIZATION OF LEXISNEXIS ONLINE & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT



| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| 3462-0001 | $6,422.00 | ($4,173.38) | $2,248.62 | | | $2,248.62 | | $2,248.62 |

ACCOUNT TOTAL:

9



```
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE: 3462                                    100.96
SUBTOTAL FOR CLIENT CODE: 3462-0001                                45.76
SUBTOTAL FOR CLIENT CODE: 3462-1                                   58.24
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
```

```
CUSTOMER NUMBER: LC0019
DATE RANGE:     07/01/2011 - 09/30/2011              PAGE:        5

DATE          COURT                   TIME IN   TIME OUT TIME/PAGES   AMOUNT
              SEARCH CRITERIA                             DESCRIPTION
--------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
```

```
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
```




```
CUSTOMER NUMBER: LC0019
DATE RANGE:      04/01/2011 - 06/30/2011                    PAGE:        4

DATE          COURT                      TIME IN    TIME OUT TIME/PAGES    AMOUNT
              SEARCH CRITERIA                                DESCRIPTION
--------------------------------------------------------------------------------
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE: 3462                                 25.04
SUBTOTAL FOR CLIENT CODE: 3462-0001                             1.60
SUBTOTAL FOR CLIENT CODE: 3462-1                                7.60
SUBTOTAL FOR CLIENT CODE: 34620001                              1.68
SUBTOTAL FOR CLIENT CODE:
SUBTOTAL FOR CLIENT CODE:
```

Billing Peri 06/01/11 - 06/30/11

| Login ID | Activity | Search Cr | Reference | Date & Tir | Price |
|---|---|---|---|---|---|
| brendapart | Person Se | EVELYN S | 3301 | Jun 1 201 | 1.1 |
| brendapart | Person Se | MILDRED | 3301 | Jun 1 201 | 1.1 |
| brendapart | Person Se | ROY AYC( | 3301 | Jun 1 201 | 1.1 |
| brendapart | Person Se | 257-38-49! | 33010012 | Jun 4 201 | 1.1 |
| brendapart | Flat Rate ( | ALBERT N | 33010012 | Jun 4 201 | 9.35 |
| brendapart | Person Se | CHARLES | 33010012 | Jun 4 201 | 1.1 |
| brendapart | Flat Rate ( | CHARLES | 33010012 | Jun 4 201 | 9.35 |
| brendapart | Person Se | CHARLES | 33010012 | Jun 10 201 | 1.1 |
|  |  |  |  | Sub Total | 25.3 |
| cherylkent | Advanced | ALVIN BR( | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | ALVIN BR( | 33010001 | Jun 15 201 | 0 |
| cherylkent | Advanced | ALVIN BR( | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | ALVIN BR( | 33010001 | Jun 15 201 | 0 |
| cherylkent | Advanced | ALVIN BR( | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | NANNETT | 33010001 | Jun 15 201 | 0 |
| cherylkent | Advanced | NANNETT | 33010001 | Jun 15 201 | 0 |
| cherylkent | Advanced | NANNETT | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | NANNETT | 33010001 | Jun 15 201 | 0 |
| cherylkent | Advanced | NANNETT | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | NANNETT | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | NANNETT | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | NANNETT | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | ALVIN BR( | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | FL 267-16- | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | 262-60-35( | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | 157-16-91; | 33010001 | Jun 15 201 | 1.65 |
| cherylkent | Advanced | STEVE HII | 3250-0148 | Jun 16 201 | 1.65 |
| cherylkent | Advanced | STEVE HII | 3250-0148 | Jun 16 201 | 1.65 |
| cherylkent | Advanced | HILLARY | 3250-0148 | Jun 16 201 | 1.65 |
| cherylkent | Advanced | CA 953-37 | 3250-0148 | Jun 16 201 | 1.65 |
| cherylkent | Advanced | 265-40-88! | 33010034 | Jun 17 201 | 1.65 |
| cherylkent | Advanced | 265-40-28! | 33010034 | Jun 17 201 | 0 |
| cherylkent | Advanced | 265-40-88! | 33010034 | Jun 17 201 | 1.65 |
| cherylkent | Advanced | 266-40-38! | 33010034 | Jun 17 201 | 1.65 |
| cherylkent | Advanced | CECIL DR | 33010034 | Jun 17 201 | 1.65 |
| cherylkent | Advanced | CECIL DR | 33010034 | Jun 17 201 | 1.65 |
| cherylkent | Advanced | FL 266-49- | 33010034 | Jun 17 201 | 1.65 |
| cherylkent | Advanced | 266-11-68' | 3301-0034 | Jun 20 201 | 1.65 |
| cherylkent | Advanced | STEVE HII | 3250-0148 | Jun 22 201 | 1.65 |
| cherylkent | Advanced | STEVE HII | 3250-0148 | Jun 22 201 | 1.65 |
| cherylkent | Advanced | BEVERLY | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | BEVERLY | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | DANIEL B( | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 360-66-04( | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Relatives { | 2.35E+08 | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 236-24-84 | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 122-28-95( | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Relatives { | 1.43E+09 | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 052-32-61; | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 122-28-95( | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 066-54-73! | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 052-32-61; | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 122-28-95( | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Relatives { | 1.43E+09 | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | 052-32-61; | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Relatives { | 1.36E+09 | 3301-0034 | Jun 28 201 | 1.65 |
| cherylkent | Advanced | LENA REE | 3301-0034 | Jun 30 201 | 1.65 |
|  |  |  |  | Sub Total | 69.3 |
| danielliu | Person Se | THOMAS I | 3213-0001 | Jun 8 201 | 1.1 |
| danielliu | People At ' | THOMAS ( | 3213-0001 | Jun 8 201 | 0 |
| danielliu | People At ' | THOMAS ( | 3213-0001 | Jun 8 201 | 1.65 |
| danielliu | People At ' | THOMAS ( | 3213-0001 | Jun 8 201 | 0 |
| danielliu | People At ' | THOMAS ( | 3213-0001 | Jun 8 201 | 1.65 |
| danielliu | People At ' | THOMAS ( | 3213-0001 | Jun 8 201 | 0 |
| danielliu | People At ' | THOMAS ( | 3213-0001 | Jun 8 201 | 1.65 |
| danielliu | People At ' | THOMAS ( | 3213-0001 | Jun 8 201 | 1.65 |
| danielliu | People At ' | THOMAS ( | 3213-0001 | Jun 8 201 | 0 |





rence Price

| Sum of Price | |
|---|---|
| Reference Code | Total |
| 3462-0001 | → 23.7 |
| Grand Total | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| brendaparker | Person Se: WROBLEV | 33010011 | May 23 20 | 1.1 | | | |
| brendaparker | Person Se: AUDRIE W | 33010011 | May 23 20 | 1.1 | | | |
| brendaparker | Person Se: JUERNE | 33010011 | May 23 20 | 0 | | | |
| brendaparker | Person Se: RIES  RA( | 33010011 | May 23 20 | 1.1 | | | |
| brendaparker | Person Se: NANCY JL | 33010011 | May 23 20 | 0 | | | |
| brendaparker | Person Se: NANCY RI | 33010011 | May 23 20 | 1.1 | | | |
| brendaparker | Person Se: ASKEW  ( | 3301 | May 25 20 | 1.1 | | | |
| brendaparker | Person Se: ASKEW  ( | 3301 | May 25 20 | 1.1 | | | |
| brendaparker | Flat Rate C WILLIAM I | 3301 | May 25 20 | 9.35 | | | |
| brendaparker | Person Se: JEANNE A | 3301 | May 25 20 | 1.1 | | | |
| brendaparker | Flat Rate C JEANNE A | 3301 | May 25 20 | 9.35 | | | |
| brendaparker | Person Se: DOUGLAS | 3301 | May 25 20 | 0 | | | |
| brendaparker | Person Se: 264-61-348 | 3301 | May 25 20 | 1.1 | | | |
| brendaparker | Person Se: DOUGLAS | 3301 | May 25 20 | 1.1 | | | |
| brendaparker | Person Se: PATRICIA | 3301 | May 25 20 | 1.1 | | | |
| brendaparker | Flat Rate C PATRICIA | 3301 | May 25 20 | 9.35 | | | |
| brendaparker | Person Se: FUHED H/ | 3301 | May 25 20 | 0 | | | |
| brendaparker | Person Se: FUHED H/ | 3301 | May 25 20 | 1.1 | | | |
| brendaparker | Person Se: ROSA ROI | 3301 | May 25 20 | 1.1 | | | |
| brendaparker | Flat Rate C ROSA M R | 3301 | May 25 20 | 9.35 | | | |
| brendaparker | Person Se: CECIL SCI | 3301 | May 26 20 | 1.1 | | | |
| brendaparker | Flat Rate C CECIL SCI | 3301 | May 26 20 | 9.35 | | | |
| brendaparker | Person Se: ROBERT { | 3301 | May 26 20 | 1.1 | | | |
| brendaparker | Person Se: BARBARA | 3301 | May 26 20 | 1.1 | | | |
| brendaparker | Person Se: RITA MAC | 3301 | May 26 20 | 1.1 | | | |
| brendaparker | Person Se: 273-16-41 | 3301 | May 27 20 | 1.1 | | | |
| brendaparker | Flat Rate C KENNETH | 3301 | May 27 20 | 9.35 | | | |
| brendaparker | Person Se: SANDRA { | 3301 | May 27 20 | 1.1 | | | |
| brendaparker | Relatives { 2.22E+09 | 3301 | May 27 20 | 1.65 | | | |
| brendaparker | Person Se: HODGES | 3301 | May 31 20 | 1.1 | | | |
| brendaparker | Person Se: NORWOO | 3301 | May 31 20 | 1.1 | | | |
| | | | Sub Total | | 165.14 | | |
| cherylkent | Advanced I GINA HILL | 3250-0148 | May 19 20 | 1.65 | | 3462-0001 | 1.65 |
| cherylkent | Flat Rate C GINA L HII | 3250-0148 | May 19 20 | 9.35 | | 3462-0001 | 1.1 |
| cherylkent | Flat Rate C GINA L HII | 3250-0148 | May 19 20 | 9.35 | | 3462-0001 | 9.35 |
| | | | Sub Total | | 20.35 | | |
| danielliu | People At \ ED COLLI( | 3462-0001 | May 17 20 | 1.65 | | | |
| danielliu | Person Se: 567-92-03! | 3462-0001 | May 17 20 | 1.1 | | | |
| danielliu | Flat Rate C EDWARD | 3462-0001 | May 17 20 | 9.35 | | | |
| | | | Sub Total | | 12.1 | | |
| dynguyen | Person Se: 243-70-01· | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: ALICE AB/ | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: 203-26-80( | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: 420-28-20! | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: FILE GENI | 3301-0001 | May 25 20 | 0 | | | |
| dynguyen | Person Se: 071-22-89; | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: 071-22-89; | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: 283-56-85< | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: 252-18-43; | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: RONALD F | 3301-0001 | May 25 20 | 0 | | | |
| dynguyen | Person Se: 407-366-8; | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Person Se: SIMONE I | 3301-0001 | May 25 20 | 1.1 | | | |
| dynguyen | Relatives { 9.56E+08 | 3301-0001 | May 25 20 | 1.65 | | | |
| dynguyen | Relatives { 9.56E+08 | 3301-0001 | May 25 20 | 1.65 | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| brendapark | Person Se: | MERCEDI/ | 33010013 | Apr 28 201 | 1.1 | | |
| brendapark | Flat Rate C | MERCEDI/ | 33010013 | Apr 28 201 | 9.35 | | |
| brendapark | Person Se: | ANITA MC | 33010013 | Apr 28 201 | 1.1 | | |
| brendapark | Flat Rate C | ANITA MC | 33010013 | Apr 28 201 | 9.35 | | |
| brendapark | Flat Rate C | ANITA MC | 33010013 | Apr 28 201 | 9.35 | | |
| | | | Sub Total | | 80.69 | | |
| cherylkent | Advanced I | 041-38-20 | 3250-0109 | Apr  4 201 | 0 | | |
| cherylkent | Advanced I | JOHN PAL | 3250-0109 | Apr  4 201 | 0 | | |
| cherylkent | Person Se: | JOHN PAL | 3250-0109 | Apr  4 201 | 0 | | |
| cherylkent | Person Se: | 041-38-20 | 3250-0109 | Apr  4 201 | 0 | | |
| cherylkent | Person Se: | DAVILA 73 | 3250-0109 | Apr  4 201 | 1.1 | | |
| cherylkent | Advanced I | PHILIP CL, | 32500072 | Apr 12 201 | 1.65 | | |
| | | | Sub Total | | 2.75 | | |
| danielliu | People At \ | ROBERT L | 3429-0001 | Apr  6 201 | 1.65 | | |
| danielliu | Person Se: | ROBERT / | 3429-0001 | Apr  6 201 | 0 | | |
| danielliu | Person Se: | A LOUW | 3429-0001 | Apr  6 201 | 0 | | |
| danielliu | Person Se: | ROBERT L | 3429-0001 | Apr  6 201 | 0 | | |
| danielliu | People At \ | ROBERT L | 3429-0001 | Apr  6 201 | 1.65 | | |
| danielliu | People At \ | ROBERT L | 3429-0001 | Apr  6 201 | 1.65 | | |
| danielliu | People At \ | ROBERT L | 3429-0001 | Apr  6 201 | 1.65 | | |
| danielliu | People At \ | ROBERT L | 3429-0001 | Apr  6 201 | 0 | | |
| danielliu | People At \ | ROBERT L | 3429-0001 | Apr  6 201 | 1.65 | | |
| danielliu | People At \ | ROBERT L | 3429-0001 | Apr  6 201 | 0 | | |
| danielliu | People At \ | ROBERT L | 3429-0001 | Apr  6 201 | 1.65 | | |
| danielliu | Person Se: | ROBERT L | 3429-0001 | Apr  6 201 | 1.1 | | |
| danielliu | People At \ | 467-39-21 | 3429-0001 | Apr  6 201 | 0 | | |
| danielliu | Person Se: | 467-39-21 | 3429-0001 | Apr  6 201 | 1.1 | | |
| danielliu | Person Se: | 467-39-21 | 3429-0001 | Apr  6 201 | 1.1 | | |
| danielliu | People At \ | HANNSTA | 3209-0001 | Apr  8 201 | 1.65 | | |
| danielliu | People At \ | HANNSPR | 3209-0001 | Apr  8 201 | 1.65 | 3462-0001 | 1.1 |
| danielliu | Business S | HANNSPR | 3209-0001 | Apr 15 201 | 1.1 | 3462-0001 | 0 |
| danielliu | Compreher | 2.92E+08 | 3209-0001 | Apr 15 201 | 8.92 | 3462-0001 | 0 |
| danielliu | Person Se: | KENT MAF | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 1.1 |
| danielliu | People At \ | KENT MAF | 3462-0001 | Apr 25 201 | 0 | 3462-0001 | 1.1 |
| danielliu | People At \ | KENT MAF | 3462-0001 | Apr 25 201 | 0 | 3462-0001 | 9.35 |
| danielliu | Person Se: | KENT f MA | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 1.1 |
| danielliu | Person Se: | 364-60-61 | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 0 |
| danielliu | Flat Rate C | KENT F M, | 3462-0001 | Apr 25 201 | 9.35 | 3462-0001 | 1.1 |
| danielliu | Person Se: | STEVE JO | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 1.65 |
| danielliu | Person Se: | STEVEN p | 3462-0001 | Apr 25 201 | 0 | 3462-0001 | 1.1 |
| danielliu | Person Se: | STEVEN J | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 1.1 |
| danielliu | People At \ | STEVEN J | 3462-0001 | Apr 25 201 | 1.65 | 3462-0001 | 9.35 |
| danielliu | Person Se: | 751-01-73 | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 9.35 |
| danielliu | Person Se: | 549-94-32 | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 1.1 |
| danielliu | Flat Rate C | STEVEN J | 3462-0001 | Apr 25 201 | 9.35 | 3462-0001 | 1.1 |
| danielliu | Flat Rate C | STEVEN J | 3462-0001 | Apr 25 201 | 9.35 | 3462-0001 | 9.35 |
| danielliu | Person Se: | ERIC E SC | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 0 |
| danielliu | Person Se: | 224-62-64 | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 0 |
| danielliu | Flat Rate C | ERIC SCH | 3462-0001 | Apr 25 201 | 9.35 | 3462-0001 | 1.1 |
| danielliu | Person Se: | JOHN A L/ | 3462-0001 | Apr 25 201 | 0 | 3462-0001 | 1.1 |
| danielliu | Person Se: | JOHN A L/ | 3462-0001 | Apr 25 201 | 0 | 3462-0001 | 9.35 |
| danielliu | Person Se: | JOHN A L/ | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 1.1 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| danielliu | Person Se: | 562-33-80: | 3462-0001 | Apr 25 201 | 1.1 | 3462-0001 | 8.92 |
| danielliu | Flat Rate C | JOHN A L/ | 3462-0001 | Apr 25 201 | 9.35 | | |
| danielliu | Business S | LUCASFIL | 3462-0001 | Apr 26 201 | 1.1 | | |
| danielliu | Comprehei | {11556065 | 3462-0001 | Apr 26 201 | 8.92 | | |
| danielliu | People At \ | CHI TAI Y/ | 3209-0001 | Apr 29 201 | 1.65 | | |
| danielliu | Person Se: | CHI-TAI Y/ | 3209-0001 | Apr 29 201 | 1.1 | | |
| danielliu | Person Se: | 473-86-26: | 3209-0001 | Apr 29 201 | 1.1 | | |
| danielliu | Person Se: | 473-86-26: | 3209-0001 | Apr 29 201 | 1.1 | | |
| danielliu | People At \ | 473-86-26: | 3209-0001 | Apr 29 201 | 1.65 | | |
| danielliu | Criminal C: | 473-86-26: | 3209-0001 | Apr 29 201 | 1.65 | | |
| danielliu | Liens Sear | 473-86-26: | 3209-0001 | Apr 29 201 | 0.39 | | |
| danielliu | Person Se: | 473-86-26: | 3209-0001 | Apr 29 201 | 1.1 | | |
| danielliu | Person Se: | 473-86-26: | 3209-0001 | Apr 29 201 | 1.1 | | |
| danielliu | Flat Rate C | C YANG  : | 3209-0001 | Apr 29 201 | 9.35 | | |
| | | | | Sub Total | 117.23 | | |
| dynguyen | Person Se: | WILLETTE | 32290475 | Apr  1 201' | 1.1 | | |
| dynguyen | Person Se: | FREDERIC | 32290475 | Apr  8 201' | 1.1 | | |
| dynguyen | Relatives S | 2.25E+09 | 32290475 | Apr  8 201' | 1.65 | | |
| dynguyen | Relatives S | 2.25E+09 | 32290475 | Apr  8 201' | 1.65 | | |
| dynguyen | Person Se: | CARL CH/ | 3229-0475 | Apr 14 201 | 1.1 | | |
| dynguyen | Person Se: | JOHN MAI | 32290475 | Apr 14 201 | 0 | | |
| dynguyen | Person Se: | WILLIAM \ | 32290475 | Apr 25 201 | 1.1 | | |
| | | | | Sub Total | 7.7 | | |
| hmottershe | Advanced I | JESSICA 1 | 3105-0001 | Apr  1 201' | 1.65 | | |
| hmottershe | People At \ | JESSICA 1 | 3105-0001 | Apr  1 201' | 0 | | |
| hmottershe | Advanced I | 707-712-4: | 3105-0001 | Apr  1 201' | 1.65 | | |
| hmottershe | Advanced I | 557-95-37: | 3105-0001 | Apr  1 201' | 1.65 | | |
| hmottershe | Flat Rate C | JESSICA N | 3105-0001 | Apr  1 201' | 9.35 | | |
| hmottershe | Advanced I | JASMEN F | 3105-0001 | Apr  1 201' | 1.65 | | |
| hmottershe | Flat Rate C | JASMEN C | 3105-0001 | Apr  1 201' | 9.35 | 3426-0001 | 1.65 |
| hmottershe | People At \ | 480-422-1: | 3105-0001 | Apr  1 201' | 0 | 3426-0001 | 0 |
| | | | | Sub Total | 25.3 | 3426-0001 | 1.65 |
| jrudnick | Person Se: | MATILDA \ | 2097-0001 | Apr  1 201' | 1.1 | 3426-0001 | 1.65 |
| jrudnick | Advanced I | RYAN MILI | 3312-0001 | Apr  4 201' | 0 | 3426-0001 | 1.65 |
| jrudnick | Advanced I | RYAN MILI | 3312-0001 | Apr  4 201' | 1.65 | 3426-0001 | 1.65 |
| jrudnick | Advanced I | JOHN OLS | 3426-0001 | Apr  5 201' | 1.65 | | |
| jrudnick | Business S | JOHN F OI | 3426-0001 | Apr  5 201' | 0 | | |
| jrudnick | Advanced I | TODD PE1 | 3426-0001 | Apr  5 201' | 1.65 | | |
| jrudnick | Advanced I | JOHN TAB | 3426-0001 | Apr  5 201' | 1.65 | | |
| jrudnick | Advanced I | TODD PE1 | 3426-0001 | Apr  5 201' | 1.65 | | |
| jrudnick | Advanced I | JOHN OLS | 3426-0001 | Apr  5 201' | 1.65 | | |
| jrudnick | Advanced I | RYAN MILI | 3312-0001 | Apr 15 201 | 0 | | |
| jrudnick | Advanced I | RYAN MILI | 3312-0001 | Apr 15 201 | 1.65 | | |
| jrudnick | Phones Pl. | RYAN MILI | 3312-0001 | Apr 15 201 | 0 | | |
| jrudnick | Phones Pl. | RYAN CA : | 3312-0001 | Apr 15 201 | 0 | | |
| jrudnick | Person Se: | RYAN MILI | 3312-0001 | Apr 15 201 | 1.1 | | |
| jrudnick | Person Se: | 2595 SAN | 3312-0001 | Apr 15 201 | 0 | | |
| jrudnick | Person Se: | 2595 SAN | 3312-0001 | Apr 15 201 | 1.1 | | |
| jrudnick | Person Se: | KRISTIN R | 3394-0011 | Apr 27 201 | 1.1 | | |
| | | | | Sub Total | 15.95 | | |
| juliettekrus | Person Se: | DIANE SCI | 9999-0007 | Apr 11 201 | 1.1 | | |
| juliettekrus | Relatives S | 2.27E+09 | 9999-0007 | Apr 11 201 | 1.65 | | |



| 3462-0001 | 114.00 | 0.06% | $35.44 |
| 3462-0001 | 157.00 | 0.09% | $48.81 |

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

**CLIENT/REFERENCE BY USER BY DAY DETAIL**

SEP 01, 2011 - SEP 30, 2011

| ACCT# 1000417082 | | | | | | | PAGE |
|---|---|---|---|---|---|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN | | | INVOICE # 823663654 | | | | 35 |
| SAN FRANCISCO, CA 94111-3314 | | | POSTING # 6075442362 | | | | |

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
|---|---|---|---|---|---|
| STANDARD | | | | | ▉ |
| COMMUNICATIONS | | | | | ▉ |
| HOURLY CONNECT | | | | | ▉ |
| WESTLAW DOCUMENTS | | | | | ▉ |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | | | | | ▉ |
| TOTAL ▉▉S | ▉ | ▉ | ▉ | ▉ | ▉ |
| **3462** | | | | | |
| **7680290  HARVEY, DEAN** | | | | | |
| 09/16/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 57.00 |
| TRANSACTIONAL SEARCHES | | 1 | | | 57.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | 57.00I |
| 09/27/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | 1 | | | 57.00 |
| TRANSACTIONAL SEARCHES | | 1 | | | 57.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | 57.00I |
| **TOTAL 3462 CHARGES** | :00S | 2S | :00S | 0S | 114.00S |
| **3462-0001** | | | | | |
| **9345270  LEHE, KATHERINE** | | | | | |
| 09/28/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | 4 | | | 60.00 |
| TRANSACTIONAL ONLINE FINDS | | | | | 72.00 |
| WESTLAW DOCUMENTS | | | | 4 | 25.00 |
| KEYCITE | | 4 | | | 157.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 8I | :00I | 4I | 157.00I |
| **TOTAL 3462-0001 CHARGES** | :00S | 8S | :00S | 4S | 157.00S |
| **3466-1** | | | | | |
| **6226343  KINGSDALE, ANDREW** | | | | | |
| 09/21/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | ▉ | ▉ | ▉ | ▉ |
| TRANSACTIONAL SEARCHES | | | | | ▉ |
| TRANSACTIONAL ONLINE FINDS | | | | | ▉ |
| RESULTSPLUS FINDS | | | | | ▉ |
| WESTLAW DOCUMENTS | | | | | ▉ |
| KEYCITE | | | | | ▉ |
| TRANSACTIONAL MULTI-SEARCHES | | | | | ▉ |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | | | | ▉ | ▉ |
| TOTAL ▉ | MG | 1000417082 | Z | | |

* INCLUDES APPLICABLE TAXES

19d4



3462-0001    561.00    0.24%    $134.36

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

**ACCT# 100047082**
LIEFF CABRASER HEIMANN & BERNSTEIN
SAN FRANCISCO, CA 94111-3314

**CLIENT/REFERENCE BY USER BY DAY DETAIL**
AUG 01, 2011 - AUG 31, 2011

INVOICE # 823479349
POSTING # 6074866488

PAGE 46

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
|---|---|---|---|---|---|
| COMMUNICATIONS | | | | | |
| HOURLY CONNECT | | | :56:26 | 7 | |
| WESTLAW DOCUMENTS | | | | 71 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 56:261 | :01 | 56:261 | | |
| 08/24/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :50 | | | | |
| SUPER ALLFILES | 32:00 | | | | |
| COMMUNICATIONS | | | :32:50 | | |
| HOURLY CONNECT | | | 32:501 | :01 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 32:501 | :01 | 32:501 | | |
| **.9345270  LEHE, KATHERINE** | | | | | |
| 08/29/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 15 | | 3 | |
| WESTLAW DOCUMENTS | | | | 31 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 151 | :001 | | |
| **TOTAL** | | | | | |
| 8/02/2011 | | | | | |
| TRANSACTIONAL SEARCHES | | 16 | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | |
| WESTLAW DOCUMENTS | | | | 7 | |
| KEYCITE | | 1 | | | |
| WESTLAW DOCUMENTS | | | | 1 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 181 | :001 | 81 | |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | 1 | | | |
| PREMIER RESERVE TRANSACTIONAL SEARCHES | | | | | |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 1E | :00E | 0E | |
| **TOTAL** | | | | | |
| **3462  7680290  HARVEY, DEAN** | | | | | |
| 08/19/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 21 | :001 | 01 | 30.00 |
| 08/22/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 30.001 |

* INCLUDES APPLICABLE TAXES

MG          1000417082          Z

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

**CLIENT/REFERENCE BY USER BY DAY DETAIL**
AUG 01, 2011 - AUG 31, 2011

INVOICE # 823479349
POSTING # 6074866488

PAGE 47

ACCT# 1000417082
LIEFF CABRASER HEIMANN & BERNSTEIN
SAN FRANCISCO, CA 94111-3314

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
|---|---|---|---|---|---|
| TRANSACTIONAL SEARCHES | | 2 | | | 114.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 2I | :00I | 0I | 114.00I |
| 08/23/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 57.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | 57.00I |
| 08/25/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 6 | | | 342.00 |
| WESTLAW DOCUMENTS | | | | 1 | 18.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 6I | :00I | 1I | 360.00I |
| | :00S | 1IS | :00S | 1S | 561.00S |
| TOTAL 3462 CHARGES | | | | | |
| 08/24/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:35:57 | | | | |
| ALLFILES | 39:50 | | | | |
| COMMUNICATIONS | | | | | |
| HOURLY CONNECT | | | 2:15:47 | | |
| WESTLAW DOCUMENTS | | 28 | | | |
| WEST REPORTER IMAGE | | | | 15 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 2:15:47I | 28I | 2:15:47I | 15I | |
| | 2:15:47S | 28S | 2:15:47S | 15S | |
| TOTAL 3466-0001 CHARGES | | | | | |
| 08/09/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 0I | |
| | :00S | 1S | :00S | 0S | |
| 08/11/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 5 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 5I | :00I | 0I | |
| 08/11/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |

* INCLUDES APPLICABLE TAXES

MG                1000417082                Z

2287



| | | | |
|---|---|---|---|
| 3462-0001 | 3,018.50 | 1.18% | $584.05 |
| 3462-0001 | 286.90 | 0.11% | $55.51 |
| 3462-0001 | 232.00 | 0.09% | $44.89 |
| **3462-0001 Total** | | | **$684.45** |

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

**CLIENT/REFERENCE BY USER BY DAY DETAIL**

| ACCT# 1000417082 LIEFF CABRASER HEIMANN & BERNSTEIN SAN FRANCISCO, CA 94111-3314 | JUL 01, 2011 - JUL 31, 2011 | | INVOICE # 823291599 POSTING # 6074291673 | | PAGE 50 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
| RESULTSPLUS FINDS | | 1 | | | |
| WESTLAW DOCUMENTS | | | | 1 | 60.00 |
| KEYCITE | | 1 | | | 60.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 40I | .00I | 11 | 120.00I |
| 07/18/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 5 | | | 1,317.00 |
| RESULTSPLUS FINDS | | 4 | | | 669.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 9I | .00I | 01 | 60.00 |
| TOTAL | .00S | 109S | .00S | 11S | 25.00 |
| | | | | | 2,071.00I |
| **3462** | | | | | |
| **7680290 HARVEY, DEAN** | | | | | |
| 07/20/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 4 | | | 560.00 |
| RESULTSPLUS FINDS | | 1 | | | 255.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 5I | .00I | 01 | 12.50 |
| 07/21/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | 827.50I |
| TRANSACTIONAL SEARCHES | | 10 | | | |
| TRANSACTIONAL ONLINE FINDS | | 44 | | | |
| RESULTSPLUS FINDS | | 1 | | | |
| KEYCITE | | 4 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 59I | .00I | 01 | 2,071.00I |
| 07/22/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 4 | | | |
| TRANSACTIONAL ONLINE FINDS | | 17 | | | |
| KEYCITE | | 2 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 23I | .00I | 01 | 827.50I |
| TOTAL 3462 CHARGES | .00S | 87S | .00S | 0S | 3,018.50S |
| **3462-0001** | | | | | |
| **2754141 ANTHONY, RICHARD** | | | | | |
| 07/20/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| DOCKETS SEARCHES | | 1 | | | 7.00 |
| DOCKETS DETAIL | | 1 | | | 5.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | .00I | 2I | .00I | 01 | 12.00I |
| **6161980 CARNAM, TODD** | | | | | |

* INCLUDES APPLICABLE TAXES

MG                    1000417082                    Z

1855

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

**CLIENT/REFERENCE BY USER BY DAY DETAIL**

| ACCT# 1000417082 | INVOICE # 823291599 | PAGE |
|---|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN | POSTING # 6074291673 | 51 |
| SAN FRANCISCO, CA 94111-3314 | | |

JUL. 01. 2011 - JUL. 31. 2011

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
|---|---|---|---|---|---|
| 07/22/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 12:08 | | | | 114.78I |
| COMMUNICATIONS | | | | | 2.63 |
| HOURLY CONNECT | | | 12:08 | | 8.49 |
| DOCKETS SEARCHES | | 12 | | | 84.00 |
| DOCKETS DETAIL | | 13 | | | 65.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 12:08I | 25I | 12:08I | 01 | 274.90I |
| | 12:08S | 27S | 12:08S | 0S | 286.90S |
| TOTAL 3462-0001 CHARGES | | | | | |
| 07/05/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 01 | |
| | :00S | 1S | :00S | 0S | |
| TOTAL | | | | | |
| 07/28/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | |
| WESTLAW DOCUMENTS | | | | | |
| TRANSACTIONAL MULTI-SEARCHES | | 2 | | 2 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 3I | :00I | 2I | |
| 07/01/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 1I | :00I | 01 | |
| 07/12/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | | | | | |
| COMMUNICATIONS | | | | | |
| HOURLY CONNECT | 4:55 | | 4:55 | | |
| DOCKETS SEARCHES | | 1 | | | |
| DOCKETS DETAIL | | 3 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 4:55I | 4I | 4:55I | 01 | |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| DOCKETS IMAGES | | 1 | | | |

\* INCLUDES APPLICABLE TAXES

MG          1000417082          Z



| 3462-0001 | 4,192.76 | 1.54% | $750.94 |
| 3462-0001 | 341.00 | 0.13% | $61.07 |
| 3462-0001 | 33.88 | 0.01% | $6.07 |
| **3462-0001 Total** | | | **$818.08** |

491

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

| ACCT# 1000417082 LIEFF CABRASER HEIMANN & BERNSTEIN SAN FRANCISCO, CA 94111-3314 | CLIENT/REFERENCE BY USER BY DAY DETAIL JUN 01, 2011 - JUN 30, 2011 | | INVOICE # 823117682 POSTING # 6073732884 | | PAGE 50 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 3E | :00E | 0E | 12.00E |
| **9308464  SHIN, STEVEN** | | | | | |
| 06/28/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 85.00 |
| RESULTSPLUS FINDS | | 2 | | | 120.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 3I | :00I | 0I | 205.00I |
| TOTAL 3462-0001 CHARGES | :00S | 30S | :00S | 0S | 341.00S |
| **3462-1** | | | | | |
| **168640  FASTIFF, ERIC B** | | | | | |
| 06/07/2011 SPECIAL PRICING INCLUDED CHARGES(I) | 3:16 | | 3:16 | | |
| STANDARD | | | | | 30.90 |
| COMMUNICATIONS | | | | | 0.70 |
| HOURLY CONNECT | | | | | 2.28 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 3:16I | 0I | 3:16I | 0I | 33.88I |
| TOTAL 3462-1 CHARGES | 3:16S | 0S | 3:16S | 0S | 33.88S |
| **6161980  CARNAM, TODD** | | | | | |
| 06/20/2011 SPECIAL PRICING INCLUDED CHARGES(I) | 1:44:32 | | 1:44:32 | | |
| STANDARD | | | | | |
| COMMUNICATIONS | | | | | |
| HOURLY CONNECT | | | | | |
| DOCKETS SEARCHES | | 2 | | | |
| DOCKETS DETAIL | | 38 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:44:32I | 40I | 1:44:32I | 0I | |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| PREMIER RESERVE ONLINE IMAGES | | 3 | | | |
| IMAGE: ONLINE IMAGES | | 1 | | | |
| DOCKETS IMAGES | | 7 | | | |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 11E | :00E | 0E | |
| 06/22/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 26:39 | | | | |
| SUPER ALLFILES | 50:21 | | | | |
| COMMUNICATIONS | | | | | |
| HOURLY CONNECT | | | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:17:00I | 0I | 1:17:00I | 0I | |

* INCLUDES APPLICABLE TAXES

MG          1000417082          Z

2584

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

| ACCT# 1000417082 | CLIENT/REFERENCE BY USER BY DAY DETAIL | | | INVOICE # 823117682 | | PAGE |
| --- | --- | --- | --- | --- | --- | --- |
| LIEFF CABRASER HEIMANN & BERNSTEIN | JUN 01, 2011 - JUN 30, 2011 | | | POSTING # 607373884 | | 48 |
| SAN FRANCISCO, CA 94111-3314 | | | | | | |

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
| --- | --- | --- | --- | --- | --- |
| 06/21/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | :28 | | | | |
| SUPER ALLFILES | 26:58 | | | | |
| COMMUNICATIONS | | | | | |
| HOURLY CONNECT | | | 27:26 | | |
| WESTLAW DOCUMENTS | | | | 2 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 27:26I | 01 | 27:26I | 21 | 1,047.00I |
| | 27:26S | 0S | 27:26S | 2S | 54.00 |
| 06/21/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | |
| WESTLAW DOCUMENTS | | | | 2 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 61 | :00I | 21 | 1,101.00I |
| 06/23/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 21 | :00I | 01 | |
| | :00S | 8S | :00S | 2S | |
| TOTAL | | | | | |
| 3462 | | | | | |
| 7680290 HARVEY, DEAN | | | | | |
| 06/01/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 14 | | | |
| WESTLAW DOCUMENTS | | | | 3 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 141 | :00I | 31 | 629.00I |
| 06/02/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 8 | | | 231.00 |
| TRANSACTIONAL ONLINE FINDS | | 13 | | | |
| KEYCITE | | 1 | | | 6.25 |
| WEST REPORTER IMAGE | | 1 | | | 24.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 231 | :00I | 01 | 890.25I |
| 06/03/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 114.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 21 | :00I | 01 | 114.00I |
| 06/06/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |

1000417082   MG   Z

* INCLUDES APPLICABLE TAXES

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

| ACCT# 1000417082 LIEFF CABRASER HEIMANN & BERNSTEIN SAN FRANCISCO, CA 94111-3314 | CLIENT/REFERENCE USAGE BY USER BY DAY DETAIL JUN 01, 2011 - JUN 30, 2011 | | INVOICE # 823117682 POSTING # 6073732884 | | PAGE 49 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
| TRANSACTIONAL SEARCHES | | 6 | | | 432.00 |
| TRANSACTIONAL ONLINE FINDS | | 6 | | | 90.00 |
| KEYCITE | | 1 | | | 6.25 |
| 06/10/2011 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 131 | :00I | 01 | 528.25I |
| TRANSACTIONAL SEARCHES | | 1 | | | 140.00 |
| 06/13/2011 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 11 | :00I | 01 | 140.00I |
| TRANSACTIONAL SEARCHES | | 1 | | | 72.00 |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | 30.00 |
| WEST REPORTER IMAGE | | 1 | | | 24.00 |
| 06/10/2011 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 41 | :00I | 01 | 126.00I |
| **9833252  NETTLES, MARVIN** | | | | | |
| 06/10/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| STANDARD | 1:21:46 | | | | 773.52 |
| STANDARD - CODES | 5:53 | | | | 66.36 |
| HOURLY MULTI-SEARCH | :30 | | | | 11.32 |
| ALLFILES | 1:01 | | | | 21.31 |
| COMMUNICATIONS | | | | | 19.34 |
| HOURLY CONNECT | | | 1:29:10 | | 62.41 |
| WESTLAW DOCUMENTS | | 2 | | 2 | 36.00 |
| DOCKETS SEARCHES | | | | | 290.00 |
| DOCKETS DETAIL | | | | | 5.00 |
| 06/10/2011 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:29:10I | 31 | 1:29:10I | 21 | 1,285.26I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| DOCKETS IMAGES | | 2 | | | 8.00 |
| TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 2E | :00E | 0E | 8.00E |
| TOTAL 3462 CHARGES | 1:29:10S | 62S | 1:29:10S | 5S | 4,192.76S |
| **3462-0001** | | | | | |
| **4424094  MUKHERJI, RENEE** | | | | | |
| 06/13/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| DOCKETS SEARCHES | | 2 | | | 14.00 |
| DOCKETS DETAIL | | 22 | | | 110.00 |
| 06/13/2011 TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 241 | :00I | 01 | 124.00I |
| SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
| DOCKETS IMAGES | | 3 | | | 12.00 |

* INCLUDES APPLICABLE TAXES

2593

MG          1000417082          Z



| | | | |
|---|---|---|---|
| 3462-0001 | 2,486.25 | 0.94% | $478.65 |
| 3462-0001 | 6,167.75 | 2.34% | $1,187.40 |
| **3462-0001 Total** | | | **$1,666.05** |

3471

Case 5:11-cv-02509-LHK   Document 1083-11   Filed 05/08/15   Page 223 of 270

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

**ACCT# 1000417082**
LIEFF CABRASER HEIMANN & BERNSTEIN
SAN FRANCISCO, CA 94111-3314

**CLIENT/REFERENCE BY USER BY DAY DETAIL**
MAY 01, 2011 - MAY 31, 2011

INVOICE # 822946193
POSTING # 6073203415

PAGE 49

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
|---|---|---|---|---|---|
| RESULTSPLUS FINDS | | 3 | | | 180.00 |
| WESTLAW DOCUMENTS | | | | 5 | 90.00 |
| KEYCITE | | 2 | | | 12.50 |
| 05/20/2011  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 271 | :00I | 51 | 1,064.50I |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 4 | | | 457.00 |
| TRANSACTIONAL ONLINE FINDS | | 16 | | | 304.00 |
| WESTLAW DOCUMENTS | | | | 2 | 36.00 |
| KEYCITE | | 7 | | | 43.75 |
| DOCKETS TRANSACTIONAL ONLINE FINDS | | 1 | | | 18.00 |
| 05/23/2011  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 281 | :00I | 21 | 858.75I |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 9 | | | 1,083.00 |
| TRANSACTIONAL ONLINE FINDS | | 19 | | | 285.00 |
| RESULTSPLUS FINDS | | 1 | | | 90.00 |
| KEYCITE | | 5 | | | 31.25 |
| 05/24/2011  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 341 | :00I | 01 | 1,489.25I |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 10 | | | 1,017.00 |
| TRANSACTIONAL ONLINE FINDS | | 23 | | | 372.00 |
| KEYCITE | | 2 | | | 12.50 |
| 05/25/2011  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 351 | :00I | 01 | 1,401.50I |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 6 | | | 630.00 |
| TRANSACTIONAL ONLINE FINDS | | 6 | | | 90.00 |
| KEYCITE | | 2 | | | 12.50 |
| 05/26/2011  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 141 | :00I | 01 | 732.50I |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | 30.00 |
| KEYCITE | | 1 | | | 6.25 |
| 05/27/2011  TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 31 | :00I | 01 | 36.25I |
| SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 210.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :00I | 21 | :00I | 01 | 210.00I |
| TOTAL 3462-0001 CHARGES | :00S | 148S | :00S | 7S | 6,167.75S |

**3466-0001**

* INCLUDES APPLICABLE TAXES

2013

MG                    1000417082                    Z

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER
AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

| ACCT# 1000417082 LIEFF CABRASER HEIMANN & BERNSTEIN SAN FRANCISCO, CA 94111-3314 | CLIENT/REFERENCE BY USER BY DAY DETAIL MAY 01, 2011 - MAY 31, 2011 | | INVOICE # 822946193 POSTING # 6073203415 | | PAGE 48 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 51 | :001 | 01 | 330.001 |
| 05/02/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 9 | | | 618.00 |
| TRANSACTIONAL ONLINE FINDS | | 5 | | | 75.00 |
| WESTLAW DOCUMENTS | | | | 2 | 36.00 |
| KEYCITE | | 1 | | | 6.25 |
| 05/03/2011 SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 151 | :001 | 21 | 735.251 |
| TRANSACTIONAL SEARCHES | | 6 | | | 389.00 |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | 45.00 |
| WESTLAW DOCUMENTS | | | | 1 | 18.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 91 | :001 | 11 | 452.001 |
| 05/16/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 114.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 21 | :001 | 01 | 114.001 |
| 05/24/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | 420.00 |
| TRANSACTIONAL ONLINE FINDS | | 15 | | | 280.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 181 | :001 | 01 | 700.001 |
| 05/25/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 1 | | | 140.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 11 | :001 | 01 | 140.001 |
| 05/27/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 1 | | | 15.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 11 | :001 | 01 | 15.001 |
| TOTAL 3462 CHARGES | :00S | 51S | :00S | 3S | 2,486.25S |
| **3462-0001** | | | | | |
| **9308464  SHIN, STEVEN** | | | | | |
| 05/13/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | 255.00 |
| RESULTSPLUS FINDS | | 2 | | | 120.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 51 | :001 | 01 | 375.001 |
| **9856119  NGUYEN, PHONG** | | | | | |
| 05/19/2011 SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 5 | | | 527.00 |
| TRANSACTIONAL ONLINE FINDS | | 17 | | | 255.00 |

MG                                    1000417082                    Z

* INCLUDES APPLICABLE TAXES

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES.  SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

**CLIENT/REFERENCE BY USER BY DAY DETAIL**

MAY 01, 2011 - MAY 31, 2011

INVOICE # 82946193
POSTING # 607320415

PAGE 47

ACCT# 1000417082
LIEFF CABRASER HEIMANN & BERNSTEIN
SAN FRANCISCO, CA 94111-3314

| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD |
|---|---|---|---|---|---|
| 05/20/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   TRANSACTIONAL SEARCHES | | 9 | | | |
|   WESTLAW PUBLIC RECORDS TRANSACTIONAL SEARCHES | | 1 | | | |
|   WESTLAW PUBLIC RECORDS DOCUMENTS | | | | 1 | |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 10I | :001 | 1I | |
|   SPECIAL PRICING EXCLUDED CHARGES(E) | | | | | |
|   WESTLAW PUBLIC RECORDS DUNS BUSINESS RECORDS | | 3 | | | |
|   TOTAL SPECIAL PRICING EXCLUDED CHARGES(E) | :00E | 3E | :00E | 0E | |
| | :00S | 13S | :00S | 1S | |
| 05/25/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   STANDARD | 5:18 | | | | |
|   ALLFILES | 1:49 | | | | |
|   RESULTSPLUS ALLFILES | 1:19 | | | | |
|   SUPER ALLFILES | 2:58 | | | | |
|   COMMUNICATIONS | | | | | |
|   HOURLY CONNECT | | | 11:24 | | |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 11:24I | 0I | 11:24I | 0I | |
| 05/26/2011  SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
|   STANDARD | 15:09 | | | | |
|   STANDARD - CODES | :08 | | | | |
|   SUPER ALLFILES | 1:02:38 | | | | |
|   COMMUNICATIONS | | | | | |
|   HOURLY CONNECT | | | 1:17:55 | | |
|   WESTLAW DOCUMENTS | | | | 1 | |
|   TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | 1:17:55I | 0I | 1:17:55I | 1I | |
| TOTAL | 1:29:19S | 0S | 1:29:19S | 1S | |

3462
7680290  HARVEY, DEAN
  05/01/2011  SPECIAL PRICING INCLUDED CHARGES(I)
    TRANSACTIONAL SEARCHES

MG        1000417082        Z        330.00

* INCLUDES APPLICABLE TAXES



| 3462-0001 | 54.50 | 0.02% | $12.46 |
| 3462-0001 | 346.00 | 0.16% | $79.09 |
| **3462-0001 Total** | | | **$91.55** |

THE RATES USED TO CALCULATE CLIENT/REFERENCE CHARGES HAVE BEEN DESIGNATED BY SUBSCRIBER OR ARE BASED ON RETAIL RATES. SUBSCRIBER AGREES NOT TO DISSEMINATE THIS REPORT TO ANY THIRD PARTY OR TO REPRESENT THE CHARGES AS ACTUAL ONLINE CHARGES.

| ACCT# 1000417082 LIEFF CABRASER HEIMANN & BERNSTEIN SAN FRANCISCO, CA 94111-3314 | CLIENT/REFERENCE BY USER BY DAY DETAIL APR 01, 2011 - APR 30, 2011 | | INVOICE # 822763916 POSTING # 6072702357 | | PAGE 51 |
|---|---|---|---|---|---|
| CLIENT/REFERENCE | DATABASE TIME | TRANS | CONNECT/ COMMUNICATION | DOC/LINES | TOTAL CHARGE IN USD* |
| WESTLAW PUBLIC RECORDS TRANSACTIONAL SEARCHES | :001 | 1 | :001 | 451 | ▓ |
| | :00S | 2S | :00S | 45S | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TOTAL ▓ CHARGES | | | | | ▓ |
| **9663749   CHAN, CHRISTIAN** | | | | | |
| 04/18/2011   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 3 | | | |
| TRANSACTIONAL ONLINE FINDS | | 2 | | | |
| WESTLAW DOCUMENTS | | | | 2 | |
| KEYCITE | | 2 | | | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 71 | :001 | 21 | |
| | :00S | 7S | :00S | 2S | |
| TOTAL ▓ CHARGES | | | | | |
| **3462** | | | | | |
| **7680290   HARVEY, DEAN** | | | | | |
| 04/26/2011   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL ONLINE FINDS | | 3 | | | 42.00 |
| KEYCITE | | 2 | | | 12.50 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 51 | :001 | 01 | 54.501 |
| | :00S | 5S | :00S | 0S | 54.50S |
| TOTAL 3462 CHARGES | | | | | |
| **3462-0001** | | | | | |
| **2754141   ANTHONY, RICHARD** | | | | | |
| 04/25/2011   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| TRANSACTIONAL SEARCHES | | 2 | | | 346.00 |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 21 | :001 | 01 | 346.001 |
| | :00S | 2S | :00S | 0S | 346.00S |
| TOTAL 3462-0001 CHARGES | | | | | |
| **4424094   MUKHERJI, RENEE** | | | | | |
| 04/25/2011   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |
| WESTLAW PUBLIC RECORDS TRANSACTIONAL SEARCHES | | 3 | | | |
| WESTLAW PUBLIC RECORDS DOCUMENTS | | | | 1 | |
| TOTAL SPECIAL PRICING INCLUDED CHARGES(I) | :001 | 31 | :001 | 11 | |
| **6161980   CARNAM, TODD** | | | | | |
| 04/14/2011   SPECIAL PRICING INCLUDED CHARGES(I) | | | | | |

* INCLUDES APPLICABLE TAXES

MG          Z          1000417082

1729

# U.S. Legal Management Services Inc.

File 749286 Los Angeles, CA 90074—9286

TAX ID# 34-2003879

# INVOICE

| Invoice No. | Customer No. |
|---|---|
| 1218124 | 12031 |
| Invoice Date | Total Due |
| 7/15/11 | 239.54 |

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY STREET
30TH FLOOR
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Pg |
|---|---|---|---|---|---|---|---|
| | | | 12031 | 1218124 | 7/15/11 | | 1 |

| Date | Ordr No. | Svc | Service Detail | | | Charges | Total |
|---|---|---|---|---|---|---|---|
| 7/05/11 | 6690940 | BRP | LIEFF CABRASER HEIMANN & BERNSTEIN   INTEL CORP. | | Base Chg : | 113.50 | |
| | | | 275 BATTERY STREET                  818 WEST 7TH STREET | | Fuel Chrg : | 10.22 | 123.72 |
| PROCESS-BRANCH RUSH | | | SAN FRANCISCO    CA 94111-3339      LOS ANGELES    CA 90017 | | | | |
| | | | Caller: Steven Shin | | | | |
| | | | Case No.: 111CV204187               Case Title: FICHTNER VS. ADOBE | | | | |
| | | | Signed: margaret wilson, ata         Ref: MARK FICHTNER 3462-0001 | | | | |

3214-1/88318
As Lised/Food

RECEIVED
JUL 25 2011
ACCOUNTING

## INVOICE PAYMENT DUE UPON RECEIPT



**U.S. Legal Management Services, Inc**
US LEGAL MANAGEMENT
SERVICES, INC.
TAX ID# 34-2003479

**Mail Payments to:**
**U. S. Legal Management Services, Inc.**
**File 749286**
**Los Angeles,  CA  90074-9286**

**invoice**

| INVOICE NUMBER | | CUSTOMER |
|---|---|---|
| 1216896 | | 12031 |
| INVOICE DATE | | AMOUNT DUE |
| 5/15/11 | | 1,926.86 |

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY STREET
30TH FLOOR
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 12031 | 1216896 | 5/15/11 | | 1 | US LEGAL MANAGEMENT |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/03/11 | 6672463 | ASF | LIEFF CABRASER HEIMANN & BERNSTEIN 275 BATTERY STREET SAN FRANCISCO   CA 94111-3339 Caller: Steven Shin Case No.: NEW CASE PLEASE FILE 1ST Signed: att p/u/ see 6672476 | ACSC-OAKLAND 1225 FALLON STREET OAKLAND      CA 94612 Case Title: SIDDHARTH VS. ADOBE THING TOMORROW Ref: | FILING Base Chg :  10.00 | |
| FILING-ASAP VEHICLE | | | | | | |
| 5/03/11 | 6672476 | SPF | LIEFF CABRASER HEIMANN & BERNSTEIN 275 BATTERY STREET SAN FRANCISCO   CA 94111-3339 Caller: Steven Shin    Wait:  15 Min Case No.: NEW CASE PLEASE FILE 1ST Signed: filed | ACSC-OAKLAND 1225 FALLON STREET OAKLAND      CA 94612 Case Title: SIDDHARTH VS. ADOBE THING TOMORROW Ref: | FILING Base Chg : 138.00 Wait      :  10.00 Fuel Chrg :  12.42 Adv/Wit Ck: 550.00 Check Chg :  55.00 | |
| FILING-SPECIAL VEHICLE | | | | | | |
| 5/04/11 | 6672722 | BAP | LIEFF CABRASER HEIMANN & BERNSTEIN 275 BATTERY STREET SAN FRANCISCO   CA 94111-3339 Caller: Steven Shin Case No.: RG11574066 Signed: MARIA SANCHEZ, PS | APPLE, INC. 818 WEST 7TH STREET LOS ANGELES   CA 90017 Case Title: HARIHARAN VS. ADOBE Ref: | FILING Base Chg : 124.00 PDF/OvrNte:  10.50 Fuel Chrg :  11.16 PROCESS | |
| PROCESS-BRANCH ASAP | | | | | | |
| 5/04/11 | 6672726 | APS | LIEFF CABRASER HEIMANN & BERNSTEIN 275 BATTERY STREET SAN FRANCISCO   CA 94111-3339 Caller: Steven Shin Case No.: RG11574066 Signed: JAMES KENNEDY | PIXAR 1200 PARK AVENUE EMERYVILLE    CA 94608 Case Title: HARIHARAN VS. ADOBE Ref: | Base Chg : 140.75 PDF/OvrNte:  10.50 Fuel Chrg :  12.67 PROCESS | |
| PROCESS-SAME DAY | | | | | | |
| 5/04/11 | 6672727 | BAP | LIEFF CABRASER HEIMANN & BERNSTEIN 275 BATTERY STREET SAN FRANCISCO   CA 94111-3339 Caller: Steven Shin Case No.: RG11574066 Comment: RELATED PROCESS Case Title: HARIHARAN VS. ADOBE Signed: MARIA SANCHEZ, PS    Ref: | INTEL CORPORATION 818 WEST 7TH STREET LOS ANGELES   CA 90017 | Base Chg :  35.00 PDF/OvrNte:  10.50 PROCESS | |
| PROCESS-BRANCH ASAP | | | | | | |

RECEIVED
MAY 2 0 2011
ACCOUNTING

Please pay→                Continued

3214 #186983

**INVOICE PAYMENT DUE UPON RECEIPT**



**U.S. Legal Management Services, Inc**
US LEGAL MANAGEMENT
SERVICES, INC.
TAX ID# 34-2003079

**Mail Payments to:**
**U. S. Legal Management Services, Inc.**
**File 749286**
**Los Angeles, CA 90074-9286**

**invoice**

| 1216896 | 12031 |
|---------|-------|
| 5/15/11 | 1,926.86 |

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY STREET
30TH FLOOR
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | 12031 | 1216896 | 5/15/11 | | 2 | US LEGAL MANAGEMENT |
|---|-------|---------|---------|---|---|---------------------|

| 5/04/11 | 6672729 | BAP | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO    CA 94111-3339<br>Caller: Steven Shin<br>Case No.: RG11574066<br>Signed: RHONDA TUCK, PS | GOOGLE, INC.<br>2730 GATEWAY OAKS DRIVE<br>SACRAMENTO      CA 95833<br><br>Case Title: HARIHARAN VS. ADOBE<br>Ref: | Base Chg : 159.75<br>PDF/OvrNte: 10.50<br>Fuel Chrg : 14.38<br><br>PROCESS | |
| PROCESS-BRANCH ASAP | | | | | | |
| 5/04/11 | 6672730 | BAP | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO    CA 94111-3339<br>Caller: Steven Shin<br>Case No.: RG11574066<br>Signed: JENNIFER RUBALCAVA | ADOBE SYSTEMS INCORPORATED<br>345 PARK AVENUE<br>SAN JOSE       CA 95110<br><br>Case Title: HARIHARAN VS. ADOBE<br>Ref: | Base Chg : 124.00<br>PDF/OvrNte: 10.50<br>Fuel Chrg : 11.16<br><br>PROCESS | |
| PROCESS-BRANCH ASAP | | | | | | |
| 5/04/11 | 6672732 | APS | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO    CA 94111-3339<br>Caller: Steven Shin<br>Case No.: RG11574066<br>Signed: DESIREE ALINEA,EX ASST | LUCASFILM LTD<br>ONE LETTERMAN DRIVE<br>SAN FRANCISCO    CA 94129<br><br>Case Title: HARIHARAN VS. ADOBE<br>Ref: | Base Chg : 119.25<br>Fuel Chrg : 10.73<br><br>PROCESS | |
| PROCESS-SAME DAY | | | | | | |
| 5/04/11 | 6672733 | BAP | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO    CA 94111-3339<br>Caller: Steven Shin<br>Case No.: RG11574066<br>Signed: RHONDA TUCK, PS | INTUIT INC.<br>2730 GATEWAY OAKS DRIVE<br>SACRAMENTO      CA 95833<br>Comment: RELATED PROCESS<br>Case Title: HARIHARAN VS. ADOBE<br>Ref: | Base Chg : 35.00<br>PDF/OvrNte: 10.50<br><br>PROCESS | |
| PROCESS-BRANCH ASAP | | | | | | |

Please pay→        Continued

**INVOICE PAYMENT DUE UPON RECEIPT**

# U.S. Legal Management Services Inc.

**:ist Legal**

File 749286 Los Angeles, CA 90074-9286

**INVOICE**

| 1217219 | 12031 |
|---------|-------|
| 5/31/11 | 1,771.52 |

TAX ID# 34-2003879

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY STREET
30TH FLOOR
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| | 12031 | 1217219 | 5/31/11 | | 1 |
|---|---|---|---|---|---|

| 5/16/11 | 6676314 | BSM | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: ALAN RUIZ<br>PLEASE DELIVER ASAP!<br>Signed: VERONICA | ADOBE SYSTEMS INCORPORATED<br>345 PARK AVENUE<br>SAN JOSE      CA 95110<br><br>Ref: 3462-0001  *FedX* | Base Chg : 70.75<br>PDF/OvrNte: 130.00<br>Fuel Chrg : 6.37 | 207.12 |
| DELIVERY-BRANCH SAME DAY | | | | | | |

| 5/16/11 | 6676317 | BSM | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: ALAN RUIZ<br>PLEASE DELIVER ASAP!<br>Signed: MARGARET WILSON | APPLE, INC.<br>818 WEST 7TH STREET<br>LOS ANGELES   CA 90017<br><br>Ref: 3462-0001  *FedX* | Base Chg : 70.75<br>PDF/OvrNte: 130.00<br>Fuel Chrg : 6.37 | 207.12 |
| DELIVERY-BRANCH SAME DAY | | | | | | |

| 5/16/11 | 6676318 | BSM | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: ALAN RUIZ<br>PLEASE DELIVER ASAP!<br>Signed: BECKY DEGEORGE, ATA | GOOGLE, INC.<br>2730 GATEWAY OAKS DRIVE<br>SACRAMENTO   CA 95833<br><br>Ref: 3462-0001  *FedX* | Base Chg : 131.00<br>PDF/OvrNte: 130.00<br>Fuel Chrg : 11.79 | 272.79 |
| DELIVERY-BRANCH SAME DAY | | | | | | |

| 5/16/11 | 6676321 | BSM | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: ALAN RUIZ<br>PLEASE DELIVER ASAP!<br>Signed: MARGARET WILSON, PS | INTEL CORPORATION<br>818 WEST 7TH STREET<br>LOS ANGELES   CA 90017<br><br>Ref: 3462-0001  *FedX* | Base Chg : 70.75<br>PDF/OvrNte: 130.00<br>Fuel Chrg : 6.37 | 207.12 |
| DELIVERY-BRANCH SAME DAY | | | | | | |

| 5/16/11 | 6676322 | BSM | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: ALAN RUIZ<br>PLEASE DELIVER ASAP!<br>Signed: BECKY DEGEORGE, ATA | INTUIT, INC.<br>2730 GATEWAY OAKS DRIVE<br>SACRAMENTO   CA 95833<br><br>Ref: 3462-0001  *FedX* | Base Chg : 131.00<br>PDF/OvrNte: 130.00<br>Fuel Chrg : 11.79 | 272.79 |
| DELIVERY-BRANCH SAME DAY | | | | | | |

| 5/16/11 | 6676325 | ADS | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: ALAN RUIZ<br>PLEASE DELIVER ASAP!<br>Signed: BRENDAN WILLIAMS | LUCASFILM, LTD.<br>ONE LETTERMAN DRIVE<br>SAN FRANCISCO   CA 94129<br><br>Ref: 3462-0001  *Process* | Base Chg : 56.50<br>PDF/OvrNte: 130.00<br>Fuel Chrg : 5.09 | 191.59 |
| DROP SERVE-ASAP | | | | | | |

*3214-1/187619*
*As Listed/FedX*
*Filing*
*Process*

RECEIVED
JUN 09 2011
ACCOUNTING

Continued

## INVOICE PAYMENT DUE UPON RECEIPT

## Legal Management Services Inc.

File 749286 Los Angeles, CA 90074—9286

TAX ID# 34-2003879

# INVOICE

| 1217219 | 12031 |
|---|---|
| 5/31/11 | 1,771.52 |

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY STREET
30TH FLOOR
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT (213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT (213)402-9007



| | 12031 | 1217219 | 5/31/11 | | 2 | | |
|---|---|---|---|---|---|---|---|
| 5/16/11 | 6676327 | ADS | LIEFF CABRASER HEIMANN & BERNSTEIN | PIXAR | | Base Chg : | 88.50 | |
| DROP SERVE-ASAP | | | 275 BATTERY STREET | 1200 PARK AVENUE | | PDF/OvrNte: | 130.00 | |
| | | | SAN FRANCISCO   CA 94111-3339 | EMERYVILLE   CA 94608 | | Fuel Chrg : | 7.97 | 226.47 |
| | | | Caller: ALAN RUIZ | | | | |
| | | | PLEASE DELIVER ASAP! | Ref: 3462-0001  *Process* | | | |
| | | | Signed: JAMES KENNEDY | | | | |

*Filing*

*Filing*

*Filing*

*Filing*

## INVOICE PAYMENT DUE UPON RECEIPT



# NATIONWIDE LEGAL LLC.

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|---|---|
| 317122 | 30101 |
| 7/15/13 | 1,143.30 |
| **Invoice Date** | **Total Invoice** |

LIEFF,CABRASER,HEIMANN & BERNSTEIN
275 BATTERY STREET
29TH FLOOR
SAN FRANCISCO, CA 94111

FOR ANY BILLING INQUIRIES
PLEASE CALL JULIETTE AT
TEL. (855) 215-4471
TAX ID #20-8284527

✂ ---- Cut here and return with payment ----------------------------

| Date | Control No. | Type | Customer No. | Invoice No. | Period Ending | Amount Due | Page | Breakdown | Total |
|---|---|---|---|---|---|---|---|---|---|

| 3/13/13 | 3212295 | ADV | LIEFF,CABRASER,HEIMANN & BERNSTEIN  PATRICK JOSEPH FLYNN | | | | | ADV FEES : | 58.00 |
| | | | 275 BATTERY STREET                 93954 W. DODGE RD. | | | | | Check Chgs: | 5.80 |
| ADVANCE FEES | | | SAN FRANCISCO   CA 94111    OMAHA      NE 68114 | | | | | | 63.80 |

Caller: LISA CISNEROS
Case Number: WILL ENTER            Case Title: SERVING SUBPOENA
Documents: ADVANCE FEES      $58.00
Client/Matter: WILL ENTER            Signed by: ADVANCED FEES ONLY

3162-0001

Total Charges for Ref. - WILL ENTER:      63.80

Total ▶



**NATIONWIDE LEGAL** LLC

1609 James M Wood Blvd | Los Angeles | CA | 90015

| Invoice # | Customer # |
|-----------|------------|
| 315854 | 30101 |
| 3/15/13 | 3,754.35 |
| Invoice Date | Total Invoice |

LIEFF,CABRASER,HEIMANN & BERNSTEIN
275 BATTERY STREET
29TH FLOOR
SAN FRANCISCO, CA 94111

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL, LLC

**Cut here and return with payment**   TAX ID #20-8284527



| Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|--------------|-------------|---------------|------------|------|
| 30101 | 315854 | 3/15/13 | | |

Total Charges for Ref. - STATE OF CA/MULTIPLAN:    73.00

| | | | | | | |
|--|--|--|--|--|--|--|
| 3/13/13 | 3197381 | SPP | LIEFF,CABRASER,HEIMANN & BERNSTEIN  PATRICK JOSEPH FLYNN | Base Chg : | 265.00 | ,265.00 |

SPECIAL PROCESS

275 BATTERY STREET              93954 W. DODGE RD.
SAN FRANCISCO    CA 94111       OMAHA        NE 68114
Caller: LISA CISNEROS
Case Number: WILL ENTER        Case Title: SERVING SUBPOENA
Documents: ADVANCE FEES        $58.00
Client/Matter: WILL ENTER       Signed by: 4:00PM PATRICK J.FLYNN

3462-0001

Total Charges for Ref. - WILL ENTER:    265.00

**Total**

**NATIONWIDE LEGAL** LLC    INVOICE PAYMENT DUE UPON RECEIPT

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

**TODAY'S DATE:**     July 29 2013

**CARD HOLDER:**     Lisa Cisneros

**CREDIT CARD NUMBER** ████████

**DATE OF STATEMENT:**     4/2/2013

| Date | Vendor | Description of Charge | | Acct | Amount |
|------|--------|----------------------|------|------|--------|
| 3/5/2013 | Uber Technologies | Cab ride | T | 3462-001 | 22.36 |
| 3/12/2013 | Uber Technologies | Cab ride | T | 3462-001 | 22.36 |
| 3/13/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 22.36 |
| 3/14/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 22.36 |
| 3/15/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 28.96 |
| 3/21/2013 | US District Court | filing | OC | | 200.00 |
| 3/21/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 23.02 |
| 3/22/2013 | The Melt | Meal | M | 3462-0001 | 9.51 |
| 3/22/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 21.70 |
| | | | | **STATEMENT TOTAL** | **878.15** |

ATTORNEY SIGNATURE: _____  DATE: _____

CODES:  A = Air/Train Fares and Fees
       H = Hotel
       M = Meals
       T = Transportation (Tolls, Taxi, etc)
       P = Parking
       W = Internet Access
       OC = Misc Charges



| Prepared For | | Closing Date | Page 89 of 93 |
|---|---|---|---|
| J DRAGICEVIC/CBA |  | 03/03/13 | |
| LCH&B,LLP | | | |

## Activity Continued   **Foreign Currency conversion rate is base rate plus 2.5%. See page 2 for details.

**Card Number**

| | | | | Reference Code | Foreign Spending | Amount $ |
|---|---|---|---|---|---|---|
| 02/01/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# 2G99SP        TRANSPORTATI      02/01/13 | | | | | 22.36 |
| 02/02/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# J8VXRJ        TRANSPORTATI      02/02/13 | | | | | 22.36 |
| 02/05/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# JG5V9Y        TRANSPORTATI      02/04/13 | | | | | 26.32 |
| 02/13/13 | PIZZA ORGASMICA EMBA SAN FRANCISCO        CA<br>REF# 212220053      415-834-9600      02/12/13<br>FOOD/BEVERAGE<br>ROC NUMBER 212220053 | | | 21222005300 | | 20.46 |
| 02/13/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# 9S72CP        TRANSPORTATI      02/13/13 | | | | | 21.70 |
| 02/15/13 | BASF BASF              SAN FRANCISCO        CA<br>REF# Q8A8FC1DF      CHARITABLE ORG    02/15/13 | | | | | 25.00 |
| 02/20/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# B6Z8CP        TRANSPORTATI      02/20/13 | | | | | 22.36 |
| 02/22/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# 3BSQ8T        TRANSPORTATI      02/22/13 | | | | | 21.70 |
| 02/26/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# JWRXGJ        TRANSPORTATI      02/25/13 | | | | | 23.02 |
| 02/27/13 | J & K INVESTIGATIVE  HILLSBOROUGH        NJ<br>REF# 0000041697  908-707-1900      02/26/13<br>PROTECTION/SECURITY<br>ROC NUMBER 0000041697 | | | 00000416970 | | 170.00 |
| 02/27/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# BDWV6J        TRANSPORTATI      02/27/13 | | | | | 22.36 |
| 02/27/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# 8FZYCP        TRANSPORTATI      02/27/13 | | | | | 15.10 |
| 03/02/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# GY567P        TRANSPORTATI      03/01/13 | | | | | 28.96 |
| 03/02/13 | UBER TECHNOLOGIES IN 866-576-1039        CA<br>REF# BJ57VD        TRANSPORTATI      03/02/13 | | | | | 23.02 |

| **Total for LISA J CISNEROS** | New Charges/Other Debits<br>Payments/Other Credits | 464.72<br>0.00 |
|---|---|---|

LJc  1579



**U.S. Legal Management Services, Inc**
US LEGAL MANAGEMENT
SERVICES, INC.
TAX ID# 34-2003179

**Mail Payments to:**
**U. S. Legal Management Services, Inc.**
**File 749286**
**Los Angeles,  CA  90074-9286**

# invoice

| 1216896 | 12031 |
|---|---|
| 5/15/11 | 1,926.86 |

LIEFF CABRASER HEIMANN & BERNSTEIN
275 BATTERY STREET
30TH FLOOR
SAN FRANCISCO, CA 94111

BILLING QUESTIONS CALL:
BILLING DEPT(213)402-9013
PAYMENT QUESTIONS CALL:
PAYMENT DEPT(213)402-9007

| CUSTOMER | INVOICE | PERIOD END | AMOUNT | PAGE | |
|---|---|---|---|---|---|
| 12031 | 1216896 | 5/15/11 | | 1 | US LEGAL MANAGEMENT |

| | | | | | |
|---|---|---|---|---|---|
| 5/03/11<br>FILING-ASAP | 6672463<br>VEHICLE | ASF | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: Steven Shin<br>Case No.: NEW CASE<br>PLEASE FILE 1ST<br>Signed: att p/u/ see 6672476 | ACSC-OAKLAND<br>1225 FALLON STREET<br>OAKLAND       CA 94612<br>Case Title: SIDDHARTH VS. ADOBE<br>THING TOMORROW<br>Ref: | Base Chg  :   10.00 | FILING |
| 5/03/11<br>FILING-SPECIAL | 6672476<br>VEHICLE | SPF | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: Steven Shin     Wait: 15 Min<br>Case No.: NEW CASE<br>PLEASE FILE 1ST<br>Signed: filed | ACSC-OAKLAND<br>1225 FALLON STREET<br>OAKLAND       CA 94612<br>Case Title: SIDDHARTH VS. ADOBE<br>THING TOMORROW<br>Ref: | Base Chg  :  138.00<br>Wait      :   10.00<br>Fuel Chrg :   12.42<br>Adv/Wit Ck:  550.00<br>Check Chg :   55.00 | FILING |
| 5/04/11<br>PROCESS-BRANCH ASAP | 6672722 | BAP | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: Steven Shin<br>Case No.: RGl1574066<br>Signed: MARIA SANCHEZ, PS | APPLE, INC.<br>818 WEST 7TH STREET<br>LOS ANGELES   CA 90017<br>Case Title: HARIHARAN VS. ADOBE<br>Ref: | Base Chg  :  124.00<br>PDF/OvrNte:   10.50<br>Fuel Chrg :   11.16 | PROCESS |
| 5/04/11<br>PROCESS-SAME DAY | 6672726 | APS | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: Steven Shin<br>Case No.: RGl1574066<br>Signed: JAMES KENNEDY | PIXAR<br>1200 PARK AVENUE<br>EMERYVILLE    CA 94608<br>Case Title: HARIHARAN VS. ADOBE<br>Ref: | Base Chg  :  140.75<br>PDF/OvrNte:   10.50<br>Fuel Chrg :   12.67 | PROCESS |
| 5/04/11<br>PROCESS-BRANCH ASAP | 6672727 | BAP | LIEFF CABRASER HEIMANN & BERNSTEIN<br>275 BATTERY STREET<br>SAN FRANCISCO   CA 94111-3339<br>Caller: Steven Shin<br>Case No.: RGl1574066<br>Signed: MARIA SANCHEZ, PS | INTEL CORPORATION<br>818 WEST 7TH STREET<br>LOS ANGELES   CA 90017<br>Comment: RELATED PROCESS<br>Case Title: HARIHARAN VS. ADOBE<br>Ref: | Base Chg  :   35.00<br>PDF/OvrNte:   10.50 | PROCESS |

RECEIVED
MAY 2 0 2011
ACCOUNTING

Please pay→        Continued

3214 #186983

**INVOICE PAYMENT DUE UPON RECEIPT**

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE: **6/27/11**                    CHECK AMOUNT:$ **550**

PAYABLE TO: **Superior Court Clerk**

ADDRESS: **Santa Clara Superior Court**

_____ **191 North First Street**

CITY: **San Jose**          STATE: **CA**   ZIP CODE: **95113**

TELEPHONE: (**408**) **882-2700**   TAX ID #:_____

INVOICE:_____

CASE-MATTER NUMBER **3462**

CASE-MATTER NAME: **0001**

DESCRIPTION (PLEASE BE SPECIFIC): **for filing Summons and complaint**

_____ **as Complex Case.**

PLEASE HAVE CHECK READY BY:

DATE: **6/27/11**           TIME: **5:00 PM**

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL:___ FEDERAL EXPRESS:___ RETURN TO: **Steven Shin**   EXT: **2303** LOC: **SF 28th**

**Authorizations for case chargeable expenses:**
**A.** Expenses under $100: NON-ATTORNEY/STAFF
**B.** Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
**C.** Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
**D.** Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
              MANAGING PARTNER
**Authorizations for non-case chargeable/administrative expenses:**
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

**NON-ATTORNEY/STAFF INITIAL**_____ **DEPT MANAGER INITIAL**_____

**ATTORNEY INITIAL** _**M**_____ **PARTNER INITIAL**_____

(FOR ACCOUNTING USE ONLY)

VENDOR ID:_____ EXP TYPE:_____ CASE:_____

VOUCHER #:_____

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE: _6/27/11_                         CHECK AMOUNT:$ _550_

PAYABLE TO: _Superior Court Clerk_

ADDRESS: _Santa Clara Superior Court_

_191 North First Street_

CITY: _San Jose_         STATE: _CA_   ZIP CODE: _95113_

TELEPHONE: (_408_) _882-2700_   TAX ID #:_____

INVOICE:_____

CASE-MATTER NUMBER _3462_

CASE-MATTER NAME: _0001_

DESCRIPTION (PLEASE BE SPECIFIC): _for filing Summons and complaint_

_as Complex Case._

PLEASE HAVE CHECK READY BY:

DATE: _6/27/11_                    TIME: _5:00 PM_

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL:___ FEDERAL EXPRESS:___ RETURN TO: _Steven Shin_   EXT: _2303_ LOC: _SF 28th_

**Authorizations for case chargeable expenses**:
A. Expenses under $100: NON-ATTORNEY/STAFF
B. Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
C. Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
D. Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
              MANAGING PARTNER
**Authorizations for non-case chargeable/administrative expenses**:
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

NON-ATTORNEY/STAFF INITIAL_____ DEPT MANAGER INITIAL_____

ATTORNEY INITIAL _MM_  PARTNER INITIAL_____

(FOR ACCOUNTING USE ONLY)

VENDOR ID:_____ EXP TYPE:_____ CASE:_____

VOUCHER #:_____

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE: __6/27/11__                    CHECK AMOUNT:$ __550__

PAYABLE TO: __Superior Court Clerk__

ADDRESS: __Santa Clara Superior Court__

__191 North First Street__

CITY: __San Jose__          STATE: __CA__   ZIP CODE: __95113__

TELEPHONE: __(408) 882-2700__   TAX ID #: _____

INVOICE: _____

CASE-MATTER NUMBER __3462__

CASE-MATTER NAME: __0001__

DESCRIPTION (PLEASE BE SPECIFIC): __for filing Summons and complaint__

__as Complex Case.__

PLEASE HAVE CHECK READY BY:

DATE: __6/27/11__          TIME: __5:00 PM__

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL:___ FEDERAL EXPRESS: ___ RETURN TO: __Steven Shin__ EXT: __2303__ LOC: __SF 28th__

**Authorizations for case chargeable expenses**:
A. Expenses under $100: NON-ATTORNEY/STAFF
B. Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
C. Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
D. Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
           MANAGING PARTNER
**Authorizations for non-case chargeable/administrative expenses**:
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

NON-ATTORNEY/STAFF INITIAL_____ DEPT MANAGER INITIAL_____

ATTORNEY INITIAL __MV__     PARTNER INITIAL_____

(FOR ACCOUNTING USE ONLY)

VENDOR ID:_____ EXP TYPE:_____ CASE:_____

VOUCHER #:_____

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE: 6/27/11                    CHECK AMOUNT:$ 395

PAYABLE TO: Superior Court Clerk

ADDRESS: Santa Clara Superior Court

191 North First Street

CITY: San Jose          STATE: CA   ZIP CODE: 95113

TELEPHONE: (408) 882-2700   TAX ID #:

INVOICE:

CASE-MATTER NUMBER 3462

CASE-MATTER NAME: 0001

DESCRIPTION (PLEASE BE SPECIFIC): for filing Summons and Complaint.

PLEASE HAVE CHECK READY BY:

DATE: 6/27/11          TIME: 5:00 PM

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL:___ FEDERAL EXPRESS:___ RETURN TO: Steven Shin  EXT: 2303 LOC: SF 28th.

### Authorizations for case chargeable expenses:
**A.** Expenses under $100: NON-ATTORNEY/STAFF
**B.** Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
**C.** Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
**D.** Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
              MANAGING PARTNER
### Authorizations for non-case chargeable/administrative expenses:
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

NON-ATTORNEY/STAFF INITIAL_____ DEPT MANAGER INITIAL_____

ATTORNEY INITIAL _____  PARTNER INITIAL_____

(FOR ACCOUNTING USE ONLY)

VENDOR ID:_____ EXP TYPE:_____ CASE:_____

VOUCHER #:_____

**URGENT** ☐

### LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
CHECK REQUEST FORM
**PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES**

DATE: 6/27/11                    CHECK AMOUNT:$ 395

PAYABLE TO:   Superior Court Clerk

ADDRESS:   Santa Clara Superior Court

191 North First Street

CITY: San Jose          STATE: CA   ZIP CODE: 95113

TELEPHONE: (408) 882 - 2700   TAX ID #:

INVOICE:

CASE-MATTER NUMBER  3462

CASE-MATTER NAME:   0001

DESCRIPTION (PLEASE BE SPECIFIC):   for filing Summons and Complaint.

PLEASE HAVE CHECK READY BY:

DATE: 6/27/11              TIME: 5:00 PM

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL:___ FEDERAL EXPRESS: ___ RETURN TO: Steven Shin   EXT:2303 LOC: SF 28 th.

**Authorizations for case chargeable expenses:**
**A.** Expenses under $100: NON-ATTORNEY/STAFF
**B.** Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
**C.** Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
**D.** Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
                      MANAGING PARTNER
**Authorizations for non-case chargeable/administrative expenses:**
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

**NON-ATTORNEY/STAFF INITIAL_____ DEPT MANAGER INITIAL_____**

**ATTORNEY INITIAL _____ PARTNER INITIAL_____**

(FOR ACCOUNTING USE ONLY)

VENDOR ID:_____ EXP TYPE:_____ CASE:_____

VOUCHER #:_____

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE: 6/27/11                          CHECK AMOUNT:$ 395

PAYABLE TO:  Superior Court Clerk

ADDRESS:  Santa Clara Superior Court

            191 North First Street

CITY: San Jose            STATE: CA   ZIP CODE: 95113

TELEPHONE: (408) 882 - 2700   TAX ID #:

INVOICE:

CASE-MATTER NUMBER  3462

CASE-MATTER NAME:  0001

DESCRIPTION (PLEASE BE SPECIFIC):   for filing Summons and Complaint.


PLEASE HAVE CHECK READY BY:

DATE: 6/27/11            TIME:   5:00 PM!

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL:___ FEDERAL EXPRESS:___ RETURN TO: Steven Shin  EXT: 2303 LOC: SF 28th.

**Authorizations for case chargeable expenses:**
**A.** Expenses under $100: NON-ATTORNEY/STAFF
**B.** Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
**C.** Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
**D.** Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
            MANAGING PARTNER
**Authorizations for non-case chargeable/administrative expenses:**
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

**NON-ATTORNEY/STAFF INITIAL_____ DEPT MANAGER INITIAL_____**

**ATTORNEY INITIAL _____ PARTNER INITIAL_____**

(FOR ACCOUNTING USE ONLY)

VENDOR ID:_____ EXP TYPE:_____ CASE:_____

VOUCHER #:_____

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE: _5/4/2011_          CHECK AMOUNT:$ _550_

PAYABLE TO: _First Legal_

ADDRESS: _1138 Howard Street_

CITY: _San Francisco_      STATE: _CA_   ZIP CODE: ~~94109~~ 94103

TELEPHONE: (_415_) _626 - 3111_      TAX ID #:_____

INVOICE: _Control # 6672476_

CASE-MATTER NUMBER _3462-0001_

CASE-MATTER NAME: _High Tech Cold Calling_

DESCRIPTION (PLEASE BE SPECIFIC): _Advanced fee of $550 for the_

_additional fee of the case being complex._

PLEASE HAVE CHECK READY BY:

DATE: _5/5/2011_          TIME: _4:30 PM_

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL: _X_ FEDERAL EXPRESS: ___ RETURN TO: _____EXT:____ LOC:_____

**Authorizations for case chargeable expenses**:
A. Expenses under $100: NON-ATTORNEY/STAFF
B. Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
C. Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
D. Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
            MANAGING PARTNER
**Authorizations for non-case chargeable/administrative expenses**:
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

**NON-ATTORNEY/STAFF INITIAL_____ DEPT MANAGER INITIAL_____**

**ATTORNEY INITIAL_____ PARTNER INITIAL___ _EBS_**

(FOR ACCOUNTING USE ONLY)

VENDOR ID: _896-145_ EXP TYPE: _Filing_ CASE: _3462-0001_

VOUCHER #: _18 6053_

J &K Investigative Services, Inc.
P.O. Box 88
Somerville, NJ 08876
Ph: 908.707.1900 — Fax: 908.704.8260

Lisa J. Cisneros
Lieff, Cabraser, Heimann &Bernstein
275 Battery Street, 29th floor
San Francisco, CA 94111−3339

## INVOICE FOR SERVICE

IN RE: In re High−Tech Employee Antitrust Litigation vs.
Court Case#: 11−CV−2509

Invoice#: 39398        Link#: 42089        Your Ref#:        DATE: 04/04/2013

| Item | Servee | Desc | Amount | PD |
|------|--------|------|--------|-----|
| Routine | Charlie Gray | ——————— | $75.00 | NO |

## TOTAL:                                  $75.00

Payment Due On Presentation.
Tax ID 22−3304202
Please reference invoice number on payment



Research & Retrieval, Inc

1301 Manhattan Ave #E
Hermosa Beach, CA 90254

# Invoice

| Date | Invoice # |
|------|-----------|
| 4/28/2011 | 57792 |

www.researchandretrieval.com

**Bill To**

LIEFF, CABRASER
EMBARCADERO WEST, 28TH FLOOR
275 BATTERY STREET
SAN FRANCISCO, CA  94111
ATTN:RICHARD ANTHONY

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| ▓▓▓▓▓ | Net 15 | 5/13/2011 |

| Item | Description | Amount |
|------|-------------|--------|
| | LOS ANGELES SUPERIOR COURT, CA. | |
| | CASE #BC360399 | |
| | KING/ZUBOWICZ VS. HOSPITAL ASSN | |
| Service | RETRIEVAL AT CCW COURT | 55.00 |
| Service | COPIES | 68.90 |
| Service | EMAIL | 25.00 |

6345-1/186477
3462-0001/copes

RECEIVED
MAY 02 2011
ACCOUNTING

| | **Total** | $148.90 |
|---|-----------|---------|

RA per Dean Hanvey

Research & Retrieval, Inc

703 Pier Avenue Suite B#662
Hermosa Beach, CA 90254

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/8/2014 | 65283 |

| Bill To |
|---------|
| LIEFF, CABRASER<br>EMBARCADERO WEST, 28TH FLOOR<br>275 BATTERY STREET<br>SAN FRANCISCO, CA  94111<br>ATTN:RENEE MUKHERJI |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| 3462-1 | Net 15 | 7/23/2014 |

| Item | Description | Amount |
|------|-------------|--------|
| Service | US NORTHERN DISTRICT COURT, CA.<br>CASE #97-21083<br>3 COM SECURITIES LITIGATION<br>ATTEMPTED RETRIEVAL ARCHIVES | 55.00 |

COPY
3462-0001
6315-2/216164

**LIBRARY**

JUL 7  2014

LIEFF, CABRASER, HEIMANN, BERNSTEIN

Thank you for choosing Research & Retrieval, Inc.
310-798-8100      order@researchandretrieval.com

| **Total** | $55.00 |
|-----------|--------|

Research & Retrieval, Inc

703 Pier Avenue Suite B#662
Hermosa Beach, CA 90254

# Invoice

| Date | Invoice # |
|------|-----------|
| 12/26/2013 | 64216 |

| Bill To |
|---------|
| LIEFF, CABRASER<br>EMBARCADERO WEST, 28TH FLOOR<br>275 BATTERY STREET<br>SAN FRANCISCO, CA  94111<br>ATTN:TODD CARNAM |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| | Net 15 | 1/10/2014 |

| Item | Description | Amount |
|------|-------------|--------|
| | US DISTRICT COURT, DE<br>USA VS. STATE OF DE.<br>CASE #01CV20 | |
| Service | ARCHIVES RETRIEVAL | 75.00 |
| Service | COURT FEE | 64.00 |
| Service | COPIES | 2.00 |

*3462-1*

*copy*
*3462-0001*
*345-2/212402*

LIEFF, CABRASER, HEIMANN, BERNSTEIN

FEB 1 3 2014

LIBRARY

| | Total | $141.00 |
|--|-------|---------|

Research & Retrieval, Inc

703 Pier Avenue Suite B#662
Hermosa Beach, CA 90254

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/29/2013 | 63418 |

| Bill To |
|---------|
| LIEFF, CABRASER<br>EMBARCADERO WEST, 28TH FLOOR<br>275 BATTERY STREET<br>SAN FRANCISCO, CA  94111<br>ATTN:RENEE MUKHERJI |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| none | Net 15 | 8/13/2013 |

| Item | Description | Amount |
|------|-------------|--------|
| Service | US CENTRAL DISTRICT COURT, LOS ANGELES, CA.<br>CASE #06CV999<br>ATTEMTPED RETRIEVAL 2 HRS | 90.00 |

3462-1

CCPY
3462-0001
6345-2/207234

LIBRARY

AUG  1 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

Thank you for choosing Research & Retrieval, Inc.
310-798-8100        order@researchandretrieval.com

| **Total** | $90.00 |
|-----------|--------|

Research & Retrieval, Inc

703 Pier Avenue Suite B#662
Hermosa Beach, CA 90254

# Invoice

| Date | Invoice # |
|------|-----------|
| 7/17/2013 | 63392 |

| Bill To |
|---------|
| LIEFF, CABRASER<br>EMBARCADERO WEST, 28TH FLOOR<br>275 BATTERY STREET<br>SAN FRANCISCO, CA  94111<br>ATTN:RENEE MUKHERJI |

| P.O. No. | Terms | Due Date |
|----------|-------|----------|
| 3462-0001 | Net 15 | 8/1/2013 |

| Item | Description | Amount |
|------|-------------|--------|
| Service<br>Service<br>Service | ALLEGHENY COUNTY CT OF COMMON PLEAS, PA<br>CASE #GD77-8845<br>BARTLEY VS. CONCRETE MASONRY<br>RETRIEVAL 2 HRS<br>COPIES<br>EMAIL | 120.00<br>55.50<br>15.00 |

copy
3462-0001
6345-2/200739

LIBRARY

JUL 1 5 2013

LIEFF, CABRASER, HEIMANN, BERNSTEIN

Thank you for choosing Research & Retrieval, Inc.
310-798-8100          order@researchandretrieval.com

| **Total** | $190.50 |

*Zebu 5C's*

*exp*
*3402-0001*
*0143-1 /2003328*

SLA Ledger Sheet F.Y. 2012-2013 - Lieff et al

**June 2013**

| Req. # | Date | Transaction | Deposit | Request fee | Photo | Rush | Fax | Balance | Date Filled | Notes |
|--------|------|-------------|---------|-------------|-------|------|-----|---------|-------------|-------|
| | | Carryover balance | | $0.00 | | | | $160.00 | | |
| 2 | 6/6 | Webster's New World Dict 1948 2 definitions | | | | | | $160.00 | | |
| 3 | 6/20 | Int'l Encyclopedia of Statistics, v. 1-2  *3462-1* | | $22.00 | | | | $138.00 | 6/20 | referred to Bancroft |
| 4 | | | | | | | | | | |
| 5 | | | | | | | | | | |
| 6 | | | | | | | | | | |
| 7 | | | | | | | | | | |
| 8 | | | | | | | | | | |
| 9 | | | | | | | | | | |
| 10 | | | | | | | | | | |
| 11 | | | | | | | | | | |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |
| 17 | | | | | | | | | | |
| 18 | | | | | | | | | | |
| 19 | | | | | | | | | | |
| 20 | | | | | | | | | | |
| 21 | | | | | | | | | | |
| 22 | | | | | | | | | | |
| 23 | | | | | | | | | | |
| 24 | | | | | | | | | | |
| 25 | | | | | | | | | | |
| 26 | | | | | | | | | | |
| 27 | | | | | | | | | | |
| 28 | | | | | | | | | | |
| 29 | | | | | | | | | | |

If you have any questions, please call (510) 642-6956. Make check payable to UC Regents

SLA Expediter
Interlibrary Services
133 Doe Library
University of California
Berkeley  CA 94720-6000

*$22.00*

# CAL ONE
## Legal Solutions

**Invoice**

**77 Battery Street, Suite 200**
**San Francisco, CA  94111**
**Phone:    415-986-0111**
**Fax:       415-986-0633**
**Tax I.D.#  94-3173178**

**Invoice Number**
**SF14-040117**

Invoice Date
Apr 21, 2014

OCPU, 3462-0001
9836-2/# 214434

**Bill To:  Lieff Cabraser Heimann & Bernstein**
**c/o Kirti Dugar**
**275 Battery Street, 30th Floor**
**San Francisco, CA  94111**

| Client  Matter | Project  Description | Payment  Terms | |
|---|---|---|---|
| 3462–1 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Gil Cuesta | Erwin Ocampo | 4/14/14 | 4/15/14 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 10,723 | 1 Set of B/W Blowbacks w/ slip sheets | 0.0800 | 857.84 |
| 1,219 | 1 Copy Set of Color, Letter Size | 0.7500 | 914.25 |
| 8 | Manila Folders w/label | 0.5000 | 4.00 |
| 9 | Redweld | 2.5000 | 22.50 |

| | |
|---|---|
| Subtotal | 1,798.59 |
| Sales Tax | 161.87 |
| Total Invoice Amount | 1,960.46 |

**Received By:** _____

Check/Credit Memo No: 

Payment/Credit Applied

**TOTAL**            **1,960.46**

*1.5% per month Finance Charge on Past Due Invoices.*



# DIGITAL One
### Legal Solutions

**220 Montgomery St. Suite 370**
**San Francisco, CA 94104**

| | |
|---|---|
| **Phone:** | **415-986-0111** |
| **Fax:** | **415-986-0633** |
| **Tax I.D.#** | **94-3173178** |

Bill To:  **Lieff Cabraser Heimann & Bernstein**
**c/o Paul & Kirti**
**275 Battery Street, 30th Flr.**
**San Francisco, CA 94111**

# *Invoice*

**Invoice Number**
**SF12-010166**

Invoice Date
Jan 19, 2012

*copy*
*3462-0001*
*9836-2 /# 194301*

*3462-0501*

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| HIGH–TECH | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Gil Cuesta | Anthony Grant | 1/19/12 | 01/19/12 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1,229 | 1 Set of B/W Blowbacks | 0.0600 | 73.74 |
| 40 | Slipsheets | 0.0200 | 0.80 |

| | |
|---|---|
| Subtotal | 74.54 |
| Sales Tax | 6.34 |
| Total Invoice Amount | 80.88 |
| Payment/Credit Applied | |
| **TOTAL** | **80.88** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*

*OK to pay*
*K D*

# DIGITAL One
### Legal Solutions

# *Invoice*

**Invoice Number**
**SF12-010071**

Invoice Date
Jan 10, 2012

**220 Montgomery St. Suite 370**
**San Francisco, CA  94104**

| | |
|---|---|
| **Phone:** | **415-986-0111** |
| **Fax:** | **415-986-0633** |
| **Tax I.D.#** | **94-3173178** |

**Bill To:  Lieff Cabraser Heimann & Bernstein**
**c/o Paul & Kirti**
**275 Battery Street, 30th Flr.**
**San Francisco, CA  94111**

*[handwritten: OCPY 3462-0001 9836-2 L# 194300]*

*[handwritten: 3462-0001]*

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| HIGH–TECH | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Gil Cuesta | Anthony Grant | 1/9/12 | 01/10/12 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 885 | 1 Set of B/W Blowbacks | 0.0600 | 53.10 |
| 46 | Slipsheets | 0.0200 | 0.92 |

| | |
|---|---|
| Subtotal | 54.02 |
| Sales Tax | 4.59 |
| Total Invoice Amount | 58.61 |
| Payment/Credit Applied | |
| **TOTAL** | **58.61** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*

*[handwritten: OK 1° Pay K]*



**Legal Solutions**

**220 Montgomery St. Suite 370**
**San Francisco, CA 94104**

**Phone:   415-986-0111**
**Fax:      415-986-0633**
**Tax I.D.# 94-3173178**

Bill To:   **Lieff Cabraser Heimann & Bernstein**
           **c/o Paul & Kirti**
           **275 Battery Street, 30th Flr.**
           **San Francisco, CA 94111**

# *Invoice*

**Invoice Number**
**SF12-010024**

Invoice Date
Jan 6, 2012

*OOPU*
*3462-0001*
*9836-2#1042988*

*Hi-tech*

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 3462-0001 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Gil Cuesta | Major Mugrage | 1/5/12 | 01/05/12 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 2,928 | 1 Set of B/W Blowbacks | 0.0600 | 175.68 |
| 702 | Slipsheets | 0.0200 | 14.04 |
| | Client Matter/Ref: 3462-0001 | | |
| | Note: per email 01/05/12, 9:30am | | |

|  | Subtotal | 189.72 |
|---|---|---|
|  | Sales Tax | 16.13 |
| **Received By:** _____ | Total Invoice Amount | 205.85 |
| Check/Credit Memo No: | Payment/Credit Applied | |
| | **TOTAL** | **205.85** |

*1.5% per month Finance Charge on Past Due Invoices.*

*OK to pay*
*KD ordered*
*1ce*
*per*
*H*



**Legal Solutions**

**220 Montgomery St. Suite 370**
**San Francisco, CA  94104**

**Phone:    415-986-0111**
**Fax:       415-986-0633**
**Tax I.D.#  94-3173178**

**Bill To:   Lieff Cabraser Heimann & Bernstein**
             **c/o Paul & Kirti**
             **275 Battery Street, 30th Flr.**
             **San Francisco, CA  94111**

# *Invoice*

**Invoice Number**
**SF11-120257**

Invoice Date
Dec 29, 2011

OOPV)
3462-0001
9836-2A# 194297

Hi-tech

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 3462.0001 | Imaging | Net 30 Days | |
| Sales Rep ID | Contact | Order Date | Due Date |
| Gil Cuesta | Anthony Grant | 12/27/11 | 12/28/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1,346 | 1 Set of B/W Blowbacks | 0.0600 | 80.76 |
| 345 | Slipsheets | 0.0200 | 6.90 |
| | | | |

| | |
|---|---|
| Subtotal | 87.66 |
| Sales Tax | 7.45 |
| Total Invoice Amount | 95.11 |
| Payment/Credit Applied | |
| **TOTAL** | **95.11** |

**Received By:** _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*

OK pay
KD



**DIGITAL One**
Legal Solutions

**220 Montgomery St. Suite 370**
**San Francisco, CA 94104**

**Phone:** 415-986-0111
**Fax:** 415-986-0633
**Tax I.D.#** 94-3173178

**Bill To:** **Lieff Cabraser Heimann & Bernstein**
**c/o Paul & Kirti**
**275 Battery Street, 30th Flr.**
**San Francisco, CA 94111**

# *Invoice*

**Invoice Number**
**SF11-120185**

Invoice Date
Dec 19, 2011

*OCP4*
*3462-0001*
*9836-21#1942916*

*3462.0001*

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| LUCAS 002 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Gil Cuesta | Anthony Grant | 12/19/11 | 12/19/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 69 | 1 Set of B/W Blowbacks | 0.0800 | 5.52 |
| 42 | Slipsheets | 0.0200 | 0.84 |
| | | | |

| | |
|---|---|
| Subtotal | 6.36 |
| Sales Tax | 0.54 |
| Total Invoice Amount | 6.90 |
| Payment/Credit Applied | |
| **TOTAL** | **6.90** |

**Received By:** _____
Check/Credit Memo No: _____

*1.5% per month Finance Charge on Past Due Invoices.*

*OK to pay*
*KD*



**Legal Solutions**

220 Montgomery St. Suite 370
San Francisco, CA 94104

| | |
|---|---|
| Phone: | 415-986-0111 |
| Fax: | 415-986-0633 |
| Tax I.D.# | 94-3173178 |

Bill To:   **Lieff Cabraser Heimann & Bernstein**
**c/o Paul & Kirti**
**275 Battery Street, 30th Flr.**
**San Francisco, CA 94111**

# *Invoice*

**Invoice Number**
**SF11-120061**

Invoice Date
Dec 9, 2011

*OCR's*
*3462-0001*
*9830-2/#191604*

| Client Matter | Project Description | Payment Terms | |
|---|---|---|---|
| 3462.0001 | Imaging | Net 30 Days | |
| **Sales Rep ID** | **Contact** | **Order Date** | **Due Date** |
| Gil Cuesta | Kirti Dugar | 12/6/11 | 12/08/11 |

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 84,971 | 1 Set of B/W Blowbacks | 0.0600 | 5,098.26 |
| 21,140 | Slipsheets | 0.0200 | 422.80 |
| | Client Matter/Ref: 3462.0001 | | |
| | Description: | | |
| | 1. APPLE | | |
| | 2. ADOBE | | |
| | 3. PIXAR | | |
| | 4. LUCAS | | |
| | 5. GOOGLE | | |
| | 6. INTUIT | | |
| | 7. INTEL | | |

RECEIVED
DEC 15 2011
ACCOUNTING

| | |
|---|---|
| Subtotal | 5,521.06 |
| Sales Tax | 469.29 |
| Total Invoice Amount | 5,990.35 |
| Payment/Credit Applied | |
| **TOTAL** | **5,990.35** |

Received By: _____
Check/Credit Memo No:

*1.5% per month Finance Charge on Past Due Invoices.*

*OK to Pay — K D*
*ordered per JRS*

Invoice No. 511

Invoice for Los Angeles Superior Court documents
either downloaded from the Courthouse News
website or ordered from our L. A. office
(Please make checks payable to Milt Policzer)

**Client:**       Lieff Cabraser

**Document ordered:** L.A. Printex v. Samsung BC456221

*3462 - 0001*

**Ordered by:**   Renee Mukherji
**Billing reference:**
**Date:**         5/3/2011
**Cost:**                                       $47.50

*6606-1/187771*
*3462-0001/ccpg*

**Total amount due:**                           **$47.50**

Please remit to:

Milt Policzer
3203 Iroquois Avenue
Long Beach, CA 90808

LIBRARY

JUL  6 2011

LIEFF, CABRASER, HEIMANN, BERNSTEIN

# COURTHOUSE NEWS SERVICE

**30 North Raymond Ave., Suite 310**
**Pasadena, CA 91103**
Billing Questions: 626/577-6726    Technical Questions: 626/577-6700
Email: accounting@courthousenews.com

| | Invoice # |
|---|---|
| | 479952 |

## INVOICE

| Bill To | Ship To |
|---|---|
| Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library | Lieff Cabraser - SF<br>275 Battery Street<br>30th Floor<br>San Francisco, CA. 94111<br>Attn: Renee Mukherji - Library |

| CA Document Download | Downloaded copy of document number: 3:11cv2509<br>Siddharth Hariharan, individually and on behalf of others similarly situated v. Adobe Systems Inc.; Apple Inc.; Google Inc.; Intel Corp.; Intuit Inc.; Lucasfilm Ltd.; Pixar; Does<br>Court: USDC Northern District of California<br>Ordered On: 05/24/11<br>Ordered By: renee mukherji<br>Phone #: (415) 956-100020Additional Info: 3462-0001 | 1 | $35.00 | $0.00 | $35.00 |
|---|---|---|---|---|---|
| Copy Fee | Copy Fee (Copies 1 and greater = $0.50) | 17 | $8.50 | $0.00 | $8.50 |
| CA Document Download | | | | | |
| IL Document Download | | 1 | $0.00 | $0.00 | |
| | **Total Due** | | | | |

Please make checks payable to COURTHOUSE NEWS SERVICE and reference invoice # on check.
Our Tax ID # is: 95-4652674



# NATIONWIDE
## LEGAL EXPRESS
LLC

1609 JAMES M. WOOD BLVD | LOS ANGELES | CA 90015

| Invoice # | Customer # |
|-----------|------------|
| 314015 | 30101 |
| 9/15/12 | 617.15 |
| **Invoice Date** | **Total Invoice** |

LIEFF, CABRASER, HEIMANN & BERNSTEIN
275 BATTERY STREET
29TH FLOOR
SAN FRANCISCO, CA 94111

PLEASE MAKE REMITTANCE TO
NATIONWIDE LEGAL EXPRESS,
LLC
TAX ID #45-419-8275

✂ Cut here and return with payment



| | | | Customer No. | Invoice No. | Period Ending | Amount Due | Page |
|---|---|---|---|---|---|---|---|

STANDARD FAX/PDF FILING     LIEFF, CABRASER, HEIMANN & BERNSTEIN
                            275 BATTERY STREET
                            SAN FRANCISCO   CA 94111

E-FILE                      CABRASER, HEIMANN & BERNSTEIN
                            BATTERY STREET
                            SAN FRANCISCO   CA 94111

Total Charges for Ref.

STANDARD FAX/PDF FILING     LIEFF, CABRASER, HEIMANN & BERNSTEIN
                            275 BATTERY STREET
                            SAN FRANCISCO   CA 94111                              Fax

Total Charges for Ref. - 3489-0008:     62.15

| 9/12/12 | 3176919 | C/C | LIEFF, CABRASER, HEIMANN & BERNSTEIN | USDC/SAN JOSE NORTHERN DISTRICT | Base Chg : | 45.00 | 45.00 |
|---|---|---|---|---|---|---|---|

COURTESY COPY              275 BATTERY STREET                    280 SOUTH FIRST STREET
                           SAN FRANCISCO   CA 94111              SAN JOSE       CA 95113
                           Caller: TERENCE
                           Case Number: 111CV2509               Case Title: HIGH-TECH EMPLOYEE
                           Documents: CHAMBERS                  LUCY H. KOH
                           Client/Matter: NONE GIVEN            Signed by: CLERK TIFFANY HARWELL
                           Pieces/Pages:   7

3462-0001

Total Charges for Ref. - NONE GIVEN:     45.00

RECEIVED
SEP 21 2012
ACCOUNTING

8521/#199035

| Total ▶ | 617.15 |

# NATIONWIDE
LEGAL EXPRESS LLC
## INVOICE PAYMENT DUE UPON RECEIPT

URGENT ☐

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### CHECK REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS/INVOICES

DATE:_____3/19/2014_____          CHECK AMOUNT:$_____217.48____ ✓

PAYABLE TO:_____Major Mugrage_____

ADDRESS:_____LCHB_____

_____

CITY:_____ STATE:_____ ZIP CODE:_____

TELEPHONE: (_____)_____ TAX ID #:_____

INVOICE:_____213450_____

CASE-MATTER NUMBER____3462-0001_____

CASE-MATTER NAME:_____HTCC trial_____

DESCRIPTION (PLEASE BE SPECIFIC):_____

_____hard drive for copying production data _____

PLEASE HAVE CHECK READY BY:

DATE:_____          TIME:_____

DELIVERY PREFERENCE (PLEASE SELECT ONE):

MAIL:___ FEDERAL EXPRESS:___ RETURN TO:_____MM_____EXT:_2334_ LOC:__14__

**Authorizations for case chargeable expenses:**
**A.** Expenses under $100: NON-ATTORNEY/STAFF
**B.** Expenses under $2,500: ANY ATTORNEY ASSIGNED TO THE CASE
**C.** Expenses between $2,500 and $15,000: EQUITY PARTNER WORKING ON THE CASE
**D.** Expenses over $15,000: EQUITY PARTNER WORKING ON THE CASE AND THE
          MANAGING PARTNER
**Authorizations for non-case chargeable/administrative expenses:**
DEPARTMENT MANAGER OR ATTORNEY APPROVAL REQUIRED

**NON-ATTORNEY/STAFF INITIAL_____ DEPT MANAGER INITIAL** _K P_

**ATTORNEY INITIAL_____ PARTNER INITIAL_____**

(FOR ACCOUNTING USE ONLY)

VENDOR ID 8451 - 424  EXP TYPE: SUP_____ CASE: 3462-0001

VOUCHER # 213450_____

3462-0001   HTCC



Low prices. Every item. Every day.
300 California Street
SAN FRANCISCO, CA 94104
(415) 394-6648

SALE                1475102 2 010 06624
                    1358 03/19/14 02:08
QTY SKU                            PRICE
        REWARDS NUMBER 4123044424
1   TOSHIBA CONNECT 2T
    022265430248
  Instant Savings <-15.00>
1   TOSHIBA CONNECT 2T
    022265430248              99.99
  Instant Savings <-15.00>
SUBTOTAL                     199.98
    Standard Tax 8.75%        17.50
TOTAL                       $217.48

Visa                         217.48
Card No.: ███████████
Auth No.: 02684C

## TOTAL ITEMS   2


    Save with Staples Brand products,
  the most trusted brand in office products.

    THANK YOU FOR SHOPPING AT STAPLES !

      Shop online at www.staples.com

      It pays to be a rewards member.
    Sign up and get 5% back in rewards
  on everything, except postage, phone/
        gift cards and savings passes.
      Plus free shipping on staples.com.



    1 3 5 8                        0

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

TODAY'S DATE:

CARD HOLDER:  Kirti Dugar

CREDIT CARD NUMBER:

DATE OF STATEMENT:  Oct-2013



| Date | Vendor | Description of Charge | Codes | Cost | Amount |
|------|--------|----------------------|-------|------|--------|
| 9/18/2013 | Staples | HardDrive | OC | 3462-0001 | $260.9700 |

| | | | STATEMENT TOTAL | $3,184.3200 |
|---|---|---|---|---|

ATTORNEY SIGNATURE: _Kirti Dugar_   DATE: 12/11/13

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

*3462 - 0001*



**that was easy.**

Low prices. Every item. Every day.
300 California Street
SAN FRANCISCO, CA 94104
(415) 394-6648

SALE              1679258 11 004 36137
                   1358 09/17/18 11:18

*************************************************

YOUR OPINION COUNTS AND WILL BE REVIEWED
BY THIS STORE'S MANAGER!

*2 drives*

*for High-Tech*

*3462 - 0001*

*1 drive as*

*reserve (with HD)*

| | | |
|---|---|---|
| 763649038666 | | 79.99 |
| Instant Savings <-8.50> | | |
| 1  SEAGATE BACKUP PLU | | |
| 763649038666 | | 79.99 |
| Instant Savings <-8.50> | | |
| 1  SEAGATE BACKUP PLU | | |
| 763649038666 | | 79.99 |
| Instant Savings <-8.50> | | |
| SUBTOTAL | | 239.97 |
| Standard Tax 8.75% | | 21.00 |
| TOTAL | | $260.97 |
| American Express | | 260.97 |

Card No.: ████████████
Auth No.: 580230

**TOTAL ITEMS   3**

Save with Staples Brand products

AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:**

**CARD HOLDER:**        Kirti Dugar

**CREDIT CARD NUMBER:**

**DATE OF STATEMENT:**   Sep-2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| 8/10/2013 | Staples | HardDrive | OC | 3462-0001 | $97.8600 |
| 8/13/2013 | Staples | HardDrive | OC | 3462-0001 | $76.1100 |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |
| | | | OC | | |

|  |  | **STATEMENT TOTAL** | |
|--|--|--|--|

**ATTORNEY SIGNATURE:** _Kirti Dugar_   **DATE:** 12 / 11 / 13

**CODES:**  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges



3462
0801

**that was easy.**

Low prices. Every item. Every day.
300 California Street
SAN FRANCISCO, CA 94104
(415) 394-6648

SALE                    1323995 7 010 03045
                        1358 08/09/13 12:14

*******************************************

YOUR OPINION COUNTS AND WILL BE REVIEWED
BY THIS STORE'S MANAGER!

Please take a short survey
and be entered into a monthly drawing
for a $5,000 Staples gift card.
NO PURCHASE NECESSARY.
Log on to www.StaplesCares.com
or call 1-800-881-1723
Your survey code: 0101 2522 4077 6769
See store for rules.
Survey code expires 08/16/2013.
***Tome nuestra encuesta en Español en
la página de Internet o por telefono.
Consiga las reglas en la tienda.***

*******************************************

QTY SKU                          PRICE
      REWARDS NUMBER 3543308823
1   SEAGATE BACKUP PLU
      763649038666               89.99
SUBTOTAL                         89.99
      Standard Tax 8.75%          7.87
TOTAL                           $97.86

American Express                 97.86
Card No.:
Auth No.: 530180

        TOTAL  ITEMS    1


        Save with Staples Brand products,
     the most trusted brand in office products.

3462-01



**that was easy.**
Low prices. Every item. Every day.
300 California Street
SAN FRANCISCO, CA 94104
(415) 394-6648
SALE                    1641338 3 003 00125
                        1358 08/12/13 04:45

*******************************************

YOUR OPINION COUNTS AND WILL BE REVIEWED
BY THIS STORE'S MANAGER!

Please take a short survey
and be entered into a monthly drawing
for a $5,000 Staples gift card.
NO PURCHASE NECESSARY.
Log on to www.StaplesCares.com
or call 1-800-881-1723
Your survey code: 0101 4714 6793 6841
See store for rules.
Survey code expires 08/19/2013.
***Tome nuestra encuesta en Español en
la página de Internet o por telefono.
Consiga las reglas en la tienda.***

*******************************************

QTY SKU                          PRICE
       REWARDS NUMBER 0456873058
1   SEAGATE BACKUP PLU
       763649038666              69.99
 Instant Savings <-17.00>
SUBTOTAL                         69.99
       Standard Tax 8.75%         6.12
TOTAL                           $76.11

American Express                 76.11
Card No.:███████████████
Auth No.: 578654

**TOTAL ITEMS    1**



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-268-17402 | May 10, 2013 | [redacted] | 14 of 35 |

Tracking ID: 515461891646 continued

| | | | |
|---|---|---|---|
| Rated Weight | N/A | Transportation Charge | 32.95 |
| Delivered | May 03, 2013 12:00 | Discount | -18.12 |
| Svc Area | AM | Direct Signature | 3.50 |
| Signed by | W.GOELKI | Residential Delivery | 3.20 |
| FedEx Use | 000000000/0000241/_ | Fuel Surcharge | 2.55 |
| | | DAS Resi | 3.25 |
| | | **Total Charge** | **USD** | **$27.33** |



| | | | | |
|---|---|---|---|---|
| | | | | 34.45 |
| | | | | 15.00 |
| | | | | 4.25 |
| | | | | -17.23 |
| | | | | 3.20 |
| | | | USD | $39.67 |

Picked up: May 03, 2013     Cust. Ref.: 3462-0001/JF-JA     Ref.#2:
Payor: Shipper     Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment
- Distance Based Pricing, Zone 8

| | | | | |
|---|---|---|---|---|
| Automation | FXRS | **Sender** | **Recipient** | |
| Tracking ID | 515461891679 | ANTHONY MCDANIEL | EMPLOYMENT METRIS LLC | |
| Service Type | FedEx Priority Overnight | LIEFF CABRASER AND HEIMA | EMPLOYMENT METRIS LLC | |
| Package Type | FedEx Envelope | 275 BATTERY ST STE 2900 | 103 HARVARD PLACE | |
| Zone | 08 | SAN FRANCISCO CA 94111 US | ITHACA NY 14850 US | |
| Packages | 1 | | | |
| Rated Weight | N/A | Transportation Charge | | 33.40 |
| Delivered | May 06, 2013 09:58 | Direct Signature | | 3.50 |
| Svc Area | AA | Fuel Surcharge | | 2.19 |
| Signed by | K.HALLACK | Discount | | -18.37 |
| FedEx Use | 000000000/0000252/_ | Residential Delivery | | 3.20 |
| | | **Total Charge** | **USD** | **$23.92** |

| Invoice Number | Invoice Date | Account Number | |
|---|---|---|---|
| 2-253-50885 | Apr 26, 2013 | | 6 of 3. |

Tracking ID: 5

**Picked up:** Apr 17, 2013   **Cust. Ref.:** 3462-0001/TD-JA   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 8
- FedEx has audited this shipment for correct packages, weight, and service. Any changes made are reflected in the invoice amount.
- The package weight exceeds the maximum for the packaging type, therefore, FedEx Pak was rated as Customer Packaging.

| Automation | FXRS | **Sender** | **Recipient** | |
|---|---|---|---|---|
| Tracking ID | 515461889484 | ANTHONY MCDANIEL | EMPOLYMENT METRICS LLC | |
| Service Type | FedEx Priority Overnight | LIEFF CABRASER AND HEIMA | KEVIN F. HALLOCK | |
| Package Type | Customer Packaging | 275 BATTERY ST STE 2900 | 103 HARVARD PLACE | |
| Zone | 08 | SAN FRANCISCO CA 94111 US | ITHACA NY 14850 US | |
| Packages | 1 | | | |
| Rated Weight | 3.0 lbs, 1.4 kgs | Transportation Charge | | 66.70 |
| Delivered | Apr 18, 2013 09:45 | Direct Signature | | 3.50 |
| Svc Area | AA | Discount | | -33.35 |
| Signed by | T.HALLACK | Fuel Surcharge | | 4.39 |
| FedEx Use | 000000000/0001618/_ | Residential Delivery | | 3.20 |
| | | **Total Charge** | **USD** | **$44.44** |

