# Exhibit 8
# (Part 3 of 7)

| Invoice Number | Invoice Date | Account Number |
|---|---|---|
| 7-981-03683 | Aug 10, 2012 | ████████ |

*Dropped off: Aug*
*Payor: Shipper*
*Fuel*

**Picked up:** Aug 01, 2012   **Cust. Ref.:** ████████   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 8

Automation
Tracking ID 
Service Type
Package Type
Zone
Packages
Rated Weight
Delivered
Svc Area
Signed by
FedEx Use

**Sender** 

**Recipient** 

Transportation Charge
Discount
Fuel Surcharge
Direct Signature
Residential Delivery
**Total Charge**                USD

**Picked up:** Aug 01, 2012   **Cust. Ref.:** ██████A   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone

Automation
Tracking ID 
Service Type
Package Type
Zone
Packages
Rated Weight
Delivered
Svc Area
Signed by
FedEx Use

**Sender** 

**Recipient** 

Transportation Charge
Discount
Direct Signature
Fuel Surcharge
**Total Charge**                USD

**Picked up:** Aug 01, 2012   **Cust. Ref.:** 9999-0007/HC2-JA   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 2
- Package Delivered to Recipient Address - Release Authorized

Automation
Tracking ID 
Service Type
Package Type
Zone
Packages
Rated Weight
Delivered
Svc Area
Signed by
FedEx Use

**Sender** 

**Recipient** 

Transportation Charge
Residential Delivery
Fuel Surcharge
Discount
**Total Charge**                USD

**Dropped off:** Aug 01, 2012   **Cust. Ref.:** 3462-0001/TD-JA   **Ref.#2:**
**Payor:** Shipper   **Ref.#3:**
- Fuel Surcharge - FedEx has applied a fuel surcharge of 12.00% to this shipment.
- Distance Based Pricing, Zone 8

| | | | |
|---|---|---|---|
| Automation | FXRS | **Sender** | **Recipient** |
| Tracking ID | 515461847834 | ANTHONY MCDANIEL | PETER BARILE |
| Service Type | FedEx Priority Overnight | LIEFF CABRASER AND HEIMA | PETER BARILE |
| Package Type | Customer Packaging | 275 BATTERY ST STE 2900 | 485 LEXINGTON AVENUE |
| Zone | 08 | SAN FRANCISCO CA 94111 US | NEW YORK NY 10017 US |
| Packages | 1 | | |
| Rated Weight | 18.0 lbs, 8.2 kgs | Transportation Charge | 139.20 |
| Delivered | Aug 02, 2012 10:30 | Direct Signature | 3.50 |
| Svc Area | A1 | Fuel Surcharge | 8.35 |
| Signed by | M.DIAZ | Discount | -69.60 |
| FedEx Use | 000000000/0001618/_ | **Total Charge**            USD | **$81.45** |