# Exhibit 8
# (Part 5 of 7)

5502-01 $1338.00
61000-00-0207 $248.00
5501001 $86.27
TRAVEL
Meals

3462-0001 $89.06
5750 $18906

**LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: Eric Fastiff

DATES TRAVELED:

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

Various Visa/Cash Expenses

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL: $** | 1,338.00 | |

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| 05/27/11 | City View Restaurant - Lunch w/ J. Saveri & D. Harvey | 89.06 | 3462 - 0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL: $** | 566.87 | |

**MILEAGE**

| | MILES: | | |
|---|---|---|---|
| | RATE/MILE: $0.550 | | |
| | **TOTAL** | $0.00 | |
| | **GRAND TOTAL: $** | $1,904.87 | |
| | **LESS CASH ADVANCE: $** | | |
| | **AMOUNT DUE TO TRAVELER: $** | $1,904.87 | |

TRAVELER'S SIGNATURE: _____   DATE: 9/2/11

RECEIVED
SEP 07 2011
ACCOUNTING

# HIGH TECH COLD CALLING 3462 - 0001

3462-1

662 COMMERCIAL ST
SAN FRANCI, CA 94111
415-398-2838

TERMINAL ID.:                088600
MERCHANT #:          8838011084201

VISA
##########3893 EXP:XX/XX        SWIPED
SALE
BATCH: 001309        INV: 000048
May 27, 11              14:55
RRN: 13090048      AUTH:05227D

REWARDS PROGRAM: 769412

AP

BASE                    $75.06

TIP                  14.00

TOT                  89.06

TIP GUIDE
15%=$11.3  18%=$13.51  20%=$15.01

ERIC FASIIII ## Cold-Calling

THANK YOU!
PLEASE COME AGAIN!
Lunch = JXst Omer2

Palio Paninoteca #:
505 MONTGOMERY ST.
415-362-6900

*JRS* Lieff   1602
   275
*3462* Battery
       #_____

ATTN____From _____
       9561000

MON JANUARY 30,2012
CHECK #1375547-1

6 Asst. Pastries        $14.10
1 Delivery Charge       $10.00
TOTAL           $24.10

ORIGINAL INVOICF
CUSTOMER COPY
BILLING REF:_____
       Time: 06:18
TIP_____
TTL_____
SIGNED_____

ORDER #109

RECEIVED

JAN 3 0 2012

ACCOUNTING

*3462-0001*
*TRAVEL*
*4361/#193228*

Dean 3462
Harvey

**Palio Paninoteca #1**
505 MONTGOMERY ST.
415-362-6900

Lieff   1602
275
Battery
#_____

From _____
ATTN_____
9561000

FRI FEBRUARY 3,2012
**CHECK #1377431-1**

,υ Asst. Pastries      $23.50
1 Delivery Charge      $10.00
**TOTAL      $33.50**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 05:30
TIP_____
TTL_____
SIGNED_____

**DELIVERY #104**

CASH        :     $33.50

TRAVEL
3462-0001
4361/# 193226

Anne Shawe Bran Ho
3462-0001
Rio Paninoteca #1
505 MONTGOMERY ST
415-362-6900

3462-0001
TRAVEL
4361 /# 197610

Lieff    160?
275
Batte
#____

From _____
ATTN
9   1 00

'                              1

6 MISTA                      .00
6 Asst Sa.                   .70
6 Assort                     .00
                            0.00

TOT                      ..70

RIGINAL
STOMER
REF:____
Time: 07:00

$90.70

SIGN D _____

DELIVERY #107

:    $90.70

*Dean Harvey — 3462-0001*
*High Tech cold calling Depo*

Palio Paninoteca #1
505 MONTGOMERY ST.
415-362-6900

Lieff   1602
275
Battery
#_____

From
ATTN_____
9561000

FRI AUGUST 3,2012
CHECK #1432836-5
DUPLICATE

| | |
|---|---|
| 6 MISTA | $21.00 |
| 6 Fruit Salad | $21.00 |
| 13 Asst Sandwich | $103.35 |
| 13 Assorted Cookies | $26.00 |
| 1 Delivery Charge | $10.00 |
| **TOTAL** | **$181.35** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 09:29

TIP_____
TTL_____
SIGNED_____

DELIVERY #107

CASH      :   $181.35

RECEIVED
AUG 0 4 2012
ACCOUNTING

*TRAVEL*
*3462-0001*
*4301 19830*

A. Shaver /
3462-0001 Dep.
Panera Sandwich Boca #1
505 MONTGOMERY ST.
415 362 6900

Check 1002
275
Batter
#

Host
A T I N

9561000

Fri August 17,2012
CHECK #14369831 1

4 Pasta Salad          $15.00
4 Side Salad           $19.00
9 Ass't Sandwich       $71.55
8 Assorted Cookies     $10.00
Delivery Charge        $30.00
TOTAL             $135.55

ORIGINAL INVOICE
CUSTOMER COPY

TIP
TTL
SIGNER

ORD # #111

TRAVEL
3462-0001
4361 /# 198814

*DeanHarvey* 3462-0001

Palio Paninoteca #1
505 MONTGOMERY ST.
415-362-6900

Lieff  1602
275
Battery
#____

A.. N
9561000

FRI AUGUST 31,2012
CHECK #1440948-1

6 A... Pastries        $14.10
1 Delivery Charge       $10.00
TOTAL              $24.10

ORIGINAL INV....
CUSTOMER COPY
BILLING REF:____
Time: 05:30

TIP_____
TTL_____
SIGNED_____

DELIVERY #..03

.A..               :   $24.10

*3462-0001*
*TRAVEL*
*4361/#198820*

RECEIVED
AUG 31 2012
ACCOUNTING

RECEIVED

AUG 3 1 2012

ACCOUNTING

*Dean Harvey - 3462-0001*

P... , P ...ncreca #7
505 MONTGOMERY ST.
415-... -6900

L... # 1602
275
Battery
#_____

From _____
ATTN _____
95617

*TRAVEL*
*3462-0001*
*4361/#198821*

FRI AUGUST 01,2012
CK #0440955-1

6 MISPA              $1.00
6 Asst Sandw         17.70
6 Assorted Cookies   $12.00
1 Delivery Charge     0.00
TOTAL            $90.70

U...    INVOICE
C... COPY
BILLING REF: _____
Time: 07:00

TIP _____
TTL _____
SIGNED _____

DELIVERY #104

CASH      :    $90.70

TRAVEL
3462-0001
4361/#1996ad

Anne shaver
3462-0001

Palio Paninoteca #1
505 MONTGOMERY ST.
415-362-6900

Lieff   1602
275
Battery
#_____
From _____
ATTN_____
9561000

RECEIVED
OCT 16 2012
ACCOUNTING

MON OCTOBER 15,2012
CHECK #1453932-1

| | | |
|---|---|---|
| 5 SETTIMANA | | $23.75 |
| 5 SPINACI | | $23.75 |
| 10 Asst Sandwich | | $79.50 |
| 10 Assorted Cookies | | $20.00 |
| 1 Delivery Charge | | $10.00 |
| TOTAL | | $157.00 |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:01
TIP_____
TTL_____
SIGNED_____

DELIVERY #109

CASH        :    $157.00

TRAVEL
3462-0001
4361/# 199668

Dean Haro
3462-00.,
Palio Paninoteca #1
505 MONTGOMERY ST.
415-362-6900

Lief.  1602
2/5
Battery
#_____
From _____
ATTN_____
9561000

THU OCTOBER 11,2012
CHECK #1453177-1

5 Pasta Salad          $23.75
5 Asst Sandwich        $39.75
5 Assorted Cookies     $1? 00
TOTAL            73

ORIGINAL
CUSTOMER .
BILLING REF:
Time.
TIP_____
TTL_____
SIGNED_____

ORDER #112


$73.50

RECEIVED
OCT 11 2012
ACCOUNTING

TRAVEL
3462-0001
4361 4# 199670

*DeanHarvey*
3462-0001

**Palio Paninoteca #1**
505 MONTGOMERY ST.
415-362-6900

Lieff   1602
275
Battery
#_____
From _____
ATTN _____
9561000

THU OCTOBER 11, 2012
CHECK #1453159-1

5 Asst. Pastries        $11.75
5 Fruit Salad           $17.50
1 Delivery Charge       $10.00
TOTAL          $39.25

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:59

TIP_____
TTL_____
SIGNED_____

ORDER #111

TRAVEL
3462-0001
436V#199796

Dear Hervey
3462-0001

RECEIVED
OCT 12 2012
ACCOUNTING

Palio    ninoteca #1
505 MONTGOMERY ST.
415-362-6900

Leff   1602
275
Battery
#  _____

From
ATTN_____
9561000

FRI OCTOBER 12,2012
CHECK #1453576

| | | |
|---|---|---|
| 5 Pasta Salad | $23. |
| 5 MEDITERRANEA | $23.75 |
| 10 Asst Sandwich | $79.50 |
| 10 Assorted Cookies | $20.00 |
| 1 Delivery Charge | $10.00 |

**TOTAL    $157.00**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:00
TIP_____
TTL_____
SIGNED_____

DELIVERY #110

ASH       :   $157.00

*Brendan Glackin*
*~~HTLE~~ 3462-0001*
*HTCC*

**Palio Paninoteca #1**
**505 MONTGOMERY ST.**
**415-362-6900**

**Lieff    1602**
**275**
**Battery**
**#_____**

From _____
**ATTN**_____
9561000

MON OCTOBER 22,2012
**CHECK #1456012-1**

| | | |
|---|---|---|
| 5 | Pasta Salad | $23.75 |
| 5 | SML.CESARE | $23.75 |
| 10 | Asst Sandwich | $79.50 |
| 10 | Assorted Cookies | $20.00 |
| 1 | Delivery Charge | $10.00 |

**TOTAL      $157.00**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:00
**TIP**_____
**TTL**_____
**SIGNED**_____

**DELIVERY #109**

CASH        :    $157.00

*3462-0001*
*TRAVEL*
*4301 /# 200190*

*TRAVEL*
*3462-0001*
*436a/# 200192*

*Dean Harvey*
*3462-0000*

Palio Paninoteca #1
505 MONTGOMERY ST.
415-362-6900

Lieff  1602
275
Battery
#_____

From _____
ATTN_____
9561000


WED OCTOBER 24,2012
CHECK #1456882-1

5 Pasta Salad          $23.75
5 ROMANA               $23.75
10 Asst Sandwich       $79.50
10 Assorted Cookies    $20.00
1 Delivery Charge      $10.00
TOTAL        $157.00

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:01

TIP_____
TTL_____
SIGNED_____


DELIVERY #107

CASH        :    $157.00

TRAVEL
3462-0001
4341/# 200193

HTCC
D. Harvey  3462-0001

**Palio Paninoteca #1**
**505 MONTGOMERY ST.**
**415-362-6900**



RECEIVED
OCT 25 2012
ACCOUNTING

Lieff  1602
275
Battery
#_____

From _____
ATTN _____
9561000

THU OCTOBER 25,2012
**CHECK #1457325-1**

| 6 Asst. Pastries | $14.10 |
| 4 Fruit Salad | $14.00 |
| 1 Delivery Charge | $10.00 |

**TOTAL      $38.10**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:37

**TIP**_____
**TTL**_____
**SIGNED**_____

**ORDER #108**

D.M.H.
3462-0001
HTCC

3462-0001
TRAVEL
4361 /# 200194

Palio Panmoteca #1
505 MONTGOMERY ST.
415-362-6900

Lieff  1602
275
Battery
#_____

From _____
ATTN _____
9561000

TUE OCTOBER 23,2012
CHECK #1456436-1

4 SML.CESARE        $19.00
4 Asst Sandwich     $31.80
4 Assorted Cookies   $8.00
1 Delivery Charge   $10.00
TOTAL        $68.80

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:00

TIP_____
TTL_____
SIGNED_____

DELIVERY #103

CASH      :   $68.80

RECEIVED
OCT 2 5 2012
ACCOUNTING

B. Glackin
3462-
8901

Palio Paninoteca #901
505 MONTGOMERY ST.
415-362-6900

Lieff    1602
275
Battery
#_____

From _____
ATTN_____
9561000

TUE NOVEMBER 20,2012
CHECK #1464988-1

8 Asst. Pastries       $18.80
4 Fruit Salad          $14.00
1 Delivery Charge      $10.00
TOTAL          $42.80

ORIGINAL   ICE
CUSTOM
BILLING REF:_____
Time: 05:30

TIP_____
TTL_
SIGNED_      _____

DE1   LRY #102

CASH        :    $42.80

RECEIVED

NOV 2 0 2012

ACCOUNTING

3462-0001
TRAVEL
4361/# 200744

D. Harvey
HTCC
J462-0001

TRAVEL
3462-0001
43001/# 2007148

Par16 Paninoteca #1
505 MONTGOMERY ST.
415-362-6900

Lieff   1602
275
Battery
#
From _____
ATTN_____
9561000

OCTOBER 29,2012
CHK . #1458134-1

| | |
|---|---|
| 5 Pasta Salad | $23.75 |
| 5 SML.CESARE | $23.75 |
| 10 Asst Sandwich | $79.50 |
| 10 Assorted Cookies | $20.00 |
| 1 Delivery Charge | $10.00 |

**TOTAL     $157.00**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 7:02
TIP_____
TTL
SIGNED _____

DELIVERY #115

CASH      :   $157.00


RECEIVED
OCT 30 2012
ACCOUNTING

*Dear Hand HTC 3462*



*3462-0001*
*TRAVEL*
*43614# 200749*

**Palio Paninoteca #1001**
**505 MONTGOMERY ST.**
**415 362-6900**

**Lieff   1602**
**275**
**Battery**

From
ATTN
950 1000

THU      ,2012
**CHECK    57300-1**

| 3 SETTIMANA | $14.25 |
| 3 MEDITERRANEA | $14.25 |
| 6 Asst Sandwich | $47.70 |
| 6 Assorted Cookies | $12.00 |
| 1 Delivery Charge | $10.00 |

**TOTAL      $98.20**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:00

**TIP**_____
**TTL**_____
**SIGNED**_____

**DELIVERY #106**

CASH      :    $98.20

3462 0001

**Palio Paninoteca #1**
**505 MONTGOMERY ST.**
**415-362-6900**

Lieff  1602
275
Battery
#_____

From _____

ATTN_____
9561000

DECEMBER 3,2012
CHECK #14677 6-1

| | | |
|---|---|---|
| 10 Pasta Salad | | $47.50 |
| 10 SML.CESARE | | $47.50 |
| 20 Asst Sandwich | | $159.00 |
| 20 Assorted Cookies | | $40.00 |
| 1 Delivery Charge | | $10.00 |

**TOTAL      $304.00**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:01

TIP_____
TTL_____
SIGNED _____

**DELIVERY #109**

CASH      :   $304.00

RECEIVED
DEC 0 4 2012
ACCOUNTING

TRAVEL
3462-0001
4361 # 201173

AMERICAN EXPRESS STATEMENT RECONCILIATION

TODAY'S DATE:     4/4/2012

CARD HOLDER:     Dean M Harvey

CREDIT CARD NUMBER: ███████

DATE OF STATEMENT: 3/2/2012

RECEIVED
MAY 2 2 2012
ACCOUNTING

| Date | Vendor | Description of Charge | Code | Code | Amount |
|------|--------|----------------------|------|------|--------|
| | | | M | | |
| 2/13/2012 | Henry's Hunan | DMH2 - 2/13 Meal w/ JRS | M | 3462 - 0001 | 32.00 |
| 2/27/2012 | R & G Lounge | DMH2 - 2/27 Meal w/ co-counsel | M | 3462 - 0001 | 245.60 |
| 2/28/2012 | Science Direct | DMH2 - Publication - research | OC | 3462 - 0001 | 31.50 |
| 2/28/2012 | Science Direct | DMH2 - Publication - research | OC | 3462 - 0001 | 31.50 |
| 2/29/2012 | Subway | DMH2 - 2/28 Meal - working late | M | 3462 - 0001 | 5.50 |

*(handwritten)*
8068/# 200322
PO 68055-00-1713
INVOICE
DMH20312AMEX
CHECK
DMH20312

ADMIN
55010-01   $58.66

TRAVEL
3462-0001   M   $283.10

BS
3462-0001   $63.00

| | STATEMENT TOTAL | 404.76 |
|---|---|---|

ATTORNEY SIGNATURE: _____   DATE: 5/11/12

CODES:   A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access

# HIGH TECH COLD CALLING 3462 - 0001

*lunch w/
3462 team +
co-counsel*

## R & G Lounge

**R & G LOUNGE**
**631 KEARNY STREET**
**SAN FRANCISCO, CA 94108**
**(415)982-7877**

**Monday  2/27/2012  1:41:55 PM**

## Check #: 1639
**Merchant #: 000000032003**
**Table #: 38**
**User Code: TONY**
**Transaction ID: 000529232210276**
**Authorization Code: 567986**
## Card Type: A
**Cardholder: HARVEY/DM**
**Card #: ######1354**

## AMOUNT:    $ 213.20

## Gratuity:    $ 32.40

## TOTAL:    $ 245.60

## Additional
## Gratuity:

## GRAND TOTAL:

Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown above and agrees to perform the
obligations and terms in the Cardholder Agreement with the seller

**Customer Copy: Retain for your record**

---

HENRY'S HUNAN
674 SACRAMENTO ST.
SAN FRANCISCO, CA 94111
415-788-2234
Merchant ID: 0100004571
Term ID: SP01
Server ID: 1

*lunch w/
JKS re
3462*

Sale

AMEX
XXXXXXXXXX1354
Entry Method: Swiped
Apprvd: Online          Batch#: 000000
02/13/12                    14:05:08

Inv#: 00000038          Appr Code: 573132

Amount:          $      26.00
Tip:                          6.00
Total:                       32.00

Customer Copy

TUANV VU

AMERICAN EXPRESS STATEMENT RECONCILIATION

TODAY'S DATE:        4/4/2012

CARD HOLDER:         Dean M Harvey

CREDIT CARD NUMBER   ███████████

DATE OF STATEMENT:   4/2/2012

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 3/6/2012 | Fuzio | DMH2 3/6 Meal while working late | M | 3462 - 0001 | 14.01 |
| 3/30/2012 | Amazon | Supplies/Periodical - expert work | OC | 3462 - 0001 | 53.99 |

|  |  |  |  | STATEMENT TOTAL | 1,951.36 |

ATTORNEY SIGNATURE: _____    DATE: 5/17/12

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access

# HIGH TECH COLD CALLING 3462 - 0001



working late 3462

Fuzio Universal Bistro
1 Embarcadero Center
San Francisco, CA 94111
415-392-7995

Server: MICHAEL          DOB: 03/06/2012
07:08 PM                      03/06/2012
Table 601/1                    5/50061

AMEX                     5242914
Card #XXXXXXXXXX1_4
Magnetic card present: HARVEY DM
Approval: 508546

                  Amount:      $ 28.01

                + Tip: _____

                = Total: _____

X __1/2 $14.01_____

***Customer Copy***

...ATION

8/20/2012

Dean M. Harvey

CREDIT CARD NUMBER

DATE OF STATEMENT:          7/1/2012

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 6/2/2012 | Yellow Card Services | Taxi - 5/31/12 DMH2 Working late | T | 3462-0001 | 14.00 |
| 6/5/2012 | 23 City Park Garage | Parking - 6/4/12 | P | 3462-0001 | 24.00 |
| 6/10/2012 | Delta Air Lines | Flight- 6/9/12 Sidharth Hariharan-El Salvador-SFO | A | 3462-0001 | 649.70 |
| 6/10/2012 | Aerovias De Mexico | Flight- 6/9/12 Sidharth Hariharan-El Salvador-SFO | A | 3462-0001 | 433.03 |
| 6/10/2012 | Conlin Travel | Travel Agency Fee - Sidharth Hariharan | A | 3462-0001 | 47.00 |
| 6/10/2012 | Conlin Travel | Travel Agency Fee - Sidharth Hariharan | A | 3462-0001 | 47.00 |
| 6/10/2012 | Conlin Travel | Travel Agency Fee - Sidharth Hariharan | A | 3462-0001 | 47.00 |
| 6/10/2012 | Conlin Travel | Travel Agency Fee - Sidharth Hariharan | A | 3462-0001 | 47.00 |
| 6/11/2012 | Conlin Travel | Travel Agency Fee - CREDIT | A | 3462-0001 | (47.00) |
| 6/11/2012 | Conlin Travel | Travel Agency Fee - CREDIT | A | 3462-0001 | (47.00) |
| 6/12/2012 | Subway | Meal - 6/12/12 DMH8 Working Meal | M | 3462-0001 | 5.50 |
| 6/12/2012 | Arrow Cab | Taxi - 6/12/12 DMH2 Working late | T | 3462-0001 | 12.00 |
| 6/13/2012 | Holliday Inn Fisherman Wharf | Hotel 6/11-12/12 - For Client | T | 3462-0001 | 1,094.41 |
| 6/13/2012 | Starbucks | Meal - 6/12/12 DMH8 Working Meal | M | 3462-0001 | 7.00 |
| 6/13/2012 | Yellow Card Services | Taxi - 6/11/12 DMH2 Working late | T | 3462-0001 | 14.75 |
| 6/13/2012 | Yellow Card Services | Taxi - 6/12/12 - Travel w/ client | T | 3462-0001 | 20.00 |
| 6/13/2012 | Yellow Card Services | Taxi - 6/12/12 - Travel w/ client | T | 3462-0001 | 11.55 |
| 6/13/2012 | VTS / Desota Cab | Taxi - 6/12/12 - Travel w/ client | T | 3462-0001 | 20.00 |
| 6/21/2012 | Yellow Card Services | Taxi - 6/19/12 DMH2 Working late | T | 3462-0001 | 14.50 |
| 6/22/2012 | Mixed Greens | Meal - 6/21/12 DMH8 Working Meal | M | 3462-0001 | 19.40 |
| 6/22/2012 | Yellow Card Services | Taxi - 6/20/12 DMH2 Working late | T | 3462-0001 | 14.75 |
| 6/23/2012 | United Airlines | Flight- 6/22/12 Sidharth Hariharan-SFO-El Salvador | A | 3462-0001 | 243.54 |
| 6/23/2012 | Taca International Air | Flight- 6/22/12 Sidharth Hariharan-SFO-El Salvador | A | 3462-0001 | 635.23 |
| 6/23/2012 | Conlin Travel | Travel Agency Fee - Sidharth Hariharan | A | 3462-0001 | 67.00 |
| 6/28/2012 | SFR Taxi Med | Taxi - 6/28/12 DMH2 Working late | T | 3462-0001 | 14.75 |
| | | | | STATEMENT TOTAL | 3,770.32 |

ATTORNEY SIGNATURE:                          DATE: 8/30/12

CODES:   A = Air/Train Fares and Fees
         H = Hotel
         M = Meals
         T = Transportation (Tolls, Taxi, etc)
         P = Parking
         W = Internet Access
         OC = Misc Charges

1053544.1

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

TODAY'S DATE:        2/23/2012

CARD HOLDER:        Dean M Harvey        1713

CREDIT CARD NUMBER ▓▓▓▓▓▓▓▓▓

DATE OF STATEMENT: 2/1/2012

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 1/1/2012 | Gogoair | Internet Access on airplane | T | 3462-0001 | 12.95 |
| 1/23/2012 | United Airlines | Michael Devine SEA to SFO 1/25-26/12 | T | 3462-0001 | 319.60 |
| 1/23/2012 | Casto Travel | Michael Devine Service Charge 1/25-26/12 | T | 3462-0001 | 40.00 |
| 1/26/2012 | Hilton San Francisco | Michael Devine 1/25/12 | H | 3462-0001 | 340.94 |
| 1/25/2012 | R & G Lounge | Meal - 1/25/12 Lunch with co-counsel | M | 3462-0001 | 225.45 |
| 1/26/2012 | Waiters on Wheels | DMH2 1/25 Meal w/ JRS working late | M | 3462-0001 | 87.56 |
| 1/26/2012 | Original Joe's | 1/26/12 Lunch w/ co-counsel in San Jose | M | 3462-0001 | 114.89 |

8068/# 199028

PD 68055-00-1713

INVOICE
   DMH2021ZAMEX

CHECK
   DMH20212A

|  |  |  | STATEMENT TOTAL | 1,148.▓▓ |
|--|--|--|-----------------|----------|

18

ATTORNEY SIGNATURE: _____   DATE: 8/30/12

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

TRAVEL

3462-0001   H   $340.94
            M   $427.90
            T   $372.55

969821.1

WAITERS ON WHEELS™  Address _____

Cross St. _____

2462 wISKS

| | Restaurant Total | 64.56 |
| ☐ CASH | Delivery Charge | 8.00 |
| ✓ CREDIT CARD | Drinks | |
| ☐ ACCOUNT | Bank Fees | |
| | Flatware/Plates | |
| ☐ GIFT CERTIFICATE | Sub Total | 72.56 |
| ☐ CHECKS | Gratuity | 15.00 |
| | TOTAL | 87.56 |

SIGN HERE _____

YOUR WAITER'S NAME IS _____

*Thank You!*



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Monday, 23JAN 2012 08:06 PM EST
**Passengers: MICHAEL B DEVINE (3462 0001)**

Agency Reference Number: DXANCI

Click here to view your itinerary or ETicket receipt.

If interested in travel insurance, click here for a quote from Travel Guard.

U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

| AIR | **Wednesday, 25JAN 2012** | | |
|---|---|---|---|
| | **United Airlines** | **Flight Number**: 0272 | Class: H-Coach/Economy |
| | **From**: Seattle/Tacoma WA, USA | **Depart**: 01:55 PM | |
| | **To**: San Francisco CA, USA | **Arrive**: 04:02 PM | |
| | Stops: 0 | Duration: 2 hour(s) 7 minute(s) | |
| | Seats: 31C | Status: CONFIRMED | Miles: 679 |
| | Equipment: Boeing 757 200 Jet | | |
| | ARRIVES SFO TERMINAL 3 | | |
| | AISLE SEAT CONFIRMED. | | |
| | United Airlines Confirmation number is T2CJRW | | |
| | Check in on-line for United | | |

| AIR | **Thursday, 26JAN 2012** | | |
|---|---|---|---|
| | **United Airlines** | **Flight Number**: 0733 | Class: S-Coach/Economy |
| | **From**: San Francisco CA, USA | **Depart**: 07:02 PM | |
| | To: Seattle/Tacoma WA, USA | **Arrive**: 09:09 PM | |
| | Stops: 0 | Duration: 2 hour(s) 7 minute(s) | |
| | Seats: 24B | Status: CONFIRMED | Miles: 679 |
| | Equipment: Boeing 757 200 Jet | | |
| | DEPARTS SFO TERMINAL 3 | | |
| | MIDDLE SEAT CONFIRMED. WILL MONITOR FOR BETTER SEAT. | | |
| | United Airlines Confirmation number is T2CJRW | | |
| | Check in on-line for United | | |

| OTHER | **Tuesday, 24JUL 2012** | | |
|---|---|---|---|
| | THANK YOU FOR CHOOSING CASTO TRAVEL | | |

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 150.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: MICHAEL B DEVINE
Ticket Number:   UA8738248438  Electronic Tkt:  Yes
              Base:   277.21

Tax:     42.39
Total:   319.60
   Charged to: AX*************1354

Passenger Name: MICHAEL B DEVINE
Service fee:     0570938398
Total:     40.00
   Charged to: AX*************1354

Total Tickets:  319.60
Total fees:     40.00
Total Amount:   359.60


To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not responsible for the negligent acts or omissions. By accepting the coupons and tickets and utilizing the services you agree that neither the issuing company, nor any of its affiliated or subsidiary companies, shall be responsible for the failure of the above disclosed principals to provide services. CST 1008439-10

NT RECONCILIATION

7/19/12

Dean M Harvey

EDIT CARD NUMBER

DATE OF STATEMENT:          6/1/2012

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 6/1/2012 | Subway | Meal - 6/1/12 DMH2 Working late | M | 3462-0001 | 5.50 |
| | | 8002/A 200320 | | | |
| | | PO 68055-00 - 1713 | | | |
| | | INVOICE | | | |
| | | DMH2O612AMEX | | | |
| | | CHECK | | | |
| | | DMH2O612 | | | |
| | | TRAVEL | | | |
| | | 3462-0001   $5.50 M | | | |
| | | | | **STATEMENT TOTAL** | 5.50 |

ATTORNEY SIGNATURE: _____   DATE: 8/30/12

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

1044597.1

**AMERICAN EXPRESS STATEMENT FOR CONTINUATION**

| | |
|---|---|
| TODAY'S DATE: | 10/23/2012 |
| CARD HOLDER: | Dean M. Harvey |
| CREDIT CARD NUMBER | |
| DATE OF STATEMENT: | 9/1/2012 |

**RECEIVED**

**NOV 0 9 2012**

| Date | Vendor | Description of Charge | Code | ACCOUNT | AMOUNT |
|---|---|---|---|---|---|
| 8/2/2012 | United Airlines | 7/23/12 Neil Hariharan Flight to YVR | A | 3462-0001 | 774.39 |
| | United | | | | |
| | | | | | 40.00 |
| 8/3/2012 | Town Taxi | 8/3/12 DMH2 Taxi home- Morris Depo | T | 3462-0001 | 14.00 |
| 8/3/2012 | Yellow Card Services | 8/1/12 DMH2 Taxi home - Working late | T | 3462-0001 | 15.00 |
| 8/4/2012 | Yellow Card Services | 8/2/12 DMH2 Taxi home- McAdams depo | T | 3462-0001 | 14.75 |
| | | | | | 60.00 |
| 8/12/2012 | Le Meridien Hotel SF | Michael Devine 10/13-15/12 | H | 3462-0001 | 806.68 |
| 8/15/2012 | United Airlines | Michael Devine 10/13 Roundtrip SEA-SFO | A | 3462-0001 | 229.60 |
| 8/15/2012 | Casto Travel | Travel Agency Fee - Michael Devine 10/13 | A | 3462-0001 | 40.00 |
| 8/16/2012 | United Airlines | Douglas Stover 10/6 Roundtrip SEA-SFO | A | 3462-0001 | 229.50 |
| 8/16/2012 | Casto Travel | Travel Agency Fee - Douglas Stover 10/6 | A | 3462-0001 | 40.00 |
| 8/16/2012 | Le Meridien Hotel SF | Douglas Stover 10/6-8/12 | H | 3462-0001 | 621.77 |
| 8/17/2012 | SFR Taxi Med | 8/16 DMH2 Taxi home - Working late | T | 3462-0001 | 15.40 |
| 8/20/2012 | Subway | 8/19 DMH2 Meal - Working on weekend | M | 3462-0001 | 6.50 |

| | |
|---|---|
| STATEMENT TOTAL | 6,698.85 |

ATTORNEY SIGNATURE: _____ DATE: 11/8/12

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

 **Conlin Travel**
People. Technology. Results.

Conlin Travel
San Francisco CA 94104-1312
Phone: 415.788.4051
www.conlintravelhub.com
CST# 1012274-10

Monday, 23JUL 2012 03:20 PM EDT
**Passengers: SIDDHARTH HARIHARAN (3462-0001/3462-0001)**

Agency Record Locator: O9QYEF

Click here to view your itinerary or ETicket receipt.

**Please review the itinerary below for accuracy and contact us if any discrepancies.
Due to the new TSA security measures, please take a moment to verify that the name is spelled
exactly as it appears on the passengers government issued pictured ID or Passport**

Be sure to visit our website for vacation travel information.

---

**Monday, 30JUL 2012** 

| | | |
|---|---|---|
| **United Airlines** | **Flight Number:** 1468 | Class: M-Coach/Economy |
| **From:** San Salvador, El Salvador | **Depart:** 12:37 PM | |
| **To:** George Bush Intercontinental Airport, TX | **Arrive:** 04:45 PM | |
| Stops: 0 | Duration: 3 hour(s) 8 minute(s) | |
| Seats: 0 | Status: CONFIRMED | Miles: 1182 |
| Equipment: Boeing 737-800 Jet | MEAL: FOOD FOR PURCHASE | |
| ARRIVES IAH E | | |

United Airlines Confirmation number is CYJ93F.

---

**Monday, 30JUL 2012** 

| | | |
|---|---|---|
| **United Airlines** | **Flight Number:** 1550 | Class: M-Coach/Economy |
| **From:** George Bush Intercontinental Airport, TX | **Depart:** 09:00 PM | |
| **To:** Vancouver, Canada | **Arrive:** 11:51 PM | |
| Stops: 0 | Duration: 4 hour(s) 51 minute(s) | |
| Seats: 12B | Status: CONFIRMED | Miles: 1979 |
| Equipment: Boeing 737-800 Jet | MEAL: FOOD AND BEVERAGE FOR PURCHASE | |
| DEPARTS IAH C - ARRIVES YVR M | | |

United Airlines Confirmation number is CYJ93F.

---

**Ticket/Invoice Information**

| Ticket for: | SIDDHARTH HARIHARAN | |
|---|---|---|
| Date issued: | 07/23/2012 | Invoice nbr: 679572 |
| Ticket Nbr: | 0167089812085 | Electronic Tkt: Yes    Amount: 868.03 USD |
| Exchange for: | 0167089812085 | Exchange Amount: 243.54 |
| Form of Payment: | AX***********1354 | |

| Service Fee: | SIDDHARTH HARIHARAN | |
|---|---|---|
| Date issued: | 07/23/2012 | Invoice Nbr: 679572 |
| Document Nbr: 8900566486144 | | Amount: 67.00 USD |
| Form of Payment: | AX***********1354 | |

| | |
|---|---|
| Base Fare: | 715.00 |
| Tax: | 153.03 |
| Air Fare: | 868.03 |

|                     |          |        |
|---------------------|----------|--------|
| Admin/Penalty Fee:  | 150.00   |        |
| Exchanged Fare:     | -243.54  |        |
| Total Air Fare:     |          | 774.49 |
| Service Fee:        |          | 67.00  |
| Total Invoiced:     |          | 841.49 |

**Click here 24 hours in advance to obtain boarding passes:**
United

**Click here for carrier Baggage policies and fees:**
United
Check operating carrier website for any policies that may vary.

Click here for important information from the Department of Transportation regarding aircraft disinsection to or from select countries.

FOR EMERGENCY SERVICE FROM EL SALVADOR - CALL USA 1 682-233-1914
FOR EMERGENCY SERVICE FROM CANADA - 1-800-823-1189
CONLIN TRAVEL OFFICE HOURS ARE 800AM-5PM MONDAY THROUGH FRIDAY
YOU MAY CALL 415-788-4051 OR 800-443-8732 FOR ASSISTANCE
FOR EMERGENCY AFTER HOURS SERVICE CALL 800-823-1189

**\*\*\*\*RECOMMENDATIONS\*\*\*\***
Domestic Travel - Check-in 90 minutes prior to flight time.
International Travel - Check-in 3 hours prior to flight time.
Government Issued Photo I.D. is required at check-in.
Valid passports are REQUIRED for ALL flights to/from the United States.
Save your boarding passes for Frequent Flyer Mileage verification.

Airlines are now charging for checked luggage.
All Flight Reservations must be cancelled prior to departure.
Verify flight times and status with your airline for the most current information.

*I reviewed for this deposition on 10/15/12*

**Baldwin, Mary**

| | |
|---|---|
| **From:** | Le Méridien San Francisco <GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM> |
| **Sent:** | Friday, August 10, 2012 1:01 PM |
| **To:** | Baldwin, Mary |
| **Subject:** | Le MERIDIEN Reservation 845383534 – Exploration Awaits |

Trouble seeing this email? View it in a browser for up-to-date reservation information, or to view in
English , Français , Español , Deutsch , Português , Italiano , 中文(简体) , 日本語

## *Le* MERIDIEN

# Le Méridien San Francisco
333 Battery Street, San Francisco, California 94111 United States
Phone: (415) 296-2900 Fax: (415) 296-2901



Contact Us

Guest Rooms & Amenities

Hotel Services

Restaurants & Lounges

Local Area

Driving Directions

Meeting & Event Facilities

**Welcome Michael Devine,**

Your Le Meridien San Francisco reservation is confirmed. Please let us know if
there is anything we can do to make your stay more pleasurable. Best wishes
for an enriching journey.

Sincerely,

Pradeep Bobba

General Manager

**For Your Stay**



**Discover San Francisco -
Click here for local area
information and driving
directions.**

**From Starwood Preferred
Guest**



You Are Invited....

1

...to participate in a short survey to evaluate your experience with the associate who handled your call.  Thank you for sharing your opinions with Le Meridien.

**More**

## Confirmation: 845383534

Your Schedule:

Check In                13-OCT-2012 - 3:00 PM *

Check Out               15-OCT-2012 - 12:00 PM *

Number of Rooms         1

Number of Guests        2

*Indicates standard hotel check-in and check-out times and does not reflect special arrangements made with the hotel.*

Your Accommodations: Room 1 of 1

Guest Name              MICHAEL DEVINE

Number of Adults        2

Number of Children      0

**Room Description**
**King Bed**

· Superior Non-smoking, Smoke-free

· 38 Sq.m/413 Sq.ft              · 24hr Access To Health Club

· 32 Inch Flat Screen Lcd Tv    · Sitting Area

· Wi-fi Internet For A Fee

Remarks

Your Rate: Room 1 of 1

Rates for the night of **13-Oct-12, 14-Oct-12**

**Rate Details**
BOOK NOW AND SAVE
PREPAYMENT CHARGED AT THE TIME OF BOOKING. RESERVATIONS ARE NONCHANGEABLE AND NON REFUNDABLE.

**349.00** in US DOLLARS per night    $806.68 Total

**Taxes**
Sf Tourism Tax 1.5 Percent Per Room Per Night Not In The Rate
Ca Tourism Tax 0.07 Percent Per Room Per Night Not In The Rate
Occupancy Tax 14.0 Percent Per Room Per Night Not In The Rate

**Guarantee and Cancellation Policies**

USD 698.00 deposit is due on Fri, Aug 10, 2012 and will be charged to the

2



# *Le* MERIDIEN
## SAN FRANCISCO

## CREDIT CARD AUTHORIZATION FORM

**FROM:**    __Mary Baldwin__                              **TO:**   **Front Office Manager**
                                                                **Le Meridien San Francisco**
                                                        **FAX:**      **(415) 296-2901**
**PHONE:**   __(415) 956-1000 Ext. 2214__               **PHONE:**    **(415) 296-2900**

**GUEST NAME**      __Michael B. Devine__

**DATES OF STAY**   __Check In: 10/13/12 – Check Out: 10/15/12__

We will be paying for:     ○    All Charges (guestroom, tax and incidentals)
(Please check)             ⊠    Room and Tax only (incidentals on own)
                           ○    Other (Specific) Charges _____
                                _____

Please **charge** all balances referenced above to my (company/ personal) Credit Card:

AMEX _X_ MC____ VISA____ DINERS CARD____

Billing Address:    __275 Battery Street__
                    __29th Floor__
                    __San Francisco, CA 94111-3339__

Name as appears on Credit Card:   __Dean M. Harvey__

Credit Card #: _____████████████_____   Expiry Date:  __05/17__

Security Code: __████__

### *Copies of your identification and the front & back of your credit card must accompany this fax*

**Card Holders Signature:** _____

**Print Name:** __Dean M. Harvey__      **Date:** __8/14/12__

*Flight to SFO ... deposition on 10/15/12* (handwritten)



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Tuesday, 14AUG 2012 06:41 PM EDT
**Passengers: MICHAEL B DEVINE (3462 0001)**
Agency Record Locator: FXNFUX

Click here to view your itinerary or ETicket receipt.
If interested in travel insurance, click here for a quote from Travel Guard.
U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

---

**AIR**     **Saturday, 13OCT 2012**

**United Airlines**
**From:** (SEA) Seattle/Tacoma WA, USA
**To:** (SFO) San Francisco CA, USA
Stops: 0
Seats: 05B
Equipment: CRJ-Canadair Regional Jet
ARRIVES SFO TERMINAL 1
Operated By: /SKYWEST DBA UNITED EXPRESS
AISLE SEAT CONFIRMED
**United Airlines Confirmation number is IBM5SD**
Check in on-line to obtain boarding pass: United

**Flight Number:** 5554
**Depart:** 11:45 AM
**Arrive:** 02:01 PM
Duration: 2 hour(s) 16 minute(s)
Status: CONFIRMED

Class: T-Coach/Economy

Miles: 679

---

**AIR**     **Monday, 15OCT 2012**

**United Airlines**
**From:** (SFO) San Francisco CA, USA
**To:** (SEA) Seattle/Tacoma WA, USA
Stops: 0
Seats: 24C
Equipment: Boeing 737-900 Jet
DEPARTS SFO TERMINAL 3
AISLE SEAT CONFIRMED
**United Airlines Confirmation number is IBM5SD**
Check in on-line to obtain boarding pass: United

**Flight Number:** 1593
**Depart:** 08:00 PM
**Arrive:** 10:11 PM
Duration: 2 hour(s) 11 minute(s)
Status: CONFIRMED
MEAL: FOOD-BEV/PUR

Class: G-Coach/Economy

Miles: 679

---

**OTHER**     **Saturday, 13APR 2013**

THANK YOU FOR CHOOSING CASTO TRAVEL

---

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 150.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: MICHAELB DEVINE
Ticket Number:   UA7125238568   Electronic Tkt:  Yes

Base:   193.49
Tax:    36.11
Total:  229.60
   Charged to: AX*************1354

Passenger Name: MICHAEL B DEVINE
Service fee:    0577842081
   Total:     40.00
   Charged to: AX*************1354

Total Tickets:  229.60
Total fees:      40.00
Total Amount:  269.60

To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not responsible for the negligent acts or omissions. By accepting the coupons and tickets and utilizing the services you agree that neither the issuing company, nor any of its affiliated or subsidiary companies, shall be responsible for the failure of the above disclosed principals to provide services. CST 1008439-10



that to be for his deposition
on 10/08/12

Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Wednesday, 15AUG 2012 05:24 PM EDT
**Passengers: DANIEL DOUGLAS STOVER (3462 0001)**
Agency Record Locator: EGVOSO

Changed
9/25/12

Click here to view your itinerary or ETicket receipt.

If interested in travel insurance, click here for a quote from Travel Guard.

U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

| | | |
|---|---|---|
| AIR | **Saturday, 6OCT 2012** | |
| | **United Airlines** | **Flight Number**: 5554 | Class: T-Coach/Economy |
| | **From**: (SEA) Seattle/Tacoma WA, USA | **Depart**: 11:45 AM |
| | **To**: (SFO) San Francisco CA, USA | **Arrive**: 02:01 PM |
| | Stops: 0 | Duration: 2 hour(s) 16 minute(s) |
| | Seats: 06C | Status: CONFIRMED |
| | Equipment: CRJ-Canadair Regional Jet | | Miles: 679 |

ARRIVES SFO TERMINAL 1
Operated By: /SKYWEST DBA UNITED EXPRESS
**United Airlines Confirmation number is I2RGZY**
Check in on-line to obtain boarding pass: United

| | | |
|---|---|---|
| AIR | **Monday, 8OCT 2012** | |
| | **United Airlines** | **Flight Number**: 1593 | Class: G-Coach/Economy |
| | **From**: (SFO) San Francisco CA, USA | **Depart**: 08:00 PM |
| | **To**: (SEA) Seattle/Tacoma WA, USA | **Arrive**: 10:11 PM |
| | Stops: 0 | Duration: 2 hour(s) 11 minute(s) |
| | Seats: 29D | Status: CONFIRMED |
| | Equipment: Boeing 737-900 Jet | MEAL: FOOD-BEV/PUR | Miles: 679 |

DEPARTS SFO TERMINAL 3
**United Airlines Confirmation number is I2RGZY**
Check in on-line to obtain boarding pass: United

OTHER   **Saturday, 6APR 2013**

THANK YOU FOR CHOOSING CASTO TRAVEL

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 150.00USD PLUS ANY FARE DIFFERENCE

Ticket/Invoice Information

Passenger Name: DANIELDOUGLAS STOVER
Ticket Number:   UA7125570269   Electronic Tkt:  Yes
          Base:   193.49
          Tax:    36.11

Total: 229.60
Charged to: AX*************1354

Passenger Name: DANIEL DOUGLAS STOVER
Service fee: 0577880849
Total: 40.00
Charged to: AX*************1354

Total Tickets: 229.60
Total fees: 40.00
Total Amount: 269.60

To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not responsible for the negligent acts or omissions. By accepting the coupons and tickets and utilizing the services you agree that neither the issuing company, nor any of its affiliated or subsidiary companies, shall be responsible for the failure of the above disclosed principals to provide services. CST 1008439-10

3462-0001

**Baldwin, Mary**

| | |
|---|---|
| **From:** | Le Méridien San Francisco <GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM> |
| **Sent:** | Wednesday, August 15, 2012 8:53 AM |
| **To:** | Baldwin, Mary |
| **Subject:** | Le MERIDIEN Reservation 375386675 – Exploration Awaits |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Trouble seeing this email? View it in a browser for up-to-date reservation information, or to view in
English , Français , Español , Deutsch , Português , Italiano , 中文(简体) , 日本語

## *Le* MERIDIEN

# Le Méridien San Francisco

333 Battery Street, San Francisco, California 94111 United States
Phone: (415) 296-2900 Fax: (415) 296-2901



Contact Us

Guest Rooms & Amenities

Hotel Services

Restaurants & Lounges

Local Area

Driving Directions

Meeting & Event Facilities

**Welcome Daniel Stover,**

Your Le Méridien San Francisco reservation is confirmed. Please let us know if
there is anything we can do to make your stay more pleasurable. Best wishes
for an enriching journey.

Sincerely,

Pradeep Bobba
GENERAL MANAGER

## Confirmation: 375386675

**Your Schedule:**

Check In                   06-OCT-2012 - 3:00 PM *

1

| | |
|---|---|
| Check Out | **08-OCT-2012 - 12:00 PM** * |
| Number of Rooms | **1** |
| Number of Guests | **1** |

*\* Indicates standard hotel check-in and check-out times and does not reflect special arrangements made with the hotel.*

**Your Accommodations: Room 1 of 1**

| | |
|---|---|
| Guest Name | DANIEL STOVER |
| Number of Adults | 1 |
| Number of Children | 0 |

**Room Description**
**King Bed**

• Classic Non-smoking Room, Smoke-free

| | |
|---|---|
| • 38 Sq.m/413 Sq.ft | • 24hr Access To Health Club |
| • 32 Inch Flat Screen Lcd Tv | • Corporate Room |

• Wi-fi Internet For A Fee

Remarks

**Your Rate: Room 1 of 1**

Rates for the night of **06-Oct-12, 07-Oct-12**

**Rate Details**
BOOK NOW AND SAVE
PREPAYMENT CHARGED AT THE TIME OF BOOKING. RESERVATIONS
ARE NONCHANGEABLE AND NON REFUNDABLE.

**269.00** in US DOLLARS per night        *621.77 Total*

**Taxes**
Sf Tourism Tax 1.5 Percent Per Room Per Night Not In The Rate
Ca Tourism Tax 0.07 Percent Per Room Per Night Not In The Rate
Occupancy Tax 14.0 Percent Per Room Per Night Not In The Rate

**Guarantee and Cancellation Policies**

USD 538.00 deposit is due on Wed, Aug 15, 2012 and will be charged to the
credit card provided.
The time for cancelling without penalty has passed.
If you cancel the forfeiture amount will be 538.00.
Room taxes may be charged on deposits and any penalties.

**Special Services for All Rooms:**
October 06, 2012 - October 08, 2012
Rate Plan: BOOK NOW AND SAVE
MANDATORY GTD Per Room/per Stay

**Your Privacy**

2

# *Le* MERIDIEN
## SAN FRANCISCO

## CREDIT CARD AUTHORIZATION FORM

| | |
|---|---|
| **FROM:** ___Mary Baldwin___ | **TO:** **Front Office Manager** |
| | **Le Meridien San Francisco** |
| | **FAX:** **(415) 296-2901** |
| **PHONE:** ___(415) 956-1000 Ext. 2214___ | **PHONE:** **(415) 296-2900** |

**GUEST NAME** ___Daniel Stover___

**DATES OF STAY** ___Check In: 10/06/12 – Check Out: 10/08/12___

We will be paying for:          ◯     All Charges (guestroom, tax and incidentals)
(Please check)                      ☒     Room and Tax only (incidentals on own)
                                          ◯     Other (Specific) Charges _____

Please **charge** all balances referenced above to my (company/ personal) Credit Card:

AMEX__X__MC_____VISA_____DINERS CARD_____

Billing Address:      275 Battery Street
                             29th Floor
                             San Francisco, CA 94111-3339

Name as appears on Credit Card:      Dean M. Harvey

Credit Card #: ████████████████████           Expiry Date: 05/12

**Security Code:** ██████████

## *Copies of your identification and the front & back of your credit card must accompany this fax*

**Card Holders Signature:** ___[signature]___

**Print Name:** Dean M. Harvey          **Date:** 8/15/12

# HIGH TECH COLD CALLING 3462 - 0001

3462

--ORIGINAL--

CMT

MED#          1114
DRVR#      433037
 CUSTOMER COPY
08/16/12 TR  517
START  END MILES
09:17 09:27  1.7
Regular Fare
RATE 1 :*    12.85
EXTRA: $     0.00
SURCH: $     0.00
TIP:   $     2.55
TOTAL: $    15.40

CARD TYPE:  AMEX
XXXXXXXX.X2352
AUTH:540966

       THANKS
WWW.EMTEA.COM

9/14/2012

**CARD HOLDER:** Dean M. Harvey

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 8/1/2012

RECEIVED

NOV 0 9 2012

ACCOUNTING

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 7/4/2012 | Ayola (Kearny) Restaurant | Meal - 7/3/12 - DMH2 | M | 3462-0001 | 20.00 |
| 7/10/2012 | Subway | Meal - 7/10/12 - DMH2 Working late | M | 3462-0001 | 6.50 |
| 7/11/2012 | Tara Singh / Taxi Cab | Taxi - 7/09/12 - DMH2 Working late | M | 3462-0001 | 15.00 |
| 7/24/2012 | Conlin Travel | Travel Agency Fee - Siddharth Hariharan | A | 3462-0001 | 67.00 |

TRAVEL

8008/H 202248

PD 68055-00-1713

INVOICE        3462-0001    A $67.00

DMH2 0812 AMEX                M $4.84

CHECK

DMH20812A    ADMIN

| | | | | STATEMENT TOTAL | 1,088.44 |

ATTORNEY SIGNATURE:                    DATE: 11/8/12

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

# HIGH TECH COLD CALLING 3462 - 0001

3462

```
RIDE RECEIPT
-    REGENTS    -
CAB #        1057
D-ID #  C****115
TRIP #       7573
DATE    07/09/12
RATE USED:      1
PASSENGERS:     1
START END MILES
20:54 21:04  2.9
FARE: $     12.30
EXTRA: $     0.00
TOLLS: $     0.00
TIP: $       2.70
TOTAL: $    15.00

CARD #:      1354
AP #:      501466
CC CARD RECEIPT

-THANK YOU FOR -
-YOUR BU····
```

STATEMENT RECONCILIATION

TODAY'S DATE: 1/17/2013

CARD HOLDER: Dean M. Harvey

CREDIT CARD NUMBER

DATE OF STATEMENT: 12/1/2012

| Date | Description | | Code | Account | Amount |
|---|---|---|---|---|---|
| 11/16/2012 | Hole in the Wall Pizza | 11/15 DMH2 Meal - Working late | M | 3462-0001 | 8.08 |
| 11/17/2012 | SF Town Taxi | 11/15 DMH2 Taxi home - Working late | T | 3462-0001 | 15.00 |
| 11/17/2012 | SF Taxi | 11/17 DMH2 Taxi home - Working on weekend | T | 3462-0001 | 14.30 |
| 11/19/2012 | Subway | 11/18 DMH2 Meal - Working on weekend | M | 3462-0001 | 5.00 |
| 11/20/2012 | SF Town Taxi | 11/18 DMH2 Taxi home - Working on weekend | T | 3462-0001 | 15.85 |
| 11/20/2012 | Yellow Card Services | 11/19 DMH2 Taxi home - Working late | T | 3462-0001 | 14.00 |
| 11/26/2012 | SFR Taxi Med | 11/26 DMH2 Taxi home - Working late | T | 3462-0001 | 14.10 |
| 11/28/2012 | SFR Taxi Med | 11/28 DMH2 Taxi home - Working late | T | 3462-0001 | 14.75 |
| 11/30/2012 | Subway | 11/30 DMH2 Meal - Working late | M | 3462-0001 | 6.79 |
| 11/30/2012 | Yellow Card Services | 11/30 DMH2 Taxi - Working late | T | 3462-0001 | 14.75 |
| 12/1/2012 | Le Meridian Hotel SF | Hotel for client, Brandon Marshall 10/21-22 | H | 3462-0001 | 333.99 |

| | | | | STATEMENT TOTAL | 1,286.95 |

ATTORNEY SIGNATURE: _____  DATE: 1/29/13

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

Le Meridien San Francisco
333 Battery Street
San Francisco, CA 94111

Telephone: 415-296-2961
Fax Number: 415-343-4399

# *Le* **MERIDIEN**
## SAN FRANCISCO
## Credit Card Authorization

*Paid on 12/01/12.*
*3462 - 0001.*

NAME OF GUEST: Brandon Marshal

DATE OF ARRIVAL: 10/21/12

DATE OF DEPARTURE: 10/22/12

CONFIRMATION #: Room No. 1020

I AUTHORIZE Le Meridien    SAN FRANCISCO TO SETTLE: ROOM & TAX ONLY
____X____ OR ALL CHARGES _____ TO THE FOLLOWING CREDIT
CARD:

CREDIT CARD TYPE: __AMEX_____

NAME ON CARD: __Dean M. Harvey_____

PHONE #: __(415)965-1000_____

BILLING ADDRESS: __275 Battery Street, 29th Floor___

_____San Francisco, CA 94111-3339_____

CARD NUMBER: ████████████ EXP: 09/17

SIGNATURE of CARD HOLDER: _____

**MUST include a copy of the front and back of the
above credit card**

**From:** Ching Cada <ccada@lemeridiensf.com>
**Sent:** Thursday, November 29, 2012 11:41 AM
**To:** Baldwin, Mary
**Subject:** RE: Le Meridien Credit card auth

I forwarded the Authorization to our Credit Manager. We will process the changes before the end of business day today.

Thank you.

Regards,

CHING CADA    ASST. DIRECTOR OF FINANCE
T +1 415 296 2960   F +1 415 343 4399

## LE MERIDIEN

## SAN FRANCISCO

333 BATTERY STREET SAN FRANCISCO, CA 94111 USA                    37°47' N 122°24' W

lemeridien.com

 **Find us on Facebook**

---

**From:** Baldwin, Mary [mailto:mbaldwin@lchb.com]
**Sent:** Thursday, November 29, 2012 11:25 AM
**To:** Ching Cada
**Subject:** RE: Le Meridien Credit card auth

Hi Ching,

Attached please find a scanned copy of the completed Credit Card Authorization Form. Please let me know as soon as you have reversed the charge on Mr. Brandon Marshal's Visa. Thank you!

Mary Baldwin
Lieff Cabraser Heimann & Bernstein, LLP
mbaldwin@lchb.com
415.956.1000 Ext. 2214

---

**From:** Ching Cada [mailto:ccada@lemeridiensf.com]
**Sent:** Thursday, November 29, 2012 11:10 AM
**To:** Baldwin, Mary
**Subject:** Le Meridien Credit card auth

1

Hello Mary,

Please fill out attached form and email back to me.

Thank you.

CHING CADA   ASST. DIRECTOR OF FINANCE
T +1 415 296 2960   F +1 415 343 4399

LE MERIDIEN
SAN FRANCISCO
333 BATTERY STREET SAN FRANCISCO, CA 94111 USA                    37°47' N 122°24' W
lemeridien.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

**_...win, Mary**

| | |
|---|---|
| **From:** | Harvey, Dean |
| **Sent:** | Thursday, November 29, 2012 9:27 AM |
| **To:** | Baldwin, Mary |
| **Subject:** | FW: Le Meridien charges |

Please look into this and get back to me

Dean M. Harvey
Lieff, Cabraser, Heimann & Bernstein, LLP
**From:** Brandon Marshall [mailto:brandonmarshall@gmail.com]
**Sent:** Thursday, November 29, 2012 1:42 AM
**To:** Harvey, Dean
**Subject:** Le Meridien charges

Dean,

For some unknown reason, Le Meridien billed me $333.99 tonight--please see attached screenshot from my phone. I gave them my card for incidentals when I stayed at the hotel for the deposition, but those were only around $50 and were taken care of a month ago. This would appear to be the entire room charge, and I have no idea why they are billing me. I tried calling their manager who was completely useless. Do you think someone there could resolve this?

Thanks,
Brandon Marshall
408/386-9865

1

RECONCILIATION

12/7/2012

**CARD HOLDER:** Dean M. Harvey

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 11/1/2012

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 10/4/2012 | United Airlines | 9/24 Ticket Change Fee - Mark Fitcher | A | 3462-0001 | 150.00 |
| 10/4/2012 | United Airlines | 9/25 Daniel Stover Roundtrip 10/27 SEA-SFO | A | 3462-0001 | 189.00 |
| 10/13/2012 | Harrington's Bar & Grill | 10/12 DMH2 Meal w/ S. Hariharan | M | 3462-0001 | 39.50 |
| 10/13/2012 | SFR Taxi Med | 10/13 DMH2 Taxi home - Weekend work | T | 3462-0001 | 15.40 |
| 10/16/2012 | Hyatt Regency SF | S. Hariharan 10/10-13 - For Deposition | H | 3462-0001 | 1,498.50 |
| 10/17/2012 | Hyatt Regency SF | Mark Fichtner 10/13-15 - For Deposition | H | 3462-0001 | 1,110.68 |
| 10/18/2012 | Casto Travel | 10/17 Ticket Change Fee - Mike Devine | A | 3462-0001 | 40.00 |
| 10/19/2012 | United Airlines | 10/18 DMH2 Roundtrip 10/22 SFO-SEA | A | 3462-0001 | 403.60 |
| 10/19/2012 | Casto Travel | 10/18 Travel Agency Fee 10/22 SFO-SEA | A | 3462-0001 | 40.00 |
| 10/22/2012 | Yellow Taxi | 10/22 DMH2 - Taxi to SFO | T | 3462-0001 | 55.30 |
| 10/22/2012 | Fog City Taxi | 10/22 DMH2- Taxi from SEA | T | 3462-0001 | 65.00 |
| 10/23/2012 | Deli Up Café SFO | 10/22 DMH2 - Meal @ SFO | M | 3462-0001 | 3.52 |
| 10/23/2012 | Orange Cab Company | 10/22 DMH2 - Taxi to SEA | T | 3462-0001 | 50.00 |
| 10/23/2012 | Massage Bar SEA | 10/22 DMH2 - Meal @ SEA | M | 3462-0001 | 25.00 |
| 10/24/2012 | Big Foot Food SEA | 10/22 DMH2 - Meal w/ Mike Devine | M | 3462-0001 | 39.35 |
| 10/25/2012 | United Airlines | 10/17 Mike Devine Roundtrip 10/22 SEA-SFO | A | 3462-0001 | 311.00 |
| 10/26/2012 | Le Meridian Hotel SF | Mike Devine 10/22-25 - For Deposition | H | 3462-0001 | 614.97 |
| 10/26/2012 | Le Meridian Hotel SF | Mike Devine 10/25 - Dinner at hotel | H | 3462-0001 | 29.96 |
| 10/26/2012 | Yellow Card Services Taxi | 10/24 DMH2 - Taxi home - Working late | T | 3462-0001 | 16.10 |
| 10/26/2012 | Grand Limo Car Service | 10/25 M. Devine - Car from office to SFO | T | 3462-0001 | 65.00 |
| 10/27/2012 | SF Town Taxi | 10/25 DMH2 Taxi home - Working late | T | 3462-0001 | 9.00 |
| 10/27/2012 | Fog City Taxi | 10/22 DMH2 & M. Devine-Taxi SFO to hotel | T | 3462-0001 | 60.60 |
| 10/29/2012 | Le Meridian Restaurant | 10/28 DMH2- Meal w/ D. Stover & Lisa Leebove | M | 3462-0001 | 99.82 |
| 10/30/2012 | Le Meridian Hotel SF | Daniel Stover 10/27-29 - For Deposition | H | 3462-0001 | 132.23 |
| | | | | **STATEMENT TOTAL** | **5,063.53** |

**ATTORNEY SIGNATURE:** _____ **DATE:** 12/7/12

**CODES:** A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1070501.1



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Monday, 24SEP 2012 07:08 PM EDT  3462-0001
**Passengers: MARK ROBERT FICHTER (████ 0001)**

Agency Record Locator: HPIDAY

To view your itinerary online at TripCase or to update your calendar click here

If interested in travel insurance, click here for a quote from Travel Guard.

U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

| | |
|---|---|
| **AIR** | **Saturday, 13OCT 2012** |

**United Airlines**
**From:** (PHX) Phoenix AZ, USA
**To:** (SFO) San Francisco CA, USA
Stops: 0
Seats: 26C
Equipment: Airbus Jet

**Flight Number:** 0573
**Depart:** 01:09 PM
**Arrive:** 03:15 PM
Duration: 2 hour(s) 6 minute(s)
Status: CONFIRMED

Class: L-Coach/Economy

Miles: 652

DEPARTS PHX TERMINAL 2 - ARRIVES SFO TERMINAL 3
AISLE SEAT CONFIRMED
**United Airlines Confirmation number is M924TC**
Check in on-line to obtain boarding pass: United

| | |
|---|---|
| **AIR** | **Monday, 15OCT 2012** |

**United Airlines**
**From:** (SFO) San Francisco CA, USA
**To:** (PHX) Phoenix AZ, USA
Stops: 0
Seats: 14B
Equipment: CRJ-700 Canadair Regional Jet

**Flight Number:** 6345
**Depart:** 10:20 PM
**Arrive:** 12:12 AM 16OCT
Duration: 1 hour(s) 52 minute(s)
Status: CONFIRMED

Class: L-Coach/Economy

Miles: 652

DEPARTS SFO TERMINAL 3 - ARRIVES PHX TERMINAL 2
Operated By: /SKYWEST DBA UNITED EXPRESS
AISLE SEAT CONFIRMED
**United Airlines Confirmation number is M924TC**
Check in on-line to obtain boarding pass: United

| | |
|---|---|
| **OTHER** | **Saturday, 30MAR 2013** |

THANK YOU FOR CHOOSING CASTO TRAVEL

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 150.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: MARKROBERT FICHTER
Ticket Number:   UA7134915186  Electronic Tkt:  Yes

Base:    150.00
Tax:      0.00
Total:    150.00
  Exchange Ticket: 0167130739271    Orig ticket issued: 06SEP12
  Charged to: AX*************1354

Passenger Name: MARK ROBERT FICHTER
Service fee:    0579269657
            Total:     40.00
           Charged to: AX*************1354


            Total Tickets:  150.00
            Total fees:      40.00
            Total Amount:  190.00


To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not responsible for the negligent acts or omissions. By accepting the coupons and tickets and utilizing the services you agree that neither the issuing company, nor any of its affiliated or subsidiary companies, shall be responsible for the failure of the above disclosed principals to provide services. CST 1008439-10



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Tuesday, 25SEP 2012 07:06 PM EDT
**Passengers: DANIEL DOUGLAS STOVER (3462 0001)**
Agency Record Locator: EGVOSO

To view your itinerary online at TripCase or to update your calendar click here
If interested in travel insurance, click here for a quote from Travel Guard.
U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

| | | | |
|---|---|---|---|
| **AIR** | **Saturday, 27OCT 2012** | | |
| | **United Airlines** | **Flight Number**: 5554 | Class: S-Coach/Economy |
| | **From**: (SEA) Seattle/Tacoma WA, USA | **Depart**: 11:45 AM | |
| | **To**: (SFO) San Francisco CA, USA | **Arrive**: 02:01 PM | |
| | Stops: 0 | Duration: 2 hour(s) 16 minute(s) | |
| | Seats: 12B | Status: CONFIRMED | |
| | Equipment: CRJ-Canadair Regional Jet | | Miles: 679 |

ARRIVES SFO TERMINAL 1
Operated By: /SKYWEST DBA UNITED EXPRESS
AISLE SEAT CONFIRMED
**United Airlines Confirmation number is I2RGZY**
Check in on-line to obtain boarding pass: United

| | | | |
|---|---|---|---|
| **AIR** | **Monday, 29OCT 2012** | | |
| | **United Airlines** | **Flight Number**: 1673 | Class: G-Coach/Economy |
| | **From**: (SFO) San Francisco CA, USA | **Depart**: 10:33 PM | |
| | **To**: (SEA) Seattle/Tacoma WA, USA | **Arrive**: 12:44 AM 30OCT | |
| | Stops: 0 | Duration: 2 hour(s) 11 minute(s) | |
| | Seats: 11D | Status: CONFIRMED | Miles: 679 |
| | Equipment: Boeing 737-700 Jet | | |

DEPARTS SFO TERMINAL 3
AISLE SEAT CONFIRMED
**United Airlines Confirmation number is I2RGZY**
Check in on-line to obtain boarding pass: United

| | |
|---|---|
| **OTHER** | **Saturday, 6APR 2013** |

THANK YOU FOR CHOOSING CASTO TRAVEL

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 150.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: DANIELDOUGLAS STOVER
Ticket Number: UA7135260710 Electronic Tkt: Yes

Base:    183.49
Tax:     2.51
Total:   186.00
   Exchange Ticket: 0167125570269    Orig ticket issued: 15AUG12
   Charged to: AX*************1354

Passenger Name: DANIEL DOUGLAS STOVER
Service fee:     0579319489
   Total:        40.00
   Charged to: AX*************1354

   Total Tickets:  186.00
   Total fees:      40.00
   Total Amount:   226.00

To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to
avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies, shall be responsible for the failure of the above disclosed principals
to provide services. CST 1008439-10

Hyatt Regency San Francisco <Concierge@HyattE-Concierge.com>
Wednesday, September 19, 2012 12:51 PM

**To:** Baldwin, Mary
**Subject:** Hyatt Regency San Francisco - Update - SIDDHARTH HARIHARAN - 10/10/2012 - 10863846

**Follow Up Flag:** Follow up
**Flag Status:** Flagged



Hyatt E-Concierge | Customer Service | Hotel Website | Print E-Mail | View Online

# RESERVATION CHANGE

**HYATT REGENCY SAN FRANCISCO**

**CONFIRMATION NUMBER:** 10863846

**CHECK-IN DATE:** Wednesday, October 10, 2012
**HOTEL CHECK-IN TIME:** 15:00

**CHECK-OUT DATE:** Saturday, October 13, 2012
**HOTEL CHECK-OUT TIME:** 12:00

**Hyatt Regency San Francisco**
5 Embarcadero Center
San Francisco, CA 94111 US
Tel: 415-788-1234 Fax: 415-398-2567

CHANGE RESERVATION

HOTEL INFORMATION

MAPS & DIRECTIONS

**SIDDHARTH HARIHARAN,**

Greetings from Hyatt Regency San Francisco,

Your reservation at Hyatt Regency San Francisco has been changed to new stay dates. As a result, any activities you had scheduled in advance have been canceled. Please visit Hyatt E-Concierge to reschedule these activities and create a memorable experience during your upcoming stay. Details about your reservation are provided below.

We look forward to welcoming you on your Wednesday, October 10, 2012 arrival.

Warmest Regards,

1

Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Wednesday, 17OCT 2012 08:41 PM EDT
**Passengers: MICHAEL B DEVINE (3462 0001)**
Agency Record Locator: FXNFUX

To view your itinerary online at TripCase or to update your calendar click here
If interested in travel insurance, click here for a quote from Travel Guard.
U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

| | | | |
|---|---|---|---|
| **AIR** | **Monday, 22OCT 2012** | | |

**United Airlines**
From: (SEA) Seattle/Tacoma WA, USA
To: (SFO) San Francisco CA, USA
Stops: 0
Seats: 23A
Equipment: Boeing 737-800 Jet
ARRIVES SFO TERMINAL 3
WINDOW SEAT CONFIRMED
**United Airlines Confirmation number is IBM5SD**
Check in on-line to obtain boarding pass: United

**Flight Number:** 1402
**Depart:** 06:30 PM
**Arrive:** 08:39 PM
Duration: 2 hour(s) 9 minute(s)
Status: CONFIRMED
MEAL: FOOD-BEV/PUR

Class: W-Coach/Economy

Miles: 679

| | | | |
|---|---|---|---|
| **AIR** | **Thursday, 25OCT 2012** | | |

**United Airlines**
From: (SFO) San Francisco CA, USA
To: (SEA) Seattle/Tacoma WA, USA
Stops: 0

Equipment: CRJ-700 Canadair Regional Jet
DEPARTS SFO TERMINAL 3
Operated By: /SKYWEST DBA UNITED EXPRESS
NO SEAT ASSIGNED. AIRPORT CHECK IN ONLY.
**United Airlines Confirmation number is IBM5SD**
Check in on-line to obtain boarding pass: United

**Flight Number:** 6249
**Depart:** 01:11 PM
**Arrive:** 03:18 PM
Duration: 2 hour(s) 7 minute(s)
Status: CONFIRMED

Class: W-Coach/Economy

Miles: 679

| | |
|---|---|
| **OTHER** | **Tuesday, 23APR 2013** |

THANK YOU FOR CHOOSING CASTO TRAVEL

**Ticket/Invoice Information**

Passenger Name: MICHAELB DEVINE
Ticket Number:    UA7140901365   Electronic Tkt: Yes
          Base:   299.76
          Tax:    11.24
          Total:  311.00
          Exchange Ticket: 0167125238568    Orig ticket issued: 14AUG12
          Charged to: AX*************1354

Passenger Name: MICHAEL B DEVINE
Service fee:        0580129904
                    Total:       40.00
                     Charged to: AX**************1354

                    Total Tickets:  311.00
                    Total fees:      40.00
                    Total Amount:   351.00

To view the Airlines responsibilities, please <u>review this form on our website.</u>

To view the current baggage fees, please <u>review this form on our website.</u>

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to
avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies, shall be responsible for the failure of the above disclosed principals
to provide services. CST 1008439-10



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Thursday, 18OCT 2012 07:25 PM EDT
**Passengers: DEAN MICHAEL HARVEY (3462 0001)**

Agency Record Locator: HNQAKM

To view your itinerary online at TripCase or to update your calendar click <u>here</u>

If interested in travel insurance, click <u>here</u> for a quote from Travel Guard.

U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

| | | | |
|---|---|---|---|
| **AIR** | **Monday, 22OCT 2012** | | |

| | | |
|---|---|---|
| **United Airlines** | **Flight Number**: 1266 | Class: W-Coach/Economy |
| **From**: (SFO) San Francisco CA, USA | **Depart**: 10:40 AM | |
| **To**: (SEA) Seattle/Tacoma WA, USA | **Arrive**: 12:55 PM | |
| Stops: 0 | Duration: 2 hour(s) 15 minute(s) | |
| | Status: CONFIRMED | Miles: 679 |
| Equipment: Boeing 737-800 Jet | MEAL: FOOD-BEV/PUR | |

DEPARTS SFO TERMINAL 3
Frequent Flyer Number: UAJSJ03354
MONITORING FOR SEAT ASSIGNMENT
**United Airlines Confirmation number is BH4WB6**
Check in on-line to obtain boarding pass: <u>United</u>

| | | | |
|---|---|---|---|
| **AIR** | **Monday, 22OCT 2012** | | |

| | | |
|---|---|---|
| **United Airlines** | **Flight Number**: 1402 | Class: W-Coach/Economy |
| **From**: (SEA) Seattle/Tacoma WA, USA | **Depart**: 06:30 PM | |
| **To**: (SFO) San Francisco CA, USA | **Arrive**: 08:39 PM | |
| Stops: 0 | Duration: 2 hour(s) 9 minute(s) | |
| Seats: 36B | Status: CONFIRMED | Miles: 679 |
| Equipment: Boeing 737-800 Jet | MEAL: FOOD-BEV/PUR | |

ARRIVES SFO TERMINAL 3
Frequent Flyer Number: UAJSJ03354
MIDDLE SEAT NEXT TO MICHAEL IN AISLE
**United Airlines Confirmation number is BH4WB6**
Check in on-line to obtain boarding pass: <u>United</u>

| | |
|---|---|
| **OTHER** | **Saturday, 20APR 2013** |

THANK YOU FOR CHOOSING CASTO TRAVEL

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 150.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: DEANMICHAEL HARVEY

Ticket Number:   UA7141180849   Electronic Tkt:  Yes
                 Base:   355.34
                 Tax:     48.26
                 Total:  403.60
                   Charged to: AX*************1354

Passenger Name: DEAN MICHAEL HARVEY
Service fee:     0580172255
                 Total:      40.00
                   Charged to: AX*************1354

                 Total Tickets:  403.60
                 Total fees:      40.00
                 Total Amount:   443.60


To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to
avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies, shall be responsible for the failure of the above disclosed principals
to provide services. CST 1008439-10

# HIGH TECH COLD CALLING 3462 - 0001

FOG CITY CAB
1850 21ST AVE
SAN FRANCISCO, CA. 94
415-601-8887

TERMINAL ID.:   0010540008018145261002
MERCHANT #:            8018145261

AMEX                              SRV: 1
XXXXXXXXXXX2352 EXP:XX/XX      SWIPED
SALE
RECORD: 1        INV: 000001
DATE: Oct 22, 12       TIME: 08:06
BATCH: 000654

                 AUTH:523185

BASE              $65.00

TIP         $.................,.....

TOTAL       $         .   .

DH HARVEY

CUSTOMER COPY

---

MASSAGE BAR
NORTH SATELLITE
SEATAC AIRPORT
SEATAC WA 98188
206-985-7177

Terminal ID : 00390781
----------------------------------
10/22/12                    5:49 PM

AM EXPRESS
XXXXXXXXXXXX2352
SALE              REF#:251
BATCH #: 174      AUTH #: 590674

AMOUNT              $21.00

TIP         $.................

TOTAL       $.................

APPROVED
INTERNATIONAL AIRPORT
CUSTOMER COPY

---

dinur 21
Mike Devine
BIG FOOT FOOD & SPIRITS 3462 0001
NORTH CONCOURSE
SEATAC AIRPORT
www.bigfootfs.com

Date:        Oct22 12 05:24PM
Card Type:   AMEX
Acct #:      XXXXXXXXXXXX2352
Card Entry:  SWIPED
Trans Type:  PURCHASE
Auth Code:   563040
Check:       7456
Table:       8/1
Server:      308 DANA S

Subtotal:        33.35

Tip:_____ 6.00

Total:_____ 3935

_____
Signature

CUSTOMER COPY
Please keep for your records

---

Fog City Taxi Cab

AMERICAN EXPRESS
05-17   EXPIRATION
        [ ] DATE
            CHECKED

3782 938480 12352

SIGN HERE

X
_____
The issuer of the card identified on this item is authorized to pay the amount shown as TOTAL
upon proper presentation. I promise to pay such TOTAL (together with any other charges due
thereon) subject to and in accordance with the agreement governing the use of such card.

| QTY. | CLASS | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | DEAN HARVEY | | | 60 00 |
| | | TAXI FARE | | | |
| DATE 10-22-12 | | AUTHORIZATION | | SUB TOTAL | |
| REFERENCE NO. | | | SERVER | TAX | |
| ID-FOLIO / CHECK NO. / LIC. NO. | STATE | REG/DEPT | CLERK | TIP | |
| | | | | MISC. | |
| VISA  MasterCard | 5911650 | | | TOTAL | 60 00 |

RETAIN THIS COPY FOR YOUR RECORDS



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Wednesday, 17OCT 2012 08:41 PM EDT
Passenger name: MICHAEL B DEVINE (3462 0001)
Agency Record Locator: FXNFUX

View or change your itinerary online at TripCase or to update your calendar click here
Purchase trip insurance, click here for a quote from Travel Guard.
Domestic 24 hour emergency service: 1.866.222.1263
International 24 hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

| AIR | Monday, 22OCT 2012 | | |
|---|---|---|---|
| | United Airlines | **Flight Number**: 1402 | Class: W-Coach/Economy |
| | From (SEA) Seattle/Tacoma WA, USA | **Depart**: 06:30 PM | |
| | To (SFO) San Francisco CA, USA | **Arrive**: 08:39 PM | |
| | Stops: 0 | Duration: 2 hour(s) 9 minute(s) | |
| | Seat: 23A | Status: CONFIRMED | Miles: 679 |
| | Equipment: Boeing 737-800 Jet | MEAL: FOOD-BEV/PUR | |

ARRIVES SFO TERMINAL 3
WINDOW SEAT CONFIRMED
United Airlines Confirmation number is IBM5SD
Check in on-line to obtain boarding pass: United

| AIR | Thursday, 25OCT 2012 | | |
|---|---|---|---|
| | United Airlines | **Flight Number**: 6249 | Class: W-Coach/Economy |
| | From (SFO) San Francisco CA, USA | **Depart**: 01:11 PM | |
| | To (SEA) Seattle/Tacoma WA, USA | **Arrive**: 03:18 PM | |
| | Stops: 0 | Duration: 2 hour(s) 7 minute(s) | |
| | | Status: CONFIRMED | Miles: 679 |

Equipment: CRJ-700 Canadair Regional Jet
DEPARTS SFO TERMINAL 3
Operated By: /SKYWEST DBA UNITED EXPRESS
NO SEAT ASSIGNED. AIRPORT CHECK IN ONLY.
United Airlines Confirmation number is IBM5SD
Check in on-line to obtain boarding pass: United

| OTHER | Tuesday, 23APR 2013 | | |
|---|---|---|---|
| | THANK YOU FOR CHOOSING CASTO TRAVEL | | |

**Ticket/Invoice Information**

Passenger Name: MICHAELB DEVINE
Ticket Number: UA7140901365   Electronic Tkt: Yes
      Base:  299.76
      Tax:  11.24
      Total:  311.00
      Exchange Ticket: 0167125238568   Orig ticket issued: 14AUG12
      Charged to: AX*************1354

Passenger Name: MICHAEL B DEVINE
Service Fee:      0560129904
                  Total        40.00
                  Charged to: AX*************1354

           Total Tickets:  311.00
           Total fees:      40.00
           Total Amount:   351.00


To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For after hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Prices are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to retain the value of the ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

For airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies shall be responsible for the failure of the above disclosed principals
to provide services CST 1008439-10



```
Devine, Michael        Page Number      1           Invoice Nbr    1000009838
Setcccr                Guest Number     591825      Arrive Date    10-22-2012
                       Folio ID         D           Depart Date    10-25-2012
                       No. Of Guest     2
                       Room Number      618
                       AR Account       15120 -
                                        Deposit
                       Time             10-25-2012 09:30
```

                                        Invoice

| Date | Reference | Description | |
|------|-----------|-------------|--|
| 10-22-2012 | RT618 | Room Charge | $349.00 |
| 10-22-2012 | RT618 | Occupancy Tax | $48.86 |
| 10-22-2012 | RT618 | Tourism Tax | $0.23 |
| 10-22-2012 | RT618 | County Tax | $5.24 |
| 10-22-2012 | G009 | High Speed Internet In Room | $12.95 |
| 10-23-2012 | RT618 | Room Charge | $349.00 |
| 10-23-2012 | RT618 | Occupancy Tax | $48.86 |
| 10-23-2012 | RT618 | Tourism Tax | $0.23 |
| 10-23-2012 | RT618 | County Tax | $5.24 |
| 10-23-2012 | 1048 | Park Grill | $28.96 |
| 10-23-2012 | 5383 | In Room Dining | $55.54 |
| 10-24-2012 | RT618 | Room Charge | $349.00 |
| 10-24-2012 | RT618 | Occupancy Tax | $48.86 |
| 10-24-2012 | RT618 | Tourism Tax | $0.23 |
| 10-24-2012 | RT618 | County Tax | $5.24 |
| 10-24-2012 | G635 | High Speed Internet In Room | $12.95 |
| 10-24-2012 | 1112 | Park Grill | $29.96 |
| 10-24-2012 | 5487 | In Room Dining | $71.30 |
| 10-25-2012 | AX | American Express | $-614.97 |
| | | ** Total | $806.68 |
| | | ** Balance | $806.68 |

                          Continued on the next page



| Devine, Michael | Page Number | 1 | Invoice Nbr | 1000009854 |
| Setcccr | Guest Number | 591825 | Arrive Date | 10-22-2012 |
| | Folio ID | A | Depart Date | 10-25-2012 |
| | No. Of Guest | 2 | | |
| | Room Number | 618 | | |
| | AR Account | 15120 - Deposit | | |
| | Time | 10-25-2012 14:50 | | |

## Invoice

| Date | Reference | Description | |
|------|-----------|-------------|---|
| 10-25-2012 | 1212 | Park Grill | $29.96 |
| 10-25-2012 | AX | American Express | $-29.96 |
| | | ** Total | $0.00 |
| | | ** Balance | $0.00 |

0.00
0.00
0.00
0.00
0.00

20-4436211

## EXPENSE SUMMARY REPORT
### Currency: USD

| Date | Roo m | Tax | Out let s | Tel eph one | Par kin g | Mis c | Ser vic e | RS Foo d | RS Bev | PG Foo d | PG Bev | Foo d Tax | Tip s | 333 Bev | RS Del iv | 333 Foo d | Oth er | Tot al | Paym ent |
|------|-------|-----|-----------|-------------|-----------|-------|-----------|----------|--------|----------|--------|-----------|-------|---------|-----------|-----------|--------|--------|----------|
| 10-25-2012 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $23 .00 | $0. 00 | $1. 96 | $5. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $29 .96 | $- 29.9 6 |
| Total | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $23 .00 | $0. 00 | $1. 96 | $5. 00 | $0. 00 | $0. 00 | $0. 00 | $0. 00 | $29 .96 | $- 29.9 6 |

As a Starwood Preferred Guest, you could have earned 46 Starpoints for this visit. Please provide your member number or enroll today.

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

Signature_____

# HIGH TECH COLD CALLING 3462 - 0001

*lunch w/ Dan stover & Lil'c Leebard.*

```
LE MERIDIEN SAN FRANCISCO
            BAR 333
CHECK:      7801
TABLE:      110/1
SERVER:     424 WEI PING LEI
DATE:       OCT28'12  2:10PM
CARD TYPE:  American Express
ACCT #:     XXXXXXXXXXX2352
EXP DATE:   XX/XX
AUTH CODE:  581923
            DM HARVEY


SUBTOTAL:        83.82

GRATUITY ____16.00_____

TOTAL _____


_____
GUEST SIGNATURE

    I Agree to pay above total
amount according to card holder
            agreement
  * Yellow Is Customer Copy *
```

**Baldwin, Mary**

*Daniel Stover*

| | |
|---|---|
| **From:** | Le Méridien San Francisco <GCCUSTSERVICE@CONFIRM.STARWOODHOTELS.COM> |
| **Sent:** | Tuesday, September 25, 2012 4:31 PM |
| **To:** | Baldwin, Mary |
| **Subject:** | Le MERIDIEN Reservation 375386675 – Exploration Awaits |

| | |
|---|---|
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Trouble seeing this email? View it in a browser for up-to-date reservation information, or to view in
English , Français , Español , Deutsch , Português , Italiano , 中文(简体) , 日本語

## *Le* MERIDIEN

# Le Méridien San Francisco
333 Battery Street, San Francisco, California 94111 United States
Phone: (415) 296-2900 Fax: (415) 296-2901



Contact Us

Guest Rooms & Amenities

Hotel Services

Restaurants & Lounges

Local Area

Driving Directions

Meeting & Event Facilities

**Welcome Daniel Stover,**

Your Le Meridien San Francisco reservation is confirmed. Please let us know if
there is anything we can do to make your stay more pleasurable. Best wishes
for an enriching journey.

Sincerely,

Pradeep Bobba

General Manager

**For Your Stay**



**Discover San Francisco -
Click here for local area
information and driving
directions.**

## Confirmation: 375386675

**Your Schedule:**

Check In           **27-OCT-2012 - 3:00 PM \***

| | |
|---|---|
| Check Out | **29-OCT-2012 - 12:00 PM \*** |
| Number of Rooms | 1 |
| Number of Guests | 1 |

*\* Indicates standard hotel check-in and check-out times and does not reflect special arrangements made with the hotel.*

**Your Accommodations: Room 1 of 1**

| | |
|---|---|
| Guest Name | DANIEL STOVER |
| Number of Adults | 1 |
| Number of Children | 0 |

**Room Description**
King Bed

• Classic Non-smoking Room, Smoke-free

• Guest Room 413 Sq.ft                    • 24hr Access To Health Club

• 32 Inch Flat Screen Lcd Tv           • Corporate Room

• Wi-fi Internet For A Fee

Remarks

**Your Rate: Room 1 of 1**

Rates for the night of **27-Oct-12, 28-Oct-12**

**Rate Details**
BOOK NOW AND SAVE
PREPAYMENT CHARGED AT THE TIME OF BOOKING. RESERVATIONS
ARE NONCHANGEABLE AND NON REFUNDABLE.

269.00 in US DOLLARS per night

Taxes
Sf Tourism Tax 1.5 Percent Per Room Per Night Not In The Rate
Ca Tourism Tax 0.07 Percent Per Room Per Night Not In The Rate
Occupancy Tax 14.0 Percent Per Room Per Night Not In The Rate

Guarantee and Cancellation Policies

USD 538.00 deposit is due on Wed, Aug 15, 2012 and will be charged to the
credit card provided.
The time for cancelling without penalty has passed.
If you cancel the forfeiture amount will be 538.00.
Room taxes may be charged on deposits and any penalties.

**Special Services for All Rooms:**
October 27, 2012 - October 29, 2012
Rate Plan: BOOK NOW AND SAVE
MANDATORY GTD Per Room/per Stay

**Your Privacy**

AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 8/22/2012

**CARD HOLDER:** Joseph P. Forderer

**CREDIT CARD NUMBER** ███████

**DATE OF STATEMENT:** 7/1/2012



| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 6/23/2012 | VTS San Francisco Taxicab | Taxi - Court Hearing | T | 3462-0001 | 12.55 |

8068/# 199 842

PD 68055-00-1869

INVOICE
    JPF0712ANNEX

CHECK
    JPF0712A

ADMIN
████████████████

TRAVEL
3462-0001  T  $12.55

| | STATEMENT TOTAL | 157.55 |

**ATTORNEY SIGNATURE:** _____  **DATE:** 8/22/12

CODES:  A = Air/Train Fares and Fees
         H = Hotel
         M = Meals
         T = Transportation (Tolls, Taxi, etc)
         P = Parking
         W = Internet Access
         OC = Misc Charges

# HIGH TECH COLD CALLING 3462 - 0001

```
RIDE RECEIPT
-  DESOTO CAB  -
CAB #        0924
D-ID #  S****022
TRIP #     18983
DATE    06/21/1
RATE USED:
PASSENGERS:
START  END  MILES
22:14 22:22  2.1
FARE: $      9.55
EXTRA: $     0.00
TOLLS: $     0.00
TIP: $       3.00
TOTAL: $    12.55

CARD #:     1545
AP #:     507604
CC CARD RECEIPT

-  DESOTO CAB  -
-  SAN FRANCISCO
(415) 970-1300
```

AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 2/7/2013

**CARD HOLDER:** Joseph P. Forderer

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 12/1/2012

| Date | | Description of Charges | Code | | Amount |
|------|--|------------------------|------|--|--------|
| 11/16/2012 | Yellow Card Services | 11/15 JPF Taxi home - Worked late | T | 3462-0001 | 13.65 |
| 11/21/2012 | SF Green Cab | 11/20 JPF Taxi home - Worked late | T | 3462-0001 | 14.65 |
| 11/28/2012 | Subway | 11/28 JPF Dinner - Worked late | M | 3462-0001 | 5.97 |
| 11/28/2012 | Yellow Card Services | 11/27 JPF Taxi home - Worked late | T | 3462-0001 | 13.10 |
| 11/30/2012 | VTS / Desoto Cab | 11/28 JPF Taxi home - Worked late | T | 3462-0001 | 13.10 |
| 11/30/2012 | Yellow Card Services | 11/29 JPF Taxi home - Worked late | T | 3462-0001 | 14.70 |

80681#202573 a6

PD 68055-00-1869

INVOICE

JPF121212AMEX2

CHECK

JPF121212X

ADMIN

61015-01   $102.50

55002-01 H  (73.08)

55010-01 M  27.87

TRAVEL

3462-0001   M $ 5.97

T $ 69.20

| | STATEMENT TOTAL | 132.46 |
|--|--|--|

**ATTORNEY SIGNATURE:** /s/ by Mary Baldwin   **DATE:** 2/7/13

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1081086.1

# HIGH TECH COLD CALLING 3462 - 0001

3462
Yellow Card Srvs

San Francisco
415-839-4600

Start Time
11/15/12 20:47
End Time
11/15/12 20:56
Veh: 0546/8781
Trx: 2646074
Card: AMEX 1545
Aprv: 503396
Fare: $13.65
Total: $13.65

------- --------

For Service Call

333-3333

---

3462

RIDE RECEIPT
SF GREEN CAB LLC
CAB #         S-09
D-ID # G***941
TRIP #    41415
DATE    11/19/12
RATE USED:       1
PASSENGERS:     1
START END MILES
22:18 22:26  2.1
FARE: $    10.65
EXTRA: $    0.00
TOLLS: $    0.00
TIP: $     4.00
TOTAL: $   14.65

CARD #:     1545
AP #:     545605
CC CARD RECEIPT

2940 16 ST N. 313
-SAN FRANCISCO-
CALIFORNIA 94103
(415)-626-4733

---

3462

SALE RECEIPT
Store #26855     tkc 11/27/12 18:06:47
Trans# 203 Clerk 10   Nasir
Dwr1 TRDT 112712 Reg-ID REG-MAIN
                Receipt # 0000653809
Sales Tx     0.38 Tax B       0.00
Tax C        0.00 Tax D       0.00
Tax E        0.00 Tax F       0.00
                **TOTAL      5.97
AMT TEND    5.97 CHANGE DUE   0.00

    CHANGE DUE$    0.00

Approval No: 544051
Reference No: 233302107737
  Acquired: Swipe
Account No: ***********1545
Card Issuer: Amex
    Amount: $5.97

---

3462
San Francisco
415-839-4600

Start Time
11/27/12 20:53
End Time
11/27/12 21:01
Veh: 0498/5967
Trx: 2689560
Card: AMEX 1545
Aprv: 584378
Fare: $13.10
Total: $13.10

---------------

For Service Call

333-3333

---

3462

RIDE RECEIPT
- DESOTO CAB -
CAB # B***020
D-ID #   0866
TRIP #    47297
DATE    11/28/12
RATE USED:       1
PASSENGERS:     1
START END MILES
21:01 21:09  2.2
FARE: $    10.10
EXTRA: $    0.00
TOLLS: $    0.00
TIP: $     3.00
TOTAL: $   13.10

CARD #:     1545
AP #:     594377
CC CARD RECEIPT

- DESOTO CAB -
SAN FRANCISCO
(415) 970-1300

---

3462

5999444

| QUAN. | CLASS | DESCRIPTION | | PRICE | AMOUNT |
|---|---|---|---|---|---|
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
| DATE |  | AUTHORIZATION |  | SUB TOTAL |  |
| REFERENCE NO. |  | REG/DEPT. |  | TAX |  |
| FOLIO/CHECK NO. |  | SERVER | CLERK | TIPS/MISC |  |
|  |  | SALES SLIP |  | TOTAL |  |

CUSTOMER COPY

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount of the Total shown hereon and agrees to perform the obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

S STATEMENT RECONCILIATION

**DATE:** 11/29/2012

**CARD HOLDER:** Joseph P. Forderer

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 10/1/2012

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 9/11/2012 | S.F. Town Taxi | 9/10 JPF Taxi home - Working Late | T | 3462-0001 | 12.65 |
| 9/13/2012 | Paul Joseph McAuley Taxi | 9/11 JPF Taxi home - Working Late | T | 3410-0001 | 13.00 |
| | | | | | |
| 9/26/2012 | VTS / Desoto Cab | 9/24 JPF Taxi home - Working Late | T | 3462-0001 | 12.10 |
| 9/27/2012 | Yellow Card Services | 9/25 JPF Taxi home - Working Late | T | 3462-0001 | 13.00 |
| 10/1/2012 | VTS National/Veteran Cab | 9/30 JPF Taxi to office on weekend | T | 3462-0001 | 13.10 |

RECEIVED

DEC 0 4 2012

ACCOUNTING

| | | STATEMENT TOTAL | 69.25 |
|---|---|---|---|

**ATTORNEY SIGNATURE:** _____   **DATE:** 12/4/12

CODES:   A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

TRAVEL

3462-0001   T   $50.85

ADMIN

80081# 202705

PO 68055-00-1869

INVOICE
   JPF1012AMEX

CHECK
   JPF1012A

1069339.1

# HIGH TECH COLD CALLING 3462 - 0001

*3462*

Town Dispatch
San Francisco
415-401-8900

9/10/12 22:21
Trx: 761122
Card: AMEX 1545
Aprv: 596654
Amount: $12.65
Vehicle: 1519
Driver: 1898

Taxi home.
Working
late.

---

*3462*

RIDE RECEIPT
- DESOTO CAB -
CAB #        1073
D-ID #  N****192
TRIP #       4090
DATE    09/24/12
RATE USED:       1
PASSENGERS:      1
START END  MILES
22:11 22:20  1.9
FARE: $     10.10
EXTRA: $     0.00
TOLLS: $     0.00
TIP: $       2.00
TOTAL: $    12.10

CARD #:     1545
AP #:     563570
CC CARD RECEIPT

---------------

SIGNATURE

- DESOTO CAB -
- SAN FRANCISCO
(415) 970-1300

Taxi home.
Working late.

---

*3462*

Yellow Card Srvs

San Francisco
415-839-4600

Start Time
09/25/12 20:47
End Time
9/25/12 20:54
Veh: 0504/3223
Trx: 2397180
Card: AMEX 1545
Aprv: 508420
   Fare:  $13.00
   Total:  $13.00

------------------

For Service Call

333-3333

Taxi home.
Working
late.

---

*3462*

RIDE RECEIPT
NATIONAL/VETERAN
CAB #        0370
D-ID #  A****938
TRIP #      52568
DATE    09/30/12
RATE USED:       1
PASSENGERS:      1
START END  MILES
09:44 09:52  2.0
FARE: $     10.10
EXTRA: $     0.00
TOLLS: $     0.00
TIP: $       3.00
TOTAL: $    13.10

CARD #:     1545
AP #:     540243
CC CARD RECEIPT

(415) 648-4444
EXIT CURB SIDE
FORGET ANYTHING?
-  THANK YOU   -

Taxi to
office.

RECONCILIATION

STATEMENT'S DATE: 12/17/2012

CARD HOLDER: Joseph P. Forderer

CREDIT CARD NUMBER

DATE OF STATEMENT: 11/1/2012

| Date | Vendor | Description of Charge | Code | Class | Amount |
|------|--------|----------------------|------|-------|--------|
| 10/3/2012 | VTS / Desoto Cab | JPF 10/01 Taxi home - Working late | T | 3462-0001 | 15.20 |
| | | JPF 10/15 Dep this SEO BNO - Electric Work | | 3462-0001 | 222.60 |

806814 202709

PO 68055-00-1869

INVOICE
    JPF 1112 AMEX

CHECK
    JPF 1112A

ADMIN

TRAVEL
3462-0001 + $15.20

RECEIVED

DEC 1 8 2012

ACCOUNTING

| | STATEMENT TOTAL | 310.88 |

ATTORNEY SIGNATURE: /s/ by Mary Baldwin     DATE: 12/17/12

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

# HIGH TECH COLD CALLING 3462 - 0001

```
3462
RIDE RECEIPT
 - DESOTO CAB -
CAB #        0730
D-ID # D****163
TRIP #      31835
DATE   10/01/12
RATE USED:      1
PASSENGERS:      1
START END  MILES
22:34 22:45  2.1
FARE: $    11.20
EXTRA: $    0.00
TOLLS: $    0.00
TIP: $      4.00
TOTAL: $   15.20

CARD #:    1545
AP #:    580753
CC CARD RECEIPT

 - DESOTO CAB -
 - SAN FRANCISCO
(415) 970-1300
```

Taxi home.
Working late.
3462-0001

AMERICAN EXPRESS STATEMENT RECONCILIATION



| | |
|---|---|
| TODAY'S DATE: | 24-Oct-12 |
| CARD HOLDER: | Anne Shaver |
| CREDIT CARD NUMBER | ▬▬▬▬ |
| DATE OF STATEMENT: | 7/1/2012 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 6/5/2012 | Rotten Robbie | AS, Meal | M | 3462-0001 | 2.08 |
| 6/5/2012 | Seamless A Taste | AS, D. Harvey, worked late | M | 3462-0001 | 40.54 |
| 6/7/2012 | Yellow Cab | Transportation- worked late | T | 3462-0001 | 13.00 |
| | | | | STATEMENT TOTAL | 4,519.06 |

ATTORNEY SIGNATURE: _Anne B Shaver_ DATE: 10/24/12

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc.)
        P = Parking
        W = Internet Access
        OC = Misc Charges

1063107_1.XLS

**Perkins, LaShonie**

| | |
|---|---|
| **From:** | Shaver, Anne B. |
| **Sent:** | Monday, June 04, 2012 9:36 PM |
| **To:** | Perkins, LaShonie |
| **Subject:** | FW: Seamless Order 274579884 ESTIMATED DELIVERY TIME: 30 - 45 Minutes |

Dinner tonight for me and DMH2, case no 3462-0001

Anne Shaver
ashaver@lchb.com

**From:** confirmation@Seamless.com [mailto:confirmation@Seamless.com]
**Sent:** Monday, June 04, 2012 6:33 PM
**To:** Shaver, Anne B.
**Subject:** Seamless Order 274579884 ESTIMATED DELIVERY TIME: 30 - 45 Minutes

seamless

## A Taste of Vietnam Noodle Bar & Grill
Phone: (415) 291-8089

**Order #: 274579884   C**
Ordered: Monday, June 04, 2012 6:30 PM

## Estimated Delivery Time: 30 - 45 minutes

**Deliver to:**
Anne Shaver
275 BATTERY ST .
Cross Streets: Sacramento
City: SAN FRANCISCO
Apt/Flat/Suite/Floor #: 29TH FLOOR
**(415) 819-9286**

**Delivery Instructions:**
Call when in lobby of building - I will come down to meet you.

**Do not include plastic utensils, napkins, etc.**

| | | | | |
|---|---|---|---|---|
| **1** | **Fresh Spring Rolls** | $8.00 | x 1 = | $8.00 |
| **1** | **Papaya Salad** | $8.00 | x 1 = | $8.00 |
| | • Dressing on the Side | | | |
| **1** | **Housin Chicken Dish** | $9.00 | x 1 = | $14.00 |
| | • Chicken | | | |
| | • Garlic Noodle | $5.00 | | |
| **1** | **Lemongrass Sautéed Dish** | $9.00 | x 1 = | $11.00 |
| | • Chicken | | | |
| | • Brown Rice | $2.00 | | |

| | | |
|---|---|---|
| Product Total: | = | $41.00 |
| Sales Tax: | = | $3.49 |
| Tip Amount: | = | $4.25 |

1

| | | |
|---|---|---|
| Discount Amount: | = | ($8.20) |
| Grand Total: | = | $40.54 |

**Order Placed By:**                                                    **Amount:**

Anne Shaver                                                              $40.54

**Payment Information**              **Amount**              **Order Type**
American Express Last 4: 1388        $40.54                  Personal
  Personal Credit Card

For food or delivery/pickup related issues, please contact A Taste of Vietnam Noodle Bar & Grill at **(415) 291-8089**

For billing questions or support, contact Seamless at **(800) 905-9322** or **care@seamless.com**

Contact Us • Privacy Policy © 2012 Seamless. All rights reserved.

3462

Thanks for shopping at
**Rotten Robbie #42**
TP06186981-001  ROTTEN ROBBIE #42
455 EAST JULIAN ST
SAN JOSE    CA 95112

| scr. | qty | amount |
|------|-----|--------|
| USTOMER COPY |  |  |
| WHD SPRING WT | 2 | 1.98 |
| .05CRV |  | 0.10 |
| Sub Total |  | 2.08 |
| Tax |  | 0.00 |
| **TOTAL** |  | **2.08** |
| CREDIT $ |  | 2.08 |

TYPE: AMEX
NAME: SHAVER/A
NUMBER: XXXX XXXXXX X1388
TYPE: SALE
VAL: 586647       INVOICE: 530.7
IF:        $   2.08

---

3462

ow Card Srvs

San Francisco
415-839-4600
Merchant
Time
12 11:01
ime
12 11:11
2739/5902
1897692
: AMEX 138
566009
are: $10.6
Tip: $2.
tal: $13.

----------------

Service Call

---

Terminal 2 - SFO
San Francisco, CA  94128

**ANN**

Ray                          06/13/2
8:31
50

mericano                        2
ixed Greens w/ Chick
al 500ml

otal                            1

enefit Surcharge
**Go Total**       16.

#XXXXXXXXXX1388
uth:506208

HOW DID WE DO?
Go to: "www.tastesonthefly.com"
Complete our survey and receive
a coupon for a complimentary item!

---

# Euro ❤ Cafe

JFK Terminal 8
American Airlines Bldg 57
Jamaica, NY 11430
E: 00548   REG: 004 CASHIER: LAURA
OMER RECEIPT COPY

| ERS PRTZL NIBBLERS S |  |  |  |
|---|---|---|---|
| 5025871 | 1 @ 1.99 | 1.99 |
| ALMONDS |  |  |
| 76242374 | 1 @ 4.99 | 4.99 |
| OTAL |  | 6 |
| L |  | 6 |
| NT TENDERED |  | 6 |

CT: ***********1388
: ******
APPROVAL: 585130

TOTAL PAYMENT            6.98
Transaction: 371125      6/13/2012 7:17 PM

AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 12-Feb-13

**CARD HOLDER:** Anne Shaver

**CREDIT CARD NUMBER:**

**DATE OF STATEMENT:** 10/1/2012



| Date | Vendor | Description of Charge | Code | Card Number | |
|------|--------|----------------------|------|-------------|---|
| | | | | 3462-0001 | 69.49 |

| | STATEMENT TOTAL | 1,591.56 |
|---|---|---|

**ATTORNEY SIGNATURE:** _Anne B Shaver_     **DATE:** 2/12/13

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc.)
P = Parking
W = Internet Access
OC = Misc Charges

1080987_1.XLS

**Perkins, LaShonie**

| | |
|---|---|
| **From:** | Shaver, Anne B. |
| **Sent:** | Monday, February 11, 2013 2:36 PM |
| **To:** | Perkins, LaShonie |
| **Subject:** | FW: GrubHub.com Receipt for Order #20707237 |

Here is one that was missing ...

Anne Shaver
ashaver@lchb.com

**From:** order@grubhub.com [mailto:order@grubhub.com]
**Sent:** Thursday, September 27, 2012 5:57 PM
**To:** Shaver, Anne B.
**Subject:** GrubHub.com Receipt for Order #20707237



# Thank You!

You're on the way to a successful meal. If you have any questions about your order, our customer service team is around to help 24/7. Call (877) 585.1085.



**Order #20707237**
Placed on Sep 27, 2012
**UPDATED!** Estimated delivery time is 6:41 PM

## Indian Oven

| Item | Price |
|---|---|
| 1 Basmati Rice | $ 2.95 |
| 1 Chicken Tikka Masala | $ 12.95 |
| 1 Garlic Naan | $ 2.95 |
| 1 Dal Saag | $ 12.95 |
| 1 Lamb Korma | $ 13.95 |
| 1 Chana Masala | $ 9.95 |
| Subtotal | $ 55.70 |

1

| | |
|---|---|
| Tax | $ 4.73 |
| Delivery Charge | $ 0.00 |
| Tip | $ 9.06 |
| **Total** | **$ 69.49** |

**Deliver to**
Anne Shaver
275 Battery St
29
San Francisco, CA

**Special Instructions**
Call 415-819-9286 when you get to the lobby of the building. I will come down to meet you.

Do not include extra plasticware or napkins with my order to help reduce waste.

**Paid with**
Credit Card                    **$69.49**

If we could be any car, we'd probably be a Camaro. With flames painted on the sides. And an ejector seat.

 Mobile     Twitter     Facebook    

This email was sent by **GrubHub**

111 W. Washington St. Ste. 2100
Chicago, IL 60602



2

AMERICAN EXPRESS STATEMENT RECONCILIATION

| | |
|---|---|
| **TODAY'S DATE:** | 12-Feb-13 |
| **CARD HOLDER:** | Anne Shaver |
| **CREDIT CARD NUMBER:** | |
| **DATE OF STATEMENT:** | 11/1/2012 |

| Date | Vendor | Description of Charge | Code | Case | Amount | |
|---|---|---|---|---|---|---|
| 10/2/2012 | Grubhub | A. Shaver, T. Desouza, JPF. N. Barrows, worked late | M | 3462-0001 | 115.30 | Y |
| 10/3/2012 | Peets | AS, Beverage | M | | 4.05 | Y |
| 10/3/2012 | Ceding | Transportation, worked late | M | 3462-0001 | 41.00 | Y |
| 10/3/2012 | Grubhub | A. Shaver, D. Hutchinson, T. Desouza, JPF, worked late | M | 3462-0001 | 135.13 | Y |
| 10/16/2012 | Grubhub | A, Shaver, Client, lunch meeting | M | 3462-0001 | 34.32 | Y |
| 10/18/2012 | Starbucks | | | | | |
| | | | | | | |
| | | | | STATEMENT TOTAL | 4,081.18 | |

**ATTORNEY SIGNATURE:** _Anne Shaver_     **DATE:** 2/12/13

CODES: A = Air/Train Fares and Fees
     H = Hotel
     M = Meals
     T = Transportation (Tolls, Taxi, etc.)
     P = Parking
     W = Internet Access
     OC = Misc Charges

1081035_1.XLS

**Perkins, LaShonie**

| | |
|---|---|
| **From:** | Shaver, Anne B. |
| **Sent:** | Tuesday, October 02, 2012 7:52 AM |
| **To:** | Perkins, LaShonie |
| **Subject:** | Fwd: Receipt from CEDING for $41.00 |

Cab ride home, 3462.

Begin forwarded message:

> **From:** Square <noreply@messaging.squareup.com>
> **Date:** October 1, 2012 10:57:40 PM PDT
> **To:** <ashaver@lchb.com>
> **Subject: Receipt from CEDING for $41.00**



**CEDING**

2895 Seadrift Circle, Hayward, CA 94545

510-331-6735

Custom Amount      **$41.00**

**Total**      **$41.00**

**$41.00**

1

Peet's Coffee & Tea
5095 Telegraph Ave, Ste 1
Oakland, CA 94609

Host: Erica                    10/02/2012
Term#33132                      8:28 AM
REPRINT# 1                        30132

S COFFEE                           1.80
MUFFIN - RF PUMPKIN GINGE          2.25

Subtotal                           4.05
Tax                                0.00

Ordered Total          4.05

AMEX #XXXXXXXXXXX1388              4.05
    Auth:567193

SIGNATURE : _____

Sign up online or in store
for Peet's Email News for
free beverage offers, local
store events, online
exclusives.


firewood
CAFE
San Francisco Intl Airport
San Francisco, CA 94128
(650) 821-8963
SERIES 1

OFSPH M

11/1        Chk 969         Gst 2
        Oct31'12 07:28AM

VEGGIE SCRAM                      10.50
SM WATER                           3.00
.XXXXXXXXXXX1388 XX/XX
AMEX                              14.77

FOOD                              13.50
TAX                                1.13
EE Surcharge                       0.14
TENDER                            14.77
----------8 Check Closed----------
--------Oct31'12 07:29AM----------

Thank You.

**perkins, LaShonie**

| | |
|---|---|
| **From:** | Shaver, Anne B. |
| **Sent:** | Monday, February 11, 2013 2:41 PM |
| **To:** | Perkins, LaShonie |
| **Subject:** | FW: GrubHub.com Receipt for Order #20840156 |

3462: ABS, T. Desouza, JPF, N. Barrows

Anne Shaver
ashaver@lchb.com

**From:** order@grubhub.com [mailto:order@grubhub.com]
**Sent:** Sunday, September 30, 2012 12:09 PM
**To:** Shaver, Anne B.
**Subject:** GrubHub.com Receipt for Order #20840156





# Thank You!

You're on the way to a successful meal. If you have any questions about your order, our customer service team is around to help 24/7. Call (877) 585.1085.



**Order #20840156**
Placed on Sep 30, 2012
**UPDATED!** Estimated delivery time is 1:05 PM

## Indian Oven

| *Item* | *Price* |
|---|---|
| 1 Garlic Naan | $ 2.95 |
| 1 Naan | $ 2.00 |
| 2 Chicken Tikka Masala | $ 25.90 |
| 2 Basmati Rice | $ 5.90 |
| 1 Dal Saag | $ 12.95 |
| 1 Saag Paneer mild | $ 10.95 |

| | |
|---|---|
| 2 Keema Aloo Mattar medium spice | $ 27.90 |
| Subtotal | **$ 88.55** |
| Tax | $ 7.53 |
| Delivery Charge | $ 0.00 |
| Tip | $ 19.22 |
| **Total** | **$ 115.30** |

## Deliver to
Anne Shaver
275 Battery St
29
San Francisco, CA

## Special Instructions
Call 415-819-9286 when you get to the lobby of the building. I will come down to meet you. Please include extra chutney.

Do not include extra plasticware or napkins with my order to help reduce waste.

## Paid with
Credit Card                                   **$115.30**

If we could be any car, we'd probably be a Camaro. With flames painted on the sides. And an ejector seat.



Mobile          Twitter          Facebook

**Perkins, LaShonie**

| | |
|---|---|
| **From:** | Shaver, Anne B. |
| **Sent:** | Monday, February 11, 2013 2:38 PM |
| **To:** | Perkins, LaShonie |
| **Subject:** | FW: Adjustment to Order #20914205 |

3462 – ABS, DMH2, T. Desouza, JPF

Anne Shaver
ashaver@lchb.com

**From:** orders@grubhub.com [mailto:orders@grubhub.com]
**Sent:** Monday, October 01, 2012 6:35 PM
**To:** Shaver, Anne B.
**Subject:** Adjustment to Order #20914205



# Thank You!

You're on the way to a successful meal. If you have any questions about your order, our customer service team is around to help 24/7. Call (877) 585.1085.



**Order #20914205**
Placed on Oct 1, 2012
**UPDATED!** Estimated delivery time is 7:01 PM

## Sushi Rock

| Order Adjustments | |
|---|---|
| This refund is for the price difference between the Beijing Roll and the Chicken Teriyaki Roll. If you have any questions regarding this refund, please give us a call at 877-585-7878.Chandeus W | $ -0.54 |
| New Total | $ 135.13 |
| *Some banks may post both the original total and the new total as* | |

1

*two separate pending charges. If you see multiple pending charges on your statement, only the correct charge will settle to your account.*

Below is your original order, **before the adjustment was applied**.

| *Item* | *Price* |
|---|---|
| 2 Seaweed Salad | $ 12.50 |
| 1 Edamame | $ 4.50 |
| 1 Spicy Scallop Salad Roll | $ 6.75 |
| 1 Dynamite Roll | $ 6.75 |
| 1 Philadelphia Roll | $ 6.75 |
| 1 Rainbow Roll | $ 10.25 |
| 1 Unakyu Roll | $ 6.75 |
| 1 Jims Roll | $ 6.75 |
| 1 Chicken Teriyaki Large | $ 11.25 |
| 1 Salmon Teriyaki Large | $ 15.95 |
| 1 Beijing Roll | $ 6.75 |
| 1 Vegetable Tempura Large | $ 9.25 |
| Subtotal | $ 104.20 |
| Tax | $ 8.86 |

Delivery Charge                                      $ 0.00

Tip                                                  $ 22.61

**Total**                                            **$ 135.67**

## Deliver to
Anne Shaver
275 Battery St
29
San Francisco, CA

## Special Instructions
PLEASE INCLUDE EXTRA WASABI AND GINGER. Call 415-819-9286 when
you get to the lobby of the building. I will come down to meet you.

Do not include extra plasticware or napkins with my order to help reduce waste.

## Paid with
Credit Card                              **$135.67**

If we could be any car, we'd probably be a Camaro. With flames painted on the sides. And an ejector seat.

Mobile    Twitter    Facebook    

This email was sent by **GrubHub**

2211 N Elston #400
Chicago, IL, 60614, USA

**Perkins, LaShonie**

| | |
|---|---|
| **From:** | Shaver, Anne B. |
| **Sent:** | Monday, February 11, 2013 2:37 PM |
| **To:** | Perkins, LaShonie |
| **Subject:** | FW: GrubHub.com Receipt for Order #21502869 |

3462 – meal with client

Anne Shaver
ashaver@lchb.com

**From:** order@grubhub.com [mailto:order@grubhub.com]
**Sent:** Sunday, October 14, 2012 12:14 PM
**To:** Shaver, Anne B.
**Subject:** GrubHub.com Receipt for Order #21502869



# Thank You!



You're on the way to a successful meal. If you have any questions about your order, our customer service team is around to help 24/7. Call (877) 585.1085.



**Order #21502869**
Placed on Oct 14, 2012
**UPDATED!** Estimated delivery time is 1:11 PM

## Sutter Pub

| *Item* | *Price* |
|---|---|
| 1 Waldorf Chicken Salad | $ 11.00 |
| 1 Seared Ahi Salad | $ 13.00 |
| 1 Avocado Slices | $ 3.50 |
| Subtotal | $ 27.50 |
| Tax | $ 2.34 |
| Delivery Charge | $ 0.00 |
| Tip | $ 4.48 |

1

**Total**                                          **$ 34.32**

## Deliver to
Anne Shaver
275 Battery St
29
San Francisco, CA

## Special Instructions
Call 415-819-9286 when you get to the lobby of the building. I will come down to meet you.

Do not include extra plasticware or napkins with my order to help reduce waste.

## Paid with
Credit Card                                   **$34.32**

If we could be any car, we'd probably be a Camaro. With flames painted on the sides. And an ejector seat.

Mobile          Twitter          Facebook          

This email was sent by **GrubHub**

2211 N Elston #400
Chicago, IL, 60614, USA

# AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 2/7/2013

**CARD HOLDER:** Brendan P. Glackin

**CREDIT CARD NUMBER:** ███████

**DATE OF STATEMENT:** 12/1/2012



| Date | Vendor | Description of Charge | Code | Card | Amount |
|---|---|---|---|---|---|
| 11/29/2012 | Rubios ███████ Restaurant | 11/28 BPG Working Dinner w/ DMH2 & JPF | M | 3462-0001 | 22.21 |

80684# 202574

PD 68055-00-1602

INVOICE

BPG 12 12 AMEX

CHECK

BPG 12 12 A

TRAVEL

3462-0001 M $22.21

| | | | | **STATEMENT TOTAL** | 376.76 |

**ATTORNEY SIGNATURE:** _Brendan Gl_ **DATE:** 2/7/2013

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

# HIGH TECH COLD CALLING 3462 - 0001



*Dnnr 3462*
*BPG, DMM2, JPF*

*GUEST 27/BRANDON*

************ Take Out ************

## Rubio's

1 Embarcadero St. Level
San Francisco, CA 94111
Tel:(415) 986-9001

| 1 STEAK ESP-B | 7.29 |
| 2 FISH-3 | 12.58 |

| Sub. Total: | 19.87 |
| SFHC 3% Surcharge: | 0.60 |
| Sales Tax: | 1.74 |
| Total: | 22.21 |
| Discount Total: | 0.00 |
| American Express. | -22.21 |
| Change | 0.00 |

SFHC Charge  3% surcharge is added to
defray  mandated San Francisco
health care coverage costs.
www.SFgov.org/olse/hcso

Cashier: WILES                     Register:2
11/28/2012 6:30:50 PM   ORDER# 711421

Let us cater your next party or meeting
See Manager for details

THANK YOU!

American Express
Card No. : XXXXXXXXXXXXX2246
Terminal : KA13670003001
Approval : 584321
Sequence : 009360

AMERICAN EXPRESS STATEMENT RECONCILIATION

TODAY'S DATE: 12/6/2012

CARD HOLDER: Brendan P. Glackin

CREDIT CARD NUMBER

DATE OF STATEMENT: 11/1/2012

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 10/4/2012 | Tommy Toy's Cuisine | 10/3 BPG Lunch Meeting w/ Joe Saveri | M | 3462-0001 | 33.97 |
| | | | M | | |
| 10/23/2012 | Irish Times Restaurant | 10/21 BPG Lunch w/ Brandon Marshall-Client | M | 3462-0001 | 36.11 |
| 11/1/2012 | Henry's Hunan | 11/1 BPG Lunch w/ DMH2 | M | 3462-0001 | 22.45 |

RECEIVED

DEC 0 7 2012

ACCOUNTING

| | STATEMENT TOTAL | 322.47 |
|--|--|--|

ATTORNEY SIGNATURE: _Brendan Gl_  DATE: _12/6/2012_

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

80608/# 202736
PO 68085-00-1662
INVOICE
   BPG 1112ANNEX
CHECK
   BPG1112A

TRAVEL

3462-0001   M   892.53

1070148.1

# HIGH TECH COLD CALLING 3462 - 0001

TOMMY TOY'S
CUISINE CHINOISE
655 MONTGOMERY STREET
SAN FRANCISCO, CA 94111

| | |
|---|---|
| 10/03/2012 | 13:03:55 |
| Merchant ID: | 000000001906094 |
| Terminal ID: | 02850065 |
| 5041106147 | |

CREDIT CARD

AMEX SALE

| | |
|---|---|
| CARD # | XXXXXXXXXXX2246 |
| INVOICE | 0001 |
| Batch #: | 001227 |
| Approval Code: | 560625 |
| Entry Method: | Swiped |
| Mode: | Online |

PRE-TIP AMT                    $28.97

TIP                            5

TOTAL AMOUNT                   33.97

3462

HENRY'S HUNAN
674 SACRAMENTO ST.
SAN FRANCISCO, CA 94111
415-788-2234
Merchant ID: 0100004571
Term ID: SP01
Server ID: 1

BPG
DMH2

Sale

AMEX
XXXXXXXXXXX2246
Entry Method: Swiped
Apprvd: Online          Batch#: 000063
11/01/12                12:56:51

Inv#: 00000042          Appr Code: 540161

Amount:        $      22.45
Tip:

Total:          -----------------
                =============

Customer Copy

THANK YOU
FOR VISITING!

3462 Branden Marshall
Lunch

Irish Times
500 Sacramento Street
800-800-8008

| Guest Receipt | Party of 2 |
|---|---|
| Table  30 | Ticket  1017 |
| Server  : catalda | REG2 |
| 02:03 PM | Date 10/21/12 |

| | | |
|---|---|---|
| 1 | Sheppards Pie | 12.50 |
| 1 | TURKEY SANDWICH | 10.59 |
| 1 | ONION RINGS | 4.50 |

| | | |
|---|---|---|
| Sub Total  : | 27.50 |
| Sales Tax  : | 2.5 |
| Check Total  $ | 30.11 |
| CREDIT CARD | 30.11 |
| Change Due  : | .00 |

+ 6.00 tip

GIANTS FOR THE WORLD SERIES
49ERS FOR THE SUPERBOWL
FULL NFL TICKET, OPEN SUNDAYS
@ 9AM, SPECIALS EVERY SUNDAY

AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 11/2/2012

**CARD HOLDER:** Brendan P. Glackin

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 10/1/2012



| Date | Vendor | Description of Charge | Code | | |
|------|--------|----------------------|------|---|---|
| 9/13/2012 | 67 City Park Garage | BPG 9/12 - Court Parking | P | 3462-0001 | 20.00 |

RECEIVED
NOV 06 2012
ACCOUNTING

| | STATEMENT TOTAL | 1,713.44 |
|---|---|---|

**ATTORNEY SIGNATURE:** *Brendan GL* **DATE:** 11/5/2012

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges



8060/# 202149
PO 68055-00 1662

NACE
BPG1012ANFX

HECK
BPG 1012A

1053902.1

# HIGH TECH COLD CALLING 3462 - 0001

3462

004304091216162012

BLOCK 8
285 S Market St
San Jose, CA

Entry Time:
    09/12/12 1:10 PM
Exit Time:
    09/12/12 4:16 PM
Duration: 0d. 3h. 6m.
Pay Station: 4
Tran:   43
Ticket# 13949

Receipt #:0000011443
Default        $   20.00

Total:
    $   20.00
Tender:        $    0.00
American Expre $   20.00
Last 4 digits  2246
Change:        $    0.00

Operated by City Park
www.cityparksf.com
.415.    .049

Court Parking

*TRAVEL*

**LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP**
**TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM**
**PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS**

3462-0001   P $32.00

1618 A# 193804

TRAVELER: _____Dean M. Harvey_____

DATES TRAVELED: _____

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

_____

_____Various Cash Expenses_____

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| 10/20/11 | Ampco System Parking - 100 Bush Street | | 3462 - 0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 32.00 | |

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 12.50 | |

MILEAGE

MILES:
RATE/MILE: $0.550
TOTAL $0.00

GRAND TOTAL: $ $44.50
LESS CASH ADVANCE: $
AMOUNT DUE TO TRAVELER: $ $44.50

TRAVELER'S SIGNATURE: _____    DATE: 2/7/12

# HIGH TECH COLD CALLING 3462 - 0001

*3462-0001*

Ampco System Parking
100 Bush Street
San Francisco, CA 94104
Tel: 415-248-5868

TR 12075 Tkt# 35793 Op 98 operator
Entrance: 2011-10-20 12:43      MN 1
Exit    : 2011-10-20 17:35      MN 2
Length of stay: 0 d 4 h 51 mn

| | | |
|---|---|---|
| Regular Rate | $ | 32.00 |
| -------------------- | | --------- |
| Total | $ | 32.00 |
| Cash | $ | 32.00 |
| Change | $ | 0.00 |

25% Parking Tax included.

Thank You. Come again.
Drive safely!

---

100 BUSH CORP GARAGE
100 BUSH ST
SAN FRANCISCO, CA. 94
415-986-8080

TERMINAL ID.:      00028300000193403041000
MERCHANT #:                     0019340341

VISA
XXXXXXXXXXXX0503 EXP:XX/XX        SWIPED
SALE
RECORD: 31        INV: 000032
DATE: Oct 28, 11        TIME: 17:32
BATCH: 000400

AUTH:02055A

TOTAL                $32.00

DEAN M HARVEY

*3462-0001*

CUSTOMER COPY

↖ same ↗

**LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVEL
3462-0001  T $34.00
M $35.00

ADMIN

INIS 1 # 193805

TRAVELER: _____Dean M. Harvey_____

DATES TRAVELED: _____

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

_____

_____Various Cash Expenses_____

PLEASE LIST ALL RECEIPTS SEPARATELY:

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| 07/21/11 | Ebay Limousine - Taxi from office to home after working late | | 3462 - 0001 |
| 9/15/2011 | Fog City Cab - Taxi from office to home after working late | | 3462 - 0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 34.00 | |

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| 10/30/11 | Thai Restaurant - dinner at office while working late | 35 | 3462 - 0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 54.50 | |

MILEAGE

| | | |
|---|---|---|
| MILES: | | |
| RATE/MILE: $0.550 | | |
| TOTAL | $0.00 | |

GRAND TOTAL: $  $88.50
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $  $88.50

TRAVELER'S SIGNATURE: _____     DATE: 2/7/12

# HIGH TECH COLD CALLING 3462 - 0001

B4

Tha ___ ___urant
San Francisco CA 94111
Te. (415) 433-2222 Fax. (415) 398-4522
www.thaithaisf.com
Welcome to Thai Thai

3462

Togo Delivery

**Order#:4**
#2                                    DLAN
PHONE: (510) 417-0060

**275 BETERRY**
**/SCRENEMTO**
**San Francisco CA**

Date: 10/30/2011 6:54 PM
Server: Mina                          (T.1)

Grill Salmon                          $13.95
Pad Thai                              $8.45
[Chicken]
Brown Rice                            $2.50

Total 3 item(s)                       $2_.90
Sales Tax                             $2.12

**Grand Total**                       **$27.02**
Paid by Cash                          $27.02

Thank you very much.
Come back again.

- RECEIPT -

+ tip, total: $35

working
lat 1

## Ebay Limousine
### TCP-24758-P

From ___ 3462 ___
To ___
Driver ___ Car# ___
Date 7 21 11    Amount $ 20.00

## FOG CITY CAB
979 Bryant St.
San Francisco, CA 94103
**(415) 206-1900**

Date 9/5/11    3462
From ___
To ___
Amount $14.00
Driver's Name: ___
Cab Number: ___

**LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP**
**TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM**
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

RECEIVED
APR 2 5 2012
ACCOUNTING

TRAVELER: _____ Eric Fastiff _____

DATES TRAVELED: _____ Various _____

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

_____

_____ Various Visa and Cash Expenses _____

PLEASE LIST ALL RECEIPTS SEPARATELY:

5759/# 19 5013

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL: $ | 360.37 |  |

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|  |  |  |  |
| 02/07/12 | Henry's Hunan - Lunch w/ JRS | 20.15 | 3462 - 0001 |
|  |  |  |  |
|  |  |  |  |
|  | RS |  |  |
|  | PG |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  | TOTAL: $ | 606.36 |  |

MILEAGE

MILES:
RATE/MILE: $0.550

| TOTAL | $0.00 |
|---|---|
| GRAND TOTAL: $ | $966.73 |
| LESS CASH ADVANCE: $ |  |
| AMOUNT DUE TO TRAVELER: $ | $966.73 |

TRAVELER'S SIGNATURE: _____    DATE: 4/24/12

# HIGH TECH COLD CALLING 3462 - 0001

EBL

HENRY'S HUNAN
674 SACRAMENTO ST.
SAN FRANCISCO, CA 94111
415-788-2234

Merchant ID: 0180004571
Term ID: SP01
Server ID: 1

Sale

VISA
XXXXXXXXXXXX3893
Entry Method: Swiped
Apprvd: Online          Batch#: 000006
02/07/12                14:02:35

Inv#: 00000027    Appr Code: 041380

Amount:          $      25.65
Tip:

Total:

=================

Customer Copy

THANK YOU
FOR VISITING!

**LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: _____ Joseph Saveri _____

DATES TRAVELED: _____ Misc. _____

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

_____

*Handwritten:* TRAVEL

*Handwritten:* 3462-0001 MISC 22.50

*Handwritten:* 35031$ 19.6713

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

**TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)**

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|-------------------|--------|------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL: $ | $0.00 |

**MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)**

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|-------------------|--------|------|
| 03/02/12 | Langham Hotel - Business Center | 22.50 | 3462 - 0001 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  | TOTAL: $ | 85.39 |

**MILEAGE**

| | | |
|--|--|--|
| MILES: | | |
| RATE/MILE: $0.550 | | |
| TOTAL | | $0.00 |

| | |
|--|--|
| GRAND TOTAL: $ | $165.39 |
| LESS CASH ADVANCE: $ | |
| AMOUNT DUE TO TRAVELER: $ | $165.39 |

$340.00 Canadian Dollars = $341.16 U.S. Dollars

TRAVELER'S SIGNATURE: _____     DATE: 4/6/12

**Clevenger, Douglas**                                    3462.0001

| | |
|---|---|
| **From:** | Saveri, Joseph R. |
| **Sent:** | Monday, March 05, 2012 11:04 AM |
| **To:** | Clevenger, Douglas |
| **Subject:** | FW: Langham Huntington Business Center Receipt |

Bill this to HTCC

-----Original Message-----
From: noreply@elevenwireless.com [mailto:noreply@elevenwireless.com]
Sent: Friday, March 02, 2012 7:00 AM
To: Saveri, Joseph R.
Subject: Langham Huntington Business Center Receipt

Langham Huntington Business Center Receipt

Thank you for your purchase. Please keep this receipt for your records.

Computer Usage:  $7.50 (15 minutes at $7.50 per 15 minutes)
B&W Printing:    $15.00 (15 pages at $1.00 per page)
-----------------------
Total Payment:   $22.50

Payment Method:  Bill to Room
Payment Date:    3/2/2012 6:56:20 AM PTZ

Thank you for using the Business Center at Langham Huntington.

1

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
**TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM**
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

**TRAVELER:** Brandon Marshall **(Plaintiff/Client in HTCC 3462-0001)**

**DATES TRAVELED:** 10/21-22/12

**DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):**

3462-0001 - Travel to/from home in Sunnyvale to LCHB office for depo prep on 10/21 (Roundtrip mileage = 102.8)

Travel to/from Sunnyvale to LCHB office for deposition on 10/22 (Roundtrip mileage = 102.8)

On 10/22- His wife drove their car home to Sunnyvale in the morning. Brandon took taxi and CalTrain to get home that evening after his depo.

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

**TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)**

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| 10/21/12 | Le Meridian- Fees for Hotel Parking and Phone/Internet usage | 74.51 | 3462-0001 |
| 10/22/12 | Royal Taxi - 10/22 - B. Mashall -Taxi from LCHB to CalTrain | 12.00 | 3462-0001 |
| 10/22/12 | CalTrain - 10/22 B. Marshall- Return trip home to Sunnyvale | 7.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | TOTAL: $ | 93.51 |
|---|---|---|

**MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)**

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| 10/22/12 | Pooch Hotel-10/21 Dog boarding - For overnight stay in SF | 37.50 | 3462-0001 |
| 10/22/12 | SF Soup 10/22 - Meal before deposition | 8.20 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | TOTAL: $ | 8.20  $45-70 |
|---|---|---|

**MILEAGE**   10/21/12 - Trip to/from LCHB - 102.8 Miles
10/22/12 - Trip to/from LCHB - 102.8 Miles

MILES: 205.6
RATE/MILE: $0.555

| TOTAL | $114.11 |
|---|---|

**GRAND TOTAL: $** $215.82
**LESS CASH ADVANCE: $**

**AMOUNT DUE TO TRAVELER: $** $215.82   $253.32

**ATTORNEY'S APPROVAL SIGNATURE:** *Brendan Sll* DATE: 14/30/2012

TRAVEL
3462-0001      H   $74.51
              T   $19.00
              Misc $37.50
              M   $8.20
              T   $114.11
              $95 1624 ✕ 200093

1063889.1

LE MERIDIEN
SAN FRANCISCO
333 BATTERY ST, SAN FRANCISCO, CA 94111-3230 US
T +1 415-296-2900
F +1 415-296-2901
lemeridien.com



| GUEST / CLIENT | | TRAVEL AGENT / CHARGE TO |
| --- | --- | --- |
| | | AGENT DE VOYAGE / DEBITER A |

Brandon Marshal
Setcccr
275 Battery St
San Francisc, CA 94111

ROOM / CHAMBRE 1020
RATE / TARIF 0.00
# PERS. / Nº PERS. 1
FOLIO / DOSSIER 592347       EX-A
PAGE 1
ARRIVE / ARRIVEE 21-OCT-12  22:52
DEPART / DEPART 22-OCT-12  13:00
PAYMENT / PAIEMENT VI

| DATE | REFERENCE / REFERENCE | DESCRIPTION | CHARGES / CREDITS | DEBIT / CREDIT |
| --- | --- | --- | --- | --- |
| 21-OCT-12 | 23-400 | Parking Valet - Overnight | | 54.00 |
| 21-OCT-12 | 23-400 | City Tax | | 7.56 |
| 21-OCT-12 | G381 | High Speed Internet In Room | | 12.95 |
| 22-OCT-12 | VI | Visa | 74.51- | |
| | | Balance Due | 0.00 | |

For your convenience, we have prepared this zero-balance folio indicating a
$0 balance on your account. Please be advised that any charges not reflected
on this folio will be charged to the credit card on file with the hotel.
While this folio reflects a $0 balance, your credit card may not be charged
until after your departure.  You are ultimately responsible for paying all of
your folio charges in full.

EXPENSE REPORT SUMMARY

| Date | Service | Room | Tax | Outlets | Telephone | Parking | Misc |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 21-OCT-12 | 0.00 | 0.00 | 0.00 | 0.00 | 12.95 | 61.56 | 0.00 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 12.95 | 61.56 | 0.00 |

| Date | RS Food | RS Bev | PG Food | PG Bev | Food Tax | Tips | 333 Bev |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 21-OCT-12 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Total | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

| Date | RS Deliv | 333 Food | Other | Total | Payment |
| --- | --- | --- | --- | --- | --- |
| 21-OCT-12 | 0.00 | 0.00 | 0.00 | 74.51 | 0.00 |
| Total | 0.00 | 0.00 | 0.00 | 74.51 | 0.00 |

Thank you for choosing Starwood Hotels. We look forward to welcoming you back soon!

As a Starwood Preferred Guest, you could have earned 108
Starpoints for this visit. Please provide your member number
or enroll today.

I agree that I am personally liable for the payment of this account if the
person, company or association party billed fails to pay part or all of these charges
I assume l'entière responsabilité du paiement du présent compte si l'entreprise
ou un autre tiers ne paie pas une partie ou la totalité des frais.

BY / PAR Brandon Marshal        ROOM        DEPART        AGENT
FOLIO   592347       21-OCT-12       1020

SIGNATURE _____

# Credit Card Receipt

4************669

$7.00

22 OCT 12

6:25 pm

TVM: 050

1210221825 jpb050 270663 $7.00

RIDE RECEIPT
- ROYAL TAXI -
CAB #     0921
D-ID #  D****828
TRIP #    4067
DATE    10/22/12
RATE USED:        1
PASSENGERS:       1
START END  MILES
18:16 18:24  1.5
FARE: $    9.00
EXTRA: $    0.00
TOLLS: $    0.00
TIP: $     3.00
TOTAL: $   12.00

CARD #:        3669
AP #:       118189
CC CARD RECEIPT

CITYWIDEDISPATCH
WEBCABBY.COM
(415) 920-0700
HAPPY CABBING!

# HIGH TECH COLD CALLING 3462 - 0001

```
            MON OCTOBER 22,2012
          CHECK #493063-1

     1 Fruit Cup          $3.50
     1 Coffee LG          $1.69
     1 Parfait Cup        $3.01
     TOTAL              $8.20

    Thanks for eating at SF Soup!
         Have a Nice Day !

           TO - GO
    Time: 08:33    1 CUSTOMER

           Thank you!!
       Smile & Enjoy  Soup

       YOU HAVE BEEN SERVED
       BY : rosa Rodriguez


  CASH        :   $8.20
  CHANGE      :   $11.80
```

**TRAVELER:** ___(Chehr) Mark Fichtner_____

**DATES TRAVELED:** _____ October 13 - 15, 2012 _____

**DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):**

_____ Out of Pocket Expenses  - Deposition _____

RECEIVED

OCT 2 5 2012

ACCOUNTING

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| **TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)** | | | |
| 10/13/12 | Taxi - Transportation | 58.10 | 3462-0001 |
| 10/15/12 | Taxi - Transportation | 47.50 | 3462-0001 |
| 10/15/12 | Parking | 27.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL: $** | 132.60 |

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| **MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)** | | | |
| 10/13/12 | Dinner | 29.96 | 3462-0001 |
| 10/14/12 | Dinner | 19.48 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | **TOTAL: $** | 49.44 |

3462-0001   P $27.00
            T $105.60
            M $49.44

**MILEAGE**

8950-1125A# 200/07

| | |
|---|---|
| MILES: | |
| RATE/MILE: $0.555 | |
| **TOTAL** | $0.00 |

**GRAND TOTAL: $**     $182.04
**LESS CASH ADVANCE: $**

**AMOUNT DUE TO TRAVELER: $**     $182.04

**TRAVELER'S SIGNATURE:** _Anne Bthuver_

**DATE:** _____
10/24/12

1063187_1.XLS

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

TODAY'S DATE:        2/10/2012

CARD HOLDER:        Joseph Saveri

CREDIT CARD NUMBER 3782 980760 18146

DATE OF STATEMENT:  1/1/2012



| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 12/5/2011 | Le Meridien | JRS, co-counsel meeting 12/4/11 | M | 3462-0001 | 40.18 |

8068/# 195929

PD 68095-00-0208

INVOICE
JRS0112AMEX

CHECK
JRS0112A

TRAVEL
3462-0001M $40.18

ADMIN

RECEIVED
MAR 2 0 2012
ACCOUNTING

| | STATEMENT TOTAL | 1,004.60 |
|--|--|--|

ATTORNEY SIGNATURE:          DATE: 3/19/12

CODES:   A = Air/Train Fares and Fees
         H = Hotel
         M = Meals
         T = Transportation (Tolls, Taxi, etc)
         P = Parking
         W = Internet Access



STATEMENT OF RECONCILIATION

| | | | | | |
|---|---|---|---|---|---|
| **TODAY'S DATE:** | 24-Oct-12 | | | | |
| **CARD HOLDER:** | Anne Shaver | | | | |
| **CREDIT CARD NUMBER** | | | | | |
| **DATE OF STATEMENT:** | 6/1/2012 | | | | |

RECEIVED
OCT 2 5 2012
ACCOUNTING

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| | | AS, AMC | | | |
| | | Trans... | | | |
| | | ...Registration | | | |
| 5/26/2012 | GrubHub | | | | |
| 5/26/2012 | GrubHub | AS, S. London - worked late | M | 3462-0001 | 34.74 |

| | | | | STATEMENT TOTAL | 1,505.04 |
|---|---|---|---|---|---|

**ATTORNEY SIGNATURE:** *Anne B Shaver*     **DATE:** 10/24/12

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

1047191_1.XLS

Shaver, Anne B.
Thursday, May 24, 2012 8:19 PM
Perkins, LaShonie
**Subject:**    FW: GrubHub.com Receipt for Order #16125701

Hi Lashonie,

Below is a receipt for a working late dinner, and the two billing numbers to split 50/50. Thanks.


3462-0001

Thanks!

Anne Shaver
ashaver@lchb.com

**From:** order@grubhub.com [mailto:order@grubhub.com]
**Sent:** Thursday, May 24, 2012 6:38 PM
**To:** Shaver, Anne B.
**Subject:** GrubHub.com Receipt for Order #16125701





# Thank You!

You're on the way to a successful meal. If you have any questions about your order, our customer service team is around to help 24/7. Call 877-585-7878.

**Visit GrubHub**

**Order #16125701**
Placed on May 24, 2012
**UPDATED!** Estimated delivery time is 7:36 PM

## Indian Oven

| Item | Price |
|------|-------|
| 2 Naan | $ 4.00 |
| 1 basmati rice | $ 2.95 |

1

| | |
|---|---|
| ... Tikka Masala | $ 12.95 |
| 1 Chicken Madras | $ 12.95 |
| 1 Dal Saag | $ 12.95 |
| 1 Chana Masala | $ 9.95 |
| Subtotal | $ 55.75 |
| Tax | $ 4.74 |
| Delivery Charge | $ 0.00 |
| Tip | $ 9.00 |
| **Total** | **$ 69.49** |

**Deliver to**
Anne Shaver
275 Battery St
29th Floor
San Francisco, CA

**Special Instructions**
Medium spicy

Do not include extra plasticware or napkins with my order to help reduce waste.

**Paid with**
Credit Card                              **$69.49**

If we could be any car, we'd probably be a Camaro. With flames painted on the sides. And an ejector seat.

Mobile          Twitter          Facebook          **Daily Grub**

## Lisa Cisneros
## Cash Reimbursement

Date: December 6, 2012

| DATE | EXPLANATION | COST | CASE | RECEIPT |
|------|-------------|------|------|---------|
| 10/26/12 | Taxicab | 21.50 | 3462-001 | Yes |
|  |  |  |  |  |
| 10/30/12 | Taxicab |  | ~~0001~~ | ~~Yes~~ |
| 11/7/12 | Taxicab | 22.00 | 3462-0001 | Yes |
|  |  |  |  |  |
|  |  | 21.00 |  |  |
|  |  |  |  |  |

Total: **$142.15**

_____       _____
12/6/12                       *f.f.*

Date                          LISA CISNEROS



TRAVEL
3462-0001   T   $43 50



ADMIN

8980 - 1622 # 201384

```
       cerricisco
    415-401 3900

   10/26/12 21:33
   Trx: 791441
   Card: VISA 6247
   Aprv: 094-
   Amount: $21.50
   Vehicle: 0152
   Driver: 4780
```

LISA CISNERO

3462-0001



11/28/2012          8:51:47 PM

Card Type:          Visa

TOTAL AMOUNT DUE

Tip

TOTAL

Approval: 04600C

GUEST COPY



TRAVEL EXPENSE REIMBURSEMENT REQUEST FORM

PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: Brendan P. Glackin

DATES TRAVELED: VARIOUS

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

Various Visa/Cash Expenses from 8/1/12 - 10/29/12

Mileage: 89.8 Miles - 3462-0001 Drive to/from Menlo Park for Danielle Lambert Depo on 10/9/12

RECEIVED

DEC 07 2012

ACCOUNTING

PLEASE LIST ALL RECEIPTS SEPARATELY:

### TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| 10/01/12 | Yellow Cab - Taxi from BART to car | 20.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL: $** | **30.00** | |

### MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| 08/01/12 | Sai's Vietnamese - Working lunch w. Joe Saveri | 32.50 | 3462-0001 |
| 12/01/12 | Rubio's - Meal while working weekend | 10.05 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL: $** | **42.55** | |

**MILEAGE**

MILES: 89.8
RATE/MILE: $0.555
**TOTAL** | **$49.84**

**GRAND TOTAL: $** | $122.39
**LESS CASH ADVANCE: $** |

**AMOUNT DUE TO TRAVELER: $** | $122.39

TRAVELER'S SIGNATURE: _Brendan_

TRAVEL
3462-0001 M 4⁴82.55
T 420.00
T 942.84
ADMIN

1124 /# 20306
DATE: 12/6/2012

# HIGH TECH COLD CALLING 3462 - 0001

3462-0001

**SAI'S VIETNAMESE RES**
505 WASHINGTON ST
SAN FRANCISCO, CA 941

TERMINAL I.D.:                SI6?
MERCHANT # :

08/01/12        1:08 PM

VISA
***********7784
SWIPED

SALE
BATCH: 000770
INV:000059

AUTH: 079320

BASE            $32.50

TIP          $....................

TOTAL        $....................

TIP GUIDE
10% = $3.25  15% = $4.87  20% = $6.50

Working lunch
BRENDAN GLACKIN  w/ JRS

CUSTOMER COPY

---

Fare $ *20  3462    Cash
From ___ BART
To ___ Cav
Date __ 10/1/2012
Cab No. _____
Driver _____

3462

**Guest: BRENDON**

\*\*\*\*\*\*\*\*\*\*\*\* Take Out \*\*\*\*\*\*\*\*\*\*\*\*

**Rubio's**
4 Embarcadero St. Level
San Francisco, CA 94111
Tel:(415) 986-9001

| | | |
|---|---|---|
| 1 | STEAK ESP-B | 7.29 |
| 1 | Open Coupon $ | -1.00 |

Sub. Total:           6.29
SFHC 3% Surcharge:    0.19
Sales Tax:            0.55
Total:               7.03
Discount Total:      -1.00

CASH                -10.05
Change               -3.02

SFHC Charge: 3% surcharge is added to
defray mandated San Francisco
health care coverage costs.
www.SFgov.org/olse/hcso

Cashier: Tam           Register:3
12/1/2012 11:08:38 AM   ORDER# 712318

Let us cater your next party or meeting
See Manager for details

THANK YOU!

...vin, Mary

| | |
|---|---|
| **From:** | Glackin, Brendan P. |
| **Sent:** | Wednesday, October 03, 2012 12:02 PM |
| **To:** | Baldwin, Mary |
| **Subject:** | Mileage yesterday (3462) |

*Danielle Lambert Depo*

89.8 miles roundtrip.

**Lieff
Cabraser
Heimann&
Bernstein**
Attorneys at Law **40**
1972-2012

**Brendan P. Glackin**
bglackin@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

1

## LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
### TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

*(handwritten)* TRAVEL
3462-0001 T $53.73
ADMIN

**TRAVELER:** Anne Shaver

**DATES TRAVELED:** October 2, 2012 & October 5, 2012

**DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):**

Traveled to and from attorney retreat in Napa, CA (Silverado Resort (1600 Atlas Peak Road, Napa, CA

*(handwritten)* 1747/4 201390

PLEASE LIST ALL RECEIPTS SEPARATELY:

**TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)**

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 10/02/12 | Bridge Toll | 6.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL: $** 12.00

**MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)**

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL: $** 0.00

**MILEAGE**

10/2/12 Mileage to and from residence (865 54th Street, Oakland, CA to Omelveny Myers Law Firm, 2765 Sand Hill Road, Menlo Park, CA) CA, 94025
86 miles - $47.73    3462-0001

10/5 - 10/7/12 Mileage to and f...

| | 175 |
|--|--|
| RATE/MILE: | $0.555 |
| **TOTAL** | **$97.13** |

**GRAND TOTAL: $** $109.13
**LESS CASH ADVANCE: $**

**AMOUNT DUE TO TRAVELER: $** $109.13

**TRAVELER'S SIGNATURE:** *(signature)*    **DATE:** 11/13/12

1064254_1.XLS

LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP

TRAVEL EXPENSE REIMBURSEMENT REQUEST FORM

PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

**TRAVELER:** Siddharth Hariharan (Client)

**DATES TRAVELED:** 10/10-13/12

**DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):**

3462-0001 - Traveled to/from SF for his deposition. Reimbursement for cab fare to/from SFO airport.

RECEIVED

NOV 26 2012

ACCOUNTING

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| **DATE** | **VENDOR/DESCRIPTION** | **AMOUNT** | **CASE** |
| 10/10/12 | Sang N Ta (Yellow Cab) - 10/10 Taxi from SFO to Hyatt | 58.00 | 3462-0001 |
| 10/13/12 | Yellow Card - 10/13 Taxi from Hyatt to SFO | 55.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL: $** 113.00

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| **DATE** | **VENDOR/DESCRIPTION** | **AMOUNT** | **CASE** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

**TOTAL: $** 0.00

MILEAGE

MILES:
RATE/MILE: $0.555

**TOTAL** $0.00

**GRAND TOTAL: $** $113.00
**LESS CASH ADVANCE: $**

**AMOUNT DUE TO TRAVELER: $** $113.00

**ATTORNEY'S SIGNATURE:** _____ **DATE:** 11/20/12

3462-0001
TRAVEL

9768-18: A# 200698

1067938.1

3462 - D. Harvey

3462-009
4361 PM 20 15 75

**Palio Paninoteca**
505 MOMERY ST. SF, 94111
4   362-6900

**Lieff   1602**
**275**
**Battery**
**#_____**

Non
ATTN_____
9561000

JANUARY  7,2013
**CHECK #1475203-1**

| 6 Asst. Pastries | $14.10 |
| 6 fruit Salad | $22.50 |
| 1 Delivery Charge | $10.00 |
| **TOTAL** | **$46.60** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 09:36
TIP_____
TTL_____
SIGNED_____

**ORDER #115**

D. N. HTTCC
3462-0001

**Palio Paninoteca**
505 MONTGOMERY ST. SF, 94111
**415-362-6900**

Lieff   1602
275
Battery
#_____

Near _____
ATTN
**9561000**

3462-0001
4301/# 205154

FRI MAY 10,2013
CHECK #1510369-1

| | | |
|---|---|---|
| 4 Pasta Salad | | $19.80 |
| 5 SPINACI | | $24.75 |
| 9 Asst Sandwich | | $73.80 |
| 9 Assorted Cookies | | $18.00 |
| 1 Delivery Charge | | $10.00 |

**TOTAL      $146.35**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:00
TIP_____
TTL_____
SIGNED_____

**DELIVERY #108**

CASH      :   $146.35

TRAVEL
3462-0001
4361 # 205607

BPG
HTCC
3462-001

## Palio Paninoteca
505 MONTGOMERY ST. SF, 94111
**415-362-6900**

### Lieff   1602
### 275
### Battery
#_____

Near _____
ATTN _____
9561000

THU JUNE 6,2013
**CHECK #1517027-1**

6 Asst. Pastries      $14.10
6 Fruit Salad         $22.50
1 Delivery Charge     $10.00
6 ODWALLA             $17.10
**TOTAL        $63.70**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 05:30
TIP_____
TTL_____
SIGNED_____

## DELIVERY #104

CASH      :    $63.70

TRAVEL
4361 /# 205606

kmo
3462-0001

**Palio Paninoteca**
505 MONTGOMERY ST. SF, 94111
**415-362-6900**

**Lieff   1602**
275
**Battery**
#_____
Near _____
**ATTN** _____
9561000

THU JUNE 6,2013
**CHECK #1517044 5**
**DUPLICATE**

LUNCH
| | | |
|---|---|---|
| 4 Fruit Salad | $15.00 |
| 1 Asst Sandwich | $8.00 |
| AFTER NOON | |
| 3 Pasta Salad | $14 |
| 3 SML.CESARE | $14.85 |
| 4 Asst Sandwich | $32.80 |
| 4 Assorted Cookies | $8.00 |
| 1 Delivery Charge | $10.00 |
| **TOTAL** | **$103.70** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 08:46
**TIP** _____
**TTL** _____
**SIGNED** _____

**DELIVERY #112**

CASH        :   $103.70

TRAVEL
4361 /# 205609

BPG
HTCC

**Lieff   1602**
275
**Battery** 3462-0001
#_____
Near _____
**ATTN** _____
9561000

THU JUNE 6,2013
**CHECK #1517045-1**

| | | |
|---|---|---|
| 3 SML.CESARE | $14.85 |
| 3 Fruit Salad | $11.25 |
| 6 Asst Sandwich | |
| 6 Assorted Cookies | $12.00 |
| **TOTAL** | **$87.30** |

Time: 0
**TIP** _____
**TTL** _____
**SIGNED** _____

I                    113

CA              $87.30

KMD HTCC 3462-0001

TRAVEL
3462-0001
4361/# 206276

**Palio Paninoteca**
505 MONTGOMERY ST. SF, 94111
**415-362-6900**

Lieff   1602
275
Battery
#_____
Near _____
ATTN_____
9561000

RECEIVED
JUL 03 2013
ACCOUNTING

WED JULY 3,2013
**CHECK #1523881-1**

| | | |
|---|---|---|
| 7 Pasta Salad | $34.65 |
| 7 MEDITERRANEA | $34.65 |
| 15 Asst Sandwich | $123.00 |
| 15 Assorted Cookies | $30.00 |
| 1 Delivery Charge | $10.00 |

**TOTAL      $232.30**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 07:00
**TIP**_____
**TTL**_____
**SIGNED**_____

**DELIVERY #103**

CASH          $232.30

3462-0601

3462-0001
TRAVEL
4361/# 206 283

## Palio Paninoteca
505 MONTGOMERY ST. SF, 94111
## 415-362-6900

## Lieff   1602
275
Battery
#_____

Near _____

ATTN_____

## 9561000

FRI JULY 5,2013
## CHECK #1524238-1

| | | |
|---|---|---|
| 8 Pasta Salad | | $39.60 |
| 7 SETTIMANA | | $34.65 |
| 15 Asst Sandwich | | $123.00 |
| 15 Assorted Cookies | | $30.00 |

## TOTAL   $227.25

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 12:13

TIP_____
TTL_____
SIGNED_____

## ORDER #104



RECEIVED
JUL 05

4361/# 207159

KMD
34U2-000/

**Palio Paninoteca**
505 MONTGOMERY ST. SF, 94111
115-362-6900

Lieff   1602
275
Battery
#_____
Near _____
ATTN_____
9561000

THU AUGUST 8,2013
**CHECK #1532678-2**
**DUPLICATE**

| | |
|---|---|
| 6 Fruit Salad | $22.50 |
| 6 Asst Sandwich | $49.20 |
| 6 Assorted Cookies | $12.00 |
| 1 Delivery Charge | $10.00 |
| **TOTAL** | **$93.70** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 08.56
TIP_____
TTL_____
SIGNED_____

**DELIVERY #107**

KMD.3402-
0001

Palio Paninoteca
505 MONTGOMERY ST. SF, 94111
415-362-6900

4360/# 207157

Lieff    1602
27
Bat   ry
#

Near
ATTN
9561000

WED JUNE 5,2013
CHECK #1516663-1

Pasta Salad           $14.85
SPINACI               $14.85
ssst Sandwich         $32.80
sorted Cookies         $9.90

RECEIVED
JUN 0 6 2013
ACCOUNTING

TIP
TTL
SIGNED

DELIVERY #112

CASH        :    $80.50

BPG - HTCC/3462 0001

TRAVEL
3462-0001
4360 /# 207156

**Palio Pan** oiaca
505 MONTGOMERY : , 11
**4:15-362** N

**Lieff** 1602
**275**
**Battery**
**#** _____

Neal
A  N
9561000

MON JUNE 13,2013
**CHECK #1517892-1**

| | | |
|---|---|---|
| 4 Pasta Salad | $19.80 |
| 4 SML CESAL F | $19.80 |
| 8 Asst S. wich | $65.60 |
| 8 Assorted Cookies | $16.00 |
| 1 Delivery Charge | $10.00 |
| **TOTAL** | **$131.20** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 10:24

TIP ......................
TTL ......................
SIGNED................

**ORDER #121**

RECEIVED
JUN 1 0 2013
ACCOUNTING

D. Harvey HTCC/3462-0001

**Palio Paninoteca**
505 MONTGOMERY ST. SF, 94111
**415-362-6900**

Lieff    1602
275
Battery
#_____

Near _____
**ATTN**_____
**9561000**

TRAVEL, 3462-0001
4361/# 209689

THU NOVEMBER 14,2013
**CHECK #1558306-1**

| | | |
|---|---|---|
| 4 SML.CESARE | | $19.80 |
| 4 Asst Sandwich | | $32.80 |
| 4 Assorted Cookies | | $8.00 |
| 1 Delivery Charge | | $10.00 |
| **TOTAL** | | **$70.60** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 09:20

**TIP**_____
**TTL**_____
**SIGNED**_____

**ORDER #115**

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS

TRAVELER: _MAJOR MUGRAGE_

DATES TRAVELED: _4/5 - 4/6 2014_

DESCRIPTION  (INCLUDING DESTINATION AND REASON FOR TRAVEL):____

___Mock Trial in Sunnyvale___

___+ Scout St Hotels___

PLEASE LIST ALL RECEIPTS SEPARATELY:

TRANSPORTATION (INCLUDING AIRFARE, TRAIN FARE, CAB FARE,  TOLLS, ETC.)

DAY 1

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 4/5/2014 | Oakland Taxi | 193.00 | 3462-0001 |
| 4/5/2014 | FastPASS/Clipper | 11.25 | 3462-0001 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TOTAL:$ _204.25_

MEALS AND OTHER EXPENSES (INCLUDING HOTEL, TIPS, COPIES, SUPPLIES, PHONE CHARGES, ETC,)

DAY 2

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 4/6/2014 | Ginza Cafe | 27.30 | 3462-0001 |
| 4/6/2014 | Jambon Jude | 5.84 | 3462-0001 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

TOTAL:$ _33.14_

TRAVEL
3462-001
Transp - 261.93
Meal - 33.14

8950·424 / 214113

MILEAGE
Day 2 _103_ MILES @ $0.~~55~~.56/MILE = $ _~~56.65~~ 57.68_

GRAND TOTAL:$ _294.04_
LESS CASH ADVANCE:$ _____
AMOUNT DUE TRAVELER:$ _294.04_

(295.07)

TRAVELER'S SIGNATURE: _Major Mugrage_ DATE: _4/16/2014_

4677 18th ST.
SF, CA 94114

Jamba Juice
100 Mero Centre #B
Foster City, CA 94404
650-571-6200

| | |
|---|---|
| Host: Jenna | 04/06/2014 |
| MAJOR | 2:22 PM |
| REPRINT# 1 | 10129 |

| | |
|---|---|
| 1 Apple 'n Greens | 5.59 |
| Extra Boost Soy Protein | 0.25 |
| | |
| Subtotal | 5.84 |
| Tax | 0.00 |
| | |
| To Go Total | 5.84 |
| | |
| VISA | 5.84 |
| Auth:04716C | |

SIGNATURE :_____

Jamba Juice
Inspire and Simplify
Healthy Living
- -
Jamba.com

--- Check Closed ---

GINGER CA ...
398 W. EL CAMINO
SUNNYVALE, CA 94

| | |
|---|---|
| 04/06/2014 | |
| Merchant ID | |
| | |
| 3541849168C | |

CREDIT CARD

VISA SALE

| | |
|---|---|
| CARD # | XXXXXXX640... |
| INVOICE | 0001 |
| Batch #: | 00097 |
| SERVER | 8496 |
| Approval Code: | 08222C |
| Entry Method: | Swiped |
| Mode: | Online |

PRE-TIP AMT                    $22.30

TIP                                  5

TOTAL AMOUNT            2730

Gratuity Guidelines
15% = $3.34   18% = $4.01   20% = $4.46

CUSTOMER COPY

214113

RIDE

Receipt
4/5/2014 9:45 AM

et          Oakland TaxiPay

#          0076

cher #      S1W2WC

d Number 4***********46402

e                        $193.00

al                       $193.00

Signature

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS

TRAVELER: Terence Desouza

DATES TRAVELED: 1/9/2014

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):_____

Food expense due to late night filing

PLEASE LIST ALL RECEIPTS SEPARATELY:

TRANSPORTATION (INCLUDING AIRFARE, TRAIN FARE, CAB FARE, TOLLS, ETC.)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL:$_____

MEALS AND OTHER EXPENSES (INCLUDING HOTEL, TIPS, COPIES, SUPPLIES, PHONE CHARGES, ETC,)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 1/9/2014 | Subway | $5.44 | 3462-1 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL:$ 5.44

MILEAGE

_____ MILES @ $0.55/MILE = $_____

GRAND TOTAL:$ 5.44
LESS CASH ADVANCE:$_____
AMOUNT DUE TRAVELER:$ 5.44 ✓

TRAVELER'S SIGNATURE_____ DATE: 1/13/2014

TRAVEL
3462-0001
8950-1734/211241

```
              SALE RECEIPT
                  tkc 01/09/14 17:45:0.
Store #26855
Subway Sandwiches & Salads


Tra  :60 Clerk 1    Owner
Dwr1 TRDT 010914 Reg-ID PFG MAIN
                    Receipt # 000001,749
                    PRICE MEMO  PLU
      ITEM --- QTY  TD$  5.00$5Ftlng18263
C  :rift  fr  1  TD$
                     -------
         SUBTOTAL $    5.00
         Sales Tx $    0.44

      TAKE OUT **TOTAL $   5.44
      Cash   AMT TEND $    5.50
                     -------
         CHANGE DUE$    0.06

nttp://www.sub
```

**CABRASER, HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS .

Terence Desouza

TRAVELED: n/a

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):_____

Meal Reimburserent, working on HTCC.
_____
_____

PLEASE LIST ALL RECEIPTS SEPARATELY:

TRANSPORTATION (INCLUDING AIRFARE, TRAIN FARE, CAB FARE, TOLLS, ETC.)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL:$_____

MEALS AND OTHER EXPENSES (INCLUDING HOTEL, TIPS, COPIES, SUPPLIES, PHONE CHARGES, ETC,)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 4/6/2014 | Subway | 5.27 | 3462-1 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL:$ 5.27

TRAVEL
3462-0001
Meal - 5.27
8950-1734
2138

MILEAGE
_____ MILES @ $0.55/MILE = $_____

GRAND TOTAL:$ 5.27
LESS CASH ADVANCE:$ n/a
AMOUNT DUE TRAVELER:$ 5.27 ✓

TRAVELER'S SIGNATURE_____ DATE: 4/7/2014

```
                  SALE RECEIPT
Store #26855        tkc 04/06/14 13:01:21
Subway Sandwiches & Salads


Trans# 13 Clerk 1   Owner
Dwr1 TRDT 040614 Reg-ID REG-MAIN
                  Receipt # 0000023499
--- ITEM --- QTY      PRICE MEMO  PLU
BufloCkn 6r 1 T $      4.85        28950
                      --------
            SUBTOTAL $  4.85
            Sales ix $  0.42
                      --------
TAKE-OUT **TOTAL $      5.27
Cash    AMT TEND $      5.30
                      --------
        CHANGE DUE$     0.03
http://www.subway.com for more info
```

213828

CREDIT CARD RECONCILIATION

TODAY'S DATE:                    26-Sep-14

CARD HOLDER:        Lisa Cisneros

CREDIT CARD NUMBER ▇▇▇▇▇▇▇▇

DATE OF STATEMENT:              6/1/2014

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| | | | | | |
| 5/22/2014 | uber | transportattion | T | 3462-001 | 21.70 |
| | | | | | |
| | | | | | |

| | | | | | STATEMENT TOTAL | 1,313.91 |
|--|--|--|--|--|--|--|

ATTORNEY SIGNATURE: _____WJC-_____     DATE: _1/16/15_

no longer at firm

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

STATEMENT RECONCILIATION

16-Jan-15

...DER:        Lisa Cisneros

...NT CARD NUMBER: ███████

DATE OF STATEMENT:          9/1/2014

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 8/26/2014 | Uber | Transportation | T | 3462-0001 | 22.36 |

*(handwritten)*
8068/# 221831
PD 68055-00-1579

INVOICE
   LJC 0914ANNEX

CHECK
   LJC0914A

*(handwritten)* TRAVEL

*(handwritten)* 3462-0001  $ 22.36

| | STATEMENT TOTAL | 103.39 |
|---|---|---|

ATTORNEY SIGNATURE: _____LJC - no longer_____  DATE: _1/16/15_
                              at firm

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

STATEMENT RECONCILIATION

DATE:                          23-Jul-14

CARD HOLDER:          Lisa Cisneros

CREDIT CARD NUMBER

DATE OF STATEMENT:          5/2/2014

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 4/3/2014 | Pizza Orgasmica | Meal | M | 3462-001 | 11.06 |
| 4/3/2014 | Uber | Transporation | T | 3462-001 | 22.36 |
| 4/4/2014 | Uber | Transporation | T | 3462-001 | 23.02 |
| 4/6/2014 | Uber | Transporation | T | 3462-001 | 23.68 |
| 4/7/2014 | Osha Thai | Meal with paralegals | M | 3462-0001 | 35.31 |
| 4/7/2014 | Uber | Transporation | T | 3462-0001 | 24.34 |
| 4/8/2014 | Pizza Orgasmica | Meal | M | 3462-0001 | 6.82 |
| 4/8/2014 | Starbucks | beverage | M | 3462-001 | 1.95 |
| 4/8/2014 | Uber | Transporation | T | 3462-001 | 21.70 |
| 4/9/2014 | Uber | Transporation | T | 3462-001 | 25.66 |
| 4/24/2014 | Uber | Transporation | T | 3462-001 | 23.68 |

| | | | | STATEMENT TOTAL | 298.94 |

ATTORNEY SIGNATURE: _Lisa Cisneros_   DATE: 7/23/14

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

|         |                                      |
|---------|--------------------------------------|
| From:   | Cisneros, Lisa J.                    |
| Sent:   | Wednesday, April 02, 2014 12:44 AM   |
| To:     | Ffrench, Fedricka                    |
| Subject:| Fwd: Your Tuesday evening ride with Uber |

3462-0001. Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <receipts.san.francisco@uber.com>
> **Date:** April 1, 2014, 11:55:47 PM PDT
> **To:** <lcisneros@lchb.com>
> **Subject: Your Tuesday evening ride with Uber**

UBER                                                    APRIL 1, 2014

# $22.36

FARE BREAKDOWN

Meter Fare

Gratuity to Driver (20%)

Uber Booking Fee

**Subtotal**



○ 11:44pm
   301 Battery Street, San Francisco, CA

CHARGED
Personal •••• 1552

○ 11:54pm
   119 Ellert Street, San Francisco, CA

| CAR  | MILES | TRIP TIME |
|------|-------|-----------|
| TAXI | 4.69  | 00:10:47  |

1

french, Fedricka

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Thursday, April 03, 2014 2:24 AM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | Fwd: Your Wednesday evening ride with Uber |

3462-0001. Thanks.

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <receipts.san.francisco@uber.com>
> **Date:** April 3, 2014, 2:23:27 AM PDT
> **To:** <lcisneros@lchb.com>
> **Subject: Your Wednesday evening ride with Uber**

U B E R                                                           APRIL 3, 2014

# $23.02



| | | |
|---|---|---|
| **FARE BREAKDOWN** | | |
| Meter Fare | | |
| Gratuity to Driver (20%) | | |
| Uber Booking Fee | | |
| **Subtotal** | | |

02:11am
301 Battery Street, San Francisco, CA

02:22am
144 Ellert Street, San Francisco, CA

CHARGED
Personal •••• 1552

| CAR | MILES | TRIP TIME |
|---|---|---|
| TAXI | 5.17 | 00:10:53 |

1

Fedricka

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Saturday, April 05, 2014 2:07 AM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | Fwd: Your Friday evening ride with Uber |

3462-0001. Thx!

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <receipts.san.francisco@uber.com>
> **Date:** April 5, 2014, 1:29:58 AM PDT
> **To:** <lcisneros@lchb.com>
> **Subject: Your Friday evening ride with Uber**

APRIL 5 2014

# $23.68

Thank for riding



**FARE BREAKDOWN**

Meter Fare

Gratuity to Driver (20%)

Uber Booking Fee

**Subtotal**

CHARGED
Personal •••• 1552

01:17am
301 Battery Street, San Francisco, CA

01:29am
124 Ellert Street, San Francisco, CA

| CAR | MILES | TRIP TIME |
|---|---|---|
| TAXI | 4.99 | 00:11:44 |

1

3462-0001  LJC
TD

Osha Thai Restaurant and Bar
4 Embarcadero, Street Level
San Francisco, CA 94111      Jessica
ph 415-788-6742              Giordano

Thank You for Visiting
-----------------------------------
TABLE: [ TOGO L.] #71 - 1 Guest
Your Server was [ TOGO L.]
4/6/2014 2:18:08 PM - ID #: 0812164
-----------------------------------

|              | Sales Tax    | $2.71   |
|              | Subtotal     | $31.10  |
-----------------------------------
|              | Grand Total  | $33.81  |
|              | Amount Due:  | $33.81  |

Credit Purchase
Name         :CISNEROS/LJ
CC Type      :Amex
CC Num       :xxxx xxxx xxxx 1552
Reference    :AU|327016
Approval     :593017
Server       :[ TOGO L.]
Ticket Name  :[ TOGO L.] #71

       Paym...              $33.81

       Tip:                 1.50

       Total:               35.31

X _____
15%          20%          25%
$5.07        $6.76        $8.45
CUSTOMER COPY
I agree to pay the amount shown above.
-----------------------------------
    Osha Lounge Very Happy Hours Mon-Sat

=========                    =====

---

Pizza Orgasmica      #3
2 Embarcadero Center
San Francisco  CA 94111
Phone:415-834-9600
Fax:415-834-9666
www.pizzaorgasmica.com

Ord #692
Dine In

Empl:Kathleen K.04/07/2014        7:36 PM

1 Slice Thin 2 Topping                3.40

1 Diet Coke                           1.95

|                    | Subtotal | 5.35 |
|                    | Tax      | 0.47 |
|                    | Total    | 5.82 |
| AmEx 1552 Payment  |          | 5.82 |
|                    | Tip      | 1.00 |
|                    | Total    | 6.82 |

*** Guest Copy ***

Amount Due 5.82

3462-0001

...cka

Cisneros, Lisa J.
Monday, April 07, 2014 8:49 AM
Ffrench, Fedricka
**Subject:** Fwd: Your Sunday evening ride with Uber

3462-0001. Thx

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <receipts.san.francisco@uber.com>
> **Date:** April 7, 2014, 1:52:28 AM PDT
> **To:** <lcisneros@lchb.com>
> **Subject: Your Sunday evening ride with Uber**

APRIL 7, 2014

# $21.70



01:41am
301 Battery Street, San Francisco, CA

01:51am
125-127 Ellert Street, San Francisco, CA

| CAR | MILES | TRIP TIME |
|-----|-------|-----------|
| TAXI | 4.97 | 00:10:26 |

FARE BREAKDOWN

Meter Fare

Gratuity to Driver (20%)

Uber Booking Fee

**Subtotal**

CHARGED
Personal •••• 1552

1