# Exhibit 8
# (Part 6 of 7)

.cka

| | |
|---|---|
| ..c: | Cisneros, Lisa J. |
| **To:** | Tuesday, April 08, 2014 2:43 AM |
| | Ffrench, Fedricka |
| **Subject:** | Fwd: Your Monday evening ride with Uber |

3462-0001. Thank you.

Sent from my iPhone

Begin forwarded message:

> **From:** Uber Receipts <receipts.san.francisco@uber.com>
> **Date:** April 8, 2014, 2:39:38 AM PDT
> **To:** <lcisneros@lchb.com>
> **Subject: Your Monday evening ride with Uber**

APRIL 8, 2014

# $25.66



**FARE BREAKDOWN**

Meter Fare

Gratuity to Driver (20%)

Uber Booking Fee

**Subtotal**

CHARGED
Personal •••• 1552

02:25am
1-99 Halleck Street, San Francisco, CA

02:38am
125 Ellert Street, San Francisco, CA

| CAR | MILES | FOR TIME |
|---|---|---|
| TAXI | 5.91 | 00:13:14 |

1

STATEMENT RECONCILIATION

**'S DATE:** 27-Jun-14

**CARD HOLDER:** Lisa Cisneros

**CREDIT CARD NUMBER** ████████████

**DATE OF STATEMENT:** 4/2/2014

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| | ████████████ | ███████ | | | |
| 3/5/2014 | Uber | Transporation | T | 3462–0001 | 23.02 |
| 3/7/2014 | Uber | Transporation | T | 3462-0001 | 22.36 |
| | ███████ | ███████ | ███ | | |
| 3/19/2014 | Yellow Cab | Transporation | T | 3462-001 | 24.00 |
| | | ███████ | OC | | |
| 3/23/2014 | Uber | Transporation | T | 3462-001 | 22.36 |
| 3/26/2014 | Uber | Transporation | T | 3462-001 | 23.68 |
| | | | | **STATEMENT TOTAL** | **548.06** |

**ATTORNEY SIGNATURE:** *Lisa Cisneros*     **DATE:** 6/27/14

**CODES:** A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

edricka

**From:** Cisneros, Lisa J.
**Sent:** Tuesday, March 04, 2014 1:09 AM
**To:** Ffrench, Fedricka
**Subject:** FW: Uber Ride Receipt

Please bill to 3462-0001. Thanks:



**Lieff**
**Cabraser**
**Heimann** &
**Bernstein**

**Lisa J. Cisneros**
lcisneros@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** Uber [mailto:supportsf@uber.com]
**Sent:** Tuesday, March 04, 2014 1:03 AM
**To:** Cisneros, Lisa J.
**Subject:** Uber Ride Receipt

# UBER                                                    Receipt

**Thanks for riding Uber!**

BILLED TO

**Lisa Cisneros**

TRIP REQUEST DATE

**March 4, 2014 at 12:44am**

PICKUP LOCATION

**401-499 Commercial Street, San Francisco, CA**

DROPOFF LOCATION

**133 Ellert Street, San Francisco, CA**

PAYMENT

Personal American Express - 1552

AMOUNT CHARGED

# $23.02



DRIVER

**Shwe**

---

**Fare Breakdown**
CHARGES

**Trip Statistics**
DISTANCE

1

| | | |
|---|---|---|
| Meter Fare | $18.35 | **5.03 miles** |
| Gratuity to Driver (20%) | $3.67 | DURATION |
| **Charge subtotal** | **$22.02** | **12 minutes, 6 seconds** |
| | | AVERAGE SPEED |
| | | **24.94 mph** |

FEES

| | |
|---|---|
| Uber Booking Fee | $1.00 |
| **Service Fee subtotal** | **$1.00** |

TOTALS

| | |
|---|---|
| **Total Fare** | **$23.02** |
| **Amount Charged** | **($23.02)** |
| **Outstanding Balance** | **$0.00** |

GIVE $20.00, GET $20.00

SHARE          TWEET          EMAIL

YOUR INVITE CODE

# 8vdyk

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Lost something on this ride? <u>Retrieve it.</u>
Feedback from your trip? Reply to this receipt.

Cisneros, Lisa J.
Thursday, March 06, 2014 10:58 AM
Ffrench, Fedricka
**Subject:**   FW: Your Wednesday evening ride with Uber

**Lieff Cabraser Heimann& Bernstein**

**Lisa J. Cisneros**
lcisneros@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** Uber [mailto:supportsf@uber.com]
**Sent:** Thursday, March 06, 2014 2:00 AM
**To:** Cisneros, Lisa J.
**Subject:** Your Wednesday evening ride with Uber

MARCH 6, 2014

# $22.36



FARE BREAKDOWN

Meter Fare                                    17.3

Gratuity to Driver (20%)                       3.2

Uber Booking Fee                               1.0

**Subtotal**                                **$22.3**

1

STATEMENT RECONCILIATION

DATE:                                    24-Apr-14

CARD HOLDER:              Lisa Cisneros

CREDIT CARD NUMBER 5702 XXXXXX XXXX

DATE OF STATEMENT:              2/1/2014

RECEIVED
MAY 12 2014
ACCOUNTING

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 1/8/2014 | ▓▓▓ | ▓▓▓ | ▓ | ▓▓▓ | ▓▓▓ |
| 1/9/2014 | Peet's | Beverage | M | 3462-001 | 2.55 |
| 1/9/2014 | Pizza Orgasmica | Meal | M | 3462-001 | 4.58 |
| 1/9/2014 | Uber Technolgoies | Cab | T | 3462-0001 | 22.36 |
| 1/10/2014 | Pizza Orgasmica | Beverage | M | 3462-0001 | 3.53 |
| 1/10/2014 | Uber Technolgoies | Cab | T | 3462-0001 | 23.02 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | T | ▓▓▓ | ▓▓▓ |
| 1/12/2014 | Uber Technolgoies | Cab | T | 3462-0001 | 23.02 |
| ▓▓▓ | ▓▓▓ | ▓▓▓ | M | ▓▓▓ | ▓▓▓ |
| ▓▓▓ | ▓▓▓ | Cab | | ▓▓▓ | 27.55 |

| | | | | STATEMENT TOTAL | 282.11 |

ATTORNEY SIGNATURE: _____    DATE: 4/24/14

CODES:   A = Air/Train Fares and Fees
         H = Hotel
         M = Meals
         T = Transportation (Tolls, Taxi, etc)
         P = Parking
         W = Internet Access
         OC = Misc Charges

LJC

**Pizza Orgasmica** #3
2 Embarcadero Center
San Francisco CA 941
Phone:415-834-9600
Fax:415-834-9666
www.pizzaorgasmica.com

Ord #185
Dine

Empl:Eduardo O                    6:17 PM

_____

1 Slice Thin Gourmet            3.75

_____

                          ---------
            Subtotal          3.75
                 Tax          0.33
               Total          4.08

     AmEx 1552 Payment         4.08

3462-0001   Tip            .50

               Total       4.58

        *** Guest Copy ***

        Amount Due 4.08


LJC    3462-0001

Peet's Coffee & Tea
Two Embarcadero Center
San Francisco, CA 94111
415-869-1744

Host: sebastian          01/08/2014
LISA                        6:20 PM
                              20493

*******************          1.80
  ESPRESSO
  ADD SHOT $                  0.75

Subtotal                     2.55
Tax                          0.00

Ordered Total           2.55

AMEX #XXXXXXXXXXX1552         2.55
  Auth:584871


SIGNATURE :_____


Sign up online or in store
for Peet's Email News for
free beverage offers, local
store events, online
exclusives.
www.peets.com/email

--- Check Closed ---

~~~ch, Fedricka~~

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Saturday, January 11, 2014 12:55 AM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | Fwd: Uber Ride Receipt |
| **Attachments:** | share_email; ATT00001.htm; map_yhbufppo; ATT00002.htm; share_facebook; ATT00003.htm; amex_icon; ATT00004.htm; driver_yhbufppo; ATT00005.htm; logo; ATT00006.htm; share_twitter; ATT00007.htm |

For 3462-0001. Thx.

Sent from my iPhone

Begin forwarded message:

> **From:** "Uber" <supportsf@uber.com>
> **To:** "Cisneros, Lisa J." <lcisneros@lchb.com>
> **Subject: Uber Ride Receipt**
>
> [cid:logo]    Receipt
>
> Thanks for riding Uber!
> Billed To
> Lisa Cisneros
> Trip Request Date
> January 10, 2014 at 11:30pm
> Pickup Location
> 301 Battery Street, San Francisco, CA
> Dropoff Location
> 125-127 Ellert Street, San Francisco, CA
> Payment
> [cid:amex_icon] Personal American Express - 1552
> Amount Charged
> $23.02
>       [cid:map_yhbufppo]
> [cid:driver_yhbufppo]
> Driver
> Dung
>
>
> Fare Breakdown
> Charges
> Meter Fare      $18.35
> Gratuity to Driver (20%)      $3.67
> Charge subtotal      $22.02
> Fees
> Uber Booking Fee      $1.00
> Service Fee subtotal      $1.00

1

Totals
Total Fare      $23.02
Amount Charged  ($23.02)
Outstanding Balance    $0.00

Trip Statistics
Distance
4.96 miles
Duration
12 minutes, 55 seconds
Average Speed
23.02 mph

    Give $20.00, Get $20.00

[cid:share_facebook]
<http://email.uber.com/wf/click?upn=V7T3gCRxaCYUcgZcra9fG2HyIjnxDfjdf2Ma-2FIjNCLDlCH7dMRkSFFGp90Cnbu-2BXK5cFbMmHi6EJe8urVRbf2T-2BvPhlrpaMFnk8mzwtafvc-3D_UjeV08ToRaT-2FPaHOmU6GDoRTzreDbc7yqYiY4-2FKYjdY9bIwtEaE98gcoNIP51j8KzoEELmhcAJukWzfr9aion0ibfRB01PZxMl-2BCYKa0xlA6bpisf6Mrh8HQxZ6mRyuG9X9l0nS11uwjqDPSeoLk6Vd8GfcAHDhEZWuYsqrZxWl-2FND2R-2BV7vSw2X8GTGnkcOES7Xul4MPNkxf9eh7k3iA-3D-3D>  [cid:share_twitter]  <http://email.uber.com/wf/click?upn=zGdTI6oMWm9R1S3upgsC6JUrV-2B63GQ3U4egqqvHGkHswUfaTm0DO9c4vMki2crb7yVOBjpnEvwt9LMc3APd8PoXHVkjybFjhnKMgpWq1YzFY0K-2FEp-2FsZwpyuMQ9-2BDMEZiwji2-2B6DROurBBAJ3qKbQko1n7LkT0UDVoaoxcfLlzH8Kvp51TS3fmAgdhYYwS8hW0GANdm-2FmeXm-2Bt5V9-2FkrQqz9GAZfLdJxBfS3sw1ZbsI-3D_UjeV08ToRaT-2FPaHOmU6GDoRTzreDbc7yqYiY4-2FKYjdY9bIwtEaE98gcoNIP51j8KDGOBXgeZGp2-2BEc7Bi-2FdNYgxIhcozbarfGkJgVDl2Xh6lpZzOc4Jidd9qWz3oKSj1tCfv9-2Fe4Tfupkp1DR-2Beb3-2BASqj5HWFkfY-2F6dcpBelmFNDPeZxgu1KwLDFOc-2FRSP48zEJYFz4nyiVpvum8QQ7Yw-3D-3D>     [cid:share_email]  <mailto:?subject=Check%20out%20Uber!&body=I%20love%20Uber!%20Sign%20up%20using%20my%20promo%20code%20and%20get%20$20.00%20off%20your%20first%20ride:%20http://www.uber.com/invite/8vdyk>
share  tweet  email
    Your Invite Code
8vdyk

Uber Technologies, Inc.
182 Howard St #8
San Francisco, CA 94102      Lost something on this ride? Retrieve it.<http://email.uber.com/wf/click?upn=E5Fht-2Bzc2SrMWnjw-2Brx3-2BDcqdpWOGyGqCNkFSSazGG73o8VcGj37Zy4pZZaL058r2544wzHHmRsBtTLKiISNhw-3D-3D_UjeV08ToRaT-2FPaHOmU6GDoRTzreDbc7yqYiY4-2FKYjdY9bIwtEaE98gcoNIP51j8KkypLgkY2pktLVSm-2FK3LicurOrnlSV02NLylcOq8kHwXbMcskf6oqhOo5m6W93G9fc0wdm2f9cm6PgvsGPOEu-2Bzxnnulko9LRxJuiAUX8cMBFHV8zwHTHOBDVk-2FRK11KwpkwSk7Byk6lEVvKcdyM25g-3D-3D>
Feedback from your trip? Reply to this receipt. xidyhbufppo

CONCILIATION

16-Apr-14

RECEIVED

MAY 1 2 2014

ACCOUNTING

CARD HOLDER:      Lisa Cisneros

CREDIT CARD NUMBER                    1579

DATE OF STATEMENT:        1/1/2014

| Date | Vendor | Description of Charge | Code | Chase | Amount |
|------|--------|----------------------|------|-------|--------|
| 12/17/2013 | Uber Technologies | Cab | T | 3462-0001 | 22.36 |

8068/# 2 \ 18047

PO 68055-00-1579

INVOICE

LJC0114ANEX

CHECK

LJC0114

TRAVEL

3462-0001 T $22.36

| | | | | STATEMENT TOTAL | 161.87 |

ATTORNEY SIGNATURE: _____  DATE: 4/23/14

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** Januaruy 14, 2014

**CARD HOLDER:** Lisa Cisneros

**CREDIT CARD NUMBER:** ████████

**DATE OF STATEMENT:** 12/1/2013



| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| | █████████ Technologies | | | | |
| | ██████gies | | | | |
| | ████ica | | | | |
| | ████ogies | | | | |
| | ████ | | OC | | |
| | ████ica | | OC | | |
| | ████gies | | | | |
| 11/19/2013 | SF Soup Co | Meal | M | 3462-001 | 14.61 |
| 11/20/2013 | ████ | | | | |

| | | STATEMENT TOTAL | 663.23 |
|---|---|---|---|

**ATTORNEY SIGNATURE:** _Lisa Cisne_    **DATE:** 1/22/14

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

*Lunch For KMD And Mike Shaver*

# San Francisco Soup Co
275 Battery Street
San francisco CA 94111
(415) 788-7687

****************************

Date 11/18/2013 01:27 PM

Invoice Number:420
**Order # 420**
**Order Type To Go**
Order Taker: Kenia C.

| Details | Qty | Amount |
|---|---|---|
| +Grandma Mary's | 1 | $6.67 |

Grandma Mary's Large -
$6.67
-- - -- - -- - -- - -- - -- - -- - -- -

| +Mex Chx Tortilla | 1 | $6.67 |

Mex Chx Tortilla Large -
$6.67
-- - -- - -- - -- - -- - -- - -- - -- -

| +Bag, To Go, Paper | 1 | $0.10 |

| SUBTOTAL | $13.44 |
| TAX | $1.17 |
| | $14.61 |

AmericanExpress                    $14.61
Account  ************1552
Name:    LJ CISNEROS
Ref #:   962834927
Approval: 550799
Order Taker:  Kenia C.
To Go

TOTAL:                             $14.61

_____
Signature

I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER AGREEMENT

**** CUSTOMER COPY ****
**     ** THANK YOU ****

AMERICAN EXPRESS STATEMENT RECONCILIATION

TODAY'S DATE:        Januaruy 13, 2014

CARD HOLDER:        Lisa Cisneros

CREDIT CARD NUMBER: ████████████

DATE OF STATEMENT:                    11/1/2013



| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 10/26/2013 | Uber Technologies | Taxi | T | 3462-0001 | 22.36 |
| 10/30/2013 | Uber Technologies | Taxi | T | 3462-0001 | 23.68 |
| 10/31/2013 | | | T | | |

| | | | | STATEMENT TOTAL | 553.04 |

ATTORNEY SIGNATURE: _____    DATE: 1/14/2014

CODES:   A = Air/Train Fares and Fees
         H = Hotel
         M = Meals
         T = Transportation (Tolls, Taxi, etc)
         P = Parking
         W = Internet Access
         OC = Misc Charges

**Fedricka**

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Tuesday, October 29, 2013 10:28 AM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | FW: Uber Ride Receipt |

Please bill to 3462-0001.

# Lieff
# Cabraser
# Heimann&
# Bernstein
Attorneys at Law

**Lisa J. Cisneros**
lcisneros@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** Uber [mailto:supportsf@uber.com]
**Sent:** Monday, October 28, 2013 9:08 PM
**To:** Cisneros, Lisa J.
**Subject:** Uber Ride Receipt



# UBER                                                          Receipt

## Thanks for riding Uber!

BILLED TO

### Lisa Cisneros

TRIP REQUEST DATE

### October 28, 2013 at 08:52pm

PICKUP LOCATION

### 301 Battery Street, San Francisco, CA

DROPOFF LOCATION

### 125-127 Ellert Street, San Francisco, CA

CREDIT CARD

Personal American Express - 1552

BILLED TO CARD

## $23.68

DRIVER

**Harry**



| **Fare Breakdown** | | **Trip Statistics** |
|---|---|---|
| CHARGES | | DISTANCE |
| Meter Fare | $18.90 | **5.17 miles** |
| Gratuity to Driver (20%) | $3.78 | DURATION |
| **Charge subtotal** | **$22.68** | **13 minutes, 31 seconds** |
| | | AVERAGE SPEED |
| FEES | | **22.93 mph** |
| Uber Booking Fee | $1.00 | |
| **Service Fee subtotal** | **$1.00** | |
| | | |
| TOTALS | | |
| **Total Fare** | **$23.68** | |
| **Billed to Card** | **($23.68)** | |
| **Outstanding Balance** | **$0.00** | |

GIVE $10.00, GET $10.00

SHARE          TWEET          EMAIL

YOUR INVITE CODE

8vdyk

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Need support? Reply to this receipt.
View this trip online

AMERICAN EXPRESS STATEMENT RECONCILIATION

TODAY'S DATE:                    6-Nov-13

CARD HOLDER:        Lisa Cisneros

CREDIT CARD NUMBER

DATE OF STATEMENT:              9/1/2013



| Date | Vendor | Description of Charge | Code | | Amount |
|------|--------|----------------------|------|------|--------|
| 8/3/2013 | ADY Uber Technologies | Taxi | T | 3462-0001 | 18.00 |
| 8/9/2013 | ADY Uber Technologies | Taxi | T | | 17.00 |

| | | | | STATEMENT TOTAL | 932.17 |

ATTORNEY SIGNATURE: _Lisa Cisneros_        DATE: _1/22/14_

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

STATEMENT RECONCILIATION

30-May-13

CARD HOLDER: Lisa Cisneros

CREDIT CARD NUMBER

DATE OF STATEMENT: 3/3/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| | | | | 3345-0001 | |
| 2/13/2013 | Pizza Orgasmica | Meal | M | 3462-0001 | 20.46 |
| 2/13/2013 | Uber Technologies | Cab Ride | T | 3462-0001 | 21.70 |
| 2/16/2013 | BART | CLE | | | |
| 2/20/2013 | Uber Technologies | Cab Ride | T | 3462-0001 | 22.36 |
| | | | | | |
| 2/26/2013 | Uber Technologies | Cab Ride | T | | |
| 2/27/2013 | J&K Investigative | Service of legal papers | OC | 3462-0001 | 170.00 |
| 2/27/2013 | Uber Technologies | Cab Ride | T | | 22.36 |
| 2/27/2013 | Uber Technologies | Cab Ride | T | 3462-0001 | 15.10 |
| 3/2/2013 | Uber Technologies | Cab Ride | T | | 28.96 |
| 3/2/2013 | Uber Technologies | Cab Ride | T | | 23.02 |
| | | | | **STATEMENT TOTAL** | **464.72** |

ATTORNEY SIGNATURE: _____ DATE: _____

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

```
      Pizza Orgasmica    #3
        2 Embarcadero Center
       San Francisco  CA 94111
         Phone:415-834-9600
          Fax:415-834-9666
       www.pizzaorgasmica.com

          Ord #205

          Delivery

Empl:Mauricio R.              10:00 PM

LISA D
275 BATTERY        Please hill
Zip: 94111
831-595-0904          to
Cross:B              3462-0001
-------------------------------------


_____

 1 Sm Thin  Hula Hula       17.94

_____


                      ---------
        Subtotal        17.94
             Tax         1.52
           Total        19.46

   AmEx 1552 Payment     19.46

              Tip        1.00
                        _____
             . . .      20.46
```

**Ffrench, Fedricka**

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Wednesday, February 13, 2013 5:22 PM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | FW: Uber Ride Receipt |

Please bill to 3462-0001.

**Lieff Cabraser Heimann & Bernstein**

**Lisa J. Cisneros**
lcisneros@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** supportsf@uber.com [mailto:supportsf@uber.com]
**Sent:** Wednesday, February 13, 2013 2:02 AM
**To:** Cisneros, Lisa J.
**Subject:** Uber Ride Receipt

 U B E R                                    Receipt

**Thanks for riding Uber!**

BILLED TO

Lisa Cisneros (lcisneros@lchb.com)

TRIP REQUEST DATE

February 13, 2013 at 01:44am

DROPOFF LOCATION

124 Ellert Street, San Francisco, CA

CREDIT CARD

Personal American Express - 1552

BILLED TO CARD

**$21.70**

DRIVER

**Nick**



**Fare Breakdown**
CHARGES

Fare specified by driver          $17.25

**Trip Statistics**
DISTANCE
**4.94 miles**

| | | | |
|---|---|---|---|
| Gratuity & Service Charge (20%) | $3.45 | **DURATION** **9 minutes, 51 seconds** | |
| Taxi Fee | $1.00 | AVERAGE SPEED **30.09 mph** | |
| **Charge subtotal** | **$21.70** | | |

TOTALS

| | |
|---|---|
| **Total Fare** | **$21.70** |
| **Billed to Card** | **($21.70)** |
| **Outstanding Balance** | **$0.00** |

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: supportsf@uber.com

View this trip online

**From:** Cisneros, Lisa J.
**Sent:** Wednesday, February 20, 2013 12:41 AM
**To:** Ffrench, Fedricka
**Subject:** Fwd: Uber Ride Receipt

Please bill to 3462-0001. Thx.


Begin forwarded message:

**From:** <supportsf@uber.com>
**Date:** February 20, 2013, 12:27:58 AM PST
**To:** <lcisneros@lchb.com>
**Subject: Uber Ride Receipt**

 U B E R                                Receipt

**Thanks for riding Uber!**

BILLED TO

Lisa Cisneros (lcisneros@lchb.com)

TRIP REQUEST DATE

February 20, 2013 at 12:11am

DROPOFF LOCATION

125-127 Ellert Street, San Francisco, CA

CREDIT CARD

 Personal American Express - 1552

BILLED TO CARD

# $22.36

DRIVER

**Harry**



| **Fare Breakdown** | | **Trip Statistics** |
|---|---|---|
| CHARGES | | DISTANCE |
| Fare specified by driver | $17.80 | **5.01 miles** |
| | | DURATION |
| Gratuity & Service Charge (20%) | $3.56 | **10 minutes, 24 seconds** |
| | | AVERAGE SPEED |
| Taxi Fee | $1.00 | **28.90 mph** |



| | |
|---|---|
| **Charge subtotal** | **$22.36** |

TOTALS

| | |
|---|---|
| **Total Fare** | **$22.36** |
| **Billed to Card** | **($22.36)** |
| **Outstanding Balance** | **$0.00** |

Share your promo code with friends to earn Uber credits!

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: supportsf@uber.com
View this trip online
Trip reference: h09r71br

...ces, Inc.
...ne, NJ 08876
...: 908.707.1900 -- Fax: 908.704.8260

*Jim Cimeron*
LISA CISNEROS
FOR 3462-0001

Attn: Lisa J. Cisneros
Lieff, Cabraser, Heimann &Bernstein
275 Battery Street, 29th floor
San Francisco, CA 94111−3339

## INVOICE FOR SERVICE

IN RE: In Re: High−Tech Employee Antitrust Litigation vs.
Court Case#: 11−CV−2509

| Invoice#: 38896 | Link#: 41697 | Your Ref#: 3462−1 | | DATE: 02/27/2013 |

| Item | Servee | Desc | Amount | PD |
|------|--------|------|--------|-----|
| Routine | Charlie Gray | ---------------- | $65.00 | YES |
| Surcharge for Rush (Same Day) Request | Charlie Gray | ---------------- | $65.00 | YES |
| Witness Fee Advanced | Charlie Gray | ---------------- | $40.00 | YES |

## TOTAL: $0.00

Payment Due On Presentation.
Tax ID 22−3304202
Please reference invoice number on payment

**...ricka**

**...om:**      Cisneros, Lisa J.
**Sent:**      Wednesday, February 27, 2013 12:35 PM
**To:**        Ffrench, Fedricka
**Subject:**   Fwd: Uber Ride Receipt

Pls charge this to 3462-0001.

Begin forwarded message:

> **From:** <supportsf@uber.com>
> **Date:** February 27, 2013, 9:23:27 AM PST
> **To:** <lcisneros@lchb.com>
> **Subject: Uber Ride Receipt**

 U B E R                                          Receipt

**Thanks for riding Uber!**

BILLED TO

Lisa Cisneros (lcisneros@lchb.com)

TRIP REQUEST DATE

February 27, 2013 at 06:57am

DROPOFF LOCATION

360 Bayshore Boulevard, San
Francisco, CA

CREDIT CARD

Personal American Express - 1552

BILLED TO CARD

# $15.10

DRIVER

**Yohannes**




| Fare Breakdown | | Trip Statistics | |
|---|---|---|---|
| CHARGES | | DISTANCE | |
| Fare specified by driver | $11.75 | **1.04 miles** | |
| Gratuity & Service Charge (20%) | $2.35 | DURATION **13 minutes, 38 seconds** | |
| Taxi Fee | $1.00 | AVERAGE SPEED **4.59 mph** | |

1

| | |
|---|---|
| **Charge subtotal** | **$15.10** |
| TOTALS | |
| **Total Fare** | **$15.10** |
| **Billed to Card** | **($15.10)** |
| **Outstanding Balance** | **$0.00** |

<u>Share your promo code with friends to earn Uber credits!</u>

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: <u>supportsf@uber.com</u>
<u>View this trip online</u>
Trip reference: u4jo6v0a

AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:**          24-May-13

**CARD HOLDER:**     Lisa Cisneros          1519

**CREDIT CARD NUMBER** ████████████

**DATE OF STATEMENT:**          2/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 1/4/2013 | ██ | | | ████ | |
| 1/8/2013 | Uber Technologies ...ies | Cab ride | T | 3462-0001 | 21.70 |
| 1/11/2013 | Uber Technologies ...s | Cab ride | T | 3462-0001 | 23.02 |
| 1/23/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 22.36 |
| 1/26/2013 | Uber Technologies | | | | |
| | | | | **STATEMENT TOTAL** | **303.80** |

ATTORNEY SIGNATURE: _5/08/13 388_   DATE: _5/08/13_

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

French, Fedricka

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Tuesday, January 08, 2013 8:55 PM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | FW: Uber Ride Receipt |

Please bill this to 3462. Thanks.

**Lieff Cabraser Heimann & Bernstein**
attorneys at law

**Lisa J. Cisneros**
lcisneros@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** supportsf@uber.com [mailto:supportsf@uber.com]
**Sent:** Tuesday, January 08, 2013 4:11 AM
**To:** Cisneros, Lisa J.
**Subject:** Uber Ride Receipt

---

# UBER

Receipt

### Thanks for riding Uber!

BILLED TO

Lisa Cisneros (lcisneros@lchb.com)

TRIP REQUEST DATE

January 8, 2013 at 03:56am

DROPOFF LOCATION

127-129 Ellert Street, San Francisco, CA

CREDIT CARD

Personal American Express - 1552

BILLED TO CARD

## $21.70

DRIVER

**Abderrahman**



| **Fare Breakdown** | | **Trip Statistics** |
|---|---|---|
| CHARGES | | DISTANCE |
| Fare specified by driver | $17.25 | **4.97 miles** |

| | | |
|---|---|---|
| Gratuity & Service Charge (20%) | $3.45 | DURATION<br>**9 minutes, 30 seconds**<br>AVERAGE SPEED |
| Taxi Fee | $1.00 | **31.40 mph** |
| **Charge subtotal** | **$21.70** | |

TOTALS

| | |
|---|---|
| **Total Fare** | **$21.70** |
| **Billed to Card** | **($21.70)** |
| **Outstanding Balance** | **$0.00** |

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: supportsf@uber.com

View this trip online

2

French, Fedricka

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Thursday, January 10, 2013 11:01 PM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | Fwd: Uber Ride Receipt |

Please bill to 3462. Thx

Begin forwarded message:

**From:** <supportsf@uber.com>
**Date:** January 10, 2013, 9:41:58 PM PST
**To:** <lcisneros@lchb.com>
**Subject: Uber Ride Receipt**

# ⬛ U B E R
Receipt

**Thanks for riding Uber!**

BILLED TO

Lisa Cisneros (lcisneros@lchb.com)

TRIP REQUEST DATE

January 10, 2013 at 09:26pm

DROPOFF LOCATION

125-127 Ellert Street, San Francisco, CA

CREDIT CARD

Personal American Express - 1552

BILLED TO CARD

# $23.02

DRIVER

**Kumlachew**



**Fare Breakdown**

CHARGES

| | |
|---|---|
| Fare specified by driver | $18.35 |
| Gratuity & Service Charge (20%) | $3.67 |
| Taxi Fee | $1.00 |

**Trip Statistics**

DISTANCE
**5.03 miles**
DURATION
**12 minutes, 38 seconds**
AVERAGE SPEED
**23.89 mph**

1

| Charge subtotal | $23.02 |
|---|---|

TOTALS

| Total Fare | $23.02 |
|---|---|
| Billed to Card | ($23.02) |
| Outstanding Balance | $0.00 |

**Uber Technologies, Inc.**                                           Support: supportsf@uber.com
182 Howard St #8
San Francisco, CA 94102                                              View this trip online

2

**...nch, Fedricka**

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Tuesday, January 22, 2013 11:02 PM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | Fwd: Uber Ride Receipt |

Please bill to 3462-0001. Thx

Begin forwarded message:

**From:** <supportsf@uber.com>
**Date:** January 22, 2013, 9:45:04 PM PST
**To:** <lcisneros@lchb.com>
**Subject: Uber Ride Receipt**

 **U B E R**                                      Receipt

**Thanks for riding Uber!**

BILLED TO

Lisa Cisneros (lcisneros@lchb.com)

TRIP REQUEST DATE

January 22, 2013 at 09:30pm

DROPOFF LOCATION

127 Ellert Street, San Francisco, CA

CREDIT CARD

Personal American Express - 1552

BILLED TO CARD

**$22.36**

DRIVER

Jaswinder



| Fare Breakdown | | Trip Statistics |
|---|---|---|
| CHARGES | | DISTANCE |
| Fare specified by driver | $17.80 | **4.97 miles** |
| | | DURATION |
| Gratuity & Service Charge (20%) | $3.56 | **11 minutes, 42 seconds** |
| | | AVERAGE SPEED |
| Taxi Fee | $1.00 | **25.50 mph** |

| Charge subtotal | $22.36 |
|---|---|

TOTALS

| **Total Fare** | **$22.36** |
|---|---|
| **Billed to Card** | **($22.36)** |
| **Outstanding Balance** | **$0.00** |

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: supportsf@uber.com

View this trip online

EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 26-Sep-13

**CARD HOLDER:** Lisa Cisneros

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 7/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 6/1/2013 | Amazon.com | Book | OC | 3462-0001 | 45.85 |
| | | | | | |
| | | | | | |
| 6/5/2013 | Uber Technologies | Taxi | T | 3462-0001 | 21.70 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | **STATEMENT TOTAL** | 392.98 |

**ATTORNEY SIGNATURE:** _____  **DATE:** 9/26/13

**CODES:**  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

ENT RECONCILIATION

16-Sep-13

DER:        Lisa Cisneros

REDIT CARD NUMBER

DATE OF STATEMENT:            5/2/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| | | | | | 23.02 |
| 4/13/2013 | Uber Technolgies | taxi | T | 3462-0001 | 24.34 |
| 4/16 | | | T | | |
| | | | | | |
| | | | | STATEMENT TOTAL | 324.67 |

ATTORNEY SIGNATURE: _____    DATE: 9/19/13

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

STATEMENT RECONCILIATION

**TODAY'S DATE:** 4-Oct-13

**CARD HOLDER:** Lisa Cisneros

1579

**CREDIT CARD NUMBER** 3782 938480 11552

**DATE OF STATEMENT:** 8/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| | | | | | |
| 8/1/2013 | Pizza Orgasmica | Meal | M | 3462-0001 | 9.48 |
| 8/1/2013 | VTS Taxi | Taxi | T | 3462-001 | 21.90 |
| | | | | **STATEMENT TOTAL** | **120.46** |

**ATTORNEY SIGNATURE:** _____ **DATE:** 10/3/2013

CODES: A = Air/Train Fares and Fees
       H = Hotel
       M = Meals
       T = Transportation (Tolls, Taxi, etc)
       P = Parking
       W = Internet Access
       OC = Misc Charges

**Perkins, LaShonie**

| | |
|---|---|
| **From:** | Anne Shaver <anne_shaver@yahoo.com> |
| **Sent:** | Tuesday, March 12, 2013 11:37 AM |
| **To:** | Perkins, LaShonie |
| **Subject:** | Fw: united.com reservation for Seattle, WA (SEA) |

For 3462

----- Forwarded Message -----
**From:** "United Airlines, Inc." <unitedairlines@united.com>
**To:** ANNE_SHAVER@YAHOO.COM
**Sent:** Tuesday, March 12, 2013 11:34 AM
**Subject:** united.com reservation for Seattle, WA (SEA)

Add **unitedairlines@united.com** to your address book. See instructions.



Tue., Mar. 12, 2013

| united.com | Deals & Offers | Reservations | Earn MileagePlus® Miles | My Account |

## Thank you for choosing United Airlines.



We are processing your reservation and will send you a confirmation email once this is completed. This process usually takes less than an hour; however, in rare cases it could take longer. Your reservation will remain confirmed during the processing period, and it's not necessary to contact us unless you are traveling within 24 hours.

As a reminder, you can manage your reservation at united.com, including:

- Purchasing additional products and services to improve your travel experience
- Viewing or changing seat assignments
- Changing your flight
- Checking-in (within 24 hours)
- Booking a car or hotel
- Printing additional receipts, and more

If you do not receive your receipt within three hours, please contact us.

| Flight Summary | Confirmation Number: | CMEHJK |

| [x] | **Mon., Mar. 18, 2013** | | **San Francisco, CA** (SFO) to **Seattle, WA** (SEA) |

| [x] | **Tue., Mar. 19, 2013** | | **Seattle, WA** (SEA) to **San Francisco, CA** (SFO) |

Manage my reservation >
View full trip details, seat assignments and printable receipts.

[x]

[x] **Traveler Details**

[x]

**Miss Anne Shaver**

**Seats:**   SFO - SEA: 25E
             SEA - SFO: 26B

[x]

[x]

[x]

**Seattle Hotels**

STARTING AT

# $59

PER DAY    | Book now |

[x] **Ticket Price Details**

[x]

| 1 Adults (age 18 to 64) | **$369.00** |
| Additional Taxes/Fees | **$21.80** |
| **Total Fare** | **$390.80** |

| Manage my reservation |

[x]

Total Fare: $390.80/WA0KN/WA7QN

**Book with our preferred car partners**

- Save up to 35% off
- Earn 75 reward miles/day
- Earn 150 bonus reward miles when booking on united.com
- Choose Avis® or Hertz®

## Additional Trip Planning Tools

Baggage Policies: View current baggage acceptance allowances.
Seattle Destination Guide: Download a complete travel guide.

3462

```
      CREDIT RECEIPT

HACK #: 05101930
  D  #:      6P58
 /07/13 06:34-06:34
 TE #: 5
 GOTIATED RATE
 les R5: 0.10
 IP #:      7660
 RE  :  $13.70
 .SUR:   $0.50
 PS  :   $0.00
 tal :  $14.20
 RDNUMBER: 1388
 THOR.: 560699

 ntact TLC DIAL 3-1-1
```

### SF SOUP BATTERY
### San Francisco, Ca.

THU MARCH 7,2013
### CHECK #542723-1

| | | |
|---|---|---|
| 1 L-Prem | | $6.67 |
| 1 Vita Coco | | $2.46 |
| 1 add salad 2.50 | | $2.50 |
| SUB-TOTAL | : | $11.63 |
| TAX | : | $0.58 |
| **TOTAL** | | **$12.21** |

Thanks for eating at SF Soup!
Have a Nice Day !

### TO - GO
Time: 12:24    1 CUSTOMER

Thank you!!
Smile & Enjoy  Soup

YOU HAVE BEEN SERVED
BY : Coraza, Kenia

American Expres :   $12.21

TRANSACTION RECORD

CARD TYPE:American Express
Nu.***********
ENTRY:SWIPED
AUTHORIZATION:546932
STORE #:19
TERMINAL:1
REFERENCE:544473

PURCHASE          $15.74

THANK YOU
MARCH 13,2013 11:31:34
Server's name : Jocelyn

CUSTOMER COPY



PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the amount
of the Total shown hereon and agrees to perform the obligations set forth
in the Cardholder's agreement with the Issuer



| DATE | | CLERK |
| AUTHORIZATION/ | | SERVER |
| REFERENCE NO. | | |

RETAIN FOR YOUR RECORDS

5304656

| QTY. | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | | |
| SALES SLIP | TAX | |
| | TIP / MISC | |
| | TOTAL | |

CUSTOMER COPY

---

Andale Mexican Restaurant
SFO Airport Terminal 3 pier F
San Francisco, CA 94128
650- 821-0620

YOUR ORDER # IS

# 76

ntonia

76              Gst
Mar18'13 08:49AM

i ir
li B. Water            2.95
akfast Burro           9.65

<                       13.83

Total                   12.60
ment                    1.23
                        13.83

DeV Tax                 0.84
EE Benefit              0.26
                        0.13

---

Klein's Deli
Gate 83, BAF
Terminal 3
SFO

309
ia B.
1              3/18/2013
               9:10 AM

AMERICANO
               2.50

al             2.50
Tax            0.21
benefits       0.02

TAL            2.73

ct.
oval 504964    -2.73
GE DUE

               0.00

"We welcome your comments.
Contact the owner at
avery@kleinsdeli.com

# UNITED

**Baggage Receipt**
Issue Date: 18 MAR 2013 SFO ATO

A GLOBAL SERVICES MEMBER ✦

| Baggage Document<br>0162606443555 | Description<br>First Bag Fee | Qty<br>1 | Fees<br>$25.00 |
|---|---|---|---|

Ticket Number
0162359136597

**Method of Payment**
American Express 

Cardholder Name
A SHAVER

**BAGGAGE FEES**   Total Fees            USD $25.00

Confirmation: **CMEHJK**

**Excess Baggage Terms and Conditions:**
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

| Carrier | Routing |
|---|---|
| UA | SFO - SEA |

AGENT REFERENCE: GG ESC 8AG

---

# UNITED

**Baggage Receipt**
Issue Date: 19 MAR 2013 SEA ATO

MEMBER ✦

| Baggage Document<br>0162606517158 | Description<br>First Bag Fee | Qty<br>1 | Fees<br>$25.00 |
|---|---|---|---|

Ticket Number
0162359136597

**Method of** :
American Express

Cardholder Name
A SHAVER

**BAGGAGE FEES**   Total Fees            USD $25.00

Confirmation: **CMEHJK**

**Excess Baggage Terms and Conditions:**
- All excess baggage is subject to space availability.
- Receipt for payment must be presented at bag check.
- For refunds or adjustments, see a United representative.

| Carrier | Routing |
|---|---|
| UA | SEA - SFO |

AGENT REFERENCE: GG ESC 8AG

Do not expose to excessive heat or direct sunlight.
STAPLE HERE
PRINTED IN U.S.A. BY MT&L DALLAS, TX   REV. 3/12   C5M44   Run 12-12
INSERT

Paradies Shops - San Francisco
San Francisco Intl Airport
San Francisco, CA.

VW ZERO-RISE        69763706000
                        2.99 T
SNYDER HNYMUST ONION 40902608000
                        2.19 N

SUBTOTAL                    $5.18
AX11                        $0.25
TOTAL                       $5.43
                            $5.43

       SE

    AL 507361
    507361
    E #:      2624
    '2013 11:58AM


       2
    /13  11:59AM
    01 9872 JESSICA              2624


Courtyard by Marriott
Seattle Downtown/Pioneer Square
612 2nd Avenue
Seattle, WA  98104
(206) 625-1111
B I S T R O eat drink connect

32 David
-------------------------------
1 20/1    Chk 3682      Gst 0
     Mar19'13 04:42PM
-------------------------------
    E a t   I n
1 HH DR Mac'n              5.00
1 HH Imported             5.00

  Subtotal               10.00
  Liquor Tax              0.95
:04PM Total          1 0 . 9 5


acuity:_____

.tal:_____

              /2.95


HMSHOST
GREAT AMERICAN BAGEL
SEA-TAC INTERNATIONAL AIRPORT

60 Belen
-----------------------------
9625
     MAR19'13  6:30PM
-----------------------------

G&G SALD CHX CSR      6.85
PARFAIT               4.50

SUBTOTAL             11.35
TAX                   1.08
AMOUNT PAID   1 2 . 4 3

AMEX                 12.43
01260 Closed MA^19 06:30PM---


PIPERADE
3/26/2013
1.25.5' PM

**LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER:  Mark Fichtner (HTCC 3462-0001 Client / Plaintiff)

DATES TRAVELED: 02/17/14

**DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL)**

3462-0001: Travel to/from SF for Mediation. Reimbursement of expensese.

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| 02/17/14 | Royal Taxi - Taxi from SFO to SF Office | 56.10 | 3462-0001 |
| 02/17/14 | Yellow Card Services - Taxi from SF Office to SFO | 51.70 | 3462-0001 |
| 02/17/14 | Sky Harbord Aiport - Parking at PHX Airport | 9.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL: $          116.80

MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

TOTAL: $          0.00

MILES:
RATE/MILE: $0.560
TOTAL          $0.00

GRAND TOTAL: $          $116.80
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $          $116.80 ✓

TRAVELER'S SIGNATURE:          /S/ Dean Harvey          DATE:  03/04/14

*Handwritten notes:*
8950-1625
MILEAGE

TRAVEL
3462-0001
Transp - 107.80
Park - 9.00

8950-1625 / 212802

1163750.1

Francisco
415-839-4600
 Customer
Start Time
02/17/14 14:42
End Time
2/17/14 15:02
Veh: 8033/4472
Trx: 4784919
Card: VISA ████
Aprv: 201792
    Fare:  $43.10
     Tip:   $8.60
   Total:  $51.70


For  Service  Call
     333-3333

MED#        1315
DRVR#     137379
MERCHANT COPY
02/17/14 TR 1128
START  END MILES
08:27 08:47 14.7
Regular Fare
RATE 1:$   44.75
EXTRA: $    2.00
SURCH: $    0.00
TIP:   $    9.35
TOTAL: $   56.10

CARD TYPE:  VISA
XXXXXXXX████
AUTH:█████

Sky  Harbor  Intl.
Entry: 02/17/14 05:34     Lane: 114
Exit:  02/17/14 20:21     Lane: Ex 2
Amount Paid: $9.00

Visa
xxxx xxxx xxxx 



Visit us at skyharbor.com/parking
FOR INFORMATION REGARDING PARKING CALL (602) 273-4545
PHOENIX SKY HARBOR INTERNATIONAL AIRPORT PARKING RECEIPT

ﬁ

# ,nucchi, Jim

**From:**      Dermody, Kelly M.
**Sent:**      Tuesday, March 04, 2014 10:05 AM
**To:**        Fanucchi, Jim
**Subject:**   RE: High Tech


Pay from LCHB


**Lieff**
**Cabraser**
**Heimann**&
**Bernstein**

**Kelly M. Dermody**
kdermody@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** Fanucchi, Jim
**Sent:** Tuesday, March 04, 2014 10:05 AM
**To:** Dermody, Kelly M.
**Subject:** High Tech


We just received an expense reimbursement form for Mark Fichtner travel expenses - $116.80 approved by Dean.  Do you want LCHB pay or the cost fund?  If LCHB, should I reimburse the fund for the $98.51 paid to Michael Devine from the fund?  Thanks.


**Lieff**
**Cabraser**
**Heimann**&
**Bernstein**

**Jim Fanucchi**
Controller
jfanucchi@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

1

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS

TRAVELER: Terence Desouza

DATES TRAVELED: 5/22

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):_____

Meal Reimbursement. Late night Filing
till 10pm with Dean Harvey.

PLEASE LIST ALL RECEIPTS SEPARATELY:

TRANSPORTATION (INCLUDING AIRFARE, TRAIN FARE, CAB FARE, TOLLS, ETC.)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL:$_____

MEALS AND OTHER EXPENSES (INCLUDING HOTEL, TIPS, COPIES, SUPPLIES, PHONE CHARGES, ETC,)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 5/22 | Subway             | 5.27   | 3462-1 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL:$ 5.27

TRAVEL
3462-0001

MILEAGE

_____ MILES @ $0.56/MILE = $_____

Meal 5.27
8950-1734 / 215238

GRAND TOTAL:$ 5.27
LESS CASH ADVANCE:$ n/a
AMOUNT DUE TRAVELER:$ 5.27 ✓

TRAVELER'S SIGNATURE:_____ DATE: 5/29/2014

ISD-1734

```
                    SALE RECEIPT
Store #26855        tkc 05/22/14 18:39:26
Subway Sandwiches & Salads

Trans# 122 Clerk 1    Owner
Dwr1 TRDT 052214 Reg-ID REG-MAIN
                    Receipt # 0000029106
                     PRICE MEMO  PLU
 --- ITEM --- QTY
BufloCkn  6i  1  T $    4.85         28950
                      --------
         SUBTOTAL $     4.85
         Sales Tx $     0.42
                      --------
TAKE-OUT **TOTAL $     5.27
Cash   AMT TEND $     5.27
                      --------
       CHANGE DUE$     0.00

http://www.subway.com for more info
```

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS

TRAVELER: *Chandra Hipple*

DATES TRAVELED: *Jan 2014 – Aug. 2014*

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):_____

*transportation home after working OT late at night*
*& meals*

PLEASE LIST ALL RECEIPTS SEPARATELY:

TRANSPORTATION (INCLUDING AIRFARE, TRAIN FARE, CAB FARE, TOLLS, ETC.)

RECEIVED
SEP 02 2014
ACCOUNTING

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
| 2/7/14 | Uber | $12.84 | 3462-1 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL:$

Approved – *[signature]*

Continued ⟶

## LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
### TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
### PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS

*Please send to her house*

TRAVELER: *Chandra Hipple*

DATES TRAVELED: _____

TRANSPORTATION (INCLUDING AIRFARE, TRAIN FARE, CAB FARE, TOLLS, ~~ETC.~~)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      | TOTAL:$            |        |      |

*TRAVEL*

*3462-0001*
*Transp - 12.84*
*Meal - 21.00*

MEALS AND OTHER EXPENSES (INCLUDING HOTEL, TIPS, COPIES, SUPPLIES, PHONE CHARGES, ETC,)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 2/6/14 | Barbacco | $21.00 | 3462-1 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      | TOTAL:$            |        |      |

*150-1606*

MILEAGE

_____ MILES @ $0.56/MILE = $ _____

GRAND TOTAL:$ _____
LESS CASH ADVANCE:$ _____
AMOUNT DUE TRAVELER:$ _____

*36*

*8950-1606/217431*

TRAVELER'S SIGNATURE: _____ DATE: 8/29/14

*Approved -*

Subject:   Uber Ride Receipt
From:      Uber (supportsf@uber.com)
To:        chanhipp@yahoo.com;
Date:      Friday, February 7, 2014 10:57 AM

 **U B E R**                                    Receipt

---

**Thanks for riding Uber!**

BILLED TO
Chandra Hipple

TRIP REQUEST DATE
February 7, 2014 at 09:38am

PICKUP LOCATION
Sacramento St & Battery St, San
Francisco, CA

DROPOFF LOCATION


PAYMENT
 Personal Visa -

AMOUNT CHARGED
**$12.84**



DRIVER
Yaser

---

**Fare Breakdown**

CHARGES
| | |
|---|---:|
| Base Fare | $3.00 |
| Distance | $5.32 |
| Time | $4.52 |
| **Charge subtotal** | **$12.84** |

TOTALS
| | |
|---|---:|
| **Total Fare** | **$12.84** |
| **Amount Charged** | **($12.84)** |
| **Outstanding Balance** | **$0.00** |

**Trip Statistics**

DISTANCE
**3.55 miles**

DURATION
**15 minutes, 4 seconds**

AVERAGE SPEED
**14.13 mph**



## OrderAhead Receipt for Barbacco

**OrderAhead** <support@orderaheadapp.com>
To: Chandra Hipple <cmhipple88@gmail.com>

Thu, Feb 6, 2014 at 11:52 AM

# Order Ready at 12:12PM

Please go to the counter and ask for your OrderAhead order by name.



## Barbacco

220 California Street, San Francisco, CA
415-955-1919

Feb. 06, 2014 at 11:52AM      2 Items for Pickup at 12:12PM

### Lasagna Bolognese      **$13.00**

Spinach pasta with meat ragu and bescimella sauce.

✓ ordered as is

### Three Pieces of Bruschetta      **$8.00**

Your choice of three kinds.

✓ Roasted Pears, Roasted Butternut Squash, Braised
Chicories

# Max's MARKET

555 California St.
San Francisco, CA 94104
415-788-6297
Fax - 415-788-6299

# INVOICE

MM 80573

*Please reference this number on your payment*

ELIVER
O:_____

_____

TRAVEL
3462-0001

BILL
TO: _____
_____

| DATE/DAY | TIME |
|----------|------|
| ACCOUNT NO./DEPT. # | |
| CONTACT | |
| TELEPHONE # | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|----------|-------------|-------|--------|
| 5 | Sandes (4 runs 20 g) | | 135 - |
| 5 | Pear | | 48 75 |
| 10 | Pt Salad | | 30 - |
| 15 | (sushi) dip | | 32 50 |
| | | | |
| | 6426 # 215055 | | |
| | | | |
| | Rice | | 10 |
| | Subtotal | | 256 25 |
| | Tax | | 22 42 |
| | Balance Due | | 278 67 |

Paper & Utensils ☐
Condiments ☐
Dressings ☐
Rolls & Butter ☐

Please call when you are ready for us to pick up any non disposable catering supplies. Loss or damage to these supplies including airpots and chafing dishes will be charged to your account.

*Thank you for using Max's Catering!*

# Max's MARKET

## INVOICE

555 California St.
San Francisco, CA 94104
415-788-6297
Fax - 415-788-6299

**MM 84874**

*Please reference this number on your payment*

DELIVER TO: _____

_____

BILL TO: Lief Cabn
275 Butter
24

DATE/DAY 12/10   TIME 1145
ACCOUNT NO./DEPT. #   HSC
CONTACT   Lynn
TELEPHONE #   956 1000

| QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 12 | Sandwiches (2 veg, 3 tuna) no chk sad | | 108 |
| 3 | Ceasar | | 22 50 |
| 6 | Pot | | 16 50 |
| 12 | Cookies & bars | | 26 00 |
| | 3462-0001 | | |
| | TRAVEL | | |
| | 6426 1# 2114 | | |
| | | | |
| | | | |
| | | | |
| | Dde | | 10 00 |
| | | Subtotal | 183 |
| | | Tax | 16 81 |
| | | Balance Due | 199 81 |

Paper & Utensils ☐
Condiments ☐
Dressings ☐
Rolls & Butter ☐

Please call when you are ready for us to pick up any non disposable catering supplies. Loss or damage to these supplies including airpots and chafing dishes will be charged to your account.

*Thank you for using Max's Catering!*

CHICKEN 3162 TRAVEL

# Max's
## MARKET
555 California St.
San Francisco, CA 94104
415-788-6297
Fax - 415-788-6299

# INVOICE

## MM 84888

*Please reference this number on your payment*

DELIVER TO: _____

BILL TO: Fletchers
375 Battery
39 Floor

| DATE/DAY | 8/10 | TIME | |
|---|---|---|---|
| ACCOUNT NO./DEPT. # | | HSe | |
| CONTACT | | Lynn | |
| TELEPHONE # | | | |

| QUANTITY | DESCRIPTION | PRICE | AMOUNT | |
|---|---|---|---|---|
| 3 | Chicsar | | 22 | 50 |
| 8 | Potatoes | | 15 | — |
| 5 | 3462-0001 BO TRAVEL 6426 1# 211 465 | | | |
| | | Subtotal | 37 | 50 |
| | | Tax | 3 | 28 |
| | | Balance Due | 40 | 78 |

Paper & Utensils ☐
Condiments ☐
Dressings ☐
Rolls & Butter ☐

Please call when you are ready for us to pick up any non disposable catering supplies. Loss or damage to these supplies including airpots and chafing dishes will be charged to your account.

*Thank you for using Max's Catering!*

Anne Shaver

DATES TRAVELED: _____ July 2013 _____

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

_____ Out of Pocket Expenses _____

_____

*PLEASE LIST ALL RECEIPTS SEPARATELY*:

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| **DATE** | **VENDOR/DESCRIPTION** | **AMOUNT** | **CASE** |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL: $ | 6.00 |

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| **DATE** | **VENDOR/DESCRIPTION** | **AMOUNT** | **CASE** |
| 07/12/13 | Urban Curry Dinner w/ AS, DMH2, BPG, I. Merrifield, KMD | 89.95 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | TOTAL: $ | 89.95 |

*1747* (handwritten)

Travel (handwritten)

3462-0001
meal - 8995
1747/211213
(handwritten)

MILES: ▮
RATE/MILE: $0.565
TOTAL

GRAND TOTAL: $
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $

TRAVELER'S SIGNATURE: *Anne Shaver*        DATE: 1/13/14

1146371_1.xls

LaShonie

| | |
|---|---|
| **From:** | Shaver, Anne B. |
| **Sent:** | Friday, July 12, 2013 6:12 PM |
| **To:** | Perkins, LaShonie |
| **Subject:** | FW: Your Order from Urban Curry is in the Works |

HI LaShonie,

This is for 3462. Dinner for me, DMH2, BPG, I. Merrifield, and KMD. I accidentally charged to my own credit card on file with Grub Hub instead of my work Amex. Can you please process a reimbursement for me? Thanks.

Anne Shaver
ashaver@lchb.com

**From:** GrubHub [mailto:order@grubhub.com]
**Sent:** Friday, July 12, 2013 6:11 PM
**To:** Shaver, Anne B.
**Subject:** Your Order from Urban Curry is in the Works

# Hip Hop Hooray!

A whole heap of delicious is on the way.

Update: Your food should arrive around 7:05 PM - 7:15 PM.

*Please keep your phone handy in case we need to contact you*

1

# Urban Curry

Order #36796038

| Qty | Dish | Price |
|---|---|---|
| 1 | Saag Paneer<br>Naan Bread | $ 9.99 |
| 2 | Malai Kofta<br>Naan Bread | $ 19.98 |
| 2 | Chicken Tikka Masala<br>Basmati Rice | $ 21.98 |
| 1 | Chicken Saag<br>Basmati Rice | $ 10.99 |
| 1 | Chana Masala<br>Naan Bread | $ 8.99 |

| | |
|---|---|
| Subtotal | $ 71.93 |
| Tax | $ 6.29 |
| Delivery Charge | $ 0.00 |
| Tip | $ 11.73 |
| **TOTAL** | **$ 89.95** |

**Payment**
Credit Card

**Deliver to**
Anne Shaver
275 Battery St
29 floor
San Francisco, CA

## SPECIAL INSTRUCTIONS

Please call 415-819-9286 when you arrive in the lobby of the building. I will come down to meet you. Thanks.

Do not include extra plasticware or napkins with my order to help reduce waste.



## Need some grub right now? Find restaurants near you.

AMERICAN EXPRESS

| | |
|---|---|
| TODAY'S DATE: | 5/10/2013 |
| CARD HOLDER: | Brendan P. Glackin |
| CREDIT CARD NUMBER | |
| DATE OF STATEMENT: | 4/2/2013 |

| Date | Vendor | | Code | Case | Amount |
|---|---|---|---|---|---|
| 3/14/2013 | 23 City Park SF | BPG 3/13 Parking at office before CMC | P | 3462-0001 | 24.00 |
| 3/14/2013 | 23 City Park SF | BPG 3/13 Parking at office after CMC | P | 3462-0001 | 12.00 |
| 3/14/2013 | 67 City Park San Jose | BPG 3/13 Parking at CMC in San Jose | P | 3462-0001 | 20.00 |
| 3/18/2013 | San Francisco Fish Co. | BPG 3/17 Meal - Weekend work | M | 3462-0001 | 15.01 |
| 3/18/2013 | Embarcadero Center Parking | BPG 3/17 Parking at office - Weekend work | P | 3462-0001 | 24.00 |
| 3/22/2013 | BJ's Restaurant | BPG 3/21 Meal in Cupertino (Tim Cook deposition) | M | 3462-0001 | 33.81 |

| | STATEMENT TOTAL | |
|---|---|---|

ATTORNEY SIGNATURE: *Brendan G.*    DATE: 5/14/2013

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1099335.1

# HIGH TECH COLD CALLING 3462 - 0001

San Francisco
Fish Company

**3462**

$2044

Order Guest

EMBARCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

03.16.2013                16:17:49
Terminal ID                 03400416
1041210527

CREDIT CARD

AMEX SALE

CARD #          XXXXXXXXX
INVOICE                    0015
Batch #:                  001074
Approval Code:            565677
Entry Method:            Swiped
Mode:                     Online

## SALE AMOUNT            $24.00

**3462**

PHONE: (415)772-8770

CUSTOMER COPY

I AGREE TO PAY ABOVE
TOTAL AMOUNT ACCORDING
TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF
CREDIT VOUCHER)

**3462** Tim Cook depo

0059
Server: JONATHON M (#909)        Rec:
03/21/13 12:22, Swiped   T: 124  T

BJS RESTAURANT BREWHOUSE
10690 N. DE ANZA BLVD
CUPERTINO, CA 95014
(408)255-6970
MERCHANT #:

CARD TYPE          ACCOUNT NUMBER
AMERICAN EXPRES  XXXXXXXXXXX
Name: BRENDAN P GLACKIN
00 TRANS...  APPROVED
AUTHORIZATION #: 000974
Reference: 0321010000059
TRANS TYPE: Credit Card SALE

CHECK:                    27.8

TIP:              5 —

TOTAL:          33   81

RECONCILIATION

| | |
|---|---|
| TODAY'S DATE: | 2/7/2013 |
| CARD HOLDER: | Brendan P. Glackin |
| CREDIT CARD NUMBER | ▮▮▮▮ |
| DATE OF STATEMENT: | 1/1/2013 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 12/2/2012 | Embarcadero Ctr Parking | 12/1 BPG Parking - Weekend Work | P | 3462-0001 | 24.00 |
| 12/3/2012 | Subway | 12/2 BPG Lunch - Weekend Work | M | 3462-0001 | 13.55 |
| 12/3/2012 | Embarcadero Ctr Parking | 12/2 BPG Parking - Weekend Work | P | 3462-0001 | 21.00 |
| 12/4/2012 | Cactus Taqueria | 12/3 BPG Dinner - Worked late | M | 3462-0001 | 10.06 |
| | | | | | |
| 12/9/2012 | Rubios | 12/8 BPG Lunch - Weekend Work | M | 3462-0001 | 10.26 |
| 12/9/2012 | Embarcadero Ctr Parking | 12/8 BPG Parking - Weekend Work | P | 3462-0001 | 27.00 |
| 12/10/2012 | Pizza Orgasmica | 12/9 BPG Dinner - Weekend Work | M | 3462-0001 | 17.45 |
| 12/12/2012 | Yellow Card Services | 12/10 BPG Taxi home - Worked late | T | 3462-0001 | 60.00 |

| | |
|---|---|
| **STATEMENT TOTAL** | ▮▮▮▮ |

ATTORNEY SIGNATURE: _Brendan Gl_    DATE: 2/7/2013

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

1081101.1

# HIGH TECH COLD CALLING 3462 - 0001

3462

EMBARCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

| | |
|---|---|
| 12/01/2012 | 18:03:07 |
| Merchant ID: | 000000002120534 |
| Terminal ID: | 03400416 |
| 1041210527 | |

CREDIT CARD

AMEX SALE

| | |
|---|---|
| CARD # | XXXXXXXXXX |
| INVOICE | 0017 |
| Batch #: | 000873 |
| Approval Code: | 544222 |
| Entry Method: | Swiped |
| Mode: | Online |

SALE AMOUNT          $24.00

PHONE: (415)772-0670

CUSTOMER COPY

---

3462

```
              SALE RECEIPT
Store #26855      tkc 12/02/12 13:03:08
Trans#  17 Clerk 10   Nasir
Dwr1 TRDT 120212 Reg-ID REG-MAIN
                  Receipt # 0000654531
   Sales Tx     0.55 Tax B      0.00
   Tax C        0.00 Tax D      0.00
   Tax E        0.00 Tax F      0.00
                     **TOTAL    13.55
AMT TEND       13.55CHANGE DUE   0.00
                     --------
   CHANGE DUE$     0.00

   Approval No: 580410
   Reference No: 233721305665
   Acquired: Swipe
   Account No: ***********
   Card Issuer: Amex
   Amount: $13.55
```

---

3462

EMBARCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

| | |
|---|---|
| 12/02/2012 | 18:09:15 |
| Merchant ID: | 000000002120534 |
| Terminal ID: | 03400416 |
| 1041210527 | |

CREDIT CARD

AMEX SALE

| | |
|---|---|
| CARD # | XXXXXXXXXX |
| INVOICE | 0013 |
| Batch #: | 000875 |
| Approval Code: | 547227 |
| Entry Method: | Swiped |
| Mode: | Online |

SALE AMOUNT          $21.00

PHONE: (415)772-0670

CUSTOMER COPY

---

```
*******************************************
Cactus Taqueria
5642 College Ave
Oakland CA, 94618
Tel. 510-658-6180
```

3462

```
12/03/12   7:50 PM
*******************************************

EAT IN

    Tab #560
1 ENCH P/Verde              7.50
  Green Mole
  Refried Beans
1 DRKS Aguas Frescas        1.75

        Taxable:           9.25
                        -----------
        Sub-total:         9.25
        Sales Tax:         0.81
                        -----------
```

## Total Due:  10.06

Amex:                      10.06

```
******** KEEP YOUR RECEIPT ******** .
OnLine Ordering Coming Soon!
Visit
```

---

3462

EMBARCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

| | |
|---|---|
| 12/08/2012 | 18:09:45 |
| Merchant ID: | 000000002120534 |
| Terminal ID: | 03400416 |
| 1041210527 | |

CREDIT CARD

AMEX SALE

| | |
|---|---|
| CARD # | XXXXXXXXXX |
| INVOICE | 0024 |
| Batch #: | 000887 |
| Approval Code: | 585175 |
| Entry Method: | Swiped |
| Mode: | Online |

SALE AMOUNT          $27.00

PHONE: (415)772-0670

CUSTOMER COPY

# HIGH TECH COLD CALLING 3462 - 0001

*3462*

**Guest:BRENDON20**

```
*********** Eat In ***********
           Rubio's
     4 Embarcadero St. Level
     San Francisco, CA 94111
        Tel:(415) 986-9001

1  STEAK ESP-B               7.29
1  REG DRNK                  1.89

   Sub. Total:               9.18
   SFHC 3% Surcharge:        0.28
   Sales Tax:                0.80
   Total:                   10.26
   Discount Total:           0.00

   American Express:       -10.26
   Change                    0.00

 SFHC Charge: 3% surcharge is added to
   defray mandated San Francisco
   health care coverage costs.
     www.SFgov.org/olse/hcso


Cashier: WILES        Register:2
12/5/2012 1:2   PM  Order #4401

Let us do your next party or meal
      s Manager for details

            THANK YOU!

American Express
Card Num : XXXXXXXXXX
Terminal : KA13670003001
Approval : 54843
Sequence : 01059
```

*3462*

```
   Pizza Orgasmica      #3
     2 Embarcadero Center
     San Francisco  CA 94111
     Phone:415-834-9600
       Fax:415-834-9666
     www.pizzaorgasmica.com

          Ord #569
          Dine In

Empl:richard p. 12/09/2012      7:32 PM


3 Slice Thin Gourmet           11.34

1 Slice Thin 1 Topping          3.09

1 Root Beer                     1.65

                            ---------
        Subtotal             16.08
        Tax                   1.37
        Total                17.45

   AmEx    Payment           17.45

        Tip        _____

        Total      _____
```

```
For Service ..

          333-3333
*3462*
    Yellow Card Srvs

   San Francisco
   415-839-4600
   Duplicate
   Start Time
   12/10/12 22:37
   End Time
   12/10/12 23:00
   Veh: 1341/3976
   Trx: 2751571
   Card: AMEX
   Aprv: 540842
   Fare: $45.85
   Tip: $14.15
   Total: $60.00

  ----555-5555----
```

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

TODAY'S DATE: 3/25/2013

CARD HOLDER: Brendan P. Glackin

CREDIT CARD NUM

DATE OF STATEME 2/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 1/10/2013 | Palio Café | 01/09 Working lunch w/ Joe Saveri (Argument Planning) | M | 3462-0001 | 10.66 |
| 1/13/2013 | Embarcadero Ctr Parking | 01/12 Parking - Working on weekend | P | 3462-0001 | 32.00 |

STATEMENT TOTAL

ATTORNEY SIGNATURE: _Brendan GL_ DATE: 3/27/2013

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1089141 1

# HIGH TECH COLD CALLING 3462 - 0001

3462

EMBARCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111

01/12/2013                    21:53:31
Merchant ID:          0000009637.5574
Terminal ID:            0:400416
10R1210527

CREDIT CARD

AMEX SALE

CARD #              XXYXXXXXXXX ▮
INVOICE                        0039
Batch #:                      000948
Approval Code:                587353
Entry Method:                 Swiped
Mode:                         C line

SALE AMOUNT                   $37.00

PHONE: (415)772-0670

CUSTOMER COPY

---

3462 0001

ORIGINAL  JOE
301 South First Street
San Jose CA 95113
408-292-7030

20,,          12. 9:06 PM

American Express
XXXXXXXX ▮
Card
Server No:              70
Check Number:            11
TRAC Number:

AMOUNT                   74.50

Tip

TOTAL        89.58

Approval: 582221

I AGREE TO COMPLY WI .
THE CARDHOLDER A' REEMINT

iLAU 'IN/BRENDAN P

AMERICAN EXPRESS STATEMENT RECONCILIATION

TODAY'S DATE:                           4/15/2013

CARD HOLDER:              Brendan P. Glackin

CREDIT CARD NUMBER

DATE OF STATEMENT:              3/3/2013



| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 2/28/2013 | 23 City Park | BPG 2/27 Parking at SF Office | P | 3462-0001 | 12.00 |
| | | | | | |
| | | | | | |
| | | | STATEMENT TOTAL | | |

ATTORNEY SIGNATURE: _Brendan_ ____  DATE: 4/10/2013

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

1092880.1

EXPRESS STATEMENT RECONCILIATION

TODAY'S DATE:            8/16/2013

CARD HOLDER:            Brendan P. Glackin

CREDIT CARD NUMBER

DATE OF STATEMENT:      7/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 6/12/2013 | Le Meridian | 06/11 BPG Dinner w/ DMH2 & Eric Cramer | M | 3462-0001 | 137.84 |
| 6/13/2013 | Peets Coffee | 06/12 BPG Coffee (Ed Leamer Depo) | M | 3462-0001 | 7.90 |
| 7/1/2013 | Subway | 06/30 BPG Dinner - Weekend work | M | 3462-0001 | 7.50 |
| 7/1/2013 | Mills Plaza Garage | 06/30 BPG Parking - Weekend work | P | 3462-0001 | 10.00 |
| | | | | STATEMENT TOTAL | |

ATTORNEY SIGNATURE: _Brendan Glackin_   DATE: _8/20/2013_

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

# HIGH TECH COLD CALLING 3462 - 0001

3462

```
      LE MERIDIEN SAN FRANCISCO
              BAR 333

429 DAWN                          1
- - - - - - - - - - - - - - - - - - - - - - - - - -
 7 4 /1        7 2 8 7      GST 3
          JUN11'13  6:21PM
- - - - - - - - - - - - - - - - - - - - - - - - - -

   2 BASS ALE @ 5.52       11.04
   1 CHARCUTERIE           16.00
   1 CALAMARI              12.00
   1 PRAWN COCTAIL         16.00
   2 SIDE CAR @ 12.87      25.74
   2 @ 13.79
     TEXAS MILLION         27.58
   3 WATER                  0.00

     Subtotal             108.36
     SALES TAX              9.48
     Payment Du $ 1 1 7 . 8 4
```

$137.84

Enz
Crame  Harvey
      Dean

```
       MILLS PLAZA GARAGE
        345 SPEAR STREET
      SAN FRANCISCO, CA 94105

  TERMINAL ID:
  MERCHANT #:

  SALE
  BATCH:                INVOICE:
  DATE: JUN 30, 13      TIME: 15:40
  SQ: 008               AUTH NO: 562100

  TOTAL           $10.00
```

3462

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

| | |
|---|---|
| TODAY'S DATE: | 7/30/2013 |
| CARD HOLDER: | Brendan P. Glackin |
| CREDIT CARD NUMBER | ▬ 10102 |
| DATE OF STATEMENT: | 6/1/2013 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 5/7/2013 | Cactus Taqueria | BPG 5/6 Dinner - Working late | M | 3462-0002 | 12.08 |
| 5/12/2013 | VTS / Desoto Cab | BPG 5/11 Taxi home - Weekend work | T | 3462-0001 | 61.50 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 5/31/2013 | Le Meridien | Hotel for Kevin Hallock 6/4-8 | H | 3462-0001 | 1,382.16 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | STATEMENT TOTAL | | |

RECEIVED

AUG 0 2 2013

ATTORNEY SIGNATURE: _Brendan GL_  DATE: 8/2/2013

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

# HIGH TECH COLD CALLING 3462 - 0001

3462

3462

Cactus Taqueria
5642 College Ave
(510) 658-6180

**#582**

| | |
|---|---|
| Host: Ofelia | 05/11/13 |
| #582 | 8:23 PM |
| | 1028 |
| | |
| ENCH P/Verde | 7.5 |
| Green Mole | |
| Refried Beans | |
| DRKS Strawberry | 1.5 |
| | |
| Subtotal | 9.25 |
| Tax | 0.83 |

For Here Total   10.08

| | |
|---|---|
| AMEX | 10.08 |
| Auth:501081 | |

$2.00 +ip
$12.08

Thanks!!!
Please come again!!!
www.cactustaqueria.com

--- Check Closed ---

RIDE RECEIPT
- DESOTO CAB -
CAB #      0499
D-ID # A****067
TRIP #    36869
DATE   05/11/13
RATE USED:    1
PASSENGERS:   1
START END MILES
00:50 01:10 14.8
FARE: $   44.20
EXTRA: $   0.00
TOLLS: $   5.00
TIP: $   12.30
TOTAL: $  61.50

CARD #:
AP #:    587150
CC CARD RECEIPT

- DESOTO CAB -

# *Le* MERIDIEN
## SAN FRANCISCO

STARWOOD PREFERRED GUEST | FOUR✕POINTS |  sheraton |  aloft |  W HOTELS |  *Le* MERIDIEN |  LUXURY COLLECTION | WESTIN |  ST. REGIS

## CREDIT CARD AUTHORIZATION FORM

FR: **Marv Baldwin**
Company: Lieff Cabraser Heimann & Bernstein
FAX: 415-956-1008
PHONE: 415-956-1000 Ext. 2214

To: Grace
Co: Le Meridien Sale Dept.
FX: (415) 296-2919
PH: (415) 296-2900

GROUP NAME/EVENT   Name of Guest: Kevin Hallock
DATE OF EVENT           Check In: 06/04/13 - Check Out: 06/08/13

We will be paying for:          (All Charges (guestroom, tax and incidentals)
(Please circle all that apply)
(Room and Tax only (incidentals on own)

(Meeting Room / Audiovisual / Food & Beverage

(Bill my guestroom folio for all meeting room charges
Guarantee Meeting Room)

## *A Legible copy of the front and back of the credit card is required*

Please charge all balances to my (company/ personal) Credit Card:
AMEX___ X___MC____VISA_____DINERS CARD____
Name as appears on Credit Card: Brendan P. Glackin
Expiration Date:
Credit Card #:

Authorized Signature

Partner
Title of Signer

Brendan P. Glackin
Print Name

05/29/2013
Date

By signing the present, I give Le Meridien San Francisco express to authorization to charge my credit card for all charges incurred on my account as to obtain any necessary pre authorization for any estimated charges on the mentioned account. Furthermore, I authorize Le Meridien San Francisco to verify the aforementioned statement and agreed to hold the Le Meridien San Francisco harmless of all disputes with the credit card company issuing the aforementioned card. The authorization shall survive at all times.

| TODAY'S DATE: | 11/15/2013 |
| CARD HOLDER: | Brendan P. Glackin |
| CREDIT CARD NUMBER | |
| DATE OF STATEMENT: | 10/1/2013 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 9/8/2013 | Jetblue Airways | Seat Upgrade Fee 9/9 BWI-BOS | A | 3462-0001 | 20.00 |
| 9/8/2013 | Jetblue Airways | Seat Upgrade Fee 9/9 BOS-BWI | A | 3462-0001 | 20.00 |
| 9/8/2013 | Jetblue Airways | BPG 9/7 BWI-BOS (Metting w/ expert Matt Marx) | A | 3462-0001 | 345.80 |
| | | | | STATEMENT TOTAL | |

ATTORNEY SIGNATURE: _Brendan Gl._   DATE: 11/27/2013

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

RECEIVED
DEC 02 2013
ACCOUNTING

1141242.1

3462

| From: | JetBlue Reservations <reservations@jetblue.com> |
|---|---|
| Sent: | Saturday, September 07, 2013 7:39 AM |
| To: | Glackin, Brendan P. |
| Subject: | Itinerary for your upcoming trip |

 **jetBlue** | Scan this barcode to check in at any JetBlue check in kiosk. | 

Home        Flight Status        Change/Cancel        Seats        Baggage info

# You're all set!

Thanks for choosing JetBlue. Please review this booking confirmation carefully as it includes some important and helpful information about your trip. Although you don't need this document to check in, we recommend that you print it out for your reference.

MAKE YOUR TRAVEL EASIER.

Sign up for flight alerts to get updates on all your flights.

## Your confirmation number is NRLCEL.

**EVEN MORE**

**Congratulations**
You have purchased an Even More Space seat which means you'll have extra legroom to stretch in and you'll get to board early, plus have early access to overhead bins. In select cities, your purchase includes Even More Speed so you can also get to your gate faster with expedited security. Enjoy! More info

## Your itinerary

| Date | Departs/ Arrives | Route | Flight/ Operated by | Travelers | Frequent Flyer[1] | Seats[2] | Terminal |
|---|---|---|---|---|---|---|---|
| Mon, Sep 09 | 1:16 p.m. 2:39 p.m. | **BALTIMORE WASHNTN, MD** to **BOSTON, MA** | 126 | Brendan Patrick Glackin | N/A | 12A * | |
| Mon, Sep 09 | 7:30 p.m. 9:01 p.m. | **BOSTON, MA** to **BALTIMORE WASHNTN, MD** | 1427 | Brendan Patrick Glackin | N/A | 13A * | C |

* Even More Space seat

[1] To provide a frequent flyer number please call 1-800-JETBLUE (538-2583).

[2] Seats requests on other airlines are not guaranteed until confirmed by the operating carrier.

1

Your ticket(s) is/are:

Brendan Patrick Glackin: ████████

## Even More™ Extras

| EVEN MORE options | Route | Flight | Travelers |
|---|---|---|---|
| Even More™ Speed | BALTIMORE WASHNTN, MD to BOSTON, MA | 126 | Brendan Patrick Glackin |
| | BOSTON, MA to BALTIMORE WASHNTN, MD | 1427 | Brendan Patrick Glackin |

## Payment

For a detailed receipt, select a customer:    Brendan Patrick Glackin

Please click here for details regarding change and cancel policies.

## Insurance confirmation



For Allianz Global Assistance flight insurance inquiries, please call 1-800-284-8300.

## Special travel deals



**Get 20,000 TrueBlue® points** after spending $1,000 with your Card in your first 3 months of Cardmembership.[1] Apply now.

hotels

We've teamed up with hotels.com to offer you a huge selection of hotels.

- Special Internet Rate Price Match Guarantee[2]
- No Change or Cancel fee[3]
- No phone booking fee
- Thousands of TripAdvisor® customer reviews

Click here or call **800-544-3581** to book your hotel now.



Find great car rentals from Hertz, Enterprise, Dollar, Avis and more right here – no need to go website hopping.



Ride in style with private car service to/from the airport from our new partner, LimoRes. It's a lot less than you think - rates start at just $49[4]. Book online now.

**TODAY'S DATE:** 9/23/2013

**CARD HOLDER:** Brendan P. Glackin

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 8/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 7/2/2013 | Book Passage | 7/1 Puchased book cited in expert's report | OC | 3462-0001 | 30.40 |
| 7/13/2013 | Yellow Card Services | BPG 7/11 Taxi home - Working late | T | 3462-0001 | 42.00 |
| 7/13/2013 | SF Town Taxi | BPG 7/12 Taxi home - Working late | T | 3462-0001 | 60.00 |

| | | | | STATEMENT TOTAL | |

**ATTORNEY SIGNATURE:** *Brendan G.*  **DATE:** 9/27/2013

CODES:  A = Air/Train Fares and Fees
  H = Hotel
  M = Meals
  T = Transportation (Tolls, Taxi, etc)
  P = Parking
  W = Internet Access
  OC = Misc Charges

1132874.1

# HIGH TECH COLD CALLING 3462 - 0001

*3462*

```
        BOOK PASSAGE
     We put the world in your hands

  239370 Reg 8 ID  64 5:38 pm 07/01/13
     DUPLICATE RECEIPT

S SIGNAL & THE NOIS   1 @ 27.95   27.95
S 9781594204111
SUBTOTAL                           27.95
SALES TAX - 8.75%                   2.45
TOTAL                              30.40
AMERICAN EXPRESS PAYMENT           30.40
Account# XXXXXXXXX▇
Authorization# 506490      Clerk  64
```

I agree to pay the above total amount
according to the card issuer agreement.

*Book -*
*Purchased*
*book cited*
*in Murphy's*
*Report*

---

```
Yellow Cab Srvs
3462
San Francisco
415-829-4680
 Customer
Start Time
07/11/13 20:42
End Time
          :57
Cent…
Trx:…
Card: AMEX ▇
Appv: 586414
  Fare:  $32.65
   Tip:   $9.25
 Total:  $42.00
```

*Taxi home*
*Thursday*

---

```
3462
SF Elite
Trans Services
San Francisco
415-401-8900
 Merchant
Start Time
07/12/13 20:25
End Time
7/12/13 20:49
Vehicle: 0920
Driver: 1898
Trx: 947916
Card: AMEX ▇
Appv: 520690
Fare: $45.85
Tip: $14.15
Total: $60.00
```

*Taxi home.*
*Friday*

AMERICAN EXPRESS STATEMENT

| | |
|---|---|
| TODAY'S DATE: | 12/30/2013 |
| CARD HOLDER: | Brendan P. Glackin |
| CREDIT CARD NUMBER | |
| DATE OF STATEMENT: | 12/1/2013 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| | | | M | | |
| 11/7/2013 | Casto Travel | Travel Agency Fee - A. Manning 11/12 Roundtrip LHR-SFO | A | 3462-0001 | 40.00 |
| 11/11/2013 | British Airways | Alan Manning 11/12 Roundtrip LHR-SFO (11/14 Deposition) | A | 3462-0001 | 9,330.60 |
| 11/14/2013 | Le Meridien SF | BPG 11/13 Lunch with Alan Manning (Depo Prep) | M | 3462-0001 | 120.14 |
| 11/15/2013 | 350 Sansome/ECW Garage | BPG 11/14 Weekend Parking (Alan Manning Deposition) | P | 3462-0001 | 32.00 |
| 11/18/2013 | City View Restaurant | BPG 11/17 Dinner w/ Phil Johnson & Ed Leamer (Depo Prep) | M | 3462-0001 | 99.58 |
| | | | | STATEMENT TOTAL | |

ATTORNEY SIGNATURE: _Brendan Gl_    DATE: 1/6/2014

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Wednesday, 6NOV 2013 07:40 PM EST

**Passengers: ALAN PATRICK MANNING (3462 0001)**

Agency Record Locator: RHROUW

To view your itinerary online at TripCase or to update your calendar click here

If interested in travel insurance, click here for a quote from Travel Guard.

U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766

| | | | |
|---|---|---|---|
| **AIR** | **Tuesday, 12NOV 2013** | | |

| | | |
|---|---|---|
| **British Airways** | **Flight Number**: 0285 | Class: R-Business |
| **From**: (LHR) London/Heathrow, England, UK | **Depart**: 10:50 AM | |
| **To**: (SFO) San Francisco CA, USA | **Arrive**: 01:45 PM | |
| Stops: nonstop | Duration: 10 hour(s) 55 minute(s) | |
| Seats: 18K | Status: CONFIRMED | Miles: 5362 |
| Equipment: Boeing 747 Jet | MEAL: MEALS | |

DEPARTS LHR TERMINAL 5 - ARRIVES SFO INTERNATIONAL TERMINAL
WINDOW SEAT CONFIRMED
**British Airways Confirmation number is YNVFS4**

| | |
|---|---|
| **AIR** | **Friday, 15NOV 2013** |

| | | |
|---|---|---|
| **British Airways** | **Flight Number**: 0286 | Class: D-Business |
| **From**: (SFO) San Francisco CA, USA | **Depart**: 07:45 PM | |
| **To**: (LHR) London/Heathrow, England, UK | **Arrive**: 02:00 PM 16NOV | |
| Stops: nonstop | Duration: 10 hour(s) 15 minute(s) | |
| Seats: 19D | Status: CONFIRMED | Miles: 5362 |
| Equipment: Boeing 747 Jet | MEAL: MEALS | |

DEPARTS SFO INTERNATIONAL TERMINAL - ARRIVES LHR TERMINAL 5
AISLE SEAT CONFIRMED
WINDOW SEAT NOT AVAILABLE.
**British Airways Confirmation number is YNVFS4**

| | |
|---|---|
| **OTHER** | **Wednesday, 14MAY 2014** |

THANK YOU FOR CHOOSING CASTO TRAVEL

A VALID PASSPORT IS RQRD FOR INTL TRAVEL. SOME COUNTRIES
REQUIRED UP TO 6MOS REMAINING VALIDITY AND/OR A VALID VISA
SOME COUNTRIES REQUIRE ADDITIONAL TAX PAYMENT TO BE
COLLECTED AT DEPARTURE EITHER IN USD OR LOCAL CURRENCY
** AIRLINE RULES AND RESTRICTIONS **
CHANGES CAN BE MADE BEFORE DEPARTURE FOR A FEE OF 200.00GBP
**PLUS APPLICABLE FARE DIFFERENCE**
CHANGES CAN BE MADE AFTER DEPARTURE FOR A FEE OF 200.00GBP
**PLUS APPLICABLE FARE DIFFERENCE
TICKET IS REFUNDABLE IS CANCELED PRIOR TO DEPARTURE

HOWEVER NONREFUNDABLE IF CANCELED AFTER TRAVEL COMMENCES

**Ticket/Invoice Information**

Passenger Name: ALAN PATRICK MANNING
Ticket Number:   BA7318152852  Electronic Tkt:  Yes
    Base:  8421.00
    Tax:   909.60
    Total:  9330.60
    Charged to: AX***********

Passenger Name: ALAN PATRICK MANNING
Service fee:   0596151156
    Total:   40.00
    Charged to: AX***********

    Total Tickets:  9330.60
    Total fees:    40.00
    Total Amount:  9370.60

To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to
avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies, shall be responsible for the failure of the above disclosed principals
to provide services. CST 1008439-10

# HIGH TECH COLD CALLING 3462 - 0001

3462

```
LE  MERIDIEN SAN FRANCISCO
        PARK GRILL
CHECK:      1135
TABLE:      5 / 1
SERVER:     274 KARIM
DATE:       NOV13'13  1:12PM
CARD TYPE:  American Express
ACCT #:     XXXXXXXXXXX
EXP DATE:   XX/XX
AUTH CODE:  545427
        BRENDAN P GLACKIN


SUBTOTAL:         108.14

GRATUITY:_____

TOTAL:_____120.14_____

____
GUEST SIGNATURE

   I AGREE TO PAY ABOVE TOTAL
AMOUNT ACCORDING TO CARD ISSUER
            AGREEMENT
  * YELLOW IS CUSTOMER COPY *
```

3462
Receipt

```
467802111419252013
SF- ECW -1819
350 Sansome/ECW Garage
275 Battery Street
San Francisco, CA
Tel: (415)781-7146

Fee/Computer Number: : 2
Entry Time: 11/14/2013 7:26 AM
Exit Time: 11/14/2013 7:25 PM
Duration: 11h 58m
By: Admis
Tran: 4678
Ticket Number:  156239

Regular Hourly        $   32.00
-------------------------------
Total:                $   32.00
American Express      $   32.00
Last 4 Digits:

Tax 1                 $    6.40

Operated by:
CityPark
325 Fifth Street
San Francisco, CA 94107
Tel: (415)495-3909
```

# HIGH TECH COLD CALLING 3462 - 0001

3462

662 COMMERCIAL ST
SAN FRANCISCO CA 94111
415-398-2838

TERMINAL ID.:          088600
MERCHANT #:       8830011084202

AMEX
XXXXXXXXXX          SWIPED
SALE
BATCH: 000283    INV: 000045
Nov 17, 13          16:42
RRN: 02090041    AUTH: 584374
TRACE #: 00189887465067D

AP

BASE              $83.58

TIP       $

TOTAL     $   99.58

BRENDAN P GLACKIN

Depo Prep
Ed Leamer   3
Phil Johnson

AMERICAN EXPRESS SETTLEMENT RECONCILIATION

| | |
|---|---|
| TODAY'S DATE: | 12/3/2013 |
| CARD HOLDER: | Brendan P. Glackin |
| CREDIT CARD NUMBER | ▬▬ |
| DATE OF STATEMENT: | 11/1/2013 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| | | | | | |
| 10/22/2013 | Amtrak | BPG 10/21 San Jose-Oakland (Return from Hearing) | T | 3462-0001 | 17.00 |
| 10/22/2013 | Amtrak Café | BPG 10/21 Meal on train San Jose-Oakland | M | 3462-0001 | 2.50 |
| | | | | STATEMENT TOTAL | ▬▬▬ |

ATTORNEY SIGNATURE: _____ DATE: 12/6/2013

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1143493.1

STATEMENT RECONCILIATION
3/8/2013

CARD HOLDER:           Kelly M. Dermody

CREDIT CARD NUMBER     XXXX-XXXX▮▮▮▮▮

DATE OF STATEMENT:     2/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 1/7/2013 | Perbacco | Lunch w/Hallock, Leebove, BPG, DMH2, ABS | M | 3462-1 | 141.63 |
|  |  |  |  | STATEMENT TOTAL |  |

ATTORNEY SIGNATURE: _____    DATE: 3/15/13

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

1086046_1.XLS

5-102-1
SF
1/7/13

3462
lunch of Hallock,
Leebove, BPG, AMHL,
ABJ

Perbacco
230 California St.
San Francisco, CA  94111

Server: Kerri                    DOB: 01/07/2013
01:18 PM                              01/07/2013
Table 121/1                            3/30010

SALE

AMEX                                    3145738
Card #XXXXXXXXXX▬
Magnetic card present: DERMODY KM
Card Entry Method:  S

Approval: 584236

                    Amount:      $ 119.63

                    + Tip: _____

                    = Total: _____


                I agree to pay the above
              total amount according to the
                  card issuer agreement.

X_____

                    THANK YOU!


              >> Customer Copy <<

RECONCILIATION

9/30/2013

CARD HOLDER: Kelly M. Dermody

CREDIT CARD NUMBER: XXXX-XXXX████

DATE OF STATEMENT: 9/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| | | | | | |
| 8/8/2013 | Le Meridien | Dining w/Hollock, BPG, DMH2, LJC | M | 3462-1 | 154.95 |
| | | | | | |
| | | staff recognition | M | | |
| | | | | | |
| | | | | | |
| | | | | STATEMENT TOTAL | |

ATTORNEY SIGNATURE: _____ DATE: 10/4/13

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

3462-1
8/8/13

8 3462 food/drink /
Hollock, BPG, DMH2,
LJL

RIDIEN SAN FRANCI
BAR 333
741
92/
524 BEN
AUG08
America
XXXXXX
XXX
868

128.96

154.96

SIGNATURE

gree to pay ac    t ai
according to  a holder
agreement
's Cus mer Copy *

STATEMENT RECONCILIATION

| | |
|---|---|
| **TODAY'S DATE:** | 2/7/2013 |
| **CARD HOLDER:** | Dean M. Harvey |
| **CREDIT CARD NUMBER** | |
| **DATE OF STATEMENT:** | 1/1/2013 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 12/2/2012 | Subway | 12/1 DMH2 Meal - Weekend Work | M | 3462-0001 | 5.00 |
| 12/3/2012 | Subway | 12/2 DMH2 Meal - Weekend Work | M | 3462-0001 | 6.50 |
| 12/3/2012 | VTS / Desota Cab | 12/2 DMH2 Taxi to work - Weekend Work | T | 3462-0001 | 15.95 |
| 12/3/2012 | Yellow Card Services | 12/2 DMH2 Taxi home - Weekend Work | T | 3462-0001 | 15.40 |
| 12/5/2012 | SF Quick Cab | 12/5 DMH2 Taxi home - Worked Late | T | 3462-0001 | 15.00 |
| 12/8/2012 | San Francisco Taxi Cab | 12/8 DMH2 Taxi to work - Weekend Work | T | 3462-0001 | 15.00 |
| 12/9/2012 | Yellow Card Services | 12/8 DMH2 Taxi home - Weekend Work | T | 3462-0001 | 12.00 |
| 12/10/2012 | SFR Taxi Med | 12/10 DMH2 Taxi home - Worked Late | T | 3462-0001 | 14.75 |
| 12/11/2012 | Oasis Grill | 12/9 DMH2 Meal - Weekend Work | M | 3462-0001 | 36.04 |
| 12/11/2012 | Yellow Cab Corp | 12/11 DMH2 Taxi home - Worked Late | T | 3462-0001 | 14.00 |
| | | | | **STATEMENT TOTAL** | 149.64 |

**ATTORNEY SIGNATURE:** _____   **DATE:** 2/7/13

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

80608/A 205380
PD 68055-00-173

INVOICE

CHECK
DMH20113

TRAVEL
3462-0001    T $102.10
M $47.54

1081107 1

4/15/2013

CARD HOLDER: Dean M Harvey

CREDIT CARD NUMBER ████

DATE OF STATEMENT: 3/3/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 2/2/2013 | Yellow Card Services | DMH2 2/1 Taxi home - Worked late | T | 3462-0001 | 16.10 |
| 2/4/2013 | Munir Shaikh Taxi | DMH2 2/5 Taxi home - Worked late | T | 3462-0001 | 15.00 |
| 2/11/2013 | Arrow Cab | DMH2 2/10 Taxi home - Weekend work | T | 3462-0001 | 16.00 |
| 2/19/2013 | The Irish Times | DMH2 2/18 Meal - Holiday work | M | 3462-0001 | 16.51 |
| 2/23/2013 | Books Inc | DMH2 2/22 Purchaed "The War For Talent" | OC | 3462-0001 | 38.06 |
| 2/27/2013 | 23 City Park | DMH2 2/26 Parking at office before hearing | P | 3462-0001 | 32.00 |
| 2/28/2013 | 23 City Park | DMH2 2/27 Parking at office before depo | P | 3462-0001 | 6.00 |
| 2/28/2013 | 23 City Park | DMH2 2/27 Parking at office after depo | P | 3462-0001 | 6.00 |
| 3/1/2013 | SFR Raxi Med | DMH2 3/1 Taxi home - Worked late | T | 3462-0001 | 12.30 |

80468/# 20 53516
PO 68055-00 - 1713
INVOICE
   DMH20313ALLEX
CHECK
   DMH20313A

TRAVEL

3462-0001  M  $16.51
           P  $44.00
           T  $59.40

BS
3462-0001  $38.06

| | STATEMENT TOTAL | 156.37 |
|---|---|---|

157.97

ATTORNEY SIGNATURE: _____ DATE: 4/18/13

CODES: A = Air/Train Fares and Fees
       H = Hotel
       M = Meals
       T = Transportation (Tolls, Taxi, etc)
       P = Parking
       W = Internet Access
       OC = Misc Charges

10/14/2013

**CARD HOLDER:**     Dean M. Harvey

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:**     9/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 8/11/2013 | Grand Hyatt Hotel | Hotel for Kevin Hallock 8/7-9 | H | 3462-0001 | 925.96 |
| | | | | | |

| | | | | STATEMENT TOTAL | |

**ATTORNEY SIGNATURE:** _____     **DATE:** 10/14/13

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

80081# 208811

PO 68055-00-1713

INVOICE
    DMH

CHECK
    DMH20913

TRAVEL
    3462-0001   H   $925.96



ADMIN



3462-0005

# GRAND | HYATT

*Hotel for expert*
*Kevin Hallock*
*from 8/7/13 to 8/9/13.*

Grand Hyatt San Francisco
345 Stockton Street
San Francisco, CA 94108
TEL: 415.398.1234
FAX: 415.391.1780
grandsanfrancisco.hyatt.com

### INFORMATION INVOICE

Guest   Hallock, Kevin

| | | | |
|---|---|---|---|
| Payee | Dean Harvey | Room No. | 2908 |
| | 275 Battery St | Arrival | 08-07-13 |
| | 29th floor | Departure | 08-09-13 |
| | San Pablo CA 94806 | Page No. | 1 of 1 |
| | United States | | |
| Confirmation No.   2683361901 | | Folio Window | 2 |
| Group Name | | Folio No. | 535243 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 08-07-13 | Guest Room | 399.00 | |
| 08-07-13 | Occupancy Tax | 55.86 | |
| 08-07-13 | Tourism Assessment | 5.99 | |
| 08-07-13 | CA  Assessment | 0.13 | |
| 08-07-13 | Moscone District Assessment 0.5% | 2.00 | |
| 08-08-13 | Guest Room | 399.00 | |
| 08-08-13 | Occupancy Tax | 55.86 | |
| 08-08-13 | Tourism Assessment | 5.99 | |
| 08-08-13 | CA  Assessment | 0.13 | |
| 08-08-13 | Moscone District Assessment 0.5% | 2.00 | |
| 08-09-13 | American Express | | 925.96 |

| | **Total** | 925.96 | 925.96 |
|---|---|---|---|
| | **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

### Hyatt Gold Passport Summary

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

### WE HOPE YOU ENJOYED YOUR STAY WITH US!

If you could not rate Customer Service as "Extremely Satisfied", please e-mail the
Assistant Rooms Executive Manager, Tiffany Farries, at Tiffany.Farries@hyatt.com or
call 415-848-6009

Please remit payment to: Grand Hyatt San Francisco
PO Box 842120
Dallas, TX 75284
For inquiries concerning your bill please call 888-588-4384 or e-mail
NA.CustomerService@Hyatt.com

We welcome your feedback and look forward to the opportunity to see you again at the
Grand Hyatt San Francisco.

AMERICAN EXPRESS STATEMENT

**TODAY'S DATE:** 5/10/2013

**CARD HOLDER:** Dean M. Harvey

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 4/2/2013

RECEIVED

MAY 15 2013

ACCOUNTING

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 3/11/2013 | SF Town Taxi | DMH2 3/10 Taxi home - Weekend work | T | 3462-0001 | 16.00 |
| 3/13/2013 | Amazon.com | DMH2 3/13 Purchased book for case | OC | 3462-0001 | 39.24 |
| 3/14/2013 | VTS / Desota Cab | DMH2 3/13 Taxi home - Working late | T | 3462-0001 | 13.75 |
| 3/15/2013 | Yellow Card Services | DMH2 3/14 Taxi home - Working late | T | 3462-0001 | 16.10 |
| 3/20/2013 | Union 76 Station | DMH2 3/19 Gas - Drove vehicle to/from Google for depo | T | 3462-0001 | 56.81 |
| 3/21/2013 | Metro Cab | DMH2 3/20 Taxi to depositon | T | 3462-0001 | 17.00 |
| 3/29/2013 | Virgin America | DMH2 4/1 Roundtrip SFO-SAN (Robert DiMartini Depo) | A | 3462-0001 | 401.80 |
| 4/1/2013 | Subway | DMH2 3/31 Meal - Weekend Work | M | 3462-0001 | 5.00 |
| 4/1/2013 | SF Cab | DMH2 3/31 Taxi home - Weekend Work | T | 3462-0001 | 14.30 |
| 4/1/2013 | Abdelrahmane Taxi | DMH2 4/1 Taxi home from SFO | T | 3462-0001 | 58.60 |
| 4/1/2013 | Haddis Taxi San Diego | DMH2 4/1 Taxi in San Diego (Robert DiMartini Depo) | T | 3462-0001 | 16.90 |
| 4/1/2013 | Saed Faizy Taxi San Diego | DMH2 4/1 Taxi from SAN Airport to deposition | T | 3462-0001 | 73.60 |
| 4/1/2013 | Saed Faizy Taxi San Diego | DMH2 4/1 Taxi back to SAN Airport | T | 3462-0001 | 70.30 |
| 4/2/2013 | JetBlue Airways | DMH2 Seat Upgrade 4/4 SFO-JFK | A | 3462-0001 | 65.00 |
| 4/2/2013 | JetBlue Airways | DMH2 4/4 Roundtrip SFO-JFK (Paul Schreiber Depo) | A | 3462-0001 | 871.80 |
| 4/2/2013 | Come On In Café | DMH2 4/1 Meal in San Diego (Robert DeMartini Depo) | M | 3462-0001 | 8.10 |
| 4/2/2013 | Katsu Downtown | DMH2 4/1 Meal in San Diego (Robert DeMartini Depo) | M | 3462-0001 | 44.80 |
| 4/2/2013 | The Plant | DMH2 4/1 Breakfast at SFO Airport | M | 3462-0001 | 6.06 |
| 4/2/2013 | GoGoAir | DMH2 4/1 In-Flight Internet Access | OC | 3462-0001 | 14.95 |

**STATEMENT TOTAL**

**ATTORNEY SIGNATURE:** _____ **DATE:** 5/14/13

**CODES:** A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

# HIGH TECH COLD CALLING 3462 - 0001

*3462*

```
              SALE RECEIPT
Store #25578        tkc 03/31/13 19:51:52
Trans# 89 Clerk 30   Rico
Dwr1 TRDT 033113 Reg-ID REG-MAIN
                   Receipt # 0000113266
Sales Tx        0 Tax B           0.00
Tax C         .00 Tax D           0.00
Tax E        0.00 Tax F           0.00
                 **TOTAL          5.00
AMT TEND      5.00CHANGE DUE       0.00
                 ---------
    CHANGE DUE$    0.00

   Approval No: 563187
   Reference No: 309102460828
      Acquired: Swipe
   Account No: ***********
   Card Issuer: Amex
       Amount: $5.00
```

Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie. Keep your receipt and write
your unique coupon code

---

*3462*

```
          COME ON IN CAFE
       12265 EL CAMINO REAL ST
          SAN DIEGO, CA 92130

TERMINAL ID:            003934528
MERCHANT #:            2041436403

AMEX
#xxx..:xxxxxxxxx

SALE
BAT  000011        INVOICE: 011304
DATE: APR 01  3        TIME: 12:15
SQ: 012             AUTH NO: 564376

MDSE/SERVICES            $8.10

TIP                 -------------

TOTAL               -------------
```

Thank you for your business!

CUSTOMER COPY

---

```
       KHISU DOWNTOWN
        895 4TH AVENUE
      SAN DIEGO CA 92101
        619-696-8810

TERMINAL ID.:              75201169
MERCHANT #:            797900662098

AMEX
xxxxxxxxxx                    SWIPED

SALE
BATCH: 000098     INV: 000001
Apr 01, 13        17:38
RRN: 309200601331  AUTH:564513
TRAN SEQ #: 059162

APPROVAL 564513

BASE              $37.80

TIP           $_____ 7 w

TOTAL         $_____ .

ON HANDEV        3462
```

CUSTOMER COPY

---

*3462*

Plant Store
San Francisco
International Airport

9914 gabriela

Chk 1216 Apr01'13 08:25A Gst 0

Plant Store
1 Fruit Cup        5.50
XXXXXXXXXX
Amex               6.06

Subtotal           5.50
Tax                0.50
1% ee srchg        0.06
Payment            6.05

If we did or did not exceed your
expectations, we would like to
hear from you. Please call
800-426-5971 x1021 or email
wecare@mindspring.com

ORDER # 1216

# jetBlue

You should receive your itinerary by email shortly, but you should print this out just in case.

Congratulations, you're officially a TrueBlue member! Your TrueBlue number is: 3157743803. An email confirmation will be sent to you shortly. To manage the flight you just booked and any future flights, simply log in to your TrueBlue account.

## Confirmation #FSEAOV

Status: **Confirmed**

Book Date: **Monday, April 1 2013**



Scan this barcode to check in at any JetBlue check-in kiosk.

*Deposition of Paul Schreiber.*

## Your itinerary

### Travelers

**Travelers on this flight:** Dean Michael Harvey

**Primary contact:** Dean Michael Harvey, 275 Battery Street 29th Floor San Francisco, CA 941113339

### Flights

| Date | Departs/ Arrives | Route | Flight | Travelers | Seats |
|------|------------------|-------|--------|-----------|-------|
| Thu Apr 04 | 01:20 p.m.<br>09:55 p.m. | **San Francisco, CA (SFO)** to **New York City, NY (JFK)** | 644 | Dean Michael Harvey<br>TB# 3157743803 | 23A |
| Sat Apr 06 | 07:50 p.m.<br>11:40 p.m. | **New York City, NY (JFK)** to **San Francisco, CA (SFO)** | 645 | Dean Michael Harvey<br>TB# 3157743803 | 2F * |

\* Even More™ Space

### Total price

| | |
|---|---|
| Fare | $790.70 x 1 = **$790.70** USD |
| Even More™ Space | **$65.00** USD |
| Taxes & Fees | **$81.10** USD |

**Total:** **$936.80** USD

**Form of payment**
American Express

**Amount paid**
$936.80 USD

**Paid today:**            **$936.80** USD

## Need a car? We offer the JetBlue discount



- Save 5% or more on all rentals
- No payments till car pick up
- No change/cancel fees

**Call 1-800-654-3131 or log onto jetblue.com/cars. Use CDP# 1790143 to receive the JetBlue discount.**

## Need a hotel? Low price guarantee

- Price match guarantee
- Nearly 1,000,000 unbiased guest reviews
- No change/cancel fees

**Call 888-555-8989 to let us help you book your hotel or log onto jetblue.com/hotels.**



GroundLink, the next generation car service, is offering JetBlue passengers **10% off** their ride. Use GroundLink to get to or from any airport in the U.S. Enter **JETBLUE10** at checkout.

**Your Driver Is** Here.

## Fare Restrictions:

1. Redeem with CDP code 1790143 when booking through JetBlue. Taxes, fees, and restrictions apply; see http://www.hertzft.com/jetblue/index.html.
2. If you find the same hotel and dates of stay at a lower rate, Hotels.com will, at its choice, either match the lower rate or cancel the reservation without a cancellation fee See http://hotels.jetblue.com/index.jsp?pageName=guarantee.
3. Hotels.com does not charge a change or cancel fee; but, each property has independent penalties for changes/cancellations. See hotel details.
4. Taxes, fees and restrictions apply; see http://limos.jetblue.com/jetblue/car-service.do.

**NOTICE OF INCORPORATED TERMS**
All travel on JetBlue (domestic and international) is subject to JetBlue's Contract of Carriage, the terms of which are incorporated herein by reference. International travel may also be subject to JetBlue's international passenger rules tariffs on file

AMERICAN EXPRESS STATEMENT RECONCILIATION

| | |
|---|---|
| TODAY'S DATE: | 3/26/2013 |
| CARD HOLDER: | Dean M. Harvey |
| CREDIT CARD NUMBER | |
| DATE OF STATEMENT: | 2/1/2013 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 1/14/2013 | SF Town Taxi | 1/13 DMH2 Taxi home - Working late | T | 3462-0001 | 14.75 |
| 1/15/2013 | United Airlines | Michael Devine 1/17 Roundtrip SEA-SFO | A | 3462-0001 | 417.80 |
| 1/15/2013 | Casto Travel | Travel Agency Fee 1/17 Roundtrip SEA-SFO | A | 3462-0001 | 40.00 |
| 1/15/2013 | Louis Pofi (Taxi) | 1/15 DMH2 Taxi home - Working late | T | 3462-0001 | 15.00 |
| 1/16/2013 | Oasis Grill | 1/15 DMH2 Meal - Working late | M | 3462-0001 | 13.01 |
| 1/16/2013 | SFR Taxi Med | 1/16 DMH2 Taxi home - Working late | T | 3462-0001 | 14.10 |
| 1/17/2013 | Panera Bread | 1/16 DMH2 Meal - Working late | M | 3462-0001 | 41.83 |
| 1/17/2013 | Gurcharan Singh (Taxi) | 1/16 DMH2 Taxi home - Working late | T | 3462-0001 | 16.00 |
| 1/17/2013 | 23 City Park | 1/16 DMH2 Office Parking (AM) | P | 3462-0001 | 24.00 |
| 1/17/2013 | 23 City Park | 1/16 DMH2·Office Parking (PM) | P | 3462-0001 | 32.00 |
| 1/19/2013 | Westin San Franciso Airport | Michael Devine 1/17-18 Hotel | H | 3462-0001 | 235.22 |
| 1/27/2013 | Huynh Khanh Taxi | 1/27 DMH2 Taxi home - Weekend work | T | 3462-0001 | 15.00 |
| 1/29/2013 | Sushi Umi | 1/28 DMH2 Working dinner w/ JCS & LJC (Split x 3) DMH2 | M | 3462-0001 | 27.69 |
| | Sushi Umi | 1/28 DMH2 Working dinner w/ JCS & LJC (Split x 3) DMH2 | M | | |
| 1/29/2013 | Yellow Card Services | 1/28 DMH2 Taxi home - Working late | T | 3462-0001 | 14.75 |
| 1/30/2013 | Yellow Card Services | 1/29 DMH2 Taxi home - Working late | T | 3462-0001 | 16.00 |

| | | | | STATEMENT TOTAL | |
|---|---|---|---|---|---|

ATTORNEY SIGNATURE: _____  DATE: 4/2/13

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1089283.1



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Monday, 14JAN 2013 08:43 PM EST

**Passengers: MICHAEL B DEVINE (3462 0001)**

Agency Record Locator: MSLBZQ

To view your itinerary online at TripCase or to update your calendar click here

If interested in travel insurance, click here for a quote from Travel Guard.

U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766
This is your passenger ticket receipt/invoice for this trip.

*Client came to SF for hearings on 1/17/13. Hearings went late so he had to change his return flight to the next morning, 1/18/13.*

---

**AIR**        **Thursday, 17JAN 2013**

**United Airlines**                    **Flight Number**: 1729        Class: W-Coach/Economy
From: (SEA) Seattle/Tacoma WA, USA     **Depart**: 07:15 AM
To: (SFO) San Francisco CA, USA        **Arrive**: 09:32 AM
Stops: 0                               Duration: 2 hour(s) 17 minute(s)
Seats: 34E                             Status: CONFIRMED               Miles: 679
Equipment: Boeing 737-900 Jet
ARRIVES SFO TERMINAL 3
MIDDLE SEAT IS CONFIRMED MONITORING FOR BETTER SEAT
**United Airlines Confirmation number is L5RCB9**
Check in on-line to obtain boarding pass: United

**AIR**        **Thursday, 17JAN 2013**

**United Airlines**                    **Flight Number**: 1025        Class: W-Coach/Economy
From: (SFO) San Francisco CA, USA      **Depart**: 07:30 PM
To: (SEA) Seattle/Tacoma WA, USA       **Arrive**: 09:31 PM
Stops: 0                               Duration: 2 hour(s) 1 minute(s)
Seats: 31F                             Status: CONFIRMED               Miles: 679
Equipment: Boeing 737-800 Jet         MEAL: REFRSHMNT/COMP
DEPARTS SFO TERMINAL 3
**United Airlines Confirmation number is L5RCB9**
Check in on-line to obtain boarding pass: United

**OTHER**      **Tuesday, 16JUL 2013**

THANK YOU FOR CHOOSING CASTO TRAVEL

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 150.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: MICHAELB DEVINE
Ticket Number:   UA7198302474  Electronic Tkt: Yes
            Base:   368.38
            Tax:    49.42

Total:   417.80
Charged to: ███████████

Passenger Name: MICHAEL B DEVINE
Service fee:        0585700716
                    Total:       40.00
                    Charged to: ███████████

Total Tickets:  417.80
Total fees:      40.00
Total Amount:  457.80

To view the Airlines responsibilities, please <u>review this form on our website.</u>

To view the current baggage fees, please <u>review this form on our website.</u>

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies, shall be responsible for the failure of the above disclosed principals
to provide services. CST 1008439-10

Westin San Francisco Airport
One Old Bayshore Highway
Millbrae, CA 94030
6506923500 / 6508728111
http://westin.com/sanfranciscoairport

# WESTIN®

## HOTELS & RESORTS

| Devine, Michael | Page Number | 1 | Invoice Nbr | 1000104624 |
|---|---|---|---|---|
| Setcccr | Guest Number | 1239739 | Arrive Date | 01-17-2013 |
| | Folio ID | A | Depart Date | 01-18-2013 |
| | No. Of Guest | 1 | | |
| | Room Number | 318 | | |
| | Club Account | | | |
| | Time | 01-18-2013 14:50 | | |

## Invoice

| Date | Reference | Description | |
|---|---|---|---|
| 01-17-2013 | RT318 | Room Chrg Restricted SW | $209.00 |
| 01-17-2013 | RT318 | CA Tourism Fee | $0.14 |
| 01-17-2013 | RT318 | San Mateo Tour Fee | $1.00 |
| 01-17-2013 | RT318 | City Occupancy Tax | $25.08 |
| 01-18-2013 | AX | american express | $-235.22 |
| | | ** Total | $-0.00 |
| | | ** Balance | $-0.00 |

0.00
0.00
0.00
0.00
0.00

## EXPENSE SUMMARY REPORT
### Currency: USD

| Date | ROOM/TAX | TELECOM | FOOD/BEV | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 01-17-2013 | $235.22 | $0.00 | $0.00 | $0.00 | $235.22 | $0.00 |
| 01-18-2013 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $-235.22 |
| Total | $235.22 | $0.00 | $0.00 | $0.00 | $235.22 | $-235.22 |

Your SPG Account ▓▓▓▓▓▓ earned at least 418 Starpoints. Get
10,000 more with the SPG Credit Card.   spg.com/axpcard

Continued on the next page

Westin San Francisco Airport
One Old Bayshore Highway
Millbrae, CA 94030
6506923500 / 6508728111
http://westin.com/sanfranciscoairport



# WESTIN®

## HOTELS & RESORTS

| | | | | | |
|---|---|---|---|---|---|
| Devine, Michael | Page Number | 2 | Invoice Nbr | 1000104624 |
| Setcccr | Guest Number | 1239739 | Arrive Date | 01-17-2013 |
| | Folio ID | A | Depart Date | 01-18-2013 |
| | No. Of Guest | 1 | | |
| | Room Number | 318 | | |
| | Club Account | | | |
| | Time | 01-18-2013 14:50 | | |

Invoice

        Thank you for choosing Starwood Hotels. We look forward to welcoming
you back soon!

# HIGH TECH COLD CALLING 3462 - 0001

3462-0001

```
Yellow Card Srvs
San Francisco
415-839-4600
 Customer
Start Time
01/28/13 20:48
End Time
1/28/13 20:58
Veh: 0057/4278
Trm: 348871
Card: AMEX ████
Aprv: 582346
   Fare:  $12.30
    Tip:   $2.45
  Total:  $14.75
```

```
For Service Call
   333-3333
```

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

TODAY'S DATE: 5/23/2013

CARD HOLDER: Dean M. Harvey

CREDIT CARD NUMBER: ▮▮▮

DATE OF STATEMENT: 05/02/13

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 4/4/2013 | SF Green Cab | DMH2 4/2 Taxi home - Working late | T | 3462-0001 | 16.40 |
| 4/5/2013 | Café Del Mondo | DMH2 4/4 Meal @ SFO (4/6 P. Schreiber Depo) | M | 3462-0001 | 12.39 |
| 4/5/2013 | Firewood Café | DMH2 4/4 Coffee @ SFO (4/6 P. Schreiber Depo) | M | 3462-0001 | 6.55 |
| 4/5/2013 | VTS Taxi San Francisco | DMH2 4/4 Taxi from Office to SFO (4/6 P. Schreiber Depo) | T | 3462-0001 | 58.60 |
| 4/5/2013 | NYC Taxi | DMH2 4/4 Taxi from JFK to hotel (4/6 P. Schreiber Depo) | T | 3462-0001 | 63.00 |
| 4/6/2013 | Daddy O | DMH2 4/4 Dinner in NYC (4/6 P. Schreiber Depo) | M | 3462-0001 | 27.95 |
| 4/6/2013 | Westfield Hudson | DMH2 4/5 Dinner in NYC (4/6 P. Schreiber Depo) | M | 3462-0001 | 61.17 |
| 4/7/2013 | JetBlue | DMH2 4/4 Inflight Snack SFO-JFK (4/6 P. Schreiber Depo) | M | 3462-0001 | 2.00 |
| 4/7/2013 | Four Points Manhattan SoHo | DMH2 4/4-6 Hotel (4/6 P. Schreiber Depo) | H | 3462-0001 | 690.10 |
| 4/7/2013 | Pret A Manager | DMH2 4/5 Meal in NYC (4/6 P. Schreiber Depo) | M | 3462-0001 | 5.93 |
| 4/7/2013 | NYC Taxi | DMH2 4/6 Taxi to JFK (4/6 P. Schreiber Depo) | T | 3462-0001 | 69.38 |
| 4/8/2013 | OTG JFK | DMH2 4/6 Meal @ JFK (4/6 P. Schreiber Depo) | M | 3462-0001 | 68.52 |
| 4/8/2013 | VTS Taxi San Francisco | DMH2 4/7 Taxi from SFO (4/6 P. Schreiber Depo) | T | 3462-0001 | 57.30 |
| 4/9/2013 | 23 City Park | DMH2 4/8 Parking at office before CMC Hearing | P | 3462-0001 | 32.00 |
| 4/10/2013 | Yellow Cab NY | DMH2 4/6 Taxi in NYC (4/6 P. Schreiber Depo) | T | 3462-0001 | 17.90 |
| 4/29/2013 | TACA International Airlines | REFUND - 6/29/12 Airline ticket - S. Hariharan | A | 3462-0001 | (413.33) |
| 4/30/2013 | VTS Taxi San Francisco | DMH2 4/28 Taxi home - Weekend Work | T | 3462-0001 | 13.20 |
| 5/1/2013 | Yellow Card Services | DMH2 4/29 Taxi home - Working late | T | 3462-0001 | 14.30 |

STATEMENT TOTAL

ATTORNEY SIGNATURE: _____ DATE: 5/28/13

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1109953.1

# HIGH TECH COLD CALLING 3462 - 0001

*3462*

RIDE RECEIPT
SF GREEN CAB LLC
CAB #      1243
D-ID # B****244
TRIP #   15433
DATE   04/02/13
RATE USED:    1
PASSENGERS:   1
START END MILE
20:51 21:
FARE: $
EXTRA:
TOLLS:
TIP: $
TOTAL: +

CARD #:
AP #:       J97
CC CARD RECEIPT

2940 16 ST N.313
-SAN FRANCISCO-
CALIFORNIA 94103
(415)-.26-4733

*3462*

Il Fornaio
Caffe Del Mondo
SFIA
SAN FRANCISCO, CA 94134

## T1130

| | |
|---|---|
| Host: Maria | 04/04/2013 |
| T1130 | 12:12 PM |
| REPRINT# 1 | 10131 |
| | |
| Small Water | 2.75 |
| Greens /w '   :en | 8.50 |
| | |
| Subtotal | 11.25 |
| Tax | 1.02 |
| | |
| EE Employee Benefit | 0.12 |
| **Order Tota** | **12.39** |
| | |
| Amex #XXXXXXXXXXX | 12.39 |

*3462*

                San Francisco Intl
Airport
   San Francisco, CA 94128
      (650) 821-0608
   SF  CAFE TERM A GATE A-12
Date:        Apr04'13 12:39PM
Card Type:   AMEX
Acct #:      XXXXXXXXXXX
Trans Key:   CIC007712333108
Exp Date:    XX/XX
Auth Code:   523185
Check:       7504
Server:      256 Matthew

Subtotal:             6 . 55

Gr

Tl

SIGNATURE
I agree to pay above total
according to my card issuer
agreement

*3462*

RIDE RECEIPT
  - DESOTO CAB -
CAB #        416
D-ID # R  400
TRIP #    J011
DATE   04.  d/13
RATE USED:    1
PASSENGERS:   1
START END MILES
21:19 21:28  2.7
FARE      11.20
EXTR.      0.00
TOLLS.     0.00
TIP: $     2.00
TOTAL: $  13.20

CARD #:
AP #:   502266
CC CARD RECEIPT

---------------
SIGNATURE

  - DESOTO CAB -
  - SAN FRANCISCO

*3462*
--ORIGINAL--
  checker asmt
  710-361-55(
MED#       CM46
DRIVER:  466513
CUSTOMER COPY
04/04/13 TR 1081
START END MILES
11:08  :32.9 :
JFK Fare
RATE 2:$   52.00
EXTRA: $    0.00
SURCH: $    0.00
STSRCH:$    0.50
TIP:   $   10.50
TOTAL: $   63.00

CARD TY  _:  AMEX
XXXXXXXXXX
AUTH:507152

# HIGH TECH COLD CALLING 3462 - 0001

*3462*

Daddy - O
44 Bedford Street
New York, NY
212 . 414 . 8884

Server: Bar PM          DOB: 04/04/2013
12:25 AM                    04/05/2013
B4/1                         1/10300

SALE

AMEX                              1048620
Card #XXXXXXXXXX
Magnetic card present: HARVEY DM
Card Entry Method:  S

Approval: 505511

Amount:        $ 23.95

+ CC Tip::    *40*

= Total: _____ _____

I agree to pay the above
total amount according to the
card issuer agreement.

X_____ _____ _____

THANK YOU FOR
JOINING US
VISIT US AT:
www.daddyonyc.com

CUSTOMERS COPY

---

*3462*

Westville Hudson
333 Hudson st
New York, NY 10012
(212) 776-1404

Server: Gabriel          Station: 14

Order #: 51759                 Delivery
(212) 417-0060                      dean
Hudson St; 8th floor        New York

**>> SETTLED <<**

1 Herb Trout                       21.00
2 Market Side                      12.00
1 Bacon Plate                      14.00
                                    0.00
                         ------------------
Delivery Charge                     0.00

SUB TOTAL:                         47.00
Tax 1:                              4.17
                         ==========
**TOTAL :**                      **$51.17**

American Express Tendered:         51.17
                               *Tip : 10.00*
EDC Tran ID: 9002/5762
                                    0.00
CHANGE:                       *$61.17*
                         ==========
**>> Ticket #: 303 <<**

Four Points Manhattan SoHo Village
66 Charlton Street
New York, NY 10014
212-229-9988
http://www.fourpoints.com/sohovillage



FOUR
POINTS
BY SHERATON

| Mr. Harvey, Dean | Page Number | 1 | Invoice Nbr | 122631 |
|---|---|---|---|---|
| 275 Battery Street | Guest Number | 188599 | Arrive Date | 04-04-2013 |
| 29th Floor | Folio ID | A | Depart Date | 04-06-2013 |
| San Francisco, CA 94111 | No. Of Guest | 1 | | |
| | Room Number | 208 | | |
| | Time | 04-06-2013 08:40 | | |

### Duplicate Invoice

| Date | Reference | Description | Charges | Credits |
|---|---|---|---|---|
| 04-04-2013 | RT208 | Room Charge | $275.00 | |
| 04-04-2013 | RT208 | State Tax | $24.41 | |
| 04-04-2013 | RT208 | City/Local Tax | $16.16 | |
| 04-04-2013 | RT208 | Occupancy/Tourism | $3.50 | |
| 04-05-2013 | 4242 | In Room Dining | $22.14 | |
| 04-05-2013 | 4268 | In Room Dining | $29.82 | |
| 04-05-2013 | RT208 | Room Charge | $275.00 | |
| 04-05-2013 | RT208 | State Tax | $24.41 | |
| 04-05-2013 | RT208 | City/Local Tax | $16.16 | |
| 04-05-2013 | RT208 | Occupancy/Tourism | $3.50 | |
| 04-06-2013 | AX | American Express | | $-690.10 |
| | | ** Total | $690.10 | $-690.10 |
| | | ** Balance | $-0.00 | |

0.00
0.00
0.00
0.00
0.00

### Continued on the next page

# HIGH TECH COLD CALLING 3462 - 0001

3462

Pret A Manger
350 Hudson St
New York
10014

4/6/2013  8:41:10 AM  04124000003
Eddie A
POS : 6 - Till 6

| 1 | POSH FRUIT SALAD CUP | 3.69 * |
| 1 | 12OZ FILTER BLEND | 1.75 * |

|  | SUBTOTAL | 5.44 |
|  | TAX | 0.49 |
|  | TOTAL DUE | 5.93 |
|  | AMEX | 5.93 |

Free
Wifi
Wifi Password = toastie

CLOSED 4/6/2013 8:41:39

3462

--COPY--
MED#            1F17
DRIVER:    440947
MERCHANT COPY
04/06/13
START
05:12 05
JFK FARE
RATE 2:$
EXTRA: $        0.
SURCH: $        0.00
TRIBB :$        5.33
STSRCH:$        0.50
TIP:   $       11.55
TOTAL: $       69.38

CARD TYPE:  AMEX
XXXXXXXXXX
AUTH:543089

X_____

THANKS
TO CONTACT
DIAL 3

3462

RIDE RECEIPT
AMERICAN
CAB #            1300
D ID #   B****802
TRIP #        21040
DATE     04/0
RATE USED:
PASSENGERS:        1
START END  MILES
02:58 02:58 15.0
FARE: $       45.30
EXTRA: $        2.00
TOLLS: $        0.00
TIP: $         10.00
TOTAL: $       30

CARD #:
AP #:       582448
CC CARD RECEIPT

-THANK YOU FOR -

3462

CHECK:        1302
TABLE:        513/1
SERVER:    2219 Sugiwijono
DATE:       APR06'13   6:46PM
CARD TYPE:  American Express
ACCT #:     XXXXXXXXXXX
EXP DATE:   XX/XX
AUTH CODE:  589081
            DM HARVEY

SUBTOTAL:                58.52

Tip            10.w

Total          68.52

X
                SIGNATURE
                THANK YOU
        SIGNED COPY - MERCHAN
        SECOND COPY - CUSTOMER

AMERICAN EXPRESS STATEMENT / EXPENSE REPORT

| TODAY'S DATE: | 9/3/2013 |
| CARD HOLDER: | Dean M. Harvey  1713 |
| CREDIT CARD NUMBER | |
| DATE OF STATEMENT: | 7/1/2013 |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 6/6/2013 | Osha Thai Restaurant | DMH2 6/05 Meal with Kevin Hallock | M | 3462-0001 | 34.80 |
| 6/6/2013 | Yellow Card Services | DMH2 6/05 Taxi home - Working late | T | 3462-0001 | 14.75 |
| 6/7/2013 | Oasis Grill | DMH2 6/06 Dinner - Working late | M | 3462-0001 | 13.01 |
| 6/7/2013 | InstantCab Ride | DMH2 6/06 Taxi home - Working late | T | 3462-0001 | 15.42 |
| | | | | | |
| 6/17/2013 | Pay by Phone (Parking) | DMH2 6/16 Parking - Weekend Work | P | 3462-0001 | 7.16 |
| 6/17/2013 | Gotts Roadside | DMH2 6/16 Dinner - Weekend Work | M | 3462-0001 | 26.83 |

STATEMENT TOTAL

ATTORNEY SIGNATURE: _____  DATE: 9/3/13

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1129411.1

# HIGH TECH COLD CALLING 3462 - 0001

3462

[faded receipt text, illegible]

Card: AMEX
Appr: 528018
  Fare:  $12.30
   Tip:   $2.45
 Total:  $14.75

3462

OASIS GRILL
91 DRUMM ST
SAN FRANCISCO CA 94111
415-781-0313

Terminal ID: 008798        0001

6/6/13                    6:26 PM

AMERICAN EXPRESS
ACCT #:
CREDIT SALE
UID: 31573Z954313   REF #: 5289
BATCH #  000        TH #: 564990

AMOUNT              $13 01

TIP              $_____

TOTAL            $_____

APPROVED

CUSTOMER COPY

AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 7/22/2013

**CARD HOLDER:** Dean M. Harvey

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 6/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 5/6/2013 | SFR Taxi | DMH2 05/05 Taxi home - Weekend Work | T | 3462-0001 | 14.75 |
| 5/7/2013 | Gott's Roadside | DMH2 05/06 Dinner w/ LJC | M | 3462-0001 | 35.85 |
| 5/7/2013 | Ceding Taxi | DMH2 05/07 Taxi home - Worked late | T | 3462-0001 | 14.30 |
| 5/9/2013 | Oasis Grill | DMH2 05/08 Dinner - Worked late | M | 3462-0001 | 13.01 |
| 5/9/2013 | Yellow Card Services | DMH2 05/08 Taxi home - Worked late | T | 3462-0001 | 15.35 |
| 5/9/2013 | Pietot Taxi | DMH2 05/09 Taxi home - Worked late | T | 3462-0001 | 15.85 |
| 5/10/2013 | Pizza Orgasmica | DMH2 05/09 Dinner - Worked late | M | 3462-0001 | 12.05 |
| 5/11/2013 | Chipotle | DMH2 05/10 Dinner - Worked late | M | 3462-0001 | 9.30 |
| 5/11/2013 | VTS / Desota Cab | DMH2 05/10 Taxi home - Worked late | T | 3462-0001 | 13.75 |
| 5/16/2013 | 23 City Parking Garage | DMH2 05/15 Parking before CMC Hearing | P | 3462-0001 | 32.00 |

**STATEMENT TOTAL**

**ATTORNEY SIGNATURE:** _____   **DATE:** 7/30/13

CODES:  A = Air/Train Fares and Fees
       H = Hotel
       M = Meals
       T = Transportation (Tolls, Taxi, etc)
       P = Parking
       W = Internet Access
       OC = Misc Charges

1123266.1

# HIGH TECH COLD CALLING 3462 - 0001

3462 -0001

Gott's Roadside
One Ferry Building #6
San Francisco, CA

## DEAN   54

Host: Aaron                    05     2013
DEAN 154

Order Type:  To Go

    Tacos                          39
    Burger                         99
    Potato Fries

                                   02

    Total

                    $ 35.85

RECONCILIATION

11/25/2013

Dean M. Harvey

CARD NUMBER

DATE OF STATEMENT:       10/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 9/18/2013 | Subway | DMH2 9/18 Dinner - Working late (Prelim. Approval) | M | 3462-0001 | 5.00 |
| 9/18/2013 | Arrow Checker Cab | DMH2 9/18 Taxi homw - Working late (Prelim. Approval) | T | 3462-0001 | 15.00 |
| 9/20/2013 | Oasis Grill | DMH2 9/19 Dinner - Working late (Prelim. Approval) | M | 3462-0001 | 9.21 |
| 9/20/2013 | SFR Taxi | DMH2 9/20 Taxi home - Working late (Prelim. Approval) | T | 3462-0001 | 15.40 |
| 9/21/2013 | Oasis Grill | DMH2 9/20 Dinner - Working late (Prelim. Approval) | M | 3462-0001 | 13.01 |
| 9/21/2013 | Amarjeet Singh / Taxi | DMH2 9/21 Taxi home - Weekend work (Prelim. Approval) | T | 3462-0001 | 14.85 |
| 9/22/2013 | Pay-By-Phone Parking | DMH2 9/21 Parking - Weekend work (Prelim. Approval) | P | 3462-0001 | 3.95 |

STATEMENT TOTAL

ATTORNEY SIGNATURE: _____    DATE: 11/26/13

CODES:   A = Air/Train Fares and Fees
         H = Hotel
         M = Meals
         T = Transportation (Tolls, Taxi, etc)
         P = Parking
         W = Internet Access
         OC = Misc Charges

1142717.1

CONCILIATION

12/30/2013

CARD HOLDER:  Dean M. Harvey

CREDIT CARD NUMBER:

DATE OF STATEMENT  12/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 11/7/2013 | American Airlines | Neil Haririaran 11/13 Roundtrip SCL-SFO (11/19 Mediation) | A | 3462-0001 | 1,301.90 |
| 11/7/2013 | United Airlines | Mike Devine 11/18 Roundtrip SEA-SFO (11/19 Mediation) | A | 3462-0001 | 249.80 |
| 11/7/2013 | United Airlines | Matt Marx 11/13 Roundtrip BOS-SFO (11/15 Deposition) | A | 3462-0001 | 579.80 |
| 11/7/2013 | Casto Travel | Travel Agency Fee 11/18 SEA-SFO (Mike Devine) | A | 3462-0001 | 40.00 |
| 11/7/2013 | Casto Travel | Travel Agency Fee 11/13 SCL-SFO (Neil Haririaran) | A | 3462-0001 | 40.00 |
| 11/7/2013 | Casto Travel | Travel Agency Fee 11/13 BOS-SFO (Matt Marx) | A | 3462-0001 | 40.00 |
| 11/10/2013 | Le Meridien SF | Alan Manning - Hotel 11/12-15 (11/14 Deposition) | H | 3462-0001 | 1,204.81 |
| 11/10/2013 | Le Meridien SF | Matt Marx - Hotel 11/13-16 (11/15 Deposition) | H | 3462-0001 | 1,041.15 |
| 11/10/2013 | Le Meridien SF | Kevin Hallock - Hotel 11/15-17 (11/17 Deposition) | H | 3462-0001 | 936.68 |
| 11/15/2013 | SF Yellow Cab | DMH2 - 11/16 Taxi home - (Kevin Hallock Depo Prep) | T | 3462-0001 | 16.40 |
| 11/19/2013 | VTS / Desota Cab | DMH2 11/17 Taxi (11/17 Kevin Hallock Depo) | T | 3462-0001 | 13.75 |
| 11/21/2013 | Hyatt Regency SF | Brandon Marshall - Hotel 11/18-19 (11/19 Mediation) | H | 3462-0001 | 764.58 |
| 11/21/2013 | Hyatt Regency SF | Mike Devine - Hotel 11/18-19 (11/19 Mediation) | H | 3462-0001 | 764.58 |
| 11/22/2013 | Hyatt Regency SF | Neil Haririaran - Hotel 11/18-20 (11/19 Mediation) | H | 3462-0001 | 1,389.96 |

STATEMENT TOTAL

ATTORNEY SIGNATURE: _____  DATE: 1/2/14

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1147305.1



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Wednesday, 6NOV 2013 02:11 PM EST
**Passengers**: SIDDARTH HARIHARAN (3462 0001)
Agency Record Locator: PKQGEQ

To view your itinerary online at TripCase or to update your calendar click here
If interested in travel insurance, click here for a quote from Travel Guard.
U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766

| | | | |
|---|---|---|---|
| **AIR** | **Wednesday, 13NOV 2013** | | |

**American Airlines**                              **Flight Number**: 0940           Class: N-Coach/Economy
**From**: (SCL) Santiago SCL, Chile              **Depart**: 10:55 PM
**To**: (DFW) Dallas/Ft Worth TX, USA         **Arrive**: 06:05 AM 14NOV
Stops: nonstop                                   Duration: 10 hour(s) 10 minute(s)
Seats: 34C                                       Status: CONFIRMED                Miles: 4885
Equipment: Boeing 767 Jet                        MEAL: DINNER - BREAKFAST
ARRIVES DFW TERMINAL D
AISLE SEAT CONFIRMED
**American Airlines Confirmation number is PKQGEQ**
Check in on-line to obtain boarding pass: American

**AIR**     **Thursday, 14NOV 2013**

**American Airlines**                              **Flight Number**: 0122           Class: N-Coach/Economy
**From**: (DFW) Dallas/Ft Worth TX, USA       **Depart**: 07:45 AM
**To**: (SFO) San Francisco CA, USA           **Arrive**: 09:30 AM
Stops: nonstop                                   Duration: 3 hour(s) 45 minute(s)
Seats: 31C                                       Status: CONFIRMED                Miles: 1468
Equipment: Boeing 767 Jet                        MEAL: FOOD FOR PURCHASE
ARRIVES SFO TERMINAL 2
AISLE SEAT CONFIRMED
**American Airlines Confirmation number is PKQGEQ**
Check in on-line to obtain boarding pass: American

**AIR**     **Wednesday, 20NOV 2013**

**American Airlines**                              **Flight Number**: 1677           Class: N-Coach/Economy
**From**: (SFO) San Francisco CA, USA         **Depart**: 02:30 PM
**To**: (DFW) Dallas/Ft Worth TX, USA         **Arrive**: 08:00 PM
Stops: nonstop                                   Duration: 3 hour(s) 30 minute(s)
Seats: 19B                                       Status: CONFIRMED                Miles: 1468
Equipment: Boeing 737-800 Jet                    MEAL: FOOD FOR PURCHASE
DEPARTS SFO TERMINAL 2
MIDDLE SEAT CONFIRMED. WILL MONITOR FOR BETTER SEAT.
**American Airlines Confirmation number is PKQGEQ**
Check in on-line to obtain boarding pass: American

**AIR**       **Wednesday, 20NOV 2013**

**American Airlines**               **Flight Number**: 0945              Class: N-Coach/Economy
**From**: (DFW) Dallas/Ft Worth TX, USA     **Depart**: 09:25 PM
**To**: (SCL) Santiago SCL, Chile           **Arrive**: 09:50 AM 21NOV
Stops: nonstop                              Duration: 9 hour(s) 25 minute(s)
Seats: 31G                                  **Status**: CONFIRMED              Miles: 4885
Equipment: Boeing 777 Jet                   MEAL: DINNER - BREAKFAST
DEPARTS DFW TERMINAL D
AISLE SEAT CONFIRMED
**American Airlines Confirmation number is PKQGEQ**
Check in on-line to obtain boarding pass: American

**OTHER**     **Monday, 19MAY 2014**

THANK YOU FOR CHOOSING CASTO TRAVEL

A VALID PASSPORT IS RQRD FOR INTL TRAVEL. SOME COUNTRIES
REQUIRED UP TO 6MOS REMAINING VALIDITY AND/OR A VALID VISA
SOME COUNTRIES REQUIRE ADDITIONAL TAX PAYMENT TO BE
COLLECTED AT DEPARTURE EITHER IN USD OR LOCAL CURRENCY
** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 200.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: SIDDARTH HARIHARAN
Ticket Number:   AA7317938448  Electronic Tkt:  Yes
          Base:    1199.00
          Tax:     102.90
          Total:   1301.90
          Charged to: AX************

Passenger Name: SIDDARTH HARIHARAN
Service fee:    0596126839
          Total:      40.00
          Charged to: AX************

          Total Tickets:  1301.90
          Total fees:      40.00
          Total Amount:  1341.90

To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to
avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Thursday, 14NOV 2013 04:47 PM EST
Passengers: MICHAEL B DEVINE (3462 0001)
Agency Record Locator: JBPJLW

To view your itinerary online at TripCase or to update your calendar click here
If interested in travel insurance, click here for a quote from Travel Guard.
U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766

| | | | |
|---|---|---|---|
| **AIR** | **Monday, 18NOV 2013** | | |
| | **United Airlines** | **Flight Number**: 5581 | Class: L-Coach/Economy |
| | Operated By: /SKYWEST DBA UNITED EXPRESS | | |
| | **From**: (SEA) Seattle/Tacoma WA, USA | **Depart**: 05:05 PM | |
| | **To**: (SFO) San Francisco CA, USA | **Arrive**: 07:15 PM | |
| | Stops: nonstop | Duration: 2 hour(s) 10 minute(s) | |
| | Seats: 13A | Status: CONFIRMED | Miles: 679 |
| | Equipment: CRJ-700 Canadair Regional Jet | | |
| | ARRIVES SFO TERMINAL 3 | | |
| | WINDOW SEAT CONFIRMED | | |
| | WINDOW SEAT CONFIRMED | | |
| | **United Airlines Confirmation number is IYZ14F** | | |
| | Check in on-line to obtain boarding pass: United | | |

| | | | |
|---|---|---|---|
| **AIR** | **Tuesday, 19NOV 2013** | | |
| | **United Airlines** | **Flight Number**: 1697 | Class: L-Coach/Economy |
| | **From**: (SFO) San Francisco CA, USA | **Depart**: 07:54 PM | |
| | **To**: (SEA) Seattle/Tacoma WA, USA | **Arrive**: 09:57 PM | |
| | Stops: nonstop | Duration: 2 hour(s) 3 minute(s) | |
| | Seats: 12A | Status: CONFIRMED | Miles: 679 |
| | Equipment: Boeing 737-800 Jet | | |
| | DEPARTS SFO TERMINAL 3 | | |
| | **United Airlines Confirmation number is IYZ14F** | | |
| | Check in on-line to obtain boarding pass: United | | |

| | |
|---|---|
| **OTHER** | **Sunday, 18MAY 2014** |
| | THANK YOU FOR CHOOSING CASTO TRAVEL |

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 200.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: MICHAELB DEVINE

Ticket Number:   UA7317938416   Electronic Tkt:  Yes
                 Base:   212.10
         Tax:    37.70
                 Total:   249.80
                 Charged to: AX************

Passenger Name: MICHAEL B DEVINE
Service fee:     0596110974
                 Total:       40.00
                 Charged to: AX************


                 Total Tickets:  249.80
                 Total fees:      40.00
                 Total Amount:  289.80


To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to
avoid forfeiture of ticket. Changes may result in a penalty or added cost.


Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies, shall be responsible for the failure of the above disclosed principals
to provide services. CST 1008439-10



Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Wednesday, 6NOV 2013 07:40 PM EST
**Passengers: MATTHEW TALIN MARX (3462 0001)**
Agency Record Locator: FSHPBH

To view your itinerary online at TripCase or to update your calendar click here
If interested in travel insurance, click here for a quote from Travel Guard.
U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766

| | | | |
|---|---|---|---|
| **AIR** | **Wednesday, 13NOV 2013** | | |
| | **United Airlines** | **Flight Number**: 0433 | Class: S-Coach/Economy |
| | **From**: (BOS) Boston MA, USA | **Depart**: 03:27 PM | |
| | **To**: (SFO) San Francisco CA, USA | **Arrive**: 07:11 PM | |
| | Stops: nonstop | Duration: 6 hour(s) 44 minute(s) | |
| | Seats: 32A | Status: CONFIRMED | Miles: 2698 |
| | Equipment: Boeing 757 200 Jet | MEAL: FOOD FOR PURCHASE | |

DEPARTS BOS TERMINAL C - ARRIVES SFO TERMINAL 3
WINDOW SEAT CONFIRMED
**United Airlines Confirmation number is JY9ZT9**
Check in on-line to obtain boarding pass: United

| | | | |
|---|---|---|---|
| **AIR** | **Saturday, 16NOV 2013** | | |
| | **United Airlines** | **Flight Number**: 1263 | Class: S-Coach/Economy |
| | **From**: (SFO) San Francisco CA, USA | **Depart**: 08:20 AM | |
| | **To**: (BOS) Boston MA, USA | **Arrive**: 04:46 PM | |
| | Stops: nonstop | Duration: 5 hour(s) 26 minute(s) | |
| | Seats: 23A | Status: CONFIRMED | Miles: 2698 |
| | Equipment: Boeing 757 300 Jet | MEAL: FOOD FOR PURCHASE | |

DEPARTS SFO TERMINAL 3 - ARRIVES BOS TERMINAL C
WINDOW SEAT CONFIRMED
**United Airlines Confirmation number is JY9ZT9**
Check in on-line to obtain boarding pass: United

**OTHER**     **Thursday, 15MAY 2014**

THANK YOU FOR CHOOSING CASTO TRAVEL

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON-REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT
CHANGES CAN BE MADE FOR A FEE OF 200.00USD PLUS ANY FARE DIFFERENCE

**Ticket/Invoice Information**

Passenger Name: MATTHEWTALIN MARX
Ticket Number:   UA7318152853   Electronic Tkt: Yes
        Base:   519.06

Tax:     60.74
Total:   579.80
   Charged to: AX***********

Passenger Name: MATTHEW TALIN MARX
Service fee:      0596151157
   Total:         40.00
   Charged to: AX***********

Total Tickets:  579.80
Total fees:       40.00
Total Amount:   619.80


To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to
avoid forfeiture of ticket. Changes may result in a penalty or added cost.


Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies, shall be responsible for the failure of the above disclosed principals
to provide services. CST 1008439-10



Manning, Alan                    Page Number        1            Arrive Date    11-12-2013
Catering Client Pilot            Guest Number       691096
Sheraton                                                         Depart Date    11-15-2013

                                 Folio ID           A
                                 No. Of Guest       1
                                 Room Number        1604
                                 Time               11-25-2013 11:26

                                   Duplicate Invoice                          Charges/Credits

| Date | Reference | Description | Charges/Credits |
|------|-----------|-------------|-----------------|
| | | | $346.00 |
| 11-12-2013 | RT1604 | Room Charge | $48.44 |
| 11-12-2013 | RT1604 | Occupancy Tax | $0.22 |
| 11-12-2013 | RT1604 | Tourism Tax | $6.92 |
| 11-12-2013 | RT1604 | County Tax | $-1,204.81 |
| 11-12-2013 | DEPOSIT | Deposit Applied | $12.95 |
| 11-12-2013 | G802 | High Speed Internet In Room | $346.00 |
| 11-13-2013 | RT1604 | Room Charge | $48.44 |
| 11-13-2013 | RT1604 | Occupancy Tax | $0.22 |
| 11-13-2013 | RT1604 | Tourism Tax | $6.92 |
| 11-13-2013 | RT1604 | County Tax | $12.95 |
| 11-13-2013 | G323 | High Speed Internet In Room | $28.93 |
| 11-13-2013 | 7460 | Bar 333 | $346.00 |
| 11-14-2013 | RT1604 | Room Charge | $48.44 |
| 11-14-2013 | RT1604 | Occupancy Tax | $0.22 |
| 11-14-2013 | RT1604 | Tourism Tax | $6.92 |
| 11-14-2013 | RT1604 | County Tax | $21.54 |
| 11-14-2013 | 1145 | Park Grill | $12.95 |
| 11-14-2013 | G797 | High Speed Internet In Room | $-89.25 |
| 11-15-2013 | VI | Visa | $0.00 |
| | | ** Total | $0.00 |
| | | ** Balance | |

Continued on the next page

3162



Marx, Matthew          Page Number      1
Lchb                   Guest Number     691095      Arrive Date   11-13-2013
                       Folio ID         D           Depart Date   11-16-2013
                       No. Of Guest     1           Agent         MICDO
                       Room Number      2217
                       Time             11-25-2013 11:25

### Duplicate Invoice

| Date | Reference | Description | Charges/Credits |
|------|-----------|-------------|-----------------|
| 11-13-2013 | RT2217 | Room Charge | $299.00 |
| 11-13-2013 | RT2217 | Occupancy Tax | $41.86 |
| 11-13-2013 | RT2217 | Tourism Tax | $0.19 |
| 11-13-2013 | RT2217 | County Tax | $5.98 |
| 11-13-2013 | DEPOSIT | Deposit Applied | $-1,041.15 |
| 11-14-2013 | RT2217 | Room Charge | $299.00 |
| 11-14-2013 | RT2217 | Occupancy Tax | $41.86 |
| 11-14-2013 | RT2217 | Tourism Tax | $0.19 |
| 11-14-2013 | RT2217 | County Tax | $5.98 |
| 11-15-2013 | RT2217 | Room Charge | $299.00 |
| 11-15-2013 | RT2217 | Occupancy Tax | $41.86 |
| 11-15-2013 | RT2217 | Tourism Tax | $0.19 |
| 11-15-2013 | RT2217 | County Tax | $5.98 |
| 11-16-2013 | balance | Misc Income | $0.06 |
|  |  | ** Total | $-0.00 |
|  |  | ** Balance | $-0.00 |

```
0.00
0.00
0.00
0.00
0.00
```

Tell us about your stay. www.lemeridien.com/reviews

Signature_____



Le MERIDIEN

| | | | |
|---|---|---|---|
| Mr Hallock, Kevin | Page Number | 1 | |
| Lchb | Guest Number | 691097 | Arrive Date   11-15-2013 |
| | Folio ID | D | Depart Date   11-17-2013 |
| | No. Of Guest | 1 | Agent        JENPARK |
| | Room Number | 1402 | |
| | Time | 11-25-2013 11:29 | |

## Duplicate Invoice

| Date | Reference | Description | Charges/Credits |
|---|---|---|---|
| 11-15-2013 | RT1402 | Room Charge | $269.00 |
| 11-15-2013 | RT1402 | Occupancy Tax | $37.66 |
| 11-15-2013 | RT1402 | Tourism Tax | $0.17 |
| 11-15-2013 | RT1402 | County Tax | $5.38 |
| 11-15-2013 | DEPOSIT | Deposit Applied | $-936.68 |
| 11-16-2013 | RT1402 | Room Charge | $269.00 |
| 11-16-2013 | RT1402 | Occupancy Tax | $37.66 |
| 11-16-2013 | RT1402 | Tourism Tax | $0.17 |
| 11-16-2013 | RT1402 | County Tax | $5.38 |
| 11-17-2013 | balance | Misc Income | $312.26 |
| | | ** Total | $-0.00 |
| | | ** Balance | $-0.00 |

0.00
0.00
0.00
0.00
0.00

Tell us about your stay. www.lemeridien.com/reviews

Signature_____

3462



HYATT
REGENCY

Hyatt Regency San Francisco
Five Embarcadero Center
San Francisco, CA 94111
Tel: 415.788.1234
Fax: 415.398.2567
www.sanfrancisco.hyatt.com

**INVOICE**

Guest   Marshall, Brandon

| | | | | |
|---|---|---|---|---|
| Payee | Dean Harvey | | Room No. | 1626 |
| | 275 Battery Street | | Arrival | 11-18-13 |
| | 29th Floor | | Departure | 11-19-13 |
| | San Francisco CA 94111 | | Page No. | 1 of 1 |
| | United States | | | |
| | | | Folio Window | 2 |
| Confirmation No. | 3178652001 | | | |
| Group Name | | | Folio No. | 488889 |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 11-18-13 | Guest Room | 659.00 | |
| 11-18-13 | Occupancy Tax | 92.26 | |
| 11-18-13 | Tourism Assessment | 9.89 | |
| 11-18-13 | CA Assessment | 0.13 | |
| 11-18-13 | Moscone District Assessment 0.5% | 3.30 | |
| 11-19-13 | American Express                  XXXXXXXXXX | | 764.58 |

**Total** 764.58 764.58

**Balance** 0.00

_____
Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

It is our goal to exceed your expectations. We welcome your feedback and comments.
Please email Hyatt Consumer Affairs at: qualitysfors@hyatt.com

For inquiries concerning your bill please call 888-588-4384 or e-mail
NA.CustomerService@Hyatt.com
For lost and found, please email qualitysfors@hyatt.com

We thank you for choosing the Hyatt Regency San Francisco!

For best available rates, please visit us at www.sanfranciscoregency.hyatt.com

3962



# HYATT REGENCY

Hyatt Regency San Francisco
Five Embarcadero Center
San Francisco, CA 94111
Tel: 415.788.1234
Fax: 415.398.2567
www.sanfrancisco.hyatt.com

INFORMATION INVOICE

Guest   Devine, Michael

| | | | |
|---|---|---|---|
| Payee | Dean Harvey | Room No. | 1732 |
| | 275 Battery Street | Arrival | 11-18-13 |
| | 29th Floor | Departure | 11-19-13 |
| | San Francisco CA 94111 | Page No. | 1 of 1 |
| | United States | | |
| | | Folio Window | 2 |
| Confirmation No. | 3178635301 | | |
| Group Name | | Folio No. | 488981 |

| Date | Description | | Charges | Credits |
|---|---|---|---|---|
| 11-18-13 | Guest Room | | 659.00 | |
| 11-18-13 | Occupancy Tax | | 92.26 | |
| 11-18-13 | Tourism Assessment | | 9.89 | |
| 11-18-13 | CA Assessment | | 0.13 | |
| 11-18-13 | Moscone District Assessment 0.5% | XXXXXXXXXX | 3.30 | |
| 11-19-13 | American Express | XXXXXXXXXX | | 764.58 |

| | | | |
|---|---|---|---|
| | **Total** | 764.58 | 764.58 |
| | **Balance** | 0.00 | |

Guest Signature

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

No Membership to be credited

Join Hyatt Gold Passport today and start
earning points for stays, dining and more.
Visit goldpassport.com

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

It is our goal to exceed your expectations. We welcome your feedback and comments.
Please email Hyatt Consumer Affairs at: qualitysfors@hyatt.com

For inquiries concerning your bill please call 888-588-4384 or e-mail
NA.CustomerService@Hyatt.com
For lost and found, please email qualitysfors@hyatt.com

We thank you for choosing the Hyatt Regency San Francisco!

For best available rates, please visit us at www.sanfranciscoregency.hyatt.com



**HYATT REGENCY**

Hyatt Regency San Francisco
Five Embarcadero Center
San Francisco, CA 94111
Tel: 415.788.1234
Fax: 415.398.2567
www.sanfrancisco.hyatt.com

INVOICE

Guest   Hariharan, Siddharth

| Payee | Dean Harvey |
| | 275 Battery Street |
| | 29th Floor |
| | San Francisco CA 94111 |
| | United States |

| Room No. | 1624 |
| Arrival | 11-18-13 |
| Departure | 11-20-13 |
| Page No. | 1 of 1 |

Confirmation No.    3178601801

Folio Window  2

Group Name

Folio No.    489355

| Date | Description | | Charges | Credits |
|------|-------------|---|---------|---------|
| 11-18-13 | Guest Room | | 599.00 | |
| 11-18-13 | Occupancy Tax | | 83.86 | |
| 11-18-13 | Tourism Assessment | | 8.99 | |
| 11-18-13 | CA Assessment | | 0.13 | |
| 11-18-13 | Moscone District Assessment 0.5% | | 3.00 | |
| 11-19-13 | Guest Room | | 599.00 | |
| 11-19-13 | Occupancy Tax | | 83.86 | |
| 11-19-13 | Tourism Assessment | | 8.99 | |
| 11-19-13 | CA Assessment | | 0.13 | |
| 11-19-13 | Moscone District Assessment 0.5% | | 3.00 | |
| 11-20-13 | American Express | XXXXXXXXX | | 1,389.96 |

| | Total | 1,389.96 | 1,389.96 |
|---|-------|----------|----------|
| Guest Signature | **Balance** | 0.00 | |

I agree that my liability for this bill is not waived and I agree
to be held personally liable in the event that the indicated
person, company or association fails to pay for any part or
the full amount of these charges.

**Hyatt Gold Passport Summary**

| Membership: | 523501618T |
| Bonus Codes: | |
| Qualifying Nights: | 2 |
| Eligible Spend: | 1,198.00 |
| Redemption Eligible: | 6.00 |

Summary Invoice, please see front desk
for eligibility details.

**WE HOPE YOU ENJOYED YOUR STAY WITH US!**

It is our goal to exceed your expectations. We welcome your feedback and comments.
Please email Hyatt Consumer Affairs at: qualitysfors@hyatt.com

For inquiries concerning your bill please call 888-588-4384 or e-mail
NA.CustomerService@Hyatt.com
For lost and found, please email qualitysfors@hyatt.com

We thank you for choosing the Hyatt Regency San Francisco!

For best available rates, please visit us at www.sanfranciscoregency.hyatt.com

# AMERICAN EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 9/19/2013

**CARD HOLDER:** Dean M. Harvey

**CREDIT CARD NUMBER**

**DATE OF STATEMENT:** 8/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| 7/13/2013 | Casto Travel | Agency Service Fee - Mike Devine 8/8 SEA-SJC | A | 3462-0001 | 40.00 |
| 7/13/2013 | Southwest Airlines | Mike Devine 8/8 SEA-SJC (Class Cert Hearing) | A | 3462-0001 | 253.00 |
| | | | | STATEMENT TOTAL | |

**ATTORNEY SIGNATURE:** _____  **DATE:** 9/24/13

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1132293.1



3462

Casto Travel
2560 North First Street, Suite 150
San Jose, CA 95131
Phone: (408) 984-7000 Fax: (408) 984-7007

Friday, 12JUL 2013 08:06 PM EDT
**Passengers: MICHAEL B DEVINE (3462 0001)**
Agency Record Locator: GXWUZR

To view your itinerary online at TripCase or to update your calendar click <u>here</u>
If interested in travel insurance, click <u>here</u> for a quote from Travel Guard.
U.S. & Canada 24-hour emergency service: 1.866.222.1263
International 24-hour emergency service (call collect): 1.408.553.4766

| | | | |
|---|---|---|---|
| **AIR** | **Thursday, 8AUG 2013** | |  |

| | | |
|---|---|---|
| **Southwest Airlines** | **Flight Number**: 1826 | Class: Y-Coach/Economy |
| **From**: (SEA) Seattle/Tacoma WA, USA | **Depart**: 09:05 AM | |
| **To**: (SJC) San Jose CA, USA | **Arrive**: 11:15 AM | |
| Stops: nonstop | Duration: 2 hour(s) 10 minute(s) | |
| | Status: CONFIRMED | Miles: 699 |

Equipment: Boeing 737-700 Jet
ARRIVES SJC TERMINAL B
SOUTHWEST CONFIRMATION NUMBER AWIQO2
**Southwest Airlines Confirmation number is AWIQO2**
Check in on-line to obtain boarding pass: <u>Southwest</u>

**AIR**     **Thursday, 8AUG 2013**

| | | |
|---|---|---|
| **Southwest Airlines** | **Flight Number**: 0606 | Class: Y-Coach/Economy |
| **From**: (SJC) San Jose CA, USA | **Depart**: 09:35 PM | |
| **To**: (SEA) Seattle/Tacoma WA, USA | **Arrive**: 11:35 PM | |
| Stops: nonstop | Duration: 2 hour(s) 0 minute(s) | |
| | Status: CONFIRMED | Miles: 699 |

Equipment: 73C/AIR
DEPARTS SJC TERMINAL B
SOUTHWEST CONFIRMATION NUMBER AWIQO2
**Southwest Airlines Confirmation number is AWIQO2**
Check in on-line to obtain boarding pass: <u>Southwest</u>

**OTHER**     **Tuesday, 4FEB 2014**

THANK YOU FOR CHOOSING CASTO TRAVEL

** AIRLINE RULES AND RESTRICTIONS **
TICKETS ARE NON REFUNDABLE. ALL CHANGES
OR CANCELLATIONS MUST BE MADE PRIOR TO FLIGHT

**Ticket/Invoice Information**

Passenger Name: M DEVINE
Ticket Number:    WN2143868538   Electronic Tkt:  No
          Base:  253.80
          Tax:   0.00
          Total: 253.80

Page 1 of 2

Charged to: AX***********

Passenger Name: MICHAEL B DEVINE
Service fee:    0592077183
               Total:      40.00
               Charged to: AX***********

               Total Tickets:  253.80
               Total fees:      40.00
               Total Amount:   293.80

To view the Airlines responsibilities, please review this form on our website.

To view the current baggage fees, please review this form on our website.

Thank you for contacting Casto. We are available 24 hours a day, 7 days a week.
For After Hours assistance call us at 1-866.222.1263.
From outside the USA call collect at 408-553-4766.
A fee may be charged for After Hours Calls.

Fares are subject to change until purchased. Once purchased you must change or cancel prior to flight departure to
avoid forfeiture of ticket. Changes may result in a penalty or added cost.

Please review your itinerary within 24 hours of receipt for any discrepancies.
If it is not correct please contact Casto.
Casto is not responsible for any discrepancies not reported within 24 hours from ticket issue date.

Due to airport security please check in at least 1 hour prior to departure (2 hours for International flights).
A valid government issued photo ID will be required.

For any documentation needs, please contact our Visa / Passport Department at:
Phone: 408-553-4735 or email:Passport@casto.com

Casto Travel, Inc. acts as agent for the disclosed principals named in the itinerary. We are not
responsible for the negligent acts or omissions. By accepting the coupons and tickets and
utilizing the services you agree that neither the issuing company, nor any of its affiliated or
subsidiary companies, shall be responsible for the failure of the above disclosed principals
to provide services. CST 1008439-10

STATEMENT RECONCILIATION

12/30/2013

Kelly M. Dermody

CARD NUMBER        XXXX-XXXX-█████

DATE OF STATEMENT:        12/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 11/1/2013 | Conlin Travel | Travel agent fee - KMD int'l travel | A | 3462-1 | 67.00 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | STATEMENT TOTAL | | |

ATTORNEY SIGNATURE: _____     DATE: _____

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

RECONCILIATION

12/30/2013

CARD HOLDER:                    Kelly M. Dermody

CREDIT CARD NUMBER      XXXX-XXXX

DATE OF STATEMENT:            11/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| | | | | | |
| 10/21/2013 | Le Meridien - Bar 333 | Drinks w/ABS, DMH2, LJC | M | 3462-1 | 224.28 |
| | | | | | |
| | | | STATEMENT TOTAL | | |

ATTORNEY SIGNATURE: _____    DATE: _____

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

STATEMENT RECONCILIATION

| | | | | |
|---|---|---|---|---|
| DATE: | 4/17/2014 | | | |
| CARD HOLDER: | Darsana Srinivasan | | | |
| CREDIT CARD NUMBER | ▓▓▓▓ | | | |
| DATE OF STATEMENT: | 3/3/2014 | | | |

| Date | Vendor | Description of Charge | Code | Case | Amount |
|---|---|---|---|---|---|
| ▓▓▓▓ | ▓▓▓▓ | | | ▓▓▓ | |
| 2/27/2014 | US District Court | Pro hac Application Fee | OC | 3462-0001 | 305.00 |

80681# 214001

PO 68055-00-1921

INVOICE

▓▓▓▓

CHECK

DS 0314A

OC

3462-0001

PHV   $305.00

| | | | STATEMENT TOTAL | |
|---|---|---|---|---|

ATTORNEY SIGNATURE: _____   DATE: 4/18/2014

CODES:  A = Air/Train Fares and Fees
         H = Hotel
         M = Meals
         T = Transportation (Tolls, Taxi, etc)
         P = Parking
         W = Internet Access
         OC = Misc Charges

atrice

| | |
|---|---|
| om: | paygovadmin@mail.doc.twai.gov |
| Sent: | Wednesday, February 26, 2014 4:54 PM |
| To: | Oscar, Beatrice |
| Subject: | Pay.gov Payment Confirmation: CAND CM ECF |

Your payment has been submitted to Pay.gov and the details are below. If you have any questions or you wish to cancel this payment, please contact CAND Help Desk at (866) 638-7829.

Application Name: CAND CM ECF
Pay.gov Tracking ID: 25EI81QL
Agency Tracking ID: 0971-8407198
Transaction Type: Sale
Transaction Date: Feb 26, 2014 4:54:10 PM

Account Holder Name: SuDarsana Srinivasan Transaction Amount: $305.00 Billing Address: 250 Hudson Street Zip/Postal
Code: 10013
Country: USA
Card Type: AmericanExpress
Card Number: ***********

THIS IS AN AUTOMATED MESSAGE.  PLEASE DO NOT REPLY.

1

```
      ... RECEIPT                      CREDIT RECEIPT                   MED#       7B19
                                                                      DRIVER: 0458128
 HACK #      :    05469670        HACK #      :    05151487           02/18/14 TR 4307
 MEDALLION   :       8A81         MEDALLION   :       3C46             START  END MILES
 02/21/14 21:45-21:55             02/26/14 21:33-21:43                 21:21 21:31  2.0
 TRIP #      :      20268         TRIP #      :      20924              CUSTOMER COPY
 RATE #      :          1         RATE #      :          1             REGULAR FARE
 STAND. CITY RATE                 STAND. CITY RATE                     RATE 1:$   9.50
 Miles R1    :       2.08         Miles R1    :       2.10             SURCH: $   0.50
 FARE R1     :     $10.50         FARE R1     :      $9.50             STSRCH:$   0.50
 EXTRAS      :      $0.50         EXTRAS      :      $0.50             TIP  : $   2.00
 STATE SRCHG :      $0.50         STATE SRCHG :      $0.50             TOTAL: $  12.50
 TIPS        :      $2.00         TIPS        :      $2.00
 GRAND TOTAL :     $13.50         GRAND TOTAL :     $12.50
 CARDNUMBER  :                    CARDNUMBER  :                       CARD TYPE: AMEX
 AUTHOR.     :     ST-FWD         AUTHOR.     :     570370             XXXXXXXXXXX
                                                                      AUTH:577177
 Contact                          Contact TLC DIAL 3-1-1
                                                                          THANKS
                                                                      TO CONTACT TLC
                                                                        DIAL 3-1-1
```

```
    MEDm      0n24
 DRIVER: 5315086
 02/12/14 TR 3336
 START  END MILES
 20:48 20:57  1.9
  CUSTOMER COPY
 Regular Fare
 RATE 1:$   9.50
 SURCH: $   0.50
 StSrch:$   0.50
 TIP  : $   2.00
 TOTAL: $  12.50

 Card Type: AMEX
 XXXXXXXXXXX
 AUTH:579735

      THANKS
 TO CONTACT TLC
   DIAL 3-1-1
```

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

TODAY'S DATE:       2/4/2014

CARD HOLDER:       Mark Macatee

CREDIT CARD NUMBER

DATE OF STATEMENT:       1/1/2014

| Date | Vendor | Description of Charge | Code | Case# | Amount |
|------|--------|----------------------|------|-------|--------|
| 12/8/2013 | Mangia | Food for D. Harvey deposition (Snyder) | M | 3462-0001 | $347.07 |
| 12/9/2013 | Wichcraft | Food for D. Harvey deposition (Snyder) | M | 3462-0001 | $233.27 |
| | | | | STATEMENT TOTAL | |

ATTORNEY SIGNATURE: _____ DATE: 2/4/14

CODES:   A = Air/Train Fares and Fees
         H = Hotel
         M = Meals
         T = Transportation (Tolls, Taxi, etc)
         P = Parking
         W = Internet Access
         OC = Misc Charges

3462-0001
Hightechcold calling
depo
(DMH)

MANGIA '57
50 WEST 57TH STREET
NEW YORK, NY 1001
212-754-7606

Merchant ID: 5901020347
Term ID: 1003
Server ID: 3

1 e

AMEX
XXXXXXXXXXXX
Entry Method: Manual
Apprvd: Online    Batch#: 000005
12/07/13                11:05:53

Inv#: 0000 99 Appr Code: 161492

Amount:        $        347.87

Tip: _____

Total: _____

Customer Copy

3462-0001
high tech cold calling
depo (DMH)

397 Greenwich St
New York NY 10043
(212) 0577
www.wichcraftnyc.com

DATE:    12/8/2013 10:14
CHECK:   1025622
SERVER:  Alex
NAME:    (1EFT1

Cater PM (NYC)
2 Pole Caught Tuna    22.00
  @ 11.00
2 Chicken Salad       22.00
  @ 11.00
2 Roasted Turkey      22.00
  @ 11.00
2 Flank Steak         22.00
  @ 11.00
1 Zuc              11.00
2 Ham              22.00
  @ 11
                   22.00
                    .0
                   32.00

Subtotal    197.00
Gratuity     13.79
     Tax     17.48
   Total    228.27
+5.00
           233.27

Payments

Braintree              228.27

Total Payments         228.27

RECONCILIATION

5/6/2014

CARD HOLDER: Kelly M. Dermody

CREDIT CARD NUMBER

DATE OF STATEMENT: 4/2/2014

| Date | Vendor | Description of Charge | Code | Case | Amount |
|------|--------|----------------------|------|------|--------|
| 3/29/2014 | Inflight Wi-Fi | Wireless internet service | W | 0100-T 3462 | 8.00 |
| | | | | STATEMENT TOTAL | |

ATTORNEY SIGNATURE: _____ DATE: 5/16/14

CODES:  A = Air/Train Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

1174224_1.xls

# Invoice

Number: **1565**

Date:   **July 23, 2014**

**Bill To:**

LIEFF, CABRASER , HEINMANN, BERNSTEIN
ACCOUNT PAYABLE (MARCELA GORDON
275 BATTERY ST ,30TH FLOOR
SAN FRANCISCO, CA 94111 14159567583

| Date | Name | Details | Gratuity | Amount |
|------|------|---------|----------|--------|
| 6/19 | B.GLACKIN | SF 275 BATTERY ST TO SAN JOSE COURT SUV AS DIRECTED  3462-0001 | ✔ | 665.00 |
| | | S | ✔ | |
| | | | | |
| | | 7960A 216850 | | |

|  |  |
|---|---|
| **Sub-Total** |  |
| Gratuity 20.00% on 795.00 |  |
| **Total** |  |



| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
|  | $0.00 | $0.00 | $0.00 |  |

# Invoice

Number: **1526**

Date: **April 01, 2014**

**Bill To:**

LIEFF,CABRASER ,HEINMANN,BERNSTEIN
ACCOUNT PAYABLE(MARCELA GORDON
275 BATTERY ST ,30TH FLOOR
SAN FRANCISCO, CA 94111 14159567583

7960 PH 2144085

RECEIVED
APR 0 3 2014
ACCOUNTING

| Date | Name | Details | Gratuity | Amount |
|------|------|---------|----------|--------|
|  |  | sfo- | ✔ | 65.00 |
|  |  |  | ✔ |  |
|  |  | UA #1395 TO SF ARRIVING AT 1 AM | ✔ |  |
|  |  | TO 275 BATTERY ST 9F | ✔ |  |
|  |  | TO HOTEL OR | ✔ | 65.00 |
|  | F | HOME TO SFO/126 | ✔ |  |
| 3/27 | DEAN HARVEY | 2 SUV LIEFF ASE#3462.OFFICE TO SAN JOSE FEDERAL COURT HOUSE WAIT AND RETURN 2 CARS | ✔ | 1,390.00 |

| | |
|---|---|
| Sub-Total | |
| Gratuity 20.00% on 1,800.00 | 360.00 |
| **Total** | |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
|  | $0.00 | $0.00 | $0.00 |  |

EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER:  Michael Devine (Plaintiff / Client 3462-0001)

DATES TRAVELED: 01/17 - 18/13

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

3462-0001 -  Travel to/from SFO for Hearing on 01/17/13. Flight & Hotel was paid by DMH2 AMEX.          9768-1821# 202342

These are costs that were paid by the client.

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

### TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| 01/17/13 | National Car Rental - Car rental for 1 day - 1/17 | 71.06 | 3462-0001 |
| 01/17/13 | Airport 76 Station - Gas for car rental | 21.02 | 3462-0001 |
| 01/17/13 | Parking Garage San Jose - Parking at courthouse | 20.00 | 3462-0001 |
| 01/18/13 | SEA Airport Parking - 1/17 - 18/13 | 43.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 155.08 | |

### MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| 01/17/13 | Big Foot Food & Spirits - Meal @ SEA Airport | 12.26 | 3462-0001 |
| 01/17/13 | Buena Vista - Meal @ SFO Airport | 29.45 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 41.71 | |

MILEAGE

|  | MILES: | |
|---|---|---|
|  | RATE/MILE: $0.555 | |
|  | TOTAL | $0.00 |

GRAND TOTAL: $   $196.79
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $   $196.79

TRAVELER'S SIGNATURE: _____          DATE: 1/27/1_



RA 323147555          Bil 0
Rental   17-JAN-2013 12:04 PM
SAN FRANCISCO INTL ARPT
Return   17-JAN-2013 07:00 PM
SAN FRANCISCO INTL ARPT

MICHAEL DEVINE
Vehicle # DR654024
Model    GRCARAVAN
Class Driven MVAR    Class Charged MVAR
License# 6XNX556    State/Province CA
M/Kms Driven 87
M/Kms Out  8516
M/Kms In   8603

| Charges | No Unit | Price | Amount |
|---|---|---|---|
| T & M | 1 Days | 40.55 | 40.55* |
| UNLIM M/KM | 0 M/Kms | | 0.00* |
| CONCESSION RECOV FEE | | | 4.51* |
| AIRPORT ACCESS FEE | | | 20.00 |
| TOURISM FEE | | | 1.16 |
| COUNTY BUS LIC TAX | | | 1.01 |
| SALES TAX 08.500 % | | | 3.83 |

Total Charges                USD 71.06

Deposit     NC

Amount Due                   USD 71.06

* Taxable Items
Subject to Audit
Customer Service Number 1-800-468-3334

---

GASPURE 76         , 10096626
2001 BAYSHIRE HWY
BUR1. MCANE      , CA

REG 17/2013 07:34:04 PM 31518662

INVOICE 191249
APFLY 00-101395
REF 220030317131932

PUMP 7
REGULAR                    5.4766
PRICE/GAL                  3.833

FUEL TOTAL            $ 21.02

                  Subtotal = $ 21.02
                      Tax = $ 0.00

                     Total = $ 21.02

CREDIT                $ 21.02
Batch: 22 Seq Num: 3
Man ID: 7
NOT ENTERED
Workstation ID: 80
UNI: FREE GAS?
REGISTER TO WIN AT
UNI: GASVISIT.COM

---

67 PARKING (8011)
123 5 MARKET STREET
SAN FRANCISCO, CALIF
408 280 5300

C O P Y
01/17/2013  12:42:27
Sale:

Transaction #         20
Card Type:      MasterCard
Acc:      xxxxxxxxxx
Entry:            Swiped
Total:           20.00

Reference No.:
                  0600099041151
Auth Code:        142918
Response:         Success

CUSTOMER COPY

---

ac International
ort
nternational Airport
68727
ttle, WA 98168
7-5308

3747/5066/807 01/18/13 10:41:01

Pay Parking Ticket  40.00 $
06:38 - 01/18/13 10:39
stay: 1 Dy. 4 Hr. 1 Min.
eaTacTax         3.00 $

otal Amount        43.00 $

redit Mastercard   43.00 $
ax     9.50 %       3.47 $
ax 0.00 %           0.00 $

Mastercard

XHAEL  0
lo. XXXX XXXX XXXX
: 43.00

*****************************
**       Thank you        **
*****************************
ales Tax 9.5% included
rect $4 per hour / $35 max 1Day
king $3 per hour / $28 max 1Day

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**
**TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM**
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: Dean M. Harvey

DATES TRAVELED: Various

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

10/22/12 - 01/31/13 - Expense Reimbursement for Various Visa Charges

TRAVEL
3462·0001
M 3351

1018/202688

*PLEASE LIST ALL RECEIPTS SEPARATELY*:

### TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL: $ 0.00

### MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| Victrolo Coffee Roasters | 10/22/12 DMH2 Coffee w/ client Mike Devine | 12.10 | 3462-0001 |
| Fuzio Universal Bistro | 11/27/12 DMH2 Working dinner w/ LC (Split between 2 billing codes) | 14.04 | 3462-0001 |
| Subway | 01/26/13 DMH2 Meal - Weekend Work | 7.37 | 3462-0001 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL: $

**MILEAGE**

MILES:
RATE/MILE: $0.565
TOTAL     $0.00

GRAND TOTAL: $
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $

TRAVELER'S SIGNATURE: _____     DATE: 2/12/13

1081674.1

# HIGH TECH COLD CALLING 3462 - 0001

mike Duke
3462
Customer Copy



# VICTROLA
COFFEE ROASTERS

Victrola II Coffee Ro
aster

310 East Pike Street
Seattle, WA 98122
(206) 624-1725

Date 10/22/12        Time 02:19pm

Check Number      343459
Card Number       ***********
Expiration Date   **/**

Reference Number 022382

Amount            $12.10

Tip    _____

Total: 12.40

---

3462

SALE RECEIPT
Store #26855        tkc 01/26/13 18:43:18
Trans#  66 Clerk 10   Nasir
Dwr1 TRDT 012613 Reg-ID REG-MAIN
                    Receipt # 0000662840
--- ITEM --- QTY        PRICE MEMO   PLU
CCC       fr  1    D$    5.00$5Ftlng10211
$5 Footlon    1     $    0.00$5Ftlng12500
DRK-21oz      1    TD$   1.40$2COLDM10002
CHIPS         1    D$    0.85$2COLDM10020
                    --------
            SUBTOTAL $    7.25
            Sales Tx $    0.12
                    --------
TAKE-OUT **TOTAL $       7.37
CredCardAMT TEND $       7.37
                    --------
         CHANGE DUE$      0.00

Thank you for making Subway
the World's Best Sandwich!
     Approval No: 026781
    Reference No: 302702337421
       Acquired: Swipe
     Account No: ************
    Card Issuer: Visa
         Amount: $7.37

_____

Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie.  Keep your receipt and write
your unique coupon code
here_____.

Host Order ID: 625-67-1464099

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
## TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: Dean M. Harvey

DATES TRAVELED: Various

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

Various expenses from 05/01/13 to 07/17/1. (Lost AMEX card)

PLEASE LIST ALL RECEIPTS SEPARATELY:

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| 06/24/13 | Crown Cab - 6/24 Taxi home - Working late | 10.50 | 3462-0001 |
| 07/02/13 | Yellow Card Services - 7/2 Taxi home - Working late | 14.75 | 3462-0001 |
| 07/07/13 | Desota Cab - 7/7 Taxi home - Weekend work | 14.30 | 3462-0001 |
| 07/10/13 | Bauer's Transportation - 7/10 Taxi home - Working late | 15.00 | 3462-0001 |
| 07/11/13 | Yellow Cab - 7/11 Taxi home - Working late | 16.40 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 70.95 | |

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| 05/01/13 | Subway - 5/1 Dinner - Working late | 6.50 | 3462-0001 |
| 06/05/13 | Osha Thai Restaurant - 6/5 Dinner w/ Kevin Hallock | 34.80 | 3462-0001 |
| 06/29/13 | Oasis Grill - 6/29 Dinner - Working late | 9.21 | 3462-0001 |
| 06/30/13 | Subway - 6/30 Dinner - Working late | 5.00 | 3462-0001 |
| 07/07/13 | Oasis Grill - 7/7 Dinner - Weekend work | 13.01 | 3462-0001 |
| 07/11/13 | Subway - 7/11 Dinner - Working late | 5.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | | |

**MILEAGE**

MILES:
RATE/MILE: $0.565
TOTAL      $0.00

GRAND TOTAL: $
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $

TRAVELER'S SIGNATURE:                              DATE: 7/31/13

TRAVEL
3462-0001
Transp = 70.95
Meals = 73.52

1618/207083

1124544.1

# HIGH TECH COLD CALLING 3462 - 0001

*3462*

```
              SALE RECEIPT
Store #26855        tkc 05/01/13 19:06:49
Trans# 204 Clerk 10    Nasir
Dwr1 TRDT 050113 Reg-ID REG-MAIN
                Receipt # 0000677882
Sales Tx      0.00 Tax B          0.00
Tax C         0.00 Tax D          0.00
Tax E         0.00 Tax F          0.00
                   **TOTAL        6.50
AMT TEND      6.50 CHANGE DUE     0.00
                   --------
       CHANGE DUE$     0.00

   Approval No: 001968
   Reference No: 312202178578
     Acquired: Swipe
   Account No: ************
   Card Issuer: Visa
       Amount: $6.50
```

Take our 1-minute Survey at
www.tellsubway.com and receive a free
cookie.  Keep your receipt and write
your unique coupon code

*3462*

Osha Thai Restaurant and Bar
4 Embarcadero, Street Level
San Francisco, CA  94111
ph 415-788-6742

Guest Check
Thank You for Visiting

Server was { TOGO D.}
6/5/2013 7:12:32 PM - ID : 0714516

| ITEM | QTY | PRICE |
|------|-----|-------|
| Grilled Sea Bass. | 1 | $20.00 |
| Salmon Sashimi | 1 | $12.00 |
| Sales Tax | | $2.80 |
| Subtotal | | $32.00 |
| Grand Total | | |

Lounge Very Happy Hours Mon-Sat
3pm-6pm

*3462*

```
RIDE RECEIPT
 - CROWN CAB -
CAB #      0764
D-ID #  8****048
TRIP #    27514
DATE    06/24/13
RATE USED:     1
PASSENGERS:    1
START END MILES
10:17 10:25  1.2
FARE  $    8.45
TOLLS $     .00
TIP: $    1.05
TOTAL: $  9.50

CARD #:
AP #:
CC CARD RECEIPT

 415.920.1900 -
YOUR SAFETY OUR
```

*3462*

OASIS GRILL
91 DRUMM ST
SAN FRANCISCO CA 94111
415-781-0313

```
Terminal ID: 00879613       0001
6/29/13                  7:09 PM
VISA
ACCT #: **********
CREDIT SALE
UID: 318013697191    REF #: 1215
BATCH #: 003     AUTH #: 029613
```

# HIGH TECH COLD CALLING 3462 - 0001

3462

```
              SALE RECEIPT
 Store #26855       tkc 06/30/13 13:08:12
 Trans# 28 Clerk 10  Nasir
 Dwr1 TRDT 063013 Reg-ID REG-MAIN
              Receipt # 0000686770
 --- ITEM --- QTY    PRICE MEMO PLU
 CCC        fr 1  D$  5.00$5Ftlng10211
 $5 Footlon  1   $   0.00$5Ftlng12500
                     --------
      SUBTOTAL $     5.00
      Sales Tx $     0.00
                     --------
 TAKE-OUT **TOTAL $  5.00
 CredCardAMT TEND $  5.00
                     --------
      CHANGE DUE$    0.00

 Thank you for making Subway
 the World's Best Sandwich!
      Approval No: 030989
      Reference No: 318120932283
      Acquired: Swipe
      Account No:
```

3462

```
Yellow Card Srvs

San Francisco
415-839-4600
  Customer
Start Time
07/02/13 20:43
End Time
7/2/13 20:54
Veh: 0189/6581
Trx: 3734398
Card: VISA
Aprv: 002330
  Fare:  $12.30
  Tip:   $2.45
  Total: $14.75
```

3462

```
RIDE RECEIPT
  DESOTO CAB
C/B #      0466
D-ID # D****378
TRIP #    G1477
DATE   07/07/13
RATE USED:    1
PASSENGERS:   1
START END  MILES
22:49 23:01  2.9
FARE: $   12.30
EXTRA: $   0.00
TOLLS: $    .00
TIP: $     2.00
TOTAL: $   14.30

CARD #:
AP #:    008291
CC CARD RECEIPT

- DESOTO CAB -
- SAN FRANCISCO
(415) 970-1300
```

3462

```
        410

Terminal ID: 000020013    0001

7/7/13            6:49 PM

VISA
ACCT #  ............
CREDIT SALE


BATCH # 001    AUTH #:
```

**YOUR GREEN TRANSPORTATION SOLUTION PROVIDER**
**THE NATION'S MOST ECO FRIENDLY FULL TRANSPORTATION COMPANY**

$15;  7/10/13, 7462

**Event Management and Transportation Solutions**

- Corporate Commuter Transportaton
- Employee & Inter Campus Shuttles
- School Certified Transportation
- Convention & Special Events
- University: Campus & Sporting Events
- Executive Motorcoaches & Shuttles
- Airport, Hotel & Parking Shuttles
- Transit, ADA and DAR Transportation
- iCars – On Demand Black Cars
- Classic Cable Cars

# HIGH TECH COLD CALLING 3462 - 0001

3462

```
          SALE RECEIPT
Store #26855      tkc 07/11/13 19:14:16
Trans# 190 Clerk 10   Nasir
Dwr1 TRDT 071113 Reg-ID REG-MAIN
              Receipt   0000688319
--- ITEM --- QTY      PRICE MEMO  PLU
CCC      fr  1   D$   5.00$5F  ng10211
$5 Footlon   1   $    0.00$5Ftlng12500
                    --------
        SUBTOTAL $    5.00
        Sales Tx $    0.00
                    --------
TAKE-OUT **TOTAL $    5.00
CredCardAMT T ND $    5.00
                    --------
     CHANGE DUE$      0.00
Thank you for making Subway
the Wor    Best Sandwich!
      Ap     No: 011556
   Reference No: 319302554154
      Acquired: Swipe
   Account No: ********** ▬
```

Fare $ _16.40_____

From _____

To _____

Date _7/11/13____

Cab No. _____

Driver _____

3462

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
**TRAVEL EXPENSE REIMBURSEMENT REQUEST FORM**
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: Brendan P. Glackin

DATES TRAVELED: 03/13/2013

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

3462-0001: Drove personal vehical to and from San Jose Courthouse for CMC.

Reimbursement for parking at SF office, parking at courthouse, and mileage (100 miles roundtrip).

PLEASE LIST ALL RECEIPTS SEPARATELY:

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| 03/13/13 | 350 Sansome/ECW Garage - Parking at SF office in the morning | 24.00 | 3462-0001 |
| 03/13/13 | City Park / Block 8 Garage - Parking at San Jose Courthouse | 20.00 | 3462-0001 |
| 03/13/13 | 350 Sansome/ECW Garage - Parking at SF office in the evening | 12.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | TOTAL: $ | 56.00 |
|---|---|---|

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

| | TOTAL: $ | 0.00 |
|---|---|---|

MILEAGE

| | | |
|---|---|---|
| MILES: | 100 | |
| RATE/MILE: | $0.565 | |
| TOTAL | | $56.50 |

| GRAND TOTAL: $ | $112.50 |
|---|---|
| LESS CASH ADVANCE: $ | |
| AMOUNT DUE TO TRAVELER: $ | $112.50 ✓ |

TRAVELER'S SIGNATURE: *Brenda L*          DATE: 3/20/2013

TRAVEL
1124 / 204036
P = 56.00
Mil = 56.50
3462-0001

1089231.1

# HIGH TECH COLD CALLING 3462 - 0001

3462

3462

3462

009604031316382013

BLOCK 8
285 S Market St
San Jose, CA

Entry Time:
    03/13/13 1:12 PM
Exit Time:
    03/13/13 4:38 PM
Duration: 0d. 3h. 26m.
Pay Station: 4
Tran: 96
Ticket# 70678

Receipt #:0000053229
Default        $   20.00

Total:
    $   20.00
Tender:        $    0.00
American Expre $   20.00
Last 4 digits: ▇▇
Change:        $    0.00

Operated by City Park

Mileage
Reimbursement
100 Miles
Drove from SF office
to San Jose courthouse
and back.

**LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP**
TRAVEL EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: Brendan P. Glackin

DATES TRAVELED: Various

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

5/9/13 Taxi paid w/ cash; 6/23/13 Taxi paid w/ Visa;

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

### TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|-------------------|--------|------|
| 05/09/13 | Yellow Cab - 5/9 Taxi home from BART - Working late | 18.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 63.78 | |

### MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|-------------------|--------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | | |

RECEIVED
AUG 02 2013
ACCOUNTING

**MILEAGE**

MILES:
RATE/MILE: $0.565
TOTAL $0.00

GRAND TOTAL: $
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $

TRAVELER'S SIGNATURE: *Brendan G* DATE: 9/2/2013

TRAVEL
3462-0001
Transp = 1800
BS

1124/207071

1124609.1

# HIGH TECH COLD CALLING 3462 - 0001

## Yellow Cab 3462
### Computer Dispatched
### 510-444-1234

Amex/Master Charge/Visa Senior Citizen Scrip Accepted

The Sum of $ _____ 18 _____

From _____ BART _____   To _____ Gov _____

Cab No _____   Driver _____   Date 5/9/13

# LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
## TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
### PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

ER: Brendan P. Glackin

S TRAVELED: 06/21/13 & 08/16/13

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

Reimbursement for Visa & cash expenses

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

| TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL: $** | | |

| MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
|---|---|---|---|
| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
| 06/21/13 | Sai's Veitnamese - Lunch w/ Joseph Saveri | 37.40 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL: $** | 37.40 | |

TRAVEL

**MILEAGE**

MILES:
RATE/MILE: $0.565
**TOTAL** $0.00

3462-0001
Meal - 37.40

**GRAND TOTAL: $**
**LESS CASH ADVANCE: $**

1124 / 207514

**AMOUNT DUE TO TRAVELER: $**

TRAVELER'S SIGNATURE: *Brendan Gla* 

DATE: 8/22/2013

# HIGH TECH COLD CALLING 3462 - 0001

3462

S... VIETNAMESE RESTAURANT
605 WASHINGTON STREET
AN FRANCISCO, CA 94111
(415) 362 3689
MID 428209492...

Sale

lunch w/ J. savi

Aeri wate: #2710

37.40

Customer Copy
THANK YOU

LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: Eric B. Fastiff

DATES TRAVELED: Various

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

Visa Statement 11/18/12 -12/17/12

RECEIVED
FEB 07 2013
ACCOUNTING

PLEASE LIST ALL RECEIPTS SEPARATELY:

**TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)**

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL: $     0.00

**MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)**

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
| 12/06/12 | Henry's Hunan - Lunch w/ DMH2 | 29.95 | 3462-0001 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

TOTAL: $

MILEAGE

MILES:
RATE/MILE: $0.565
TOTAL          $0.00

GRAND TOTAL: $
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $

TRAVELER'S SIGNATURE:                                         DATE: 2/6/12

3462·0001
M 29.95

5759/202726

1080721.1

# HIGH TECH COLD CALLING 3462 - 0001

402
lunch Bar 42

HENRY'S HUNAN RESTAURANT
674 SACRAMENTO ST
SAN FRANCISCO, CA 94111
(415) 788-2234
V5481270

Merchant ID: 0270

Ref #: 0044

Sale    EBP

XXXXXXXX
VISA                    Entry Method: Swiped

Amount:          $      25.95
Tip:      →          4.00
                ----------------
Total:              29.95
                ================

12/06/12                13:19:05
Inv #: 000044       Appr Code: 071800
Transaction ID: 002341767457599
Apprvd: Online          Batch#: 000021

Customer Copy

THANK YOU!

# LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP
## TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

**TRAVELER:** Eric B. Fastiff

**DATES TRAVELED:** Various

**DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):**

10/18/12 - 11/17/12 Visa Statement Charges

RECEIVED
APR 08 2013
ACCOUNTING

*PLEASE LIST ALL RECEIPTS SEPARATELY:*

### TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

**TOTAL: $**

### MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 10/29/12 | Restaurant Ducroix - Lunch with BPG and case experts | 41.13 | 3462-0001 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |

**TOTAL: $ 217.88**

TRAVEL

**MILEAGE**

3462-0001 - Meals 41.13

MILES:
RATE/MILE: $0.555

**TOTAL** $0.00

**GRAND TOTAL: $**
**LESS CASH ADVANCE: $**

**AMOUNT DUE TO TRAVELER: $**

**TRAVELER'S SIGNATURE:** *Eric B. Fastiff*   **DATE:** 4/8/13

1091318.1

# HIGH TECH COLD CALLING 3462 - 0001

#3462
Lunch BATM cort.

**RESTAURANT DUCROIX**
690 SACRAMENTO ST
SAN FRANCISCO CA 94111
415-391-7195

Terminal ID : 00863969                 8001
------------------------------------------
10/29/12                          1:12 PM

VISA
XXXXXXXXX
**SALE**                      **REF#:119**
BATCH #: 198              AUTH #: 06414D

**AMOUNT**                   **$36.13**
                          5,00
**TIP**          $_____
**TOTAL**        $    4/,/ 3

APPROVED

BPG/HTCC
3462-0001

3462-0001
TRAVEL
4393/# 21496

## Palio Paninoteca
505 MONTGOMERY ST. SF, 94111
### 415-362-6900

Lieff   1602
275
Battery
#_____

Near _____
**ATTN**_____

### 9561000

WED DECEMBER 18,2013
## CHECK #1566698-1

| | |
|---|---|
| 5 SPINACI | $24.75 |
| 5 Asst Sandwich | $41.00 |
| 5 Assorted Cookies | $10.00 |

**TOTAL      $75.75**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 09:45

**TIP**_____
**TTL**_____
**SIGNED**_____

## ORDER #113

B. Glockin 3462-0001

## Palio Paninoteca
505 MONTGOMERY-ST. SF, 94111
### 415-362-6900

### Lieff   1602
### 275
### Battery
### #_____

Near _____
ATTN _____
### 9561000

MON DECEMBER  9,2013
## CHECK #1563800-4
## DUPLICATE

| | | |
|---|---|---|
| 6 DEL GIORNO | $29.70 |
| 6 SETTIMANA | $29.70 |
| 12 Asst Sandwich | $98.40 |
| 10 Assorted Cookies | $20.00 |
| 1 Delivery Charge | $10.00 |

## TOTAL      $187.80

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 10:13

## TIP_____
## TTL_____
## SIGNED_____

## DELIVERY #112

CASH        :    $187.80

4361/# 211521

RECEIVED
DEC 0 9 2013
ACCOUNTING

3462-0001
TRAVEL
4361 /# 211575

BPG 3462-0001

# Palio Paninoteca
505 MONTGOMERY ST. SF, 94111
'"5-362-6900

Lieff   1602
275
Battery
#_____
Near _____
ATTN_____
9561000

WED NOVEMBER 13,2013
CHECK #1557777-1

4 Asst. Pastries       $9.40
1 Delivery Charge      $10.00
4 ODWALLA              $11.40
**TOTAL       $30.80**

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 05:30
TIP_____
TTL_____
SIGNED____ _____

# DELIVERY #108

CASH        :   $30.80

TRAVEL
3462-0001
4361 /# 211834

KMD 3462-0001

**Palio Paninoteca**
505 MONTGOMERY ST. SF, 94111
**415-362-6900**

Lieff   1602
275
Battery
#_____
Near _____
ATTN_____
9561000

FRI JANUARY 31,2014
CHECK : .5/5516-1

| | |
|---|---|
| 8 Asst. Pastries | $18.80 |
| 1 ADD-ON | $3.00 |
| 1 1/2 Gallon OJ | $12.00 |
| 1 Delivery Charge | $10.00 |
| **TOTAL** | **$43.80** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 05:30
TIP _____
TTL _____
SIGNED_____

**DELIVERY #102**

CASH    :   $43.80

3462 MCD Harvey

Palio Panir___a
505 MONTGOMERY ST. S_ 94111
415-362-6900

Lieff 1602
275
Battery
#_____
Near _____
ATTN_____
9561000

3462-0001
TRAVEL
4361 #212722

FRI FEBRUARY 7,2014
CHECK #1577535-1

| | |
|---|---|
| 5 Asst. Pastries | $11.5 |
| 5 Fruit Salad | $18.75 |
| 1 1/2 Gallon OJ | $12.00 |
| 1 Delivery Charge | $10.00 |
| **TOTAL** | **$52.50** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 10:41
TIP_____
TTL_____
SIGNED_____

ORDER #110

TRAVEL
3462-0001
4361/# 215048

A Shaven   3462

# Palio Paninoteca
505 MONTGOMERY ST. SF, 94111
4 1 5 - 3 6 2 - 6 9 0 0

## Lieff   1602
275
Battery
#_____

9961000

THU APRIL  3,2014
## CHECK #1591770-1

| | |
|---|---|
| 9 ROMANA | $44.55 |
| 9 Asst Sandwich | $73.80 |
| 9 Assorted Cookies | $16.00 |
| 1 Delivery Charge | $10.00 |
| **TOTAL** | **$146.35** |

ORIGINAL INVOICE
CUSTOMER COPY
BILLING REF:_____
Time: 11:48
TIP _____
TTL _____
SIGNED_____

## ORDER #111

# Invoice

Number: **1316**

Date: **April 01, 2013**

**Bill To:**

LIEFF,CABRASER ,HEINMANN,BERNSTEIN
ACCOUNT PAYABLE(MARCELA GORDON
275 BATTERY ST ,30TH FLOOR
SAN FRANCISCO, CA 94111 14159567583

| Date | Name | Details | Gratuity | Amount |
|------|------|---------|----------|--------|
| | | | | |
| 3/21 | DEAN HARVEY | AS DIRECTED SF TO APPLE CUPERTINO WAIT AND RETURN<br><br>CASE#3462 | ✔ | 595.00 |
| | | | ✔ | |
| | | tolls | | |
| | | TRAVEL<br>3462-0001   $595.00 | | |
| | | | **Sub-Total** | |
| | | | Gratuity 20.00% on 915.00 | |
| | | | **Total** | |

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| | $0.00 | $0.00 | $0.00 | |

12-Feb-13

**CARD HOLDER:**           Anne Shaver

**CREDIT CARD NUMBER:**

**DATE OF STATEMENT:**      1/1/2013

| Date | Vendor | Description of Charge | Code | Case | Amount | |
|------|--------|----------------------|------|------|--------|---|
| 12/1/2012 | UBER Technologies | Transportation | OC | 3462-0001 | 51.00 | |
| 12/6/2012 | UBER Technologies | Transportation, Worked late | OC | 3462-0001 | 49.00 | Y |
| 12/12/2012 | UBER Technologies | Transportation, Worked late | OC | 3462-0001 | 51.00 | Y |
| | | Attorney Registration | | | | Y |
| 12/13/2012 | Grubhub | DMH2,ABS, TD, BPG, Worked late | M | 3462-0001 | 81.42 | Y |
| 12/14/2012 | Anthony Tran | Transportation | OC | 3462-0001 | 28.00 | Y |
| | | | | | | |
| 12/20/2012 | VTS San Francisco | Transportation | T | 3462-0001 | 8.25 | |
| 12/20/2012 | UBER Technologies | AS/ Attorney Lunch | OC | 3462-0001 | 15.00 | Y |
| | | | | | | |

STATEMENT TOTAL

ATTORNEY SIGNATURE: *Anne B Shaver*          DATE: 2/12/13

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc.)
P = Parking
W = Internet Access
OC = Misc Charges

LaShonie

| | |
|---|---|
| **From:** | Anne Shaver <anne_shaver@yahoo.com> |
| **Sent:** | Monday, December 10, 2012 10:11 PM |
| **To:** | Perkins, LaShonie |
| **Subject:** | Fw: Uber Ride Receipt |

3462

----- Forwarded Message -----
**From:** "supportsf@uber.com" <supportsf@uber.com>
**To:** Anne_shaver@yahoo.com
**Sent:** Wednesday, December 5, 2012 9:44 PM
**Subject:** Uber Ride Receipt

 U B E R                                          Receipt

**Thanks for riding Uber!**

 DRIVER
**Raj**

BILLED TO

Anne Shaver
(Anne_shaver@yahoo.com)

TRIP REQUEST DATE

December 5, 2012 at 09:25pm

DROPOFF LOCATION



CREDIT CARD

Business American Express -

BILLED TO CARD

**$49.00**



**Fare Breakdown**
CHARGES

| | |
|---|---|
| Base Fare | $8.00 |
| SF City Distance | $32.68 |
| SF Burb Distance | $5.56 |
| Time | $3.50 |
| **Charge subtotal** | **$49.74** |

DISCOUNTS

**Trip Statistics**
DISTANCE
**8.67 miles**
DURATION
**14 minutes, 1 second**
AVERAGE SPEED
**37.10 mph**

1

| | |
|---|---|
| Rounding Down | ($0.74) |
| **Discount subtotal** | **($0.74)** |

TOTALS

| | |
|---|---|
| **Total Fare** | **$49.00** |
| **Billed to Card** | **($49.00)** |
| **Outstanding Balance** | **$0.00** |

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: supportsf@uber.com

View this trip online

LaShonie

| | |
|---|---|
| **From:** | anne_shaver@yahoo.com |
| **Sent:** | Tuesday, December 11, 2012 8:54 AM |
| **To:** | Perkins, LaShonie |
| **Subject:** | Fwd: Uber Ride Receipt |

3462

Begin forwarded message:

> **From:** supportsf@uber.com
> **Date:** December 11, 2012, 12:24:03 AM PST
> **To:** Anne_shaver@yahoo.com
> **Subject: Uber Ride Receipt**

# U B E R                                    Receipt



**Thanks for riding Uber!**

BILLED TO

**Anne Shaver**
(<u>Anne_shaver@yahoo.com</u>)

TRIP REQUEST DATE

**December 11, 2012 at 12:06am**

DROPOFF LOCATION



CREDIT CARD

Business American Express - ██████

BILLED TO CARD

# $51.00

DRIVER

**Michael**



| Fare Breakdown | | Trip Statistics | |
|---|---|---|---|
| CHARGES | | DISTANCE | |
| Base Fare | $8.00 | **9.33 miles** | |
| SF City Distance | $34.99 | DURATION | |
| SF Burb Distance | $6.12 | **13 minutes, 1 second** | |
| Time | $1.94 | AVERAGE SPEED | |
| | | **43.03 mph** | |

1

| | |
|---|---|
| **Charge subtotal** | **$51.05** |
| DISCOUNTS | |
| Rounding Down | ($0.05) |
| **Discount subtotal** | **($0.05)** |
| TOTALS | |
| **Total Fare** | **$51.00** |
| **Billed to Card** | **($51.00)** |
| **Outstanding Balance** | **$0.00** |

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: supportsf@uber.com

View this trip online



Shaver, Anne B.
Monday, December 10, 2012 6:10 PM
Perkins, LaShonie
FW: GrubHub.com Receipt for Order #24686655

For 3462 – DMH2, ABS, T. Desouza, and BPG.

Anne Shaver
ashaver@lchb.com

**From:** order@grubhub.com [mailto:order@grubhub.com]
**Sent:** Monday, December 10, 2012 6:07 PM
**To:** Shaver, Anne B.
**Subject:** GrubHub.com Receipt for Order #24686655

# Thank You!

You're on the way to a successful meal. If you have any questions about your order, our customer service team is around to help 24/7. Call (877) 585.1085.

**Order #24686655**
Placed on Dec 10, 2012
**UPDATED!** Estimated delivery time is 6:57 PM

## Sushi Rock

| Item | Price |
|------|-------|
| 1 Seaweed Salad | $ 6.25 |
| 1 Rainbow Roll | $ 10.25 |
| 1 Edamame | $ 4.50 |

1

| | |
|---|---|
| 1 Spider Roll | $ 9.00 |
| 1 Dragon Roll | $ 10.25 |
| 1 Rock' n Roll | $ 6.75 |
| 1 Spicy Scallop Salad Roll | $ 6.75 |
| 1 Philadelphia Roll | $ 6.75 |
| 1 Tempura String Beans | $ 4.75 |
| Subtotal | $ 65.25 |
| Tax | $ 5.55 |
| Delivery Charge | $ 0.00 |
| Tip | $ 10.62 |
| **Total** | **$ 81.42** |

**Deliver to**
Anne Shaver
275 Battery St
29
San Francisco, CA

**Special Instructions**
Call 415-819-9286 when you get to the lobby of the building. I will come down to meet you.

Do not include extra plasticware or napkins with my order to help reduce waste.

**Paid with**
Credit Card                    **$81.42**

If we could be any car, we'd probably be a Camaro. With flames painted on the sides. And an ejector seat.

Perkins, LaShonie

| | |
|---|---|
| **From:** | Shaver, Anne B. |
| **Sent:** | Friday, December 14, 2012 9:51 AM |
| **To:** | Perkins, LaShonie |
| **Subject:** | Fwd: Receipt from Anthony Tran for $28.00 |

0100-0001

Begin forwarded message:

> **From:** Square <noreply@messaging.squareup.com>
> **Date:** December 14, 2012, 12:06:44 AM PST
> **To:** <ashaver@lchb.com>
> **Subject: Receipt from Anthony Tran for $28.00**



Dec 14, 2012 at 12:06am                    Receipt
                                           #z3Vx

Custom Amount                    **$28.00**

## Total                    **$28.00**

                    **$28.00**



1

...honie

| | |
|---|---|
| **From:** | anne_shaver@yahoo.com |
| **Sent:** | Thursday, December 20, 2012 10:05 AM |
| **To:** | Perkins, LaShonie |
| **Subject:** | Fwd: Uber Ride Receipt |

3462-0001 attorney lunch

Begin forwarded message:

**From:** supportsf@uber.com
**Date:** December 19, 2012, 3:10:15 PM PST
**To:** Anne_shaver@yahoo.com
**Subject: Uber Ride Receipt**



Receipt

### Thanks for riding Uber!

BILLED TO

Anne Shaver
(Anne_shaver@yahoo.com)

TRIP REQUEST DATE

December 19, 2012 at 03:04pm

DROPOFF LOCATION

292 Battery Street, San Francisco, CA

CREDIT CARD

 Business American Express -

BILLED TO CARD

## $15.00

DRIVER

Ademar



### Fare Breakdown
CHARGES

| | |
|---|---|
| Base Fare | $8.00 |
| SF City Distance | $2.92 |
| Time | $1.31 |
| $15.00 Minimum | $2.77 |

### Trip Statistics
DISTANCE
**0.71 miles**
DURATION
**2 minutes, 42 seconds**
AVERAGE SPEED
**15.83 mph**

LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP
TRAVEL EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: ___Anne Shaver_____

DATES TRAVELED: _____March 2013_____

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

_____Out of pocket expenses._____

RECEIVED
AUG 2 8 2013
ACCOUNTING

PLEASE LIST ALL RECEIPTS SEPARATELY:

TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      | TOTAL: $           | 0.00   |      |

MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 03/13/13 | Spartan Station - Meal | 9.25 | 3462-0001 |
| 03/19/13 | Cocoa Banana - Meal | 10.78 | 3462-0001 |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      |                    |        |      |
|      | TOTAL: $           | 20.03  |      |

MILEAGE

Travel
3462-0001
1747/201661

| RATE/MILE: $0.565 | |
|-------------------|------|
| TOTAL | $0.00 |

GRAND TOTAL: $   $20.03

LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $   $20.03 √

TRAVELER'S SIGNATURE: _Anne Shaver_    DATE: _8/27/13_

1127850_1.xls

WELCOME TO
OUR STORE
T006948588-001  Spartan Station
498 S 9th St
San Jose    CA 95112

| Descr. | qty | amount |
|--------|-----|--------|
| <CUSTOMER COPY> | | |
| NON TAX | 1 | 3.75 |
| NON TAX | 1 | 2.75 |
| NON TAX | 1 | 2.75 |

|  |  |
|---|---|
| Sub Total | 9.25 |
| Tax | 0.00 |
| **TOTAL** | 9  25 |
| DEBIT  $ | 9.25 |

CARD TYPE: DEBIT
CARD NAME: SHAVER/ ANNE
ACCT NUMBER: XXXXXXXXXXX
TRANS TYPE: SALE
APPROVAL: 245489    INVOICE: 038873
AMOUNT:       $   9.25

APPROVED  245489
************************************

THANKS,COME  AGAIN
REG# 0001 CSH# 002 DR# 01  TRAN# 13896
03/13/13  15:49:06        ST# AB123

*need reimburse 3462*

---

COCOA BANANA
118 CHERRY ST
SEATTLE, WA. 98104
206-621-1183

TERMINAL ID.:   0017340008020626134003
MERCHANT #:          8020626134

SA
SWIPED

INV: 000049
Mar 19, 13        TIME: 12:2
: 000318

AUTH:24470(

$10.7:

$ .......................

$ .......................

*need reimburse 3462*

...¬EIN, LLP
TRAVEL EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER: Mark Fichtner (Plaintiff / Client for HTCC 3462-0001)

DATES TRAVELED: 06/25/13 to 6/26/13

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

3462-0001: Traveled from home to SF for Mediation on 6/26/13 and then returned home.

TRAVEL
3462-0001   $99.55 +
            $ 18.00 P

PLEASE LIST ALL RECEIPTS SEPARATELY:

8950-1625/# 206118

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| \multicolumn — TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC) | | | |
| 06/25/13 | Luxor Cabs - Taxi from SFO to Hotel | 48.75 | 3462-0001 |
| 06/26/13 | Royal Taxi - Taxi from Hotel to SFO | 50.80 | 3462-0001 |
| 06/26/13 | PHX Parking Garage - Parking at PHX airport | 18.00 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 117.55 | |

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| \multicolumn — MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC) | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | TOTAL: $ | 0.00 | |

RECEIVED
JUL 01 2013
ACCOUNTING

MILEAGE

MILES:
RATE/MILE: $0.565
TOTAL    $0.00

GRAND TOTAL: $    $117.55
LESS CASH ADVANCE: $

AMOUNT DUE TO TRAVELER: $    $117.55

TRAVELER'S SIGNATURE: _____    DATE: 7/1/13

1120583.1

```
     RECEIPT
  - ROYAL TAXI -
CAB #        1139
D-ID #  E****442
TRIP #      34956
DATE     06/26/13
RATE USED:      1
PASSENGERS:     1
START END MILES
17:54 18:32 14.4
FARE: $    50.80
EXTRA: $    0.00
TOLLS: $    0.00
TOTAL: $   50.80


TIP:_____

GR.TOT:_____


CASH RECEIPT

CITYWIDEDISPATCH
WEBCABBY.COM
(415) 920-0700
HAPPY CABBING!
```

```
           Sky Harbor Int'l Airport
           2114 E. Sky Harbor Blvd
              Phoenix, AZ 85034
        Phone: 602-273-4545 or 4546
            Fax: 602-392-0149
          Facility: 0000007313

     Receipt 2161/7305/801    06/26/13 21:56:46

   010100 Pay 100 Ticket      $      18.00
      Entry Time : 06/25/13 13:56
      Entry Lane : 103



     Total Amount      $    18.00

       Credit Visa       $    18.00
      ...................................
                      Visa

   FICHTNER/MARK
   Amount = $ 18.00
   Account: xxxx xxxx xxxx ▓▓▓▓
   Authorization Code 556194

   ****************************************
   *                                      *
   *    Thank you for visiting America's  *
   *         Friendliest Airport          *
   *    http://skyharbor.com/parkingcomments  *
   ****************************************
```

**LUXOR CABS - 282-4141**
2230 Jerrold Ave.
San Francisco CA,94124

Date  6/25

From  SFO

To  Hyatt Regency

Amount  48.75

Driver's Name _____

Cab Number _____

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS

TRAVELER: _Ian Merrifield_

DATES TRAVELED: _5/12/2013_

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL): _____

_Meals for four employees working overtime to_
_prepare chambers copies for a filing._

PLEASE LIST ALL RECEIPTS SEPARATELY:

TRANSPORTATION (INCLUDING AIRFARE, TRAIN FARE, CAB FARE, TOLLS, ETC.)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|-------------------|--------|------|
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |

TOTAL:$ _____

_TRAVEL_
_3462-0001_
_8950-1708_
_205910_

MEALS AND OTHER EXPENSES (INCLUDING HOTEL, TIPS, COPIES, SUPPLIES, PHONE CHARGES, ETC,)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|-------------------|--------|------|
| 5/12/2013 | Oasis Grill | $ 52.85 | 3462-0001 |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |
|      |                   |        |      |

TOTAL:$ _5 52.85 ✓_

MILEAGE
_____ MILES @ $0.55/MILE = $ _____

GRAND TOTAL:$ _52.85_
LESS CASH ADVANCE:$ _____
AMOUNT DUE TRAVELER:$ _52.85 ✓_

TRAVELER'S SIGNATURE: _____ DATE: _5/12/2013_

_approved: Hazel Mottershead 6/18/13_ _Hazel Mottershead_

OASIS GRILL
91 DRUMM ST
SAN FRANCISCO CA 94111
415-781-0313

Terminal ID: 00879613

5/12/13                    1:17 PM

VISA
ACCT #: ***********
CREDIT SALE
: 313216372363      REF #: 8746
BATCH #: 034      AUTH #: 131673

    JNT                   $52.85

                      $_____

    AL                $_____


APPROVED

CUSTOMER COPY

## Lisa Cisneros
## Cash Reimbursement

Date: May 31, 2013

| DATE | EXPLANATION | COST | CASE | RECEIPT |
|------|-------------|------|------|---------|
| 1/16/13 | Gott's Roadside-Meal | 15.09 | 3462-0001 | Yes |
| 2/26/13 | Pizza Orgasmica-Meal | 5.89 | 3462-0001 | Yes |
| | | | | |
| | Pizza Orgas | | | |

**Total:** ▆▆▆

5/31/13
_____
Date

𝒮 𝒮.
_____
LISA CISNEROS

TRAVEL
3462-0001
Meals = 20 98



*Please bill to 3462-0001*

Gott's Roadside
One Ferry Building
San Francisco, CA
415-318-3423

*LJ6*

## 138 LISA

Host: Karlie Marie                01/16/2013
138 LISA                          7:26 PM
                                  20061
Order   ne-In

California Chicken                 10.99
    ato
Fries                               2.89

Subtotal                           13.88
Tax                                 1.21

Dine-In Total                      15.09

---

*3462-0001*

****** REPRINT ******

### Pizza Orgasmica        #3
2 Embarcadero Center
San Francisco  CA 94111
Phone:415-834-9600
Fax:415-834-9666
www.pizzaorgasmica.com

Ord #499
Dine In

Empl:Josias Z.  02/26/2013        7:50 PM

1 Sli  Thin Gourmet              3.78

1 Diet Coke                      1.65

Subtotal                          5.43
Tax                               0.46
Total                             5.89

Paid Visa                         5.89

Amount Due                        0.00

Paid in Full

## Lisa Cisneros
## Cash Reimbursement

Date: September 27, 2013

| DATE | EXPLANATION | COST | CASE | RECEIPT |
|------|-------------|------|------|---------|
| 3/12/13 | Gott's Roadside | 12.90 | 3462-0001 | Yes |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Total: **$12.90** ✓

9/30/2013
Date

LISA CISNEROS

Travel
3462-0001
8950-1622/2085 72

1063617.1

For Lisa
3462 000 /

Gott's Roadside
One Ferry Building #6
San Francisco, CA
415-318-3423

## 165 ISA

| Host: William | 03/12/2013 |
| 165 ISA | 9:16 PM |
| | 30184 |

Order Type:  Dine-In

| Cheeseburger | 7.99 |
| tomato | |
| Reg Diet Coke | 2.95 |

| Subtotal | 10.94 |
| Tax | 0.96 |

## Dine-In Total   11.90

| Visa #XXXXXXXXXX▮ | 11.90 |
| Auth:08885C | |

Tip    :_____  1.00

TOTAL  :_____  12 90
                   TOTAL   :


SIGNATURE :_____


Next Time Skip the Line
Order Online.  Head to
Gotts.com

# Invoice

Number: **1406**

Date: **September 01, 2013**

**Bill To:**

LIEFF,CABRASER ,HEINMANN,BERNSTEIN
ACCOUNT PAYABLE(MARCELA GORDON
275 BATTERY ST ,30TH FLOOR
SAN FRANCISCO, CA 94111 14159567583



| Date | Name | Details | Gratuity | Amount |
|------|------|---------|----------|--------|
| 8/8 | DESOUSA | 2 SUV .275 BATTERY ST TO FEDERAL BUILDUING SAN JOSE WAIT +RETURN 8HOURS /CAR 16 HOURS TOTAL | ✔ | 1,120.00 |
| | | | | 3462-0001 |
| | | | ✔ | |
| | | | | 3511-0001 |
| | | AIRPORT ACCESS FEES | | 12.00 |

RECEIVED
SEP 0 5 2013
ACCOUNTING

| | | Sub-Total | |
|---|---|---|---|
| | | Gratuity 20.00% on 1,970.00 | |
| | | **Total** | |

7960 # 207 833

| 0 - 30 days | 31 - 60 days | 61 - 90 days | > 90 days | Total |
|-------------|--------------|--------------|-----------|-------|
| | $0.00 | $0.00 | $0.00 | |

**LIEFF, CABRASER HEIMANN & BERNSTEIN, LLP**
TRAVEL EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM AND ATTACH ALL RECEIPTS

TRAVELER:___Anne B. Shaver

DATES TRAVELED: 3-31-14

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):

Out of pocket and ABS personal credit card expenditures for client-related matters.

RECEIVED

JUN 0 6 2014

ACCOUNTING

PLEASE LIST ALL RECEIPTS SEPARATELY:

### TRANSPORTATION/LODGING (INCL. AIRFARE, TRAINFARE, CAB FARE, CAR RENTAL, TOLLS, HOTEL ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL: $** | 0.00 | |

### MEALS AND OTHER EXPENSES (INCLUDING ALL MEALS, COPIES, SUPPLIES, PHONE, ETC)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|------|--------------------|--------|------|
| 03/31/14 | Bijan Bakery - ABS: meal | 5.65 | 3462-0001 |
| 03/31/14 | Bijan Bakery - ABS: coffee | 2.50 | 3462-0001 |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | **TOTAL: $** | 8.15 | |

*(handwritten: TRAVEL)*
*(handwritten: 3462-0001)*
*(handwritten: Meal 815)*
*(handwritten: Mileage 1747 / 215239)*

*(handwritten: 1747)*

**MILEAGE**

3/31/2014 Attend Apple/Samsung voire dire in San Jose CA

MILES: 89 *(handwritten: .56)*
RATE/MILE: $0.555

**TOTAL** $49.40 *(handwritten: 4984)*

*(handwritten: 3462-0001 4984)*

**GRAND TOTAL: $** $57.55
**LESS CASH ADVANCE: $**

**AMOUNT DUE TO TRAVELER: $** $57.55 *(handwritten: 57 99)*

TRAVELER'S SIGNATURE: *Ann B Shaver*

DATE: 4/4/14

1178465_1.xls

**BIJAN BAKERY & CAFE**
(408)971-8000   bijanbakery.com
SAN JOSE, CA

```
DATE         03/31/2014        MON
   S COFFEE T1             $2.25
   FILLED CROISSSANT T1    $2.9?
      ITEMS 2.00
      *** EAT IN ***
                           $?...
               $10...
   ........E        $4.35
      * ORDER# 0245 *
NO.23?04? REG 02 21 EMPLOYEE  TIME 09:36
```

```
              HOUR.,
   MONDAY-THUR....        . . 8?
FRI 6:30AM - 11:00PM  SAT 7:30AM - 11PM
   SUNDAY    8:30 AM TO 9:30 PM
```

3462 — attend
Apple/Samsung voire
dire in San Jose on 3/31
Need reimbursement for
mileage to + from
865 54th St, Oakland
          to
285 S Market St, Sanjose
= 89 miles RT

**BIJAN BAKERY & CAFE**
(408)971-8000   bijanbakery.com
SAN JOSE, CA

```
DATE         03/31/2014        MON
   LG COFFEE T1            ......
      ITEMS 1.00
      ** TAKE OUT **
   ..T.L           $2.
   .ASH           $...00
   .HANGE         $0.5..
      * ORDER# 0208 *
N?    RE? 02 21 EMPLOYEE  TIME 15:05
```

```
         BUSINESS HOURS
   MONDAY-THURSDAY 6:..M  9:30PM
FRI 6:30AM - 11:00PM  SAT 7:30AM - 11PM
      SUNDAY    8:30 AM TO 9:30 PM
```

3

EXPRESS STATEMENT RECONCILIATION

**TODAY'S DATE:** 11-Jun-13

**CARD HOLDER:** Rachel Geman

**CREDIT CARD NUMBER:**

**DATE OF STATEMENT:** 2-Apr-13

RECEIVED
JUL 0 8 2013
ACCOUNTING



| Date | Vendor | Description of Charge | Code | | Amount |
|------|--------|----------------------|------|--|--------|
| 3/29/2013 | Mille-Feuille Bakery | HTCC Breakfast | | 1/2 3462, 1/2 0100 | |
| 3/29/2013 | NYC Taxi | Cab Fare | M T | 3462-0001 | 17.60 |
| | | | | 1/2 3462; 1/2 0100 | 10.62 |

| | STATEMENT TOTAL | |

**ATTORNEY SIGNATURE:** _____   **DATE:** 7/5/203

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

½ 3462-0001

```
MED#        1M57
DRIVER:  5184...
03/28/13 TR 1471
START  END MILES
01:07 01:13 1.2
  CUSTOMER COPY
Regular Fare
RATE 1:$   6.50
 SURCH:$   0.50
 StSrch:$  0.50
 TIP  : $  1.50
 TOTAL: $   9.00

Card Type: AMEX
XXXXXXXXX███
AUTH:530743
      THANKS
  TO CONTACT TLC
    DIAL 3-1-1
```

**Mille-Feuille Bakery
Cafe**
552 Laguardia Pl
New York, NY 10012
http://www.millefeuille-nyc.com

March 29, 2013
8:10 AM

| | |
|---|---|
| 2 x Croissant | $5.00 |
| Almond Croissant | $3.50 |
| Brioche (Sugar brioche) | $3.50 |
| Americano (Medium) | $2.48 |
| Pain Au Chocolat | $2.90 |
| **Subtotal** | **$17.38** |
| Sales Tax | $0.22 |
| **Total** | **$17.60** |

AmEx ▬ - $17.60

HTCC   3462-0001

Receipt Number L634

Breakfast

```
MED#        3K41
DRIVER:  5136441
03/28/13 TR 5018
START  END MILES
17:55 18:02  1.3
  CUSTOMER COPY
REGULAR FARE
RATE 1:$    7.00
SURCH: $    1.00
STSRCH:$    0.50
TIP  : $    2.12
TOTAL: $   10.62

CARD TYPE: AMEX
XXXXXXXXXX
AUTH:524065

    THANKS
TO CONTACT TLC
   DIAL 3-1-1
```

HTCC(3442-0001)

1/2 0|0|0

MESS STATEMENT RECONCILIATION

TODAY'S DATE:                    2/7/2014

CARD HOLDER:              Brendan P. Glackin

CREDIT CARD NUMBER                                    1602

DATE OF STATEMENT:          1/1/2014

| Date | Vendor | Description of Charge | Code | Card | Amount |
|------|--------|----------------------|------|------|--------|
| | | | | | |
| 12/8/2013 | Pizza Orgasmica | BPG 12/8 Lunch - Weekend Work | M | 3462-0001 | 6.18 |
| 12/9/2013 | Embarcadero Center Parking | BPG 12/8 Parking at office - Weekend Work (Stiroh Depo) | P | 3462-0001 | 32.00 |
| 12/12/2013 | Embarcadero Center Parking | BPG 12/11 Parking at office - Working late (Expert Reports) | P | 3462-0001 | 18.00 |

STATEMENT TOTAL

ATTORNEY SIGNATURE: _Brendan Glackin_          DATE: 2/12/2014

CODES:  A = AirTrain Fares and Fees
        H = Hotel
        M = Meals
        T = Transportation (Tolls, Taxi, etc)
        P = Parking
        W = Internet Access
        OC = Misc Charges

1159301 1

Pizza Orgasmica #3
2 Embarcadero Center
San Francisco CA 94111
Phone:415-834-9500
Fax:415-834-9066
www.pizzaorgasmica.com

Ord #32
Dine In

Empl:Cameron R. 12/08/2013          1:00 PM

1 Slice Thin Gourmet                      3.75

1 Slice Thin Meat                         3.75

                                    -------
                    Subtotal          7.50
                         Tax          0.66
                       Total          8.16

AmEx        Payment                   8.16

Lunch
Weekend Work -
Deposition of
Lauren Stinson

---

3462

EMBARCADERO CTR PARKIN
1 EMBARCADERO CTR
SAN FRANCISCO, CA 94111
12/12/2013                      00:52:22
Merchant ID:          00000000213953
Terminal ID:               03436856
10M1210527

CREDIT CARD
AMEX SALE

CARD #              XXXXXXXXX
INVOICE                     0001
Batch #:                  000543
Approval Code:            507686
Entry Method:             Swiped
Mode:                     Online

SALE AMOUNT              $18.00

Parking on 12/11/13
but left after
midnight on
12/12/13.

3462-0001

3462-
0001

```
RIDE RECEIPT
  - DESOTO CAB -
CAB #        0774
D-ID # D****631
TRIP #       1919
DATE   08/01/13
RATE USED:      1
PASSENGERS:     1
START END  MILES
03:19 03:29  4.9
FARE: $    17.25
EXTRA: $    0.00
TOLLS: $    0.00
TIP: $      3.45
TOTAL: $   20.70

CARD #:
AP #:    519778
CC CARD RECEIPT

----------------
SIGNATURE

  - DESOTO CAB -
  - SAN FRAN...
```

LSC  3462-0001

Pizza Orgasmica       #3
2 Embarcadero Center
San Francisco  CA 94111
Phone:415-834-9600
Fax:415-834-9666
www.pizzaorgasmica.com

Ord #332
Dine In

Empl:Javier M.   07/31/2013        10:25 PM

---

1 Slice Thin Cheese                        2.86

1 Slice Thin 2 Topping                      3.31

1 Diet Coke                                 1.65

---

|                   |      |
|-------------------|------|
| Subtotal          | 7.82 |
| Tax               | 0.66 |
| Total             | 8.48 |
| AmEx 1552 Payment | 8.48 |
| Tip               | 1.00 |
| Total             | 9.48 |

*** Guest Copy ***

Amount Due  0.48

STATEMENT RECONCILIATION

**TODAY'S DATE:** July 29 2013

**CARD HOLDER:** Lisa Cisneros

**CREDIT CARD NUMBER :**

**DATE OF STATEMENT:** 4/2/2013

| Date | Vendor | Description of Charge | Code | | Amount |
|---|---|---|---|---|---|
| 3/5/2013 | Uber Technologies | Cab ride | T | 3462-001 | 22.36 |
| 3/12/2013 | Uber Technologies | Cab ride | T | 3462-001 | 22.36 |
| 3/13/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 22.36 |
| 3/14/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 22.36 |
| 3/15/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 28.96 |
| 3/21/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 23.02 |
| 3/22/2013 | The Melt | Meal | M | 3462-0001 | 9.51 |
| 3/22/2013 | Uber Technologies | Cab ride | T | 3462-0001 | 21.70 |

**STATEMENT TOTAL**

**ATTORNEY SIGNATURE:** _____  **DATE:** 7/30/13

CODES: A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

**ricka**

| | |
|---|---|
| **rom:** | |
| **Sent:** | Cisneros, Lisa J. |
| **To:** | Tuesday, March 12, 2013 8:24 AM |
| **Subject:** | Ffrench, Fedricka |
| | Fwd: Uber Ride Receipt |

Begin forwarded message:

**From:** "Busch, Frank" <frank.busch@bingham.com>
**Date:** March 12, 2013, 8:23:05 AM PDT
**To:** "'lcisneros@lchb.com'" <lcisneros@lchb.com>
**Subject: Re: Fwd: Uber Ride Receipt**

I think this is intended for someone else.

----- Original Message -----
From: Cisneros, Lisa J. [mailto:lcisneros@lchb.com]
Sent: Tuesday, March 12, 2013 12:34 AM Pacific Standard Time
To: Busch, Frank
Subject: Fwd: Uber Ride Receipt

Please bill to 3462-0001. Thx.

Begin forwarded message:

From: <supportsf@uber.com<mailto:supportsf@uber.com>>
Date: March 12, 2013, 12:07:00 AM PDT
To: <lcisneros@lchb.com<mailto:lcisneros@lchb.com>>
Subject: Uber Ride Receipt

[cid:logo]   Receipt<http://email.uber.com/wf/click?upn=qvTUNs2q5pKMkQQgv2lKq1Xphq0
7fBXH1wq19YBWetg-3D_UjeV08ToRaT-2FPaHOmU6GDoRTzreDbc7yqYiY4-
2FKYjdY86mwtwl9-
2FgcVvoJ5XyPJcJTYCgiRY2tCbx13hQM0blx76788FFY6enUdXjZaItWx0HfZ8aQHkSJ6Htk
W6xwzKqoJi3LQiSPGTYdPJzTKZqGxT-2BXw-2BqV9K4B03DWUQvAQ-3D>
Thanks for riding Uber!
Billed To
Lisa Cisneros (lcisneros@lchb.com<mailto:lcisneros@lchb.com>)
Trip Request Date
March 11, 2013 at 11:54pm
Dropoff Location
█████████████████████

Credit Card
[cid:amex_icon] Personal American Express ◄ 

1

Billed To Card
$22.36

[cid:driver_0ara39o0]
Driver
William

[cid:map_0ara39o0]
Fare Breakdown
Charges
Fare specified by driver      $17.80
Gratuity & Service Charge (20%) $3.56
Taxi Fee      $1.00
Charge subtotal $22.36
Totals
Total Fare      $22.36
Billed to Card  ($22.36)
Outstanding Balance      $0.00

Trip Statistics
Distance
4.81 miles
Duration
10 minutes, 11 seconds
Average Speed
28.33 mph

Share your promo code with friends to earn Uber
credits!<http://email.uber.com/wf/click?upn=mtDtMkavatIq5-
2FdnOD0obIxnSyRmqzl3r3q3jbEkFa65tT9ZuyDhJ8JatiKf5pdf_UjeV08ToRaT-
2FPaHOmU6GDoRTzreDbc7yqYiY4-2FKYjdY86mwtwl9-
2FgcVvoJ5XyPJcZYbwCOv9236Z3-
2BlkwVsN5hIKoUVuWoKQoqUQa3l4QxPW7qJlxtSUYx3i6vhAczSH6yBv36AQkCIK6UHMl
aJkHVVWB6Zl2HFHTDILdimtGmk-3D>

Uber Technologies, Inc.
182 Howard St #8
San Francisco, CA 94102      Support: supportsf@uber.com<mailto:supportsf@uber.com>
View this trip online<http://email.uber.com/wf/click?upn=mtDtMkavatIq5-
2FdnOD0obIxnSyRmqzl3r3q3jbEkFa4w363NZUUOk4iabNM7QSrL_UjeV08ToRaT-
2FPaHOmU6GDoRTzreDbc7yqYiY4-2FKYjdY86mwtwl9-
2FgcVvoJ5XyPJcIWRHQdB1qWKGi0fp9c8XiY2tQ3WPSbIV88hD-2BBERGpqqe-
2FZ6UwXSdW04liEP76JwmJZCNvenDphn5fGKxclv6yRIoLw42Sgqj7-2F6SIu1Em0-3D>
Trip reference: 0ara39o0

This message is intended for the named recipients only. It may contain information protected by
the attorney-client or work-product privilege. If you have received this email in error, please
notify the sender immediately by replying to this email. Please do not disclose this message to

**Ffrench, Fedricka**

| | |
|---|---|
| **From:** | Cisneros, Lisa J. |
| **Sent:** | Thursday, March 21, 2013 3:15 AM |
| **To:** | Ffrench, Fedricka |
| **Subject:** | FW: Uber Ride Receipt |

Please bill to 3462-0001. Thanks.

**Lieff**
**Cabraser**
**Heimann&**
**Bernstein**
Attorneys at Law

Lisa J. Cisneros
lcisneros@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** supportsf@uber.com [mailto:supportsf@uber.com]
**Sent:** Wednesday, March 13, 2013 12:16 AM
**To:** Cisneros, Lisa J.
**Subject:** Uber Ride Receipt

 U B E R                                                                    Receipt

**Thanks for riding Uber!**

BILLED TO

**Lisa Cisneros (lcisneros@lchb.com)**

TRIP REQUEST DATE

**March 13, 2013 at 12:01am**

DROPOFF LOCATION

CREDIT CARD

Personal American Express

BILLED TO CARD

**$22.36**

DRIVER



| **Fare Breakdown** | | **Trip Statistics** |
|---|---|---|
| CHARGES | | DISTANCE |
| Fare specified by driver | $17.80 | **4.97 miles** |

1

| | | DURATION |
|---|---|---|
| Gratuity & Service Charge (20%) | $3.56 | **10 minutes, 6 seconds** |
| | | AVERAGE SPEED |
| Taxi Fee | $1.00 | **29.52 mph** |
| **Charge subtotal** | **$22.36** | |

TOTALS

| | |
|---|---|
| **Total Fare** | **$22.36** |
| **Billed to Card** | **($22.36)** |
| **Outstanding Balance** | **$0.00** |

Share your promo code with friends to earn Uber credits!

**Uber Technologies, Inc.**
182 Howard St #8
San Francisco, CA 94102

Support: supportsf@uber.com
View this trip online
Trip reference: sizx9bop