# EXHIBIT 9

**AMERICAN EXPRESS STATEMENT RECONCILIATION**

| | |
|---|---|
| TODAY'S DATE: | 2/7/2013 |
| CARD HOLDER: | Joseph P. Forderer |
| CREDIT CARD NUMBER | 11006 |
| DATE OF STATEMENT: | 12/1/2012 |

| Date | Vendor | Description | Code | Account | Amount |
|---|---|---|---|---|---|
| 11/16/2012 | Yellow Card Services | 11/15 JPF Taxi home - Worked late | T | 3462-0001 | 13.65 |
| 11/21/2012 | SF Green Cab | 11/20 JPF Taxi home - Worked late | T | 3462-0001 | 14.65 |
| 11/28/2012 | Subway | 11/28 JPF Dinner - Worked late | M | 3462-0001 | 5.97 |
| 11/28/2012 | Yellow Card Services | 11/27 JPF Taxi home - Worked late | T | 3462-0001 | 13.10 |
| 11/30/2012 | VTS / Desoto Cab | 11/28 JPF Taxi home - Worked late | T | 3462-0001 | 13.10 |
| 11/30/2012 | Yellow Card Services | 11/29 JPF Taxi home - Worked late | T | 3462-0001 | 14.70 |

Handwritten notes:

80681#202573 a6

PD 68055-00-1869

INVOICE

JPF1212AMEX2

CHECK

JPF1212X

ADMIN

61015-01  $102.50

55002-01 #  (73.08)

55010-01 M  27.87

TRAVEL

3462-0001  M $ 5.97

T $ 69.20

**STATEMENT TOTAL**

ATTORNEY SIGNATURE: /s/ by Mary Baldwin    DATE: 2/7/13

CODES:  A = Air/Train Fares and Fees
H = Hotel
M = Meals
T = Transportation (Tolls, Taxi, etc)
P = Parking
W = Internet Access
OC = Misc Charges

1081086.1