# EXHIBIT 10

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
TRAVEL/EXPENSE REIMBURSEMENT REQUEST FORM
PLEASE COMPLETE FORM & ATTACH ALL RECEIPTS

TRAVELER: Terence Desouza

DATES ~~TRAVELED~~: 5/22

DESCRIPTION (INCLUDING DESTINATION AND REASON FOR TRAVEL):
Meal Reimbursement. Late night Filing till 10pm with Dean Harvey.

PLEASE LIST ALL RECEIPTS SEPARATELY:

TRANSPORTATION (INCLUDING AIRFARE, TRAIN FARE, CAB FARE, TOLLS, ETC.)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
|  |  |  |  |

TOTAL:$

MEALS AND OTHER EXPENSES (INCLUDING HOTEL, TIPS, COPIES, SUPPLIES, PHONE CHARGES, ETC,)

| DATE | VENDOR/DESCRIPTION | AMOUNT | CASE |
|---|---|---|---|
| 5/22 | Subway | 5.27 | 3462-1 |

TOTAL:$ 5.27

MILEAGE
_____ MILES @ $0.56/MILE = $_____

GRAND TOTAL:$ 5.27
LESS CASH ADVANCE:$ n/a
AMOUNT DUE TRAVELER:$ 5.27 ✓

TRAVELER'S SIGNATURE: _____ DATE: 5/29/2014

TRAVEL
3462-0001
Meal 5.27
8950-1734/215238

950-1734