# EXHIBIT 11

**LIEFF CABRASER HEIMANN & BERNSTEIN, LLP**

| Report created on | 05/07/2015 05:01:41 PM | From | Inception |
|---|---|---|---|
| | | To | 05/04/2015 |

Matter Number: 3462-0001    HIGH-TECH COLD CALLING - General Matter

**PARTNER**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD HEIMANN | 260.70 | 975.00 | 254,182.50 |
| JOSEPH SAVERI | 154.70 | 800.00 | 123,760.00 |
| KELLY DERMODY | 2,241.70 | 800.00 | 1,793,360.00 |
| ERIC FASTIFF | 219.30 | 725.00 | 158,992.50 |
| RACHEL GEMAN | 22.10 | 675.00 | 14,917.50 |
| BRENDAN GLACKIN | 1,740.10 | 675.00 | 1,174,567.50 |
| DEAN HARVEY | 1,981.00 | 515.00 | 1,020,215.00 |
| JOY KRUSE | 11.50 | 800.00 | 9,200.00 |
| ANNE SHAVER | 9.30 | 490.00 | 4,557.00 |
| HEATHER WONG | 13.80 | 575.00 | 7,935.00 |
| | **6,654.20** | | **4,561,687.00** |

**NON-PARTNER ATTORNEY**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| JOHN AMBROSIO | 402.00 | 490.00 | 196,980.00 |
| KATHERINE BLACK | 77.00 | 460.00 | 35,420.00 |
| KRISTIN CALSON | 382.80 | 490.00 | 187,572.00 |
| LISA CISNEROS | 965.60 | 465.00 | 449,004.00 |
| JOSEPH FORDERER | 515.50 | 350.00 | 180,425.00 |
| DEAN HARVEY | 3,485.00 | 490.00 | 1,707,650.00 |
| KAREN JONES | 29.00 | 515.00 | 14,935.00 |
| JAMES LEGGETT | 346.50 | 375.00 | 129,937.50 |
| KATHERINE LEHE | 466.90 | 350.00 | 163,415.00 |
| MARC PILOTIN | 12.70 | 435.00 | 5,524.50 |
| DALE RATNER | 1,677.80 | 490.00 | 822,122.00 |
| KEVIN RAYHILL | 34.00 | 375.00 | 12,750.00 |
| ANNE SHAVER | 1,498.90 | 465.00 | 696,988.50 |
| DARSANA SRINIVASAN | 34.50 | 415.00 | 14,317.50 |
| JONATHAN ZAUL | 1,534.40 | 415.00 | 636,776.00 |
| | **11,462.60** | | **5,253,817.00** |

**LAW CLERK**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| KATE EPSTEIN | 43.00 | 360.00 | 15,480.00 |
| NEHA GUPTA | 10.00 | 360.00 | 3,600.00 |
| LEAH JUDGE | 22.60 | 360.00 | 8,136.00 |
| MARVIN NETTLES | 19.30 | 325.00 | 6,272.50 |
| PHONG-CHAU NGUYEN | 22.10 | 325.00 | 7,182.50 |
| | **117.00** | | **40,671.00** |

**PARALEGAL/CLERK**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| RICHARD ANTHONY | 22.90 | 325.00 | 7,442.50 |
| NIKKI BELUSHKO BARROWS | 86.30 | 325.00 | 28,047.50 |
| TODD CARNAM | 78.50 | 325.00 | 25,512.50 |
| CHRISTIAN CHAN | 108.40 | 315.00 | 34,146.00 |
| TERENCE DESOUZA | 1,733.00 | 305.00 | 528,565.00 |
| MICHAEL ELIAS | 52.30 | 280.00 | 14,644.00 |
| JESSICA GIORDANO | 32.00 | 305.00 | 9,760.00 |
| CHANDRA HIPPLE | 17.00 | 315.00 | 5,355.00 |
| ALEXA JONES | 30.10 | 305.00 | 9,180.50 |
| MARIANA JONES | 10.40 | 305.00 | 3,172.00 |
| ARIEL LEITNER-ZIEFF | 10.50 | 305.00 | 3,202.50 |
| DANIEL LIU | 85.10 | 280.00 | 23,828.00 |
| NICOLAS MENARD | 36.90 | 325.00 | 11,992.50 |
| IAN MERRIFIELD | 505.60 | 280.00 | 141,568.00 |
| DREW MONROE | 16.60 | 280.00 | 4,648.00 |
| TERESA ROSTKOWSKI | 18.20 | 285.00 | 5,187.00 |
| ALAN RUIZ | 43.50 | 280.00 | 12,180.00 |
| STEVEN SHIN | 564.90 | 315.00 | 177,943.50 |
| YUN SWENSON | 22.90 | 325.00 | 7,442.50 |
| SERA TAJIMA | 322.70 | 280.00 | 90,356.00 |
| RACHEL TERRELL-PERICA | 11.00 | 280.00 | 3,080.00 |
| BRIAN TROXEL | 297.10 | 325.00 | 96,557.50 |
| LESLIE WU | 23.80 | 305.00 | 7,259.00 |
| JULIE ZHU | 307.80 | 315.00 | 96,957.00 |
| | **4,437.50** | | **1,348,026.50** |

**LITIGATION SUPPORT / RESEARCH**

| NAME | HOURS | RATE | TOTAL |
|---|---:|---:|---:|
| WILLOW ASHLYNN | 14.50 | 340.00 | 4,930.00 |
| KIRTI DUGAR | 79.00 | 430.00 | 33,970.00 |
| ANTHONY GRANT | 385.50 | 340.00 | 131,070.00 |
| MAJOR MUGRAGE | 90.40 | 340.00 | 30,736.00 |
| RENEE MUKHERJI | 38.00 | 290.00 | 11,020.00 |
| ERWIN OCAMPO | 80.00 | 340.00 | 27,200.00 |
| CYRUS YAMAT | 99.50 | 340.00 | 33,830.00 |
| | **786.90** | | **272,756.00** |
| **MATTER TOTALS** | **23,458.20** | | **11,476,957.50** |