# Exhibit 2

**TIME ENTRIES REMOVED**

| Date | Time-Keeper | Detail | Time |
|---|---|---|---|
| **ENTRIES REMOVED RE BLOCK BILLING CORRECTIONS** | | | |
| 8/16/2012 | J. Dallal | Request DOJ findings per request of J. Saveri. | 0.8 |
| 7/25/2013 | J. Saveri | Telephone conference re settlement; review and revise memorandum of understanding. | 1.6 |
| 7/26/2013 | J. Saveri | Review and revise memorandum of understanding; telephone conference re settlement. | 1.4 |
| 7/29/2013 | J. Saveri | Case management. | 0.8 |
| 7/29/2013 | J. Saveri | Teris issues. | 0.5 |
| 7/29/2013 | J. Saveri | Telephone conference with Robert Mittelstaedt. | 0.5 |
| 8/2/2013 | J. Saveri | Case management. | 0.7 |
| 8/2/2013 | J. Saveri | Review and revise case management conference statement. | 0.8 |
| 8/1/2013 | J. Saveri | Review and revise case management conference statement. | 0.6 |
| 9/4/2013 | J. Saveri | Expert issues. | 0.4 |
| 9/26/2013 | J. Saveri | Expert issues. | 0.5 |
| 9/30/2013 | J. Saveri | Case management. | 0.1 |
| 10/1/2013 | J. Saveri | Case mangament. | 0.7 |
| 10/1/2013 | J. Saveri | Review order. | 0.3 |
| 10/17/2013 | J. Saveri | Review expert reports. | 1.2 |
| 10/17/2013 | J. Saveri | Conference with Kelly Dermody; prepare for hearing. | 0.3 |
| 10/17/2013 | J. Saveri | Conference with Dean Harvey. | 1.5 |
| 10/18/2013 | J. Saveri | Review expert reports; telephone conference with J. Davis. | 2.5 |
| 10/20/2013 | J. Saveri | Prepare for hearing. | 0.9 |
| 11/6/2013 | J. Saveri | Telephone conference with Josh Davis. | 0.6 |
| 7/18/2012 | L. Leebove | Correspond with D. Harvey and co-counsel re Manning assignment; correspond with D. Purcell and telephone conference with J. Saveri re depositions | 1 |
| **OTHER ENTRIES REMOVED** | | | |
| 8/29/2012 | L. Leebove | Review expert drafts/revisions/memoranda from co-counsel; communications with co-counsel re same. | 120.0 |
| 10/4/2012 | J. Saveri | Expert issues | 0.5 |
| 10/4/2012 | J. Saveri | Review expert disclosures | 4.5 |
| 10/5/2012 | J. Saveri | Review expert disclosures | 3.0 |
| 10/6/2012 | J. Saveri | Review expert disclosures | 5.5 |
| 10/7/2012 | J. Saveri | Review expert disclosures | 2.5 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 10/8/2012 | J. Saveri | Review expert disclosures | 1.5 |
| 10/9/2012 | J. Saveri | Organize expert work; review disclosures | 1.7 |
| 10/10/2012 | J. Saveri | Expert issues | 2.0 |
| 10/16/2012 | J. Saveri | Expert reports; telephone conference re experts | 4.8 |
| 10/19/2012 | J. Saveri | Review and revise expert reports | 3.8 |
| 10/23/2012 | J. Saveri | Expert reports | 2.8 |
| 10/24/2012 | J. Saveri | Expert reports | 3.4 |
| 10/27/2012 | J. Saveri | Expert reports | 5.03 |
| 1/4/2013 | J. Saveri | Prepare for class certification argument; telephone conference with Brendan Glackin. | 2.00 |
| 1/8/2013 | J. Saveri | Prepare for argument. | 4.50 |
| 1/9/2013 | J. Saveri | Prepare for argument. | 3.10 |
| 1/12/2013 | J. Saveri | Prepare for argument. | 3.50 |
| 1/13/2013 | J. Saveri | Prepare for argument. | 5.20 |
| 1/14/2013 | J. Saveri | Prepare for argument; telephone conference with Brendan Glackin. | 5.80 |
| 1/15/2013 | J. Saveri | Prepare for argument; telephone conference with Brendan Glackin. | 4.90 |
| 1/16/2013 | J. Saveri | Prepare for argument; telephone conference with Brendan Glackin. | 6.50 |
| 12/6/2012 | J. Saveri | Review and revise brief.  Review expert materials.  Telephone call with Leebove. | 1.5 |
| 12/7/2012 | J. Saveri | Review and revise reply brief.  Review Leemer declaration. | 4.5 |
| 12/8/2012 | J. Saveri | Review Leemer [sic] report.  Review and revise reply brief. | 6.1 |
| 12/9/2012 | J. Saveri | Review and revise class certificaiton [sic] reply.  Review expert report. | 6.8 |
| 12/10/2012 | J. Saveri | Review and revise brief.  Conference with Leebove. | 4.6 |
| 12/10/2012 | L. Leebove | Work on class cert reply / opp. to mot. to strike. | 8.2 |

**REVISED LODESTAR CROSS-CHECK CALCULATION**

|  | **LCHB** | **JSLF** | **B & M** | **G & E** | **All** |
|---|---|---|---|---|---|
| Lodestar [A]: | $11,476,957.50[1] | $6,314,819.25[2] | $1,373,095.50[3] | $1,429,225.50[4] | $20,594,097.75 |
| **Fee Request [B]:** |  |  |  |  | **$81,125,000.00** |
| Multiplier [B / A]: |  |  |  |  | 3.93924 |

---

[1] Decl. of Kelly M. Dermody, Dkt. 1083, ¶ 19
[2] Suppl. Decl. of Joseph R. Saveri (this document), ¶ 5
[3] Decl. of Eric. L. Cramer, Dkt. 1074, ¶ 13
[4] Decl. of James J. Sabella, Dkt. 1091, ¶ 3