# Exhibit 3







Joseph Saveri Law Firm, Inc.
505 Montgomery Street, Suite 625
San Francisco, CA 94111

CITIBANK, N.A.
1 Sansome St., 24th Floor
San Francisco, CA 94104
90-7118/3211

2670

January 9, 2013

PAY TO THE
ORDER OF    High Tech Employees Antitrust Litigation Fund   $ 75,000 —

Seventy Five Thousand Only    DOLLARS

MEMO   January 2013 Cost Fund Contribution



IHSA Tech Cold Calling
Cost Real

PAY TO THE ORDER OF
CITIBANK, F.S.B. THE CITIBANK PRIVATE
SAN FRANCISCO, CA 94104
32171/1184
FOR DEPOSIT ONLY
LIEFF, CABRASER,
HEIMANN & BERS A
ATTORNEY TRUST
ACCOUNT #







Joseph Saveri Law Firm, Inc.
505 Montgomery Street, Suite 625
San Francisco, CA 94111

CITIBANK, N.A.
1 Sansome St., 24th Floor
San Francisco, CA 94104
90-7118/3211

3207

PAY TO THE
ORDER OF ___ High Tech Cold Calling Litigation Fund ___

2/25/2015

Forty-Two Thousand Forty-Nine and 26/100**************************************** $ **42,049.26

High Tech Cold Calling Litigation Fund

DOLLARS

MEMO

Intuit® CheckLock™ Secure Check     Details on Back.





**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 12/20/13

 SM

p. 1/10

Account Ending ▮▮▮▮▮

| New Balance | ▮▮▮▮▮▮ |
|---|---|
| **Please Pay By**‡ | **01/05/14** |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

☐ See page 2 for important information about your account.

**Membership Rewards® Points**
Available and Pending as of 11/30/13

▮▮▮▮▮▮

For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**

| | |
|---|---|
| Previous Balance | ▮▮▮▮▮ |
| Payments/Credits | ▮▮▮▮▮ |
| New Charges | ▮▮▮▮▮ |
| Fees | ▮▮▮▮ |
| New Balance | ▮▮▮▮▮ |

Days in Billing Period:  30

---

## Learn. Share. Get Inspired.

There's a way to exchange advice and connect with other entrepreneurs.
Join OPEN Forum at **www.openforum.com/getinspired**



**Customer Care**

| ☐ | **Pay by Computer** open.com/pbc |
|---|---|

**Customer Care**     **Pay by Phone**
1-800-492-3344          1-800-472-9297

☐ See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
open.com/pbc

 **Pay by Phone**
1-800-472-9297

**Account Ending** ▮▮▮▮

Enter account number on all documents.
Make check payable to American Express.

JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545

| Please Pay By **01/05/14** | |
|---|---|
| Amount Due | ▮▮▮▮▮▮ |

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

☐ Check here if your address or phone number has changed. Note changes on reverse side.

0000349991935443903 0006761020000676102 17 A



**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 12/20/13

 sm

p. 5/10

Account Ending

---

| Detail Continued | Amount |
| --- | --- |

11/20/13   WYNN LAS VEGAS HOTEL702-770-2530   NV
Arrival Date          Departure Date
11/20/13              11/20/13

11/23/13   ADY NUBER TECHNOLOGIE866-576-1039   MA
866-576-1039

11/23/13   FOUR SEASONS HOTELS BALTIMORE   MD   $158.31

11/27/13   ADY QUBER TECHNOLOGIE866-576-1039   MA
866-576-1039

11/25/13   AMICIS SF2 EAST COASSAN FRANCISCO   CA
4158854500

11/25/13   AMICIS SF2 EAST COASSAN FRANCISCO   CA   $28.57
4158854500

11/25/13   FOUR SEASONS HOTEL BBALTIMORE   MD
Arrival Date          Departure Date
11/23/13              11/25/13

11/??/13   CASTO TRAVEL   SAN JOSE   CA
TRAVEL AGENCY SERVICE
                    To:      Carrier      Class
N/A          N/A
                    N/A              YY
                    N/A              YY

Passenger Name: SAVERI/JOSE
Passenger Name: TRAVEL AGENCY

12/??/13   AMAZON MKTPLACE PMTSAMZN.COM/BILL   WA
MERCHANDISE

12/??/13   AMAZON.COM   AMZN.COM/BILL   WA
MERCHANDISE

12/??/13   GOGOAIR.COM   877-350-0038   IL

12/06/13   AMICIS SF2 EAST COASSAN FRANCISCO   CA

12/06/13   AMICIS SF2 EAST COASSAN FRANCISCO   CA
4158854500

12/07/13   EMBARCADERO CTR PARKSAN FRANCISCO   CA
415-772-0670
PARKING LOTS

12/08/13   AMERICAN BAR ASSOCIACHICAGO   IL

12/10/13   AMICIS SF2 EAST COASSAN FRANCISCO   CA
4158854500

Continued on reverse

# JRS – HTCC - 1004-1



# JRS – HTCC - 1004-1



JBD 1004-1 High-Tech

1004

**Sydney Town**
531 Commercial Street
415.4331949

08:19 PM                    03/20/2014

Charge Amount          14.24

Tip Amount                2.00

Total Amount            $16.24

Customer Copy

SYDNEY TOWN IS AVAILABLE
FOR PRIVATE PARTYS
HAVE YOUR CHRISTMAS PARTY
RIGHT HERE, GREAT PACKAGES :)

James Dallal

12/23/2014

Meal

Meal

41.8 miles at $.56

41.8 miles at $.56
41.8 miles at $.56



7.59



Operating Acct - Citib    Expense report for 1004-1 dated 12/23/2014



ENTERED
12-23-14

| Date | Description | Amount |
|------|-------------|--------|
| 3/15/2014 | POV miles (.56 * 41.8 miles) | $23.40 |
| 3/26/2014 | Dinner (Quickly) | $7.59 |
| 3/26/2014 | Taxi | $10.00 |
| 4/5/2014 | POV miles (.56 * 41.8 miles) | $23.40 |
| 4/6/2014 | POV miles (.56 * 41.8 miles) | $23.40 |

TOTAL



Date _____

From _____

To _____

Amount _____

Driver's Name _____

Cab Number _____



```
              Kobesento
         901 Kearny Street
       San Francisco, CA 94133
             4159367688

服務員: TL                        桌號:

                外賣
              >> 前門，請請 <<
  1 Curry Tofu Bowl            3.99
  1 Fri Mushm (10)             2.99

  小計:                        6.98
  稅金 1:                      0.61
                          ================
  總額:                       $7.59

  現金 付款:                   20.00
                          ================
  找零:                      -12.41

  創建: 3/26/2014 7:44:16 PM
  打結帳: 3/26/2014 7:44:37 PM
            多謝！
```

# JRS – HTCC 1004-1



ORIGINAL JOE'S

3/27/2014        12:50:46

Card Type:
Card Number:
Swipe/Manual:
Card Owner:

27

4

TOTAL AMOUNT DUE        50.90

TIP _____ 10

TOTAL _____ 60.9

Approval: 505266

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

Customer Signature

ORIGINAL JOE'S



**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 05/21/14

Account Ending ██-██████

**New Balance** ██,███.██

**Please Pay By‡** 06/05/14

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

] See page 2 for important information about your account.

] **See Page 9** for an important Privacy Notice and the following pages
for important notices about Billing Dispute Procedures, Electronic Fund
Transfer Error Resolution and a notice for WA residents.

## Membership Rewards® Points

Available and Pending as of 04/30/14



For up to date point balance and full program
details, visit membershiprewards.com

### Account Summary



Previous Balance
Payments/Credits
New Charges
Fees

New Balance ██,███.██

Days in Billing Period: 31

### Customer Care

| | Pay by Computer<br>open.com/pbc |
|---|---|

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-3344 | 1-800-472-9297 |

See page 2 for additional information.

---

Please fold on the perforation below, detach and return with your payment ⬇


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
open.com/pbc


**Pay by Phone**
1-800-472-9297

Account Ending ██-██████

Enter account number on all documents.
Make check payable to American Express.

JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545




Please Pay By
06/05/14
Amount Due
$█,███.██

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

] Check here if your address or
phone number has changed.
Note changes on reverse side.

0000349991935443903  0007125730007125730  17  A

## Detail Continued

|  | Amount |
|---|---|



| 04/28/14 | AMICIS SF2 EAST COASSAN FRANCISCO   CA | | $48.01 |
| | 4158854500 | | |



**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 05/21/14

Account Ending ▓▓▓▓

| | |
|---|---|
| **New Balance** | ▓7,125.73 |
| **Please Pay By**‡ | 06/05/14 |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

] See page 2 for important information about your account.

] **See Page 9** for an important Privacy Notice and the following pages for important notices about Billing Dispute Procedures, Electronic Fund Transfer Error Resolution and a notice for WA residents.

### Membership Rewards® Points
Available and Pending as of 04/30/14
**241,719**
For up to date point balance and full program details, visit membershiprewards.com

### Account Summary



| | |
|---|---|
| Previous Balance | ▓▓▓▓ |
| Payments/Credits | ▓▓▓▓ |
| New Charges | ▓▓▓▓ |
| Fees | ▓▓▓▓ |
| New Balance | ▓7,125.73 |
| Days in Billing Period: 31 | |

### Customer Care

| | |
|---|---|
| **Pay by Computer** | open.com/pbc |

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-3344 | 1-800-472-9297 |

See page 2 for additional information.

Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
open.com/pbc

 **Pay by Phone**
1-800-472-9297

Account Ending ▓▓▓▓

Enter account number on all documents.
Make check payable to American Express.

JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545



Please Pay By
06/05/14

Amount Due
▓7,125.73

] Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349991935443903 0007125730007125573 17 A

**Detail Continued**



Amount

1003

1004    ENTERED    HCC OT

04/28/14    AMICIS SF2 EAST COASSAN FRANCISCO    CA    $5.00
4158854500    1004 (1old)    HCC OT

1001

1001

0100

1004-1

1001

1004-1

1001

Personal

V020-1  Lidodom... 

CAPACITORS
2001

Continued on next page

# JRS – HTCC - 1004-1

Alfred's Steak House
659 Merchant Street
San Francisco, CA 94111
(415) 781-7058
Date:           Apr30'14 08:42PM
Card Type:        AMEX
Acct #:
Card Entry: SWIPED
Trans Type: PURCHASE
Auth Code:
Check:
Table:
Server:

Subtotal:          77.93
A 17% TAXABLE SERVICE CHARGE
HAS BEEN ADDED TO THIS CHECK

Tip:

Total:          82.93

Signature:
I agree to pay above total
according to my card issuer
agreement
* * * * Customer Copy * * * *

1004

ORIGINAL JOE'S
301 South First Street
San Jose CA 95.3
408-292-7030

1 2014          12:52:35 PM

Card Type:        American Express
Card Number:
Server Name:
Check Number:
Table Number:

TOTAL AMOUNT DUE          58.46

TIP           12

TOTAL          70.26

Approval: 549212

I AGREE TO COMPLY WITH
THE CARDHOLDER AGREEMENT

SAVERI/JOSEPH R

**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 06/20/14



p. 1/9

Account Ending ▮▮▮▮▮

| New Balance | $9,663.89 |
|---|---|
| **Please Pay By‡** | **07/05/14** |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

→ See page 2 for important information about your account.

### Membership Rewards® Points
Available and Pending as of 05/31/14
**251,488**
For up to date point balance and full program details, visit membershiprewards.com

### Account Summary



| Previous Balance | $▮▮,▮▮▮.▮▮ |
|---|---|
| Payments/Credits | $▮▮,▮▮▮.▮▮ |
| New Charges | $▮,▮▮▮.▮▮ |
| Fees | $▮▮.▮▮ |
| **New Balance** | **$9,663.89** |

Days in Billing Period: 30

### Customer Care

**Pay by Computer**
open.com/pbc

**Customer Care**
1-800-492-3344

**Pay by Phone**
1-800-472-9297

→ See page 2 for additional information.

---



↓ Please fold on the perforation below, detach and return with your payment ↓

**Payment Coupon**
Do not staple or use paper clips

**Pay by Computer**
open.com/pbc

**Pay by Phone**
1-800-472-9297

**Account Ending** ▮▮▮▮▮
Enter account number on all documents.
Make check payable to American Express.

JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545



Please Pay By
**07/05/14**
Amount Due
$9,663.89

☐ Check here if your address or phone number has changed. Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349991935443903 000966389000966389 17 A

## Detail Continued



| | Amount |
|---|---|

1001

Description          Price

1001

(Braman)

Description

1001

From:          To:          Carrier:          Class:

1001

From:          To:          Carrier:          Class:
N/A            N/A          YY                00
               N/A          YY                00
               N/A          YY                00
               N/A          YY                00

1001

Description

1001

1001

1001

| 06/19/14 | ORIGINAL JOES | SAN JOSE | CA | | | $26.54 |
| | 408-292-7030 | | | 1004 | HTC C | |
| | FOOD | | $26.54 | | | |

1004          HTC C

1001

1001

DOUGLAS CLEVENGER
Card Ending

| | Amount |
|---|---|

1001

Description          Price

LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1207501798 | 31-JUL-12 |

BILLING PERIOD 01-JUL-12 - 31-JUL-12

ACCOUNT NUMBER

INVOICE TO:
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXIS/NEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $ 96.00 | ($ 94.88) | $ 1.12 | - | - | $ 1.12 | - | $ 1.12 |
| | | | | | | | $ 0.00 | |
| | | | | | | | $ 0.00 | |
| | | | | | | | $ 0.00 | |
| | | | | | | | $ 0.00 | |
| | $ 10,128.50 | ($ 10,010.50) | $ 118.00 | $ 0.00 | $ 0.00 | $ 118.00 | $ 0.00 | $ 118.00 |

0-6

CLIENT
HTCC

ACCOUNT TOTAL:



# LexisNexis

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1208499888 | 31-AUG-12 |

BILLING PERIOD 01-AUG-12 - 31-AUG-12

| ACCOUNT NUMBER |
|---|

**INVOICE TO:**
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| ($ 258.00) | ($ 250.09) | $7.91 | - | - | $7.91 | - | $7.91 |
| $ 392.00 | ($ 380.00) | $ 12.00 | - | - | $ 12.00 | - | $ 12.00 |
| $ 408.00 | ($ 395.50) | $ 12.50 | - | - | $ 12.50 | - | $ 12.50 |
| $ 3,853.00 | ($ 3,735.00) | $ 118.00 | $ 0.00 | $ 0.00 | $ 118.00 | $ 0.00 | $ 118.00 |

0-6



| CLIENT |
|---|
| HTCC |
| HTCC - UMBRELLA LIABILITY |
| HTCC CLASS CERT |
| ACCOUNT TOTAL: |

**LexisNexis·**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1209-98597 | 30-SEP-12 |

BILLING PERIOD 01-SEP-12 - 30-SEP-12

| ACCOUNT NUMBER |
|---|

**INVOICE TO:**
XAVIER LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | $ 15.00 | ($ 14.45) | $ 0.55 | - | - | $ 0.55 | - | $ 0.55 |
| | $ 2,392.00 | ($ 2,303.84) | $ 88.16 | - | - | $ 88.16 | - | $ 88.16 |
| | | | | | | | | |
| | $ 5,223.00 | ($ 5,030.50) | $ 192.50 | $ 0.00 | $ 0.00 | $ 192.50 | $ 0.00 | $ 192.50 |

0-6

**CLIENT**
HTCC
HTCC CLASS CERT

**ACCOUNT TOTAL:**



LexisNexis·

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1211496761 | 30-NOV-12 |

BILLING PERIOD 01-NOV-12 - 30-NOV-12

| ACCOUNT NUMBER |
|---|
| |

INVOICE TO:
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| HIGH TECH COLD CALLING | $ 3,935.00 | ($ 3,871.35) | $ 63.65 | - | - | $ 63.65 | - | $ 63.65 |
| HTCC CLASS CERT | $ 561.00 | ($ 551.93) | $ 9.07 | - | - | $ 9.07 | - | $ 9.07 |
| HTCC LEAMER | $ 3,060.00 | ($ 3,010.50) | $ 49.50 | - | - | $ 49.50 | - | $ 49.50 |
| | | | | | | | | |
| 1004 | $ 1,107.00 | ($ 1,089.10) | $ 17.90 | - | - | $ 17.90 | - | $ 17.90 |
| ACCOUNT TOTAL: | $ 11,903.00 | ($ 11,710.50) | $ 192.50 | $ 0.00 | $ 0.00 | $ 192.50 | $ 0.00 | $ 192.50 |

0-7

**LexisNexis**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 121249d053 | 31-DEC-12 |

BILLING PERIOD 01-DEC-12 - 31-DEC-12

| ACCOUNT NUMBER |
|---|

INVOICE TO:
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | $459.00 | ($436.38) | $22.62 | - | - | $22.62 | - | $22.62 |
| | $2,594.50 | ($2,466.70) | $127.80 | - | - | $127.80 | - | $127.80 |
| | $3,907.50 | ($3,715.00) | $192.50 | $0.00 | $0.00 | $192.50 | $0.00 | $192.50 |

CLIENT
HIGH TECH COLD CALLING
HTCC LEAMER

ACCOUNT TOTAL:

0-6



LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1301493330 | 31-JAN-13 |

BILLING PERIOD 01-JAN-13 - 31-JAN-13

| ACCOUNT NUMBER |
|---|
| |

INVOICE TO:
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| $ 1,170.00 | ($ 1,075.01) | $ 94.99 | - | - | $ 94.99 | - | $ 94.99 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| $ 33.00 | ($ 30.32) | $ 2.68 | - | - | $ 2.68 | - | $ 2.68 |
| $ 3,024.00 | ($ 2,778.50) | $ 245.50 | $ 0.00 | $ 0.00 | $ 245.50 | $ 0.00 | $ 245.50 |

0-6



CLIENT
HTCC CLASS CERT



1004
ACCOUNT TOTAL:



| INVOICE NO: | INVOICE DATE |
|---|---|
| 1302492402 | 28-FEB-13 |

BILLING PERIOD 01-FEB-13 - 28-FEB-13

| ACCOUNT NUMBER |
|---|

INVOICE TO:
SWYER LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| $ 1,664.00 | ($ 1,568.57) | $ 95.43 | - | - | $ 95.43 | - | $ 95.43 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| $ 225.00 | ($ 212.10) | $ 12.90 | - | - | $ 12.90 | - | $ 12.90 |
| $ 4,281.00 | ($ 4,035.50) | $ 245.50 | $ 0.00 | $ 0.00 | $ 245.50 | $ 0.00 | $ 245.50 |

CLIENT
HTCC

1004
ACCOUNT TOTAL:

0-6

**LexisNexis®**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1303489731 | 31-MAR-13 |

BILLING PERIOD 01-MAR-13 - 31-MAR-13

| ACCOUNT NUMBER |
|---|
| |

INVOICE TO:
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
| $ 144.00 | ($ 124.09) | $ 19.91 | - | - | $ 19.91 | - | $ 19.91 |
| | | | | | | | |
| | | | | | | | |
| $ 33.00 | ($ 28.44) | $ 4.56 | - | - | $ 4.56 | - | $ 4.56 |
| $ 1,776.00 | ($ 1,530.50) | $ 245.50 | - | $ 0.00 | $ 245.50 | $ 0.00 | $ 245.50 |

0-6

CLIENT
HTCC

1004
ACCOUNT TOTAL:



LexisNexis·

| INVOICE NO: | INVOICE DATE |
| --- | --- |
| 1304468999 | 30-APR-13 |

BILLING PERIOD 01-APR-13 - 30-APR-13

| ACCOUNT NUMBER |
| --- |
| |

**INVOICE TO:**
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| $ 568.00 | ($ 554.98) | $ 13.02 | | - | - | $ 13.02 | - | $ 13.02 |
| | | | | | | | | |
| | | | | | | | | |
| $ 33.00 | ($ 32.25) | $ 0.75 | | - | - | $ 0.75 | | $ 0.75 |
| $ 10,710.00 | ($ 10,464.50) | $ 245.50 | | $ 0.00 | $ 0.00 | $ 245.50 | $ 0.00 | $ 245.50 |

0-6



CLIENT

HTCC

1004
**ACCOUNT TOTAL:**



**LexisNexis**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1305468031 | 31-MAY-13 |

BILLING PERIOD 01-MAY-13 - 31-MAY-13

| ACCOUNT NUMBER |
|---|

INVOICE TO:
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

|  | CONTRACT USE | | | TRANSACTIONAL USE | | | |
|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|  |  |  |  |  |  |  |  |
| $ 62.50 | ($ 60.49) | $ 2.01 | - | - | $ 2.01 | - | $ 2.01 |
| $ 8,662.60 | ($ 8,383.10) | $ 279.50 | $ 0.00 | $ 0.00 | $ 279.50 | $ 0.00 | $ 279.50 |

0-7



CLIENT

1004
ACCOUNT TOTAL:

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1306487101 | 30-JUN-13 |

BILLING PERIOD 01-JUN-13 - 30-JUN-13

| ACCOUNT NUMBER |
|---|

INVOICE TO:
SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| $ 3,070.00 | (S 3,009.87) | $ 60.13 | - | - | $ 60.13 | - | $ 60.13 |
| | | | | | | | |
| $ 14,273.50 | (S 13,994.00) | $ 279.50 | $ 0.00 | $ 0.00 | $ 279.50 | $ 0.00 | $ 279.50 |

0-7





CLIENT

HTCC

ACCOUNT TOTAL:

LexisNexis



**LexisNexis**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1307487683 | 31-JUL-13 |

BILLING PERIOD 01-JUL-13 - 31-JUL-13

ACCOUNT NUMBER

INVOICE TO:
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT



| | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | | | OVER THE CAP | OUTSIDE CONTRACT | | | |
| CLIENT | | | | | | | | |
| HTCC | $1,890.00 | ($3,813.45) | $76.55 | - | - | $76.55 | - | $76.55 |
| 1004 | $1,778.00 | ($1,743.02) | $34.98 | - | - | $34.98 | - | $34.98 |
| ACCOUNT TOTAL: | $29,169.50 | ($28,595.50) | $574.00 | $0.00 | $0.00 | $574.00 | $0.00 | $574.00 |

0-7



# LexisNexis·

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1309486011 | 30-SEP-13 |

BILLING PERIOD 01-SEP-13 - 30-SEP-13

**INVOICE TO:**
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

| ACCOUNT NUMBER |
|---|
| |

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| $2,490.00 | ($2,122.31) | $67.69 | | - | - | $67.69 | - | $67.69 |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| $30.00 | ($29.07) | $0.93 | | - | - | $0.93 | - | $0.93 |
| $18,573.00 | ($17,999.00) | $574.00 | | $0.00 | $0.00 | $574.00 | $0.00 | $574.00 |

0-6

**CLIENT**



COMPELLING DEFENDANTS TO PRODUCE

1004
**ACCOUNT TOTAL:**



**LexisNexis**

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1310484178 | 31-OCT-13 |

BILLING PERIOD 01-OCT-13 - 31-OCT-13

| ACCOUNT NUMBER |
|---|
|  |

INVOICE TO:
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  | $.6.28 |
|  |  |  |  |  |  |  | $.5.17 |
|  |  |  |  |  |  |  |  |
| $.257.00 | ($.250.72) | $.6.28 | - | - | $.6.28 | - | $.6.28 |
| $.212.00 | ($.206.83) | $.5.17 | - | - | $.5.17 | - | $.5.17 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| $.1,944.00 | ($.1,896.59) | $.47.41 | - | - | $.47.41 | - | $.47.41 |
|  |  |  |  |  |  |  |  |
| $.23,528.00 | ($.22,954.00) | $.574.00 | $.0.00 | $.0.00 | $.574.00 | $.0.00 | $.574.00 |

0-6



CLIENT

HIGH TECH
HTCC

1004

ACCOUNT TOTAL:

LexisNexis

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1311483665 | 30-NOV-13 |

BILLING PERIOD 01-NOV-13 - 30-NOV-13

| ACCOUNT NUMBER |
|---|
|  |

**INVOICE TO:**
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |
| $2,821.00 | ($2,696.66) | $124.34 | - | - | $124.34 | - | $124.34 |
|  |  |  |  |  |  |  |  |
| $1,628.00 | ($1,556.20) | $71.80 | - | - | $71.80 | - | $71.80 |
|  |  |  |  |  |  |  |  |
| $13,019.00 | ($12,445.00) | $574.00 | $0.00 | $0.00 | $574.00 | $0.00 | $574.00 |

0-6

TOTAL - $4,449.00



CLIENT
HTCC
004

ACCOUNT TOTAL:

**Date Range**
03/01/2014 - 03/31/2014

**Report Date**
04/17/2014

## SUMMARY BY CLIENT

| CLIENT | CONTRACT USE | | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| 1004 | $4,937.00 | ($4,716.96) | $220.04 | $0.00 | $0.00 | $220.04 | $0.00 | $220.04 |
| CARLAX | | | $118.07 | | | $118.07 | | $118.07 |
| CIBRO | $569.00 | ($543.64) | $25.36 | | | $25.36 | | $25.36 |
| HIGH-TECH | $1,063.00 | ($1,015.61) | $47.39 | $0.00 | $0.00 | $47.39 | $0.00 | $47.39 |
| NEW CASE INVESTIGATIONS | | | $19.02 | | | $19.02 | | $19.02 |
| Total: | $12,878.00 | ($12,304.00) | $574.00 | $0.00 | $0.00 | $574.00 | $0.00 | $574.00 |

TOTAL - $6,000.00

**Currency**
US DOLLARS

## Exchange Rate to US DOLLARS

| Date | Rate | Base Currency |
|---|---|---|
| Mar 2014 | 1.0000 | US DOLLARS |

# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1404478539 | 30-APR-14 |

BILLING PERIOD 01-APR-14 - 30-APR-14

| | ACCOUNT NUMBER |
|---|---|
| | ▬ |

INVOICE TO:
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| | CONTRACT USE | | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| | | | | | | | |
| $5,100.00 | ($4,860.48) | $239.52 | - | - | $239.52 | - | $239.52 |
| | | | | | | | |
| | | | | | | | |
| $3,005.00 | ($2,863.87) | $141.13 | - | - | $141.13 | - | $141.13 |
| $12,221.50 | ($11,647.50) | $574.00 | $0.00 | $0.00 | $574.00 | $0.00 | $574.00 |

0-7

TOTAL - $8,105.00

CLIENT

HIGH TECH 

1004
ACCOUNT TOTAL:



# LexisNexis

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1405477797 | 31-MAY-14 |

BILLING PERIOD 01-MAY-14 - 31-MAY-14

ACCOUNT NUMBER [REDACTED]

*INVOICE TO:*
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | TRANSACTIONAL USE OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| HIGH TECH | $28.00 | ($287.66) | $10.34 | - | - | $10.34 | - | $10.34 |
| 1004 | $93.00 | ($89.78) | $3.22 | - | - | $3.22 | - | $3.22 |
| **ACCOUNT TOTAL:** | $16,548.40 | ($15,974.40) | $574.00 | $0.00 | $24.64 | $598.64 | $0.00 | $598.64 |

TOTAL - $391.00

0-7



# LexisNexis®

| INVOICE NO: | INVOICE DATE |
|---|---|
| 1406476866 | 30-JUN-14 |

BILLING PERIOD 01-JUN-14 - 30-JUN-14

**ACCOUNT NUMBER**

INVOICE TO:
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE | | TRANSACTIONAL USE | | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| | | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | | | |
| HIGH TECH | $76.00 | ($72.73) | $3.27 | - | - | $3.27 | - | $3.27 |
| | $1,800.00 | ($1,722.61) | $77.39 | - | - | $77.39 | - | $77.39 |
| 1004 | | | | | | | | |
| **ACCOUNT TOTAL:** | $13,348.00 | ($12,774.00) | $574.00 | $0.00 | $242.00 | $816.00 | $0.00 | $816.00 |

TOTAL - $1,876.00

0-7



| INVOICE NO: | INVOICE DATE |
|---|---|
| 1409474564 | 30-SEP-14 |

BILLING PERIOD 01-SEP-14 - 30-SEP-14

**ACCOUNT NUMBER**

**INVOICE TO:**
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO, CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### SUB-ACCOUNT SUMMARY BY CLIENT
### SUB-ACCOUNT NUMBER: 1594C4

| | CONTRACT USE | | TRANSACTIONAL USE | | | | |
|---|---|---|---|---|---|---|---|
| GROSS AMOUNT | ADJUSTMENT | NET AMOUNT | OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
| $ 114.00 | ($ 107.90) | $ 6.10 | - | - | $ 6.10 | - | $ 6.10 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | $ 70.00 | | | |
| | | | | | | | |
| | | | | | | | |
| $ 18,698.40 | ($ 17,698.40) | $ 1,000.00 | $ 0.00 | $ 70.00 | $ 1,070.00 | $ 0.00 | $ 1,070.00 |

0-8

TOTAL - $114.00



| CLIENT |
|---|
| HIGH TECH |

SUB ACCOUNT TOTAL:



# LexisNexis®

**SUB-ACCOUNT:**
JOSEPH SAVERI LAW FIRM
505 MONTGOMERY ST STE 625
SAN FRANCISCO, CA 94111-6545



**LexisNexis®**

| INVOICE NO: | INVOICE DATE: |
|---|---|
| 1410473977 | 31-OCT-14 |

BILLING PERIOD 01-OCT-14 - 31-OCT-14

| ACCOUNT NUMBER |
|---|
| █████ |

INVOICE TO:
JOSEPH SAVERI LAW FIRM
SAN FRANCISCO CA 94111-4918

## ITEMIZATION OF LEXISNEXIS & RELATED CHARGES
### ACCOUNT SUMMARY BY CLIENT

| CLIENT | GROSS AMOUNT | CONTRACT USE ADJUSTMENT | NET AMOUNT | TRANSACTIONAL USE OVER THE CAP | OUTSIDE CONTRACT | TOTAL BEFORE TAX | TAX | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|
| ████████ | ████████ | ████████ | ████████ | - | - | ████████ | - | ████████ |
| HIGH TECH | ████████ | ($ 352.33) | $ 84.67 | - | - | $ 84.67 | $ 84.67 | $ 84.67 |
| ████████ | ████████ | ████████ | ████████ | | | ████████ | ████████ | ████████ |
| ████████ | ████████ | ████████ | ████████ | | | ████████ | ████████ | ████████ |
| ████████ | ████████ | ████████ | ████████ | | | ████████ | ████████ | ████████ |
| ████████ | ████████ | ████████ | ████████ | | | ████████ | ████████ | ████████ |
| ████████ | ████████ | ████████ | ████████ | | | ████████ | ████████ | ████████ |
| ████████ | ████████ | ████████ | ████████ | | | ████████ | ████████ | ████████ |
| ████████ | ████████ | ████████ | ████████ | | | ████████ | ████████ | ████████ |
| **ACCOUNT TOTAL:** | $ 5,161.00 | ($ 4,161.00) | $ 1,000.00 | $ 0.00 | $ 0.00 | $ 1,000.00 | $ 0.00 | $ 1,000.00 |



*TOTAL - $437.00*

0-7



BILLING HISTORY

Close

**Summary Transaction Report by Client Code**
**All Courts**
**from 06/01/2013 to 08/31/2013**

Mon May 18 18:44:53 CDT 2015

Back          New Search

| Client Code | Pages | Audio | Cost |
| --- | --- | --- | --- |
| 1004 | 105 | 0 | $10.50 |

| | | | |
| --- | --- | --- | --- |
| Grand Total: | 4840 pages | | $484.00 |
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $484.00 |

Back          New Search



BILLING HISTORY

Close

**Summary Transaction Report by Client Code**
**All Courts**
**from 09/01/2013 to 11/30/2013**

Mon May 18 18:45:46 CDT 2015

Back          New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 1004 | 1190 | 0 | $119.00 |
| Grand Total: | 9497 pages | | $949.70 |
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $949.70 |

Back          New Search



BILLING HISTORY

Close

Summary Transaction Report by Client Code
All Courts
from 12/01/2013 to 12/31/2013

Mon May 18 18:46:43 CDT 2015

Back          New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 1004 | 13 | 0 | $1.30 |
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $165.90 |

Back          New Search



BILLING HISTORY

Close

**Summary Transaction Report by Client Code**
**All Courts**
**from 01/01/2014 to 03/31/2014**

Mon May 18 18:47:23 CDT 2015

Back    New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 1004 | 767 | 0 | $76.70 |
| Grand Total: | 10835 pages | | $1,083.50 |
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $1,083.50 |

Back    New Search



BILLING HISTORY

Close

**Summary Transaction Report by Client Code**
**All Courts**
**from 04/01/2014 to 06/30/2014**

Mon May 18 18:47:57 CDT 2015

Back      New Search



| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 1004 | 358 | 0 | $35.80 |
| 1004-1 | 528 | 0 | $52.80 |

| Grand Total: | 7311 pages | | $731.10 |
|---|---|---|---|
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $731.10 |

Back      New Search



**BILLING HISTORY**

Close

Summary Transaction Report by Client Code
All Courts
from 07/01/2014 to 09/30/2014

Mon May 18 18:48:31 CDT 2015

Back          New Search



| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 1004 | 366 | 0 | $36.60 |
| 1004-1 | 34 | 0 | $3.40 |

| Grand Total: | 8865 pages | | $886.50 |
|---|---|---|---|
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $886.50 |

Back          New Search



**PACER**
PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

UNITED STATES COURTS

**BILLING HISTORY**

Close

Summary Transaction Report by Client Code
All Courts
from 10/01/2014 to 12/31/2014

Mon May 18 18:49:08 CDT 2015

Back     New Search



| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 1004 | 61 | 0 | $6.10 |
| 1004-1 | 75 | 0 | $7.50 |

| Grand Total: | 5016 pages | | $501.60 |
|---|---|---|---|
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $501.60 |

Back     New Search



**BILLING HISTORY**

Close

### Summary Transaction Report by Client Code
### All Courts
### from 04/01/2015 to 04/30/2015

Mon May 18 18:50:16 CDT 2015

Back        New Search

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 1004-1 | 109 | 0 | $10.90 |
| Grand Total: | 680 pages | | $68.00 |
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $68.00 |

Back        New Search



**PACER**
PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

**BILLING HISTORY**

Close

Summary Transaction Report by Client Code
All Courts
from 01/01/2015 to 03/31/2015

Mon May 18 18:49:45 CDT 2015

Back        New Search



| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| 1004-1 | 18 | 0 | $1.80 |

| Grand Total: | 8480 pages | | $848.00 |
| | 0 audio files ($2.40 ea) | | $0.00 |
| | | | $848.00 |

Back        New Search

Statement Notice: Matthew Bender & Company, Inc.

SEE REVERSE SIDE FOR IMPORTANT INFORMATION

JOSEPH SAVERI LAW FIRM
DOUGLAS CLEVENGER
505 MONTGOMERY ST STE 625
SAN FRANCISCO CA 94111

**Bill to Account #** 0099711466
CUSTOMER SUPPORT:800-833-9844
MON-FRI 8AM-8PM EST
VISIT www.lexisnexis.com/printcdsc
Fed ID#:14-0499170 GST#: R124670991

| Quick Reference | | |
|---|---|---|
| Statement Date | | 11-30-13 |
| Account Balance | $ | 5636.00 |
| Past Due | $ | 0.00 |
| Current Due | $ | 469.66 |
| **Payment Due** | $ | 469.66 |

For questions regarding our suite of Discovery and
Litigation tools, you may call the appropriate
specialists: CONCORDANCE at 800-421-8398; CASEMAP
at 800-227-4908; or LAW PREDISCOVERY at 800-722-3288.

# Monthly Statement of Account Activity

**Please visit the Print & CD Service Center @ www.lexisnexis.com/printcdsc**

| Balance yet to bill | Current Due | Past Due | Unallocated Payments | Account Balance |
|---|---|---|---|---|
| 5166.34 | 469.66 | 0.00 | 0.00 | 5636.00 |

## Aging of Past-due Invoices

| 30-60 days | 60-90 days | 90-120 days | 120-150 days | over 150 days |
|---|---|---|---|---|
| 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |

Please refer to Page 2 for itemization

STATEMENT

DETACH HERE

--------------------------------------------------------------------------------

Joseph Saveri Law Firm, Inc
Celerity Consulting Group, Inc.                                            3/26/2014
                           OPT File Creation                                        885.00

Operating Acct - Citib    Invoice: JSL-02  - 6257                            885.00

1004-1



**CELERITY**

March 14, 2014

Douglas Clevenger
Joseph Saveri Law Firm
505 Montgomery Street, Suite 625
San Francisco, CA  94111



| | |
|---|---|
| Re: | <u>OPT File Creation</u> |
| Invoice: | <u>JSL-02</u>  -  <u>6257</u> |
| Contract/PO No.: | |
| Tax ID: |  |

Dear Mr. Clevenger:

Enclosed please find our progress billing for professional services.  This invoice addresses our work on the above-referenced matter.

Kindly remit payment to:

> Accounting Department
> Celerity Consulting Group, Inc.
> 2 Gough Street, Suite 300
> San Francisco, CA 94103

It is a privilege to be of service to you.  If you have any questions, please don't hesitate to call me at (415) 986-8850.

Sincerely,

Josh Derting



*CELERITY*

March 14, 2014

Joseph Saveri Law Firm
505 Montgomery Street, Suite 625
San Francisco, CA  94111

**OPT File Creation**



Professional Services Rendered Through February 28, 2014

**Progress billing for professional services rendered on the
OPT File Creation**

**OPT File Creation**

| | | |
|---|---|---|
| Professional Fees | | $913.00 |
| Discount for adjusting rates to $150/hr: $28 | CR | $28.00 |
| (Joe Derting 0.8 hrs x $35 = $28) | | |
| **Subtotal** | | **$885.00** |

| | |
|---|---|
| **TOTAL PROFESSIONAL FEES, UNIT RATE FEES AND EXPENSES** | **$885.00** |

**Accounts Receivable Aging**

| *0 - 30* | *31 - 60* | *61 - 90* | *91 - 120* | *121 & up* |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |

Due and Payable Upon Receipt

March 14, 2014

Professional Services Rendered Through February 28, 2014

**OPT File Creation**

**Summary of Celerity Consulting Group's rates, hours and fees by individual**

| Employee | Rate | Hours | Fees |
|---|---|---|---|
| **Mok, Edward** | | | |
| Data Preparation | $150.00 | 5.10 | $765.00 |
| Timekeeper Totals | | 5.10 | $765.00 |
| **Derting, Joe** | | | |
| Project Management | $185.00 | 0.50 | $92.50 |
| Data Validation/QC | $185.00 | 0.30 | $55.50 |
| Timekeeper Totals | | 0.80 | $148.00 |
| Discount for adjusting rates to $150/hr: $28 (Joe Derting 0.8 hrs x $35 = $28) | | CR | $28.00 |
| **TOTAL PROFESSIONAL FEES** | | | $885.00 |
| **Time Totals for client** | | 5.90 | $913.00 |

Invoice No.: 6257

11/7/13
$10.00
Prem Lall
for 1004-1 Notary

# JOSEPH SAVERI
## L A W   F I R M

505 MONTGOMERY STREET
SUITE 625
SAN FRANCISCO, CA 94111

TEL 415.500.6800
FAX 415.395.9940

December 23, 2014

**Via Facsimile**

Clark Jennison
Citi Private Bank
Citibank N.A.
One Sansome Street, 23rd floor
San Francisco, CA 94104

Re:    Wire Request

Dear Clark:

Please schedule the following wire from the operating account ending in
████████

Date: 12/23/2014
Amount: $245,581.62
Bank: 1st Enterprise Bank, Los Angeles, CA
~~Routing: 122204450~~
Account Name: Econ One Research, Inc.
~~Account No: 0011014~~

Sincerely,

Joseph R. Saveri

## Madison Badertscher

| | |
|---|---|
| **From:** | Joseph Saveri |
| **Sent:** | Monday, December 22, 2014 5:49 PM |
| **To:** | Madison Badertscher |
| **Subject:** | FW: Past Due Invoices |
| **Attachments:** | Econ One Wire Transfer Instructions.pdf |

The amount is $245,581.62

Joseph R. Saveri
t  415.500.6800 x801
f  415.395.9940
jsaveri@saverilawfirm.com

JOSEPH SAVERI
L A W   F I R M

505 Montgomery Street, Suite 625
San Francisco, CA  94111

**From:** Lisa Skylar [mailto:lskylar@econone.com]
**Sent:** Monday, December 22, 2014 8:39 AM
**To:** Joseph Saveri
**Cc:** Phillip Johnson
**Subject:** RE: Past Due Invoices

Joe:

Thank you for your response.   We look forward to getting this paid up.

At this point, my preference is a wire transfer--I have attached our wire instructions.  Would it be possible for you to let me know the amount and timing?

Best wishes for the holidays.

Lisa

**From:** Joseph Saveri [mailto:jsaveri@saverilawfirm.com]
**Sent:** Friday, December 19, 2014 7:20 PM
**To:** Phillip Johnson; Glackin, Brendan P.
**Cc:** Lisa Skylar
**Subject:** RE: Past Due Invoices

The below is inconsistent with my records.

I spoke to Kelly briefly this afternoon about this.  I expect to get the balance accounted for and intend to write a check early next week.  Alternatively, I can wire the funds.

Joseph R. Saveri
t  415.500.6800 x801
f  415.395.9940

1

SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 11/20/13

Account Ending

New Balance

Please Pay By‡                                    12/05/13

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

See page 2 for important information about your account.

## SMALL BUSINESS SATURDAY®, NOV 30

Small Business Saturday is a day dedicated to supporting small businesses nationwide. Take advantage of free marketing resources to help make this Nov 30 one of your best sales days yet.



Get started at **ShopSmall.com**
Terms and limitations apply

**Membership Rewards® Points**
Available and Pending as of 10/31/13



For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

| | |
|---|---|
| Previous Balance | |
| Payments/Credits | |
| New Charges | |
| Fees | |
| New Balance | |

Days in Billing Period:   30

### Customer Care

**Pay by Computer**
open.com/pbc

| Customer Care | Pay by Phone |
|---|---|
| 1-800-492-3344 | 1-800-472-9297 |

See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
open.com/pbc


**Pay by Phone**
1-800-472-9297

Account Ending

Enter account number on all documents.
Make check payable to American Express.


JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545


Please Pay By
**12/05/13**

Amount Due

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349991935443903 0009143020009143020 17 A

## Detail Continued

| | | Amount |
|---|---|---|

ADY*UBER TECHNOLOGIE 866-576-1039    *1001*

1001

1001

1001

1001

| Location | Date |
|---|---|

| 11/06/13 | ADY*UBER TECHNOLOGIE866-576-1039    MA | | | 1004 A | $15.00 |
| | 866-576-1039 | | | | |

1003

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N/A | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

1003

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| | | N/A | YY | 00 |
| | | | YY | 00 |

1001

1001

1001

1001

1001

# FOG CITY NEIGHBORHOOD CAB
## DISPATCH SERVICE
979 Bryant St.,San Francisco, CA 94103
### (415)682-9988

From _536 Leavenworth_   To: _505 Montgomery_

Cab_____   Driver_____

Amount___$8_____   Date _12/7/2013_

## LUXOR CABS - 282-4141
2230 Jerrold Ave.
San Francisco CA,94124

Date _12/11/2013_

From _536 Leavenworth_

To _505 Montgomery_

Amount _$10._

Driver's Name _____

Cab Number _____



Date _____

From _____

To _____

Amount _____

Driver's Name _____

Cab Number _____

Joseph Saveri Law Firm, Inc

Joseph Saveri                                                                  12/31/2013



Miss. Tips @ Conference in Florida          20.00
Audio Visual Maintenance                    41.50
Misc. Tips in Baltimore                      10.00
Parking @ USDC San Jose                     15.00
Mileage - 100 miles at 56.5                 56.50
Misc. Tips                                   20.00
Mileage - 700 miles at 56.5 (Santa Barbara)  395.50

Operating Acct - Citib     Cash Reimbursements                



From _____   To: _____
Cab _____   Driver _____
Amount _____   Date _____

Date _____
From _____
To _____
Amount _____
Driver's Name _____
Cab Number _____

**LUXOR CABS - 282-4141**
2230 Jerrold Ave.
San Francisco CA,94124

Date ___ 12/18/13 ___

From _____

To _____

Amount ___ 9 00 ___

Driver's Name ___ BAILEY ___

Cab Number ___ 966 ___

p. 1/8



**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 02/18/14

 



| | |
|---|---|
| **New Balance** | |
| **Please Pay By**‡ | **03/05/14** |
| ‡Payment is due upon receipt. We suggest you pay by the Please Pay By date. | |

→ See page 2 for important information about your account.

### Membership Rewards® Points
Available and Pending as of 01/31/14

For up to date point balance and full program details, visit **membershiprewards.com**

### Account Summary

| | |
|---|---|
| Previous Balance | |
| Payments/Credits | |
| New Charges | |
| Fees | +$0.00 |
| **New Balance** | |

Days in Billing Period: 28

### Customer Care

| | **Pay by Computer** |
|---|---|
| | open.com/pbc |

| **Customer Care** | **Pay by Phone** |
|---|---|
| 1-800-492-3344 | 1-800-472-9297 |

→ See page 2 for additional information.



---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
open.com/pbc

 **Pay by Phone**
1-800-472-9297

Enter account number on all documents.
Make check payable to American Express.



JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545

| | |
|---|---|
| | Please Pay By |
| | **03/05/14** |
| | Amount Due |

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.

0000034999193544390300008131640008131b4 17 ⊣

OSEPH R SAVERI

**etail Continued**

|  | Amount |
|---|---|

|01| ▓▓▓▓▓

Description

▓▓▓▓▓ | ▓▓▓▓

▓▓▓▓▓ | $▓▓▓

▓▓▓▓▓ | $▓▓▓

|01| $135.▓▓

18/14   EMBARCADERO CTR PARKSAN FRANCISCO   CA   $21.00
415-772-0670
Description
PARKING FEES

|  | Amount |
|---|---|

|01| $▓▓

|01| $▓▓

|00| $▓▓

|00| ▓▓

|00| ▓▓

|00| ▓▓

|00| ▓▓

ENTERED 20-1   ▓▓

|00| ▓▓
JRS cell

|00| ▓▓

|00| ▓▓
LexisNexis

|00| ▓▓

Continued on next page

ENTERED
12-23-14

| Date | Description | Amount |
|------|-------------|--------|
| 3/15/2014 | POV miles (.56 * 41.8 miles) | $23.40 |
| 3/26/2014 | ▰▰▰▰▰▰▰▰▰▰ | ▰▰▰▰ |
| 3/26/2014 | Taxi | $10.00 |
| 4/5/2014 | POV miles (.56 * 41.8 miles) | $23.40 |
| 4/6/2014 | POV miles (.56 * 41.8 miles) | $23.40 |

TOTAL   $87.79



服務員： TL                    柜台：

>> 訂單編號 <<

ARROW CAB CO. - 415-648-3181

San Francisco, California

Date ___3/26/14___

From ___505 Montgomery___

To ___536 Leavenworth___

Amount ___$16.00___

Driver's Name _____

Cab Number _____

**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 05/21/14



Account Ending 8-62009

| | |
|---|---|
| **New Balance** | $7,125.73 |
| **Please Pay By‡** | 06/05/14 |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

▷ See page 2 for important information about your account.

▷ **See Page 9** for an important Privacy Notice and the following pages for important notices about Billing Dispute Procedures, Electronic Fund Transfer Error Resolution and a notice for WA residents.

## Membership Rewards® Points

Available and Pending as of 04/30/14
**241,719**
For up to date point balance and full program details, visit **membershiprewards.com**

## Account Summary

| | |
|---|---|
| Previous Balance | |
| Payments/Credits | |
| New Charges | |
| Fees | |
| **New Balance** | |

Days in Billing Period:  31

## Customer Care

| | |
|---|---|
|  **Pay by Computer**<br>open.com/pbc | |
| **Customer Care**<br>1-800-492-3344 | **Pay by Phone**<br>1-800-472-9297 |

▷ See page 2 for additional information.

---

Please fold on the perforation below, detach and return with your payment ⬇

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
open.com/pbc

 **Pay by Phone**
1-800-472-9297

Enter account number on all documents.
Make check payable to American Express.



JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545



Please Pay By
**06/05/14**
Amount Due
$7,125.73

▢ Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349991935443903 000712573000712573 17 ꓵ

**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 05/21/14

Account Ending 2009

## Detail Continued

| | Amount |
|---|---|
| Description | 1001 |
| Description | 1001 |
| Description | 1001 |
| | 1001 |
| Description | 1001 |

JAMES DALE
Card Ending

| | | | Amount |
|---|---|---|---|
| 5/01/14 | 67 CITY PARK 285 MARSAN JOSE      CA | ENTERED CLAIM 1004-1 | $20.00 |
| | 4154953909 | | |
| MERCHANDISE | | ENTERED CARD 2001-1 | |

ANDREW FORD
Card Ending

| | Amount |
|---|---|
| SAVERI LAW FIRM | ENTERED CLAIM 1008-1 |
| Description | |

## Fees

| | Amount |
|---|---|
| | |
| Total Fees for this Period | $179.00 |

## 2014 Fees and Interest Totals Year-to-Date

| | Amount |
|---|---|
| Total Fees in 2014 | |
| Total Interest in 2014 | $0.00 |



**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 03/20/15   Next Closing Date 04/20/15

**OPEN** SM

p. 1/13

Account Ending ▇▇▇▇

---

| New Balance | $12,926.52 |
|---|---|
| **Please Pay By** | **04/05/15** ‡ |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

**Membership Rewards® Points**
Available and Pending as of 02/28/15
**513,655**
For more details about Rewards, please visit
**americanexpress.com/rewardsinfo**

**Account Summary**

| Previous Balance | $18,372.84 |
|---|---|
| Payments/Credits | $18,628.70 |
| New Charges | $13,182.78 |
| Fees | $0.00 |
| **New Balance** | **$12,926.52** |

Days in Billing Period: 30

➡ See page 2 for important information about your account.

➡ **See Page 11  for Important Changes to Your Account Terms and Your
Reward Program.**

**Customer Care**

| 🖥 **Pay by Computer**<br>open.com/pbc | |
|---|---|
| **Customer Care**<br>1-800-492-3344 | **Pay by Phone**<br>1-800-472-9297 |

➡ See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

✉ **Payment Coupon**
Do not staple or use paper clips

🖥 **Pay by Computer**
open.com/pbc

📞 **Pay by Phone**
1-800-472-9297

**Account Ending** ▇▇-62009

Enter account number on all documents.
Make check payable to American Express.

JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545

| Please Pay By<br>**04/05/15** |
|---|
| Amount Due |
| $12,926.52 |

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.



AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349991935443903  00129265200129265200   17  Ħ

JOSEPH R SAVERI                     Account Ending ████                              p. 4/13

**Detail Continued**



|  |  |  |  | Amount |
|---|---|---|---|---|
| 02/18/15 | PARK HYATT CHICAGO PCHICAGO        IL |  |  | ████ |
|  | Arrival Date         Departure Date |  |  |  |
|  | 02/16/15             02/17/15 |  |  |  |
|  | 0060000232 |  |  |  |
| 02/21/15 | UBER UBER      866-576-1039     CA |  |  | $13.32 |
|  | 8665761039 |  |  |  |
| 02/26/15 | PALIO D'ASTI    SAN FRANCISCO   CA |  |  | $60.30 |
|  | 415-395-9800 |  |  |  |
| 03/01/15 | CTW CONNECTION LIMO BURLINGAME     CA |  |  | ████ |
|  | CANO7074 LIMOUSINE |  |  |  |
| 03/02/15 | ORIGINAL JOES   SAN JOSE        CA |  |  | $74.31 |
|  | 408-292-7030 |  |  |  |
|  | FOOD | $62.81 |  |  |
|  | TIP | $11.50 |  |  |
| 03/03/15 | UBER UBER      866-576-1039     CA |  |  | $23.33 |
|  | 8665761039 |  |  |  |
| 03/03/15 | USBLANC.COM    877-550-0088     CA |  |  | $35.95 |
|  | ANTERNET AC |  |  |  |
| 03/03/15 | FOUR SEASONS HOTELS SAN FRANCISCO  CA |  |  | ████ |
|  | 415-633-3000 |  |  |  |
|  | FOOD | $16.00 |  |  |
| 03/03/15 | UBER LUNCH    866-576-1039     CA |  |  | ████ |
|  | 8665761039 |  |  |  |
| 03/02/15 | ORIGINAL JOES 1 ON SAN FRANCISCO CA |  |  | $301.80 |
|  | 601 UNION STREET SAN FRA |  |  |  |
|  | FOOD/BEVERAGE | $137.25 |  |  |
|  | TIP | $24.00 |  |  |
| 03/03/15 | UBER UBER      866-576-1039     CA |  |  | ████ |
|  | 8665761039 |  |  |  |
| 03/01/15 | MISTERFOXX.008UNR 00800-542-76 46  WB |  |  | $114.00 |
|  | 800-999-00599 |  |  |  |
|  | Description |  |  |  |

DOUGLAS CLEVENGER
Card Ending ████

|  |  |  |  | Amount |
|---|---|---|---|---|
| 02/18/15 | MES ABACUS DATA SYS SAN DIEGO     CA |  |  | ████ |
|  | 8602208330 |  |  |  |
| 02/19/15 | FONT FOOD MOUNTAIN  412-596-6431   N |  |  | $1,500.00 |
|  | 1255376811 |  |  |  |
| 02/20/15 | NORTH LAW PUBLISHER NEW YORK     NY |  |  | $189.66 |
|  | 212-370-400 |  |  |  |
| 02/23/15 | PEET'S #09702   SAN FRANCISCO   CA |  |  | $18.75 |
|  | FAST FOOD RESTAURANT |  |  |  |
| 02/25/15 | STAPLES 00472   (800) 333-3330    CA |  |  | $59.79 |
|  | (800)-333-3330 |  |  |  |
|  | BOUNTY REG SELECT A SIZE GIANT ROLL PA |  |  |  |
|  | ACCO REG 3 PIECE PREMIUM STEEL PASTEL |  |  |  |
| 02/26/15 | PEET'S #09702   SAN FRANCISCO   CA |  |  | $35.20 |
|  | FAST FOOD RESTAURANT |  |  |  |

Continued on next page

## JOSEPH SAVERI CASH REIMBURSEMENT EXPENSE REPORT

| DATE | CASE | DETAIL | AMOUNT | |
|------|------|--------|--------|--|
| 3/2/2015 | 1004-1 | Mileage to/from San Jose 100.5 x 57.5 | $ | 57.85 |
| ~~3/3/2015~~ | ~~1003-1~~ | ~~Parking - Supreme Ct. Hearing~~ | ~~$~~ | ~~15.00~~ |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| TOTAL | | | $ | 72.85 |

SIGNATURE: J. Saveri                          DATE: 3/4/2015

**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 06/20/14



p. 1/9



| New Balance | $9,663.89 |
| Please Pay By‡ | 07/05/14 |

‡ Payment is due upon receipt. We suggest you pay by the Please Pay By date.

↳ See page 2 for important information about your account.

**Membership Rewards® Points**
Available and Pending as of 05/31/14

For up to date point balance and full program details, visit membershiprewards.com

**Account Summary**



| Previous Balance | |
| Payments/Credits | |
| New Charges | |
| Fees | |

| New Balance | |

Days in Billing Period: 30

**Customer Care**

Pay by Computer
open.com/pbc

| Customer Care | Pay by Phone |
| 1-800-492-3344 | 1-800-472-9297 |

↳ See page 2 for additional information.



---

↓ Please fold on the perforation below, detach and return with your payment ↓


**Payment Coupon**
Do not staple or use paper clips


**Pay by Computer**
open.com/pbc


**Pay by Phone**
1-800-472-9297

**Account**
Enter account number **on all documents.**
Make check payable to American Express.

JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545


Please Pay By
**07/05/14**
Amount Due
$9,663.89

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

☐ Check here if your address or phone number has changed. Note changes on reverse side.

0000349991935443903  000966389000966389  17  A

## Detail Continued

| | Amount |
|---|---|



1001

Description   Price

1001

Description

1001

From:    To:    Carrier:    Class:

1001

From:    To:    Carrier:    Class:
N/A      N/A    YY          00
N/A      N/A    YY          00
N/A      N/A    YY          00
N/A      N/A    YY          00

1001

Description

1001

1001

1001

1004    HTCC

06/19/14    67 CITY PARK 285 MARSAN JOSE    CA    1004    HTCC    $15.00
4154953909

1001

1001

DOUGLAS CLEVENGER
Card Ending

| | Amount |
|---|---|

1001

Description   Price
CONSULTING FEE $300.00





**Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 03/20/15    Next Closing Date 04/20/15

**OPEN**℠    p. 1/13

Account Ending 

| New Balance | ▆▆▆▆▆▆ |
| **Please Pay By** | **04/05/15‡** |

‡Payment is due upon receipt. We suggest you pay by the Please Pay By date.

→ See page 2 for important information about your account.

→ **See Page 11 for Important Changes to Your Account Terms and Your Reward Program.**

### Membership Rewards® Points
Available and Pending as of 02/28/15

For more details about Rewards, please visit
**americanexpress.com/rewardsinfo**

### Account Summary
Previous Balance    ▆▆▆▆▆▆
Payments/Credits    ▆▆▆▆▆▆
New Charges         ▆▆▆▆▆▆
Fees                $0.00

| New Balance | ▆▆▆▆▆▆ |

Days in Billing Period: 30

### Customer Care

 **Pay by Computer**
open.com/pbc

**Customer Care**        **Pay by Phone**
1-800-492-3344          1-800-472-9297

→ See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
open.com/pbc

 **Pay by Phone**
1-800-472-9297

Account Ending ▆▆▆▆▆

Enter account number on all documents.
Make check payable to American Express.

JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545

**Please Pay By**
**04/05/15**

Amount Due
▆▆▆▆▆▆

☐ Check here if your address or
phone number has changed.
Note changes on reverse side.

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

0000349991935443903  0012926520012926520  17 ꓷ

 **Business Gold Rewards**
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 03/20/15

 p. 7/13

Account Ending ███████

---

## Detail Continued

Amount

**RYAN MCEWAN**
Card Ending ████

Amount



**JAMES DALLAL**
Card Ending ████

Amount

| | | | |
|---|---|---|---|
| 03/02/15 | 67 CITY PARK 285 MARSAN JOSE | CA | $20.00 |
| | 4154953909 | | |

Description

**ANDREW PURDY**
Card Ending ████

Amount

Continued on reverse

**Business Gold Rewards** 
SAVERI LAW FIRM
JOSEPH R SAVERI
Closing Date 09/19/14

| New Balance | $19,750.02 |
|---|---|
| **Please Pay By‡** | **10/05/14** |

‡Payment is due upon receipt. We suggest you pay by the Please Pay By date.

→ See page 2 for important information about your account.

→ **See Page 11 for Important Information regarding benefits underwritten by AMEX Assurance Company**

→ **See Page 13 for an Important Change to Your Account Terms**

**Membership Rewards® Points**
Available and Pending as of 08/31/14

For up to date point balance and full program details, visit **membershiprewards.com**

**Account Summary**



| Previous Balance | |
|---|---|
| Payments/Credits | |
| New Charges | |
| Fees | |
| **New Balance** | $19,750.00 |

Days in Billing Period: 29

**Customer Care**

🖥 **Pay by Computer**
open.com/pbc

**Customer Care**
1-800-492-3344

**Pay by Phone**
1-800-472-9297

→ See page 2 for additional information.

---

↓ Please fold on the perforation below, detach and return with your payment ↓

 **Payment Coupon**
Do not staple or use paper clips

 **Pay by Computer**
open.com/pbc

 **Pay by Phone**
1-800-472-9297

Enter account number on all documents.
Make check payable to American Express.

JOSEPH R SAVERI
SAVERI LAW FIRM
505 MONTGOMERY ST
STE 625
SAN FRANCISCO CA 94111-6545



| Please Pay By |
|---|
| **10/05/14** |
| Amount Due |
| $19,750.00 |

AMERICAN EXPRESS
BOX 0001
LOS ANGELES CA 90096-8000

☐ Check here if your address or phone number has changed.
Note changes on reverse side.

0000349991935443903 0019750020019750O2 17 A

## Detail Continued



| | | | Foreign Spend | Amount |
|---|---|---|---|---|

CASTO TRAVEL INC. SAN FRANCISCO CO
TRAVEL AGENCY REFUND

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| N/A | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

CASTO TRAVEL INC. SAN FRANCISCO CO

| From: | To: | Carrier: | Class: |
|---|---|---|---|
| WASHINGTON NATIONAL | SAN FRANCISCO INTL | | |
| | N/A | YY | 00 |
| | N/A | YY | 00 |
| | N/A | YY | 00 |

Description

09/12/14   FEDEXOFFICE 000056171-888-889-7121   $12.37
0000 22202
COMPUTER RENTAL
COLOR_LASER_1

| Arrival Date | Departure Date |
|---|---|

UBER UBER    866-576-1039
8665761039

Continued on next page

Joseph Saveri Law Firm, Inc

FedEx

11/20/2013

Invoice #2-459-57111                                    21.78
Invoice #2-466-91082                                    21.78

Operating Acct - Citib                                  107.70



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-459-57111 | Nov 08, 2013 | | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Nov 05, 2013  **Cust. Ref.:** 1004-11  **Ref.#2:**
**Payor:** Shipper  **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
• Distance Based Pricing, Zone 2

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | PROM LALL | MS MARTHA BRAYN | |
| Tracking ID | 802019724433 | JOSEPH SAVERI LAW FIRM | USDC NDCA | |
| Service Type | FedEx Priority Overnight | 505 MONTGOMERY ST STE 625 | 280 S 1ST ST | |
| Package Type | FedEx Envelope | SAN FRANCISCO CA 94111-6529 US | SAN JOSE CA 95113 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | N/A | | | |
| Delivered | Nov 06, 2013 10:30 | | | |
| Svc Area | A1 | Transportation Charge | | 19.80 |
| Signed by | G.MACIC | Fuel Surcharge | | 1.98 |
| FedEx Use | 030962418/0000186/_ | **Total Charge** | **USD** | **$21.78** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$21.78** |
| **Total FedEx Express** | **USD** | **$21.78** |



**FedEx**

| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-466-91082 | Nov 15, 2013 | | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Nov 06, 2013    **Cust. Ref.: PERSONAL**    Ref.#2:
**Payor:** Shipper                **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
• Distance Based Pricing, Zone 4
• Package Delivered to Recipient Address - Release Authorized

*Personal DC*

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | | |
| Tracking ID | | JOSEPH SAVERI LAW FIRM | |
| Service Type | FedEx Priority Overnight | 505 MONTGOMERY ST 625 | |
| Package Type | FedEx Envelope | SAN FRANCISCO CA 94111-6529 US | |
| Zone | 04 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | | Transportation Charge | |
| Svc Area | AB | Fuel Surcharge | |
| Signed by | see above | Residential Delivery | |
| FedEx Use | 031080284/0000208/02 | **Total Charge** | **USD** |

**Dropped off:** Nov 06, 2013    **Cust. Ref.: 1004-1**    Ref.#2:
**Payor:** Shipper                **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
• Distance Based Pricing, Zone 2
• Package sent from: 95131 zip code

*1004*

ENTERED

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | MARTHA BROLYN | PREM LALL |
| Tracking ID | 802019724444 | JOSEPH SAVERI LAW FIRM | JOSEPH SAVERI LAW FIRM INC |
| Service Type | FedEx Priority Overnight | 505 MONTGOMERY ST STE 625 | 505 MONTGOMERY ST STE 625 |
| Package Type | FedEx Envelope | SAN FRANCISCO CA 94111-6529 US | SAN FRANCISCO CA 94111 US |
| Zone | 02 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Nov 07, 2013 08:59 | | |
| Svc Area | A1 | Transportation Charge | 19.80 |
| Signed by | D.CLEVENGER | Fuel Surcharge | 1.98 |
| FedEx Use | 031075434/0000186/_ | **Total Charge** | **USD** | **$21.78** |

| | | | |
|---|---|---|---|
| | **Shipper Subtotal** | **USD** | **$55.61** |

**Dropped off:** Nov 07, 2013    **Cust. Ref.: PERSONAL**    Ref.#2:
**Payor:** Recipient              **Ref.#3:**
• Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
• Distance Based Pricing, Zone 4
• Package sent from: 97477 zip code

*Personal DC*

| | | Sender | Recipient |
|---|---|---|---|
| Automation | USAB | | |
| Tracking ID | | JOSEPH SAVERI LAW FIRM | JOSEPH SAVERI LAW FIRM |
| Service Type | FedEx Priority Overnight | 505 MONTGOMERY ST STE 625 | 505 MONTGOMERY ST |
| Package Type | FedEx Envelope | SAN FRANCISCO CA 94111-6529 US | SAN FRANCISCO CA 94111 US |
| Zone | 04 | | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | | | |
| Svc Area | A1 | Transportation Charge | |
| Signed by | .LALL | Fuel Surcharge | |
| FedEx Use | 031186698/0000208/_ | **Total Charge** | **USD** |

| | | | |
|---|---|---|---|
| | **Recipient Subtotal** | **USD** | |
| | **Total FedEx Express** | **USD** | |



# Invoice

**Invoice Number:**
19942

**Invoice Date:**
Oct 31, 2013

**Page:**
1

LawDocsXpress, Inc.
1266 West Paces Ferry Rd. #611
Atlanta, GA  30327-2306
TIN: 58-2652179

404-842-3185

Sold To:

Joseph Saveri Law Firm
505 Montgomery Street
Suite 625
San Francisco, CA  94111
USA

| Customer ID | Customer PO | Payment Terms | |
|---|---|---|---|
| SAVERI | | Net 7 Days | |
| Sales Rep ID | Shipping Method | Ship Date | Due Date |
| | | | 11/7/13 |

| Attorney | Job Description | Time | Unit Price | Type | Job Total |
|---|---|---|---|---|---|
| LEEBOVE | Rail Freight - Ps Opp to Petition(10/30/2013) | 2.25 | 36.00 | Premium | 81.00 |

|  |  |
|---|---|
| Subtotal | 81.00 |
| Sales Tax | |
| Total Invoice Amount | 81.00 |
| Payment/Credit Applied | |
| **TOTAL** | 81.00 |

Check/Credit Memo No:

# 1004-1 High Tech Cold Call

San Francisco, CA 94103
Tel: (415) 369-9928

1/5/2014                    6:48:10 PM PST
Team Member: Deziree R.

SALE

BW 18 or 24# Wht         48 @    0.2300 T
  000330 Reg. Price      0.23

   Regular Total         11.04
   Discounts              0.00

   Total                 11.04


Sub-Total                          11.04
Tax                                 0.97
Deposit                             0.00

Total                              12.01

                                   12.01

   Total Tender                    12.01
   Change Due                       0.00


   Total Discounts      0.00

*551500029360*

Joseph Saveri Law Firm, Inc                                                    2682

  FedEx                                                        1/29/2014

                        Invoice #2-538-55714                          53.85 ✓



Operating Acct - Citib






| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-538-55714 | Jan 24, 2014 | | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Jan 17, 2014          **Cust. Ref.: 1004**          **Ref.#2:**
**Payor:** Shipper                          **Ref.#3:**

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
- Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
- Distance Based Pricing, Zone 2
- 1st attempt Jan 18, 2014 at 02:19 PM.

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | USAB | DOUG CLEVNGER | JOSEPH SEVERI | |
| Tracking ID | 802019724374 | JOSEPH SAVERI LAW FIRM | | |
| Service Type | FedEx Priority Overnight | 505 MONTGOMERY ST STE 625 | 937 AUGUSTA CIRCLE | |
| Package Type | FedEx Small Box | SAN FRANCISCO CA 94111-6529 US | NAPA CA 94558 US | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | 4.0 lbs, 1.8 kgs | Transportation Charge | | 30.05 |
| Delivered | Jan 18, 2014 18:35 | Saturday Delivery | | 16.00 |
| Svc Area | A4 | Residential Delivery | | 3.35 |
| Signed by | J. SAVERI | Fuel Surcharge | | 4.45 |
| FedEx Use | 001746069/0001486/_ | **Total Charge** | **USD** | **$53.85** |

|  | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$53.85** |
| **Total FedEx Express** | **USD** | **$53.85** |

Joseph Saveri Law Firm, Inc

FedEx

3/26/2014

2761



91.85

Invoice #2-592-53...

Invoice #2-589-70695

Operating Acct - Citib







| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-589-70695 | Mar 14, 2014 | 3303-4477-6 | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

Dropped off: Mar 07, 2014          Cust. Ref.: 1004-1
Payor: Shipper                     Ref.#3:                       Ref.#2:

* Fuel Surcharge - FedEx has applied a fuel surcharge of 10.00% to this shipment.
* Business Closed or Adult Recipient Unavailable - Delivery Not Completed.
* Distance Based Pricing, Zone 2
* 1st attempt Mar 08, 2014 at 11:11 AM.
* Package Delivered to Recipient Address - Release Authorized

| | | Sender | Recipient | |
|---|---|---|---|---|
| Automation | INET | Joseph Saveri | Joseph Saveri | |
| Tracking ID | 798152832841 | Joseph Saveri Law Firm | 937 Augusta Circle | |
| Service Type | FedEx First Overnight | 505 Montgomery Street | NAPA CA 94556 US | |
| Package Type | FedEx Box | SAN FRANCISCO CA 94111 US | | |
| Zone | 02 | | | |
| Packages | 1 | | | |
| Rated Weight | 10.0 lbs, 4.5 kgs | Transportation Charge | | 64.15 |
| Delivered | Mar 08, 2014 11:14 | Residential Delivery | | 3.35 |
| Svc Area | A4 | Saturday Delivery | | 16.00 |
| Signed by | see above | Fuel Surcharge | | 8.35 |
| FedEx Use | 000000000/0000006/02 | Total Charge | USD | $91.85 |

| | | |
|---|---|---|
| Shipper Subtotal | USD | $91.85 |
| Total FedEx Express | USD | $91.85 |

Joseph Saven Law Firm, Inc

FedEx

2999

9/24/2014

16.90

Operating Acct - Citib    Invoice #: 2-779-71562                                   16.90



| Invoice Number | Invoice Date | Account Number | Page |
|---|---|---|---|
| 2-779-71562 | Sep 12, 2014 | | 3 of 3 |

## FedEx Express Shipment Detail By Payor Type (Original)

**Dropped off:** Sep 09, 2014    Cust. Ref: 1004-1    **Ref.#2:**
**Payor:** Shipper    Ref.#3:

- Fuel Surcharge - FedEx has applied a fuel surcharge of 9.00% to this shipment.
- Distance Based Pricing, Zone 2

| | | | |
|---|---|---|---|
| Automation | INET | **Sender** | **Recipient** |
| Tracking ID | 771099143871 | Joseph Saveri | Brad Greenspan |
| Service Type | FedEx Standard Overnight | Joseph Saveri Law Firm | 2995 WOODSIDE RD |
| Package Type | FedEx Envelope | 505 Montgomery Street | REDWOOD CITY CA 94062 US |
| Zone | 02 | SAN FRANCISCO CA 94111 US | |
| Packages | 1 | | |
| Rated Weight | N/A | | |
| Delivered | Sep 10, 2014 09:24 | Transportation Charge | 18.45 |
| Svc Area | A4 | Fuel Surcharge | 1.40 |
| Signed by | S.TEVE | Automation Bonus Discount | -2.95 |
| FedEx Use | 000000000/0000200/_ | **Total Charge**    **USD** | **$16.90** |

| | | |
|---|---|---|
| **Shipper Subtotal** | **USD** | **$16.90** |
| **Total FedEx Express** | **USD** | **$16.90** |

Joseph Saven Law Firm, Inc
Lee-Anne Shortridge, CSR, CRR

Case 5:11-cv-02509-LHK   Document 1085-4   Filed 05/21/15   Page 95 of 98

4/29/2015

3277

25.20

Operating Acct - Citib   Invoice #: 20052002                                    25.20

AO44
(Rev. 11/07)

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

INVOICE NO:   20052002

**MAKE CHECKS PAYABLE TO:**

Prem Lall
Joseph R. Saveri Law Firm, Inc.
505 Montgomery Street, Suite 625
San Francisco, CA 94111

Phone:   (415) 500-6800

plall@saverilawfirm.com



Lee-Anne Shortridge, CSR, CRR
United States Court Reporter
280 South First Street
Room 2112
San Jose, CA 95113

Phone:   (408) 287-4580
FAX   (408) 535-5329
Tax ID:   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
Lee-Anne_Shortridge@cand.uscourts.gov

| ☐ CRIMINAL    ☒ CIVIL | DATE ORDERED: 04-21-2015 | DATE DELIVERED: 04-21-2015 |
|---|---|---|

**Case Style:** C-11-02509 LHK, IN RE:  High-Tech Employees Antitrust Litigation
Reporter's transcript of proceedings held on 3-2-15 (e-mail copy).

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | 28 | 0.90 | 25.20 | | 0.60 | | 25.20 |
| Daily | | 6.05 | | | 1.20 | | | 0.90 | | |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | | 3.05 | | | 2.10 | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 25.20 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable): | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| | TOTAL DUE: | $25.20 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order
for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the
ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and  page  format  used  comply  with  the  requirements of this court and the
Judicial Conference of the United States.

| SIGNATURE: | DATE 04-21-2015 |
|---|---|

*(All previous editions of this form are
cancelled and should be destroyed)*

Phillips ADR Enterprises, P.C                                                    1/28/2015

                     Mediation                                                    3,333.34

Operating Acct - Citib    Invoice #: 10183                                        3,333.34

# Phillips  ADR

#1004·1

2101 E. Coast Highway, Suite 250
Corona del Mar, CA 92625
(949) 718-4547



January 20, 2015
Invoice #10183

Richard Heimann
Lieff Cabraser Heimann & Bernstein LLP
275 Battery St., 29th Floor
San Francisco, CA 94111

rheimann@lchb.com

Joseph Saveri
Joseph Saveri Law Firm
505 Montgomery St. Suite 625
San Francisco, CA 94111

jsaveri@saverilawfirm.com

Re:  In re: High-Tech Employee Antitrust Litigation Mediation
Client # 10178

For services provided through:        December 31, 2014

CONDUCT ADR FOLLOW-UP WORK VIA EMAIL AND TELEPHONIC COMMUNICATIONS WITH COUNSEL BY
JUDGE PHILLIPS AND HIS LEGAL STAFF

|  | Amount |
|---|---|
| **Total Charges:** | **$6,666.67** |
| **You are responsible for 50.00% of total charges:** | **$3,333.34** |
| Balance due | $3,333.34 |

**Please send your payment via the ACH/EFT instructions below:**

First Bank & Trust
2431 E. 61st St., Suite 425
Tulsa, OK 74136
(918) 743-1106

Account Name: Phillips ADR Enterprises, P.C.

- OR -

**Send payment via check to this address:**

Phillips ADR Enterprises, P.C.
2101 East Coast Highway, Suite 250
Corona del Mar, CA 92625

Domestic and international wire instructions available upon request.

## PLEASE RETURN THIS PAGE WITH YOUR PAYMENT.
## PAYMENT DUE WITHIN 30 DAYS OF INVOICE.