# Exhibit 5

## UNREIMBURSED COSTS INCURRED BY CLASS COUNSEL

|  | LCHB | JSLF | B & M | G & E | All |
|---|---|---|---|---|---|
| Lit. Fund Contrib. | $1,998,386.67[1] | $1,752,049.26[2] | $140,000.00[3] | $140,000.00[4] | $4,030,435.93 |
| Other Contributions | $399,142.79[5] | $403,148.81[6] | $59,669.50[7] | $38,723.94[8] | $900,685.04 |
| **Total Cost Contributions** | **$2,397,529.46** | **$2,155,198.07** | **$199,669.50** | **$178,723.94** | **$4,931,110.07** |
| Reimbursed | ($1,775,147.98)[9] | ($1,566,003.13)[10] | ($181,069.49)[11] | ($177,623.71)[12] | ($3,699,844.31) |
| Unreimbursed | $622,381.48 | $589,194.94 | $18,600.01 | $1,100.23 | $1,231,276.66 |
| **Costs (Notice):** |  |  |  |  | $1,200,000.00 |
| Balance |  |  |  |  | $31,276.66 |

---

[1] Decl. of Kelly M. Dermody, Dkt. No. 1083, ¶ 11
[2] Decl. of Joseph R. Saveri, Dkt. No. 1073, ¶ 18
[3] Decl. of Eric L. Cramer, Dkt. No. 1074, ¶ 19
[4] Decl. of James J. Sabella, Dkt. No. 1081, ¶ 5
[5] Decl. of Kelly M. Dermody, Dkt. No. 1083, ¶ 11
[6] Suppl. Decl. of Joseph R. Saveri (this document), Ex. 4
[7] Decl. of Eric L. Cramer, Dkt. No. 1074, ¶ 20
[8] Decl. of James J. Sabella, Dkt. No. 1081, ¶ 6
[9] Decl. of Kelly M. Dermody, Dkt. No. 1083, ¶ 14
[10] Suppl. Decl. of Joseph R. Saveri (this document), Ex. 4
[11] Decl. of Eric L. Cramer, Dkt. No. 1074, ¶ 23
[12] Decl. of James J. Sabella, Dkt. No. 1081, ¶ 4