# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF KENNETH JUE, ON BEHALF OF SETTLEMENT ADMINISTRATOR, REGARDING COMPLIANCE WITH NOTICE REQUIREMENTS** |

I, KENNETH JUE, declare:

1. I am employed as a project manager by Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi serves as the Court-appointed Settlement Administrator regarding the settlement with Defendants Adobe Systems Incorporated, Apple Inc., Google Inc., and Intel Corporation (collectively, the "Settling Defendants"), as set forth in the Settlement Agreement. As the case manager at Gilardi, I oversaw the administrative services provided. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. On March 23, 2015, Gilardi received class member data from Heffler Claims Group, the Court-appointed Settlement Administrator regarding the previous settlements with Intuit Inc., Lucasfilm Ltd., and Pixar. The records contained Class Member names, last known addresses, compensation data, and dates of employment, which Gilardi used to construct a mail table.

3. On March 11, 2015, Heffler transferred the settlement website domain, www.HighTechEmployeeLawsuit.com, to Gilardi. On the settlement website, Class Members can view

and print copies of the Long-Form Notice ("Notice"), Settlement Agreement, Complaint, Motions for Attorneys' Fees, Reimbursement of Expenses, and Service Awards, and related documents, and consult Frequently Asked Questions. Class Members are able to view their job positions by logging in with an ID and access code located on their mailed Notice, plus the last four digits of their SSN. The toll-free telephone number, email address, and mailing address for administration of this case are posted on the Settlement Website through a "Contact Us" link. To date, there have been a total of 1,761 web visitors to the settlement website.

4. On April 6, 2015, Gilardi caused the Notice to be mailed to all Class Member mailing addresses. A true and correct copy of the Notice is attached hereto as Exhibit A. Prior to mailing the Notice, Gilardi updated the mailing addresses on the class list through the National Change of Address database.

5. Since mailing the Notice 2,939 Notices were returned as undeliverable. These Class Members' name and address were run through a skip-trace search, and to date, Gilardi has updated and remailed 2,339 Notices for these Class Members. Of those 2,339 remailed Notices, 139 were again returned as undeliverable. Therefore, to date, approximately 99% of the class appears to have successfully received notice.

6. On or before March 24, 2015, Gilardi established a toll free telephone number, 888-285-0335, that Class Members could call and listen to Frequently Asked Questions and request a Notice to be mailed to them. To date, Gilardi has received 780 calls to the toll free telephone number.

7. To date, Gilardi has received 56 requests for a mailed copy of the Notice over the phone, by email, and by mail. Gilardi sent a copy of the Notice whenever one was requested.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 5th day of June, 2015, at San Rafael, California.

Kenneth Jue

2