# EXHIBIT A

*In Re High Tech Employee Settlement*
**Requests for Exclusion - Timely**

|    | FirstName      | LastName        | ID               |
|----|----------------|-----------------|------------------|
| 1  | SARAH          | BAKER           | HTEA1-100482490  |
| 2  | REFAEL         | BAR             | HTEA1-100550223  |
| 3  | KENNETH M      | CARSON          | HTEA1-100089488  |
| 4  | PAUL A         | CARTER          | HTEA1-100297773  |
| 5  | TIM            | CHAN            | HTEA1-100044026  |
| 6  | EDWARD         | CHAVEZ          | HTEA1-100218806  |
| 7  | MICHELLE       | CHUAPRASERT     | HTEA1-100306616  |
| 8  | DAN            | CRAIN           | HTEA1-100279600  |
| 9  | BRENT          | CRITTENDEN      | HTEA1-100359175  |
| 10 | SANTIAGO       | FERNANDEZ-GOMEZ | HTEA1-100297447  |
| 11 | JAMES          | GUALARIO        | HTEA1-100157157  |
| 12 | ALFREDO        | GUERRA          | HTEA1-100290361  |
| 13 | LYNNE D        | HAMMITT         | HTEA1-100060285  |
| 14 | RICHARD        | HARRIS JR       | HTEA1-100284400  |
| 15 | SYED           | HASAN           | HTEA1-100563287  |
| 16 | STEVEN         | HOMEN           | HTEA1-100044999  |
| 17 | FRANKLIN       | JONES           | HTEA1-100041825  |
| 18 | ALAIN          | KAGI            | HTEA1-100444873  |
| 19 | JOHN           | KALVIN          | HTEA1-100119875  |
| 20 | CHRISTOPHER    | KENYON          | HTEA1-100417205  |
| 21 | THANNEY        | LO              | HTEA1-100332064  |
| 22 | LI-JIA         | MA              | HTEA1-100063691  |
| 23 | AKHTAR         | MAHMOOD         | HTEA1-100535216  |
| 24 | MELISA D       | MARBIBI         | HTEA1-100015816  |
| 25 | CHRISTOPHER    | MARK            | HTEA1-100448542  |
| 26 | PAUL           | METROVICH       | HTEA1-100189822  |
| 27 | CHRISTOPHER D  | MICHAELIDES     | HTEA1-100240488  |
| 28 | NELSON         | MINAR           | HTEA1-100614051  |
| 29 | JAIME          | MORANTE         | HTEA1-100141544  |
| 30 | SHANNON        | MORANTE         | HTEA1-100325459  |
| 31 | ROSE           | MULLIGAN        | HTEA1-100105190  |
| 32 | QUAN P         | NGUYEN          | HTEA1-100353304  |
| 33 | GREGORY        | NORTON          | HTEA1-100074880  |
| 34 | THOMAS         | OBRIEN          | HTEA1-100208851  |
| 35 | KEVIN          | OBRIEN          | HTEA1-100569749  |
| 36 | JAMES          | OKKEN           | HTEA1-100279554  |
| 37 | JENNIFER       | PANHORST        | HTEA1-100446426  |
| 38 | DIVYA          | PARTHASARATHI   | HTEA1-100533930  |
| 39 | DAVID          | PELSTER         | HTEA1-100531814  |
| 40 | CHRIS          | POIRIER         | HTEA1-100370098  |
| 41 | GREGOR         | PORR            | HTEA1-100545980  |
| 42 | DAVID          | POULSEN         | HTEA1-100441947  |
| 43 | SCOTT          | RIDER           | HTEA1-100097286  |

|    | FirstName | LastName    | ID              |
|----|-----------|-------------|-----------------|
| 44 | PATRICK   | RILEY       | HTEA1-100599370 |
| 45 | ADAM      | ROGOYSKI    | HTEA1-100586686 |
| 46 | MARTTI S  | ROSLAKKA    | HTEA1-100243630 |
| 47 | THOMAS    | SANGER      | HTEA1-100108741 |
| 48 | ANTONIO   | SANTIAGO JR | HTEA1-100080561 |
| 49 | MARK      | SCHNECKLOTH | HTEA1-100648177 |
| 50 | ANDREW    | SHAFER JR   | HTEA1-100150420 |
| 51 | IL-SEOK   | SON         | HTEA1-100273823 |
| 52 | ALI       | TALYAI      | HTEA1-100341934 |
| 53 | KENNETH   | THICKMAN    | HTEA1-100388841 |
| 54 | BRETT S   | WEAVER      | HTEA1-100514073 |
| 55 | ZDZISLAW  | WIRKUS      | HTEA1-100321453 |

**Requests for Exclusion - Late**

|   | FirstName | LastName | ID              |
|---|-----------|----------|-----------------|
| 1 | WEI       | WANG     | HTEA1-100547451 |