# EXHIBIT A

*In Re High Tech Employee Settlement*
**Requests for Exclusion - Timely**

|    | FirstName | LastName | ID |
|----|-----------|----------|-----|
| 1  | SARAH | BAKER | HTEA1-100482490 |
| 2  | REFAEL | BAR | HTEA1-100550223 |
| 3  | KENNETH M | CARSON | HTEA1-100089488 |
| 4  | PAUL A | CARTER | HTEA1-100297773 |
| 5  | TIM | CHAN | HTEA1-100044026 |
| 6  | EDWARD | CHAVEZ | HTEA1-100218806 |
| 7  | MICHELLE | CHUAPRASERT | HTEA1-100306616 |
| 8  | DAN | CRAIN | HTEA1-100279600 |
| 9  | BRENT | CRITTENDEN | HTEA1-100359175 |
| 10 | SANTIAGO | FERNANDEZ-GOMEZ | HTEA1-100297447 |
| 11 | JAMES | GUALARIO | HTEA1-100157157 |
| 12 | ALFREDO | GUERRA | HTEA1-100290361 |
| 13 | LYNNE D | HAMMITT | HTEA1-100060285 |
| 14 | RICHARD | HARRIS JR | HTEA1-100284400 |
| 15 | SYED | HASAN | HTEA1-100563287 |
| 16 | STEVEN | HOMEN | HTEA1-100044999 |
| 17 | FRANKLIN | JONES | HTEA1-100041825 |
| 18 | ALAIN | KAGI | HTEA1-100444873 |
| 19 | JOHN | KALVIN | HTEA1-100119875 |
| 20 | CHRISTOPHER | KENYON | HTEA1-100417205 |
| 21 | THANNEY | LO | HTEA1-100332064 |
| 22 | LI-JIA | MA | HTEA1-100063691 |
| 23 | AKHTAR | MAHMOOD | HTEA1-100535216 |
| 24 | MELISA D | MARBIBI | HTEA1-100015816 |
| 25 | CHRISTOPHER | MARK | HTEA1-100448542 |
| 26 | PAUL | METROVICH | HTEA1-100189822 |
| 27 | CHRISTOPHER D | MICHAELIDES | HTEA1-100240488 |
| 28 | NELSON | MINAR | HTEA1-100614051 |
| 29 | JAIME | MORANTE | HTEA1-100141544 |
| 30 | SHANNON | MORANTE | HTEA1-100325459 |
| 31 | ROSE | MULLIGAN | HTEA1-100105190 |
| 32 | QUAN P | NGUYEN | HTEA1-100353304 |
| 33 | GREGORY | NORTON | HTEA1-100074880 |
| 34 | THOMAS | OBRIEN | HTEA1-100208851 |
| 35 | KEVIN | OBRIEN | HTEA1-100569749 |
| 36 | JAMES | OKKEN | HTEA1-100279554 |
| 37 | JENNIFER | PANHORST | HTEA1-100446426 |
| 38 | DIVYA | PARTHASARATHI | HTEA1-100533930 |
| 39 | DAVID | PELSTER | HTEA1-100531814 |
| 40 | CHRIS | POIRIER | HTEA1-100370098 |
| 41 | GREGOR | PORR | HTEA1-100545980 |
| 42 | DAVID | POULSEN | HTEA1-100441947 |
| 43 | SCOTT | RIDER | HTEA1-100097286 |

|    | FirstName | LastName    | ID              |
|----|-----------|-------------|-----------------|
| 44 | PATRICK   | RILEY       | HTEA1-100599370 |
| 45 | ADAM      | ROGOYSKI    | HTEA1-100586686 |
| 46 | MARTTI S  | ROSLAKKA    | HTEA1-100243630 |
| 47 | THOMAS    | SANGER      | HTEA1-100108741 |
| 48 | ANTONIO   | SANTIAGO JR | HTEA1-100080561 |
| 49 | MARK      | SCHNECKLOTH | HTEA1-100648177 |
| 50 | ANDREW    | SHAFER JR   | HTEA1-100150420 |
| 51 | IL-SEOK   | SON         | HTEA1-100273823 |
| 52 | ALI       | TALYAI      | HTEA1-100341934 |
| 53 | KENNETH   | THICKMAN    | HTEA1-100388841 |
| 54 | BRETT S   | WEAVER      | HTEA1-100514073 |
| 55 | ZDISLAW   | WIRKUS      | HTEA1-100321453 |

**Requests for Exclusion - Late**

|   | FirstName | LastName | ID              |
|---|-----------|----------|-----------------|
| 1 | WEI       | WANG     | HTEA1-100547451 |