# EXHIBIT B

**re: High-Tech Employee Antitrust Litigation**
Cavi Family
**Sent:** Tuesday, May 19, 2015 8:54 PM
**To:** info (hightechemployeelawsuit.com HTEA1)

Gilardi and Co LLC

I am writing to provide comments for the court to consider on the High-Tech Employee Antitrust Litigation.

I have been an Intel employees for 30 years. Over the last twenty years as I advanced through management I became aware of the compensation benchmarking that Intel conducts with other Industry representative companies. This information is shared with managers to aid us in answering employee questions. I feel that the company runs a fair an equitable compensation plan by base lining compensation with other representative high tech employers. Intel communicates and aims to pay at the Industry target allowing for employee upside occurring through bonus and stock based compensation. My direct and extended family has greatly benefited from the growth and profit of the company which has been fairly shared with its employees through the upside of bonus and stock compensation. I have never been aware of Intel creating policies with other companies to block cross hiring. On the contrary, I remember several times on the gaining or loosing end of employee movement Intel will not even approach a company to set move limits as it strives to support an open and level industry employee market.
The basis of the case makes no sense. Cross hiring among companies that pay at a similar pay range would have no significant impact on the company expenses or have even have a long term benefit for the moving employees. Why would the companies need to block cross movement?
Should the court rule in favor of the plantiff's, I urge all benefactors to donate 100% of proceeds to non profit charity cause.
I do NOT plan to speak at the hearing . I do urge the court to consider my comments.
Sincerely,



Kenneth Caviasca

