# **EXHIBIT C**

# Objection to proposed settlement

**Sent:** Thursday, May 21, 2015 9:22 PM
**To:** info (hightechemployeelawsuit.com HTEA1)
**Cc:**

I wish to object to the proposed settlement. I believe the settlement is too low a total amount and that the attorneys receive too much of the settlement. Many of the objections that the Court had to the previously proposed (and rejected) settlement apply to this settlement. I will not restate the general objections to the settlement. I do want to make the Court aware of my personal circumstances.

From 2003 to 2007, I worked for Intel technology development. I had a Ph.D. from the University of California, Berkeley, and a Bachelor of Science from the Massachusetts Institute of Technology. My starting salary was $83,000, and my ending salary was roughly $97,000. However, based on the type of work I was doing and the experience and education I brought to the job, I was underpaid by at least $10,000 per year, which is due in most part to the antitrust violations of the defendants. My job involved developing the process technology for microprocessors two generations ahead of what was available in the market. In addition, my job responsibilities required wearing a pager 24/7. Despite all this, when I left my job to work for a Department of Energy national laboratory, the laboratory was able to pay me a salary of $95,000. Given that the public sector could pay me a salary about equal to one of the most profitable companies in the world shows how Intel was able to collude to keep salaries depressed.

I also wish to object because I have no idea how much money I would receive under the proposed settlement. That information should be provided to me so I can better understand my options. Nevertheless, I doubt that the settlement will provide me the $40,000 that I should be entitled to.

Please enter my objections into the record. Thank you.

/David D. Hsu/

David D. Hsu, Ph.D.

