# EXHIBIT D

In re: High-Tech Employee Antitrust Litigation
13 May 2015 — Loren Kohnfelder, Class Member

I reject the proposed settlement as far too low given
the highly competitive market for top tech skill employees.
The alleged involvement of the very top executives, if the court
finds to be true, confirms that the stakes were high enough
for them to collude illegally — and these are some of the highest
market cap companies on the planet. Letting them tamper in
the labor market and get away with a few percent of salary
cost only encourages similar behavior in the future.
The well publicized 11 May 2014 letter to the court by Michael
Devine makes many good points I won't repeat here. I will add:
• Proposed settlements should state in a letter to each Class Member
  their approximate compensation — the lump sum is not so useful.
• High tech companies know that their best employees are the key
  asset securing their business — illegally minimizing their compen-
  sation is unacceptable. This shifts profits to the much less critical
  executives.
I have not objected in any other class action cases.
        Sincerely
        Loren Kohnfelder
        LOREN KOHNFELDER