# **EXHIBIT E**

## In re High Tech Employee Settlement

**Prabhakar Kotla**
**Sent:** Tuesday, April 28, 2015 4:33 PM
**To:** info (hightechemployeelawsuit.com HTEA1)

Prabhakar Kotla



Dear Sir/Madam,

To whom so ever it may concern:

I do not agree with the proposed settlement. I intend to appear and speak at the fairness hearing.

The settlement amount does not justify the **"loss of opportunity"**. In a similar lawsuit against Intuit, Lucasfilm and Pixar, each class member received approximately $140,000. However, in the current settlement the class members will get approximately one-hundredth or 1% of $140,000.


Thanks,
Prabhakar