# EXHIBIT F

Hi,
My name is:            Dimitrios Loulourgas
My address is:
My telephone number is:
My email address is:

I object to this settlement for the following reasons:
- I have tried to calculate what the defendant's actions have caused me in damages, and I've calculated that their actions have eventually suppressed salaries by a percent or two in raises over the 5 years. That ends up translating to 8% or so after 5 years, of which I have been employed long enough to feel the full impact. That 8% over a 5 year period translates to 40% of my current yearly salary. The settlement of low 400 Millions translates to a settlement for me of less than 25% of my current yearly salary, not 40% or more.
- My 2nd objection is that I'm still experiencing the lower pay. There has been no change in the companie's behavior to compensate for their actions. They are claiming innocence. I'm still getting underpaid for several more years and will continue to do so, so I would prefer to have a larger compensation than what's being offered in the settlement to make up for more years of being underpaid.
- My 3rd objection is that I want this to go to trial. I believe there is a strong case and that the settlement could and should be approximately 1 to 1.5 billion dollars if it goes to court instead of the low 400 millions.
- My 4th objections is that I believe that since these actions were intentional, that there's a strong case for punitive damages which could triple the 1billion+ settlement and could end up producing damages of 3 billion to 4.5 billion dollars.
- I am willing to have this case go to trial and risk losing the low 400 millions settlement in order to possibly gain damages that could be 7 to 10 times larger than the current proposed settlement. I also want the companies to be found guilty instead of settling and claiming innocence as they are now. Also I believe the chances of losing this case are miniscule. There seems to be a low risk/ high reward situation here for going to trial.

Thanks for hearing me out.

My signature is:       *D. Loulourgas* (signature)
Date:                  May 19, 2015