# **EXHIBIT G**

## Objection to settlement

**Devesh Parekh**
**Sent:** Sunday, April 12, 2015 1:49 PM
**To:**   info (hightechemployeelawsuit.com HTEA1)

For high-tech workers in the Bay Area, there aren't as many choices of employment as many might think. The most highly skilled software engineers seek employment at just a few large companies that employ high-talent engineers (instead of sweatshops like EA) and a few promising startups. The engineers that have family, education, or mortgage obligations will strongly prefer the former. The defendants represent a very large chunk (by # of employees) of the employment opportunities for those talented engineers. The depression in wages (let alone the depression in payroll taxes) due to the defendants' collusion is likely significantly more than what the settlement will give the plaintiffs and suggests that the companies should do this again the next time they want to save some money.

I object to this settlement and recommend that this case be put in front of a jury.

--
Devesh Parekh