# EXHIBIT I

From

**Shash Schaekar**

AKA Shash Basavaraju, Settlement Claim no: D290978.



To,

**Gilardi & Co. LLC**
In re: High Tech Employee Settlement
P.O. Box 8060
San Rafael, CA 94912-8060
Fax 415-256-9756
info@hightechemployeelawsuit.com

Dear Sir,

    I am member of class action suit and I was Senior Process Engineer at Intel from 2004 to 2008 graduating from Dartmouth College.  After 4 years of working in development teams for Intel Core, Core Duo and SiC processors, I decided to pursue other opportunities due to stagnation of my pay. I started at 65,000 per year in 2004 which was very low of starting pay and the only increased to 10 to 15% in 4 years. It is when applying for new jobs at Apple, Google, AMD, IBM and Honeywell I noticed how grossly underpaid I was.

    My recruiter for Apple and Google in 2007 suggested that I apply elsewhere since my pay won't be substantially increased if I was hired at these companies due to compensation history. In retrospect, I was consistently told for 4 years that my pay at Intel was industry standard and competitive. Positions at Google and Apple only offered me similar packages whereas my friends and colleagues who inquired were offered alteast 30 to 50% more than my offer for similar roles with same qualification. I didn't quite understand all this and hence left the hi-tech industry to pursue medical devices. I later applied and was successfully hired at a Process Development engineer with same role and job duties as at Intel but my starting salary was 105,000 per year.

    My salary scale was considerably reduced and I believed I lost more 125,000 of compensation for those 4 years. I believe I could have gained more than 275,000 of accrued salary if my pay was within industry standards as a starting and pay history. This suppression of pay is real, proven by legal proceedings and affects thousands of educated professionals such as myself. Overall, in last 9 years I have lost approximately 400,000 in compensation by this systematic suppression for salaries across hi-tech companies especially Intel Corporation.

This is not just dollars but the affect transfers to multiple socio economic factors. My ability to become house owner, buy a better car, travel the world and even find a better spouse was directly impacted since I couldn't afford create a better life by either savings or suppressed pay.

Intel, Google and Apple made more than 600 billion in just profits in last 5 years. While they reaped benefits mainly from technology that were created, envisioned and applied by more than 65,000 engineers who gave more than 25 years of intellectual upbringing and more than decade of college education and unique genetic superiority in creating this wealth, it's shameful that neither reasonable sharing of profits nor   fair treatment of employees were a priority at that time. These hi-tech companies used educated professional as fodder for their profit farms and decided to push out when not in need.

To say that these engineers are receiving $ 1000 (As reference, an Apple computer or IPhone is $800) dollars a years for their systemic cheating and conspired slavery is a mockery of justice. I personally lost close to 400,000 in compensation when I wasted my 4 years at Intel and approximately $4000 as settlement in not even conscious let alone a punishment for apparent illegal back door deals flouting labor and justice laws. I believe, an example has to be set for not sharing the reasonale compensation and profits to their deserving employess especially when criminal and behind the scene deals were involved to subjugate free practices of our society.  Practices like these are also one of the reason United States of America has most wealth gap in modern history and these are the direct result of hitech slavery.

**I strongly object** to this settlement and I believe US justice system and Honorable judge Koh will re-consider this settlement as insufficient, ineffective and not representative of the violations. I hope she will ask employees be compensated more than just filling attorneys pockets with millions or direct the case to trial.  A minimum traffic ticket in California is $400 and I believe companies with combined trillion dollar wealth should be fined a reasonable amount to drive the case home.

If no reasonable settlement reached, a trial at the citizen's court would be very appropriate since the evidence is staggering.  I will be willing to testify as needed.


Regards

**Shash Schaekar**

Reference:

Source: Bloomberg financial markets with SEC.

| RANK BY SALES | | | | SALES (millions) | | | PROFIT (millions) | | PROFIT MARGIN | | MARKET CAP. (millions) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2013 rank | 2012 rank | Company | Business | End quarter | Last four quarters | % chg | Rank | Last four quarters | Rank | Profit/ sales | Rank | Amount |
| 1 | 1 | Apple | Consumer electronics | DEC | $173,992 | 6% | 1 | $37,031 | 13 | 21% | 1 | $478,766 |
| 2 | 2 | Hewlett-Packard | IT services, equipment | JAN | $112,093 | -6% | 6 | $5,306 | 68 | 5% | 9 | $61,326 |
| 3 | 4 | Google | Web search, advertising | DEC | $59,825 | 16% | 2 | $12,920 | 12 | 22% | 2 | $375,194 |
| 4 | 3 | Intel | Semiconductors | DEC | $52,708 | -1% | 4 | $9,620 | 19 | 18% | 5 | $128,347 |
| 5 | 5 | Cisco Systems | IT networking services | JAN | $47,873 | 1% | 5 | $8,173 | 23 | 17% | 6 | $115,466 |
| 6 | 6 | Oracle | IT services, equipment | FEB | $37,901 | 2% | 3 | $11,116 | 5 | 29% | 3 | $182,413 |
| 7 | 7 | eBay | Online trading community | DEC | $16,047 | 14% | 8 | $2,856 | 21 | 18% | 8 | $70,107 |
| 8 | 9 | Gilead Sciences | Therapeutic viral medicines | DEC | $11,202 | 15% | 7 | $3,075 | 8 | 27% | 7 | $108,972 |
| 9 | 8 | Synnex | IT supply chain services | NOV | $10,845 | 5% | 35 | $152 | 83 | 1% | 69 | $2,370 |
| 10 | 10 | Applied Materials | Chip-making equipment | JAN | $8,126 | 0% | 20 | $475 | 63 | 6% | 16 | $24,724 |
| 11 | 16 | Facebook | Social networking website | DEC | $7,872 | 55% | 9 | $1,490 | 18 | 19% | 4 | $153,022 |