# GZJ KDKV'L''



May 14, 2015

Gilardi & Co. LLC
In re High Tech Employee Settlement
P.O. Box 8060
San Rafael, CA 94912-8060

I am a retired employee of Adobe Systems Incorporated and a class member in this lawsuit. I am writing to voice my strenuous objection to the settlement and to urge that it be rejected as not in the interests of justice. Neither I nor any lawyer representing me has ever objected to any previous class action settlement.

Many Americans are losing faith in the American justice system because large corporations so often break the law without being held accountable in any meaningful way. I believe that the defendants in this case have flagrantly violated the Sherman Antitrust Act and have stolen more than $100,000 of the wages I would have earned if they had not colluded with each other. The Department of Justice has declined – for political reasons, I believe – to prosecute either these corporations or the executives who were responsible.

Due to this dereliction of duty, the justice system is the last opportunity to hold these corporations accountable. I want to proceed to trial so that the facts come out and are made public, and so that a jury of my peers can determine whether these corporations did, as I believe, violate the law.

If the jury finds that these corporations did nothing, the defendants deserve to be completely exonerated in public. If the jury finds that they violated the law, I do not care what the jury decides to award the class; I care only that the companies are found guilty.

I feel that by settling for pennies on the dollar, the attorneys for the class are selling out the interests of the class in order to receive tens of millions in legal fees.

Most importantly, the court must not allow these corporations to pay only an insignificant amount (to them) to make the case go away, and then assert that they have done nothing wrong. This is would be a great injustice and increase the cynicism of the American public about our judicial system.

*Albert Gordon Smith*

Albert Gordon Smith