# EXHIBIT K

Hi,
My name is Delia Terra
My address is
My telephone number is
My email address is

I object to this settlement for the following reasons:
- I have tried to calculate what the defendant's actions have caused me in damages, and I've calculated that their actions have eventually suppressed salaries by a percent or two in raises over the 5 years. That ends up translating to 8% or so after 5 years, of which I have been employed long enough to feel the full impact. That 8% over a 5 year period translates to 40% of my current yearly salary. The settlement of low 400 Millions translates to a settlement for me of less than 22% of my last yearly salary, not 40% or more.
- I want this to go to trial. I believe there is a strong case and that the settlement could be at least a billion dollars.
- I also believe that these actions were intentional, that there's a strong case for punitive damages which could triple the damages to over $3 billion.
- I want the companies to be found guilty instead of settling and claiming innocence. Also I believe the chances of losing this case are small if it goes to court.

My signature is: _____
Date:           May 19, 2015