# EXHIBIT N

**In re: High-Tech Employee Antitrust Litigation**

**Sent:** Thursday, May 21, 2015 8:15 PM
**To:** info (hightechemployeelawsuit.com HTEA1)

Dear Madam or Sir,

I apologize for the last minute comment. I believe the settlement is too low. I base this on my personal experience. I got hired 2006 and this was my first job after graduating from college. At that time, I did not have a reference what my annual salary should be. Four years later, my wife joined the same company. She got hired as a recent college graduate at pretty much my base salary at the time with the difference that I was a grade higher and was leading significant projects. As I brought this to the attention to my management chain, the first reaction was "why now?". As it was explained that I had a reference, my salary got fixed (+30%). The absence of the anti-poaching agreement might have given me the opportunity to evaluate my salary sooner and limit damages.

We still feel the impact of the limited pay back then today. Back in 2010, we were considering to by a condo but could eventually not afford it. Five years later, this would have been a very wise move. I am sure that there are similar stories out there. This is not just about competitive pay but also about missed opportunities.

The culture of the high tech companies has changed a lot. In times with record profits, these companies should start investing into their employees and break the economic cycle of stalling income or at least invest into the future in different ways. This might help to stimulate the economy as well set an example for other industries. Instead, we have record level of money hoarding.

Thank you very much.

-----------------------

