# EXHIBIT P



May 19, 2015

High-Tech Employee Antitrust Settlement
Gilardi & Co. LLC
P.O. Box 8060
San Rafael, CA 94912-8060

To the Court for the High-Tech Employee Antitrust Lawsuit,

I am writing to explain my decision to opt-out of the proposed settlement for the lawsuit against my former employer, Google, and their collusion with other employers. I was a software engineer at Google 2001–2006.

Google, Apple, Adobe and Intel are some of the leading employers in my industry. The harm they did to software engineers, particularly junior ones, is enormous. It's not simply the lost wages in the settlement period; the market distortion set back the careers of my friends. Artificially lower wages compound for years as new jobs' salaries often depend on previous ones. Brilliant young engineers lost opportunities to advance their careers because they were unaware of opportunities at other companies. The harm done was significant and I do not feel the settlement is sufficient.

I'm also opting out because I am unimpressed with my nominated attorneys. The fact that Judge Koh ruled the original settlement was "below the range of reasonableness" suggests my attorneys are poor negotiators and have not represented the plaintiffs effectively. I do not see wish to participate in a settlement where they receive $80M+ dollars. Also personally, I'm irritated that they cannot even do class members the courtesy of answering email sent to the published contact address of info@hightechemployeelawsuit.com. My emails of April 29 and May 10 both went unacknowledged.

Thank you for reading my letter. I do not wish to speak at the Fairness Hearing.

Sincerely,

Nelson Minar