Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.395-9940

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: July 9, 2015<br>Time: 1:30 pm<br>Courtroom: Room 8, 4th Floor<br>Judge: Honorable Lucy H. Koh |

I, Dean M. Harvey, declare as follows:

1. I am an attorney licensed to practice in the Northern District of California. I am a partner at the firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), Co-Lead Class Counsel. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2. Since January 15, 2015, when Class Counsel filed their Motion for Preliminary Approval of Class Action Settlement (Dkt. 1032), hundreds of Class Members have contacted LCHB (or lead LCHB partner Kelly M. Dermody specifically) directly, by email or telephone, with questions and requests regarding the Settlement reached with Defendants Adobe Systems Incorporated, Apple Inc., Google Inc., and Intel Corporation. Ms. Dermody or I often answered these questions and responded to these requests personally. For the remainder, I supervised others at LCHB who answered questions and responded to requests. When Class Members asked questions regarding their individual allocation from the Settlement, Class Members were informed about how the Settlement's plan of allocation worked, the likely average net recovery (approximately $5,072), and why an individualized estimate would not be possible until the Claims Administrator received and processed all opt outs and the Court made determinations on various requests for attorneys' fees, costs, and service awards.

3. On May 19, 2015, Nelson Minar opted-out of the Settlement and provided a comment to Gilardi & Co. LLC ("Gilardi"), copying Class Counsel. (*See* Supp. Decl. of Kenneth Jue, Ex. P, submitted herewith). In that comment, Mr. Minar states that he sent two emails to info@hightechemployeelawsuit.com (an email address Gilardi administers) one on April 29, 2015 and another on May 10, 2015, and that he had not received a response. Ms. Dermody immediately responded to Mr. Minar and told him that I would follow-up with Gilardi regarding his two prior emails. A true and correct copy of Ms. Dermody's May 19, 2015 email to Mr. Minar is attached as **Exhibit A**. I called Mr. Minar and spoke with him that day. He emailed Ms. Dermody and myself on May 19, 2015, thanked us for our response and confirmed that he had no unanswered questions. A true and correct copy of Mr. Minar's email, and Ms. Dermody's response, is attached as **Exhibit B**. Also that day, I conferred with Gilardi's Kenneth Jue, who informed me that there was no record of an April 29,

1  2015 email from Mr. Minar, but that indeed Gilardi had received an email from Mr. Minar on May 10
2  and had not yet responded to it.  In that May 10, 2010 email, Mr. Minar asked how he could opt-out via
3  email.  This issue was resolved by Mr. Minar's May 19, 2015 email in which he opted-out of the
4  Settlement.  On May 19, 2015, Mr. Jue confirmed to me that Gilardi had implemented a system to track
5  messages and respond promptly.  Mr. Jue also informed me that he had gone through all messages
6  Gilardi received from Class Members and confirmed that all messages asking for a response received a
7  response.

8      4.    Class Counsel are investigating whether Mark Zavislak is currently working as a lawyer
9  in Google's in-house legal department.  Class Counsel are conferring with Google's counsel regarding
10  this.

11  I declare under penalty of perjury under the laws of California and the United States that
12  the foregoing is true and correct.

14  Executed on June 15, 2014 in San Francisco, California.

*/s/ Dean M. Harvey*
Dean M. Harvey