# EXHIBIT A

**From:** Dermody, Kelly M.
**Sent:** Tuesday, May 19, 2015 12:08 PM
**To:** 'Nelson Minar'
**Cc:** Harvey, Dean
**Subject:** RE: opt-out letter for the High-Tech Employee Antitrust Settlement

Dear Mr. Minar:

Thank you for letting us know.  My partner Dean Harvey will also be following up with the claims administrator regarding your unanswered emails.  That is not acceptable to us and we apologize for the inconvenience to you.  Please do not hesitate to let us know if we may answer any questions for you.

Best wishes,

Kelly

**Kelly M. Dermody**
kdermody@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **On Behalf Of** Nelson Minar
**Sent:** Tuesday, May 19, 2015 10:58 AM
**To:** info@hightechemployeelawsuit.com; Dermody, Kelly M.; jsaveri@saverilawfirm.com
**Subject:** opt-out letter for the High-Tech Employee Antitrust Settlement

I was a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, and am opting out of the settlement. I've also mailed a paper copy of these letters to the published address.