# EXHIBIT B

**From:** Dermody, Kelly M.
**Sent:** Tuesday, May 19, 2015 1:47 PM
**To:** 'Nelson Minar'; Harvey, Dean
**Subject:** RE: opt-out letter for the High-Tech Employee Antitrust Settlement

Dear Mr. Minar:

We will be sure that you are opted out of the settlement and that your comments are submitted to the Court.  We have already made calls to the independent claims administrator (a private vendor) to try to understand how this could have happened and whether there may be any others in the same situation.  We very much appreciate you letting us know so that we can troubleshoot the issue.

Best wishes,

Kelly

**Kelly M. Dermody**
kdermody@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

**From:** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ **On Behalf Of** Nelson Minar
**Sent:** Tuesday, May 19, 2015 12:53 PM
**To:** Dermody, Kelly M.; Harvey, Dean
**Subject:** Re: opt-out letter for the High-Tech Employee Antitrust Settlement

Thank you for your email and the call from Dean Harvey. I appreciate the offer to follow up and answer any questions, but I have none. Please just opt me out of the settlement and be sure my comment letter is passed on to the court.

I'm glad you find it unacceptable that your claims administrator is not answering plaintiff's emails. You should follow up and see who else wasn't answered, I imagine I'm not the only one.

Thank you,
 Nelson