# EXHIBIT A

| | |
|---|---|
| **Subject:** | High-Tech Employee Lawsuit |
| **Attachments:** | 15-5-8 [1075] [Proposed] Order_LCHB Motion for Attorney Fees.pdf; 15-5-8 [1083] Dermody Decl_LCHB Motion for Atny Fees.pdf; 15-5-8 [1080] Glackin Decl_LCHB Motion for Attorney Fees.pdf; 15-5-8 [1081] Sabella Decl_LCHB Motion for Attny Fees.pdf; 15-5-8 [1077] Fichtner Decl_ Motion for Attorney Fees.pdf; 15-5-8 [1078] Stover Decl_ Motion for Attorney Fees.pdf; 15-5-8 [1079] Fitzpatrick Decl_ Motion for Attorney Fees.pdf; 15-5-8 [1082] Harvey Decl_LCHB Motion for Attny Fees.pdf; 15-5-7 [1072] Saveri Motion for Attny Fees.pdf; 15-5-7 [1072-1] [Proposed] Order_Saveri Motion for Attny Fees.pdf; 15-5-7 Saveri Decl ISO Motion for Attny Fees.pdf; 2015-5-21 [1085] Supp Saveri Decl RE Attorney Fees.pdf; 15-5-7 [1074] Cramer Decl_Motion for Attny Fees.pdf; 15-5-7 [1069] Girard Decl_Girard Gibbs Motion for Attny Fees.pdf; 15-5-7 [1069] Girard Gibbs Motion for Attny Fees.pdf; 15-5-7 [1070] Devine Decl_Girard Gibbs Motion for Attny Fees.pdf; 15-5-7 [1071] [Proposed Order] Girard Gibbs Motion for Attny Fees.pdf; 15-5-8 [1075] LCHB Motion for Attorney Fees.pdf |

**From:** Harvey, Dean
**Sent:** Thursday, May 21, 2015 6:55 PM
**To:** ▉▉▉▉▉▉▉▉▉▉▉▉
**Subject:** High-Tech Employee Lawsuit

Dr. Veach,

I write in response to your May 20, 2015 letter to the claims administrator. I am an attorney with class counsel. First, I wanted to be sure you have class counsel's fee requests and supporting materials. I've attached the motions and declarations. Many of the exhibits are large, and those should be available through the case website later today (www.hightechemployeelawsuit.com). Please let me know if you do not receive them or cannot access them. We would not oppose an extension for you to ensure that you are able to review these materials.

Second, I would very much appreciate an opportunity to speak with you. Is there a time, perhaps tomorrow, that would work?

Best,

Dean Harvey

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Dean M. Harvey**
dharvey@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP  275 Battery Street, 29th Floor
San Francisco, CA 94111-3339  www.lieffcabraser.com