# EXHIBIT B

**From:** ███████████████████
**On Behalf Of** Eric Veach
**Sent:** Friday, May 22, 2015 9:21 AM
**To:** Harvey, Dean
**Subject:** Re: High-Tech Employee Lawsuit

Mr. Dean,

It should be clear that the main purpose of my letter is to increase relief for the class by reducing attorneys' fees. I would rather not speak with you on this matter, as I do not see how it can help with my objective.

Thank for making the documents available at this late date, but my objection stands.

Best regards,

Eric Veach

On Thu, May 21, 2015 at 6:54 PM, Harvey, Dean <dharvey@lchb.com> wrote:

Dr. Veach,

I write in response to your May 20, 2015 letter to the claims administrator. I am an attorney with class counsel. First, I wanted to be sure you have class counsel's fee requests and supporting materials. I've attached the motions and declarations. Many of the exhibits are large, and those should be available through the case website later today (www.hightechemployeelawsuit.com). Please let me know if you do not receive them or cannot access them. We would not oppose an extension for you to ensure that you are able to review these materials.

Second, I would very much appreciate an opportunity to speak with you. Is there a time, perhaps tomorrow, that would work?

Best,

Dean Harvey

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Dean M. Harvey**
dharvey@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.