# EXHIBIT D

| | |
|---|---|
| Subject: | High-Tech Employee Antitrust Litigation |
| Attachments: | 15-5-8 [1080] Glackin Decl_LCHB Motion for Attorney Fees.pdf; 15-5-8 [1083] Dermody Decl_LCHB Motion for Atny Fees.pdf; 15-5-7 Saveri Decl ISO Motion for Attny Fees.pdf; 15-5-8 [1081] Sabella Decl_LCHB Motion for Attny Fees.pdf; 15-5-7 [1072] Saveri Motion for Attny Fees.pdf; 15-5-7 [1072-1] [Proposed] Order_Saveri Motion for Attny Fees.pdf; 15-5-7 [1069] Girard Gibbs Motion for Attny Fees.pdf; 2015-5-21 [1085] Supp Saveri Decl RE Attorney Fees.pdf; 15-5-7 [1074] Cramer Decl_Motion for Attny Fees.pdf; 15-5-7 [1069] Girard Decl_Girard Gibbs Motion for Attny Fees.pdf; 15-5-7 [1070] Devine Decl_Girard Gibbs Motion for Attny Fees.pdf; 15-5-7 [1071] [Proposed Order] Girard Gibbs Motion for Attny Fees.pdf; 15-5-8 [1075] [Proposed] Order_LCHB Motion for Attorney Fees.pdf; 15-5-8 [1075] LCHB Motion for Attorney Fees.pdf; 15-5-8 [1077] Fichtner Decl_ Motion for Attorney Fees.pdf; 15-5-8 [1079] Fitzpatrick Decl_ Motion for Attorney Fees.pdf; 15-5-8 [1082] Harvey Decl_LCHB Motion for Attny Fees.pdf; 15-5-8 [1078] Stover Decl_ Motion for Attorney Fees.pdf |

**From:** Harvey, Dean
**Sent:** Friday, May 22, 2015 3:19 PM
**To:** ▓▓▓▓▓▓▓▓▓▓
**Subject:** High-Tech Employee Antitrust Litigation

Dear Mr. Zavislak,

I write in response to your May 20, 2015 letter to the claims administrator. I am an attorney with class counsel. I wanted to be sure you have class counsel's fee requests and supporting materials. I've attached the motions, briefs, and declarations. Many of the exhibits are large, and these are available through the case website (www.hightechemployeelawsuit.com). Please let me know if you do not receive them or cannot access them. We would not oppose an extension for you to ensure that you are able to review these materials.

Best,

Dean Harvey

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Dean M. Harvey**
dharvey@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

1