# **EXHIBIT E**

**From:** Mark Zavislak
**Sent:** Friday, May 22, 2015 3:48 PM
**To:** Harvey, Dean;
**Subject:** Re: High-Tech Employee Antitrust Litigation

Dear Mr. Harvey:

I write in response to your email below, which I received less than an hour ago. My letter of objections was dated May 21, 2015 and was delivered the same day by email and fax to the class administrator. I have made my objections, and because it is now May 22, 2015, the deadline set by the court for the submission of objections has now expired.

For the avoidance of doubt, please notify your co-counsel and your opposing counsel that I am no longer wish to be represented by class counsel in this matter. If you are unable to do so for whatever reason, please let me know.

Regards,
-Mark

On Fri, May 22, 2015 at 3:19 PM Harvey, Dean <dharvey@lchb.com> wrote:

Dear Mr. Zavislak,

I write in response to your May 20, 2015 letter to the claims administrator. I am an attorney with class counsel. I wanted to be sure you have class counsel's fee requests and supporting materials. I've attached the motions, briefs, and declarations. Many of the exhibits are large, and these are available through the case website (www.hightechemployeelawsuit.com). Please let me know if you do not receive them or cannot access them. We would not oppose an extension for you to ensure that you are able to review these materials.

Best,

Dean Harvey

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Dean M. Harvey**
dharvey@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com

This message is intended for the named recipients only. It may contain information protected by the attorney-client or work-product privilege. If you have received this email in error, please notify the sender immediately by replying to this email. Please do not disclose this message to anyone and delete the message and any attachments. Thank you.