# EXHIBIT F

**From:** Harvey, Dean
**Sent:** Friday, May 22, 2015 5:07 PM
**To:** ████████████
**Subject:** High-Tech Employee Antitrust Litigation

Dear Mr. Hsu,

I write regarding your May 21, 2015 message to the claims administrator.  I am an attorney with class counsel.  I wanted to be sure you have class counsel's fee requests and supporting materials.  I've attached the motions, briefs, and declarations.  Many of the exhibits are large, and these are available through the case website (www.hightechemployeelawsuit.com).  Please let me know if you do not receive them or cannot access them.  We would not oppose an extension for you to ensure that you are able to review these materials.

Best,

Dean Harvey

**Lieff Cabraser Heimann & Bernstein**
Attorneys at Law

**Dean M. Harvey**
dharvey@lchb.com
t 415.956.1000
f 415.956.1008

Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
www.lieffcabraser.com