Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.395-9940

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL ACTIONS. | Master Docket No. 11-CV-2509-LHK<br><br>**SECOND SUPPLEMENTAL DECLARATION OF KENNETH JUE**<br><br>Date:       July 9, 2015<br>Time:      1:30 pm<br>Courtroom: Room 8, 4th Floor<br>Judge:     Honorable Lucy H. Koh |

I, Kenneth Jue, declare:

1. I am employed as a project manager by Gilardi & Co. LLC ("Gilardi"), located at 3301 Kerner Blvd., San Rafael, California. Gilardi serves as the Court-appointed Settlement Administrator regarding the settlement with Defendants Adobe Systems Incorporated, Apple Inc., Google Inc., and Intel Corporation (collectively, the "Settling Defendants"), as set forth in the Settlement Agreement. As the case manager at Gilardi, I oversaw the administrative services provided. I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2. To date, no Class Member has ever contacted Gilardi to request Class Counsel's Motion for Attorneys' Fees, Reimbursement of Expenses, and Service Awards ("Motion," Dkt. 1075) or supporting papers. Had any asked to be provided with the Motion or supporting papers, or described difficulty in obtaining any publicly-filed document in this action, Gilardi would have provided it (just as Gilardi provided 56 Class Members with copies of the Notice when they asked for it, over the phone, by email, and / or by mail).

3. After seeing concerns expressed about access to the Motion for fees and supporting papers stated in in the objections submitted by Eric Veach and Mark Zavislak, I (at Class Counsel's request) posted the Motion, supporting papers, and related filings to the case-specific website on May 21, 2015 (http://www.hightechemployeelawsuit.com/case-documents.aspx).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed this 29th day of June, 2015, at San Rafael, California.

                                      */s/ Kenneth Jue*
                                      Kenneth Jue