Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery Street, Suite 625
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 5:11-cv-2509<br><br>**JOSEPH SAVERI LAW FIRM, INC.'S MOTION TO ENLARGE TIME** |

Pursuant to Local Rule 6-3, the Joseph Saveri Law Firm, Inc. ("JSLF") submits this Motion seeking an extension of time to file a joint submission regarding attorneys' fees. On July 9, 2015, the Court ordered that JSLF and Lieff Cabraser Heimann & Bernstein, LLP ("LCHB") jointly submit a document on July 16, 2015, summarizing disputes concerning JSLF's time entries, on an entry-by-entry basis. For the reasons briefly described below and more fully stated in the attached Declaration of Joseph R. Saveri, JSLF respectfully requests that the Court grant an extension to July 20, 2015 for JSLF and LCHB to file a joint submission.

JSLF and LCHB have engaged in time-consuming, exhaustive discussions to identify and attempt to resolve disputes concerning JSLF's time entries. The process has been difficult, particularly given the volume of LCHB's criticisms as well as LCHB's refusal to provide written objections to most of the specific time entries until late in the evening on Wednesday, July 15, 2015. Despite these difficulties, LCHB and JSLF have been able to narrow the entries in dispute by over 100 entries. JSLF believes that further discussion between the parties could substantially narrow the entries in dispute.

For these reasons, JSLF respectfully requests that the Court grant JSLF's motion to enlarge time.

Dated: July 16, 2015          JOSEPH SAVERI LAW FIRM, INC.

By:     /s/ Joseph R. Saveri
           Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone:  415. 500.6800
Facsimile:   415. 395.9940