1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 5:11-cv-2509<br><br>**[PROPOSED] ORDER GRANTING JOSEPH SAVERI LAW FIRM, INC.'S MOTION TO ENLARGE TIME** |

    This matter came before the Court on the Joseph Saveri Law Firm, Inc.'s Motion to Enlarge Time. Upon consideration of the Motion and the declaration in support thereof;

    IT IS HEREBY ORDERED AND DECREED:

    Pursuant to Local Rule 6-3, the Court extends the time for the Joseph Saveri Law Firm, Inc. and Lieff Cabraser Heimann & Bernstein, LLP to file a joint submission regarding disputed attorney time entries until July 20, 2015.

Dated: _____     _____
                                          LUCY H. KOH
                                          United States District Judge