UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL ACTIONS | Case No. 5:11-cv-2509<br><br>[~~PROPOSED~~] ORDER GRANTING JOSEPH SAVERI LAW FIRM, INC.'S MOTION TO ENLARGE TIME |

This matter came before the Court on the Joseph Saveri Law Firm, Inc.'s Motion to Enlarge Time. Upon consideration of the Motion and the declaration in support thereof;

IT IS HEREBY ORDERED AND DECREED:

Pursuant to Local Rule 6-3, the Court extends the time for the Joseph Saveri Law Firm, Inc. and Lieff Cabraser Heimann & Bernstein, LLP to file a joint submission regarding disputed attorney time entries until July 20, 2015.

Dated:  July 16, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge