1  Richard M. Heimann (State Bar No. 63607)
   Kelly M. Dermody (State Bar No. 171716)
2  Brendan P. Glackin (State Bar No. 199643)
   Dean M. Harvey (State Bar No. 250298)
3  Anne B. Shaver (State Bar No. 255928)
   LIEFF CABRASER HEIMANN &
4  BERNSTEIN, LLP
   275 Battery Street, 29th Floor
5  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
6  Facsimile: (415) 956-1008

7  Joseph R. Saveri (State Bar No. 130064)
   James Dallal (State Bar No. 277826)
8  JOSEPH SAVERI LAW FIRM, INC.
   505 Montgomery, Suite 625
9  San Francisco, CA 94111
   Telephone: 415.500.6800
10 Facsimile: 415.395.9940

11 *Co-Lead Class Counsel*

12

13                UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                    SAN JOSE DIVISION

16

17 IN RE: HIGH-TECH EMPLOYEE            Master Docket No. 11-CV-2509-LHK
   ANTITRUST LITIGATION
18                                      **CLASS COUNSEL'S JOINT**
   THIS DOCUMENT RELATES TO:           **SUPPLEMENTAL SUBMISSION**
19                                      **REGARDING FEES AND COSTS**
   ALL ACTIONS
20

21

22

23

24

25

26

27

28

1.     On July 9, 2015, the Court ordered Lieff Cabraser Heimann & Bernstein ("LCHB") and the Joseph R. Saveri Law Firm, Inc. ("JSLF") (collectively, "Co-Lead Counsel") to meet and confer, and come to agreement if possible, regarding the total lodestar that Co-Lead Counsel believe the Court should use for purposes of the lodestar cross-check in connection with the pending applications for attorneys' fees in this matter. *See* Tr. at 66-67 (July 9, 2015). After an opportunity to meet and confer and review the lodestar in this matter, Co-Lead Counsel have reached agreement.  To be conservative, in the interests of resolution of this matter for the benefit of the class, Co-Lead Counsel agree that, for purposes of the lodestar cross-check in connection with the pending motion, the lodestar on which Co-Lead Counsel can both agree that the Court may rely is $18,259,097.75. This lodestar includes reported time from the following four firms: JSLF, LCHB, Berger & Montague and Grant & Eisenhofer.  The following facts are provided to explain the reasoning and put this resolution in context.

2.     The timekeeping practices of the JSLF in connection with this litigation are set out in the Declaration of Joseph R. Saveri In Support Of Plaintiffs' Motion For Attorneys' Fees, Reimbursement Of Expenses, and Incentive Awards (Dkt. 1073) ("Saveri Declaration"), as modified by the Supplemental Declaration of Joseph R. Saveri In Support Of Plaintiffs' Motion For Attorneys' Fees, Reimbursement Of Expenses, And Incentive Awards (Dkt. 1085) ("Supplemental Saveri Declaration").

3.     Co-Lead Counsel agree that JSLF attorneys, including JSLF's founder, Joseph Saveri, in collaboration with attorneys from LCHB, participated in all phases of the litigation and, in connection therewith, did substantial work on behalf of the class.  JSLF took 36 depositions of Defendant witnesses, including of such key figures as certain of Defendants' respective chief executive officers and expert witnesses. JSLF attorneys performed work drafting discovery, meeting and conferring with Defendants regarding that discovery, and negotiating and preparing joint filings regarding the progress of discovery. JSLF lawyers reviewed and analyzed voluminous amounts of documents Defendants produced in the case, and helped in selecting documents for use at depositions and in law and motion practice. JSLF personnel also performed work identifying and vetting candidates to serve as expert witnesses, developing expert testimony

and engaging in expert discovery, working with professional economists to analyze economic information and employment and compensation data from Defendants, and providing assistance with drafting of expert reports, as well as materials relevant to their opinions and for use as exhibits.

4.      JSLF attorneys also contributed to motion practice and made significant contributions to the major filings on behalf of Plaintiffs and the Class in the case.  *See* Saveri Declaration, ¶¶ 20-28.  JSLF also did significant work to prepare the case for trial.

5.      JSLF, including Mr. Saveri in particular, participated in settlement discussions, mediation and preparation of settlement documentation. Ultimately, the work of LCHB and JSLF collectively, together with the other class counsel, culminated in the $415 million settlement with Defendants.

6.      The daily billing records of JSLF are found at Saveri Declaration, Exhibit 4, as modified in the Supplemental Saveri Declaration, Exhibit 1.  *See* Saveri Declaration, ¶¶14-17; Supplemental Saveri Declaration, ¶¶3-9. The work described was performed for benefit of the class. *Id*.

7.      LCHB has raised concerns regarding the billing records of JSLF, and Mr. Saveri in particular, and whether such records comply with the Court's orders and guidance regarding billing practices.

8.      The Court currently has under submission applications of Class Counsel for the award of $81,125,000 in attorneys' fees (approximately 19.5% of the overall settlement of $415 million), as described in the class action notice.  *See* Jue Declaration, Ex. A (Dkt. 1086-1).  In connection with that application, the Court has indicated it intends to perform a lodestar cross-check.

9.      Mr. Saveri believes that the lodestar his firm reported in his revised declaration of May 21, 2015 (Dkt. 1085) is accurate and reliable. LCHB acknowledges the valuable and significant contributions made by JSLF and Mr. Saveri.

10.      Nevertheless, so as to be conservative and to eliminate any potential concerns or issues regarding the appropriate lodestar to use for the cross-check, Co-Lead Counsel agree that

the lodestar that the Court should use in performing its cross-check should be: (a) the full lodestars of LCHB ($11,476,957.50), Berger & Montague ($1,373,095.50), and Grant & Eisenhofer ($1,429,225.50); and (b) the lodestar of JSLF as reported in the supplemental declaration of May 21, 2015, with the following adjustments: (i) disregard all time reported and billed by Mr. Saveri ($2,059,344), and (ii) reduce of the remainder of JSLF reported time by a total of $278,656.  In sum, for purposes of the lodestar cross-check, and to be conservative, the JSLF lodestar should be reduced by $2,338,000.00 (from $6,314,819.25 to $3,979,819.25).  As a result of this adjustment, the total Class Counsel lodestar to be used for the cross-check should be $18,259,097.75.  This agreed-upon lodestar results in a multiplier cross-check of 4.44 for a fee award of $81,125,000.

11.     Co-Lead Class Counsel submit that the resulting multiplier of 4.44 is based upon a conservative and reliable estimate of Class Counsel's cumulative loadstar and confirm that the attorneys' fees sought are reasonable based upon the circumstances of this case.  (*See* Dkt Nos. 1072, 1075, and 1093.)

12.     Co-Lead Class Counsel also agree that the unreimbursed costs reported in Mr. Saveri's May 21, 2015 declaration (Dkt. 1085-6) should be included in the Class Counsel cost submission: $622,381.48 for LCHB; $589,194.94 for JSLF; $18,600.01 for Berger & Montague; and $1,100.23 for Grant & Eisenhofer.  These unreimbursed costs total $1,231,276.66.  Co-Lead Class Counsel reaffirm that they seek only the $1,200,000 in costs reflected in the Notice provided to the Class, and do not seek reimbursement for the remaining $31,276.66.

1

Respectfully submitted,

2     Dated:  July 20, 2015

LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

3

By:____/s/ Kelly M. Dermody_____
              Kelly M. Dermody

4

5     Richard M. Heimann (State Bar No. 63607)
      Kelly M. Dermody (State Bar No. 171716)
      Brendan P. Glackin (State Bar No. 199643)
6     Dean M. Harvey (State Bar No. 250298)
      Anne B. Shaver (State Bar No. 255928)
7     275 Battery Street, 29th Floor
      San Francisco, CA  94111-3339
8     Telephone:  (415) 956-1000
      Facsimile:  (415) 956-1008

9

JOSEPH SAVERI LAW FIRM, INC.

10

By:____/s/ Joseph R. Saveri_____
              Joseph R. Saveri

11

12    Joseph R. Saveri (State Bar No. 130064)
      James Dallal (State Bar No. 277826)
13    JOSEPH SAVERI LAW FIRM, INC
      505 Montgomery Street, Suite 625
14    San Francisco, CA 94111
      Telephone: 415. 500.6800
15    Facsimile: 415. 395.9940

16

*Co-Lead Class Counsel*

17

18

19

20

21

22

23

24

25

26

27

28