1 | Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
2 | Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
3 | Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN &
4 | BERNSTEIN, LLP
275 Battery Street, 29th Floor
5 | San Francisco, CA 94111-3339
Telephone: (415) 956-1000
6 | Facsimile: (415) 956-1008

7 | Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
8 | JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
9 | San Francisco, CA 94111
Telephone: 415.500.6800
10 | Facsimile: 415.395.9940

11 | *Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**STATUS REPORT REGARDING FURTHER COMMUNICATIONS WITH CERTAIN CLASS MEMBER OBJECTORS** |

During the July 9, 2015 hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 1087), the parties discussed with the Court objections submitted by certain Class Members (David Hsu, Loren Kohnfelder, Eric Veach, and Mark Zavislak) regarding their requests for estimates of their individual settlement allocations. (*See* Tr. at 15-26.) The Court considered whether to ask Class Counsel to provide these Class Members (in particular, Mr. Zavislak) with an estimate of their individual allocation, and to provide Mr. Zavislak with a deadline of two days thereafter to reconsider whether to opt-out of the Settlement. (*Id.* at 18-26.)

Following the July 9, 2015 hearing, Class Counsel consulted with the Settlement Administrator and created individual allocation estimates for Mr. Hsu, Mr. Kohnfelder, Dr. Veach, and Mr. Zavislak. Class Counsel provided those estimates to the four Class Members on July 16, 2015, and asked whether, after receiving this information, any would request a late opt-out of the pending Settlement if given the option. None of the four responded affirmatively. Mr. Kohnfelder and Mr. Zavislak explicitly advised Class Counsel that they would *not* seek a late opt-out in light of this information.

Respectfully submitted,

Dated: July 20, 2015   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By: */s/ Kelly M. Dermody*
      Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

1                     JOSEPH SAVERI LAW FIRM, INC.

2                     By:   */s/ Joseph R. Saveri*
                               Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 395.9940

*Co-Lead Class Counsel*