UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>**ALL ACTIONS** | Case No. 11-CV-02509-LHK<br><br>**ORDER TO FILE BILLING RECORDS SUPPORTING LODESTAR CALCULATION FOR THE JOSEPH R. SAVERI LAW FIRM, INC.** |

At the July 9, 2015 hearing on final approval, the Court ordered Lieff Cabraser Heimann & Bernstein ("LCHB") and the Joseph R. Saveri Law Firm, Inc. ("JSLF") (collectively, "Co-Lead Counsel") to meet and confer, and come to agreement if possible, regarding the total lodestar that Co-Lead Counsel believe the Court should consider for purposes of awarding attorney's fees in this case. In particular, the Court ordered Co-Lead Counsel to go through JSLF's billing records, entry by entry, and indicate to the Court in a joint filing which entries LCHB disputed and why. ECF No. 1101, Final Approval Tr. at 66:15-25.

On July 20, 2015, Co-Lead Counsel submitted a joint filing indicating their agreement on a total lodestar amount. ECF No. 1105. That amount, which is the sum of the individual lodestars

1

Case No. 11-CV-02509-LHK
ORDER TO FILE BILLING RECORDS SUPPORTING LODESTAR CALCULATION FOR THE JOSEPH R. SAVERI LAW FIRM, INC.

for each of JSLF, LCHB, Berger & Montague and Grant & Eisenhofer, is $18,259,097.75. *Id.* ¶ 10. To arrive at this figure, Co-Lead Counsel agreed that JSLF's individual lodestar, as reported in Mr. Saveri's supplemental declaration of May 21, 2015, should be further reduced by $2,338,000.00 (from $6,314,819.25 to $3,979,819.25). *Id.* That reduction was based on "the following adjustments: (i) disregard all time reported and billed by Mr. Saveri ($2,059,344), and (ii) reduce of the remainder of JSLF reported time by a total of $278,656." *Id.*

While the Court appreciates that Co-Lead Counsel were able to come to agreement on a total lodestar amount, Co-Lead Counsel's joint filing does not provide the Court with an adequate basis for calculating JSLF's lodestar. Accordingly, the Court hereby ORDERS Co-Lead Counsel to file revised attorney billing records for JSLF establishing the basis for JSLF's revised lodestar. Co-Lead Counsel shall also file a joint statement or declaration summarizing JSLF's revised billing records, including the total number of hours spent by JSLF attorneys on this litigation, the JSLF attorneys' individual billing rates, and justifications for such rates. Co-Lead Counsel shall file these documents no later than July 24, 2015.

**IT IS SO ORDERED.**

Dated: July 20, 2015

_____
LUCY H. KOH
United States District Judge

Case No. 11-CV-02509-LHK
ORDER TO FILE BILLING RECORDS SUPPORTING LODESTAR CALCULATION FOR THE JOSEPH R. SAVERI LAW FIRM, INC.