1   Joseph R. Saveri (State Bar No. 130064)
    James Dallal (State Bar No. 277826)
2   JOSEPH SAVERI LAW FIRM, INC.
    505 Montgomery, Suite 625
3   San Francisco, CA 94111
    Telephone: 415.500.6800
4   Facsimile: 415.395.9940

5   *Co-Lead Class Counsel*

6

7

8

9

10

11              UNITED STATES DISTRICT COURT

12            NORTHERN DISTRICT OF CALIFORNIA

13                 SAN JOSE DIVISION

14

15   IN RE: HIGH-TECH EMPLOYEE          Master Docket No. 11-CV-2509-LHK
     ANTITRUST LITIGATION
16                                      **THE JOSEPH SAVERI LAW FIRM'S**
                                        **SUPPLEMENTAL SUBMISSION**
17   THIS DOCUMENT RELATES TO:          **REGARDING ITS LODESTAR**

18   ALL ACTIONS

19

20

21                  <u>**DECLARATION OF JOSEPH R. SAVERI**</u>

22          1.      I am an attorney licensed in the State of California and admitted to practice in the

23   Northern District of California. I am the founder of Joseph Saveri Law Firm, Inc. ("JSLF"), Co-

24   Lead Counsel for the Class Representatives and the proposed Settlement Class. I have personal

25   knowledge of the facts set forth herein and could competently testify to them if called as a

26   witness.

27          2.      I submit this declaration Pursuant to the Court's July 20, 2015 Order (Dkt. 1107),

28   which directs Co-Lead Counsel to file "a joint statement or declaration summarizing JSLF's

1  revised billing records, including the total number of hours spent by JSLF attorneys on this

2  litigation, the JSLF attorneys' individual billing rates, and justifications for such rates." *Id.*

3      3.      I have shared this declaration with Lieff Cabraser Heimann & Bernstein, LLP

4  ("LCHB"). LCHB did not object to the summary of the hours billed as reflected herein, and stated

5  it took no position with respect to the hourly rates charged by JSLF.

6      4.      Attached hereto as **Exhibit 1** is the revised detailed time entries of JSLF

7  containing the time entries that Co-Lead Counsel agrees, as part of the compromise and proposed

8  resolution set out and described in Class Counsel's Joint Supplemental Submission Regarding

9  Fees and Costs, (Dkt. 1105) ("Joint Statement"), should be submitted for purposes of the lodestar

10  cross-check in this case.

11      5.      The revised JSLF detailed time records reflect the omission of (a) all time reported

12  and billed by Joseph R. Saveri ($2,059,344), and (b) a total of $332,966.25 in lodestar billed by

13  other attorneys and staff of the JSLF.[1]

14      6.      The revised JSLF numbers result in a revised total lodestar for JSLF of

15  $3,922,509.00; a revised total lodestar for all Class Counsel of $18,201,787.50; and a revised

16  multiplier cross-check of 4.46 for a fee of $81,125,000.00. The calculations reflecting the revised

17  lodestar and multiplier are summarized in **Exhibit 2**.

18      7.      Attached as **Exhibit 3** is a summary of the revised hours, billing rate, and lodestar

19  of each JSLF attorney or staff member submitted as part of the compromise and proposed

20  resolution described in the Joint Statement for purposes of the lodestar cross-check.

21      8.      The JSLF makes the following representations, to which LCHB takes no position,

22  about the qualifications of each timekeeper submitting time from the JSLF: The hourly rates for

23  the partners, attorneys and professional support staff at JSLF included in **Exhibit 3** are the current

24

25  [1] Class Counsel reported that $278,656 was being deducted in their joint filing. Dkt. 1105 at 3.
    This was a calculation error, and the correct figure is $332,966.25. As set out in the Joint
26  Statement, as part of a compromise to reach a global resolution with LCHB on these issues, and
    to be conservative, for purposes of the lodestar cross-check JSLF agreed in response to concerns
27  LCHB raised to (a) omit the time billed by Mr. Saveri even though he did substantial and
    important work in the case; and (b) omit or reduce the hourly rate for certain other billing entries.
28

1    rates charged for those timekeepers. As previously indicated, Class Counsel submitted lodestar

2    information calculated at current rates. The rates set forth are the usual and customary hourly

3    rates charged for their services in non-contingent billable matters. These rates are similar to

4    prevailing market rates in this District. *See* Rubenstein Decl. ¶ 29 & Graph 1; Dkt. 1073-1 at 13-

5    14. Moreover, as explained below, these rates are consistent with fee applications by JSLF

6    granted in other recent litigation. The JSLF attorneys whose time is being submitted for purposes

7    of the lodestar cross-check are as follows:

8             a.    Anthony Andreoli has over ten years' experience as an attorney. He was

9    admitted to practice in Pennsylvania in 2001. Mr. Andreoli worked as a Staff Attorney in the

10   Securities & White Collar Practice Group at Dechert LLP in Philadelphia, PA. He also spent time

11   as an Associate at Zenstein, Gallant & Parlow PC in Philadelphia, as a Legal/Business Affairs

12   Assistant at Endeavor and CAA (Talent Agencies) in Los Angeles, CA and as an Associate at

13   Dilworth Paxson LLP in Philadelphia.

14            b.    James Dallal graduated in 2010, *cum laude*, from Hastings College of the

15   Law, and at the same time obtained an L.L.M. in European Law from Université Panthéon-Assas

16   in Paris (first in class and *mention bien*). He has been an associate at JSLF since summer 2012,

17   and prior that he worked in Los Angeles at a boutique law firm specializing in litigation arising

18   from the Financial Crisis. Mr. Dallal took nine depositions in this matter, and was involved in all

19   of the work JSLF did in preparing for expert depositions; briefing class certification and summary

20   judgment; communicating with Class members; and preparing for trial. In 2013, JSLF submitted

21   billing records for Mr. Dallal's services at its then-current hourly rate of $450 an hour for

22   purposes of a lodestar cross-check in fee applications made in *In re Cipro Cases I and II,* JCCP

23   Nos. 4154, 4220 (San Diego County Sup. Ct.) and *In re Titanium Dioxide Antitrust Litigation*, 10-

24   cv-00318-RDB (D. Md.). The respective courts performed a lodestar cross-check using that

25   hourly rate, and awarded the fee requested in full.

26            c.    Joshua P. Davis is Counsel to JSLF. He is also a Law Professor and

27   Associate Dean for Academic Affairs at the University of San Francisco School of Law, where

28   his scholarship focuses on antitrust law. Mr. Davis was a formerly a partner at Lieff Cabraser. He

1  graduated from New York University Law School in 1993, and clerked for the Hon. Patrick E.

2  Higginbotham of the U.S. Court of Appeals for the Fifth Circuit. Mr. Davis was involved in key

3  strategy decisions for this litigation; worked on issues related to experts and class certification;

4  and worked on appellate issues and appellate filings.

5      d.    Mary Heinrich has over ten years' legal experience, including as an

6  associate at Philadelphia law firms Post & Schell, P.C., Obermayer Rebman Maxwell & Hippel,

7  LLP, and Rawle & Henderson, LLP. She has also worked as a project attorney at Dechert LLP,

8  Pepper Hamilton, and Grant & Eisenhofer. She graduated from Loyola University School of Law

9  in New Orleans in 1999 and is admitted to the Pennsylvania bar.

10      e.    Lisa Leebove was counsel at JSLF from 2012 to 2013. Ms. Leebove

11  handled several depositions in this litigation, and was heavily involved in many aspects of class

12  certification and expert work. Ms. Leebove supervised and managed junior JSLF attorneys and

13  staff who worked on the litigation. Ms. Leebove was formerly a Partner at Lieff Cabraser. She is

14  a graduate of Hastings College of the Law and was admitted to the California bar in 1996. In

15  2013, JSLF submitted billing records for Ms. Leebove's services at its then-current rate of $600

16  an hour for purposes of a lodestar cross-check in fee applications made in *In re Cipro Cases I and*

17  *II,* JCCP Nos. 4154, 4220 (San Diego County Sup. Ct.) and *In re Titanium Dioxide Antitrust*

18  *Litigation*, 10-cv-00318-RDB (D. Md.). The respective courts performed a lodestar cross-check

19  using that hourly rate, and awarded the fee requested in full.

20      f.    Ryan McEwan is an associate at JSLF. He earned his J.D., *magna cum*

21  *laude,* Order of the Coif, from Hastings College of the Law in 2012. Prior to joining JSLF Mr.

22  McEwan worked as a fellowship attorney in the Antitrust Section of the California Department of

23  Justice and a judicial extern to the Honorable John E. Munter of the San Francisco Superior

24  Court, Complex Litigation Department. Mr. McEwan was named a 2015 "Rising Star" By

25  Thompson-West's Super Lawyer publication. In 2013, JSLF submitted billing records for Mr.

26  McEwan's services at its then-current rate of $450 an hour for purposes of a lodestar cross-check

27  in a fee applications made in *In re Cipro Cases I and II,* JCCP Nos. 4154, 4220 (San Diego

28  County Sup. Ct.) and *In re Titanium Dioxide Antitrust Litigation*, 10-cv-00318-RDB (D. Md.).

1    The respective courts performed a lodestar cross-check using that hourly rate, and awarded the

2    fee requested in full.

3              g.       Kevin Rayhill has six years of legal experience. Mr. Rayhill graduated

4    from Hastings College of the Law in 2009. Prior to joining JSLF, he was a Legal Research

5    Attorney at the Superior Court of San Francisco; held internships at the California Attorney

6    General's Office and the San Francisco City Attorney's Office; had an externship with Justice

7    Stuart R. Pollak of the California Court of Appeal's First District; and was a Research Attorney at

8    Lieff Cabraser. In 2013, JSLF submitted billing records for Mr. Rayhill's services at its then-

9    current rate of $450 an hour for purposes of a lodestar cross-check in a fee applications made in

10   *In re Cipro Cases I and II*, JCCP Nos. 4154, 4220 (San Diego County Sup. Ct.) and *In re*

11   *Titanium Dioxide Antitrust Litigation*, 10-cv-00318-RDB (D. Md.).The respective courts

12   performed a lodestar cross-check using that hourly rate, and awarded the fee requested in full.

13        I declare under penalty of perjury under the laws of the United States and the State of

14   California that the foregoing is true and correct to the best of my knowledge and that this

15   declaration was executed in San Francisco, California on July 24, 2015.

16                          JOSEPH SAVERI LAW FIRM, INC.

17                          By:    */s/ Joseph R. Saveri*
                                      Joseph R. Saveri
18
19                          Joseph R. Saveri (State Bar No. 130064)
                            James Dallal (State Bar No. 277826)
20                          JOSEPH SAVERI LAW FIRM, INC
                            505 Montgomery Street, Suite 625
21                          San Francisco, CA 94111
                            Telephone: 415. 500.6800
22                          Facsimile: 415. 395.9940
23                          *Co-Lead Class Counsel*
24
25
26
27
28