# Exhibit 2

**REVISED LODESTAR CROSS-CHECK CALCULATION**

|                  | LCHB              | JSLF             | B & M            | G & E            | All              |
|------------------|-------------------|------------------|------------------|------------------|------------------|
| Lodestar [A]:    | $11,476,957.50[1] | $3,922,509.00[2] | $1,373,095.50[3] | $1,429,225.50[4] | $18,201,787.50   |
| Fee Request [B]: |                   |                  |                  |                  | **$81,125,000.00** |
| Multiplier [B / A]: |                |                  |                  |                  | 4.45698          |

---

[1] Decl. of Kelly M. Dermody, Dkt. 1083, ¶ 19
[2] JSLF Suppl. Submission (this document), ¶ 6
[3] Decl. of Eric. L. Cramer, Dkt. 1074, ¶ 13
[4] Decl. of James J. Sabella, Dkt. 1091, ¶ 3