# Exhibit 3

## REVISED JSLF LODESTAR SUMMARY

| Timekeeper | Hours | Rate | Lodestar |
|---|---:|---:|---:|
| Adriano, Marielena | 170.50 | $300.00 | $51,150.00 |
| Andreoli, Anthony | 1,742.00 | $465.00 | $810,030.00 |
| Dallal, James | 2,807.50 | $490.00 | $1,375,675.00 |
| Dallal, James | 136.90 | $325.00 | $44,492.50 |
| Davis, Joshua | 343.70 | $800.00 | $274,960.00 |
| Heinrich, Mary | 827.00 | $465.00 | $384,555.00 |
| Lall, Prem | 421.10 | $315.00 | $132,646.50 |
| Leebove, Lisa | 1143.30 | $600.00 | $685,980.00 |
| McEwan, Ryan | 97.00 | $490.00 | $47,530.00 |
| Rayhill, Kevin | 80.00 | $490.00 | $39,200.00 |
| Saveri, Gabrielle | 254.30 | $300.00 | $76,290.00 |
| **TOTAL** | **8,023.30** | | **$3,922,509.00** |