| | |
|---|---|
| 1 | Richard M. Heimann (State Bar No. 63607) |
| | Kelly M. Dermody (State Bar No. 171716) |
| 2 | Brendan P. Glackin (State Bar No. 199643) |
| | Dean M. Harvey (State Bar No. 250298) |
| 3 | Anne B. Shaver (State Bar No. 255928) |
| | LIEFF CABRASER HEIMANN & |
| 4 | BERNSTEIN, LLP |
| | 275 Battery Street, 29th Floor |
| 5 | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| 6 | Facsimile: (415) 956-1008 |
| 7 | Joseph R. Saveri (State Bar No. 130064) |
| | James Dallal (State Bar No. 277826) |
| 8 | JOSEPH SAVERI LAW FIRM, INC. |
| | 505 Montgomery, Suite 625 |
| 9 | San Francisco, CA 94111 |
| | Telephone: 415.500.6800 |
| 10 | Facsimile: 415.395.9940 |
| 11 | *Co-Lead Class Counsel* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**SUPPLEMENTAL STATUS REPORT REGARDING FURTHER COMMUNICATIONS WITH CERTAIN CLASS MEMBER OBJECTORS** |

1266989.1

SUPP. STATUS REPORT REGARDING FURTHER
COMMUNICATIONS WITH CERTAIN CLASS
MEMBER OBJECTORS; 11-CV-2509-LHK

Following Class Counsel's July 20, 2015 Status Report Regarding Further Communications with Certain Class Member Objectors (Dkt. 1106), Class Members David Hsu and Eric Veach confirmed to Class Counsel that they would not seek a late opt-out in light of their individual settlement allocation estimates. (Decl. of Dean M. Harvey, ¶¶ 6-7, filed herewith.) Thus, Class Counsel have now confirmed that all four Class Members who raised concerns about not receiving individual settlement allocation information (Mr. Hsu, Loren Kohnfelder, Dr. Veach, and Mark Zavislak) have declined to seek a late opt-out upon receiving estimates of their individual allocations. (*Id.* ¶¶ 4-7.)

Respectfully submitted,

Dated: July 24, 2015        LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By:     */s/ Kelly M. Dermody*
            Kelly M. Dermody

Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

JOSEPH SAVERI LAW FIRM, INC.

By:     */s/ Joseph R. Saveri*
            Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC
505 Montgomery Street, Suite 625
San Francisco, CA 94111
Telephone: 415. 500.6800
Facsimile: 415. 395.9940

*Co-Lead Class Counsel*