Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No.  277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, California 94111
Telephone: 415.500.6800
Facsimile: 415.395-9940

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF DEAN M. HARVEY IN SUPPORT OF SUPPLEMENTAL STATUS REPORT REGARDING FURTHER COMMUNICATIONS WITH CERTAIN CLASS MEMBER OBJECTORS** |
|---|---|

I, Dean M. Harvey, declare as follows:

1. I am an attorney licensed to practice in the Northern District of California. I am a partner at the firm of Lieff Cabraser Heimann & Bernstein, LLP ("LCHB"), Co-Lead Class Counsel. I have personal knowledge of the facts set forth herein and could competently testify to them if called as a witness.

2. Following the July 9, 2015 hearing on Plaintiffs' Motion for Final Approval of Class Action Settlement (Dkt. 1087), I conferred with representatives of the Court-appointed Settlement Administrator (Gilardi & Co. LLC, "Gilardi") in order to calculate individual settlement allocation estimates for Class Member objectors David Hsu, Loren Kohnfelder, Eric Veach, and Mark Zavislak. For purposes of the estimate, I instructed Gilardi to assume that all pending requests to the Court were granted, and I asked Gilardi to remove data regarding Class Members who had submitted opt-out requests.

3. Due to certain data audit issues that Gilardi has not yet completed, Gilardi was not able to provide final allocations, but offered what it believed to be nearly final estimates of the individual allocations within a small range. Throughout the following week, I conferred with Gilardi in order to provide the most accurate estimates possible. Gilardi provided me with estimated ranges on July 16, 2015.

4. On July 16, 2015, I sent separate emails to Class Member objectors David Hsu, Loren Kohnfelder, Eric Veach, and Mark Zavislak. I explained that the Settlement Administrator had estimated a range of their individual recoveries under the proposed Settlement, if one assumed that the Court granted all pending requests. I asked if, after receiving this information, each would request a late opt-out of the pending Settlement if given the option.

5. On July 16, 2015, Mr. Kohnfelder and Mr. Zavislak each informed me in writing that they wanted to remain in the Class and did not want to seek a late opt-out.

6. On July 21, 2015, Mr. Hsu informed me in writing that it was "unlikely" that he would seek to opt-out. That day, I explained to him that the opt-out deadline had passed, and that opting out at this stage would require an order from the Court. I told him that Class Counsel would inform the Court that Mr. Hsu was not seeking a late-opt out if I did not hear otherwise

from him by July 22, 2015.  Since that communication, Mr. Hsu has not contacted me to seek a different outcome.

7. On July 23, 2015, Dr. Veach informed me in writing that he did not have a reason to opt-out of the Settlement, and that he desired to remain a member of the Class.

I declare under penalty of perjury under the laws of California and the United States that the foregoing is true and correct.

Executed on July 24, 2015 in San Francisco, California.

*/s/ Dean M. Harvey*
Dean M. Harvey

1267041.1                                          - 2 -                    DECLARATION OF DEAN HARVEY ISO
                                                                          SUPPL. STATUS REPORT
                                                                          MASTER DOCKET NO. 11-CV-2509-LHK