1  Joseph R. Saveri (State Bar No. 130064)
   James G. Dallal (State Bar No. 277826)
2  JOSEPH SAVERI LAW FIRM, INC.
   555 Montgomery Street, Suite 1210
3  San Francisco, California 94111
   Telephone:  (415) 500-6800
4  Facsimile:   (415) 395-9940
   Email:     jsaveri@saverilawfirm.com
5             jdallal@saverilawfirm.com

6  *Interim Co-Lead Class Counsel*

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                     SAN JOSE DIVISION

11

12 **In re: High-Tech Employee Antitrust Litigation**     Master Docket No. 11-CV-2509-LHK

                                                          **NOTICE OF CHANGE OF LAW FIRM**
13 This Documents relates to:                             **ADDRESS**

14 **All Actions**

15

16

17 TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

18        PLEASE TAKE NOTICE that the Joseph Saveri Law Firm, Inc., Interim Co-Lead Class

19 Counsel, has changed its address for service of pleadings and notices in the above-captioned case. The

20 new address of the firm is:

21        555 Montgomery Street, Suite 1210

22        San Francisco, CA 94111

23        The firm's telephone number, fax number, and email addresses remain the same.

24

25

26

27

28

| | |
|---|---|
| 1  Dated: July 29, 2015 | Respectfully Submitted, |
| 2 | JOSEPH SAVERI LAW FIRM, INC. |

By: _____/s/ *Joseph R. Saveri*_____
        Joseph R. Saveri

Joseph R. Saveri (State Bar No. 130064)
James G. Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
555 Montgomery Street, Suite 1020
San Francisco, California 94111
Telephone: (415) 500-6800
Facsimile: (415) 395-9940

*Interim Co-Lead Class Counsel*