1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT AND DISMISSAL** |

The Court hereby enters final judgment in this action as between Plaintiffs and the Class and Defendants Adobe Systems, Incorporated, Apple Inc., Google Inc., and Intel Corporation ("Defendants"), as defined in Federal Rule of Civil Procedure 58(a). Pursuant to this Final Judgment:

1. All Released Claims of Plaintiffs and the Class are hereby released as against Defendants and all other Released Parties as defined in the Settlement.

2. The Court finds that the Class Members who have exercised their right to exclude themselves from this Action, by submitting timely requests for exclusion pursuant to the notice mailed to the Class, are not included in or bound by this order and final judgment. The excluded Class Members are listed in Exhibit A to the proposed final judgment filed on June 15, 2015. *See* ECF No. 1088-1.

3.     Without affecting the finality of the Court's judgment in any way, the Court retains jurisdiction over this matter for purposes of resolving issues relating to the interpretation, administration, implementation, effectuation, and enforcement of the Settlement.

4.     The parties and the Notice Administrator are hereby ordered to comply with the terms of the Settlement.

5.     This action is dismissed with prejudice as against the Defendants, each side to bear its own costs and attorneys' fees except as provided by the Settlement and the Court's orders.

6.     This document constitutes a final judgment and separate document for purposes of Federal Rule of Civil Procedure 58(a).

7.     The Court finds, pursuant to Rules 54(a) and (b) of the Federal Rules of Civil Procedure, that this Final Judgment should be entered and that there is no just reason for delay in the entry of this Final Judgment as to Plaintiffs and the Class and Defendants.  Accordingly, the Clerk is hereby directed to enter Judgment forthwith.

8.     The Clerk shall close the following case files: 11-CV-02509-LHK; 11-CV-03538-LHK; 11-CV-03539-LHK; 11-CV-03540-LHK; 11-CV-03541-LHK.

Dated: September 2, 2015

*Lucy H. Koh*
_____
LUCY H. KOH
United States District Judge