MAYER BROWN LLP
LEE H. RUBIN (SBN 141331)
lrubin@mayerbrown.com
EDWARD D. JOHNSON (SBN 189475)
wjohnson@mayerbrown.com
DONALD M. FALK (SBN 150256)
dfalk@mayerbrown.com
ANNE M. SELIN (SBN 270634)
aselin@mayerbrown.com
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, CA 94306-2112
Telephone:   (650) 331-2000
Facsimile:   (650) 331-2061

*Attorneys for Defendant
Google Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**GOOGLE INC.'S SUPPLEMENTAL CERTIFICATE OF INTERESTED ENTITIES PURSUANT TO F.R.C.P. 7.1 & CIVIL LOCAL RULE 3-15**<br><br>**DATE FILED:  OCTOBER 8, 2015** |

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Google Inc. discloses that Google Inc. is a wholly owned subsidiary of Alphabet Inc.; accordingly, Alphabet Inc. has more than 10% ownership of Google Inc.

Pursuant to Civil L.R. 3-15, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

substantially affected by the outcome of this proceeding:

    1. Alphabet Inc., Holding Company of Defendant

    2. Google Inc., Defendant

Dated; October 8, 2015                          Respectfully Submitted,

                                                     Mayer Brown LLP

                                                      By:  /s/ Lee H. Rubin
                                                           Lee H. Rubin

---

2
DEFENDANT'S RULE 7.1 AND LOCAL RULE 3-15 CERTIFICATE OF INTERESTED ENTITIES
Master Docket No. 11-CV-2509-LHK