UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROBERT A. NITSCH, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>DREAMWORKS ANIMATION SKG INC., et al.,<br><br>        Defendants. | Case No. 14-CV-04062-LHK<br><br>**ORDER REQUIRING HOURLY RATE JUSTIFICATION FOR MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 331 |

Plaintiff has filed a motion for attorneys' fees, expenses, and service awards. ECF No. 331. "[T]he party seeking attorney's fees bears the burden of demonstrating reasonable hours and rates." *Fresh Packing Corp. v. Guicho*, 2016 WL 1718286, at *2 (N.D. Cal. Apr. 29, 2016). To meet this burden, Plaintiff must "provide . . . evidence justifying counsels' requested hourly rates." *Id.*

After reviewing Plaintiff's motion for attorneys' fees and the attached declarations, the Court has identified deficiencies in the evidence justifying certain hourly rates. Therefore, no later than 10:00 a.m. on Friday, November 11, 2016, Plaintiff shall submit a declaration or declarations providing the following information:

As to Class Counsel Susman Godfrey LLP, Plaintiff shall provide justification for the

hourly rates of paralegals Norberto Arreola, Simon DeGeorges, Jeffery McLaren, Caroline Edwards, and Page Berardi.

As to Class Counsel Cohen Milstein Sellers & Toll PLLC, Plaintiff shall provide the job title and hourly rate for each biller. Small Decl., ECF No. 331-4, at 5. Plaintiff shall also provide justification for the hourly rates of each biller. *See id.* at 3–4 (providing justification only for the hourly rates of Daniel Small, Brent Johnson, Jeffrey Dubner, and Daniel Silverman).

As to Class Counsel Hagens Berman Sobol Shapiro LLP, Plaintiff shall provide justification for the hourly rates of Associate Alex Su, Contract Attorney Nathan Clark, and Paralegals Brian Miller, Jeaneth Decena, Carrie Flexer, and Adrian Garcia.

Plaintiff shall also provide citations to any cases in which courts have approved the requested hourly rates.

**IT IS SO ORDERED.**

Dated: November 10, 2016

_____
LUCY H. KOH
United States District Judge

2
Case No. 14-CV-04062-LHK
ORDER REQUIRING HOURLY RATE JUSTIFICATION FOR MOTION FOR ATTORNEYS' FEES