Fitih M. Cinnor, PhD


10/9/17

The Honorable Lucy H. Koh
United States District Court
for the Northern District of California
280 South 1st Street, #4050
Courtroom 8 – 4th Floor
San Jose, CA 95113

Your Honor:

  I write regarding In Re High-Tech Employee Antitrust Litigation. I recently discovered that I was unwittingly included in by default without my expressed permission (because of my affiliation with my former employer, Intel Corporation). I had no desire or interest in participating in this class-action and had passed on the first part of the lawsuit when interested individuals were required to opt-in to join. I found out about the settlement of the lawsuit from IRS, in the form of a notice of July 17, 2017, requesting I pay taxes on a previously undeclared income from this source. I was not aware of nor was I contacted at any point to receive a share of the settlement funds. Upon reaching a representative of the Settlement Administrator on July 24, 2017, I was able to confirm the reporting to IRS was indeed done without issuing proper payment, and I was promised the issue would be rectified soon.

  In over two months of repeated attempts (six separate conversations with representatives of the Settlement Administrator), I have not been able to get either the promised payment or a letter to be sent to IRS absolving me of the responsibility to pay taxes on income I did not earn. Attached to this letter, please find a written response to IRS accounting events that have transpired since I received the initial notice. This unfortunate case has been a cause of significant drain of time and attention, inconvenience, and duress for me and, I have to believe, wasted taxpayer resource in providing IRS inaccurate information. I am writing you directly to bring this case of malpractice and misrepresentation to your attention. I hope there are mechanisms at your disposal to hold those representing the class accountable for their actions, and kindly request for your assistance in this matter. If this is not the right course of action to take and there are recommendations for other remedies, please do let me know. Thank you for your time and attention!

Best regards,

Fitih M. Cinnor, PhD

Fitih M. Cinnor, PhD
███████████
███████████

10/9/17

Internal Revenue Service
1973 N Rulon White Blvd
Ogden, UT 84201-0021

Dear Sir/Madam:

      I received a CP2000 notice dated July 17, 2017, indicating income reported from sources did not match the information I filed in my tax return for the year 2015. The notice further stated the income source was IN RE HIGH-TECH EMPLOYEE ANTITRUST LITIGATION QUALIFIED SETTLEMENT FUND. The letter from IRS was the first time I ever heard of this income and didn't receive in 2015 or since. Upon investigation, I discovered this to be a class action lawsuit which I was unwittingly included in by default without my expressed permission (because of my affiliation with my former employer, Intel Corporation). I had no desire or interest in participating in this class action and had passed on the first part of the lawsuit when interested individuals were required to opt-in to join.

      Given the information contained in the notice indicating I owed taxes in the amount of $███, I contacted the law office for clarification on the matter. On the first call to the Settlement Administrator at Gilardi & Co., LLC, at 1-888-285-0335 (per instruction provided at http://www.hightechemployeelawsuit.com/) on 07/24/17, I was advised that I was indeed entitled to receive the stated settlement less taxes withheld (███████████). Although this income was reported to IRS, the money was never paid to me. I was promised this issue would be resolved soon and a check would be mailed to me in the following month, August. With this information, I contacted IRS on 07/24/17 at 1-800-829-8310 and spoke to a representative. In light of this predicament, I was granted an extension to respond to the notice by 09/15/17.

      I did not, however, receive the settlement check as promised. Since then, I have been in repeated contact with representatives of the Settlement Administrator through 1-888-285-0335 (08/22/17, 09/07/17, 09/13/17, 09/19/17, and 10/05/17). All these interactions have been to no

avail. Since the check never materialized, I repeatedly asked to be provided with a letter to be sent to IRS indicating the specified money was never paid to me as was initially reported. I was asked to give an email address and was promised a letter would be sent in short order. Now, over two and half months since my initial communication, there hasn't been any follow through on all the promises made. I have no reason to believe that this will change going forward. Representatives of the Settlement Administrator are, at best, deploying delay tactics before meeting their obligation. At worst, there appears to be fraudulent activity in reporting unearned income to the IRS, and when the issue was brought to their attention, they have been unwilling to resolve the situation promptly. Instead, there appears to be a concerted effort of giving misinformation and making empty promises, which continue to push out the possibility of a resolution. In my last communications, I have gone as far as to state that I did not care much whether I received the settlement check, which I am apparently entitled to, as long as they send me the letter clearing my name with IRS. I contacted IRS on 09/14/17 to provide the latest information I had and was advised to provide the above information in written communication.

This prolonged fruitless interaction with the Settlement Administrator has been a cause of significant drain of time and attention, inconvenience, and duress for me and, I have to believe, wasted taxpayer resource in providing IRS inaccurate information. At this point, I have no other recourse than to send a copy of this letter to United States District Judge Lucy H. Koh, who presided over the case at the United States District Court Northern District of California San Jose Division, in the hope of bringing this malpractice to the attention of the court.

I hope this letter provides sufficient information as to why I am not in a position to pay the stated amount due. If at any time the situation changes, I will be sure to alert the IRS promptly. I take my responsibility of paying taxes seriously and make every good faith effort to ensure accurate and timely reporting of income. Please do not hesitate to contact me with any questions or concerns. Thank you for your time and attention to this matter.

Best regards,

*[signature]*

Fitih M. Cinnor, PhD