Richard M. Heimann (State Bar No. 63607)
Kelly M. Dermody (State Bar No. 171716)
Brendan P. Glackin (State Bar No. 199643)
Dean M. Harvey (State Bar No. 250298)
Anne B. Shaver (State Bar No. 255928)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Joseph R. Saveri (State Bar No. 130064)
James Dallal (State Bar No. 277826)
JOSEPH SAVERI LAW FIRM, INC.
505 Montgomery, Suite 625
San Francisco, CA 94111
Telephone: 415.500.6800
Facsimile: 415.395.9940

*Co-Lead Class Counsel*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| IN RE: HIGH-TECH EMPLOYEE ANTITRUST LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>ALL ACTIONS | Master Docket No. 11-CV-2509-LHK<br><br>**DECLARATION OF DEAN M. HARVEY** |

I, Dean M. Harvey, declare:

1. I am a partner in the law firm of Lieff, Cabraser, Heimann & Bernstein, LLP, a member of the State Bar of California, and am admitted to practice before the United States District Court for the Northern District of California. I am one of the counsel for Plaintiffs in this action. I make this declaration based on my own personal knowledge. If called upon to testify, I could and would testify competently to the truth of the matters stated herein.

1  2. Upon receiving notice of Dr. Cinnor's letter from the Court on October 16, 2017, I immediately contacted Dr. Cinnor and the Settlement Administrator, and requested an audit from the Settlement Administrator regarding payments to Dr. Cinnor and all communications with him.

3. I also consulted with the Settlement Administrator regarding the tax reporting issue raised in Dr. Cinnor's letter.

4. Co-Lead Class Counsel first became aware of Dr. Cinnor's concerns by reading the October 16, 2017 ECF filing of Dr. Cinnor's letter (Dkt. 1118). That day, I left a voicemail with Dr. Cinnor and emailed him.

5. I confirmed that the Settlement Administrator mailed the third check to Dr. Cinnor's correct address, and followed-up with Dr. Cinnor to confirm receipt.

6. On October 24, 2017, I provided Dr. Cinnor with a tracking number for the fourth check that was mailed via Fed-Ex.

7. Dr. Cinnor confirmed receipt of the check on October 25, 2017, and the Settlement Administrator confirmed that it was cashed.

8. Co-Lead Class Counsel have responded to hundreds of telephone calls, emails, and letters from Class Members who contacted Co-Lead Class Counsel directly.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 3rd day of November, 2017, in San Francisco, California.

  */s/ Dean M. Harvey*
  Dean M. Harvey