Fitih M. Cinnor, PhD


11/06/17

The Honorable Lucy H. Koh
United States District Court
for the Northern District of California
280 South 1st Street, #4050
Courtroom 8 – 4th Floor
San Jose, CA 95113

Your Honor:

    I write as a follow up to my letter of 10/06/17 regarding difficulty I had dealing with representatives of Settlement Administrator for In Re High-Tech Employee Antitrust Litigation. I would like to update you that the issue has finally been resolved. I would also like to express my most profound gratitude for your invaluable help in mobilizing a prompt response to my inquiry. I am glad to report to you that Mr. Dean M. Harvey of Lieff, Cabraser, Heimann & Bernstein, LLP got in touch with me and has been tremendously resourceful and relentless in helping get to the bottom of the issue. I received a check for the settlement and have fulfilled my tax obligation with the IRS. I do not believe this prompt resolution would have been possible without your intervention and Mr. Harvey's tenacious effort. Thank you for your service and kind attention in this process!

Best regards,

Fitih M. Cinnor, PhD